| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: April 5, 2022 12:57 PM<br>FILING ID: CC89797822C21<br>CASE NUMBER: 2022CV30920 |
| ERIC COOMER, Ph.D.,<br>Plaintiff<br><br>vs.<br><br>MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,<br>Defendants | ▲ COURT USE ONLY ▲ |
| **Attorneys for Plaintiff**<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Bradley A. Kloewer, No. 50565<br>bkloewer@cstrial.com<br>Steve Skarnulis*<br>skarnulis@cstrial.com<br>Zachary H. Bowman*<br>zbowman@cstrial.com<br>**CAIN & SKARNULIS PLLC**<br>P. O. Box 1064<br>Salida, Colorado 81201<br>719-530-3011/512-477-5011 (Fax)<br>*Pro Hac Vice Admission Forthcoming<br><br>Thomas M. Rogers III, No. 28809<br>trey@rklawpc.com<br>Mark Grueskin, No. 14621<br>mark@rklawpc.com<br>RechtKornfeld PC<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>303-573-1900/303-446-9400 (Fax) | Case Number:    2022cv030920<br><br>Division Courtroom:_____ |
| **PLAINTIFF'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**<br>**(Bradley A. Kloewer)** | |

1

Exhibit D

Bradley A. Kloewer of the law firm Cain & Skarnulis PLLC hereby enters his appearance as counsel for Plaintiff Eric Coomer, Ph.D.

Please include Bradley A. Kloewer in service of all future pleadings and orders in this case.

Respectfully submitted this 5th day of April 2022.

*/s/ Bradley A. Kloewer*
Bradley A. Kloewer, No. 50565

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Entry of Appearance and Request for Notice (Bradley A. Kloewer) has been served on all parties receiving notice through ICCES on this 5th day of April 2022.

*/s/ Bradley A. Kloewer*
Bradley A. Kloewer, No. 50565

2