| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF Denver, COLORADO<br>1437 Bannock St., Denver, Colorado 80202<br>(303) 606- 2300 | DATE FILED: April 5, 2022 2:40 PM<br>CASE NUMBER: 2022CV30920 |
| Plaintiff:<br>**ERIC COOMER PHD.**<br><br>v.<br>Defendant:<br>**MICHAEL LINDELL ET AL.** | ▲ COURT USE ONLY ▲ |
| | Case No. **2022CV30920**<br><br>Courtroom:    **414** |
| **WEBEX PROCEDURES – DENVER DISTRICT COURT**<br>**Courtroom 414 - Judge Ross B. H. Buchanan** | |

Pursuant to current Court operations under COVID-19, unless otherwise notified by the Court, all hearings shall be conducted virtually and utilizing the procedures set forth in this memorandum. This will require additional preparation and planning on the part of all counsel, parties, and witnesses. The Court expects attorneys to provide their clients and witnesses with the appropriate remote access/call-in information before the hearing and to have communicated with their clients and witnesses to assure they know how to access the system <u>before</u> the hearing (not during the first five minutes of the hearing). Please keep in mind that the courtroom will be open to the public during all Webex hearings unless otherwise ordered by the Court.

## WEBEX CONNECTION STEPS

The Court will use Cisco Webex meetings to allow for video or audio participation. To join a Webex session as a video participant, you will need to install the Webex Meetings app on your computer or smart phone. You can obtain the app through an app store or at webex.com. To connect to a Webex session, please follow these steps:

- Open Webex Meeting app.
- In the Join a Meeting field, enter the following 9-digit Access Code: **924 667 786**



- Click the <mark>Join</mark> button.

Exhibit G

1

- You will be directed to the Preview Screen:



- Make sure "Use computer for audio" is selected. If not, drop down the list and select it.
- Click the Join Meeting button to enter the Virtual Courtroom.
- Mute your audio if you are not speaking.

You can also call in using a regular phone without video (unless you are a witness, see below), in which case you will participate in the session just as you would participate in an appearance by phone. For dial in only, call (720) 650-7664, enter the Access Code: **924 667 786** followed by #, enter # again when prompted for a participant number.

## WEBEX CONFERENCE GROUND RULES

- Webex hearings are court proceedings and all participants shall follow ordinary standards of decorum. Participants should ensure they are appropriately dressed, that their surroundings are quiet and well lit, that their electronic devices are functioning correctly, that they have an adequate internet connection and power supply, that distractions in home environments are minimized, and that they know how to access the system <u>before</u> the hearing.

- Parties should call in at their regularly scheduled hearing time. Parties dialing into the Court shall <u>not</u> interrupt any ongoing proceedings but wait to be acknowledged by the Court. It is <u>very</u> important that only one person speak at a time and that parties wait their turn to be called upon to speak.

- Attorneys shall forward the meeting information to their clients and any witnesses. It is the responsibility of the attorney to ensure clients and witnesses have the necessary contact information.

2

- If you will be testifying at a hearing, you must utilize an electronic device with a camera, so that the court may see you as you testify.

- Communications constituting impermissible coaching of a witness are strictly prohibited. Prohibited communications with a witness while testifying include third-party communications, electronic communications, or communications in any other form. Violation of this prohibition may result in the imposition of sanctions including contempt of court.

- Audio and/or video recording of any portion of a Webex hearing is strictly prohibited. Violation of this prohibition may result in the imposition of sanctions including contempt of court.

- All proposed exhibits must be uploaded prior to any hearing. Any audio or audiovisual recording that may be offered into evidence must be provided to the Court in advance of the hearing on a flash-drive and must be in a format that can be played without proprietary software. Counsel is expected to know how to utilize the "share screen" function in Webex to publish exhibits for all participants. Parties are encouraged to reach stipulations concerning exhibits and other evidentiary issues prior to the hearing commencing.

- <u>Proceedings with Interpreters</u> (please note that these rules also apply in general so that we can make a good record):

    - All parties must speak into a microphone or close to the phone.
    - Parties must speak loudly and clearly.
    - Parties must pause periodically between statements to facilitate consecutive interpreting.
    - Only one person may speak at a time, allowing a pause between speakers. This include question/answer sessions: Allow the interpreter to render his/her interpretation after each person speaks to avoid confusion.
    - Background noise, including side conversations and paper shuffling, must be kept to a minimum (microphones should be muted unless you are actively speaking).
    - Alert the Court and/or interpreter immediately if there are any technical difficulties.

The procedures outlined herein are evolving and may be modified or updated periodically. Importantly, these procedures supplement but do not supplant the expectations and requirements of parties contained in the Court's Pre-Trial Order and Discovery Protocol. If questions arise, the Court's staff should be contacted at (303) 606-2429.

BY THE COURT:

_____
ROSS B. H. BUCHANAN
District Court Judge

3