| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO**<br>Court Address: 1437 Bannock Street, Denver, CO 80202 | DATE FILED: April 26, 2022 3:52 PM<br>FILING ID: 3D3E8C22E0AEA<br>CASE NUMBER: 2022CV30920 |
| Plaintiff:<br>**ERIC COOMER, Ph.D.,**<br><br>v.<br><br>Defendants:<br>**MICHAEL J. LINDELL, FRANKSPEECH, LLC., and MY PILLOW, INC.** | ▲ COURT USE ONLY ▲ |
| *Attorneys for Defendants:*<br>**THE REISCH LAW FIRM, LLC**<br>R. Scott Reisch, #26892<br>Jessica L. Hays, #53905<br>1490 W. 121st Avenue, Suite 202<br>Denver, CO 80234<br>Email: scott@reischlawfirm.com<br>          jessica@reischlawfirm.com<br>Phone: (303) 291-0555<br>**PARKER DANIELS KIBORT, LLC**<br>Andrew D. Parker, MN Bar No. 195042<br>parker@parkerdk.com*<br>123 N. 3RD Street, Suite 888<br>Minneapolis, MN 55401<br>612-355-4100/612-355-4101 (Fax)<br>*Pro Hac Vice Admission Forthcoming | **Case No.: 2022CV30920**<br><br>**Div.: 414      Ctrm.:** |
| **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** | |

COMES NOW, Defendants, Michael J. Lindell, Frankspeech, LLC., and My Pillow, Inc., by and through undersigned counsel, hereby submit this Unopposed Motion for Extension of Time to File a Responsive Pleading ("Motion"), and state as follows:

### Certificate of Conferral Pursuant to C.R.C.P. 121, § 1-15(8)

Counsel for Defendants has conferred with the Plaintiffs' counsel regarding this Motion who state this Motion is Unopposed.

Exhibit H

1. On April 5, 2022, Defendant Michael J. Lindell was served the Complaint and Civil Cover Sheet.

2. Defendants recently retained counsel in Minnesota and local counsel in Colorado.

3. Defendants' counsel is requesting an extension in order to investigate the claims and prepare a responsive pleading.

4. Upon conferral with Plaintiff's counsel, the parties have agreed to a fourteen (14) day extension to respond to Plaintiff's Complaint.

5. As is evidenced by this Motion being unopposed, no Party will be prejudiced if this Motion is granted.

6. By filing this Motion, Defendants do not waive any defense or argument in this matter and reserve all rights.

WHEREFORE, Defendants respectfully request that this Court grant this Motion and enter an Order extending the deadline to file an Answer or other dispositive motion to May 10, 2022.

Respectfully submitted this 26th day of April, 2022.

*s/ R. Scott Reisch*
R. Scott Reisch, #26892
Jessica L. Hays, #53905
The Reisch Law Firm, LLC
1490 W. 121st Avenue
Suite 202
Denver, CO 80234
*Attorneys for Defendants*


*s/ Andrew D. Parker*
Andrew D. Parker*, MN Bar No. 195042
Parker Daniels Kibort, LLC
123 N. 3RD Street, Suite 888
Minneapolis, MN 55401
612-355-4100/612-355-4101 (Fax)
*Pro Hac Vice Admission Forthcoming
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of April, 2022, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** was served on the following parties via Colorado Courts E-Filing:

CAIN & SKARNULIS, PLLC
Charles J. Cain, #51020
Bradley A. Kloewer, #50565
Steve Skarnulis, *Pro Hac Vice Admission Forthcoming*
Zachary H. Bowman, *Pro Hac Vice Admission Forthcoming*
P.O. Box 1064
Salida, Colorado 81201
(719) 530-3011/(512) 477-5011(Fax)
ccain@cstrial.com
bkloewer@cstrial.com
skarnulis@cstrial.com
zbowman@cstrial.com
*Attorneys for Plaintiff*

RECHTKORNFELD, PC
Thomas M. Rogers III, #28809
Mark Grueskin, #14621
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900/ (303) 446-9400(Fax)
trey@rklawpc.com
mark@rkwlawpc.com
*Attorneys for Plaintiff*

                                          *s/ Jessica L. Hays*
                                          Jessica L. Hays

| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO**<br>Court Address: 1437 Bannock Street, Denver, CO 80202 | DATE FILED: April 26, 2022 3:52 PM<br>FILING ID: 3D3E8C22E0AEA<br>CASE NUMBER: 2022CV30920 |
| Plaintiff:<br>**ERIC COOMER, Ph.D.,**<br><br>v.<br><br>Defendants:<br>**MICHAEL J. LINDELL, FRANKSPEECH, LLC., and MY PILLOW, INC.** | ▲ COURT USE ONLY ▲ |
| | **Case No.: 2022CV30920**<br><br>Div.: 414    Ctrm.: |
| **[PROPOSED] ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** | |

THIS MATTER, having come before the Court on Defendants' Unopposed Motion for Extension of Time to File a Responsive Pleading, and the Court having reviewed said Motion, the file herein, and otherwise being fully advised in the premises, hereby:

_____       GRANTS

_____       DENIES

SO ORDERED this, _____ day of _____, 2022.

                                                  **BY THE COURT**

                                                  District Court Judge