| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO**<br>Court Address:  1437 Bannock Street, Denver, CO 80202 | DATE FILED: April 26, 2022 3:52 PM<br>FILING ID: 3D3E8C22E0AEA<br>CASE NUMBER: 2022CV30920 |
| Plaintiff:<br>**ERIC COOMER, Ph.D.,**<br><br>v.<br><br>Defendants:<br>**MICHAEL J. LINDELL, FRANKSPEECH, LLC., and MY PILLOW, INC.** | ▲ COURT USE ONLY ▲ |
| *Attorneys for Defendants:*<br>**THE REISCH LAW FIRM, LLC**<br>R. Scott Reisch, #26892<br>Jessica L. Hays, #53905<br>1490 W. 121st Avenue, Suite 202<br>Denver, CO 80234<br>Email: scott@reischlawfirm.com<br>         jessica@reischlawfirm.com<br>Phone: (303) 291-0555<br>**PARKER DANIELS KIBORT, LLC**<br>Andrew D. Parker, MN Bar No. 195042<br>parker@parkerdk.com*<br>123 N. 3RD Street, Suite 888<br>Minneapolis, MN 55401<br>612-355-4100/612-355-4101 (Fax)<br>*Pro Hac Vice Admission Forthcoming | Case No.: 2022CV30920<br><br>Div.: 414       Ctrm.: |
| **ENTRY OF APPEARANCE** | |

R. Scott Reisch, Esq. and Jessica L. Hays, Esq., of The Reisch Law Firm, LLC, hereby enter their appearance on behalf of Defendants Michael J. Lindell, Frankspeech, LLC, and My Pillow, Inc, in the above-captioned matter.

Exhibit I

Respectfully submitted this 26th day of April, 2022.

            THE REISCH LAW FIRM, LLC

            <u>*s/ Jessica L. Hays*</u>
            R. Scott Reisch, #26892
            Jessica L. Hays, #53905
            The Reisch Law Firm, LLC
            1490 W. 121st Avenue
            Suite 202
            Denver, CO 80234
            *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of April, 2022, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was served on the following parties via Colorado Courts E-Filing:

CAIN & SKARNULIS, PLLC
Charles J. Cain, #51020
Bradley A. Kloewer, #50565
Steve Skarnulis, *Pro Hac Vice Admission Forthcoming*
Zachary H. Bowman, *Pro Hac Vice Admission Forthcoming*
P.O. Box 1064
Salida, Colorado 81201
(719) 530-3011/(512) 477-5011(Fax)
ccain@cstrial.com
bkloewer@cstrial.com
skarnulis@cstrial.com
zbowman@cstrial.com
*Attorneys for Plaintiff*

RECHTKORNFELD, PC
Thomas M. Rogers III, #28809
Mark Grueskin, #14621
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900/ (303) 446-9400(Fax)
trey@rklawpc.com
mark@rkwlawpc.com
*Attorneys for Plaintiff*

*s/ Jessica L. Hays*
Jessica L. Hays