IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPPECH LLC, AND MY PILLOW, INC.,

    Defendants.

## STATE COURT PLEADING INDEX

The following is a listing of the documents filed in Denver County District Court in the case captioned *Coomer PhD, Eric v. Lindell, Michael J et al.,* case number 2022CV30920.

| **Exhibit No.** | **Date of Filing** | **Document Name** |
| --- | --- | --- |
| A | 04/04/2022 | Original Complaint and Jury Demand |
| B | 04/14/2022 | Affidavit of Service on Defendant Lindell |
| C | 04/04/2022 | District Court Civil Cover Sheet |
| D | 04/05/2022 | Entry of Appearance (Bradley A. Kloewer) |
| E | 04/05/2022 | Delay Reduction Order |
| F | 04/05/2022 | Pre-Trial Order and Discovery Protocol |
| G | 04/05/2022 | Webex Procedures for Judge Ross B.H. Buchanan |
| H | 04/26/2022 | Unopposed Motion for Extension of Time to File Responsive Pleading and Proposed Order |
| I | 04/26/2022 | Entry of Appearance (The Reisch Law Firm) |
| J | 04/27/2022 | Order re: Motion for Extension of Time to File Responsive Pleading |

Exhibit K