| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, STATE OF COLORADO**<br>Court Address: 1437 Bannock Street, Denver, CO 80202<br><br>Plaintiff:<br>**ERIC COOMER, Ph.D.,**<br><br>v.<br><br>Defendants:<br>**MICHAEL J. LINDELL, FRANKSPEECH, LLC., and MY PILLOW, INC.** | ▲ COURT USE ONLY ▲ |
| *Attorneys for Defendants:*<br>**THE REISCH LAW FIRM, LLC**<br>R. Scott Reisch, #26892<br>Jessica L. Hays, #53905<br>1490 W. 121st Avenue, Suite 202<br>Denver, CO 80234<br>Email: scott@reischlawfirm.com<br>         jessica@reischlawfirm.com<br>Phone: (303) 291-0555<br>**PARKER DANIELS KIBORT, LLC**<br>Andrew D. Parker, MN Bar No. 195042<br>parker@parkerdk.com*<br>123 N. 3RD Street, Suite 888<br>Minneapolis, MN 55401<br>612-355-4100/612-355-4101 (Fax)<br>*Pro Hac Vice Admission Forthcoming | **Case No.: 2022CV30920**<br><br>**Div.: 414**     **Ctrm.:** |
| **NOTICE OF FILING NOTICE OF REMOVAL** | |

PLEASE TAKE NOTICE that on May 5, 2022, Defendants, Michael J. Lindell, Frankspeech, LLC., and MyPillow, Inc. (collectively "Defendants"), filed a Notice of Removal of the above-captioned case in the United States District Court for the District of Colorado. A true and correct copy of the Notice of Removal, without attachments, is attached hereto as Exhibit A.

Under 28 U.S.C. §1446(d), the filing of the Notice of Removal affects the removal of this action and the Court. The Court is divested of jurisdiction and should take no further action herein pending further notification, if any, from the United States District Court for the District of Colorado.

Respectfully submitted this 5th day of May 2022.

s/ R. Scott Reisch
R. Scott Reisch, #26892
Jessica L. Hays, #53905
The Reisch Law Firm, LLC
1490 W. 121st Avenue
Suite 202
Denver, CO 80234
*Attorneys for Defendants*


s/ Andrew D. Parker
Andrew D. Parker*, MN Bar No. 195042
Parker Daniels Kibort, LLC
123 N. 3RD Street, Suite 888
Minneapolis, MN 55401
612-355-4100/612-355-4101 (Fax)
*Pro Hac Vice Admission Forthcoming
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of May 2022, a true and correct copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** was served on the following parties via Colorado Courts E-Filing:

CAIN & SKARNULIS, PLLC
Charles J. Cain, #51020
Bradley A. Kloewer, #50565
Steve Skarnulis, *Pro Hac Vice Admission Forthcoming*
Zachary H. Bowman, *Pro Hac Vice Admission Forthcoming*
P.O. Box 1064
Salida, Colorado 81201
(719) 530-3011/(512) 477-5011(Fax)
ccain@cstrial.com
bkloewer@cstrial.com
skarnulis@cstrial.com
zbowman@cstrial.com
*Attorneys for Plaintiff*

RECHTKORNFELD, PC
Thomas M. Rogers III, #28809
Mark Grueskin, #14621
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900/ (303) 446-9400(Fax)
trey@rklawpc.com
mark@rkwlawpc.com
*Attorneys for Plaintiff*

                                                            *s/ Jessica L. Hays*
                                                            Jessica L. Hays