# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MYPILLOW INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant My Pillow, Inc submits its corporate disclosure statement.

Counsel for Defendant My Pillow, Inc. certifies that to the best of our knowledge and belief, My Pillow, Inc has no parent corporation and no publicly held corporation owns 10% or more of its stock.

This statement is filed solely for the purposes of complying with the Federal Rules of Civil Procedure, is not intended to operate as an admission of any factual allegation or legal conclusion, and is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, and/or insufficient service of process pursuant to Federal Rules of Civil Procedure 12.

Respectfully submitted this 5th day of May, 2022.

*s/ Jessica L. Hays*
R. Scott Reisch, #26892
Jessica L. Hays, #53905
The Reisch Law Firm, LLC
1490 W. 121st Avenue
Suite 202
Denver, CO 80234
*Attorneys for Defendants*


*s/ Andrew D. Parker*
Andrew D. Parker*, MN Bar No. 195042
Parker Daniels Kibort, LLC
123 N. 3RD Street, Suite 888
Minneapolis, MN 55401
612-355-4100/612-355-4101 (Fax)
*Pro Hac Vice Admission Forthcoming
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of May, 2022, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MYPILLOW INC.** was filed via ECF and served via electronic mail on the following:

CAIN & SKARNULIS, PLLC
Charles J. Cain, #51020
Bradley A. Kloewer, #50565
Steve Skarnulis, *Pro Hac Vice Admission Forthcoming*
Zachary H. Bowman, *Pro Hac Vice Admission Forthcoming*
P.O. Box 1064
Salida, Colorado 81201
(719) 530-3011/(512) 477-5011(Fax)
ccain@cstrial.com
bkloewer@cstrial.com
skarnulis@cstrial.com
zbowman@cstrial.com
*Attorneys for Plaintiff*

RECHTKORNFELD, PC
Thomas M. Rogers III, #28809
Mark Grueskin, #14621
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900/ (303) 446-9400(Fax)
trey@rklawpc.com
mark@rkwlawpc.com
*Attorneys for Plaintiff*

*s/ Jessica L. Hays*
Jessica L. Hays