| | |
|---|---|
| Denver County District Court<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: April 14, 2022 7:08 AM<br>FILING ID: 731E16C456E2E<br>CASE NUMBER: 2022CV30920 |
| ERIC COOMER, Ph.D.,<br>Plaintiff<br><br>vs.<br><br>MICHAEL J. LINDELL, FRANKSPEECH LLC,<br>AND MY PILLOW, INC.,<br>Defendants | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Bradley A. Kloewer, No. 50565<br>bkloewer@cstrial.com<br>Steve Skarnulis*<br>skarnulis@cstrial.com<br>Zachary H. Bowman*<br>zbowman@cstrial.com<br>CAIN & SKARNULIS PLLC<br>P. O. Box 1064<br>Salida, Colorado 81201<br>719-530-3011   /512-477-5011 (Fax)<br>*Pro Hac Vice Admission Forthcoming<br><br>Thomas M. Rogers III, No. 28809<br>trey@rklawpc.com<br>Mark Grueskin, No. 14621<br>mark@rklawpc.com<br>RechtKornfeld PC<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>303-573-1900/303-446-9400 (Fax) | Case Number<br>2022cv030920<br><br>Division Courtroom<br>414 |

**AFFIDAVIT OF SERICE**

I declare under oath that I am 18 years or older and not a party to the action and that I served THE FOLLOWING DOCUMENTS: Original Complaint and Jury Demand and District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint and Jury Demand on the Defendants on April 5, 2022, as follows:

Check one:

☒ By handing it to a person identified to me as the Witness or leaving it with the Witness who refused service.

☐ By identifying the documents, offering to deliver them to a person identified to me as the Defendant/Respondent who refused service, and then leaving the documents in a conspicuous place.



Exhibit B

☐ By leaving the documents at the Defendant/Respondent's usual place of abode with _____ (Name of Person) who is a member of the Defendant/Respondent's family and whose age is 18 years or older. (Identify family relationship)

☐ By leaving the documents at the Defendant/Respondent's usual workplace with _____ (Name of Person) who is the Defendant/Respondent's secretary, administrative assistant, bookkeeper, or managing agent. (Circle title of person served.)

☐ By leaving the documents with _____ (Name of Person), who as _____ (title) is authorized by appointment or by law to receive service of process for the Defendant/Respondent.

☐ By serving the documents as follows (other service permitted by C.R.C.P 4(g) or C.R.C.P. 304(c)(d) and (e):

I have charged the following fees for my services in this matter:

✗ Private process server.

   Sheriff, _____ County

   Fee     $ _____
   Mileage $ _____

**VERIFICATION**

**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the __5__ day of __April__ 2022, at __Denver__, Colorado.

Ronald C. Humphries

2