# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

## ENTRY OF APPEARANCE

To: The Clerk of Court and All Parties of Record:

    PLEASE TAKE NOTICE that Jessica L. Hays of The Reisch Law Firm, LLC., hereby enters her appearance in this case as counsel of record for defendants Michael J. Lindell, Frankspeech, LLC., and My Pillow, Inc.

    Dated this 6th day of May, 2022.

                              Respectfully submitted,

                              *s/ Jessica L. Hays*
                              **Jessica L. Hays, #53905**
                              The Reisch Law Firm, LLC
                              1490 W. 121st Avenue, Suite 202
                              Denver, CO 80234
                              Telephone: (303) 291-0555
                              FAX: (720) 904-5797
                              E-Mail: jessica@reischlawfirm.com
                              cassandra@reischlawfirm.com
                              Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of May, 2022, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed via ECF and served via electronic mail on the following:

CAIN & SKARNULIS, PLLC
Charles J. Cain, #51020
Bradley A. Kloewer, #50565
Steve Skarnulis, *Pro Hac Vice Admission Forthcoming*
Zachary H. Bowman, *Pro Hac Vice Admission Forthcoming*
P.O. Box 1064
Salida, Colorado 81201
(719) 530-3011/(512) 477-5011(Fax)
ccain@cstrial.com
bkloewer@cstrial.com
skarnulis@cstrial.com
zbowman@cstrial.com
*Attorneys for Plaintiff*

RECHTKORNFELD, PC
Thomas M. Rogers III, #28809
Mark Grueskin, #14621
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900/ (303) 446-9400(Fax)
trey@rklawpc.com
mark@rkwlawpc.com
*Attorneys for Plaintiff*

*s/ Jessica L. Hays*
Jessica L. Hays