**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

## ENTRY OF APPEARANCE OF COUNSEL

To the clerk of the court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court and I appear in this case as counsel for Plaintiff Eric Coomer PhD.

    Dated this 9th day of May 2022.

    Respectfully submitted,

    */s/Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064/Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)
**ATTORNEYS FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Plaintiff's Entry of Appearance of Counsel has been served on all counsel on this 9th day of May 2022, using the CM/ECF system which will send notification of such filing to the following email addresses:

    R. Scott Reisch
    scott@reischlawfirm.com

    Jessica L. Hays
    jessica@reischlawfirm.com

           */s/Charles J. Cain*
           Charles J. Cain