### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

### ENTRY OF APPEARANCE OF COUNSEL

To the clerk of the court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court and I appear in this case as counsel for Plaintiff Eric Coomer PhD.

    Dated this 9th day of May 2022.

    Respectfully submitted,

    */s/ Bradley A. Kloewer*
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)
**ATTORNEYS FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Plaintiff's Entry of Appearance of Counsel has been served on all counsel on this 9th day of May 2022, using the CM/ECF system which will send notification of such filing to the following email addresses:

      R. Scott Reisch
      scott@reischlawfirm.com

      Jessica L. Hays
      jessica@reischlawfirm.com

                                      */s/ Bradley A. Kloewer*
                                      Bradley A. Kloewer