IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

**TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD**

Andrew D. Parker of Parker Daniels Kibort LLC hereby enters an appearance as counsel for Defendants Michael J. Lindell, Frankspeech LLC and My Pillow, Inc. in the above-captioned action.

Dated this 11th day of May, 2022.

    Respectfully submitted,

    **PARKER DANIELS KIBORT LLC**

    By */s/ Andrew D. Parker*
    Andrew D. Parker (MN Bar No. 195042)
    888 Colwell Building
    123 N. Third Street
    Minneapolis, MN 55401
    Telephone: (612) 355-4100
    Facsimile: (612) 355-4101
    parker@parkerdk.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

CAIN & SKARNULIS, PLLC

Charles J. Cain
Bradley A. Kloewer, #50565
P.O. Box 1064
Salida, Colorado 81201
ccain@cstrial.com

Bradley A. Kloewer
101 North F Street
Suite 207
Salida, CO 81201
bkloewer@cstrial.com

**Attorneys for Plaintiff**

                                                      *s/ Andrew D. Parker*
                                                      Andrew D. Parker