# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

## LOCAL RULE 6.1 STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT

---

Pursuant to Local Rule 6.1(a), Plaintiffs and Defendants jointly stipulate that Defendants shall have additional time to respond to Plaintiff's Complaint, as explained more fully below.

1. Under Local Rule 6.1(a), the "parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading . . . . The stipulation must be filed before the expiration of the time limits to respond prescribed in the Federal Rules of Civil Procedure, and shall be effective on filing . . . ."

2. Defendants Michael J. Lindell, Frankspeech, LLC, and My Pillow, Inc., removed this case on May 5, 2022.[1] Under Federal Rule of Civil Procedure 81(c)(2)(C), the deadline for a responsive pleading is, at the earliest, May 12, 2022.

3. The parties have agreed to an extension of the deadline to file a responsive pleading to May 27, 2022.

4. In compliance with Local Rule 6.1(c), counsel for Defendants certify that they are serving their respective clients with this stipulation.

WHEREFORE, pursuant to Local Rule 6.1, Defendants shall have the above-described extension of time in which to respond to the Complaint.

---

[1] Defendants reserve the right to challenge all aspects of service or service of process.

Dated this 11th day of May, 2022.

### PARKER DANIELS KIBORT LLC

*/s/ Andrew D. Parker*
Andrew D. Parker (MN Bar No. 195042)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com

**Attorney for Defendants**


*/s/ Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064/Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May, 2022, a true and correct copy of the foregoing **LOCAL RULE 6.1 STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** was filed via ECF and served via electronic mail on the following:

CAIN & SKARNULIS, PLLC

Charles J. Cain
Bradley A. Kloewer, #50565
P.O. Box 1064
Salida, Colorado 81201
ccain@cstrial.com

Bradley A. Kloewer
101 North F Street
Suite 207
Salida, CO 81201
bkloewer@cstrial.com

**Attorneys for Plaintiff**


                                                    *s/ Andrew D. Parker*
                                                    Andrew D. Parker