# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

**TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD**

Abraham S. Kaplan of Parker Daniels Kibort LLC hereby enters an appearance as counsel for Defendants Michael J. Lindell, Frankspeech LLC and My Pillow, Inc. in the above-captioned action.

Dated this 27th day of May, 2022.

        Respectfully submitted,

        **PARKER DANIELS KIBORT LLC**

        By _/s/ Abraham S. Kaplan_
        Abraham S. Kaplan (MN Bar No. 399507)
        888 Colwell Building
        123 N. Third Street
        Minneapolis, MN 55401
        Telephone: (612) 355-4100
        Facsimile: (612) 355-4101
        kaplan@parkerdk.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

CAIN & SKARNULIS, PLLC

Charles J. Cain
Bradley A. Kloewer, #50565
P.O. Box 1064
Salida, Colorado 81201
ccain@cstrial.com

Bradley A. Kloewer
101 North F Street
Suite 207
Salida, CO 81201
bkloewer@cstrial.com

**Attorneys for Plaintiff**

*s/ Abraham S. Kaplan*
Abraham S. Kaplan