IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

**TO:**    **THE CLERK OF COURT AND ALL PARTIES OF RECORD**

Jesse H. Kibort of Parker Daniels Kibort LLC hereby enters an appearance as counsel for Defendants Michael J. Lindell, Frankspeech LLC and My Pillow, Inc. in the above-captioned action.

Dated this 27th day of May, 2022.

                Respectfully submitted,

                **PARKER DANIELS KIBORT LLC**

                By */s/ Jesse H. Kibort*
                Jesse H. Kibort (MN Bar No. 328595)
                888 Colwell Building
                123 N. Third Street
                Minneapolis, MN 55401
                Telephone: (612) 355-4100
                Facsimile: (612) 355-4101
                kibort@parkerdk.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

CAIN & SKARNULIS, PLLC

Charles J. Cain
Bradley A. Kloewer, #50565
P.O. Box 1064
Salida, Colorado 81201
ccain@cstrial.com

Bradley A. Kloewer
101 North F Street
Suite 207
Salida, CO 81201
bkloewer@cstrial.com

**Attorneys for Plaintiff**

                                              *s/ Jesse H. Kibort*
                                              Jesse H. Kibort