# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-SKC

ERIC COOMER, PH.D.,

      Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH
LLC, AND MY PILLOW, INC.,

      Defendants.

---

## DEFENDANTS' MOTION TO DISMISS

---

To:    Plaintiff Eric Coomer, Ph.D., by and through his attorneys, Bradley A. Kloewer, Cain & Skarnulis PLLC, P.O. Box 1064, Salida, Colorado 81201.

**PLEASE TAKE NOTICE** that Defendants Michael J. Lindell, FrankSpeech LLC, and My Pillow, Inc. hereby submit this Motion to Dismiss pursuant to Fed. R. Civ. 12(b)(6). This Motion shall be based on the arguments of counsel and all the files and records related to this case.

A more particular statement of the grounds for this motion is set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss, which is being served simultaneously with this Motion to Dismiss.

DATED:  May 27, 2022        **THE REISCH LAW FIRM, LLC**


*s/ Jessica L. Hays*
R. Scott Reisch, #26892
Jessica L. Hays, #53905
The Reisch Firm, LLC
1490 W. 121st Avenue
Suite 202
Denver, CO 80234
Scott@reischlawfirm.com
Jessica@reischlawfirm.com


**PARKER DANIELS KIBORT LLC**


By: *s/ Andrew D. Parker*
Andrew D. Parker (MN Bar #195042)
Jesse H. Kibort (MN Bar #328595)
Abraham S. Kaplan (MN Bar #399507)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
kibort@parkerdk.com
kaplan@parkerdk.com


*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

CAIN & SKARNULIS, PLLC

Charles J. Cain
Bradley A. Kloewer, #50565
P.O. Box 1064
Salida, Colorado 81201
ccain@cstrial.com

Bradley A. Kloewer
101 North F Street
Suite 207
Salida, CO 81201
bkloewer@cstrial.com

**Attorneys for Plaintiff**

*s/ Andrew D. Parker*
Andrew D. Parker