# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

## NOTICE OF PLAINTIFF'S
## FIRST AMENDED COMPLAINT AND JURY DEMAND

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), by and through undersigned counsel, hereby notifies the Court of the filing of his First Amended Complaint and Jury Demand.

1.  Defendants filed a Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) on May 27, 2022. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff may file an amended pleading as a matter of course within 21 days after service of a motion under Rule 12(b).

2.  Plaintiff's original 67-page Complaint was more than sufficient to survive a Motion to Dismiss, but events have occurred since the time of filing which have given rise to additional allegations which require this Court's attention. Specifically, following service of Plaintiff's Complaint, Defendants have embarked on a relentless defamation campaign against Plaintiff which has spanned numerous statements across multiple platforms. The contempt for this Court, this proceeding, and the rule of law evidenced by

this reckless and dangerous conduct is self-evident, as is the overwhelming evidence of actual malice these new publications demonstrate.

3. Plaintiff, therefore, provides this Notice of filing of his First Amended Complaint and Jury Demand, filed simultaneously herewith. Pursuant to D.C.COLO.L.Civ.R 15.1, Plaintiff attached a redline version of the amended complaint as **Exhibit A**.

Respectfully submitted this 17th day of June 2022.

                          Respectfully submitted,

                          */s/ Charles J. Cain*
                          Charles J. Cain, No. 51020
                          ccain@cstrial.com
                          Bradley A. Kloewer, No. 50565
                          bkloewer@cstrial.com
                          **Cain & Skarnulis PLLC**
                          P. O. Box 1064
                          Salida, Colorado 81201
                          and
                          303 Colorado Street, Suite 2850
                          Austin, Texas 78701
                          719-530-3011/512-477-5011 (Fax)
                          **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Plaintiff's First Amended Complaint has been served on all counsel on this 17th day of June 2022, using the CM/ECF system which will send notification of such filing to the following email addresses:

R. Scott Reisch
scott@reischlawfirm.com

Jessica L. Hays
jessica@reischlawfirm.com

Andrew D. Parker (MN Bar #195042)
parker@parkerdk.com

Jesse H. Kibort (MN Bar #328595)
kibort@parkerdk.com

Abraham S. Kaplan (MN Bar #399507)
kaplan@parkerdk.com

*/s/Charles J. Cain*
Charles J. Cain