**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-SKC

ERIC COOMER, PH.D.,

Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

Defendants.

---

# ENTRY OF APPEARANCE OF COUNSEL

---

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

Ryan P. Malone of Parker Daniels Kibort LLC hereby enters an appearance as counsel for Defendants Michael J. Lindell, Frankspeech LLC and My Pillow, Inc. in the above-captioned action.

Dated this 29th day of June, 2022.

Respectfully submitted,

**PARKER DANIELS KIBORT LLC**

By *_/s/ Ryan P. Malone_*
Ryan P. Malone (MN Bar No. 395795)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
kaplan@parkerdk.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

CAIN & SKARNULIS, PLLC

Charles J. Cain
Bradley A. Kloewer, #50565
P.O. Box 1064
Salida, Colorado 81201
ccain@cstrial.com

Bradley A. Kloewer
101 North F Street
Suite 207
Salida, CO 81201
bkloewer@cstrial.com

**Attorneys for Plaintiff**

*s/ Ryan P. Malone*
Ryan P. Malone