**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

1

**OR**

\_\_\_\_\_√_____ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

 */s/ Charles J. Cain*
Charles J. Cain
ccain@cstrial.com
Bradley A. Kloewer
bkloewer@cstrial.com
P. O. Box 1064
Salida, Colorado 81202
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011
512-477-5011—Facsimile
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction has been served on all counsel on this 30th day of June 2022, using the CM/ECF system which will send notification of such filing to the following email addresses:

R. Scott Reisch
scott@reischlawfirm.com

Jessica L. Hays
jessica@reischlawfirm.com

Andrew D. Parker
parker@parkerdk.com

Abraham S. Kaplan
kaplan@parkerdk.com

Jesse H. Kibort
kibort@parkerdk.com

Ryan P. Malone
malone@parkerdk.com

  */s/Charles J. Cain*
Charles J. Cain