IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 22-cv-01129-WJM-SKC | Date: July 7, 2022 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

*Parties:*                                                  *Counsel:*

ERIC COOMER,                          Bradley Klower
                                                           Charles Cain

    Plaintiff,

v.

MICHAEL J. LINDELL, et al.,            Ryan Malone
                                                           Jessica Hays

    Defendant.

---

**COURTROOM MINUTES**

---

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:30 a.m.**
Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **10** depositions.
Depositions shall not exceed one day of seven hours.
Each party may serve on any other party **25** interrogatories, **25** requests for production, and **25** requests for admission.
Joinder of Parties/Amendment of Pleadings: **August 21, 2022**
Discovery Cut-off: **March 6, 2023**
Dispositive Motions Deadline: **April 5, 2023**
Each side shall be limited to **2** expert witnesses, absent leave of court.
Parties shall designate affirmative experts **on or before: January 6, 2023**
Parties shall designate rebuttal experts **on or before: February 6, 2023**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY DAYS** prior to close of discovery.

**JOINT STATUS REPORT** shall be filed no later than **September 30, 2022**.  Counsel shall refer to this Court's practice standards for the specific areas needing to be addressed in the report.

**TELEPHONE FINAL PRETRIAL CONFERENCE** is set for **June 13, 2023 at 10:30 a.m.** Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**  (See the court's website for Instructions for Preparation and Submission) Counsel participating in the conference shall jointly call the Court (303.335.2124) at the scheduled time.

Counsel shall be familiar with the practice standards of the assigned District Court Judge and of Magistrate Judge Crews.

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 10:40 a.m.**
Total time in court:    00:10

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.