IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-WJM

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

**DEFENDANTS' STATEMENT PURSUANT TO SECTION III.A.5 OF REVISED PRACTICE STANDARDS**

---

    Defendants Michael J. Lindell, My Pillow, Inc., and Frankspeech LLC previously moved this Court to dismiss Plaintiff's original Complaint and submitted a memorandum of law in support of their motion. (Doc. 18-19) (collectively "Motion"). Pursuant to Section III.A.5 of the Revised Practice Standards for the Honorable William J. Martinez, Defendants advise the Court that the Motion is now moot for two reasons. First, the Motion was stricken by the Court without prejudice to refiling. (Doc. 30). Second, after Defendants filed the Motion, Plaintiff filed the First Amended Complaint. (Doc. 21). "Ordinarily, the filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded." *Quality Innovative Prods., LLC v. Brand 44, LLC*, Civil Action No. 18-cv-00369-NYW, 2018 U.S. Dist. LEXIS 171789, at *9 (D. Colo. Oct. 4, 2018) (citing *Strich v. United States*, No. 09-CV-01913-REB-KLM, 2010 U.S. Dist. LEXIS 8195, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010)).

Plaintiff's First Amended Complaint is now the operative pleading in this case. *See, e.g., Cornice Techs., Inc. v. Affinity Dental Prods.,* Civil Action No. 04-cv-01133-EWN-OES, 2005 U.S. Dist. LEXIS 45546, at *9 (D. Colo. July 21, 2005) (citing *Murray v. Archambo,* 132 F.3d 609, 612 (10th Cir. 1998)); *Chase v. Mesa Cty. Valley Sch. Dist*. No. 51, Civil Action No. 07-cv-00205-REB-BNB, 2009 U.S. Dist. LEXIS 84671, at *6 n.5 (D. Colo. Sep. 17, 2009). Defendants and Plaintiff have stipulated that Defendants may respond to Plaintiff's First Amended Complaint on or before July 15, 2022. (Doc. 24). Defendants will submit their response to Plaintiff's First Amended Complaint, consistent with the parties' stipulation, the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Revised Practice Standards.

DATED:  July 11, 2022

**PARKER DANIELS KIBORT LLC**

By: */s/ Andrew D. Parker*
Andrew D. Parker (MN Bar #195042)
Jesse H. Kibort (MN Bar #328595)
Abraham S. Kaplan (MN Bar #399507)
Ryan P. Malone (MN Bar #395795)
123 N. Third Street, Suite 888
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
Parker@parkerdk.com
Kibort@parkerdk.com
Kaplan@parkerdk.com
Malone@parkerdk.com

**THE REISCH LAW FIRM, LLC**

*s/ Jessica L. Hays*
R. Scott Reisch, #26892
Jessica L. Hays, #53905
1490 W. 121st Avenue, Suite 202
Denver, CO 80234
Scott@reischlawfirm.com
Jessica@reischlawfirm.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            *s/ Andrew D. Parker*
                                            Andrew D. Parker