IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

---

To:    Plaintiff Eric Coomer, Ph.D., by and through his attorneys, Bradley A. Kloewer, Cain & Skarnulis PLLC, P.O. Box 1064, Salida, Colorado 81201.

**PLEASE TAKE NOTICE** that Defendants Michael J. Lindell, FrankSpeech LLC, and My Pillow, Inc. hereby submit this Motion to Dismiss pursuant to Fed. R. Civ. 12(b)(6). This Motion shall be based on the arguments of counsel and all the files and records related to this case.

A more particular statement of the grounds for this motion is set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss, which is being served simultaneously with this Motion to Dismiss.

DATED: July 14, 2022  **PARKER DANIELS KIBORT LLC**

By: */s/ Andrew D. Parker*
Andrew D. Parker (MN Bar #195042)
Jesse H. Kibort (MN Bar #328595)
Abraham S. Kaplan (MN Bar #399507)
Ryan P. Malone (MN Bar #395795
123 N. Third Street, Suite 888
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
kibort@parkerdk.com
kaplan@parkerdk.com
malone@parkerdk.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Andrew D. Parker*
Andrew D. Parker