# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

## ENTRY OF APPEARANCE OF COUNSEL

To the clerk of the court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court and I appear in this case as counsel for Plaintiff Eric Coomer PhD.

    Dated this 22nd day of July 2022.

                                                  Respectfully submitted,

                                                  */s/Steve Skarnulis*
                                                  Steve Skarnulis
                                                  skarnulis@ctrial.com
                                                  **CAIN & SKARNULIS PLLC**
                                                  303 Colorado Street, Suite 2850
                                                  Austin, Texas 78701
                                                  512-477-5000/512-477-5011 (Fax)
                                                  **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Entry of Appearance of Counsel has been served on all counsel on this 22nd day of July 2022, using the CM/ECF system which will send notification of such filing to the following email addresses:

R. Scott Reisch (CO Bar # 26892)
scott@reischlawfirm.com

Jessica L. Hays (CO Bar # 53905)
jessica@reischlawfirm.com

Andrew D. Parker (MN Bar #195042)
parker@parkerdk.com

Abraham S. Kaplan (MN Bar #399507)
kaplan@parkerdk.com

Jesse H. Kibort (MN Bar #328595)
kibort@parkerdk.com

Ryan Malone (MN Bar # 395795)
malone@parkerdk.com

                                              */s/Steve Skarnulis*
                                              Steve Skarnulis