# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

## ENTRY OF APPEARANCE OF COUNSEL

To the clerk of the court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court and I appear in this case as counsel for Plaintiff Eric Coomer PhD.

    Dated this 22nd day of July 2022.

    Respectfully submitted,

       /s/Zachary H. Bowman
Zachary H. Bowman
zbowman@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)
**ATTORNEYS FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Entry of Appearance of Counsel has been served on all counsel on this 22nd day of July 2022, using the CM/ECF system which will send notification of such filing to the following email addresses:

R. Scott Reisch (CO Bar # 26892)
scott@reischlawfirm.com

Jessica L. Hays (CO Bar # 53905)
jessica@reischlawfirm.com

Andrew D. Parker (MN Bar #195042)
parker@parkerdk.com

Abraham S. Kaplan (MN Bar #399507)
kaplan@parkerdk.com

Jesse H. Kibort (MN Bar #328595)
kibort@parkerdk.com

Ryan Malone (MN Bar # 395795)
malone@parkerdk.com

          */s/Zachary H. Bowman*
          Zachary H. Bowman

2