IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-WJM

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

**PLAINTIFF'S *UNOPPOSED* MOTION TO EXCEED PAGE LIMITATIONS FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D., through counsel, files this *Unopposed* Motion to Exceed Page Limitations for Response to Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Dkt. 34] (Defendants' Motion), stating in support thereof as follows:

**MOTION**

1. After filing a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) on May 27, 2022 [Dkt. 18], as well as a Memorandum of Law In Support thereof [Dkt. 19], Plaintiff filed his First Amended Complaint and Jury Demand [Dkt. 21] which is the live pleading before this Court.

2. On July 1, 2022, this Court issued an Order Defendants' Striking Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), as well as a Memorandum

1

of Law In Support thereof.  *See* Docket Text Order [Dkt. 30].  Contemporaneously therewith, the Court granted leave to Defendants to file an amended motion to dismiss "which complies in all respects with this Court's Revised Practice Standards no later than July 11, 2022." *Id.*

3. On July 11, 2022, Defendants filed their Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Dkt. 34], as well as a Memorandum of Law In Support thereof [Dkt. 35].  Again, on July 18, 2022, this Court issued an Order Defendants' Striking Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), as well as a Memorandum of Law In Support thereof.  *See* Docket Text Order [Dkt. 37].  Contemporaneously therewith, the Court granted leave to Defendants to file an amended motion to dismiss "which complies in all respects with this Court's Revised Practice Standards no later than July 22, 2022." *Id.*

4. On July 21, 2022, Defendants filed their Corrected Rule 12(b)(6) Motion to Dismiss Amended Complaint and Supporting Memorandum of Law [Dkt. 38], which is currently pending before this Court.

5. The current deadline by which Plaintiff has to file a response to Defendants' Motion is August 11, 2022.

6. This Court's Revised Practice Standards states that responses other than responses to motions for summary judgment, motions in limine, Rule 702 motions, F.R.C.P. 72 objections, ERISA appeal merits brief, APA appeals, and habeas corpus briefs, are limited to 15 pages.

7. Plaintiff finds it necessary to exceed the Rule's page limit in responding to Defendants' Motion due to the nature of the Motion filed. Defendants raise objections to the sufficiency of Plaintiff's allegations with respect certain agency relationships, as well as constitutional arguments as a defense to liability. These arguments require significant legal briefing. Specifically, Defendants assert that Plaintiff has not demonstrated Defendants acted with actual malice in making the defamatory statements at issue in this dispute. Plaintiff disputes that the actual malice standard should apply, but even if it does, Plaintiff maintains that his 76-page complaint adequately pleads facts sufficient to meet any of the numerous standards that this Court and others have established as being demonstrative of actual malice. In order to adequately address these complex arguments, and to properly incorporate those portions of the Complaint which speak to the standards at issue, Plaintiff respectfully requests an additional 10 pages for his Response.

8. No party will be prejudiced by these additional pages, and as noted, the Motion is unopposed. Plaintiff has similarly agreed to allow Defendants additional pages, if necessary, for their reply.

9. Accordingly, Plaintiff moves the Court for leave to file his response to the Motion in excess of the limits set forth in the Rules, not including Plaintiff's caption, table of contents, index of authorities, signature pages, and certificate of service, and allowing for a total of up to 25 pages to respond.

Respectfully submitted this 5th day of August 2022.

      */s/ Bradley A. Kloewer*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff certifies that he has conferred with counsel for Defendants and counsel is not opposed to the relief requested herein.

      */s/ Bradley A. Kloewer*
Bradley A. Kloewer

4

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Unopposed Motion to Exceed Page Limitations for Response to Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) has been served on all counsel, using the CM/ECF system which will send notification of such filing to the following email addresses, on this 5th day of August 2022:

      R. Scott Reisch (CO Bar # 26892)
scott@reischlawfirm.com

      Jessica L. Hays (CO Bar # 53905)
jessica@reischlawfirm.com

      Andrew D. Parker (MN Bar #195042)
parker@parkerdk.com

      Abraham S. Kaplan (MN Bar #399507)
kaplan@parkerdk.com

      Jesse H. Kibort (MN Bar #328595)
kibort@parkerdk.com

      Ryan Malone (MN Bar # 395795)
malone@parkerdk.com

      */s/ Bradley A. Kloewer*
Bradley A. Kloewer