IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

## FIRST SUPPLEMENTAL NOTICE OF RELATED CASES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), by and through undersigned counsel, files this First Supplemental Notice of Related Cases and provides this Court with the following information:

| RELATED CASE NUMBER FOUR ||
|---|---|
| Cause Number | 1:22-cv-01575 |
| Style of Case | Eric Coomer, Ph.D. vs. Patrick Byrne, Steve Lucescu, and The America Project, Inc. |
| Jurisdiction | United States District Court for the District of Colorado |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | • All Defendants served<br>• Agreed Stipulation relating to briefing schedule filed 08-19-22 |

1

| | |
|---|---|
| | **RELATED CASE NUMBER FOUR** |
| Attorneys Representing Parties in Related Case | **COUNSEL FOR PATRICK BYRNE**<br>Robert N. Driscoll<br>rdriscoll@mcglinchey.com<br>Alfred D. Carry<br>acarry@mcglinchey.com<br>McGlinchey Stafford PLLC<br>1275 Pennsylvania Avenue NW, Suite 420<br>Washington, DC 20004<br>202-802-9950 |
| | **COUNSEL FOR THE AMERICA PROJECT, INC.**<br>Christopher W. Dempsey<br>cdempsey@abelbeanlaw.com<br>Abel Bean Law, P.A.<br>100 North Laura Street, Suite 501<br>Jacksonville, FL 32202<br>904-944-4113<br>904-587-0372—Fax |
| | **COUNSEL FOR STEVEN LUCESCU**<br>Laurin H. Mills<br>laurin@samek-law.com<br>Samek Werther Mills, LLC<br>2000 Duke Street, Suite 300<br>Alexandria, VA 22314<br>703-547-4693<br>240-912-3030—Fax |

Respectfully submitted this 19th day of August 2022.

                                           Respectfully submitted,

                                           */s/ Charles J. Cain*
                                           Charles J. Cain, No. 51020
                                           ccain@cstrial.com
                                           Bradley A. Kloewer, No. 50565
                                           bkloewer@cstrial.com
                                           **Cain & Skarnulis PLLC**
                                           P. O. Box 1064/101 N. F Street, Suite 207
                                           Salida, Colorado 81201
                                           719-530-3011/512-477-5011 (Fax)
                                           **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's First Supplemental Notice of Related Cases has been served on all counsel on this 19th day of August 2022, using the CM/ECF system which will send notification of such filing to the following email addresses:

>Robert N. Driscoll
>rdistricoll@mcglinchey.com
>
>Alfred D. Carry
>acarry@mcglinchey.com
>
>Christopher W. Dempsey
>cdempsey@abelbeanlaw.com

I further hereby certify that a true and correct copy of the foregoing Plaintiff's First Supplemental Notice of Related Cases has been served on all counsel on this 19th day of August 2022, has been emailed to:

>Laurin H. Mills
>laurin@samek-law.com

>                   */s/Charles J. Cain*
>                   Charles J. Cain