AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:22-cv-01129-WJM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Max McGuire__
on *(date)* __8/30/22__ .

☒ served the subpoena by delivering a copy to the named individual as follows: __Max McGuire @ 7630 Bismarck Lake, Converse, Texas 78109__
_____ on *(date)* __8/31/22__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __40.00__ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/31/22__

_____
Server's signature

__David D. Pace   Process Server   PSC-1820__
Printed name and title

__2441 Nacogdoches Rd. #515 San Antonio, Texas 78217__
Server's address

Additional information regarding attempted service, etc.: