AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:22-cv-01129-WJM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Joshua Merritt
on *(date)* 08/30/2022 .

☒ I served the subpoena by delivering a copy to the named individual as follows:

Joshua Merritt, 8459 Shady Grove Road, North Richland Hills, TX 76182 at 5:20 pm

on *(date)* 09/02/2022 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 40 .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/02/2022            *Server's signature*

Arla R. Stroder / PSC 4684 EXP 1/31/2024
*Printed name and title*

PO Box 1720 Van Alstyne, TX 75495
*Server's address*

Additional information regarding attempted service, etc.: