AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:22-cv-01129-WJM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named individual as follows: I attempted to serve her at the 4th fl of court house and I was accused of being pushy so sheriff Buddle helped and they slid her the documents on *(date)* September 7th 2022 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 40.00

My fees are $ ~~100~~ 80 for travel and $ 100 80 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: September 7th 2022   _____
                            Server's signature

David Groley
Printed name and title

318 Lake Rd
Grand Junction CO 81507
Server's address

Additional information regarding attempted service, etc.: