**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY
PURSUANT TO D.C.COLO.L.CivR 7.1**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

    Plaintiff Dr. Eric Coomer, PhD. (Dr. Coomer), by and through counsel, hereby notifies this Court of supplemental authority relevant to this Court's consideration of Defendants' pending Corrected Rule 12(b)(6) Motion to Dismiss Amended Complaint and Supporting Memorandum of Law [Dkt. 38]:

    1.    On Monday, September 19, 2022, the Honorable Wilhelmina M. Wright, United States District Court Judge for the District of Minnesota issued an Order in a proceeding styled *Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited vs. Michael J. Lindell and My Pillow, Inc.,* bearing Case No. 22-cv-0098 (WMW/JFD), wherein the Court denied defendants' Rule 12(b)(6) motion to dismiss.  Attached as **Exhibit 1** is the September 19, 2022 Order.

1

2. Further on August 15, 2022, the Honorable David H. Goldberg, Denver County District Court Judge issued an Order in a proceeding styled *Eric Coomer, Ph.D. vs. Salem Media of Colorado, Inc. and Randy Corporon*, bearing Case No. 2021cv33632, wherein the Court denied defendants' Rule 12(b)(5) motion to dismiss. Attached as **Exhibit 2** is the August 15, 2022 Order.

Respectfully submitted this 21st day of September 2022.

                                                    Respectfully submitted,

                                                    */s/ Bradley A. Kloewer*
                                                    Charles J. Cain, No. 51020
                                                    ccain@cstrial.com
                                                    Bradley A. Kloewer, No. 50565
                                                    bkloewer@cstrial.com
                                                    **Cain & Skarnulis PLLC**
                                                     P. O. Box 1064/101 N. F Street, Suite 207
                                                    Salida, Colorado 81201
                                                    719-530-3011/512-477-5011 (Fax)
                                                    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Notice of Supplemental Authority has been served on all counsel on this 21st day of September 2022, using the CM/ECF system which will send notification of such filing to the following email addresses:

R. Scott Reisch (CO Bar # 26892)
scott@reischlawfirm.com

Jessica L. Hays (CO Bar # 53905)
jessica@reischlawfirm.com

Andrew D. Parker (MN Bar #195042)
parker@parkerdk.com

Abraham S. Kaplan (MN Bar #399507)
kaplan@parkerdk.com

Jesse H. Kibort (MN Bar #328595)
kibort@parkerdk.com

Ryan Malone (MN Bar # 395795)
malone@parkerdk.com

        */s/ Bradley A. Kloewer*
        Bradley A. Kloewer