**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 2**

---

Monday, September 19, 2022 at 14:43:09 Mountain Daylight Time

**Subject:** Re: Conferral re: Coomer v. Lindell et. al. subpoena
**Date:** Friday, September 16, 2022 at 4:35:26 PM Mountain Daylight Time
**From:** Brad Kloewer
**To:** Andrea Hall, ingrid.defranco@gmail.com, Charlie Cain, Scotti Beam

Ok, thanks for the confirmation Andrea. I'm not sure how providing an address where Oltmann could be served would violate any ethical duty, but we'll be sure to note your refusal to provide any cooperation in our motion.

As far as Oltmann's statements regarding a potential FBI raid, you have as much access to his Telegram account as I do, and you can scroll up to his post from Wednesday morning as well as I can. It appears he posted similar commentary on Truth Social as well. He also discussed your conversations with him on the matter at length during a recent Conservative Daily episode. Public reporting suggests the FBI's recent activities pertain to a separate matter, but Mr. Oltmann leaving the state is certainly relevant to our ongoing inability to serve him with the subpoena, as is your frequent and ongoing professional contact with him, both of which are relevant to the legal standards that pertain to the motion I was reaching out to you on.

Finally, I understand that you do not appreciate being apprised of your client's potentially sanction-worthy conduct, but it is our practice to always reach out in an effort to amicably and professionally resolve potential disputes before bringing them before the court. We take that duty seriously, and that practice will not change moving forward.

Have a nice weekend.

_____

Brad Kloewer
[Cain & Skarnulis PLLC](Cain & Skarnulis PLLC)
719-530-3011
bkloewer@cstrial.com

IMPORTANT NOTICE:  The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities.

---

**From:** Andrea Hall <andrea@thehalllawoffice.com>
**Date:** Friday, September 16, 2022 at 3:58 PM
**To:** Brad Kloewer <bkloewer@cstrial.com>, ingrid.defranco@gmail.com <ingrid.defranco@gmail.com>, Charlie Cain <ccain@cstrial.com>, Scotti Beam <sbeam@cstrial.com>
**Subject:** RE: Conferral re: Coomer v. Lindell et. al. subpoena

Brad,
I previously told you I **would not accept service on behalf of my clients**. I am also shocked you keep asking for information. I am **ethically prohibited** from disclosing information I know only through representation, and my client has told me in confidence.

Additionally, my client(s) are not part of your federal lawsuit against Mr. Lindell, and because of that, I am not sure how you can effect substituted service by serving me.

Please provide documentation that my client went on Telegram and said I told him to leave the state

because you were trying to serve him with a subpoena or that he was likely to get raided by the FBI. Even if the comment was true, how does the raid from the FBI have anything to do with your case unless you are somehow working with the FBI?

You do what you think you need to do on behalf of your client. Additionally, please stop with your threats which seem to once again be your office's normal behavior.
Andrea



Andrea M. Hall
The Hall Law Office, LLC
970-419-8234
andrea@thehalllawoffice.com

---

**From:** Brad Kloewer <bkloewer@cstrial.com>
**Sent:** Wednesday, September 14, 2022 10:18 AM
**To:** Andrea Hall <andrea@thehalllawoffice.com>; ingrid.defranco@gmail.com; Charlie Cain <ccain@cstrial.com>; Scotti Beam <sbeam@cstrial.com>
**Subject:** Re: Conferral re: Coomer v. Lindell et. al. subpoena

Hi Andrea,

I'm writing to again check if you'll accept service of the subpoena for your client Mr. Oltmann related to Coomer v. Lindell et. al., Case No. 1:22-cv-01129-WJM. I note you did not respond when I requested an address where Mr. Oltmann could be served when I wrote two weeks ago, on August 30.

Please be advised that if your client does not consent to waive service, we will file a motion for substituted service under FRCP 4 seeking leave to serve you directly. At this point we have already satisfied the standard and can produce all the evidence necessary for the motion to be granted, including an affidavit from our process server describing how he was turned away from Mr. Oltmann's office when Mr. Oltmann was known to be present inside. In addition, your client indicated on Telegram this morning that he is leaving the state as a result of your warning to him that he is likely to soon be raided by the FBI. This circumstance will likely weigh in favor of substituted service as well.

As you're aware, when a waiver is refused without good cause, FRCP 4(2)(A-B) expressly requires that "the court must impose on the defendant … the expenses later incurred in making service; and the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses."

Please advise by close of business today if your client intends to persist in his refusal to waive service.


_____

Brad Kloewer
Cain & Skarnulis PLLC
719-530-3011
bkloewer@cstrial.com

IMPORTANT NOTICE:  The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities.

**From:** Brad Kloewer <bkloewer@cstrial.com>
**Date:** Tuesday, August 30, 2022 at 9:15 AM
**To:** Andrea Hall <andrea@thehalllawoffice.com>, ingrid.defranco@gmail.com <ingrid.defranco@gmail.com>, Charlie Cain <ccain@cstrial.com>, Scotti Beam <sbeam@cstrial.com>
**Subject:** Re: Conferral re: Coomer v. Lindell et. al. subpoena

Hi Andrea,

In that case, please provide an address where Mr. Oltmann can be served.

This is with respect to Coomer v. Lindell et. al., Case No. 1:22-cv-01129-NYW-SKC.

We need to depose Mr. Oltmann because he is a key witness in the case with material knowledge of the facts alleged in the complaint.

_____

Brad Kloewer
Cain & Skarnulis PLLC
719-530-3011
bkloewer@cstrial.com

IMPORTANT NOTICE:  The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities.

---

**From:** Andrea Hall <andrea@thehalllawoffice.com>
**Date:** Tuesday, August 30, 2022 at 9:04 AM
**To:** Brad Kloewer <bkloewer@cstrial.com>, ingrid.defranco@gmail.com <ingrid.defranco@gmail.com>, Charlie Cain <ccain@cstrial.com>, Scotti Beam <sbeam@cstrial.com>
**Subject:** RE: Conferral re: Coomer v. Lindell et. al. subpoena

Brad,
I do not have permission to accept service on behalf of Mr. Oltmann.  Can you please tell me what case name and number you refer to regarding Mr. Lindell?  Can you please explain why you believe you need to depose Mr. Oltmann?
Thanks,
Andrea


Andrea M. Hall
The Hall Law Office, LLC
970-419-8234
andrea@thehalllawoffice.com

**From:** Brad Kloewer <bkloewer@cstrial.com>
**Sent:** Monday, August 29, 2022 10:14 AM
**To:** Andrea Hall <andrea@thehalllawoffice.com>; ingrid.defranco@gmail.com; Charlie Cain

<ccain@cstrial.com>; Scotti Beam <sbeam@cstrial.com>
**Subject:** Conferral re: Coomer v. Lindell et. al. subpoena

Hi Andrea,

Please let us know by the end of this week if you're authorized to accept service of our subpoena on Joe Oltmann for document production and his appearance for a deposition in Dr. Coomer's lawsuit against Mike Lindell, My Pillow, and Frank Speech.

If not, please let us know a reliable address where we can have Mr. Oltmann served. Thanks.

_____

Brad Kloewer
Cain & Skarnulis PLLC
Salida, CO 81201
719-530-3011
bkloewer@cstrial.com

IMPORTANT NOTICE:  The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities.  If you are not the intended recipient, you must not use or disseminate the information.  Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cain & Skarnulis PLLC for any loss or damage arising in any way from its use.