**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

      Defendants

---

**EXHIBIT 3**

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

## DECLARATION OF RON HUMPHRIES

I, Ron Humphries, declare and state as follows:

1.    "My name is Ron Humphries. I am over the age of twenty-one years, am of sound mind, and am fully competent to make this Declaration. I have personal knowledge of the matters stated in this Declaration, which are true and correct

2.    "I was contacted by the office of Cain & Skarnulis PLLC to attempt service of a Deposition Subpoena (the Subpoena) on Joseph Oltmann (Mr. Oltmann). I received the Subpoena on August 31, 2022. The address listed on the Subpoena for service was Mr. Oltmann's residence address located 8245 Keith Court, Castle Rock, Colorado. Thereafter, I had several conversations with the office of Cain & Skarnulis PLLC relating to attempts to serve Mr. Oltmann at his residence and asked for any alternate address information, if possible.

1

3.    "Later on August 31, 2022, I was informed by Cain & Skarnulis PLLC to not attempt service on Mr. Oltmann at his residence Instead, I was asked to attempt service at the offices of PIN Business Networks located at 6200 S. Syracuse Way, Suite 125 Greenwood Village, Colorado  PIN Business Networks contain the office in which Mr. Oltmann records his daily podcast.

4.    "On September 2, 2022, I arrived at 6200 S. Syracus Way at approximately 10:30 a.m.  I entered the building and approached Suite 125, which was identified as the PIN Business Networks office.  The door was equipped with a camera and secure access lock.  An employee answered the door and asked what I needed.  I stated that I had some paperwork for Mr. Oltmann that needed to be signed for.  The employee invited me into the office space.  I was then approached by another employee who appeared to be a producer of Mr. Oltmann's podcast  He stated to me "Joe is finishing up his podcast" and I was invited into a conference room.  Approximately 15 minutes later a female employee walked into the conference room and asked for my name.  The female employee then stated "Joe is not in the building" and told me I would need to leave. As I was exiting the conference room, the man I previously noted as a producer walked out the same door he identified as where Mr. Oltman was recording.  I asked him if Mr. Oltmann was finishing and he stated to me that he was not and additionally, he would not have time to meet with me.  When I questioned the female employee about her relaying that Mr. Oltmann was not in the building, she shrugged her shoulders  At that time, I was escorted out of the building

2

5.    "Upon returning to my vehicle, I took a position at the commercial building across the street from 6200 Syracuse Way. A short time later, an unknown male walked out of the rear of the 6200 Syracuse Way, he stopped at the corner and watched me as he pulled out his cell phone. He then walked toward the front of the building. At that time, I departed the area.

6.    "Based on the previous violent rhetoric from Mr. Oltmann, I suggest using Douglas County Sheriff's office to either serve Mr. Oltmann at his residence in Castle Rock or at the commercial building where he conducts his podcast.

7.    "Pursuant to C.R.S. § 13-27-101, et. seq., I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct."

Further Declarant sayeth naught.

Executed on the _16_ day of September 2022, in Elbert County, Colorado.

Ron Humphries, Declarant

3