**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 4**

---

14 September



**Joe Oltmann**

👁 7.2K  8:02 AM

Joe Oltmann ✓
@joeoltmann

1m

The FBI raided Mike. My lawyers called me stating they are concerned the FBI will target me next. I wanted to laugh but my attorneys actually care about me, and they understand the state of things with the evil we face. Yet there is an incredible calm that comes with the realization that the radical left are panicking and God is winning. I'm headed to meet up with Mike. Pray for Mike, pray for our nation. Support MyPillow and MyCoffee. You can use code CD21 or any other. But please support him.

👍 152   ❤️ 58   🔥 27