**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 5**

Printed: 9/21/2022 11:28:53AM
By: kmeyer

## Douglas County Sheriff's Office - Civil Division

### Civil Process Affidavit

| | | | |
|---|---|---|---|
| Sheriff # | 22001363 | Court of Origin: | United States District Court |
| Docket # | 1:22-CV-01129-WJM | Papers Served: | SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, EXHIBIT A TO SUBPOENA |

**ERIC COOMER**
*Plaintiff*

vs.

**MICHAEL J LINDELL FRANKSPEECH LLC AND MY PILLOW INC**
*Defendant*

**I certify that I have served this process on:** JOSEPH THOMAS OLTMANN

**Service Type:** Cancelled                       **Service Status:** Cancelled

MICHAEL LINDELL
*Name of Defendant*                                 *Sex*      *Race*      *DOB*

*Address of Defendant*

8245 KEITH CT  Castle Rock CO 80108
*Address of Service*

**Fees:**

| | |
|---|---|
| Mileage - Civil | 6.00 |
| NFR-Civil | 20.00 |
| Refund(s) | 20.00 |
| **Total Fees:** | **46.00** |
| ***Deposit(s):*** | **46.00** |
| ***Balance Due:*** | **0.00** |

**Tony Spurlock, Sheriff**     By: K. True 0613                                      KIMBERLY DIANE TRUE 0613
                                *Deputy's Signature*                                  *Deputy's Name and Badge #*

**Attempted, this 14 day of September, 2022 at  2:00 pm**
The Named Defendant was NOT served because:

**Attempted, this 15 day of September, 2022 at 10:54 am**
The Named Defendant was NOT served because:

**Attempted, this 20 day of September, 2022 at  8:38 am**
The Named Defendant was NOT served because:

**Cancelled, this 20 day of September, 2022 at  1:54 pm**
The Named Defendant was NOT served because:
CANCEL PER SCOTTIE WITH THE ATTORNEY OFFICE CONTACTED OFFICE REQUESTING TO CX

---

State of Colorado
County of Douglas
The foregoing instrument was acknowledged before me this September 21, 2022 by

_____
*Deputy's signature & OSN*

*Notary Signature*                                              *Notary Seal*

© Tyler Technologies     CO_Douglas_CivilProcessAffidavit.rpt