# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

### DEFENDANTS' RESPONSE TO PLAINTIFF'S *UNOPPOSED* MOTION FOR SUBSTITUTED SERVICE OF SUBPOENA DUCES TECUM DIRECTED AT JOSEPH OLTMANN

---

To:    Plaintiff's Eric Coomer, Ph.D., by and through his attorneys, Bradley A. Kloewer, Cain & Skarnulis PLLC, P.O. Box 1064, Salida, Colorado 81201.

Defendants Michael J. Lindell, FrankSpeech, LLC, and My Pillow, Inc. ("Defendants") take no position on Plaintiff's motion for substituted service of subpoena duces tecum directed at Joseph Oltmann, and Defendants do not request any briefing or related schedule from the Court. However, Defendants do not believe the pending motion is unopposed. It is Defendants' understanding, having been informed by the subpoenaed witnesses' counsel, that the subpoenaed witness does oppose the motion.

1

DATED: September 23, 2022

**PARKER DANIELS KIBORT LLC**

By: */s/ Abraham S. Kaplan*
Andrew D. Parker (MN Bar #195042)
Jesse H. Kibort (MN Bar #328595)
Abraham S. Kaplan (MN Bar #399507)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
kibort@parkerdk.com
kaplan@parkerdk.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

CAIN & SKARNULIS, PLLC

Charles J. Cain
Bradley A. Kloewer, #50565
P.O. Box 1064
Salida, Colorado 81201
ccain@cstrial.com

Bradley A. Kloewer
101 North F Street
Suite 207
Salida, CO 81201
bkloewer@cstrial.com

**Attorneys for Plaintiff**

> */s/Janene R. Andersen*
> Janene R. Andersen