IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-WJM

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

---

**SUPPLEMENT TO PLAINTIFF'S *UNOPPOSED* MOTION FOR SUBSTITUTED SERVICE OF SUBPOENA DUCES TECUM DIRECTED AT JOSEPH OLTMANN**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D., through counsel, files this Supplement to his *Unopposed* Motion for Substituted Service of Subpoena Duces Tecum Directed at Joseph Oltmann, stating in support thereof as follows:

1. Plaintiff incorporates by reference his *Unopposed* Motion for Substituted Service of Subpoena Duces Tecum Directed at Joseph Oltmann [Dkt. 53] for all purposes.

2. Given the delays in obtaining service on Mr. Oltmann, as well as other scheduling issues, Plaintiff has amended the notice of deposition and subpoena directed to Mr. Oltmann to reschedule the deposition from November 10, 2022 to November 22, 2022. Plaintiff further amended the notice of deposition to provide for the deposition to be taken in a room (to be determined) at the United States Courthouse, 901 19th Street, Denver, Colorado 80294-3589. Finally, Plaintiff amended the notice of deposition to provide for production of responsive documents no later than 21 days after service of the subpoena. A copy of the amended notice and subpoena are attached as Exhibit 1.

1

3. Plaintiff requests the Court grant his Motion for Substituted Service of Subpoena Duces Tecum Directed at Joseph Oltmann to accomodate the new deposition date and location, and allow him to serve the subpoena on Mr. Oltmann's counsel of record, Andrea Hall, and/or to leave copies of the subpoena at either Mr. Oltmann's residence, his place of business, or both.

Respectfully submitted,

_/s/ Charles J. Cain_
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064/101 N. F Street, Suite 207
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Supplement to Motion has been served on Defendants' counsel via email on this 28th day of September 2022:

      R. Scott Reisch (CO Bar # 26892)
      scott@reischlawfirm.com

      Jessica L. Hays (CO Bar # 53905)
      jessica@reischlawfirm.com

      Andrew D. Parker (MN Bar #195042)
      parker@parkerdk.com

      Abraham S. Kaplan (MN Bar #399507)
      kaplan@parkerdk.com

      Jesse H. Kibort (MN Bar #328595)
      kibort@parkerdk.com

      Ryan Malone (MN Bar # 395795)
      malone@parkerdk.com

                                            */s/ Charles J. Cain*
                                              Charles J. Cain