**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**JOINT STATUS REPORT**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

    Plaintiff Dr. Eric Coomer, PhD. (Dr. Coomer), by and through counsel, and Defendants Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. (collectively Defendants), by and through counsel, submit this Joint Status Report pursuant to the Scheduling Order [Dkt. 32] entered on July 7, 2022, as well as this Court's Docket Text Entry [Dkt. 42] entered on August 5, 2022, and respectfully show the Court as follows:

    1.    Plaintiff served his initial disclosures on July 22, 2022. Contemporaneously therewith Plaintiff served documents Bates numbered EC 22cv01129 000001-000335. On August 19, 2022, Plaintiff served his first set of written discovery on all Defendants which included interrogatories, requests for production, and requests for admission. Defendants requested an extension of 21 days in which to serve their objections or responses thereto. Plaintiff agreed to an extension of 7 days in which Defendants were to

1

serve objections or otherwise respond to Plaintiff's discovery requests. Defendants' objections/responses were due September 28, 2022. Defendants submitted responses to Plaintiff's requests for admission, but did not respond to Plaintiff's interrogatories or requests for production. Also on September 28, Defendants filed a Motion to Stay Discovery and Pre-Trial Deadlines [Dkt. 57]. Plaintiff opposes the Motion.

2. On August 29, 2022, Plaintiff served Defendants with deposition notices, along with subpoenas on four third-party witnesses: Tina Peters; Joseph Oltmann; Joshua Merritt; and Max McGuire. Thereafter, Plaintiff perfected service of the subpoenas on Tina Peters [Dkt. 51]; Joshua Merritt [Dkt. 50]; and Max McGuire [Dkt. 49]. As Plaintiff has represented to this Court in his Unopposed Motion for Substituted Service of Subpoena Duces Tecum Directed to Joseph Oltmann [Dkt. 53] and supplement thereto [Dkt. 56], all efforts to serve Oltmann have been futile, thereby necessitating this Court's involvement in the matter. Plaintiff amended his subpoena and deposition notice to Oltmann on September 28, indicating a new deposition date of November 22, as well as a new location and deadline for document production. The other three third party depositions are currently scheduled for the weeks of November 7 and 14, 2022.

3. Plaintiff has also requested available dates for the depositions of the corporate representatives of the corporate Defendants who can testify under F.R.C.P. 30(b)(6). To date, Defendants have not provided the identity of such individuals, or potential dates for their depositions.

4. Plaintiff further intends to take the deposition of Defendant Michael J. Lindell.

5. Defendants have moved for a stay of discovery while their Motion to Dismiss [Dkt. 34] is pending before the Court.

6. Defendants have recently filed a motion to stay discovery pending the Court's order on Defendants' Motion to Dismiss. Plaintiff opposes the motion and will file a response detailing the bases for that opposition.

7. Defendants incorporate by reference their Motion to Stay Discovery [Dkt. 57], and Defendants understand the motion will be opposed.

8. Plaintiff represents that no substantive settlement negotiations or discussions have been taken place to date. At this point, given the nature of incomplete discovery, Plaintiff does not believe such conversations would be fruitful.

9. Defendants believe that substantive settlement discussions are premature while Defendants' Motion to Dismiss remains pending.

Respectfully submitted this 30th day of September 2022.

Respectfully submitted,

| */s/ Charles J. Cain* | */s/ R. Scott Reisch* |
|---|---|
| Charles J. Cain, No. 51020 | R. Scott Reisch, #26892 |
| ccain@cstrial.com | scott@reischlawfirm.com |
| Bradley A. Kloewer, No. 50565 | Jessica L. Hays, #53905 |
| bkloewer@cstrial.com | jessica@reischlawfirm.com |
| Steve Skarnulis | **The Reisch Law Firm, LLC** |
| skarnulis@cstrial.com | 1490 W. 121st Avenue, Suite 202 |
| Zachary H. Bowman | Denver, CO 80234 |
| zbowman@cstrial.com | 303-291-0555 |
| **Cain & Skarnulis PLLC** | 720-904-5797—Facsimile |
| P. O. Box 1064/101 N. F Street, Suite 207 | |
| Salida, Colorado 81201 | |
| and | */s/ Ryan P. Malone* |
| 303 Colorado Street, Suite 2850 | Andrew D. Parker, MN # 195042 |
| Austin, Texas 78701 | parker@parkerdk.com |
| 719-530-3011/512-477-5011 (Fax) | Abraham S. Kaplan, MN #399507 |
| | kaplan@parkerdk.com |
| Thomas J. Rogers III, No. 28809 | Ryan P. Malone, MN Bar # 395795 |
| trey@rklawpc.com | malone@parkerdk.com |
| Mark Grueskin, No. 14621 | Jesse H. Kibort, MN # 328595 |
| mark@rklawpc.com | kibort@parkerdk.com |
| **RechtKornfeld PC** | **Parker Daniels Kibort LLC** |
| 1600 Stout Street, Suite 1400 | 888 Colwell Building |
| Denver, Colorado 80202 | 123 N. Third Street |
| 303-573-1900 | Minneapolis, MN 55401 |
| **ATTORNEYS FOR PLAINTIFF** | 612-355-4100 |
| | 612-355-4101—Facsimile |
| | **ATTORNEYS FOR DEFENDANTS** |

4

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Joint Status Report has been served on all counsel on this 30th day of September 2022, using the CM/ECF system which will send notification of such filing to the following email addresses:

      R. Scott Reisch (CO Bar # 26892)
      scott@reischlawfirm.com

      Jessica L. Hays (CO Bar # 53905)
      jessica@reischlawfirm.com

      Andrew D. Parker (MN Bar #195042)
      parker@parkerdk.com

      Abraham S. Kaplan (MN Bar #399507)
      kaplan@parkerdk.com

      Jesse H. Kibort (MN Bar #328595)
      kibort@parkerdk.com

      Ryan Malone (MN Bar # 395795)
      malone@parkerdk.com

                                            */s/ Charles J. Cain*
                                                  Charles J. Cain