IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 1:22-cv-01129-NYW-SKC ERIC COOMER, PH.D.,

Plaintiff, v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, and MY PILLOW, INC.,

Defendants.

### AFFIDAVIT OF SERVICE BY SUBSTITUTE

I, the undersigned Kathleen Young, do hereby swear and affirm as follows:

1). I am over the age of 18.

2). I am not related to any of the parties in this matter.

3). On Oct. 21, 2022, I served a deposition Subpoena in this matter on the witness Joseph Oltmann by substitute by handing it to his attorney Andrea Hall outside the Weld County Courthouse at 901 Ninth Avenue in Greeley, Colorado.

_Kathleen Young_
Kathleen Young

Subscribed and sworn to before me this __21__ day of __October__, 2022 in the county of __Weld__ in the state of Colorado.

_Briana Rodriguez_
Notary Public

My commission expires on the __09__ of __22__, 20__26__

BRIANA GUADALUPE RODRIGUEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224037221
MY COMMISSION EXPIRES 09/22/2026