# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

## ENTRY OF APPEARANCE OF COUNSEL

To the clerk of the court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court and I appear in this case as counsel for Plaintiff Eric Coomer Ph.D.

Dated this 4th day of November 2022.

        Respectfully submitted,

        */s/David E. Jennings*
        Charles J. Cain, No. 51020
        ccain@cstrial.com
        Bradley A. Kloewer, No. 50565
        bkloewer@cstrial.com
        Steve Skarnulis
        skarnulis@cstrial.com
        Zachary H. Bowman
        zbowman@cstrial.com
        David E. Jennings, No. 54643
        djennings@cstrial.com

**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)