UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CIVIL ACTION NO.: 1-22-cv-01129-WJM**

ERIC COOMER, Ph.D.,

Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

Defendants.

## ENTRY OF APPEARANCE

Please take notice that G. Robb Schroer, of Coombe Curry Rich and Jarvis, hereby enters his appearance on behalf of CD Solutions, Inc., in this matter.

Submitted this 9th day of November, 2022.

**COOMBE CURRY RICH AND JARVIS**
*A duly signed copy of the foregoing is on file at the office of Coombe Curry Rich and Jarvis*

*/s/ G. Robb Schroer*
G. Robb Schroer, Atty. Reg. No. 36811
Coombe Curry Rich and Jarvis
2000 South Colorado Boulevard
Tower II, Suite 1050
Denver, Colorado 80222
*Attorney for CD Solutions, Inc.*