IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:22-cv-01129-WJM**

ERIC COOMER, PhD.,

    Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC, and
MY PILLOW, INC.,

    Defendants.

## PROTECTIVE ORDER

Interested Party, CD Solutions, Inc. ("CDS"), a foreign corporation, through its counsel, Coombe Curry Rich & Jarvis, and hereby respectfully submits its Protective Order as follows:

1.    Max McGuire entered into a Non-Disclosure Agreement with CD Solutions, Inc. ("CDS") on October 1, 2021.

2.    Mr. McGuire entered into a Non-Disclosure Agreement with PIN Business Network, Inc. ("PIN") on September 3, 2015.

3.    Mr. McGuire is forbidden from disclosing confidential information related to CDS and PIN, including but not limited to:

    (a)    All information concerning CDS and PIN and their affiliates', and their customers', suppliers', and other third parties' past, present, and future business affairs including without limitation, finances, customer

**EXHIBIT 5**

information, supplier information, products, services, organizational structure and internal practices, forecasts, sales and other financial results, records and budgets, and business, marketing, development, sales and other commercial strategies.

4. The Conservative Daily Podcast is an affiliate of CDS.

5. No party is permitted from asking or requesting testimony or documentation from Mr. McGuire related to: Joe Oltmann, any discussions with Joe Oltmann, any discussions about PIN and/or CDS with any employee or former employee of PIN or CDS, and documentation related to PIN or CDS.

Approved this _____ day of _____, 2022.

                                                  BY THE COURT

                                                  _____
                                                  Magistrate Judge S. Kato Crews

**EXHIBIT 5**