## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

## EXHIBIT 2

---

| | |
|---|---|
| **Subject:** | 22-01129; Coomer vs Lindell et al |
| **Date:** | Tuesday, October 4, 2022 at 4:05:56 PM Mountain Daylight Time |
| **From:** | Scotti Beam |
| **To:** | Andrea Hall |
| **CC:** | Charlie Cain, Brad Kloewer, Scotti Beam |
| **Attachments:** | Subpoena Issued to Oltmann re 11-22-22.pdf, 63-ORDER-Grt P Unopp Mtn for Sub Svc of Subpoena-Oltmann (Dkt 53)(20221004).pdf |

Dear Ms. Hall:

I enclose a copy of the Court's order regarding substituted service that was issued today in the referenced case.

Pursuant thereto, I attach a subpoena to testify at a deposition directed to Joseph Oltmann on November 22, 2022, beginning at 10:00 a.m. at the United States Courthouse located at 901 19th Street, Denver, Colorado 80294.  Please inform Mr. Oltmann that the room in which the deposition is to be conducted will be relayed to you prior to the date and time of the deposition.

Thank you.

Scotti Beam

***************
Ms. Scotti Beam, PP*
Cain & Skarnulis PLLC
**303 Colorado Street, Suite 2850**
Austin, Texas 78701
512-300-7876-Cell
512-477-5000-Main
512-477-5011-Fax
sbeam@cstrial.com
*NALS Certified Professional Paralegal

IMPORTANT NOTICE:  The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities.  If you are not the intended recipient, you must not use or disseminate the information.  Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cain & Skarnulis PLLC for any loss or damage arising in any way from its use.