**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 4**

---

**Subject:** RE: Follow up re: Oltmann subpoena
**Date:** Monday, October 17, 2022 at 11:57:41 AM Mountain Daylight Time
**From:** Andrea Hall
**To:** Brad Kloewer, ingrid.defranco@gmail.com, Charlie Cain, Scotti Beam
**Priority:** High

Brad,

I'm not sure why you're harassing me about service for a subpoena, when that does not constitute proper substituted service under Colorado or federal law, which require personal service. See, e.g., *Namaste Judgment Enforcement, LLC v. King*, 465 P.3d 78, 83 (Colo. App. 2020) ("hand delivery to the substituted person is required"). Registered/certified mail are not proper service. *Greene v. JJLV LLC* Civil Action 21-cv-01182-RMR-KMT, at **\*4** (D. Colo. Nov. 12, 2021), nor is email service. *Brand Q, Inc. v. All About Uniforms, Inc*. Civil Action 22-cv-01423-WJM-MDB, at **\*3** (D. Colo. Sep. 9, 2022) (the federal rules do not permit service by email within a judicial district of the United States). So, maybe, rather than sending me threats, you just do it right.

Andrea M. Hall
The Hall Law Office, LLC
970-419-8234
andrea@thehalllawoffice.com

---

**From:** Brad Kloewer <bkloewer@cstrial.com>
**Sent:** Friday, October 14, 2022 12:16 PM
**To:** Andrea Hall <andrea@thehalllawoffice.com>; ingrid.defranco@gmail.com; Charlie Cain <ccain@cstrial.com>; Scotti Beam <sbeam@cstrial.com>
**Subject:** Follow up re: Oltmann subpoena

Hi Andrea,

On October 4, the Court in Coomer v. Lindell et. al. issued an order granting our unopposed motion for substituted service, wherein the Court ordered that "Service may be made by delivering a copy of the subpoena to the Objector, Andrea Hall, by personal hand-to-hand service, certified mail, or electronic mail with return receipt." The email from the Court providing that Order indicates that you were a recipient, which makes sense following your filing into the case as Oltmann's counsel. I've attached that order again here for your reference.

That same day, October 4, our paralegal Scotti Beam sent you a copy of the subpoena at issue, and marked that email to request a read receipt. We did not receive that read receipt.

We also mailed a hard copy via certified mail to the P.O. Box that you have on file with the Colorado Supreme Court as your business address. The tracking number indicates that item has been in your mailbox since at least October 8, and we understand that you have received at least two notices that the mail is there ready for pickup.

I have again attached a copy of that subpoena here. Please confirm receipt of this email. If we don't hear back from you, we will seek further relief from the court on Monday, October 17.

_____

Brad Kloewer
Cain & Skarnulis PLLC
Salida, CO 81201
719-530-3011
bkloewer@cstrial.com

IMPORTANT NOTICE:  The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities.  If you are not the intended recipient, you must not use or disseminate the information.  Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cain & Skarnulis PLLC for any loss or damage arising in any way from its use.