# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

# EXHIBIT 5

---

**Subject:** Oltmann deposition
**Date:** Thursday, November 3, 2022 at 2:51:53 PM Mountain Daylight Time
**From:** Andrea Hall
**To:** Charlie Cain, Randy Corporon, Scotti Beam, Brad Kloewer, Steve Skarnulis

Dear Charlie,
The documents I was served on behalf of Mr. Oltmann state that the deposition you are seeking of him is scheduled for November 22, 2022, at 10:00 am. Neither my client nor I are available on that date and time. Per D.C.COLO.LCivR 30.1, I was not conferred with, nor did either Mr. Oltmann or myself consent to this date. If you could please provide me with three new dates and times after the new year, as I will be out of state from mid-November until then, I would greatly appreciate it.
Thanks,
Andrea


Andrea M. Hall
The Hall Law Office, LLC
970-419-8234
andrea@thehalllawoffice.com