**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 6**

**Subject:** Re: Oltmann deposition
**Date:** Thursday, November 3, 2022 at 5:29:38 PM Mountain Daylight Time
**From:** Charlie Cain
**To:** Andrea Hall, Randy Corporon, Scotti Beam, Brad Kloewer, Steve Skarnulis

Andrea, we have been through this drill before and it resulted in multiple sanctions orders. You've were contacted about accepting service back in August. You refused to agree and claimed not be Oltmann's counsel. The time to work with us or seek an agreed date was back then. You have been in possession of a copy of the order for substituted service since October 4. If you have some proposed alternative dates, then you need to provide those to me and we will consider your request to move the deposition, but we will not agree to delay this until next year.

---

**From:** Andrea Hall <andrea@thehalllawoffice.com>
**Date:** Thursday, November 3, 2022 at 2:51 PM
**To:** Charles Cain <ccain@cstrial.com>, Randy Corporon <rbc@corporonlaw.com>, Scotti Beam <sbeam@cstrial.com>, Brad Kloewer <bkloewer@cstrial.com>, Steve Skarnulis <skarnulis@cstrial.com>
**Subject:** Oltmann deposition

Dear Charlie,
The documents I was served on behalf of Mr. Oltmann state that the deposition you are seeking of him is scheduled for November 22, 2022, at 10:00 am. Neither my client nor I are available on that date and time. Per D.C.COLO.LCivR 30.1, I was not conferred with, nor did either Mr. Oltmann or myself consent to this date. If you could please provide me with three new dates and times after the new year, as I will be out of state from mid-November until then, I would greatly appreciate it.
Thanks,
Andrea


Andrea M. Hall
The Hall Law Office, LLC
970-419-8234
andrea@thehalllawoffice.com