**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 7**

---

**Subject:** Oltmann deposition
**Date:** Friday, November 4, 2022 at 2:39:37 PM Mountain Daylight Time
**From:** ingrid.defranco@gmail.com
**To:** Charlie Cain, Scotti Beam, Brad Kloewer, Steve Skarnulis
**CC:** 'Andrea Hall'

Dear Counsel,

Ms. Hall has made me aware of a date conflict with Mr. Oltmann's currently-scheduled deposition and asked if I would step in. I am willing to do that, if you are able to reset the deposition to the week of December 12, 2022. I can accept either the 12th or 16th, and have cleared those dates with Mr. Oltmann. I have not been retained by Mr. Oltmann in this matter, but have his consent to defend the deposition. I don't believe there's any need to hold it at the courthouse, and hope you aren't attempting to intimidate him by setting it there. Let's find a reasonable venue and agree. If you are amenable, this would appear to resolve the issue.

Sincerely,

Ingrid DeFranco

Law Office of Ingrid J. DeFranco
PO Box 128 Brighton, CO 80601-0128
303-443-1749  fax:303-558-4294