**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 8**

---

| | |
|---|---|
| **Subject:** | Objection, etc. |
| **Date:** | Friday, November 4, 2022 at 10:01:43 PM Mountain Daylight Time |
| **From:** | Joe Oltmann |
| **To:** | Charlie Cain, Brad Kloewer, Scotti Beam |
| **Attachments:** | Objections to Requests for Production - JO.pdf |

 **IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender joe @pidoxa.com**

Charlie Cain et al,

Enclosed is the Objection to the request for production. I enjoyed doing it. Maybe I will go to law school at some point. That would be great, huh? You are required to confer with me about the depo date since I represent myself on this. I am not in town on the 22nd. Will send over a few dates in December or in the new year.

Got a question for you though Cain. One… Did you kill Abel with Coomer or by yourself? Do not expect you to get this right away. You know, cowards who are perpetual liars rarely do…. You are too busy lying and making up stories to put in front of the judge. Not sure you are capable of the truth.

See you at the deposition lil buddy.

Sincerely the guy that is sick of the evil you personify,

Joe