IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 9**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-WJM

ERIC COOMER, PhD.,
Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

Defendants

---

## NON-PARTY JOSEPH OLTMANN'S OBJECTIONS TO PLAINTIFF'S REQUESTS FOR PRODUCTION

---

Non-party Joseph Oltmann hereby tenders his objections to the Plaintiff's Requests for Production, stating as follows:

### DOCUMENTS REQUESTED

1. All written communications with Lindell, FrankSpeech, or My Pillow between January 1, 2020 and the present, including, but not limited to, all written communications discussing Dr. Coomer or Dominion Voting Systems.

2. All written communications with David Clements between January 1, 2020 and the present, including, but not limited to, all written communications discussing Dr. Coomer or Dominion Voting Systems.

3. All documents and communications authored, sent, or received by You concerning any compensation for your employment, time, services, expertise, labor, or training of others relating to the Cyber Symposium, including, but not limited to, any employment contracts, text messages, or emails describing, discussing, or promising any form of compensation.

4. All documents and communications between You and any other members of the so-called "Red Team" at the Cyber Symposium, including, but not limited to, all documents or communications between You and Phil Waldron, Doug Logan, Conan Hayes, Ron Watkins (aka Code Monkey), Mark Cook, Shawn Smith, Joshua Merritt, and/or Lisa Draza, between October 1, 2020 and the present.

**Objection to Request No. 4**

The Deponent objects to this request on grounds that it violates the First Amendment of the United States Constitution in that compelled disclosure of the requested documents would have a chilling effect on the Deponent's right to gather and publish news, because this information would expose confidential sources to whom the Deponent assured non-disclosure, and the plaintiff has not demonstrated that he has exhausted other potential sources.  Notwithstanding these objections, without waiving, and subject to the foregoing, Deponent will conduct a reasonable search of his records, where kept in the normal course of business, for responsive documents. Subject to the foregoing, Deponent will produce the non-privileged documents in his custody, possession or control.

5. All documents or communications authored, sent, or received by You relating to concerns about the accuracy, reliability, verifiability, or truthfulness of the information published during the Cyber Symposium.

6. All documents or communications authored, sent, or received by You relating to specific acts that Dr. Coomer specifically undertook which resulted in provable manipulation, alteration, or misreporting of the 2020 election results.

7. All documents or communications authored, sent, or received by You relating to your attendance at the Cyber Symposium, including, but not limited to, any communications inviting you to speak at the Cyber Symposium, any communications confirming your attendance at the Cyber Symposium, any communications relating to the material you intended to present at the Cyber Symposium, and all documents or communications relating to the means by which you traveled to and from and the Cyber Symposium.

**Objection to Request No. 7**

The Deponent objects to this request on grounds that it violates the First Amendment of the United States Constitution in that compelled disclosure of the requested documents would have a chilling effect on the Deponent's right to gather and publish news, because this information would expose confidential sources to whom the Deponent assured non-disclosure, while acting as a newsperson, and the plaintiff has not demonstrated that he has

exhausted other potential sources.   Notwithstanding these objections, without waiving, and subject to the foregoing, Deponent will conduct a reasonable search of his records, where kept in the normal course of business, for responsive documents. Subject to the foregoing, Deponent will produce the non-privileged documents in his custody, possession or control.

8. All documents or communications authored, sent, or received by You relating to the screenshot of Google search results You created on November 11, 2020, purporting to show Google search results from September 26, 2020, including, but not limited to, any communications describing the screenshot, any communications from third parties encouraging or instructing You to create the screenshot, any communications providing the screenshot as evidence to suppmt your claims about Dr. Coomer, and all documents describing or relating to the means by which Google search results from September 26, 2020, could be recreated on November 11, 2020.

9. All text messages allegedly sent to you at any point between November 3, 2020, and November 9, 2020, wherein you were supposedly ale1ted of an article claiming that Georgia voting machines went down on election day, as well a copy of the article supposedly linked to in those text messages which specifically referenced Dr. Coomer.

10. All notes you took during the alleged "Antifa call," including, but not limited to, the notes You read from dming your November 9, 2020 Conservative Daily podcast wherein you quoted from your notes, claiming that Dr. Coomer had stated "We have prepared for the new future where we put down these fascist [fucks]."[1]

11. All written communications with Joseph A. Camp (aka Joey Camp; Jojo Camp; Your Daddy Joey) or anyone acting on his behalf between January 1, 2020 and the present, including, but not limited to, any and all written communications discussing Dr. Coomer or Dominion Voting Systems.

   **Objection to Request No. 11**

   The Deponent objects to this request to the extent that any of the requested documents which were not provided to the Defendants have no relevance to the issues in this case, and are not reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding these objections, without waiving, and subject to the foregoing, Deponent will conduct a reasonable search of his records, where kept in the normal course of

>business, for responsive documents. Subject to the foregoing, Deponent will produce the non-privileged documents in his custody, possession or control.

12. All documents or communications authored, sent, or received by You relating to any attempts to monitor, surveil, locate, track, follow, investigate, harass, or threaten Dr. Coomer, or any member of his family.

    >**Objection to Request No. 12**

    >The Deponent objects to this request on grounds that it violates the First Amendment of the United States Constitution in that compelled disclosure of the requested documents would have a chilling effect on the Deponent's right to gather and publish news, because this information would expose confidential sources to whom the Deponent assured non-disclosure, while acting as a newsperson, and the plaintiff has not demonstrated that he has exhausted other potential sources.   Notwithstanding these objections, without waiving, and subject to the foregoing, Deponent will conduct a reasonable search of his records, where kept in the normal course of business, for responsive documents. Subject to the foregoing, Deponent will produce the non-privileged documents in his custody, possession or control.

13. All documents or communications authored, sent, or received by You relating to any alleged breach of election software, hardware, or equipment in Mesa County, Colorado, including, but not limited to, all documents or communications with Tina Peters, Sherronna Bishop, Conan Hayes, Patrick Byrne, and/or Gerald Wood between October 1, 2020 and the present.

    >**Objection to Request No. 13**

    >The Deponent objects to this request on grounds that it violates the First Amendment of the United States Constitution in that compelled disclosure of the requested documents would have a chilling effect on the Deponent's right to gather and publish news, because this information would expose confidential sources to whom the Deponent assured non-disclosure, while acting as a newsperson, and the plaintiff has not demonstrated that he has exhausted other potential sources.   Notwithstanding these objections, without waiving, and

subject to the foregoing, Deponent will conduct a reasonable search of his records, where kept in the normal course of business, for responsive documents. Subject to the foregoing, Deponent will produce the non-privileged documents in his custody, possession or control.

14. All documents or communications authored, sent, or received by You relating to or from the individual ·who gave You access to Dr. Coomer's private Facebook account.

**Objection to Request No. 14**

The Deponent objects to this request on grounds that it violates the First Amendment of the United States Constitution in that compelled disclosure of the requested documents would have a chilling effect on the Deponent's right to gather and publish news, because this information would expose confidential sources to whom the Deponent assured non-disclosure, while acting as a newsperson, and the plaintiff has not demonstrated that he has exhausted other potential sources. Notwithstanding these objections, without waiving, and subject to the foregoing, Deponent will conduct a reasonable search of his records, where kept in the normal course of business, for responsive documents. Subject to the foregoing, Deponent will produce the non-privileged documents in his custody, possession or control.

15. All documents or communications authored, sent, or received by You relating to any of the other alleged participants on the Antifa call, including, but not limited to, any discussion of the identities of these alleged individuals, any attempts to identify these individuals, or any communications with any of these alleged individuals.

**Objection to Request No. 15**

The Deponent objects to this request on grounds that it violates the First Amendment of the United States Constitution in that compelled disclosure of the requested documents would have a chilling effect on the Deponent's right to gather and publish news and the plaintiff has not demonstrated that he has exhausted other potential sources.

Notwithstanding these objections, without waiving, and subject to the foregoing, Deponent

will conduct a reasonable search of his records, where kept in the normal course of business, for responsive documents. Subject to the foregoing, Deponent will produce the non-privileged documents in his custody, possession or control.

**Respectfully Submitted this 4th day of November, 2022**

/s/ Joseph Oltmann

Joseph Oltmann

*In pro se*