## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 10**

---

**Subject:** Re: Objection, etc.
**Date:** Tuesday, November 15, 2022 at 2:33:55 PM Mountain Standard Time
**From:** Charlie Cain
**To:** Joe Oltmann
**CC:** Brad Kloewer, Scotti Beam, ingrid.defranco@gmail.com

Documents responsive to the eight requests for production that did not have an objections were due last Friday.  When will these documents be produced?

Additionally, the objections you served to the other seven requests were the same objections that were rejected by Judge Moses in the other proceedings.  Our position as to why this privilege is inapplicable to you is the same in this case as it was in the first case.

We need immediate production of the responsive documents for the eight requests where objections were not raised.  We will further need to jointly call the Court to discuss a ruling on your objections and the lack of production if you do not comply.  Therefore, please propose some times/dates for us to call the Court.  Please respond to both these requests no later than 4pm tomorrow so that we can keep this matter moving forward.

Finally, while I take your settlement offer as a poor attempt at humor, it needs to run through whomever is still representing you, if anyone, on the first case.  You have told us that you are representing yourself for the Lindell subpoena (and the objections were served pro se) but you are blurring that line.  Accordingly, I'm copying in Ingrid.