### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

## EXHIBIT 11

---

**Re: Objection, etc.**

Joe Oltmann <joe@pidoxa.com>
Tue 11/22/2022 10:22 PM
To: Charlie Cain <ccain@cstrial.com>
Cc: Scotti Beam <sbeam@cstrial.com>;Brad Kloewer <bkloewer@cstrial.com>;ingrid.defranco@gmail.com <ingrid.defranco@gmail.com>

Charlie,

You should stop the bullshit. I have tried to upload your files. I just tried again. My guess is like most things you do, you lie and create something that makes it impossible to comply. Enclosed is the screenshot of your portal access.

It's thanksgiving, so I'll be back online sparingly until Monday. You figure it out and let me know when you can send me a link that is not corrupted.

Joe







**Joe Oltmann** @joeoltmann · 1h

Twitter: we want to promote free speech and return free thought to the community.

Also Twitter: You can have free speech as long as it does not have to do with discussing and pointing out the OBVIOUS fraud in the voting machines that gives Americans their voice to protect....

Free speech.

Nothing to see at all. Clown world...

Sent from my iPhone