IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 14**

| | |
|---|---|
| Colorado Court of Appeals<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: February 22, 2022<br>CASE NUMBER: 2021CA1481 |
| Denver District Court<br>2020CV34319 | |
| **Plaintiff-Appellee:**<br><br>Eric Coomer,<br><br>**v.**<br><br>**Defendants-Appellants:**<br><br>Joseph Oltmann, FEC United, and Shuffling Madness Media Inc. | Court of Appeals Case Number:<br>2021CA1481 |
| ORDER OF THE COURT | |

To: All Parties

After review of the motion to dismiss, and having received no response, the Court GRANTS the motion. Further, the Court GRANTS appellee's request for reasonable attorney fees and costs, to be determined by the district court.

IT IS THEREFORE ORDERED that the appeal is DISMISSED without prejudice.

        BY THE COURT:

        J. Jones, J.
        Freyre, J.
        Lipinsky, J.