**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

---

**PLAINTIFF'S NOTICE OF ADVISORY OF COURT ORDER**

---

Plaintiff Eric Coomer, Ph.D., through counsel, files this Notice of Advisory of Court Order and provides as follows:

1. Pursuant to the Court's December 7, 2022 Minute Order [Dkt. 81], the undersigned caused a PDF of same to be emailed to multiple email addresses for Joseph Oltmann on December 7, 2022 at 6:25 p.m. (cst). The email addresses are: joe@pidoxa.com, which is an email address that Oltmann previously used to communicate with the undersigned in this proceeding; (2) joe@conservative-daily.com, which is an email address that Oltmann disclosed in production in a related proceeding; and (3) joe@fecunited.com, which is also an email address Oltmann disclosed in production in a related proceeding. *See* **Exhibit A**.

2. The email to Oltmann was sent with a read receipt request, however, at the time of filing this Notice, Oltmann has not acknowledged receipt of the email. The

1

undersigned's firm's email platform indicates that the email was complete, but no delivery notification was sent by the servers hosting Oltmann's email addresses.  *See* **Exhibit B**.

Respectfully submitted this 8th day of December 2022.

      */s/ Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
David E. Jennings, No. 54643
djennings@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

2