**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT A**

---

| | |
|---|---|
| **Subject:** | Coomer v Lindell et al; No. 22-cv-01129 |
| **Date:** | Wednesday, December 7, 2022 at 6:25:35 PM Central Standard Time |
| **From:** | Scotti Beam |
| **To:** | joe@conservative-daily.com, joe@fecunited.com, Joe Oltmann |
| **CC:** | Charlie Cain, Brad Kloewer, Scotti Beam |
| **Attachments:** | 81-Dkt Txt-Min Ord Setting Mtn Hrg on 12-12 at 11am (Dkt 80)(20221207)[7].pdf |

Mr. Oltmann:

I attach Docket No. 81 that was entered in the referenced matter today.

We have sent this email to other email addresses known to us in order to comply with the Court's order and to ensure you have time to respond.

Thank you.

Scotti
***************
Ms. Scotti Beam, PP*
Cain & Skarnulis PLLC
**303 Colorado Street, Suite 2850**
Austin, Texas 78701
512-300-7876-Cell
512-477-5000-Main
512-477-5011-Fax
sbeam@cstrial.com
*NALS Certified Professional Paralegal

IMPORTANT NOTICE:  The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities.  If you are not the intended recipient, you must not use or disseminate the information.  Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cain & Skarnulis PLLC for any loss or damage arising in any way from its use.