**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT B**

---

**Subject:** Relayed: Coomer v Lindell et al; No. 22-cv-01129
**Date:** Wednesday, December 7, 2022 at 6:25:39 PM Central Standard Time
**From:** Microsoft Outlook
**To:** Joe Oltmann
**Attachments:** Coomer v Lindell et al; No. 22-cv-01129.eml

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Joe Oltmann (joe@pidoxa.com)

Subject: Coomer v Lindell et al; No. 22-cv-01129

| | |
|---|---|
| **Subject:** | Relayed: Coomer v Lindell et al; No. 22-cv-01129 |
| **Date:** | Wednesday, December 7, 2022 at 6:25:41 PM Central Standard Time |
| **From:** | Microsoft Outlook |
| **To:** | joe@conservative-daily.com |
| **Attachments:** | Coomer v Lindell et al; No. 22-cv-01129.eml |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

joe@conservative-daily.com (joe@conservative-daily.com)

Subject: Coomer v Lindell et al; No. 22-cv-01129

**Subject:** Relayed: Coomer v Lindell et al; No. 22-cv-01129
**Date:** Wednesday, December 7, 2022 at 6:25:39 PM Central Standard Time
**From:** Microsoft Outlook
**To:** joe@fecunited.com
**Attachments:** Coomer v Lindell et al; No. 22-cv-01129.eml

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

joe@fecunited.com (joe@fecunited.com)

Subject: Coomer v Lindell et al; No. 22-cv-01129