IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 22-cv-01129-NYW-SKC | Date: December 13, 2022 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| ERIC COOMER, Ph.D., | Bradley Kloewer |
| | Charles Cain |
| | David Jennings |
| Plaintiff, | |
| v. | |
| MICHAEL J. LINDELL, FRANKSPEECH LLC, and MY PILLOW, INC., | Ryan Malone |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**11:07 a.m.     Court in session.**

Appearances of counsel.  Also present are Pro Se Third Party Joseph Oltmann and Plaintiff Eric Coomer.

Discussion regarding Joseph Oltmann's Objection to Plaintiff's Motion for Substituted Service on Colorado Counsel [Doc. 55] and whether Andrea M. Hall represents Mr. Oltmann in this case.  Mr. Oltmann advises the Court that he authorized Ms. Hall to file Doc. 55, but that Ms. Hall does not represent him in this case.  Mr. Oltmann advises the Court that his appellate counsel, Ingrid DeFranco, may represent him at the deposition.  Plaintiff objects to Ms. DeFranco attending the deposition if she is not Mr. Oltmann's attorney.

Argument held regarding Plaintiff's Motion to Compel Document Production and Deposition Testimony from Third Party Joseph Oltmann Pursuant to F.R.C.P. 45 [Doc. 80] filed December 2, 2022.

Discussion regarding arrangements for a deposition of Mr. Oltmann on December 16, 2022. The Court will reach out to the United States Marshals Service as to security measures for all participants.

**ORDERED:** **To the extent that Ms. Ingrid DeFranco or any other attorney will represent Mr. Oltmann in this deposition in which an attorney will be making objections on his behalf, or argument with respect to this subpoena and this deposition, she/he shall file a notice of entry of appearance no later than 5:00 p.m. on December 15, 2022.**

**ORDERED:** **Mr. Oltmann shall produce responsive documents requested in the subpoena duces tecum to the portal no later than 12:00 p.m. MDT on December 14, 2022, including but not limited to documents Mr. Oltmann identified as duplicative or already-produced in other matters, including but not limited to any action filed in the Denver District Court.**

**ORDERED:** **To the extent that Mr. Oltmann is proceeding Pro Se, he shall submit all filings by mail to the court, by the deadline set with the Court, as he does not have electronic filer status. The Court will make an exception to filings Mr. Oltmann emailed to chambers and directs the Clerk of the Court to file Non-Party Joseph Oltmann's Motion to Quash into CM/ECF. The Court also directs the Clerk of the Court to file Mr. Oltmann's Answer to Compel Document Production and Deposition Testimony as Mr. Oltmann's Response to the Motion to Compel [Doc. 80].**

**ORDERED:** **Plaintiff's Motion to Compel Document Production and Deposition Testimony from Third Party Joseph Oltmann Pursuant to F.R.C.P. 45 [Doc. 80] is TAKEN UNDER ADVISEMENT. A separate Order will issue.**

**ORDERED:** **To the extent Mr. Oltmann is concerned about providing an address and phone number in open court, he shall submit the information to the Court's chambers email address no later than 3:00 p.m. today. The Court will restrict the address and phone number on the docket to the Parties and the Court only.**

**12:26 p.m.**   Court in recess.

Hearing concluded.
Total time in court:   1:19