IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D., Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

Defendants

## NON-PARTY JOSEPH OLTMANN'S MOTION TO QUASH

TO THE HONORABLE MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

I have a current case with the same Eric D Coomer, plaintiff. That case is currently under appeal. Only after that case went to appeal did Mr. Coomer file this lawsuit against Mike Lindell. This is attempt to clearly try to circumvent that case and is pending. I have already sat for 4 hours in a deposition with the same counsel for the defendant. I have already answered all of these questions.

Attempting to circumvent a case and manipulate the court in order to harass and intimidate me with this lawfare is not legal and unethical.

Respectfully I ask you to quash this motion yet I did comply. I ask for you to not allow Mr. Cain to abuse the judicial process any more than he has. I would ask you to at a minimum reset the clock and rule that I was NOT properly served, giving me access to and the ability to respond with a motion to quash, properly.

**Respectfully Submitted this 12th day of December 2022**

/s/  Joseph Oltmann

Joseph Oltmann

*In pro se*