**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D., Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

Defendants

---

**NON-PARTY JOSEPH OLTMANN'S ANSWER  TO COMPEL DOCUMENT PRODUCTION AND DEPOSITION TESTIMONY**

---

TO THE HONORABLE MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

**CERTIFICATE REGARDING CONFERRAL**

Mr. Cain never made an attempt to contact me on a date or time. He did however ignore multiple attempts to set a date, time and place See Exhibit 1, to which he did not answer until the day before he wanted me to appear in Denver. Ingrid only stepped in to attend based on the case that is currently under appeal in Denver District Court that includes Shuffling Madness Media and Conservative Daily as well. Regardless, he responded the day before telling me I have not complied, which I did.

# Background disputes

1. No dispute

2. Ms. Hall does not represent me in this matter. Nor has she. I have lived in Texas for a majority of 2022 and I received not one text message, email or other correspondence from Mr. Cain. I did not receive any information that he was attempting to serve me and when I finally did learn of a motion, He had asked the court to substitute service to someone that is not related to me, does not represent me in this case and does not have permission from me to accept service on my behalf.

3. No dispute

4. The court granted service on an attorney that does not represent me in this matter. Although the court has wide discretion, I can find no case law, not even in the case law stated by the court in granting this, which would allow for an attorney on a separate matter to accept service. I do not have regular communication with Ms. Hall nor is there ongoing litigation associated with the case under appeal. Additionally had I

5. No dispute that I am aware of.

6. Ms. Hall still does not represent me in this case. Yet the court used her as an intermediary in a case she does not have any interest or representative claim.

7. Mr. Cain does not stretch the truth, He lies and creates false claims to sway or inflame the court. This entire charade is just another one of those such cases. He even conveniently left out the lack of communication for 10 days to both myself and Ingrid, attorney for connected interests.

8. Mr. Cain is attempting to show that Ms.  Hall acted in any manner that would be improper, but the reality is Ms. Hall did not represent me.

9. Ms. Hall could not respond because Ms. Hall and I was not available and we set a meeting when both she and I was available. Ms. Hall runs a small firm and has multiple cases, making fitting me in to her heavy schedule difficult. Likewise, I work long hours 7 days a week.

10. Mr. Cain is a liar. The sanctions claim was due to making special exception to me to have the deposition at the courthouse, much like is being forced on me in this case. There were security concerns and the Judge in that matter overruled a 20 year sitting Judge on the first hearing when she volunteered and asked the plaintiff to file a motion to reconsider. The entire case in Denver County Court showed a lack of regard for law and simple procedure. The judge in the case, marched in an Antifa Protest and held a sign that stated she would " burn the world down", yet she stayed on as the judge in this case and showed not only disregard but clear bias and what could only be categorized as corruption in the judicial process.

11. I did write that. Mr. Cain is an unethical individual.

12. I did not receive the subpoena until 10 days earlier. I had no time to review and because Cain made no attempt even after Ms.Hall stated she still did not represent me to contact me. I made the attempt as I should to contact him. Yes I was upset and rightfully so because again, Mr. Cain made misrepresentations to the court, slandered my name in order to get the court to serve a subpoena through someone that has no interest or represents me in this matter.

13. I made attempts to upload the very sparce document. I even sent a copy through the mail. There is nothing to give him. There is no documentation of any significance to give to him and he knows this.

14. I was out of town with my family. Several members of my immediate family live in Arizona. It was Thanksgiving weekend and I was not returning until the following week. Despite his claims that I have time to be on a podcast or that I attended protests in Arizona is irrelevant. At no point was I ever associated with any Q or QAnon activities or events. Not in Arizona or anywhere. I was there, was scheduled to be there and made attempts by his own account to reschedule. SHOULD BE NOTED: By the time that I had received the subpoena, the time period I was told had passed to quash the Subpoena.

15. I provided a screenshot of the link not working. No attempt was made by his firm to rectify the situation.

16. It was Thanksgiving.

17. This is defamatory and  false. I have never been a part of nor participated in any QAnon themed rallies. I talked about the lies perpetrated on the American people that is blatantly obvious to anyone who has even a ounce of intelligence. But again Mr. Cain uses this time to sway the court with more lies.

18. I cannot do the deposition this week as I told Mr. Cain that I lived in Texas and travel extensively. I also have never received any payment for my travel or expenses or told what the method of recording would be used in the deposition. Required by law in doing a deposition.  I also stated to Mr. Cain that I would be willing to meet somewhere other than the courthouse and he did not respond to that either. No other plaintiff has been burdened with that request. I should not have to be at the courthouse. I have done nothing wrong and should not be subjected to sitting in a courthouse when it is neither convenient nor neutral.

19. Mr. Cain has not spent months. Mr. Cain has responded twice, lied about service, misled this court and made it impossible for me to get proper service and time to file the motion to quash as this is a fishing expedition to get around the case that is under appeal in Denver. This is yet another unethical attempt at lawfare.

20. Exhibit 4 is the discovery questions and answers with the objections which were also filed.

LEGAL STANDARD

21. There was no legal standard followed in this case. I was not even legally served. The "Well she sees him and represents him on another case, so lets serve her", is not proper

service." Furthermore, I saw the service that I avoided service in Greenwood village but at the time of that service, I WAS IN TEXAS. The man lied or Mr. Cain lied yet again to manipulate the court.

ARGUMENT

22. This is a lie. There is no way to explain any part of this as it is patently false.

23. That is not true. I would not appear in the court for the deposition. Again, I was being treated differently than ALL of the other witnesses yet I was the only one that was subject to death threats and attacks against me and my family. They knew that, but again this is just another slanderous lie from Mr. Cain. Twisting the story is what he is good at. The judge in the case broke nearly every procedure and rule, this was no exception. Included in this was a conferral that Mr. Cain had with the Judge without my attorney being present. The rules do not seem to apply to Mr. Cain.

24. Sanctions were paid and are also under appeal.

25. Again yet more slanderous lying comments  that are not even remotely grounded in truth. Ms. Hall has had major health issues. She has been in and out of medical procedures and that has limited her ability to do further representations. Additionally, they did not attempt to try and have me escape my obligations. They attempted to have me navigate the chaos created by Mr. Cain.

26. The true liar: EXHIBIT 5- This exhibit is the video of ERIC COOMER running his car into a building at 2 pm in the afternoon. Almost running over people, fleeing the scene, running into his restaurant where he chugged two shots of alcohol, lied to the police not once but 4 times, without any regret or even an ounce of hesitation. Despite multiple witnesses describing him to a T, he continued to lie, and then... One of Mr. Cains attorneys showed up at the scene and negotiated Mr. Coomer out of a felony charge of attempting to influence a public official. I have told the truth despite the heavy burden my family has paid. I live in a house with bulletproof glass and thermal cameras because of the lies of Mr. Coomer and his counsel. They want to say I lied and the basis of this case is "lies by Mr. Oltmann". Than this is not about Mike Lindell. This is an attempt to circumvent the lawsuit that is making its way through the courts currently. This is just an attempt to harass and intimidate me.

27. I will not show up to a courthouse to give testimony. I will show up to a hotel as others have testified at, or an office he rents. I will be traveling from Texas so I request that he pay my fees from San Antonio to Denver as well.

28. No comment

29. Enclosed are the responses that I have told him I would upload. I have also told him I do not have ANY written communication, email or otherwise related to any of these people.

30. No dispute.

At the end of the day, I was not afforded minimum due process. I was not served adequately, was not paid for my expenses, was not notified of the method of deposition, nor given adequate time to file a motion to quash. There is a current case that in under appeal and in his own words, Mr. Cain stated that this case is centered on me specifically and defamed me by calling my testimony "lies" as he lies with impunity. This is an attempt to circumvent the court in that case and get a bite at the apple in yet another example of law-fare and abuse of the judiciary.

Mr. Cain after filing his false motion and lying about the circumstances of not being able to contact me directly or serve me, sent all of this information to local media to get them to write even more slanderous hit pieces. Mr. Cain has done everything he can to harass, bully, lie about and intimidate me in this case. He sat with Mr. McGuire for a nearly 10 hour deposition and did not once ask him a question about Mike Lindell or Frankspeech, which is supposed to be the basis for the deposition. His questions in the discovery equally do not have anything to do with Mike Lindell.

Respectfully I ask you to quash this motion yet I did comply. I ask for you to not allow Mr. Cain to abuse the judicial process any more than he has. I would ask you to at a minimum reset the clock and rule that I was NOT properly served because I wasn't, giving me access to and the ability to respond with a motion to quash. I also ask for a neutral place to do the deposition and limit the timeframe of the depositon. I also ask that order Counsel for plaintiff to disclose the way he is intending to do the deposition, by method, which I have not seen nor has he disclosed.

**Respectfully Submitted this 12th day of December 2022**

/s/  Joseph Oltmann

Joseph Oltmann

*In pro se*