# EXHIBIT 1

**From:** Joe Oltmann <joe@pidoxa.com>
**Date:** Monday, November 21, 2022 at 9:31 PM
**To:** Scotti Beam <sbeam@cstrial.com>
**Cc:** Charlie Cain <ccain@cstrial.com>, Brad Kloewer <bkloewer@cstrial.com>, ingrid.defranco@gmail.com <ingrid.defranco@gmail.com>, Scotti Beam <sbeam@cstrial.com>
**Subject:** Re: Objection, etc.

Just gave me a 404 error. I will try again in the morning when you are all in the office.

Joe

**From:** Scotti Beam <sbeam@cstrial.com>
**Date:** Monday, November 21, 2022 at 7:36 PM
**To:** Joe Oltmann <joe@pidoxa.com>
**Cc:** Charlie Cain <ccain@cstrial.com>, Brad Kloewer <bkloewer@cstrial.com>, ingrid.defranco@gmail.com <ingrid.defranco@gmail.com>, Scotti Beam <sbeam@cstrial.com>
**Subject:** Re: Objection, etc.

Mr. Oltmann:

You should be able to drag and drop documents into this link:  https://caincloud.egnyte.com/ul/8j8b0SpR6v after completing the required information (name and email address).

Thank you.

Scotti

***************
Ms. Scotti Beam, PP*
Cain & Skarnulis PLLC
**303 Colorado Street, Suite 2850**
Austin, Texas 78701
512-300-7876-Cell
512-477-5000-Main
512-477-5011-Fax
sbeam@cstrial.com
*NALS Certified Professional Paralegal

**From:** Charlie Cain <ccain@cstrial.com>
**Date:** Monday, November 21, 2022 at 8:31 PM
**To:** Joe Oltmann <joe@pidoxa.com>
**Cc:** Brad Kloewer <bkloewer@cstrial.com>, Scotti Beam <sbeam@cstrial.com>, Ingrid Defranco <ingrid.defranco@gmail.com>
**Subject:** Re: Objection, etc.

You were ordered to appear tomorrow in Denver and failed to file a motion to quash.

The problem with Ingrid's prior email is that she both states she is not your attorney for this deposition but then states she will be there to defend you.  Our rules of professional conduct do not allow for someone to be a half-lawyer.  You either act in that capacity or you do not.   I will not deal with Ms. DeFranco on deposition scheduling until she confirms she is acting as your attorney.

I am glad to see you are now a Texan.  I will not seek sanctions for the current circumstances if we can work something out in the near term.  We cannot reimburse you for mileage when we have no Texas address for you.  Andrea Hall has already been provided with a check for your witness fee.  Our obligation, until we are provided with a mileage determination and incidental costs, is to give you a witness fee (which we have done).  Our last known address for you is 8245 Keith Court, Castlerock, CO.  That is where our process server went initially.  We can accommodate your deposition by agreement at our Austin office (303 Colorado, Suite 2850) on December 12, or you can appear at the Denver federal courthouse on December 16, assuming the Court will reserve another day for your deposition.  Either way, it will be in person.  If you want to be reimbursed for mileage, we need your Texas address and confirmation that you are now a Texas resident.  Max McGuire made it to our Austin office safely last week and was able to provide us with both testimony and documents without incident.

My paralegal will send you a link to upload the documents that you have to produce as a result of our subpoena.  I suggest you act diligently and forthrightly in doing so since we already have significant documentary evidence implicating you from other sources.

Best,

Charlie

**From:** Joe Oltmann <joe@pidoxa.com>
**Date:** Monday, November 21, 2022 at 12:37 PM
**To:** Charles Cain <ccain@cstrial.com>
**Cc:** Brad Kloewer <bkloewer@cstrial.com>, Scotti Beam <sbeam@cstrial.com>, "ingrid.defranco@gmail.com" <ingrid.defranco@gmail.com>
**Subject:** Re: Objection, etc.

Ingrid sent an email, which you ignored. I sent an email, which you ignored. Ms. DeFranco is not available tomorrow. I did not see any mention in the subpoena as to the method for recording which is required. Also, I do business and am paid out of San Antonio Texas. I pay taxes in Texas. I did not receive any check for mileage or expenses to get there. Couple that with Ingrid not being able to be there and her conferral as to that, which you did not respond to, and well we are at an impasse.

Please respond to the email dated 11/4/2022

You did cc Ms. DeFranco so you are aware of the email but did not respond. I will be in Colorado on the 12th so that day works. The only other issue is venue. I will let you work on that with Ms DeFranco.

As for the other information, where would you like that information delivered to? Colorado or Texas address or do you have a portal in which to deliver?

Warm regards,

Joe

----- Forwarded Message -----
**From:** "ingrid.defranco@gmail.com" <ingrid.defranco@gmail.com>
**To:** ': Charles Cain' <ccain@cstrial.com>; 'Scotti Beam' <sbeam@cstrial.com>; 'Brad Kloewer' <bkloewer@cstrial.com>; 'Steve Skarnulis' <skarnulis@cstrial.com>
**Cc:** 'Andrea Hall' <andrea@thehalllawoffice.com>
**Sent:** Friday, November 4, 2022 at 02:39:30 PM MDT
**Subject:** Oltmann deposition

Dear Counsel,

Ms. Hall has made me aware of a date conflict with Mr. Oltmann's currently-scheduled deposition and asked if I would step in. I am willing to do that, if you are able to reset the deposition to the week of December 12, 2022. I can accept either the 12th or 16th, and have cleared those dates with Mr. Oltmann. I have not been retained by Mr. Oltmann in this matter, but have his consent to defend the deposition. I don't believe there's any need to hold it at the courthouse, and hope you aren't attempting to intimidate him by setting it there. Let's find a reasonable venue and agree. If you are amenable, this would appear to resolve the issue.

Sincerely,

Ingrid DeFranco

**Law Office of Ingrid J. DeFranco**

**PO Box 128 Brighton, CO 80601-0128**

**303-443-1749  fax:303-558-4294**

**From:** Charlie Cain <ccain@cstrial.com>
**Date:** Tuesday, November 15, 2022 at 2:33 PM
**To:** Joe Oltmann <joe@pidoxa.com>
**Cc:** Brad Kloewer <bkloewer@cstrial.com>, Scotti Beam <sbeam@cstrial.com>, ingrid.defranco@gmail.com <ingrid.defranco@gmail.com>
**Subject:** Re: Objection, etc.

Documents responsive to the eight requests for production that did not have an objections were due last Friday.  When will these documents be produced?

Additionally, the objections you served to the other seven requests were the same objections that were rejected by Judge Moses in the other proceedings.  Our position as to why this privilege is inapplicable to you is the same in this case as it was in the first case.

We need immediate production of the responsive documents for the eight requests where objections were not raised.  We will further need to jointly call the Court to discuss a ruling on your objections and the lack of production if you do not comply.  Therefore, please propose some times/dates for us to call the Court.  Please respond to both these requests no later than 4pm tomorrow so that we can keep this matter moving forward.

Finally, while I take your settlement offer as a poor attempt at humor, it needs to run through whomever is still representing you, if anyone, on the first case.  You have told us that you are representing yourself for the Lindell subpoena (and the objections were served pro se) but you are blurring that line.  Accordingly, I'm copying in Ingrid.