Exhibit 4
Discovery requests

1. All written communications with Lindell, FrankSpeech, or My Pillow between January 1, 2020 and the present, including, but not limited to, all written communications discussing Dr. Coomer or Dominion Voting Systems.

There are none.

2. All written communications with David Clements between January 1, 2020 and the present, including, but not limited to, all written communications discussing Dr. Coomer or Dominion Voting Systems.

There are none.

3. All documents and communications authored, sent, or received by You concerning any compensation for your employment, time, services, expertise, labor, or training of others relating to the Cyber Symposium, including, but not limited to, any employment contracts, text messages, or emails describing, discussing, or promising any form of compensation.

There are none.

4. All documents and communications between You and any other members of the so-called "Red Team" at the Cyber Symposium, including, but not limited to, all documents or communications between You and Phil Waldron, Doug Logan, Conan Hayes, Ron Watkins (aka Code Monkey), Mark Cook, Shawn Smith, Joshua Merritt, and/or Lisa Draza, between October 1, 2020 and the present.

**Objection to Request No. 4**

The Deponent objects to this request on grounds that it violates the First Amendment of the United States Constitution in that compelled disclosure of the requested documents would have a chilling effect on the Deponent's right to gather and publish news, because this information would expose confidential sources to whom the Deponent assured non-disclosure, and the plaintiff has not demonstrated that he has exhausted other potential sources. Notwithstanding these objections, without waiving, and subject to the foregoing, Deponent will conduct a reasonable search of his records, where kept in the normal course of business, for responsive documents. Subject to the

foregoing, Deponent will produce the

non-privileged documents in his custody, possession or control.

5. All documents or communications authored, sent, or received by You relating to concerns about the accuracy, reliability, verifiability, or truthfulness of the information published during the Cyber Symposium.

**I was there to consult on what they had. I was there to inspect their work, not the other way around.**

6. All documents or communications authored, sent, or received by You relating to specific acts that Dr. Coomer specifically undertook which resulted in provable manipulation, alteration, or misreporting of the 2020 election results.

I do not keep that information. It is held in a depository that when I need information or to review information I get access to it. I do not store those files on my computer. With that said, I had three incidents at my home where someone came to my home with a gun with that intention of doing harm. I had powder sent through the mail to my home to terrorize my family. I have had several dozens death threats, attempted assaults and constant harassment and intimidation as a result of coming forward to divulge Eric Coomer being on that call. Since this however, more information has come to light about Mr. Coomer including how easily and regrettably Mr. Coomer can lie with impunity. There is the footage of Mr. Coomer running into a building, parking it, going into his restaurant taking shots, lying about hitting the building no less than 4 times without so much as a slight hesitation.

7. All documents or communications authored, sent, or received by You relating to your attendance at the Cyber Symposium, including, but not limited to, any communications inviting you to speak at the Cyber Symposium, any communications confirming your attendance at the Cyber Symposium, any communications relating to the material you intended to present at the Cyber Symposium, and all documents or communications relating to the means by which you traveled to and from and the Cyber Symposium.

**Objection to Request No. 7**

The Deponent objects to this request on grounds that it violates the First Amendment of the United States Constitution in that compelled disclosure of the requested documents would have a chilling effect on the Deponent's right to gather and publish news, because this information would expose confidential sources to whom the Deponent assured non-disclosure, while acting as a newsperson, and the plaintiff has not demonstrated that he has exhausted other potential sources.   Notwithstanding these

> objections, without waiving, and subject to the foregoing, Deponent will conduct a reasonable search of his records, where kept in the normal course of business, for responsive documents. Subject to the foregoing, Deponent will produce the non-privileged documents in his custody, possession or control.

8. All documents or communications authored, sent, or received by You relating to the screenshot of Google search results You created on November 11, 2020, purporting to show Google search results from September 26, 2020, including, but not limited to, any communications describing the screenshot, any communications from third parties encouraging or instructing You to create the screenshot, any communications providing the screenshot as evidence to suppmt your claims about Dr. Coomer, and all documents describing or relating to the means by which Google search results from September 26, 2020, could be recreated on November 11, 2020.

I have provided this already. I also already responded on the screenshot, the use of the way back feature on Google, and the conditions around doing that search, including the previous computer that I used to collect search times, at the time. I also checked with John Tig Tiegen as he was supposed to be on that call with me but was out of town. There is also the video and article written about me on October 16, 2020 where I talk about infiltrating Antifa calls and Journalists on that call. I provided notes to you earlier. Here is the link for the article and video. That was a couple weeks before the election and more than several weeks after the call.
https://coloradotimesrecorder.com/2020/10/fec-united-founder-threatens-journalists-at-gop-candidate-event/31689/

Asked and answered in the case that is currently under appeal given the massive errors by the court.

9. All text messages allegedly sent to you at any point between November 3, 2020, and November 9, 2020, wherein you were supposedly ale1ted of an article claiming that Georgia voting machines went down on election day, as well a copy of the article supposedly linked to in those text messages which specifically referenced Dr. Coomer.

Article has been wiped from the internet much like everything else that is linked to Eric Coomer, but my attorney for the Coomer district court lawsuit is searching for it in hard copy form.

10. All notes you took during the alleged "Antifa call," including, but not limited to, the notes You read from dming your November 9, 2020 Conservative Daily podcast wherein you quoted from your notes, claiming that Dr. Coomer had stated "We have prepared for the new future where we put down these fascist [fucks]."[1]

It is not an "alleged" antifa call. It happened and Mr. Coomer was on it. I have provided all of this information in the case with Mr. Coomer.

11. All written communications with Joseph A. Camp (aka Joey Camp; Jojo Camp; Your Daddy Joey) or anyone acting on his behalf between January 1, 2020 and the present, including, but not limited to, any and all written communications discussing Dr. Coomer or Dominion Voting Systems

   **Objection to Request No. 11**

   The Deponent objects to this request to the extent that any of the requested documents which were not provided to the Defendants have no relevance to the issues in this case, and are not reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding these objections, without waiving, and subject to the foregoing, Deponent will conduct a reasonable search of his records, where kept in the normal course of business, for responsive documents. Subject to the foregoing, Deponent will produce the

   non-privileged documents in his custody, possession or control.

12. All documents or communications authored, sent, or received by You relating to any attempts to monitor, surveil, locate, track, follow, investigate, harass, or threaten Dr. Coomer, or any member of his family.

I have never threatened Mr. Coomer or his family nor have I ever made an attempt to threaten him or anyone connected to him.

Notwithstanding that part of the request:

**Objection to Request No. 12**

   The Deponent objects to this request on grounds that it violates the First Amendment of the United States Constitution in that compelled disclosure of the requested documents would have a chilling effect on the Deponent's right to gather and publish news, because this information would expose confidential sources to whom the Deponent assured non-disclosure, while acting as a newsperson, and the plaintiff has not

demonstrated that he has exhausted other potential sources.   Notwithstanding these objections, without waiving, and subject to the foregoing, Deponent will conduct a reasonable search of his records, where kept in the normal course of business, for responsive documents. Subject to the foregoing, Deponent will produce the non-privileged documents in his custody, possession or control.

13. All documents or communications authored, sent, or received by You relating to any alleged breach of election software, hardware, or equipment in Mesa County, Colorado, including, but not limited to, all documents or communications with Tina Peters, Sherronna Bishop, Conan Hayes, Patrick Byrne, and/or Gerald Wood between October 1, 2020 and the present.

**Objection to Request No. 13**

The Deponent objects to this request on grounds that it violates the First Amendment of the United States Constitution in that compelled disclosure of the requested documents would have a chilling effect on the Deponent's right to gather and publish news, because this information would expose confidential sources to whom the Deponent assured non-disclosure, while acting as a newsperson, and the plaintiff has not demonstrated that he has exhausted other potential sources.   Notwithstanding these objections, without waiving, and subject to the foregoing, Deponent will conduct a reasonable search of his records, where kept in the normal course of business, for responsive documents. Subject to the foregoing, Deponent will produce the non-privileged documents in his custody, possession or control.

14. All documents or communications authored, sent, or received by You relating to or from the individual who gave You access to Dr. Coomer's private Facebook account.

**Objection to Request No. 14**

The Deponent objects to this request on grounds that it violates the First Amendment of the United States Constitution in that compelled disclosure of the

requested documents would have a chilling effect on the Deponent's right to gather and publish news, because this information would expose confidential sources to whom the Deponent assured non-disclosure, while acting as a newsperson, and the plaintiff has not demonstrated that he has exhausted other potential sources.   Notwithstanding these objections, without waiving, and subject to the foregoing, Deponent will conduct a reasonable search of his records, where kept in the normal course of business, for responsive documents. Subject to the foregoing, Deponent will produce the non-privileged documents in his custody, possession or control.

15. All documents or communications authored, sent, or received by You relating to any of the other alleged participants on the Antifa call, including, but not limited to, any discussion of the identities of these alleged individuals, any attempts to identify these individuals, or any communications with any of these alleged individuals.

**Objection to Request No. 15**

The Deponent objects to this request on grounds that it violates the First Amendment of the United States Constitution in that compelled disclosure of the requested documents would have a chilling effect on the Deponent's right to gather and publish news and the plaintiff has not demonstrated that he has exhausted other potential sources.   Notwithstanding these objections, without waiving, and subject to the foregoing, Deponent will conduct a reasonable search of his records, where kept in the normal course of business, for responsive documents. Subject to the foregoing, Deponent will produce the

non-privileged documents in his custody, possession or control.