EXHIBIT 5

Eric Coomer wrote an op-ed in the Denver Post: https://www.denverpost.com/2020/12/08/dominion-voting-systems-fraud-claims-false-election-2020/

In that article, Eric Coomer stated that I was a fringe personality and looking for ad revenue. He stated that I fabricated the facebook posts that I made public on November 9, 2020 before anyone was talking about Dominion Voting Systems.

"It is unconscionable that certain fringe media personalities looking to increase personal notoriety, website traffic, and ad revenue would continue to prey on the fears of a public concerned about the safety and security of our electoral system. Additionally, any posts on social media channels purporting to be from me have also been fabricated. I do not have a Twitter account and my Facebook account is not active. These individuals are impersonating me."

In Eric Coomer's deposition he admitted the posts were his:

**See Deposition ATTACHED**

Not only did he admit it, but he stated that "Fuck The Police" "Kill Pigs" and "Fuck the USA" were appropriate posts to make among others that were anti Police, Anti-Trump and Anti-US. Yet he stated on 9th December of 2020, I fabricated those posts. He also posted the Antifa Manifesto, attended an Antifa call, that he now says he was not a part of…

Subsequent arrest: In March 2022 Eric was arrested again.

Eric Coomer ran a truck into a building and fled the scene of the crime. He did massive damage to the building, pulled away from the scene almost running over bystanders. Parked the car a few streets up and walked into his restaurant. When contacted by police, he denied he hit a building, told them he had just drank a couple shots of alcohol with his cook and even after witnesses identified him, he denied he was involved. He did this 4 times. Lied without even an ounce of remorse or hesitation. His lawyer, (this same law firm) happened to show up as Mr. Coomer was handcuffed and placed under arrest in the back of the car and on video negotiated for the release of his client after being informed he was being charged with a felony for trying to influence a public official. You can see that video here.

https://www.youtube.com/watch?v=9vUUHFCTRjw&t=108s

Eric Coomer is an admitted Skinhead. He has a tattoo on his arm of the Screaming Pope, a satanic symbol used by the Church of Satan.

Eric Coomer wrote an article that he published that talked about how he sexually abused his then wife, Emily, peed on her, and made her bark like a dog.

This are just a few of the facts behind Eric Coomer.