IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-01129-WJM

Eric Coomer, Ph.D.,

   Plaintiff,

v.

Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc.

   Defendants.

---

**MOTION FOR LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO.LAttyR 2(b)(1) AND LAttyR 5(a)-(b)**

---

Ingrid J. DeFranco, Esq., hereby submits this Partially-Unopposed Motion for Leave to Provide Limited Scope Representation Pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a) and (b), and in support thereof, states as follows.[1]  Defendants do not oppose this motion; the Plaintiff states that the Motion is unnecessary, but did not oppose.

## REQUEST FOR RELIEF

1. D.C.COLO.LAttyR 2(b)(1) permits an attorney to provide limited scope legal representation to unrepresented parties (including unrepresented prisoners) in civil actions in accordance with Colo. RPC 1.2(c), when ordered by the Court, and subject to D.C.COLO.LAttyR 5(a)-(b).

2.    Colo. RPC 1.2(c) provides in part:

> A lawyer may limit the scope or objectives, or

---

[1] Note that effective Dec. 1, 2017, there is no longer a need for a Certificate of Conferral for matters concerning entry and withdrawal of appearances of counsel.  See D.C.COLO.LCivR 7.1(b)(4).

> both, of the representation if the limitation is reasonable under the circumstances and the client gives informed consent.

3. Here, undersigned counsel seeks to enter a limited appearance to represent third-party Deponent Joseph Oltmann in this action at his request for the limited purpose of appearing at his deposition scheduled for December 16, 2022.

4. Accordingly, undersigned counsel respectfully requests that this Court permit her to enter a limited appearance for the purpose of representing third-party Deponent Joseph Oltmann in this action to assist him in the deposition. Attached hereto is undersigned counsel's proposed Entry of Appearance to Provide Limited Representation.

5. Third-party Deponent Joseph Oltmann is currently not represented by counsel. As Joseph Oltmann is a pro se third-party in this civil action, he qualifies for limited scope representation as permitted by D.C.COLO.LAttyR 2(b)(1).

6. Undersigned counsel is an active member in good standing of the bar of this Court, and thus is permitted to appear on the pro se party's behalf. Undersigned counsel certifies that third-party Deponent Joseph Oltmann has both requested and consented to limited representation as proposed herein.

7. In addition, undersigned counsel certifies that, in providing limited scope representation to third-party Deponent Joseph Oltmann, counsel will comply with all rules of this Court, including the Federal Rules of Civil

Procedure, this District's Local Rules, and the Colorado Rules of Professional Conduct as adopted by D.C.COLO.LAttyR 2.

8. Undersigned counsel requests receipt of the Notices of Electronic Filing issued in this matter while counsel is acting in a limited representation capacity and until counsel has been granted permission to withdraw from this case. Undersigned counsel also acknowledges that third-party Deponent Joseph Oltmann will continue to receive from the court or from the opposing counsel or parties notice of all documents filed in this case by mail.

9. Undersigned counsel certifies that, at the conclusion of the deposition, and any contested issues arising therefrom, counsel will move to withdraw in compliance with D.C.COLO.LAttyR 5(b).

10. At the conclusion of this limited appearance, the pro se party has the burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served and understands that he/she has the obligation to prepare for trial or have other counsel prepare for trial; that failure or refusal to meet these burdens may subject him/her to a possible default; and that the dates of any proceedings including trial and holding of such proceedings will not be affected by the completion of the limited appearance of counsel.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to provide limited representation to third-party Deponent Joseph Oltmann pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a)-(b) for the purpose set forth in paragraph three of this motion, permit

undersigned counsel to file the attached Entry of Appearance to Provide Limited Representation, and grant such other and further relief as the Court may deem just and proper.

DATED this 14th day of December, 2022.

Respectfully submitted,

*s/ Ingrid J. DeFranco*

Ingrid J. DeFranco
Law Office of Ingrid J. DeFranco
P.O. Box 128
Brighton, CO 80601-0128
Ingrid.defranco@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

ccain@cstrial.com
sBeam@cstrial.com
bkloewer@cstrial.com
skarnulis@cstrial.com
zbowman@cstrial.com
trey@rklawpc.com
mark@rklawpc.com
scott@reischlawfirm.com
jessica@reischlawfirm.com
parker@parkerdk.com
kaplan@parkerdk.com
kibort@parkerdk.com
malone@parkerdk.com

*s/ Ingrid J. DeFranco*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-01129-WJM

Eric Coomer, Ph.D.,

    Plaintiff,

v.

Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc.

    Defendants.

## ENTRY OF APPEARANCE TO PROVIDE LIMITED REPRESENTATION

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Third-party Deponent Joseph Oltmann

Undersigned counsel seeks to enter a limited appearance to represent the pro se deponent in this action at his request for the limited purpose of defending his deposition scheduled for December 16, 2022.

I hereby certify that my client, Joseph Oltmann, approves the limited representation.

DATED at Denver, Colorado this 14th day of December 2022.

                                      Respectfully submitted,

                                      *s/ Ingrid J. DeFranco*

Ingrid J. DeFranco<br>
Law Office of Ingrid J. DeFranco<br>
P.O. Box 128<br>
Brighton, CO 80601-0128<br>
Ingrid.defranco@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

ccain@cstrial.com
sBeam@cstrial.com
bkloewer@cstrial.com
skarnulis@cstrial.com
zbowman@cstrial.com
trey@rklawpc.com
mark@rklawpc.com
scott@reischlawfirm.com
jessica@reischlawfirm.com
parker@parkerdk.com
kaplan@parkerdk.com
kibort@parkerdk.com
malone@parkerdk.com

<i>s/ Ingrid J. DeFranco</i>