# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-01129-WJM

Eric Coomer, Ph.D.,

    Plaintiff,

v.

Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc.

    Defendants.

---

### [PROPOSED] ORDER GRANTING LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO. LAttyR 2(b)(1) and LAttyR 5(a)

---

PURSUANT to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a) of the District of Colorado Local Rules of Practice and for good cause shown, the Motion for Leave to Provide Limited Scope Representation filed by Ingrid J. DeFranco, Esq. [filed December 14, 2022; ECF No. 87] is **granted**. Ms. DeFranco may represent third-party Deponent Joseph Oltmann for the limited purpose of defending his deposition.

At the conclusion of this limited representation, Ms. DeFranco shall file a motion for leave to withdraw from providing limited scope representation.

DATED at Denver, Colorado, this ____ day of _____, 20____.

                                                   BY THE COURT:

                                                   _____
                                                   United States District / Magistrate Judge