IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-01129-WJM

Eric Coomer, Ph.D.,

    Plaintiff,

v.

Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc.

    Defendants.

## ENTRY OF APPEARANCE TO PROVIDE LIMITED REPRESENTATION

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Third-party Deponent Joseph Oltmann

Undersigned counsel seeks to enter a limited appearance to represent the pro se deponent in this action at his request for the limited purpose of defending his deposition scheduled for December 16, 2022.

I hereby certify that my client, Joseph Oltmann, approves the limited representation.

DATED at Denver, Colorado this 14th day of December 2022.

Respectfully submitted,

*s/ Ingrid J. DeFranco*

Ingrid J. DeFranco
Law Office of Ingrid J. DeFranco
P.O. Box 128
Brighton, CO 80601-0128
Ingrid.defranco@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

ccain@cstrial.com
sBeam@cstrial.com
bkloewer@cstrial.com
skarnulis@cstrial.com
zbowman@cstrial.com
trey@rklawpc.com
mark@rklawpc.com
scott@reischlawfirm.com
jessica@reischlawfirm.com
parker@parkerdk.com
kaplan@parkerdk.com
kibort@parkerdk.com
malone@parkerdk.com

                                                *s/ Ingrid J. DeFranco*