IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:22-cv-01129**

ERIC COOMER, PhD.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

**CD SOLUTIONS, INC.'S NOTICE OF CONFIDENTIAL INFORMATION**

    COMES NOW, Interested Party, CD Solutions, Inc. ("CDS"), a foreign corporation, through its counsel, Coombe Curry Rich & Jarvis, and hereby respectfully submits its Notice of Confidential Information and in support thereof, states as follows:

    1. Joe Oltmann was the founder and was the CEO of PIN Business Network, Inc. d/b/a DoBizLo ("PIN"). On September 3, 2015, Mr. Oltmann hired Max McGuire as an employee. As part of his employment, Mr. McGuire signed a Non-Disclosure Agreement. ("NDA 2015"). As a result of Mr. McGuire signing the NDA 2015, he is forbidden from disclosing confidential information related to PIN.

    2. While Mr. Oltmann was CEO of CD Solutions, Inc. ("CDS"), he hired Max McGuire as a consultant, on October 1, 2021. Contemporaneously with the signing of the CD Solutions Consulting Agreement, Mr. McGuire signed "Exhibit A" CD Solutions Non-Disclosure Agreement ("NDA 2021"), dated September 1, 2021. As a result of Mr.

McGuire signing this NDA, he is forbidden from disclosing confidential information related to CDS.

3. On Thursday, November 17, 2022, Plaintiff Eric Coomer, Ph.D took the oral and videotaped deposition of Max McGuire at the offices of Cain & Skarnulis PLLC, in Austin, Texas. During this deposition, Mr. McGuire revealed and disclosed information that was subject to NDA 2015 and NDA 2021. CDS files this Notice of Confidential Information in compliance with the Protective Order Governing the Production and Exchange of Confidential Information Ordered by this Court on November 16, 2022. ("Court Order")

4. This case is currently situated in the discovery process, which includes the taking of third-party depositions, such as Mr. McGuire. Mr. McGuire's deposition included the answering of questions related to the above referenced NDAs, the confidential business of PIN and CDS, and the production of confidential PIN and CDS documentation.

5. This confidential information was propriety, commercial sensitive, non-public and subject to the Court Order. Further, this confidential information is subject to Federal Rules of Civil Procedure 5.2 and 26(c).

6. Daniel R. Coombe, as attorney of record for CDS, has reviewed the disclosed documents and deposition transcript of Mr. McGuire and represents in good faith that this Discovery Material contains "Attorneys' Eyes Only Discovery Material" defined as "Confidential Discovery Material" containing information such that disclosure other than provided in the Court Order could reasonably be expected to cause irreparable harm to CDS.

7. CDS has designated testimony from Mr. McGuire's deposition and documents produced by Mr. McGuire as "Attorneys' Eyes Only Discovery Material" and "Confidential Discovery Material." ("CDS Designated Material")

8. CDS Designated Material produced in this litigation will be used solely for the purposes of this litigation and no receiving party is permitted to provide CDS Designated Material to any person or entity (including for any other litigation) or make CDS Designated Material public, except as permitted in this litigation.

9. With respect to the *documents* designated by CDS, CDS has attached "Exhibit A – CDS Confidential Documents" that list the documents that are confidential produced by Mr. McGuire at his deposition. With respect to the *deposition testimony* of Mr. McGuire, CDS has attached "Exhibit B – CDS Confidential Deposition Testimony" that lists those pages and lines of confidential information.

10. CDS Designated Material may be disclosed, summarized, described, characterized, or otherwise communicated, orally or in writing, or made available in whole or in party only to persons for use in connection with this litigation listed in paragraph 8 of the Court's Order. Further, except with the prior written consent of CDS, or by Order of the Court, CDS Designated Material shall not be furnished, shown or disclosed to any person or entity except to those identified in Court Order paragraph 8(b) – (i).

11. CDS hereby reserves the right to correct any inadvertent failure to designate Discovery Material as "Confidential" or "Attorneys' Eyes Only Discovery Material."

WHEREFORE, and based on the foregoing, CDS respectfully requests the Court take Notice of CDS's disclosure of CDS Designated Material.

DATED this 14th day of December, 2022.

**COOMBE CURRY RICH AND JARVIS**

*/s/Daniel R. Coombe*
Daniel Robert Coombe, Esq.
Gregory Robert Schroer, Esq.
Coombe Curry Rich & Jarvis
2000 S Colorado Blvd.
Tower II, Suite 1050
Denver, CO 80222
Telephone: (303) 572-4200
coombe@ccrjlaw.com
schroer@ccrjlaw.com
*Attorneys for CDS*

4