**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:22-cv-01129**

ERIC COOMER, PhD.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

**EXHIBIT A – CDS CONFIDENTIAL DOCUMENTS**

---

COMES NOW, Interested Party, CD Solutions, Inc. ("CDS"), a foreign corporation, through its counsel, Coombe Curry Rich & Jarvis, and hereby respectfully submits Exhibit A – CDS Confidential Documents as follows. All documents listed in this Exhibit A are "Confidential." Undersigned counsel will have these documents marked "Confidential" and circulate among counsel.

1. Request Folder 2

    a. 191019 Group Conversation with Joe Oltmann.pdf

    b. 191022 Group Conversation with Joe Oltmann.pdf

    c. 191203 Group Conversation with Joe Oltmann.pdf

    d. 200602 Group Conversation with Joe Oltmann-1.jpg

    e. 200602 Group Conversation with Joe Oltmann.pdf

    f. 210724 Group Conversation with Joe Oltmann.pdf

  g. 211104 – 211210 adjusting reach pdfs

  h. 220524 Joe Oltmann Messages to Max McGuire on Max, called Paul Watney

  i. 221104 adjusting reach – 4 pdf

  j. Aggregate Messenger with Hammerling(1).pdf

  k. Joe Texts to Max 210 Number.pdf

  l. Joe+Greg+Zach+Micah+Max Texts.pdf

  m. Joe+Zach+Max Texts.pdf

  n. Josh Texts 3.pdf

2. Request Folder 3

  a. 22054 Joe Oltmann Messages to Max McGuire on Max, called Paul Watney

  b. Joe Texts to Maxs 210 Number.pdf

  c. Josh Texts 3.pdf

  d. Text with Chris Wiegand re_Joe Oltmann's Legal Defense Fund.docx

3. All Documents Contained in Request Folder 4, 5, and 6

4. Request Folder 9

  a. Joe Texts to Maxs 210 Number.pdf

  b. Josh Texts 3.pdf

  c. Text with Jimmy Sengenberger re_Joe on Antifa Call.docx

5. All Documents Contained in Request Folder 10.