**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:22-cv-01129**

ERIC COOMER, PhD.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

**EXHIBIT B – CDS CONFIDENTIAL DEPOSITION TESTIMONY**

---

    COMES NOW, Interested Party, CD Solutions, Inc. ("CDS"), a foreign corporation, through its counsel, Coombe Curry Rich & Jarvis, and hereby respectfully submits Exhibit B – CDS Confidential Deposition Testimony as follows. All testimony listed in this Exhibit B is "Confidential."

    Testimony from the deposition of Max McGuire taken on November 17, 2022:

Pg 21 Ln 10 – 17

Pg 22 Ln 6 – 19

Pg 23 Ln 23 - Pg 24 Ln 25

Pg 25 Ln 17 – Pg 26 Ln 2

Pg 27 Lns 3-23

Pg 28 Ln 17 – Pg 29 Ln 1

Pg 30 Ln 7-25

Pg 23 Ln 23 - Pg 24 Ln 13

Pg 37 Ln 1-7

Pg 37 Ln 21-22

Pg 38 Ln 5-25

Pg 39 Ln 9 - Pg 40 Ln 2

Pg 40 Ln 3 – 9

Pg 40 Ln 13-25

Pg 41 Ln 13 - Pg 45 Ln 17.  (and all pages in between)

Pg 48 Ln 2-21

Pg 49 Ln 17 – Pg 51 Ln 20 (and all pages in between)

Pg 52 Ln 5 – Pg 54 Ln 20 (and all pages in between)

Pg 55 Ln 10 – Pg 56 Ln 13 (and all pages in between)

Pg 56 Ln 18 – 25

Pg 57 Ln 1 – Pg 58 Ln 11 (and all pages in between)

Pg 60 Ln 6 – Pg 61 Ln 9

Pg 62 Ln 13 – 18

Pg 62 Ln 22 – Pg 64 Ln 1 (and all pages in between)

Pg 68 Ln 5 – 10

Pg 68 Ln 18 – Pg 69 Ln 5

Pg 70 Ln 1 – 24

Pg 73 Ln 22 – 25

Pg 76 Ln 2- 15

Pg 81 Ln 1 – 8

Pg 81 Ln 19 – Pg 84 Ln 17 (and all pages in between)

Pg 86 Ln 14 – Pg 88 Ln 15 (and all pages in between)

Pg 92 Ln 6 – Pg 99 Ln 1 (and all pages in between)

Pg 101 Ln 21 – Pg 103 Ln 2 (and all pages in between)

Pg 105 Ln 12 – 20

Pg 107 Ln 11 – Pg 110 Ln 8 (and all pages in between)

Pg 114 Ln 18 – Pg 121 Ln 1 (and all pages in between)

Pg 122 Ln 4 – Pg 124 Ln 16 (and all pages in between)

Pg 125 Ln 3- 9

Pg 126 Ln 9 – 19

Pg 129 Ln 15 – Pg 134 Ln 21 (and all pages in between)

Pg 137 Ln 11 – Pg 139 Ln 11 (and all pages in between)

Pg 145 Ln 17 – 21

Pg 148 Ln 14 – 22

Pg 149 Ln 18 – 150 Ln 2

Pg 150 Ln 23 – 152 Ln 12 (and all pages in between)

Pg 153 Ln 10 – 154 Ln 20

Pg 155 Ln 10 – 24

Pg 156 Ln 14 – Pg 157 Ln 13

Pg 161 Ln 25 – Pg 162 Ln 8

Pg 166 Ln 13 – 22

Pg 168 Ln 14 – Pg 169 Ln 16

Pg 170 Ln 18 – Pg 171 Ln 1

Pg 171 Ln 15-20

Pg 172 Ln 3 – 25

Pg 174 Ln 24 – Pg 175 Ln 10

Pg 182 Ln 4 – 20

Pg 184 Ln 15 – 18

Pg 185 Ln 2 – 21

Pg 186 Ln 3 – Pg 187 Ln 14

Pg 187 Ln 22 – Pg 188 Ln 11

Pg 191 Ln 15 – 20

Pg 199 Ln 1 – 16

Pg 208 Ln 11 – 21

Pg 213 Ln 24 – Pg 214 Ln 10

Pg 216 Ln 23 -Pg 217 Ln 6

Pg 221 Ln 5 –  24

Pg 222 Ln 22 – 25

Pg 226 Ln 10 – Pg 227 Ln 13

Pg 228 Ln 11 – 21

Pg 229 Ln 6 – 14

Pg 230 Ln 14 – Pg 231 Ln 14

Pg 233 Ln 3 – 4

Pg 233 Ln 7 – 10

Pg 237 Ln 5 – 10

Pg 242 Ln 2 – Pg 243 Ln 13

Pg 244 Ln 3 – 10

Pg 245 Ln 1 – 9

Pg 246 Ln 3 – Pg 247 Ln 25

Pg 248 Ln 20 – Pg 249 Ln 17

Pg 250 Ln 5 – 22

Pg 257 Ln 17 – 25

Pg 258 Ln 24 – Pg 259 Ln 6

Pg 260 Ln 3 – 8

Pg 261 Ln 14 – Pg 262 Ln 5