IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

**PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF EXPERT DISCLOSURE AND OTHER SCHEDULING ORDER DEADLINES**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) and files this Unopposed Motion for Extension of Expert Disclosure and Other Scheduling Order Deadlines and shows as follows:

**CERTIFICATE OF CONFERRAL**

Counsel for Plaintiff has conferred with counsel for Defendants relating the relief sought by this Motion. Defendants are unopposed to the relief requested.

**MOTION**

Dr. Coomer files this Motion seeking an extension of the parties' expert disclosure deadlines pursuant to Federal Rule of Civil Procedure 26(a)(2), as well as other scheduling order deadlines, and in support states as follows:

1.      On July 7, 2022, the Court entered the parties' original Scheduling Order [Dkt. 32], which included deadlines for expert and rebuttal expert disclosure set on January 6, 2023 and February 6, 2023, respectively.

2.      Due to delays in conducting discovery in this matter, only recently have certain third-party depositions been concluded. No party depositions have been taken in this matter as of the time of filing this Motion, but the parties are working to confirm dates for those depositions.

3.      Plaintiff propounded written discovery on Defendants in August 2022. In September 2022, Defendants served their responses to Plaintiff's Requests for Admissions, and moved to stay discovery on September 28, 2022 [Dkt. 57]. On November 15, 2022, the Court denied Defendants' motion [Dkt. 76]. On November 30, 2022, Defendants served their objections, answers, and responses to Plaintiff's Interrogatories and Requests for Production, as well as served limited document production. On December 22, 2022, Defendants served their first set of written discovery requests on Plaintiff.

4.      Given the foregoing, Dr. Coomer seeks a 60-day extension of time for his deadline to designate expert witnesses, up to and including March 7, 2023. The following extensions would similarly follow the extension requested herein:

| | | |
|---|---|---|
| a. | Defendants' Rebuttal Designation deadline | April 6, 2023 |
| b. | Discovery Cut-Off | May 6, 2023 |
| c. | Dispositive Motion Deadline | June 5, 2023 |

5. These dates are generally in keeping with the Court's August 8, 2022 Minute Order following the reassignment of this case to Judge Wang [Dkt. 48], wherein the Court extended the parties' proposed Final Pretrial Order to July 27, 2023, and the Final Pretrial Conference to August 3, 2023.

6. No party will be prejudiced by the relief requested herein, and as noted, the motion is unopposed.

WHEREFORE, based on the foregoing, Plaintiff Eric Coomer, Ph.D. respectfully requests that the current expert disclosure deadlines be extended from January 6, 2023 and February 6, 2023 to March 7, 2023 and April 6, 2023, respectively, pursuant to Federal Rule of Civil Procedure 26(a)(2). Plaintiff Eric Coomer, Ph.D. additionally requests extensions of both the Discovery Cut-Off to May 6, 2023, and the Dispositive Motion Deadline to June 5, 2023. Plaintiff Eric Coomer, Ph.D. further requests such other and further relief to which he may be entitled.

Respectfully submitted,

*/s/ Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
David E. Jennings, No. 54643
djennings@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064/101 N. F Street, Suite 207
Salida, Colorado 81201

303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**