IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC, and
MY PILLOW, INC.,

    Defendants.

## MINUTE ORDER

Entered by Judge Nina Y. Wang

    This matter is before the court pursuant to the Parties' request for a discovery conference ("Discovery Conference").

    Accordingly, IT IS ORDERED that a Telephonic Discovery Conference is set for **January 27, 2023 at 10:30 a.m.**

    1.    All participants shall use the following dial-in information: 888-363-4749, Access Code: 5738976 to participate at the designated time;

    2.    Counsel shall submit to Chambers any written materials which they wish to discuss at the Discovery Conference;

    3.    To the extent the dispute involves written discovery, the Parties shall complete and submit the written discovery dispute chart in the following example form, with the most persuasive authority included:

| Issue | Moving Party's Position | Opposing Party's Position |
| --- | --- | --- |
| Interrogatory No. 1 | Overly broad contention interrogatory. *Witt v. GC Servs. Ltd. Partnership*, 307 F.R.D. 551, 561-562 (D. Colo. 2014). | Contention interrogatory is the appropriate vehicle and is less burdensome than a Rule 30(b)(6) deposition on this topic. *Teashot LLC v. Green Mountain Coffee Roasters, Inc.*, No. 12-cv-0189-WJM- |

|  |  | KLM, 2014 WL 485876, at *7 (D. Colo. Feb. 6, 2014). |
|--|--|--|

       4.       If the dispute does not involve written discovery, or if the parties find the above chart unhelpful or inappropriate given the substance of their dispute, then the parties are directed to submit a joint status report that clearly and succinctly outlines (1) the object of the dispute, (2) the parties' positions thereon, (3) the authority supporting the parties' positions, and (4) a brief summary of the parties' good faith attempts to resolve the matter before seeking court intervention. The joint status report, like the dispute chart discussed above, should not be posted on the court's docket but should be directly emailed to chambers.

       5.       Counsel shall submit, if appropriate, the chart or joint status report and any written materials to Wang_Chambers@cod.uscourts.gov on or before **5:00 p.m. on January 24, 2023.**

DATED: January 11, 2023