IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 22-cv-01129-NYW-SKC | Date: January 27, 2023 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| ERIC COOMER, Ph.D.,<br><br>　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. LINDELL,<br>FRANKSPEECH LLC, and<br>MY PILLOW, INC.,<br><br>　　　Defendants. | Bradley Kloewer<br>Charles Cain<br><br><br><br>Ryan Malone |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC DISCOVERY HEARING**

**10:47 a.m.    Court in session.**

Appearances of counsel. Also present: attorney Scott Gessler on behalf of Third-Party Tina Peters.

Before the Court is a dispute with respect to the deposition of Ms. Peters, regarding documents that may or may not have been produced and an indication of the Fifth Amendment with respect to all questions during the deposition.

**ORDERED:   Mr. Gessler shall file a limited entry of appearance on behalf of Third-Party Tina Peters.**

**ORDERED:   Plaintiff shall file a Motion to Compel with respect to the deposition of Third-Party Tina Peters no later than February 3, 2023. Defendants and Third-Party Tina Peters shall file a response no later than February 17, 2023. Plaintiff shall file a reply no later than February 22, 2023. The Parties shall include case law and arguments with respect to the invocation of the Fifth**

> **Amendment to every question and whether or not the invocation of the Fifth Amendment continues to be appropriate if a second deposition is ordered after the conclusion of Ms. Peters' criminal prosecution in March 2023. The Court will not set oral argument on the forthcoming Motion to Compel at this time, unless it sees a need for oral argument after reviewing the Parties' briefing. To the extent that the Parties would like to include the documents that were submitted informally to the Court for today's hearing, they shall file the documents in conjunction with the briefing for the forthcoming Motion to Compel.**

Discussion regarding CD Solutions, Inc.'s Notice of Confidential Information [Doc. 91]. Plaintiff informs the Court that he will file a motion challenging those designations. The Court reminds the Parties to meet and confer with respect to any motions practice. The Parties confirm that no response is required from the Court at this time with respect to CD Solutions, Inc.'s Notice of Confidential Information [Doc. 91].

**11:02 a.m.     Court in recess.**

Hearing concluded.
Total time in court:     0:15