**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-WJM

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

---

### PLAINTIFF'S NOTICE OF WAIVER OF SERVICE

---

    Plaintiff Eric Coomer, Ph.D. provides this Notice of Waiver of Service of Subpoena on third-party witness Brannon Howse. An executed Waiver of Service of Subpoena is attached as Exhibit A.

    Respectfully submitted this 27th day of January 2023.

                                                    Respectfully submitted,

                                                  */s/ Bradley A. Kloewer*
                                                  Charles J. Cain, No. 51020
                                                  ccain@cstrial.com
                                                  Bradley A. Kloewer, No. 50565
                                                  bkloewer@cstrial.com
                                                  Steve Skarnulis
                                                  skarnulis@cstrial.com
                                                  Zachary H. Bowman
                                                  zbowman@cstrial.com
                                                 **Cain & Skarnulis PLLC**
                                                  P. O. Box 1064/101 N. F Street, Suite 207
                                                  Salida, Colorado 81201
                                                  and
                                                  303 Colorado Street, Suite 2850
                                                  Austin, Texas 78701
                                                  719-530-3011/512-477-5011 (Fax)

1

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**