## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants

## EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-WJM

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

## WAIVER OF SERVICE OF SUBPOENA

On behalf of third-party witness Brannon Howse and with his express permission, the undersigned acknowledges, pursuant to Fed. R. Civ. P. 45, receipt and acceptance of a Subpoena to Testify at a Deposition in a Civil Action issued by Eric Coomer, Ph.D. to Brannon Howse. On behalf of third-party witness Brannon Howse, I waive any objections to the absence of service of the subpoena. All other objections are reserved.

DATED: January 27, 2023.

Respectfully submitted,

**GLANKLER BROWN, PLLC**

By: _____
Aubrey B. Greer (TN# 35613)
6000 Poplar Ave., Suite 400
Memphis, Tennessee 38119
Telephone: (901) 576-1715
Facsimile: (901) 525-2389
agreer@glankler.com

*Attorney for Third-Party, Brannon Howse*

1