# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

     Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

     Defendants

---

## EXHIBIT 3

---

**MyPillow** <mike.lindell@mail.mypillow.com>

🤔 Are you still interested? Take $10 off! 🤔

May 06, 2022 at 5:11 PM CDT

To: tm.peters@live.com

You're eligible for **$10 OFF** your next order!

Use Gift Card Code: YPWZGZ

**ACTIVATE OFFER**



# *Take Another Look*

We'd hate to see you miss out on this incredible product—and not to mention the great offers and prices that come with it! Come on back and buy it now—you won't regret it.



**Women's Slip-On MySlippers**

ADD TO CART

# *Looking For Something Different?*

Along with your **Women's Slip-On MySlippers**, we also offer mattress toppers, Giza cotton sheets and pillowcases, towels, and much more! We guarantee our products will be the best you'll ever own!









## About MyPillow

FAQ

Warranty

Testimonials

## Information

In the Media

Get Fitted

Where to Buy

## Contact

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

## Connect With Us



© 2022 MyPillow, Inc.

1550 Audubon Rd

Chaska, MN 55379

1-800-308-1299

help@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <mike.lindell@mail.mypillow.com>

⏳ Finish checking out now for $10 off ⏳

July 29, 2022 at 8:30 PM CDT

To: tm.peters@live.com

You're eligible for **$10 OFF** your next order!

Use Gift Card Code: TCGNFF

**ACTIVATE OFFER**



# *Did You Forget*
## *To Check Out?*

Don't miss your chance to own something that really works! Check out now before someone else gets it.

**COMPLETE YOUR ORDER**



**Women's Moccasin MySlippers**

COMPLETE YOUR ORDER

## Check Out These Other Great Products

We guarantee our products will be the best you'll ever own!













### About MyPillow

FAQ

Warranty

Testimonials

### Information

In the Media

Get Fitted

Where to Buy

### Contact

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

**Connect With Us**



© 2022 MyPillow, Inc.

1550 Audubon Rd

Chaska, MN 55379

1-800-308-1299

help@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <mike.lindell@mail.mypillow.com>

📣 Last chance! Check out now for $10 off your order 📣

July 30, 2022 at 8:31 PM CDT

To: tm.peters@live.com

You're eligible for **$10 OFF** your next order!
Use Gift Card Code: TCGNFF

**ACTIVATE OFFER**



# *Last Chance*
## *To Make It Yours!*

It's your last chance to buy these incredible products—and enjoy the great offers and prices that come with them! We'd hate to see you miss out, so hurry back and finish your order before it's too late.

**COMPLETE YOUR ORDER**



**Women's Moccasin
MySlippers**

COMPLETE YOUR ORDER

# *Check Out These Other Great Products*

We guarantee our products will be the best you'll ever own!













### About MyPillow

FAQ

Warranty

Testimonials

### Information

In the Media

Get Fitted

Where to Buy

### Contact

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

**Connect With Us**



© 2022 MyPillow, Inc.

1550 Audubon Rd

Chaska, MN 55379

1-800-308-1299

help@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <mike.lindell@mail.mypillow.com>
 Last chance! Come back for $10 off this grea t product! 
May 07, 2022 at 5:11 PM CDT
To: tm.peters@live.com

You're eligible for **$10 OFF** your next order!
Use Gift Card Code: YPWZGZ

**ACTIVATE OFFER**



# *Come back for one last look!*

This is popular and going fast. Get it before it's too late!



**Women's Slip-On MySlippers**

CHECK AVAILABILITY

# *Check Out Our Other Great Products*













## About MyPillow

FAQ

Warranty

Testimonials

## Information

In the Media

Get Fitted

Where to Buy

## Contact

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

## Connect With Us



© 2022 MyPillow, Inc.

1550 Audubon Rd

Chaska, MN 55379

1-800-308-1299

help@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <mike.lindell@mail.mypillow.com>
Loving your MyPillow products? We have more!
September 29, 2022 at 7:42 PM CDT
To: tm.peters@live.com



# *Love Your*

# *MyPillow?*

**We also offer** mattress toppers, Giza cotton sheets & pillowcases, towels, and much more! Click below to see more!

DISCOVER MORE

## MyPillow Premium



SHOP NOW

## Bed Sheets



SHOP NOW

## Mattress Toppers



SHOP NOW

## Towels



SHOP NOW

### About MyPillow®

FAQ

Warranty

Testimonials

### Information

In the Media

Get Fitted

Where to Buy

### Contact

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

## Connect With Us

 

© 2022 MyPillow, Inc.

343 East 82nd Street, Suite 100

Chaska, MN 55318

1-800-308-1299

orders@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <mike.lindell@mail.mypillow.com>
Loving your MyPillow products? We have more!
September 29, 2022 at 7:42 PM CDT
To: tm.peters@live.com



# *Love Your*

# *MyPillow?*

**We also offer** mattress toppers, Giza cotton sheets & pillowcases, towels, and much more! Click below to see more!

DISCOVER MORE

## MyPillow Premium



**SHOP NOW**

## Bed Sheets



**SHOP NOW**

## Mattress Toppers



**SHOP NOW**

## Towels



**SHOP NOW**

### About MyPillow®

FAQ

Warranty

Testimonials

### Information

In the Media

Get Fitted

Where to Buy

### Contact

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

## Connect With Us

 

© 2022 MyPillow, Inc.

343 East 82nd Street, Suite 100

Chaska, MN 55318

1-800-308-1299

orders@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <mike.lindell@mail.mypillow.com>

🛒 Oh no! Forgetting anything? Get $10 off you r cart 🛒

July 27, 2022 at 8:30 PM CDT

To: tm.peters@live.com

You're eligible for **$10 OFF** your next order!
Use Gift Card Code: TCGNFF

**ACTIVATE OFFER**



---

# *Don't Leave*
## *Your Selections Behind!*

You picked out some truly amazing products! Come on back and buy them now—we guarantee they'll be the best you'll ever own!

FINISH YOUR ORDER

---



## Women's Moccasin MySlippers

## FINISH YOUR ORDER

# *Check Out Our Other Great Products*













# MyPillow Guarantee



With a 60-day money-back guarantee and a 10-year warranty, we promise your total satisfaction with MyPillow products.

**DISCOVER NOW**

## About MyPillow

FAQ

Warranty

Testimonials

## Information

In the Media

Get Fitted

Where to Buy

## Contact

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

## Connect With Us



© 2022 MyPillow, Inc.

1550 Audubon Rd

Chaska, MN 55379

1-800-308-1299

help@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <mike.lindell@mail.mypillow.com>

👀 Something catch your eye? Come back for $10 off! 👀

May 05, 2022 at 5:11 PM CDT

To: tm.peters@live.com

You're eligible for **$10 OFF** your next order!
Use Gift Card Code: YPWZGZ

**ACTIVATE OFFER**



---

# *You Had Your Eye On Something Great*

## Want to take a closer look?



**Women's Slip-On MySlippers**

ADD TO CART

# *Check Out Our Other Great Products*













## *Don't Miss Your Chance To Save!*

# *Have Questions?*

**Mike** puts customer satisfaction as his first priority, and we are committed to meeting your needs. We are here to help **24/7**.

CONTACT US

## About MyPillow

FAQ

Warranty

Testimonials

## Information

In the Media

Get Fitted

Where to Buy

## Contact

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

## Connect With Us



© 2022 MyPillow, Inc.

1550 Audubon Rd

Chaska, MN 55379

1-800-308-1299

help@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <mike.lindell@mypillow.com>
Thank You From Mike Lindell
July 15, 2022 at 7:29 PM CDT
To: tm.peters@live.com



mypillow.com     800-419-4019

## 10-Year Warranty

MyPillow® products have a 10-year warranty on any workmanship and/or material defects. MyPillow® will replace the defective product with a product of equal or greater value. MyPillow® will cover all shipping charges.

*Mike Lindell*

**Mike Lindell**
*CEO My Pillow, Inc.*



### Contact MyPillow Customer Service & Sales 24/7/365

**Customer Service: 1-800-308-1299**

**Sales: 1-800-544-8939**

**Email: help@mypillow.com**

## CLICK HERE

# USE PROMO CODE: MN66

 

| **Contact Us** | **Information** | **About MyPillow®** |
| --- | --- | --- |
| 24/7 Ordering | In the Media | FAQ |
| 1-800-419-4019 | | |
| | Get Fitted | Guarantee & Warranty |
| Customer Service: | | |
| 1-800-308-1299 | Where to Buy | Testimonials |

©2022 MyPillow, Inc.

1550 Audubon Rd Chaska, MN 55379

Privacy Policy    Unsubscribe

**MyPillow** <mike.lindell@mypillow.com>

👋 Welcome back! Here's $10 OFF your next pu rchase 👋

July 01, 2022 at 6:21 PM CDT

To: tm.peters@live.com

You're eligible for **$10 OFF** your next order!

Use Gift Card Code: ZKEKMF

**ACTIVATE OFFER**





## *Welcome Back*

**We Are So Glad To See You Again!** It looks like you're already on our list, so keep an eye out for info on our best deals, new arrivals, and so much more.

While you're here, why not discover what other amazing products we offer? In addition to the best pillow in the world, we also have pillowcases and bed sheets made out of the world's best cotton, mattress toppers, dog beds, and more!



KEEP EXPLORING

As a special treat for you, get **$10 off** your next order.

# Use gift card code: ZKEKMF









# Have You Heard About MyStore?

## *Check Out Some Of Our Featured Products*



Beach Bark Brittle



IXL Electrolytes + Immunity Drink Mix



Made in America Socks



American Flag & Spinning Pole Set



Uncommon Heavy-Duty Telescoping Flagpole



Passion 4 Life Liquid Vitamins & Minerals

### About MyPillow

FAQ

Warranty

Testimonials

### Information

In the Media

Get Fitted

Where to Buy

### Contact

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

## Connect With Us



© 2022 MyPillow, Inc.

1550 Audubon Rd

Chaska, MN 55379

1-800-308-1299

help@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <mike.lindell@mypillow.com>

👋 Welcome back! Here's $10 OFF your next pu rchase 👋

July 27, 2022 at 6:44 PM CDT

To: tm.peters@live.com

You're eligible for **$10 OFF** your next order!
Use Gift Card Code: RWJPKC

**ACTIVATE OFFER**





## *Welcome Back*

**We Are So Glad To See You Again!** It looks like you're already on our list, so keep an eye out for info on our best deals, new arrivals, and so much more.

While you're here, why not discover what other amazing products we offer? In addition to the best pillow in the world, we also have pillowcases and bed sheets made out of the world's best cotton, mattress toppers, dog beds, and more!



**KEEP EXPLORING**

As a special treat for you, get **$10 off** your next order.

# Use gift card code: RWJPKC









# Have You Heard About MyStore?

## *Check Out Some Of Our Featured Products*



Beach Bark Brittle



IXL Electrolytes + Immunity Drink Mix



Made in America Socks



American Flag & Spinning Pole Set



Uncommon Heavy-Duty Telescoping Flagpole



Passion 4 Life Liquid Vitamins & Minerals

## About MyPillow

FAQ

Warranty

Testimonials

## Information

In the Media

Get Fitted

Where to Buy

## Contact

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

## Connect With Us



© 2022 MyPillow, Inc.

1550 Audubon Rd

Chaska, MN 55379

1-800-308-1299

help@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <mike.lindell@mypillow.com>
8J+RiyBXZWxjb21lISBlZXJl4oCZcyB5b3VyIGV4Y2x1c2l2ZSAkMTAgb2ZmIPCf kYs=
March 04, 2022 at 6:24 AM CST
To: tm.peters@live.com

You're eligible for **$10 OFF** your next order!

Use Gift Card Code: PXAXHA

**ACTIVATE OFFER**



# *We Are So Glad You're Here*

## *I Can't Wait For You To Get The Best Sleep Of Your Life*

Now that you're on our list, we'll personally make sure you get first access to our best deals, info on our other products, and so much more.

As our exclusive thank you for joining us, please enjoy **$10 off** your next order. Just use the gift card code below at checkout.



## Use Gift Card Code: PXAXHA

START EXPLORING

## *Check Out Our World-Class Products*

  

## Living the American Dream

Having tried every pillow on the market, entrepreneur Mike Lindell had a dream of inventing MyPillow. Despite betrayal, adversity, no money and many setbacks, Mike achieved his dream. MyPillow, a true American success story.

*Mike Lindell*

CONTINUE MIKE'S STORY



# *Check Out Our Other Great Products*

### Bed Sheets



SHOP NOW

### Mattress Toppers



SHOP NOW

### Blankets



SHOP NOW

### Towels



SHOP NOW

### MySlippers



SHOP NOW

### Mattresses



SHOP NOW

*This gift card is redeemable for merchandise on mypillow.com only. Not for resale or use at any retail outlets or other websites. This card is not redeemable or refundable for cash. Only one gift card per order. This gift card may only be used once and cannot be combined with other gift cards. Should you return items purchased with this gift card, the value of the gift card will be deducted from any refund.*

## About MyPillow®

FAQ

Warranty

Testimonials

## Information

In the Media

Get Fitted

Where to Buy

## Contact

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

## Connect With Us



© 2022 MyPillow, Inc.

343 East 82nd Street, Suite 100

Chaska, MN 55318

1-800-308-1299

orders@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <mike.lindell@mail.mypillow.com>
We're so happy you found your MyPillow!
March 07, 2022 at 7:06 AM CST
**To:** tm.peters@live.com





# *Thank You For Choosing MyPillow!*

**When I started MyPillow,** my passion was helping people get the best sleep of their life! What a blessing it has been to see that dream become a reality!

To help you best care for your MyPillow, please read our product care recommendations. If you have any questions, please don't hesitate to contact us!

**READ OUR PRODUCT CARE**

## MyPillow Premium



SHOP NOW

## Bed Sheets



SHOP NOW

## Mattress Toppers



SHOP NOW

## Towels



SHOP NOW

## About MyPillow®

FAQ

Warranty

Testimonials

## Information

In the Media

Get Fitted

Where to Buy

## Contact

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

## Connect With Us

 

© 2022 MyPillow, Inc.

343 East 82nd Street, Suite 100

Chaska, MN 55318

1-800-308-1299

orders@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <mike.lindell@mail.mypillow.com>
We're so happy you found your MyPillow!
July 04, 2022 at 7:38 PM CDT
To: tm.peters@live.com





# *Thank You For Choosing MyPillow!*

**When I started MyPillow,** my passion was helping people get the best sleep of their life! What a blessing it has been to see that dream become a reality!

To help you best care for your MyPillow, please read our product care recommendations. If you have any questions, please don't hesitate to contact us!

READ OUR PRODUCT CARE

## MyPillow Premium



SHOP NOW

## Bed Sheets



SHOP NOW

## Mattress Toppers



SHOP NOW

## Towels



SHOP NOW

## About MyPillow®

FAQ

Warranty

Testimonials

## Information

In the Media

Get Fitted

Where to Buy

## Contact

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

## Connect With Us

 

© 2022 MyPillow, Inc.

343 East 82nd Street, Suite 100

Chaska, MN 55318

1-800-308-1299

orders@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <mike.lindell@mail.mypillow.com>
🛒 You left something in your cart! Get $10 of f 🛒
July 28, 2022 at 8:30 PM CDT
To: tm.peters@live.com

You're eligible for **$10 OFF** your next order!
Use Gift Card Code: TCGNFF

**ACTIVATE OFFER**



# *Don't Forget*
## *To Check Out!*

We're committed to providing you products that actually work. Find out for yourself how great these are and finish your order today!

COMPLETE YOUR ORDER



**Women's Moccasin MySlippers**

## COMPLETE YOUR ORDER

# *Check Out Our Great Products*













# *Have Questions?*

**Mike** puts customer satisfaction as his first priority, and we are committed to meeting your needs. We are here to help **24/7**.

CONTACT US

**About MyPillow**

FAQ

Warranty

Testimonials

**Information**

In the Media

Get Fitted

Where to Buy

**Contact**

24/7 Ordering Call:

1-800-419-4019

Customer Service:

1-800-308-1299

**Connect With Us**



© 2022 MyPillow, Inc.

1550 Audubon Rd

Chaska, MN 55379

1-800-308-1299

help@mypillow.com

MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.

Unsubscribe

Privacy Policy

View in Browser

**MyPillow** <no-reply@mypillow.com>
Your MyPillow Order Confirmation
July 01, 2022 at 6:26 PM CDT
**To:** Tm.peters@live.com



# Thank You

Hello Tina Peters,

Thank you for your MyPillow order. Once your order ships we will send an email with tracking information. We appreciate your patience with receiving your tracking information, rest assured your order will arrive within the shipping window you selected. You can always stay up to date with the status of your order by clicking the "Review your order" button.

Blessings,
Mike Lindell
CEO, MyPillow Inc.

Review Your Order

**Order Number: #19925118**          **Date: 7/1/2022 6:22:38 PM**

# PAYMENT INFORMATION

**BILLING INFORMATION**

Tina Peters
2663 Eagle Ridge Dr
Grand junction, CO 81503
UNITED STATES
T: 970-261-4302

**PAYMENT METHOD**

PayPal $ 80.29

# CART INFORMATION

| Item | SKU | Quantity | Subtotal |
|------|-----|----------|----------|
| All Season - 8 Womens - Beach Beige Moccasin Slippers | 74468-04 | 1 | 139.98 |
| MySlipper Leather Protectant Spray | 74072-01 | 1 | 19.98 |
| What Are The Odds - Softcover | mlbook-sc | 1 | 0.00 |

| | |
|---|---|
| **SUBTOTAL** | $ 159.96 |
| **DISCOUNT** | $ -95.99 |
| **SHIPPING & HANDLING** | $ 12.95 |
| **TAX** | $ 3.37 |
| **GIFT CARD** | $ .00 |
| **TOTAL** | **$ 80.29** |

# SHIPMENT INFORMATION

**WILL BE SHIPPED TO**

Tina Peters
2663 Eagle Ridge Dr
Grand junction, CO 81503
UNITED STATES
T: 970-261-4302

**SHIPPING METHOD**

10 to 14 Business Days

Review Your Order

 

MyPillow, 1550 Audubon Road, Chaska, MN 55318, USA

You're receiving this email because of your shopping activity at Company. We promise to use your information only according to our privacy policy.

**MyPillow** <no-reply@mypillow.com>
Your MyPillow Order Confirmation
March 04, 2022 at 6:29 AM CST
To: Tm.peters@live.com



# Thank You

Hello Tina Peters,

Thank you for your MyPillow order. Once your order ships we will send an email with tracking information. We appreciate your patience with receiving your tracking information, rest assured your order will arrive within the shipping window you selected. You can always stay up to date with the status of your order by clicking the "Review your order" button.

Blessings,
Mike Lindell
CEO, MyPillow Inc.

Review Your Order

---

**Order Number: #18759464**          **Date: 3/4/2022 6:26:29 AM**

---

# PAYMENT INFORMATION

**BILLING INFORMATION**

Tina Peters
2663 Eagle Ridge Dr
Grand junction, CO 81503
UNITED STATES
T: 970-261-4302

**PAYMENT METHOD**

Gift Card $ 10.00
Gift Card Number:PXAGQH
PayPal $ 73.66

---

# CART INFORMATION

| Item | SKU | Quantity | Subtotal |
|------|-----|----------|----------|
| 8 Womens - Grey Moccasin Slippers | 74021-03 | 1 | 139.98 |
| What Are The Odds - Softcover | mlbook-sc | 1 | 0.00 |

| | |
|---|---|
| **SUBTOTAL** | $ 139.98 |
| **DISCOUNT** | $ -69.99 |
| **SHIPPING & HANDLING** | $ 9.98 |
| **TAX** | $ 3.69 |
| **GIFT CARD** | $ -10.00 |
| **TOTAL** | **$ 73.66** |

---

# SHIPMENT INFORMATION

**WILL BE SHIPPED TO**

Tina Peters
2663 Eagle Ridge Dr
Grand junction, CO 81503
UNITED STATES
T: 970-261-4302

**SHIPPING METHOD**

10 to 14 Business Days

Review Your Order



MyPillow, 1550 Audubon Road, Chaska, MN 55318, USA

You're receiving this email because of your shopping activity at Company. We promise to use your information only according to our privacy policy.

**MyPillow** <no-reply@mypillow.com>
Your MyPillow Order Has Shipped
March 08, 2022 at 10:37 AM CST
To: Tm.peters@live.com



# Your Order Shipped

Hello Tina Peters,

Your order has shipped! You can track your order using the "Track your order" button for up to date information on your package. Please note that it may take up to 24 hours for your tracking data to appear on the carrier's website.

If your order includes a Mattress Topper it will arrive separately from any additional items purchased.

You can always stay up to date with the status of your order by clicking the "Review Your Order" button.

Blessings,
Mike Lindell
CEO, MyPillow Inc.

Track Your Order

Review Your Order

 

MyPillow, 1550 Audubon Road, Chaska, MN 55318, USA

You're receiving this email because of your shopping activity at Company. We promise to use your information only according to our <ins>privacy policy</ins>.

**MyPillow** <no-reply@mypillow.com>
Your MyPillow Order Has Shipped
July 07, 2022 at 11:58 PM CDT
To: Tm.peters@live.com



# Your Order Shipped

Hello Tina Peters,

Your order has shipped! You can track your order using the "Track your order" button for up to date information on your package. Please note that it may take up to 24 hours for your tracking data to appear on the carrier's website.

If your order includes a Mattress Topper it will arrive separately from any additional items purchased.

You can always stay up to date with the status of your order by clicking the "Review Your Order" button.

Blessings,
Mike Lindell
CEO, MyPillow Inc.

Track Your Order

Review Your Order

 

MyPillow, 1550 Audubon Road, Chaska, MN 55318, USA

You're receiving this email because of your shopping activity at Company. We promise to use your information only according to our <u>privacy policy</u>.

**MyPillow** <no-reply@mypillow.com>
Your order: 1992511810
July 13, 2022 at 4:08 PM CDT
To: Tm.peters@live.com

Tina,

Your order #1992511810 has been delivered and the tracking information is below. Thank you!

Shipped on **7/7/2022** using **UPS SurePost® 1 LB or Greater**: **1Z589796YW94761424**

Sincerely,
MyPillow