**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 6**

---

**1.      Relationship and communications with Defendants/Oltmann**

| No. | Description | Depo Page/Line |
|---|---|---|
| 1 | Means of communicating with Defendants/Oltmann | 17:24-19:3 |
| 2 | Relationship with Oltmann | 55:19-22; 57:8-11 |
| 3 | Appearances and statements on Conservative Daily | 57:12-60:19; 156:19-157:7 |
| 4 | Relationship with Lindell | 60:20-61:7 |
| 5 | Circumstances surrounding film produced by Lindell and starring Peters titled "Selection Code" and statements made by Peters in the film | 79:6-80:16; 81:8-83:14; 117:4-23; 123:9-124:4 |
| 6 | Relationship/Communications with MyPillow and FrankSpeech | 97:25-98:17 |
| 7 | Peters' relationship with Oltmann-related entities | 152:5-155:19 |
| 8 | Circumstances surrounding the April 4, 2022 rally at the Colorado State Capitol | 158:25-159:25 |
| 9 | Peters' financial compensation for election related events | 161:25-162:6 |
| 10 | Lindell's awareness that he is lying about election fraud | 165:5-13 |
| 11 | Knowledge of how Lindell/MyPillow/FrankSpeech make money | 55:7-18; 61:19-25 |
| 12 | Lindell/Oltmann's support for her candidacy for public office(s) | 33:9-22; 155:20-156:4; 158:4-24 |

**2.      Relationship and communications with other relevant third parties**

| No. | Description | Depo Page/Line |
|---|---|---|
| 13 | Relationship/Communications with Phil Waldron | 24:19-22; 114:16-115:9; 115:16-25; 116:22-117:3 |
| 14 | Relationship/Communications with Ron Watkins | 24:23-25:9; 99:13-100:25 |
| 15 | Relationship/communications with Patrick Byrne | 83:25-84:21; 87:4-88:1; 88:13-18 |
| 16 | Relationship/Communications with Dr. Frank | 111:3-112:4 |
| 17 | Relationship/Communications with Sherrona Bishop | 112:5-113:22 |
| 18 | Relationship/Communications with David Clements | 116:1-21 |
| 19 | Lindell's/Peters' relationships with other Colorado election deniers | 151:1-152:4 |
| 20 | Relationship/Communications with Mike Flynn | 161:2-12 |
| 21 | Relationship/Communications with Clay Clark and/or the ReAwaken America Tour | 161:13-161:24 |
| 22 | Relationship/Communications with Joe Flynn | 162:7-17 |
| 23 | Relationship/Communications with Steve Lucescu | 162:18-163:11 |
| 24 | Relationship/Communications with The America Project | 163:12-164:12 |

3. **Potential Undue Influence of Defendants/Oltmann**

| No. | Description | Depo Page/Line |
| --- | --- | --- |
| 25 | Communications with Lindell/Oltmann re: testimony in this case | 12:4-24; 160:1-161:1; 164:13-165:4 |
| 26 | Who is paying for her counsel/payments from Lindell | 12:25-13:19; 22:2-22; 120:15-23; 149:16-150:4 |

4. **Mesa County criminal allegations**

| No. | Description | Depo Page/Line |
| --- | --- | --- |
| 27 | Relationship/Communications with Conan Hayes | 24:15-18; 29:21-30:14; 63:18-64:9, 141:1-142:1 |
| 28 | Hayes' work in Mesa County | 27:13-19; 29:3-7; 64:10-17 |
| 29 | Lindell's knowledge of events surrounding copying of hard drives in Mesa County | 30:15-31:16; 88:19-24 |
| 30 | Discussions with Lauren Boebert about the imagine of Mesa County hard drives | 72:16-73:1; 74:11-75:7 |
| 31 | Imaging of Mesa County hard drives | 83:15-24; 84:22-85:9; 88:25-89:6; 104:6-15; 126:10-127:2 |
| 32 | Public statements relating to Lindell, the Cyber Symposium, Conan Hayes, and Gerald Wood | 136:25-140:25; 142:2-149:15 |

5. **Documents requested and deposition preparation**

| No. | Description | Depo Page/Line |
| --- | --- | --- |
| 33 | Preparations for deposition | 10:18-12:3 |
| 34 | Knowledge, possession, or familiary with documents requested | 14:23-16:18; 16:19-17:23; 19:10-22:1; 23:1-24:14; 25:10-27:12; 27:20-28:3; 28:16-29:2; 31:22-32:7; 80:17-81:7 |
| 35 | Prior deposition testimony | 6:17-7:6; 10:4-17; |
| 36 | Personal security | 8:23-10:3 |

**6. Work as County Clerk and experience of administering the 2020 election**

| No. | Description | Depo Page/Line |
|---|---|---|
| 37 | Current employment | 32:8-32:23; 69:14-21 |
| 38 | Work as County Clerk/Knowledge of election procedures | 32:24-33:8; 47:16-48:12; 64:18-68:1; 68:17-69:13; 69:22-70:24; 75:14-76:24; 77:19-78:7; 122:3-123:8; 127:3-128:14; 130:24-131:8 |
| 39 | Education/Training | 33:23-34:20 |
| 40 | Communications with Dominion employees and/or Coomer while serving as Clerk | 37:3-15; 38:8-39:21; 124:6-12; 133:11-24 |
| 41 | Trusted Build process | 73:2-22; 85:10-87:3; 88:2-12; 131:9-24 |

**7. Questions related to Eric Coomer**

| No. | Description | Depo Page/Line |
|---|---|---|
| 42 | Familiarity with threats directed at Coomer | 28:4-15 |
| 43 | Beliefs about Coomer | 45:2-45:18; 45:25-46:15; 76:25-77:6; 128:15-23 |
| 44 | Public statements about Coomer, including her interview on FrankSpeech | 39:22-44:8; 45:19-23; 46:16-20; 50:9-55:6; 124:20-125:10 |
| 45 | Investigation into Oltmann's claims | 55:23-57:7; 63:11-17 |
| 46 | Failure/Refusal to retract public statements about Coomer | 125:16-126:9 |
| 47 | Lindell's beliefs about Coomer | 61:8-18 |

3

### 8. The Cyber Symposium

| No. | Description | Depo Page/Line |
|---|---|---|
| 48 | Travel to/from the Symposium | 31:17-21; 91:5-14; 150:5-25 |
| 49 | Appearance at Cyber Symposium and circumstances surrounding appearance at Cyber Symposium | 62:1-16; 89:9-22; 90:7-91:4; 101:1-104:5; 104:24-108:17; 110:17- |
| 50 | Experience of the Symposium/Conversations with other Symposium participants | 62:17-63:10; 91:15-97:15; 98:21-99:8; 104:16-23 |
| 51 | Familiarity with PCAP information presented at Symposium | 89:23-90:6 |

### 9. Invocation of the Fifth Amendment

| No. | Description | Depo Page/Line |
|---|---|---|
| 52 | Blanket invocation of the Fifth Amendment | 34:21-35:9; 44:9-45:1 |

### 10. Beliefs about the 2020 election and subsequent work with election deniers

| No. | Description | Depo Page/Line |
|---|---|---|
| 53 | Beliefs about the legitimacy of the 2020 election results | 68:2-16; 70:25-72:15; 75:8-13; 77:7-18; 78:8-79:5; 133:25-13-136:24 |
| 54 | Post-imaging work with other election deniers | 108:18-110:16; 115:10-15; 124:13-19; 132:17-133:1; 157:5-158:3 |
| 55 | Mesa County Report issued by District Attorney and related communications | 118:24-120:14; 120:24-122:2; 125:11-15; 128:24-130:23; 131:24-16; 133:2-10 |