# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-WJM

ERIC COOMER, PH.D.,

   Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH, LLC, AND MY PILLOW, INC.

   Defendants.

---

## UNOPPOSED MOTION FOR LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION UNDER D.C.COLO.LAttyR 2(b)(1) AND LAttyR 5(a)-(b)

---

Scott Eric Gessler Esq., hereby submits this Unopposed Motion for Leave to Provide Limited Scope Representation Pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a) and (b), and in support thereof, states as follows:

### REQUEST FOR RELIEF

1.    D.C.COLO.LAttyR 2(b)(1) permits an attorney to provide limited scope legal representation in civil actions in accordance with Colo. RPC 1.2(c), when ordered by the Court, and subject to D.C.COLO.LAttyR 5(a)-(b).

2.    Colo. RPC 1.2(c) provides in part:

> A lawyer may limit the scope or objectives, or both, of the representation if the limitation is reasonable under the circumstances and the client gives informed consent.

3.    Here, undersigned counsel seeks to enter a limited appearance to

represent nonparty Tina Peters in this action at her request for the limited purpose of representing her for the purposes of the discovery dispute involving the subpoena issued to her by Plaintiff.

4. Accordingly, undersigned counsel respectfully requests that this Court permit him to enter a limited appearance for the purpose of representing Tina Peters with respect to the discovery subpoena served upon her by Plaintiff. Attached is undersigned counsel's proposed Entry of Appearance to Provide Limited Representation.

5. Tina Peters is currently not represented by counsel in this matter and therefore qualifies for limited scope representation as permitted by D.C.COLO.LAttyR 2(b)(1).

6. Undersigned counsel is an active member in good standing of the bar of this Court, and thus is permitted to appear on Tina Peters' behalf. Undersigned counsel certifies that Ms. Peters has both requested and consented to limited representation as proposed herein.

7. In addition, undersigned counsel certifies that, in providing limited scope representation to Ms. Peters, counsel will comply with all rules of this Court, including the Federal Rules of Civil Procedure, this District's Local Rules, and the Colorado Rules of Professional Conduct as adopted by D.C.COLO.LAttyR 2.

8. Undersigned counsel requests receipt of the Notices of Electronic Filing issued in this matter while counsel is acting in a limited representation capacity and until counsel has been granted permission to withdraw from this case.

Undersigned counsel also acknowledges that Ms. Peters will continue to receive from the court or from the opposing counsel or parties notice of all documents filed in this case by mail.

9. Undersigned counsel certifies that, at the conclusion of the discovery dispute involving Ms. Peters, counsel will move to withdraw in compliance with D.C.COLO.LAttyR 5(b).

FOR THESE REASONS, undersigned counsel respectfully requests that the Court grant this motion for leave to provide limited representation to Tina Peters pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a)-(b) for the purpose set forth in paragraph three of this motion, permit undersigned counsel to file the attached Entry of Appearance to Provide Limited Representation, and grant such other and further relief as the Court may deem just and proper.

DATED February 6, 2023.

Respectfully submitted,

*s/ Scott E. Gessler*
Scott E. Gessler (28944),
sgessler@gesslerblue.com
GESSLER BLUE LLC
7350 E Progress Pl., Suite 100
Greenwood Village, CO 80111
Tel: (720) 839-6637

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of February 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and their counsel of record.

                                                                 *s/ Joanna Bila*
                                                            Joanna Bila, Paralegal