# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-WJM

ERIC COOMER, PH.D.,

   Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH, LLC, AND MY PILLOW, INC.

   Defendants.

## ENTRY OF APPEARANCE TO PROVIDE LIMITED REPRESENTATION

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Tina Peters

    Undersigned counsel seeks to enter a limited appearance to represent the Ms. Peters in this action at her request for the limited purpose of representing her with respect the dispute involving the discovery subpoena issued to her by the Plaintiff.

    I hereby certify that my client, Tina Peters, approves the limited representation.

DATED at Denver, Colorado this _____ day of February, 2023.

*s/ Scott E. Gessler*
Scott E. Gessler (28944),
sgessler@gesslerblue.com
GESSLER BLUE LLC
7350 E Progress Pl., Suite 100
Greenwood Village, CO 80111
Tel: (720) 839-6637

**CERTIFICATE OF SERVICE**

I hereby certify that on this ____ day of February, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and their counsel of record.

*s/ Joanna Bila*
Joanna Bila, Paralegal