# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-WJM

ERIC COOMER, PH.D.,

   Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH, LLC, AND MY PILLOW, INC.

   Defendants.

## [PROPOSED] ORDER GRANTING LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION UNDER D.C.COLO. LAttyR 2(b)(1) and LAttyR 5(a)

Under D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a) of the District of Colorado Local Rules of Practice and for good cause shown, the Unopposed Motion for Leave to Provide Limited Scope Representation filed by Scott Eric Gessler, Esq. filed February 6, 2023; ECF No. __ is **granted**. Scott Eric Gessler may represent Tina Peters for the limited purpose of representing her with respect to the discovery dispute involving the subpoena served upon Ms. Peters by Plaintiff.

At the conclusion of this limited representation, Mr. Gessler shall file a motion for leave to withdraw from providing limited scope representation.

DATED at Denver, Colorado, this __ day of February, 2023.

BY THE COURT:

_____
United States District / Magistrate Judge