IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

**EXHIBIT 1**

| | | | | |
|---|---|---|---|---|
| **AUDIENCE MEMBER:** [2]  106/18 106/20<br>**BRANNON HOWSE:** [1]  51/13<br>**BY MR. CAIN:** [1]  6/9<br>**DAVID CLEMENTS:** [10]  93/15 93/21 94/3 94/8 94/13 94/19 95/4 95/7 95/12 95/17<br>**DOUGLAS FRANK:** [12]  101/16 101/19 101/24 105/18 105/23 106/5 106/9 106/13 107/5 107/10 107/12 107/16<br>**JOE OLTMANN:** [13] 59/2 59/5 93/20 93/23 94/7 94/12 94/18 94/20 94/24 95/6 95/11 95/16 95/22<br>**MR. CAIN:** [51]  5/17 7/9 7/12 7/16 7/20 8/7 8/10 8/15 10/17 14/13 19/5 29/11 29/14 31/2 31/5 31/7 37/16 39/2 39/5 40/8 49/15 50/1 52/14 52/19 52/21 58/14 58/22 59/18 59/20 72/2 73/20 78/12 89/23 93/11 100/9 101/3 105/11 109/12 112/7 114/2 117/24 118/2 137/3 139/21 141/15 142/7 151/22 154/17 154/19 156/11 165/20<br>**MR. GESSLER:** [531]<br>**MR. KLOEWER:** [1] 141/16<br>**MR. MALONE:** [5]  5/19 14/10 14/22 30/25 55/10<br>**MR. PRAGER:** [7]  5/21 7/2 7/11 7/14 7/18 8/9 8/14<br>**MR. ROGERS:** [1]  6/1<br>**PATRICK BYRNE:** [1] 87/9<br>**RON WATKINS:** [7] 101/5 102/4 102/12 102/25 103/6 103/11 112/11<br>**THE DEPONENT:** [9] 7/5 8/3 10/3 19/4 35/23 37/18 49/4 114/1 165/23<br>**THE REPORTER:** [2] 109/13 113/23<br>**THE VIDEOGRAPHER:** [16] 5/2 5/25 6/3 37/19 37/23 50/3 50/7 52/20 | 58/20 58/23 59/19 114/3 114/6 156/14 156/17 165/24<br>**TINA PETERS:** [25] 51/17 58/25 59/4 78/15 105/13 105/20 106/1 106/8 106/12 106/14 106/19 106/21 107/9 107/11 107/14 137/5 139/24 140/13 142/9 145/7 145/10 145/18 145/21 146/13 146/23<br>**UNIDENTIFIED SPEAKER:** [17]  101/17 101/21 101/22 102/1 102/10 102/11 102/14 102/15 102/17 102/19 102/21 102/23 103/2 103/10 103/12 103/17 112/19<br>**ZAK PAINE:** [7]  140/12 144/10 145/9 145/17 145/20 146/4 146/14<br>**$**<br>$35 [2]  145/21 149/18<br>$50,000 [4]  152/22 153/24 154/11 154/25<br>$800,000 [1]  150/1<br>**'**<br>'21 [1]  121/11<br>**1**<br>1 was [1]  14/9<br>10 [2]  51/9 54/15<br>10,000-foot [1]  104/17<br>100 [3]  3/5 44/11 94/12<br>101 [1]  2/5<br>1064 [1]  2/6<br>10:19 [2]  1/18 5/3<br>10:55 [1]  37/20<br>10th [1]  34/23<br>11 [1]  87/6<br>118 [1]  4/18<br>11:13 [1]  37/23<br>11:27 [1]  50/3<br>11:31 [1]  50/7<br>11:56 [1]  37/20<br>12 [1]  58/13<br>1200 [1]  3/10<br>123 [1]  2/17<br>12:45 [1]  113/25<br>12:46 [1]  114/4<br>14 [2]  4/15 167/20<br>1400 [1]  2/11<br>1600 [2]  2/10 3/9<br>19 [2]  118/5 119/4<br>19th [1]  117/14<br>1:22-cv-01129-WJM [2]  1/3 5/5<br>1:56 [1]  114/6 | **2**<br>2 was [1]  40/7<br>20 [3]  21/12 103/15 118/10<br>20-some-odd [1] 118/10<br>2020 [36]  13/17 17/10 18/16 19/20 24/6 25/15 26/1 27/24 28/20 33/25 33/25 37/10 45/15 47/24 63/22 64/19 65/20 67/23 69/4 69/24 71/3 72/23 72/23 73/5 77/23 78/16 79/16 81/10 97/2 115/20 115/23 116/13 121/11 126/2 130/9 131/6<br>2021 [10]  41/11 43/2 74/18 81/24 82/6 82/11 82/20 83/1 125/6 151/12<br>2022 [19]  1/5 1/18 5/3 79/17 80/19 80/23 117/15 118/5 119/4 119/13 125/12 136/21 138/10 154/5 154/5 158/7 158/8 158/18 167/19<br>2024 [1]  167/20<br>207 [1]  2/5<br>20th [1]  167/19<br>24 [2]  118/10 138/10<br>24th [1]  136/21<br>26 [1]  83/4<br>27th [1]  154/4<br>28-page [1]  118/18<br>28th [1]  154/5<br>2:49 [1]  156/14<br>**3**<br>3 was [1]  50/6<br>3:10 [1]  156/17<br>3:21 [2]  166/3 166/4<br>3rd [3]  43/2 69/4 71/3<br>**4**<br>4 was [1]  118/1<br>40 [1]  4/16<br>4chan [1]  100/6<br>**5**<br>50 [1]  4/17<br>50,000 [1]  152/22<br>50,000-dollar [1] 155/16<br>55401 [1]  2/17<br>5th [2]  158/17 160/7<br>**6**<br>65 [1]  72/7<br>671 [1]  167/24 | **7**<br>7350 [1]  3/5<br>7:24 [1]  41/11<br>7th [4]  14/25 52/4 156/24 158/6<br>**8**<br>8,862 [1]  69/25<br>80 [1]  70/1<br>80111 [1]  3/6<br>80202 [2]  2/11 3/10<br>81201 [1]  2/6<br>81505 [1]  167/24<br>81510 [1]  5/11<br>82,643 [1]  69/24<br>840 [2]  1/19 5/10<br>888 [1]  2/16<br>**9**<br>91,505 [1]  69/23<br>**A**<br>a.m [3]  1/18 5/3 41/11<br>ability [4]  11/17 41/22 54/10 63/1<br>able [5]  26/25 32/14 95/9 154/11 156/21<br>about [156]  6/14 7/19 8/19 11/25 12/14 14/24 20/13 26/10 26/12 30/23 31/11 33/19 35/5 35/12 36/19 37/4 37/4 38/6 38/8 38/12 38/21 38/23 39/11 39/23 40/1 41/17 43/1 43/1 43/3 43/8 43/22 44/20 46/6 46/11 46/17 50/23 51/9 51/10 52/7 52/17 52/20 54/15 56/4 57/18 60/11 60/21 61/9 61/14 61/15 62/17 62/19 62/20 62/25 63/21 64/4 70/2 72/21 74/12 74/19 74/24 76/7 77/1 78/9 79/6 79/10 79/18 80/12 82/11 83/11 84/9 84/14 85/11 86/22 87/7 87/6 91/17 91/21 92/1 92/16 92/18 92/20 94/16 94/21 94/25 95/20 96/3 96/17 96/20 97/1 98/8 98/13 98/14 99/21 100/5 103/6 103/18 104/19 105/1 108/22 109/22 110/20 112/5 112/6 112/8 112/25 114/17 114/18 116/3 116/23 118/9 118/9 119/4 119/9 119/10 119/18 124/21 124/22 125/6 127/20 128/5 132/1 133/12 135/6 135/7 135/10 136/1 | 136/12 136/19 136/20 136/20 137/25 138/9 139/17 140/23 141/18 142/12 142/12 143/21 144/25 145/13 147/1 149/18 150/6 153/19 156/24 158/5 158/15 159/22 160/2 160/10 161/8 162/12 163/5 163/9 164/21 165/7<br>about purporting [1] 43/1<br>absence [1]  107/2<br>access [9]  23/12 49/20 56/20 58/4 58/4 64/6 68/6 119/17 120/25<br>accommodate [1] 36/22<br>according [4]  16/11 69/14 69/22 154/2<br>account [1]  18/4<br>accuracy [3]  20/14 66/1 71/1<br>accurate [4]  71/24 75/21 76/3 119/13<br>accused [2]  95/10 126/1<br>accusers [1]  95/10<br>acquired [1]  89/19<br>across [1]  78/21<br>act [2]  54/10 113/8<br>acting [1]  107/1<br>action [3]  1/3 121/13 167/17<br>actions [5]  129/20 129/24 130/13 132/2 133/4<br>actively [1]  23/14<br>activities [2]  88/15 88/21<br>activity [1]  146/10<br>actor [1]  134/2<br>actors [2]  110/14 135/20<br>acts [1]  25/14<br>actual [8]  13/17 37/20 101/9 102/6 102/25 104/7 108/5 127/6<br>actually [36]  30/17 35/14 40/20 42/3 44/20 49/11 51/20 54/25 56/7 57/20 59/22 66/13 67/5 67/10 70/16 71/8 79/7 80/6 82/18 87/9 87/13 89/2 100/20 104/1 104/2 105/6 110/5 110/11 117/7 124/16 131/9 132/18 132/23 145/3 153/14 164/15<br>address [8]  23/3 23/4 23/19 29/22 30/2 66/7 122/7 134/25<br>addressed [2]  123/11 |

**A**

addressed... [1] 128/6
addresses [1] 23/8
adjudication [11] 65/11 76/7 76/12 76/20 93/25 110/7 121/10 122/5 122/10 122/19 130/1
adjudicator [2] 122/10 122/19
administer [3] 48/7 65/16 66/13
administering [1] 66/23
administers [1] 41/2
ads [2] 164/4 164/9
advance [1] 142/20
advertising [5] 153/2 154/10 154/12 154/13 154/25
advice [7] 7/6 11/5 11/7 44/12 44/22 44/25 164/18
advise [511]
advised [1] 122/18
advising [1] 110/19
affect [1] 11/16
affiliate [2] 112/17 113/7
affiliated [3] 95/19 115/4 151/5
affiliation [1] 111/17
affiliations [1] 97/20
affixed [1] 167/18
after [21] 22/15 51/11 72/23 75/14 75/20 78/17 80/24 85/4 85/6 105/1 117/13 125/22 126/21 131/14 150/5 150/7 150/20 151/4 159/7 159/20 162/1
again [11] 29/13 44/9 106/9 108/18 117/5 119/8 133/6 137/16 140/17 144/8 160/7
against [3] 52/3 106/6 144/14
ago [1] 6/15
agree [6] 11/6 27/6 44/5 48/23 119/3 132/13
agreed [4] 9/20 140/2 140/14 140/16
agreement [5] 9/14 9/25 10/1 10/2 44/19
agrees [1] 61/13
ahead [3] 37/1 39/3 74/10
aid [1] 74/6
ain't [1] 9/19
air [1] 67/16
air-gapped [1] 67/16
airplane [1] 22/10

Alexia [1] 167/24
algorithm [8] 41/8 41/23 43/4 46/12 51/19 63/2 125/1 125/17
algorithms [1] 77/2
all [57] 5/20 7/7 7/9 8/15 8/23 10/4 10/9 11/15 13/11 17/8 17/11 19/10 19/19 19/21 20/11 26/19 27/20 28/16 28/21 35/19 35/23 37/16 38/4 38/7 38/24 54/7 54/16 58/12 59/3 59/21 60/20 66/8 72/3 85/11 90/1 99/9 99/14 102/2 107/11 128/17 137/7 137/11 137/12 139/21 142/2 142/6 143/20 143/23 144/3 144/4 145/15 146/16 150/5 151/5 156/5 160/16 165/21
allegations [3] 124/21 162/1 165/10
allege [1] 159/15
alleged [4] 53/23 80/2 109/6 115/19
allegedly [2] 82/11 85/12
allow [1] 106/22
allowed [3] 106/24 107/2 107/7
alluded [3] 60/22 78/1 104/2
almost [2] 36/5 70/1
along [2] 25/11 85/25
also [16] 3/15 6/2 30/25 46/16 53/22 60/6 78/1 81/23 82/4 87/19 88/2 94/10 94/14 98/2 160/23 165/5
alteration [1] 25/15
always [4] 44/25 48/19 48/20 165/8
am [4] 38/2 68/17 167/5 167/14
amazing [1] 107/17
Amendment [509]
Amer [1] 107/15
America [7] 152/2 161/14 161/22 162/4 163/12 163/17 164/3
American [1] 135/9
among [1] 54/9
amount [1] 115/18
analysis [4] 135/19 157/2 157/11 158/1
analyzing [1] 90/2
Anderson [1] 164/5
Angel [1] 72/2
announcements [1] 8/25
anomalies [1] 129/19

another [13] 52/9 52/18 61/22 75/10 75/11 82/17 93/16 106/2 114/18 116/1 117/5 133/12 133/13
answer [519]
answered [4] 10/10 36/10 87/5 90/9
answering [2] 31/10 136/19
anti [1] 140/6
anti-trafficking [1] 140/6
Antifa [14] 46/17 46/22 47/2 47/7 51/20 52/25 54/15 55/25 56/7 61/15 94/6 94/11 95/18 95/20
any [135] 11/15 11/16 12/10 13/6 13/16 15/21 16/15 17/14 18/24 19/24 20/2 20/6 20/17 23/7 24/8 24/10 25/12 25/21 26/24 27/2 27/9 27/22 27/25 28/9 28/18 28/21 28/24 30/6 33/3 33/23 34/9 34/13 35/11 36/10 37/4 37/5 37/8 37/12 38/22 39/10 43/16 46/11 47/23 55/2 55/15 61/9 63/3 63/11 63/13 63/20 65/9 65/11 65/25 66/6 68/11 70/25 71/8 71/9 71/23 72/20 73/11 73/15 74/18 74/23 80/10 81/3 84/1 87/5 87/22 88/4 88/14 90/3 92/18 93/10 96/11 96/20 97/20 97/20 98/5 98/11 98/13 105/15 111/18 112/9 113/2 115/10 115/11 115/21 116/12 116/18 116/24 121/21 123/21 124/2 124/8 129/11 129/23 130/2 133/7 133/20 134/8 134/10 134/16 135/9 135/14 135/17 136/5 138/8 138/9 149/9 151/9 151/10 152/1 152/5 155/5 155/12 155/13 155/20 157/24 158/15 159/22 160/1 160/9 160/21 161/7 161/22 162/2 162/11 162/13 163/3 163/8 163/21 164/20 164/25 167/15
anybody [8] 11/21 11/24 19/1 98/12 115/6 126/1 143/5 151/11
anymore [1] 149/1
anyone [6] 29/4 30/11 106/23 115/11 127/19

142/18
anything [12] 25/17 43/17 55/3 65/12 97/7 97/22 104/21 107/5 107/12 130/7 145/4 154/11
anyway [4] 29/21 52/23 130/19 154/20
anywhere [1] 135/21
apologize [1] 35/24
app [2] 17/25 20/22
apparently [1] 41/3
appear [5] 21/13 50/10 50/18 80/7 85/25
appearance [7] 7/13 7/17 7/24 8/5 51/11 99/10 158/4
appearances [6] 1/25 2/23 55/8 55/15 136/12 161/22
appeared [11] 21/15 57/12 57/13 62/5 63/12 81/8 89/10 114/23 149/9 156/25 161/15
appearing [9] 2/3 2/14 3/3 80/13 80/14 131/21 148/1 158/16 161/13
appears [5] 9/1 40/18 119/23 129/18 129/24
appreciate [1] 165/21
appropriate [4] 9/16 35/1 36/20 36/21
approximate [1] 166/2
approximately [3] 6/21 72/7 99/4
April [13] 74/18 78/24 81/24 82/6 82/10 82/20 83/9 83/10 85/3 121/11 158/8 158/17 160/7
are [72] 5/2 5/10 6/10 7/16 7/25 11/15 16/7 16/13 19/8 20/17 25/21 26/11 32/8 32/18 36/9 37/25 40/4 41/10 41/25 47/6 49/20 49/23 52/5 56/25 59/10 59/12 68/2 68/19 69/5 69/6 69/17 71/24 74/2 85/12 85/18 86/11 88/4 95/13 100/10 100/11 107/6 109/12 109/17 109/20 110/13 111/25 112/1 115/6 122/14 122/25 123/3 126/10 127/12 128/5 132/11 136/14 138/25 139/2 139/3 140/10 142/14 142/19 144/24 146/14 151/5 152/1 161/18 161/21 162/19 163/16 164/8 165/10
area [1] 68/5
aren't [5] 14/4 57/9

69/11 81/14 110/8
argue [1] 106/5
arguing [2] 35/4 110/11
arising [1] 73/12
around [4] 83/4 143/6 143/9 145/25
arrangement [1] 139/13
article [1] 150/10
as [70] 5/24 6/7 8/8 9/5 10/23 14/7 14/12 15/16 16/13 21/18 23/13 23/15 30/17 32/13 32/24 33/5 35/6 41/2 45/25 46/5 48/18 49/22 53/22 55/8 57/19 60/17 65/15 65/19 65/24 67/5 67/11 71/1 73/11 73/16 74/25 79/21 83/16 84/25 86/16 86/21 89/9 89/16 93/11 93/22 94/1 94/2 96/1 96/25 98/2 100/21 104/1 108/21 120/3 120/10 128/25 129/16 132/19 135/8 135/13 144/20 146/10 148/10 149/18 150/1 156/10 157/9 158/5 164/9 164/17 165/20
Ash [1] 151/15
aside [2] 38/4 141/22
ask [18] 35/7 36/7 39/7 48/2 55/23 56/6 56/9 56/12 56/14 56/19 67/15 78/9 87/4 112/25 114/18 118/12 124/8 164/16
asked [12] 8/19 36/12 38/8 59/9 77/21 80/18 90/8 98/19 138/24 140/7 164/17 164/19
asking [14] 24/7 35/12 37/5 57/18 84/12 84/23 93/1 109/2 114/13 116/4 116/23 118/17 123/13 155/15
asks [1] 49/5
ASOG [5] 115/5 115/7 115/11 157/19 157/20
aspect [2] 116/12 162/13
assaults [1] 52/11
asserted [2] 8/20 10/6
asserting [1] 7/21
assigned [1] 94/1
assist [1] 65/18
associated [19] 19/1 21/2 55/3 55/15 56/21 68/20 98/12 100/1 100/1 109/3 119/24 124/9 127/19 151/11 152/1 152/11 155/6

**A**

associated... [2]  155/12 155/21
association [1]  156/23
associations [1]  157/25
assume [4]  11/6 36/11 44/22 49/10
Assuming [1]  120/24
assure [1]  105/13
attack [2]  164/4 164/9
attempting [1]  50/24
attend [2]  90/11 98/21
attendance [2]  90/21 99/5
attended [1]  152/5
attendees [1]  99/1
attending [1]  84/14
attorney [19]  51/1 117/13 118/8 119/23 121/6 121/7 121/21 123/12 123/19 125/13 126/21 126/22 129/5 130/12 133/3 143/16 145/16 147/2 148/17
attorney's [1]  117/19
attorneys [9]  108/21 109/4 137/8 138/24 139/1 139/3 143/25 160/21 167/16
audience [1]  103/22
audit [4]  75/20 103/19 127/5 132/5
auditors [1]  108/20
audits [2]  75/25 103/18
August [3]  79/15 80/19 80/23
author [1]  118/7
authored [6]  20/12 25/12 25/22 26/20 27/21 28/17
authority [1]  48/8
authorization [2]  101/9 102/6
authorize [1]  64/14
authorized [1]  113/8
available [3]  118/4 121/1 127/7
Avenue [2]  1/19 5/11
avoid [1]  58/18
aware [7]  25/21 30/15 30/18 58/3 96/16 113/13 165/10
awareness [1]  30/16
away [1]  150/8

**B**

B66 [1]  55/2
back [32]  9/22 20/6 23/23 35/13 37/24 50/8 51/7 51/8 55/19 64/23 76/2 80/17 81/3 87/11 88/13 96/7 110/17 114/7 114/16 121/13 125/6 129/13 131/25 133/5 137/8 138/4 138/16 143/10 143/25 151/3 154/19 156/18
background [4]  33/24 34/14 64/5 99/22
backup [2]  68/21 106/2
bad [3]  31/8 156/6 156/7
badge [5]  59/24 86/18 137/15 142/25 144/7
bag [1]  87/2
ballot [7]  41/7 41/18 68/20 76/15 76/22 122/9 132/5
ballots [8]  41/4 68/20 69/23 70/11 76/1 76/12 76/13 127/6
baseball [1]  96/8
based [13]  7/3 9/4 43/12 45/19 46/10 48/9 70/3 72/9 122/23 127/11 128/15 129/4 151/9
basically [1]  109/2
basis [2]  70/5 116/9
be [65]  7/21 8/10 9/1 9/17 9/18 9/21 13/1 13/21 14/6 14/7 14/11 14/20 21/13 24/12 26/25 30/17 31/24 32/5 32/12 35/4 39/4 40/13 40/15 40/18 41/7 41/22 45/9 66/18 70/10 70/16 71/20 80/13 84/8 86/12 88/16 89/17 90/4 95/8 97/6 98/6 99/1 103/15 105/6 106/23 106/24 107/2 119/11 119/23 127/4 128/1 128/6 129/18 133/13 134/25 139/1 142/19 142/21 145/14 145/24 156/6 156/9 156/21 160/17 163/22 165/1
bear [4]  22/23 29/19 109/10 124/22
because [40]  9/20 14/14 14/16 26/15 35/4 38/20 48/6 54/8 58/16 66/11 66/24 73/2 75/24 78/10 82/15 85/18 89/15 89/15 90/7 91/20 92/5 92/14 93/12 95/18 103/7 104/6 105/5 107/6 122/3 122/11 128/16 131/20 133/15 136/18 140/8 142/11 144/12 145/1 150/20 162/24
been [24]  6/6 15/14 22/2 28/5 32/13 46/6 49/21 95/10 95/17 105/22 123/11 124/14 126/14 129/24 130/14 131/10 131/15 132/3 135/25 140/23 150/1 153/19 154/11 165/16
before [37]  1/20 6/17 7/8 8/17 8/23 9/13 17/19 21/9 35/11 42/14 50/24 54/25 56/15 62/10 67/17 78/9 80/23 83/8 83/10 85/5 114/16 117/13 117/19 118/12 118/24 119/17 120/17 123/12 124/17 124/20 124/24 131/14 155/16 156/7 156/20 158/6 164/15
beginning [1]  5/15
begins [1]  5/4
behalf [15]  2/3 2/14 3/3 5/18 5/20 5/21 5/23 6/1 7/21 11/11 44/14 44/23 75/16 113/9 160/11
behind [1]  9/22
being [25]  13/7 15/3 38/6 46/17 58/4 60/4 61/14 65/24 84/25 86/22 88/3 90/9 90/16 90/16 96/18 104/20 115/22 116/13 129/10 143/14 144/22 149/12 160/3 161/18 161/21
belief [2]  45/5 46/23
believe [21]  44/1 45/14 45/20 45/24 46/7 46/21 47/16 60/9 64/6 78/15 87/14 89/23 92/16 120/16 125/5 134/5 134/10 135/13 138/14 149/24 157/3
believes [1]  128/1
bell [1]  83/5
belonged [1]  106/15
beloved [1]  52/3
below [1]  40/21
benefit [1]  80/7
Besides [1]  107/16
best [1]  143/16
Beth [1]  103/12
betrayed [1]  46/7
betraying [1]  43/18
better [3]  52/21 130/17 146/16
between [14]  17/9 17/10 17/18 18/25 19/19 19/20 24/1 24/6 24/8 27/24 28/19 116/18 116/25 160/8
bias [1]  54/10
Biden [1]  72/11
Biden's [1]  72/8
bipartisan [2]  76/13 106/24
Bishop [6]  112/6 112/12 112/15 113/1 113/6 114/17
bit [5]  26/11 49/12 114/18 146/22 163/6
bkloewer [1]  2/7
blaming [1]  128/9
BLT [1]  114/14
BLUE [1]  3/4
Boebert [4]  72/16 72/21 74/11 74/19
booked [1]  50/18
both [5]  8/1 80/24 113/23 121/10 127/13
bow [1]  111/4
box [2]  2/6 70/8
Brad [2]  5/17 93/1
Bradley [1]  2/5
bragged [2]  51/20 53/6
bragging [2]  61/15 145/13
Brannon [2]  15/10 50/12
break [8]  36/18 36/20 36/21 36/24 37/17 49/19 113/24 156/8
breakout [1]  92/7
briefly [2]  50/2 118/5
bring [4]  15/23 20/17 24/10 25/17
bringing [1]  146/14
broad [1]  140/10
broaden [1]  161/25
Broadway [1]  3/9
broke [3]  38/8 137/7 143/24
brought [2]  27/8 28/24
Brown [10]  121/14 125/14 126/11 126/20 129/20 129/22 130/7 132/4 133/6 134/1
Brown's [1]  129/14
build [18]  73/6 73/10 73/16 82/25 83/10 83/17 83/21 84/7 84/19 85/3 85/4 86/1 86/13 88/9 113/14 131/11 142/22 143/8
Building [1]  2/16
business [8]  16/14 54/16 152/18 153/11 153/23 154/14 154/23 155/12
butchered [1]  162/24
Byrne [12]  83/22 84/1 84/5 84/6 84/9 84/13 84/18 87/5 87/7 87/23 88/13 120/21

**C**

CAIN [4]  2/4 2/4 4/3 5/17
calendar [1]  83/9
California [3]  29/23 30/3 30/8
call [20]  46/17 51/21 51/25 52/25 53/2 53/6 53/23 54/15 55/25 56/7 56/14 56/14 58/19 61/15 94/14 103/7 103/13 111/12 132/10 163/4
called [22]  1/17 24/2 45/3 73/6 78/3 79/2 79/11 87/9 87/13 89/19 97/18 101/6 115/5 121/19 123/11 124/21 137/16 140/6 144/8 152/6 152/18 154/5
calls [1]  59/15
came [8]  51/7 79/16 92/9 92/10 105/20 119/10 119/10 160/18
cameras [6]  130/16 130/19 131/1 131/4 131/9 132/1
campaign [10]  33/10 152/17 152/21 153/24 154/15 155/4 155/10 155/16 155/22 156/1
can [57]  6/12 9/18 10/2 14/12 16/21 20/10 23/20 35/3 35/10 36/8 36/14 37/2 38/3 38/4 40/20 44/15 44/18 47/18 47/19 52/14 56/7 59/19 61/1 70/12 70/16 71/21 72/2 74/4 75/8 78/12 83/25 92/10 92/18 93/12 95/9 95/14 97/12 103/6 103/10 103/12 103/17 103/17 105/13 111/7 137/3 142/17 142/25 144/24 144/25 145/2 145/4 145/5 145/24 146/21 148/12 149/25 156/10
can't [8]  23/18 58/17 59/15 85/10 85/13 85/19 87/14 154/19
Candice [6]  1/20 5/12 13/24 93/12 167/4 167/23
candidacy [1]  158/16
candidate [3]  41/8 41/18 75/11
cannot [1]  9/18
cap [1]  96/8
capacity [1]  33/5
Capitol [2]  158/9 158/17
capture [1]  90/3
captures [1]  89/24
careful [1]  71/17
carry [1]  18/7

**C**

case [19]  5/5 7/13 7/17 7/23 7/24 8/5 12/16 13/8 15/21 34/23 35/4 67/8 86/6 92/15 133/13 142/16 156/22 159/16 160/11
cast [3]  68/21 69/23 70/11
Cat's [1]  87/2
catching [1]  122/10
categories [1]  17/3
cause [4]  16/2 129/11 129/16 152/2
caused [4]  62/14 121/12 129/19 134/2
causing [2]  86/23 126/24
ccain [1]  2/7
cell [6]  18/8 18/11 18/15 18/20 29/22 30/2
certain [4]  31/23 35/5 76/1 132/7
certainly [2]  38/2 71/21
CERTIFICATE [1]  167/2
Certified [2]  1/21 167/5
certify [4]  75/15 167/4 167/9 167/14
chance [2]  14/1 92/17
change [12]  41/8 41/22 46/12 63/1 72/8 72/9 112/23 122/24 125/1 125/17 126/24 139/18
changed [6]  78/8 81/25 82/11 82/20 83/10 134/4
changes [2]  124/9 145/25
changing [1]  43/4
character [1]  125/23
characterization [1]  27/7
characterize [2]  40/12 57/25
charge [1]  51/18
charged [1]  99/1
Charles [1]  2/4
Charlie [1]  5/17
check [1]  76/2
cheerleading [1]  33/15
chief [2]  64/18 107/1
chili [1]  114/10
China [2]  68/11 135/8
choose [1]  48/7
chooses [1]  35/3
Christian [1]  95/2
chuckle [1]  116/5
circle [1]  35/13
Circuit [1]  34/23
cite [1]  34/22
cited [1]  16/12
Citizens [2]  163/17

163/23
City [1]  118/7
civil [3]  1/3 1/16 13/7
claim [3]  26/24 75/10 136/2
claims [1]  132/11
Clark [1]  34/23
clear [2]  125/22 126/6
Clements [4]  116/6 116/7 116/12 116/18
clerk [18]  23/13 23/15 32/13 32/25 33/5 33/10 37/9 57/20 65/15 83/16 101/11 101/13 102/7 102/9 107/1 127/25 146/11 156/2
clerk's [15]  25/7 29/24 30/8 32/12 32/20 47/24 69/6 69/15 113/20 126/16 126/17 127/5 127/13 129/21 132/19
clerks [1]  65/5
Clevenger [6]  101/6 101/6 112/11 112/13 112/16 112/17
client [507]
clip [25]  50/24 51/9 54/15 58/13 78/11 78/12 79/1 81/24 87/6 87/7 93/10 96/7 101/3 105/11 109/22 112/7 116/2 117/9 137/3 139/22 139/22 142/3 142/7 149/17 157/1
clips [4]  4/17 49/13 49/20 49/23
close [2]  46/12 164/5
closed [1]  129/10
Clothing [2]  141/16 141/17
cloud [1]  20/7
cluttered [1]  38/5
CO [1]  167/24
code [14]  55/2 55/15 79/2 79/12 79/16 80/1 81/9 117/8 117/20 119/9 123/12 124/1 144/12 148/3
codes [2]  55/3 61/22
Coloradans [1]  151/2
COLORADO [21]  1/2 1/15 1/20 1/22 2/6 2/11 3/6 3/10 5/7 5/11 28/19 28/23 52/13 101/11 102/7 147/8 147/10 147/16 151/3 167/1 167/6
Colwell [1]  2/16
come [8]  43/11 79/10 85/2 91/5 111/13 140/2 141/23 148/3
coming [6]  52/11 78/18 78/19 82/5 128/6 148/4

commencement [1]  167/7
commencing [1]  1/18
comment [1]  149/16
comments [1]  148/2
commission [1]  167/20
Commissioners [1]  118/6
commit [2]  77/3 87/15
committed [1]  129/11
committee [1]  155/4
committing [1]  44/6
communicate [5]  17/24 20/21 21/1 60/12 126/15
communicated [1]  50/11
communicating [2]  32/19 84/18
communication [3]  74/13 100/16 126/10
communications [25]  17/9 17/12 17/14 17/18 17/20 18/25 19/19 19/22 20/7 20/12 24/1 24/8 24/10 25/12 25/22 26/6 26/20 26/24 27/2 27/9 27/21 28/17 28/21 28/24 80/11
companies [2]  98/8 127/12
company [7]  66/12 67/4 86/1 128/4 128/10 141/16 141/17
compared [1]  70/17
comparison [1]  75/25
compelled [1]  31/24
compensated [2]  161/19 161/21
complete [2]  117/7 144/14
completed [1]  75/15
completely [2]  144/15 144/22
computer [5]  32/3 34/13 64/5 64/7 66/8
Conan [11]  24/4 24/16 26/22 28/18 28/22 63/19 74/12 84/14 101/8 102/5 112/13
conceal [2]  131/20 140/17
concept [1]  41/17
concerned [1]  109/22
concerning [3]  32/20 63/5 115/19
concerns [6]  20/13 65/25 73/12 127/20 136/1 136/2
concluded [2]  121/21 166/4
concludes [2]  133/3

165/25
conclusion [3]  43/12 130/3 133/8
conclusions [2]  132/8 132/10
conduct [4]  57/19 73/16 74/24 129/14
conducted [1]  130/9
conduit [1]  56/13
confront [1]  95/9
confused [1]  103/11
congressman [3]  48/15 48/21 165/7
connect [1]  93/16
connected [3]  67/23 85/18 134/18
connection [2]  38/12 144/16
consenting [1]  139/12
conservative [9]  47/18 57/13 57/21 58/9 59/24 63/12 149/10 156/25 158/5
consideration [4]  13/16 13/16 13/17 155/13
consisting [1]  166/1
constituted [1]  154/25
constitutes [1]  167/13
construction [1]  34/18
consultant [1]  157/19
consultants [9]  108/21 115/12 120/6 123/17 124/15 132/9 132/10 132/18 134/24
cont'd [1]  3/1
contact [10]  57/9 66/6 84/4 84/6 84/9 84/13 96/11 111/25 112/1 127/12
contain [1]  129/3
containing [1]  30/2
contending [1]  68/3
content [1]  165/15
continue [1]  81/9
continued [2]  136/9 136/12
continuing [1]  136/15
continuously [1]  131/16
contribute [1]  155/21
contribution [3]  155/16 163/17 164/10
contributions [1]  153/7
control [2]  27/3 28/1
controversial [1]  94/16
conversation [1]  100/15
conversations [1]  29/8
Cook [1]  24/5
cool [1]  103/13
COOMER [65]  1/7 5/8

17/12 19/22 25/14 27/24 28/10 38/12 38/23 39/11 41/9 41/24 43/1 43/5 43/17 43/22 45/3 45/14 46/7 46/11 46/17 52/2 52/24 53/6 54/9 56/5 56/21 56/25 61/9 61/14 62/21 63/15 63/21 68/7 74/25 77/2 91/17 91/21 92/1 92/9 92/20 93/18 93/18 94/10 94/14 95/9 95/18 96/2 98/8 115/22 116/3 119/18 124/8 124/22 124/25 125/7 125/17 128/16 133/14 153/20 159/11 159/16 159/22 161/9 163/8
Coomer's [4]  26/2 63/1 116/12 162/14
copied [1]  30/7
copies [2]  24/11 77/22
copy [8]  14/19 14/23 25/6 42/4 49/24 77/20 89/2 131/21
copying [2]  31/11 88/22
corporation [1]  153/14
correct [14]  8/21 11/9 11/12 44/14 44/17 51/16 51/17 54/4 68/17 85/1 86/7 92/24 149/25 167/13
correctly [1]  77/21
corroboration [1]  132/4
corruption [1]  134/3
cost [2]  98/21 143/9
could [11]  9/21 29/9 69/9 85/5 87/17 105/21 106/9 125/17 142/9 146/5 154/10
couldn't [2]  10/9 133/16
Council [1]  118/7
counsel [12]  5/14 5/16 7/6 7/23 9/15 10/17 16/2 21/11 21/19 35/2 164/19 167/15
counsel's [1]  11/7
counted [1]  65/24
counties [2]  68/18 142/17
country [7]  43/18 46/7 68/10 78/21 135/8 142/24 145/15
county [85]  23/13 23/15 23/19 25/7 27/17 28/19 29/5 29/24 30/7 30/20 32/13 32/19 32/20 32/25 33/5 33/6 33/10 34/1 37/9 41/2 46/13 47/23 48/8 57/19

**C**

county... [61]  58/5 64/7 64/20 66/19 66/24 67/8 67/21 68/5 68/6 68/19 69/6 69/15 69/18 70/17 71/2 72/6 72/13 72/22 74/20 75/1 75/16 76/11 80/2 83/16 84/8 86/12 101/10 101/11 102/3 102/7 104/13 105/14 108/23 113/19 118/6 118/9 121/23 122/18 123/20 126/17 127/5 127/13 127/25 129/21 132/19 134/8 134/9 135/3 135/21 136/4 136/13 136/14 137/9 141/23 144/1 146/11 149/13 156/2 157/1 161/21 167/3
County's [1]  128/11
couple [2]  36/2 120/17
course [3]  14/5 16/14 19/5
court [15]  1/1 5/6 5/12 6/3 13/25 14/18 14/20 15/21 31/25 35/5 40/8 49/21 52/13 95/8 167/24
courthouse [2]  15/4 29/15
covered [1]  164/13
Cowart [1]  3/16
craziness [2]  144/9 144/9
create [2]  76/19 122/23
creation [1]  121/22
credentials [3]  26/21 26/25 146/17
credible [1]  97/6
Crenshaw [3]  48/14 48/22 165/7
crime [2]  77/4 129/11
criminal [6]  13/6 44/2 86/23 129/23 130/8 143/19
criminal's [1]  143/12
crooked [2]  143/17 147/2
cross [1]  74/1
crossed [1]  154/22
CSR [1]  167/23
cstrial.com [2]  2/7 2/7
current [1]  126/15
currently [1]  32/8
custody [2]  27/3 28/1
cv [2]  1/3 5/5
cyber [28]  20/16 20/23 21/2 22/10 22/15 24/2 31/14 31/18 34/8 60/10 62/1 89/10 89/16 90/4 90/22 92/2 96/13 97/12 98/14 108/11 113/9 114/24 135/18 137/13 138/16 140/1 140/18 144/5

**D**

DA [1]  143/17
Daily [8]  57/13 57/21 58/9 59/24 63/12 149/10 156/25 158/5
Dakota [3]  31/19 91/7 91/12
Dan [1]  48/14
Daniel [2]  4/18 118/7
DANIELS [1]  2/15
data [15]  30/7 31/23 32/1 32/4 89/18 90/3 96/18 100/20 101/14 102/13 109/5 109/21 109/21 113/19 136/3
database [7]  121/10 121/23 121/24 122/23 122/23 123/10 126/25
databases [13]  75/1 75/1 75/5 108/23 109/6 110/7 110/13 111/14 121/20 121/22 124/9 133/15 134/3
date [3]  136/11 155/13 160/8
dated [1]  118/5
Daugherity [5]  109/16 110/2 119/25 120/11 124/15
David [2]  116/6 116/18
day [14]  48/14 50/9 50/18 65/5 65/20 78/2 81/14 87/11 92/25 93/3 103/16 119/12 119/19 167/19
day's [1]  165/25
days [6]  42/14 92/24 142/20 150/20 151/4 158/6
deal [1]  145/1
dealing [1]  149/19
decide [3]  79/11 110/24 137/24
decided [1]  83/16
decision [1]  76/21
decline [502]
deep [2]  94/11 144/16
deep-rooted [1]  144/16
defamatory [1]  159/15
defendants [4]  1/11 2/14 5/20 98/3
defense [5]  13/6 13/7 145/2 150/2 157/20
definition [1]  47/2
delete [3]  42/5 42/15 74/2
deleted [4]  18/24 42/4 42/8 125/5
delightful [1]  114/12
demand [1]  126/6
Democrat [1]  76/14
Democratic [1]  47/13
Democrats [2]  47/19 47/23
Denver [2]  2/11 3/10
department [1]  106/25
deponent [4]  3/3 8/6 118/16 167/8
deposed [1]  10/13
deposit [1]  70/8
deposition [27]  1/4 1/16 5/4 7/25 8/20 9/14 9/17 10/5 10/11 12/10 12/16 13/12 14/5 14/14 14/15 15/4 21/10 36/5 40/9 50/10 50/25 115/17 118/3 152/15 164/22 166/1 167/9
depositions [1]  10/8
deputy [2]  65/5 107/1
describe [5]  37/8 83/25 90/20 92/10 118/5
described [1]  23/2
describes [1]  34/24
describing [1]  26/21
designed [2]  80/1 122/22
despite [1]  78/2
detail [1]  154/3
determine [2]  75/21 129/15
device [2]  32/4 88/10
devices [2]  80/20 81/3
dialogue [1]  128/5
did [163]  8/24 10/24 12/9 12/14 15/15 15/20 16/1 16/6 16/20 17/3 20/17 20/21 21/1 21/4 21/7 21/17 21/17 22/14 22/24 24/10 25/18 29/4 29/9 30/6 30/11 30/23 33/3 33/9 37/12 38/22 41/12 42/5 43/3 43/11 43/13 46/11 47/22 49/6 49/11 49/24 54/17 54/21 55/20 55/23 56/6 56/7 56/8 56/12 56/13 56/14 56/19 57/4 60/12 60/16 62/13 63/3 63/5 63/11 63/13 63/20 63/25 64/4 64/10 64/14 65/9 65/19 66/2 66/5 68/11 68/14 69/25 69/25 72/20 73/12 75/15 75/19 77/2 77/3 77/3 77/7 77/7 77/19 77/22 79/10 79/11 81/17 82/19 83/20 83/21 84/4 84/17 86/6 87/22 88/10 88/13 88/15 91/1 91/5 91/15 96/11 96/18 97/6 98/14 98/18 98/21 99/13 101/17 102/1 102/19 102/24 103/3 103/18 104/24 105/21 106/3 106/22 108/10 108/20 112/13 112/14 114/9 114/25 115/10 115/21 116/11 117/7 121/5 123/9 123/21 124/2 124/6 124/21 126/20 127/18 128/12 130/6 132/17 132/24 133/14 135/18 137/24 138/13 141/14 150/12 150/15 151/8 151/10 153/11 153/23 154/14 154/23 155/20 158/14 158/15 158/21 158/21 159/10 159/16 159/21 160/1 160/14 160/15 163/21
didn't [35]  14/13 14/16 15/8 25/17 31/9 53/9 53/24 59/2 59/9 59/25 62/6 65/25 68/14 69/16 73/11 78/21 78/22 78/23 88/9 88/10 91/22 102/18 104/13 106/5 106/11 111/11 111/13 121/15 131/6 132/23 133/12 145/3 152/22 156/25 158/22
differ [1]  124/1
different [2]  147/21 155/11
differently [1]  68/18
difficult [1]  39/4
difficulties [1]  51/6
direct [4]  30/11 31/24 38/23 121/13
directed [4]  27/23 28/5 118/6 164/24
Directing [1]  23/23
direction [2]  131/10 165/1
directly [3]  129/7 148/22 155/4
director [1]  93/24
directors [1]  98/7
dirty [1]  41/10
disagree [1]  132/13
disclosed [1]  94/9
disclosure [1]  153/3
discoverable [2]  73/23 74/7
discuss [8]  12/9 12/15 111/14 116/11 124/16 127/20 157/1 159/11
discussed [6]  57/20 58/2 59/23 115/12 136/10 149/11
discussing [3]  19/22 26/1 28/18
discussion [4]  49/25 108/6 110/20 160/16
discussions [27]  62/18 63/3 63/4 63/13 63/20 72/21 74/19 74/23 92/8 92/16 92/18 96/20 98/5 98/12 123/21 124/3 135/10 139/17 158/15 159/22 160/2 160/9 161/8 162/12 163/4 163/22 164/21
dishonest [1]  144/22
dissemination [1]  113/19
distinction [1]  104/8
district [21]  1/1 1/2 5/6 5/6 50/25 117/13 117/19 118/8 119/23 121/7 121/20 121/21 123/12 123/18 125/13 126/16 126/21 129/5 130/12 133/3 147/2
do [173]
document [5]  16/7 19/10 19/15 40/11 118/16
documents [19]  14/3 15/23 16/13 16/15 16/23 17/3 19/24 20/12 20/17 21/8 22/24 23/1 24/11 25/12 26/20 27/21 27/25 28/17 28/25
does [7]  61/12 70/2 70/2 79/18 83/5 93/22 129/2
doesn't [4]  38/4 76/18 76/22 147/9
dog [4]  9/8 9/9 9/12 21/12
doing [18]  45/21 46/18 50/14 59/10 59/10 59/12 78/5 81/13 87/18 87/18 87/19 87/20 125/15 130/7 133/6 142/13 145/14 149/1
dollar [1]  155/16
Dominion [32]  17/13 19/22 26/2 34/5 37/6 37/9 37/13 38/9 38/13 51/15 51/19 66/7 66/12 66/25 67/7 74/24 76/19 77/8 91/17 92/10 93/19 93/24 124/7 124/16 127/12 127/19 133/20 134/2 143/3 161/10 162/14 163/7
Dominion's [1]  41/9
don't [48]  6/20 6/22 8/4 8/16 11/4 11/7 13/25 15/5 36/6 36/8 40/11 48/2 48/6 57/25 58/14 58/16 65/16 66/13 67/3 67/10 68/18 69/1 69/1

## D

don't... [25]  71/8 77/11 77/12 77/16 79/7 93/2 94/20 94/25 98/19 100/22 111/22 122/11 122/12 122/17 124/13 127/4 127/6 130/18 140/11 142/5 144/25 146/19 152/11 153/7 156/11
Donald [1]  72/7
donation [1]  164/3
done [8]  38/5 85/5 129/16 130/14 132/3 133/17 143/10 146/6
dot [1]  93/16
double [1]  76/2
double-check [1]  76/2
doubt [5]  71/1 71/23 130/2 133/7 138/9
Doug [3]  24/4 157/3 157/19
down [10]  14/2 23/25 42/13 48/19 73/24 74/5 111/13 140/9 143/1 143/13
Dr [9]  17/12 19/22 25/13 26/1 28/10 43/22 45/14 46/6 124/22
Dr. [50]  27/24 38/12 38/23 39/11 41/24 43/5 43/17 45/3 46/11 46/17 52/24 53/6 54/9 56/5 56/21 61/9 61/14 62/21 63/1 63/15 63/21 68/7 74/25 77/2 91/17 91/21 92/1 92/20 98/8 109/16 111/7 111/12 112/2 115/22 116/3 116/12 119/18 124/8 124/25 125/7 125/17 128/16 133/14 153/20 159/11 159/16 159/22 161/9 162/14 163/8
Dr. Coomer [42]  27/24 38/12 38/23 39/11 41/24 43/5 43/17 45/3 46/11 46/17 52/24 53/6 54/9 56/5 56/21 61/14 62/21 63/15 63/21 68/7 74/25 77/2 91/17 91/21 92/1 92/20 98/8 115/22 116/3 119/18 124/8 124/25 125/7 125/17 128/16 133/14 153/20 159/11 159/16 159/22 161/9 163/8
Dr. Coomer's [3]  63/1 116/12 162/14
Dr. Eric [1]  61/9
Dr. Frank [3]  111/7 111/12 112/2
Dr. Walter [1]  109/16

drawn [1]  39/7
drawn-out [1]  39/7
Draza [1]  24/6
drive [8]  4/17 25/6 30/19 49/17 49/22 83/17 109/5 112/14
drives [20]  29/5 31/11 31/14 72/22 85/2 88/22 100/22 101/10 101/12 101/15 102/2 102/6 102/8 103/1 104/7 104/12 106/15 110/20 113/2 113/13
duces [1]  14/19
duly [2]  6/6 167/8
during [31]  14/5 20/3 20/16 20/22 28/23 67/22 69/3 69/24 84/18 86/1 86/12 89/10 92/19 96/12 99/5 104/25 106/20 106/21 114/24 114/25 129/14 130/1 130/20 130/21 131/5 131/5 133/16 133/21 134/19 154/24 155/22
duties [4]  16/7 32/13 32/15 65/4

## E

e-mail [11]  21/3 23/2 23/4 23/8 23/13 23/19 25/25 32/2 142/11 142/13 143/2
e-mails [3]  17/21 21/12 21/13
earlier [9]  22/7 60/22 99/11 112/20 115/13 116/2 138/24 164/15 164/18
early [1]  134/19
ears [1]  128/17
easier [1]  44/19
East [1]  3/5
educational [1]  33/23
effect [7]  78/4 82/6 123/16 124/24 150/10 164/20 165/8
effing [3]  51/23 53/7 95/2
eight [2]  17/3 142/17
either [21]  13/6 13/16 21/3 21/13 22/18 25/18 32/14 33/15 74/4 74/12 80/11 90/2 97/21 98/6 98/7 128/3 130/7 146/6 149/12 155/3 161/9
elected [1]  156/2
election [107]  18/16 25/16 26/1 26/3 30/19 34/1 37/11 40/19 43/18 44/6 45/10 45/16 45/25 46/13 53/8 54/8 61/15 61/21 63/15 63/22

64/19 64/19 64/24 64/24 65/4 65/10 65/20 65/20 65/24 66/14 66/24 67/10 67/21 67/23 69/4 69/24 70/3 71/2 72/23 73/4 75/1 75/15 75/20 77/23 78/4 78/16 78/16 80/3 81/10 81/18 82/12 83/11 84/25 89/17 94/21 95/1 95/21 97/2 106/17 106/25 108/22 108/23 110/12 115/20 115/23 116/13 121/11 121/12 123/4 123/5 124/10 126/2 128/11 129/15 129/19 130/9 130/20 130/21 131/6 132/8 133/5 133/16 133/21 134/11 134/20 135/2 135/9 135/21 136/1 136/13 136/14 141/24 143/11 149/12 149/19 150/7 151/3 161/8 162/1 162/13 162/15 163/5 163/7 163/18 163/23 165/7 165/10
elections [17]  33/4 33/4 41/2 47/18 48/7 65/16 66/19 67/6 112/20 121/13 122/4 127/11 129/17 129/20 130/1 145/23 145/24
electronic [4]  24/11 30/7 31/13 76/1
else [4]  21/12 29/3 107/5 107/12
Email [6]  2/7 2/7 2/12 2/18 2/18 3/6
embedded [1]  72/11
employed [4]  32/8 66/18 69/18 167/15
employee [4]  58/5 84/8 134/9 134/9
employees [10]  37/9 37/13 38/9 66/13 98/7 142/16 142/16 142/18 142/21 143/4
end [8]  78/2 81/23 108/4 112/24 129/3 144/19 146/20 160/3
ended [2]  39/6 90/16
engaged [1]  65/5
enjoyed [1]  165/16
enough [1]  118/22
enter [1]  8/4
entire [2]  89/25 122/9
entirety [1]  144/13
entities [2]  97/21 155/6
entity [1]  155/21
entry [1]  40/21
environment [1]  132/8
Epp [1]  151/15

equipment [4]  106/16 106/17 143/8 143/11
ERIC [14]  1/7 5/8 41/9 43/1 52/2 56/25 61/9 92/9 93/18 93/18 94/10 94/14 95/9 95/18
Esq [7]  2/4 2/5 2/10 2/15 2/16 3/4 3/9
essentially [5]  24/1 72/12 79/25 85/7 128/12
estimate [3]  46/4 75/9 97/12
even [8]  36/24 47/1 48/13 59/9 75/8 127/3 133/12 142/2
event [3]  62/10 138/8 159/1
events [3]  22/10 90/21 139/2
ever [20]  22/2 24/19 25/1 38/11 38/16 39/14 39/18 39/22 40/1 55/23 56/6 56/8 56/12 56/14 56/19 61/20 64/1 127/18 160/14 165/9
every [5]  11/8 29/15 36/5 68/21 89/1
everybody [3]  5/25 101/19 101/25
everyone [1]  21/11
everything [4]  14/2 91/20 91/21 144/17
evidence [14]  43/16 68/11 97/1 128/15 128/16 128/21 129/22 130/14 132/4 133/4 134/16 134/20 135/17 136/5
exactly [1]  143/1
examination [6]  4/2 6/8 157/2 157/10 158/1 167/7
example [10]  17/21 21/15 47/18 62/1 66/5 100/6 100/14 122/20 123/10 151/16
exchange [2]  4/16 87/23
exchanges [1]  40/14
excuse [2]  7/15 35/16
exhausted [1]  89/25
exhibit [19]  4/15 4/16 4/17 4/18 14/8 14/9 14/12 16/22 19/15 23/24 38/3 40/7 40/9 49/22 50/6 118/1 118/3 125/6 128/25
exhibits [3]  4/14 14/15 49/15
exist [4]  17/19 19/24 25/22 26/7
exists [2]  32/1 129/22

expenditure [1]  154/3
expenditures [1]  153/7
experience [7]  26/22 27/1 33/3 34/8 34/9 127/11 136/11
expert [3]  140/1 140/18 140/22
experts [4]  119/24 132/6 137/13 144/5
expires [2]  69/18 167/20
explain [7]  15/9 82/18 103/6 104/2 104/25 126/20 154/13
explained [1]  61/20
explanation [2]  105/10 124/8
expose [1]  145/23
exposed [2]  140/4 141/2
extent [3]  32/1 124/1 127/25

## F

Facebook [4]  41/9 56/21 56/25 57/5
Facetime [3]  50/12 87/13 87/17
fact [17]  12/15 15/8 52/25 53/1 53/13 53/19 53/23 54/3 56/4 57/17 84/7 85/23 88/8 89/9 96/17 107/16 160/2
factual [1]  139/2
fair [11]  36/13 36/16 44/24 45/1 56/24 57/1 67/6 83/12 97/2 120/4 127/10
false [1]  165/11
familiar [5]  122/25 137/20 162/19 163/16 164/8
familiarize [2]  118/11 118/21
family [1]  146/19
fashion [1]  39/8
favoring [2]  41/7 41/18
fear [1]  86/23
features [1]  127/14
February [1]  167/20
FEC [1]  152/6
federal [1]  15/21
feedback [3]  52/19 58/16 58/18
feel [2]  59/7 104/24
fel [1]  87/16
fellow [3]  96/6 111/4 111/11
felonies [1]  87/16
felony [1]  44/6
few [8]  14/4 14/15 27/7 94/4 112/8 137/1 150/20 156/20

Western Colorado Court Reporting  (970)778-5711
www.WesternColoradoReporting.com
(48) don't... - few

Case 1:22-cv-01129-NYW-SKC   Document 102-1   Filed 02/17/23   USDC Colorado   Page 8 of 19
TINA PETERS - November 7, 2022

**F**

fiction [1]  144/14
Fifth [512]
fight [2]  52/1 59/13
figure [1]  76/25
file [5]  7/16 14/21 15/20 16/1 16/2
filed [3]  5/5 14/18 15/14
filing [1]  159/23
fill [1]  80/21
filled [1]  122/9
film [1]  117/21
films [1]  163/8
financial [4]  33/15 88/14 155/5 155/15
financially [1]  88/21
financing [1]  120/18
find [4]  92/6 97/6 106/3 154/11
findings [4]  124/16 129/5 129/6 129/10
fine [1]  59/12
Fingers [1]  154/22
finish [3]  35/21 37/1 39/3
firm [1]  160/24
firmly [1]  46/22
first [15]  5/16 6/6 6/15 7/9 14/6 19/14 32/24 33/5 55/20 61/1 63/25 64/24 99/13 121/5 129/9
firsthand [1]  95/5
five [2]  35/7 142/20
fixed [1]  145/24
flagged [1]  76/12
flavor [1]  29/16
flew [3]  137/8 143/25 150/8
flight [1]  91/12
flip [1]  143/18
flipped [1]  144/18
flow [1]  129/25
Flowers [4]  1/20 5/12 167/4 167/23
flown [2]  22/9 151/2
fly [1]  22/14
Flynn [8]  161/3 161/4 161/8 161/13 162/7 162/8 162/12 162/12
folks [5]  40/10 66/19 109/10 109/20 120/3
follow [2]  94/3 137/1
follow-up [1]  137/1
follows [1]  6/7
food [1]  114/14
foot [1]  104/17
foregoing [1]  167/12
foreign [3]  68/10 135/8 135/20
forensic [6]  34/13 64/10 108/20 140/1 157/2 158/1
forensics [1]  64/5
forget [1]  55/1
forgive [1]  69/16
form [7]  31/1 32/2 32/12 55/11 89/18 137/19 167/12
former [3]  121/13 126/15 134/9
forth [2]  138/4 167/11
forward [1]  31/8
found [1]  143/15
foundation [2]  31/1 55/11
four [2]  51/9 151/4
frame [1]  74/18
Frank [3]  111/7 111/12 112/2
FRANKSPEECH [8]  1/10 5/9 17/10 19/1 55/4 97/21 98/4 98/13
FrankSpeech.com [1]  97/19
fraud [5]  44/6 54/8 61/21 89/18 165/10
free [1]  97/17
freebie [1]  36/23
frequently [1]  57/8
friends [2]  57/1 143/17
front [2]  38/3 38/5
full [2]  6/12 94/22
full-on [1]  94/22
function [1]  66/17
fund [1]  150/2
funny [1]  42/18
further [4]  7/8 8/24 167/9 167/14

**G**

G-O-U-L [1]  157/3
gain [2]  38/22 58/4
gained [2]  56/20 68/6
gapped [1]  67/16
gather [2]  21/17 148/2
gave [2]  141/1 164/16
geared [1]  38/22
gen [1]  52/6
general [3]  68/21 121/11 122/14
generically [1]  23/2
gentleman [12]  8/25 83/21 96/12 109/15 109/15 116/1 137/6 139/25 143/22 147/13 147/14 147/15
Gerald [8]  58/3 59/1 59/2 59/23 137/6 142/23 143/23 148/17
GESSLER [6]  3/4 3/4 4/8 5/23 10/25 36/19
gesslerblue.com [1]  3/6
get [24]  7/8 8/23 14/16 22/7 22/25 38/4 43/3 51/22 54/17 54/21 56/13 58/16 78/13 103/10 117/6 137/5 142/14 142/25 143/3 143/5 143/12 143/22 150/8 156/21
Giuliani's [1]  115/16
give [8]  10/19 11/17 14/3 36/23 49/24 74/4 75/8 142/24
given [9]  6/17 10/8 27/6 65/3 76/8 134/24 136/10 139/1 150/1
gives [1]  11/5
giving [3]  12/15 160/10 164/21
go [24]  11/7 15/8 16/20 22/10 31/22 37/1 37/2 39/3 50/1 52/17 59/19 62/14 69/9 74/10 76/2 76/13 82/16 110/24 114/2 129/2 142/5 142/25 150/15 156/12
goes [3]  52/15 129/18 130/12
going [59]  7/16 7/21 8/10 10/14 10/21 11/1 11/6 11/18 14/2 14/6 23/25 35/2 35/4 35/8 35/18 36/10 36/23 36/23 44/9 44/12 44/21 48/7 49/10 49/12 49/13 49/20 51/8 51/10 52/4 52/5 52/8 53/7 59/13 59/13 60/17 60/21 62/20 66/1 74/5 80/13 86/7 86/12 88/13 89/16 92/15 95/1 95/3 103/15 104/25 118/10 129/2 138/4 142/19 142/21 144/17 144/24 145/1 156/6 163/5
gold [5]  78/3 78/16 81/18 110/12 134/11
gone [3]  54/16 59/11 140/9
good [10]  6/10 6/11 35/9 35/9 59/13 114/9 114/11 114/15 156/5 156/6
gosh [1]  59/15
got [29]  15/13 16/19 17/2 21/12 25/6 27/8 49/12 49/17 50/18 51/24 51/25 55/24 57/4 71/13 78/11 88/25 95/18 96/8 103/7 104/2 107/10 112/8 122/21 122/21 123/17 123/18 128/16 129/1 143/17
gotten [1]  72/13
Gould [5]  157/3 157/5 157/10 157/19 157/25
Grand [9]  1/19 5/11 52/5 91/5 118/7 121/12 137/9 144/1 167/24
grateful [2]  137/12 144/4
Greenwood [1]  3/6
grounds [502]
group [14]  47/7 67/7 76/13 100/1 110/19 115/5 152/6 152/10 152/18 153/13 163/22 163/23 164/3 164/9
guarantor [1]  94/2
guess [4]  23/1 50/11 133/11 150/21
guy [1]  116/5
guys [5]  49/17 100/15 101/23 110/2 140/10

**H**

hacked [1]  128/17
hacker [1]  135/1
hacking [5]  115/19 115/23 127/20 128/10 135/8
had [73]  9/14 9/20 10/2 10/18 13/25 18/15 23/14 29/22 37/4 37/5 37/8 43/17 44/10 45/14 45/21 48/8 51/5 54/9 60/9 62/18 63/21 72/8 74/18 78/23 85/1 85/3 85/4 87/17 92/8 92/19 93/9 98/5 98/11 100/15 104/25 114/10 114/14 116/5 119/17 120/25 123/10 126/5 129/16 129/23 131/10 131/15 134/10 135/9 139/25 140/1 140/3 140/4 140/9 140/9 142/9 142/11 142/20 143/17 143/18 144/16 148/3 149/18 150/19 155/9 155/12 157/24 160/9 161/7 162/11 163/3 164/15 164/20 164/20
hadn't [1]  131/16
hair [1]  107/23
Hammer [1]  135/7
hand [2]  45/21 70/16
handed [1]  118/24
handle [2]  40/17 42/22
handling [1]  82/12
hands [2]  65/17 143/12
hands-on [1]  65/17
happen [10]  52/4 52/8 62/13 86/7 102/18 102/20 102/24 103/3 122/11 145/4
happened [14]  52/12 67/9 78/22 81/24 82/10 82/20 85/7 92/6 92/17 106/19 106/21 125/14 150/7 151/10
happening [1]  150/23
happens [2]  86/16 123/19
happy [2]  9/5 36/22
harassment [1]  27/23
hard [26]  25/6 29/5 30/19 31/11 31/13 72/22 83/16 85/2 88/22 93/13 100/22 101/10 101/12 101/14 102/2 102/6 102/8 102/25 104/7 104/12 106/15 109/5 110/20 112/14 113/2 113/13
harder [1]  162/18
hardware [2]  67/7 141/24
harmed [1]  159/16
has [22]  13/15 15/14 22/18 23/2 40/8 61/12 61/19 94/10 95/17 98/2 110/12 112/13 121/9 125/14 126/1 139/1 145/21 150/1 152/15 164/24 165/9 165/9
hasn't [2]  77/15 122/9
Hat [4]  140/1 140/18 140/22 140/22
have [195]
haven't [14]  7/24 27/8 28/6 36/10 43/22 45/8 57/21 87/5 90/8 112/6 125/16 125/18 125/21 125/23
having [6]  6/6 62/19 66/8 93/13 100/20 147/17
Hayes [28]  24/5 24/16 26/23 27/10 28/19 28/22 29/4 29/25 30/8 30/12 30/18 63/19 64/1 74/12 84/14 84/17 85/2 86/17 88/15 88/16 88/21 101/8 102/5 131/21 139/13 139/17 140/23 141/6
he [122]  8/1 9/5 9/18 9/21 11/5 17/19 22/14 22/18 22/19 29/4 30/18 31/7 35/3 44/13 44/23 45/9 45/20 46/7 46/12 48/14 48/18 49/5 51/15 51/17 51/21 51/21 51/23 53/1 53/7 55/24 56/8 56/13 56/20 57/4 59/6 59/8 59/9 59/14 60/3 60/3 60/16 61/12 61/13 61/20 63/5 64/4 64/6 64/10 72/8 77/2 77/3 77/3 87/9 87/10

Western Colorado Court Reporting  (970)778-5711
www.WesternColoradoReporting.com
(49) fiction - he

**H**

**he...** [68]  87/12 87/13 87/17 87/18 88/2 88/14 88/15 88/20 91/1 91/5 93/1 93/22 93/23 93/23 93/25 94/15 94/20 96/7 96/8 101/7 101/11 101/14 102/7 102/16 103/8 111/13 113/6 115/17 116/3 125/14 129/18 131/22 133/15 133/16 137/7 137/8 137/12 137/12 137/14 140/1 140/3 140/4 140/7 140/9 141/2 141/7 141/10 141/14 141/21 143/17 143/24 143/25 144/4 144/4 144/6 144/18 145/12 145/14 145/20 145/21 146/1 146/2 146/21 147/16 147/20 152/15 159/7 164/16
**He'd** [1]  140/7
**he'll** [1]  146/20
**he's** [20]  11/10 29/18 44/1 45/4 46/21 59/12 94/22 94/23 94/24 95/7 95/10 96/8 99/25 118/8 141/1 145/3 145/6 148/25 150/1 165/10
**head** [1]  117/6
**healthynow** [1]  40/17
**hear** [6]  71/14 72/6 92/15 144/11 159/10 159/16
**heard** [6]  52/24 67/17 97/11 103/4 108/4 113/5
**hearing** [2]  52/19 93/13
**held** [2]  134/12 158/8
**hell** [1]  29/18
**help** [3]  73/2 73/3 78/13
**helps** [1]  162/24
**her** [13]  7/3 14/1 14/3 72/17 74/13 74/23 103/13 112/6 112/8 113/1 129/16 130/14 132/3
**here** [46]  8/8 9/9 9/18 11/25 13/1 13/7 13/21 15/23 16/12 16/16 18/4 20/18 23/13 26/12 27/16 28/25 29/4 33/10 34/1 35/7 36/12 42/25 52/5 57/18 64/24 71/1 82/17 91/6 92/6 94/3 103/14 111/13 118/20 119/12 135/2 135/14 136/4 136/14 136/19 141/24 145/25 149/13 156/21 157/9 160/15 164/22
**here's** [2]  37/3 125/13
**hereby** [1]  167/4
**herein** [2]  167/11 167/16
**herself** [1]  118/11
**Hey** [1]  103/12
**hide** [1]  139/13
**high** [4]  139/25 140/5 140/21 140/22
**high-level** [3]  139/25 140/21 140/22
**high-profile** [1]  140/5
**highlight** [1]  80/1
**highly** [1]  87/20
**him** [48]  27/13 28/5 29/15 30/17 30/23 38/17 38/21 39/15 39/18 39/23 40/1 45/8 51/25 55/20 56/9 56/15 57/4 59/9 60/25 61/1 61/5 63/20 64/14 87/6 91/8 99/11 99/18 100/19 111/8 111/12 115/18 116/4 138/15 138/15 141/18 142/9 143/18 145/11 145/12 146/6 146/9 146/14 146/15 146/18 155/21 160/23 162/25 163/4
**himself** [1]  146/21
**hired** [1]  109/4
**his** [41]  9/11 22/9 27/16 28/23 30/16 35/3 43/18 45/25 46/7 54/10 56/13 58/3 59/24 59/24 64/5 84/18 91/7 91/17 92/1 92/25 95/9 100/5 111/17 117/14 121/8 125/22 125/22 129/6 137/10 143/16 143/19 144/2 145/14 145/16 145/22 145/25 146/17 146/19 151/3 160/3 160/11
**history** [1]  123/5
**hold** [6]  46/22 47/17 102/11 102/14 103/2 134/1
**holds** [1]  93/25
**Holly** [1]  151/19
**hooked** [1]  85/12
**hopefully** [4]  22/8 39/8 146/20 163/6
**hoping** [3]  72/5 137/14 144/6
**horrific** [1]  144/21
**Hotel** [2]  1/19 5/10
**hours** [4]  35/7 137/7 143/24 166/2
**house** [2]  58/21 59/11
**how** [63]  6/10 6/19 10/8 12/14 21/1 21/4 22/9 25/5 29/12 31/12 31/17 33/19 35/10 35/14 38/22 41/3 41/5 41/6 45/9 45/13 46/11 50/17 52/20 55/7 55/24 56/13 56/20 57/13 59/9 59/10 59/11 61/20 63/5 63/15 63/21 77/2 77/3 77/3 77/7 77/7 79/10 83/11 97/10 98/21 99/4 103/6 105/18 112/5 114/8 124/25 128/6 130/8 137/12 137/12 143/1 143/13 144/4 144/4 144/24 145/13 145/13 148/17 149/21
**Howse** [2]  15/10 50/12
**HSBC** [1]  94/1
**huh** [5]  19/9 109/13 145/17 146/23 146/23
**human** [2]  140/13 141/3
**hypothetical** [1]  122/7

**I**

**I'd** [2]  58/18 156/23
**I'll** [528]
**I'm** [82]  7/2 8/25 9/5 10/14 10/18 10/21 11/1 11/14 11/18 14/2 22/24 23/25 31/3 35/1 35/5 35/6 35/8 36/10 36/22 36/23 36/23 38/25 39/3 44/9 44/20 44/21 49/10 49/13 49/20 51/10 52/19 57/18 59/12 59/12 68/18 71/15 71/15 74/8 76/6 76/25 78/10 79/6 84/12 84/23 85/1 85/10 87/14 87/15 92/5 92/6 92/24 93/1 94/24 95/2 95/2 97/25 97/25 101/1 103/11 104/16 106/6 108/19 109/2 109/11 109/14 118/4 118/10 118/17 123/13 128/17 137/1 137/20 143/11 143/14 149/25 150/11 155/14 156/6 160/6 162/24 163/5 163/22
**I've** [7]  10/10 23/1 49/17 77/21 78/10 90/8 112/8
**idea** [4]  41/3 58/3 125/16 148/16
**identify** [3]  8/17 89/1 111/8
**identifying** [1]  28/21
**identity** [10]  58/3 59/1 59/3 59/23 131/20 139/13 139/18 140/8 140/18 143/19
**ignorant** [1]  41/10
**illegal** [2]  58/25 87/20
**image** [11]  25/6 29/21 30/18 64/11 81/4 85/2 85/5 89/2 113/13 140/2 141/23
**imaged** [2]  83/17 104/8
**images** [5]  31/13 89/1 89/10 89/19 132/5
**imaging** [8]  29/5 72/21 74/12 74/19 100/22 113/2 113/18 136/13
**immediately** [3]  101/12 102/8 130/20
**impacted** [1]  133/5
**impersonation** [1]  143/20
**important** [7]  95/22 101/20 101/23 101/24 101/25 124/14 139/10
**improve** [2]  127/13 127/14
**impugning** [1]  125/22
**inaudible** [1]  140/7
**INC** [3]  1/10 5/9 152/18
**include** [1]  161/3
**included** [1]  98/2
**including** [10]  17/11 19/21 21/12 24/4 26/23 28/20 45/2 97/11 136/3 162/13
**incorrect** [1]  132/11
**incorrectly** [1]  103/5
**indicate** [1]  129/22
**indicated** [10]  9/21 10/9 21/8 24/3 54/9 60/9 61/12 67/11 112/16 115/17
**indicates** [2]  17/7 123/19
**indicating** [2]  15/14 108/5
**indictment** [3]  143/15 144/13 158/7
**indictment that** [1]  143/15
**indictment's** [1]  143/21
**individuals** [5]  21/2 24/9 28/22 98/6 109/5
**information** [15]  20/15 21/18 29/24 30/12 31/12 31/23 31/25 35/10 52/7 54/17 73/18 104/19 115/19 115/22 141/2
**informed** [1]  112/13
**initial** [2]  4/14 112/24
**initially** [1]  33/11
**input** [3]  115/11 121/24 129/4
**inputs** [1]  125/15
**inside** [1]  51/19
**Instead** [1]  128/9
**instruct** [1]  66/6
**instructed** [1]  164/22
**instructing** [1]  7/2
**insurrection** [1]  42/14
**integrity** [8]  145/22 151/3 161/8 162/13 163/5 163/7 163/18 163/24
**intentional** [1]  129/20
**interacted** [1]  28/22
**interactions** [5]  37/8 37/12 38/9 38/24 90/22
**interested** [1]  167/16
**interfered** [1]  135/20
**interference** [1]  25/14
**Internet** [8]  67/24 85/13 85/19 134/16 134/19 153/2 154/12 154/25
**interrogate** [1]  52/6
**interview** [2]  132/18 147/17
**interviews** [1]  132/6
**introduce** [2]  5/14 14/1
**introduced** [2]  61/5 99/17
**investigated** [1]  127/4
**investigation** [5]  121/8 121/8 121/9 129/10 150/9
**invite** [1]  91/1
**invocation** [2]  34/24 44/10
**invoke** [1]  35/1
**invokes** [2]  44/13 44/23
**invoking** [1]  11/10
**involve** [2]  75/25 156/22
**involved** [8]  51/25 59/6 76/20 90/1 115/22 116/13 126/23 157/14
**involvement** [2]  26/2 26/3
**IP** [1]  134/25
**irregularities** [3]  80/2 82/5 162/2
**is** [207]
**isn't** [17]  53/2 54/10 59/21 66/11 67/14 67/20 70/7 77/12 81/7 85/20 95/7 96/24 103/13 108/23 121/18 130/18 164/2
**issue** [10]  59/23 66/22 71/22 73/15 87/7 100/20 110/6 111/14 122/5 122/21
**issued** [5]  21/24 120/5 120/16 125/23 126/22
**issues** [16]  26/12

# I

issues... [15]  65/11 66/7 109/6 110/7 110/12 121/19 121/20 123/10 123/11 149/19 149/20 161/9 162/13 163/5 163/7
issuing [1]  119/23
it [202]
It'd [1]  78/13
it's [51]  14/19 16/20 23/24 24/1 29/17 32/2 32/3 35/1 36/19 41/5 41/6 52/9 52/9 52/21 56/24 65/23 67/6 69/17 72/3 74/7 82/15 82/17 85/23 87/6 91/20 105/11 108/19 109/3 113/25 114/15 118/5 118/9 120/3 122/5 124/25 127/10 129/1 129/1 129/8 135/18 136/2 137/16 138/3 138/4 144/8 144/8 144/14 146/15 153/13 154/18 162/3
item [1]  117/5
its [3]  31/14 66/12 118/7
itself [3]  67/11 123/4 128/4

# J

James [5]  26/22 28/19 28/22 101/8 102/5
January [7]  17/10 19/20 27/24 28/20 41/11 43/2 125/6
Jared [1]  3/16
Jeffrey [1]  109/15
Jeremy [2]  3/15 5/13
Jesse [2]  2/16 5/19
jet [1]  151/4
Joe [21]  12/16 20/3 24/6 33/19 51/24 51/24 53/23 54/21 56/24 59/16 59/25 91/22 97/11 145/12 145/13 152/11 155/5 155/6 155/13 162/7 162/12
joked [1]  57/24
Joseph [1]  19/19
Josh [1]  96/12
judge [5]  29/16 31/23 50/25 94/5 95/19
judges [1]  106/24
jump [1]  114/16
Junction [9]  1/20 5/11 52/5 91/6 118/7 121/12 137/9 144/1 167/24
June [2]  87/12 154/5
jury [2]  92/14 154/13
just [77]  7/10 8/18 14/17 21/10 22/23 25/23 29/16 29/16 34/22 35/20 36/19 43/22 44/18 46/4 52/9 52/23 58/18 59/9 59/11 59/18 61/21 64/23 71/15 71/15 74/8 76/25 77/20 84/22 85/14 89/9 90/20 96/19 101/5 101/8 101/18 102/1 102/3 102/4 102/21 102/23 103/7 103/18 104/8 104/16 105/16 106/6 106/10 107/10 107/14 109/11 109/23 110/18 113/18 118/13 118/24 120/16 121/4 121/19 129/3 129/7 129/13 135/21 136/2 136/4 136/6 137/16 140/4 140/9 144/8 144/15 144/21 146/25 150/20 152/14 155/14 156/20

# K

K-A-S-U-N [1]  151/22
K-L-O-E-W-E-R [2] 29/11 29/14
Kasun [1]  151/19
keep [4]  52/11 93/17 138/4 140/8
Kennedy [2]  1/19 5/11
kept [4]  16/13 78/18 78/18 82/4
keys [1]  133/22
kibort [5]  2/15 2/16 2/18 4/7 5/19
kids [1]  103/16
kind [7]  35/13 52/7 85/5 104/16 109/1 150/6 157/8
kinds [1]  143/20
Kloewer [7]  2/5 4/4 5/17 29/9 29/11 79/15 149/25
knew [1]  78/20
know [117]  7/20 8/18 13/25 21/22 24/23 25/5 27/25 31/12 36/7 39/5 40/12 41/17 42/8 45/9 45/14 47/1 48/14 52/8 52/9 55/7 58/14 58/16 60/16 60/22 62/25 65/15 67/16 69/1 69/16 72/6 72/16 73/7 75/24 76/7 76/20 77/3 77/12 77/12 77/16 78/17 78/19 79/22 80/19 81/3 82/15 82/24 83/20 83/21 87/5 88/20 89/3 89/7 89/9 91/21 93/9 95/9 95/25 96/7 96/8 99/21 99/25 100/5 103/14 105/18 108/15 109/17 110/18 111/21 113/18 114/20 115/6 116/7 116/17 116/24 117/12 119/22 121/4 121/25 122/3 122/8 122/17 123/17 130/24 132/20 136/4 138/19 140/10 141/18 142/20 143/19 144/23 144/24 144/25 145/15 145/18 146/1 146/5 146/7 146/8 146/16 146/17 146/20 147/15 148/9 148/18 149/21 151/8 151/15 151/23 152/10 156/23 157/9 160/8 161/4 162/7 162/25 163/12
knowing [3]  142/12 144/15 144/18
knowledge [10]  30/16 38/23 39/11 43/3 47/22 89/1 89/25 95/5 124/7 139/2
knows [5]  93/1 102/16 146/1 146/2 146/8
KORNFELD [1]  2/9

# L

L-U-C-E-S-C-U [1] 162/25
language [1]  36/9
laptop [1]  32/3
large [1]  140/5
last [18]  6/23 10/5 10/12 10/12 12/4 12/20 16/21 16/21 16/22 24/15 31/7 48/18 58/8 87/12 94/6 100/15 149/17 162/23
later [3]  95/15 125/12 143/15
Lauren [2]  72/16 72/21
law [4]  95/8 122/12 130/25 153/8
lawsuit [5]  98/1 98/2 159/2 159/20 160/3
lawyer [17]  7/10 10/25 11/22 13/1 13/7 29/19 36/5 39/9 80/18 94/22 94/24 101/5 101/5 103/8 103/13 116/4 116/5
lawyer's [3]  44/12 44/22 44/25
lawyers [5]  11/23 11/25 40/22 108/11 160/24
leading [2]  82/6 90/21
learned [3]  46/11 101/8 102/5
learning [1]  38/12
lease [1]  67/8
least [19]  9/22 27/7 48/8 50/24 57/19 66/23 69/17 81/9 90/17 109/4 118/21 119/16 122/12 127/10 138/15 139/11 153/2 156/22 164/14
leave [5]  9/21 32/12 143/7 143/12 150/19
led [1]  64/5
left [1]  131/4
legal [5]  120/18 146/12 149/12 150/2 157/20
legalities [1]  141/22
legally [1]  107/7
lengthen [1]  163/6
lengthy [1]  129/1
less [2]  46/1 46/1
let [21]  29/19 35/12 35/20 35/20 36/3 36/24 39/7 40/11 49/3 67/15 71/7 71/14 84/5 105/16 107/7 112/1 118/11 142/20 150/21 154/20 161/25
let's [36]  6/20 7/7 13/24 35/21 37/16 49/11 50/1 58/12 58/13 58/13 60/21 60/24 74/3 74/9 78/10 78/12 87/4 87/6 93/10 93/15 93/15 96/19 101/3 105/9 112/7 114/2 114/16 117/24 122/5 136/25 136/25 139/21 142/4 142/7 156/11 161/19
letter [1]  40/17
letting [1]  143/11
level [3]  139/25 140/21 140/22
lie [6]  48/19 48/20 48/20 144/19 165/8 165/11
life [1]  103/14
like [42]  9/8 16/20 21/10 22/10 47/8 47/12 47/12 50/12 52/9 52/10 56/15 59/7 59/10 59/10 59/12 61/16 65/10 65/12 67/7 68/10 75/8 88/10 88/15 94/23 94/25 104/24 107/24 113/7 118/20 119/8 123/21 124/25 127/12 137/14 144/6 146/5 146/19 149/10 154/11 154/14 156/19 156/23
liked [1]  165/16
limited [4]  17/11 19/21 26/23 28/21
limiting [2]  75/20 75/25
LINDELL [78]  1/10 5/8 12/5 12/10 13/5 13/15 15/9 17/9 17/15 17/19 17/25 18/25 20/23 30/15 31/11 33/9 45/3 50/13 52/3 52/8 55/3 55/7 55/8 56/4 60/24 60/25 61/2 61/9 61/14 61/19 62/18 63/5 88/20 90/23 91/16 92/8 92/19 96/25 97/18 97/21 97/22 104/18 111/18 116/19 116/25 120/17 123/9 123/22 124/2 135/10 137/10 138/14 138/19 139/16 144/2 145/16 145/19 148/17 148/21 149/18 149/25 150/8 151/1 155/20 157/14 158/8 158/14 158/15 159/1 159/7 159/11 159/21 159/22 160/2 160/10 160/14 160/22 165/9
Lindell's [6]  22/3 89/17 135/7 137/10 144/2 158/11
line [4]  11/23 38/13 118/18 118/18
lineup [1]  146/25
link [1]  21/7
linking [1]  25/13
Lisa [1]  24/5
list [1]  143/6
literally [1]  69/9
little [13]  22/7 23/24 39/7 49/12 93/12 107/23 114/13 114/17 125/11 146/22 154/21 162/18 163/6
live.com [2]  23/3 23/9
LLC [3]  1/10 3/4 5/9
local [1]  68/5
locally [1]  58/19
located [2]  5/10 32/5
location [1]  150/22
log [1]  23/19
Logan [1]  24/4
logging [1]  134/18
logs [1]  129/19
long [3]  39/6 109/1 154/20
longer [3]  23/24 32/14 107/24
look [26]  14/4 16/7 20/11 58/13 78/10 78/21 87/6 93/10 95/13 97/16 101/3 105/9 112/7 118/14 122/20 123/17 127/6 128/25 136/25 137/3 137/11 139/21 142/4 142/7 144/3 157/1

## L

looked [8]  62/25 81/21 109/21 116/2 121/4 128/25 154/9 154/14
looking [13]  8/25 19/15 22/24 34/22 40/9 40/13 69/1 69/3 96/7 127/13 129/14 136/10 147/8
looks [5]  9/7 16/20 21/10 50/12 107/24
loop [1]  113/17
looping [2]  80/17 110/17
lot [4]  67/3 118/19 142/4 156/6
loud [1]  93/11
louder [1]  93/12
love [1]  73/3
Lucescu [1]  162/19
lunch [4]  114/5 114/8 114/16 156/7
lying [1]  145/6

## M

ma'am [30]  9/15 10/7 11/4 14/3 16/7 16/19 17/7 19/18 20/10 22/23 23/1 34/21 35/17 35/25 38/1 40/20 40/25 43/17 45/14 50/9 52/23 73/24 77/4 99/9 110/25 118/14 118/17 121/18 130/3 165/14
machine [7]  41/9 41/23 43/4 51/20 125/1 125/18 127/12
machines [5]  67/22 127/21 130/16 130/17 132/2
made [37]  7/10 7/12 7/24 15/22 28/9 31/14 31/18 35/11 38/20 39/22 40/18 43/21 45/20 46/6 50/11 51/23 53/1 53/19 61/14 76/21 77/1 94/15 95/1 95/20 99/10 110/23 116/4 119/17 124/20 125/4 131/22 141/21 144/15 155/3 162/1 164/3 164/25
mail [13]  21/3 23/2 23/4 23/8 23/13 23/19 25/25 32/2 69/25 70/8 142/11 142/13 143/2
mails [3]  17/21 21/12 21/13
maintain [2]  77/19 77/22
maintains [1]  70/17
major [1]  93/17
make [19]  8/12 8/17 21/11 22/7 41/12 51/22 53/7 55/16 58/15 60/23 76/2 77/20 79/8 79/11 131/21 136/12 137/24 154/21 158/21
makes [2]  29/17 123/20
making [11]  7/25 8/11 30/18 56/4 56/15 77/16 125/15 146/15 147/10 147/22 148/1
malone [7]  2/15 2/18 4/6 5/19 14/10 30/25 55/10
man [5]  51/14 103/14 143/16 144/16 145/25
management [2]  46/13 67/21
manager [3]  121/14 129/17 129/21
manipulated [1]  135/2
manipulation [3]  25/15 74/25 136/3
many [9]  6/19 10/8 14/4 14/16 22/9 45/13 57/14 97/10 99/4
March [3]  156/24 158/6 158/7
marching [1]  94/6
Marie [3]  6/13 40/16 40/21
mark [6]  24/5 39/6 49/21 117/25 148/13 154/17
marked [8]  14/7 14/9 40/7 40/8 49/15 50/6 69/2 118/1
market [1]  153/1
marking [1]  118/3
material [1]  21/23
matter [6]  5/7 6/25 53/22 77/8 89/9 147/9
matters [3]  54/7 54/14 160/23
Maverick [2]  1/19 5/10
may [30]  19/4 32/11 67/7 71/20 81/4 82/25 83/4 83/8 85/3 87/12 87/12 98/20 101/8 102/5 103/4 117/14 118/5 119/4 125/12 128/1 132/11 133/13 139/1 144/19 154/4 160/3 163/9 163/22 165/15 165/15
maybe [8]  42/13 42/14 44/19 53/17 105/23 122/11 129/8 152/15
me [90]  7/15 11/6 16/21 20/11 21/10 22/23 25/11 26/12 27/6 29/9 29/19 29/19 34/21 35/13 35/16 35/20 35/20 36/3 36/7 37/8 39/7 40/11 44/5 44/21 46/4 52/2 52/6 52/6 59/16 59/18 61/1 62/17 64/25 67/15 69/16 71/7 71/14 73/2 73/3 73/17 74/2 74/5 75/8 78/18 78/19 79/17 84/5 85/1 87/9 87/13 87/14 87/16 90/20 92/24 94/3 97/13 98/19 99/12 99/12 101/6 102/21 103/9 105/16 109/11 112/1 118/20 119/3 122/14 124/22 126/17 128/18 136/6 137/8 137/16 138/25 139/3 140/7 142/15 143/18 143/24 144/8 144/11 149/17 149/25 154/21 161/25 162/19 164/16 165/1 167/10
mean [32]  17/20 33/14 45/19 47/6 49/1 55/14 63/11 82/18 82/19 86/21 99/25 106/5 106/6 110/23 122/3 125/4 130/24 132/17 133/11 135/25 137/11 144/3 144/20 144/25 145/4 145/18 146/5 146/6 146/9 146/9 152/21 153/6
meaning [2]  132/3 132/9
means [4]  41/5 67/17 106/11 144/12
meant [1]  48/21
media [1]  94/9
medication [1]  11/15
meet [5]  10/24 55/20 63/25 99/13 111/13
member [2]  46/22 51/21
members [7]  24/3 47/6 66/6 85/24 85/25 104/20 132/18
membership [1]  47/7
mention [1]  116/22
mentioned [4]  94/5 149/5 154/24 160/7
mentioning [1]  51/14
mercy [1]  144/21
Merritt [1]  96/12
Merritt's [1]  96/17
Mesa [52]  27/17 28/19 29/5 30/19 32/13 33/6 33/10 34/1 46/13 47/23 57/19 64/6 64/20 67/20 68/5 68/6 68/19 69/6 69/15 69/18 71/2 72/13 72/22 74/20 75/1 75/16 76/11 80/2 83/16 101/10 101/11 102/3 102/7 102/16 105/14 108/22 118/6 118/8 129/21 135/2 135/21 136/4 136/13 136/14 137/9 141/23 144/1 146/11 149/13 156/2 157/1 167/3
messages [2]  17/21 20/3
messaging [3]  17/25 18/4 20/22
met [5]  6/14 38/11 38/17 45/8 61/1
MICHAEL [2]  1/10 5/8
middle [2]  87/10 121/6
might [3]  74/1 128/6 146/18
Mike [27]  12/5 13/15 17/15 17/19 30/15 52/3 52/8 52/10 60/24 61/2 61/8 96/25 97/22 116/19 123/17 137/9 137/10 144/1 144/2 145/16 145/18 148/16 149/18 158/8 158/10 158/14 161/3
million [3]  87/16 145/21 149/18
mind [9]  8/16 65/25 71/23 81/25 82/11 82/21 83/11 93/17 156/11
Minneapolis [1]  2/17
Minnesota [1]  2/17
minute [1]  22/24
minutes [3]  6/14 51/9 166/3
misleading [1]  72/3
mix [1]  49/12
moccasins [1]  21/16
mode [1]  94/23
modifications [1]  121/22
modify [1]  16/3
moment [1]  35/16
Monday [1]  1/18
monetizes [2]  55/8 61/20
money [4]  145/22 152/18 161/20 162/2
monitor [1]  37/20
month [3]  78/18 154/4 158/8
months [1]  120/17
more [14]  39/8 41/4 41/7 41/17 63/4 72/13 136/2 142/3 142/3 142/5 146/22 154/21 156/8 156/20
morning [2]  6/10 6/11
most [2]  144/11 164/14
motion [2]  16/1 16/2
motive [1]  129/23
mouthful [1]  20/15
move [1]  31/8
movement [1]  100/2
Mr [26]  4/3 4/4 4/5 4/6 4/7 4/8 4/9 7/12 8/7 30/18 84/4 84/6 84/9 84/13 87/7 87/23 91/16 112/13 112/16 115/21 119/25 120/21 135/6 135/10 149/24 162/8
Mr. [137]  7/19 10/25 11/23 12/10 12/14 12/21 13/5 17/25 18/25 22/3 27/10 29/4 29/9 29/25 30/8 30/12 31/11 33/9 36/19 45/3 55/7 55/19 55/24 56/6 56/13 56/20 57/9 57/25 58/2 60/4 60/5 60/10 60/12 60/21 61/19 62/18 62/19 62/19 63/5 63/8 63/14 64/1 79/15 84/17 85/2 86/17 86/17 86/18 88/15 88/16 88/20 88/21 89/17 90/23 91/11 91/16 91/16 92/1 92/8 92/9 92/19 92/19 92/25 96/17 100/11 101/6 104/18 105/1 111/18 112/17 114/23 114/25 115/4 115/16 115/17 116/3 116/7 116/12 116/23 116/25 116/25 117/14 119/25 120/11 120/11 120/17 123/9 123/22 124/2 124/15 124/15 131/21 137/25 138/4 138/10 138/14 138/19 139/12 139/13 139/16 139/17 139/17 140/23 141/6 147/3 148/21 149/25 150/8 151/1 152/15 153/15 153/18 155/20 157/5 157/10 157/14 157/18 157/25 158/15 159/1 159/7 159/11 159/21 159/22 160/2 160/10 160/14 160/22 161/4 161/8 161/13 162/8 162/12 164/17 164/21 164/24 165/9
Mr. Clements [2]  116/7 116/12
Mr. Clevenger [1]  112/17
Mr. Daugherity [2]  120/11 124/15
Mr. Flynn [5]  161/4 161/8 161/13 162/8 162/12
Mr. Gessler [2]  10/25

**M**
Mr. Gessler... [1] 36/19
Mr. Giuliani's [1] 115/16
Mr. Gould [3] 157/5 157/10 157/25
Mr. Hayes [17] 27/10 29/4 29/25 30/8 30/12 64/1 84/17 85/2 86/17 88/15 88/16 88/21 131/21 139/13 139/17 140/23 141/6
Mr. Kloewer [2] 29/9 79/15
Mr. Lindell [43] 12/10 13/5 17/25 18/25 31/11 33/9 45/3 55/7 61/19 62/18 63/5 88/20 90/23 91/16 92/8 92/19 104/18 111/18 116/25 120/17 123/9 123/22 124/2 138/14 138/19 139/16 148/21 149/25 150/8 151/1 155/20 157/14 158/15 159/1 159/7 159/11 159/21 159/22 160/2 160/10 160/14 160/22 165/9
Mr. Lindell's [2] 22/3 89/17
Mr. Merritt's [1] 96/17
Mr. O'Donnell [3] 119/25 120/11 124/15
Mr. Oltmann [30] 12/14 12/21 55/19 55/24 56/6 56/13 56/20 57/9 57/25 58/2 60/4 60/21 62/19 62/19 63/8 63/14 91/11 91/16 92/1 92/9 92/19 92/25 116/3 152/15 153/15 153/18 157/18 164/17 164/21 164/24
Mr. Prager [1] 11/23
Mr. Rubinstein [2] 117/14 147/3
Mr. Steinberg [1] 7/19
Mr. Ty [1] 101/6
Mr. Waldron [6] 114/23 114/25 115/4 115/17 116/23 116/25
Mr. Watkins [2] 100/11 105/1
Mr. Wood [4] 86/17 138/10 139/12 139/17
Mr. Wood's [1] 86/18
Mr. Woods [5] 60/5 60/10 60/12 137/25 138/4
Ms [17] 5/22 5/24 6/10 7/8 8/8 9/6 14/20 25/10 41/13 74/11 74/19 112/15 112/17 129/22 132/3 133/6 156/19
much [7] 7/8 8/23 11/14 14/16 35/10 86/21 98/21
multiple [2] 49/23 110/7
municipal [1] 121/12
must [1] 16/13
mute [2] 58/15 58/20
muted [1] 58/23
my [554]
MyPillow [9] 5/9 17/10 19/1 21/14 21/14 23/3 27/8 98/3 98/12
myself [1] 142/18

**N**
name [8] 6/12 72/3 83/22 114/19 125/22 126/7 142/24 162/23
name's [1] 162/18
named [4] 96/12 109/15 109/16 116/5
narrative [6] 54/8 61/21 62/20 81/10 81/14 84/24
nation [1] 59/14
nature [2] 34/5 38/10
necessarily [1] 65/16
necessary [1] 59/7
need [12] 7/20 31/22 35/18 42/14 58/14 58/20 106/2 106/2 106/3 113/24 129/3 156/8
needed [3] 108/6 110/24 127/3
needs [2] 101/11 102/8
nefarious [3] 110/14 129/23 130/8
negatively [1] 133/5
neglected [2] 8/24 116/22
network [6] 68/5 152/18 153/12 153/24 154/14 154/24
never [2] 137/16 144/8
nevertheless [1] 52/11
new [2] 121/23 122/23
news [4] 156/5 156/6 156/6 156/8
next [6] 37/6 87/10 87/16 139/22 146/4 158/7
nice [1] 140/11
nicely [1] 46/1
night [2] 65/24 78/15
no [46] 1/3 5/5 7/14 7/15 14/13 17/7 19/10 19/15 20/10 20/18 23/24 23/24 24/12 25/10 26/19 27/20 28/16 29/17 31/5 32/14 37/1 39/5 41/3 41/3 41/6 41/8 59/4 71/24 78/23 102/10 102/17 102/18 102/19 103/2 103/3 106/15 106/23 107/2 107/14 120/12 128/15 129/10 129/21 133/4 141/14 143/11
non [2] 58/5 84/8
non-County [2] 58/5 84/8
none [2] 67/23 105/13
nonmonetary [1] 13/16
normally [1] 36/3
North [2] 2/5 2/17
not [88] 7/3 7/14 7/15 7/22 7/23 9/3 9/10 9/16 14/2 14/15 17/11 19/21 23/12 26/7 26/11 26/23 28/20 29/17 31/10 31/10 36/19 39/3 39/5 43/22 49/3 49/6 52/8 53/8 54/2 56/25 58/25 60/21 64/11 64/25 66/24 69/6 75/21 78/19 84/13 85/18 87/3 88/20 89/8 94/8 94/13 95/1 95/3 96/18 102/19 102/24 103/3 105/19 106/15 106/22 107/1 107/6 108/19 108/20 112/14 112/18 113/18 118/17 121/1 126/14 129/2 132/15 134/2 134/2 135/21 136/18 137/20 140/11 143/6 147/16 148/25 154/11 154/16 154/18 156/23 160/15 163/23 164/19 164/22 164/24 165/1 165/15 166/5 167/14
Notary [2] 1/21 167/5
note [2] 34/14 164/16
noted [1] 157/19
notes [1] 74/5
nothing [1] 106/15
notice [2] 1/15 107/10
notion [1] 110/6
November [24] 1/5 1/18 5/3 13/17 18/16 33/25 37/10 47/24 52/4 64/19 65/19 67/22 69/4 69/24 71/3 72/22 72/23 73/5 77/23 121/11 130/9 131/5 151/12 167/19
now [28] 9/1 26/16 31/4 36/3 36/24 44/11 44/20 45/14 52/2 59/19 69/10 71/14 73/18 78/3 89/24 94/4 102/3 103/11 103/15 105/20 107/8 110/11 112/12
112/17 117/4 150/6 160/9 161/13
NRA [1] 47/8
number [4] 18/12 46/5 76/1 100/9
numbers [1] 72/12
numerous [1] 114/24

**O**
O'Donnell [5] 109/15 110/2 119/25 120/11 124/15
oath [4] 26/16 68/3 82/17 86/23
Object [1] 55/11
objecting [1] 31/1
objection [4] 7/2 7/10 49/16 164/18
objections [5] 7/21 7/25 8/11 8/13 15/22
obligations [1] 15/16
obtain [1] 35/11
obviously [7] 45/20 45/24 52/18 63/12 76/7 103/22 142/5
occasion [1] 91/15
occasions [1] 6/19
occurred [8] 53/18 74/20 83/9 92/16 103/22 132/12 149/11 155/17
occurring [1] 74/14
October [1] 24/6
odd [2] 55/1 118/10
off [14] 37/21 49/25 50/1 50/4 50/5 105/15 105/16 106/16 108/5 114/2 114/4 156/12 156/15 166/3
office [29] 25/7 29/24 30/8 32/12 32/21 47/24 66/2 73/17 77/19 77/22 85/13 85/25 90/2 100/21 102/3 105/16 105/21 113/20 121/9 121/13 124/6 126/16 126/17 127/5 128/3 129/21 131/21 132/19 134/17
officers [1] 98/6
offices [1] 127/13
official [10] 33/4 64/19 66/24 66/25 70/21 122/18 123/20 128/10 133/21 146/15
official's [1] 121/24
officially [1] 146/10
officials [3] 32/19 126/15 126/16
offline [3] 131/10 131/15 131/19
oh [5] 54/25 59/15 73/25 122/20 141/14
okay [41] 8/10 8/13 8/14 8/19 9/13 10/3 11/10 11/13 11/14 31/2 31/6 35/19 35/23 36/1 36/4 36/17 37/3 37/18 44/18 49/4 58/22 73/25 74/9 74/10 94/13 95/4 95/25 103/4 103/5 106/1 106/12 107/9 109/12 114/3 118/15 118/23 137/18 140/16 145/9 156/13 165/24
old [1] 122/22
Oltmann [50] 12/14 12/16 12/21 19/20 20/3 24/6 33/19 51/24 51/24 53/23 54/22 55/19 55/24 56/6 56/13 56/20 56/25 57/9 57/25 58/2 59/25 60/4 60/21 60/25 62/19 62/19 63/8 63/14 91/11 91/16 91/22 92/1 92/9 92/19 92/25 97/11 116/3 145/12 145/13 152/11 152/15 153/15 153/18 155/6 155/6 155/13 157/18 164/17 164/21 164/24
once [3] 41/4 41/5 88/25
one [43] 9/19 14/17 18/21 20/11 21/15 22/19 31/7 40/10 41/2 41/5 41/7 41/18 47/3 48/9 51/15 51/18 52/10 59/8 62/6 75/10 75/11 76/14 76/14 82/15 82/16 87/11 89/11 93/2 93/17 99/9 107/2 120/10 129/4 137/1 137/21 139/6 141/1 142/3 144/10 150/11 154/4 156/8 164/3
one-month [1] 154/4
one-page [1] 40/10
online [4] 28/13 118/4 131/15 154/10
only [3] 47/16 71/20 142/10
operations [1] 32/20
opine [1] 109/6
opinion [4] 53/17 53/18 54/3 129/4
opposed [1] 67/5
order [3] 8/5 21/15 108/21
ordered [1] 126/14
orders [2] 21/14 27/7
ordinary [1] 16/14
organization [8] 47/3 47/12 98/3 140/5 140/6 152/2 152/22 153/13
originals [1] 81/4

## O

originated [1]  91/22
ostensible [1]  152/25
other [48]  11/22 11/24
 22/20 23/7 23/8 23/18
 31/13 31/25 36/18
 43/21 48/10 48/14
 53/16 56/3 65/17 68/2
 68/4 68/25 76/13 94/4
 99/1 111/3 117/18
 123/3 123/18 124/13
 127/24 133/20 134/8
 134/17 142/15 142/15
 142/17 142/18 147/13
 147/14 147/20 149/10
 149/16 155/4 155/5
 155/14 157/9 157/24
 160/22 161/2 162/8
 165/14
others [3]  34/10 45/2
 54/9
otherwise [9]  16/3
 21/4 28/13 36/11 44/21
 109/4 134/3 135/19
 167/16
our [15]  9/24 10/1
 13/25 52/3 52/7 59/14
 78/22 92/14 94/16 98/1
 106/16 106/17 112/20
 135/20 145/23
out [28]  9/22 15/4 30/2
 32/2 39/7 74/1 77/1
 79/16 87/2 92/6 101/7
 106/3 119/10 119/10
 122/9 124/6 127/18
 128/2 128/3 129/1
 142/13 143/15 145/5
 148/3 148/4 150/8
 150/21 156/21
out or [1]  128/2
outcome [1]  95/21
outside [9]  34/25 68/4
 68/5 71/9 110/13
 113/19 134/16 135/1
 161/19
outsider [1]  68/4
over [4]  44/11 65/25
 75/20 125/11
overall [1]  84/24
own [3]  43/12 121/21
 145/22
owned [1]  153/14
owns [1]  22/19

## P

p.m [1]  166/4
P.O [1]  2/6
PAC [1]  163/22
packet [2]  89/24 90/3
page [9]  4/2 15/16
 16/21 16/21 16/22
 40/10 56/21 118/18
 121/5

pages [2]  118/10
 118/10
paid [14]  13/15 22/19
 22/19 27/13 27/16 80/6
 90/11 120/11 124/14
 137/10 138/14 144/2
 149/18 155/12
Pam [1]  164/4
panel [3]  62/19 92/25
 96/1
panels [1]  114/24
paper [5]  32/2 68/19
 68/20 70/10 77/23
paragraph [1]  121/6
parameters [3]  34/24
 122/6 122/24
paranoid [1]  142/12
paraphrase [1]  25/23
pardon [4]  34/21 79/17
 98/18 126/17
pare [1]  23/25
PARKER [1]  2/15
parkerdk.com [2]  2/18
 2/18
part [25]  13/6 50/22
 50/23 51/7 57/19 65/19
 72/5 74/11 81/9 84/23
 86/5 89/11 90/17 92/6
 95/23 97/5 112/24
 113/12 121/5 132/19
 139/16 146/15 148/2
 153/14 160/8
participate [1]  75/19
participation [1]  117/8
particular [5]  35/4 93/8
 93/21 94/15 118/3
particularly [1]  97/6
parties [3]  5/15 26/24
 167/15
party [5]  7/22 16/12
 47/13 71/9 75/10
Pat [3]  40/15 40/19
 41/1
patent [1]  94/1
patents [1]  51/18
Patrick [3]  83/22 84/1
 84/18
patriot [3]  52/3 52/7
 145/19
pause [1]  52/14
pay [1]  88/15
paying [6]  12/25 13/5
 110/1 145/16 148/17
 157/10
payments [1]  155/5
payroll [1]  22/3
PC [2]  2/9 3/8
PCAP [1]  96/17
PCAPs [3]  89/19 89/23
 135/19
pending [3]  15/21 31/4
 36/21
people [19]  45/13 46/5

 47/17 48/21 65/17
 66/18 67/5 78/18 82/4
 87/15 87/18 99/5 109/3
 137/11 142/12 142/15
 144/3 147/1 148/8
perceive [1]  65/9
percent [3]  70/1 72/7
 94/12
percentage [1]  75/9
Perfect [1]  6/11
perform [3]  32/15
 120/11 127/5
performed [1]  121/9
perhaps [7]  21/16 34/4
 50/25 95/15 133/25
 146/18 146/21
period [7]  20/3 130/20
 130/25 131/5 134/19
 154/4 154/24
periodically [1]  44/10
perjure [1]  146/21
permission [2]  112/14
 112/15
person [15]  9/17 53/1
 69/25 70/9 71/17 71/21
 89/1 94/8 95/19 114/18
 129/12 133/17 137/20
 158/10 162/20
person's [1]  48/9
personal [5]  23/4 32/3
 32/4 38/22 39/10
personally [3]  85/25
 91/1 155/10
personnel [1]  66/23
perspective [1]  84/23
persuasion [1]  48/9
PETERS [22]  1/4 1/17
 4/2 5/4 5/22 5/24 6/5
 6/10 6/13 7/8 8/2 8/8
 9/6 14/20 25/10 40/16
 40/21 41/13 112/17
 156/19 157/20 166/1
Peters' [1]  150/2
PH.D [2]  1/7 5/8
Phil [5]  24/4 24/20
 94/22 114/19 114/20
phone [10]  18/8 18/12
 18/16 18/20 29/20
 29/22 30/2 51/6 84/18
 94/14
physical [2]  102/25
 104/12
physically [2]  147/9
 147/16
pick [2]  51/8 91/6
picture [1]  30/1
pictures [2]  118/19
 129/1
pile [1]  52/10
PILLOW [1]  1/10
PIN [5]  152/18 153/11
 153/23 154/14 154/23
place [2]  3/5 167/10

plaintiff [6]  1/8 1/17
 2/3 5/7 5/18 6/2
plaintiff's [1]  5/15
plan [1]  113/13
plane [10]  59/6 60/4
 60/6 91/7 137/10 144/2
 145/11 145/12 148/8
 148/9
planning [2]  62/9
 90/15
play [6]  49/13 51/11
 58/17 58/18 93/11
 140/11
players [1]  93/17
playing [11]  51/12
 58/24 78/14 87/8 93/14
 101/4 105/12 112/10
 137/4 139/23 142/8
please [7]  6/4 6/12
 8/17 16/22 49/3 73/17
 136/6
plenty [3]  145/7 145/10
 148/8
PLLC [1]  2/4
plural [1]  11/22
podcast [9]  57/21
 82/16 136/21 137/19
 137/25 139/12 142/3
 149/11 157/18
podcasts [1]  149/10
point [20]  13/12 14/17
 21/16 23/19 36/13
 44/13 60/6 62/6 80/22
 87/11 99/10 100/11
 108/6 108/15 112/2
 122/20 129/13 140/9
 149/19 160/9
pointed [1]  129/1
polite [1]  165/17
political [3]  47/11
 47/17 48/9
portion [1]  93/8
position [3]  72/10 76/8
 96/17
positive [1]  144/17
possession [4]  27/3
 28/1 88/4 117/19
possible [3]  14/11 41/3
 124/25
possibly [1]  146/5
posted [1]  95/17
posting [1]  41/12
posts [1]  94/10
potential [5]  23/8
 127/20 156/22 161/2
 161/20
potentially [1]  130/8
practice [1]  85/24
Prager [7]  3/9 4/9 5/21
 7/11 7/12 8/7 11/23
precinct [1]  70/9
premises [1]  106/17
prepare [2]  10/19

 10/25
prepared [3]  35/7
 138/25 139/2
presence [1]  91/17
present [9]  3/15 17/11
 19/20 24/7 27/24 28/20
 84/8 86/12 145/5
presentation [1]  50/11
presentations [1]
 89/11
presented [4]  90/3
 90/4 97/6 104/20
presenter [2]  90/16
 90/17
presenting [1]  89/17
preserve [1]  123/5
preserved [1]  42/4
president [3]  93/19
 93/22 94/17
presidential [2]  25/16
 45/15
presiding [1]  94/5
presume [2]  45/9 65/3
presuming [1]  151/10
pretends [2]  137/14
 144/6
pretty [2]  95/12 140/10
previous [1]  167/6
previously [1]  131/16
primary [1]  155/22
printed [1]  32/2
printout [1]  40/13
prior [9]  10/11 33/5
 83/17 113/13 130/20
 131/10 155/13 156/1
 157/25
prison [1]  146/9
private [3]  22/10 56/21
 151/4
privilege [4]  7/4 8/21
 10/6 11/11
probable [2]  129/11
 129/15
probably [8]  29/9 48/2
 56/25 78/13 111/21
 130/17 145/1 154/20
problem [1]  140/3
problems [3]  65/10
 129/25 145/23
Procedure [1]  1/16
proceed [1]  37/25
proceedings [2]
 165/25 166/4
process [6]  73/6 86/2
 86/6 86/13 130/1
 131/11
produce [5]  16/13 17/8
 101/12 102/8 108/22
produced [7]  16/15
 17/14 21/9 79/22 79/22
 115/12 163/9
producers [3]  80/11
 80/12 123/25

**P**
produces [1]  101/14
product [1]  38/13
production [2]  14/17 79/10
products [1]  37/6
professional [2]  141/11 165/16
profile [1]  140/5
program [5]  50/18 79/2 79/11 80/1 123/20
programming [1]  97/17
Progress [1]  3/5
prohibited [1]  32/18
project [5]  151/3 151/12 163/13 163/17 164/3
promise [1]  95/20
promised [1]  146/2
promising [1]  146/7
promo [4]  55/2 55/2 55/14 61/22
promote [1]  148/3
promotional [2]  21/13 21/23
proof [4]  56/8 71/6 71/8 96/25
properties [1]  22/19
property [2]  104/13 105/15
prosecution [1]  86/24
protect [1]  145/22
proud [1]  145/14
prove [3]  132/8 144/24 145/3
provide [6]  17/4 21/19 73/17 115/21 153/1 157/10
provided [9]  49/22 100/21 115/18 117/20 138/15 152/17 154/6 155/9 155/10
provider [1]  18/19
provides [1]  18/20
prudent [1]  127/25
public [12]  1/21 38/21 39/22 43/21 45/19 67/3 69/11 77/16 80/20 136/1 136/12 167/6
publication [1]  69/15
publicly [8]  26/11 46/16 59/22 77/2 86/22 120/25 136/15 153/19
publish [1]  124/17
published [10]  20/16 69/5 69/5 69/10 79/7 79/8 117/14 119/4 123/13 154/3
punching [1]  133/22
purporting [3]  40/15 41/22 43/1
purports [1]  40/13

purpose [4]  80/13 147/25 152/25 164/4
Pursuant [1]  1/15
put [13]  9/14 22/18 29/16 38/4 46/1 71/7 84/5 84/22 101/7 105/17 145/5 146/8 152/6

**Q**
QAnon [1]  100/1
quacking [1]  108/3
qualifications [2]  26/22 27/1
qualified [2]  33/25 141/22
quash [1]  16/3
question [52]  10/7 10/10 10/15 10/22 11/2 11/5 11/19 12/2 12/7 12/12 12/18 12/23 13/3 31/4 33/20 35/21 36/6 36/15 36/20 36/25 37/1 37/7 38/21 39/1 39/6 39/7 44/16 49/5 49/7 56/15 62/24 63/18 73/19 76/22 80/18 87/3 88/19 109/2 112/19 118/12 118/22 128/19 128/21 144/23 146/4 148/11 148/13 154/16 154/17 154/18 164/16 165/6
questioned [1]  76/15
questions [23]  13/12 35/6 35/8 36/10 36/12 51/10 57/18 84/24 87/5 94/4 112/8 116/4 136/19 137/2 156/20 157/9 160/15 160/17 164/14 164/14 164/25 165/15 165/22
quick [2]  93/16 142/4
quiet [3]  101/21 101/21 101/25
quite [1]  26/11
quote [5]  46/12 46/12 153/1 164/4 164/5
quote-unquote [1]  153/1
quoted [3]  48/18 150/1 165/6

**R**
rah [2]  33/15 33/15
raid [3]  105/21 106/20 106/22
raided [3]  59/11 80/21 105/24
rallies [2]  94/6 152/6
rally [3]  158/9 158/11 159/21
ran [3]  33/11 78/16

164/9
randomly [1]  132/5
range [1]  155/14
Rants [1]  41/10
rather [1]  129/24
reach [4]  124/6 127/18 128/2 128/3
reaction [1]  93/9
read [8]  40/21 40/25 41/6 48/13 118/17 121/5 121/15 154/19
Reading [1]  166/5
ready [2]  19/8 37/25
real [2]  103/14 142/4
realize [1]  122/6
really [7]  38/22 78/23 92/5 93/16 101/23 106/10 130/17
realtime [1]  65/10
reason [7]  70/25 78/23 84/23 85/18 130/2 133/7 138/9
Reawaken [3]  161/14 161/22 162/3
recall [6]  6/20 6/22 10/9 38/11 50/23 158/25
recalled [1]  126/23
receive [1]  21/7
received [9]  20/13 25/13 26/21 27/22 28/18 81/3 89/2 112/12 162/2
receiving [2]  21/18 161/20
recess [3]  37/22 114/5 156/16
RECHT [1]  2/9
recognize [1]  8/25
recollection [2]  35/3 70/3
record [23]  5/2 7/23 9/15 34/22 35/2 37/21 37/24 40/22 49/25 50/1 50/4 50/5 50/8 56/7 76/19 77/23 114/2 114/4 114/7 156/12 156/15 156/18 166/3
Recorder [1]  146/11
recording [2]  94/15 130/19
records [4]  24/11 70/17 76/2 132/5
recount [3]  62/20 70/16 127/6
recounting [1]  52/24
recreation [1]  132/7
Red [1]  24/2
reduced [1]  167/11
reference [5]  4/14 41/21 41/24 116/4 138/13
referenced [6]  14/7

43/5 60/3 60/4 88/2 138/23
references [1]  97/17
referred [2]  147/1 149/5
referring [11]  41/16 41/25 78/10 87/23 101/2 109/11 109/14 121/8 133/5 147/3 150/11
refresh [1]  35/3
regard [1]  65/18
regarding [5]  40/19 84/7 87/7 115/22 124/8
related [4]  62/24 97/22 129/7 167/14
relates [6]  35/6 73/16 74/25 96/1 120/10 164/17
relating [5]  17/12 20/13 27/22 37/10 74/6
relationship [6]  60/24 84/1 98/15 116/18 116/25 155/15
reliability [1]  20/14
rely [2]  34/10 65/17
remember [27]  15/3 30/1 31/17 42/12 46/18 50/14 50/17 51/2 55/20 58/5 58/9 78/5 79/8 82/1 82/7 93/4 96/20 98/19 98/25 100/19 100/22 117/4 125/8 136/22 150/23 154/20 159/3
remind [2]  99/11 99/12
remote [1]  134/2
remotely [3]  85/14 85/20 133/15
repeat [2]  101/16 159/14
repeated [2]  53/8 54/4
repeating [1]  153/19
rephrase [3]  36/7 36/8 37/7
report [29]  4/18 105/24 117/14 117/19 118/18 119/4 119/17 119/24 120/4 120/5 120/10 120/12 120/16 120/25 123/18 124/17 125/12 126/22 128/24 132/9 132/11 133/2 136/11 153/6 157/2 157/4 157/11 157/15 158/1
reported [3]  70/21 71/2 151/1
reporter [7]  1/21 5/12 6/4 13/25 40/8 49/21 167/5
REPORTER'S [1]  167/2
reporting [3]  72/9

150/7 151/9
reports [2]  108/22 115/11
represent [5]  5/15 8/1 8/5 119/12 160/23
representation [2]  21/11 79/9
represented [3]  96/19 156/7 160/24
representing [3]  7/22 8/8 108/15
Republican [2]  47/12 76/14
Republicans [1]  48/13
republished [1]  53/5
reputation [1]  45/25
request [16]  15/22 19/10 19/15 19/18 20/10 20/18 23/24 23/25 24/12 25/10 26/19 27/20 28/16 31/23 86/10 164/25
requested [4]  16/24 17/4 17/8 166/5
requesting [1]  24/1
requests [2]  20/11 25/12
required [2]  73/11 86/11
requirements [1]  15/15
research [1]  43/12
resets [1]  122/19
resetting [1]  121/24
residence [1]  22/20
respond [3]  15/16 160/15 164/25
responded [1]  40/16
responding [2]  16/8 16/12
response [6]  21/23 22/8 27/9 40/18 41/1 120/4
responsibility [1]  146/12
responsive [7]  16/13 20/18 24/12 25/17 119/24 160/17 165/1
restart [2]  122/21 123/20
restarting [1]  126/23
restarts [1]  122/18
Restaurant [1]  141/15
restroom [1]  35/19
result [9]  21/18 30/17 46/5 100/21 110/13 121/23 144/20 164/9 167/17
results [6]  25/16 70/22 71/2 75/15 75/21 135/2
retained [1]  157/20
retracted [2]  125/16 125/18
retraction [2]  125/23

**R**
retraction... [1]  126/6
return [4]  15/14 81/4
 101/13 102/9
revealed [1]  121/9
revenue [1]  61/23
review [8]  15/15 16/6
 17/3 25/11 76/15
 101/14 102/13 109/5
reviewed [1]  70/16
reviewing [2]  100/20
 118/16
rhymes [1]  29/16
rich [2]  114/13 114/15
riches [1]  146/7
rigged [4]  45/10 63/15
 84/25 149/12
rigging [8]  26/1 26/3
 43/18 45/15 63/22 97/1
 116/14 126/2
right [90]  6/15 6/16 7/7
 8/3 8/22 8/23 9/1 9/2
 10/4 10/20 11/15 19/10
 31/4 34/18 35/19 35/23
 37/16 38/7 45/21 52/4
 58/12 59/21 60/20 62/2
 66/19 66/25 67/11
 69/10 70/2 70/18 72/4
 73/7 76/3 76/8 76/15
 78/20 78/21 79/3 79/18
 80/3 83/17 85/7 87/16
 90/17 96/6 99/9 100/2
 103/14 103/23 104/3
 104/9 107/8 107/11
 107/19 107/25 108/7
 109/7 109/23 110/14
 119/5 119/19 121/25
 126/17 127/15 128/12
 130/21 131/1 131/11
 131/22 133/16 138/5
 139/21 140/23 141/3
 141/11 141/17 141/18
 142/2 146/12 146/13
 146/16 147/4 148/22
 149/1 150/5 150/6
 153/3 153/15 153/20
 156/5
rile [1]  48/21
ring [1]  141/3
risk [2]  75/20 75/25
risk-limiting [2]  75/20
 75/25
rklawpc.com [1]  2/12
Rogers [3]  2/10 4/5 6/1
role [12]  47/8 63/21
 67/4 80/3 88/14 98/13
 100/5 112/8 113/2
 116/12 129/16 162/14
rolling [1]  63/14
Ron [13]  24/5 24/23
 25/1 25/5 99/10 99/13
 99/21 101/17 101/17
 102/1 103/4 109/21

113/5
room [6]  9/17 9/22
 9/23 71/21 139/7 143/5
rooted [1]  144/16
rough [1]  75/9
roughly [1]  57/13
Rubinstein [5]  4/18
 117/14 118/8 121/7
 147/3
rule [1]  16/11
rules [2]  1/15 9/18
run [6]  33/25 35/18
 66/19 67/5 67/10 83/11
running [4]  33/4
 112/20 164/4 166/2
Ryan [7]  2/15 5/19
 14/10 14/15 30/25
 55/10 118/2

**S**
safe [1]  11/6
safeguards [1]  123/4
said [32]  9/20 10/4
 59/6 59/8 59/14 81/23
 82/4 82/19 86/21 94/20
 101/7 102/4 102/17
 102/23 105/1 124/24
 125/21 132/1 138/3
 140/7 140/21 142/2
 142/4 142/14 142/19
 142/23 143/2 147/7
 147/14 148/7 156/19
 158/5
salacious [1]  95/12
Salida [1]  2/6
salmon [1]  114/14
same [12]  18/15 33/19
 36/9 45/5 62/20 63/18
 81/13 88/19 109/21
 119/11 153/18 160/24
sanctioned [1]  146/10
Sandra [8]  121/14
 125/14 126/11 126/20
 129/14 129/20 130/6
 134/1
sat [4]  59/14 87/13
 137/7 143/24
save [1]  122/22
saw [4]  109/23 110/18
 117/9 119/18
say [35]  8/17 9/5 10/13
 11/22 23/2 36/3 36/3
 36/6 36/11 47/8 56/24
 58/18 67/6 72/24 73/4
 81/17 82/16 86/5 96/19
 97/1 98/2 101/18 102/2
 106/9 107/6 107/13
 112/1 113/6 120/4
 122/5 124/21 127/10
 129/18 130/13 161/19
saying [11]  14/2 48/19
 78/3 79/21 82/5 125/13
 133/3 138/14 143/18

145/3 150/1
says [14]  16/23 17/20
 37/20 41/1 48/22 52/10
 59/16 79/15 103/3
 121/7 122/12 129/9
 132/2 153/3
scanned [1]  40/11
scanning [1]  88/22
scenarios [1]  132/7
scheduled [2]  82/25
 105/6
Scorecard [1]  135/7
Scott [3]  3/4 5/23
 49/24
Scotti [1]  49/19
screen [2]  14/11
 147/15
Screenshot [1]  4/16
screenshots [3]  94/9
 95/13 125/14
second [7]  35/20
 109/11 121/10 124/22
 157/4 157/15 157/25
secret [1]  140/8
Secretary [11]  73/17
 85/13 85/19 85/24
 105/14 128/3 142/10
 143/4 149/4 150/9
 155/22
security [8]  9/1 9/6
 9/12 9/16 34/9 93/24
 127/14 150/21
see [13]  6/20 16/23
 19/11 29/9 35/10 41/9
 68/11 78/12 84/17
 87/17 87/22 93/7
 154/10
seeing [2]  87/15 87/15
seen [3]  28/4 118/24
 135/17
seen any [1]  135/17
segment [2]  156/9
 156/9
seized [2]  80/21 80/24
selected [1]  132/5
Selection [12]  79/2
 79/12 79/16 79/25 81/9
 117/8 117/20 119/9
 123/12 124/1 144/12
 148/3
Senator [1]  40/15
send [3]  30/6 30/12
 41/12
sending [2]  29/23
 29/24
sense [2]  29/18 54/8
sent [9]  20/12 25/13
 25/24 25/24 26/20
 27/21 28/17 142/11
 142/13
sentence [2]  129/9
 132/2
separate [1]  85/4

September [4]  14/25
 119/13 136/21 138/10
serious [1]  144/19
served [11]  13/20
 14/24 15/4 15/15 19/2
 50/10 50/19 119/11
 119/19 159/1 159/21
server [4]  74/20 134/18
 136/14 141/24
service [2]  15/10 18/20
services [1]  154/6
serving [2]  9/5 23/15
sessions [1]  92/8
set [4]  122/6 122/7
 122/22 167/11
setup [1]  122/14
several [1]  151/2
sgessler [1]  3/6
Shame [1]  41/1
share [3]  14/11 45/5
 160/21
sharing [1]  53/17
Shawn [2]  24/5 151/23
she [19]  52/15 112/12
 112/16 113/8 113/12
 113/17 126/21 126/22
 126/22 126/23 128/1
 129/16 130/8 137/15
 142/11 142/13 142/13
 143/2 144/7
she's [2]  14/1 49/21
Sherronna [5]  112/5
 112/12 113/1 113/6
 114/17
shift [1]  60/24
ship [2]  143/7 143/10
shocking [1]  144/11
short [4]  39/9 87/7
 129/8 156/9
shorten [2]  163/6
 163/7
shorter [1]  156/7
shorthand [3]  1/21
 167/5 167/10
shortly [3]  15/9 21/9
 104/3
should [20]  10/13
 11/22 14/20 23/2 35/25
 36/2 49/17 64/6 66/18
 70/10 72/12 72/24 73/4
 95/8 98/2 101/7 101/13
 102/12 156/9 156/21
show [9]  56/8 70/9
 82/16 90/10 95/14
 95/15 96/25 145/5
 148/1
showed [2]  60/10
 155/14
shows [2]  94/10
 149/10
side [1]  66/23
sidelines [1]  104/19
signature [1]  167/19

signing [1]  166/5
Signorini [2]  3/15 5/13
silence [1]  29/19
similar [3]  20/22 157/8
 162/4
since [10]  11/23 13/17
 18/16 19/2 36/9 40/19
 74/17 74/17 77/1
 149/11
sincerely [1]  78/17
singular [1]  138/5
sir [1]  94/25
sit [6]  23/13 35/7 71/1
 82/17 135/13 157/9
site [2]  65/4 133/21
sitting [7]  9/22 42/12
 57/17 87/10 91/6 96/2
 139/6
situation [2]  104/3
 141/23
SKARNULIS [1]  2/4
skip [1]  129/6
slightly [1]  37/7
slippers [1]  21/15
smile [1]  71/13
Smith [2]  24/5 151/23
so [112]  8/7 8/18 8/19
 10/4 10/14 11/7 11/10
 11/18 14/11 14/20
 23/25 24/7 26/11 31/9
 35/2 35/3 35/8 35/12
 36/3 36/9 36/22 38/4
 38/21 40/12 41/5 48/9
 49/19 51/6 51/9 51/13
 58/17 59/21 60/24
 64/15 66/22 69/25
 69/25 70/7 70/25 72/10
 76/2 76/20 78/18 79/1
 79/6 79/7 79/8 82/10
 82/19 83/8 83/9 85/5
 86/16 86/22 87/17
 88/13 92/23 93/10
 93/15 94/18 95/2 95/4
 95/25 97/5 102/4
 103/11 103/21 104/16
 105/21 106/9 107/4
 107/19 110/17 112/19
 113/25 116/1 117/1
 119/16 120/9 121/18
 121/19 122/14 123/11
 124/21 125/16 133/16
 133/25 137/18 139/24
 140/16 141/6 142/11
 142/19 142/23 143/1
 143/2 143/12 143/14
 144/23 145/14 145/15
 145/23 146/9 146/18
 146/25 150/5 150/15
 153/11 153/23 154/5
 156/9 165/24
so-called [4]  121/19
 123/11 124/21 154/5
social [1]  94/9

**S**
Soft [1] 72/2
software [11] 30/19 63/2 66/8 67/21 76/19 85/11 122/20 123/4 124/10 131/22 141/24
some [42] 10/18 14/3 14/11 21/8 21/14 21/15 28/4 32/12 40/13 40/14 40/18 49/12 51/5 51/10 52/7 52/19 53/17 56/8 63/21 71/9 78/4 78/4 78/13 80/21 86/23 87/19 88/2 88/8 94/14 95/14 108/20 118/10 129/6 134/2 134/3 136/10 137/19 141/2 144/19 149/19 156/21 159/14
somebody [3] 59/15 102/15 146/17
somehow [2] 134/1 135/1
someone [12] 29/23 30/1 68/4 102/2 108/5 115/18 122/8 124/25 134/17 139/1 144/22 150/20
something [24] 8/16 17/20 25/23 45/15 62/13 74/2 78/8 78/19 81/24 82/20 83/10 89/19 95/10 97/18 105/1 113/7 123/16 124/24 125/22 129/16 133/14 134/10 146/19 164/20
Somewhat [1] 62/24
somewhere [2] 22/20 83/4
sorry [5] 29/19 31/3 38/25 55/10 93/1
sort [1] 14/11
sound [4] 58/21 70/2 79/18 108/4
sounds [1] 107/24
source [3] 46/11 54/18 135/1
South [3] 31/18 91/7 91/12
speak [5] 7/18 49/3 71/22 114/25 136/15
speaking [1] 62/10
specific [3] 25/14 47/17 125/12
specifically [9] 25/13 31/24 37/10 68/7 74/24 75/4 84/12 90/22 161/9
speech [1] 158/22
spell [2] 29/12 162/23
spelled [1] 29/17
spend [2] 151/9 151/10
spent [2] 145/21

152/21
sphere [1] 46/5
spoiling [1] 134/11
spoke [6] 9/15 12/5 12/21 31/10 159/7 159/7
spoken [6] 11/21 11/24 24/19 25/1 39/18 61/8
spot [2] 55/1 120/10
SPRINGER [1] 3/8
ss [1] 167/2
staff [2] 65/5 66/6
stage [9] 32/19 62/6 62/14 105/6 107/20 108/5 110/24 111/4 122/13
stamp [1] 41/10
standard [6] 78/3 78/16 81/18 85/23 110/12 134/11
standing [1] 44/19
stands [1] 89/24
start [1] 128/4
started [5] 9/13 36/24 128/25 134/20 165/6
state [19] 1/22 6/6 6/12 9/18 35/2 85/19 105/14 122/11 130/25 142/11 143/4 147/21 149/4 150/9 153/8 154/3 155/23 166/6 167/6
State's [4] 73/17 85/13 85/24 128/3
stated [1] 53/22
statement [20] 8/18 35/12 48/23 52/25 53/6 53/8 53/12 53/19 54/3 54/3 57/1 59/22 82/1 83/12 94/16 94/19 101/7 125/5 132/14 149/17
statements [24] 38/21 39/22 40/14 40/18 43/22 45/20 46/6 56/4 56/15 61/13 62/25 77/1 77/16 80/20 117/20 119/18 137/25 147/10 147/22 148/1 153/19 159/15 159/15 159/17
STATES [3] 1/1 5/6 135/22
statute [1] 73/11
statutory [1] 131/5
stay [1] 22/20
stayed [1] 104/13
steal [1] 59/2
stealing [1] 59/1
STEINBERG [2] 3/8 7/19
stellar [1] 46/1
Stephen [1] 3/9
stepped [1] 142/23
steps [2] 158/9 158/17

Steve [7] 5/21 7/11 8/12 162/19 163/4 163/4 163/8
still [6] 69/10 69/17 100/10 111/25 154/18 161/20
stolen [2] 81/10 143/18
stop [6] 55/1 101/13 102/12 108/6 110/19 130/15
stopped [14] 51/7 52/16 59/17 77/15 78/25 87/21 95/24 97/17 103/20 107/18 112/22 137/17 140/15 146/24
storage [1] 32/5
story [3] 92/1 97/11 146/1
Stout [1] 2/10
straight [1] 117/6
strategy [1] 93/24
stream [1] 61/22
Street [4] 2/5 2/10 2/17 3/9
strike [6] 81/22 83/5 89/8 99/12 152/16 153/12
struck [1] 149/17
stuff [2] 129/7 150/6
subject [4] 63/5 98/1 112/24 160/16
subpoena [22] 4/15 13/21 14/6 14/19 14/24 15/5 15/10 15/13 15/17 16/3 16/8 16/12 16/20 17/2 19/2 21/18 21/23 27/9 50/10 50/19 52/6 119/11
subpoenaed [1] 51/14
subpoenaing [1] 52/2
substance [2] 11/16 25/25
substantial [1] 115/18
succinct [1] 154/21
such [10] 19/24 24/10 25/21 27/2 27/9 27/25 28/24 34/9 55/8 135/8
suggest [2] 33/24 139/12
suggested [1] 141/2
suggests [1] 133/4
suit [1] 159/23
Suite [4] 2/5 2/11 3/5 3/10
summarizes [1] 129/6
summary [3] 129/3 131/25 133/2
summer [1] 94/6
supplied [1] 96/18
supplies [1] 67/7
support [4] 33/9 33/14 33/15 33/16

supported [1] 88/21
supporting [2] 110/5 158/16
supposed [4] 41/6 54/10 56/14 63/1
supposedly [3] 55/24 96/18 116/13
Supreme [1] 52/13
sure [18] 10/18 22/7 51/22 51/23 53/7 58/16 60/23 68/18 76/3 77/21 95/2 107/24 108/19 112/18 118/4 140/12 162/24 163/23
Surely [1] 28/4
surfer [2] 141/7 141/11
surveillance [1] 27/22
suspect [2] 48/6 148/25
suspended [1] 32/14
swear [1] 6/4
switched [3] 71/9 72/11 75/10
sworn [3] 6/6 6/17 167/8
symposium [40] 20/16 20/23 21/3 22/11 22/15 24/3 31/14 31/18 60/10 60/11 60/13 62/2 89/10 89/16 90/4 90/12 90/22 92/2 92/7 92/20 92/23 96/13 96/24 97/12 98/14 98/22 99/11 104/20 105/1 108/11 113/9 114/24 115/1 135/18 137/6 137/13 138/16 143/23 144/5 162/3
system [12] 46/13 65/11 66/12 68/6 68/21 86/1 122/22 126/24 127/14 127/15 128/11 128/17
System's [1] 26/2
systems [13] 17/13 19/23 64/7 66/7 76/19 93/19 93/25 124/7 127/19 143/4 161/10 162/14 163/8

**T**
table [1] 10/7
tabulate [2] 41/4 41/7
tabulating [1] 41/17
tabulation [2] 66/1 75/5
tabulators [3] 65/12 67/22 85/12
take [18] 7/6 14/4 36/20 36/21 36/24 37/16 44/12 44/25 50/24 64/10 91/7 105/9 112/14 139/11 140/17

156/8 156/10 165/20
taken [15] 1/17 5/7 29/22 37/22 80/21 80/23 88/3 101/9 102/5 104/7 105/15 106/16 131/10 156/16 167/10
taking [5] 11/15 14/1 30/1 44/22 141/22
talk [11] 26/10 30/23 31/9 43/1 52/17 60/11 60/21 87/4 91/16 98/14 144/25
talked [11] 24/16 39/14 46/16 103/8 112/6 119/9 137/11 137/12 144/3 144/4 147/1
talking [25] 8/18 26/11 30/17 36/9 36/19 37/3 37/4 38/5 42/25 50/23 54/15 74/12 96/3 114/17 116/3 132/1 136/12 136/20 136/20 137/20 138/9 140/23 150/6 160/6 165/7
team [5] 24/2 120/18 146/15 150/21 157/21
teams [1] 24/4
technical [3] 51/6 63/4 63/4
tecum [1] 14/19
telephone [1] 39/19
tell [21] 29/9 29/15 36/7 44/21 57/4 58/15 59/18 61/1 62/17 64/4 64/25 86/11 92/17 92/18 97/11 103/8 123/9 128/18 136/6 138/25 139/3
telling [6] 74/2 87/14 95/8 103/15 104/18 144/18
temporal [1] 80/18
ten [1] 166/2
Tennessee [2] 151/4 151/11
term [5] 32/24 33/5 67/16 67/17 69/18
terms [2] 121/19 134/16
test [1] 132/7
testified [1] 6/7
testify [1] 167/8
testifying [1] 146/20
testimony [10] 6/17 10/19 11/17 11/25 12/10 12/16 74/6 74/7 160/10 160/11
Testing [1] 52/21
Texas [3] 22/14 150/8 150/16
text [6] 17/21 18/3 20/2 20/22 21/3 25/24
than [15] 11/22 11/24

| T | 65/11 68/3 68/19 69/9 69/23 70/10 70/15 73/4 73/5 73/15 76/11 78/20 83/5 84/7 86/17 87/14 88/16 90/7 90/10 90/12 91/25 92/7 93/3 93/8 96/2 99/1 99/6 103/16 105/19 106/4 106/14 106/14 106/23 106/23 106/25 107/3 107/3 107/5 110/6 123/3 128/1 129/18 130/15 130/24 133/13 133/15 135/20 136/2 136/3 139/24 139/24 139/25 142/10 142/14 142/14 142/19 142/21 143/3 143/5 143/10 145/2 145/4 145/5 145/7 145/8 145/10 148/7 150/7 150/10 154/3 155/15 158/10 158/22 159/6 164/18 there's [20]  9/7 40/14 61/22 66/22 67/15 68/20 76/21 78/19 82/5 94/4 98/1 116/24 118/19 122/8 129/15 133/11 133/12 133/25 135/14 143/5 thereafter [5]  15/9 73/5 104/3 130/21 167/11 these [30]  26/12 49/20 56/4 77/1 84/24 87/15 88/15 88/25 100/22 109/20 123/17 124/14 124/20 130/13 132/2 133/4 138/23 139/2 139/3 140/10 140/13 143/20 145/24 147/10 147/22 148/1 149/19 154/5 162/1 162/3 they [56]  5/15 16/13 24/2 36/7 47/7 52/5 59/10 66/13 66/14 67/10 67/24 69/6 69/11 80/23 80/24 81/3 81/5 85/18 86/5 86/10 86/10 87/18 87/19 92/16 96/2 98/14 104/8 104/13 105/20 105/24 105/25 106/3 106/4 106/22 107/3 108/6 109/17 115/10 116/5 124/1 126/5 128/2 128/6 129/13 131/15 131/16 132/23 132/24 133/21 133/22 139/1 140/11 145/24 146/6 146/18 160/22 they're [4]  58/17 69/10 92/15 165/11 they've [1]  134/25 | thing [6]  36/18 48/20 82/16 82/17 82/17 142/10 things [10]  34/5 36/2 38/10 68/18 78/20 82/18 95/14 140/3 143/20 144/11 think [33]  6/14 34/17 34/25 38/16 41/5 41/6 49/16 52/15 56/6 64/23 64/24 67/4 67/8 69/2 78/22 78/23 87/12 92/23 94/1 95/22 107/14 112/21 113/7 113/23 124/14 130/18 133/12 140/21 141/10 141/21 159/7 164/13 165/5 think that [1]  69/2 thinking [6]  42/13 44/20 76/6 79/6 85/11 137/1 third [5]  2/17 26/24 120/5 120/10 120/16 this [230] those [35]  24/3 24/8 26/6 26/25 32/4 32/15 67/23 69/5 70/16 71/24 72/12 76/12 81/3 82/18 89/10 92/10 92/16 97/21 98/7 101/12 102/8 109/10 110/1 118/2 120/3 120/5 121/22 124/2 128/5 129/23 131/9 132/9 153/7 159/17 163/9 though [3]  10/7 36/24 65/23 thought [4]  31/7 118/9 130/7 143/10 threatened [2]  146/2 146/18 threatening [1]  146/8 threats [3]  27/23 28/5 28/9 three [6]  6/14 42/13 92/24 92/25 93/3 166/2 through [15]  11/8 21/3 38/23 54/16 58/17 61/21 129/2 130/14 132/4 134/20 135/19 142/6 152/17 155/4 155/10 throw [1]  52/9 thumb [2]  49/17 49/22 Thursday [4]  6/24 8/20 10/5 10/11 thus [1]  126/24 tie [2]  111/4 154/10 ties [1]  94/11 time [56]  6/15 6/23 9/23 10/12 10/12 10/19 11/8 12/4 12/10 12/20 | 19/14 20/3 24/15 28/23 29/15 37/19 37/20 37/23 38/6 41/10 49/13 49/14 50/3 50/7 51/15 58/8 61/9 71/14 74/18 80/18 80/22 83/20 93/13 97/12 99/5 100/15 114/3 114/6 119/11 120/15 128/18 130/25 133/4 142/5 147/21 149/6 151/9 151/10 154/4 154/24 156/14 156/17 165/21 166/2 166/3 167/10 timeline [3]  73/3 73/4 85/1 timelines [1]  119/9 times [4]  22/9 44/11 57/14 97/10 timing [4]  80/19 108/19 117/5 160/6 TINA [25]  1/4 1/17 4/2 5/4 6/5 6/13 8/2 40/16 40/21 51/13 102/17 102/21 102/23 103/3 103/3 103/6 103/8 103/8 103/10 103/13 137/15 144/7 150/2 157/20 166/1 tissue [2]  19/4 72/3 title [1]  93/22 tm.peters [2]  23/3 23/9 today [25]  5/3 8/8 10/19 11/16 11/25 14/20 15/23 16/16 17/15 18/8 20/18 26/12 28/25 35/11 36/12 52/12 91/6 95/15 118/25 119/12 135/14 136/19 160/15 164/22 165/2 told [8]  36/2 43/8 63/15 92/1 102/21 106/10 148/21 165/9 too [7]  7/8 8/23 47/19 53/13 54/2 141/18 154/20 took [9]  87/19 88/8 102/2 105/25 115/16 131/15 131/19 137/15 144/7 tools [1]  127/4 Toome [3]  40/15 40/19 41/1 top [5]  16/24 140/1 140/18 140/22 140/22 topic [2]  52/18 92/9 topics [1]  163/9 totals [3]  69/3 69/5 71/24 touch [1]  100/11 touched [4]  22/6 77/20 99/11 117/5 | tour [3]  161/14 161/15 161/22 tours [2]  162/3 162/4 towards [4]  27/23 28/5 38/22 81/23 town [2]  78/22 147/9 traffic [1]  134/17 traffickers [1]  140/13 trafficking [2]  140/6 141/3 trail [1]  70/10 trained [1]  35/14 training [6]  33/24 34/4 35/12 37/5 37/6 38/9 traitor [1]  45/3 transcript [1]  167/13 transportation [1] 138/15 treasonous [1]  45/4 trey [3]  2/10 2/12 6/1 trial [1]  146/21 triangulated [1]  134/25 trouble [1]  144/20 troubles [1]  149/13 troubleshooting [1] 129/25 true [35]  27/10 32/15 45/9 53/2 54/11 59/22 65/23 66/11 67/14 67/20 68/19 69/19 70/7 70/22 77/12 81/8 85/20 86/2 86/13 86/18 91/21 108/19 108/23 120/6 121/18 133/17 138/16 140/18 148/4 150/2 150/12 154/6 157/21 164/2 167/13 Trump [5]  51/22 53/7 72/7 72/11 72/12 Trump's [1]  95/1 truncated [1]  39/8 trusted [18]  73/6 73/10 73/16 82/25 83/10 83/17 83/21 84/7 84/19 85/3 85/4 86/1 86/12 88/9 113/14 131/11 142/22 143/8 truth [6]  6/7 77/11 104/6 112/18 141/6 167/8 truthful [1]  11/17 truthfulness [1]  20/15 try [2]  52/6 117/6 trying [4]  39/4 76/25 106/6 124/17 turn [4]  16/21 58/21 143/6 143/9 turnout [1]  70/1 turns [1]  145/25 TV [9]  15/9 50/13 55/3 55/8 56/4 61/14 82/16 97/18 97/21 Tweet [7]  41/21 42/3 |
| than... [13]  22/20 23/8 41/4 41/7 41/18 46/1 136/2 142/15 142/15 142/18 146/17 156/7 165/14 | | | | |
| Thank [13]  7/5 10/3 10/10 14/22 35/9 36/17 52/21 59/20 72/3 114/1 114/12 165/20 165/23 | | | | |
| Thanks [1]  103/5 | | | | |
| that [595] | | | | |
| that's [49]  6/16 8/3 8/22 9/24 11/9 11/12 16/12 20/14 35/9 35/9 36/1 36/16 36/18 39/8 40/17 41/4 44/17 45/1 48/21 51/8 51/17 51/23 51/25 55/1 55/15 58/25 66/24 80/18 83/15 85/7 95/19 95/20 100/9 104/8 105/23 128/21 129/7 134/18 135/8 143/1 143/6 143/13 143/21 144/20 144/21 151/22 153/2 154/16 165/21 | | | | |
| their [7]  52/11 98/13 98/14 114/14 124/16 127/21 132/19 | | | | |
| them [26]  9/19 10/9 14/14 26/10 36/3 58/15 62/18 76/14 81/4 86/11 87/10 87/19 88/22 92/17 101/13 102/9 107/3 110/6 131/15 131/19 132/10 134/10 139/6 142/20 156/21 156/23 | | | | |
| themselves [3]  5/14 66/14 109/7 | | | | |
| then [45]  7/24 9/7 24/3 36/6 36/8 37/2 37/6 40/16 40/25 41/23 49/10 49/23 51/5 51/7 58/18 58/21 73/5 74/17 76/18 78/17 81/4 85/3 85/4 93/8 94/16 97/18 103/5 103/7 105/25 106/1 108/3 122/23 137/5 137/8 137/13 137/15 143/9 143/22 143/25 144/5 144/7 147/7 150/19 158/7 158/16 | | | | |
| then-candidacy [1] 158/16 | | | | |
| theory [4]  133/13 133/25 135/7 135/10 | | | | |
| there [89]  8/15 14/3 21/8 29/21 31/3 41/25 47/6 49/23 52/14 52/18 59/14 60/17 62/10 65/6 | | | | |

**T**
Tweet... [5]  42/5 42/9 42/15 124/23 125/5
Tweeted [1]  40/1
Twitter [7]  4/16 40/4 40/14 40/17 41/13 42/21 43/23
two [13]  49/15 109/4 110/1 115/12 119/24 120/5 137/8 138/24 139/3 140/3 142/16 143/25 158/6
Ty [3]  101/6 101/6 112/11
type [1]  105/15
types [1]  32/4
typewritten [1]  167/12

**U**
U.S [2]  34/23 151/2
uh [5]  19/9 109/13 145/17 146/23 146/23
uh-huh [5]  19/9 109/13 145/17 146/23 146/23
ultimately [3]  70/15 91/22 92/15
under [5]  26/15 49/23 68/3 82/17 86/22
understand [13]  9/24 36/6 36/8 49/1 49/6 60/23 67/4 84/25 98/6 106/7 106/11 123/6 123/13
understanding [3] 32/11 69/17 89/20
understood [4]  13/11 14/22 36/11 89/16
undervotes [1]  122/8
underwriting [1]  88/14
Unfortunately [1] 14/13
Unintelligible [1] 106/18
UNITED [4]  1/1 5/6 135/22 152/7
units [1]  32/5
unless [6]  36/11 44/21 49/5 49/16 106/19 106/21
unquote [1]  153/1
until [4]  59/15 69/18 78/24 101/14
up [34]  16/24 20/6 22/18 48/21 49/12 51/8 52/7 60/10 60/17 62/14 70/9 82/6 87/17 90/16 90/21 91/7 91/12 92/10 92/10 104/2 107/19 110/24 118/14 122/6 122/7 137/1 142/23 144/15 144/19 146/20 152/14 154/10 160/3 160/18

upload [4]  14/14 49/18 49/19 112/15
us [15]  16/15 17/4 21/9 49/3 56/8 58/20 92/11 92/18 95/14 95/15 106/10 107/6 141/2 143/8 143/8
USB [1]  4/17
use [5]  35/15 59/24 95/3 142/25 155/11
used [2]  58/4 113/6
USEIP [1]  151/5
using [1]  132/7

**V**
validity [1]  135/14
vehicle [1]  89/17
venture [1]  155/5
verb [1]  155/11
verifiability [1]  20/14
verified [2]  130/13 132/3
versus [1]  5/8
very [5]  11/14 114/15 135/25 140/4 140/4
via [6]  2/12 2/19 3/11 17/25 20/22 50/12
vice [3]  93/19 93/22 150/10
video [46]  4/17 37/19 49/20 50/11 51/7 51/12 52/16 55/1 58/24 59/17 63/14 78/14 78/25 79/22 80/12 87/8 87/21 87/24 88/3 88/5 88/9 90/9 93/14 95/24 101/4 103/20 105/12 107/18 110/18 112/10 112/22 117/8 119/18 130/14 130/16 130/17 132/1 132/4 137/4 137/17 139/23 140/15 142/8 146/24 148/3 165/25
videoconference [3] 2/12 2/19 3/11
videographer [2]  3/15 5/13
videos [1]  87/19
videotaped [3]  1/4 1/16 5/4
view [4]  9/16 14/12 96/25 104/17
viewpoint [1]  47/17
Village [1]  3/6
virtually [1]  144/13
visits [1]  28/18
volume [1]  78/13
vote [8]  68/21 69/3 69/5 70/8 70/9 71/24 72/8 75/14
voters [1]  69/23
votes [6]  65/24 71/9 72/10 72/13 75/9 134/4

voting [27]  17/13 19/23 26/2 41/8 41/23 43/4 51/19 66/7 66/12 67/4 67/22 76/19 86/1 93/25 106/17 124/7 125/1 125/18 127/11 127/19 128/4 128/10 134/19 143/3 161/10 162/14 163/8
vouch [1]  26/25
vs [1]  1/9
vulnerabilities [2] 128/1 128/5

**W**
wait [3]  37/2 59/15 118/13
Waldron [12]  24/4 24/20 94/22 114/19 114/20 114/23 114/25 115/4 115/17 115/21 116/23 116/25
Walter [1]  109/16
want [28]  14/4 22/7 49/1 57/25 58/15 60/11 60/23 69/1 74/1 77/20 78/9 87/4 92/15 93/7 107/6 107/12 112/25 114/18 117/6 122/11 126/6 128/2 128/2 136/4 148/9 154/12 156/10 160/8
wanted [1]  131/20
was [247]
wasn't [11]  14/14 53/13 53/16 53/19 63/14 86/17 89/11 96/19 133/14 133/15 141/7
Watkins [10]  24/5 24/23 25/2 25/5 99/10 99/13 100/11 105/1 109/22 113/5
Watkins' [1]  99/22
way [17]  14/16 29/17 31/14 31/18 48/10 65/17 71/7 83/9 84/5 105/17 112/1 143/11 144/18 145/2 147/8 152/2 164/25
we [92]  5/2 5/10 7/8 8/4 8/18 8/23 8/24 8/24 9/13 9/14 9/20 11/7 11/23 14/12 14/13 14/16 15/22 17/4 17/8 21/12 21/22 21/23 22/24 24/3 27/7 29/8 35/10 36/8 37/3 37/4 38/8 42/4 44/18 49/16 51/11 52/14 58/14 58/16 62/25 69/9 77/20 78/9 78/12 80/19 81/21 82/24 90/9 95/8 97/17

99/11 101/13 102/12 103/10 103/18 106/1 106/2 106/3 107/6 108/4 109/22 110/18 112/6 114/17 115/12 116/2 117/5 117/8 119/9 119/18 120/9 128/24 131/25 137/3 139/11 140/17 142/5 142/14 142/20 143/3 143/6 143/7 143/15 144/24 144/24 145/2 145/4 145/5 154/10 156/8 156/20 156/25 159/15
we'll [8]  14/15 31/8 35/10 49/18 90/10 111/11 132/10 163/4
we're [28]  24/7 34/25 35/4 35/18 37/21 37/24 38/5 40/12 49/11 50/4 50/8 51/8 57/17 58/23 59/13 59/13 60/20 91/6 114/4 114/7 118/3 125/5 129/2 143/9 150/6 156/15 156/18 166/3
we've [16]  10/2 44/10 49/12 49/15 54/16 67/11 90/8 95/18 122/21 122/21 123/17 123/18 136/10 140/23 154/9 164/13
wealth [1]  146/7
website [3]  69/6 69/15 69/23
week [1]  48/18
well [54]  5/24 7/20 8/8 10/23 14/12 26/10 31/9 34/25 37/3 40/20 42/13 42/25 49/11 52/2 57/8 57/25 58/12 60/17 60/20 64/18 65/15 67/15 71/6 71/20 71/21 72/23 80/11 81/21 81/21 82/24 89/8 90/8 93/7 94/3 95/22 100/10 105/20 106/1 114/16 117/24 118/19 120/24 129/7 137/14 144/6 145/7 147/14 148/10 151/8 152/16 153/12 158/14 164/15 165/14
went [6]  62/10 73/10 96/1 105/24 143/1 143/13
were [118]  10/5 10/13 12/15 13/20 15/15 15/16 19/2 21/8 21/9 23/14 25/24 25/24 29/23 33/25 35/14 37/3 37/4 37/9 41/16 50/9 50/19 50/23 51/13

51/14 53/17 54/15 58/9 59/11 60/6 62/2 62/9 64/18 65/4 65/4 65/10 65/24 66/8 67/23 67/24 69/23 70/11 71/9 72/10 74/12 75/10 75/21 76/12 78/20 80/6 80/12 80/20 80/23 80/24 84/6 84/8 84/13 87/18 87/20 90/1 90/7 90/11 90/11 90/12 91/25 92/7 92/7 93/3 93/8 94/8 94/13 96/2 96/2 96/16 99/1 99/5 99/6 103/21 104/8 105/6 106/4 106/16 106/23 106/24 107/3 114/17 115/12 117/18 119/11 119/19 129/5 129/13 130/13 130/19 132/1 132/2 133/22 135/20 136/20 138/9 138/14 140/3 142/21 145/7 145/10 145/11 147/8 147/9 147/10 147/17 147/21 148/8 148/10 152/6 154/6 156/2 158/10 159/6 164/22
weren't [8]  13/21 64/20 65/6 90/15 104/7 105/5 122/17 133/21
what [108]  6/25 10/11 15/16 16/7 18/11 18/11 24/2 29/8 29/18 36/19 37/3 40/12 41/16 41/25 46/10 47/1 48/21 49/1 49/16 50/23 51/24 51/25 52/12 64/4 65/19 67/4 67/9 67/16 72/5 73/7 76/7 76/21 78/2 78/10 80/7 82/10 82/18 82/19 83/25 85/7 86/5 86/22 86/22 87/14 87/18 87/19 92/5 92/6 92/17 93/9 93/21 94/19 95/13 96/19 97/5 97/5 98/25 99/21 101/1 102/4 104/18 104/25 105/23 106/1 106/3 106/10 106/10 109/2 110/23 111/17 112/24 113/1 114/9 116/17 117/1 118/19 119/23 123/13 124/21 128/11 128/20 129/5 132/11 133/6 134/15 134/20 135/6 136/5 136/5 136/10 141/21 142/13 142/21 143/21 145/3 146/1 146/2 146/5 146/8 147/9 153/2 153/11 153/23 154/13 154/13 154/14 154/23

# W

**what...** [1]  160/8
**what's** [3]  94/21 125/13 128/20
**whatever** [2]  80/21 161/19
**whatnot** [1]  58/15
**when** [66]  6/23 8/24 10/12 11/5 12/4 15/13 16/19 17/2 33/10 35/1 36/20 38/8 43/4 44/13 44/23 48/8 55/19 58/8 59/6 59/18 61/1 63/25 74/13 76/11 76/21 79/8 79/16 80/24 82/19 83/15 86/6 91/25 95/13 96/2 99/13 100/14 103/22 103/22 105/24 106/3 106/19 107/3 115/16 116/23 117/7 119/10 120/15 122/4 122/8 123/19 137/7 142/14 143/3 143/3 143/9 143/23 147/10 147/16 148/7 156/2 158/8 159/1 159/6 160/7 160/7 165/6
**When's** [2]  12/20 24/15
**where** [27]  16/23 25/22 29/9 29/23 31/24 31/25 32/4 43/3 51/8 52/5 54/17 62/19 63/14 63/14 91/6 92/8 92/9 94/15 97/17 116/2 121/6 128/5 134/19 149/11 150/21 154/5 160/16
**Where's** [1]  124/23
**Whereas** [1]  131/14
**whereof** [1]  167/18
**whether** [22]  31/10 32/2 37/4 37/5 37/8 63/21 70/8 75/21 84/13 88/20 89/7 89/18 109/3 112/18 116/24 117/12 129/15 135/18 147/16 148/9 160/17 162/3
**which** [13]  15/14 25/25 34/23 37/7 69/24 87/20 108/10 120/16 128/11 138/24 138/25 158/6 165/15
**while** [10]  23/14 37/9 40/9 63/13 76/6 79/6 85/10 96/1 97/25 97/25
**who** [53]  7/9 9/1 9/18 9/18 18/19 20/21 26/24 27/13 27/16 28/22 29/3 43/8 45/14 46/5 47/17 48/14 54/17 56/13 57/4 61/5 69/23 76/20 79/22 79/22 86/11 94/9 96/7 96/8 99/17 107/1
108/10 108/14 108/14 108/18 109/17 110/18 111/3 113/1 115/18 120/10 137/19 139/1 139/3 144/22 146/1 146/2 146/8 146/16 148/9 149/5 157/5 157/9 163/12
**who's** [9]  7/20 8/10 8/18 12/25 18/19 48/7 110/1 112/20 137/19
**whole** [5]  6/6 48/20 61/21 96/24 143/14
**whose** [1]  153/18
**why** [27]  7/24 21/22 26/11 42/8 42/18 79/11 80/12 81/17 85/10 85/13 90/12 104/16 104/19 104/24 119/22 125/16 125/18 125/21 125/23 136/9 136/11 136/14 137/24 138/19 138/24 139/10 150/15
**will** [18]  5/14 6/3 9/14 14/7 25/11 34/22 36/6 36/7 49/19 117/25 129/6 140/8 142/23 142/24 142/25 143/6 143/7 143/7
**win** [2]  53/8 95/1
**within** [7]  1/22 63/2 72/12 123/4 127/4 167/6 167/17
**without** [2]  101/9 102/6
**witness** [9]  5/22 6/4 7/22 87/22 113/23 118/11 130/6 160/3 167/18
**witnesses** [6]  132/6 145/8 145/11 148/8 156/22 161/2
**WJM** [2]  1/3 5/5
**won** [1]  72/7
**won't** [2]  79/8 129/8
**Wood** [8]  86/17 137/6 138/5 138/10 139/12 139/17 142/23 143/23
**Wood's** [4]  59/1 59/3 86/18 148/17
**Woods** [7]  58/3 59/23 60/5 60/10 60/12 137/25 138/4
**word** [8]  39/9 95/3 113/6 130/17 130/18 139/11 140/17 155/11
**words** [21]  23/18 31/13 31/25 53/16 56/3 68/2 68/4 68/25 76/14 78/4 82/6 117/18 123/3 124/13 127/24 134/17 147/20 150/9 155/14 160/22 165/8
**work** [10]  26/22 27/1 27/16 29/4 47/18 108/20 120/12 132/19 137/15 144/7
**worked** [4]  34/17 51/15 122/4 134/9
**worker** [1]  45/25
**working** [2]  29/3 47/23
**works** [1]  83/9
**worry** [2]  94/20 94/25
**worth** [1]  154/12
**would** [26]  9/21 11/16 14/10 23/14 24/11 30/16 31/24 32/1 32/4 33/24 44/5 51/21 53/7 73/3 76/13 84/8 97/1 99/17 118/20 119/16 124/14 126/5 129/22 138/20 148/21 160/17
**wouldn't** [5]  51/22 126/7 127/25 128/1 128/2
**wrap** [1]  152/14
**write** [2]  73/23 74/5
**written** [7]  17/8 17/12 19/19 19/21 41/5 80/10 157/2
**wrong** [5]  85/1 92/24 122/6 149/25 155/11
**wrote** [1]  48/19
**wry** [1]  71/13

# Y

**Yeah** [12]  35/24 39/2 94/18 94/24 95/6 95/11 95/16 101/22 106/8 113/25 114/14 148/12
**year** [4]  14/25 87/12 125/11 156/24
**years** [1]  103/15
**yes** [12]  8/9 9/5 35/17 71/24 73/20 93/20 94/7 94/18 94/25 106/13 114/12 165/20
**yesterday** [3]  106/4 106/25 107/4
**yet** [1]  87/6
**you** [858]
**You'd** [3]  27/6 119/3 126/6
**you'll** [1]  95/15
**you're** [32]  7/22 7/23 8/7 9/23 11/6 11/13 14/2 19/15 26/15 31/10 32/14 39/5 40/9 42/25 44/12 44/22 56/3 57/8 74/5 78/2 81/13 103/15 105/18 107/17 110/5 110/11 136/18 136/19 137/20 144/21 160/23 161/20
**you've** [21]  8/20 10/5 10/18 28/4 36/11 43/21
45/20 46/10 46/16 57/12 57/13 57/20 57/24 58/2 59/22 59/22 71/13 77/1 86/21 128/16 162/1
**you-all** [3]  8/15 66/8 160/16
**your** [143]  6/12 8/17 9/9 9/15 10/24 11/7 11/11 11/16 11/22 11/25 11/25 12/9 12/25 13/6 13/7 14/5 15/16 16/2 16/7 16/14 18/11 18/19 20/6 21/19 22/20 23/4 23/19 27/3 27/25 29/22 30/2 30/16 31/18 32/13 32/24 33/5 33/10 37/1 42/21 43/3 43/12 44/12 44/14 44/22 44/23 46/5 47/22 51/6 53/17 54/18 57/18 58/19 59/11 60/23 62/17 64/24 65/3 65/5 65/25 66/2 66/6 66/19 69/18 70/3 71/14 71/23 72/9 72/10 74/6 74/6 76/8 77/19 77/22 80/3 80/20 81/25 82/11 82/20 83/11 83/25 88/10 89/1 89/20 90/2 90/21 90/22 92/17 93/9 94/5 96/25 100/21 103/16 103/18 105/9 107/23 108/21 109/3 113/8 114/8 117/7 117/20 120/18 121/21 122/9 124/6 124/7 126/6 127/11 127/20 128/18 128/20 129/3 129/4 131/10 131/21 132/9 132/17 134/17 134/24 136/1 136/11 136/13 139/11 140/17 143/7 143/9 145/2 148/2 149/12 149/17 150/21 152/17 152/21 153/24 154/15 155/21 156/1 156/23 158/6 158/16 160/10 164/19 165/21
**yourself** [9]  8/17 14/1 18/25 42/5 52/24 88/9 90/2 118/21 161/15

# Z

**Zoom** [5]  8/16 14/14 40/10 49/18 58/17