IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

**PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO DESIGNATE THIRD EXPERT WITNESS AND SECOND EXTENSION OF EXPERT DISCLOSURE AND OTHER SCHEDULING ORDER DEADLINES**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) and files this Unopposed Motion for Leave to Designate Third Expert Witness and Second Extension of Expert Disclosure and Other Scheduling Order Deadlines, and shows as follows:

**CERTIFICATE OF CONFERRAL**

Counsel for Plaintiff has conferred with counsel for Defendants relating the relief sought by this Motion. Defendants are unopposed to the relief requested.

**LEGAL STANDARD**

1. The standard for amending a Scheduling Order is provided by F.R.C.P. 16(b), which holds that "[a] schedule shall not be modified except upon a showing of good cause . . ." The decision to modify the Scheduling Order rests within the sound discretion of the trial court. *Sedillos v. Board of Educ. Of Sch. Dist. Order No. 1,*

1

No. 0301526, 2005 U.S. Dist. LEXIS 36816 (D. Colo. Aug. 29, 2005). The standard for "good cause" is the diligence demonstrated by the moving party in attempting to meet the Court's deadlines. *Colorado Visionary Academy v. Medtronic, Inc.*, 194 F.R.D. 684, 687 (D. Colo. 2000).

## MOTION

2. On July 7, 2022, the Court entered the parties' original Scheduling Order [Dkt. 32], which limited each party to designating two retained experts, and included deadlines for expert and rebuttal expert disclosure set on January 6, 2023 and February 6, 2023, respectively.

3. On January 3, 2023, Plaintiff filed Unopposed Motion for Extension of Expert Disclosure and Other Scheduling Order Deadlines [Dkt. 92], wherein he sought to extend all case deadlines by 60 days. The Court granted that Motion the following day [Dkt. 93].

4. Since that time, both Plaintiff and Defendants have been working diligently to proceed with discovery. Plaintiff has issued various additional third party subpoenas, and has at least four depositions scheduled in the next six weeks, including F.R.C.P. 30(b)(6) depositions of both Defendants MyPillow, Inc. and FrankSpeech LLC scheduled for March 8 and March 9, 2023, respectively. Plaintiff filed a Motion to Compel against third party Tina Peters on February 2, 2023, and also issued additional written discovery requests to Defendants on February 3, 2023.

5. Defendants too have been actively and diligently litigating this case. Defendants issued seven third party subpoenas on February 13, and took Plaintiff's deposition on February 15.

6. Defendants' discovery responses have highlighted for Plaintiff the need to exceed the current retained expert limit designation of two experts per party. Plaintiff seeks leave to designate a third expert, and to extend the case schedule to accommodate additional needs of the parties. In general terms, Plaintiff seeks to designate experts in the areas of liability, damages, and causation.

7. With respect to liability, Plaintiff intends to designate Dr. J. Alex Halderman. Dr. Halderman is a professor of computer science and engineering at the University of Michigan. Dr. Halderman is one of the nation's leading experts in election technology. His work focuses on software security, network security, election cybersecurity, computer forensics, and online crime. As noted in Plaintiff's Response in Opposition to Defendants' Motion to Dismiss [Dkt. 45], under the actual malice standard, there are various standards by which a defendant can be determined to have acted with reckless disregard for the truth. As relevant here, some of those considerations include when a story is inherently implausible, when a defendant disregards reliable sources, and when a Defendant willfully avoids the truth. Dr. Halderman's testimony will educate the jury on how election technology actually works, how allegations that Dr. Coomer could have single-handedly rigged the election are inherently implausible, and how numerous readily available sources served to disprove any theory put forward by Defendants at the time their false allegations against Plaintiff were published.

8. With respect to damages, Plaintiff intends to designate David N. Fuller, the founder and president of Value Incorporated. Mr. Fuller will offer testimony on Plaintiff's economic loss and damages, reasonable compensation, characterization and tracing, and other financial and economic analyses.

9. Plaintiff also proposes to designate an expert on causation. Specifically, Plaintiff seeks leave to designate Doug Bania of Nevium Intellectual Property Consultants. Mr. Bania is a Certified Licensing Professional (CLP) and intellectual property (IP) expert with more than 15 years of experience in IP valuation, IP management, brand strategy, and internet and social media valuation. As a founding principal of Nevium Intellectual Property Consultants, Mr. Bania has extensive experience analyzing the reach of website content and social media posts and providing valuation and damages calculations for intellectual property and defamation cases related to celebrities and other public figures. He has been named an expert in over 96 cases and has provided expert analysis, consulting, and testimony concerning social media analysis, defamation damages, internet impressions and visits, Google search results analysis, website traffic, and social media damages. Mr. Bania will assist the jury in understanding the reach of Defendants' publications, the threats and other harm sustained by Plaintiff as a direct result of those publications, and the manner and extent to which Defendants have profited from their defamatory publications.

10. Given the foregoing, in addition to leave to designate a third expert, Dr. Coomer seeks a 60-day extension of time for his deadline to designate expert

witnesses, up to and including May 5, 2023. The following extensions would similarly follow the extension requested herein:

    a.    Defendants' Rebuttal Designation deadline    June 5, 2023

    b.    Discovery Cut-Off    July 7, 2023

    c.    Dispositive Motion Deadline    August 4, 2023

11. The Court's August 8, 2022 Minute Order following the reassignment of this case to Judge Wang [Dkt. 48] set a proposed Final Pretrial Order for July 27, 2023, and the Final Pretrial Conference for August 3, 2023. Given that the extensions requested herein will exceed these deadlines, Plaintiff further requests leave from the Court to seek alternative dates for the submission of a Final Pretrial Order and Final Pretrial Conference, but tentatively proposes a similar 60-day extension for each.

12. No party will be prejudiced by the relief requested herein, and as noted, the relief requested in this Motion is unopposed.

WHEREFORE, based on the foregoing, Plaintiff Eric Coomer, Ph.D. respectfully requests leave to designate a third retained expert witness, and that the current expert disclosure deadlines be extended from March 7, 2023 and April 6, 2023 to May 5, 2023 and June 5, 2023, respectively, pursuant to Federal Rule of Civil Procedure 26(a)(2). Plaintiff Eric Coomer, Ph.D. additionally requests extensions of both the Discovery Cut-Off to July 7, 2023, and the Dispositive Motion Deadline to August 4, 2023. Plaintiff Eric Coomer, Ph.D. also requests the Court set alternative dates for submission of the Final Pretrial Order and final Pretrial Conference that align with the 60-day extension of

the other deadline requests in this Motion. Finally, Plaintiff Eric Coomer, Ph.D. further requests such other and further relief to which he may be entitled.

>Respectfully submitted,
>
>_____/s/ Charles J. Cain_____
>Charles J. Cain, No. 51020
>ccain@cstrial.com
>Bradley A. Kloewer, No. 50565
>bkloewer@cstrial.com
>Steve Skarnulis
>skarnulis@cstrial.com
>Zachary H. Bowman
>zbowman@cstrial.com
>David E. Jennings, No. 54643
>djennings@cstrial.com
>**Cain & Skarnulis PLLC**
>P. O. Box 1064/101 N. F Street, Suite 207
>Salida, Colorado 81201
>303 Colorado Street, Suite 2850
>Austin, Texas 78701
>719-530-3011/512-477-5011 (Fax)
>
>Thomas J. Rogers III, No. 28809
>trey@rklawpc.com
>Mark Grueskin, No. 14621
>mark@rklawpc.com
>**RechtKornfeld PC**
>1600 Stout Street, Suite 1400
>Denver, Colorado 80202
>303-573-1900
>**ATTORNEYS FOR PLAINTIFF**