## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

**ERIC COOMER, Ph.D.**

      Plaintiff,

  v.

**MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,**

      Defendants.

---

## TINA PETERS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL [ECF NO. 97]

---

> **D.C.Colo.LCivR 7.1 Conferral :**   The undersigned counsel has conferred with Plaintiff's counsel regarding this motion, and Plaintiff opposes the relief sought.

    1.    The Court held its Telephonic Discovery Hearing on January 27, 2023, and issued its *Courtroom Minutes/Minute Order* [ECF No. 95] ("*Minute Order*") the same day directing the Plaintiff to file his Motion to Compel with respect to the deposition of Third-Party Tina Peters on or before February 3, 2022.

    2.    The *Minute Order* also included an expedited briefing schedule directing the Plaintiff to file his Motion to Compel on or before February 3, 2023, and for Tina Peters to file her response on or before February 17, 2023.

3. Plaintiff filed his *Motion to Compel Document Production and Deposition Testimony from Third-Party Tina Peters Pursuant to F.R.C.P. 45 and Motion for Sanctions Pursuant to F.R.C.P. 37* [ECF No. 97] ("*Motion to Compel*") on February 2, 2023.

4. Tina Peters requires a 6-day extension up to and including February 23, 2023, to file her response to the *Motion to Compel*. Ms. Peters' counsel's calendar and workload over the past two weeks has been overloaded with other active cases and deadlines that could not be pushed including:

- Preparation for and attendance at depositions on February 8 & 9 in *Public Interest Legal Foundation v. Jocelyn Benson*, Case No. 1:21-cv-00929, United States District Court for Western District of Michigan Southern District. The undersigned is retained as an expert in this matter. The depositions were held in Grand Rapids, Michigan which required an additional two full days of travel on either end of the depositions;

- Preparation for and attendance at Oral Argument before the Colorado Court of Appeals in *Big Sky Metropolitan District No. 1, et al. v. Green Mountain Water and Sanitation District*, Case No. 2021CA1507 on February 15, 2023.

5. On January 27, 2023, when the undersigned informed this court of his availability, counsel was overly optimistic in thinking that he could adequately prepare a Response to Plaintiff's *Motion to Compel* when offering a deadline of February 17th.

6. In addition, Plaintiff's Motion demands that Peters produce argument and justification regarding fifty-five categories of questions. Plaintiff included these fifty-five categories in a four-page document appended to his Motion as an exhibit. By taking this

2

approach, Plaintiff not only exceeds the page limits for his Motion but also effectively demands a massive respond by Tina Peters. Grappling with this unorthodox approach requires substantial time.

7.  This is a weighty civil rights matter that will determine the scope of Ms. Peters ability to invoke her right against self-incrimination. Not only does the requested additional time allow Peters to fully defend her civil liberties, it also allows this Court to receive full and thorough argument to assist it in rendering a decision.

8.  In asking for 6 additional days, Ms. Peters only seeks the presumptive 21 days under D.C.Colo.LCivR 7.1(d) to respond to Plaintiff's Motion, rather than the Court's expedited timeline of 14 days. This is a reasonable request in light of the circumstances.

9.  This is Ms. Peters' first request for an extension of time.

10. No party will be prejudiced by this extension, and this extension is not being sought for any improper purpose. Indeed, in response to the undersigned's conferral about this Motion, Coomer's Counsel stated that he would not agree to Ms. Peters request for more time not because of any concerns about prejudice, but because her behavior "has been abhorrent." This moralistic objection does not provide persuasive grounds to oppose Peters' request. At all times, Peters has complied with this Court's orders and has never acted in an obfuscatory manner:

   1) Peters appeared at the deposition;
   2) Peters searched for documents responsive to Plaintiff's requests;
   3) Peters' counsel specifically informed Coomer's counsel of Peters' likely scope of invocation of her Fifth Amendment rights in order to avoid wasting time and in an effort to narrow the scope of questions;
   4) Ms. Peters' current stance stems from the serious liability that she faces – there is the possibility that she could go to prison for the rest of her natural life, which is why she invoked her Fifth Amendment rights.

3

Plaintiff's Counsel's moralistic judgment is without merit.

11. As required by D.C.COLO.LCivR 6.1(c), a copy of this extension request has been contemporaneously served upon the undersigned's client, Tina Peters.

FOR THESE REASONS, the court should grant Tina Peters the presumptive time to respond to Plaintiff's *Motion to Compel*, allowing her until February 23, 2023, in which to file her response and also grant Tina Peters all such further relief as is just, proper or appropriate.

Dated: February 17, 2023.

**GESSLER BLUE LLC**

By: *s/ Scott E. Gessler*
Scott E. Gessler
sgessler@gesslerblue.com
7350 E. Progress Place., Suite 100
Greenwood Village, CO  80111
Phone:  (720) 839-6637

### Certificate of Service

I certify that on this 17th day of February 2023, the foregoing was electronically served via e-mail or CM/ECF on all counsel and parties of record and as required by D.C.COLO.LCivR 6.1(c), a copy of this extension request has been contemporaneously served upon the undersigned's client, Tina Peters.

By: *s/ Joanna Bila*
Joanna Bila, Paralegal

4