**UNITED STATES DISTRICT COURT**
For the District of Colorado



**AFFIDAVIT OF SERVICE**

Index no : **1:22-CV-01129-WJM**

**Eric Coomer, Ph.D.**

        Plaintiff(s),

vs.

**Michael J. Lindell, et al**

        Defendant(s).

**STATE OF CONNECTICUT**
                      ss: East Hartford
**HARTFORD COUNTY**

**Eric Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **02/20/2023** at **4:10 PM**, I served the within **Subpoena to Testify at a Deposition in a Civil Action with Exhibit A** on **Harri Hursti** at **274 Valley Road, Apt 2,Cos Cob, CT 06807** in the manner indicated below:

INDIVIDUAL: By delivering a true copy of each to said recipient personally; deponent knew the person to be the person described as said person therein.

Comments: **2/18/23 @ 7:50AM - Yellow apartment house. 3 units. Jaguar with CT plate # B          1 in drive. 2nd floor unit. No answer. No answer from 3rd floor unit to confirm. 1st floor is vacant.**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Brown | 43 | 5'9" | 190 |
| Other Features: **Mustache/Beard/Glasses** | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
February 21, 2023
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: _____

X _____
Eric Rubin
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#:

**AMY J. CHANTRY**
*NOTARY PUBLIC*
**MY COMMISSION EXPIRES 3/31/23**