**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

---

**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION TO
COMPEL DOCUMENT PRODUCTION AND DEPOSITION TESTIMONY
FROM THIRD-PARTY TINA PETERS**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D., through counsel, files this Reply to Defendants' Response[1] to Motion to Compel Document Production and Deposition Testimony from Third-Party Tina Peters [Dkt. 102], and states as follows:

1.      Defendants take no position on the relief requested with respect to third-party Tina Peters, but they have filed a brief response in this matter objecting to certain characterizations in Plaintiff's Motion to Compel [Dkt. 97]. Specifically, Defendants take issue with Plaintiff's statement that "the likelihood that Defendants are actively engaged in potential witness tampering, obstruction, intentional delay, and destruction of evidence are all probabilities that Plaintiff and the Court must address."

---

[1] Defendants' Response was filed timely and, thus, this Reply is being filed solely to respond to Defendants' contentions. Pursuant to the Court's Minute Order, Dkt. 109, Plaintiff will file his reply to Tina Peters' response, if any, on or before Monday, February 27, 2023.

2.      To be clear, Plaintiff does not make this assertion with respect to the conduct of Defendants' counsel in this litigation.  On the contrary, counsel for Defendants has been generally responsive, forthcoming, and cooperative throughout the discovery process.  This does not negate Plaintiff's concerns, however, which arise instead from public statements made by Defendant Michael J. Lindell (Lindell) and from other relevant developments that have come to light through discovery.

3.      Lindell himself stated in a televised interview that he had provided $800,000 to Tina Peters' legal defense fund.[2]  Public reporting indicates that Lindell may have even paid Mr. Gessler to defend Peters in an unrelated civil matter,[3] and the sworn testimony referenced in Plaintiff's Motion indicates that Lindell may have offered to pay off Peters' mortgage.[4]  Upon receipt of the subpoena, Peters stated that she would not provide information on "our patriot Mike Lindell."[5]

4.      While Joe Oltmann (Oltmann) did testify that he had not discussed his testimony with Lindell, he did text Lindell that he had received the subpoena just two days after Plaintiff provided it to his counsel on August 31, 2022.  **Exhibit 1**.  More significantly, Oltmann's company is now on Defendant FrankSpeech's payroll to the tune

---

[2] Jesse Paul et. al., *MyPillow CEO says he gave as much as $800,000 to Mesa County Clerk Tina Peters' legal defense fund*, COLORADO SUN, Apr. 5, 2022, https://coloradosun.com/2022/04/05/mike-lindell-tina-peters-ethics-complaints/

[3] Charles Ashby, *Judge sets trial in Peters v. Peters lawsuit*, THE DAILY SENTINEL, May 18, 2022, https://www.gjsentinel.com/news/western_colorado/judge-sets-trial-in-peters-v-peters-lawsuit/article_8952e7de-d5fd-11ec-b5f0-475a6ffc2a89.html ("It is unknown if Peters' lawyers are being paid to represent her in that case from her legal defense fund, when she was soliciting donations to help defend her actions as clerk.  That's because Peters never revealed how much money it had raised and on what it was used, as called for under a Colorado Ethics Commission opinion on the use of legal defense funds by elected officials.")

[4] *See* Plaintiff's Motion at ¶ 12.

[5] *Id*. at p. 2, FN 4.

of $1.9 million a year.  **Exhibit 2**.  This substantial contract was entered into just days after Oltmann texted Lindell about the subpoena issued in this case.

5.      As of this writing, another third-party that is also on Defendants' payroll, Brannon Howse (Howse), is similarly in default on his document production obligations pursuant to the subpoena that was issued in this case, despite Plaintiff having provided Howse's counsel with a link to upload documents.[6]

6.      In sum, every third-party that has a financial interest in protecting Defendants and that has so far been subpoenaed in this matter has not complied with the subpoenas that have been issued.  With respect to Oltmann and Peters, they have gone to extraordinary lengths to evade and delay as much as possible.

7.      By contrast, third-parties without a financial interest in protecting Defendants, such as Josh Merritt and Max McGuire, have timely complied, and in both instances produced a substantial amount of damning documents and testimony.

8.      As a result, Peters' invocation of the Fifth Amendment in response to questions about being on Lindell's payroll, discussing her testimony with Lindell, and discussing her communications with Oltmann all raise serious concerns for Plaintiff about Defendants' conduct.

---

[6] Plaintiff issued a subpoena to Howse on January 18, 2023.  On January 20, undersigned counsel provided a copy of the subpoena and a draft waiver of service to Howse's counsel.  On January 27, counsel for Howse signed a waiver of service [Dkt. 96].  The subpoena allowed 21 days for Howse to produce documents.  That deadline was February 17.  Plaintiff's counsel emailed a link to Howse's counsel on February 20 to upload documents.  At no point has Howse moved to modify or quash the subpoena, nor has his counsel raised any concerns or objections with Plaintiff.

Respectfully submitted this 22nd day of February 2023.

*/s/ Bradley A. Kloewer*

Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
David E. Jennings, No. 54643
djennings@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**
