**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 1**

---

2:05

275    Joe

**Wed, Aug 31, 1:05 PM**

Hey got a request to subpoena me by Coomer's lawyer in the Coomer v Lindell lawsuit. Should I reach out to Scott and ask him about what he wants me to do?

**Thu, Sep 8, 7:57 PM**

Hey brother. Let's connect when convenient for you

**Thu, Sep 15, 1:50 PM**



This programming is brought to you by F.B.I. Cellular    #OANN

CONFIDENTIAL                                                              DEFS-000255