**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 13**

---

Text with Jimmy Sengenberger re: Joe on Antifa Call

Nov 9, 2020, 8:10:08 PM Central Time: Jimmy Sengenberger: Hey Max, I watched your show live today. Between us, I don't think Coomer's leftism is nearly sufficient evidence. In fact, it's known in the election community.

I asked a former, longtime, Republican, elected, CO elections official about Coomer. Not only does this person know him and of his lefty politics, but even says:

"Yup...he is out there politically. But I would trust him to run an election where I'm on the ballot anytime."

This is an individual whose judgment I trust on election issues.

IMO, your contributions as devil's advocate and about the news stories of chain of custody issues, etc. was well done and salient, best part of the case.
Nov 9, 2020, 8:29:47 PM Central Time: Me: Difference is that Joe heard him on a call brag about making it impossible for Trump to win
Nov 9, 2020, 8:30:30 PM Central Time: Me: I'd also say that a Colorado Republican saying they trust Cooker and Dominion doesn't say much, given how the GOP has fared...
Nov 9, 2020, 8:30:43 PM Central Time: Me: *Coomer
Nov 9, 2020, 8:31:17 PM Central Time: Jimmy Sengenberger: Has he heard his voice elsewhere to be certain that's the same Eric?

And this particular GOP elections official is one I trust explicitly who does not fall into that otherwise accurate category.
Nov 9, 2020, 8:32:07 PM Central Time: Me: It's not an issue of trust. They can genuinely say that they trust someone. It doesn't make them a liar to be wrong. They can be both honest and wrong
Nov 9, 2020, 8:32:37 PM Central Time: Me: Yes
Nov 9, 2020, 8:32:38 PM Central Time: Jimmy Sengenberger: That's certainly true
Nov 9, 2020, 8:35:19 PM Central Time: Jimmy Sengenberger: Ok, thanks. Wish he had a recording for verification purposes. I won't run with it yet.
Nov 9, 2020, 8:37:09 PM Central Time: Jimmy Sengenberger: But I will be keeping an eye on what you guys put out moving forward as far as supporting evidence, etc. It was an interesting show!
Nov 9, 2020, 8:37:41 PM Central Time: Me: We're talking with Bannon to come on his podcast to discuss it.
Nov 9, 2020, 8:39:19 PM Central Time: Jimmy Sengenberger: Very cool. It was hard to follow today with all the info and producer limitations haha, but I'm sure it'll be more organized by then. Send me the link if that comes to fruition!
Nov 9, 2020, 8:39:44 PM Central Time: Me: Yea, Joe was in charge of organizing his thoughts and he just didn't do it
Nov 9, 2020, 8:40:50 PM Central Time: Jimmy Sengenberger: I noticed lol. You tried to help with the logical flow but he was on his role 😃