# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

     Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

     Defendants

---

## EXHIBIT 19

---



**Max McGuire** 🇺🇸 channel

👁 11.2K 7:07 PM



I spent eight years of my life building Conservative Daily. I wrote every article, every faxblast, every social media post... I put my heart and soul into building an organization that I truly believed could accomplish great things. And it did. When Conservative Daily was focused, it was unstoppable. What I could not stand, however, was when Joe began redirecting Conservative Daily viewers to donate to his other unconnected projects: FEC United and his personal legal defense fund.

I had serious problems with his decision to do it, and if you roll the tape, you'll be able to find really tense moments on camera when my frustration boiled over. It would usually result in me reminding him that we don't do 'free ads.'

As a partner in the organization, I strongly objected to Joe's decision to funnel donors away from Conservative Daily – an organization with a real track record – into his other endeavors. For one, it made my job of driving revenue into CD very difficult. Joe would yell at me for not driving enough revenue into CD, while celebrating the tens of thousands of dollars he was raising privately. But I also had serious ethical concerns as well. Not everyone fully understood that FEC was never connected to CD. Many believed that a donation to one was the equivalent of donating to the other. What brought me to the brink, however, was Joe's promotion of his private legal defense fund on the CD Podcast.

Over the weekend, I commented on the hypocrisy of begging for donations and subsequently going on one of the most expensive kinds of hunting excursions in the United States because, well, it is extremely hypocritical. I tried to stay quiet about this, but I felt the need to respond when I saw donors saying they felt cheated. Can you blame them?

Money has always been an integral part of American politics, and as a fierce defender of Citizens United, you won't hear me speak out against political fundraising itself. But these donations were always funneled through candidates, PACs, or organizations. When someone donated to a political cause, there was accountability. If funds given to campaigns or PACs were mishandled, there would be retribution. Nowadays, however, there is a new form of political donations that funnel money directly into private bank accounts.

The conservative "influencers" that beg for money are not candidates for office. They do not wield powerful advocacy arms. They simply are trying to monetize political outrage. People are so pissed off about Biden and 2022 that they just want to throw money at the problem. And many of these influencers are more than happy to feed donors "hopium" to solicit a few more bucks.

One of the biggest threats facing conservatism is the emergence of the "Paytriot Movement." Look around: every single conservative "influencer" has his or her hand out, asking for donations. But notice that except for a few examples, those donations haven't changed anything. The GOP gathered millions to fight election fraud and didn't spend any of it...

Plenty of people have asked me since leaving CD where they can donate to help me. I almost set up a donation page, but ultimately decided against it because I didn't think it was right. I got a new job since

Plenty of people have asked me since leaving CD where they can donate to help me. I almost set up a donation page, but ultimately decided against it because I didn't think it was right. I got a new job since leaving CD. I am still working for conservative causes, just mostly behind the scenes. I continue to do my own podcast because I enjoy it and still believe it's necessary to call attention to important issues. It doesn't feel right to accept donations at this time. Instead, I wrote a book. If you want to buy it, I'll make a couple bucks on each sale. I think you can learn a lot from it, and do a lot of good defending the 2nd Amendment with the tools and tricks within. But if you send me money or buy something from me, I want to make sure you have something tangible to show for it.

I have a serious problem with anyone who asks people, many of whom are on a fixed income, to donate to them, while they continue to live extravagant lives.

24 May



**Max McGuire** 🇺🇸 channel                                    📌 👁 1.3K 12:37 PM

Sorry, Greg "Apollo" Papas is not a "savant." He is many things, but a savant is not one of them.

I stopped caring about anything Greg Papas said when he seriously pitched a CD video of him and Jake Freijo smacking each other with dildos. I threatened to walk right then and there if CD produced such a disgusting video. Joe scolded me for not encouraging their creativity.

The fact that he's being rebranded as a "savant" is actually hilarious.

24 May



**Max McGuire**  channel

📌 👁 1.2K 12:27 PM

If someone tells you for two years that they have the receipts, but never show you the receipts, then they do not have the receipts.





**Max McGuire** 📣 channel

📌 👁 1K 3:33 PM



When I was at Conservative Daily, I made sure to research every single guest that was coming on. I demanded to know ahead of time so I could spend the day getting to know everything about the guest to make sure that (1) we put on a good show, but also (2) to protect myself and make sure I wasn't going to be lending my legitimacy to someone who was disgusting or bogus. There were many times when someone on staff would book a guest last minute (an hour or so before the show) and I refused to go on because I had no idea who the person was, couldn't possibly prepare in time, and frankly didn't trust the booker's (Apollo's) judgement. Many of the times that I was inexplicably absent from the show, this was the reason why.

My point is that if I was still there, this trainwreck of an interview never would have happened. Someone would have told me that Joe was being booked on Not Even A Show's "Uncensored Radio" segment, I would have spent less than 60 seconds researching it, and I would have instantly recognized that it was a leftist show making fun of conservatives. It is so easy to see that this was a fake show, I cannot even fathom how anyone could seriously fall for it...

But suppose I was tricked into thinking that this was a real show. Do you know what I wouldn't do? I wouldn't respond by threatening to punch the hosts that had pranked me...

https://www.youtube.com/watch?v=F-kcYrcyXzE&t=435s

YouTube
**NEAS Weakly Precap Ep3: Stolen Valour Not a Joke.**
On this episode:
Patriot Pete confronts a so called patriot- 1:38
Sued Man is a guest on Uncensored Radio- 7:19
Officer Steve fights a pastor- 11:37
Butch finds another cryptid show- 15:38





**Max McGuire** 🇺🇸 channel                                    27 June

📌 👁 1K 11:14 PM

I've said for a long time that the biggest threats within the Conservative movement are the grifters, but as I peruse around different Telegram channels tonight, I feel the need to elaborate.

I worry most about the grifters who have all claimed to have "expertise" in combatting voter fraud and have staked their claim to the same niche of conservative viewers and donors.

Election fraud is real and 2020 was stolen. I entertain all theories, but the more I research, the more it seems like it was done the old fashioned way: with Democracy Docket (Perkins Coie) attorneys convincing Judges to change election laws and then ballot harvesters and mules taking advantage of those sudden changes. But the further we get from 2020, the smaller the election fraud niche in the conservative movement gets. That's not to say the issue gets less important, only that with everything else going on in the world, people quickly run out of bandwidth for claims that never ever seem to be proven... Friday is an excellent example. The Supreme Court overturned Roe v. Wade. I tuned into the Conservative Daily Podcast to see what my old colleagues were saying about it and saw that instead of covering this monumental ruling, they were livestreaming a local election fraud event in Mesa County, AZ presenting the same-old, same-old. They have their niches and they stick to them.

The problem is that as this niche audience - people who are only really interested in this topic - gets smaller and smaller, the grifts start to compete with one another. It's why you see Byrne fighting with Oltmann, who in turn fights with Jovan, who is fighting with Dr. Shiva, who is fighting with Clements.

As the potential audience gets smaller and smaller, it becomes harder for these people's competing theories to peacefully coexist. And when they've all staked their livelihoods on donations continuing to come through the door, you can understand why they go to war with one another. It's like the Harry Potter prophecy in the Department of Mysteries: "Neither can live while the other survives." It's all a zero sum game to them. In order for one theory to win, the others likely have to lose. It's why Joe Oltmann would get in screaming matches with me over old-fashioned ballot harvesting (He changed his tune a tiny bit after 2000 Mules was released). But the point is, if the election was stolen by mules, then the claims against Dominion would start to fall apart. If the election was remotely hacked, then the kinematic artifacts on the paper likely become irrelevant.

Of course there's room for competing theories to both be partially right, but only if you treat them as theories. These "experts" have instead presented them as law. They have claimed to have the true and only answer without proving anything. But the men who created these theories, presented themselves as experts, and began relying on donations to survive, can't allow someone else to be right and for them to be wrong.

So instead, we find ourselves in this race to zero. Each grifting "expert" tries to put down the other, hoping that when all is said and done, they'll be the last one standing and that the audience they'll inherit will be worth the lying, cheating, and backstabbing it took to get there.

There's an easy way to break the cycle, though. Stop donating to them. Stop giving them views. Stop feeding their egos.

If they stumble on the answer, you'll find out quickly. But you can spare yourself the hundreds of episodes claiming to have the "smoking gun" only for the "expert" to spend an hour presenting circumstantial evidence and character attacks...



28 June



Max McGuire channel



1K 7:28 PM



I hear Joe Oltmann's starting up with his BS against me again. Maybe some BINGO will cheer him up. It's no Hawaiian vacation, I understand. But us little folk gotta find pleasure in the simple things.



 **Max McGuire Chat**                                                          3:19 PM

> Lana
> Have you ever heard the one about he who stirs the shit pot gets to lick the spoon? That seems to be yo...

So here's the problem. You see this as 'teenage bullshit.' Thats your prerogative. Problem is, this is about a lot more than that. Joe Oltmann, his lies, and his grifts pose an existential threat to the Conservative movement. I am not the only Conservative who fled this man. He is persona non-grata in most conservative circles. Not because he's edgy or "in the gap," but because he is full of shit.

 6   



**Max McGuire** 🇺🇸 channel

👁 15.5K 9:27 PM



The ultimate defense in any defamation claim is the truth.

If you say something about someone else and it is the truth, and you can prove it is the truth, then any defamation claim they have against you will fail.

In any initial defamation case, the legal questions are usually pretty simple: Person 1 made a claim about Person 2. Was it defamatory?

If you are being sued for defamation, the worst thing you can possibly do is continue to make false claims against the other side to further damage their reputation. Lawyers will almost always counsel their clients not to make ANY comments about the other side, for fear that they could say something else that was defamatory.

I tried my hardest to counsel my previous employer on these basic concepts. He wouldn't listen to me. I begged him to just stop commenting on these cases and let the lawyers handle it. He obviously chose to ignore me. Even when he had a decent shot at defending the claims at the heart of the initial defamation accusation, I would watch him dig himself even deeper and deeper. For some reason, it appears that he believes the best way to defend against allegations of defamation is to attack the other side's character, even if that includes making other false statements.

I believe he will be in for a very rude awakening when he learns that all of the "research" he has done into those accusing him of defamation is inadmissible in the cases against him.

This man has been screaming for months that Madyson and I are "in an alliance," to the point that we now jokingly refer to our friendship as "The Alliance." These days, I don't totally agree 100% with *anyone* on politics, and Madyson isn't an exception. But whatever little things we may disagree on, we agree on far more. I believe that Ronald Reagan's method of measuring political cooperation still holds true: "The person who agrees with you 80 percent of the time is a friend and an ally – not a 20 percent traitor."

Obviously, that rule depends on what kind of disagreements are in that 20 percent... For the longest time, my former employer fell into this same category, but I still believed that we agreed more than we disagreed, and whatever disagreements we had for the first 6-7 years I was there had little to no impact on the direction of the organization I was running. With my former employer, I quit because the list of things we disagreed on had grown so large that I could no longer recognize him as a conservative. I no longer believed we were pulling from the same rope and I was frankly embarrassed and disgusted that my expertise was continuing to lend him legitimacy. This same man now says it is "laughable" for anyone to refer to him as a leftist. I consider him to be one and I'm not laughing. He personally voted for Barack Obama. I know he said he was conned and tricked into doing so, but I still find it hard to believe that anyone could passionately believe in conservative principles and still pull the lever for Obama. You can't be pro-life, pro-gun, pro-border enforcement, and pro-small government and pull the lever for a man who promised to do the opposite. What were some of the final straws that made me see my former employer in a different light? Well, just a few: He publicly advocated for certain first-trimester abortions to remain legal, said he wanted police to enforce red flag laws against unindicted gun owners, said that he believed that systemic racism existed, and advocated violence against political opponents, civil servants, public officials, and journalists constantly. As far as I'm concerned, when judging whether this man is a liberal, we have long since passed the "if it quacks like a duck" stage of our analysis.





**Max McGuire** 🏴 channel

📌 👁 702 8:30 PM



Tried taking the high road. I unsubscribed from "Grifter" Joe Oltmann and ignored him entirely for the past week. Went on with my life and, frankly, my life was far more enjoyable without him in it at all.

Well, today "Grifter" Joe decided to come onto my telegram page and slander me further. This is the same "Grifter" Joe who banned me from commenting on his page months ago. Key difference is unlike him, I don't silence people I disagree with. I believe it's far better to let them reveal themselves for who they truly are. Once again, "Grifter" Joe has revealed himself to be scum. Had to delete his disgusting posts because I'm not going to let his slanderous comments stay on my page.

The really pathetic thing is that "Grifter" Joe can't even stop himself from slandering me further, calling me a "liar liar" for saying he threatened my family. Unlike "Grifter" Joe, who recorded almost every important phone call I've ever seen him take EXCEPT the alleged Eric Coomer call, I don't make claims unless I have the receipts.

There is a lot that I cannot comment on yet that this disgusting human being has done to me behind the scenes. Unlike him, I prefer to get the story straight before I comment on allegations. But if he did what he is alleged to have done, which would have put my family at risk, "Grifter" Joe will be wearing pinstripes when all is said and done.

Discussion started



**Janice M. Farley**                                                                                          8:37 PM
What is the matter with him? From all the things you know about him, Max, do you consider him dangerous?



**Max McGuire** 🏴                                                                                        8:42 PM

> Janice M. Farley
> What is the matter with him? From all the things you know about him, Max, do you consider him dangero...

Yes. He has a real angry and violent side to him. He likes to claim that he left his violent and criminal past behind him, but he was riding with motorcycle gang members as recently as a few years ago.

 



**Mandi**                                                                                                      8:45 PM
Oh boy 😳 looks like he erased whatever comment he made.  He blocked me as well from commenting ir even being able to see the comments. I can't figure out how to unfollow him 💐 Sad thing is i was a huge supporter of him, and you for the last few years, way before the election.



**Max McGuire** 🏴                                                                                        8:45 PM

> Mandi
> Oh boy 😳 looks like he erased whatever comment he made.  He blocked me as well from commenting ir...

I deleted the comments because they slandered me. Can't take legal action if I allow the comments to stay up.



02 August

**Max McGuire** 🟥 channel

📌 👁 724 2:53 PM



Just had a friend send this to me. Absolutely bonkers. Joe Oltmann seemingly admitted this morning that he may have confused Eric Coomer of Dominion Voting Systems with another Eric who works at a similarly named HVAC company. Unreal.

  😨 12  👎 4  👍 2  🔥 1  🎁 1  💬

Discussion started

**J T**
Max do you believe it was the real Eric?

2:55 PM

**Max McGuire** 🟥

2:58 PM

J T
Max do you believe it was the real Eric?

Idk how anyone could given what he said this morning

**Zara Fina**
OMG.

2:58 PM

**Kpop_Mom**
Huhhhhh?

edited 2:58 PM

**Henry Wilkins**
Joe has stated many times that he was absolutely sure they are the same Eric

2:58 PM

**Brandon Leuallen**
If he's wrong then he's going to be bankrupt and possibly in jail for a long time. Anyone in his position at
this point that is still asking that question is clearly not a person with a brain. lol.

2:59 PM



   👍 🔥  💬



**Max McGuire** 🇺🇸
Just had a friend send this to me. Absolutely bonkers. Joe Oltmann seemingly admitted this morning that he ma...

**HighDesert**                                                                                  3:02 PM
Come on Max, Show the whole statement. Help us believe you're better than than this.

👍 7    🤍

**KeepTrying** 🍊                                                                                3:02 PM
What the 🦅 ???!!!

**Zara Fina**                                                                                    3:04 PM
> **HighDesert**
> Come on Max, Show the whole statement. Help us believe you're better than than this.

What?  Does he say
Oh... just kidding???

**Zara Fina**                                                                                   3:07 PM
Hold on to your hat. High desert!
Shits about to get REAL.
Finally.

**HighDesert**                                                                                  3:13 PM
> **Zara Fina**
> Hold on to your hat. High desert!  Shits about to get REAL.   Finally.

I don't know what shit you are referencing, but real would be refreshing, wouldn't you agree?

**Jennifer**                                                                                    3:13 PM
No f***ing way!!!!!

**Max McGuire** 🇺🇸                                                                             3:19 PM
> **HighDesert**
> Come on Max, Show the whole statement. Help us believe you're better than than this.

This is what I was sent. I watched the next couple minutes and it's just Joe saying Coomer is a bad dude for other reasons. Not proof it was him on the call.

👍 🔵    🤍

**Patriot Machinist**                                                                           3:20 PM
Whatever happend to the 1776 patriot ranch? Lol

**HighDesert**                                                                                  3:24 PM
> **Max McGuire** 🇺🇸
> This is what I was sent. I watched the next couple minutes and it's just Joe saying Coomer is a bad dude...

You were around then, what's your take? Are you leaning that it was Coomer or not?

👍 🔵    🤍



**Max McGuire** 🇺🇸
Just had a friend send this to me. Absolutely bonkers. Joe Oltmann seemingly admitted this morning that he ma...

**Deb**     3:26 PM
Say what??

**Mike Tamborrino**     3:39 PM
Max, you're nuts!  Joe was being hypothetical.

👍 3     💬

**Max McGuire** 🇺🇸     3:51 PM
| **Mike Tamborrino**
| Max, you're nuts!  Joe was being hypothetical.

The only hypothetical I heard concerned his brains...

👍 😂     💬

**Al Elam**     4:54 PM
A man with a brain??? hahahaha

**Heath Mal**     4:55 PM
I feel like this is missing context.  If not, boy is EC's team going to use it against him.

👍 🌊     💬

**John**     6:01 PM
I'm guessing this was planned. Did you see him read something on the desk before he started? It looks like he sees the way his case is heading and is trying to cover now. A man with a brain would realize a statement made on a podcast after the fact doesn't override testimony.

👍 😂     💬

**Shawna C**     6:05 PM
What in the....

**Zara Fina**     6:16 PM
| **Henry Wilkins**
| Joe has stated many times that he was absolutely sure they are the same Eric

Raised a lot of money off that
Declaration .... Didn't he !

🔥 2     👍 1     💬

**Zara Fina**     6:17 PM
And where are his 990's
For FEC United?

**Max McGuire** 🏴
Just had a friend send this to me. Absolutely bonkers. Joe Oltmann seemingly admitted this morning that he ma... ⊗

**Zara Fina**
Raised a lot of money off that Declaration .... Didn't he !
His entire identity is based on it

**Zara Fina**                                                                                    edited 6:26 PM
Oh. But isn't he a
Tech CEO ?
And a math guy?
And a voracious reader ?
And an advisor to African Kings ?

**Zara Fina**                                                                                             6:28 PM
There's a good chance he's looking
To settle.  Latest article only seemed to scratch the surface.
In my opinion.  Of course.

**ULTRA M in Texas**                                                                                     6:49 PM
Omg

**LeeM**                                                                                                  7:35 PM
So he's been lying this whole time?? Working on their team?? Any clue??

**🏴 Mr. Cruz 🏴**                                                                                       7:46 PM
**Patriot Machinist**
Whatever happend to the 1776 patriot ranch? Lol
It didn't work out and the money has to be paid back to the people invested in it.

**Carolyn**                                                                                               7:46 PM
OH MY

**Crystal Siver**                                                                                         7:54 PM
That is not what he said. He has endured a lot, and he is right to have called that PoS out. But he's lost a lot
and has to wonder (aloud) whether "if" he was wrong or if he had just kept his mouth shut and said
nothing, would he be better off? He probably would be, but WE wouldn't.

**Sandi Kear**                                                                                            8:28 PM
I think he was being sarcastic

**Max McGuire** 🏴                                                                                        8:37 PM
**Crystal Siver**
That is not what he said. He has endured a lot, and he is right to have called that PoS out. But he's lost a...
I listened, this wasn't in the context of how he could have been better off.

👍 3  💬

 **Max McGuire** 🇺🇸
Just had a friend send this to me. Absolutely bonkers. Joe Oltmann seemingly admitted this morning that he ma... 

 **Kate**                                                                                                                edited 11:57 PM
I didn't watch the show. I'm not hearing him say he doubts himself any more that one would question ones own memory. An HVAC guy wouldn't have been able to say that Trump couldn't win,he made sure of that. I will watch the whole show to decide. But from this clip I'm not coming away with him saying he was wrong.

Today

 **Teresa**                                                                                                                1:10 AM
**Max McGuire** 🇺🇸
The only hypothetical I heard concerned his brains...



 **Stacy Adair**                                                                                                        1:13 AM

**Max McGuire** 🇺🇸
This is what I was sent. I watched the next couple minutes and it's just Joe saying Coomer is a bad dude...

I still believed everything he was saying but I started thinking hard about it when Tucker wouldn't have Sydney Powell on because she had no proof. 😔 I've been thinking for quite a while now that it could not be true. Wow! So much damage caused, people blindly believing (like me) and now our conservative groups severely divided. So much was built on that one piece of information. 😔

 **K C**                                                                                                                    7:02 AM
This is insane what could come out of a comment like this....hypothetical or not! 😵

 **Lisa Burrows**                                                                                                        7:17 AM
I've seen a lot of posts and videos mentioning this call but I missed what the significance of this is. Can someone briefly explain the significance of this call?





**Anthony Williams**                                                                              9:12 AM

It would be a pretty big coincidence if that wasn't the same Eric. He seems like an antifa extremist during the depositions. But judging how many mistakes Joe made so far I don't even know anymore.



**Zara Fina**                                                                                    9:18 AM

**Anthony Williams**

It would be a pretty big coincidence if that wasn't the same Eric. He seems like an antifa extremist during...

Can you explain the mistakes you are referring to ?  I'm curious ...



**Zara Fina**                                                                                   11:36 AM

**Stacy Adair**

I still believed everything he was saying but I started thinking hard about it when Tucker wouldn't have S...

When you think about all the division, money spent, jobs lost, relationships broken and lives turned upside down.  All for the love of money - fame - notoriety. People blindly following someone - making decisions based on this one statement.  Really makes your head spin .

**15 August**



**Max McGuire** 🇺🇸 channel

📌 👁 936 4:40 PM

Shareholder's Meeting for Conservative Daily and Joe's other companies starts in 20 minutes. Hopefully this goes really professionally. Or, it's gonna go downhill fast. That'll likely depend on what kind of mood Joe is in... Very strange that the shareholder's meeting was booked at the same time as their evening podcast...

 2    2   

15 August

 Max McGuire  channel
In and out. Glad I didn't waste any money and fly into Denver for it...

 953 5:32 PM

 5   

**19 August**



### Max McGuire ▰ channel

👁 13.1K 2:21 PM

For the eight years I was with Conservative Daily, I constantly had to calm Joe Oltmann down and guide him away from violent rhetoric. Sometimes, I was not successful and these calls for violence made it to air. If they did, I would push back against them as much as I could and awkwardly try to change the subject. As I have said before, my biggest regret is that I stayed as long as I did and gave this man legitimacy.

One of the last things I sent to Joe after I left, and before our relationship completely imploded, was a warning that without me to counsel him, there would be no one left around him to serve as a calming influence and that if he wasn't careful, they'd get him into trouble. He brushed it off.

While he often presents himself as a "tech expert," the truth is that Joe Oltmann is only as smart as the people with which he surrounds himself. Unfortunately, he has now surrounded himself with fools. Meetings I attended with them often resembled Loony Tunes episodes, where an angel and devil were perched on opposite shoulders trying to convince Daffy Duck to follow their recommendations. I tried hard to appeal to Joe's better angels. I was not always successful. Now, I do not believe anyone is even trying to do that and it shows in his rhetoric.

Weeks ago, I heard rumors that my home address (along with Madyson's home address) had been circulated amongst at least some FEC members. Since I could not corroborate the claim, I refrained from talking about it at the time and just took my own steps to ensure my family would be protected. As far as I'm concerned, what just happened to Madyson substantiates the rumors I had heard.

This isn't a game. I believe in the First Amendment, but this goes far beyond free speech protections. It's going to keep happening, and keep getting worse, until someone puts a stop to this.

👇 👇 👇







**Max McGuire** 🏴
Forwarded messages

5 💬  👁 652 2:21 PM

**Madyson Marquette Her News** 8/19/22

A few people sent me messages saying Timothy Holmseth was coming to my house to threaten me, harm me and my family & attempt to stalk me, I told them great he can meet my two best friends their names are Glock and Sig.

Joe's lackeys came to my house and they were met with a shotgun to the face. I didn't even need to shoot they ran off.

Don't mess with me or my family.
I don't live in fear.
The attempt to fear monger by some of these psychos is almost comical.

I don't start fights but you come to my door and threaten my family or myself it won't end well for you.

 16    6   👎 2   ❤ 1   ☺