## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

## EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NUMBER: 1:22-CV-01129-NYW-SKC

ERIC COOMER, PH.D.,

Plaintiff

V.

MICHAEL J. LINDELL, FRANKSPEECH LLC,

AND MY PILLOW, INC.,

Defendants

**ORIGINAL**

DEPONENT:  JOSEPH OLTMANN

DATE:      DECEMBER 16, 2022

REPORTER:  DARIANA CABRERA ALVAREZ



AdvancedONE LEGAL    (866) 715-7770    advancedONE.com

|    |                                                           |
|----|-----------------------------------------------------------|
| 1  | APPEARANCES                                               |
| 2  |                                                           |
| 3  | ON BEHALF OF THE PLAINTIFF, ERIC COOMER, PH.D.:           |
| 4  | Brad Kloewr, Esquire                                      |
| 5  | Charlie Cain, Esquire                                     |
| 6  | Cain and Skarnulis, PPLC                                  |
| 7  | P.O. Box 1064                                             |
| 8  | Salida, Colorado 81201                                    |
| 9  | Telephone No.: (719) 530-3011                             |
| 10 | E-mail: bkloewer@cstrial.com                              |
| 11 | ccain@cstrial.com                                         |
| 12 |                                                           |
| 13 | ON BEHALF OF THE DEFENDANTS, MICHAEL J. LINDELL,          |
| 14 | FRANKSPEECH LLC, AND MY                                   |
| 15 | PILLOW, INC.:                                             |
| 16 | Ryan P. Malone, Esquire                                   |
| 17 | Parker, Daniels, Kibort, LLC                              |
| 18 | 123 North Third Street                                    |
| 19 | 888 Colwell Building                                      |
| 20 | Minneapolis, Minnesota 55401                              |
| 21 | Telephone No.: (612) 355-4100                             |
| 22 | E-mail: malone@parkerdk.com                               |
| 23 |                                                           |
| 24 | AND                                                       |
| 25 |                                                           |

| | |
|---|---|
| 1 | APPEARANCES (CONTINUED) |
| 2 | |
| 3 | Ingrid DeFranco, Esquire |
| 4 | Law Office of Ingrid J. DeFranco |
| 5 | P.O. Box 128 |
| 6 | Brighton, Colorado 80601 |
| 7 | Telephone No.: (303) 443-1749 |
| 8 | E-mail: ingrid.defranco@gmail.com |
| 9 | ALSO PRESENT: |
| 10 | Nicholas Teti III - Advanced Legal Videographer |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

COOMER, PH.D. vs MICHAEL J. LINDELL, et al  Page 4
JOSEPH OLTMANN, 12/16/2022

| | | |
|---|---|---|
| 1 | INDEX | |
| 2 | | Page |
| 3 | PROCEEDINGS | 7 |
| 4 | DIRECT EXAMINATION BY MR. KLOEWR | 8 |
| 5 | | |
| 6 | EXHIBITS | |
| 7 | Exhibit | Page |
| 8 | 36 - Motion for Relief | 14 |
| 9 | 37 - Objection to Plaintiff's Motion | 17 |
| 10 | 38 - Re: Objection, etc. Email | |
| 11 | November 21, 2022 | 18 |
| 12 | 39 - Vehicle Registration | 21 |
| 13 | 40 - February 22, 2021 Text Message | 25 |
| 14 | 41 - February 28, 2021 Text Message | 25 |
| 15 | 42 - Conservative Daily Podcast Revenue | |
| 16 | Email March 10, 2021 | 28 |
| 17 | 43 - Flash Drive Clips | 34 |
| 18 | 44 - Frank Influencer Demo Email | |
| 19 | April 8, 2021 | 37 |
| 20 | 45 - Frank Influencer Demo Follow Up Email | |
| 21 | April 8, 2021 | 42 |
| 22 | 46 - May 26, 2021 Text Message | 65 |
| 23 | 47 - Deposition Transcript Excerpt | 151 |
| 24 | 48 - August 14, 2021 Text Message | 172 |
| 25 | 49 - August 26, 2021 Text Message | 189 |

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                           Page 5
JOSEPH OLTMANN, 12/16/2022

| | EXHIBITS (CONTINUED) | |
|---|---|---|
| | Exhibit | Page |
| | 50 - May 20, 2021 Text Message | 200 |
| | 51 - July 12, 2022 Text Message | 202 |
| | 52 - Subpoena to Joseph Oltmann | 212 |
| | 53 - August 31, 2022 Text Message | 213 |
| | 54 - Dr. Coomer Google Search Screenshot | 276 |
| | 55 - Dominion - Colorado Secretary of State Google Screenshot | 286 |
| | 56 - Text Messages from Unsaved Number | 314 |
| | 57 - Deposition Excerpt of Max McGuire | 322 |
| | 58 - RE: Voter Fraud Follow Up Email November 10, 2020 | 350 |
| | 59 - Screenshot of Video | 357 |

1              STIPULATION

2

3   The VIDEO deposition of JOSEPH OLTMANN was taken at

4   UNITED STATES COURTHOUSE, 901 NINETEENTH STREET, ROOM

5   A502, DENVER, COLORADO 80294 on FRIDAY the 16TH day of

6   DECEMBER 2022 at approximately 9:00 a.m.; said

7   deposition was taken pursuant to the FEDERAL Rules of

8   Civil Procedure.

9

10  It is agreed that DARIANA CABRERA ALVAREZ, being a

11  Notary Public and Court Reporter for the State of

12  COLORADO, may swear the witness and that the reading and

13  signing of the completed transcript by the witness is

14  not waived.

15

16

17

18

19

20

21

22

23

24

25

COOMER, PH.D. vs MICHAEL J. LINDELL, et al                                Page 7
JOSEPH OLTMANN, 12/16/2022

1        PROCEEDINGS
2
3        VIDEOGRAPHER:  We're here, the date is
4   12-16-2022 for the deposition of Joseph Oltmann.
5   Case is 1:22-CV-01129-WJM.  We're -- the location is
6   901 Nineteenth Street, Denver, Colorado.  Let's see
7   here.  Okay, so -- and -- my name is Nicholas,
8   T-E-T-I III.  9534 Castle Ridge Circle, Highlands
9   Ranch, 80129.  If everybody can introduce themselves
10  and then we can proceed.
11       MR. KLOEWR:  All right.  Good morning, this is
12  Brad Kloewr here on behalf of the Plaintiff,
13  Dr. Eric Coomer.  I'm joined by Charlie Cain.
14       MR. MALONE:  This is Ryan Malone on behalf of
15  Defendants, MyPillow, Frank Speech, Michael Lindell.
16       MS. DEFRANCO:  Ingrid DeFranco on behalf of
17  Joseph Oltmann, who appears to my right.
18       MR. KLOEWR:  You want to swear in the witness?
19       VIDEOGRAPHER:  We are going to swear in the
20  witness.
21       COURT REPORTER:  Raise your right hand.  Do you
22  solemnly swear or affirm the testimony you're about
23  to give will be the truth, the whole truth, and
24  nothing but the truth?
25       THE WITNESS:  I do.

1   that you took on September 26th?
2        A    I wasn't looking for Eric Coomer.
3        Q    That's not my question.  No, you don't have
4   the image that you took on September 26th?
5        A    I just had the URL of me doing the search for
6   Eric Coomer on one computer over another.
7        Q    Okay.
8        A    And so when -- when Randy met with me, he's
9   like, "I need the information back then."  Now, if I
10  wouldn't have gone back through my notes, I didn't even
11  provide this initially, as the initial information on
12  this case, because I didn't have it.
13       Q    So this image, as you just stated, was created
14  on November 11th. Who changed it to say 2020-09-26?  Did
15  you change that date?
16       A    That's the file name.
17       Q    Yes.  Who changed that?
18       A    I changed the file name.
19       Q    You changed file name?  Thank you.  All right.
20       A    You still want me to send you the Advanced
21  Search Criteria and do a video of it?  You still want
22  that?
23       Q    Yes, I do.
24       A    Okay.  I drank way too much coffee.
25       Q    Let's take a look at Exhibit number 9 or

COOMER, PH.D. vs MICHAEL J. LINDELL, et al          Page 369
JOSEPH OLTMANN, 12/16/2022

1           CERTIFICATE OF REPORTER
2              STATE OF COLORADO
3
4    I do hereby certify that the witness in the foregoing
5    transcript was taken on the date, and at the time and
6    place set out on the Stipulation page hereof by me
7    after first being duly sworn to testify the truth, the
8    whole truth, and nothing but the truth; and that the
9    said matter was recorded digitally by me and then
10   reduced to typewritten form under my direction, and
11   constitutes a true record of the transcript as taken,
12   all to the best of my skills and ability. I certify
13   that I am not a relative or employee of either counsel,
14   and that I am in no way interested financially,
15   directly or indirectly, in this action.
16
17
18
19
20
21
22   DARIANA CABRERA ALVAREZ,
23   COURT REPORTER / NOTARY
24   COMMISSION EXPIRES ON: 10/22/2025
25   SUBMITTED ON:  12/29/2022