IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

**ERIC COOMER, Ph.D.**

      Plaintiff,

  v.

**MICHAEL J. LINDELL, FRANKSPEECH LLC,**
and **MY PILLOW, INC.,**

      Defendants.

---

**THIRD-PARTY TINA PETERS' UNOPPOSED MOTION FOR LEAVE TO FILE A SURREPLY IN RESPONSE TO PLAINTIFF'S REPLY TO THIRD-PARTY TINA PETERS' RESPONSE TO MOTION TO COMPEL DOCUMENT PRODUCTION AND DEPOSITION TESTIMONY [ECF NO. 114] FILED FEBRUARY 27, 2023**

---

> **D.C.Colo.LCivR 7.1 Conferral:** The undersigned counsel has conferred with Plaintiff's counsel regarding this motion and Plaintiff's counsel states that Plaintiff "take[s] no position on the requested relief and defer[s] to the Court's preference."

      Tina Peters requests that this Court grant her leave to file a *Surreply*, because in the *Reply to Third-Party Tina Peters' Response to Motion to Compel Document Production and Deposition Testimony ("Reply")*, Coomer raises new arguments that are material to this dispute.

      "A party may be given leave to file a surreply when the movant raises new arguments or relies on new evidence in their reply brief."[1] Further, "the new arguments or new evidence must be material to the outcome of the motion at issue."[2]

---

[1] *Green v. New Mexico*, 420 F.3d 1189, 1196 (10th Cir. 2005).
[2] *Id.*

Here, Coomer raises new arguments in his *Reply*. In his *Motion to Compel* he did not provide any reasons to compel Peters to answer questions grouped into ten topics contained in Exhibit 6 to the *Motion*. Instead, he expressly stated that he would "defer to his reply in support of this Motion to support the propriety of individual topics described in Exhibit 6."[3] And in fact he presented new arguments discussing the ten topics he had identified, but not previously addressed, in the *Motion to Compel*.

The core of this dispute is whether Peters must answer questions on the ten topics listed, and indeed Coomer argues that Peters' testimony on each of the ten topics outlined in Exhibit 6 is necessary. Peters agrees that argument on each of the ten topics is critical to the outcome of this discovery dispute.

Because Coomer asserted that he was allowed to defer argument for his *Reply*, it is proper to allow Peters an opportunity to respond. This is necessary to allow Peters the opportunity to consider and rebut the arguments that Coomer raises for the first time in his *Reply*.

FOR THESE REASONS, the Court should grant Peters leave to file the attached *Surreply*[4] and grant Peters all such further relief as is just, proper or appropriate.

Respectfully submitted this 1st day of March 2023,

GESSLER BLUE LLC

By:   *s/ Scott E. Gessler*
Scott E. Gessler
sgessler@gesslerblue.com
7350 E. Progress Place., Suite 100
Greenwood Village, CO  80111
Phone:  (720) 839-6637

---

[3] *Motion to Compel* at ¶ 27.
[4] Attached as **Exhibit A**.

**Certificate of Service**

      I certify that on this 1st day of March 2023, the foregoing was electronically served via e-mail or CM/ECF on all counsel and parties of record.

By:    *s/ Joanna Bila*
        Joanna Bila, Paralegal