IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-WJM

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

---

**PLAINTIFF'S NOTICE OF INTENT TO TAKE
ORAL AND VIDEO DEPOSITION OF MAX McGUIRE**

---

TO:    Defendants Michael J. Lindell, by and through counsel, Parker | Daniels | Kibort, 888 Colwell Building, 123 North Third Street, Minneapolis, Minnesota 55401

Max McGuire, 7630 Bismarck Lake, Converse, Texas 78109

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Eric Coomer, Ph.D. intends to take the oral and videotaped deposition of **Max McGuire, beginning on November 17, 2022 beginning at 10:00 a.m. (cdt) at the offices of Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, Texas 78701**. The deposition will be taken before an officer authorized by the Federal Rules of Civil Procedure to take such deposition. The deposition may be videotaped and use native evidence capture in accordance with the Federal Rules of Civil Procedure.

Pursuant to Federal Rule of Civil Procedure 45(a)(2), the deponent is directed to bring with him and produce at the time of the deposition, the documents and tangible things described in **Exhibit A** incorporated into the attached Subpoena and incorporated in this Notice by reference.

You are invited to attend and cross examine the deponent.

Respectfully submitted this 29th day of August 2022.

                                        Respectfully submitted,

                                        */s/ Charles J. Cain*
                                      Charles J. Cain, No. 51020
                                      ccain@cstrial.com
                                      Bradley A. Kloewer, No. 50565
                                      bkloewer@cstrial.com
                                      Steve Skarnulis
                                      skarnulis@cstrial.com
                                      Zachary H. Bowman
                                      zbowman@cstrial.com
                                      **Cain & Skarnulis PLLC**
                                      P. O. Box 1064/101 N. F Street, Suite 207
                                      Salida, Colorado 81201
                                      and
                                      303 Colorado Street, Suite 2850
                                      Austin, Texas 78701
                                      719-530-3011/512-477-5011 (Fax)

                                      Thomas J. Rogers III, No. 28809
                                      trey@rklawpc.com
                                      Mark Grueskin, No. 14621
                                      mark@rklawpc.com
                                      **RechtKornfeld PC**
                                      1600 Stout Street, Suite 1400
                                      Denver, Colorado 80202
                                      303-573-1900
                                      **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Intent to Take Oral and Videotaped Deposition of Max McGuire has been served on Defendants' counsel via email on this 29th day of August 2022:

>R. Scott Reisch (CO Bar # 26892)
>scott@reischlawfirm.com
>
>Jessica L. Hays (CO Bar # 53905)
>jessica@reischlawfirm.com
>
>Andrew D. Parker (MN Bar #195042)
>parker@parkerdk.com
>
>Abraham S. Kaplan (MN Bar #399507)
>kaplan@parkerdk.com
>
>Jesse H. Kibort (MN Bar #328595)
>kibort@parkerdk.com
>
>Ryan Malone (MN Bar # 395795)
>malone@parkerdk.com

>  /s/ Charles J. Cain
>  Charles J. Cain