**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

**PLAINTIFF'S DESIGNATION OF CONFIDENTIAL INFORMATION**

TO THE HONORABLE JUDGE OF SAID COURT:

    Plaintiff Eric Coomer, Ph.D., through counsel, files this Designation of Confidential Information in accordance with the terms of the Court's November 16, 2022 Protective Order Governing the Production and Exchange of Confidential Information [Dkt. 77].

    1.    These designations are made pursuant to the Protective Order issued in this case [Dkt. 77], specifically with respect to paragraph 5(b). Plaintiff recognizes the presumption of public access attendant on all proceedings before this Court and has endeavored to narrowly tailor the designations at issue here.

    2.    As detailed more specifically below, the confidentiality designations asserted by Plaintiff here fall under a number of general categories. Some testimony addresses aspects of Plaintiff's interactions with law enforcement authorities that are not relevant in this dispute. Other testimony pertains to pre-existing confidentiality obligations, including with respect to various documents disclosed in this proceeding

1

which have been similarly marked as confidential. Given the ongoing and frequent threats to Plaintiff's life and safety, he has also designated certain details related to personal security measures he has had to take as confidential. Finally, Plaintiff has designated his personal tax returns and other personal medical information as confidential.

3. To the extent that any party seeks to admit, discuss, or otherwise raise matters relevant to the information designated herein, Plaintiff will comply with paragraph 14 of the Protective Order [Dkt. 77] and file a more thorough motion addressing the factors outlined in D.C.COLO.LCivR. 7.2 with respect to any specific designations that may be at issue at that time.

| Page/Line or Exhibit Designation | Reason for Protection |
|---|---|
| 9:13-22 | Criminal background information |
| 10:4-16:21 | Criminal background information |
| 17:3-25 | DVS employment information |
| 18:16-19:10 | Testimony given and compensation rec'd in *Curling* matter |
| 21:7-22:12 | Description of employment with DVS |
| 40:1-4 | Profits related to patents, if any |
| 70:25-71:15 | Separation from DVS |
| 80:1-103:9 | Personal income information and DVS |
| 106:17-22 | Personal security information |
| 107:18-108:3 | Personal firearm information |
| 109:13 | Personal residential information |
| 113:20-114:10 | Personal medical information |
| Exhibit 3 | Personal income tax return |
| Exhibit 4 | Personal income tax return |

| Page/Line or Exhibit Designation | Reason for Protection |
|---|---|
| Exhibit 5 | Confidential Agreement and Release |

For the reasons stated herein, Plaintiff Eric Coomer, Ph.D., requests the Court and the parties take notice of the information protected from disclosure pursuant to this Court's order and continue to maintain its confidentiality throughout the pendency of this lawsuit. Plaintiff requests the Court grant such other and further relief to which he may be justly entitled.

Respectfully submitted,

*/s/ Bradley A. Kloewer*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
David E. Jennings, No. 54643
djennings@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064/101 N. F Street, Suite 207
Salida, Colorado 81201
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

3