**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 1**

---

← **Tweet**

**linuxhippie (Bring Back The Duel)**
@linuxhippie

Replying to @sethjlevy

Did someone say Eric Coomer? there's a video of him out there lying to cops about crashing his truck into a bldg I here....



12:27 PM · Mar 15, 2023 · **142** Views