## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

## EXHIBIT 2

---

**Joe Oltmann**

Had a great talk with Mike Lindell, his point was he was pointing out there was no collusion with me or anyone for that matter. Coomer's lawyers lied, as usual. Coomer suing Mike Lindell is absurd. It's lawfare and the purposeful chilling affect of not liking someone's comments on the 1st amendment are obvious. Yet the truth is these people are demons. The judge assigned to the case was a fresh appointment by none other than, Joe Biden. The reckoning is coming and with it will be dire consequences.

Pray for Mike to prevail against the communist judge and the evil Coomer and his lawyers represent. and pray for truth... Pray. Stand. Speak. Act.

t.me/joeoltmann/6876          5.2K 👁 Mar 12 at 16:38