## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 3**

← **Tweet**

 **realjoeoltmann**
@realjoeoltmann

I watched this testimony today... the leftist/establishment trash heaps in our leadership need to be hung. Not demoted, not put in jail. They need to be hung by the neck till dead. They are treasonous traitors.

>  **kanekoa.substack.com** ✓  @KanekoaTheGreat · Mar 8
>
> Sgt. Tyler Vargas-Andrews, a U.S. Marine Corps sniper, tells Congress that he was denied permission to shoot the suicide bomber in Afghanistan that killed 13 service members and over 170 civilians:
>
> "Plain and simple, we were ignored. Our expertise was disregarded. No one was... Show more
>
> Show this thread
>
> 
>
> 4:29   2.9M views

8:57 PM · Mar 8, 2023 · **369** Views

**9** Retweets    **1** Quote Tweet    **17** Likes