**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 4**

---

| Received | 08/06/2022 2:24:50 PM | Lee McGuire (+16092401929) | Remember I told you I thought The unknown person who was on the call was Joey camp Who has since skipped town Someone wrote in twitter I they think it is him toooo |
|---|---|---|---|
| Received | 08/06/2022 3:24:23 PM | Lee McGuire (6092401929) | <br><br>Download<br><br>Walls are closin in |

| Received | 06/15/2022 9:00:16 PM | Lee McGuire (6092401929) | <br><br>Download<br><br>Scooped u again And this is BIG |
|---|---|---|---|
| Received | 06/15/2022 9:09:00 PM | Lee McGuire (+16092401929) | What ya think ? |

| Received | 06/15/2022 9:13:06 PM | Lee McGuire (6092401929) | [image: screenshot of message from LeeM quoting Max McGuire: "Anyone who thinks 'Monkeypox' is a raci... Stupid. They are probably also renaming it because too many people are not scared to catch monkeypox" 8:08 PM] Download  Answer Lee m So he thinks it is me. Throw him off the scent |
|---|---|---|---|
| Received | 06/15/2022 9:22:25 PM | Lee McGuire (+16092401929) | Answer my message Joey camp is the person on the call |
| Received | 06/15/2022 9:22:32 PM | Lee McGuire (+16092401929) | I knew it. |
| Received | 06/16/2022 12:27:55 PM | Lee McGuire (+16092401929) | The convo is back up I jumped on it. |
| Sent | 06/16/2022 12:28:05 PM | Lee McGuire (6092401929) | Huh? |

| Received | 02/18/2022 10:23:59 AM | Lee McGuire (+16092401929) | Omg. U were so smart to sit this out. |
|---|---|---|---|
| Received | 02/18/2022 10:24:01 AM | Lee McGuire (+16092401929) | Holy shit. |
| Received | 02/18/2022 10:25:32 AM | Lee McGuire (+16092401929) | Are u watching this shot. |

| Received | 02/18/2022 10:25:36 AM | Lee McGuire (+16092401929) | Shit |
|---|---|---|---|
| Sent | 02/18/2022 10:26:13 AM | Lee McGuire (6092401929) | Yea, it's bad stuff |
| Sent | 02/18/2022 10:26:20 AM | Lee McGuire (6092401929) | Not watching, but I knew it'd be bad |

| Received | 03/06/2022 7:34:12 PM | Lee McGuire (6092401929) | **Joe Oltmann**: The more that comes out of Ukraine the worse it gets… Zelenskyy is a really bad bad man. Putin is not a Boy Scout but Zelenskyy is a whole level up of evil…  5.0K  Joe Oltmann, 19:22  Download  WTF is he referring to ? |
|---|---|---|---|
| Sent | 03/06/2022 8:13:52 PM | Lee McGuire (6092401929) | No fucking clue |
| Sent | 03/06/2022 8:13:55 PM | Lee McGuire (6092401929) | None of it's real |
| Sent | 03/06/2022 8:14:00 PM | Lee McGuire (6092401929) | It's all made up |

| Sent | 03/06/2022 8:14:24 PM | Lee McGuire (6092401929) | I've never seen anything like this. Zelensky was an anti-corruption candidate that drove out corrupt Porishenko |
|---|---|---|---|

| Received | 02/24/2022 10:08:30 AM | Lee McGuire (+16092401929) | Tell him offf |
|---|---|---|---|
| Received | 02/24/2022 10:10:02 AM | Lee McGuire (+16092401929) | U look weak Taking it |
| Sent | 02/24/2022 10:21:26 AM | Lee McGuire (6092401929) | I did |
| Sent | 02/24/2022 10:21:29 AM | Lee McGuire (6092401929) | Fucking idiot |
| Sent | 02/24/2022 10:21:36 AM | Lee McGuire (6092401929) | Saying "I support Russia." |
| Sent | 02/24/2022 10:21:42 AM | Lee McGuire (6092401929) | "Russia is the good guys" |

| Received | 09/04/2022 8:59:06 AM | Lee McGuire (+16092401929) | Someone found Joey camp Fort myers horse farm Of Ann counter. |
|---|---|---|---|
| Sent | 09/04/2022 9:06:21 AM | Lee McGuire (6092401929) | Ok |

| Sent | 09/04/2022 9:06:54 AM | Lee McGuire (6092401929) | I'm not involved with this, so please stop texting me about him because anything you say will have to be turned over to Coomer |
| --- | --- | --- | --- |
| Received | 09/04/2022 9:07:26 AM | Lee McGuire (+16092401929) | I'm just reading news sry |
| Sent | 09/04/2022 9:07:39 AM | Lee McGuire (6092401929) | Text it to someone else. |