# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

# EXHIBIT 5

---

May 24, 2022

Joe Oltmann:
You're a piece of trash Max. Not one person in any company you worked for me wanted to work with you Max. Not one. In any capacity. You fought with everyone and your file is quite impressive with complaints.. I protected you for years. Hoping I could get you to be mature, and stop being such a self serving prick to everyone. You can't. It's who you are. Just like your 120 bottle at your house right max? The one we bought at the gas station liquor store together for $30 down the street from your house. Or let's talk about the grift Max. Remember I'm the one you told about how you cheat on your taxes. "Write off everything and make it confusing." Your Dad… now his comments about how to cheat to get free educations… that was a doozy. Wonder how that would look with the IRS. I'll sign that affidavit. Trying to figure out how far back they can go… I do want to thank you though. It made me go back in my journals and see what a piece of work you were…

How about we talk about the filth you live in at your home. Should we talk about that? Grown man who literally lives in what can only be described as utter slum. I'm not talking about filth as in laundry everywhere, I'm talking dirty to a whole new level. The level that makes maids quit because of the utter disgust. The pictures, worth 1000 words. Should we talk about how your family thinks your wife has a mental defect? Wonder what people think when they see your car filled with bags of half eaten McDonalds and old food. Molded on the floor with a car seat presumably for your sons covered in trash.

How about the hit and run where you smashed into a parked car then left. Getting charged with a hit and run then lying about it. You literally called me hoping I could get you out of it… 😂😂

I literally could go on. You attack Apollo, Zach, Jake… you make up stories of dildos and putting it on Conservative Daily… You are literally like the scornful ex wife that everyone feels sorry for. You make up stories and threaten to out me… with what? I don't confide in you. I don't even like being around you. I had hoped you would quit years ago but thought, maybe I can just get him to round a corner. But you never did and you never will.

I am not the liar Max, you are. You talk in circles and you think your going to get away with it. In another twist of Max being Max, Apple researched you taking Conservative Daily Podcast out of regional circulation on distribution to hurt the brand. You are a scumbag. Thank you.. it did give me the evidence of you trying to sabotage the podcast and the company.

Tell me what conservative circles I'm not in Max? I talk to many all over the country every single week. More hyperbolic bullshit from a fat, unhappy, disgustingly pathetic half man who literally thinks somewhere along the line, it's getting him somewhere. You wrote a story for conservative daily every day for 8 years. That is the extent of what you have done with your miserable life for 8 years. Spending all your spare time playing Xbox and eating yourself to death.

I'm not even remotely done. I went light on you, because I know you are a shallow, pathetic fragile man. You are a coward Max. I'm all you can hold on to because you have no significance. None.

You fight with your HOA to the point where they kicked you off the board. Tell me again Max how you are a good man, I will wait here. Let me hear about all the things you have done for others. Anything. Anything at all. How about the fight with your previous landlord. You have a conflict with everyone, and everyone is wrong. Max is right… max is always right. Pathetic.

Sorry meant to put this here… not publicly.

I have had enough of your bullshit. Sabotaging the company. Nice. Good one buddy…

Paul Watney:
Thank you for sending me this, Joe. This settles what I need to do next

Nothing was "sabotaged" with apple podcast, you piece of shit. You're so eager to accuse me of sabotage you make shit up?

https://woodencork.com/products/w-l-weller-special-reserve-1-75l?variant=36339185975445&currency=USD&utm_medium=product_sync&utm_source=google&utm_content=sag_organic&utm_campaign=sag_organic&utm_campaign=gs-2020-01-08&utm_source=google&utm_medium=smart_campaign&gclid=Cj0KCQjwhLKUBhDiARIsAMaTLnH3Uep_a_nZEceRqS1c8o3m0BzfF-mTkPQasG_tHC5Pcgat_QsWfqgaAjlvEALw_wcB

$119, dumbass

Joe Oltmann:
$30 dumb ass. Off-the-shelf that's what it cost

Paul Watney:
For 1.75 L? No, dumbass

Joe Oltmann:
You'reA scumbag Max

Paul Watney:
I write off things on my taxes, have a messy house, messy car, got in a fender bender, wow

You attack my wife?

You're opening that door?

Joe Oltmann:

No Max those are just a sprinkling of all the things that you literally forget about.

You're a piece of shit that's all you are that's all you'll ever be

Paul Watney:
You of all people should no better than to open that door. Ruth Ann? Your little stint with "wax"

Joe Oltmann:
Do you like the scornful ex-wife.

Paul Watney:
Your wife finding your car at Ruthann's house late at night?

You want to open that fucking door, Joe?

Joe Oltmann:
Go ahead Max, do your worst. And I will do mine.

Difference between me and you, as I own everything I've done wrong.

You're a shit bag that makes up whatever you wanna make up and wanna make yourself feel better

Paul Watney:
You've owned the Ruth Ann infidelity?

I listened to your it's a wonderful life episode. That was left out

Joe Oltmann:
You're a scumbag Max. Do you want to take the gloves off let's take a pulley off. We can talk all about your parents and how they fraudulently did their taxes for years so you could get a discount or free education

Paul Watney:
Write offs?

I never got "free education"

Joe Oltmann:
Your dad walked me through the entire process that he does on his taxes. So funny

Paul Watney:
You're so full of shit it's unbelievable

Joe Oltmann:
You're a scumbag Max

Paul Watney:
I am shocked your going there, considering that Eric Coomer's attorneys are literally an hour away.

When is it that I have to testify, btw?

Joe Oltmann:
What you just said is what is called blackmail. I've never confided in you for anything, but you do your worst

Like I said you're a scumbag. Scumbags do what you do

Paul Watney:
Blackmail has a quid pro quo. I want nothing from you

Joe Oltmann:
You're just an evil little bitch.

Paul Watney:
You're full of shit

Joe Oltmann:
That would lie to hurt anyone. It's who you are Max. Driving home from

No when you have ever worked with thinks you're even remotely honorable

No one

Paul Watney:
If I were you, I wouldn't be asking for character references from your previous coworkers

Joe Oltmann:
Let's drag everybody into it max

I'm all for the bloodbath

So far I've given up my company and the thing that gives me passion. So at this point why not

Paul Watney:
Youll probably be in jail, so you'll have your own problems to deal with

Joe Oltmann:
You are so full of shit. I've never done anything illegal. Nothing ever

You on the other hand. I've made sure I paid more than my fair share of taxes Max I'm not a fraud like you

Paul Watney:
I know what you put on the company harddrives

Joe Oltmann:
LOL



Paul Watney:
I've never told you anything about my taxes other than that I write off what I can

Joe Oltmann:
That's not true

Paul Watney:
why would you put voting machine.data on a company server?

You get it from Tina Peters?

Joe Oltmann:
go ahead Max do your worst.

Paul Watney:
Heard Chris almost resigned over it

Joe Oltmann:
You have absolutely no idea. But go ahead.

Paul Watney:
Is that why Mike went back to Australia?

Joe Oltmann:
You're the dumbest human being the side of the planet. For someone that says he's so smart

Paul Watney:
It was right before that, right?

Joe Oltmann:

Tina Peters went public in March 2021. I worked on the image in Antrim County. And it was given to me willingly

Paul Watney:
Where's it at now, a server in your home?

Joe Oltmann:
Go ahead make up more shit Max. You're just digging yourself a nice little whore

Hole

I do give it to you. It was really good to go back through my notes. I at least know how your dad cheated. Oh and there's so much more. But you tell everyone you can about the antrum data. I want you to do that.

Tell them also I got the information from the attorney working with Matt DePerno.

That there was no document or order they kept him from giving it to me.

What else you got Max. Let's go let's do this.

Paul Watney:
That's not my story to tell, but I hear that those involved are singing like little birdied

Joe Oltmann:
You're a piece of shit. You're a scornful little bitch. All you are is a shell of a man

There's so much more though. So many other things you're forgetting about over eight years.

Paul Watney:
I'm not afraid of you. I think that's what scares you the most. Not only did I leave on my terms, but I'm not afraid of you

Have a nice life, Joe. If I get a collect call from a Colorado prison, I'll be sure to pick up and say hello

Joe Oltmann:
Lol…

Paul Watney:
Just let me know when it's my turn to testify. I'll be in Colorado with bells on

Joe Oltmann:
Oh I'm shaking in my boots for a little bitch Max

You're disgusting max. You've always been disgusting

But you tell me what conservative organizations won't work with me,

Paul Watney:
Are you still planning on skipping town if you lose so you don't have to pay? With all your assets in a trust?

Joe Oltmann:
My ass hurts I've been in a trust since November 2019. What else do you have Max?

Assets

Paul Watney:
Purchasing a house in another state with the intent of fleeing a court judgement? Is that standing in the gap?

Joe Oltmann:
You're a hateful little bitch Max. Eight years you worked with me and had nothing but great things to say about me. As soon as you leave because I won't let you have a farewell podcast, you do what you're doing right now. And you did warn me

Paul Watney:
Not true

Joe Oltmann:
Lol

Of course it's not Max.

You're a lying piece of shit. You don't even have your story straight on what happened. You just make it up as you go along

Paul Watney:
Pretty sure theres a contempt charge somewhere in that plan to evade a court ruling

Didn't you also murder a bear in your driveway and offer a reward if someone could find the killer?

Joe Oltmann:
The best part of what you see Max, is there is rooted in your hateful self.

Paul Watney:

Why'd you shoot that bear, Joe?

Joe Oltmann:
No Max, another lie from Max McGuire please go ahead and print that

I never shot the bear

Paul Watney:
I know you scrubbed all the articles that mentioned you, and are shielded behind self defense

Joe Oltmann:
My neighbor did

Paul Watney:
😉

Joe Oltmann:
You're a fucking liar

Typical of a scornful little bitch

Paul Watney:
Was that the first time you killed an animal without a hunting permit?

Joe Oltmann:
Lol.. print it Max

Paul Watney:
I seem to remember a few migratory water fowl?

Paul Watney:
Is my memory correct?

Joe Oltmann:
This is what terrible people do…

Paul Watney:
You send me an unsolicited message saying my wife has a mental defect. No, I'm not rolling over, Joe.

Joe Oltmann:
They make stuff up. Enjoy your miserable and quite dirty, correction filthy life's

No I said your parents thought she had a mental defect.

Paul Watney:
I wish I had $90k in donations so I could remodel my house

Joe Oltmann:
I got the text to prove it

Paul Watney:
That'd be glorious

Joe Oltmann:
Keep up your lies max. The more you talk the worse it gets.

I started my remodel in April 2020. It was fully paid for before I got sued

Paul Watney:
No lies here, Ole Joe

Joe Oltmann:
You're a lying piece of shit.

Paul Watney:
Lol

Joe Oltmann:
I do have one question though. Why would you just not pay your fair share of taxes? Why have you made it a family affair to cheat for so long

Paul Watney:
No cheating, but that's a nice try

Joe Oltmann:
Everything's a tax write off right max

It's called tax evasion.

Paul Watney:
Lots of things can be

Joe Oltmann:
And since I am so careful to pay my fair share, because I'm a generous person, I know I have nothing to worry about because I don't break the law unlike you

It's biblical Max give them to Caesar what is Caesars.

Paul Watney:
You're literally under criminal investigation right now

This is hilarious

Joe Oltmann:
I'm not under criminal investigation

Paul Watney:
Okay, Ole Joe

Joe Oltmann:
You're a liar

Paul Watney:
You're gonna make that bet?

Joe Oltmann:
Lol Every day twice on Sunday

Paul Watney:
Okay Joe, you're right I'm lying 

Joe Oltmann:
You're absolutely lying.

Paul Watney:
I'd rather it come as a surprise to you

I hear multiple states too

Can't speak for the Feds, though

And I had nothing to do with any of it

Joe Oltmann:


Paul Watney:
Just sitting here with my popcorn

Joe Oltmann:

Probably more like eight cheeseburgers two bowls of spaghetti and as much food as you can stuffing your face. But I digress.

Paul Watney:
Oh, a fat joke?

You learn that in the hood?

Joe Oltmann:
It sad who you are Max

Paul Watney:
Im happy than I've ever been, because I don't have to sit and nod along with your bullshit

Leave that up to the Dildo Boys, Jake and Greg

Joe Oltmann:
Like I said disgusting scornful person

Paul Watney:
It actually has nothing to do with scorn

You pose an existential threat to the conservative movement.

You're a narcissistic sociopath

But I know you've already heard that before

Joe Oltmann:
Lol…. Deflection are its best



Paul Watney:
No, just a layman's diagnosis of the most self centered person I've ever known

Joe Oltmann:
Amanda gave up 46% of his company for free to people. That's self-centered. Amanda gives more a year away then you make in a year. A man that gives of his time energy and effort to help others.

You're a scumbag lying scornful little man

A man

We are done here.

Paul Watney:
Let me know when I'm due to testify.

Joe Oltmann:
You seriously are one of the most deranged individuals I have ever met

Paul Watney:
That's funny.

Seriously, though. Let me know when I'm due to testify. In civil or criminal court, which ever comes first

I have a feeling there will be a few, so just send the dates over to me as you get them