# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

# EXHIBIT 9

 **Joseph A. Camp** ✓ @JoeyCamp2020
23m

**Exhibit PX 0131** Oltmann

When my team preserved material from Eric Coomer we did so because of his connection to Antifa, not because of his connection to Dominion -which we didn't even know existed before.

The Antifa manifesto published here by Eric Coomer is addressed as a would be press release -thus acting as a public relations officer for Antifa. There is no other example of this manifesto anywhere on the Internet.

While the election is certainly an issue, I was / am determined to document and tell the truth about Antifa and their actions. Eric Coomer is a member of Antifa.

During the phone call with Eric Coomer on the line with other known members of Antifa nationwide, one of the Antifa members spoke about finding and killing me -that was end of last year.

April 2021, KarmaOneSixOne (by whatever name his account number was at the time) posted a bounty for my life. The FBI called me to warn me. Local police in Denver spoke to me about a vacation.

Some other relevant information between the April bounty and now will be discussed in the Declaration.

On @YourDaddyJoey you will see that we are documenting Antifa as an organization. That was very specific from the beginning of YDJ. We have 10k violent videos, 1,000 mugshots, 29,000 events with specific details and over 40,000 news articles archived. 500 Twitter accounts embedded and monitored, and much more.

My goal is to unmask every last one until I find the mother effer who pointed a gun at me on July 3rd, 2020.

DISTRICT COURT, COUNTY OF DENVER, COLORADO
Court Address:
1437 Bannock Street
Denver, Colorado 80202

▲COURT USE ONLY▲

Plaintiff:

ERIC COOMER

Defendants:

DONALD J. TRUMP FOR PRESIDENT, INC., Et al.

Case # 20-CV-34319

Div. 409

**DECLARATION OF JOSEPH A. CAMP**

I, Joseph A. Camp, being over the age of eighteen and of sound mind, hereby state and declare as follows: