**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 13**

| | | | |
|---|---|---|---|
| | PM | | |
| Sent | 08/04/2021 2:15:09 PM | Joe Oltmann (3036675105) | We're ready for you |
| Sent | 08/04/2021 2:18:48 PM | Joe Oltmann (3036675105) | We're filibustering. Gonna have to cut short if you don't call in soon |
| Received | 08/04/2021 2:22:36 PM | Joe Oltmann (3036675105) | Ready |
| Sent | 08/04/2021 2:25:02 PM | Joe Oltmann (3036675105) | Ok call in |
| Sent | 08/04/2021 3:41:07 PM | Joe Oltmann (3036675105) | I can leave here at 4:30ish. Annie has a call that I need to watch Michael for, but I can leave once she's done with her call |
| Received | 08/04/2021 3:41:21 PM | Joe Oltmann (3036675105) | Ok let's do that |
| Sent | 08/04/2021 3:41:53 PM | Joe Oltmann (3036675105) | Where do you want me to meet you? |
| Received | 08/04/2021 4:43:14 PM | Joe Oltmann (3036675105) | House |
| Received | 08/04/2021 4:43:15 PM | Joe Oltmann (3036675105) | Hurry up |
| Sent | 08/04/2021 4:45:46 PM | Joe Oltmann (3036675105) | Address? |
| Sent | 08/04/2021 4:47:32 PM | Joe Oltmann (3036675105) | Text me the address |
| Received | 08/04/2021 4:52:04 PM | Joe Oltmann (3036675105) | 308 fox hall Castle hills, Texas |
| Sent | 08/04/2021 4:56:58 PM | Joe Oltmann (3036675105) | 5:25 eta |
| Received | 08/04/2021 4:59:05 PM | Joe Oltmann (3036675105) | Ok |
| Sent | 08/05/2021 1:46:38 AM | Joe Oltmann (3036675105) | Just got home |
| Sent | 08/09/2021 8:08:21 AM | Joe Oltmann (3036675105) | There's a message on the FB page of someone who can't buy shares of the ranch. Page won't load for them |
| Received | 08/09/2021 8:14:21 AM | Joe Oltmann (3036675105) | On it |
| Sent | 08/10/2021 1:52:46 PM | Joe Oltmann (3036675105) | What's going on, no podcast today? |
| Received | 08/10/2021 1:56:20 PM | Joe Oltmann (3036675105) | Yes going live here in a minute |
| Sent | 08/11/2021 4:18:05 PM | Joe Oltmann (3036675105) | Mention CD podcast |
| Sent | 08/11/2021 4:33:21 PM | Joe Oltmann (3036675105) | Still waiting for the CD Podcast plug |