IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 14**

# Bexar CAD

## Property Search Results > 355237 JEMOR REAL ESTATE CORP for Year 2023

Tax Year: 2023 - Values not available

## Property

### Account

| | | | |
|---|---|---|---|
| Property ID: | 355237 | Legal Description: | CB 5778 BLK 5 LOT 7 CHCB 216 |
| Geographic ID: | 05778-005-0071 | Zoning: | OCL |
| Type: | Real | Agent Code: | |
| Property Use Code: | 001 | | |
| Property Use Description: | Single Family | | |

### Protest

Protest Status:
Informal Date:
Formal Date:

### Location

| | | | |
|---|---|---|---|
| Address: | 308 FOX HALL LN CASTLE HILLS, TX 78213 | Mapsco: | 549F6 |
| Neighborhood: | CASTLE HILLS NORTH (NE) | Map ID: | |
| Neighborhood CD: | 92410 | | |

### Owner

| | | | |
|---|---|---|---|
| Name: | JEMOR REAL ESTATE CORP | Owner ID: | 3321114 |
| Mailing Address: | 308 FOX HALL LN CASTLE HILLS, TX 78213 | % Ownership: | 100.0000000000% |
| | | Exemptions: | |

## Values

| | | | | |
|---|---|---|---|---|
| (+) Improvement Homesite Value: | + | N/A | | |
| (+) Improvement Non-Homesite Value: | + | N/A | | |
| (+) Land Homesite Value: | + | N/A | | |
| (+) Land Non-Homesite Value: | + | N/A | Ag / Timber Use Value | |
| (+) Agricultural Market Valuation: | + | N/A | | N/A |
| (+) Timber Market Valuation: | + | N/A | | N/A |
| | | ------------------------ | | |
| (=) Market Value: | = | N/A | | |
| (–) Ag or Timber Use Value Reduction: | – | N/A | | |
| | | ------------------------ | | |
| (=) Appraised Value: | = | N/A | | |
| (–) HS Cap: | – | N/A | | |
| | | ------------------------ | | |
| (=) Assessed Value: | = | N/A | | |

## Taxing Jurisdiction

Owner: JEMOR REAL ESTATE CORP
% Ownership: 100.0000000000%
Total Value: N/A

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| 06 | BEXAR CO RD & FLOOD | N/A | N/A | N/A | N/A |
| 08 | SA RIVER AUTH | N/A | N/A | N/A | N/A |

| 09 | ALAMO COM COLLEGE | N/A | N/A | N/A | N/A |
|---|---|---|---|---|---|
| 10 | UNIV HEALTH SYSTEM | N/A | N/A | N/A | N/A |
| 11 | BEXAR COUNTY | N/A | N/A | N/A | N/A |
| 24 | CITY OF CASTLE HILLS | N/A | N/A | N/A | N/A |
| 55 | NORTH EAST ISD | N/A | N/A | N/A | N/A |
| CAD | BEXAR APPRAISAL DISTRICT | N/A | N/A | N/A | N/A |
| | Total Tax Rate: | N/A | | | |
| | | | | Taxes w/Current Exemptions: | N/A |
| | | | | Taxes w/o Exemptions: | N/A |

## Improvement / Building

**Improvement #1:** Residential  **State Code:** A1  **Living Area:** 3758.0 sqft  **Value:** N/A

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| LA | Living Area | G - CB | | 1945 | 3758.0 |
| OP | Attached Open Porch | G - NO | | 1945 | 88.0 |
| CP | Att Carport | G - CB | | 1945 | 484.0 |
| OP | Attached Open Porch | G - NO | | 1945 | 30.0 |

**Improvement #2:** Residential  **State Code:** A1  **Living Area:** sqft  **Value:** N/A

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| RSW | Swimming Pool | A - NO | | 0 | 420.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | BSE | Base Rate Lot | 0.9900 | 43124.40 | 0.00 | 0.00 | N/A | N/A |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2023 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2022 | $373,130 | $245,380 | 0 | 618,510 | $0 | $618,510 |
| 2021 | $261,590 | $204,410 | 0 | 466,000 | $0 | $466,000 |
| 2020 | $252,210 | $195,790 | 0 | 448,000 | $0 | $448,000 |
| 2019 | $252,050 | $195,950 | 0 | 448,000 | $0 | $448,000 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/11/2021 | SWD | Special Warranty Deed | FRIMPTER LILLIAN C | JEMOR REAL ESTATE CORP | | | 20210223962 |
| 2 | 11/16/2005 | Deed | Deed | FRIMPTER GEORGE W & LILLIAN | FRIMPTER LILLIAN C | 11779 | 0182 | 20050271403 |

2023 data current as of Feb 16 2023 1:11AM.
2022 and prior year data current as of Feb 4 2023 9:14AM
For property information, contact (210) 242-2432 or (210) 224-8511 or email.
For website information, contact (210) 242-2500.

**This year is not certified and ALL values will be represented with "N/A".**