# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

# EXHIBIT 15

| | |
|---|---|
| DISTRICT COURT<br>CITY & COUNTY OF DENVER<br>1437 Bannock Street<br>Denver, Colorado 80202 | DATE FILED: July 24, 2021 1:35 PM<br>CASE NUMBER: 2020CV34319 |
| **Plaintiff:**<br><br>Eric Coomer,<br><br>v.<br><br>**Defendants:**<br><br>Donald J. Trump For President, Inc., et al. | ▲ COURT USE ONLY ▲<br><br>Case Number:<br>2020CV34319<br><br>Courtroom: 409 |
| **ORDER REGARDING DEFENDANTS JOSEPH OLTMANN/FED UNITED, INC./SHUFFLING MADNESS MEDIA, INC. dba CONSERVATIVE DAILY'S MOTION TO RECONSIDER JUNE 8, 2021 ORDER GRANTED LIMITED DISCOVERY** | |

THIS MATTER comes before the Court on Defendants Joseph Oltmann/FEC United, Inc./Shuffling Madness Media, Inc. dba Conservative Daily's Motion to Reconsider June 8, 2021 Order Granting Limited Discovery. Having reviewed the Motion, the Response, and having conducted an evidentiary hearing on July 7, 2021, this Court FINDS AND ORDERS:

1. The Court found, and continues to FIND, that good cause exists for the limited discovery which has been requested by Plaintiffs and which has been authorized by the Court's order of June 8, 2021.

2. The Court's July 7, 2021 oral findings of fact, conclusions of law and Orders are incorporated herein. The Court has DENIED the Oltmann Defendants' assertion of privilege pursuant to C.R.S. § 13-90-119 consistent with the holding of *Gordon v. Boyles*, 9 P.3d 1106 (Colo. 2000).

3. The Court FINDS that the limited discovery permitted in this matter in no way constitutes a prior restraint of speech. *Cf.* <u>People v. Bryant</u>, 94 P.3d 624 (Colo. 2004).

4. The Court FINDS that Plaintiff's Amended Complaint contains sufficient alleged facts to support the requirement that Defendants FEC United and Shuffling

Madness Media be subject to the limited discovery at issue here.

5. The Court's July 2, 2021 oral findings of fact, conclusions of law and Orders are incorporated herein with respect to the Oltmann Defendants' arguments regarding civil conspiracy.

6. The Court FINDS that this matter is proceeding as expeditiously as possible due to congestion on the court's docket, the stipulated extensions of deadlines previously entered in this matter, the good caused established for limited discovery and the Oltmann Defendants' delay of the progress of discovery and the scheduling of depositions.

7. The Oltmann Defendants' Motion to Reconsider June 8, 2021 Order Granting Limited Discovery is DENIED.

**SO ORDERED** July 24, 2021.

BY THE COURT:

Marie Avery Moses
District Court Judge