**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

     Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

     Defendants

---

**EXHIBIT 16**

---

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

View Search Results

### Entity Details

| File Number: | 6129043 | Incorporation Date / Formation Date: | 7/29/2021 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **JEMOR REAL ESTATE LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **State:** |
| Status: | **Good Standing** | Status Date: | **7/31/2022** |

**TAX INFORMATION**

| Last Annual Report Filed: | **2021** | Tax Due: | **$ 0** |
|---|---|---|---|
| Annual Tax Assessment: | **$ 300** | Total Authorized Shares: | **0** |

**REGISTERED AGENT INFORMATION**

| Name: | **PROFESSIONAL LEGAL ASSISTORS, INC.** | | |
|---|---|---|---|
| Address: | **2628 BELAIRE DRIVE** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | **Conversion JEMOR REAL ESTATE CORP.** | **1** | **8/11/2021** | **3:47 PM** | **8/11/2021** |
| 2 | **Formation JEMOR REAL ESTATE CORP.** | **1** | **8/11/2021** | **3:47 PM** | **8/11/2021** |
| 3 | **Stock Corporation** | **1** | **7/29/2021** | **2:54 PM** | **7/29/2021** |

Back to Entity Search     Email Status

For help on a particular field click on the Field Tag to take you to the help area.

site map   |   privacy   |   about this site   |   contact us   |   translate   |   delaware.gov