**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

     Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

     Defendants

---

## EXHIBIT 19

---

| | |
|---|---|
| DISTRICT COURT, COUNTY OF DENVER, COLORADO<br>Court Address:<br>1437 Bannock Street<br>Denver, Colorado 80202 | |
| | ▲ COURT USE ONLY ▲ |
| Plaintiff:<br><br>ERIC COOMER<br><br>Defendants:<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., Et al. | Case # 20-CV-34319<br><br>Div.  409 |
| **Attorney for Defendants Joseph Oltmann, FEC United, and Shuffling Madness Media, Inc. d/b/a Conservative Daily**<br>Andrea M. Hall<br>THE HALL LAW OFFICE, LLC<br>P.O. Box 2251<br>Loveland, CO 80539<br>(970) 419-8234<br>andrea@thehalllawoffice.com<br>Atty. Reg. #:  036410 | |

### DEFENDANT JOSEPH OLTMANN'S MOTION FOR RELIEF FROM THE JULY 7, 2021 ORDER REQUIRING JOSEPH OLTMANN TO APPEAR AT THE COURTHOUSE FOR HIS DEPOSITION ON AUGUST 11, 2021

Defendant, Joseph Oltmann, by and through his attorney, The Hall Law Office, LLC, and,

respectfully move this Honorable Court for a Relief from the July 7, 2021 Order requiring Mr.

Oltmann to appear at the courthouse for his deposition on August 11, 2021.  As grounds therefor,

Defendants state as follows:

### STATEMENT OF CONFERRAL

Undersigned counsel hereby certifies that she has conferred with opposing counsel and that

the Plaintiff opposes the relief requested.

### BASIS FOR RELIEF

Changed circumstances require reconsideration of the Order requiring Mr. Oltmann to appear in person at the Denver City and County Building.  Due to the rising cases attributable to the Delta Variant of the COVID-19 Virus, the Denver Courts have been compelled to restore a mask mandate and return to earlier safety protocols.  Mr. Oltmann's physician has provided his medical opinion that, due to Mr. Oltmann's immune status, a personal appearance poses an unwarranted medical risk. *Attached as Exhibit A.*

The Plaintiff did not seek to have Mr. Oltmann's deposition taken at the courthouse until the parties were present in court, and provided no reasonable basis for his request, but the Court ordered the deposition to occur at the courthouse.  Mr. Oltmann should not be differently treated than the other defendants in this matter.  Other defendants have been permitted to appear via Zoom.  In fact, Mr. Gillian and Mr. Metaxas are the only defendant's deposition that are being taken in person.

Attached is a letter from Mr. Oltmann's physician stating that it would not be in his best interest to appear in person due to the health crisis.  Mr. Oltmann is not a resident of the state of Colorado and will have to travel to appear.

### CONCLUSION

Wherefore, Defendant Joseph Oltmann, respectfully requests that the Court Grant this Motion for relief from the July 7 Order to requiring Mr. Oltmann to appear for a deposition at the courthouse.

Respectfully submitted this 6th day of August, 2021

By: /s/ Andrea M. Hall

Attorney for Defendant Oltmann

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2021, I electronically filed foregoing Motion with the Clerk of the Court using the ICCES electronic filing system, which will send an electronic copy of this filing to all counsel of record.

/s/  Andrea M. Hall

Dr. Rae Ann Weber                                      4 August 2021
2860 S. Circle Dr.
Colorado Springs, CO
80906


To whom it may concern,

After evaluation of my patient,  Joe Oltmann,  I have determined that due to his immune state, it would put him at a medically unreasonable risk to come in person. Please make reasonable accommodations to keep him healthy and safe during these challenging times.



Thank you for your understanding,

Dr. Rae Ann Weber
Family Physician

2860 S. Circle Dr.
Colorado Springs, CO
80906
(719) 464-6966