IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT**

---

    Defendants Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. (collectively "Defendants"), pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and to Local Rule 6.1, file this Unopposed Motion for Extension of Time to Answer Plaintiff's Amended Complaint. In support of this Motion, Defendants state as follows:

    1.    On March 15, 2023, the Court issued an Order denying Defendants' Corrected Rule 12(b)(6) Motion to Dismiss Amended Complaint. (Doc. 119).

    2.    Federal Rule of Civil Procedure 12(a) provides that when a motion to dismiss under Rule 12(b) is denied, a "responsive pleading must be served within 14 days after notice of the court's action." Fed. R. Civ. P. 12(a)(4)(A). Currently, Defendants' responsive pleading is due on March 29, 2023.

3.      Counsel for the parties conferred via teleconference on March 23, 2023, to discuss various matters in this litigation, primarily the status of third-party discovery.

4.      On that call, counsel for Defendants indicated their intention to file a timely answer to Plaintiff's Amended Complaint (Doc. 21) on or before March 29, 2023.

5.      Plaintiff's counsel then indicated that Plaintiff intends to file a motion for leave to file a second amended complaint. Plaintiff's counsel confirmed this intent via email. (March 23 Email Corres., Ex. A).

6.      Plaintiff's counsel further stated that, "If [Defendants would] like more time to file an answer in light of our filing of that motion, [Plaintiff] would not oppose." (Ex. A).[1]

7.      Rule 6(b) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time [....] if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).

8.      Defendants have confirmed they intend to oppose Plaintiff's motion for leave to file a second amended complaint. (Ex. A).

9.      In light of Plaintiff's impending motion for leave to file a second amended complaint, Defendants seek leave to file their answer within 14 days of when the Court has issued its order on Plaintiff's motion for leave to file a second amended complaint.

---

[1] To date, the parties have consistently and amicably coordinated scheduling matters in this litigation. Pursuant to Local Rule 6.1(a) and Section IV(F)(2) of the Honorable Judge Nina Y. Wang's Civil Practice Standards, Defendants state that the parties have collectively agreed to three extensions of time to respond to Plaintiff's Complaint and Amended Complaint. (Doc. 6, 14, 24).

2

10. Defendants have "good cause" to seek this relief under Fed. R. Civ. P. 6(b)(1)(A). Plaintiff's Amended Complaint exceeds 70 pages and comprises 134 enumerated paragraphs. (Doc. 21). The parties anticipate the proposed second amended complaint will exceed these totals. Judicial efficiency recommends granting Defendants' Motion, as they would be spared the potential need to prepare duplicative responses to voluminous complaints. *See Hardee v. Joshua Baer & Co.*, No. CIV 04-0097 JB/WDS, 2004 U.S. Dist. LEXIS 28288, at *6-7 (D.N.M. June 14, 2004) ("Under rule 6(b)(2) of the Federal Rules of Civil Procedure, the Court has broad discretion to enlarge time to permit a defendant to file an answer if justice so requires.").

11. Further, no prejudice would result if this Motion were granted. This Motion is unopposed, and Defendants intend to file an answer promptly once the Court has determined which complaint is operative in this case. *Fowles v. Atchison Auto. Plaza, Inc.*, No. 19-2222-KHV-GEB, 2019 U.S. Dist. LEXIS 114994, at *1 (D. Kan. July 11, 2019) (noting unopposed motions for extension of time to answer may be granted). Defendants do not believe that their requested relief will affect any other date currently set in the case.

Having shown good cause, Defendants seek that their Motion be granted.

**CERTIFICATE OF CONFERRAL**

Counsel for Defendants has conferred with counsel for Plaintiff relating to the relief sought by this Motion, pursuant to Local Rule 7.1(a). Plaintiff is unopposed to the relief requested.

**CERTIFICATE OF SERVICE ON CLIENT**

Counsel for Defendants has served this Motion on Defendants, pursuant to Local Rule 6.1(c).

DATED:  March 28, 2023               **PARKER DANIELS KIBORT LLC**

By: */s/ Ryan P. Malone*
Andrew D. Parker (MN Bar #195042)
Jesse H. Kibort (MN Bar #328595)
Abraham S. Kaplan (MN Bar #399507)
Ryan P. Malone (MN Bar #395795)
123 N. Third Street, Suite 888
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
kibort@parkerdk.com
kaplan@parkerdk.com
malone@parkerdk.com

*Counsel for Defendants*

# EXHIBIT A

| | |
|---|---|
| **From:** | Ryan Malone |
| **To:** | Brad Kloewer |
| **Cc:** | Jesse Kibort; Andrew Parker; Charlie Cain; Scotti Beam; Dave Jennings |
| **Subject:** | RE: Coomer v. Lindell - Conferral re Motion to Amend Complaint |
| **Date:** | Thursday, March 23, 2023 12:55:00 PM |

Brad,

Thank you. I am confirming Defendants will oppose Plaintiff's motion for leave to file a second amended complaint. Also, we will likely seek additional time on the answer. If we do, I will get back to you with a draft of an unopposed motion by early next week.

-Ryan

**From:** Brad Kloewer <bkloewer@cstrial.com>
**Sent:** Thursday, March 23, 2023 12:49 PM
**To:** Ryan Malone <Malone@parkerdk.com>; Jesse Kibort <Kibort@parkerdk.com>; Andrew Parker <Parker@parkerdk.com>; Charlie Cain <ccain@cstrial.com>; Scotti Beam <sbeam@cstrial.com>; Dave Jennings <djennings@cstrial.com>
**Subject:** Coomer v. Lindell - Conferral re Motion to Amend Complaint

Ryan,

In our call this morning you mentioned wanting to resolve the Newsmax issue prior to your answer deadline next Wednesday. We'd also like to get this resolved quickly, but we haven't been able to get a call scheduled with Newsmax yet. In any case, we do intend to file a motion for leave to file a second amended complaint on or before next Wednesday. If you'd like more time to file an answer in light of our filing of that motion, we would not oppose.

We'll be moving to add additional allegations to account for post-FAC publications, as well as claims for punitive damages and for unjust enrichment. I presume you'll oppose that motion, but please confirm.

_____

Brad Kloewer
Cain & Skarnulis PLLC
Salida, CO 81201
719-530-3011
bkloewer@cstrial.com

IMPORTANT NOTICE:  The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities.  If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed

to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cain & Skarnulis PLLC for any loss or damage arising in any way from its use.