**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

# EXHIBIT 3

---

```
 1           IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLORADO
 3    ----------------------------------------------------
 4    Eric Coomer, Ph.D.,
 5              Plaintiff,
 6       vs.              Civil Action No. 1:22-cv-01129-WJM
 7    Michael J. Lindell, Frankspeech LLC,
 8    and My Pillow, Inc.,
 9              Defendants.
10    ----------------------------------------------------
11
12         VIDEOTAPED DEPOSITION OF MICHAEL J. LINDELL
13         DESIGNATED REPRESENTATIVE OF MY PILLOW, INC.
14                    VOLUME I (Pages 1-370)
15
16
17    DATE:    March 8, 2023
18    TIME:    9:30 a.m. CST
19    PLACE:   PARKER DANIELS KIBORT, LLC
20             Colwell Building, Suite 888, 123 North 3rd St
21             Minneapolis, Minnesota 55401
22
23
24    REPORTED BY: KELLEY E. ZILLES, RPR
25    Job No.: 5761446
```

Page 1

```
 1                          APPEARANCES
 2
 3    On Behalf of Plaintiff:
 4         CHARLES J. CAIN, ESQ.
 5         Ccain@cstrial.com
 6         BRADLEY A. KLOEWER, ESQ.
 7         Bkloewer@cstrial.com
 8         Cain & Skarnulis PLLC
 9         P.O. Box 1064/101 N. F Street, Suite 207
10         Salida, Colorado 81201
11
12    On Behalf of Defendant:
13         RYAN MALONE, ESQ.
14         Malone@parkerdk.com
15         Parker Daniels Kibort
16         888 Colwell Building
17         123 North Third Street
18         Minneapolis, Minnesota 55401
19
20    ALSO PRESENT:
21         Katelyn Gamlin (Until 9:48 a.m.)
22         Adam Wallin, Videographer
23
24    NOTE:  Original deposition transcript will be provided
25    to Charles J. Cain, Esq. as taking party of deposition.
```

Page 2

```
 1                              INDEX

 2                      (Volume 1 - Pages 1-370)

 3

 4

 5

 6    WITNESS:  MICHAEL J. LINDELL                              PAGE

 7

 8

 9

10    EXAMINATION BY MR. CAIN..............................   6

11    AFTERNOON SESSION................................... 226

12

13

14

15

16    OBJECTIONS... 12, 15, 38, 39, 40, 42, 49, 60, 69, 84,

17    92, 103, 105, 112, 170, 185, 225, 253, 259, 281, 282,

18    286, 294, 295, 306, 323

19

20

21

22

23

24

25

                                                         Page 3
```

```
 1     EXHIBITS MARKED AND REFERRED TO:

 2

 3     Exhibit 60    Plaintiff's First Amended Notice of

 4                   Intention to Take Oral and Videotaped

 5                   Deposition of the Authorized

 6                   Representative(s) of My Pillow, Inc....   8

 7

 8     Exhibit 61    Bill Payments for CD Solutions Inc..... 121

 9

10     Exhibit 62    Text Messages (MYPILLOW-002134-319).... 152

11

12     Exhibit 63    My Pillow Ads on Fox News Since 2017... 169

13

14     Exhibit 64    My Pillow Flash Sale Ad................ 192

15

16     Exhibit 65    Flash Drive............................ 201

17

18     Exhibit 66    Text String (MYPILLOW-000723-24)....... 242

19

20     Exhibit 67    Cyber Symposium Expenses............... 268

21

22     Exhibit 68    Email Chain to Mike, From Shiva Ayyadurai,

23                   2/18/21, Subject: Fwd: Digital Ballot

24                   Image Follow Up (LINDELL-001040-41).... 273

25
```

Page 4

1    Exhibit 69    Email Chain to Kim Rasmussen, From M
2                  Lindell, 2/25/21, Subject: Fwd: Regarding
3                  Your Lawsuit (LINDELL-001293-94)....... 275
4
5    Exhibit 70    Email Chain to Todd Carter, From RJ
6                  Johnston, 6/1/21, Subject: Re: More
7                  Rally Updates.......................... 290
8
9    Exhibit 71    Email Chain to Mike Lindell, From Janet
10                 Lynn, 8/2/21, Subject: 3-D Model of
11                 Cyber Symposium Venue Layout........... 297
12
13   Exhibit 72    Email Chain to Janet Lynn, From James
14                 Oaks, 8/4/21, Subject: Re: Cyber
15                 Symposium Day 1 Program Agenda......... 309
16
17   Exhibit 73    Excel Spreadsheet (My Pillow 730)...... 336
18
19   Exhibit 74    Excel Spreadsheet (Lindell 1).......... 355
20
21   Exhibit 75    Texts with Tina Peters
22                 (LINDELL-001419-24).................... 358
23
24   (Original exhibits attached to original transcript.
25   Copies attached to transcript copies.)

1            VIDEO TECHNICIAN:  We are going on the
2    record at 9:36 a.m. on March 8th, 2023.  This is the
3    video recorded deposition of designated representative
4    of My Pillow, Incorporated, Michael J. Lindell, being
5    taken by counsel for the plaintiff in the matter of Eric
6    Coomer, Ph.D. versus Michael J. Lindell, Frankspeech,
7    LLC, and My Pillow, Incorporated, in the United States
8    District Court for the District of Colorado, Civil
9    Action No:  1:22-cv-01129-WJM.
10           This deposition is being held in Minneapolis,
11   Minnesota.  My name is Adam Wallin from the firm
12   Veritext and I am the videographer.  The court reporter
13   is Kelley Zilles from the firm Veritext.
14           Will counsel please identify themselves for the
15   record.
16              MR. CAIN:  Charlie Cain, Brad Kloewer for
17   the plaintiff.
18              MR. MALONE:  Ryan Malone for My Pillow,
19   Incorporated.
20              VIDEO TECHNICIAN:  Will the court reporter
21   please swear in the witness.
22                  MICHAEL J. LINDELL,
23   duly sworn, was examined and testified as follows:
24                     EXAMINATION
25   BY MR. CAIN:

Page 6

```
 1        Q.  Yes, I do, because I looked at them and I
 2   couldn't, I couldn't --
 3        A.  It says Chris Ruddy emails, it says Eric Coomer
 4   emails with Newsmax and Ruddy.  It says, and then it
 5   says Coomer, from when I lost business with Eric Coomer
 6   I put a note here.  That's the only time I ever, ever
 7   said anything before I was filed.  I said one paragraph
 8   and that was after Eric Coomer made a deal with Chris
 9   Ruddy.  And that's when I lost business.  And then I
10   came out and made the comment that I said.
11             I was just, my notes to tell.  That's the only
12   thing that was ever said.  Everything else that I said
13   came after I was served papers at the capitol in
14   Colorado, it was just my personal notes here.
15             I made one comment in two years and that was
16   after Eric Coomer hurt me by going to Newsmax and
17   whatever he said to them so I couldn't appear on Newsmax
18   anymore and that's it.  And I talked to Ruddy and it was
19   disgusting what he did, Eric Coomer did with Newsmax.
20   So there, that's my, that's what the notes are.
21        Q.  Okay.  Well, let me follow up then.  Who's Chris
22   Ruddy?
23        A.  He's the owner of Newsmax.
24        Q.  And you said a note, email with Chris Ruddy or
25   something to that effect?
```

Page 11

```
 1        A.   No, it was the note to tell my lawyers to get
 2   the emails from Chris Ruddy, which we've already
 3   subpoenaed you guys but you don't seem to supply
 4   anything.  We've already subpoenaed the emails from
 5   Ruddy to you, you, Mr. Lawyer, that won't give us those
 6   because you don't seem to think you have to give
 7   anything because you like your frivolous case.  That's
 8   what it is, it's a note for me to tell my lawyer.  But
 9   as long as you bring it up, this is when I went out, I
10   didn't even know who Eric Coomer was until he did this
11   dirty deal with Newsmax and Ruddy and hurt my business.
12             MR. CAIN:  Objection, nonresponsive.
13        A.   Huh, say it?
14        Q.   I said, objection, nonresponsive.
15        A.   Well, you don't like that, huh?
16        Q.   Let me explain a few things to you.
17        A.   What?
18        Q.   Let me explain a few more things to you.
19        A.   Mm-hmm.
20        Q.   Have you given a deposition before like this?
21        A.   I've given a ton of depositions.
22        Q.   Okay.  So you, you understand the process
23   somewhat?
24        A.   Mm-hmm, sure do.
25        Q.   Okay.  When I ask you a question, you need to do
```

Page 12

```
 1              I made one comment, there it is circled, that's
 2      the only one I ever made about Eric Coomer, the only
 3      thing I ever said, until after he sued me, then there's
 4      plenty in here.  That's the only statement right there
 5      that I ever said about this guy I didn't even know,
 6      period.
 7          Q.  What page are you looking at?
 8          A.  36.  I looked at this last night, it's
 9      disgusting.  That's the only thing I ever said and that
10      was the day after he made the dirty deal with Chris
11      Ruddy.  And I called Chris Ruddy up, I go, what are you
12      doing.  I go, what do you mean I can't come on and talk
13      about My Pillow anymore.  Well, he's done it with this
14      Eric Coomer.  That's when I made that statement.  I
15      never had made one statement, didn't even know who he
16      was before that.
17              All that, all this crap about Joe Oltmann who I
18      didn't even know then and all this stuff about,
19      everything after that from this on is after he sued me
20      in Colorado, every statement I made.  And I'll continue
21      to make statements about both you and him.  This is why
22      this judge should have ruled this as frivolous instead
23      of last summer sitting on it for nine months and making
24      me sit here and waste two days of my life because I
25      could be helping my employees, trying to keep them
```

Page 102

```
 1    employed while you people attack.  There's my statement.
 2              THE WITNESS:  Did you get all that?
 3              MR. CAIN:  Objection, nonresponsive.
 4       A.  No, but it's disgusting when you sit here --
 5              MR. MALONE:  Slow down.
 6       A.  I'm branded as now election, not My Pillow guy,
 7    it's the opposite.
 8              MR. MALONE:  You just got to slow it down.
 9              THE WITNESS:  I know, but it just pisses me
10    off.
11              MR. MALONE:  I understand, they understand.
12              THE WITNESS:  So disgusting.
13    BY MR. CAIN:
14       Q.  You don't remember my question, do you?
15       A.  Yeah, the question is do people know you as the
16    My Pillow guy, blah, blah, blah.  I just gave my answer.
17    No, they know me over here as this guy that's trying to
18    save our country.  But because of Lawfare and start
19    dirty things that Eric Coomer did on that one day, which
20    that's when I called him out, I can't go on my stand, I
21    can't, my company has been hurt so bad because of people
22    like this Eric Coomer, so bad, tens of millions of
23    dollars, hundreds of millions of dollars.
24       Q.  You don't remember my question, do you?
25       A.  What's your question, give me a new one.  That
```

Page 103

```
 1                    REPORTER'S CERTIFICATE
 2
 3
      STATE OF MINNESOTA   )
 4                         ) ss.
      COUNTY OF WASHINGTON )
 5
 6        I hereby certify that I reported the videotaped
      deposition of Michael J. Lindell, Volume I, on the 8th
 7    day of March 2023, in Minneapolis, Minnesota, and that
      the witness was by me first duly sworn to tell the whole
 8    truth;
 9        That the testimony was transcribed by me and is a
      true record of the testimony of the witness;
10
          That the cost of the original has been charged to
11    the party who noticed the deposition, and that all
      parties who ordered copies have been charged at the same
12    rate for such copies;
13        That I am not a relative or employee or attorney or
      counsel of any of the parties, or a relative or employee
14    of such attorney or counsel;
15        That I am not financially interested in the action
      and have no contract with the parties, attorneys, or
16    persons with an interest in the action that affects or
      has a substantial tendency to affect my impartiality;
17
          That the right to read and sign the deposition by
18    the witness was reserved.
19        WITNESS MY HAND AND SEAL THIS 22nd day of March 2023.
20
21
22
23         _____
24         Kelley E. Zilles, RPR
           Notary Public, Washington County, Minnesota
25         My commission expires 1-31-2025
```

Page 370