# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

  Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

  Defendants

---

## EXHIBIT 4

---

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLORADO
 3      Civil Action No.: 1:22-cv-01129-WJM
 4      ----------------------------------
        Eric Coomer, Ph.D.,
 5
 6              Plaintiff,
 7          vs.
 8      Michael J. Lindell, Frankspeech LLC,
        and My Pillow, Inc.,
 9
10              Defendants.
        ----------------------------------
11
                   VIDEOTAPED DEPOSITION OF
12                   MICHAEL J. LINDELL
         Designated Representative of FrankSpeech LLC
13                 Taken on MARCH 9, 2023
                   Commencing at 9:59 a.m.
14
15
16
17
18
19
20
21
22
23      REPORTED BY:  Mari Skalicky, RMR, CRR
24
25
                                           Page 1
```

```
 1                VIDEOTAPED DEPOSITION of MICHAEL J.
 2      LINDELL, taken on Thursday, March 9th, 2023,
 3      commencing at 9:59 a.m. CDT, at 123 North 3rd
 4      Street, Minneapolis, Minnesota, before Mari
 5      Skalicky, a Certified Realtime Reporter, and
 6      Notary Public of and for the State of
 7      Minnesota.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page  2

```
 1
 2                      APPEARANCES
 3   ON BEHALF OF THE PLAINTIFF:
 4        CAIN & SKARNULIS PLLC
 5        BY:  CHARLES J. CAIN, ESQUIRE
 6        BY:  BRADLEY A. KLOEWER, ESQUIRE
 7        P.O. Box 1064
 8        101 North F Street, Suite 207
 9        Salida, CO  81201
10        ccain@cstrial.com
11        bkloewer@cstrial.com
12
     On BEHALF OF THE DEFENDANTS:
13
          PARKER DANIELS KIBORTH
14
          BY:  RYAN MALONE, ESQUIRE
15
          888 Colwell Building
16
          123 North Third Street
17
          Minneapolis, MN  55401
18
          malone@parkerdk.com
19
20
21
22
23
24
25
                                         Page  3
```

```
 1
 2                      APPEARANCES
 3                      (Continued)
 4
 5    ALSO PRESENT:
 6         Adam Wallin, Videographer
 7
 8    NOTE:  The original transcript will be
 9    provided to the taking party of the
10    deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1                          I N D E X

2

     WITNESS:  MICHAEL J. LINDELL

3                                                    PAGE

4     Examination by Mr. Kloewer ............... 9

5

6     PREVIOUSLY MARKED EXHIBIT:

7     Exhibit 65   Video clips                    20

8                      * * *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                          Page  5

```
 1
        EXHIBITS INTRODUCED:
 2
        Exhibit 77    Plaintiff's First Amended    10
 3                    Notice of Intention to Take
                      Oral and Videotaped
 4                    Deposition of the Authorized
                      Representative(s) of
 5                    Frankspeech LLC
 6
        Exhibit 78    FrankSpeech screenshot       66
 7
        Exhibit 79    Frank Influencer Demo        76
 8
        Exhibit 80    Defendant Frankspeech LLC's  90
 9                    Supplemental Answers to
                      Plaintiff's First Set of
10                    Interrogatories
11      Exhibit 81    Terms of Use for Frankspeech 93
12      Exhibit 82    Screenshot from              115
                      frankspeech.com
13
        Exhibit 83    Declaration of J. Alex       118
14                    Halderman
15
16
17
18      Exhibit 84    Declaration of J. Alex       127
                      Halderman
19
        Exhibit 85    Master Consulting Services   151
20                    Agreement dated 3/11/21
21
22      Exhibit 86    PiDoxa Customer Service      160
                      Agreement
23
24
25
```

Page 6

1

2     Exhibit 87      Cyber Symposium Program        224
                      Agenda, August 10-12, 2021

3

      Exhibit 88      Website data for Cyber         265

4                     Symposium August 10 - August
                      12, 2021

5

      Exhibit 89      Defendant Frank Speech LLC's 299

6                     Responses to Plaintiff's
                      Requests for Admission

7

8

9

10

11    (Original exhibits attached to original

12    transcript; copies to counsel as requested.

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
800-336-4000

```
 1     P R O C E E D I N G S

 2

 3              THE VIDEO OPERATOR:  We are going on

 4         the record at 9:59 a.m. on March 9th,

 5         2023.

 6              This is the video-recorded deposition

 7         of the designated representative of

 8         FrankSpeech LLC, Michael J. Lindell, taken

 9         by counsel for the plaintiff, in the

10         matter of Eric Coomer, Ph.D., versus

11         Michael J. Lindell, FrankSpeech LLC, and

12         My Pillow, Incorporated, in the United

13         States District Court for the District of

14         Colorado, Civil Action number

15         1:22-cv-01129-WJM.

16              This deposition is being held in

17         Minneapolis, Minnesota.  My name is Adam

18         Wallin, from the firm Veritext, and I'm

19         the videographer.  The court reporter is

20         Mari Skalicky from the firm Veritext.

21              Will counsel please identify

22         themselves for the record.

23              MR. KLOEWER:  Brad Kloewer for the

24         plaintiff, and I'm joined by Charley Cain.

25              MR. MALONE:  Ryan Malone for
```

Page 8

```
 1          FrankSpeech LLC.
 2              THE VIDEO OPERATOR:  Will the court
 3          reporter please swear in the witness.
 4              (Whereupon, the deposition of MICHAEL
 5          J. LINDELL was commenced at 9:59 a.m. as
 6          follows:)
 7
 8                  MICHAEL J. LINDELL,
 9           after having been first duly sworn,
10          deposes and says under oath as follows:
11                        - - -
12                     EXAMINATION
13      BY MR. KLOEWER:
14      Q.  Good morning, Mr. Lindell.  My name is
15          Brad Kloewer, counsel for Dr. Eric Coomer.
16              We already went through some
17          introductory ground rules yesterday.  I
18          know we've already discussed those, the
19          deposition here today.
20              I do just want to clarify before we
21          start, are you on any medications or
22          anything that may affect your ability to
23          provide testimony here today?
24      A.  No.
25      Q.  And what we discussed yesterday was the
```

                                             Page 9

```
 1    A.   No.

 2    Q.   Did you read the complaint against you for

 3         the first time two days ago?

 4    A.   Last night.  Last night or two nights ago,

 5         I read it.

 6    Q.   You didn't read the complaint after you

 7         were sued?

 8    A.   No.  I took it -- I was so upset with you

 9         guys, I took it and gave it to my lawyers

10         and said, "Throw it on the pile."

11              I never read it until two nights ago.

12         That's why I was so mad when I came in

13         here.

14              How could a judge not dismiss this

15         ten months ago?  And I'll put that back on

16         the record.  That judge that you guys

17         brought this before.  And when this should

18         have been up for dismissal, it's shameful

19         what she did, that she didn't even rule on

20         it to dismiss it or not.  And we got to go

21         through all of this, and my employees,

22         myself, wasting time.

23              Yesterday my website went down

24         because you guys took up my time.  Nobody

25         bothered to ask me.  I don't know anything
```

Page 140

```
 1     STATE OF MINNESOTA )
                         :        CERTIFICATE
 2     COUNTY OF HENNEPIN )
 3          I hereby certify that I reported the
       deposition of MICHAEL J. LINDELL on
 4     MARCH 9, 2023 in Minneapolis, Minnesota, and
       that the witness was by me first duly sworn to
 5     tell the whole truth;
 6          That the testimony was transcribed under
       my direction and is a true record of witness
 7     testimony;
 8          That the cost of the original has been
       charged to the party who noticed the
 9     deposition, and that all parties who ordered
       copies have been charged at the same rate for
10     such copies;
11          That I am not a relative or employee or
       attorney or counsel of any of the parties or a
12     relative or employee of such attorney or
       counsel;
13
            That I am not financially interested in
14     the action and have no contract with the
       parties, attorneys, or persons with an
15     interest in the action that affects or has a
       substantial tendency to affect my
16     impartiality;
17          That the right to read and sign the
       deposition was reserved.
18
            WITNESS MY HAND AND SEAL this
19     23RD DAY OF MARCH 2023.
20
21
22
            Mari A. Skalicky
23          Registered Merit Reporter
            Certified Realtime Reporter
24
25
```

Page 325