## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

      Defendants

---

## EXHIBIT 5

---



Tweet

🇺🇸🇺🇸 Josh Dunlap🇺🇸🇺🇸 🇺🇸 ULTRA-MAGA ✓
@JDunlap1974

Imagine if this was said about Biden



"Don't Worry About The Election, Trump Not Gonna Win. I Made F*cking Sure Of That!"

- Eric Coomer
Director of Strategy and Security
Dominion Voting Systems
(talking on an antifa conference call)

5:35 AM · Mar 27, 2023 · 29.3K Views

1,781 Retweets   57 Quotes   2,073 Likes   20 Bookmarks

Norm's Official Parody Account ✓ @elon_account · 13h

jan-6.com
Private Messages in Fox News Dominion Lawsuit Raise Doubts Abou...
Dominion lawsuit texts show Tucker Carlson admitting baseless claims on his show, raising doubts on his credibility and use of Jan 6...

♡ 2   ⇄   ♡   ⊪ 238

Show replies

Buckminster Fuller ✓ @BuddingtonII · 8h
I'll remember his face in the lineup...
♡   ⇄ 2   ♡   ⊪ 168

Sharkman690 ✓ @Sharkman690 · 6h
All HELL would break loose
♡   ⇄   ♡   ⊪ 48

S.O @Tideffect · 14h
Double standards. All the time
♡   ⇄   ♡   ⊪ 192

Janice Miksad @Miksad1 · 13h
But he looks so trustworthy...
♡   ⇄   ♡ 3   ⊪ 305

HarrytheHorse @Lighthorse420 · 12h
Should be arrested and charged w conspiracy! #filthydembot
♡ 1   ⇄   ♡ 13   ⊪ 222

TimHill77 @twhill77 · 12h
That would be SStupid.
♡   ⇄   ♡ 2   ⊪ 254

Norbert Schreiner Sr @SrSchreiner · 12h
I can imagine! Antifa would be there rioting!
♡   ⇄   ♡ 9   ⊪ 182

Epstein's Sheet. 🤫 @meantweeting1 · 12h
Bragging about his caper. He looks like ANTIFA too. Our military leaders should be ashamed of themselves.
♡   ⇄ 2   ♡ 20   ⊪ 273

Kat Sprague 🇺🇸 Justice4J6 @KatSprague1 · 12h
Aaaaand we still have Dominion voting machines. The machines contributed to Carlet Katie's theft of the AZ gubernatorial seat from conservative Kari Lake. Nothing has changed even though it's clear that Dominion is rigged. How can we ever have honest elections again?
♡   ⇄   ♡ 18   ⊪ 161

Air Sign ✈️ @LeahAzucenas · 12h
He's committed Treason
♡   ⇄   ♡ 5   ⊪ 225

Al E @AllenEv86175458 · 11h
Why is he not in prison?
♡   ⇄   ♡ 4   ⊪ 236

James D Richard 🇺🇸🇺🇸🇺🇸 @JamesDRichard3 · 11h
How is this not a legal issue?
♡   ⇄   ♡   ⊪ 124

KP406 @KP4063 · 11h
Perhaps the @DOJ would like to ask him what he meant by that statement?
♡   ⇄   ♡ 3   ⊪ 161

CFL Troublemaker @1stH6sH0PFL · 11h
This should alone, in a nation of civilized inhabitants, should be enough to overturn the 2020's.
♡ 1   ⇄   ♡   ⊪ 172

CFL Troublemaker @1stH6sH0PFL · 1h
Every major U.S. would have been on literal 💥.
♡   ⇄   ♡ 2   ⊪ 91

The Alex Kirsch Project #voteblue @TheAKirschProj · 1h
Lol. Its a meme. Lol.
♡   ⇄   ♡   ⊪ 206

kevin kujan @kevinkujan · 1h
Why is he not questioned!
♡   ⇄   ♡ 1   ⊪ 97

New to Twitter?

Sign up now to get your own personalized timeline!

🇬 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.



Relevant people

🇺🇸🇺🇸 Josh Dunlap🇺🇸 ✓     Follow
@JDunlap1974
🇺🇸 CHRISTIAN, ANTI – WOKE, MAGA, TRUMP – CONSERVATIVE. BREAKING NEWS FIRST HERE 🇺🇸



What's happening

NHL · LIVE
Panthers at Senators

Sports · Trending
Terps
1,569 Tweets

Television · Trending
#TheBachelor 🌹
Trending with Ariel

Sports · Trending
#WWERaw ❤️
Trending with Asuka, Becky

Trending in United States
#iHeartAwards2023
Trending with phoebe

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2023 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.

Log in   Sign up

Explore

Settings

**New to Twitter?**

Sign up now to get your own personalized timeline!

🔵 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

🇺🇸 Josh Dunlap🇺🇸
@DunlapWH
Follow
🇺🇸 CHRISTIAN, ANTI- WOKE, MAGA, TRUMP - CONSERVATIVE. BREAKING NEWS FIRST HERE. 🇺🇸

**What's happening**

NHL · LIVE
Panthers at Senators

Sports · Trending
Terps
1,586 Tweets

Television · Trending
#TheBachelor 🌹
Trending with Joey

Sports · Trending
#WWERaw™
Trending with Asuka, Becky

Trending in United States
#iHeartAwards2023
Trending with phrases

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···
© 2023 Twitter, Inc.

Noam's Official Parody Account @anon_account · 10h



jan-6.com
Private Messages in New Dominion Lawsuit Raise Doubts Abou...
Dominion lawsuit texts show Tucker Carlson admitting baseless claims on his show, casting doubts on his credibility and use of Jan 6...

Show replies

Buckminster Fuller @BuckingtonD · 8h
I'll remember his face in the lineup...

Sharkman490 @Sharkman490 · 8h
All HELL would break loose

S.O @TDadRey1 · 14h
Double standards. All the time

Jenise Mikaad @Mikaad1 · 10h
But he looks so trustworthy...

HairyNeNorth @HairyNeNorth · 12h
Should be arrested and charged a conspiracy! #filthydenizen

Tom6677 @tom6677 · 12h
That would be BBspld.

Norbert Schreiner Sr @Sr@cheese · 12h
I can imagine Antifa would be there rioting!

Epstein's Short. T @moochiereligh · 12h
Bragging about his caper. He looks like ANTIFA too. Our military leaders should be ashamed of themselves.

Kel Sprague 🇺🇸 Justice 4All @KelSprague2 · 12h
Aaaaand we still have Dominion voting machines. The machines contributed to Carter Kalis's theft of the AZ gubernatorial seat from conservative Kari Lake. Nothing has changed even though it's clear that Dominion is rigged. How can we ever have honest elections.

Air Sign 🇺🇸 @LiveFutureman · 12h
He's committed Treason

Al X @AldeeDxMFS48 · 12h
Why is he not in prison?

James D Richard 🇺🇸🦅 @speed3Richard3 · 14h
How is this not a legal issue?

KPb06 @KPb06663 · 9h
Perhaps the 00Q would like to ask him what he meant by that statement?

CPL Troublemaker @tumbleHOPPL · 9h
This should alone, in a nation of civilized inhabitants, should be enough to overturn the 2020's.

CPL Troublemaker @tumbleHOPPL · 9h
Every major U.S. would have been on these 🦅.

The Alex Kirsch Project #votehblue @TheAlKirschProj · 9h
Lip Re a meme. Lol.

kevin kojan @kevinkojan1 · 9h
Why is he not questioned!

JJ @Jose_FloridaJN · 10h



Woman who paid for Russian
propaganda on her political
opponent warns Republicans
will try to sway 2024 election

Fu U @Fu@0N972569 · 10h
Biden did say they have the most extensive election fraud group.

TheBigTexan8 🇺🇸 @thisHandoff07557 · 9h
If he actually did what he said, it would be treason.

Mike Chen @MikeChen278044b · 9h
Arrest him!

John Turner @JohnTur59344748 · 9h
Yeah ✓✓

Johnjwayne @JohnjwayneT6 · 9h
He needs to pay the ultimate price.

TrumptheGoat @TrumptheGoat · 9h



Kyle Bradford @commonsensehal · 9h
ANTIFA conference call LOL, y'all are the best

Gio @BuddhiNFin2LA · 9h



THE
CURE
FOR
TREASON

Michael J Ranieri @MichaelJRanieri · 9h
The real insurrection!

Oak Monster @OakAMonster1 · 7h
@realAnon

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up