# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

# EXHIBIT 9

---

```
 1              UNITED STATES DISTRICT COURT.
 2             FOR THE DISTRICT OF COLORADO
 3
 4           Civil Action No.: 1:22-cv-01129-WJM
 5    --------------------------------
      Eric Coomer, Ph.D.,
 6
 7             Plaintiff,
 8         vs.
 9    Michael J. Lindell, Frankspeech LLC, and My
      Pillow, Inc.,
10
11             Defendants.
      ----------------------------------
12
                    VIDEOTAPED DEPOSITION OF
13                         VOLUME II
                      MICHAEL J. LINDELL
14     Designated Representative of My Pillow, Inc.
                    Taken on MARCH 9, 2023
15                Commencing at 9:30 A.M.
16
17
18
19
20
21
22
23
24
25    REPORTED BY:  Mari Skalicky, RMR, CRR
```

Page 371

```
 1         VIDEOTAPED DEPOSITION of
 2    MICHAEL J. LINDELL, taken on Thursday, March
 3    9th, 2023, commencing at 9:30 a.m. CDT, at 123
 4    North 3rd Street, Minneapolis, Minnesota,
 5    before Mari Skalicky, a Certified Realtime
 6    Reporter, and Notary Public of and for the
 7    State of Minnesota.
 8                      ***********
 9                      APPEARANCES
10
11    ON BEHALF OF THE PLAINTIFF:
12         CAIN & SKARNULIS PLLC
13         BY:  CHARLES J. CAIN, ESQUIRE
14         BY:  BRADLEY A. KLOEWER, ESQUIRE
15         P.O. Box 1064/101 N. F Street
16         Suite 207
17         Salida, CA  81201
18         ccain@cstrial.com
19         bkloewer@cstrial.com
20
21
22
23
24
25
```

Page 372

```
 1
 2    On BEHALF OF THE DEFENDANTS:
 3         PARKER DANIELS KIBORT
 4         BY:  RYAN MALONE, ESQUIRE
 5         888 Colwell Building
 6         123 North Third Street
 7         Minneapolis, MN  55401
 8         malone@parkerdk.com
 9
10    ALSO PRESENT:
11         Adam Wallin, Videogrpaher
12
13    NOTE:  The original transcript will be
14    provided to the taking party of the
15    deposition.
16
17
18
19
20
21
22
23
24
25
```

Page 373

```
 1                       I N D E X

 2

 3    WITNESS:  MICHAEL J. LINDELL              PAGE

 4    Examination by MR. CAIN ..................375

 5

 6

 7                       E X H I B I T S

 8    EXHIBITS INTRODUCED:                       PAGE

 9    No. 76    Email dated April 8, 2022........377

10              from Mike Lindell to Robert Herring

11

12

13    (Original exhibits attached to original

14     transcript; copies to counsel as requested.)

15

16

17

18

19

20

21

22

23

24

25

                                              Page 374
```

```
 1              P R O C E E D I N G S
 2          THE VIDEO OPERATOR:  We are going on
 3     the record at 9:35 a.m. on March 9, 2023.
 4     This is the video-recorded deposition of
 5     designated representative of My Pillow
 6     Inc. Michael J. Lindell, Volume Two.
 7          My name is Adam Wallin from the firm
 8     Veritext, and I am the videographer.  The
 9     court reporter is Mari Skalicky.  We are
10     both with the firm Veritext.  Will counsel
11     please identify themselves for the record?
12          MS. CAIN:  Charley Cain and Brad
13     Kloewer for the plaintiff.
14          MR. MALONE:  Ryan Malone for My
15     Pillow, Incorporated.
16          THE VIDEO OPERATOR:  Will the court
17     reporter please swear in the witness.
18          MR. CAIN:  He's been sworn in already
19     and still under oath but he should be
20     sworn in again.
21          THE WITNESS:  Okay.  When you just
22     said Mike Lindell, My Pillow, isn't this
23     Frankspeech today?
24          MR. KLOEWER:  We're just finishing
25     up.  We've got about 12 minutes left.
```

Page 375

```
 1           we have a time check?
 2                THE WITNESS:  Okay.  Yep, I want a
 3           time check because it was said, I think it
 4           was agreed to 21 minutes.
 5                THE VIDEO OPERATOR:  Today has been
 6           14 minutes.
 7      BY MR. CAIN:
 8      Q.   I thought you said we would be here for 12
 9           hours if that's what it takes.
10      A.   You're only allowed so much for this
11           yesterday.  That was put into the thing.
12      Q.   So I'll say a few things then for the
13           record and we'll conclude for today.
14           Number 1, there has been several
15           individuals that I've asked you for
16           information on, identification, board
17           members, employees, other people that
18           you've had conversations with that you've
19           refused to provide to me.  Do you
20           understand that?
21      A.   That's correct.  You will not attack them.
22           I'm protecting them.
23      Q.   I'm not going to attack anybody.
24      A.   Yes, you do.
25      Q.   Trying to collect information.
```

Page 391

```
 1    A.   That's what you do.
 2    Q.   I had come prepared yesterday, and the
 3         record will just reflect what happened
 4         yesterday.  I don't need to characterize
 5         it, but I had come prepared to show you a
 6         series of video clips, many of which you
 7         referenced interviews at CNN, during the
 8         symposium, discussions on Bannon's podcast
 9         referencing Eric Coomer.
10              We didn't go through your discovery
11         responses because of how yesterday went, a
12         number of emails that I wasn't able to
13         show you, and I am going to be asking and
14         reserving the right to ask the court to
15         order you to be redeposed on additional
16         issues with additional time.  And I will
17         be seeking costs --
18    A.   I'm going to seek taking you to court
19         because of what you've done to my
20         employees.  Everything you said comes
21         after you sued me; everything I said.
22         You're an evil, evil man.  There, that's
23         on the record, very evil.  What you've
24         done to my employees, everything that you
25         were going to say comes after you sued me;
```

Page 392

```
 1        everything I said.  And I stand by what I
 2        said.  You're an ambulance-chasing lawyer,
 3        evil person, you and your Eric Coomer
 4        buddy, so you will be sued.  Don't worry.
 5        And you will be sued big because I won't
 6        back down.
 7               MR. CAIN:  All right.  Anything else?
 8         So with that, Ryan, unless you have a
 9         different take on this, I'd like to
10         conclude this deposition, which means it
11         will be put into a transcript and it will
12         be sent to you for your review and
13         signature.  And then to the extent that we
14         want to address any other issues with the
15         court, we can do that later.
16    A.   I'll sue you later.  Don't worry.
17               MR. MALONE:  We agree to conclude.
18         We'll read and sign and reserve further
19         questions and responses to any motions,
20         and let's move on.
21               THE VIDEO OPERATOR:  We're going off
22         the record at 9:53 a.m.
23              (The right to read and sign the
24         deposition was preserved.)
25
```

Page 393

```
STATE OF MINNESOTA )
                   :    CERTIFICATE
COUNTY OF HENNEPIN )
```

I hereby certify that I reported the deposition of MICHAEL J. LINDELL on MARCH 9, 2023 in Minneapolis, Minnesota, and that the witness was by me first duly sworn to tell the whole truth;

That the testimony was transcribed under my direction and is a true record of witness testimony;

That the cost of the original has been charged to the party who noticed the deposition, and that all parties who ordered copies have been charged at the same rate for such copies;

That I am not a relative or employee or attorney or counsel of any of the parties or a relative or employee of such attorney or counsel;

That I am not financially interested in the action and have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect my impartiality;

That the right to read and sign the deposition was reserved.

WITNESS MY HAND AND SEAL this 23RD DAY OF MARCH 2023.

_____
Mari A. Skalicky
Registered Merit Reporter
Certified Realtime Reporter