## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.

    Plaintiff,

v.

MIKE J. LINDELL, FRANKSPEECH, LLC, MY PILLOW, INC.

    Defendants.

## ENTRY OF APPEARANCE ON BEHALF OF NON-PARTY DOMINION VOTING SYSTEMS, INC.

Stanley L. Garnett, of Garnett Powell Maximon Barlow, hereby enters his appearance on behalf of Non-Party Dominion Voting Systems, Inc. in this case.

Please include the undersigned on all pleadings filed or orders issued in this case with respect to those involving Dominion Voting Systems, Inc.

Dated: April 7, 2023

GARNETT POWELL MAXIMON BARLOW

By: s/ *Stanley L. Garnett*
    Stanley L. Garnett
900 Arapahoe Avenue
Boulder, Colorado 80302
303.991.3344
stan.garnett@garnettlegalgroup.com

Attorney for Non-Party
DOMINION VOTING SYSTEMS, INC.

- 2 -

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on this 7th day of April, 2023, a true and correct copy of the foregoing was filed via the United States District Court's CM/ECF filing system, which will provide electronic notice of the filing to all counsel of record.

         s/ *Stanley L. Garnett*_____
         Stanley L. Garnett