IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 22-cv-01129-NYW-SKC | Date: April 12, 2023 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| ERIC COOMER, Ph.D., | Bradley Kloewer |
| | Charles Cain |
| Plaintiff, | |
| v. | |
| MICHAEL J. LINDELL, | Andrew Parker |
| FRANKSPEECH LLC, and | Ryan Malone |
| MY PILLOW, INC., | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

**1:11 p.m.   Court in session.**

Appearances of counsel. Also present for Non-Party Dominion Voting Systems, Inc. are Rosa Baum and Stanley Garnett.

**ORDERED:** Third-Party Tina Peters' Unopposed Motion for Leave to File a Surreply in Response to Plaintiff's Reply to Third-Party Tina Peters' Response to Motion to Compel Document Production and Deposition Testimony [ECF No. 114] Filed February 27, 2023 [Doc. 115] is GRANTED. The Court accepts for filing Third-Party Tina Peters' Surreply [Doc. 115-1].

**ORDERED:** Defendants' Unopposed Motion for Extension of Time to Answer Amended Complaint [Doc. 124] is GRANTED.

**ORDERED:** No later than April 27, 2023, Defendants shall file a response to Plaintiff's Motion for Leave to File Second Amended Complaint [Doc. 127]. Defendants

>   shall indicate in their response if they request oral argument and if an attorney with ten or less years of experience is available for oral argument.  Plaintiff shall file a reply to his Motion no later than fourteen days after Defendants' response.  The Court will review the briefing and set in-person oral argument on the motion if appropriate.

Argument held regarding Non-Party Dominion Voting Systems, Inc.'s Motion to Modify Defendants' Subpoena [Doc. 125].

**ORDERED:** **Non-Party Dominion Voting Systems, Inc's Motion to Modify Defendants' Subpoena [Doc. 125] is ruled on as follows: The Court will limit Topic 11 to Dr. Coomer's role or title and duties as a current or former employee of Dominion Voting Systems, Inc. and any ownership that Dr. Coomer had or has with respect to Dominion Voting Systems, Inc.**

**Topic 12 is taken under advisement and the Court will issue a written order.**

**The Court will strike Topic 13 insofar as it goes beyond having Dominion Voting Systems, Inc. identify Dr. Coomer's patent and the policy that Dominion has with respect to any assignment of patents to Dr. Coomer as an assignee.**

**Topics 22 and 23 are taken under advisement and the Court will issue a written order.**

**With respect to Topic 24, the Court clarifies that the objection comes from the underlying request for production which the Court will address within the context of the requests for production.**

**Topic 26 is stricken without prejudice.**

**Topics 27, 29, and 30, and Requests for Production 25-28 are taken under advisement and the Court will issue a written order.**

**Topic 28 is taken under advisement and the Court will issue a written minute order.**

**Topic 31 and Request for Production 29 are stricken as irrelevant.**

**The Court will permit Topic 32.**

**Topic 33 will be permitted as limited to the use of social media.**

**Topic 12 and Request for Production 30 are taken under advisement and the Court will issue a written order.**

        **Request for Production 31 is stricken as irrelevant.**

        **Request for Production 32 is taken under advisement and the Court will issue a written minute order.**

        **Request for Production 33 is permitted.**

        **Request for Production 34 is permitted insofar as it is limited to documents relating to policies and procedures about endorsement of candidates for political office as limited to social media.**

        **Request for Production 35 is taken under advisement and the Court will issue a written order.**

**2:44 p.m.**       **Court in recess.**

Hearing concluded.
Total time in court:     1:33