IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

**STIPULATED MOTION FOR LEAVE TO DISCLOSE CERTAIN CONFIDENTIAL DOCUMENTS**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), through counsel, files this Stipulated Motion for Leave to Disclose Certain Confidential Documents as follows:

**CERTIFICATE OF CONFERRAL**

Plaintiff emailed Defendants with respect to the relief requested herein on April 18, 2023, and provided a draft motion to Defendants two days later, on April 20. On April 24, the parties had a conferral call to discuss the matter. During that call, the parties agreed to file this Stipulated Motion.

**FACTS**

1. During discovery in this case, certain documents, disclosed as MYPILLOW 000730 and LINDELL 000790 were produced. Those documents are submitted herewith as **Exhibits 1 and 2**.[1] Plaintiff wishes to disclose these documents

---

[1] MYPILLOW 000730, is a native Excel file which is being transmitted to the Court via USB for review and traditional filing. MYPILLOW 000790 is attached to this filing.

1

and their contents to the U.S. Attorney's Office and the Federal Bureau of Investigation. Plaintiff further seeks to describe and discuss these documents in a preservation request to Herring Networks, Inc. dba One America News Network (OAN).  Defendants disagree that disclosure of MYPILLOW 000730 and LINDELL 000790 to law enforcement is necessary, in particular because the content at issue is already publicly available and in possession of the government.  Plaintiff, however, is unaware of any source where the content at issue is publicly available and cannot verify that these documents have been disclosed to law enforcement.  Defendants nonetheless do not oppose the relief requested herein.

2. The Protective Order issued in this case [Dkt. 77] establishes a variety of individuals to whom confidential material can be disclosed, but does not include investigators with the U.S. Attorney's Office or the Federal Bureau of Investigation.  The Protective Order does allow, however, for the Court to enter an Order allowing for disclosure outside the limitations of that Order upon the filing of a stipulation by the parties.  *See* Dkt. 77, at ¶ 8(i).  Plaintiff, without opposition from Defendants, therefore, requests such an order here.

3. The Protective Order appears to already account for and encompass Plaintiff's request to discuss this matter with OAN.  Specifically, the Protective Order allows Plaintiff to "disclose, summarize, describe, characterize, or otherwise communicate, orally or in writing" with "Persons who appear as an author or recipient on the face of the document to be disclosed." Dkt. 77 at at ¶ 8(d). In an abundance of caution, however, Plaintiff requests an order from the Court similarly encompassing this request.

## CONCLUSION

For the foregoing reasons, Plaintiff Eric Coomer, Ph.D. respectfully requests an order maintaining the confidentiality designations of MYPILLOW 000730 and LINDELL 000790, but granting Plaintiff leave, if he chooses, to provide these documents to the U.S. Attorney's Office in Denver, Colorado and the Federal Bureau of Investigation.

Respectfully submitted this 27th day of April 2023.

| | |
|---|---|
|       */s/ Bradley A. Kloewer*<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Bradley A. Kloewer, No. 50565<br>bkloewer@cstrial.com<br>David E. Jennings, No. 54643<br>djennings@cstrial.com<br>Steve Skarnulis<br>skarnulis@cstrial.com<br>Zachary H. Bowman<br>zbowman@cstrial.com<br>**Cain & Skarnulis PLLC**<br>P. O. Box 1064<br>Salida, Colorado 81201<br>and<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>719-530-3011/512-477-5011 (Fax)<br><br>Thomas J. Rogers III, No. 28809<br>trey@rklawpc.com<br>Mark Grueskin, No. 14621<br>mark@rklawpc.com<br>**RechtKornfeld PC**<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>303-573-1900<br>**ATTORNEYS FOR PLAINTIFF** | R. Scott Reisch, #26892<br>scott@reischlawfirm.com<br>Jessica L. Hays, #53905<br>jessica@reischlawfirm.com<br>**The Reisch Law Firm, LLC**<br>1490 W. 121st Avenue, Suite 202<br>Denver, CO 80234<br>303-291-0555<br>720-904-5797—Facsimile<br><br>      */s/ Ryan P. Malone\**<br>Andrew D. Parker, MN # 195042<br>parker@parkerdk.com<br>Abraham S. Kaplan, MN #399507<br>kaplan@parkerdk.com<br>Ryan P. Malone, MN Bar # 395795<br>malone@parkerdk.com<br>Jesse H. Kibort, MN # 328595<br>kibort@parkerdk.com<br>**Parker Daniels Kibort LLC**<br>888 Colwell Building<br>123 N. Third Street<br>Minneapolis, Minnesota 55401<br>612-355-4100<br>612-355-4101—Facsimile<br>**ATTORNEYS FOR DEFENDANTS**<br>*Electronically signed with permission |