## AFFIDAVIT OF PROCESS SERVER

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Eric Coomer, Ph.D.

    Plaintiff(s),

vs.

Michael J. Lindell, et al

    Defendant(s).

Attorney: Charles J. Cain

Cain & Skarnulis PLLC
303 Colorado Street Suite 2850
Austin TX 78701



*296646*

**Case Number: 1:21-cv-01129-NYW-SKC**

Legal documents received by Same Day Process Service, Inc. on **05/10/2023** at **4:11 PM** to be served upon **Kurt Olsen** at **13317 Drews Ln., Potomac, MD 20854**

I, **Gabriel Williams**, swear and affirm that on **May 10, 2023** at **7:13 PM**, I did the following:

**Personally** Served **Kurt Olsen** the person listed as the intended recipient of the legal document with this **Subpoena to Testify at a Deposition in a Civil Action and Production of Documents; Exhibit A to Subpoena; Plaintiff's Notice of Intent to Take Oral and Video Deposition of Kurt B. Olsen; Witness Check for $40.00** at **13317 Drews Ln., Potomac, MD 20854**.

**Description of Person Accepting Service:**
Sex: Male Age: 61 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Gabriel Williams**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:296646

