**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 1**

7:42

← **realjoeoltmann** ✓
1,834 Tweets

Follow

San Antonio, Texas   Joined December 2022

**116** Following   **3,556** Followers

Not followed by anyone you're following

**Tweets**   Replies   Media   Likes

 **realjoeoltmann** ✓ @realjoeoltmann · 1h

Breaking: This is what an invasion looks like... this ladies and gentlemen in our southern border right now. Go buy ammo. Go buy guns. Get ready supplies and get connected to others.



0:11  700 views

💬 5     🔁 7     ♡ 8     📊 3,091     ⬆

 **realjoeoltmann** ✓ @realjoeoltmann · 1h

The demon radical leftists are in the top of the 8th inning.... they are pulling out all the stops and yet, are. They are legally allowed to lie to us. they are exactly what they say they are, demons, liars and terrorists. Prove

🔒 twitter.com