# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

# EXHIBIT 2



Explore

Settings

Search Twitter

**realjoeoltmann**
@realjoeoltmann

They all need to be put in front of a firing squad for treason. Americans need to treat them the way Ghaddafi was treated after the coup against Libya orchestrated by the CIA. They betrayed the people.

Liz Harrington Retweeted

**Greg Price**
@greg_price11

🚨 BREAKING: According to the Durham Report, the plan by Hillary Clinton to create a false story linking Donald Trump to Russia was briefed in August of 2016 by CIA Director John Brennan to President Obama, VP Biden, AG Loretta Lynch, and FBI Director Comey.

Agreed . . . ."

gative Referral of Possible Clinton Campaign Plan

*ctual background*

fice also considered as part of its investigation the government's ence that it received during the summer of 2016. That intelligenc roval by Hillary Clinton on July 26, 2016 of a proposal from one to vilify Donald Trump by stirring up a scandal claiming interfe ty services."[391] We refer to that intelligence hereafter as the "Cli DNI John Ratcliffe declassified the following information about t September 2020 and conveyed it to the Senate Judiciary Commit

July 2016, U.S. intelligence agencies obtained insight into Russi alleging that U.S Presidential candidate Hillary Clinton had app gn plan to stir up a scandal against U.S. Presidential candidate Do m to Putin and the Russians' hacking of the Democratic National does not know the accuracy of this allegation or the extent to whi nce analysis may reflect exaggeration or fabrication.

ing to his handwritten notes, CIA Director Brennan subsequently nt Obama and other senior national security officials on the intelli ged approval by Hillary Clinton on July 26, 2016 of a proposal f policy advisors to vilify Donald Trump by stirring up a scandal c nce by Russian security services."

intelligence to the Office's inquiry; and (iii) the Office's efforts to verify or refute the key clai. found in this intelligence.

a. Relevant facts

Before addressing the U.S. government's receipt and handling of the Clinton Plan intelligence, we reiterate below the description of that intelligence as declassified by the DNI in his September 29, 2020 letter to Chairman Graham. Ratcliffe's letter stated, in part, as follows:

> In late July 2016, U.S. intelligence agencies obtained insight into Russian intelligence analysis alleging that U.S Presidential candidate Hillary Clinton had approved a campaign plan to stir up a scandal against U.S. Presidential candidate Donald Trump by tying him to Putin and the Russians' hacking of the Democratic National Committee.[396]

As described herein and in the Classified Appendix, U.S. officials described the Clinton Plan intelligence in various other ways in their official notes and documents. As described more fully in the Classified Appendix, there were specific indications and additional facts that heightened the potential relevance of this intelligence to the Office's inquiry.

*ii. White House briefing*

On August 3, 2016, within days of receiving the Clinton Plan intelligence, Director Brennan met with the President, Vice President and other senior Administration officials, including but not limited to the Attorney General (who participated remotely) and the FBI Director, in the White House Situation Room to discuss Russian election interference efforts.[406] According to Brennan's handwritten notes and his recollections from the meeting, he briefed on relevant intelligence known to date on Russian election interference, including the Clinton Plan intelligence.[407] Specifically, Director Brennan's declassified handwritten notes reflect that he briefed the meeting's participants regarding the "alleged approval by Hillary Clinton on 26 July of a proposal from one of her [campaign] advisors to vilify Donald Trump by stirring up a scandal claiming interference by the Russian security services."[408]

*iii. FBI awareness*

The Office was unable to determine precisely when the FBI first obtained any of the details of the Clinton Plan intelligence (other than Director Comey, who attended the August 3, 2016 briefing). It appears, however, that this occurred no later than August 22, 2016. On that date, an FBI cyber analyst ("Headquarters Analyst-2") emailed a number of FBI employees, including Supervisory Intelligence Analyst Brian Auten and Section Chief Moffa, the most senior intelligence analysts on the Crossfire Hurricane team, to provide an update on Russian

12:43 PM · 5/15/23 from Earth · **277K** Views

Tweet

8:48 PM · May 15, 2023 · **1,094** Views

**16** Retweets **38** Likes **1** Bookmark

**Levi Skeets** @levi_skeets · 13h

#TRUSTISNOLONGERANOPTION
Demand recompense.

Our tax dollars should not be paying their fraudulent pensions. Their fraudulent expenses. They need to be left destitute and exiled.

The Rosenbergs were executed for

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
Sign up

# Explore

## Settings

Inugamiz @Inugamiz · 5h
So Oltman is asking for the dead of people? @TwitterSupport

❤ 2   📊 8

Show additional replies, including those that may contain offensive content   **Show**

...calling out loonie leftist liars. Love Jesus but Im not Jesus. You have been warned.

## What's happening

NBA · LIVE
**Lakers at Nuggets**

Sports · Trending
**Rigged**
71K Tweets

Sports · Trending
**Jokic**
43.3K Tweets

Action games · Trending
**Overwatch 2**
36.8K Tweets

Sports · Trending
**Joker**
50.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2023 X Corp.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in   Sign up