**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
　　　Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
　　　Defendants

_____

**PLAINTIFF'S NOTICE OF RE-FILING OF**

**(1) PLAINTIFF'S OBJECTION TO THIRD-PARTY CD SOLUTIONS INC.'S**
**CONFIDENTIALITY DESIGNATIONS [Dkt. 113]**
**AND**
**(2) PLAINTIFF'S REPLY TO THIRD-PARTY CD SOLUTIONS INC.'S**
**RESPONSE TO PLAINTIFF'S OBJECTIONS TO CONFIDENTIALITY**
**DESIGNATIONS [Dkt. 121]**

_____

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), through counsel, pursuant to this

Court's June 2, 2023 Minute Order [Dkt. 148], re-files his Objection to Third-Party

CD Solutions Inc.'s Confidentiality Designations [Dkt. 113] and his Reply to Third-Party

CD Solutions Inc.'s Response to Plaintiff's Objections to Confidentiality Objections

[Dkt. 121] each under separate ECF Docket Number contemporaneously herewith and

provides as follows:

　　　1.　　Contemporaneously herewith, Plaintiff submits redacted re-filings of

Dkt. 113 and 121 in conformity with the Amended Protective Order [Dkt. 149].

Accordingly, Plaintiff has redacted portions of those filings which "disclose or constitute"

Confidential materials.  In this instance, those redactions primarily consist of the substance of text messages designated as Confidential by third-party CDS.

2.      In reliance on footnote 4 of the Court's Minute Order [Dkt. 148], Plaintiff has not re-submitted any of the exhibits referenced in either Dkt. 113 or Dkt. 121.  Plaintiff will instead defer to any forthcoming order pertaining to those exhibits, and is allowing the current designations to remain for the time being.

3.      In consideration of its forthcoming Order, Plaintiff requests the Court take notice of the fact that CDS did not file its Response to Plaintiff's Objections [Dkt. 118], or any of its corresponding exhibits, under seal.  As a result, an unredacted copy of the deposition transcript of Max McGuire, as well as various other exhibits, have been publicly available now for nearly three months.  In addition to the arguments raised in Plaintiff's Objections and corresponding Reply, this fact alone weighs heavily in favor of striking CDS' confidentiality designations.

Respectfully submitted this 6th day of June 2023.

_____*/s/ Bradley A. Kloewer*_____

Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
David E. Jennings, No. 54643
djennings@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**
