# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

      Defendants

---

**EXHIBIT 2**
**JOINT TABLE REGARDING RESTRICTED DOCKET ENTRIES REQUIRED
BY COURT MINUTE ORDER DOCKET 148**

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

     Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

     Defendants

---

## EXHIBIT 2

---

**From:** Mike Lindell ███████████████
**To:** Robert Herring ███████████████
**Subject:** Re: Eric Coomer information
**Date:** Fri, 08 Apr 2022 17:52:32 -0500
**Importance:** Normal
**Attachments:** Coomer_Email_Permutations.xlsx; Election_&_Coomer_information.xls; COOMER_DOC.2.pdf

---

Came through !
Thank you!

Mike Lindell
CEO My Pillow, Inc


On Apr 8, 2022, at 6:34 PM, Robert Herring ███████████████ wrote:


Let me know if this comes thru ok.

Robert

**From:** Charles Herring ███████████████
**Date:** Friday, April 8, 2022 at 3:09 PM
**To:** Robert Herring ███████████████
**Subject:** Eric Coomer information

CONFIDENTIAL
CONFIDENTIAL

LINDELL-000790