IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

**NOTICE OF RE-FILING OF
DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

TO:    THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

    Defendants Michael J. Lindell, FrankSpeech LLC, and My Pillow, Inc., through their undesigned counsel of record, pursuant to this Court's Minute Order of June 14, 2023 [Dkt. 159], re-file their Memorandum of Law in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint unrestricted [Dkts. 151, 136] and properly attaching Exhibits 1 through 4 separately, and as further so ordered the redactions of Exhibit 4 [Dkt 152-1].

| | |
|---|---|
| DATED:  June 16, 2023 | **PARKER DANIELS KIBORT LLC** |
| | By: */s/  Abraham S. Kaplan* |
| | Andrew D. Parker (MN Bar #195042) |
| | Jesse H. Kibort (MN Bar #328595) |
| | Abraham S. Kaplan (MN Bar #399507) |
| | Ryan P. Malone (MN Bar #395795) |
| | 123 N. Third Street, Suite 888 |
| | Minneapolis, MN 55401 |
| | Telephone: (612) 355-4100 |
| | Facsimile: (612) 355-4101 |
| | parker@parkerdk.com |
| | kibort@parkerdk.com |
| | kaplan@parkerdk.com |
| | malone@parkerdk.com |