# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-WJM

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

## PLAINTIFF'S CONFIDENTIAL OBJECTIONS AND ANSWERS TO DEFENDANT MY PILLOW, INC.'S FIRST SET OF INTERROGATORIES

TO:   Defendant My Pillow, Inc., by and through counsel, Parker | Daniels | Kibort, 888 Colwell Building, 123 North Third Street, Minneapolis, Minnesota 55401

Plaintiff Eric Coomer, Ph.D. serves his Confidential Objections and Answers to Defendant My Pillow, Inc.'s First Set of Interrogatories to Plaintiff.

        Respectfully submitted,

        */s/ Charles J. Cain*
        Charles J. Cain, No. 51020
        ccain@cstrial.com
        Bradley A. Kloewer, No. 50565
        bkloewer@cstrial.com
        Steve Skarnulis
        skarnulis@cstrial.com
        Zachary H. Bowman
        zbowman@cstrial.com
        David E. Jennings, No. 54643
        djennings@cstrial.com
        **Cain & Skarnulis PLLC**
        P. O. Box 1064/101 N. F Street, Suite 207
        Salida, Colorado 81201
        and
        303 Colorado Street, Suite 2850
        Austin, Texas 78701
        719-530-3011/512-477-5011 (Fax)

**CONFIDENTIAL**

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on Defendants' counsel via email on this 25th day of January 2023:

R. Scott Reisch (CO Bar # 26892)
scott@reischlawfirm.com

Jessica L. Hays (CO Bar # 53905)
jessica@reischlawfirm.com

Andrew D. Parker (MN Bar #195042)
parker@parkerdk.com

Abraham S. Kaplan (MN Bar #399507)
kaplan@parkerdk.com

Jesse H. Kibort (MN Bar #328595)
kibort@parkerdk.com

Ryan Malone (MN Bar # 395795)
malone@parkerdk.com

  */s/ Charles J. Cain*
Charles J. Cain

   **CONFIDENTIAL**



**INTERROGATORY NO. 15:** Describe in detail and not in a general fashion each and every item of damages you are specifically claiming against MyPillow, including the nature of the item of damages, the amount sought, and how the amount sought was calculated. This includes, but is not limited to, wage loss, loss of future earning capacity, medical expenses, and pain and suffering.

**ANSWER: Plaintiff will rely on expert testimony to establish the full extent of damages in this case. Per the Court's January 4, 2023 Minute Order granting Plaintiff's Motion for Extension of Time to Disclose Experts, Plaintiff's deadline to produce a responsive expert report is March 7, 2023. Plaintiff will further seek non-economic damages, including pain and**

**CONFIDENTIAL**

**suffering and damages to his reputation to the fullest extent allowed, as well as punitive damages.  Plaintiff will supplement this answer accordingly.**



**CONFIDENTIAL**