# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

---

### PLAINTIFF'S MOTION FOR EXTENSION
### OF TIME IN WHICH TO COMPLETE DISCOVERY
### AND LEAVE TO EXCEED NUMBER OF DEPOSITIONS

---

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) files this Motion for Extension of Time in Which to Complete Discovery and Leave to Exceed Number of Depositions, and shows as follows:

### CERTIFICATE OF CONFERRAL

Counsel for Plaintiff has conferred with counsel for Defendants regarding the relief sought by this Motion. Defendants are partially unopposed to the relief requested. Defendants agree to allow for the depositions of three third-party witnesses, along with the deposition of one of Plaintiff's experts and named Defendant Michael J. Lindell after the current deadline of July 7, 2023 to complete discovery. Defendants are opposed to the other relief requested herein.

1

## I. LEGAL STANDARD

1. The standard for amending a Scheduling Order is provided by F.R.C.P. 16(b), which holds that "[a] schedule shall not be modified except upon a showing of good cause . . ." The decision to modify the Scheduling Order rests within the sound discretion of the trial court. *Sedillos v. Board of Educ. Of Sch. Dist. Order No. 1*, No. 0301526, 2005 U.S. Dist. LEXIS 36816 (D. Colo. Aug. 29, 2005). The standard for "good cause" is the diligence demonstrated by the moving party in attempting to meet the Court's deadlines. *Colorado Visionary Academy v. Medtronic, Inc.*, 194 F.R.D. 684, 687 (D. Colo. 2000).

## II. MOTION

2. On July 7, 2022, the Court entered the parties' original Scheduling Order [Dkt. 32].

3. On January 3, 2023, Plaintiff filed an Unopposed Motion for Extension of Expert Disclosure and Other Scheduling Order Deadlines [Dkt. 92], which the Court granted the following day [Dkt. 93].

4. On February 17, 2023, Plaintiff filed his unopposed Motion for Leave to Designate Third Expert Witness and Second Extension of Expert Disclosure and Other Scheduling Order Deadlines [Dkt. 103]. The Court granted Plaintiff's unopposed motion by Minute Order dated February 21, 2023 [Dkt. 106]. In its Minute Order, the Court extended the deadlines as follows:

- Expert Witness            05-05-23
- Rebuttal Witness          06-05-23

- Discovery cutoff          07-07-23
- Dispositive Motions due   08-04-23
- Final Pretrial Conference 10-02-23 @ 10 am

5. The parties designated expert and rebuttal witnesses in accordance with the Court's order. However, Plaintiff is certain discovery cannot be completed by the deadline previously anticipated by the parties and set by the Court's Minute Order of July 7, 2023. In particular, and as described below, a key fact witness who has been subpoenaed by both parties for deposition, Chris Ruddy, is currently contesting a deposition subpoena issued in this case. However, in addition to Mr. Ruddy's deposition, other discovery remains to be conducted despite the diligent efforts of the parties.

6. With respect to the parties' diligence, the following depositions have been conducted to date or are currently scheduled:

| Date     | Witness                  | Location                |
|----------|--------------------------|-------------------------|
| 11-07-22 | Tina Peters              | Grand Junction, Colorado |
| 11-14-22 | Joshua Merritt           | Dallas, Texas           |
| 11-17-22 | Max McGuire              | Austin, Texas           |
| 12-16-22 | Joseph Oltmann           | Denver, Colorado        |
| 02-15-23 | Eric Coomer              | Denver, Colorado        |
| 03-08-23 | My Pillow Corp Rep Day 1 | Minneapolis, Minnesota  |
| 03-09-23 | My Pillow Corp Rep Day 2 | Minneapolis, Minnesota  |
| 03-09-23 | FrankSpeech Corp Rep     | Minneapolis, Minnesota  |
| 03-30-23 | Harri Hursti             | Greenwich, Connecticut  |

| Date | Witness | Location |
|---|---|---|
| 05-20-23 | Brannon Howse | Memphis, Tennessee |
| 06-15-23 | Kurt Olsen | Washington, DC |
| 06-22-23 | Jared Finkell, MD | NYC and via Zoom |
| 07-11-23 | Dominion Corp Rep | Denver, Colorado (Tentative) |

7. **Retained Expert Depositions Remaining.** As indicated, the parties timely made expert disclosures. Of those designated, the parties anticipate taking the following depositions:

    a. Dr. J. Alex Halderman (Plaintiff's expert);

    b. Peter Kent (Defendants' expert); and

    c. Jerry Bremer (Defendants' expert).

8. Dr. Halderman will be out of the country from June 21 to July 7, 2023. As a result, the parties have not been able to establish a deposition date that falls prior to the currently scheduled discovery cut-off of July 7.

9. The parties have not yet scheduled dates for Defendants' experts. Pursuant to the July 7, 2022 Scheduling Order [Dkt. 32], the parties are limited to ten depositions each. Of the depositions listed in ¶ 5 above, Plaintiff has taken seven fact witness depositions and two party witness depositions, leaving named Defendant Michael J. Lindell as the remaining witness to be deposed. Plaintiff still requires the depositions of Defendants' experts listed in ¶¶ 6 a. and b. above, for which Plaintiff seeks leave of Court to obtain.

4

10. **Fact Witness Depositions Remaining.** In addition to Dr. Finkell (non-retained expert) and the Dominion corporate representative(s), the following fact witnesses remain to be deposed:

    a. Chris Ruddy, Newsmax CEO (subpoenaed by Defendants);

    b. Dennis Montgomery (subpoenaed by Defendants); and

    c. Defendant Michael J. Lindell.

11. Despite having been in frequent contact and engaged in multiple conferrals with both Plaintiff and Defendants since at least early March, third-party Chris Ruddy filed a motion to quash his June 21 deposition in the United States District Court for the Southern District of Florida, West Palm Beach Division, on June 9, 2023. ***See* Exhibit 1** (filed without exhibits thereto). Both Plaintiff and Defendants agree that Mr. Ruddy is a highly relevant witness, but the motion to quash his deposition was filed in the United States District Court for the Southern District of Florida and will require time to resolve.

12. Defendants have also subpoenaed third-party Dennis Montgomery, who has similarly indicated that he refuses to appear for his June 20 deposition absent a court order compelling him to do so. Defendants filed a Motion to Compel Compliance with Deposition Subpoena to Non-Party Dennis Montgomery this morning June 19, 2023, in the United States District Court for the Middle District of Florida, Fort Myers Division. ***See* Exhibit 2** (filed without exhibits thereto).

13. Defendant Michael J. Lindell has not yet been deposed in his personal capacity, but the various factors described above have complicated the parties' ability to establish a reliable date for Defendant Lindell's deposition.

14. Finally, Plaintiff's Motion to Compel against third-party Tina Peters [Dkt. 97] also remains pending, and if the Court grants Plaintiff's Motion, the parties will have to identify a mutually agreeable date for that deposition.

15. Despite these obstacles, the parties have been working together to move the case forward as expeditiously as possible. Given the working relationship between counsel and the parties' diligence, Plaintiff is confident that the parties will be able to complete all remaining discovery in sixty days. The only potential exceptions to this timeline are the depositions of Messrs. Ruddy and Montgomery since they are dependent on further proceedings in Florida.

16. Therefore, based on the foregoing, Plaintiff seeks modification of the current schedule as follows:

      a. Discovery Cut-Off                         August 18, 2023

      b. Dispositive Motion Deadline      September 8, 2023

17. Plaintiff further seeks leave to exceed the total number of depositions he intends to seek in this case from the prior number indicated in the Court's Scheduling Order dated July 7, 2022 [Dkt. 32] of ten to **twelve** to allow Plaintiff to complete the depositions of Defendants' experts as identified above.

18. No party will be prejudiced by the relief requested herein, and as noted, the motion is unopposed.

WHEREFORE, based on the foregoing, Plaintiff Eric Coomer, Ph.D. respectfully requests the Court modify the current Schedule Order as indicated above and for such other and further relief to which he may be entitled.

6

Respectfully submitted June 19, 2023.

Respectfully submitted,

_/s/ Charles J. Cain_
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
David E. Jennings, No. 54643
djennings@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064/101 N. F Street, Suite 207
Salida, Colorado 81201
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**