# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:22-cv-01129-NYW-SKC**

ERIC COOMER, PhD.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

## NOTICE OF WITHDRAWAL

---

Please take Notice that pursuant to D.C. Colo. LAttyR 5(b). Gregory Robert Schroer, Esq. hereby withdraws from this case as counsel for Interested Party CD Solutions, Inc. Mr. Schroer is taking a leave of absence from the firm of Coombe Curry Rich & Jarvis. Daniel Robert Coombe, Esq. will continue as counsel of record for Interested Party CD Solutions, Inc. A copy of this Notice will be provided to CD Solutions, Inc.

It is requested that G. Robb Schroer, Esq. be removed from all pleadings, filings, and as counsel of record for CD Solutions, Inc. in this case in the CM/ECF system.

DATED this 7th day of July, 2023.

           **COOMBE CURRY RICH AND JARVIS**

           */s/ Gregory Robert Schroer*
           Daniel Robert Coombe, Esq.
           Gregory Robert Schroer, Esq.
           Coombe Curry Rich & Jarvis
           2000 S Colorado Blvd.
           Tower II, Suite 1050
           Denver, CO 80222
           Telephone: (303) 572-4200
           coombe@ccrjlaw.com
           schroer@ccrjlaw.com
           *Attorneys for CDS*