**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 1
PLAINTIFF'S MOTION TO COMPEL DEPOSITION TESTIMONY FROM
DEFENDANT MICHAEL J. LINDELL AND MOTION FOR SANCTIONS
PURSUANT TO F.R.C.P. 30 AND F.R.C.P. 37**

---

Deposition Transcript of Michael J. Lindell
Dated 08-23-23


**CONFIDENTIAL
FILED UNDER SEAL**
and submitted to Court via USB flash drive
