# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 5**
**PLAINTIFF'S MOTION TO COMPEL DEPOSITION TESTIMONY FROM DEFENDANT MICHAEL J. LINDELL AND MOTION FOR SANCTIONS PURSUANT TO F.R.C.P. 30 AND F.R.C.P. 37**

---

Video Transcript #4 of Michael J. Lindell
Dated 08-23-23

**CONFIDENTIAL**
submitted to Court via USB flash drive