**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 7**
**PLAINTIFF'S MOTION TO COMPEL DEPOSITION TESTIMONY FROM DEFENDANT MICHAEL J. LINDELL AND MOTION FOR SANCTIONS PURSUANT TO F.R.C.P. 30 AND F.R.C.P. 37**

---

Deposition Transcript of Michael J. Lindell
Designated Representative of My Pillow, Inc.
Dated 03-09-23

```
 1                UNITED STATES DISTRICT COURT.
 2               FOR THE DISTRICT OF COLORADO
 3
 4             Civil Action No.: 1:22-cv-01129-WJM
 5    ---------------------------------
      Eric Coomer, Ph.D.,
 6
 7             Plaintiff,
 8         vs.
 9    Michael J. Lindell, Frankspeech LLC, and My
      Pillow, Inc.,
10
11             Defendants.
      ------------------------------------
12
                    VIDEOTAPED DEPOSITION OF
13                         VOLUME II
                      MICHAEL J. LINDELL
14     Designated Representative of My Pillow, Inc.
                   Taken on MARCH 9, 2023
15                Commencing at 9:30 A.M.
16
17
18
19
20
21
22
23
24
25    REPORTED BY:  Mari Skalicky, RMR, CRR


                                              Page 371
```

```
 1   VIDEOTAPED DEPOSITION of
 2   MICHAEL J. LINDELL, taken on Thursday, March
 3   9th, 2023, commencing at 9:30 a.m. CDT, at 123
 4   North 3rd Street, Minneapolis, Minnesota,
 5   before Mari Skalicky, a Certified Realtime
 6   Reporter, and Notary Public of and for the
 7   State of Minnesota.
 8            ***********
 9            APPEARANCES
10
11   ON BEHALF OF THE PLAINTIFF:
12     CAIN & SKARNULIS PLLC
13     BY: CHARLES J. CAIN, ESQUIRE
14     BY: BRADLEY A. KLOEWER, ESQUIRE
15     P.O. Box 1064/101 N. F Street
16     Suite 207
17     Salida, CA  81201
18     ccain@cstrial.com
19     bkloewer@cstrial.com
20
21
22
23
24
25
                                             Page 372
```

```
 1   On BEHALF OF THE DEFENDANTS:
 2     PARKER DANIELS KIBORT
 3     BY: RYAN MALONE, ESQUIRE
 4     888 Colwell Building
 5     123 North Third Street
 6     Minneapolis, MN  55401
 7     malone@parkerdk.com
 8
 9
10   ALSO PRESENT:
11     Adam Wallin, Videogrpaher
12
13   NOTE: The original transcript will be
14   provided to the taking party of the
15   deposition.
16
17
18
19
20
21
22
23
24
25
                                             Page 373
```

```
 1             I N D E X
 2
 3   WITNESS: MICHAEL J. LINDELL        PAGE
 4   Examination by MR. CAIN .................375
 5
 6
 7           E X H I B I T S
 8   EXHIBITS INTRODUCED:                PAGE
 9   No. 76  ████████████████████   377
10         ████████████████████████
11
12
13   (Original exhibits attached to original
14   transcript; copies to counsel as requested.)
15
                                             Page 374
```

```
 1            P R O C E E D I N G S
 2        THE VIDEO OPERATOR: We are going on
 3   the record at 9:35 a.m. on March 9, 2023.
 4   This is the video-recorded deposition of
 5   designated representative of My Pillow
 6   Inc. Michael J. Lindell, Volume Two.
 7        My name is Adam Wallin from the firm
 8   Veritext, and I am the videographer. The
 9   court reporter is Mari Skalicky. We are
10   both with the firm Veritext. Will counsel
11   please identify themselves for the record?
12        MS. CAIN: Charley Cain and Brad
13   Kloewer for the plaintiff.
14        MR. MALONE: Ryan Malone for My
15   Pillow, Incorporated.
16        THE VIDEO OPERATOR: Will the court
17   reporter please swear in the witness.
18        MR. CAIN: He's been sworn in already
19   and still under oath but he should be
20   sworn in again.
21        THE WITNESS: Okay. When you just
22   said Mike Lindell, My Pillow, isn't this
23   Frankspeech today?
24        MR. KLOEWER: We're just finishing
25   up. We've got about 12 minutes left.
                                             Page 375
```

```
 1  A. That's what you do.
 2  Q. I had come prepared yesterday, and the
 3     record will just reflect what happened
 4     yesterday. I don't need to characterize
 5     it, but I had come prepared to show you a
 6     series of video clips, many of which you
 7     referenced interviews at CNN, during the
 8     symposium, discussions on Bannon's podcast
 9     referencing Eric Coomer.
10         We didn't go through your discovery
11     responses because of how yesterday went, a
12     number of emails that I wasn't able to
13     show you, and I am going to be asking and
14     reserving the right to ask the court to
15     order you to be redeposed on additional
16     issues with additional time. And I will
17     be seeking costs --
18  A. I'm going to seek taking you to court
19     because of what you've done to my
20     employees. Everything you said comes
21     after you sued me; everything I said.
22     You're an evil, evil man. There, that's
23     on the record, very evil. What you've
24     done to my employees, everything that you
25     were going to say comes after you sued me;
```
Page 392

```
 1     I, MICHAEL J. LINDELL, do hereby certify
 2  that I have read the foregoing transcript of
 3  my testimony and that same is true and correct
 4  to the best of my knowledge and belief, except
 5  as follows:
 6
 7  PAGE   & LINE NO.   CORRECTION      REASON
 8
 9
10
11
12
13
14
15
16
17
18
19
                            _____
20                          MICHAEL J. LINDELL
                            SWORN TO AND
21                          SUBSCRIBED BEFORE ME this
                              day of       , 2023
22                             NOTARY PUBLIC
23
24
25
```
Page 394

```
 1     everything I said. And I stand by what I
 2     said. You're an ambulance-chasing lawyer,
 3     evil person, you and your Eric Coomer
 4     buddy, so you will be sued. Don't worry.
 5     And you will be sued big because I won't
 6     back down.
 7         MR. CAIN: All right. Anything else?
 8     So with that, Ryan, unless you have a
 9     different take on this, I'd like to
10     conclude this deposition, which means it
11     will be put into a transcript and it will
12     be sent to you for your review and
13     signature. And then to the extent that we
14     want to address any other issues with the
15     court, we can do that later.
16  A. I'll sue you later. Don't worry.
17         MR. MALONE: We agree to conclude.
18     We'll read and sign and reserve further
19     questions and responses to any motions,
20     and let's move on.
21         THE VIDEO OPERATOR: We're going off
22     the record at 9:53 a.m.
23         (The right to read and sign the
24     deposition was preserved.)
25
```
Page 393

```
 1  STATE OF MINNESOTA )
 2              : CERTIFICATE
    COUNTY OF HENNEPIN )
 3
       I hereby certify that I reported the
 4  deposition of MICHAEL J. LINDELL on
    MARCH 9, 2023 in Minneapolis, Minnesota, and
 5  that the witness was by me first duly sworn to
    tell the whole truth;
 6
       That the testimony was transcribed under
 7  my direction and is a true record of witness
    testimony;
 8
       That the cost of the original has been
 9  charged to the party who noticed the
    deposition, and that all parties who ordered
10  copies have been charged at the same rate for
    such copies;
11
       That I am not a relative or employee or
12  attorney or counsel of any of the parties or a
    relative or employee of such attorney or
13  counsel;
14     That I am not financially interested in
    the action and have no contract with the
15  parties, attorneys, or persons with an
    interest in the action that affects or has a
16  substantial tendency to affect my
    impartiality;
17
       That the right to read and sign the
18  deposition was reserved.
19     WITNESS MY HAND AND SEAL this
    23RD DAY OF MARCH 2023.
20
21
22
23  Registered Merit Reporter
    Certified Realtime Reporter
24
25
```
Page 395

7 (Pages 392 - 395)

5761276 -ER

```
 1              UNITED STATES DISTRICT COURT.
 2             FOR THE DISTRICT OF COLORADO
 3
 4          Civil Action No.: 1:22-cv-01129-WJM
 5    ----------------------------------
      Eric Coomer, Ph.D.,
 6
 7            Plaintiff,
 8         vs.
 9    Michael J. Lindell, Frankspeech LLC, and My
      Pillow, Inc.,
10
11            Defendants.
      ------------------------------------
12
               VIDEOTAPED DEPOSITION OF
13                    VOLUME II
                MICHAEL J. LINDELL
14     Designated Representative of My Pillow, Inc.
                 Taken on MARCH 9, 2023
15               Commencing at 9:30 A.M.
16
17
18
19
20
21
22
23
24
25    REPORTED BY:  Mari Skalicky, RMR, CRR
```

Page 371

```
 1
       STATE OF MINNESOTA )
 2                        :    CERTIFICATE
       COUNTY OF HENNEPIN )
 3
            I hereby certify that I reported the
 4     deposition of MICHAEL J. LINDELL on
       MARCH 9, 2023 in Minneapolis, Minnesota, and
 5     that the witness was by me first duly sworn to
       tell the whole truth;
 6
            That the testimony was transcribed under
 7     my direction and is a true record of witness
       testimony;
 8
            That the cost of the original has been
 9     charged to the party who noticed the
       deposition, and that all parties who ordered
10     copies have been charged at the same rate for
       such copies;
11
            That I am not a relative or employee or
12     attorney or counsel of any of the parties or a
       relative or employee of such attorney or
13     counsel;
14          That I am not financially interested in
       the action and have no contract with the
15     parties, attorneys, or persons with an
       interest in the action that affects or has a
16     substantial tendency to affect my
       impartiality;
17
            That the right to read and sign the
18     deposition was reserved.
19          WITNESS MY HAND AND SEAL this
       23RD DAY OF MARCH 2023.
20
21          _____
22
            Mari A. Skalicky
23          Registered Merit Reporter
            Certified Realtime Reporter
24
25
```

Page 395

```
 1         I, MICHAEL J. LINDELL, do hereby certify
 2    that I have read the foregoing transcript of
 3    my testimony and that same is true and correct
 4    to the best of my knowledge and belief, except
 5    as follows:
 6
 7    PAGE      & LINE NO.    CORRECTION          REASON
 8
 9
10
11
12
13
14
15
16
17
18
19
                      _____
                              [signature]
20                    MICHAEL J. LINDELL
                      SWORN TO AND
21                    SUBSCRIBED BEFORE ME this
                            day of            , 2023
22                          NOTARY PUBLIC
23
24
25

                                          Page 394
```