IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBITS 9-35
PLAINTIFF'S MOTION TO COMPEL DEPOSITION TESTIMONY FROM DEFENDANT MICHAEL J. LINDELL AND MOTION FOR SANCTIONS PURSUANT TO F.R.C.P. 30 AND F.R.C.P. 37**

---

https://caincloud.egnyte.com/fl/t44QeAd0U5