IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITATIONS ON MOTION FOR SUMMARY JUDGMENT**

    Defendants Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. (collectively "Defendants"), through their undersigned counsel and pursuant to D. Colo. Civ. Practice Standard 10.1(c)(5), hereby move the Court for an extension of the page limitations of D. Colo. Civ. Practice Standard 10.1(c)(2). Defendants state as follows in support of this motion:

    1.    Plaintiff has asserted five causes of action against all Defendants, including a cause of action for defamation against all Defendants. (Sec. Am. Compl., Dkt. 170, ¶¶ 146-174). Defendants intend to address each cause of action and each allegedly defamatory statement in their motion for summary judgment.

    2.    To avoid duplicative filings that would rely on the same facts and exhibits, Defendants intend to bring one omnibus motion for summary judgment, rather than three separate motions of twenty (20) pages each.

    3.    The parties agree it is appropriate and that good cause exits to extend the page

1

limitations set forth in D. Colo. Civ. Practice Standard 10.1(c)(2) as follows:

- Defendants' motion for summary judgment shall not exceed fifty (50) pages;

- Plaintiff's response to Defendants' motion for summary judgment shall not exceed fifty (50) pages;

- Defendants' reply brief shall not exceed twenty (20) pages; and

- These page limitations shall not include any cover page, table of contents, signature block, or certificate of service the parties may submit.

### CERTIFICATE OF CONFERRAL

The parties met and conferred regarding this motion via email on September 6-7, 2023. This motion is unopposed.


DATED:  September 7, 2023            **PARKER DANIELS KIBORT LLC**

By: */s/ Ryan P. Malone*
Andrew D. Parker (MN Bar #195042)
Jesse H. Kibort (MN Bar #328595)
Ryan P. Malone (MN Bar #395795)
Abraham S. Kaplan (MN Bar #399507)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
kibort@parkerdk.com
malone@parkerdk.com
kaplan@parkerdk.com

*Counsel for Defendants*