# EXHIBIT 3



**Eric Coomer**
June 2

0009

In case you didn't know:

"Antifa" has made a statement:

TO: ALL MEDIA

PUBLIC STATEMENT FROM "ANTIFA" IN RESPONSE TO THE THREATS ISSUED BY UNITED STATES PRESIDENT DONALD J. TRUMP

Dear Mr. Trump:

Let us be perfectly clear:

"Antifa" isn't an organization. There's no membership, no meetings, no dues, no rules, no leaders, no structure. It is, literally, an idea and nothing more. Even the claim of this author to represent "Antifa" is one made unilaterally for the purposes of this communication and nothing more; there is no governing body nor trademark owner to dispute the author's right to represent "AntiFa."

"Antifa" is a neologism constructed from a contraction of the phrase "anti-fascist." The truth is, there's no such thing as being "anti-Fascist." Either you are a decent human being with a conscience, or you are a fascist.

The ostensible president of the United States has, today, openly declared that he is a fascist, and that he intends to turn the military power of the United States into a fascist tool.

Now there is no question, and we can stop pretending that this man represents anything but the worst in humanity, which his supporters embody.

And that is the only effect his words will have.

It will likely be no problem for LEO to identify the author of this document, who also has maintained the "AntiFa" page on Facebook since founding it in 2017.

The author of this document is unconcerned with that inevitability because neither that author, nor this document, has been involved in a crime of any sort in any way.

But, since both the "president" and the media insist on acting as though "AntiFa" is this big, scary organization, the author supposes it's time for "AntiFa" to make a statement.

20CV34319-JOdisclosures-0009

Thus:

"AntiFa supports and defends the right of all people to live free from

Thus:

0010

"AntiFa supports and defends the right of all people to live free from oppressive abuse of power, whether that power is unjustly derived from wealth, status as an employer, or political popularity.

Particularly, AntiFa defends and supports the right of oppressed and marginalized people to protest, march, and engage in civil disobedience in pursuit of justice. While it is never our intent to engage in violent or destructive behavior, we cannot and will not take responsibility for telling people how they are allowed to be righteously outraged. We prefer and encourage non-violent action. We also understand that some people just aren't feeling that nice anymore. Their feelings are entirely justified, and it is neither our role nor our privilege to tell them otherwise.

Mass civil disobedience is what happens when people say they're hurting and whoever's hurting them refuses to stop.

Stop hurting them. Fix your broken systems. Get real and meaningful psychological evaluations and background checks - police in some nations have to pass a more stringent test to carry pepper spray than any police department in the US, or the US military, have in place. As a direct and possibly deliberate consequence, our military and paramilitary personnel simply cannot be assumed to be fighting in the interests of the people of this country.

We've all seen the photos. This destruction and burning and looting is largely the behavior of outsiders; white people taking advantage of the situation both to enrich themselves by looting under cover of the protests, and to provide excuses for uncontrolled fascist elements within our military and police forces as plausible cover for killing more black, brown, and poor people without fear of sanction. The so-called "accellerationists" who have committed to ensuring that, any time a marginalized community stands up and demands justice, construct a narrative of criminality and destruction that white bigots and affluent oligarchs who benefit from our broken system to validate their bigotry and injustice retroactively. They are successful in this for two reasons: because people like you are easily manipulated in your banal, self-serving ignorance, and because people like you are more than happy to passive-aggressively reap the benefits of pretending to believe this destruction is the act of the oppressed.

This game has gone on for decades on an endless loop since the very dawn of the civil rights era, and we the people are saying 'no more.'"

20CV34319-JOdisclosures-0010

And that, "President" Trump, is your solution. No more. Get the dirt out of your law enforcement and your military. Get the dirt out of your

dawn of the civil rights era, and we the people are saying 'no more.'"

And that, "President" Trump, is your solution. No more. Get the dirt out of your law enforcement and your military. Get the dirt out of your government and administration. Ideally, resign now and take your VP and cabinet with you; Nancy Pelosi isn't a great deal of improvement, but she'll only be president for a few months.

You can't arrest 100 million of us, sir, and you would be well-advised not to try. If you think that targeting and "making an example of" the author of this document will get you anywhere, you may rest assured that this author is more than prepared to allow his real name to be used as a rallying cry for justice and civil disobedience from coast to coast.

It is time for you and everyone who thinks like you to understand that whether black, red, brown, white, or any other color, Americans are done living in a nation of empty platitudes and broken promises.

Traditionally, this type of document is accompanied by a list of "demands." Here are our demands:

-Universal single payer health care, without regard for citizenship status.
-Universal basic income WITH a federal job guarantee, under which the federal government becomes the "employer of last resort." Involuntary unemployment is a function of profiteering by fascist capitalist oligarchs who are willing to sacrifice the lives of others for their own enrichment. It must end.
-The abolition of "right to work laws" which do exactly the opposite of ensuring anyone's right to work.
-Publicly funded higher education.
-Robust and effective social welfare programs to include child care, education, employment training and counseling, parenting skills training, and life skills training including fiscal education.
-A requirement that functional proficiency in media, political, and economic literacy be demonstrated to graduate high school.
-The creation of a publicly funded non-partisan media source to serve as the primary source of government information, to be overseen and managed day to day by a coalition of well-known communicators, political scientists, and other experts in propaganda to strip ALL bias from official information before it is broadcast.
-Federal charges of treason filed against anyone willfully and knowingly attempting to minimize public perception of the impact and risks of the coronavirus.
-Reform of whistleblower laws to ensure they have teeth, and particularly to ensure that a whistleblower, acting in good faith, is not identified to the public, ever.

identified to the public, ever.

In the end, Mr. "President," the simple reality is that "AntiFa" isn't a thing. You can't end it, you can't arrest it, and you can't silence it. Nor, in any decent nation, would the attempt even be made.

"Antifa" means "Anti-Fascism." The only position that opposes that is fascism. In the end, there is no "organization" that you can "declare terrorists."

You, sir, and yours, are the terrorists, and your victims are done putting up with it.

America is not, in spite of having an openly admitted fascist as "president," a fascist nation. We've had wars about this. The fascists are 0-2.

Please, Mr. "President" - let's not try to make it 0-3? Because it will never, ever be 1-2, and none of us wants to see the death toll from your attempt to make it so.

Currently, media and other actors wishing to contact this author may do so through the page. Should Mr. Zuckerberg, who has displayed plenty of authoritarian and fascist tendencies himself, decide not to host that page any longer, this document will be updated.

Best Regards,
"AntiFa."

👍❤ 8                                                  2 Comments

👍 Like                          💬 Comment


▇▇▇▇▇▇rg
a bit long...
Like · Reply · 22w

20CV34319-JOdisclosures-0012


J▇ ▇▇▇
Yes Trump certainly won't get beyond "neologism"





**Eric Coomer**
November 8, 2016

0042

Fuck you Britain, we beat your ass again. We rule! We'll see your silly brexit and raise you an insane orange narcissist racist xenophobic clown! UST UST UST!

40     14 Comments  6 Shares

Like     Comment

**Dave Brothers**
Don't forget misogynist.
Like · Reply · 3y   2

**Richard Lynch**
I thought we were thick as pig shit but you guys just punch us out the ring!
Like · Reply · 3y   2

**Michael Coomer**
Are you drinking yet?
Like · Reply · 3y   1

**Eric Coomer**
Still working, soon...
Like · Reply · 3y

**Michael Coomer**
I am so far ahead of you at this point. Literally the only victory tonight.
Like · Reply · 3y

**Jason Miles**
you guys totally rule, man.
Like · Reply · 3y   1

**Andrew Simkin**
Yes, we have been trumped by the US.
Like · Reply · 3y   1

**Carl Gable**
Darkness descends upon us.
Like · Reply · 3y

20CV34319-JOdisclosures-0042

**Eric Coomer**
I have words, and yet I don't have words. Fuck me... fuck...



0043

**Andrew Simkin**
Yes, we have been trumped by the US.
Like · Reply · 3y    1

**Carl Gable**
Darkness descends upon us.
Like · Reply · 3y    1

**Eric Coomer**
I have words, and yet, I don't have words. Fuck me... fuck us... how did a billionaire daddy's boy somehow become the beckon of the "common man"???? How the fuck do I have actual relatives/family that gladly donned the "brown shirt"? And I'm a relative... See More
Like · Reply · 3y    2

**David Hatchner**
Sad, but this made me laugh till I had tears in my eyes. Although I think I'm laughing and crying at the same time.
Like · Reply · 3y

**Tim Kirkus**
Are you fucking kidding me? What the hell is going on over there? Eric. Please. Sort it out would you?
Like · Reply · 3y

**Tim Kirkus**
http://www.thedailymash.co.uk/.../relieved-britain-no...

> THEDAILYMASH.CO.UK
> Relieved Britain no longer biggest f**k-up of 2016

Like · Reply · 3y

**Michael Maniglia**
Ha
Like · Reply · 3y

**Dominic Kleijnen**  20CV34319-JOdisclosures-0043
Unfuckinbelievable! Never thought of this!
Like · Reply · 3y    1



**Eric Coomer**
November 7, 2016

0052

Well goddamn... this sums it up perfectly, althoug I am fundamentally incapable of really feeling what this is like. Protest all you want, if HRC had a penis... you fuck head, chuckle fuck's wouldn't have boo to say. I'd respect you more (still less) of you'd admit the obvious. Happy voting. A pox upon us all in these self inflicted end times. The world didn't need a magical non-existent being, just an ignorant populace and a suitable demagogue to bring the apocalypse.



**Sandra Swalin**
November 7, 2016

"It isn't just an insult to Hillary Clinton that she wound up facing Trump. It's an insult to all women; it's confirmation of our darkest suspicions about sexis... See More



GLOBALCOMMENT.COM
**Goodbye to all that: I'm done with Election 2016**
The long and painful US election is almost at an end, and Sady Doy...

SLATE.COM

**Donald Trump's Campaign Is Imploding. But at His Rallies, the Man Is Still King.**

0067

6 Comments

👍 Like          💬 Comment          ↗ Share

**Tom Purvis**
Could even those among the most bitter of Hillary haters imagine her jailing or exiling dissidents? I mean seriously. Can you imagine that? I can certainly imagine a world where that happens in the USA if drumpf somehow wins. Brexit surprised everyone in Britain. This clown could still actually goddamnit win this thing.

Four weeks.

Like · Reply · 4y

> **Michael Watz**
> Over half of the voting electorate in Britain was not surprised by Brexit. 🙂
>
> Like · Reply · 4y
>
> **Eric Coomer**
> I take a more cynical approach- I think there is real possibility of the trumpet winning and it's because a lot more people are willing to vote for his vile beliefs than are willing to admit it publicly, or in polls, or what have you. Seems to be working wonders in the Philippines... they voted a similar sociopath into office and he's basically delivering on all his craven promises- death squads at the top of the list. Trains are coming...
>
> Like · Reply · 4y                                      👍 1



**Eric Coomer**
October 9, 2016

0068

Where were all you clowns, those of you wringing your hands, and clutching your, or your wife's pearls now that trumpet has "insulted" yer wimmen, when he was spewing equally vile shit about Mexicans, or Muslims or threatening to lock up women that have abortions? You, the same clowns calling for pence to take over for trumpet- a man so reprehensibly anti-woman he'd look more appropriate dressed in animal skins and carrying a club. Take a gigantic look in the mirror- there's the real problem.

This daily rant brought to you by the letters F and U.

42          9 Comments

Like          Comment

**Linda Axelrod**
Good rant. We need a daily rant from you.
Like · Reply · 4y          1

**Eric Coomer**
Careful what you wish for
Like · Reply · 4y          1

**Twiggy Jones**
I am wishing so hard right now!
Like · Reply · 4y          1

**Andy Marker**
Don't encourage him...
Like · Reply · 4y

**Eric Coomer**
Feel free to actually rebut anything I've ranted about... or just keep with the "Marker" one-offs- they're so timeless.
Like · Reply · 4y

**Andy Marker**
Eric Coomer I prefer the on-offs..they are timeless and easy
Like · Reply · 4y   20CV34319-JOdisclosures-0068

**Eric Francis**
I too agree. We need a Coomer rant every day.



**Eric Coomer**
July 21, 2016

0072

rant/

Facebook friend land- open call...

If you are planning to vote for that autocratic, narcissistic, fascist ass-hat blowhard and his christian jihadist VP pic, UNFRIEND ME NOW! No, I'm not joking. I'm all for reasoned political discourse and healthy debate- I'm looking at you Geoffrey Cushing-Murray, Gus Munem, Benjamin Rice- I disagree with you three on many philosophical grounds but respect your opinions. Only an absolute FUCKING IDIOT could ever vote for that wind-bag fuck-tard FASCIST RACIST FUCK! No bullshit, I don't give a damn if you're friend, family, or random acquaintance, pull the lever, mark an oval, touch a screen for that carnival barker... UNFRIEND ME NOW. I have no desire whatsoever to ever interact with you. You are beyond hope, beyond reason. You are controlled by fear, reaction and bullshit. Get your shit together.

Oh, if that doesn't persuade you, FUCK YOU! Seriously, this fucking ass-clown stands against everything that makes this country awesome! You want in on that? You deserve nothing but contempt.

#untrumpme

I think that hashtag might go viral.

#takingastand

--/rant

No really, unfriend me!

#untrumpme

#youarebeyondhope
/rant

*edit, I put the end-tag in the wrong spot...

*2nd edit, these opinions are rational, and completely my own. They are based in reason and highly credible. Though they are not necessarily the thoughts of my employer, though if not, I should probably find another job... Who wants to work for complete morons? None of my personal opinions affect my professional conduct or attitudes. I am non-partisan. I am not, however, willing to stand by and watch this great country be taken over by fascists without saying something, anything.

20CV34319 JCdisclosures 0072

0073

*2nd edit, these opinions are rational, and completely my own. They are based in reason and highly critical, though they are not necessarily the thoughts of my employer, though if not, I should probably find another job... Who wants to work for complete morons? None of my personal opinions affect my professional conduct or attitudes. I am non-partisan. I am not, however, willing to stand by and watch this great country be taken over by fascists without saying something, anything.

👍❤️😮 29                                                                                           50 Comments

👍 Like                                          💬 Comment

**Corene Henage**
So how do you really feel? I mean REALLY?
Like · Reply · 4y                                                          👍 2

    **Eric Coomer**
    #UNTRUMPME 👍 2
    Like · Reply · 4y

**Simon Weston**
Probably one of the best rants from anyone Eric Coomer.... At last someone in America with balls.....
Like · Reply · 4y                                                          👍 2

    **Eric Coomer**
    I appreciate the sentiment Simon, but one should not be rewarded for being a decent human.
    Like · Reply · 4y                                   👍 1

**Carolyn Hegge Gardella**
Yah, what Coomer said. #untrumpme
Like · Reply · 4y                                                          👍 1

    **Eric Coomer**
    Let's go viral with this...
    Like · Reply · 4y                                   👍 1

**Benjamin Rice**
You don't know me too well if you thought I was ever going to vote for him.
Like · Reply · 4y                           20CV34319-JOdisclosures-0073

    **Eric Coomer**
    No, that was exactly my point, you and I differ on