# EXHIBIT 5

```
                                                          Page 1

 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2

      Civil Action No:  1:22-cv-01129-NYW-SKC
 3   _____

 4    ERIC COOMER, PH.D.,

 5         Plaintiff,

 6    v.

 7    MICHAEL J. LINDELL, FRANKSPEECH
      LLC, and MY PILLOW, INC.,
 8
           Defendants.
 9   _____

10     VIDEOTAPED 30(b)(6) DEPOSITION OF SUSAN KLOPMAN -
       CORPORATE REPRESENTATIVE OF DOMINION VOTING SYSTEMS
11
                   July 11, 2023 - 8:57 a.m.
12   _____

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 54

1  A. Correct.
2  Q. Why was it produced in this case?
3  A. I am not speaking to document
4 production issues, so I cannot help you with that.
5  Q. Are you able to speak to what document
6 request this is responsive to?
7  A. No, I am not.
8  Q. Are you aware of when the defendants in
9 this lawsuit are accused of making defamatory
10 statements regarding Dr. Coomer?
11  A. The -- the date, was that your
12 question --
13  Q. Yes, it is.
14  A. -- of when?
15    I don't know the specific dates of the
16 statements at issue.
17  Q. Okay. All right. Moving back to
18 page 27, which is the email that we were discussing a
19 moment ago.
20    You just clarified that your
21 understanding about the video Dr. Coomer references
22 in his email is informed by the K2 summary we just
23 looked at, correct?
24  A. Yes.
25  Q. Anything else?

Page 55

1  A. The conversations to prepare for this
2 deposition.
3  Q. And those conversations included
4 conversations you had with Mike Frontera, correct?
5  A. And the others I've indicated.
6  Q. Being Lindsey Kurtz, yes?
7  A. Yes.
8  Q. And Mr. Garnett, who is with you here
9 today, right?
10  A. Yes.
11  Q. Mr. Frontera is -- I guess he is a
12 recipient of this email from Dr. Coomer.
13    Do you see that, the To line?
14  A. I do.
15  Q. Okay. Obviously we know who Mr. Poulos
16 is.
17    Who is Kay Stimson?
18  A. She was the vice president of
19 governmental affairs for Dominion Voting.
20  Q. Is that another way to describe a
21 lobbyist, I guess, how you would say it?
22  A. She had many duties, and I don't know
23 them specifically.
24  Q. Understanding that you don't know her
25 specific duties, do you know why she was sent this

Page 56

1 email?
2  A. I do not know why Mr. Coomer chose to
3 copy her on this email.
4  Q. Do you know why Mr. Coomer did not copy
5 Ms. Noell?
6  A. I do not.
7  Q. Do you know why he did not copy
8 Mr. Singh?
9  A. I do not.
10  Q. Who is Daniel Mallat?
11  A. He was the head of human resources for
12 Dominion Voting at the time.
13  Q. Okay. And it looks as though
14 Mr. Frontera forwarded this email to Mr. Mallat on
15 November 11th at -- at 8:08, correct?
16  A. Yes.
17  Q. Do you know if there was ever a
18 response to this email?
19  A. I do not know.
20  Q. Do you know whether there was any sort
21 of text messages exchanged within the company about
22 Dr. Coomer's offer to resign here?
23  A. I do not know that.
24  Q. Do you know what was done to search for
25 emails regarding Dr. Coomer's offer to resign?

Page 57

1  A. I do not know that.
2  Q. Do you know what was done to search for
3 text messages regarding Dr. Coomer's offer to resign?
4  A. I do not know.
5  Q. Do you know generally what the response
6 was to Dr. Coomer's offer to resign from the company
7 November 11th of 2020?
8  A. There were conversations had around
9 this email with the individuals to whom it was sent
10 regarding Mr. Coomer's offer to resign.
11  Q. Okay. What were the circumstances of
12 those conversations?
13  A. What do you mean by "circumstances"?
14  Q. Who was involved?
15  A. Okay. So it's my understanding that
16 Mr. Poulos and Mr. Frontera were involved in those
17 conversations.
18  Q. And what date or dates did those
19 conversations take place?
20  A. They -- there was not a specific date
21 that I'm aware of.
22  Q. And you're not aware of any text
23 messages exchanged between Mr. Poulos and
24 Mr. Frontera?
25  A. That's correct.

```
                                                              Page 134                                                                    Page 136
 1         DEPOSITION REVIEW                                            1          ERRATA SHEET
           CERTIFICATION OF WITNESS                                                VERITEXT LEGAL SOLUTIONS MIDWEST
 2                                                                      2          ASSIGNMENT NO: 5976202
      ASSIGNMENT REFERENCE NO: 5976202                                  3  PAGE/LINE(S) /        CHANGE        /REASON
 3    CASE NAME: Coomer, Eric, Ph.D. v. Lindell, Michael J., Et Al      4  _____
      DATE OF DEPOSITION: 7/11/2023                                     5  _____
 4    WITNESS' NAME: Susan Klopman , 30(b)(6)                           6  _____
 5    In accordance with the Rules of Civil                             7  _____
   Procedure, I have read the entire transcript of                      8  _____
 6 my testimony or it has been read to me.                              9  _____
 7    I have made no changes to the testimony                          10  _____
   as transcribed by the court reporter.                               11  _____
 8                                                                     12  _____
   _____     _____                          13  _____
 9 Date          Susan Klopman , 30(b)(6)                              14  _____
10    Sworn to and subscribed before me, a                             15  _____
   Notary Public in and for the State and County,                      16  _____
11 the referenced witness did personally appear                        17  _____
   and acknowledge that:                                               18  _____
12                                                                     19
      They have read the transcript;                                       _____     _____
13    They signed the foregoing Sworn                                  20  Date          Susan Klopman , 30(b)(6)
         Statement; and                                                21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
14    Their execution of this Statement is of                          22  DAY OF _____, 20_____ .
         their free act and deed.                                      23         _____
15                                                                             Notary Public
      I have affixed my name and official seal                         24
16
   this _____ day of_____, 20____.                             _____
17                                                                     25         Commission Expiration Date
         _____
18       Notary Public
19       _____
         Commission Expiration Date
20
21
22
23
24
25
                                                              Page 135
 1         DEPOSITION REVIEW
           CERTIFICATION OF WITNESS
 2
      ASSIGNMENT REFERENCE NO: 5976202
 3    CASE NAME: Coomer, Eric, Ph.D. v. Lindell, Michael J., Et Al
      DATE OF DEPOSITION: 7/11/2023
 4    WITNESS' NAME: Susan Klopman , 30(b)(6)
 5    In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
 6 my testimony or it has been read to me.
 7    I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
 8 well as the reason(s) for the change(s).
 9    I request that these changes be entered
   as part of the record of my testimony.
10
      I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13 _____     _____
   Date          Susan Klopman , 30(b)(6)
14
      Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17    They have read the transcript;
      They have listed all of their corrections
18       in the appended Errata Sheet;
      They signed the foregoing Sworn
19       Statement; and
      Their execution of this Statement is of
20       their free act and deed.
21    I have affixed my name and official seal
22 this _____ day of_____, 20____.
23       _____
         Notary Public
24
         _____
25       Commission Expiration Date
```

35 (Pages 134 - 136)