**EXHIBIT 8**

2/13/23, 11:41 AM　　　　　　　　　　　　　　　　Document



EXHIBIT 17
WIT: Coomer
DATE: 2/15/23
Laurel S. Tubbs, RPR, CRR

# PRIVILEGE

**BC** — Bill Coomer <+15713645374> — 2/5/2021, 3:02 PM
erre....@eric why are you sending me a copy of your covid-19 test restuls?

**EC** — Eric Coomer <(720)201-1728> — 2/5/2021, 3:03 PM
Oh... Oops

**EC** — Eric Coomer <(720)201-1728> — 2/5/2021, 3:04 PM

*Attachment: 1612562653338 (2 MB)*

**EC** — Eric Coomer <(720)201-1728> — 2/5/2021, 3:22 PM
So they do have segments of me in that stupid absolute proof bullshit

**BC** — Bill Coomer <+15713645374> — 2/5/2021, 3:23 PM
is that a question or a statement?

**BC** — Bill Coomer <+15713645374> — 2/5/2021, 3:23 PM
yes I've watched it.

**EC** — Eric Coomer <(720)201-1728> — 2/5/2021, 3:23 PM
Statement

**EC** — Eric Coomer <(720)201-1728> — 2/5/2021, 3:23 PM
1:26 mark

**EC** — Eric Coomer <(720)201-1728> — 2/5/2021, 3:24 PM
Ugh... You watched the whole thing? Masochist

**BC** — Bill Coomer <+15713645374> — 2/5/2021, 3:24 PM
they pulled your q/a session regarding using celluar network for data transmission

EC 22cv01129 001259

| | | | |
|---|---|---|---|
| BC | Bill Coomer <+15713645374> | | 2/5/2021, 3:24 PM |
| | what these idiots fail to grasp is you point out the cellure network is to be secured using a VPN | | |
| EC | Eric Coomer <(720)201-1728> | | 2/5/2021, 3:25 PM |
| | Yeah... Probably not actionable... | | |
| BC | Bill Coomer <+15713645374> | | 2/5/2021, 3:25 PM |
| | no probably not, he never comes out and says your name directly | | |
| EC | Eric Coomer <(720)201-1728> | | 2/5/2021, 3:25 PM |
| | I'd love to sue this clown too | | |
| EC | Eric Coomer <(720)201-1728> | | 2/5/2021, 3:26 PM |
| | "ethernet cables" oooohhhhhh yeah, closed networks you shit heels | | |
| BC | Bill Coomer <+15713645374> | | 2/5/2021, 3:26 PM |
| | and when they give a list of job functions headed by "domestic agents" working against the US government, it's all government position DOJ, FBI, DHS, etc. | | |
| BC | Bill Coomer <+15713645374> | | 2/5/2021, 3:26 PM |
| | yeah they are morons. | | |
| BC | Bill Coomer <+15713645374> | | 2/5/2021, 3:26 PM |
| | omg...the use cellular modems! | | |
| BC | Bill Coomer <+15713645374> | | 2/5/2021, 3:27 PM |
| | ok ...we will setup a closed network with ethernet. | | |
| EC | Eric Coomer <(720)201-1728> | | 2/5/2021, 3:27 PM |
| | Shiva, ramsland, biggest idiots | | |
| BC | Bill Coomer <+15713645374> | | 2/5/2021, 3:27 PM |
| | omg...the use ethernet! | | |
| BC | Bill Coomer <+15713645374> | | 2/5/2021, 3:27 PM |
| | ok we will copy the results to a USB drive that so we can tabulate the results and not have to use a network. | | |
| BC | Bill Coomer <+15713645374> | | 2/5/2021, 3:27 PM |
| | OMG...they use USB drives! | | |
| BC | Bill Coomer <+15713645374> | | 2/5/2021, 3:28 PM |
| | ok...we will print the results on the screen and make people copy the totals to paper and input the results by hand. | | |
| BC | Bill Coomer <+15713645374> | | 2/5/2021, 3:28 PM |
| | OMG...they use PEoPLE who can change the results! | | |
| EC | Eric Coomer <(720)201-1728> | | 2/5/2021, 3:28 PM |
| | Yeah, been dealing with those arguments forever. "you should only use non USB rim devices" | | |
| EC | Eric Coomer <(720)201-1728> | | 2/5/2021, 3:28 PM |
| | OK sparky! | | |
| EC | Eric Coomer <(720)201-1728> | | 2/5/2021, 3:29 PM |
| | Rim/rom | | |
| BC | Bill Coomer <+15713645374> | | 2/5/2021, 3:30 PM |
| | they are idiots. | | |

EC 22cv01129 001260

**BC** — Bill Coomer <+15713645374>                                                 2/5/2021, 3:34 PM
I want to write a long statement on the security experts that do nothing more than spend their time painting systems into the wall until the only answer is the most secure solution is to "have no system at all, including a completely manual solution". But I'd be preaching to the chior.

**BC** — Bill Coomer <+15713645374>                                                 2/5/2021, 3:35 PM
I know we've discussed this before, but if you are having any second thoughts regarding never working in this industry again, let me reiterate you need to be done with this shit.

**EC** — Eric Coomer <(720)201-1728>                                                2/5/2021, 3:36 PM
I am done with this shit!

**EC** — Eric Coomer <(720)201-1728>                                                2/5/2021, 3:36 PM
No second thoughts whatsoever

**EC** — Eric Coomer <(720)201-1728>                                                2/5/2021, 3:36 PM
It's a losing battle for little pay, and huge downside <gestures broadly>

**BC** — Bill Coomer <+15713645374>                                                 2/5/2021, 3:37 PM
These fuckers that have slithered out from under their rocks wrapped in an american flag, holding a bible, and screaming about being patriots are the final death throes of a failed state.

**BC** — Bill Coomer <+15713645374>                                                 2/5/2021, 3:38 PM
and I listend to that shit my pillow crap fest at 2xspeed

**BC** — Bill Coomer <+15713645374>                                                 2/5/2021, 3:39 PM
i don't know where the 3 hour came from other than the original broadcast must have included my pillow commercials as well, but the stream on Mike's website is only 1hour 59 minutes.

**BC** — Bill Coomer <+15713645374>                                                 2/5/2021, 3:40 PM
so at 2x it only took an hour and there was shit I could jump over as it was clear it would not involve you.

**BC** — Bill Coomer <+15713645374>                                                 2/5/2021, 3:40 PM
so ~45 min tops

**BC** — Bill Coomer <+15713645374>                                                 2/5/2021, 3:41 PM
but it was painful. What is noticeable is someone else did some of the interview and Mike was then replaced later as the person asking the question.

**EC** — Eric Coomer <(720)201-1728>                                                2/5/2021, 3:41 PM
Ha! What a sham

**BC** — Bill Coomer <+15713645374>                                                 2/5/2021, 3:41 PM
The "director" probably had do to this because if mike was asking the questions it would go way off target...quickly

**EC** — Eric Coomer <(720)201-1728>                                                2/5/2021, 3:42 PM
Fact

**BC** — Bill Coomer <+15713645374>                                                 2/5/2021, 3:42 PM
even when mike is stating a point you can see he must start to drift off and they cut it and then they edit a new camera angle and he's "refreshed" and asking a new question.

**BC** — Bill Coomer <+15713645374>                                                 2/5/2021, 3:42 PM
it must had been a fucking nightmare to produce.

**BC** — Bill Coomer <+15713645374>                                                 2/5/2021, 3:43 PM
but the thing is...fucktards won't see or notice this and they will eat this fucking shit up like it's all fact.

EC 22cv01129 001261

| | | | |
|---|---|---|---|
| BC | **Bill Coomer** <+15713645374> | | 2/5/2021, 3:46 PM |
| | they talk about terrabytes of IP traffic they've analyzed that proves every precinct was successfully attacked by china. And it's just nuts, for so many reasons...like being able to say definitively what is behind a fucking ip address...like every fucking voting machine as "reserverd" public ip address...or that because you compromised an IP address at the clerks office in a particular county...that means you some how have access to voting machines....ugh it makes me so ANGRY. | | |
| BC | **Bill Coomer** <+15713645374> | | 2/5/2021, 3:47 PM |
| | but to make it worse they then created a fucking animated segment mapping the "attacks" and that is the kind of visual shit that dumbasses will then point to being FACT and PROOF. | | |
| EC | **Eric Coomer** <(720)201-1728> | | 2/5/2021, 3:49 PM |
| | https://mobile.twitter.com/revrrlewis/status/1357734845129109505 | | |
| EC | **Eric Coomer** <(720)201-1728> | | 2/5/2021, 3:49 PM |
| | That carone bitch made an appearance? I'm sorry I ever felt sorry for her (briefly) | | |
| BC | **Bill Coomer** <+15713645374> | | 2/5/2021, 4:00 PM |
| | Yes. And shiva. | | |
| BC | **Bill Coomer** <+15713645374> | | 2/5/2021, 4:00 PM |
| | And that crazy AF general. | | |
| EC | **Eric Coomer** <(720)201-1728> | | 2/5/2021, 4:01 PM |
| | Fucking Shiva... That guy is the worst | | |
| EC | **Eric Coomer** <(720)201-1728> | | 2/5/2021, 4:01 PM |
| | What a fucking hack | | |
| EC | **Eric Coomer** <(720)201-1728> | | 2/5/2021, 4:01 PM |
| | Mcinernany... That dude needs meds | | |
| EC | **Eric Coomer** <(720)201-1728> | | 2/5/2021, 4:01 PM |
| | It's a whose who of American crazues | | |
| BC | **Bill Coomer** <+15713645374> | | 2/5/2021, 4:25 PM |
| | It's not worth the time. I regret bringing it up to you, but I wanted to know if your lawyers were aware and reviewing. | | |
| EC | **Eric Coomer** <(720)201-1728> | | 2/5/2021, 4:25 PM |
| | Yup, they are | | |
| EC | **Eric Coomer** <(720)201-1728> | | 2/5/2021, 4:56 PM |
| | https://www.latimes.com/entertainment-arts/business/story/2021-02-05/fox-news-cancels-lou-dobbs-tonight | | |
| MC | **Michael Coomer** <+14132814240> | | 2/5/2021, 4:57 PM |
| | My buddy literally just sent this to me haha | | |

EC 22cv01129 001262