# EXHIBIT 9

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: August 30, 2023 3:39 PM<br>FILING ID: 7EE1BDF514578<br>CASE NUMBER: 2020CV34319 |
| ERIC COOMER, Ph.D.,<br>Plaintiff<br><br>vs.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br>Defendants | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Steve Skarnulis, No. 21PHV6401<br>skarnulis@cstrial.com<br>Bradley A. Kloewer, No. 50565<br>bkloewer@cstrial.com<br>Zachary H. Bowman, No. 21PHV6676<br>zbowman@cstrial.com<br>CAIN & SKARNULIS PLLC<br>P. O. Box 1064<br>Salida, Colorado 81201<br>719-530-3011         Telephone<br>512-477-5011         Facsimile<br><br>Thomas M. Rogers III, No. 28809<br>trey@rklawpc.com<br>Mark Grueskin, No. 14621<br>mark@rklawpc.com<br>Andrew E. Ho, No. 40381<br>andrew@rklawpc.com<br>RECHTKORNFELD PC<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>303-573-1900         Telephone | Case Number:        2020cv034319<br><br>Division Courtroom:        409 |
| AGREED STIPULATION OF DISMISSAL OF DEFENDANTS HERRING NETWORKS, INC. dba ONE AMERICA NEWS NETWORK AND CHANEL RION | |

1

Plaintiff Eric Coomer, Ph.D. and Defendants Herring Networks, Inc. dba One America News Network and Chanel Rion, through their respective counsel, notify the Court of their voluntary dismissal of this action with prejudice. In cases other than class actions or those involving a court-appointed receiver, all of the parties to the action may voluntarily dismiss the action without seeking a court order by filing a stipulated notice of dismissal. C.R.C.P. 41(a)(1)(B). Plaintiff Eric Coomer, Ph.D. and Defendants Herring Networks, Inc. dba One America News Network and Chanel Rion have appeared in this action and join in the stipulated dismissal of the controversies and claims between these parties only with prejudice, which does not involve a class action or court-appointed receiver.

Plaintiff Eric Coomer, Ph.D. and Defendants Herring Networks, Inc. dba One America News Network and Chanel Rion have fully and finally settled the disputes among **them concerning Plaintiff's cl**aims against Herring Networks, Inc. dba One America News Network and Chanel Rion only. Fees, costs, and expenses are to be borne by the party incurring them.

Dated: August 30, 2023.

Respectfully submitted,

*/s/ Charles J. Cain*
Charles J. Cain, No. 51020
Steve Skarnulis, No. 21PHV6401
Bradley A. Kloewer, No. 50565
Zachary H. Bowman, No. 21PHV6676
Thomas M. Rogers III, No. 28809
Mark Grueskin, No. 14621
Andrew Ho, No. 40381
*Attorneys for Plaintiff*
*Eric Coomer, Ph.D.*


*/s/ Thomas B. Kelley\**
Thomas B. Kelley, No. 1971
*Attorney for Defendants*
*Herring Networks, Inc. dba One America News Network and Chanel Rion*
\*Electronically signed with permission

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Agreed Stipulation of Dismissal of Herring Networks, Inc. dba One America News Network and Chanel Rion has been served on all parties receiving notice through ICCES on this 30th day of August 2023.

*/s/ Charles J. Cain*
Charles J. Cain

3