# EXHIBIT 13

1          UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF COLORADO

3    Civil Action No.: 1:22-cv-01129-WJM

4    --------------------------------

Eric Coomer, Ph.D.,

5

6           Plaintiff,

7        vs.

8    Michael J. Lindell, Frankspeech LLC,

and My Pillow, Inc.,

9

10          Defendants.

    ----------------------------------

11

12           VIDEOTAPED DEPOSITION OF

              MICHAEL J. LINDELL

     Designated Representative of FrankSpeech LLC

13            Taken on MARCH 9, 2023

              Commencing at 9:59 a.m.

14

15

16

17

18

19

20

21

22

23    REPORTED BY:  Mari Skalicky, RMR, CRR

24

25

                                        Page 1

1    this released once the government says we
2    can release it. That particular thing
3    that shows China intrusion, these P caps,
4    will be released.
5  Q. So it sounds like in your mind it's
6    possible that Hammer and Scorecard is what
7    was used to rig the election.
8  A. Anything is possible. But we do know it
9    was rigged. We know it was broke into,
10    and China was involved. That's what I've
11    been saying since day 1.
12  Q. So China used Hammer and Scorecard --
13  A. I don't know if they used Hammer
14    Scorecard. They broke in -- you can break
15    into a computer without Hammer Scorecard.
16  Q. Okay. So you don't actually know what
17    your theory of the case is?
18  A. I know the election was broke into, 100
19    percent, broke into and rigged, 100
20    percent.
21  Q. But you don't know how?
22  A. But I don't know which devices and
23    which -- which computer devices, which
24    exact computer devices, no.
25    Do I know it was done with computers?

1    100 percent.
2  Q. Well, it sounds like --
3  A. Hammer Scorecard is a computer, just so
4    you know that. So computers were used --
5    if you want to call one of them Hammer
6    Scorecard -- to break into the election.
7    100 percent I can say that. I bet my life
8    on it, everything I have. And I have
9    betted on it because I've done my due
10    diligence.
11  Q. Okay. So then Dominion didn't rig the
12    election, did they?
13  A. No. Dominion -- Dominion, when you have
14    all these players, okay, Dominion is
15    covering up because they won't let you see
16    what's inside.
17    And this case isn't about Dominion.
18    This is about Eric Coomer. Okay? This is
19    about what Eric Coomer did to My Pillow
20    when he went after Newsmax, you know.
21    Dominion is covering up, and you have
22    to say why.
23    If someone said there knives and
24    feathers -- or knives and sticks in My
25    Pillow, I wouldn't sue people; I would

1    say, "Open it up. Here, there is nothing
2    to see. It's beautiful patented fill.
3    Not lumpy, beautiful patented fill."
4    Okay?
5    And -- but instead, they have covered
6    it up. No one gets to see what they've
7    been hiding, and it's disgusting.
8    All across our country, not just
9    Dominion, ES&S, Hart, Smartmatic, all the
10    machine companies -- and now we've got
11    something we didn't have two years ago,
12    the (indiscernible) records which shows
13    computer manipulation in every county in
14    the United States, even in the 2022
15    election.
16  Q. So you're aware that Dr. Coomer is a
17    former director of strategy and security
18    for Dominion Voting Systems.
19  A. I read that when I read this complaint,
20    when I read this complaint.
21  Q. So as you sit here today, it's your belief
22    that Dr. Coomer had something to do with
23    covering up?
24  A. I sit here today because I said what I
25    did, you guys sued me. And what I said in

1    here, I called him a criminal and traitor
2    by what he did to My Pillow when he went
3    after Newsmax. That's why I'm here.
4    I never said anything about Coomer
5    other than this. I'll read it to you if
6    you want. It's the only thing I ever said
7    about him. Would you like me to read it?
8  Q. No, we'll get to that. We're going to --
9  A. That's why I'm here.
10    I never accused Eric Coomer of
11    anything, other than what he did to
12    Newsmax. And I lost everything I could do
13    there to -- for My Pillow. All my
14    employees, we lost millions of dollars
15    because of this guy.
16  Q. We'll get --
17  A. And you guys.
18  Q. I'm getting out of order here. We'll get
19    to the different statements at issue. I
20    want to --
21  A. I don't know why you're bringing up
22    Dominion.
23  Q. Well, I'm trying to understand -- we
24    started trying to understand the origins
25    of FrankSpeech, and it sounds like your

1   MR. MALONE:  Mike, let's wait for his
2   question.  He's going to ask a question
3   about --
4   THE WITNESS:  Okay.  I'm not going to
5   retract that.  It says, "We want Mike
6   Lindell to retract that"?  I read it.
7   I stand by my statement here, what
8   you did to me here, and I stand by what --
9   anything I said after you sued me or sued
10  My Pillow.
11  BY MR. KLOEWER:
12  Q.  Okay.
13  A.  And FrankSpeech.
14  Why would you sue FrankSpeech if it's
15  on Lindell-TV?  That's bizarre.
16  Q.  You understand that part of your complaint
17  about other social media platforms like
18  YouTube and Rumble is that they take
19  content down, right?
20  A.  No.  They took mine down, my Christianity
21  content when I put up there my Lindell
22  Recovery Network, yes.
23  Q.  Well, this language that's included in
24  your terms and conditions says that any
25  content that's defamatory will not be

1   allowed.  And you --
2   A.  That's not what it says here.  You're only
3   reading part of it.
4   Q.  "Without limiting the foregoing, user
5   contributions must not:
6   Contain any material that is
7   defamatory, obscene, indecent..."
8   A.  Okay.  You're leaving a part out.
9   "This content applies to any and all
10  users within applicable federal,
11  state and local and international
12  laws and regulations (sic)."
13  Okay.  Anything -- anything I said
14  here I would say again.  It's not
15  defamatory.  You guys did this to me.  It
16  is not defamatory.
17  I said what you did is criminal.
18  What you did, you went and made a deal
19  with Newsmax, and I got hurt.  I can never
20  go on there again and talk about My
21  Pillow.
22  And then what you did after you
23  served me papers and sued FrankSpeech and
24  My Pillow and Mike Lindell, I've said a
25  lot since then, and I stand by it.  I'm

1   sorry.
2   That's not defamatory.  I didn't say
3   it anywhere.  Well, I guess I probably
4   did.  But I said it and I stand by what I
5   say.  It's not defamatory when you did it.
6   Q.  So it's your belief as you sit here today
7   that Eric Coomer is a criminal?
8   A.  No.  What he did to me was criminal, and
9   I've said that a million times.
10  What he did to me and My Pillow, and
11  you guys, it's criminal that you sued us.
12  It's criminal that you went and made a
13  dirty deal with Newsmax, and I can't go
14  on -- and part of the deal was Mike
15  Lindell can't come on Newsmax anymore.
16  I used to go on there all the time
17  and talk about My Pillow product, and now
18  we can't do, and we are -- we are
19  suppressed.  It is tens of millions of
20  dollars you guys cost us.  That was
21  criminal, and I stand by that.
22  You had no reason to do that to me.
23  Or Eric Coomer.  I didn't know Eric Coomer
24  from the man on the moon, or you lawyers.
25  Q.  Okay.  We'll get into the publications

1   here after the break.  I just want to be
2   sure.
3   So it sounds like nobody at
4   FrankSpeech -- and correct me if I'm
5   wrong.  I'm trying to understand.
6   You were sued for defamation.  You
7   have terms and conditions that say
8   defamatory content, that users are not
9   allowed to provide that.
10  A.  By federal and state law.
11  You're saying something is
12  defamatory.  I'm saying it's not.  You did
13  it to me.  It's not defamatory.  It says
14  right there.  I'm going to read it to you
15  again.
16  They must combine -- the defamatory
17  can only be applicable with federal, state
18  and local and international laws.  Calling
19  you (sic) what you did is criminal.  I
20  will say it again.  If you think that's
21  defamatory, what I'm telling you, both you
22  lawyers right now, why don't you start a
23  new lawsuit?  You both can sue me for
24  calling you criminal.
25  What you did was criminal to My

1     Ruddy said I couldn't come on, and that's
2     when I made a statement about Eric Coomer.
3        I know nothing about Eric Coomer.  I
4     know nothing about what Joe Oltmann said
5     or what those two did together, if they
6     went fishing together.  I don't know.
7        So we're going to sit here all
8     afternoon, and I have one paragraph on
9     here that I said.  That's why I'm so upset
10    to be here and waste two days of my life.
11       I have said one paragraph, which I
12    could read, and that was because Chris
13    Ruddy told me I couldn't come on Newsmax
14    anymore to talk about My Pillows or
15    anything because of Eric -- a deal he made
16    with Eric Coomer and lawyers for Eric
17    Coomer.  And that was it.
18       That's it.  That's my whole thing
19    with Eric Coomer.  Other than when you
20    guys sued me on the steps of Colorado.
21    Then I went out there and said how could
22    anybody do this to people?  And when I've
23    done nothing wrong.
24       This is unbelievable, but go ahead.
25  Q.  I'm skeptical that you've never asked Joe

Page 138

1     Oltmann.
2  A.  Never asked Joe Oltmann a thing.
3  Q.  Even after you were sued?
4  A.  Even after I was sued.
5        He said -- he said -- he told me once
6     he was the first one sued in the United
7     States.  That, he did say.  "Okay.  So
8     what do you have?"  He goes, "I was the
9     first one sued."  Because I thought
10    Smartmatic was the first when they started
11    lawfare.  I thought that that did come up.
12       I had a conversation -- I said,
13    "Well, Smartmatic started lawfare," and he
14    goes, "No, no, no.  It was me.  I got sued
15    first."
16  Q.  You never asked him why?
17  A.  Huh-uh.  I thought it was the same thing
18    that I got sued for, for talking about the
19    election crime.  That's what I figured it
20    was.
21       I thought he got sued by Dominion, to
22    be honest with you, not Eric Coomer.  Eric
23    Coomer came up with Newsmax.
24  Q.  You never heard his story about claiming
25    to be on an Antifa conference call?

Page 139

1  A.  No.
2  Q.  Did you read the complaint against you for
3     the first time two days ago?
4  A.  Last night.  Last night or two nights ago,
5     I read it.
6  Q.  You didn't read the complaint after you
7     were sued?
8  A.  No.  I took it -- I was so upset with you
9     guys, I took it and gave it to my lawyers
10    and said, "Throw it on the pile."
11       I never read it until two nights ago.
12    That's why I was so mad when I came in
13    here.
14       How could a judge not dismiss this
15    ten months ago?  And I'll put that back on
16    the record.  That judge that you guys
17    brought this before.  And when this should
18    have been up for dismissal, it's shameful
19    what she did, that she didn't even rule on
20    it to dismiss it or not.  And we got to go
21    through all of this, and my employees,
22    myself, wasting time.
23       Yesterday my website went down
24    because you guys took up my time.  Nobody
25    bothered to ask me.  I don't know anything

Page 140

1     about what you're talking about.
2     Anything.  Zero.
3  Q.  And you haven't made any effort to find
4     out?
5  A.  No, no.  I've got other things I'm doing.
6     I'm trying to get rid of these electronic
7     voting machines.
8        Every day, every single day I go
9     state to state.  I worked with Cleburne
10    County in Arkansas.  I've been working
11    with Shasta County, California.
12       These lawsuits are a big distraction.
13    To me -- and you can ask my lawyers.  I
14    don't care.  They're all fake, they're all
15    frivolous, and they're nothing to me.
16       I have to try and -- we have to go to
17    paper ballots or you're not going to have
18    a job.  We're going to lose our country.
19       The China did get into our election.
20    What you can say whether they did anything
21    or not, I don't care.  We have to secure
22    our election.  Brazil just lost their
23    country.
24       This is where I'm at.  We're going to
25    sit here all afternoon.

Page 141

36 (Pages 138 - 141)

1   A.  Listen to me.  I called him treasonous
2      because what he did to my employees at My
3      Pillow.  I was very upset when I just get
4      told basically I'm ruined on my second
5      biggest platform by the owner.  And that
6      you guys made a deal.
7          You know, if you go tell me -- and
8      Eric Coomer goes, "You better not have
9      Mike Lindell on your show anymore, even to
10     sell pillows."  You know what, that is
11     treasonous.  That is treason.
12         If you don't believe that, mine are
13     U.S. employees.  Mine are U.S. employees
14     right here and made in the USA.
15  Q.  Do you know what the punishment for
16     treason is, Mr. Lindell?
17         MR. MALONE:  Object.  That's --
18  A.  I don't know what punishment for treason.
19     You're a traitor to the United States.
20         (Court reporter interruption.)
21  A.  In fact, I said traitor --
22         MR. MALONE:  Mike, just one second.
23         Object as outside the scope, calls
24     for a legal conclusion.  Relevance.
25         Mike, go ahead.
Page 186

1   A.  Yeah, I said, "You're treasonous -- you're
2      disgusting, treasonous, and a traitor to
3      the United States, what you did to my
4      employees."
5          I don't know what the penalties are
6      for that.  And I also called you guys a
7      criminal.  Depends -- I guess it depends
8      how bad you guys treated my employees,
9      right?
10         It says his lawyers are criminals,
11     too.
12         No, I'm sorry.  I'm not going to back
13     down when you guys tell my biggest
14     platform and hurt my employees.
15  BY MR. KLOEWER:
16  Q.  You testified earlier today that Chris
17     Ruddy didn't actually tell you that Eric
18     Coomer insisted that My Pillow be taken
19     off Newsmax.
20  A.  Okay.
21  Q.  I want to know exactly what Chris Ruddy
22     said to you.
23  A.  Okay.  Chris Ruddy said -- when I -- first
24     I seen that he had made some deal and I
25     can't go on his show.
Page 187

1          So I called him up and I go, "Chris,
2      what are you doing?  What do you mean I
3      can't come on your show?  What do you mean
4      I can't come on the show, talk about
5      pillows?"  And that was to talk about
6      pillows.  I did it all the time.
7          And he goes, "Mike, I made a
8      settlement."  And he says, "Part of the
9      settlement, I cannot have you on TV."
10         Now, whether that's me directly or
11     whether you told him that, this is what he
12     said:  I cannot come on his show because
13     he made a settlement of a lawsuit.
14         Did he say you specifically said it?
15     No.  Did he say his lawyers said it?  No.
16     He said --
17  Q.  So that's just something that you --
18  A.  -- because of the settlement he could not
19     have me on.
20  Q.  -- you just imagined that was the case
21     because he wouldn't have you on anymore?
22  A.  No, he told me that.  He told me it was
23     because of the settlement with you guys,
24     100 percent with Eric Coomer.  100
25     percent, "Because of a settlement I made
Page 188

1      today, I can't have you on anymore."
2          And I was furious.  Go look at my
3      tapes.  I'm talking about Newsmax and
4      Ruddy.  I was very upset because I just
5      knew -- I know numbers, and that
6      just kkkrr (sound) -- that right away is
7      you just flushed millions of dollars down
8      the drain.  You guys did that.
9          You know, maybe you should have
10     thought about that, how you hurt other
11     people, before you did something like
12     that.  And then you doubled down and sued
13     my employees.  That's even more bizarre.
14  Q.  Did you consider the possibility that the
15     claims about Eric Coomer that were
16     published on Newsmax were false and that's
17     why they settled?
18  A.  I didn't have idea about that.  I just
19     know what you guys did.  You said Mike
20     Lindell couldn't come on.  I didn't do
21     anything to Eric Coomer.
22  Q.  Mr. Lindell, you just said that Chris
23     Ruddy didn't tell you that we said that,
24     correct?
25  A.  He said it was the settlement with Eric
Page 189

48 (Pages 186 - 189)

1   I read a little bit about it in here.  I
2   was just actually trying to find it.  I
3   know it says "Antifa" in here.
4   Q.  Do you believe that happened?
5   A.  What?
6   Q.  The Antifa call.
7   A.  I don't know.  I haven't checked into it.
8   Ask Joe Oltmann.
9       What does that have to do with me?  I
10  don't get this.
11  Q.  Well, you accused Dr. Coomer of treason.
12  A.  Because of what he did to My Pillow.
13  What's the matter with you?
14  Q.  Well, you just said --
15  A.  I don't know what you're trying to mix.  I
16  told you, I've never heard this in my
17  life.  I've never read the complaint, and
18  that's why I was upset with you guys.
19      I've actually apologized for treating
20  your other lawyer bad because I'm very
21  upset that you would even bring this case.
22      I called him a traitor and a
23  disgusting person that he would go and
24  have one of my biggest outlets and tell
25  the guy never to have me on again.

Page 194

1   Now, if you didn't do that, that
2   Ruddy said because of that -- because of
3   that settlement, that's why I can't go on
4   there anymore.  That's why I went out --
5   and you know what, you can check it out,
6   because I bad-mouthed Newsmax and Ruddy
7   way more than you guys and Coomer that
8   whole two weeks.
9       It was like the end of My -- end of
10  My Pillow.  I'm going so I can't ever go
11  on, and I would go on regularly to talk
12  about My Pillow.  I mean, you know, it's
13  just horrible.  That's why I called him
14  that.
15      Is it so bad to call him a traitor?
16  I'm sorry, he is a traitor, what he did to
17  my company.  These are hard-working
18  Americans.  Don't you care about people?
19  Q.  Well, tell me this --
20  A.  Obviously not because you decided to sue
21  them and double down.
22      MR. MALONE:  Mike, wait for his
23  question.
24  BY MR. KLOEWER:
25  Q.  You've read the complaint, and your

Page 195

1   attorney has deposed Dr. Coomer, and you
2   know that he's getting death threats as a
3   result of these claims that he's a
4   traitor.
5       MR. MALONE:  Object to form.
6   BY MR. KLOEWER:
7   Q.  You know that, don't you?
8   A.  What's that?
9       MR. MALONE:  I'm just objecting to
10  form and foundation, Mike.  You can answer
11  the question if you know.
12  A.  Do I know what?
13  BY MR. KLOEWER:
14  Q.  That he is getting death threats because
15  of public claims that he is a traitor.
16      You know that, don't you?
17  A.  No, I don't know that.
18      Do you know that I got death threats
19  because --
20  Q.  That's not my question.
21  A.  I get death threats.
22  Q.  That's not my question.
23  A.  Is this in here, this death threats?
24  Q.  Yes.
25  A.  Okay.

Page 196

1   Q.  It is.  It's in the --
2   A.  I don't know.  Just show us the --
3       (Court reporter interruption.)
4   BY MR. KLOEWER:
5   Q.  Your attorney has deposed Dr. Coomer and
6   he testified about the death threats he's
7   gotten, and the extreme harm that has been
8   caused to his life.
9   A.  From what he did to my employees.
10  Q.  Because of claims that he is a traitor.
11  A.  Who said that?  Me?
12  Q.  You did.
13  A.  Because of my employees.
14  Q.  Yes.
15  A.  Maybe he shouldn't have done that.
16      You know what my employees feel, they
17  feel like they're lost a lot of their
18  livelihood because of him.
19  Q.  Well, he's lost --
20  A.  And they've had death threats.
21  Q.  -- his entire livelihood because of these
22      --
23  A.  And they've had death threats --
24  Q.  -- claims.  So --
25  A.  And they've death threats because of --

Page 197

50 (Pages 194 - 197)

1   Q. And he was -- it sounds like he was in
2      charge of coordinating this red team. I
3      know you've said you didn't know who the
4      red team was.
5   A. I didn't even know what the word meant.
6      And I assume he's the one that coordinated
7      that, too. He coordinated so much of it.
8         I had my vision, "I'm going to do
9      this. Do it, do the other stuff, Kurt."
10     He was very good. We worked in harmony
11     like that.
12        He was my lawyer. He set up, he did
13     more work on the symposium, or as much or
14     more than I did.
15  Q. So we've seen some advertising billed as
16     "Mike Lindell's Cyber Symposium." Do you
17     recall any signage like that, said "Mike
18     Lindell's" --
19  A. I put that out there. People know who I
20     am. I'm the one that put out there. I'm
21     putting on -- it's kind of like Jerry
22     Lewis's Labor Day Telethon. I mean,
23     that's kind of the way I wanted it to be.
24        I wanted it to be a three-day. I
25     wanted people to sometime tune in. Right.

Page 222

1   Q. And Mr. Olson was working with you to help
2      coordinate this event?
3   A. He's my attorney. We worked together on
4      everything. He coordinated, he met, he
5      was at the thing, helped set it up, helped
6      "Here's the way things go."
7         I asked him, "Here's what I want to
8      do." Sometimes he'll push back on stuff
9      and say, "Well, maybe you should do it
10     this way."
11        Not just that, we do everything, all
12     kinds of stuff we do together. He's like
13     my general attorney.
14        (Court reporter interruption.)
15  BY MR. KLOEWER:
16  Q. So Mr. Olson didn't provide you with a
17     list of speakers beforehand. He was
18     controlling all that himself?
19  A. No. We had no list even when we got
20     there. We had one person I think that he
21     had, Dr. Frank, that said -- I think there
22     was no list provided to me at all of who
23     was going to speak.
24        MR. KLOEWER: Well, let's take a
25     quick look here before we proceed with

Page 223

1      that. I want to mention schedule.
2         We'll mark this as Exhibit 87.
3         (Deposition Exhibit No. 87 was
4      introduced.)
5   BY MR. KLOEWER:
6   Q. You can see there, these are documents
7      that were disclosed as Lindell 23 --
8   A. Yep.
9   Q. -- through 25. And this appears to be
10     agenda for the symposium.
11        Have you seen this before?
12  A. Just when you guys showed it to me
13     yesterday.
14  Q. Okay. So we've got a day 1 agenda on
15     page 1 --
16  A. Yep.
17  Q. -- that includes various events. We've
18     got an opening prayer, Pledge of
19     Allegiance. We've got speakers listed.
20     Day 2 and day 3.
21  A. Um-hmm.
22  Q. It sounds like what you're telling me, you
23     had never seen this, and you did not --
24  A. Never seen this.
25  Q. You were not prepared for this schedule?

Page 224

1   A. Never seen this. Because they have got
2      like General Flynn on here. He was never
3      there.
4         I think this was a mock-up made
5      months in advance of, okay, this could be
6      what we could do. This was never used, it
7      was never provided at this event, period.
8      That's 100 percent fact.
9   Q. Well, it's interesting you mention General
10     Flynn. Why wasn't he there?
11  A. I have no idea. I didn't write this
12     thing. I never talked to General Flynn.
13  Q. Wasn't he supposed to be there on the
14     third day?
15  A. No. I don't know who was all invited.
16        General Flynn -- this was a mockup
17     probably made in June or something by
18     somebody. I don't know who made this.
19     I've never seen it.
20        If I would have seen this, I probably
21     would have felt a little more confident
22     going, oh, we do have a -- we do have
23     something we're going to do.
24        My thing was all set up. Had nothing
25     to do with the stage. It was all set up

Page 225

57 (Pages 222 - 225)

1    and it's shameful.  That's what I mean.  I
2    think it's criminal, and, you know, part
3    of a criminal crime family, Dominion.
4    All -- you know, Dominion.
5  Q.  I believe you said in your response that
6    "for what he's done to me" -- or for what
7    Dominion has done to you and to our
8    country.
9        And my question is, what has Dominion
10   done to our country?
11 A.  What has Dominion done to our country.
12   They sued over 200 lawsuits and/or letters
13   to citizens.  I have sat with them,
14   they've cried.  They've had to get home
15   security system.  They've done nothing.
16   All they were was poll watchers, over 200.
17       You asked me what they did to our
18   country.  These are U.S. citizens.  These
19   citizens finally put up a lawsuit against
20   them when they all got together, like a
21   class action suit, against Dominion.
22       What they have done to our country
23   with lawfare and attacking our citizens,
24   and without even showing what's inside.
25   All we ask is, "You're running our

Page 278

1    elections; you better show us what's
2    inside."  They won't do it.
3        That's criminal.  It's criminal.
4    Lawfare has not been used in our country
5    since 1798.  That's why they're criminal,
6    and you know that's why they're criminal.
7  Q.  You believe that Dominion Voting Systems
8    played a role in rigging the election,
9    correct?
10 A.  A hundred percent.  It's not even close.
11   1,000 percent.
12 Q.  So when you accuse them of being a
13   criminal organization, there is two things
14   in your mind.  We've established that you
15   are -- you think they're criminal for
16   filing lawsuits, for what you've described
17   as lawfare, but you also believe that
18   Dominion played a role in rigging the
19   election.
20 A.  100 percent.  It's not even a question.
21   Not even a question.
22       What do you think they're suing me
23   for?  Because they're trying to cover it
24   up.
25 Q.  Well, that's exactly right.  That's what I

Page 279

1    was --
2  A.  That's right, 100 percent.
3  Q.  -- what lawsuits are because of --
4  A.  I think I make that perfectly clear every
5    day.
6        (Court reporter interruption.)
7  A.  That could be the dumbest question of the
8    week do I think they played a role.  Of
9    course they did.
10       MR. KLOEWER:  Okay.  Let's play from
11   where we are at.
12       (Playing Video Clip:
13       "Who knows what he did there.  But
14   anyway, he served papers, everybody.
15   He has sued -- everybody ready for
16   this? -- Mike Lindell, FrankSpeech,
17   and My Pillow.
18       Eric Coomer, you are a criminal."
19 A.  You bet.
20       (Playing Video Clip:
21       "Eric Coomer, your lawyers better
22   look out.  I'm not putting up with
23   this.
24       My Pillow doesn't even know who you
25   are.  My employees -- I have

Page 280

1    employees, 2700 employees.  Shame on
2    you, Eric Coomer.  You did a very,
3    very stupid move, Mr. Coomer.  You're
4    going to be the first one right
5    behind Raffensperger and all Janet
6    Griswold behind bars.  You're going
7    to be number one on my list.")
8  BY MR. KLOEWER:
9  Q.  "Right behind Raffensperger and Janet
10   Griswold behind bars."
11 A.  Right.
12 Q.  What do you mean by that?
13 A.  Because they both done criminal activity.
14 Q.  What kind of criminal activity have they
15   done?
16 A.  Janet Griswold deleted all the machines of
17   Dominion all across Colorado, called the
18   trusted build.
19       And Raffensperger, it would take --
20   we would be way over on time if I told you
21   what all that guy did.
22       These are my own investigations, so I
23   know firsthand.  When I went after Coomer
24   there, it's because I know -- firsthand
25   know what he did, not only back with

Page 281

71 (Pages 278 - 281)

1  Newsmax, but you guys doubled down and
2  sued my employees.
3     He's a criminal for doing that
4  because -- criminal.  It's criminal.
5  Q.  Well, you're putting --
6  A.  I hope he ends up behind bars, and I stand
7  by my statement.
8  Q.  You're putting Coomer in the group with
9  Griswold and Raffensperger because you
10  believe they all played a role in election
11  crime as well.
12  A.  They've all done something with election
13  crime, but Coomer did something extra to
14  me and my employees.  To me and my
15  employees.  So did Dominion.  Dominion
16  sued my employees, too.
17     Yeah.  I stand by everything I said
18  after you sued me on that thing in
19  Colorado.  Hope I talked about you guys,
20  too, in there.
21     MR. KLOEWER:  Let's roll the tape.
22     (Playing Video Clip:
23     "So go after my employees and after
24     my company again" --)
25  A.  There you go.

Page 282

1     (Playing Video Clip:
2     "-- you're disgusting.  You belong
3     behind bars.
4     I heard you ran into a building the
5     other day drunk or whatever you were,
6     you know, whatever you did allegedly;
7     I'll say that for the lawyers, so I
8     don't "allegedly" accuse of you
9     something you haven't done.  But I
10     will accuse you of this.
11     You've been part of the biggest
12     crime this world has ever seen, Eric
13     Coomer, president.")
14  BY MR. KLOEWER:
15  Q.  "Eric Coomer, you've been part of the
16  biggest crime this world has ever seen."
17  What are you referring to there?
18  A.  Referring to just what he did.  After you
19  guys served me, he's part of what he did
20  with Dominion.  It's very clear now.
21     After you guys served me and attacked
22  my employees, you wouldn't have done that
23  if he wouldn't have been part of Dominion.
24  Q.  Okay.  So the biggest crime the world has
25  ever seen is rigging the election?

Page 283

1  A.  He's part of the biggest cover-up of the
2  biggest crime in history.
3     MR. KLOEWER:  Go ahead.
4     (Playing Video Clip:
5     "-- at Dominion.  You've even said
6     what you did or what you were going
7     to do, you're disgusting.")
8  BY MR. KLOEWER:
9  Q.  What do you mean when you say "you even
10  said what you were going to do"?
11  A.  Dominion?
12  Q.  No.  You said "you even said what you were
13  going to do."  You're talking -- you're
14  directing your statement at Eric Coomer as
15  I understand it, and you say "you even
16  said what you were going to do."
17  A.  Am I talking about Dominion?  Turn it up.
18     MR. KLOEWER:  Can we roll back about
19  ten seconds there.  I want to be sure we
20  get this.
21     (Playing Video Clip:
22     "-- allegedly accuse you of
23     something you haven't done, but I
24     will accuse you of this.
25     You've been part of the biggest

Page 284

1  crime this world has ever seen.  Eric
2  Coomer, president of Dominion, you've
3  even said what you did or what you
4  were going to do.  You're
5  disgusting.")
6  BY MR. KLOEWER:
7  Q.  "Eric Coomer, president of Dominion, you
8  even" --
9  A.  Is he president of Dominion?
10  Q.  No, but I'm trying to focus on the
11  statement.
12     "You even said what you were going to
13  do."
14  A.  I don't know what that means.  I don't
15  know what that means.  Dominion --
16  Dominion, when they shut down the
17  machines, I don't know if he was the guy
18  in Michigan that was there that night from
19  Dominion that shut everything down.  I
20  don't know.
21  Q.  Well, you're referring to a specific
22  statement that you believe Eric Coomer
23  made and --
24  A.  I don't know if I -- I don't know if
25  that's what I was referring to.  I have no

Page 285

72 (Pages 282 - 285)

1 destroy my employees and My Pillow?"
2     Sorry I didn't reach out to Eric
3 Coomer. And I'm not sorry. Make sure you
4 put that part in if you say, "Well, Mike
5 said he was sorry," because I'm not sorry.
6 Q. Duly noted.
7     Request number 7 says to admit that
8 FrankSpeech knows that Dr. Coomer has
9 provided sworn testimony that he has
10 received and continues to receive credible
11 death threats arising from the claims
12 about him by Oltmann.
13     You denied that.
14 A. Yeah. How would I know that, and how
15 would I know he had death threats, and how
16 would I know what Oltmann said about him?
17 Q. Well, you could have read the complaint.
18 A. What?
19 Q. Well, you could have read the complaint.
20 A. I never read the complaint until two days
21 ago. You know that. That's why I said
22 "Deny."
23     I never had read this and you guys
24 know that. 100 percent never read this
25 until day and a half ago. So that's why

Page 302

1 it says "Deny."
2 Q. But as you sit here today, you do
3 know that Dr. --
4 A. Do know what?
5 Q. That Dr. Coomer has received credible
6 death threats.
7 A. No, I haven't seen the death threats.
8 Dr. Coomer can say that all he wants.
9 Show me the threats. Does he have the
10 recordings?
11     I have mine. I have mine,
12 recordings. My lawyers turn it in. I
13 have hundreds of death threats.
14     I have my recordings. Does he have
15 his?
16 Q. Yes.
17 A. Okay. Well, then, you know, I feel bad if
18 Oltmann -- if there is death threats
19 coming against him, but I don't know what
20 Oltmann and him had going. I don't know
21 what they did.
22 Q. Do you feel bad if there is death threats
23 coming at Dr. Coomer?
24 A. I feel bad for anybody. Are you kidding
25 me? Anybody. Nobody should have to live

Page 303

1 with that. Nobody should live with
2 threats. Nobody should have to live with
3 threats like Dominion did to all them
4 people where they had to get home security
5 systems.
6     You're exactly right. I feel bad for
7 those people, I feel bad if this happened.
8 Coomer got a death threat, nobody deserves
9 a death threat.
10 Q. Well, if you knew that your statements
11 were encouraging people to threaten
12 Dr. Coomer's life --
13 A. I didn't. This is Joe Oltmann, and I
14 didn't know anything about it. So don't
15 sit here and put words in my mouth like
16 you tried to earlier.
17 Q. We just watched many of your
18 statements about Eric Coomer --
19 A. Did anybody call him on that? Show me one
20 that called him on that. I explained my
21 very specifically that what he did was
22 criminal, including you guys. I wouldn't
23 think anybody would call that up. I said
24 that's between me and you guys.
25     "These guys are criminal what they

Page 304

1 did, and I'm going to get them put behind
2 bars." That's what I said. "I'm going to
3 melt them down, get them behind bars."
4     So if you guys -- I hope you're
5 clean. I hope you are. But what you did
6 was criminal. It was very bad what you
7 did to my employees, that they feel --
8 they're scared, what you guys have done.
9     You sued a company that had nothing
10 to do with you. You guys did that. You
11 two did that. It's -- I can't even fathom
12 you can't wrap your head around that.
13     Yes, I feel sorry that Coomer -- if
14 he really got death threats for something
15 somebody else said. It's horrible. But
16 you guys did something horrible, too, and
17 it doesn't make this right or that right.
18     That's it.
19 Q. Are you done?
20 A. Yeah.
21 Q. So if -- I understand you haven't read
22 Eric Coomer's deposition testimony.
23 A. No.
24 Q. Have you reviewed any of the documents
25 that we've produced?

Page 305

77 (Pages 302 - 305)

1  malone@parkerdk.com

2              March 23, 2023

3  Coomer, Eric, Ph.D. v. Lindell, Michael J., Et Al

4  DEPOSITION OF: Michael J. Lindell , Corp Rep (# 5761276)

5     The above-referenced witness transcript is

6  available for read and sign.

7     Within the applicable timeframe, the witness

8  should read the testimony to verify its accuracy. If

9  there are any changes, the witness should note those

10  on the attached Errata Sheet.

11    The witness should sign and notarize the

12  attached Errata pages and return to Veritext at

13  errata-tx@veritext.com.

14    According to applicable rules or agreements, if

15  the witness fails to do so within the time allotted,

16  a certified copy of the transcript may be used as if

17  signed.

18           Yours,

19           Veritext Legal Solutions

20

21

22

23

24

25

                                        Page 326