# EXHIBIT 15

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2    _____

 3    ERIC COOMER, Ph.D.,          )
                                   )
 4          Plaintiff,             )
                                   )
 5    VS.                          ) NO. 1:22-CV-01129-WJM
                                   )
 6    MICHAEL J. LINDELL,          )
      FRANKSPEECH LLC, AND         )
 7    MY PILLOW, INC.,             )
                                   )
 8                                 )
            Defendants.            )
 9    _____

10

11

                        VIDEO DEPOSITION
12
                              OF
13
                        BRANNON HOWSE
14
                        MAY 20, 2023
15

16

17

18

19

20

21

22

23     ALPHA REPORTING CORPORATION, A VERITEXT COMPANY
                      236 Adams Avenue
24                    Memphis, TN 38103
                       901-523-8974
25                  www.alphareporting.com


                                              Page 1
```

1 question. I'm just trying to understand, you know,
2 which members of this group of people who were
3 working together at the time you were in contact
4 with.
5       Russell Ramsland, have you ever met him?
6 A. I have interviewed him.
7 Q. Okay.
8 A. I believe I have interviewed him.
9 Q. All right. When would that have occurred?
10 A. I don't know. But I think I have
11 interviewed him.
12 Q. Do you know if that would have been before
13 of after the 2020 presidential election?
14 A. I believe it would have been after.
15 Q. And are you familiar with his organization
16 the Allied Security Operations Group?
17 A. Familiar in what way?
18 Q. Do you know that they exist?
19 A. I have heard about it.
20 Q. Okay.
21 A. But I don't -- I can't say I know anything
22 in detail about the organization.
23 Q. Okay. So you don't know what they do?
24 A. I suppose they do something related to
25 cyber security, and I know that they were studying

Page 30

1 A. I don't know.
2 Q. Conan Hayes, were you in touch with
3 Mr. Hayes in late 2020?
4 A. I don't think so.
5 Q. Okay.
6 A. I don't think I -- is that the Cohen that
7 works with Mike Lindell?
8 Q. Yes.
9 A. I don't believe I came to figure out who
10 he was or even know who he was until after working
11 with Mike Lindell in 2021.
12 Q. Okay.
13 A. A lot of these people kind of work on the
14 shadows, you know, on the edge. They're -- they
15 don't run to be interviewed.
16 Q. Right. That's why I'm asking about some
17 of these folks.
18       Last one, Josh Merritt?
19 A. I mean, Russ Ramsland may run to be
20 interviewed. I'm not saying he doesn't. But when
21 you're talking about guys like Cohen --
22 Q. Yeah. Well, part of the reason I'm asking
23 is the organization I referred to a moment ago,
24 ASOG, the Allied Security Operations Group, it's our
25 understanding that Mr. Waldron, Mr. Hayes,

Page 32

1 elections and election results and cyber hacking,
2 I'm told.
3 Q. Okay.
4 A. And I believe I have -- I believe --
5 again, you would have to go back through all my
6 shows. But I believe I have interviewed him, but I
7 don't -- I can't say for certain. I don't -- it's
8 sometimes hard to distinguish between when someone
9 else interviewed him and I was in the room for a
10 production my private conversations with him and
11 then did I ever interview him myself.
12       And it's kind of like asking you what did
13 you have for lunch and dinner a week ago today.
14 Q. Right. That's -- that's fair. Are you
15 still in touch with Mr. Ramsey?
16 A. I'm -- I'm not not in touch with him. If
17 he were to call me, I would take his phone call.
18 Q. Okay.
19 A. In other words, we -- there's no falling
20 out. I mean, if he were to call me, I would take
21 his call.
22 Q. What about Phil Waldron? Were you in
23 contact with Mr. Waldron at this time?
24 A. What time is that?
25 Q. Late November 2020?

Page 31

1 Mr. Ramsland and an individual named Josh Merritt,
2 who I'm about to ask you about, all worked for that
3 organization at the time.
4       So I'm just trying to understand if you
5 were in touch with them in this late 2020 time
6 frame.
7 A. Not that I'm aware of.
8 Q. Okay. So I just mentioned Josh Merritt.
9 Did you ever speak with him in late 2020?
10 A. Not that I'm aware of. I don't think I
11 knew who he was until the Cyber Symposium came
12 around.
13 Q. You know who he is now, though?
14 A. I know who he is. But I don't know
15 that -- I could not tell you if I have ever talked
16 to him or not.
17 Q. All right. So proceeding through this
18 late 2020 time frame -- well, I don't know if this
19 is 2020 or early 2021. But do you recall when you
20 first met Mike Lindell?
21 A. In person?
22 Q. No. Well, I know -- I know he was -- he
23 was interviewed -- you interviewed him on your show
24 as you already discussed. And we're not sure
25 exactly when that occurred?

Page 33

9 (Pages 30 - 33)

1    A.   Not at the FrankSpeech. I think he was by
2  Skype from his home.
3    Q.   Okay. So when you say you remembered him
4  at the Frankathon --
5    A.   When I said it in that interview there.
6    Q.   Yeah. You said you were very impressed by
7  him at the Frankathon --
8    A.   Did I say that?
9    Q.   Yeah. Let me replay it, just so we're --
10  we're clear on...
11       (WHEREUPON, THE ABOVE-REFERENCED CLIP WAS
12  PLAYED.)
13  BY MR. KLOEWER:
14    Q.   Do you remember this conversation with
15  Mr. Lindell you're describing here where he was very
16  complimentary of Mr. Oltmann?
17    A.   I don't remember it.
18    Q.   No? Okay. Now, just a quick question
19  here. This -- we're going to watch a number of
20  different clips today.
21       This one is interesting to me in that it
22  just says FrankSpeech.com across the bottom.
23  There's not a Lindell TV banner. Do you know why
24  that would have been?
25    A.   What was the date of this?

*Page 118*

1    Q.   Well, it was May 3rd of 2021. So --
2    A.   And when was Lindell TV formed?
3    Q.   I believe June 2nd. So I just want to
4  confirm. Is -- would that because at this time,
5  this was a publication of FrankSpeech only?
6    A.   That's -- that's what I understand.
7    Q.   Okay. Fair. All right. What else do we
8  have here? Okay. We've already looked at the
9  Delaware clips.
10       So -- and you just said you didn't know
11  him before the Frankathon. Does that comport with
12  your recollection? And you -- your counsel is about
13  to say asked and answered. I just want to be sure.
14       MR. GREER: That's okay.
15    A.   Well, wait a minute. I don't -- I think I
16  may have known who he was before the Frankathon.
17  BY MR. KLOEWER:
18    Q.   Okay.
19    A.   But I didn't know he was that guy. In
20  other words, I believe I was in a phone conference
21  with him.
22    Q.   Okay.
23    A.   And that he had represented himself as
24  having a data center in Colorado.
25    Q.   Okay.

*Page 119*

1    A.   And then when I interviewed him at the
2  Frankathon, I thought -- if my memory serves me
3  right, I thought that was the first time I had ever
4  talked to the man. And then I found out later, oh,
5  wait a minute, that's the Joel -- is it Joe or Joel?
6    Q.   Joe.
7    A.   Joe?
8    Q.   J-O-E. Yeah. Joe.
9    A.   That's the Joe that supposedly owned a
10  data center in Colorado that had been on a phone
11  conference with RJ and myself and some others.
12    Q.   Okay.
13    A.   So apparently I was aware of him before,
14  but I didn't -- I don't think I understood that
15  we're talking about the same Joe.
16    Q.   And you'll discuss this in a minute. So
17  I'm not trying to set a trap for you here.
18       But do you recall hearing Mr. Oltmann's
19  story about Eric Coomer?
20    A.   I think the first time I heard it was
21  at --
22    Q.   In the next clip probably. I think -- I'm
23  going to show you. I just want to be sure I'm
24  understanding you correctly.
25       All right. So I'm going to play for you

*Page 120*

1  what's been labeled as Exhibit 65, Clip 2. This is
2  from that same interview.
3       (WHEREUPON, THE ABOVE-REFERENCED CLIP WAS
4  PLAYED.)
5  BY MR. KLOEWER:
6    Q.   Okay. And I've got this cut up into a
7  bunch of, you know, long segments. We're going to
8  -- they're going to be cut off a few times.
9       Had you heard anything about an Antifa
10  call before this? Not necessarily from Joe Oltmann.
11  I know you just said you hadn't heard his story.
12  But had -- this -- this notion of a Dominion
13  executive partaking in an Antifa phone call, had you
14  ever heard that before?
15    A.   I don't believe I would have unless he
16  expressed that in the interview in April.
17    Q.   Right. Well, I'm just -- this -- these
18  claims were out in the world at this time. And I'm
19  just wondering if you had come across them and then
20  realized that Mr. Oltmann was involved with that or
21  if you had never heard that story before.
22    A.   I don't even recall.
23    Q.   Okay. I want to play Clip 4 now. And
24  I'll have several question for you after that. This
25  is Exhibit 65, Clip 4.

*Page 121*

31 (Pages 118 - 121)

**Page 358**

1    THE WITNESS:  Right.
2    MR. GREER:  Usually it's for minor things.
3    THE WITNESS:  Right.
4    MR. GREER:  You can't change the substance
5 of your testimony.
6    VIDEO SPECIALIST:  This concludes today's
7 deposition.  Going off the record at 3:50 p.m.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 360**

1    ERRATA SHEET FOR THE TRANSCRIPT OF:
2        BRANNON HOWSE
3        CORRECTIONS
4 Page Line Now Reads  Should Read   Reasons
5  ____ ____ _____ _____ _____
6  ____ ____ _____ _____ _____
7  ____ ____ _____ _____ _____
8  ____ ____ _____ _____ _____
9  ____ ____ _____ _____ _____
10 ____ ____ _____ _____ _____
11 ____ ____ _____ _____ _____
12 ____ ____ _____ _____ _____
13 ____ ____ _____ _____ _____
14 ____ ____ _____ _____ _____
15 ____ ____ _____ _____ _____
16 ____ ____ _____ _____ _____
17 ____ ____ _____ _____ _____
18
    _____      _____
19 (Date)            Signature of Witness
20 Sworn to and Subscribed before me, _____,
   this _____ day of _____, 20__.
21
22 _____    _____
23
24
25

**Page 359**

1        C E R T I F I C A T E
2 STATE OF TENNESSEE   )
                       )
3 COUNTY OF SHELBY     )
4
     I, Korian Neal, LCR #402, RPR, CCR, Licensed
5  Court Reporter and Notary Public, in and for the
   State of Tennessee, do hereby certify that the above
6  1 was reported by me, and the transcript is a true
   and accurate record to the best of my knowledge,
7  skills, and ability.
8      I further certify that I am not related to
   nor an employee of counsel or any of the parties to
9  the action, nor am I in any way financially
   interested in the outcome of this case.
10
       I further certify that I am duly licensed by
11 the Tennessee Board of Court Reporting as a Licensed
   Court Reporter as evidenced by the LCR number and
12 expiration date following my name below.
13     I further certify that this transcript is
   the work product of this court reporting agency and
14 any unauthorized reproduction and/or transfer of it
   will be in violation of Tennessee Code Annotated
15 39-14-104, Theft of Services.
16     IN WITNESS WHEREOF, I have hereunto set my
   hand and affixed my notarial seal this 12th day of
17 June 2023.
18
19
20
   _____
21 Korian Neal, RPR, CCR, LCR #402
   Expiration Date 06-30-2024
   Notary Public Commission Expires
22 04-29-2026
23
24
25

**Page 361**

1 agreer@glankler.com
2        June 12, 2023
3 RE: Coomer, Eric, Ph.D. v. Lindell, Michael J., Et Al
4 DEPOSITION OF: Brannon Howse (# 5909772)
5    The above-referenced witness transcript is
6 available for read and sign.
7    Within the applicable timeframe, the witness
8 should read the testimony to verify its accuracy. If
9 there are any changes, the witness should note those
10 on the attached Errata Sheet.
11    The witness should sign and notarize the
12 attached Errata pages and return to Veritext at
13 errata-tx@veritext.com.
14    According to applicable rules or agreements, if
15 the witness fails to do so within the time allotted,
16 a certified copy of the transcript may be used as if
17 signed.
18        Yours,
19        Veritext Legal Solutions
20
21
22
23
24
25