# EXHIBIT 18

Watch live: Derek Chauvin trial, Day 9

2020 ELECTION

# Dominion worker Eric Coomer sues Trump campaign and conservative media

The election systems security chief says he's been vilified by Fox News and others.



— Eric Coomer from Dominion Voting demonstrates his company's touch screen tablet that includes a paper audit trail at the second meeting of Secretary of State Brian Kemp's Secure, Accessible & Fair Elections Commission in Grovetown, Ga., Thursday, Aug. 30, 2018. Bob Andres / AP file

Dec. 23, 2020, 6:14 AM CST / Updated Dec. 23, 2020, 7:05 AM CST

**By The Associated Press**

EXHIBIT 9
WIT: Coomer
DATE: 2/15/23
Laurel S. Tubbs, RPR, CRR

An election systems worker driven into hiding by death threats has filed a defamation lawsuit against President Donald Trump's campaign, two of its lawyers and some conservative media figures and outlets.

Eric Coomer, security director at the Colorado-based Dominion Voting Systems, said he wants his life back after being named in false charges as a key actor in "rigging" the election for President-elect Joe Biden. There has been no evidence that the election was rigged.

His lawsuit, filed Tuesday in district court in Denver County, Colorado, names the Trump campaign, lawyers Rudy Giuliani and Sidney Powell, conservative columnist Michelle Malkin, the website Gateway Pundit, Colorado conservative activist Joseph Oltmann, and conservative media Newsmax and One America News Network.

"I have been thrust into the public spotlight by people with political and financial agendas but, at heart, I am a private person," Coomer said in a statement.

Voting machine companies threaten right-wing media companies with legal action



"While I intend to do everything I can to recapture my prior lifestyle, I have few illusions in this regard," he said. "And so, today, I put my trust in the legal process, which has already exposed the truth of the 2020 presidential election."

Dominion, which provided vote-counting equipment to several states, has denied accusations that it switched Trump votes in Biden's favor, and no evidence has emerged to back those charges up.

Dominion and another voting technology company, Smartmatic, have begun to fight back against being named in baseless conspiracy theories. After legal threats were made, Fox News Channel and Newsmax in recent days have aired retractions of some claims made on their networks.

There was no immediate comment from those named in the lawsuit.

His lawyers said Coomer has become "the face of the false claims." Coomer's name first got public exposure in a podcast by Oltmann, who claimed to have heard a strategy call of Antifa activists. When the prospect of a Trump victory was brought up, Oltmann said a man identified as "Eric from Dominion" supposedly said "don't worry about the election, Trump is not going to win. I made … sure of that," adding an expletive.

In an opinion piece written for the Denver Post, Coomer wrote that he has no connections to Antifa, was never on any call and the idea that there is some recording of him is "wholly fabricated."

The fact-checking website Snopes said Oltmann hasn't cooperated in any attempts to verify his claims.

Oltmann also claimed that Coomer made anti-Trump comments on Facebook. The lawsuit acknowledged that Coomer made comments critical of the president on his private Facebook page; he now says his page is inactive.

Oltmann's charges spread after he was interviewed by Malkin and Gateway Pundit. Eric Trump tweeted about them. OANN, and its White House correspondent Chanel Rion, reported on them. Powell, misidentifying Coomer as working for Smartmatic, said at a news conference that Coomer's "social media is filled with hatred" for Trump, and she later repeated her charges in a Newsmax interview.

Giuliani, at a news conference, called Coomer "a vicious, vicious man. He wrote horrible things about the president … He is completely warped," according to the lawsuit.

Fox News Channel, another network popular with Trump supporters, is not being sued and Coomer actually uses Fox's Tucker Carlson to buttress his case. The lawsuit notes a scheduled Powell appearance on Carlson's show did not happen after she could not provide evidence for her charges.

Coomer told The Associated Press earlier this month that right-wing websites posted his photo, home address and details about his family. Death threats began almost immediately.

He said his father, an Army veteran, received a handwritten letter asking, "How does it feel to have a traitor for a son."

"It's terrifying," Coomer said. "I've worked in international elections in all sorts of post-conflict countries where election violence is real and people are getting killed over it. And I feel that we're on the verge of that."

The Associated Press

Sponsored Stories                                      by Taboola

EN INSIDER
legal? Internet Providers Furious After $39 Gadget Goes Viral

APTOPS | SEARCH ADS
aptops That Are Guaranteed To Impress For Any Type Of User

APTOP DEALS | SEARCH ADS
leed A Laptop To Work From Home? Here Are The Top Ones!

MARTANSWERS.NET
hese Offers On Prepaid Data Plan For Seniors Will Amaze You.

SPONSORED / GUNDRYMD

Top Surgeon: This Simple Trick Empties Your Bowels Every Morning (Almost Immediately)

SPONSORED / ZEN INSIDER

Illegal? Internet Providers Furious After $39 Gadget Goes Viral

SPONSORED / LAPTOP DEALS | SEARCH ADS

Need A Laptop To Work From Home? Here Are The Top Ones!

SPONSORED / SMARTANSWERS.NET

These Offers On Prepaid Data Plan For Seniors Will Amaze You.

SPONSORED / SENIOR CELLPHONES | SEARCH ADS

Top Rated Cellphone Designed For Seniors

SPONSORED / VPNPROXYMASTER.COM

Limited Time 69% Off - Best VPN

SPONSORED / PROVIDEINSURANCE

Minnesota Launches New Policy For Cars Used Less Than 50 Miles/Day

SPONSORED / PROVIDE LIFE INSURANCE NOW

## MN Seniors with No Life Insurance Get a $250k Policy for $18/month

SPONSORED / VOIP | SEARCH ADS

## More Americans May Be Picking VoIP Phones In 2021

SPONSORED / TALON.ONE

## eCommerce growth isn't just a phase - keep up with trends

SPONSORED / YAHOO SEARCH

## Research The Best Cheap Virus Protection

SPONSORED / OSHENWATCH

## Why Is Everybody Snapping Up This New $49 Smartwatch?

SPONSORED / COMPARISONS.ORG

## Best & Worst Refinance Mortgage Companies Of 2021

SPONSORED / COMPARISONS.ORG

## People Born 1951-1991 (With No Life Insurance) Should Claim This Benefit In April 2021

ABOUT

CONTACT

CAREERS

PRIVACY POLICY

DO NOT SELL MY PERSONAL INFORMATION

CA NOTICE

TERMS OF SERVICE

NBC NEWS SITEMAP

ADVERTISE

AD CHOICES

https://www.nbcnews.com/politics/2020-election/dominion-worker-eric-coomer-sues-trump-campaign-conservative-media-n1252205    5/6

© 2021 NBC UNIVERSAL