**EXHIBIT 19**

I work for Dominion Voting Systems. I did not commit voter fraud.

# Guest Commentary: I work for Dominion Voting Systems. I did not commit voter fraud. The attacks against me need to stop.

I work to ensure America's elections are secure. Now that work, and I, are being assaulted with lies.

By **ERIC COOMER** | Guest Commentary
December 8, 2020 at 6:00 a.m.

As we enter the final stages of the 2020 election, Americans are focused on the voting process like never before. Even amid a pandemic and its rising death toll, we seek assurances that our democratic institutions are being upheld. I have spent the past 15 years of my life working to ensure the safety and security of elections, and I am especially mindful that Americans deserve to have continued confidence in the officials, companies, and individuals who help conduct free, fair, and transparent elections.



EXHIBIT 6
WIT: Coomer
DATE: 2/15/23
Laurel S. Tubbs, RPR, CRR



I work for Dominion Voting Systems. I did not commit voter fraud.

Eric Coomer is the director of product security and strategy for Dominion Voting Systems. He lives in Colorado. This op-ed does not necessarily represent the opinion of Dominion.

In my role as the director for product security and strategy for Dominion Voting Systems, I have been responsible for ensuring that Dominion customers can rely on a partner to help support the delivery of secure, accurate, and transparent elections. Not only have I designed systems and products that directly support the auditing and validation of election results, but I have championed and helped develop a vulnerability disclosure program to support more collaboration between election vendors and independent third-party security researchers in identifying and mitigating potential security vulnerabilities in election infrastructure.

https://www.denverpost.com/2020/12/08/dominion-voting-systems-fraud-claims-false-election-2020/

2/3

OAN001886

I work for Dominion Voting Systems. I did not commit voter fraud.

The safekeeping of elections is of the utmost importance to me personally and professionally, and I am not alone. Chris Krebs, the former director of the Cybersecurity and Infrastructure Security Agency appointed by President Donald Trump, said in recent interviews that the 2020 election was the most secure in American history. Attorney General William Barr has also confirmed that there is no evidence of widespread fraud that would have altered the election outcome.

Still, with these assurances and facts that are readily available to all of us, uninformed and unscrupulous individuals upset by the outcome of a free and fair election have launched a smear campaign to discredit the professional and diligent work performed by me, the company I work for, and the thousands of election workers who worked overtime during a pandemic putting our health and safety at risk to ensure the votes were counted accurately, securely, and transparently.

Americans need to understand the security of election systems involves a multi-layered defensive strategy, and the ballot tabulators are only one small piece of the entire process. Every Dominion system creates a durable, voter-verifiable, paper record of the cast votes, which is the official record. All election systems are subjected to rigorous certification standards which include code review, testing, and verification by an independent and accredited voting system test laboratory.

While no system is 100% defensible against dedicated threats, the multiple layers of testing, auditing, and process controls ensure the security of U.S. elections. As Krebs recently said, all votes are counted in the United States. No tabulation or accumulation of votes happens outside of the United States.

The software "glitch" that some claim "switched" votes between particular candidates was an easily detected human-induced error. This misreporting of results was not the result of a software issue, or a dedicated "algorithm" designed to change the results of the election. Like any system, there are potentials for human error, but the electoral process is designed with checks and tools to specifically identify when these situations arise. After submitting the results to a state reporting site, the totals were checked against the in-precinct results tapes and paper ballots, and the error was identified and immediately corrected. This is a normal process that occurs during every election.

Fifty-nine election security experts signed a statement on Nov. 16 affirming that the 2020 presidential election was technologically secure. Signatories include computer science professors at Princeton University, Georgetown University, and Stanford University, among many other researchers and scientists.

Despite the election's security, a litany of defamatory statements continues to be made about me by officials with the Trump campaign, the president's personal attorneys, the president's family members, alt-media personalities, and countless social media trolls. I want to be very clear: I have no connection to the Antifa movement, I did not "rig," or influence the election, nor have I participated in any calls, demonstrations, or other demonstrable activity related to any political party or social justice/action group.

All claims that someone recorded me on a call, or even overheard me saying, "Don't worry about the election, Trump's not gonna win. I made (expletive) sure of that!" are wholly fabricated. Moreover, I do not have the capability to do such a thing. I have not written a single line of code in the Dominion Voting Systems product.

The constant repetition of these baseless rumors has not only brought harm to me but also to my family. These lies that aim to ruin my reputation, my livelihood, my relationships, my well-being, and my life will not go unanswered. These fabrications and attacks against me have upended my life, forced me to flee my home, and caused my family and loved ones to fear for my safety, and I fear for theirs.

It is unconscionable that certain fringe media personalities looking to increase personal notoriety, website traffic, and ad revenue would continue to prey on the fears of a public concerned about the safety and security of our electoral system. Additionally, any posts on social media channels purporting to be from me have also been fabricated. I do not have a Twitter account and my Facebook account is not active. These individuals are impersonating me.

While the personal attacks that have no basis in fact are disturbing, I am increasingly distressed by the willingness of so many to embrace these lies with such enthusiasm — calling out openly and loudly for the demise, and even death, of a fellow American who is dedicated to upholding the right of every citizen to express their voice at the ballot box. It isn't right. It must stop.

*Eric Coomer is the director of product security and strategy for Dominion Voting Systems. He lives in Colorado. This op-ed does not necessarily represent the opinion of Dominion.*