**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
      Defendants

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR EXPEDITED ORDER**

---

TO THE HONORABLE THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), through counsel, files this Motion for Extension of Time to File Response to Defendants' Omnibus Motion for Summary Judgment and Request for Expedited Order, as follows:

**CERTIFICATE OF CONFERRAL**

Defendants are opposed to the relief requested. Given Dr. Coomer's request for an expedited ruling, Plaintiff asks the Court order Defendants to respond to this Motion as soon as practicable.

**MOTION**

1.     Defendants Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. filed their Omnibus Motion for Summary Judgment [Dkt. 177] on September 8, 2023

(Defendants' Motion). Pursuant to F.R.C.P. 56 and D.C.COLO.LCivR 56.1, Dr. Coomer's current deadline to file a response is September 29, 2023.

2. Dr. Coomer respectfully requests an extension of time in which to file his response to Defendants' Motion until such time as the Court has considered and ruled on Dr. Coomer's Motion to Compel Deposition Testimony from Michael J. Lindell and Motion for Sanctions Pursuant to F.R.C.P. 30 and F.R.C.P. 37 [Dkt. 172] (Dr. Coomer's Motion) which was filed on September 7, 2023. Defendants' deadline to respond to Dr. Coomer's Motion is currently September 28, 2023. If Defendants file a timely response to Dr. Coomer's Motion, Dr. Coomer would be required to file a reply no later than October 6, 2023.

3. As Defendants argue in their Motion, Mr. Lindell's subjective state of mind when making the various defamatory publications is one of numerous factors for the Court to consider in connection with Defendants' Motion. Mr. Lindell's deposition conduct, however, has impeded Dr. Coomer's ability to obtain evidence relevant to that inquiry (among others).

## LEGAL STANDARD

4. A motion for extension of time shall state the reason for an extension, the length of the requested extension, and the total number of extensions granted previously. D.C.Colo.LCivR 6.1(b).

## ARGUMENT

5.     Dr. Coomer's Motion was filed on September 7, prior to the filing of Defendants' Motion on September 8, 2023.  Dr. Coomer's Motion details a pattern of obstruction and abuse by Mr. Lindell that has impeded discovery in this case.

6.     The discovery sought through Dr. Coomer's Motion is relevant to his claims for relief and should be considered in conjunction with his response to Defendants' Motion.

7.     The relief requested herein will guarantee an orderly adjudication of issues in this dispute by ensuring that Dr. Coomer's response to Defendants' Motion encompasses all evidence potentially relevant to the Court's disposition of Defendants' Motion, rather that potentially requiring amendments or supplements subsequent to full briefing.

8.     While Dr. Coomer maintains his intention to proceed expeditiously to trial, any potential prejudice to either party will be outweighed by the benefit of a thorough examination of the evidence in response to Defendants' Motion.

9.     Any potential prejudice is further diminished because there are already other motions relevant to discovery that remain pending before the Court.  For example, Plaintiff's Motion to Compel Document Production and Deposition Testimony from Third-Party Tina Peters Pursuant to F.R.C.P. 45 and Motion for Sanctions Pursuant to F.R.C.P. 37 [Dkt. 97], Plaintiff's Objection to Third-Party CD Solutions Inc.'s Confidentiality Designations [Dkt. 113], and Non-Party Dominion Voting Systems, Inc's Motion to Modify Defendants' Subpoena all remain pending.

10. Dr. Coomer requests the Court extend his responsive deadline as follows:

a. If the Court grants the relief requested in Dr. Coomer's Motion, he requests the deadline for his response to Defendants' Motion be set at twenty-one days following the receipt of the rescheduled Mr. Lindell deposition transcript.

b. If the Court denies Dr. Coomer's Motion, the deadline for his response to Defendants' Motion will be set at twenty-one days from the date of the order.

11. This is Plaintiff's first request for an extension.

**REQUEST FOR EXPEDITED RULING**

12. Defendants' Motion was filed just five days ago, and Dr. Coomer's response is not due for another sixteen days, however, Dr. Coomer requests an expedited ruling on this Motion. The parties have exchanged thousands of pages of discovery, and over a dozen depositions have been taken. The time necessary to marshal this substantial body of evidence is extensive, and the manner in which Dr. Coomer presents his arguments will necessarily be impacted by the availability of responsive deposition testimony from Mr. Lindell. As a result, Dr. Coomer must begin drafting his response immediately if the relief requested herein is not granted.

**CONCLUSION**

For the reasons stated above, Eric Coomer, Ph.D. requests an extended deadline by which he has to file a response to Defendants' Motion, to be determined in conjunction with the Court's Order on his Motion to Compel Deposition Testimony from Michael J. Lindell and Motion for Sanctions Pursuant to F.R.C.P. 30 and F.R.C.P. 37.

4

Respectfully submitted this 13th day of September 2023.

_____/s/ Charles J. Cain_____

Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
David E. Jennings, No. 54643
djennings@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**