# EXHIBIT 2

**Ryan Malone**

---

| | |
|---|---|
| **From:** | Ryan Malone |
| **Sent:** | Wednesday, May 24, 2023 11:23 AM |
| **To:** | Brad Kloewer |
| **Cc:** | Charlie Cain; Scotti Beam; Steve Skarnulis; Dave Jennings; Andrew Parker; Jesse Kibort; Jill Thorvig |
| **Subject:** | Halderman Deposition |

Brad,

Good morning.  Please connect with Professor Halderman and let us know which of the following days would work for his deposition:  June 23, June 26, June 27, or July 7.

Thank you,

Ryan

PARKER | DANIELS | KIBORT

RYAN P. MALONE
ATTORNEY

888 COLWELL BUILDING
123 NORTH THIRD STREET
MINNEAPOLIS, MN 55401
www.parkerdk.com

tel 612 355 4100

1