# EXHIBIT 3

# Ryan Malone

| | |
|---|---|
| **From:** | Brad Kloewer <bkloewer@cstrial.com> |
| **Sent:** | Friday, July 7, 2023 2:14 PM |
| **To:** | Ryan Malone; Jesse Kibort; Andrew Parker; Jill Thorvig; Charlie Cain; Scotti Beam |
| **Subject:** | Halderman availability |

Ryan,

I spoke with professor Halderman, who confirmed that Ann Arbor would be the best location for his deposition. His summer schedule seems pretty busy, but he can be available from July 17-27, or after August 11. He's leaving for a trip on the 28th, so the 27 might be difficult, but let me know some dates that would work for you and I'll pass them along.

_____

Brad Kloewer
Cain & Skarnulis PLLC
Salida, CO 81201
719-530-3011
bkloewer@cstrial.com

IMPORTANT NOTICE:  The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities.  If you are not the intended recipient, you must not use or disseminate the information.  Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.  If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.  Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cain & Skarnulis PLLC for any loss or damage arising in any way from its use.