**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

      Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC,
AND MY PILLOW, INC.,

      Defendants.

---

# EXHIBIT – 7

---

*Joseph E. Uscinski* ⬦ and *Adam M. Enders* ⬦

# WHAT IS A CONSPIRACY THEORY
# AND WHY DOES IT MATTER?

ABSTRACT: *Growing concern has been expressed that we have entered a "post truth" era in which each of us willfully believes whatever we choose, aided and abetted by alternative and social media that spin alternative realities for boutique consumption. A prime example of the belief in alternative realities is said to be acceptance of "conspiracy theories"—a term that is often used as a pejorative to indict claims of conspiracy that are so obviously absurd that only the unhinged could believe them. The epistemological standard often involved in this indictment, however—the standard of "obvious" falsity—invites subjectivity in its application, because what is obviously false to one person can be common sense to another. This is not just a truism; considerable research suggests that people's political beliefs, in general, and their acceptance or rejection of conspiracy theories in particular, tends in large part to be determined by partisan, ideological, and other priors.*

Keywords: *conspiracy theories; post-truth; journalism; fake news; epistemology.*

Conspiracy theories have for many years generated concerns over their accusatory nature (Stokes 2018, Räikkä 2009), their reliance on questionable evidence (Dentith 2019), and the intentions of those who believe in

Joseph E. Uscinski, uscinski@miami.edu, Department of Political Science, University of Miami, 1300 Campo Sano Blvd., Coral Gables, FL 33146, is the author, inter alia, of *Conspiracy Theories: A Primer* (Rowman and Littlefield, 2020). His research is funded by National Science Foundation grant 2123635. Adam M. Enders is Associate Professor, Department of Political Science, University of Louisville, Ford Hall 105, Louisville, KY 40292.

*Critical Review* 1  22                          ISSN 0891-3811 print, 1933-8007 online
© 2022 Critical Review Foundation          https://doi.org/10.1080/08913811.2022.2115668



or share them (McKenzie McHarg 2018). These concerns have created a social stigma against both conspiracy theories and their adherents (Thalmann 2019) that has led to the pathologizing of conspiracy theories, which are often treated as bizarre, irrational, or insane (Butter and Knight 2018; Blanuša and Hristov 2020; Dentith 2018c).

Since the 2016 Brexit and Trump campaigns, a new worry has emerged: that conspiracy theories are spreading as part of a "post truth" environment in which "alternative realities" flourish and "objec tive facts are less influential" than they were in the past (Wang 2016). As the story goes, conspiracy theories have "entered the mainstream," having escaped the "fringes of polite society" (Willingham 2020). The public agrees with these assessments; polls show that a vast majority of Americans believe that conspiracy theories are not only more prominent now than in the past (CBS News 2018a), but are "out of control" (Quinnipiac University Poll 2021). Surveys also show that the public (CBS News 2018b), like many journalists (Collins 2020; Zadrozny and Collins 2020; Roose 2020; Wong 2020; Stelter 2020), blames social media for the prominence of conspiracy theories in our discourse. Poli ticians and government officials, taking notice of the journalistic narra tives and public opinion, have increasingly called for measures to limit the reach and influence of conspiracy theories (Heilweil 2020; Pecorin 2020), particularly in online environments (Riggleman 2020).

However, current proposals to fact check, deplatform, or outright censor conspiracy theories fail to offer an objective definition of "conspi racy theory" that would produce defensible guidelines for what does and does not count as one. Instead, most discussions invoke some version of the unviable and easily abused I know it when I see it standard. If translated into policy, such subjectivity would likely result in the selective censoring of ideas merely because those with political power wish to curtail, stigmatize, or criminalize the ideas of their political opponents. This would also have a chilling effect on speech, given that the bound aries of acceptable discourse would be both ambiguous and defined, in the end, by the norms of the politically dominant group.

The I know it when I see it standard is now routinely applied to castigate ideas that journalists find ridiculous (e.g., Hay 2021), while "conspiracy theory" is rarely employed to describe theories that journal ists find plausible, even when these theories are, literally, accusations that a conspiracy has taken place (Coady 2003). Hence, the allegation that Barack Obama was nominated for president despite being ineligible for