**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants.

# EXHIBIT – 8

SOCIAL EPISTEMOLOGY
2023, VOL. 37, NO. 4, 438–453
https://doi.org/10.1080/02691728.2023.2172697



ARTICLE     OPEN ACCESS 

# What Does It Mean for a Conspiracy Theory to Be a 'Theory'?

J. C. M. Duetz

Department of Philosophy, VU University, Amsterdam, Netherlands

**ABSTRACT**

The pejorative connotation often associated with the ordinary language meaning of "conspiracy theory" does not only stem from a conspiracy theory's being about a *conspiracy*, but also from a conspiracy theory's being regarded as a particular kind of *theory*. I propose to understand conspiracy theory-induced polarization in terms of disagreement about the correct epistemic evaluation of 'theory' in 'conspiracy theory'. By framing the positions typical in conspiracy theory-induced polarization in this way, I aim to show that pejorative conceptions of 'conspiracy theory' are problematic for research open to the possibility of finding depolarization strategies. That is, because they preclude constructive engagement with the epistemic norms governing (the rationales foundational of) belief in conspiracy theories.

**ARTICLE HISTORY**
Received 9 December 2022
Accepted 22 January 2023

**KEYWORDS**
Conspiracy theory; generalism and particularism; epistemic evaluations; depolarization

## 1. Introduction

In philosophy, conceptual analyses of 'conspiracy theory'[1] have focused on the question: 'What does it mean for a conspiracy theory to be about a *conspiracy*?' Answers to this question vary greatly; there exists profound controversy on what it means for a conspiracy theory to be about a conspiracy. For example, various theorists have disagreed on whether or not a conspiracy necessarily entails a nefarious purpose, multiple conspirators, secrecy, powerful architects, a cover-up (e.g. in the form of an official story), and success in influencing (salient) events.[2]

The fact that this definitional debate has not been resolved is important, because how one defines 'conspiracy' has an influence on the probability of conspiracy *theories* being true.[3] For example, if conspiracy theories are theories about grand and evil plots by powerful conspirators who have succeeded in bringing about important events that oppose the official theories of such events, it is easy to see how believing such theories is unwarranted—e.g. because keeping such a conspiracy a secret is highly improbable in open, democratic societies, or because a *successful* conspiracy is one that is yet to be discovered, implying that the theory postulating said successful conspiracy is false.[4]

Although these 'conspiracy'-based discussions lead to interesting insights into the nature of conspiracy theories, I believe that they do not fully capture the nature of and reasons for derogatory attitudes towards conspiracy theories. For example, no one will deny that, as Charles Pigden puts it, '[h]istory is littered with conspiracies successful and otherwise' (1995, 3). But why is it, then, that we find explanations advancing conspiracies as salient causes of events so suspicious? Surely there is more to be said here than 'because they are about conspiracies' if we know that conspiracies are part and parcel of our social lives.[5]

Hence, I propose to broaden the scope of philosophical inquiry into conspiracy theories by putting forward a new question. Namely: 'What does it mean for a conspiracy theory to be

CONTACT J. C. M. Duetz  j.c.m.duetz2@vu.nl  Philosophy, VU University Amsterdam, De Boelelaan 1105, Amsterdam, NL 1081HV, Netherlands

© 2023 The Author(s). Published by Informa UK Limited, trading as Taylor & Francis Group.
This is an Open Access article distributed under the terms of the Creative Commons Attribution-NonCommercial-NoDerivatives License (http://creativecommons.org/licenses/by-nc-nd/4.0/), which permits non-commercial re-use, distribution, and reproduction in any medium, provided the original work is properly cited, and is not altered, transformed, or built upon in any way.

a *theory*?' I argue that one answer to this question is that the pejorative connotation accompanying "conspiracy theory" in ordinary language contexts does not only stem from the improbability of a *conspiracy* having taken place, but also from the assumed speculative nature of the *theory* advancing the conspiracy.

In section §2, I revisit the controversies that exist in the (philosophical) conspiracy theory theory debate in terms of the generalism/particularism distinction and their respective takes on the epistemic merit of conspiracy theories. I argue that different accounts of the alleged (lack of) epistemic merit of conspiracy theories can be seen to imply different epistemic evaluations of 'theory' in addressing conspiracy theories.

In section §3, I show how 'theory' in 'conspiracy theory' can be understood along the lines of three possible epistemic evaluations and illustrate this using two examples. Next, in section §4, I propose two views based on the three senses of 'theory' from the previous section that help frame the positions typical in conspiracy theory-induced polarization. That is, I will look at two incompatible positions on the epistemic status of conspiracy theories. The first is the *Friends' View*, which maintains that conspiracy theories are true, warranted, and important for us to consider as social and political beings. The second is the *Critics' View*, which maintains that conspiracy theories are always unwarranted (and false). I argue that we cannot explain such diametrically opposed positions about the epistemic status of conspiracy theories by simply referring to their being about conspiracies. To further expound on the nature and structure of conspiracy theory-induced polarization, we must move beyond the narrow focus on 'conspiracy' and find out what it means for conspiracy theories to be considered, specifically, as 'theories'.

Finally, in section §5, I outline some theoretical and practical implications of my proposal for future work in conspiracy theory theory.

## 2. Conspiracy Theories and Their (Lack of) Epistemic Merit

Definitional accounts of 'conspiracy theory' have stirred up many disputes about the correct conceptualization of both 'conspiracy' and 'conspiracy theory'. These controversies (and others) have yielded a dichotomy in the field of conspiracy theory theory between *generalists*—i.e. those who hold that conspiracy theories are prima facie epistemically problematic—and *particularists*—i.e. those who deny that conspiracy theories are prima facie epistemically problematic.[6]

Generalists often start off from ordinary language usage of "conspiracy theory" and its commonly associated pejorative connotation (e.g. see Levy 2007, 185; Cassam 2019, 5; and Napolitano 2021, 85). Next, they hope to find necessary and sufficient conditions for the class of explanations denoted by "conspiracy theory" that ascribe to the legitimacy of treating such explanations in a derogatory way. Sir Karl Popper, for one, found that we are right to think of conspiracy theorists[7] as irrationally superstitious individuals because 'conspirators rarely consummate their conspiracy' (1945, 95). The generalist's claim is that successful conspiracies are improbable or unlikely—e.g. keeping their nefarious undertakings secret requires too much planning and power on the part of the conspirators—so theories positing conspiracies are similarly unlikely to be true.

Furthermore, as the subject of such theories is a conspiracy, we should expect the evidential basis for the theories to be seriously wanting; nothing is stopping the concocters of such mad, bad, and crazy theories to include infinitely more evidence. After all, conspiracies are secretive plots where the conspirators are actively hiding their tracks, implying that the theories about such plots are going to be evidentially sparse.[8] Furthermore, Brian L. Keeley points to conspiracy theorists' ability to incorporate seemingly falsifying evidence as supporting evidence for their conspiracy theories—e.g. as being part of the cover-up—leading him to conclude that 'unfalsifiability is only a reasonable criterion in cases where we do not have reason to believe that there are powerful agents seeking to steer our investigation away from the truth of the matter' (1999, 121).

These generalist[9] arguments focus on the *conspiracy*-aspect of conspiracy theories in determining the epistemic warrant one might have for belief in such theories. In other words, what makes