IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**PLAINTIFFS' UPDATE REGARDING NOTICE OF RELATED CASES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), by and through undersigned counsel, files this Update Regarding Related Cases[1] and provides this Court with the following information:

| RELATED CASE NUMBER ONE ||
|---|---|
| Cause Number | 2020cv34319 |
| Style of Case | Eric Coomer, Ph.D. vs. Donald J. Trump for President, Inc., et al. |
| Jurisdiction | Denver County District Court, Division 409 |
| Appellate Case Number | 2022ca00843 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | • Settlement reached with Defendants Herring Networks, Inc. and Chanel Rion<br>• All Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101 denied on 05-13-22 |

---

[1] *See* Dkts. 22 and 46.

1

| | **RELATED CASE NUMBER ONE** |
|---|---|
| | • Remaining Defendants appealed 05-13-22 Order Denying Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101<br>• Oral argument scheduled in Colorado Court of Appeals on 01-30-24 |
| Attorneys Representing Parties in Related Case | **Counsel for Defending the Republic**<br>    Michael W. Reagor, #22027<br>    mreagor@drc-law.com<br>    Christopher Seerveld<br>    cseerveld@drc-law.com<br>    Dymond • Reagor, PLLC<br>    8400 E. Prentice Ave., Suite 1040<br>    Greenwood Village, Colorado 80111<br>    303-734-3400 |
| | **Counsel for Donald J. Trump for President, Inc.**<br>    John Zakhem, #30089<br>    jszakhem@jacksonkelly.com<br>    Eric R. Holway, #49263<br>    Eric.holway@jacksonkelly.com<br>    Nicole B. Grimmesey, #55217<br>    Nicole.grimmesey@jacksonkelly.com<br>    Jackson Kelly PLLC<br>    1099 18th Street, Suite 2150<br>    Denver, CO 80202<br>    303-390-0016 |
| | **Counsel for Rudolph Giuiliani**<br>    Joe Sibley, # 21PHV6554<br>    sibley@camarasibley.com<br>    Camara & Sibley, LLP<br>    4400 Post Oak Parkway, Suite 2700<br>    Houston, TX 77027<br>    713-966-6789<br><br>    Geoffrey N. Blue, #32684<br>    gblue@gesslerblue.com<br>    Scott E. Gessler, #28944<br>    sgessler@gesslerblue.com<br>    Gessler Blue LLC<br>    7350 E Progress Pl., Suite 100<br>    Greenwood Village, CO 80111<br>    303-906-1050 |

| | |
|---|---|
| **RELATED CASE NUMBER ONE** ||
| | **Counsel for James Hoft and TGP Communications LLC**<br>Randy B. Corporon, #29861<br>rbc@corporonlaw.com<br>Law Offices of Randy B. Corporon, P.C.<br>2821 S. Parker Road, Suite 555<br>Aurora, CO 80014<br>303-749-0062<br><br>Jonathon C. Burns, #21PHV6433<br>tblf@pm.me<br>P. O. Box 191250<br>St. Louis, MO 63119<br>314-329-5040 |
| | **Counsel for Michelle Malkin**<br>Franklin D. Patterson, No. 12058<br>fpatterson@prpclegal.com<br>Gordon A. Queenan, No. 49700<br>gqueenan@prpclegal.com<br>Patterson Ripplinger, P.C.<br>5613 DTC Parkway, Suite 400<br>Greenwood Village, Colorado 80111<br>303-741-4539 |
| | **Counsel for Eric Metaxas**<br>Thomas B. Quinn, #17955<br>tquinn@grsm.com<br>Margaret Boehmer, #45169<br>mboehmer@grsm.com<br>Gordon Rees Scully Mansukhani, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202<br>303-534-5160 |

3

| | |
|---|---|
| **RELATED CASE NUMBER ONE** ||
| | **Counsel for Joseph Oltmann, FEC United and Shuffling Madness Media, Inc.**<br>　　Andrea M. Hall, #36410<br>　　andrea@thehalllawoffice.com<br>　　The Hall Law Office, LLC<br>　　P. O. Box 2251<br>　　Loveland, CO 80539<br>　　970-419-8234<br>　　and<br>　　Mark A. Sares, #19070<br>　　msares@hkjp.com<br>　　Jamey W. Jamison, #10953<br>　　Dino G. Moncecchi, #45429<br>　　Harris, Karstaedt, Jamison & Powers, P.C.<br>　　10333 E. Dry Creek Road, Suite 300<br>　　Englewood, CO 80111<br>　　720-875-9140 |
| | **Counsel for Sidney Powell and Sidney Powell, P.C.**<br>　　Barry Arrington, #16486<br>　　barry@arringtonpc.com<br>　　Arrington Law Firm<br>　　3801 E. Florida Avenue, Suite 830<br>　　Denver, CO 80210<br>　　303-205-7870-Office<br><br>　　Marc S. Casarino, #3613<br>　　Marc.casarino@kennedyslaw.com<br>　　Kennedys CMK LLP<br>　　919 N. Market Street, Suite 1550<br>　　Wilmington, DE 19801<br>　　302-308-6647<br><br>　　Joshua A. Mooney<br>　　Joshua.Mooney@kennedyslaw.com<br>　　Kennedys CMK LLP<br>　　1600 Market Street, Suite 1410<br>　　Philadelphia, PA 19103<br>　　267-479-6706 |

4

| **RELATED CASE NUMBER TWO** | |
|---|---|
| Cause Number | 2021cv33632 |
| Style of Case | Eric Coomer, Ph.D. vs. Salem Media of Colorado, Inc. and Randy Corporon |
| Jurisdiction | Denver County District Court, Division 280 |
| Appellate Case Number | 2023ca01235 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | 08-15-22   Order denying Defendant Salem Media of Colorado, Inc. Rule 12(b)(5) Motion to Dismiss, as well as Defendant Corporon joinder therein<br>08-15-22   Order denying Defendant Salem Media of Colorado, Inc. Rule 12(e) Motion for More Definite Statement, as well as Defendant Corporon joinder therein<br>06-09-23   Order denying Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101<br>07-20-23   Notice of Appeal of 06-09-23 Order denying Salem Media of Colorado, Inc.'s Special Motion to Dismiss pursuant to C.R.S. § 13-20-1101<br>07-24-23   Notice of Appeal of 06-09-23 Order denying Corporon's joinder in Salem Media of Colorado, Inc.'s Special Motion to Dismiss pursuant to C.R.S. § 13-20-1101<br>09-20-23   Appellate Record filed<br>09-20-23   Motion to Supplement Record filed<br>11-01-23   Appellants' briefs due<br>12-06-23   Appellee's brief due<br>12-27-23   Appellants' reply briefs due |
| Attorneys Representing Parties in Related Case | **Counsel for Randy Corporon**<br>    John Zakhem, #30089<br>    jszakhem@jacksonkelly.com<br>    Eric R. Holway, #49263<br>    Eric.holway@jacksonkelly.com<br>    Andrew Nickel, #45235<br>    Andrew.nickel@jacksonkelly.com<br>    Jackson Kelly PLLC<br>    1099 18th Street, Suite 2150<br>    Denver, CO 80202<br>    303-390-0016 |

| | RELATED CASE NUMBER TWO |
|---|---|
| | **Counsel for Salem Media of Colorado, Inc.** <br> John R. Mann, #16088 <br> jmann@grsm.com <br> Thomas B. Quinn, #17955 <br> tquinn@grsm.com <br> Melissa A. Wiese, #27537 <br> mwiese@grsm.com <br> Gordon Rees Scully Mansukhani, LLP <br> 555 Seventeenth Street, Suite 3400 <br> Denver, CO 80202 <br> 303-534-5160 |

| | |
|---|---|
| **RELATED CASE NUMBER THREE** | |
| Cause Number | 1:21-cv-03440-WJM-KLM |
| Style of Case | Eric Coomer, Ph.D. vs. Make Your Life Epic, LLC dba Thrivetime Show and Clayton Thomas Clark, Individually |
| Jurisdiction | United States District Court for the District of Colorado |
| Appellate Case Number | 23-1109 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | 03-07-23   Defendants' Special Motion to Dismiss pursuant to C.R.S. § 13-20-1101 denied on 03-07-23<br>03-07-23   Defendants' Amended Motion to Strike Declarations in Support of Response to Special Motion to Dismiss granted in party and denied in part<br>04-06-23   Defendants' Notice of Appeal of 03-07-23 Denying Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101<br>04-14-23   Defendants' Motion to Stay Proceeding Pending Appeal filed<br>05-01-23   Order denying Defendants' Motion to Stay Proceeding Pending Appeal<br>05-18-23   Scheduling Order entered<br>• Discovery proceeding<br>• Final pretrial conference TBD |
| Attorneys Representing Parties in Related Case | **Counsel for Defendants**<br>   Thomas B. Quinn, #17955<br>   tquinn@grsm.com<br>   Melissa A. Wiese, #27537<br>   mwiese@grsm.com<br>   Gordon Rees Scully Mansukhani, LLP<br>   555 Seventeenth Street, Suite 3400<br>   Denver, CO 80202<br>   303-534-5160 |

| RELATED CASE NUMBER FOUR ||
|---|---|
| Cause Number | 1:22-cv-01575-RM-SKC |
| Style of Case | Eric Coomer, Ph.D. vs. Patrick Byrne, Steven Lucescu, and The America Project, Inc., a Florida non-profit corporation |
| Jurisdiction | United States District Court for the District of Colorado |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | <ul><li>06-24-22  Plaintiff's Complaint</li><li>Awaiting ruling on all Defendants' Motions to Dismiss Pursuant to FRCP 12(b)(2), 2(b)(3), and 12(b)(6)</li><li>Upon FRCP 12(b)(2), 2(b)(3), and 12(b)(6) rulings; Court will permit filing and briefing on Defendants' Special Motion to Dismiss Pursuant to C.R.S. § 13-20-1101, if necessary</li></ul> |
| Attorneys Representing Parties in Related Case | **Counsel for Patrick Byrne**<br>Robert N. Driscoll<br>rdriscoll@mcglinchey.com<br>Alfred D. Carry<br>acarry@mcglinchey.com<br>McGlinchey Stafford PLLC<br>1275 Pennsylvania Avenue NW, Suite 420<br>Washington, DC 20004<br>202-802-9999 |
| | **Counsel for Steven Lucescu**<br>Laurin H. Mills<br>laurin@samek-law.com<br>Samek \| Wether \| Mills LLC<br>2000 Duke Street, Suite 300 Alexandria, VA 22314<br>703-547-4693 |
| | **Counsel for The America Project**<br>Christopher W. Dempsey<br>Dempsey Law, PLLC<br>chris@cdempseylaw.com<br>50 N Laura Street, Suite 2500<br>Jacksonville, Florida 32202<br>904-760-6272 |

Respectfully submitted this 25th day of September 2023.

> Respectfully submitted,
>
> */s/ Charles J. Cain*
> Charles J. Cain, No. 51020
> ccain@cstrial.com
> Bradley A. Kloewer, No. 50565
> bkloewer@cstrial.com
> David E. Jennings, No. 54643
> djennings@cstrial.com
> Steve Skarnulis
> skarnulis@cstrial.com
> Zachary H. Bowman
> zbowman@cstrial.com
> **Cain & Skarnulis PLLC**
> P. O. Box 1064
> Salida, Colorado 81201
> and
> 303 Colorado Street, Suite 2850
> Austin, Texas 78701
> 719-530-3011/512-477-5011 (Fax)
>
> Thomas J. Rogers III, No. 28809
> trey@rklawpc.com
> Mark Grueskin, No. 14621
> mark@rklawpc.com
> **RechtKornfeld PC**
> 1600 Stout Street, Suite 1400
> Denver, Colorado 80202
> 303-573-1900
> **ATTORNEYS FOR PLAINTIFF**