**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants.

# EXHIBIT – 3

| | |
|---|---|
| **From:** | Ryan Malone |
| **To:** | Brad Kloewer; Andrew Parker; Jesse Kibort; Jill Thorvig; Charlie Cain; Scotti Beam; Dave Jennings |
| **Subject:** | RE: Coomer v. Lindell - Conferral re: Motion for Sanctions |
| **Date:** | Wednesday, September 6, 2023 3:14:00 PM |

Yes, we will oppose.

**From:** Brad Kloewer <bkloewer@cstrial.com>
**Sent:** Wednesday, September 6, 2023 2:32 PM
**To:** Ryan Malone <Malone@parkerdk.com>; Andrew Parker <Parker@parkerdk.com>; Jesse Kibort <Kibort@parkerdk.com>; Jill Thorvig <Thorvig@parkerdk.com>; Charlie Cain <ccain@cstrial.com>; Scotti Beam <sbeam@cstrial.com>; Dave Jennings <djennings@cstrial.com>
**Subject:** Coomer v. Lindell - Conferral re: Motion for Sanctions

Ryan,

We'll be filing a motion for sanctions under FRCP 30 and 37 arising from Lindell's conduct in his deposition on August 23. I assume you'll oppose, but please confirm.

_____

Brad Kloewer
Cain & Skarnulis PLLC
Salida, CO 81201
719-530-3011
bkloewer@cstrial.com

**IMPORTANT NOTICE:** The information in this email and any attachments is confidential and may be protected by legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cain & Skarnulis PLLC for any loss or damage arising in any way from its use.