**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

---

**PLAINTIFF'S NOTICE OF WITHDRAWAL OR MODIFICATION OF CERTAIN CONFIDENTIALITY DESIGNATIONS**

---

TO THE HONORABLE THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), through counsel, files this Notice of Withdrawal or Modification of Certain Confidentiality Designations with respect to the following documents that have been filed under seal by Defendants:

- ECF Dkt. 178; select deposition excerpts from the deposition of Eric Coomer, Ph.D. taken in this case on February 15, 2023

- ECF Dkt. 189; Declaration/Expert Report of J. Alex Halderman in the instance case Bates numbered EC 22cv01129 001508-001571

- ECF Dkt. 190; select deposition excerpts from the deposition of Eric Coomer, Ph.D. taken in this case on February 15, 2023

- ECF Dkt. 191; select text messages between Eric Coomer and Bill Coomer

1

## CONFERRAL

Undersigned counsel affirms that he has conferred with counsel for Defendants with respect to the withdrawal of the confidentiality designations described herein, and that they do not oppose withdrawal of those designations.

In support of this Notice, Dr. Coomer states as follows:

1. The confidentiality designations at issue with respect to the documents identified above were originally asserted by Plaintiff. As a result, and pursuant to the Court's Amended Protective Order [Dkt. 149], Plaintiff must identify those portions of the restricted documents that he maintains should remain confidential, if any. Here, Plaintiff withdraws his confidentiality designations in their entirety with respect to ECF Dkt. 189 (Exhibit 3 to Dkt. 188) and ECF Dkt. 190 (Exhibit 5 to Dkt. 188), which are submitted with this Notice as **Exhibits 1 and 2**, respectively.

2. With respect to ECF Dkt. 178 and ECF Dkt. 191, Plaintiff has substantially narrowed the range of confidentiality designations asserted in both documents. With respect to ECF Dkt. 178, Plaintiff has identified a few subject areas still warranting redaction and files a redacted version of ECF Dkt. 178 as **Exhibit 3**. With respect to ECF Dkt. 191, Plaintiff seeks only to redact the personal phone numbers included in the document, but he asserts no substantive confidentiality designations and submits a redacted version of ECF Dkt. 191 as **Exhibit 4**.

3. As noted above, Defendants do not oppose the re-filing of public versions of these documents with only the limited redactions included therein.

4.      For the reasons stated herein, Eric Coomer, Ph.D. requests that the Court replace ECF Dkt. 189 and ECF Dkt. 190 with **Exhibit 1** and **Exhibit 2**, respectively. With respect to ECF Dkt. 178 and ECF Dkt. 191, Plaintiff requests an order replacing those documents with narrowly redacted and publicly available copies of the documents attached hereto as **Exhibit 3** and **Exhibit 4**, respectively.

Respectfully submitted this 29th day of September 2023.

          /s/ *Bradley A. Kloewer*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
David E. Jennings, No. 54643
djennings@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

3