## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 3 to**
**PLAINTIFF'S NOTICE OF WITHDRAWAL OR MODIFICATION OF**
**CERTAIN CONFIDENTIALITY DESIGNATIONS**

**(Replacement Exhibit 6 to Docket 188 filed at Docket 191)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants.

---

# EXHIBIT – 6

---

2/13/23, 11:41 AM        Document



# PRIVILEGE

| | | | |
|---|---|---|---|
| BC | **Bill Coomer** erre....@eric why are you sending me a copy of your covid-19 test restuls? | | 2/5/2021, 3:02 PM |
| EC | **Eric Coomer** Oh... Oops | | 2/5/2021, 3:03 PM |
| EC | **Eric Coomer** | | 2/5/2021, 3:04 PM |
| | *Attachment: 1612562653338 (2 MB)* | | |
| EC | **Eric Coomer** So they do have segments of me in that stupid absolute proof bullshit | | 2/5/2021, 3:22 PM |
| BC | **Bill Coomer** is that a question or a statement? | | 2/5/2021, 3:23 PM |
| BC | **Bill Coomer** yes I've watched it. | | 2/5/2021, 3:23 PM |
| EC | **Eric Coomer** Statement | | 2/5/2021, 3:23 PM |
| EC | **Eric Coomer** 1:26 mark | | 2/5/2021, 3:23 PM |
| EC | **Eric Coomer** Ugh... You watched the whole thing? Masochist | | 2/5/2021, 3:24 PM |
| BC | **Bill Coomer** they pulled your q/a session regarding using cellular network for data transmission | | 2/5/2021, 3:24 PM |

**EC 22cv01129 001259**

2/13/23, 11:41 AM                                        Document

**BC**  **Bill Coomer**                                                        2/5/2021, 3:24 PM
what these idiots fail to grasp is you point out the cellure network is to be secured using a VPN

**EC**  **Eric Coomer**                                                        2/5/2021, 3:25 PM
Yeah... Probably not actionable...

**BC**  **Bill Coomer**                                                        2/5/2021, 3:25 PM
no probably not, he never comes out and says your name directly

**EC**  **Eric Coomer**                                                        2/5/2021, 3:25 PM
I'd love to sue this clown too

**EC**  **Eric Coomer**                                                        2/5/2021, 3:26 PM
"ethernet cables" oooohhhhhh yeah, closed networks you shit heels

**BC**  **Bill Coomer**                                                        2/5/2021, 3:26 PM
and when they give a list of job functions headed by "domestic agents" working against the US government, it's all government position DOJ, FBI, DHS, etc.

**BC**  **Bill Coomer**                                                        2/5/2021, 3:26 PM
yeah they are morons.

**BC**  **Bill Coomer**                                                        2/5/2021, 3:26 PM
omg...the use cellular modems!

**BC**  **Bill Coomer**                                                        2/5/2021, 3:27 PM
ok ...we will setup a closed network with ethernet.

**EC**  **Eric Coomer**                                                        2/5/2021, 3:27 PM
Shiva, ramsland, biggest idiots

**BC**  **Bill Coomer**                                                        2/5/2021, 3:27 PM
omg...the use ethernet!

**BC**  **Bill Coomer**                                                        2/5/2021, 3:27 PM
ok we will copy the results to a USB drive that so we can tabulate the results and not have to use a network.

**BC**  **Bill Coomer**                                                        2/5/2021, 3:27 PM
OMG...they use USB drives!

**BC**  **Bill Coomer**                                                        2/5/2021, 3:28 PM
ok...we will print the results on the screen and make people copy the totals to paper and input the results by hand.

**BC**  **Bill Coomer**                                                        2/5/2021, 3:28 PM
OMG...they use PEoPLE who can change the results!

**EC**  **Eric Coomer**                                                        2/5/2021, 3:28 PM
Yeah, been dealing with those arguments forever. "you should only use non USB rim devices"

**EC**  **Eric Coomer**                                                        2/5/2021, 3:28 PM
OK sparky!

**EC**  **Eric Coomer**                                                        2/5/2021, 3:29 PM
Rim/rom

**BC**  **Bill Coomer**                                                        2/5/2021, 3:30 PM
they are idiots.

**EC 22cv01129 001260**