# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

### NOTICE TO DEFENDANTS MICHAEL J. LINDELL FRANKSPEECH LLC, AND MY PILLOW, INC. OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS MICHAEL J. LINDELL FRANKSPEECH LLC, AND MY PILLOW, INC.

---

**PLEASE TAKE NOTICE** that for good cause and pursuant to D.C.COLO.LAttyR 5(b), the undersigned attorneys, Andrew D. Parker, Jesse H. Kibort, Ryan P. Malone, and Abraham S. Kaplan, Defendants Michael J. Lindell and My Pillow, Inc. move the Court for an Order granting their Withdrawal as Counsel for Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. (collectively "Defendants").

Defendant Lindell is advised and warned that he is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

Defendants My Pillow, Inc. and FrankSpeech LLC, as corporate entities, are advised that they may not appear without counsel admitted to the bar of the United States District Court for the District of Colorado, and absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against Defendants My Pillow, Inc. and/or FrankSpeech LLC.

DATED: October 5, 2023          **PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (MN Bar # 195042)
Jesse H. Kibort (MN Bar # 328595)
Ryan P. Malone (MN Bar # 395795)
Abraham S. Kaplan (MN Bar # 399507)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
kibort@parkerdk.com
malone@parkerdk.com
kaplan@parkerdk.com

*Counsel for Defendants*