# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

## CERTIFICATE OF SERVICE

I, Jill L. Thorvig, certify that on October 5, 2023, the following documents:

1. Notice to Defendants of Motion to Withdraw as Counsel of Record for Defendants;

2. Motion to Withdraw as Counsel of Record for Defendants; and

3. Declaration of Andrew D. Parker

were served on Defendants Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. via electronic mail.

I declare under the penalty of perjury that everything I have stated in this document is true and correct.

Dated: October 5, 2023            */s/ Jill L. Thorvig*
                                                            Signed in Hennepin County
                                                            State of Minnesota