IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

### MOTION TO WITHDRAW THE REISCH LAW FIRM AS COUNSEL FOR DEFENDANTS

---

    COMES NOW, R. Scott Reisch and Jessica L. Hays of the Reisch Law Firm, LLC., counsel for Defendants Michael J. Lindell, Frankspeech, LLC., and My Pillow, Inc., and respectfully move this Court for an Order allowing the Reisch Law Firm to withdraw as counsel for Defendants, and alleges the following in support:

    1.   Pursuant to the Colorado Rules of Professional Conduct, Rule 1.16, a lawyer may withdraw from representing a client if the client fails substantially to fulfil an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled, or the representation will result in an unreasonable financial burden on the lawyer.

    2.   On the request of Defendants and their representatives, The Reisch Law Firm provided legal representation to Defendants as co-counsel with Parker Daniels Kibort, LLC. The Reisch Law Firm was retained to provide assistance to co-counsel regarding local rules and procedures in

1

the U.S. District Court of Colorado. Such representation was properly billed to Defendants on a monthly basis.

3. The undersigned was notified on October 2, 2023, that Defendants would no longer pay any attorney's fees in this matter. Defendants have received invoices for outstanding attorneys' fees, but have not brought their bill up to date for several months.

4. Despite the existence of a written fee agreement and an agreement to pay hourly fees, Defendants refuse to pay for the services performed by the Reisch Law Firm. Defendants have been on notice that failure to abide by the fee agreement would result in withdraw by counsel since September 25, 2023. Defendants informed counsel that they are unable to get caught up with or make any additional payments from this point forward.

5. If forced to continue representation in this matter, The Reisch Law Firm will be required to fund all costs and fees associated with the remainder of this litigation. The remainder of this litigation may amount to hundreds of thousands of dollars added to the outstanding balance owed by Defendants. The Reisch Law Firm is a small law firm of only four attorneys and three support staff, therefore, continued representation would cause a serious financial burden to the firm.

6. Defendants are aware of the motions to withdraw by counsel of record on this matter. Defendants have indicated that they understand counsel's position, do not object, and are in the process of finding new counsel.

7. Good cause exists under the circumstances described above to permit the undersigned attorneys to withdraw as counsel.

8. The undersigned attorneys affirm that this Motion will be served on all Defendants in this action.

9. Individual defendant, Lindell, has been advised that he is responsible for complying with

all court orders and time limitations under the appliable rules.

10. Corporate defendants, MyPillow, Inc., and Frankspeech LLC have been advised that as entities they may not appear without counsel admitted to the bar of the U.S. District Court for the District of Colorado, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against these entities. WHEREFORE, for the reasons set forth above, the undersigned attorneys respectfully request that they be permitted to withdraw from this action and that their representation of Defendants Michael J. Lindell, Frankspeech LLC, and MyPillow, Inc.

### Certificate of Conferral

Co-counsel contacted Plaintiff's counsel regarding the motions to withdraw via telephone on October 5, 2023. Plaintiff's counsel indicated that they do not oppose the motion to withdraw to the extent that there are no requests for changes to deadlines.

Respectfully submitted this 5th day of October, 2023.

THE REISCH LAW FIRM

*s/ Jessica L. Hays*
Jessica L. Hays, #53905
R. Scott Reisch, #26892
1490 W. 121st Avenue, Suite 202
Denver, CO 80234
(303) 291-0555
Scott@reischlawfirm.com
Jessica@reischlawfirm.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically served through ECF this 5th day of October, 2023, to all counsel of record.

*s/ Cassandra Long*
Cassandra Long, paralegal

4