**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

Defendants

---

**EXHIBIT 2**

---

frankspeech.com

Frank
The Voice of Free Speech

HOME NEWS TV PODCASTS FRANKSOCIAL FIX2020FIRST STORE ABOUT FRANK

Professor Halderman's Declaration
Class Action Lawsuit
Cyber Symposium
Absolute Series
Proof from Internet Sources
Report a Voting Crime
State By State Results
Kari Lake Arizona Appeal

## Watch Lindell-T

https://frankspeech.com/fix2020first

EXHIBIT
82