**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

      Defendants

---

**EXHIBIT 3**

---

```
1              UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF COLORADO
3     Civil Action No.: 1:22-cv-01129-WJM
4     --------------------------------
      Eric Coomer, Ph.D.,
5
6            Plaintiff,
7        vs.
8     Michael J. Lindell, Frankspeech LLC,
      and My Pillow, Inc.,
9
10           Defendants.
      ----------------------------------
11
                  VIDEOTAPED DEPOSITION OF
12                  MICHAEL J. LINDELL
       Designated Representative of FrankSpeech LLC
13               Taken on MARCH 9, 2023
                 Commencing at 9:59 a.m.
14
15
16
17
18
19
20
21
22
23    REPORTED BY:  Mari Skalicky, RMR, CRR
24
25
                                          Page 1
```

1        VIDEOTAPED DEPOSITION of MICHAEL J.
2    LINDELL, taken on Thursday, March 9th, 2023,
3    commencing at 9:59 a.m. CDT, at 123 North 3rd
4    Street, Minneapolis, Minnesota, before Mari
5    Skalicky, a Certified Realtime Reporter, and
6    Notary Public of and for the State of
7    Minnesota.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 2

1
2             APPEARANCES
3             (Continued)
4
5    ALSO PRESENT:
6       Adam Wallin, Videographer
7
8    NOTE:  The original transcript will be
9    provided to the taking party of the
10   deposition.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1
2             APPEARANCES
3    ON BEHALF OF THE PLAINTIFF:
4       CAIN & SKARNULIS PLLC
5       BY:  CHARLES J. CAIN, ESQUIRE
6       BY:  BRADLEY A. KLOEWER, ESQUIRE
7       P.O. Box 1064
8       101 North F Street, Suite 207
9       Salida, CO  81201
10      ccain@cstrial.com
11      bkloewer@cstrial.com
12
13   On BEHALF OF THE DEFENDANTS:
14       PARKER DANIELS KIBORTH
15       BY:  RYAN MALONE, ESQUIRE
16       888 Colwell Building
17       123 North Third Street
18       Minneapolis, MN  55401
19       malone@parkerdk.com
20
21
22
23
24
25

Page 3

1             I N D E X
2
   WITNESS:  MICHAEL J. LINDELL
3                        PAGE
4    Examination by Mr. Kloewer ............... 9
5
6    PREVIOUSLY MARKED EXHIBIT:
7    Exhibit 65   Video clips            20
8             ***
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

2 (Pages 2 - 5)

EXHIBITS INTRODUCED:

Exhibit 77   Plaintiff's First Amended       10
             Notice of Intention to Take
             Oral and Videotaped
             Deposition of the Authorized
             Representative(s) of
             Frankspeech LLC

Exhibit 78   FrankSpeech screenshot          66

Exhibit 79   Frank Influencer Demo           76

Exhibit 80   Defendant Frankspeech LLC's     90
             Supplemental Answers to
             Plaintiff's First Set of
             Interrogatories

Exhibit 81   Terms of Use for Frankspeech    93

Exhibit 82   Screenshot from                 115
             frankspeech.com

Exhibit 83   Declaration of J. Alex          118
             Halderman

Exhibit 84   Declaration of J. Alex          127
             Halderman

Exhibit 85   Master Consulting Services      151
             Agreement dated 3/11/21

Exhibit 86   PiDoxa Customer Service         160
             Agreement

Exhibit 87   Cyber Symposium Program         224
             Agenda, August 10-12, 2021

Exhibit 88   Website data for Cyber          265
             Symposium August 10 - August
             12, 2021

Exhibit 89   Defendant Frank Speech LLC's    299
             Responses to Plaintiff's
             Requests for Admission


(Original exhibits attached to original
transcript; copies to counsel as requested.)

P R O C E E D I N G S

THE VIDEO OPERATOR:  We are going on
the record at 9:59 a.m. on March 9th,
2023.

This is the video-recorded deposition
of the designated representative of
FrankSpeech LLC, Michael J. Lindell, taken
by counsel for the plaintiff, in the
matter of Eric Coomer, Ph.D., versus
Michael J. Lindell, FrankSpeech LLC, and
My Pillow, Incorporated, in the United
States District Court for the District of
Colorado, Civil Action number
1:22-cv-01129-WJM.

This deposition is being held in
Minneapolis, Minnesota.  My name is Adam
Wallin, from the firm Veritext, and I'm
the videographer.  The court reporter is
Mari Skalicky from the firm Veritext.

Will counsel please identify
themselves for the record.

MR. KLOEWER:  Brad Kloewer for the
plaintiff, and I'm joined by Charley Cain.

MR. MALONE:  Ryan Malone for

FrankSpeech LLC.

THE VIDEO OPERATOR:  Will the court
reporter please swear in the witness.

(Whereupon, the deposition of MICHAEL
J. LINDELL was commenced at 9:59 a.m. as
follows:)


MICHAEL J. LINDELL,
after having been first duly sworn,
deposes and says under oath as follows:
- - -
EXAMINATION
BY MR. KLOEWER:
Q.  Good morning, Mr. Lindell.  My name is
Brad Kloewer, counsel for Dr. Eric Coomer.

We already went through some
introductory ground rules yesterday.  I
know we've already discussed those, the
deposition here today.

I do just want to clarify before we
start, are you on any medications or
anything that may affect your ability to
provide testimony here today?
A.  No.
Q.  And what we discussed yesterday was the

**Page 10**

1 deposition of My Pillow, your preparation
2 for that deposition.
3     You indicated that you had read the
4 complaint in this case.  Have you done
5 anything to prepare for this deposition
6 beyond review of the complaint?
7 A.  I read -- no.  I read the complaint.
8 Q.  Okay.  I'm going to show you what we'll
9 mark here as -- I believe we're at Exhibit
10 77.
11     (Deposition Exhibit No. 77 was
12 introduced.)
13     THE WITNESS:  I'm just turning up my
14 hearing aids.
15     MR. KLOEWER:  Sure.
16     (Discussion off the record.)
17 BY MR. KLOEWER:
18 Q.  So I've just marked as Exhibit 77 what we
19 have designated as a first amended notice
20 of the intention to take your deposition.
21     Mr. Lindell, if you can flip back a
22 couple pages to -- it's probably page 5 or
23 6 of this document, "Matters Upon Which
24 Examination is Requested."
25     Do you see that page?

**Page 11**

1 A.  Yes.
2 Q.  Did you review these topics prior to your
3 deposition today?
4 A.  What's that?
5 Q.  Did you review these topics prior to your
6 deposition today?
7 A.  Yeah.
8 Q.  Okay.  Well, we don't need to go through
9 this right now, but I may refer back to
10 this document as we proceed.  I just want
11 to be sure that we have that on the record
12 because I may refer back to it as we go.
13     Before we really get into the
14 documents, I'd like to talk to you about,
15 obviously, FrankSpeech, but I think the
16 easiest way to do this deposition is to
17 start at the beginning.
18     So can you tell me, when did the idea
19 of starting FrankSpeech come to you?
20 A.  It came after the movie Absolute Proof.
21 It came sometime after -- in the two weeks
22 following Absolute Proof, because none of
23 the media in the country -- they wouldn't
24 even attack me.  It's like I was
25 nonexistent.  My voice was completely

**Page 12**

1 silenced.
2 Q.  Okay.  And Absolute Proof was produced in
3 February of 2021?
4 A.  February 5th it aired, 9:00 a.m. February
5 5th.
6 Q.  So in the months after Absolute Proof, you
7 began thinking about starting a media
8 outlet.
9     What were -- you just mentioned one
10 of them, that the media wasn't covering
11 Absolute Proof.
12 A.  That's not what I said.
13 Q.  Okay.  Tell me what your rationale was.
14 A.  Okay.  From January 9th until February
15 4th, I was attacked every day, from
16 morning until night, by every media outlet
17 in the world, everyone, all the way to --
18 and I was on every station, media after
19 media after media, whether My Pillow was
20 losing box stores or losing Twitter or --
21 and as I'm showing evidence, just trying
22 to attack, just trying to attack.
23     And so when I did -- a week before we
24 did the movie, in one week -- and that was
25 the way I was getting the word out was by

**Page 13**

1 being attacked.  Because after February
2 4th, when Smartmatic sued Fox News -- when
3 they sued Fox News, everything changed.
4     Absolute Proof launched the next day.
5 Now, no conservative media, Fox News,
6 Salem Media, all these guys, no one would
7 have me on there.  And none of the bad
8 media, I call it, are left, but the media
9 that was attacking me quit attacking me.
10     So it was like silence.  I couldn't
11 google my own name on Google.  I
12 couldn't -- which means you couldn't even
13 buy your own ad words.  I was suppressed
14 in Wikipedia.  They took me off Wikipedia.
15 It was an all-out assault on me, so I
16 couldn't talk.  It was a completely
17 silenced me.
18     And that lasted about 17 days.  And
19 somewhere during that time, I said, you
20 know, I better come up with something so I
21 can at least talk, at least talk so people
22 can hear.
23     I had no way to share the evidence I
24 have from the election that I received on
25 January 9th.  That was the 100 percent

| | | | |
|---|---|---|---|
| 1 | motivation for this -- for that. | 1 | attacking, that's scary for me; that, you |
| 2 | Q. And Absolute Proof then was your first | 2 | know, I can take all the attacks, I just |
| 3 | effort to get this information out on your | 3 | want to help save our country and get that |
| 4 | own? | 4 | evidence out. |
| 5 | A. No.  The first effort was every day being | 5 | And that scared me.  I go, what are |
| 6 | attacked from January going on.  I | 6 | we going to do?  It doesn't matter if you |
| 7 | willingly went on every single attack | 7 | have everything in the world if there is |
| 8 | thing from January 9th every day for 14 | 8 | no way to get it out there. |
| 9 | hours a day, until February 4th, every | 9 | Q. So was Absolute Proof a presentation of |
| 10 | day, from morning until night, all around | 10 | the evidence that you received on January |
| 11 | the world, everywhere, and it was nonstop. | 11 | 9th? |
| 12 | In one week I did 109 interviews. | 12 | A. It was one snidbit of that, yes, that |
| 13 | Q. How did you release Absolute Proof on | 13 | was -- it was two hours.  It was different |
| 14 | February 4th?  Did you do your own website | 14 | people that were brought in, and two hours |
| 15 | or what was the process? | 15 | of evidence and stuff we had got from |
| 16 | A. I put it out on Vimeo, it was cancelled in | 16 | different states, and then plus a -- like |
| 17 | six minutes. | 17 | a -- what would be a snidbit of what I |
| 18 | I put it on YouTube, it was cancelled | 18 | received. |
| 19 | in 43 minutes. | 19 | Q. You mentioned Brannon Howse before.  When |
| 20 | I put it on Rumble, it broke Rumble. | 20 | did you meet Mr. Howse? |
| 21 | Then we put it out on a stream that | 21 | A. I met him on, I'd say, January 28th.  It's |
| 22 | Brannon Howse had -- the technology that | 22 | when I flew to Tennessee to do that -- to |
| 23 | he had, we put it out on that stream, | 23 | do Absolute Proof. |
| 24 | whatever was behind that, and it held and | 24 | Q. Had you spoken to him before meeting |
| 25 | held.  And the word -- it's -- the word | 25 | him -- |

| | | | |
|---|---|---|---|
| 1 | spread by word of mouth because the | 1 | A. Only one other time, and that was -- I |
| 2 | media -- like I say, the media didn't talk | 2 | guess I was on a show of his.  I go on |
| 3 | about it.  It was just ggggh (sound).  You | 3 | thousands of shows. |
| 4 | can look. | 4 | Sometime -- I went on his show in I |
| 5 | If you google my name from the | 5 | think it was October or November of 2020, |
| 6 | morning of February 5th until -- and I | 6 | and I went on his show.  And I put down |
| 7 | finally got back in the news by telling | 7 | his name, this is Brannon Howse, but a lot |
| 8 | Dominion to sue me.  That's how I got back | 8 | of times my phone I put down like the |
| 9 | in the news. | 9 | name, and then just a reminder. |
| 10 | And then it happened again where then | 10 | So when he called me on January 9th, |
| 11 | the media all started attacking me, again. | 11 | I thought it was something to do with my |
| 12 | And then as we were building FrankSpeech | 12 | house or I wouldn't even have answered the |
| 13 | and Lindell-TV, that -- it's happened to | 13 | phone.  And it was -- I thought it was |
| 14 | me four times, the silence. | 14 | something to do with my house and I |
| 15 | It was then -- after the Cyber | 15 | answered it. |
| 16 | Symposium, it was almost 20 days.  After | 16 | And he was on the phone with a lady |
| 17 | we put out the evidence in Colorado, it | 17 | named Mary Fanning, and he said, "I don't |
| 18 | was -- for the Mesa County Image, when | 18 | know if you know who I am."  I said, "I |
| 19 | that got put out publicly, they silenced | 19 | don't know who you are."  But he said, |
| 20 | me there for about 21 days. | 20 | "You were on my show once, and I have a |
| 21 | So when I say "silenced," it's when I | 21 | lady here that if you could just hear her |
| 22 | don't get attacked.  Because the | 22 | out." |
| 23 | conservative media, they won't go on | 23 | And then she talked for 15 -- 12 |
| 24 | because of lawfare.  It's the liberal, or | 24 | minutes or 15 minutes, telling me about |
| 25 | the left media, call it, when they quit | 25 | this Hammer Scorecard and this evidence, |

1    and she said I could look online and see
2    it, she had put it out there online; she's
3    a journalist.
4        And -- but what she was saying made
5    sense with my investigations of two months
6    that I had done on my own, and where
7    people voted everywhere that didn't live
8    in that particular area or state, or they
9    were old and deceased.
10       And I had got people -- I had got
11   voter rolls and it didn't make sense
12   because people are generally good people,
13   and this is when, whoa, it's like a light
14   bulb when I'm going this is the only way
15   you could explain it would be computers.
16       And so I was wide open, and I said,
17   "Yes, I would love to hear more about it."
18   And that's the only time, that call with
19   Brannon Howse, and then when I met him in
20   Tennessee.
21 Q.  You said yesterday that you have not met
22   Mary Fanning in person; is that correct?
23 A.  Never.
24 Q.  Have you ever seen a photo of her?
25 A.  (Shakes head back and forth.)

Page 18

1    MR. MALONE:  Mike, you have to say
2    "yes" or "no."
3 A.  No.  No.
4 BY MR. KLOEWER:
5 Q.  That's a "no"?
6 A.  "No."
7 Q.  And so this January 9th call, the
8    information that Ms. Fanning gave you,
9    this is what you referred to as the
10   information you got on January 9th, which
11   you referred to --
12 A.  This is what I refer to as evidence, yes.
13   (Court reporter interruption.)
14 BY MR. KLOEWER:
15 Q.  And that's what you have referred to as
16   the evidence you received --
17 A.  Yes.
18 Q.  -- on January 9th?
19 A.  Correct.
20 Q.  Did you -- did Mr. Howse tell you that he
21   was working with Patrick Byrne at the
22   time?
23 A.  No.  I didn't know who Brannon Howse -- we
24   didn't talk about any of that.
25 Q.  Are you aware as you sit here today that

Page 19

1    Mr. Howse was working with Patrick Byrne
2    prior to that time?
3 A.  I didn't know he ever was.
4 Q.  Are you aware that Patrick Byrne has taken
5    credit for sending people to speak with
6    you on January 9th?
7 A.  No.  That's -- if he is, that's not true,
8    because Brannon has told me that the
9    backstory of him and Mary.  I don't even
10   know if they know Patrick Byrnes (sic), if
11   Mary even knows him.
12       So that's not true if Patrick Byrnes
13   is out there.  I've never heard that,
14   ever.
15 Q.  Well, I'm getting a little ahead of my
16   outline here, but we might as well take a
17   look at this now.
18       Charley is going to be playing some
19   clips for you here.
20       This is a clip that has been added to
21   what we've labeled as Exhibit 65.
22   (Deposition Exhibit No. 65 was
23   introduced.)
24 BY MR. KLOEWER:
25 Q.  We're going to play clip 14 from that.  I

Page 20

1    want to show you a brief excerpt.
2        This is an interview that Patrick
3    Byrne did with Eric Metaxas in July of
4    2021, where he explains how he sent folks
5    to meet with you on January 9th.
6        MR. KLOEWER:  Clip 14, please.
7        Let's go off the record real quick.
8        THE VIDEO OPERATOR:  We're going off
9    the record at 10:12 a.m.
10       (Break taken.)
11       THE VIDEO OPERATOR:  We are back on
12   the record at 10:13 a.m.
13       (Playing Video Clip:
14       "Mike Lindell, is that what they're
15   saying it should be nine to nothing.
16   We have the proof.  I know the proof
17   he has, and it's -- you know, Mike
18   Lindell likes to say that on January
19   9th, some white-hat hackers showed up
20   in his life.  They were -- if you
21   read the book, I describe the Bad
22   News -- some hackers I call the Bad
23   News Bears.  They were the guys.
24       We had reached the point on January
25   9th, I didn't have any more access to

Page 21

6 (Pages 18 - 21)

1      the President. Lindell did. And I
2    sent these white-hat hackers to
3    Lindell. And Lindell started going
4    into the White House and telling
5    Trump what it was we had been
6    finding.")
7 A. He's completely lying.
8      MR. MALONE: Mike --
9 A. Oh, I'm sorry.
10     MR. MALONE: Object to form,
11  foundation, hearsay, scope.
12 BY MR. KLOEWER:
13 Q. Okay. So it sounds like this is the first
14    time you're hearing that Mr. Byrne has
15    claimed credit for that?
16 A. Yes.
17 Q. Do you know Patrick Byrne?
18 A. Yes.
19 Q. How do you know him?
20 A. I met him sometime in February of --
21    February, or it could have even been March
22    of -- I know -- you know what, he was in a
23    room I guess once. I've never met him
24    personally I think until February or March
25    of '21.

Page 22

1      I think I've heard -- I had heard the
2  name because he had been in a -- the White
3  House, or whatever, with Sidney Powell. I
4  heard that back then, everybody just --
5  this rumor. And that's all I knew of him.
6     I didn't know -- I had never met him
7  personally until -- and I could even get
8  the date.
9     Oh, I know when it was. It was
10  February -- it was February 5th. It was
11  February 5th that I actually met him the
12  first time I ever met him.
13 Q. The day after Absolute Proof was released?
14 A. No, the day of Absolute Proof.
15 Q. The day of.
16 A. It was a completely separate thing. It
17   had nothing to do with Absolute Proof. It
18   was a meeting that was held and I was on
19   the way to -- I was flying to OEN --
20   that's where we talked earlier in another
21   deposition -- to go on TV, which I brought
22   up earlier, to go on OAN. And on the way
23   I stopped to meet these people, and
24   Patrick Byrnes happened to be there.
25     Now, I actually had -- I actually at

Page 23

1  that time I had my concerns when I met
2  him, and -- you know, and I voiced the
3  concerns to the people that were there.
4     And when I -- I said, you know, this
5  guy, I don't know. It was just some --
6  just some hesitancy on my part.
7     But that's first time I met him, and
8  since then, do I know who he is? Yes.
9 Q. So you said you were flying to OAN. You
10   were going to their studios in San Diego
11   or --
12 A. Yes.
13 Q. Okay. And you stopped along -- you met
14   him in San Diego or somewhere along the
15   way?
16 A. No, I'm not going to put that in there.
17   I'm just saying I met him when there was a
18   group of people, about 14 people, and I
19   stopped in and left.
20     And I had to be on OAN I believe it
21   was that Saturday. And I would have even
22   went there, but I got called by OAN, I
23   said, "Well, they're meeting; I'll meet
24   with these guys."
25 Q. About 14 people? Who else was in this

Page 24

1  meeting?
2 A. I'm not telling you that so you guys can
3  attack them. I'm sorry. That's
4  irrelevant.
5 Q. Did you stop in Arizona? Is that where
6   you met with Mr. Byrne?
7 A. What?
8 Q. Did you stop in Arizona? Is that where
9   you met with Mr. Byrne?
10 A. No. No.
11 Q. Was it at his residence in Utah?
12 A. What's that?
13 Q. Was it at his residence in Utah?
14 A. I don't know where he lives. I wasn't in
15   Utah. I never met him.
16     He happened to be there. This had
17   nothing to do with the movie or anything.
18   He happened to be there, and I go, "Oh,
19   you're Patrick Byrnes."
20     And he got introduced as he has some
21   platform, some online platform like -- oh,
22   my gosh, I can't think of it.
23 Q. The America Project?
24 A. What's that?
25 Q. The America Project?

Page 25

7 (Pages 22 - 25)

1  A.  No, it's an online platform like a box
2      store.  That's where I had heard the name.
3  Q.  Overstock?
4  A.  Overstock, yeah.  Overstock.com.  That's
5      how I -- that's how I heard of Patrick
6      Byrnes.
7          And I -- and then when I talked to
8      him, he was actually talking about some
9      other investment deal in something like an
10     online store.
11         That was the purpose of this whole
12     meeting, and it was nothing to do with any
13     election stuff.  It was -- but I didn't --
14     you know, going, "Good for you," you know,
15     because he had got out of Overstock and
16     had, you know -- I just -- I had my
17     hesitancies on the investment they were
18     talking about, but it had nothing to do
19     with elections.
20 Q.  And you haven't interacted with Mr. Byrne
21     since that time?
22 A.  No.  I've seen him.  He was at an event in
23     Las Vegas, maybe six, eight months ago,
24     and that was for the sheriffs.  He was
25     there then, and he was one of the

Page 26

1      speakers, and I was one.
2          It was -- I want to say it was this
3      fall, and he was there at that speaking
4      event, and I said hello to him there.
5          Usually, once in a while, I'll see
6      him in passing at events.
7  Q.  And we discussed a bit briefly yesterday
8      Conan Hayes.  You said that Mr. Hayes
9      works for you now; is that correct?
10 A.  (Nods head.)
11 Q.  And what does he do for you?
12 A.  He works -- he'll work on cyber -- he's
13     cyber expert.  He'll work on that and
14     validating stuff for me, you know, your
15     cast vote records, stuff like that, that
16     we get under the Freedom of Information
17     Act.  That's it.
18 Q.  And did you know that Mr. Hayes had been
19     working with Mr. Byrne for throughout late
20     2020 and early 2021?
21 A.  No.
22         MR. MALONE:  Mike, just wait.
23         Object to foundation and scope.
24 A.  No, I don't know.
25 BY MR. KLOEWER:

Page 27

1  Q.  Mr. Hayes never told you that?
2          MR. MALONE:  Same objection.
3  A.  I don't know if he -- he didn't tell me he
4      worked for Patrick Byrnes, no.
5  BY MR. KLOEWER:
6  Q.  Are you aware that Mr. -- well, let's do
7      this.
8          Let's take a look at what's
9      previously been labeled as Exhibit 3, clip
10     11.
11         I'll represent this is a long video
12     that Mr. Byrne posted on his website, his
13     locals.com page last summer.
14         Mr. Byrne is describing -- I can
15     provide the full copy of this interview to
16     your counsel for your review.  This is
17     just an excerpt.
18         He's describing his work with
19     Mr. Hayes in taking images of the Mesa
20     County hard drives.
21         Let's see if we can play that clip.
22         MR. CAIN:  You may want to fire your
23     paralegal.
24         MR. KLOEWER:  Well, she's the only
25     one I've got today, so --

Page 28

1          MR. CAIN:  Which clip?
2          MR. KLOEWER:  Exhibit 3, Clip 11.
3          MR. CAIN:  Stand by.  I'm going to
4      have to restart my computer after this.
5          (Playing Video Clip:
6           "He actually called me from the
7           (indiscernible) at one point that
8           day.  This was back I think in May.
9           Actually called me on Facetime.")
10         MR. CAIN:  Let's move on with another
11     question.  This may launch a questions
12     until I restart.
13 BY MR. KLOEWER:
14 Q.  Okay.  We can --
15 A.  I've seen that before.
16 Q.  You have seen that.
17 A.  Yes.
18 Q.  So you're aware that Mr. Byrne has stated
19     that he was in contact with Mr. Hayes
20     while he was working to get images of the
21     Mesa County --
22         MR. MALONE:  Object to foundation,
23     hearsay and scope.
24         Mike, you can answer.
25 A.  I've seen that just maybe three months

Page 29

8 (Pages 26 - 29)

1    ago.  I had no idea that Conan Hayes was
2    working with Mr. Byrnes.  I didn't hire
3    Conan Hayes until July of 2021.
4  BY MR. KLOEWER:
5    Q.  Okay.  And were you aware that Mr. Hayes
6       was involved with an organization called
7       ASOG?
8    A.  No.
9    Q.  Do you know what ASOG is?
10   A.  No.
11   Q.  Allied Security Operations Group?
12   A.  No.
13   Q.  Are you familiar with the Antrim County
14      report that was produced --
15   A.  I heard about --
16   Q.  -- in December?
17   A.  -- Antrim County, yes.
18        (Court reporter interruption.)
19        MR. MALONE:  Mike, you're doing good.
20      Just wait until he finishes.
21        (Court reporter interruption.)
22   BY MR. KLOEWER:
23   Q.  So that report I'll represent to you is
24      produced by an organization called ASOG,
25      and it was signed by Russ Ramsland.

Page 30

1        I believe you mentioned knowing
2       Mr. Ramland yesterday?
3    A.  Yes.
4        Now that you say the ASLU (sic), Russ
5       back then, I had heard, everybody in the
6       country had heard about this town of (sic)
7       Antrim County, Michigan.
8        And the next time that I ever met
9       Russ Ramsland was at the Cyber Symposium
10      when we went to drop off a bag, which --
11      with a tape in it from the evidence under
12      the Cyber 15 Act.  And I said, "Oh, this
13      is Russ Ramsland."  First time I ever met
14      him.
15   Q.  And were you aware that Phil Waldron had
16      previously worked with ASOG as well?
17   A.  No, no.
18   Q.  Did you know that -- well, we just asked
19      about Mr. Hayes.  Forgive me if you
20      answered this already.
21        Did you know that Mr. Hayes was
22      working with ASOG?
23   A.  No.
24   Q.  What about a guy named Todd Sanders?
25   A.  No.

Page 31

1    Q.  Did you know that Josh Merritt worked with
2       ASOG?
3    A.  No.
4    Q.  Okay.  The reason I'm asking all these
5       questions is because it's my understanding
6       you got a call from Brannon Howse, as
7       you've just described, and you put Mary
8       Fanning on the phone.
9    A.  That's correct.
10   Q.  And after that, someone came to meet you
11      to provide you that actual information,
12      right --
13   A.  No.
14   Q.  -- on that phone call?
15   A.  No.
16   Q.  No?
17   A.  No.  Nobody -- let me make this clear.
18        Brannon Howse and Mary Fanning
19      probably don't even know any of these
20      guys.  I know -- the call, after they made
21      the call, they connected me with the
22      actual Den- -- named Dennis Montgomery.
23        And Dennis Montgomery, this is his
24      thing.  He works with the CIA.  This is
25      what we're all talking about.  Mary

Page 32

1    Fanning connected me to directly to Dennis
2    Montgomery, and I had to vet him.  I had a
3    very long conversation with him on the
4    phone.
5    Q.  And I believe you stated yesterday that
6       Conan Hayes is one of the individuals who
7       is also under I believe you referred to it
8       as gag order?
9    A.  No.  I said I hired -- Dennis Montgomery's
10      data from the 2020 election goes all the
11      way back to 2006 when he left the CIA.
12      They put a certain thing of his, which he
13      believed was under the gag order.  Now the
14      government has recently said when I want
15      to release it.
16        Conan Hayes was hired by me in
17      June -- July of '21, or maybe at the end
18      of June -- I'd have to look -- to
19      validate -- another one to validate Dennis
20      Montgomery's data, what he had.
21   Q.  So you didn't meet with Conan Hayes and
22      Todd Sanders in early January of 2021?
23      They didn't provide you the information
24      that you discussed on the phone?
25   A.  No, no.

Page 33

1 Q. So how did you get that information?  Was
2    it emailed to you?
3       Because we've seen images of you
4    outside the White House on January 15th,
5    and it's my understanding that you were
6    there to present the information that you
7    received on the 9th to President Trump.
8       Is that correct?
9 A. Yes.
10       MR. MALONE:  Object to scope.
11    Mike, you can answer.
12 A. Yes.  I got it from Mary Fanning.
13 BY MR. KLOEWER:
14 Q. Well, you just -- but you've never met her
15    personally, right?
16 A. No, I got it from Mary Fanning.  She had
17    it on her website called The American
18    Report.  She had it posted on her website,
19    took it right off her website.
20 Q. Okay.  So she --
21 A. And it was all over Twitter, too.  I took
22    it off Twitter.
23 Q. She just referred you to her website, and
24    you downloaded that information and took
25    it --

Page 34

1 Q. Do you know how Mr. Howse knows
2    Ms. Fanning?
3 A. I guess they were on each other's show.
4    She's a journalist.  Or I guess -- she was
5    either on his show, or he was on her show.
6    I don't know that part.
7 Q. And he's never told you -- what do you
8    know about Ms. Fanning's background?
9 A. I don't know anything about Ms. Fanning's
10    background.  She's a journalist.
11    That's -- she's been a journalist for a
12    long time, and that's all I know.
13 Q. Do you know if she has any background in
14    computer technology?
15 A. No idea.
16 Q. Computer forensics?
17 A. No idea.
18 Q. So you just -- your reliance on
19    Ms. Fanning is just based on your
20    understanding that she's a journalist?
21       MR. MALONE:  Object to form, scope.
22 A. What I did is I got the information from
23    her being a journalist.  I said, "Can I
24    talk to the guy where this comes from?"  I
25    had to validate Dennis Montgomery.

Page 36

1 A. Yeah.  And it was all over Twitter, too.
2    It got covered up with Facebook
3    fact-checker.
4 Q. And were you aware that prior to the
5    election, Ms. Fanning had published an
6    article referring to a program called
7    Hammer and Scorecard?
8 A. (Shakes head back and forth.)
9       MR. MALONE:  Verbal answer.
10 BY MR. KLOEWER:
11 Q. That's a "no"?
12 A. They -- I learned that way later on.
13 Q. So you haven't read the October 31, 2020
14    article about Hammer and Scorecard?
15 A. What was the date of that?
16 Q. October 31st of 2020.
17 A. No.
18 Q. Four days prior to the election.
19 A. No.  I never read that, no.
20 Q. Were you aware that Ms. Fanning was making
21    public claims that a computer program
22    called Hammer and Scorecard would be used
23    to rig the election prior to the election?
24 A. No.  The only thing I ever knew was when
25    she called me.  That's it.

Page 35

1       So I called Dennis -- they connected
2    me to Dennis Montgomery.  I had -- I had
3    to do my own research.
4       He did work for the CIA.  He sent me
5    things showing he worked for them, showing
6    what he had.  Showing that he had
7    developed a thing called Hammer Scorecard.
8       He sent me tapes of him in
9    depositions, in -- I mean, to make it
10    real, and validated everything Mary
11    Fanning had said, because I didn't take
12    her for gold.
13       And then he sent me which was a
14    government gag order, and he said, "If
15    this would get signed by the President, I
16    can release this.  I have the video of all
17    the whole election, of all the election,
18    everything that happened."  And he said,
19    "But I can't release it unless you get the
20    President to sign this page."
21       And so I got the page and those four
22    sheets.  He didn't send me anything.  I
23    took Mary's snidbit that was out
24    everywhere, took that, and then with this
25    order, and brought it to the White House.

Page 37

10 (Pages 34 - 37)

1   Q. So what is Hammer and Scorecard?
2   A. It's a device that was developed by the
3       government with Dennis Montgomery and
4       three others who I vetted, or two others,
5       I guess, and -- or maybe many others. But
6       they -- it was a device developed so we
7       could spy on other countries, and then
8       they turned it on our own country.
9           Now, this is a -- it's a massive
10      information, it can break into anything.
11      It can break into any computer and do what
12      it wants in there. And then -- the hammer
13      is breaking in, apparently the scorecard
14      is manipulation.
15          And now there is two of them. China
16      has one, and our own government turned it
17      on our people. And this is -- this is
18      all -- you asked me what it is. This is
19      what I believe it is. This is what all
20      the evidence, I've got mounds and mounds
21      now.
22          It was actually on Fox News, on Sean
23      Hannity. We had a tape that we showed at
24      the Moment of Truth Summit with Sarah
25      Sanders and another journalist. And they
                                        Page 38

1   put it on Fox News in 2017, talking about
2   Hammer Scorecard and the information.
3       They said it would be 30 miles high
4   if it was stacked by pieces of paper, and
5   Sean Hannity said this will be the biggest
6   news in history, and then they suppressed
7   it.
8   Q. Who are the other two people that
9       validated this information? You said
10      Dennis Montgomery and two others?
11  A. There was a guy -- I didn't talk to him
12      directly. It was a guy named Bill Benny
13      that worked on it, I guess. And I had --
14      and then there was another guy that we
15      have -- that my lawyers have that was a
16      testimonial from -- I don't know the last
17      name.
18          There are many people that's listed
19      that worked on it or that were there.
20      And -- but this other guy did -- he
21      actually did -- in November did a -- what
22      you do you call that? -- a testimonial, a
23      signed testimony, or a signed deposition,
24      that Hammer Scorecard cards, he worked on
25      it, and -- but I just don't know his name.
                                        Page 39

1       We've subpoenaed him in other cases.
2   Q. So how are these people able to analyze
3       Hammer and Scorecard if it's under a gag
4       order?
5           MR. MALONE: Object to form, scope.
6           You can answer.
7   A. The gag order I guess is so it doesn't go
8       public. So, you know --
9   BY MR. KLOEWER:
10  Q. Well, it sounds like --
11  A. It's very specific that you can't release
12      it publicly.
13  Q. How did Mr. Benny get his hands on it?
14  A. Benny didn't get his hands -- Benny worked
15      on it with him. I've never met Bill
16      Benny. I met his -- Handler it was
17      called, Judge Handler, and he had -- on a
18      separate track here, completely separate
19      track, I didn't tell him anything about
20      Dennis Montgomery.
21          See, I never mentioned Dennis
22      Montgomery from January 9th all the way
23      until after the Cyber Symposium because I
24      didn't want anybody to know where this
25      information was coming from.
                                        Page 40

1       But then I had another gal that
2   brought information -- that she brought
3   information to me and said that she had
4   this information about a thing called
5   Hammer Scorecard that this Bill Benny had
6   made.
7       And then so then she connected me --
8   or she connected with Bill Benny, and he
9   had worked on it, too.
10      So it's just two separate things,
11  completely unrelated, that this guy had
12  also worked on.
13  Q. So who has validated Hammer and Scorecard
14      that didn't work on it originally?
15  A. Oh, there is tons. You could go to
16      dennismontgomery.com. We put everything
17      up now.
18      It's completely validated. The
19  government -- the government owes him --
20  he was contracted by the government. The
21  contracts are there. He's owed millions
22  of dollars.
23      I've actually bought into part of
24  that now, so -- it's called BlitzWare.
25  You can go dennismontgomery.com.
                                        Page 41

                                11 (Pages 38 - 41)

| | |
|---|---|
| 1 Everybody can see it; just nobody wants to<br>2 look at it.<br>3     It's all there. Every testimony he<br>4 had, every contract he had with the<br>5 government, his credentials from in the<br>6 CIA. Every single thing is on his page.<br>7 Q. Well, do you understand my confusion as to<br>8 how you're so confident this information<br>9 has been validated by all these third<br>10 parties if it's also your testimony that<br>11 you can't release it because it's under<br>12 gag order?<br>13     How are these --<br>14 A. No, I can now.<br>15 Q. -- people getting access?<br>16 A. The government said I can. We're going to<br>17 release it. The government said I can.<br>18 Q. When did they tell you that?<br>19 A. It was about -- can I ask you that?<br>20     It was about a month ago or two<br>21 months ago.<br>22 Q. And you haven't released it yet?<br>23 A. What's that?<br>24 Q. You haven't released it yet?<br>25 A. No. The lawyers said they wanted to get<br>*Page 42* | 1 separate. It doesn't matter who got it or<br>2 how they got it or where they got it. A<br>3 data is like a time stamp in history. You<br>4 can't change that. It's like a picture.<br>5     So that would be like having a gun<br>6 with your fingerprints on it or whatever.<br>7 That's doesn't change. You can't -- this<br>8 is nonsubjective evidence, and that's what<br>9 I had validated.<br>10     But first I validated Dennis<br>11 Montgomery because it was so -- when I<br>12 heard that from Mary Fanning on January<br>13 9th, first thing was to validate it, got<br>14 him on the phone, talked to him, told me<br>15 all this -- or I got credentials on him,<br>16 checked it out, you know, in the CIA; yes,<br>17 he worked there; yes, it was this. I<br>18 mean, very believable.<br>19     Then I had to -- the very simple<br>20 thing. I didn't have much data to go on,<br>21 so I took the gag order and brought this<br>22 just to the -- just to the President and<br>23 his lawyers. He sent me up to his lawyer,<br>24 "Hey, you guys, this should be checked<br>25 out."<br>*Page 44* |
| 1 the presentation ready so that nobody<br>2 could -- because these are called<br>3 converters in the cyber world, where you<br>4 convert like a language, let's say it's<br>5 Spanish, and then you have all these<br>6 different interpreters where it comes out<br>7 in English.<br>8     So you take the source code, you have<br>9 the P caps, and every converter now, we've<br>10 checked out every one. They wanted to<br>11 make sure every one worked so no one come<br>12 in and say, "This doesn't exist," or,<br>13 "This doesn't say that."<br>14     So this is all the 2020 election.<br>15 They will be able to show that China<br>16 intruded, just like I've said all along.<br>17     And -- but what I did back then, to<br>18 answer your question, I had to validate<br>19 that Dennis Montgomery was who he said he<br>20 was, and that it was real. And then I<br>21 just happened -- I got information from a<br>22 third party that worked on it that it was<br>23 real.<br>24     The data, to recognize the data, it<br>25 doesn't matter where -- the data is<br>*Page 43* | 1     That's all I did there.<br>2 Q. So you've had the ability to release this<br>3 information publicly for over a month?<br>4 A. No, no, no, no. This is -- not over a<br>5 month; probably two months. And it's not<br>6 publicly; it's in our case. We have cases<br>7 against a company called Dominion and<br>8 Smartmatic, and another guy named Eric<br>9 Coomer.<br>10 Q. Well, I have a few follow-up questions for<br>11 you.<br>12     So it sounds like you're not prepared<br>13 to release the information because you<br>14 don't know how to translate it yet?<br>15 A. No, that's not true. They're all -- there<br>16 is about -- there is multiple -- I mean,<br>17 hearing this from them, there is a lot of<br>18 reason the lawyers wanted to do -- they<br>19 wanted --<br>20     MR. MALONE: Mike, you don't have to<br>21 tell him what your lawyers said. Just<br>22 have to answer his questions.<br>23     THE WITNESS: Okay. Well, they're<br>24 the ones. I'm saying -- he's asking me<br>25 why I haven't released it. Okay?<br>*Page 45* |

Veritext Legal Solutions
800-336-4000

| | |
|---|---|
| 1       MR. MALONE:  The lawyers told you not | 1   technology to watch, to watch what they |
| 2   to, then that's your answer.  If your | 2   do. |
| 3   lawyers told you not to, then that's your | 3   Q.  But you've seen that, right? |
| 4   answer. | 4   A.  What? |
| 5   A.  Okay.  Yes, my lawyers told me not to. | 5   Q.  You own that technology now, right? |
| 6   BY MR. KLOEWER: | 6   A.  I own some of the technology. |
| 7   Q.  So did Hammer and Scorecard card -- that's | 7   Q.  You have access to that? |
| 8   what was used to rig the election?  Is | 8   A.  Yeah.  Not -- I don't use it.  I don't see |
| 9   that your belief? | 9   it, no.  I know the company, it's a |
| 10   A.  No, I don't believe that.  I don't know. | 10   company that encompasses that. |
| 11   I don't know if that was.  But all we know | 11   Q.  But you've had this information since |
| 12   is Hammer and Scorecard shows that China | 12   January 9th of 2020 and -- |
| 13   was in the room, that they were in the | 13   A.  No, just a snidbit of it that I got from |
| 14   room. | 14   Mary Fanning. |
| 15       Imagine a diamond heist in a diamond | 15   Q.  But as you sit here today in March of |
| 16   store and you have camera angles and you | 16   2023, you don't know if Hammer and |
| 17   have the whole video of the whole heist. | 17   Scorecard is what rigged the election or |
| 18   It shows 100 percent that China was in the | 18   not? |
| 19   room. | 19   A.  I know that they -- I would say based |
| 20       Doesn't show what they did.  Those | 20   on -- there was people -- there were -- |
| 21   things -- these converters will show what | 21   the election was broken into and rigged. |
| 22   they -- that they were -- 100 percent had | 22   I know who was part of it:  China.  Okay? |
| 23   intruded in our election, broke into our | 23   I don't know if they used Hammer Scorecard |
| 24   election. | 24   or they just act in, you know. |
| 25   Q.  I thought you testified a moment ago that | 25       The Hammer part of the technology |
| Page 46 | Page 48 |
| 1   Hammer and Scorecard was developed to | 1   took the movie of everything that |
| 2   actually rig elections. | 2   happened.  You need to understand that. |
| 3   A.  Yeah, that's what I've heard. | 3   So it took the movie of everything that |
| 4   Q.  So does it do -- | 4   ever happened like on a parallel track. |
| 5   A.  But you asked me -- | 5   Okay? |
| 6   Q.  -- the rigging -- | 6       All I know is that we've got -- the |
| 7   A.  -- if Hammer and Scorecard -- | 7   pictures we have are nonsubjective |
| 8   Q.  -- or does it show you? | 8   evidence, and that's all it is. |
| 9       (Court reporter interruption.) | 9       So I don't know.  You're asking me |
| 10       MR. KLOEWER:  Sorry. | 10   technology question.  I'm not a cyber guy. |
| 11   BY MR. KLOEWER: | 11   I'm not -- you know, there was massive |
| 12   Q.  I'm just confused on if Hammer and | 12   breaches in every election with computers. |
| 13   Scorecard rigs elections, or if it shows | 13       So whether it was Hammer and |
| 14   you what is happening in the election. | 14   Scorecard that did it exclusively, I don't |
| 15   A.  It can do both. | 15   know.  Could have been -- they just had a |
| 16   Q.  It can do both. | 16   big thing with Koenig, the biggest data |
| 17       Can it do anything else? | 17   breach, a company called Koenig that was |
| 18   A.  I don't know.  I don't know.  I'm not a | 18   all over the news, the biggest data breach |
| 19   cyber guy, and it's a massive tool. | 19   in history in the 2020 election, and it |
| 20   Q.  But you don't know if Hammer and Scorecard | 20   was China.  And that guy got -- first he |
| 21   is what was used to rig the election? | 21   got arrested, then they let him off the |
| 22   A.  I don't know if they -- if it was or not. | 22   hook, you know. |
| 23       We know that the Hammer -- the technology | 23       So I don't know.  There's a lot. |
| 24   shows that Dennis Montgomery has -- he's | 24   You're asking me to lay out everything |
| 25   the one that invented it.  He has the | 25   that happened.  No, I'm laying out what you get |
| Page 47 | Page 49 |

1    this released once the government says we
2    can release it.  That particular thing
3    that shows China intrusion, these P caps,
4    will be released.
5  Q.  So it sounds like in your mind it's
6    possible that Hammer and Scorecard is what
7    was used to rig the election.
8  A.  Anything is possible.  But we do know it
9    was rigged.  We know it was broke into,
10   and China was involved.  That's what I've
11   been saying since day 1.
12 Q.  So China used Hammer and Scorecard --
13 A.  I don't know if they used Hammer
14   Scorecard.  They broke in -- you can break
15   into a computer without Hammer Scorecard.
16 Q.  Okay.  So you don't actually know what
17   your theory of the case is?
18 A.  I know the election was broke into, 100
19   percent, broke into and rigged, 100
20   percent.
21 Q.  But you don't know how?
22 A.  But I don't know which devices and
23   which -- which computer devices, which
24   exact computer devices, no.
25       Do I know it was done with computers?

Page 50

1    100 percent.
2  Q.  Well, it sounds like --
3  A.  Hammer Scorecard is a computer, just so
4    you know that.  So computers were used --
5    if you want to call one of them Hammer
6    Scorecard -- to break into the election.
7    100 percent I can say that.  I bet my life
8    on it, everything I have.  And I have
9    betted on it because I've done my due
10   diligence.
11 Q.  Okay.  So then Dominion didn't rig the
12   election, did they?
13 A.  No.  Dominion -- Dominion, when you have
14   all these players, okay, Dominion is
15   covering up because they won't let you see
16   what's inside.
17       And this case isn't about Dominion.
18   This is about Eric Coomer.  Okay?  This is
19   about what Eric Coomer did to My Pillow
20   when he went after Newsmax, you know.
21       Dominion is covering up, and you have
22   to say why.
23       If someone said there knives and
24   feathers -- or knives and sticks in My
25   Pillow, I wouldn't sue people; I would

Page 51

1    say, "Open it up.  Here, there is nothing
2    to see.  It's beautiful patented fill.
3    Not lumpy, beautiful patented fill."
4    Okay?
5        And -- but instead, they have covered
6    it up.  No one gets to see what they've
7    been hiding, and it's disgusting.
8        All across our country, not just
9    Dominion, ES&S, Hart, Smartmatic, all the
10   machine companies -- and now we've got
11   something we didn't have two years ago,
12   the (indiscernible) records which shows
13   computer manipulation in every county in
14   the United States, even in the 2022
15   election.
16 Q.  So you're aware that Dr. Coomer is a
17   former director of strategy and security
18   for Dominion Voting Systems.
19 A.  I read that when I read this complaint,
20   when I read this complaint.
21 Q.  So as you sit here today, it's your belief
22   that Dr. Coomer had something to do with
23   covering up?
24 A.  I sit here today because I said what I
25   did, you guys sued me.  And what I said in

Page 52

1    here, I called him a criminal and traitor
2    by what he did to My Pillow when he went
3    after Newsmax.  That's why I'm here.
4        I never said anything about Coomer
5    other than this.  I'll read it to you if
6    you want.  It's the only thing I ever said
7    about him.  Would you like me to read it?
8  Q.  No, we'll get to that.  We're going to --
9  A.  That's why I'm here.
10       I never accused Eric Coomer of
11   anything, other than what he did to
12   Newsmax.  And I lost everything I could do
13   there to -- for My Pillow.  All my
14   employees, we lost millions of dollars
15   because of this guy.
16 Q.  We'll get --
17 A.  And you guys.
18 Q.  I'm getting out of order here.  We'll get
19   to the different statements at issue.  I
20   want to --
21 A.  I don't know why you're bringing up
22   Dominion.
23 Q.  Well, I'm trying to understand -- we
24   started trying to understand the origins
25   of FrankSpeech, and it sounds like your

Page 53

14 (Pages 50 - 53)

1    discovery of this information on January
2    9th played a big role in eventual -- your
3    eventual decision to start FrankSpeech
4    after the publication of Absolute Proof.
5        So if we can rewind and get back to
6    that sort of February of 2021 time frame.
7  A. Okay. Sure.
8  Q. You've released Absolute Proof. You're
9    frustrated that there is not media
10   coverage of that.
11 A. Not just media coverage of that. Me in
12   general. They didn't attack me.
13   Everything stopped in the sand. It's
14   never happened to me before, ever.
15       Before this all happened, every day
16   media would come up to me, "Hey, how many
17   employees do you have? How is it going,
18   Mike?" I was the media's darling.
19       And then after this, after January
20   9th, everybody was attacking me every day.
21   But at least I could get the word out:
22   "China attacked us. Doesn't anybody
23   care?"
24       "China, China, China," I kept saying
25   as My Pillow is getting hammered. Then

1    when they went silent on me, it's silent
2    about everything.
3        Absolute Proof was a tool. 150
4    million people see that in like three or
5    four days, you know. But that was because
6    of word of mouth. But it was -- it was --
7    for me, it was scary going you could have
8    all the evidence in the world, but if
9    nobody -- it was something I hadn't seen
10   before. Like doesn't anybody care about
11   our country?
12       And then they went silent. That's a
13   scary feeling. And it happens to this
14   day.
15       You just asked me about Hammer
16   Scorecard and Dennis Montgomery. There
17   has been a website up for almost a year
18   now, you can see all that there. Every
19   proof he exists, every proof of Hammer
20   Scorecard, everything is there. The
21   government gag order is there. The cases
22   in Nevada.
23       It's like everybody is afraid to talk
24   about this stuff. That's all it was.
25   That's why I made FrankSpeech.

1  Q. So you made FrankSpeech to have a platform
2    to discuss issues related to the election?
3  A. Period. To get this evidence out. That
4    was my whole purpose. Absolutely, 100
5    percent, I wanted to be able to keep
6    telling people about this: "You guys,
7    we're going to lose our country."
8        That was it. That was the whole
9    motivation.
10 Q. And had you ever worked -- I know
11   obviously you've been involved in
12   advertising and through your company.
13       But had you ever worked with a media
14   company in this way, or is this a new
15   venture for you?
16 A. What do you mean work for the media
17   company?
18 Q. Well, FrankSpeech is a media platform,
19   right? You have many shows on there,
20   podcasts --
21 A. And that was another --
22       (Court reporter interruption.)
23 BY MR. KLOEWER:
24 Q. -- many shows on there, podcasts, things
25   of that nature.

1        Had you worked for a business like
2    that before?
3  A. Well, before -- before that started, I had
4    been for ten years working with radio, TV,
5    podcasters. And at that time, a lot of
6    them, too, everybody got cancelled on
7    January 7th and 8th.
8        Churches got cancelled. I work with
9    a lot of churches. I do speaking events
10   there. All these -- their voices were all
11   cancelled, too.
12       I'm going, gee, I got my voice over
13   here. I thought as long as I'm doing a
14   Lindell-TV, I just as well put --
15   another platform where maybe other people
16   could put their -- have their voice, too.
17 Q. This was your first business venture of
18   that type, right, to create a media
19   platform to give people a voice, to make
20   these --
21 A. Like a rumble --
22       (Court reporter interruption.)
23 BY MR. KLOEWER:
24 Q. -- to make these people more visible?
25 A. I did it so that they would have a

1 platform, because these people that were
2 selling My Pillows now and selling stuff,
3 they lost their livelihood. I felt bad
4 for them. They all lost their livelihood.
5 But -- so it was two-fold. I could
6 get my voice out about the election, and
7 then we would have a place where these
8 guys, "Hey, you know what" -- because I
9 got cancelled, too, on Twitter. Everybody
10 got cancelled the 7th and 8th. 1.2
11 million people lost their platforms,
12 and -- across our country.
13 Churches, even my Lindell Recovery
14 Network, all these places, we couldn't
15 get the voice out. So even my recovery
16 network for addicts, all of a sudden I
17 have nowhere -- you know, nowhere to put
18 it because everything got cancelled.
19 Q. So who did you begin talking to to form
20 FrankSpeech?
21 Sounds like Brannon Howse was one of
22 the people you were speaking with?
23 A. Yeah. Brannon Howse because on April 5th
24 -- or because on February 5th, the only
25 stream that held up, that they didn't
Page 58

1 cancel -- because the other ones
2 cancelled. You started talking, YouTube
3 cancelled, Vimeo cancelled, Google. We
4 could be all of them. Facebook they just
5 cancel.
6 But then his was standalone. He
7 had -- behind it he didn't have his own
8 servers and stuff. But they didn't -- he
9 had technology somewhere back there secure
10 where these companies were not cancelled.
11 They weren't cancel-cultured companies
12 that had there.
13 So I went to Brannon and said, "Could
14 we put up a thing?" and he goes, "I have
15 technology you can use because it held
16 up." And I said, "Well, what if we did --
17 start out," I said, "what if I did this.
18 Would that company get behind it? Which
19 they did, by the way, then they cancelled,
20 too, after about three weeks we had.
21 So then at that point when they
22 cancelled, I said, you know what, that was
23 just to do the Lindell-TV, the stream or
24 whatever the -- that was the FrankSpeech.
25 We were going to call it Vocal. They
Page 59

1 stole that name.
2 And anyway, when that -- when we
3 started, that -- when that company
4 cancelled, I said, "You know what, the
5 only way to do this so you don't get
6 cancelled, like what they did to Parlor,
7 what Apple did to them" -- and I said I
8 got -- I asked different people, tech
9 guys, "What would I do? Can I just set up
10 my own? What do I have to do?"
11 That's when I went out and bought --
12 I got a company and bought my own servers,
13 everything. And that's -- you know, I put
14 $10 million into the back end so they
15 couldn't cancel you.
16 That's not using Amazon or Microsoft
17 or anyone. It's using my own stuff.
18 Q. And was Mr. Howse advising you on what you
19 needed to --
20 A. No, he had --
21 Q. -- create FrankSpeech?
22 (Court reporter interruption.)
23 BY MR. KLOEWER:
24 Q. -- to create FrankSpeech?
25 A. No, not advise me. He turned it over to a
Page 60

1 company that worked for him that had built
2 his. He introduced me to that person,
3 which was RJ -- I forget. Call him RJ. I
4 can't think of his --
5 Q. Johnston?
6 A. Johnston, yeah. Introduced me to him, and
7 he had a company that was going to do
8 this. He said, "I can do it all," you
9 know, "do it all," and he had done it
10 before. And so I said, "Okay."
11 Q. When had Mr. Johnston done this before?
12 A. Huh?
13 Q. When had he done this before?
14 A. For building Rob Brannon -- Brannon's.
15 He's worked it for I guess 30 years, or 20
16 -- 20, 30 years.
17 Q. So Mr. Johnston built the platform for
18 Worldview Weekend?
19 A. I think so, yeah. Yeah, absolutely. Yep.
20 Q. And was that Mr. Howse's only program at
21 the time, or did he have a sort of
22 seven-day-a-week platform like you have --
23 A. I have no idea.
24 Q. -- today? Okay.
25 A. I don't know anything what he did back
Page 61

16 (Pages 58 - 61)

1    then. I've never asked him, either.
2  Q. So it sounds like you were talking to
3    people to help with you real technological
4    end of things, getting a website built up
5    with the server space, and being able to
6    publish FrankSpeech every day.
7         Were you talking to anybody else in
8    planning this site?
9         And what I mean, I'm thinking of like
10    journalists, for example. You didn't
11    consult with any journalists?
12  A. No. Not when I built it.
13  Q. Have you hired any journalists since that
14    time?
15  A. Has FrankSpeech hired any journalists?
16  Q. Yes.
17  A. No. Lindell-TV has been on FrankSpeech,
18    but we're not here to talk about
19    Lindell-TV This is a FrankSpeech
20    interview.
21  Q. Well, we'll get to Lindell-TV I have some
22    questions about that.
23  A. Lindell-TV we're not here to talk about,
24    though. This is not a deposition for
25    that.

Page 62

1         MR. MALONE: We'll wait for that,
2    Mike. That's true. But we'll wait for
3    that.
4         THE WITNESS: Okay.
5  BY MR. KLOEWER:
6  Q. Yeah. We'll get there.
7         So when you built FrankSpeech, you
8    were intending for it to be a media
9    platform; is that fair?
10  A. No. It was -- it would be a -- in my head
11    was we were cancelled on Twitter, and I
12    thought it would be like a Twitter
13    YouTube.
14         YouTube was the biggest
15    cancellator -- cancellation of anyone,
16    including myself. They had took my --
17    even took off my Lindell Recovery Network.
18    I was very upset about that. They
19    cancelled it for addicts.
20         So YouTube, I wanted to replace
21    YouTube and Twitter in one. That was
22    my -- that was my original thing.
23  Q. Okay. And as it exists today, do you
24    understand FrankSpeech to be a news
25    website?

Page 63

1  A. No. It's more -- it's a
2    Rumble/YouTubelike platform.
3  Q. Well, I'm familiar with YouTube and
4    Rumble. But FrankSpeech, you have a set
5    schedule every day, right?
6  A. No. You're talking about Lindell-TV we're
7    not here to talk about that.
8  Q. Well, what is Lindell-TV?
9  A. Lindell-TV is another entity. That's a
10    24-hour TV station. We have two of them.
11    And then there is also SimulTV there, too,
12    which has I think 80 some stations.
13         It's a place where -- FrankSpeech is
14    a place where, like I say, more like a
15    YouTube, you have all of these -- or a
16    Rumble. You have all these platforms out
17    there and then it's connected to
18    FrankSocial, which is the social part of
19    it where people talk.
20         So it's exactly what I'm telling you
21    where it got to. On FrankSpeech, people
22    can put up their own stuff, just like on a
23    Rumble, and -- but we also -- on
24    FrankSpeech, we also let TV stations,
25    including Lindell-TV has I believe two and

Page 64

1    a third one. And then SimulTV has I think
2    six TV stations on there.
3         Then there is another one called --
4    another TV station on there, too. I
5    forget the name of that. I think there is
6    maybe eight TV stations that are on
7    besides podcasters.
8  Q. And when was Lindell-TV founded?
9  A. Lindell-TV, I don't know. I'd have to
10    look on that. But I'm not here to talk
11    about Lindell-TV because we're not -- I'm
12    not being depositioned for that. So I'm
13    not going to answer that.
14  Q. Well, I'm just wondering about the
15    material that's published on FrankSpeech's
16    website, and you do have -- and through
17    your Roku app you have live streams of
18    Lindell-TV 24 hours a day, correct?
19         MR. MALONE: Object to scope. Form.
20  A. Lindell -- yeah, I'm not here to talk
21    about Lindell-TV. This is a FrankSpeech
22    deposition.
23  BY MR. KLOEWER:
24  Q. Well, I'm asking you about the material
25    that's on the FrankSpeech website, and

Page 65

17 (Pages 62 - 65)

1     that includes Lindell-TV.
2  A.  Okay.  There is a three -- three of the TV
3     stations of the nine are Lindell-TV owned
4     by Lindell-TV yes.
5  Q.  And where else is Lindell-TV published?
6  A.  Lindell-TV goes to L.A. -- there is many
7     things -- well, I'm not here to talk
8     about, but many other states and many
9     other platforms.
10       MR. KLOEWER:  Let's take a quick look
11   here.
12       Label this as Exhibit 78.
13       (Deposition Exhibit No. 78 was
14   introduced.)
15  BY MR. KLOEWER:
16  Q.  Okay.  Do you recognize this, Mr. Lindell?
17  A.  Yes.
18  Q.  What am I looking at here?
19  A.  It looks like a screenshot of FrankSpeech,
20     and a advertise (sic) for FrankSpeech at
21     Lindell-TV I don't know if that's -- if
22     that's Brannon Howse's show or not.  I
23     can't tell which show it is.
24  Q.  Okay.  I'll represent to you that this is
25     a screenshot of the Twitter page for the

Page 66

1     handle at Lindell-TV media.  And it says
2     here that the website is FrankSpeech.com.
3  A.  Okay.
4  Q.  Do you know why Lindell-TV promoting its
5     website as being FrankSpeech.com?
6  A.  Because Lindell-TV is on there.  It's just
7     like SimulTV and the other TV stations
8     that -- it's just another platform.
9       And we're not -- once again, we're
10     not here to talk about Lindell-TV, and I
11     don't know why I'm getting asked all the
12     questions about Lindell-TV.
13  Q.  Well, the distinctions between FrankSpeech
14     and Lindell-TV aren't clear to me, which
15     is why I'm trying to --
16  A.  Well, I'm sorry.
17  Q.  -- understand the difference between those
18     two entities, because --
19  A.  There is a big difference.  One of them is
20     a platform, and one of them is a TV
21     station that goes everywhere.
22  Q.  And by "goes everywhere," you mentioned in
23     Los Angeles; is that --
24  A.  There's a --
25       MR. MALONE:  Mike, just --

Page 67

1       (Court reporter interruption.)
2       MR. MALONE:  Mike, just wait.
3  BY MR. KLOEWER:
4  Q.  Does that play on TV channels in Los
5     Angeles?
6  A.  Yeah, I'm not here to talk about
7     Lindell-TV, and I'm not going to just go
8     into some big discovery on that.
9       We're here to talk about FrankSpeech;
10     that's it.
11  Q.  So FrankSpeech does produce its own
12     content, doesn't it?
13  A.  FrankSpeech produce its own content?
14  Q.  Yes.
15  A.  No.  FrankSpeech, everybody -- all
16     different people put up their own content.
17       Is that your question?
18  Q.  Well, that's what I'm trying to
19     understand.
20       It's my understanding that Lindell-TV
21     produced by FrankSpeech.
22  A.  No.
23  Q.  And you're saying that's not the case.
24  A.  No.  Not at all.  There is a -- on
25     FrankSpeech -- Lindell-TV completely

Page 68

1     separate thing, and all those shows within
2     there -- there is like -- I don't know --
3     25, 50 shows -- those are separate on
4     Lindell-TV.
5       FrankSpeech what they do, what
6     FrankSpeech does, we have -- the platform
7     most of the time is spent with all the
8     podcasters, making sure the functions are
9     working, making sure people from back and
10     forth from FrankSocial can work.
11       It's a functionality.  It's kind of a
12     -- you know, it's got -- you have more
13     tech guys working than you do anything
14     else.
15  Q.  So then FrankSpeech does not own the
16     rights to Lindell-TV?
17  A.  No, absolutely not.
18  Q.  And Lindell-TV separately organized
19     corporate entity?
20  A.  Yes, it is.  Of course it is.
21  Q.  Is that also organized here in Minnesota?
22  A.  I don't know.  We're not here to talk
23     about Lindell-TV so I'm not giving you
24     that stuff.  You guys said it was
25     FrankSpeech today.

Page 69

18 (Pages 66 - 69)

1  Q.  Well, that's -- like I said, I'm trying to
2      understand the content that is published
3      on FrankSpeech website, and where that
4      content comes from.
5  A.  There's many TV stations on there, and
6      there's many podcasters.  I said there is
7      at least eight TV stations on there, on
8      FrankSpeech.  At least.  There could be
9      more.
10  Q.  What about the special live events that
11     you can watch on FrankSpeech?  Are
12     those --
13  A.  No.  Those are on Lindell-TV I believe.  I
14     think that's what you're talking about.
15       There is many live events on other
16     stations, and there is -- like I say,
17     we're like a Rumble.  At any given time
18     there could be probably 20 podcasters
19     going live, and they could be -- they'll
20     go live on Rumble, Getter, FrankSpeech.
21     It's just a tool that serves on these
22     platforms.
23       So there is many -- I don't know what
24     you're talking about with live.  There's
25     many, many -- if you're talking about

Page 70

1     have.  We have features where they can go
2     live, their podcast, or they can -- TV
3     stations, they can choose to come up and
4     be housed up there, where they can -- it's
5     just another outlet for them like other TV
6     stations.
7       There is -- it's not like -- I'll
8     give you an example.  A TV station War
9     Room from Real America's Voice, they're on
10     many, many broadcast stations, many -- you
11     know, many platforms, not just Real
12     America's Voice.
13  Q.  So I'm just referring to the Roku app.  So
14     I have the FrankSpeech app on my TV at
15     home, and when I open the Roku app, it
16     gives me the option to watch three
17     separate live streams.
18  A.  Well, then yeah, the Lindell-TV would be
19     another thing of being on the FrankSpeech.
20       I think we have Roku.  I don't think
21     we have Fire Stick at FrankSpeech.  We
22     don't have Fire -- Amazon would not --
23     hasn't allowed us to have it yet.
24       I don't know what places we're at
25     besides Roku, but FrankSpeech is up on

Page 72

1     Lindell-TV, I have -- Lindell-TV has live
2     events once in a while.
3  Q.  Well, when we go through the Roku app,
4     there is three options that you have.  You
5     have Lindell-TV1, Lindell-TV2, and Live
6     Events.
7       Is that correct?
8       MR. MALONE:  Object to scope.
9  A.  I don't know.  I'm not here to talk about
10     Lindell-TV.
11  BY MR. KLOEWER:
12  Q.  Well, I'm talking about the FrankSpeech
13     app.
14  A.  The FrankSpeech app?
15  Q.  Yes.
16       MR. MALONE:  Object to scope.
17  A.  The FrankSpeech app is not Roku.
18     FrankSpeech app is -- FrankSpeech app is
19     an app you get online, and then Lindell-TV
20     other TV stations are on the FrankSpeech.
21       You got to do your research.  Like
22     Rumble, YouTube, Getter, Gab, Cloudhub,
23     all of them, they're a little bit similar
24     that way.
25       Truth Social doesn't have what we

Page 71

1     that.  You are correct.  They are on Roku.
2     That, I do know.
3  Q.  So who decides the schedule for the
4     scheduling of the videos that you can
5     watch on that FrankSpeech app?
6  A.  What do you mean?
7  Q.  Well, for example, if I turn on -- if I
8     open the FrankSpeech Roku app at 10:00
9     o'clock Mountain Time every morning, I can
10     watch Conservative Daily Podcast.
11  A.  Okay.
12  Q.  Okay.  That's on there every day at the
13     same time.
14  A.  Are you watching it on FrankSpeech or are
15     you watching it on Lindell-TV?
16  Q.  Well, through the FrankSpeech app.  That's
17     what I'm trying to understand.
18  A.  No, where are you -- you're watching it on
19     the FrankSpeech app, but you're watching
20     Lindell-TV?
21  Q.  Well, it's my understanding they're the
22     same thing.
23  A.  No, they're not the same thing at all.
24  Q.  That's why I'm asking.
25  A.  Are you watching Conservative Daily on a

Page 73

1    TV show?  You said you're watching it on
2    FrankSpeech.
3  Q.  Yes.
4  A.  So what's the question?
5  Q.  Well, the only way I can watch
6    Conservative Daily on my television at
7    home, sitting on my couch --
8  A.  Is through FrankSpeech.
9  Q.  -- is through FrankSpeech.
10 A.  Okay.  Some people can watch it on a
11   regular channel.  But, you know, if you're
12   watching Lindell-TV, you got to specify
13   what you're watching.
14      So if you're watching FrankSpeech, I
15   believe our platforms were on both app
16   stores, Apple and Google or Samsung,
17   whatever it's called, and we're on Roku.
18   We might have got approved for Fire Stick,
19   so you would be able to watch FrankSpeech
20   there.
21      We're on Rumble.  We actually have a
22   place on Rumble.  And we made deals with
23   Getter where we actually have -- where we
24   can be televised -- FrankSpeech can be
25   housed there.

Page 74

1      So, you know, there is different
2    platforms we have, but I'm sorry you only
3    get Roku.
4  Q.  So you can watch FrankSpeech through
5    Rumble?
6  A.  You can watch -- I think so.  It's either
7    that -- I don't know for (sic) that for
8    sure.
9      I know that they were -- we were
10   working on that where you have a -- we
11   have a FrankSpeech -- what do you call it?
12   Oh, my gosh.  It's like if have one
13   personally.  It's a FrankSpeech -- what's
14   the word I'm thinking of?  Profile.
15      We have a FrankSpeech profile.
16   That's what I meant.  So if you go to --
17   if you went to these other platforms, you
18   go up to FrankSpeech, I don't know if you
19   can watch them there or if it just pulls
20   you back to FrankSpeech.
21      So they've given us a presence -- I
22   think it's basically an advertising
23   presence.  So, yeah, that's probably what
24   it is.  So they have allowed us to have
25   FrankSpeech, and then when you click, you

Page 75

1    would come to the FrankSpeech app.
2      That's what I meant I guess.  Just so
3    they're kind of connected in a way.
4  Q.  So let's talk a little bit about the
5    different contents and the various
6    podcasts that you have on FrankSpeech,
7    because as you mentioned, there are many
8    of them.
9      About how many different content
10   producers --
11 A.  I don't know.
12 Q.  -- do you know?
13      MR. MALONE:  Just wait for the
14   question.
15 A.  I have no idea.  People can sign up all
16   the time.  It's just like Rumble; you can
17   create an account.
18      MR. KLOEWER:  Okay.  Let's we'll mark
19   this as Exhibit 79.
20      (Deposition Exhibit No. 79 was
21   introduced.)
22 BY MR. KLOEWER:
23 Q.  We'll mark this as Exhibit 79.  I'll give
24   you a moment to take a look at that.
25      Do you see the date at the top there?

Page 76

1    It's April 9, 2021.
2  A.  Yeah.  Yep.
3  Q.  What was the state of FrankSpeech in April
4    of 2021?  Was it up and running, do you
5    recall?
6  A.  I don't recall.  RJ Johnston, they were
7    building it.
8  Q.  Okay.  And this is referring to a "Frank
9    Influencer Demo."  Do you know what that
10   means?
11 A.  I think we were showing -- this is what I
12   recall.
13      Other podcasters that had lost their
14   place on YouTube, it was -- YouTube was
15   the big one, and they had -- and they were
16   giving a demo of how they could upload
17   on -- just like you can Rumble does a
18   demo, too.  And YouTube, all these places
19   where you can upload your own content.
20      And that's what RJ had set up
21   because -- to teach people how to upload
22   the first group.  And then other people
23   that -- the public -- and once it was
24   opened a week later, the public, you --  I
25   have people that -- we wanted to -- I

Page 77

20 (Pages 74 - 77)

```
 1    think he wanted to test it on a first
 2    group to see how easy it was to upload
 3    their content and -- like you do on Rumble
 4    and YouTube.
 5 Q. And so we see some of the attendees here.
 6    We've got yourself, Brannon -- I presume
 7    that's Brannon Howse -- Brandon Young.
 8    Who is that?
 9 A. I have no idea.
10    Oh, Brandon Young worked for
11    Johnston. He was an employee of theirs.
12 Q. Okay.
13 A. These were the guys building the platform.
14 Q. Looks like that's also true for the next
15    guy, Brian Pietracatella.
16 A. Yeah. I don't know who these employees
17    are. They're -- right.
18 Q. All right. Then Dawn, we discussed her
19    yesterday. She works with you at My
20    Pillow; is that correct?
21 A. That's correct.
22 Q. Who is Audrey Winter?
23 A. I have no idea. iheartmedia.
24    So these would be platforms where
25    they -- if they had podcasters, so they
```
Page 78

```
 1    could tell -- you know, we were showing
 2    them a new platform like you would of
 3    anything.
 4    So to show -- like if she learned how
 5    to do it, anyone that asked her, they
 6    could upload their content.
 7    We got a lot better at this where
 8    people now can -- in public, it's easy for
 9    them to do it.
10 Q. Then we have Joe Oltmann as well.
11 A. Where do you see that?
12 Q. He's --
13 A. Okay. Yeah.
14 Q. -- after Steve Dubbels. I'm skipping past
15    the next few iheartmedia folks because
16    I --
17 A. Okay.
18 Q. Then Diamond and Silk.
19    So is there a reason why this
20    specific batch of people were chosen for
21    this event?
22 A. I didn't choose them. I have no idea what
23    Johnston Howse, they did. I was invited.
24    I had no idea who they invited.
25 Q. So when you mentioned folks that had been
```
Page 79

```
 1    kicked off YouTube, were you specifically
 2    trying to find those folks to come to the
 3    FrankSpeech platform?
 4 A. No, I didn't -- I didn't do this. RJ did.
 5 Q. Okay. Well, just in more general terms --
 6 A. I was my focus was two-fold. My focus was
 7    to get where I would be able to get the
 8    evidence out.
 9    And then the other thing was, people
10    that I heard from churches, and even
11    myself, people that had been cancelled.
12    So like I've given -- Diamond and
13    Silk is a perfect example. When they were
14    cancelled, that there was their
15    livelihood. And Facebook took away
16    2 million followers overnight. And --
17    whether it was the vaccine talk or whether
18    it was election talk. Boom, they got
19    cancelled.
20    So for them, you know, I would invite
21    them. But I don't know why they were
22    invited here. I might have said something
23    to RJ about Diamond and Silk. That's the
24    only ones I knew on this list that -- at
25    the time.
```
Page 80

```
 1    Diamond and Silk, when they heard
 2    about it -- because I was just at her
 3    funeral -- she said back then -- they
 4    actually came on in August of that year,
 5    and this is in April. So they didn't come
 6    on right away, but they had heard about
 7    it.
 8    And back when -- to be honest, when
 9    RJ did the demo, it wasn't very good. I
10    wasn't impressed with it. And so I think
11    a lot of people got discouraged at that
12    time.
13 Q. And what's -- to your mind, what's the
14    benefit for somebody like Diamond and Silk
15    to come to FrankSpeech?
16 A. Diamond and Silk didn't come -- I don't
17    believe they came to FrankSpeech. They're
18    on Lindell-TV. I don't know if they
19    have -- if they ended up doing the upload
20    part of it. I don't believe they did, but
21    maybe they did.
22    I know they're on FrankSocial. So
23    yes, I guess they are.
24    Diamond and Silk, it was more a
25    benefit of being part of Lindell-TV when
```
Page 81

1    Lindell-TV was formed, because they came
2    on Lindell-TV when that was formed.  That
3    was in August or September, I believe,
4    when they came on in 2021.
5 Q.  So what would be -- I know you said that
6    the website is developed, more
7    sophisticated now than it was at this
8    time.
9 A.  Right, right.
10 Q.  What's your pitch to people today if they
11    want to get on FrankSpeech?  What's the
12    benefit of somebody --
13 A.  They just do it themselves.  They sign up
14    an account.
15        The benefit, it's like if they're
16    cancelled on other social media platforms,
17    they can have -- they can have a platform
18    at FrankSpeech and FrankSocial.
19 Q.  So Frank gives them the ability to become
20    a public commodity or to remain one?
21 A.  No, they were public.  They were
22    cancelled.  So they can talk again.
23        That's the number 1 reason, they can
24    talk again.  That would be -- you know,
25    they can't -- if you -- you're not allowed

Page 82

1    to talk on your platform.
2        For example, I'll give you, when I do
3    a live event on Facebook, I get 56 people,
4    where I used to get 50,000.
5        So all these people were cancelled,
6    whether it would be checkmarks from Alan
7    Duke, the Facebook fact-checker, or
8    Twitter.  You know, this was -- it's like
9    all these other platforms that came up,
10    Social -- Truth Social, Gab, Getter,
11    Parlor, all this stuff that manifested
12    from people getting cancelled.  Their
13    voices were cancelled.
14        That's the benefit.  They got a place
15    where they can still talk, and if they
16    want to get their friends there, they can
17    talk.  You know, it's a place to come
18    where they were cancelled, and that's it.
19 Q.  So anyone can set up an account on
20    FrankSpeech?
21 A.  FrankSocial, FrankSpeech.
22 Q.  When you said --
23 A.  They get -- I think on the FrankSocial, I
24    don't know -- anybody can set up an
25    account.  I guess that is true, yes.  Yep.

Page 83

1 Q.  And do you have any -- you said anybody
2    who has been cancelled.  And I know we've
3    talked about election integrity issues,
4    people that have been, in your words,
5    cancelled for that.  Sounds like COVID
6    concerns.
7 A.  Calling it the "China virus," or calling
8    it, you know, whatever.
9 Q.  Okay.  Any other subject matter that, you
10    know, if people have been cancelled for
11    discussing X --
12 A.  They could discuss --
13        (Court reporter interruption.)
14        MR. KLOEWER:  I just said "for
15    discussing X."
16        THE WITNESS:  I thought he was done.
17 BY MR. KLOEWER:
18 Q.  You know --
19 A.  Yes.  Many cancelled for talking about
20    Jesus Christ, Christianity, getting
21    cancelled.  I know a lot of churches.  And
22    this is YouTube and Vimeo, you know.
23        I don't know how many churches have
24    come over, but I think quite a few.
25        I've got many organizations that have

Page 84

1    came over where they talk amongst
2    themselves and they have -- it's just
3    another social media platform.
4 Q.  Are there any types of content that you
5    don't allow on FrankSpeech?
6 A.  I believe so, yeah.  We don't allow using
7    God's name in vain; I know that.  So there
8    are certain swear words that aren't
9    allowed and they're reported.  I think
10    there is four.  I don't know.  I haven't
11    looked at it lately.  But they have --
12    there is a management team that manages --
13    manages all that.
14        When FrankSocial was finally plugged
15    into FrankSpeech, there is a whole
16    management team now that manages that.
17        And I haven't heard -- I heard one
18    time one guy was abusive or whatever,
19    whatever he was doing, and I don't know
20    what it was, but he was using God's name
21    in vain.  And we gave him another chance,
22    and I guess they finally took him down
23    because he was just -- we think he was
24    maybe a bot or out there just to attack,
25    you know.

Page 85

22 (Pages 82 - 85)

**Page 86**

1  Q.  So do you monitor the accounts that are
2      publishing on FrankSpeech to make sure --
3  A.  Yeah.  Yeah.   By that group, yeah.
4  Q.  -- there is nothing in the content?
5  A.  Yeah.
6  Q.  And you send out notices to folks if
7      they're violating the rules?
8  A.  I don't know what they do, if they call
9      them directly or what they do, you know.
10     That, I don't know.  That's -- that
11     monitor team, you know, I don't know if
12     they call them, email them or whatever.
13         And, quite frankly, we haven't had a
14     lot of problems.  People have been very --
15     very good that have come over.  We don't
16     have the bots and trolls like you have on
17     Twitter and Facebook.  A lot of them are
18     just attack groups that are hired.  We
19     don't have that.
20         Now, the other platforms I've seen,
21     they have that.  You have a lot of bots
22     and trolls on the platforms.  Ours for
23     some reason -- maybe it's because they go
24     through a -- when they set up their
25     account, it has to be a real person, and

**Page 87**

1      that helps.  You know, I don't know.  But
2      we really haven't had a lot of problems.
3  Q.  What if somebody has a podcast on your
4      show and they bleep out foul language?  Do
5      you allow that sort of thing?
6  A.  I don't -- like I said, using God's name
7      in vain, I don't know if it would get
8      reported.  The podcasters that are out
9      there, like I say, you would have to ask
10     that team that monitors that, you know.
11 Q.  So it sounds like Frank exercises a bit of
12     control over what sort of material is
13     published on the website.
14         MR. MALONE:  Object to form.
15 A.  Uploading -- yeah.  Yeah, I guess there
16     is -- of course, there is.  You wouldn't
17     have pornography coming out there; it
18     would be reported.
19         In fact, that actually did happen on
20     one of our TV streams.  And that -- that
21     happened on one of our TV streams.  A
22     movie got put out that was -- on that
23     stream that was an R movie.  And when it
24     got reported, that TV station got taken
25     down.

**Page 88**

1  BY MR. KLOEWER:
2  Q.  And there are many reasons why people get,
3      in your words, cancelled.  We've seen a
4      lot of stories recently about, you know,
5      people who have made racist or
6      anti-Semitic remarks.
7          Is that sort of content allowed on
8      FrankSpeech?
9  A.  On FrankSpeech, I don't know what they
10     have in place.  A team monitors that.  You
11     would have to ask them.
12         On my team, on Lindell-TV, that's --
13     that's different than FrankSpeech.  So I
14     don't know what you're talking about.
15         What, are you talking about the
16     podcasts at FrankSpeech, or are you
17     talking about the -- are you talking about
18     the TV streams?  What -- I don't know what
19     you're talking about.
20 Q.  Well, I mean, you're kind of getting to
21     the heart of some of my confusion about
22     the difference between FrankSpeech and
23     Lindell-TV.
24         But I'm just wondering if you had
25     somebody --

**Page 89**

1  A.  On FrankSpeech there is a team that
2      monitors these.  There is hundreds of
3      podcasts.  It would be like Rumble.  It
4      would be like Rumble.
5          I don't know.  I mean, there is an
6      extreme.  If you would go on -- just like
7      Elon Musk took over Twitter, opened it up,
8      you could talk about the vaccines, and you
9      could talk about elections again, you
10     know.  You know.
11         But obviously if someone put a porn
12     thing up there, it's kind of an unwritten
13     rule, you can't have that up there.  I
14     mean, you can't do it.
15 Q.  So I should have asked this before, but
16     just going back, are you the -- who owns
17     FrankSpeech?
18 A.  FrankSpeech is owned by me.  Now there
19     are -- there are three other people that
20     bought in last I think September.  Or they
21     came in as owners last September.
22 Q.  Okay.  And who are those three people?
23 A.  I'm not going to give you that right now.
24     I don't want you attacking them.  So we'll
25     have to -- I'm not having them attacked by

23 (Pages 86 - 89)

1 the media.
2  MR. KLOEWER: Okay. Well, let's do
3 this. Let's take a look at -- we'll mark
4 this as Exhibit 80.
5  (Deposition Exhibit No. 80 was
6 introduced.)
7 BY MR. KLOEWER:
8 Q. I've handed you a document that's labeled
9 as "Defendant FrankSpeech LLC's
10 Supplemental Answers to Plaintiff's First
11 Set of Interrogatories."
12  Do you recall answering these
13 questions that we submitted, Mr. Lindell?
14 We asked you a variety of questions about
15 different topic matters.
16  If you flip to page 5 of this
17 document, you can see some of those.
18 A. I'm sorry. What was the question?
19  MR. MALONE: Page 5, go to page 5.
20 A. Okay. Okay.
21 BY MR. KLOEWER:
22 Q. And I'm just wondering, do you recall
23 answering these questions for us?
24  Did you help your counsel in
25 providing answers to these?

Page 90

1  But it was a deal made last
2 September, they didn't put in any money;
3 that they will have ownership -- or if
4 they -- they either do or they will have
5 ownership in FrankSpeech.
6 Q. They didn't put in any money, but
7 they're --
8 A. No.
9 Q. -- assuming an ownership role?
10 A. That's correct.
11 Q. Did they provide any consideration --
12 A. They provide --
13  (Court reporter interruption.)
14 BY MR. KLOEWER:
15 Q. They didn't provide any consideration for
16 their ownership share --
17 A. That's correct.
18 Q. -- at FrankSpeech?
19 A. That's correct.
20 Q. Is that a gift from you to them?
21 A. That's -- that's -- I don't know how the
22 lawyers are putting it, "gift," whatever.
23 I don't know.
24 Q. Okay. And just to confirm, it's your
25 testimony today you're not going to

Page 92

1 A. (Witness reading to himself.)
2  Yes. What about it?
3 Q. Okay. I just want to be sure you
4 recognize this.
5  So if we flip to page 8 here, says
6 Interrogatory No. 6. The question there
7 is to identify every individual or entity
8 who provided funding to create or
9 establish or build FrankSpeech, including,
10 but not limited to all current
11 shareholders of FrankSpeech.
12  The response -- the answer here says:
13  "Defendant states that Mike Lindell
14 provided all funding to create,
15 establish and build FrankSpeech, and
16 that Mike Lindell is its sole
17 member."
18 A. Right.
19  Well, Mike Lindell did put in all the
20 funds, but whoever put this down has
21 misconstrued.
22  There were three -- three people
23 that -- and I don't know this done (sic).
24 I'd have to check with the lawyer. This
25 was probably done last week.

Page 91

1 provide the --
2 A. No, I don't want --
3 Q. -- the identities of those people --
4 A. -- you attacking people --
5  (Court reporter interruption.)
6  MR. MALONE: Just wait. Wait for him
7 to ask --
8  (Court reporter interruption.)
9 BY MR. KLOEWER:
10 Q. -- of the other owners of FrankSpeech?
11 A. Right. They aren't -- I don't want you
12 attacking especially them.
13 Q. Okay. So let's do this. Let's take a
14 look at the terms and conditions that are
15 published on the FrankSpeech website
16 because I do want to discuss some of those
17 a bit since we're discussing it now.
18  MR. KLOEWER: What is my exhibit
19 number for those. 13.
20  We'll take a look at these real
21 quick, and then we'll take a break.
22  I'll mark this as Exhibit 81.
23  (Deposition Exhibit No. 81 was
24 introduced.)
25 BY MR. KLOEWER:

Page 93

24 (Pages 90 - 93)

1  Q. Do you recognize this document,
2      Mr. Lindell?
3  A. Say that again?
4  Q. Do you recognize this document?
5  A. No, no.
6  Q. Okay. Take a minute to familiarize
7      yourself there.
8         So I'll represent to you that on the
9      FrankSpeech website, there is a tab that
10     includes the terms of use.
11 A. Mm-hmm.
12 Q. And I have printed off those terms of use
13     here.
14        Does that refresh your memory as to
15     what we're looking at?
16 A. Yeah, I see the "Terms of Use," right.
17     I've never seen this before, though.
18 Q. Okay. Did you assist in drafting these?
19 A. No.
20 Q. Do you know who would have?
21 A. I believe -- and this is what actually --
22     either when it was connected to
23     FrankSocial, that they used their terms.
24        And there would have been lawyers
25     involved that drafted this. Definitely

Page 94

1      there were lawyers. But I was not
2      involved at all in this.
3  Q. Let's -- okay. Looks like this is printed
4      on both sides. If so if you can flip over
5      to the bottom of page 2. And we discussed
6      this a bit already.
7         Okay. Sorry. I'm looking at the top
8      of page 3. It prints it a little odd
9      here. So if you'll flip over and look at
10     the top of the third page, and it appears
11     the logo printed over the portion I'm
12     going to read here, but I'll just read
13     this to be clear on the record.
14        It says:
15         "These are content standard that
16     apply to any and all" -- or "any and
17     all users must comply with all
18     applicable state, local,
19     international laws and regulations
20     (sic)."
21        So this states that any material must
22     not contain any material that is
23     defamatory, obscene, indecent, abusive,
24     offensive, harassing, violent, hateful, or
25     otherwise objectionable.

Page 95

1  A. It says:
2         "This content standards apply to
3      any -- if it's applicable federal,
4      state, local and international laws
5      (sic)..."
6         And then it lists everything.
7         So if you had something that broke a
8      law, that's what it is saying there.
9         I didn't draft this. This is a
10     boilerplate thing that was put in by when
11     FrankSocial, they gave us a white label,
12     they put in. And I believe the
13     FrankSpeech lawyers talked with the
14     FrankSocial lawyers, and this was the
15     required boilerplate that were put in.
16        If you read up at the top, though, it
17     says:
18         "This content standards apply to any
19     and all users must comply if there is
20     applicable federal, state and local
21     and international laws (sic)...
22     Without limiting the foregoing..."
23        And then it lists everything.
24        So if there is laws, if it broke a
25     defamatory or obscene or abusive -- if it

Page 96

1      breaks a law, we have to comply and take
2      it down.
3         Kind of like FTC, what I do with
4      commercials. I have to comply with their
5      regulations.
6  Q. And you mentioned before that there is
7      folks that -- you know, you mentioned this
8      rated R movie that got posted, there are
9      people that take that down.
10        Do you have a team of people employed
11     at FrankSpeech?
12 A. No. That was FrankSocial I believe at
13     that time.
14        There is a team -- FrankSocial and
15     FrankSpeech that took -- yeah.
16        Now, I don't know. That was -- that
17     was RJ's team at that time when they took
18     that down. So that was RJ running the --
19     running the content.
20 Q. So when did it switch over?
21 A. It switched over -- it switched over in
22     November of this last year.
23 Q. So prior to that time it was FrankSocial?
24 A. No. Prior to that time, it was
25     FrankSpeech, but it was all RJ's team. He

Page 97

25 (Pages 94 - 97)

1  took care of everything, all that.
2      So he had a team that for anybody
3  that wasn't in compliance.  So he -- his
4  team, you know, whatever -- I know when
5  they did this -- when FrankSocial got
6  brought in, they wanted a bigger
7  boilerplate for protection, whatever.  I
8  did hear that.
9      So probably RJ's team, I'm sure his
10  lawyers talked to their lawyers and, --
11  you know.
12  Q.  So do you know how many people -- I'm
13  going to refer to these folks as "content
14  moderators" just to --
15  A.  For FrankSpeech and FrankSocial?
16  Q.  Yeah.  To make sure that you don't have,
17  like you said, the content that you object
18  to about foul language, pornography, that
19  sort of thing.
20  A.  Yeah.
21  Q.  How many people are paid to do that work?
22  A.  I don't know.  I think RJ had a team, you
23  know, five maybe, full time.
24  Q.  Okay.
25  A.  At least.

Page 98

1  the one, and then I got a call and said,
2  "Hey, we've got some nudity that was in a
3  movie on" -- and I think it was SimulTV.
4  It might have been SimulTV.  And I said,
5  "Take down the whole stream, you know,
6  until we get it figured out."
7      Then they came, we investigated it.
8  They found out it was a movie, because --
9  it was a movie that was put in by mistake.
10  It was an R movie.  And we didn't allow
11  anything, rating system, that we don't
12  allow -- you know, it's PG or below, or
13  PG-13.
14  Q.  So it sounds -- that was Johnston Howse
15  that was -- you said you thought they had
16  about five guys that were doing that?
17  A.  I'm just guessing.  But they weren't --
18  they were just -- they were uploading
19  content, helping people, onboarding
20  people.
21      And then there is another -- there
22  was at least five, and then -- but they
23  weren't scouring for -- you know, for
24  this, I don't think.
25      You know, I don't know what he paid

Page 100

1      And then there was also another team
2  on FrankSocial that watched stuff over
3  there, too.
4  Q.  And they had the discretion to decide if
5  something wasn't -- shouldn't be --
6  A.  No, I don't know.  I don't know how it
7  worked, you know.  I don't know how it
8  worked.  I don't know if they did this
9  stuff.
10      What I'm saying, they were content.
11  They were content.  So they would help
12  people put content up.  They were kind of
13  like the customer service.
14      And I know that customer service is
15  the one that reported that one time we had
16  one report.
17  Q.  Okay.
18  A.  And the only report we ever had, by the
19  way.
20  Q.  What I'm trying to understand is did they
21  have to call you?  Did they call you and
22  say, "Hey, Mike, can we take down this
23  video?" or they had the authority?
24  A.  On that one, they called and said that we
25  had a problem.  They called RJ because of

Page 99

1  them all to do.  All I know is I got one
2  report -- actually, two, that -- on
3  FrankSpeech once.  There was a guy there
4  that was -- it was like a bot, and just
5  was putting in this language.  It was like
6  a foreign language.  And it was like maybe
7  a computerized bot, and they had to get IT
8  to block that guy.
9  Q.  So it sounds like maybe they're more
10  responsive if somebody complains.  Like
11  you said about this movie, somebody called
12  customer service and they responded to
13  that to take it down.
14  A.  Yeah.  These guys at that time were
15  watching.  They would look around and
16  watch -- watch different things and just
17  make sure things are functioning right.
18      I don't know how that was found, but
19  it -- we just haven't -- we haven't had
20  any problems, you know, that -- so far, you
21  know.
22  Q.  So if you forbid, as we see here, content
23  that is defamatory, whose -- who has the
24  ability to decide what is defamatory?
25  A.  It says federal, state laws right at the

Page 101

26 (Pages 98 - 101)

```
 1    top.
 2 Q. Yes.
 3 A. Federal, state laws.  These guys -- that
 4    team, I don't know what they -- you know,
 5    where -- you would have to bring them in
 6    here and ask them.  These were hired.
 7    This is a third-party thing hired to do
 8    this.
 9       So a third party hired that it was
10    very good at what they did, and I suppose
11    that they're very -- probably well versed
12    on what's within the law and what's not in
13    the law.
14 Q. So -- but you don't know if they have
15    lawyers on staff, for example, to --
16 A. At Johnston Howse?
17 Q. Yes.
18 A. I don't know what they had, you know.  I
19    paid -- I just paid for this.  This is it.
20    This is our platform.  He hired out --
21    believe me, he hired out everything siloed
22    out, and I'm sure there were lawyers.
23 Q. So if somebody sends FrankSpeech an email
24    and says, "This content on your website is
25    defamatory.  It's defaming me and you need
```
Page 102

```
 1    to take it down" --
 2 A. They would have probably -- they would
 3    address it I would think, you know.  But I
 4    don't know.  That's -- we never -- we
 5    haven't had that problem.
 6 Q. Well, Eric Coomer requested a retraction
 7    of statements about him on FrankSpeech,
 8    right?
 9 A. I don't know.  Where is Eric Coomer thing?
10    You better refresh my memory.  Which --
11    what are you talking about Eric Coomer?
12    What does that have to do with it?
13 Q. Well, I don't believe we have entered --
14 A. Eric Coomer was on Lindell-TV once with
15    Brannon Howse.  That's not FrankSpeech.
16       Is that what you're talking about?
17 Q. Well, that's information that's on the
18    FrankSpeech website that's accessible.
19 A. No.  Okay.  We're not here to talk about
20    Lindell-TV.
21       Okay.  Now I know where you're
22    getting at.  This has nothing to do with
23    FrankSpeech.  Okay?
24 Q. Well, I'm just trying to understand the
25    process, because we've demanded a
```
Page 103

```
 1    retraction from you.  It's in the
 2    complaint that you said you read.  The
 3    last couple paragraphs we demand a
 4    retraction from FrankSpeech.
 5 A. That was a demand what?
 6 Q. We demand a retraction of the statements
 7    about Eric Coomer that have been published
 8    on the FrankSpeech website.
 9 A. I don't know what you're talking about.
10       The only thing that I've ever had
11    Eric Coomer I've told you said after what
12    he did to Newsmax.
13       Are you saying -- who said something
14    about Eric Coomer?
15 Q. The complaint that you said you
16    read contains --
17 A. Yes, and I did read it.
18 Q. -- a demand for retraction.
19 A. So you mean all of this stuff about Joe
20    Oltmann?
21 Q. No.  I'm referring to the demand for
22    retraction that's at the end of the
23    complaint.
24 A. Okay.  I guess I haven't seen that.  You
25    got to refresh my -- where is it on here?
```
Page 104

```
 1 Q. I'm not sure of the paragraph number.  It
 2    would be in the last three, four pages.
 3    We have a claim for injunctive relief.
 4 A. Oh, "Plaintiff demands defendant --
 5    immediate public retractive regarding the
 6    plaintiff (sic)."  Retract the things.
 7       That, to me, was telling me that
 8    regarding the plaintiff, okay.  I only
 9    said one thing in -- after -- after what
10    they did to Newsmax, I can read it what I
11    said.
12       Everything I said, other than that --
13    which you guys did to me and my company, I
14    said after you served me papers on the
15    Colorado steps in front of all the world
16    and media.
17       Everything after that, I wouldn't
18    retract anything because of what you did.
19    And I'm not going to retract what you said
20    here, what I said about Eric Coomer and
21    you lawyers by what you did -- made the
22    deal with Newsmax and I got cancelled.
23       My employees got hurt huge, millions
24    of -- tens of millions of dollars because
25    of you guys.
```
Page 105

27 (Pages 102 - 105)

1      MR. MALONE: Mike, let's wait for his
2  question. He's going to ask a question
3  about --
4      THE WITNESS: Okay. I'm not going to
5  retract that. It says, "We want Mike
6  Lindell to retract that"? I read it.
7      I stand by my statement here, what
8  you did to me here, and I stand by what --
9  anything I said after you sued me or sued
10  My Pillow.
11 BY MR. KLOEWER:
12 Q. Okay.
13 A. And FrankSpeech.
14      Why would you sue FrankSpeech if it's
15  on Lindell-TV? That's bizarre.
16 Q. You understand that part of your complaint
17  about other social media platforms like
18  YouTube and Rumble is that they take
19  content down, right?
20 A. No. They took mine down, my Christianity
21  content when I put up there my Lindell
22  Recovery Network, yes.
23 Q. Well, this language that's included in
24  your terms and conditions says that any
25  content that's defamatory will not be

Page 106

1  allowed. And you --
2 A. That's not what it says here. You're only
3  reading part of it.
4 Q. "Without limiting the foregoing, user
5      contributions must not:
6      Contain any material that is
7      defamatory, obscene, indecent..."
8 A. Okay. You're leaving a part out.
9      "This content applies to any and all
10      users within applicable federal,
11      state and local and international
12      laws and regulations (sic)."
13      Okay. Anything -- anything I said
14  here I would say again. It's not
15  defamatory. You guys did this to me. It
16  is not defamatory.
17      I said what you did is criminal.
18  What you did, you went and made a deal
19  with Newsmax, and I got hurt. I can never
20  go on there again and talk about My
21  Pillow.
22      And then what you did after you
23  served me papers and sued FrankSpeech and
24  My Pillow and Mike Lindell, I've said a
25  lot since then, and I stand by it. I'm

Page 107

1  sorry.
2      That's not defamatory. I didn't say
3  it anywhere. Well, I guess I probably
4  did. But I said it and I stand by what I
5  say. It's not defamatory when you did it.
6 Q. So it's your belief as you sit here today
7  that Eric Coomer is a criminal?
8 A. No. What he did to me was criminal, and
9  I've said that a million times.
10      What he did to me and My Pillow, and
11  you guys, it's criminal that you sued us.
12  It's criminal that you went and made a
13  dirty deal with Newsmax, and I can't go
14  on -- and part of the deal was Mike
15  Lindell can't come on Newsmax anymore.
16      I used to go on there all the time
17  and talk about My Pillow product, and now
18  we can't do, and we are -- we are
19  suppressed. It is tens of millions of
20  dollars you guys cost us. That was
21  criminal, and I stand by that.
22      You had no reason to do that to me.
23  Or Eric Coomer. I didn't know Eric Coomer
24  from the man on the moon, or you lawyers.
25 Q. Okay. We'll get into the publications

Page 108

1  here after the break. I just want to be
2  sure.
3      So it sounds like nobody at
4  FrankSpeech -- and correct me if I'm
5  wrong. I'm trying to understand.
6      You were sued for defamation. You
7  have terms and conditions that say
8  defamatory content, that users are not
9  allowed to provide that.
10 A. By federal and state law.
11      You're saying something is
12  defamatory. I'm saying it's not. You did
13  it to me. It's not defamatory. It says
14  right there. I'm going to read it to you
15  again.
16      They must combine -- the defamatory
17  can only be applicable with federal, state
18  and local and international laws. Calling
19  you (sic) what you did is criminal. I
20  will say it again. If you think that's
21  defamatory, what I'm telling you, both you
22  lawyers right now, why don't you start a
23  new lawsuit? You both can sue me for
24  calling you criminal.
25      What you did was criminal to My

Page 109

28 (Pages 106 - 109)

1 Pillow. You hurt these 2,000 employees.
2 You hurt them. It's disgusting. I mean,
3 they -- it's beyond belief.
4     And everything else I said was after
5 you sued me publicly on the steps of the
6 Colorado capitol.
7     So I will sit and I will stand by it.
8 I think it's -- I think you guys were very
9 criminal in what you did. I think you had
10 an agenda, and it's a money-driven agenda
11 to hurt not only me, but My Pillow
12 employees, FrankSpeech, and to hurt, and,
13 quite frankly, to stop the word from
14 getting out. Stop my voice.
15     I don't know what your underlying
16 agenda, but it sure looks suspicious when
17 you make a dirty deal with Newsmax, and
18 part of the deal is to suppress Mike
19 Lindell from never being able to go on and
20 sell his product again. That's
21 disgusting.
22     So call it -- you know, if it's -- if
23 it's within international laws, or
24 whatever, that you can do that to someone,
25 you know, I'm sorry, that's too bad.

Page 110

1 Because that is not in the law that you
2 guys could come after me for defaming when
3 you did this to My Pillow.
4     I'll say it again. It's not defaming
5 when you did it. You did it. You got to
6 admit you did it.
7 Q. Are you done?
8 A. Yeah.
9 Q. So sounds like you personally made the
10 determination that the content was not
11 defamatory, and that's why it has not been
12 taken down. Is that correct?
13     MR. MALONE: Object to form. Asked
14 and answered.
15     THE WITNESS: I don't know what he's
16 talking about.
17     MR. KLOEWER: I think we can take a
18 break here now, and we'll get back into
19 the statements when we get back.
20     THE VIDEO OPERATOR: We're going off
21 the record at 11:34 a.m.
22     (Break taken.)
23     THE VIDEO OPERATOR: We are back on
24 the record at 11:49 a.m.
25 BY MR. KLOEWER:

Page 111

1 Q. Okay. Mr. Lindell, when we left off, we
2 were talking about the FrankSpeech terms
3 and conditions on the FrankSpeech website.
4 I want to go back and discuss a little
5 about how someone is able to upload
6 content onto FrankSpeech.
7     We talked about this a little bit as
8 far as some of the stuff that you've
9 objected to and don't allow on.
10     Can anyone make a FrankSpeech account
11 and publish material there?
12 A. I believe so.
13 Q. So we joked a little bit yesterday as a
14 misunderstanding about Eric Coomer having
15 a podcast, for example. But if he wanted
16 to set up a podcast on FrankSpeech, could
17 he do that?
18 A. Yeah.
19 Q. What about -- I know you've had some
20 back-and-forth with journalists at, for
21 example, The Daily Beast. If they wanted
22 to publish a podcast on FrankSpeech
23 that --
24 A. That bashed me? Absolutely they could.
25 100 percent. And they'll tell you that,

Page 112

1 too.
2 Q. So if people are publishing content on
3 FrankSpeech about topics that you disagree
4 with, like insisting the election was
5 legitimate or something like that, would
6 you have any objection to that?
7 A. No, that's fine.
8 Q. Let's see here. I want to talk about the
9 FrankSpeech website a little bit.
10     Going to refer you back to what we've
11 marked as Exhibit 80 before. It's this
12 document that says "Defendant
13 FrankSpeech's Answers to Interrogatories."
14 A. Yep.
15 Q. I'm going to refer you to question No. 11.
16     Now, this question says:
17     "Identify the authors of any content
18 produced by FrankSpeech and published
19 on the FrankSpeech website that
20 references Dr. Coomer."
21     And your attorney has objected to a
22 few things here.
23     If you turn the page to page 11,
24 we've got a supplemental answer here. It
25 says:

Page 113

29 (Pages 110 - 113)

| | |
|---|---|
| 1     "Defendant denies that there is | 1   menu -- |

Page 114

1     "Defendant denies that there is
2   content that was produced by
3   FrankSpeech and published on the
4   website that references Dr. Coomer."
5   But then it goes on to note and says:
6     "Defendant states that the articles
7   in documents made available on 'Proof
8   from Internet Sources' webpage
9   referenced in Plaintiff's Complaint
10   (sic) were approved to be made
11   available by Mike Lindell."
12   Do you see that?
13   "...by Michael Lindell."
14 A.  No.  Where does it say "approved by Mike
15   Lindell"?
16 Q.  That's the last two lines of that
17   supplemental answer on page 11.  It's
18   references the website in there.
19   Do you see the url says
20   "frankspeech.com/content" --
21 A.  "Or approved by Mike Lindell (sic)."
22 Q.  --
23   "2020-election-fraud-proof-internet-source
24   s."
25 A.  Oh, the "2020-election-fraud" --

Page 116

1   menu --
2 A.  Yeah.
3 Q.  -- featured there.
4   So these articles seem to be unique
5   from the other content that's on
6   FrankSpeech because these are featured on
7   the home page, right?
8 A.  Right.
9 Q.  That's why we're asking about these --
10 A.  I told them to make a FIX2020FIRST tab,
11   that's correct.
12   And I'm looking on here, "Halderman's
13   Declaration," that was a lawyer that we
14   got, or something we had for lawyers.  So
15   yes, I had that put up there.
16   "Class Action Lawsuit," I don't know
17   what lawsuit, but I probably put it up
18   there.
19   "Cyber Symposium," "Absolute Series,"
20   yes.
21   "Proof from Internet Sources."  If
22   that's a -- if that's a list, I don't know
23   what that is.  But if that's a list of all
24   articles online, then I approved it, you
25   know, because they're already out there

Page 115

1   "internet" -- oh, yeah.  Those were all
2   articles put out, I guess, shared articles
3   just like any other -- on any other
4   platform.
5   I approved to have a platform put up
6   where it's like where articles can be put
7   up.  That's correct, if that's what you're
8   talking about.
9 Q.  Well, I'll show what I'm talking about to
10   maybe help this conversation a little bit.
11   MR. KLOEWER:  I'll mark this as
12   Exhibit 82.
13   (Deposition Exhibit No. 82 was
14   introduced.)
15 BY MR. KLOEWER:
16 Q.  Now, I'll represent to you that this is a
17   screenshot of the FrankSpeech home page,
18   and you have a number of tabs at the top
19   there.
20   Does this look familiar?
21 A.  Yep.
22 Q.  Okay.  And you see the tab that says
23   "FIX2020FIRST"?
24 A.  Yes.
25 Q.  And the image was taken with the dropdown

Page 117

1   publicly.
2   And "Report a Voting Crime," "State
3   By State Results," "Kari Lake" -- yeah,
4   that's right.
5   Now the "Proof from Internet Source,"
6   these are all publicly -- that's out there
7   for the public, public access.  They're
8   already out there.
9 Q.  Okay.  So let's start at the top.
10   "Professor Halderman's Declaration."
11   Who is Professor Halderman?
12 A.  He's -- I guess he is a Democrat that
13   is -- but he's also a cyber guy that
14   worked on -- for two years or I guess
15   quite a long time in a case in Georgia to
16   get rid of the machines there.  I believe
17   they were Dominion machines, was the
18   brand.
19   And after he did his report, he said,
20   "These are vulnerable in every station.
21   We should not use them."
22   His report was before the -- well
23   before the 2020 election.  And Georgia did
24   not act on his report.
25   And he's been around I guess.  I've

30 (Pages 114 - 117)

1  never met him.  But he's done many other
2  investigations into machine
3  vulnerabilities, and he's just an expert
4  on that.  And it's kind of nice because he
5  comes -- this isn't a Democrat or
6  Republican thing, and I believe he's a
7  Democrat.
8      So --
9  Q.  I have that document here.  I'll give you
10   a copy.
11      MR. KLOEWER:  I've marked this as
12   Exhibit 83.
13      (Deposition Exhibit No. 83 was
14   introduced.)
15  BY MR. KLOEWER:
16  Q.  This is the -- what is labeled as
17   Professor Halderman's declaration there.
18      Does this look familiar?
19  A.  I've never seen this.
20  Q.  Okay.  Have you read the declaration
21   yourself?  Do you know what he's --
22  A.  No, the lawyers do all of this.  We've
23   got -- this is all part of our bigger
24   case.
25      And I don't believe this is his whole

1  Secretary of State.  And they're the
2  longest running Dominion thing in all
3  the -- all of the machine companies were
4  there to say their -- to do their sales
5  pitch, so to speak.  And he subpoenaed --
6  he was trying to get the actual report.
7      This is just a declaration, I think.
8  They held back the actual report; they
9  did, the judge did or the government or
10   something.
11      That's how I got involved with this.
12   I put this up, I said, "We need to have
13   this Halderman report."  It's about the
14   extent that I knew this Halderman.
15      But I heard he was an expert, and I
16   also heard he was a Democrat.  So I put up
17   all experts that are out there that, you
18   know, they -- I just wanted to see his
19   report.  I think the public had a right to
20   see that report.
21      I don't even know to this day if it
22   was ever released, or if that -- or if
23   Secretary of State Kyle Ardoin got the
24   report or not.  He tried.  I know he tried
25   to subpoena it and everything, and they

1  report.  This is just a declaration.
2      He's got many, many reports, but this
3  is one that came out of that Curling case.
4  This is the Raffenberg (sic) deal.
5  Q.  Okay.  Were you aware that in the Curling
6   v. Raffensperger case that Eric Coomer was
7   the expert opposing Dr. Halderman --
8  A.  No.
9  Q.  -- in that case?
10  A.  I had no idea.  No idea.
11  Q.  So is it your position that Dr. Halderman
12   is a credible source for that information?
13  A.  Dr. Halderman?  He's a cyber guy.
14      I didn't say he was credible or not.
15   This is just news.  This is just news.
16   I've never said anything either way about
17   Halderman.
18      He's a supposedly cyber expert that
19   the government hired.  So I just put the
20   report out.
21      They were suppressing the report.
22   The reason this was put out, they were
23   suppressing the report, and all these
24   states wanted -- I was actually in
25   Louisiana working with the -- their

1  wouldn't give it to him back then.
2  Q.  But you think people should listen to
3   Dr. Halderman and his concerns?
4      MR. MALONE:  Object to form.
5  A.  I didn't say that.  I said I don't -- I
6   said what he said is we should look into
7   it.  He's an expert.
8      And I didn't get to see the big
9   report, but I all I know is he said, which
10   many -- every cyber expert you hear that
11   have said we should look into these
12   things.  Let's open and see what's there.
13      He had one view that I wanted to see,
14   that I didn't get to see what he's seen.
15   The whole public hasn't got to see what
16   he's seen.  But they let him see it in
17   this court because it was before the 2020
18   election.  After that it was like, ehhh,
19   nobody gets to see nothing.
20      So I believe this Halderman should be
21   put -- he should be put on a stand and
22   say, "Hey, what did you find?"  Everything
23   should be put out there, what he thought.
24   He's an expert, and it's not -- it's not
25   his opinion.  What did he actually see

| | |
|---|---|
| 1   that is fact.  That's what everybody | 1   Q.  Is that fair? |
| 2   should see. | 2   A.  -- what he's seen, or, you know, |
| 3        Whether you believe -- whether you | 3        whether -- I don't know him from Adam, but |
| 4   believe Halderman or not is irrelevant. | 4        he's got to have seen something, and the |
| 5   It's what are the facts, what did he see | 5        government is suppressing us from all |
| 6   that are facts. | 6        seeing it. |
| 7        He's a guy that can see and tell you | 7        And even a Secretary of State from -- |
| 8   if it's fact or not. | 8        that requested it, because he's making |
| 9   Q.  I'm just asking because he's the top item | 9        decisions whether to use Dominion |
| 10   on this tab, so it seems like you've put a | 10        machines, ES&S paper. |
| 11   lot of -- | 11        This was a big thing down in |
| 12   A.  No. | 12        Louisiana for almost a year we were down |
| 13   Q.  -- faith in his opinions. | 13        there.  And they asked -- they went |
| 14   A.  No.  There is no rhyme or reason how those | 14        through, and I think -- and I don't know |
| 15   were put up there.  I don't say, "Put this | 15        if he was ever there, but his |
| 16   one first, second."  In fact, I thought | 16        recommendation was that Dominion machines |
| 17   that there was only two things on here at | 17        were vulnerable. |
| 18   the time. | 18        Now, as you know, I say all machines |
| 19        Things have been added.  Whenever | 19        are, and that's what ES&S said in the |
| 20   they're added, if he puts them under | 20        hearing down there that one of the owners |
| 21   there, you know, that might be a | 21        got.  And the Secretary of State, Kyle |
| 22   catch-all. | 22        Ardoin, asked him, "Are your machines |
| 23        I don't even know why they're put | 23        vulnerable, too, or are they less |
| 24   under "FIX2020FIRST," to be honest with | 24        vulnerable?" and he said, "All voting |
| 25   you.  If I had to go look for this report, | 25        machines are vulnerable."  That's a quote |
| Page 122 | Page 124 |
| 1   I wouldn't even know where to found it | 1        from one of the owners of ES&S. |
| 2   until you just showed me right now. | 2        So this was very significant because |
| 3        But back in the day whenever this was | 3        it was -- my significance was, they're |
| 4   brought up on -- was brought out to the | 4        hiding what Halderman got to see that we |
| 5   public to say, "Hey" -- when this was held | 5        don't get to see, his report.  Not his |
| 6   back, which was probably my guess is a | 6        declaration; his report.  That was all it |
| 7   year ago when I was in Louisiana, I wanted | 7        was. |
| 8   to make this front and center that, hey, | 8   Q.  And because he has seen that information, |
| 9   we should all get to see this. | 9        he's more credible than people who it |
| 10        This is -- Secretary of State | 10        haven't? |
| 11   requested it, and so I wanted the public | 11   A.  No.  I just want to know what he's seen. |
| 12   to hear this, that this is what we're up | 12        Doesn't make him any more credible at all. |
| 13   against. | 13        You know, I don't know this guy.  All I |
| 14        Secretary of State requested his | 14        know is I want to know what he's seen, |
| 15   actual report -- not his declaration; his | 15        unless he would lie. |
| 16   report -- and that's why I put it up | 16        I would trust that he put down, |
| 17   there, so people could come and see his | 17        "Here's what I've seen," and then they |
| 18   declaration.  Just gives it more realness | 18        show what he's seen.  "This was -- this |
| 19   to it, like, "Hey, this is what they're | 19        shows this," or, "This shows that." |
| 20   stopping us from seeing, your government," | 20        Why did he make a statement that they |
| 21   you know. | 21        were vulnerable?  I'd like to see what he |
| 22   Q.  Correct me if I'm wrong.  It sounds like | 22        based that on.  I don't trust his |
| 23   you said he's had access to the machines | 23        declaration.  I want to see what he -- why |
| 24   and that makes his knowledge unique. | 24        can't we see.  Why is the judge not |
| 25   A.  I would like to know -- | 25        letting us see?  That's my -- that's what |
| Page 123 | Page 125 |

32 (Pages 122 - 125)

| | |
|---|---|
| 1  I'm saying. | 1      (Deposition Exhibit No. 84 was |
| 2  Q. But you agree with his conclusion at least | 2      introduced.) |
| 3      that the machines are -- | 3  BY MR. KLOEWER: |
| 4  A. What's that? | 4  Q. It sounds like you haven't seen the |
| 5  Q. Do you agree with his conclusion at least? | 5      document I've just handed you. You can |
| 6      I know you want to see information -- | 6      see the title at the top. |
| 7  A. No, no, no. | 7  A. Yep. |
| 8      MR. MALONE: Objection to form. | 8  Q. It says "Eric Coomer v. Make Your Life |
| 9      Wait, wait, Mike. | 9      Epic dba Thrivetime Show." |
| 10     THE WITNESS: Okay. | 10     Do you know who Clay Clark is? |
| 11     MR. MALONE: Object to form. Object | 11 A. What's that? |
| 12 to improper expert foundation. | 12 Q. Do you know who Clay Clark is? |
| 13     Now you can answer. | 13 A. Yes. |
| 14 A. I have said it very publicly. All | 14 Q. Have you met him before? |
| 15     electronic voting machines and computers | 15 A. Yes. |
| 16     should not be used in our election because | 16 Q. When did you meet Mr. Clark? |
| 17     just like the owner of ES&S said, they're | 17 A. I met him at an event a long time ago when |
| 18     all vulnerable. | 18     I first met him, maybe a year ago. I |
| 19     Just like your iPhone, just like your | 19     think I met him in -- it was Tulsa. |
| 20     tablet, just like your other attorney | 20     Tulsa, Oklahoma. |
| 21     there had problems a little bit ago, even | 21 Q. Was that at a Reawaken America Tour event? |
| 22     if you say they're not vulnerable, there | 22 A. I don't know what it was back then. It |
| 23     is problems. And if there is a problem, | 23     might have been before he even did them. |
| 24     it can affect your whole country. I've | 24     I mean, he was a -- he's a podcaster. |
| 25     been very vocal about that. | 25     But that's the first time I met him, |
| Page 126 | Page 128 |

| | |
|---|---|
| 1  BY MR. KLOEWER: | 1      and I don't know if it was to get on his |
| 2  Q. Have you attempted to reach out to | 2      show or whatever. But I know he had a |
| 3      Dr. Halderman yourself? | 3      podcast, and I don't know if I had ever |
| 4  A. No, no. | 4      been on -- I had never met the guy other |
| 5  Q. And I don't need to hear about any | 5      than that Tulsa at that time. |
| 6      conversations you've had with your | 6  Q. You have appeared at Reawaken America Tour |
| 7      attorneys, but do you know if in any of | 7      events, right? |
| 8      your lawsuits you've tried to reach out to | 8  A. Um-hum. |
| 9      Dr. Halderman for this information? | 9  Q. How many of those have you been a part of? |
| 10 A. I don't know. I don't know. | 10 A. I don't know. |
| 11 Q. Do you -- as you sit here today, is your | 11     MR. MALONE: Objection. Outside the |
| 12     belief that because Mr. Halderman was the | 12 scope. |
| 13     opposing expert to Eric Coomer in that | 13 A. I don't know. Six, maybe seven. I fly |
| 14     case -- | 14     in, speak about elections, and leave. |
| 15 A. I didn't know -- | 15 BY MR. KLOEWER: |
| 16 Q. -- that gave him more -- | 16 Q. Is that Mr. Clark inviting you to those |
| 17 A. -- Eric Coomer was on the case. You just | 17     events or -- |
| 18     told me. | 18 A. Some of them I've asked if I could speak, |
| 19     MR. MALONE: Hold on. | 19     because any platforms I can get out there |
| 20 A. You just told me. This is a surprise to | 20     to get the voice out. |
| 21     me. | 21     Some -- I've requested. I've |
| 22     I didn't even know Eric Coomer was a | 22     requested longer time when I needed back |
| 23     cyber expert. | 23     when the bank cancelled me. I said, |
| 24     MR. KLOEWER: I'm going to mark this | 24     "Could I come and speak about it?" Banks |
| 25     as Exhibit 84. | 25     cancelled me. And they said straight out |
| Page 127 | Page 129 |

33 (Pages 126 - 129)

1  they didn't like me talking about election
2  machines.  And I did request that time.
3      I'd say probably a mix, 50/50, and
4  I've probably done eight maybe.
5  Q.  Were you aware that Dr. Coomer had filed a
6  lawsuit against Clay Clark and the
7  Reawakan America Tour?
8  A.  No.  Not right until right now.
9  Q.  Well, what I've handed you is a
10  declaration of Dr. Halderman that he wrote
11  in that case.  So he produced this report
12  for Eric Coomer in that case, addressing
13  some of the claims about him that we'll
14  get into here in just a minute.
15  A.  Okay.
16  Q.  I just wanted to see if you were familiar
17  with this.
18      I'm going to refer to you paragraph 9
19  first of all.  It's on page 4.
20  A.  Okay.
21  Q.  There is a subject heading that says:
22      "There was never credible evidence
23      that the Presidential election was
24      rigged."
25      Do you see that?

1  A.  Yeah.
2  Q.  He starts paragraph 9 by saying:
3      "While I and other scientists have
4      warned for many years that there are
5      security weaknesses in voting systems
6      sold by all major vendors, credible
7      election security experts have never
8      claimed that such vulnerabilities
9      were actually exploited to alter the
10      outcome of a election in the United
11      States."
12      So you just mentioned that he had
13  raised some concerns about election
14  security, system security.  And --
15  A.  Who?
16  Q.  Halderman.
17      You said that's why you thought he
18  was interesting, why you wanted to see his
19  data.
20  A.  No.  That's because the Secretary of State
21  was getting -- that's when I first heard
22  about it.  He said he had recommended that
23  these states not use it.
24      That's what I said.  I heard that
25  from the Secretary of State, so --

1  Q.  But this distinction he draws here in that
2  sentence I just read, that there is a
3  difference between a system having
4  vulnerabilities and those
5  vulnerabilities --
6      MR. MALONE:  Mike.
7  BY MR. KLOEWER:
8  Q.  -- actually being exploited --
9      MR. MALONE:  Object to foundation.
10  Outside the scope.  Improper expert
11  testimony.  Foundation.
12      Mike, you can answer.
13  BY MR. KLOEWER:
14  Q.  You understand that distinction, right?
15  A.  Yeah.  But I know I have the evidence, my
16  own evidence.  I don't rely on what other
17  people say.
18      There is a difference between being
19  vulnerable, which they all are, and what
20  actually happened, and using that
21  vulnerability.  We need to have secure
22  elections.  That's why a paper hand count
23  the same day, like France, Germany,
24  Netherlands, UK.  I met with them all.
25  Q.  So just the fact that election systems may

1  have vulnerabilities doesn't mean that
2  they were exploited; is that --
3  A.  Just like a computer or a cell phone.
4  Just because they all can be hacked
5  doesn't mean that they were hacked.
6  That's exactly right.
7  Q.  Okay.  I just want to be sure that --
8  A.  100 percent.
9  Q.  -- we share that understanding.
10  A.  Doesn't mean anybody is guilty just
11  because you get in the room.
12  Q.  Okay.  Let's see.  I want to flip to
13  paragraph 12.  It's on page 5.
14      Dr. Halderman states:
15      "On November 13, and 14, 2020, I
16      appeared on Fox News to debunk claims
17      that the Presidential outcome had
18      been hacked."
19      Did you see Dr. Halderman appear on
20  Fox News?
21  A.  No.  I didn't know who Dr. Halderman was
22  until a year ago when I met Kyle Ardoin
23  and he said that there was this Curling
24  case in Georgia, and he was trying to get
25  the Dominion -- he said it right in

```
 1    publicly.  I was just one of the people in
 2    the audience.  And I go, "What?"
 3         And so I have no idea who the guy is.
 4    I wouldn't know what he looked like.
 5 Q. Okay.  So you didn't do any investigation
 6    of Dr. Halderman beyond his report before
 7    putting it on your website it sounds like.
 8         Is that fair?
 9 A. No.  This was when I was down in
10    Louisiana, and I asked lawyers about it,
11    "Do you know about this case?"  And they
12    did.  And they said no, they're not
13    releasing the report.
14         And Ardoin, the Secretary of State in
15    Louisiana, he was very upset because they
16    had Dominion, ES&S, Hart, they were all in
17    the thing.  And he was upset.  He told the
18    Dominion people, he said, "Why can't -- I
19    want that report," you know, because the
20    judge had held it up, and he reached out
21    for that report.
22         He wanted to know why Dominion had
23    not came to him when this declaration came
24    out and he was carrying these
25    vulnerabilities, and they didn't come out
                                        Page 134
```

```
 1    when they had their own problems, and they
 2    just ignored him.
 3         This was all I got the tape.
 4         And he -- and then Dominion said,
 5    "Well, sorry about that.  We'll try and be
 6    better going forward," because they
 7    were -- who was going to get the machines
 8    in this 2022 election.
 9         And then he said -- and they said,
10    "We'll try and get that for you," and that
11    was the Halderman report.
12         And I'm in the audience going, Well,
13    this Halderman guy got to see inside the
14    machines.  I thought it was pretty cool,
15    and then left it at that.  And Kyle
16    said -- or the Secretary of State thought
17    that they would get to it him, but
18    apparently they never did.
19 Q. So you weren't familiar at that time that
20    Halderman has also been very public in
21    saying the election wasn't actually
22    rigged?
23 A. I don't know what he says.
24 Q. Okay.  Let's turn to page 8.
25 A. I say -- I want to say something there.
                                        Page 135
```

```
 1         Just because he said -- publicly if
 2    he said the election wasn't hacked -- or
 3    wasn't hacked, and he said they're
 4    vulnerable, what does that have to do with
 5    his report that people can't see?
 6         You know, why can't people see it if
 7    there is nothing to hide?  That's weird to
 8    me.
 9         But anyway, go ahead.
10 Q. All right.  Looking at page 8, there is a
11    subject heading there -- and we're going
12    to get into the specific claims about
13    Dr. Coomer more after lunch.  I'll try
14    to cross over too much here.
15 A. Okay.
16 Q. But there is a section that says:
17         "Oltmann's claims about Dr. Coomer
18         were clearly not credible."
19         Do you see that?
20 A. (Nods head up and down.)
21         MR. MALONE:  Mike, verbally answer.
22 A. Yes.  Yes.
23 BY MR. KLOEWER:
24 Q. Okay.  And I want to refer specifically --
25    let's turn the page here to paragraph 25.
                                        Page 136
```

```
 1         Well, let me ask you this before we
 2    get into it.  And this may be going down
 3    the road a little too far.
 4         You're familiar with what Joe Oltmann
 5    has claimed about Eric Coomer?
 6 A. Absolutely not.  I have no idea what Joe
 7    claimed about Eric Coomer.  I have no
 8    idea.
 9 Q. Do you know why Eric Coomer sued Newsmax,
10    for example?  You've raised that issue
11    many times over the last two days.
12 A. Why Eric Coomer sued Newsmax?
13 Q. Yes.
14 A. I have no idea.
15 Q. And you've never made any investigation of
16    that?
17 A. Not me personally.
18 Q. You never read the lawsuit about --
19 A. No.
20 Q. -- Eric Coomer filing --
21 A. Absolutely I didn't.
22 Q. -- against Newsmax?
23 A. All I know is --
24         (Court reporter interruption.)
25 A. All I've said is this:  Is what Chris
                                        Page 137
```

1   Ruddy said I couldn't come on, and that's
2   when I made a statement about Eric Coomer.
3       I know nothing about Eric Coomer. I
4   know nothing about what Joe Oltmann said
5   or what those two did together, if they
6   went fishing together. I don't know.
7       So we're going to sit here all
8   afternoon, and I have one paragraph on
9   here that I said. That's why I'm so upset
10  to be here and waste two days of my life.
11      I have said one paragraph, which I
12  could read, and that was because Chris
13  Ruddy told me I couldn't come on Newsmax
14  anymore to talk about My Pillows or
15  anything because of Eric -- a deal he made
16  with Eric Coomer and lawyers for Eric
17  Coomer. And that was it.
18      That's it. That's my whole thing
19  with Eric Coomer. Other than when you
20  guys sued me on the steps of Colorado.
21  Then I went out there and said how could
22  anybody do this to people? And when I've
23  done nothing wrong.
24      This is unbelievable, but go ahead.
25  Q. I'm skeptical that you've never asked Joe

Page 138

1   Oltmann.
2   A. Never asked Joe Oltmann a thing.
3   Q. Even after you were sued?
4   A. Even after I was sued.
5       He said -- he said -- he told me once
6   he was the first one sued in the United
7   States. That, he did say. "Okay. So
8   what do you have?" He goes, "I was the
9   first one sued." Because I thought
10  Smartmatic was the first when they started
11  lawfare. I thought that that did come up.
12      I had a conversation -- I said,
13  "Well, Smartmatic started lawfare," and he
14  goes, "No, no, no. It was me. I got sued
15  first."
16  Q. You never asked him why?
17  A. Huh-uh. I thought it was the same thing
18  that I got sued for, for talking about the
19  election crime. That's what I figured it
20  was.
21      I thought he got sued by Dominion, to
22  be honest with you, not Eric Coomer. Eric
23  Coomer came up with Newsmax.
24  Q. You never heard his story about claiming
25  to be on an Antifa conference call?

Page 139

1   A. No.
2   Q. Did you read the complaint against you for
3   the first time two days ago?
4   A. Last night. Last night or two nights ago,
5   I read it.
6   Q. You didn't read the complaint after you
7   were sued?
8   A. No. I took it -- I was so upset with you
9   guys, I took it and gave it to my lawyers
10  and said, "Throw it on the pile."
11      I never read it until two nights ago.
12  That's why I was so mad when I came in
13  here.
14      How could a judge not dismiss this
15  ten months ago? And I'll put that back on
16  the record. That judge that you guys
17  brought this before. And when this should
18  have been up for dismissal, it's shameful
19  what she did, that she didn't even rule on
20  it to dismiss it or not. And we got to go
21  through all of this, and my employees,
22  myself, wasting time.
23      Yesterday my website went down
24  because you guys took up my time. Nobody
25  bothered to ask me. I don't know anything

Page 140

1   about what you're talking about.
2   Anything. Zero.
3   Q. And you haven't made any effort to find
4   out?
5   A. No, no. I've got other things I'm doing.
6   I'm trying to get rid of these electronic
7   voting machines.
8       Every day, every single day I go
9   state to state. I worked with Cleburne
10  County in Arkansas. I've been working
11  with Shasta County, California.
12      These lawsuits are a big distraction.
13  To me -- and you can ask my lawyers. I
14  don't care. They're all fake, they're all
15  frivolous, and they're nothing to me.
16      I have to try and -- we have to go to
17  paper ballots or you're not going to have
18  a job. We're going to lose our country.
19      The China did get into our election.
20  What you can say whether they did anything
21  or not, I don't care. We have to secure
22  our election. Brazil just lost their
23  country.
24      This is where I'm at. We're going to
25  sit here all afternoon.

Page 141

36 (Pages 138 - 141)

| | |
|---|---|
| 1　　　There is one thing I said, and that | 1　Q.  Okay. |
| 2　was after Newsmax -- when Chris Ruddy | 2　A.  That all got thrown away when you guys did |
| 3　called me -- and you can get him right | 3　　　this. |
| 4　here and he'll tell you how upset I was. | 4　Q.  Mr. Lindell, your testimony has confused |
| 5　　　I bad-mouthed Newsmax for two weeks | 5　　　me on this issue for many reasons. |
| 6　after that.  I bad-mouthed Coomer for one | 6　　　　Did Chris Ruddy tell you that a |
| 7　sentence.  But after you serve me papers | 7　　　condition of settlement -- |
| 8　in Colorado, I probably bashed him for a | 8　A.  Straight up.  The thing he said, "I can't |
| 9　month, because I'm going another lawsuit, | 9　　　have you on to even talk about pillows |
| 10　another lawsuit. | 10　　　anymore." |
| 11　　　I threw it.  I never even opened the | 11　　　　It was -- I'll read the complaint. |
| 12　paper.  Did you know that?  I never even | 12　　　It was the day -- when he told me that was |
| 13　opened it.  I just gave to it my | 13　　　the day you guys made a dirty deal.  And I |
| 14　attorneys. | 14　　　said -- and I said, "What did you do? |
| 15　　　I got better things to do with my | 15　　　You've made a public statement saying |
| 16　life.  We're trying to save a country | 16　　　there is nothing wrong with the machines." |
| 17　here, not that you guys, ambulance-chasing | 17　　　We had all kinds of conversation. |
| 18　lawyers, trying to get money off people | 18　　　　And I go, "Who is Eric Coomer?" you |
| 19　that had nothing to do with it. | 19　　　know, and he said something about he works |
| 20　　　My employees, if I sat here and they | 20　　　for Dominion or something -- I can't |
| 21　sat here and looked at you guys, they | 21　　　remember that part.  But I found out he |
| 22　would say how could people do this?  How | 22　　　worked for Dominion. |
| 23　could anybody do this to anybody?  And | 23　　　　I don't care who he worked for.  Eric |
| 24　that's -- you know. | 24　　　Coomer did this to me and I don't even |
| 25　　　And did I say, and you wonder why I | 25　　　know the guy.  It's disgusting. |
| Page 142 | Page 144 |

| | |
|---|---|
| 1　said that, and I apologize for calling | 1　　　So when you say when I called him a |
| 2　your friend a scumbag, but I'm so upset | 2　criminal, when I said "Eric Coomer, if I'm |
| 3　what you did, not to me, but to my | 3　you right now, instead of going over and |
| 4　employees.  What you did to my employees. | 4　making deals with Newsmax, I'm turning |
| 5　Why would you do that? | 5　myself in and turning in your operation; |
| 6　　　You didn't even do your research. | 6　just maybe that you get immunity and you |
| 7　You could have came and you said, "Do you | 7　get to do maybe 10, 20 years.  You are |
| 8　even know Eric Coomer?"  "No."  Instead | 8　disgusting, and you are treasonous.  You |
| 9　Chris Ruddy has to call me and tell me I | 9　are a traitor to the United States." |
| 10　can't go on his show anymore.  And that | 10　　　And I said that because of what he |
| 11　was a big thing to me when I would go on | 11　did.  When I was told by Ruddy on my |
| 12　the host and talk about My Pillow, and | 12　business is just kkk (sound) because of |
| 13　made in America and everything. | 13　some guy I don't know.  That's just |
| 14　　　I'm sitting right now my business is | 14　bizarre.  And you guys -- and then you |
| 15　probably down -- I don't know -- half, | 15　guys sue me. |
| 16　more than half, because of all this stuff. | 16　　　I didn't say -- this is the only |
| 17　But I can't go on TV to promote it.  I can | 17　thing I said about him.  A year later you |
| 18　do a commercial, but I can't go on there | 18　sue My Pillow and FrankSpeech and Mike |
| 19　and say, "Hey, my employees thank you." | 19　Lindell.  Everything else that was said |
| 20　　　They used to come out and show -- | 20　was after you sued me. |
| 21　Newsmax, you would have one of their hosts | 21　　　And I still didn't check into all |
| 22　go, "Look at this.  Look at all the, you | 22　your stuff on your guy.  I'm going, "Go |
| 23　know, Made in America," and interviewing | 23　ahead and sue me."  I threw it on the |
| 24　me, and my employees would come on his | 24　pile -- you can even ask my lawyer -- |
| 25　show. | 25　never read it. |
| Page 143 | Page 145 |

37 (Pages 142 - 145)

| | |
|---|---|
| 1 I've got enough stuff going on to | 1 Q. You never investigated -- |
| 2 help save our country than sit here and | 2 A. I was so upset. |
| 3 fight a lawsuit. I just keep giving them | 3 Q. -- why Dr. Coomer had sued Newsmax, |
| 4 money, "Go ahead, keep going, go ahead." | 4 correct? |
| 5 I got a country. We have to save our | 5 (Court reporter interruption.) |
| 6 country. That's reality. | 6 BY MR. KLOEWER: |
| 7 Q. Is it your belief that Eric Coomer | 7 Q. You never investigated why Dr. Coomer had |
| 8 discussed you with Newsmax? | 8 sued Newsmax, correct? |
| 9 A. Absolutely. 100 percent. | 9 A. All I know is what Dr. Coomer and you guys |
| 10 Q. Why? Why do you think that? | 10 did to me. What Chris Ruddy -- what did I |
| 11 A. Because he didn't want me going up on | 11 have to do with that? Chris Ruddy said |
| 12 there. I don't know. For Dominion? | 12 that, "I made a deal and I can't have you |
| 13 Q. Who told you that? | 13 on the show anymore." |
| 14 A. I don't know -- | 14 Q. Did you ever consider the possibility that |
| 15 Q. Did Chris Ruddy tell you that? | 15 Newsmax had published claims about Eric |
| 16 A. Chris Ruddy, in so many words he said, | 16 Coomer that was were false? |
| 17 "You can't come on anymore because of this | 17 A. You know what, I don't care what happened |
| 18 deal." And he goes, "Mike, I've got to | 18 there. All I care what did you to me, to |
| 19 protect my -- I've got to protect my | 19 My Pillow. |
| 20 platform, my -- or Newsmax," because I | 20 Whatever dirty deal you went down and |
| 21 bad-mouthed him every day for like two | 21 tell him not to have Mike Lindell on, you |
| 22 weeks. | 22 lawyers telling him not to have Mike |
| 23 And then he called me and he goes, | 23 Lindell on? |
| 24 Will you please" -- his friend called, | 24 Q. But he didn't tell you that, did he? |
| 25 "Will you please quit bad-mouthing Chris?" | 25 A. He said, "I made a deal" -- I'm going to |
| Page 146 | Page 148 |

| | |
|---|---|
| 1 I said, "Okay." | 1 say it to you again. "I made a deal and I |
| 2 So then I bad-mouthed Newsmax for the | 2 can no longer have Mike Lindell on, not |
| 3 next month. I still bad-mouth them. | 3 even to talk about pillows." |
| 4 Them, Fox News, Salem Media, none of | 4 That's a quote. He made a deal with |
| 5 them will come on. You can't get on there | 5 you. So did you tell him? You got to ask |
| 6 to talk about even pillows or anything, | 6 yourself that. |
| 7 like I said yesterday, because of you | 7 You know, we're going to try -- maybe |
| 8 guys, because of lawfare. And because of | 8 we'll get the emails from you guys that |
| 9 a deal -- dirty deal you made with Chris | 9 you did, or the conversation. Maybe we |
| 10 Ruddy. | 10 can subpoena some. Oh, right, that's |
| 11 What did Chris Ruddy do to you? I | 11 lawyer privilege; you won't give us that. |
| 12 don't know. Nor do I care. | 12 Of course you won't, you know. |
| 13 Q. Well, you didn't listen -- | 13 I would love to be in a room when you |
| 14 A. But Chris Ruddy -- how dare you guys tell | 14 and Chris Ruddy talked about censuring |
| 15 Chris Ruddy I can't go on there. That I | 15 Mike Lindell and My Pillow. That's what I |
| 16 can't go on there to talk about pillows? | 16 would like to be. |
| 17 That's disgusting. | 17 But, you know, I think it's -- what |
| 18 Q. Chris Ruddy told you that he -- | 18 you did is horrible. We've done nothing. |
| 19 A. I could not come on anymore. | 19 And you guys -- and then you wonder why I |
| 20 Q. -- that we told him that you could not | 20 sit here. |
| 21 come on? Chris Ruddy told you that? | 21 How do you guys sleep at night? You |
| 22 A. After your deal, whatever the deal was, | 22 obviously don't have a My Pillow; that's a |
| 23 "Mike, I made a deal, you cannot come on | 23 fact, you know. I mean, I just can't |
| 24 anymore." That's it. I can't come on | 24 fathom, and that's why I'm so upset. |
| 25 anymore. | 25 You know how mad I was when I came in |
| Page 147 | Page 149 |

38 (Pages 146 - 149)

1    here yesterday?  You're right, I should
2    have read this, but I've got other things
3    going on in my life that are a lot more
4    important than these frivolous lawsuits.
5    And it's the most important thing to our
6    country ever, to my children, my
7    grandchildren, everything.
8        That's where I'm at.  So we can keep
9    going, you know, and waste an afternoon.
10  Q.  I would like to get into the videos of all
11    the various statements that have come up
12    here, and we can talk a little bit more
13    about the Newsmax settlement.
14        My concern is that that is going to
15    be a bigger issue and is going to take a
16    lot of time.
17        MR. KLOEWER:  So if it makes sense to
18    everybody, I think we can break for lunch
19    now.
20        THE WITNESS:  Have we already ordered
21    lunch?
22        MR. KLOEWER:  And when we come back,
23    we can get into that --
24        THE WITNESS:  That sounds good.
25        MR. KLOEWER:  -- additional material?

1        THE VIDEO OPERATOR:  We're going off
2    the record at 12:22 p.m.
3        (A lunch recess was taken.)
4        THE VIDEO OPERATOR:  We're back on
5    the record at 1:17 p.m.
6  BY MR. KLOEWER:
7  Q.  Okay, Mr. Lindell.  When we left off, we
8    were talking about the FrankSpeech website
9    a little bit.
10        I want to wrap up a few issues
11    related to the sort of back end of the
12    FrankSpeech website as I understand it.
13        So I'll show you what's been marked
14    as Exhibit 85 here.
15        (Deposition Exhibit No. 85 was
16    introduced.)
17  BY MR. KLOEWER:
18  Q.  Have you seen this document before?
19  A.  No.  No.
20  Q.  Okay.  Well, it's been disclosed as
21    FRANKSPEECH-00009.  It's labeled as a
22    "Master Consulting Services Agreement,"
23    and it's dated March 11, 2021.  And it
24    states on the first page that it's made
25    between Brannon Howse, RJ Daniel Johnston,

1    Johnston Howse, LLC --
2  A.  Yep.
3  Q.  -- and Mike Lindell.
4        Does that refresh your memory a bit
5    as to what we're looking at here?
6  A.  Yeah, and I see "Vocl."  This was never
7    done because Vocl, like I said, that's not
8    a real entity.  We didn't get it -- this
9    never came to fruition.
10  Q.  Okay.  You're anticipating my next
11    question then because I was a little
12    confused about that.
13        I see that this document isn't
14    signed --
15  A.  Yep.
16  Q.  -- either.
17  A.  Right.
18  Q.  So --
19  A.  It was -- you want me to explain it?
20  Q.  Yes.  What is Vocl?
21  A.  Vocl was -- like you had to pick a name,
22    like a social media name, and I liked the
23    name Vocl, V-o-c-l.  And when it went out
24    there to -- you have to get the name, I
25    made the mistake of saying something

1    publicly.  So they went out -- somebody
2    quick grabbed it and the patent trademark.
3        And so we went to -- we grabbed it,
4    and then it came in from everywhere, the
5    fighting, threatening lawsuits from at
6    least six different entities out there.
7    And nobody owned it.
8        So I said, you know what, let's just
9    sit there.
10        And then when we went and did
11    Frank -- Frank -- we couldn't have Frank.
12    We ended up doing FrankSpeech.  I don't
13    know how long it was after this.  This was
14    early on.
15        So this was absolutely nothing.
16  Q.  So this -- so was there a second -- was
17    there a follow-up contract to this that
18    was entered into with Johnston Howse for
19    FrankSpeech?
20  A.  Whatever you got.  Whatever you got or
21    subpoenaed, you have.  That's all I have.
22    That's 100 percent.  Whatever you got, I'm
23    fully transparent.
24        I don't even know if we're working
25    under an agreement.

1 Q. Okay. Well, this is all we had seen,
2   which is why I was asking.
3 A. Yep, yep.
4 Q. Do you know if the terms of this agreement
5   are what eventually came to pass with
6   Johnston Howse?
7     And I can be more specific there.
8     Go to paragraph 2.1.
9 A. "One-time fee of a million" --
10    Like I say, this was very early on.
11   I think this was their offer to me, their
12   offer to me, but it doesn't look like -- I
13   know there was more given in the beginning
14   for the technology. It was more than a
15   million. I believe it was 2 million, but
16   I don't know.
17 Q. Well, this paragraph 2.1 here says that:
18     "Client" -- that's you -- "shall" --
19 A. Oh, each one. Yeah.
20 Q. Each one.
21 A. Yeah. So then it was. There would be 2
22   million. Yeah.
23 Q. Okay. And it also says here that -- the
24   second part of paragraph 2.1 says that the
25   client -- the little "ii" down there at

Page 154

1   discusses a retainer agreement. It
2   states:
3     "Prior to commencing work, client
4   shall pay consultant a deposit of
5   $467,600."
6     Did that come to pass, the agreement
7   --
8 A. No idea. No idea.
9     (Court reporter interruption.)
10 A. No idea.
11 BY MR. KLOEWER:
12 Q. Okay. Let's see here.
13 A. I don't know what a "consultant agreement"
14   is, so I would have to say probably no.
15 Q. So the intellectual and technical
16   knowledge and expertise that's referred to
17   in this -- and you discussed it a bit
18   before with Brannon, but -- when we were
19   discussing Mr. Howse.
20     The -- what did Johnston Howse bring
21   to the table for you to help establish --
22 A. What did Johnston Howse bring to the
23   table? They brought technology supposedly
24   that they had.
25     They had developed a system. I

Page 156

1   the bottom, says:
2     "...shall transfer, assign,
3   convey and deliver to each of
4   them a five percent membership
5   interest in Vocl."
6     Did that come to pass with
7   FrankSpeech?
8 A. No.
9 Q. No.
10     So Brannon Howse is not a part owner
11   of FrankSpeech?
12 A. No, he is not.
13 Q. And neither is RJ Johnston?
14 A. Neither is Johnston. Neither one of them
15   are.
16     This was an early on. This is what
17   they proposed.
18     I do believe that they got a couple
19   million, though, but I can't even 100
20   percent say that. I do believe they
21   each -- they got a million for the
22   technology they already had together.
23   They must have owned the technology
24   together.
25 Q. And then paragraph 3 on the second page

Page 155

1   believe it was a Drupal-based. I remember
2   hearing that name.
3     And Johnston or Rand -- Johnston
4   Howse was mostly RJ. Brannon was just a
5   partner of Johnston Howse.
6     So they had current technology they
7   had used over years, developed, and I kind
8   of liked it because it hadn't broke. They
9   hadn't -- they weren't able to break that.
10   It was the only thing. I thought, Wow,
11   this is pretty good when you can't break
12   the technology.
13     So they've obviously been in that
14   space where, you know, they just seemed
15   good because of what I had already
16   experienced, that -- when it went up on
17   their platform.
18     YouTube, Vimeo cancelled it, but then
19   it also -- Rumble and stuff had problems
20   because it was so -- couldn't handle
21   volume. And theirs handled it. So I
22   thought that was pretty good technology.
23 Q. And Johnston Howse, it sounds like they
24   were doing a variety of things for the
25   FrankSpeech website.

Page 157

40 (Pages 154 - 157)

```
 1        Number one, like you just said,
 2    provided the technology, provided the sort
 3    of support system to be able to keep
 4    things up.
 5        But you also mentioned before that
 6    they were doing some form of content
 7    moderation maybe, that they would let you
 8    know if something was --
 9  A. They built the whole thing from ground up.
10  Q. -- improper?
11  A. They brought the servers, which I paid
12    for. And within probably three months, I
13    had millions upon millions of dollars into
14    this. And it took -- this was a year
15    process building this, over a year and a
16    half I believe. They -- getting my
17    servers in two different locations in this
18    country, I think Dallas and Denver.
19        You had to buy these things called
20    Palo Altos (sic) that were to protect from
21    -- I wanted to buy the best in the world,
22    where cyber couldn't come in and bot
23    controls and attack, because we had
24    experienced all that.
25        And so -- and he -- I think
```
Page 158

```
20        MR. KLOEWER: And I'll show you
21    what's been marked as Exhibit 86.
22        (Deposition Exhibit No. 86 was
23    introduced.)
24  BY MR. KLOEWER:
25  Q. Do you recognize this document?
```
Page 160

```
 1  Johnston -- I think the skill of the RJ
 2    guy was siloing out everything within
 3    umbrella.
 4        Imagine a general contractor building
 5    a house. That's what he was. He was the
 6    general contractor. Everything involved
 7    in that went up to him. And then we paid
 8    them.
 9  Q. And they presumably had various
10    subcontractors working for a specific --
11  A. Everything. I don't know if he had any
12    direct employees or if they were all
13    subcontractors. That part I don't know.
14  Q. Okay. Is Johnston Howse still doing --
15    running the FrankSpeech website?
16  A. No. I told you, that was switched in I
17    believe November within -- to another
18    company.
```
Page 159

```
 1  A. What's that?
 2  Q. Do you recognize this document?
 3  A. No.
 4  Q. I'll give you a minute to look at it.
 5  A. No.
 6  Q. Does the name Pidoxa sound familiar?
 7  A. I learned that yesterday. That's the
 8    company we have now.

13        I did find that out because either
14    you brought it up or somebody brought it
15    up.
16  Q. Pidoxa is the company that's run by Joe
17    Oltmann; is that correct?
18  A. I don't believe so. I don't know.
19  Q. Okay. Well, I'll represent to you that we
20    --
21  A. I don't think Joe Oltmann -- I don't think
22    Joe Oltmann runs the company, but I don't
23    know. I would have to find out who the
24    owners are.
25  Q. If you turn to page 3.
```
Page 161

41 (Pages 158 - 161)

1  A.  Could be.  I just don't know.
2  Q.  Up near the top says:
3        "'Pidoxa Contract for FrankSpeech,
4        LLC'  History, Document created by
5        Joe Oltmann."
6        Do you see that?
7        Right here.  I'm about three lines
8     down from the top.
9  A.  It looks like he created the document.
10       "Document created by Joe Oltmann."
11  Q.  I'm not trying to --
12  A.  No.  I don't know if he owns the company
13      or not.  You're asking me something I
14      don't know.
████████████████████████████
██████████████████████████
███████████████████████
████████████████  them.  That's coming right
19      from my guy.
20  Q.  All right.  That's -- I'm not trying a
21      "gotcha" question here.  Joe Oltmann
22      testified to this.  He gave us a
23      deposition in this case and said this is
24      his company.
25  A.  So he does own the company?

Page 162

1  Q.  Yes.
2  A.  Okay.

Page 163

Page 164

11  Q.  You mentioned before that -- and we talked
12      about that rated R movie being put up that
13      was taken down, and that RJ did that for
14      you, took it down or let you know about
15      it.
16  A.  What's that?
17  Q.  The movie that was posted that was rated
18      R.  You said you had a concern about some
19      content on the site.
20  A.  I got a phone call, and they -- and
21      they -- and they were able to -- actually,
22      it was -- it wasn't them that took it
23      down.  It was the TV company that took it
24      down.
25  Q.  Oh, sure.

Page 165

Veritext Legal Solutions
800-336-4000

1   A.  Because their stream -- their stream sits
2       on FrankSpeech, and sits there.  So we to
3       tell them -- had to get ahold of those
4       owners to remove that movie, that movie,
5       and, "Why did this movie show up there?
6       Don't let this happen."
7           We can't have a mistake where an R
8       movie comes up on your PG playlist,
9       because it's advertised a PG-13.  You
10      can't -- you can't have a stream of a
11      movie when you're advertising -- that's an
12      FTC violation when you're advertising
13      something, and it's PG-13 or lower, and
14      this was a R movie that got put in there.
15          It was a mistake on somebody on their
16      end on they're putting up in their stream
17      of movies.
18  Q.  So my question is, or what I'm getting at
19      is, is Pidoxa -- are they the ones now who
20      if you have some objectionable content
21      like that --
22  A.  No.
23  Q.  -- or a customer complains and says --
24          MR. MALONE:  Wait for his question.
25  BY MR. KLOEWER:

Page 166

1   Q.  If a customer complains and says,
2       "This" -- you know, you have some sort
3       of -- you know, if somebody is cussing on
4       your website, you mentioned that you don't
5       like that.
6           Who is in charge of taking that
7       content down?
8   A.  That's not these guys.  That's another
9       group, and I'd have to get you their
10      names.  They came in with FrankSocial, so
11      they have their own customers.
12          So that's where they put in all this
13      language.  They wouldn't even do -- they
14      wanted everything to cover legally
15      wherever it says here.
16          They're the ones that had this put
17      in, because I had never seen this before.
18      And they wanted to cover federal, state,
19      local and international laws.  So they put
20      this in.  They're the ones now that watch
21      everything.
22  Q.  Okay.  That answers my question, I think.
23          So Pidoxa is just maintaining the --
24  A.  The hardware.
25  Q.  -- the hardware?

Page 167

1   A.  Yep.
2   Q.  And you have a separate third party that
3       does content monitoring?
4   A.  Yeah, that's right.  Two separate
5       companies, yeah.
6   Q.  Okay.  Moving on here -- let's see.  We've
7       gone through this, terms and conditions.
8           Okay.  I want to start taking a look
9       at some of the different interviews that
10      have been -- and different segments that
11      are referenced in the complaint.
12          I want to start on this May 3rd, 2021
13      Oltmann interview.
14  A.  What page?
15  Q.  Well, I'm not sure where it is --
16  A.  I'm on the complaint.
17  Q.  -- on the complaint.  I don't have that in
18      front of me.
19  A.  Okay.
20  Q.  We'll show you some clips from it.
21          Just as a preliminary matter, do you
22      remember, when did you meet Joe Oltmann?
23  A.  Probably in the fall of '21.  One time I
24      was on his podcast for the pillows when he
25      got brought in, but I never met him in

Page 168

1       person.  It was done by Skype, where I do
2       thousands of them.
3           And unless I met him in passing.  I
4       heard he was at -- someone told me later
5       he was at the Cyber Symposium, but I don't
6       know if I met him personally.  I think I
7       probably did, so that would have to say
8       that at the Cyber Symposium.
9           But where we really met him more
10      would be the -- probably the fall of --
11      well, maybe that was the only time that I
12      met him in person back then, Cyber
13      Symposium.  But I can't say for sure if I
14      met him in person at the Cyber Symposium.
15      So then it would be -- I don't know --
16      sometime in the past year.
17  Q.  All right.  Well, we'll show you some
18      clips here that might refresh your memory
19      a little bit.
20          MR. KLOEWER:  So this will be what
21      we've marked as Exhibit 65.  Can we play
22      clip 1 here.
23          (Playing Video Clip:
24          "Now, Joe, welcome to the broadcast.
25      Thank you for joining us.

Page 169

43 (Pages 166 - 169)

1    "Thanks for the invite.
2    "Joe, I --
3    "Good to be with you.
4    "Great to have you with us. I
5   didn't know who you were until you
6   joined us for the Frankathon the
7   other day. You stayed with us for
8   quite a while, was very impressive.
9   I know Mike was very complimentary on
10   the air, as well as off the air; I'll
11   tell you that. He was very
12   complimentary off the air as well
13   about what you do, what you've done,
14   and what you are doing.")
15 BY MR. KLOEWER:
16 Q. Okay. That's just a short clip there.
17   This interview is from May 3rd of
18   2021. Do you remember the Frankathon?
19 A. We had -- I guess we had a marathon.
20 Q. And can you recall that event? What
21   exactly was that?
22 A. No. It was -- the only thing I recall out
23   of that is Alan Duke, I got in a big
24   battle with Alan Duke and the Facebook
25   fact-checkers and a lot of media calling

Page 170

1   in. Jimmy Kimmel mocked me on TV.
2   That's about all I recall. I was
3   nonstop from the desk. It was a marathon
4   where we just --
5 Q. So seeing this clip of Mr. Howse, do you
6   recall now meeting Joe Oltmann at that
7   event?
8 A. No. Joe Oltmann never came to that event.
9 Q. Okay. So do you think Mr. Howse is wrong
10   about --
11 A. He might have been Skyped in. It was on
12   Frankathon. It's a video.
13 Q. Okay.
14 A. It's a video.
15 Q. I see.
16   So -- but do you remember talking to
17   Mr. Howse very positively about
18   Mr. Oltmann, as he just said?
19 A. No. No. He's giving him fluff on air.
20 Q. Okay. So --
21 A. He's giving him fluff on air. Mike
22   Lindell -- I talked -- I have bigger
23   things to do than talk about some guy that
24   I don't even know that was at the
25   Frankathon or Skyped in.

Page 171

1   You know, he might have -- during
2   that Frankathon we had, I guess -- I don't
3   know -- maybe 50 to a hundred guests pop
4   in or whatever. Either I was at the desk
5   or Brannon.
6   Brannon there is just saying, "Oh,
7   yeah, Mike talked really good about, you
8   know, Frankathon." You know, I wouldn't
9   even know what he talked about. I
10   couldn't even tell you what he talked
11   about back then.
12   And I never watched him. What other
13   people were doing, I wasn't watching them;
14   I was doing my own thing the whole time.
15 Q. Do you know how this interview was
16   planned?
17 A. What interview?
18 Q. This interaction with Joe Oltmann.
19 A. I have no idea. That's how on Lindell-TV
20   it looks like. This is Brannon's podcast.
21   I don't think he has a podcast.
22   That looks like it was Lindell-TV.
23 Q. Well, the video we have is labeled as
24   FrankSpeech.
25 A. Okay. I don't know. When is that from?

Page 172

1 Q. May 3rd of 2021.
2 A. Okay. So yeah, that was not Frank- --
3   that was not Lindell-TV.
4   I don't know what Brannon does.
5 Q. You don't know -- okay.
6 A. Brannon does his own thing. He's got his
7   own shows, you know.
8 Q. Okay. So this preceded Lindell-TV then
9   when this --
10 A. No, this wouldn't have been Lindell-TV.
11   This would have been later. Lindell-TV I
12   think came later.
13   Brannon Howse has a show on -- his
14   own show on Sunday nights every day for
15   three hours a day. This is all before I
16   knew him, but that's -- that could have
17   been -- I don't know. What was May 3rd
18   on? What was the day? What was the day
19   of the week?
20 Q. I couldn't tell you off the top of my
21   head.
22 A. If you know the day of the week, I could
23   tell you what show he was on.
24 Q. Yeah.
25 A. It might have been a Saturday. No idea.

Page 173

44 (Pages 170 - 173)

1  Q.  Charley will look into it.
2  A.  No idea.
3  Q.  So this preceded Lindell-TV then, but it
4      was on FrankSpeech.  So it was --
5  A.  No, I don't know if this --
6  Q.  -- producing --
7  A.  Lindell-TV, I don't know if it was in
8      existence there.  So if it was -- Brannon
9      Howse has his own shows.  Long before
10     Mike, he has his hour show in the day that
11     he does all over Wisconsin.  He's had them
12     for eight, ten years.  He's got the date.
13 Q.  It was a Monday.
14 A.  Was that a Monday?  Then it would probably
15     be his 7:00 o'clock show.  But back then,
16     I don't know if they -- I don't know what
17     he had for shows, if it was all over the
18     board.  I don't know if we had a whole
19     lineup, if it was Lindell-TV or not.
20         All I know is what he's saying there,
21     the Frankathon, the people didn't come
22     there.  It was people Skyped in, with him
23     being the host and other people being the
24     host.
25         When I was on, it was me talking to

Page 174

1      sit here today watching it?
2  A.  I've never seen it before in my life.
3  Q.  And you're not familiar with all the
4      content that Brannon puts on, it sounds
5      like?
6  A.  I have no -- I don't watch Brannon's show.
7      Once in a blue moon, if I'm on it, I might
8      watch the guest before I get on.
9  Q.  So even in these early days -- because
10     this was right after FrankSpeech --
11 A.  I never watched Brannon Howse back even in
12     the early days.
13 Q.  Do you recall Brannon telling you about
14     Mr. Oltmann at the time?
15 A.  No.
16 Q.  Let's play clip 2.
17         (Playing Video Clip:
18          "So you were on a phone call with
19          Eric Coomer.  Is that his name again?
20          "Eric Coomer, yes.
21          "And who is he, for those who don't
22          know?
23          "So he is the director of strategy
24          and security for Dominion Voting
25          Systems, among other things.  And,

Page 176

1      camera.  You're not going to find me
2      talking to Joe Oltmann, because I never
3      talked to the guy.
4  Q.  That helps, because I didn't know if it
5      was a dinner event --
6  A.  Yeah.  No, no, no.
7  Q.  -- or anybody was there or --
8  A.  No, he's talking about -- there were
9      hundreds of people that Skyped in.  I
10     remember now there was like -- what's his
11     name? -- Ben Carson, just a whole list of
12     people.
13         I wouldn't have known Joe Oltmann, so
14     obviously with Brannon I never said that,
15     because I wouldn't have known Joe Oltmann
16     from the man on the moon.  And I didn't
17     watch him on that day on the Frankathon.
18         The Frankathon, different people came
19     on.  Brannon interviewed most of them, I
20     think, and then there were a couple other
21     hosts there all.
22         My stuff was me direct to camera, and
23     you can go rewatch that.  You'll never see
24     me talking to Joe Oltmann.
25 Q.  So you don't recall this interview as you

Page 175

1      frankly, I wasn't looking for him
2      when I did find him, and I didn't
3      even know who he was when I gathered
4      the information about him.  I was
5      looking for Antifa journalists.  I
6      had got" --)
7  BY MR. KLOEWER:
8  Q.  So does this story sound familiar now?
9      You told us before that you hadn't
10     heard --
11 A.  I've never heard that in my life, ever.  I
12     still don't know why you guys went after
13     Joe Oltmann.
14 Q.  Well, because the story is false.
15 A.  No, I don't know what his story is.
16         Let me just tell you so you get this
17     in your head.
18         When I heard on Newsmax, when you
19     settle with Newsmax, I asked Chris Ruddy,
20     "Well, who is this guy?"  He goes, "He's
21     with Dominion."  So I thought, Oh, this
22     Joe Oltmann -- when I heard Joe Oltmann
23     was the first one that got sued, when
24     that -- when he bragged to me once, "Oh, I
25     was the first one that got sued," I didn't

Page 177

45 (Pages 174 - 177)

1    ask him.  I just assumed it's because we
2    talked out about election, about election
3    crime, like everybody else.
4        You know, over 200 people got sued.
5    You guys have probably sued more than two
6    people, right?  You know.
7  Q.  So you thought Oltmann had been sued by
8    Dominion?
9  A.  I didn't know anything about Joe Oltmann
10    until you guys sued -- or you guys settled
11    with Chris Ruddy, and Chris Ruddy told me
12    about that Coomer worked for Dominion.
13    That's when I connected it.
14        Had nothing to do with Joe Oltmann.
15    That's when I knew that somehow -- that's
16    when in my head that here's Eric Coomer,
17    now I get it.  And I'm going, you know
18    what, why would they say that?  Then I
19    understood, because he worked with
20    Dominion.
21        And so that's why I'm going, Okay,
22    Eric Coomer.  Now you're doing two
23    different things.  You're -- not only
24    Dominion's suing people, but this Coomer
25    guy is suing people.  And that's why I was

Page 178

1  A.  No, no.  I never said anything like that
2    about him ever, unless it was after you
3    guys sued me on the state capitol steps.
4        You're trying to mix my words.  I'm
5    going to go through one more time.
6        I didn't know Eric Coomer from the
7    man in the moon.
8  Q.  I understand that.  You said that several
9    times.
10  A.  Until you attacked Newsmax, and Chris
11    Ruddy told me he made a deal with you
12    guys, and the deal said, you know, "Mike
13    Lindell" -- whatever this deal is, he
14    said, "I made a deal and I can't have you
15    on anymore, Mike.  I can't have you on for
16    your pillows, either."
17        And I was so upset, so I made this
18    statement.
19        Now, I didn't hear a word from you
20    guys, and I never said one word for a
21    year, from at least a year from this here,
22    ever.  I didn't -- Coomer, who was that?
23    I don't care about Coomer.  I cared about
24    Dominion because they had sued me.
25        And then all of a sudden I'm doing a

Page 180

1    upset when I read this yesterday.
2        So I have no -- I didn't know Joe
3    Oltmann said anything from the man in the
4    moon.
5  Q.  But you knew that Eric Coomer was
6    associated with Dominion.
7  A.  Just on this day.  On this day.  Whatever
8    this day was that you guys did this with
9    Ruddy.
10        So I can tell you, from this day on,
11    I knew he was associated with Dominion,
12    which was, if I had the date of this
13    statement -- well, you guys should know.
14    Whatever date you settled with Coomer -- I
15    mean, with Ruddy.
16  Q.  Yeah.  We'll get to that statement next.
17    I'm just --
18  A.  Well, this is what -- you asked me what I
19    knew.  This is what I knew, even the
20    Coomer name, and it was associated right
21    away with Dominion.
22  Q.  So his association with Dominion is what
23    led you to suspect and believe right away
24    that he was involved in rigging the
25    elections?

Page 179

1    speech from the capitol in Colorado, and
2    Eric Coomer comes up and sues me, which I
3    took the thing, threw it on the pile,
4    assumed it was the same thing as Dominion.
5        And then did I go bash you guys
6    afterwards?  Probably.
7        So everything I said after you served
8    me papers, I stand by whatever I said,
9    because that's -- that's fact.  You guys
10    did this to me.
11        So whatever you're saying there, I
12    don't know this stuff.  I don't know what
13    Brannon Howse -- I don't even know if this
14    is Brannon Howse's own show.
15        I don't know what we had back then.
16    I see it says frankspeech.com, but I
17    didn't know -- I've never seen this in my
18    life.
19  Q.  And I know you've said this before, but
20    you didn't at any point until a couple
21    days ago actually read any of the
22    complaints --
23  A.  No.  This was read at 11:00 o'clock at
24    night, not -- or yesterday.  So it would
25    be, what, 2- -- like about 30 hours ago.

Page 181

46 (Pages 178 - 181)

| | |
|---|---|
| 1       That's why I was so upset when I came | 1  Q. Is that correct? |
| 2  in here. You think I would be upset if | 2  A. Listen, I don't know your claims about |
| 3  I'd have read this a year and a half ago? | 3     him. I didn't know anything about him. I |
| 4  You would have known about it by now, | 4     just know what he did to me and my |
| 5  believe me. | 5     employees. And that came right out of |
| 6       I've never been so upset reading | 6     Chris Ruddy's mouth, because I'm like, |
| 7  something in my life, because I'm going -- | 7     "What do you mean I can't come on and talk |
| 8  I'm reading -- I get a third of the way | 8     about My Pillow and my employees?" He |
| 9  through this, I go, "Wait a minute. What | 9     says, "Mike, I made a settlement with Eric |
| 10  the heck does Joe Oltmann and Coomer have | 10    Coomer." I go, "Who is Eric Coomer?" He |
| 11  to do with -- I have nothing to do with | 11    goes, "He's with Dominion." And I'm |
| 12  this. Oh, now I see." | 12    going, "That explains it." And that |
| 13       Because I even said to my lawyers -- | 13    explains it. |
| 14  I said, "I never said anything about Eric | 14       So I went on there and go, "You're |
| 15  Coomer." He goes, "Yeah, you did." And | 15    attacking me. I'm going to tell -- I'm |
| 16  I'm going, "What?" | 16    going to call Coomer out for doing that." |
| 17     MR. MALONE: Mike, you don't have to | 17      That's horrible that this man did to |
| 18  talk about that. | 18    me, and to My Pillow. That was what upset |
| 19     THE WITNESS: No, I'm just telling | 19    me more, that you went after -- you go |
| 20  them so they know. | 20    after my employees and I can't help my |
| 21  A. And I looked in there, and I go, "Oh, now | 21    employees anymore? That's disgusting. |
| 22     I remember. Yeah." After you told Chris | 22    Come on, you guys. |
| 23     Ruddy not to have me on TV and it ruined | 23  Q. So as you sit here today, do you know what |
| 24     My Pillow, yes, I did say that, square. | 24    Joe Oltmann claims? And you said you've |
| 25     So you got a lawsuit of a square like | 25    read the complaint, so you must know what |
| *Page 182* | *Page 184* |
| 1     this. I can read it. Anybody that would | 1     Joe Oltmann has claimed about Eric Coomer |
| 2  do that to somebody when -- and you're | 2    or not, right? |
| 3  trying to sue me because I said, "Eric | 3  A. I read something in here about this Antifa |
| 4  Coomer, if I'm you right now, instead of | 4     thing, that he was on a call. This was |
| 5  going over and making deals at Newsmax | 5     the first time I ever -- if that's what |
| 6  basically to kick me off forever with My | 6     you sued him for, yes. Then I know, after |
| 7  Pillow, turn yourself in and turn in your | 7     reading this 24 hours ago, or 30 hours |
| 8  whole operation so maybe, just maybe, you | 8     ago, some call that he said he was on with |
| 9  get immunity and you can get -- and you | 9     Antifa or something. |
| 10  can get it -- I don't know -- 10, 20 | 10      And I don't know if that's the only |
| 11  years. You are disgusting, and you are a | 11    thing you sued him for. I assume you sued |
| 12  traitor to the United States of America, | 12    him for something about saying something |
| 13  what you did to American employees that | 13    about electronic voting machines. That's |
| 14  day." | 14    what everybody got sued for. But if |
| 15      Never said a word about Coomer | 15    that's -- if this is the Antifa thing, |
| 16  before. Never said a word after that | 16    this is the first time I ever read |
| 17  statement for a year, until you served me | 17    something like that. |
| 18  papers. | 18     So you maybe have piled on that, too. |
| 19  Q. So you found out that Newsmax had just | 19    I don't know. You guys, I don't know you |
| 20  settled a defamation lawsuit with Eric | 20    sued him. |
| 21  Coomer, and your response was to go on | 21  Q. Did you -- so it never occurred to you to |
| 22  television and to accuse Eric Coomer of | 22    maybe question whether it was a good idea |
| 23  treason without doing any investigation of | 23    to accuse Eric Coomer of treason when |
| 24  the claims about him. | 24    Newsmax had just admitted that they had no |
| 25  A. I don't care -- | 25    information about him? |
| *Page 183* | *Page 185* |

47 (Pages 182 - 185)

1 A. Listen to me. I called him treasonous
2    because what he did to my employees at My
3    Pillow. I was very upset when I just get
4    told basically I'm ruined on my second
5    biggest platform by the owner. And that
6    you guys made a deal.
7       You know, if you go tell me -- and
8    Eric Coomer goes, "You better not have
9    Mike Lindell on your show anymore, even to
10   sell pillows." You know what, that is
11   treasonous. That is treason.
12      If you don't believe that, mine are
13   U.S. employees. Mine are U.S. employees
14   right here and made in the USA.
15 Q. Do you know what the punishment for
16   treason is, Mr. Lindell?
17      MR. MALONE: Object. That's --
18 A. I don't know what punishment for treason.
19   You're a traitor to the United States.
20      (Court reporter interruption.)
21 A. In fact, I said traitor --
22      MR. MALONE: Mike, just one second.
23      Object as outside the scope, calls
24   for a legal conclusion. Relevance.
25      Mike, go ahead.
                                    Page 186

1 A. Yeah, I said, "You're treasonous -- you're
2    disgusting, treasonous, and a traitor to
3    the United States, what you did to my
4    employees."
5       I don't know what the penalties are
6    for that. And I also called you guys a
7    criminal. Depends -- I guess it depends
8    how bad you guys treated my employees,
9    right?
10      It says his lawyers are criminals,
11   too.
12      No, I'm sorry. I'm not going to back
13   down when you guys tell my biggest
14   platform and hurt my employees.
15 BY MR. KLOEWER:
16 Q. You testified earlier today that Chris
17   Ruddy didn't actually tell you that Eric
18   Coomer insisted that My Pillow be taken
19   off Newsmax.
20 A. Okay.
21 Q. I want to know exactly what Chris Ruddy
22   said to you.
23 A. Okay. Chris Ruddy said -- when I -- first
24   I seen that he had made some deal and I
25   can't go on his show.
                                    Page 187

1       So I called him up and I go, "Chris,
2    what are you doing? What do you mean I
3    can't come on your show? What do you mean
4    I can't come on the show, talk about
5    pillows?" And that was to talk about
6    pillows. I did it all the time.
7       And he goes, "Mike, I made a
8    settlement." And he says, "Part of the
9    settlement, I cannot have you on TV."
10      Now, whether that's me directly or
11   whether you told him that, this is what he
12   said: I cannot come on his show because
13   he made a settlement of a lawsuit.
14      Did he say you specifically said it?
15   No. Did he say his lawyers said it? No.
16   He said --
17 Q. So that's just something that you --
18 A. -- because of the settlement he could not
19   have me on.
20 Q. -- you just imagined that was the case
21   because he wouldn't have you on anymore.
22 A. No, he told me that. He told me it was
23   because of the settlement with you guys,
24   100 percent with Eric Coomer. 100
25   percent, "Because of a settlement I made
                                    Page 188

1    today, I can't have you on anymore."
2       And I was furious. Go look at my
3    tapes. I'm talking about Newsmax and
4    Ruddy. I was very upset because I just
5    knew -- I know numbers, and that
6    just kkkrr (sound) -- that right away is
7    you just flushed millions of dollars down
8    the drain. You guys did that.
9       You know, maybe you should have
10   thought about that, how you hurt other
11   people, before you did something like
12   that. And then you doubled down and sued
13   my employees. That's even more bizarre.
14 Q. Did you consider the possibility that the
15   claims about Eric Coomer that were
16   published on Newsmax were false and that's
17   why they settled?
18 A. I didn't have idea about that. I just
19   know what you guys did. You said Mike
20   Lindell couldn't come on. I didn't do
21   anything to Eric Coomer.
22 Q. Mr. Lindell, you just said that Chris
23   Ruddy didn't tell you that we said that,
24   correct?
25 A. He said it was the settlement with Eric
                                    Page 189

48 (Pages 186 - 189)

1    Coomer.
2  Q.  Okay.  But you said that Chris Ruddy did
3    not tell you --
4  A.  He told me straight out it was because of
5    the settlement with Eric Coomer.  So that
6    tells me -- what would you think that is?
7       I would have thought you guys would
8    go, "Mike Lindell, if he comes -- part of
9    the settlement is Mike Lindell doesn't
10    come on."
11       If either -- either he is lying or it
12    wasn't part of the settlement.  He
13    wouldn't lie to me.  Maybe he threw you
14    guys under the bus and said, "Because of
15    the settlement you can't come on."  Maybe
16    he used that for an excuse.  I don't know.
17       Why don't you get him right there
18    because he said it.  And you know what?  I
19    go what did I ever do to Eric Coomer?
20    That's my fact.  Why would Eric Coomer --
21    and then he said, "Oh, he works for
22    Dominion."  Then it kind of made sense.
23       I'm going, you know what, Dominion is
24    out there, they sued me, but what do I
25    have against Eric Coomer?  Why would he

Page 190

1    make it so I couldn't go on TV to talk
2    about pillows?  Oh, I was mad.
3  Q.  You were aware at the time -- and we've
4    already discussed this -- part of the
5    reason you started FrankSpeech is because
6    many media outlets were not airing claims
7    about election fraud at all, correct?
8  A.  No.  You're missing your point.
9       You guys -- I couldn't come on there
10    to talk about pillows.  That had -- that
11    was fine until you guys told him --
12    because you said it yourself, or your
13    other attorney did.
14       He said to me, "Mike, when you go on
15    and talk anywhere, even if you talk about
16    pillows, people go, 'Ding'" -- oh, no, he
17    said it the other way.  He goes, "When you
18    go and talk about this, people associate
19    that with My Pillow."
20       And I'm telling you what you guys
21    tried to do or why the reason you said
22    that, it's the opposite.  You guys going,
23    "If Mike Lindell is over here talking
24    about pillows, people are going to think,
25    'Oh, he's against the machines.'"

Page 191

1       That's what you guys did, and you
2    know it.  And you tried to flip it on me
3    yesterday and say, "Oh, if you're over
4    here talking about election crime, people
5    over here, that My Pillow is involved.
6    They think of you as My Pillow."
7       No.  It could be both, but you know
8    what?  You guys stopped both from
9    happening.  You stopped me from going on
10    there and selling pillows.  Admit it.
11  Q.  Let's play clip 4.
12       (Playing Video Clip:
13      "So I was on that call back in
14    middle to end of September.  And on
15    that call it was kind of a -- it was
16    a weird phone call to be on because
17    there was a lot of rhetoric that gets
18    spewed all over the place.
19     And as I came in and people start
20    speaking, someone interrupts, a guy
21    named Eric -- or somebody asked,
22    'This guy named Eric, who is this guy
23    named Eric?'  And somebody answers,
24    'Eric is the Dominion guy.'
25     So I take very -- I take very, very

Page 192

1    good notes.'  So I started taking
2    notes, writing down all the
3    information that I was gathering.
4     And somebody interrupts after they
5    said, 'Go ahead, Eric,' and somebody
6    interrupts and says, 'What are we
7    going to do if f-ing Trump wins?'
8    And Eric responds, 'Don't worry about
9    the election, Trump is not going to
10    win.  I made f-ing sure of it.'  And
11    then they all started laughing,
12    right?")
13  BY MR. KLOEWER:
14  Q.  Is this the first time you've heard
15    Mr. Oltmann tell that story on the Antifa
16    call?
17  A.  Absolutely.  Ever.
18  Q.  Has he ever provided you any evidence that
19    that call occurred?
20  A.  He never talked to me about that call.
21    And no, he has not.
22       The only thing I've seen that, there
23    is a little bit about you guys in this
24    thing here I read the other night.
25       I've never heard this in my life, and

Page 193

49 (Pages 190 - 193)

1   I read a little bit about it in here.  I
2   was just actually trying to find it.  I
3   know it says "Antifa" in here.
4   Q.  Do you believe that happened?
5   A.  What?
6   Q.  The Antifa call.
7   A.  I don't know.  I haven't checked into it.
8       Ask Joe Oltmann.
9       What does that have to do with me?  I
10  don't get this.
11  Q.  Well, you accused Dr. Coomer of treason.
12  A.  Because of what he did to My Pillow.
13      What's the matter with you?
14  Q.  Well, you just said --
15  A.  I don't know what you're trying to mix.  I
16  told you, I've never heard this in my
17  life.  I've never read the complaint, and
18  that's why I was upset with you guys.
19      I've actually apologized for treating
20  your other lawyer bad because I'm very
21  upset that you would even bring this case.
22      I called him a traitor and a
23  disgusting person that he would go and
24  have one of my biggest outlets and tell
25  the guy never to have me on again.

Page 194

1   attorney has deposed Dr. Coomer, and you
2   know that he's getting death threats as a
3   result of these claims that he's a
4   traitor.
5       MR. MALONE:  Object to form.
6   BY MR. KLOEWER:
7   Q.  You know that, don't you?
8   A.  What's that?
9       MR. MALONE:  I'm just objecting to
10  form and foundation, Mike.  You can answer
11  the question if you know.
12  A.  Do I know what?
13  BY MR. KLOEWER:
14  Q.  That he is getting death threats because
15  of public claims that he is a traitor.
16      You know that, don't you?
17  A.  No, I don't know that.
18      Do you know that I got death threats
19  because --
20  Q.  That's not my question.
21  A.  I get death threats.
22  Q.  That's not my question.
23  A.  Is this in here, this death threats?
24  Q.  Yes.
25  A.  Okay.

Page 196

1       Now, if you didn't do that, that
2   Ruddy said because of that -- because of
3   that settlement, that's why I can't go on
4   there anymore.  That's why I went out --
5   and you know what, you can check it out,
6   because I bad-mouthed Newsmax and Ruddy
7   way more than you guys and Coomer that
8   whole two weeks.
9       It was like the end of My -- end of
10  My Pillow.  I'm going so I can't ever go
11  on, and I would go on regularly to talk
12  about My Pillow.  I mean, you know, it's
13  just horrible.  That's why I called him
14  that.
15      Is it so bad to call him a traitor?
16  I'm sorry, he is a traitor, what he did to
17  my company.  These are hard-working
18  Americans.  Don't you care about people?
19  Q.  Well, tell me this --
20  A.  Obviously not because you decided to sue
21  them and double down.
22      MR. MALONE:  Mike, wait for his
23  question.
24  BY MR. KLOEWER:
25  Q.  You've read the complaint, and your

Page 195

1   Q.  It is.  It's in the --
2   A.  I don't know.  Just show us the --
3       (Court reporter interruption.)
4   BY MR. KLOEWER:
5   Q.  Your attorney has deposed Dr. Coomer and
6   he testified about the death threats he's
7   gotten, and the extreme harm that has been
8   caused to his life.
9   A.  From what he did to my employees.
10  Q.  Because of claims that he is a traitor.
11  A.  Who said that?  Me?
12  Q.  You did.
13  A.  Because of my employees.
14  Q.  Yes.
15  A.  Maybe he shouldn't have done that.
16      You know what my employees feel, they
17  feel like they're lost a lot of their
18  livelihood because of him.
19  Q.  Well, he's lost --
20  A.  And they've had death threats.
21  Q.  -- his entire livelihood because of these
22      --
23  A.  And they've had death threats --
24  Q.  -- claims.  So --
25  A.  And they've death threats because of --

Page 197

50 (Pages 194 - 197)

1   (Court reporter interruption.)
2   MR. KLOEWER:  I apologize.
3  A.  Don't tell me about any stuff that has
4   anything to do with me.
5  BY MR. KLOEWER:
6  Q.  Let's do this.
7  A.  Bringing these lies into the game.
8  Q.  Let's take a look at clip 11.
9   Have you seen the Newsmax retraction
10   that they published on television?  Have
11   you seen that?
12  A.  Huh-uh.
13  Q.  You didn't see that before --
14  A.  Oh, back then probably.  Back then maybe.
15   Where they said there was no --
16  Q.  Let's play clip 11, and we'll discuss it
17   after.
18   (Playing Video Clip:
19   "Since election day various guest
20   attorneys and hosts on Newsmax have
21   offered opinions and claims about
22   Dr. Eric Coomer, the director of
23   product strategy and security at
24   Dominion Voting Systems.
25   Newsmax would like to clarify its

*Page 198*

1   Newsmax found any evidence that
2   Dr. Coomer ever participated in any
3   conversation with members of Antifa,
4   nor that he was directly involved
5   with any partisan political
6   organization.
7   On behalf of Newsmax, we would like
8   to apologize for any harm that our
9   reporting of allegations against
10   Dr. Coomer may have caused to
11   Dr. Coomer and his family.
12   For more on this, please go to our
13   website at Newsmax.com and read facts
14   about Dominion/Smartmatic that you
15   should know.")
16  A.  Did you write that?
17   Why didn't you add on there, "And by
18   the way, we're not going to have Mike
19   Lindell on here anymore, either, per Eric
20   Coomer because we don't want him to sell
21   pillows, and we want to crush his 2,000
22   employees"?
23   Sounds like you really had old Chris
24   over in a headlock.  Good job on that.
25   You guys made a really good deal, but

*Page 200*

1   coverage of Dr. Coomer and note that
2   while Newsmax initially covered
3   claims by President Trump's lawyers,
4   supporters and others that Dr. Coomer
5   played a role in manipulating
6   Dominion voting machines, Dominion
7   voting software and the final vote
8   counts in the 2020 Presidential
9   election, Newsmax subsequently found
10   no evidence that such allegations
11   were true.
12   Many of the states whose results
13   were contested by the Trump campaign
14   after the November 2020 election have
15   conducted extensive recounts and
16   audits in each of these states
17   certifying the results as legal and
18   final.
19   There are several facts that our
20   viewers should be aware of.
21   Newsmax has found no evidence that
22   Dr. Coomer interfered with Dominion
23   voting machines or voting software in
24   any way, nor that Dr. Coomer ever
25   claimed to have done so.  Nor has

*Page 199*

1   you -- the problem is you involved Mike
2   Lindell and my employees.  Shame on you.
3  BY MR. KLOEWER:
4  Q.  So you just heard Newsmax say that they
5   haven't found any evidence that Dr. Coomer
6   --
7  A.  That has nothing to do with what we're
8   talking about.
9  Q.  You just heard Newsmax say that they
10   haven't found any evidence that Dr. Coomer
11   was involved in election fraud or election
12   rigging of any kind, correct?
13   Did you hear that?
14  A.  Yeah, I heard what they said, what you
15   wrote, yeah.
16  Q.  So just imagine for a moment, if you will,
17   imagine that you did not play any role in
18   rigging the election, and that a news
19   station accused you of doing that, and you
20   sued that news station to correct the
21   record and tell the truth, and that news
22   station did that.
23   Would that make you a traitor?
24   MR. MALONE:  Object to form, scope,
25   foundation, legal conclusion.

*Page 201*

51 (Pages 198 - 201)

1   A.  Let me tell you what this would -- this
2       would make a traitor.  Okay?  Okay.
3          When you just put that, by coming to
4       someone with lawfare, whatever you did,
5       and you go to a guy and you tell him not
6       to have an individual there that runs a
7       company With 2,000 Americans making
8       pillows and making products, and you
9       tell -- let me finish -- and you tell him
10      this guy has never said one thing about
11      Eric Coomer ever -- Mike Lindell had
12      never -- I didn't even know who the guy
13      was.  And you tell him not to let Mike
14      Lindell on because, what?  Because I'm
15      going to sell pillows?  Or maybe I'm going
16      to talk bad about electronic voting
17      machines?
18         I never mentioned Eric Coomer in my
19      life.  Didn't even know who he was until
20      you did that to me.  But you left that out
21      of the story, didn't you?
22         The public needed to hear, "And by
23      the way, we are not going to have Mike
24      Lindell on there ever again because he
25      wants to get rid of electronic voting

Page 202

1       machine."  Not because I said -- ever said
2       anything about Eric Coomer, because I
3       didn't even know the man.  I never said
4       one word about him.
5          How could you do this?  Answer that
6       question.  What does that have to do with
7       me other than -- the only thing it has,
8       you didn't mention me there.  That
9       actually proves my case.
10         Yes.  Do I think you guys and them
11      are traitor to our country by what you did
12      to My Pillow?  Yes.  We are made in
13      America.
14         You guys are bizarre.  What does this
15      have to do with me?  I didn't bad-mouth
16      Eric Coomer.  Maybe -- I don't care if
17      Newsmax did or whatever they did to him.
18      That's their business.  That's your
19      business with Eric Coomer.
20         Go ahead and sue all them guys.  You
21      got money out of Chris Ruddy, because
22      obviously he said something about your
23      guy, which I never did, you guys.
24  BY MR. KLOEWER:
25  Q.  Mr. Lindell --

Page 203

1   A.  I never did.
2   Q.  -- it didn't occur to you -- this was a
3       big news story at the time.  The
4       settlement was in the news.
5          It didn't occur to you at all that
6       when you went on television to accuse
7       Dr. Coomer of treason, that people would
8       assume that you were adopting the same
9       claims that Eric Coomer had about --
10  A.  No, no.
11         MR. MALONE:  Mike, Mike --
12  A.  Because I went on my station and -- I went
13      on my station and I explained it.  I
14      explained what Ruddy did, or whatever,
15      that I couldn't come on there anymore.  I
16      said, "I don't know this Coomer from
17      Adam."
18         You just took a snidbit out right
19      here is what you did.  You killed the
20      whole thing I said that day.  You took one
21      little snidbit out; that's all -- in fact,
22      that's the only time I probably put his
23      name in the thing.  I probably bad-mouthed
24      Ruddy for the whole thing for not letting
25      me on about My Pillow, and I know I did,

Page 204

1       for two weeks straight.
2          I only mentioned Eric Coomer's name
3       once, because he happened to be the guy
4       that did it to me.
5   Q.  Let's take a look at what you said.  We
6       may come back to the original Oltmann
7       interview, but it sounds like you don't
8       have any -- you've never made any effort
9       to learn anything about this case.
10  A.  No, I haven't.  No, absolutely not.
11         MR. KLOEWER:  Let's take a look at
12      clip 12.  And I'll represent -- this will
13      be a duplicate exhibit here.  It's been
14      previously labeled as Exhibit 43, clip 3.
15      We have it as Exhibit 65, clip 12 as well.
16         Let's take a look at that.
17         (Playing Video Clip:
18          "It's over for Dominion.  It's too
19         late to close the gate.  The cows are
20         out of the barn.  Dominion, you did
21         your best, and Smartmatic, to take
22         our country through China.  You did
23         your best.  You corrupt people.  You
24         tried to suppress our voice.  You
25         didn't.  You failed.  And I'm telling

Page 205

52 (Pages 202 - 205)

1      you, you Coomer, Zoomer -- what's his
2   name?  Is it Eric Coomer?
3      "Eric Coomer.
4      "Yeah.  Eric Coomer, if I'm you
5   right now, I am -- instead of going
6   over and making deals at Newsmax, if
7   I'm you, I'm turning myself in and
8   turn in the whole operation so maybe,
9   just maybe, that you get immunity and
10   you only get to do -- I don't know --
11   10, 20 years.
12      I mean, you're disgusting, and you
13   are treasonous.  You're a traitor to
14   the United States of America.  And
15   you know what, I can say that, just
16   like I can about Brian Kemp and Brad
17   Raffensperger.
18      These are things that I have
19   evidence, that the evidence is there,
20   and, you know, it's sitting there.
21   'Well, Mike, why don't you turn it
22   all in to the Supreme Court and bring
23   it to the FBI?'  Oh, it's getting to
24   the Supreme Court, everybody.  But
25   we're going to let you the people --

Page 206

1      So that's -- all I did there, he's
2   the one.  Marry the two together.  I put
3   his name in there.
4      Does he work for Dominion?  Does he
5   or not?  They said he does.  I looked into
6   that part, he does.  Everybody said he
7   did.
8   Q.  So you understood that -- it was your
9      belief, it sounds like, that Eric Coomer
10      was involved in taking, as you put it,
11      "our country through China."
12         MR. MALONE:  Object to form.
13   A.  What?
14   BY MR. KLOEWER:
15   Q.  You said, "Dominion, you took our country
16      through China," in that clip.  Do you
17      think Eric Coomer had anything to do with
18      that?
19   A.  I know what Eric Coomer did to me with
20      Chris Ruddy, and Chris Ruddy said --
21         MR. KLOEWER:  Objection.
22      Nonresponsive.
23   A.  Do I think Eric Coomer?
24   BY MR. KLOEWER:
25   Q.  Do you think Eric Coomer was involved in

Page 208

1   that's what Frank is all about -- we
2   are going to dump them.
3      We're not taking any chance that
4   those nine justices -- 'No, we don't
5   want to look at this because they
6   told us early in November there was
7   not enough to overturn the election,
8   and we don't want to get involved
9   because, you know, somebody might be
10   upset.'  Well, you know what, this
11   wasn't around in November, December.
12   This came on January 9th.")
13   BY MR. KLOEWER:
14   Q.  So you're talking about Eric Coomer and
15      Dominion in the same breath there.  You
16      said "Dominion take our country through
17      China."
18      Why are you taking about Dominion
19      taking your country through China while
20      you're talking about Eric Coomer?
21   A.  Because I had just got off the phone with
22      Chris Ruddy, and Chris Ruddy said that
23      Eric Coomer was with Dominion, and you
24      guys had stopped me from coming on now.  I
25      couldn't come on again.

Page 207

1      Dominion taking our country --
2   A.  Dominion is definitely involved.  If he
3      was working with Dominion, I have my
4      suspicions.
5   Q.  So that's why you're talking about
6      Dominion and Eric Coomer in the same
7      statement here?
8   A.  I talked about Smartmatic, Dominion.  I
9      had heard from Ruddy that the reason that
10      he had to settle -- at first it was
11      settled with Dominion.
12   Q.  I've heard your --
13   A.  That's why I mixed the two.
14   Q.  I've heard your story about death threats
15      many times.  Okay.
16   A.  That's why I said it.
17   Q.  Okay.  I'm just trying to understand why
18      you're talking about Dominion --
19   A.  That's exactly why I said it, because
20      Chris Ruddy -- this is after two -- I had
21      heard that settlement before when you made
22      Chris go out and say there is no evidence.
23      I argued with Chris on that before.
24      I go, "Chris, I have all the evidence.
25      Why would you succumb to them?  Why would

Page 209

53 (Pages 206 - 209)

| | |
|---|---|
| 1   you tell them that? Not only are you tell | 1   for this machine crime or you're covering |
| 2   -- they tell you I can't come on TV and | 2   up for My Pillow for not having me on and |
| 3   talk about pillow, but now you're telling | 3   you want to destroy My Pillow. One or the |
| 4   me that you say there is no evidence? You | 4   other is true, or both. |
| 5   can have all the evidence I'll give you." | 5 Q. So you think that Eric Coomer played a |
| 6 Q. Well, let's talk about that, because you | 6   role in covering up the machines? |
| 7   concluded that statement here by saying | 7 A. It depends what your motives were for |
| 8   just like with Brad Raffensperger, you | 8   suppressing Mike Lindell. Only you can |
| 9   have all the evidence, and that's why Eric | 9   ask yourself that deep in your heart. And |
| 10   Coomer is going to go to jail. | 10   maybe your client didn't tell you either |
| 11       So what evidence do you have -- | 11   way. |
| 12 A. I didn't say Coomer. I said -- I said | 12       Either -- I just said it. Either |
| 13   Dominion -- well, yeah, okay. Coomer, | 13   he's covering up for Dominion -- because |
| 14   yeah, that's right. | 14   he does work with them, I assume; that's |
| 15 Q. Yeah, yeah. You said he's going to go to | 15   what he said, that's what Ruddy said -- |
| 16   jail and you have the evidence. What | 16   either you're covering up for that or |
| 17   evidence do you have about Eric Coomer? | 17   you're trying to destroy my My Pillow. |
| 18 A. The evidence that he went to Ruddy and | 18   Either way. I would have to know your |
| 19   made a deal so I went and got quiet. | 19   agenda. |
| 20 Q. That's -- | 20       I believe it's probably both. It's |
| 21 A. Yes, it is. He's covering up something. | 21   one or the other. |
| 22   He's covering up something. | 22 Q. That answers my question, that you believe |
| 23       I have all the -- | 23   it's probably both that he's covering up. |
| 24 Q. Why are you talking -- this is -- you're | 24 A. Right. He's either covering up for what |
| 25   changing the subject, Mr. Lindell. | 25   Dominion -- for their role, or he's after |
| Page 210 | Page 212 |
| 1 A. The evidence from the election. I have | 1   My Pillow and destroy my employees. |
| 2   all the evidence from the election, and it | 2       But either way, he didn't want Mike |
| 3   was done through Dominion, and other | 3   Lindell on Newsmax, and you can't deny |
| 4   machines. | 4   that. |
| 5       That's a fact. You're not going to | 5 Q. So you've said many times the only |
| 6   take that from me. Fact, fact, fact. | 6   statements that you made were this May 9 |
| 7       So then I got a guy doing the | 7   interview. But we've talked about the |
| 8   cover-up, Eric Coomer, who goes to | 8   symposium a lot, and you are aware that |
| 9   Newsmax, they go to Newsmax and say, | 9   there were -- the claims about Eric Coomer |
| 10   "Hey" -- I don't know if you got money | 10   were published at the symposium |
| 11   from them or not. I don't know your | 11   repeatedly, correct? |
| 12   settlement. But I do know one thing, that | 12 A. No. I have no idea if anything was ever |
| 13   you made him write that -- you made him | 13   said about him. I didn't put the people |
| 14   say that statement, and you made him don't | 14   on stage. I did my own thing. I never |
| 15   have Mike Lindell on. | 15   put one person on that stage. |
| 16       So if you didn't do it for My Pillow, | 16 Q. Well, you said you read the complaint, |
| 17   then the other reason would be, "Don't let | 17   right, Mr. Lindell? |
| 18   him talk about our cover-up for the | 18 A. Yes. |
| 19   Dominion machines." | 19 Q. So you know that Eric Coomer was discussed |
| 20       It's got to be only one or two or you | 20   on stage at the symposium in multiple -- |
| 21   would not have told him not to have me on. | 21 A. No, I did not know that. |
| 22   So that's a fact. | 22 Q. You didn't read that part of the |
| 23       Go ahead. Maybe it was here. Either | 23   complaint? |
| 24   way, either way he's a traitor. Either | 24       (Court reporter interruption.) |
| 25   way. Either way, if you're covering up | 25 A. When I read the complaint two nights ago, |
| Page 211 | Page 213 |

54 (Pages 210 - 213)

1   I had no idea Eric Coomer -- I didn't even
2   know Joe Oltmann was there until I read
3   this.
4   BY MR. KLOEWER:
5   Q.  What was FrankSpeech's role in planning
6       the symposium?
7   A.  Had no role at all.
8   Q.  FrankSpeech played no role in the
9       symposium?
10  A.  No, no.
11  Q.  Didn't FrankSpeech air the symposium
12      live --
13  A.  No, that was --
14  Q.  -- for 72 hours straight?
15  A.  -- Lindell-TV.  That was Lindell-TV.
16  Q.  When was Lindell-TV founded?
17  A.  It was right there, Lindell-TV.  I think
18      it was founded then.  The entity -- maybe
19      it was FrankSpeech.  I'd have to check on
20      that.  But there was a planning by
21      FrankSpeech staff.
22      You know, whether it was Lindell-TV
23      or FrankSpeech, that had nothing to do
24      with it.  It was all the media there.  It
25      was my planning.  Media there, cyber guys,

*Page 214*

1   would run out, they would go, "Hey, we
2   want to put this person out there."  They
3   said, "Get him off the stage."
4       They didn't even talk about --
5   Brannon told me this.  They said, "He
6   needs to get off the stage.  We have
7   people we can put up."
8       And this was all done, I did not know
9   they were doing it.  I was very upset at
10  one time, the guy putting it on, and said,
11  "I don't care what you say on this board,"
12  and I went back up on the stage.
13      I wanted this to work out, go to the
14  cyber room, go to this room, go to the
15  election where you could hack into the
16  actual machine, and -- which we had set
17  up.
18      It was set up like all interactive.
19  It wasn't supposed to be this bringing
20  presenters up.  And those guys -- then I
21  said, "You know what, go put them up.  Go
22  ahead, put them up."
23      So whatever they were doing.  I have
24  no idea who they were putting up.  The
25  second day I went up for interviews, I

*Page 216*

1   and legislatures (sic).  We're going to
2   show them the evidence.  They're going to
3   talk to the legislatures, and the media is
4   going to put it out to the world, and
5   everything is going to be exposed.
6       That was it.  That was the plan.
7   That was Mike Lindell, "Here it is, this
8   is the plan."
9       Now, did it go through with that?
10  No.  There was -- I had to bench Brannon
11  Howse.
12      If you talk about that, there was a
13  plan for Brannon Howse to be on the side,
14  and we would -- like another outlet, like
15  all the other outlets that were there.  He
16  had his own booth and it was going to
17  break away to him.
18      And that never transpired.  He was
19  very upset about that.
20  Q.  Why not?  Why didn't Mr. Howse play a more
21      active role in the symposium?
22  A.  Because these guys took over.  Kurt Olson
23      and Janet Lynn, they took over and started
24      putting people up.  And I was up there
25      myself for the longest time, and when I

*Page 215*

1   didn't even know what went on at all the
2   second day.
3   Q.  So you would have had authority to not
4       allow them on stage then?
5   A.  I had no idea who was going on stage.  I
6       just --
7   Q.  Well, you just said you said, "Go ahead,
8       put them up."
9   A.  No.  I said, "Put up -- do what you want,"
10      to Kurt Olson and to Janet Lynn.  I said,
11      "I'm going to go -- or put nobody up,"
12      because it was a symposium, people doing
13      stuff.
14      I couldn't -- I could not spend time
15      on that stage anymore.
16  Q.  Did Mr. Olson and Ms. Lynn understand that
17      they needed your permission?
18  A.  No.
19  Q.  Is that what you are saying?
20  A.  They didn't need my permission.  They did
21      not need my permission.
22      I just said, "I'm not going to be on
23      the stage."  I went up there, they knew
24      that.  They came out, they did whatever
25      they wanted.  I have no idea even what

*Page 217*

| | |
|---|---|
| 1 they did. They talked about it in a room | 1 A. Me. |
| 2 without me, this whole big group. | 2 Q. -- at this time? |
| 3    My thing I wanted to going (sic) was | 3    For you personally? |
| 4 going on. My biggest thing was here's the | 4 A. Yeah. |
| 5 hacking in, show the legislatures that. | 5 Q. He was your personal attorney at this |
| 6 Here's the cyber room, and here's all the | 6    time, and you trusted him to put -- to |
| 7 media. | 7    decide which guests were going on? |
| 8    I wanted to get to the media, the | 8 A. What's that? |
| 9 media, the CNNs that were there and all | 9 Q. To decide which speakers would go on |
| 10 that. So I went and did interviews, and | 10    stage? |
| 11 that's the way that I had kind of planned. | 11 A. He's my personal attorney. I've had him |
| 12    And then these guys, whatever did | 12    for -- since February of 2021. He's a |
| 13 with the stage, they can do whatever they | 13    personal attorney, one of my many personal |
| 14 wanted. | 14    attorneys. |
| 15 Q. If there was someone you didn't want on | 15 Q. And you had given him that authority to |
| 16    stage, could you have put a stop to that? | 16    put people on stage, and you trusted him? |
| 17 A. I wouldn't have known. I wouldn't have | 17 A. At that symposium we didn't say, "Who has |
| 18    known. I trusted my -- the attorney that | 18    got authority?" He had as much say in |
| 19    was there, Kurt Olson. I trusted my | 19    what went on as I did. |
| 20    attorney. | 20    We got in one argument in the cyber |
| 21 Q. Well, what if, for example, Zach Petrizzo | 21    room because -- you know, big argument in |
| 22    got on stage? | 22    there because this corrupt guy, Josh |
| 23 A. Who? | 23    Merritt, is in there. We got in a big |
| 24 Q. Zachary Petrizzo. You talked about him, | 24    argument in there, and Kurt is going, |
| 25    right, the journalist from The Daily | 25    "Well, maybe we should do this." And I |
| Page 218 | Page 220 |
| 1 Beast? | 1 go, "No. This thing goes on the way I |
| 2 A. Yeah. He was invited up on stage, by the | 2 want it because" -- and it wasn't to have |
| 3    way. Did you know that? | 3 a bunch of people on the stage. It was to |
| 4 Q. Did he go on stage? | 4 have people being interviewed, could be on |
| 5 A. No, he didn't go on stage. He backed out. | 5 stage, off stage, all the legislature |
| 6    He had a mask on, and he was creeping | 6 there. |
| 7    around. | 7    That was my vision. Anyone that |
| 8    But he was invited on stage. He was | 8 wanted to come up there and talk and tell |
| 9    absolutely invited. He decided not to | 9 their piece, that's the way it was going |
| 10    come on. | 10 to be. Like roundtable thing, people |
| 11    Anybody could. It was kind of like | 11 talking. They changed all that. |
| 12 anyone could come on stage that had | 12    I had things to do. I had to get my |
| 13 attended. You know, that was kind of the | 13 message to the media. |
| 14 way it was. | 14 Q. Does Mr. Olson represent FrankSpeech? |
| 15    These people, they were all going to | 15 A. No. |
| 16 be interviewed on the side, and it kind of | 16 Q. Has he ever? |
| 17 turned out, "You know what, bring up | 17 A. No. |
| 18 whatever you want." | 18 Q. So he wasn't representing FrankSpeech at |
| 19    I trusted my attorney, Kurt Olson, | 19    the time of the symposium? |
| 20 him and the gal running it that had done | 20 A. Has he ever represented FrankSpeech? Have |
| 21 this. And there was other -- couple | 21    I asked him, consulted with him on it? |
| 22 others, too. They all made this lineup | 22    Yes, many times. |
| 23 and put up whoever. People requested to | 23 Q. Did you consult with him on it for this -- |
| 24 go on stage to those guys, not to me. | 24 A. For this symposium, yes, 100 percent. He |
| 25 Q. So who was Kurt Olson working for -- | 25    helped set the thing up from the get-go. |
| Page 219 | Page 221 |

56 (Pages 218 - 221)

1   Q.  And he was -- it sounds like he was in
2       charge of coordinating this red team.  I
3       know you've said you didn't know who the
4       red team was.
5   A.  I didn't even know what the word meant.
6       And I assume he's the one that coordinated
7       that, too.  He coordinated so much of it.
8           I had my vision, "I'm going to do
9       this.  Do it, do the other stuff, Kurt."
10      He was very good.  We worked in harmony
11      like that.
12          He was my lawyer.  He set up, he did
13      more work on the symposium, or as much or
14      more than I did.
15  Q.  So we've seen some advertising billed as
16      "Mike Lindell's Cyber Symposium."  Do you
17      recall any signage like that, said "Mike
18      Lindell's" --
19  A.  I put that out there.  People know who I
20      am.  I'm the one that put out there.  I'm
21      putting on -- it's kind of like Jerry
22      Lewis's Labor Day Telethon.  I mean,
23      that's kind of the way I wanted it to be.
24          I wanted it to be a three-day.  I
25      wanted people to sometime tune in.  Right.
Page 222

1   Q.  And Mr. Olson was working with you to help
2       coordinate this event?
3   A.  He's my attorney.  We worked together on
4       everything.  He coordinated, he met, he
5       was at the thing, helped set it up, helped
6       "Here's the way things go."
7           I asked him, "Here's what I want to
8       do."  Sometimes he'll push back on stuff
9       and say, "Well, maybe you should do it
10      this way."
11          Not just that, we do everything, all
12      kinds of stuff we do together.  He's like
13      my general attorney.
14          (Court reporter interruption.)
15  BY MR. KLOEWER:
16  Q.  So Mr. Olson didn't provide you with a
17      list of speakers beforehand.  He was
18      controlling all that himself?
19  A.  No.  We had no list even when we got
20      there.  We had one person I think that he
21      had, Dr. Frank, that said -- I think there
22      was no list provided to me at all of who
23      was going to speak.
24          MR. KLOEWER:  Well, let's take a
25      quick look here before we proceed with
Page 223

1       that.  I want to mention schedule.
2           We'll mark this as Exhibit 87.
3           (Deposition Exhibit No. 87 was
4       introduced.)
5   BY MR. KLOEWER:
6   Q.  You can see there, these are documents
7       that were disclosed as Lindell 23 --
8   A.  Yep.
9   Q.  -- through 25.  And this appears to be
10      agenda for the symposium.
11          Have you seen this before?
12  A.  Just when you guys showed it to me
13      yesterday.
14  Q.  Okay.  So we've got a day 1 agenda on
15      page 1 --
16  A.  Yep.
17  Q.  -- that includes various events.  We've
18      got an opening prayer, Pledge of
19      Allegiance.  We've got speakers listed.
20      Day 2 and day 3.
21  A.  Um-hmm.
22  Q.  It sounds like what you're telling me, you
23      had never seen this, and you did not --
24  A.  Never seen this.
25  Q.  You were not prepared for this schedule?
Page 224

1   A.  Never seen this.  Because they have got
2       like General Flynn on here.  He was never
3       there.
4           I think this was a mock-up made
5       months in advance of, okay, this could be
6       what we could do.  This was never used, it
7       was never provided at this event, period.
8       That's 100 percent fact.
9   Q.  Well, it's interesting you mention General
10      Flynn.  Why wasn't he there?
11  A.  I have no idea.  I didn't write this
12      thing.  I never talked to General Flynn.
13  Q.  Wasn't he supposed to be there on the
14      third day?
15  A.  No.  I don't know who was all invited.
16          General Flynn -- this was a mockup
17      probably made in June or something by
18      somebody.  I don't know who made this.
19      I've never seen it.
20          If I would have seen this, I probably
21      would have felt a little more confident
22      going, oh, we do have a -- we do have
23      something we're going to do.
24          My thing was all set up.  Had nothing
25      to do with the stage.  It was all set up
Page 225

57 (Pages 222 - 225)

1 with everything else: A cyber room, a
2 hack room, the media, and me talking to
3 them.
4     Whoever made this, wherever you got
5 this, probably came from Janet Lynn. And
6 she was -- you know, she was going to work
7 on it. She probably put this together.
8     I didn't know who David Clements was
9 at the time. He's on here.
10     These have to be people -- you
11 probably should interview her because I
12 don't know -- I've never seen this until
13 you showed me right now.
14     I knew Dr. Frank possibly was going
15 to be there. Patrick Colbeck I didn't
16 know. Phil Waldron I didn't know until we
17 got there, and all of a sudden he's part
18 of this red team.
19     This was all organized by Kurt Olson.
20 Q. You didn't know Phil Waldron prior to this
21 event?
22 A. No, I knew him. I didn't know he was
23 going to be there.
24     I met him by cyber one time, and that
25 was when we did Absolute Proof. He was

Page 226

1 beamed in. He was a colonel.
2     But, no. I didn't see this. This
3 was not used at the event. This was never
4 printed out at the event. So I can only
5 assume that it was something by Janet
6 Lynn, that she put this together and put
7 prospective outliner, speakers, because
8 some of these people aren't there.
9     I see one, that General Flynn never
10 was there. At least that I know of. I
11 guess -- I know there were a lot of people
12 there, and I find out all the time that
13 this person was there.
14     Actually, I can't say for sure that
15 he was there or not. I don't think he
16 was.
17 Q. You said the first time you met Colonel
18 Waldron was in producing Absolute Proof?
19 A. He was Skyped in.
20 Q. Who introduced you to him?
21 A. What's that?
22 Q. Who introduced you to him?
23 A. They didn't. He was Skyped in. I had no
24 idea who he was when we did that movie.
25 Nobody introduced me to him.

Page 227

1     He was Skyped in. All the people --
2 Absolute Proof -- let me explain.
3     Mary Fanning and Brannon Howse, they
4 set up that thing of people to him. And
5 Brannon Howse has a Rolodex of people to
6 call when he does his shows that he's been
7 doing for 20 years.
8     Those guys set up. I came there. I
9 said I know what I have for my stuff, I
10 wanted to do, and these people kept
11 getting beamed in. One of them was
12 Colonel Waldron. I didn't talk to him.
13 He was interviewed, and that was it.
14 Q. Did you know at that time Colonel
15 Waldron had been working with Patrick
16 Byrne --
17 A. No, I didn't know any of that.
18 Q. -- for many months?
19 A. I never heard their names before.
20     I'd heard Patrick Byrne's name
21 before. I'd heard that in the news. But
22 Not Colonel Waldron. I never heard the
23 name in my life.
24 Q. Have you heard Joe Oltmann talk about his
25 experiences with Patrick Byrne? Has he

Page 228

1 talked to you about Patrick Byrne?
2 A. No.
3 Q. Do you know that he testified in this
4 case, under oath, that he was sitting with
5 Rudy Giuliani in the Willard Hotel on the
6 night of January 6th?
7 A. Okay.
8 Q. And that Patrick Byrne came into the room
9 and asked for a pardon?
10     Are you familiar with that testimony?
11 A. I have no idea. I don't know what those
12 guys do.
13 Q. Hearing that, does it concern you that so
14 many of your associates have been working
15 with Patrick Byrne for so long?
16 A. I don't know. I'm not judging Patrick
17 Byrnes or any of these. These aren't my
18 associates.
19     What do you mean my associates?
20 Q. These are people you were putting in
21 films --
22 A. I met Patrick Byrnes.
23 Q. -- you're putting them onstage.
24 A. Is he an associate? Is he an associate?
25 Q. That's why I'm asking you.

Page 229

58 (Pages 226 - 229)

1  A.  Does it concern me that what?
2  Q.  Well, that --
3  A.  Who are you referring to on here?
4        Does it concern me that you're
5  associating yourself with Eric Coomer that
6  did this to my employees?
7        I mean, what are you asking me?
8  Q.  Many of the people who appeared on stage
9      and who worked on the symposium and who
10     have provided you cyber data all used to
11     work for Patrick Byrne.
12 A.  No, I don't know that.  You're telling me
13     this.  I have no idea what you're saying.
14        I don't know.  I can't answer
15     something I have no knowledge of.  I don't
16     know if they worked with Patrick Byrnes.
17     I have no idea.
18        And I didn't -- and I don't even know
19     who was on the stage at the Cyber
20     Symposium.  Do you know that?  I can name
21     probably three people I know for sure.
22        I wasn't watching.  For at least
23     eight of the hours, I was in rooms that I
24     can't see the stage, getting interviews,
25     one after another.

Page 230

1  Q.  Were you paying the members of the, quote,
2      red team for their time at the symposium
3      --
4  A.  I didn't plan on it, but it turns out that
5      Kurt said, "Yeah, we should pay them."
6  Q.  And how much did you pay members of the
7      team?
8  A.  I don't know.  Maybe 5-, 10,000 apiece.  I
9      don't know that for a fact.  Kurt -- you
10     would have to ask that to Kurt Olson.  He
11     organized that, and he said, "You owe this
12     much money," or you know.
13        I think it was five or ten grand
14     apiece.  I could be wrong.  Could be --
15     it's no more than ten, I don't think.

Page 231

7        Josh Merritt, when I met him -- when
8  I met Josh Merritt, like I told you, all
9  of a sudden we fly in to put the evidence
10 in a bag and Josh Merritt is there and I
11 am going, "Who is this guy?"  But then I
12 kind of liked him.
13        He got up on the chalkboard and said,
14 "All Dennis Montgomery stuff is a hundred
15 percent legitimate.  I went through it
16 all."  And he actually said he went
17 through it months prior, which was -- I
18 thought that was funny.  Wow, how did he
19 get it?
20        You know, how did he get ahold of
21 Dennis Montgomery's data when I had just
22 got it on January 9th, or part of it.  And
23 he said he had gotten it months before I
24 did, or whatever.  You know, he goes, "Oh,
25 I seen all his data back in" -- I think he

Page 233

59 (Pages 230 - 233)

| | |
|---|---|
| 1 said 2020. | 1 I didn't know -- they called him a monkey |
| 2 And he's up on the board, he's | 2 or some cyber thing. |
| 3 showing this guy why it's legit, because | 3 Q. You didn't know -- you weren't familiar |
| 4 the guy asked him, "Is this legit?" | 4 with the name -- |
| 5 He did at least a half-hour speech on | 5 A. No. |
| 6 how Dennis Montgomery, how he validated | 6 Q. -- Ron Watkins before the symposium? |
| 7 everything. And I'm going, "Oh, this guy, | 7 A. No. Absolutely not. No idea who he was. |
| 8 okay, bring him along." And -- well, he | 8 Q. You weren't familiar with the -- his alias |
| 9 was coming anyway, I guess. | 9 you just mentioned, code monkey? |
| 10 So he gets on my plane, and then Kurt | 10 A. I heard that term "code monkey," yes. |
| 11 Olson tells me when we get there, "Oh, | 11 Q. When had you heard the term "code monkey" |
| 12 he's part -- he's going to be part of a | 12 before? |
| 13 red team." I go, "What's a red team?" | 13 A. I don't know. Maybe a week after |
| 14 Or he didn't say the term "red team." | 14 symposium or whatever, that it was, "Who |
| 15 "He's one of the cyber guys I invited," | 15 is this guy who's called code monkey?" |
| 16 and -- or, "He's a cyber guy." | 16 I don't think he was there, though. |
| 17 And then when Waldron got there, he | 17 Q. Do you know who Ron Watkins is as you sit |
| 18 said something about a red team, like all | 18 here today? |
| 19 this military talk, and I asked her, "What | 19 A. He's a cyber guy, I heard. He's ran for |
| 20 is a red team? What's a red team?" "Oh, | 20 some office in Arizona. I've never met |
| 21 it's just this group." | 21 him. |
| 22 It was a very generic term. I still | 22 Q. Are you familiar with the website 8chan? |
| 23 don't know what a red team is there for. | 23 A. Huh-uh. |
| 24 Q. So Merritt ultimately was not paid for his | 24 Q. What about 8kun? |
| 25 time there, correct? | 25 MR. MALONE: Mike, verbally answer. |
| Page 234 | Page 236 |
| 1 A. I have no idea. I would assume he was. I | 1 A. No. No, I don't. No. |
| 2 have no idea. It know we had to sue | 2 BY MR. KLOEWER: |
| 3 him -- we did sue him because he was bad. | 3 Q. Are you familiar with the QAnon conspiracy |
| 4 We -- we did a lawsuit because he | 4 theory? |
| 5 stole stuff from the Cyber Symposium. He | 5 A. No. |
| 6 stole a hard drive, 100 percent stole a | 6 MR. MALONE: Object on scope. |
| 7 hard drive, and he tried to sabotage it. | 7 Mike, I'm just objecting. You can |
| 8 And we had a tape of him and his wife | 8 answer. |
| 9 colluding to win $5 million. | 9 A. No. I've heard QAnon. People talk about |
| 10 And so I don't know if he got paid | 10 it, but I don't know what it is. |
| 11 because I know he was kicked out on the | 11 Q. You haven't heard of Q drops, for example? |
| 12 second day for sabotaging the thing and | 12 A. No. |
| 13 stealing that hard drive. | 13 MR. MALONE: Same objection. Asked |
| 14 So I don't know. I have no idea. | 14 and answered. |
| 15 Probably -- I don't know if Phil paid him | 15 A. No, I haven't. |
| 16 or not, or if Kurt paid him. | 16 BY MR. KLOEWER: |
| 17 Q. There were various members on the red team | 17 Q. Have you heard any reports that Ron |
| 18 in addition to Mr. Merritt and | 18 Watkins is the individual most likely |
| 19 Mr. Waldron. | 19 behind the QAnon conspiracy theory? |
| 20 Did you know that Ron Watkins would | 20 MR. MALONE: Scope. Asked and |
| 21 be presenting at the symposium, or that he | 21 answered. |
| 22 would be -- | 22 A. I don't know what either thing are. So |
| 23 A. I have no idea. | 23 no, I have never heard that in my life. |
| 24 Q. -- appearing on stage? | 24 The only thing I heard about Ron |
| 25 A. I don't know who it was. After the fact, | 25 Watkins, he's a cyber guy, and he ran for |
| Page 235 | Page 237 |

60 (Pages 234 - 237)

1    office, some office somewhere; I think it
2    was Arizona.
3  BY MR. KLOEWER:
4  Q.  Do you know where Ron Watkins is today?
5  A.  I have no idea.  I've never -- I don't
6    talk to Ron Watkins.
7  Q.  How did he come to be a member of the red
8    team?  Was that Kurt Olson's work as well?
9  A.  I didn't know -- I don't know if he was --
10    he wasn't in that room.  I would have been
11    introduced to him.  I don't know who Ron
12    Watkins is in that room.
13  Q.  He wasn't physically present at the
14    symposium, but we have seen conversations
15    where he was partaking in conversations
16    with the other members of the team and
17    analyzing the data.  That's why I'm
18    asking.
19  A.  Okay.  I don't know that.  When I was in
20    that room, which I went in there maybe
21    three times, the people in that room that
22    I remember, there was a Josh Merritt;
23    there was a guy there was a Mark Cook; I
24    think there was a Doug Frank; this other
25    lady, Drawza; another guy here; and

Page 238

1    another guy here; and Kurt Olson; and Phil
2    Waldron.
3        And I got very upset with Ron -- or
4    with this -- or I mean, Josh Merritt
5    twice, because we would bring in a thing,
6    he goes, "Oh, there is nothing here."  But
7    yet he steals the hard drive.
8        But there was no Ron Watkins.  And I
9    don't know who in that room -- they
10    weren't introduced as, "This is the red
11    team."
12        I don't know who in that room was a
13    member of a red team, so to speak.  I have
14    no idea.  I didn't dig into it.  That was
15    Kurt Olson saying -- or Kurt and Phil
16    working together.
17        I am totally in the dark what you're
18    talking about.
19  Q.  So with the exception of Josh Merritt, the
20    other members of the red team, did they
21    all get paid?
22  A.  I don't know who was on the red team --
23  Q.  Well, let me --
24  A.  -- so I don't know if they got paid or
25    not.

Page 239

1  Q.  Did Shawn Smith get paid for his time at
2    the symposium?
3  A.  I don't know.  I have no idea.
4        Was Shawn Smith on the red team?
5  Q.  It's my understanding that he was.
6  A.  Okay.  I don't know if he was or not.
7    This is my part I don't know.
8       I don't know who was on the red team.
9    I don't.  I really don't, you know.

Page 240

Page 241

61 (Pages 238 - 241)

1   A.  Well, I couldn't tell you that.  I
2       couldn't tell you if Joe Oltmann was there
3       or not.  I couldn't tell you if -- the
4       only people that I know for sure that I
5       can remember Doug Frank.  I remember Tina
6       Peters because when she flew in, she was
7       on stage.  I remember a -- the Mark Cook.
8       I stayed in that room.  There was very few
9       people.
10          I was so hyperfocused, and there was
11      hundreds and hundreds of people there.
12      I'm finding out later, I'm going, "Oh, you
13      were there?"  "Yeah, I was there."  "I was
14      there."
15          And I could tell you -- I mean, to
16      me, I was shocked at a lot of ones I
17      didn't see because I wasn't looking and
18      interacting with the people.
19          I had one focus:  Eh, eh, "You guys
20      got to see this.  We got one shot for you
21      guys to understand what happened to our
22      country."
23          MR. KLOEWER:  Let's take a look at
24      what's been previously marked as Exhibit
25      3, clip 8.

Page 244

---

1   Q.  So who paid for the venue for the
2       symposium?
3   A.  I did.
4   Q.  Personally, out of your personal account?
5   A.  Yeah.
6   Q.  And what about the cameras that were used
7       to stream the event?  Did you purchase
8       those did?  You own those?
9   A.  I probably paid for them myself
10      personally.  Everything in there I had to
11      have bought or rent out of my personal
12      pocket.
13  Q.  So all of the catering?
14  A.  Everything.  I paid for everything.  Food
15      for everybody, everything was paid for by
16      me.
17  Q.  Now, I know you said you didn't see what
18      was on stage, and you said before you
19      didn't think that Eric Coomer was
20      discussed at the symposium.
21  A.  I didn't -- that he was what?
22  Q.  That he was discussed at the symposium?
23  A.  I have no idea.  I couldn't even tell you
24      if he was there or not.
25  Q.  He wasn't there.

Page 243

---

1       Exhibit 3, clip 8.
2       So this is about a two-minute clip.
3   We'll watch it, and then we can discuss it
4   a bit.
5       (Playing Video Clip:
6       "So let's connect another dot really
7   quick.
8       You have to keep in mind that one
9   of the major players in this is Eric
10  Coomer.  Eric Coomer was or is a vice
11  president of Dominion Systems?
12      "Yes.
13      "And what particular title does he
14  have as vice president?
15      "He was the director of security and
16  strategy for Dominion Voting Systems.
17  He holds the adjudication patent that
18  was assigned to I think HSBC as a
19  guarantor on it.
20      "Well, follow me here.  Just a few
21  other questions.
22      "Now, you mentioned that you're" --)
23  BY MR. KLOEWER:
24  Q.  Just want to pause real quick and ask you
25      a couple questions here.

Page 245

---

1      Watching this, do you recall this
2   panel discussion on stage at the
3   symposium?
4   A.  No.  Never seen it before.
5      I do know now that Lindell-TV there.
6   If that's -- right there in that corner,
7   this was all Lindell-TV, not FrankSpeech.
8      This was -- this aired on Lindell-TV
9   then.  So just so you know that.  I've
10   never seen this.
11   Q.  Well, why is "FrankSpeech" written across
12   the back panel between "Cyber Symposium"
13   --
14   A.  We're advertising a platform, like if you
15   had Rumble there.  What do you mean?
16   Q.  Well --
17   A.  Of course --
18   Q.  -- that's why I'm asking you.
19   A.  Right.  Of course.  You're advertising
20   FrankSpeech.com.  I wanted to people to
21   know about FrankSpeech.com.  I'm sorry, we
22   have ads.  It says right there:  "66
23   percent" and "Lindell-TV."
24      I've never seen this clip in my life.
25   You guys, I didn't watch -- I have never

Page 246

1   watched a Cyber Symposium after that.
2      I run every day.  Every single day of
3   my life is to drive around, go around this
4   country and get the paper ballots
5   hand-counted.  Never watched this in my
6   life.
7      And I wasn't there.  I was up in the
8   cyber rooms; I guarantee that.  Because I
9   would have probably watched this.  It
10   seems like it's interesting.  There is
11   five guys there.
12      I don't know.  Who is the guy on the
13   right?
14   Q.  That's Josh Merritt.
15   A.  What's that?
16   Q.  That's Josh Merritt.
17   A.  Way on the right?
18   Q.  Yes.
19   A.  See, that's only the second time I've ever
20   seen him was in Texas, and then -- so this
21   is before he was kicked out, huh?
22      He got out kicked out the second day.
23   Look at how he's sitting.  Look at that.
24   You can tell he's trying to sabotage.
25   Q.  Let's continue.

Page 247

1   A.  Look at that.  Look at that guy.
2      (Playing video clip:
3      "-- march in Antifa rallies last
4   summer?
5      "Yes.
6      "Were you not the person who
7   disclosed screenshots of social media
8   posts that also shows that Eric
9   Coomer has deep ties with Antifa?
10      "100 percent.
11      "Okay.  And were you not also on a
12   phone call with Eric Coomer or some
13   recording where he made a particular
14   controversial statement about our
15   then President?
16      "Yes.  So -- yes.
17      "What was that statement?
18      "He said that, 'Don't worry about
19   the election, what's (indiscernible)
20      Yes, sir.  'Don't worry about the
21   election.  Trump is not going to win.
22   I made f-ing sure of it."  I'm a
23   Christian, so I'm not going to use
24   that word.
25      "Okay.  So this is firsthand

Page 248

1   knowledge.
2      "Yeah.
3      "This is -- he's telling you, 'In a
4   court of law we should be able to" --
5   you know, Eric Coomer can confront
6   his accuser.  He's been accused of
7   something pretty salacious, but when
8   you look at the screenshots, what are
9   some of the things that you could
10   show us, and perhaps you'll show us
11   later today --
12      "Yeah.
13      "-- that has been posted by Eric
14   Coomer?  Because we got this Antifa
15   judge, with a person that is
16   affiliated with Antifa that's made a
17   promise about the election outcome.
18      "Well, I think the important
19   part" --)
20   BY MR. KLOEWER:
21   Q.  Okay.
22   A.  Before we go on, I want to make a comment.
23      I think -- because I don't believe we
24   were running that strip.  That strip could
25   have been on -- is this a rerun?  Did you

Page 249

63 (Pages 246 - 249)

1     guys pull this from the website or did you
2     pull that way back in time?
3   Q. I don't recall it. I can't tell you --
4   A. Just so you know, I can't say for sure if
5     Lindell-TV -- because they could have put
6     that strip on after the fact; you know
7     what I mean? I just want to make that
8     clear.
9       So I don't know. This could have
10    still been FrankSpeech platform.
11   Q. Okay. So you've said several times before
12     that the purpose of this symposium was to
13     present evidence that the --
14   A. My evidence.
15   Q. -- that the election was rigged.
16   A. My evidence.
17   Q. Well --
18   A. My evidence. 100 percent my evidence that
19     I got on January 9th. Dennis Montgomery's
20     evidence, 100 percent, and I made that
21     public everywhere.
22   Q. And you authorized Kurt Olson to put
23     people on stage to present --
24   A. No, I didn't authorize Kurt Olson to do
25     anything. Kurt Olson did it. He helped

Page 250

1     Another room where they could see how easy
2     it is to hack into an election. One guy
3     did it from his cell phone at the table,
4     at the table in five minutes. We had to
5     restart the whole thing.
6       And then going around, I had booths
7     where people go around and to each booth
8     get interviewed, or interviewed on the
9     stage by Brannon Howse.
10       That was my vision, and you can talk
11    to Brannon. That was a hundred percent me
12    and Brannon doing this. Nobody was going
13    to come on that stage. People would talk
14    amongst themselves.
15   Q. So just --
16   A. Kurt Olson changed all this and these
17    people in this room. Things went -- on
18    me, I'm going, you know what, gee, I guess
19    I can't talk for 72 hours and I want to
20    get up there with the media.
21       Whatever he put on, he did himself.
22    And he was as much a part of the symposium
23    as I was. He helped organize, he thought
24    it was a great thing. He worked -- you
25    realize he worked on me from day by day

Page 252

1     set up the symposium.
2       I told him, "Here's what I'm going to
3     do," and when I wasn't there, if there was
4     nothing going on, whatever Kurt did, Kurt
5     did.
6   Q. But if people were going to watch the
7     symposium, they could expect to turn it on
8     and see evidence of election fraud?
9   A. No, they turned it on. It was my -- I
10    told you. Here was my thing. Think of it
11    as a giant infomercial. Okay?
12       I invited the cyber guys. Here's
13    what wasn't getting out to the public. I
14    got tired of being attacked every day from
15    morning until night, couldn't get the
16    evidence out there, nobody would look. So
17    I said, "Here, bring us -- if you're a
18    cyber guy, come. Here's the legislatures,
19    our officials, and here's the media, all
20    the media." I hope -- Fox didn't show up.
21    CNN and others did, though. So there was
22    a lot of media.
23       I had a cyber room where we would put
24    pieces of the evidence. You can't put
25    a -- I spent six months, pieces of it.

Page 251

1     every day. The guy, every single day, him
2     and I worked together.
3       If people would call from around the
4     country, I would send them to Kurt; "Kurt,
5     this might be something. This might be
6     something. See if we got this," as I'm
7     getting Dennis's stuff in place and trying
8     to get the word out. It was like he was
9     my right-hand man and he could do
10    whatever.
11       The one thing he tried to do that he
12    couldn't do is he goes, "We're not ready
13    to start." I go, "What do you mean you're
14    not ready to start?" He wanted to delay
15    the start. I said, "No, we're not
16    delaying anything."
17       Now, there is stuff I would push back
18    on him, but as far as when I left that
19    stage, those guys planned the whole thing.
20    And I'm not throwing him under the bus.
21    It could have been Janet Lynn and others.
22       People that were at the symposium,
23    these people, I guarantee none of them
24    were invited to come there and speak. I
25    would say that almost 100 percent. I

Page 253

64 (Pages 250 - 253)

1  didn't invite them.  Nobody was invited as
2  a speaker.  I'll bet you anything, nobody
3  was invited as a speaker.  They were all
4  there as participants in the audience, and
5  they were invited up on stage by Kurt
6  Olson.
7       That's my guess.  I can only guess,
8  okay?
9  Q.  Okay.
10  A.  And other people got up there, too, from
11  the audience, legislatures, people that
12  were there just to talk about our country.
13  It was a free-for-all where anybody could
14  come and talk.
15  Q.  So just backing up a little bit, as a
16  general premise, the purpose of the
17  symposium was to present evidence of
18  election fraud, right?
19  A.  No.  To present Dennis Montgomery's
20  evidence, 100 percent.
21       The $5 million challenge was --
22  that's the only thing I had.  That's all I
23  had.  All this stuff you're hearing right
24  there, I'm hearing it for the first time
25  right now on this panel.

Page 254

1       These guys that he brought in or that
2  he had take the stage, people had stuff
3  all over the place.  There are people that
4  say, "Oh, I have this in Michigan," "I
5  have this in" -- wherever.
6       If you watch the Moment of Truth
7  Summit, there we had state by state come
8  up.  That was very organized and very
9  "Here's what we have," and they would come
10  up.
11       Here, these are audience members.
12  These guys, I'll bet you if you checked, I
13  didn't invite them to speak, Janet didn't
14  invite them to speak, Kurt didn't invite
15  them to speak.  I bet you they came as all
16  these other cyber and they were allowed to
17  speak.
18       Legislators spoke.  I think -- I
19  think there were people there that --
20  there were many people that spoke.  It was
21  a three-day event.  How much did I watch
22  when I wasn't on stage?  Zero.  That's
23  what you need to know.  Zero.
24  Q.  So you made no effort to vet or
25  investigate the claims of anybody who went

Page 255

1  on stage?
2  A.  I trusted Kurt Olson.  There was no times.
3  When I got done -- you got to realize,
4  when I got done on the second day, on the
5  second morning, my -- I was losing my
6  voice.  And I said, "You know what, I
7  can't do it.  I got to get to the media
8  before I lose my voice."
9       That was CNN interview two hours,
10  another one was called Vice for an hour.
11  It was solid interviews all day in a
12  closed room.  I couldn't even see the
13  stage.  And that was, pow (sound), whole
14  day.
15       The third day, as you know, I was
16  physically attacked, said, "Don't you" --
17  basically, "Don't you put anything down
18  tomorrow."  And then that's when Waldron
19  said, "We're going to get a poison pill.
20  Don't drop the last part," which was the
21  China evidence.  And that was it.
22  Q.  Okay.  Just a couple more quick ones here
23  and I'll take a break.
24       So you didn't know that at this time
25  when Joe Oltmann was sitting on stage --

Page 256

1  A.  I didn't even know he was at the
2  symposium.
3  Q.  You weren't aware then that he was
4  skipping a deposition --
5  A.  A hundred percent.
6  Q.  -- in Denver at that time?
7  A.  That is the first time I seen Josh Merritt
8  on the stage, too, ever, right now as
9  you're showing me.
10       And Patrick Colbeck.  I guess I did
11  know he had been up there, but I didn't
12  know who he was.
13  Q.  Okay.  So I think I know the answer to
14  this question, but I'm going to ask it
15  anyways.
16       You didn't know that Oltmann had
17  claimed in a legal pleading that he was
18  afraid of getting COVID, so he couldn't
19  show up for his deposition in Denver on
20  this same day?
21       MR. MALONE:  Object to scope.
22  A.  I have no idea what you're talking about.
23  I don't talk to Joe Oltmann back then.
24       MR. KLOEWER:  Okay.  We'll get back
25  into some other clips, but let's take a

Page 257

65 (Pages 254 - 257)

| | |
|---|---|
| 1 break for now. | 1 just" -- |
| 2    We're going off the record at 2:45 | 2    And I told him my vision of having |
| 3 p.m. | 3 cyber guys, just like I've said, cyber |
| 4    (Break taken.) | 4 guys, the media and the politicians, and |
| 5    THE VIDEO OPERATOR:  We are back on | 5 put them all in a room.  And that is what |
| 6 the record at 3:06 p.m. | 6 we talked about.  We never got into |
| 7 BY MR. KLOEWER: | 7 details of lineups or anything, ever. |
| 8 Q. Okay.  Mr. Lindell, before we broke we | 8    MR. KLOEWER:  We are going to go to |
| 9    watched a panel discussion at the Cyber | 9 Exhibit 4, clip 4.  We'll take a look at |
| 10    Symposium that included Joe Oltmann, David | 10 this here.  This is one minute and nine |
| 11    Clements, Patrick Colbeck, Josh Merritt | 11 seconds.  So we'll watch real quick and |
| 12    and Phil Waldron. | 12 then we'll discuss it. |
| 13       It sounds like that was the first | 13    (Playing Video Clip: |
| 14    time you had seen that discussion.  Is | 14    "All right.  So you got a couple of |
| 15    that correct? | 15 hit men that were pulling triggers. |
| 16 A. That's correct. | 16    The first gentleman you know is |
| 17 Q. And did you know that Mr. Olson would be | 17 John Poulos, who is the CEO of |
| 18    present -- I know you said that you wanted | 18 Dominion.  When he gave those |
| 19    to present the Dennis Montgomery | 19 remarks, it was before the |
| 20    information that you got on January 9th. | 20 legislature under oath.  John Poulos |
| 21       Did you understand -- did you know | 21 committed perjury time and time |
| 22    that Mr. Olson would be presenting other | 22 again. |
| 23    information such as that that was included | 23    The other gentleman at the end was |
| 24    here? | 24 a person we've heard about because of |
| 25 A. No.  No idea. | 25 Joe Oltmann:  Eric Coomer, who holds |
| Page 258 | Page 260 |

| | |
|---|---|
| 1 Q. Did you think -- was it your understanding | 1    the patent for the feature known as |
| 2    going into the symposium that Mr. Olson's | 2 adjudication, which is one of the |
| 3    speakers would also be presenting | 3 tools in their tool chest to murder |
| 4    information about Dennis Montgomery? | 4 the American people's vote. |
| 5 A. No.  They weren't presenting about Dennis. | 5    And this is one of the statements |
| 6 Q. Okay. | 6 he made along with when Joe -- and |
| 7 A. They were not presenting about Dennis.  I | 7 talk about being on the call, this is |
| 8    had Dennis's stuff.  So that's why -- | 8 what he heard. |
| 9    that's why when he started putting people | 9    You heard from Joe and you can |
| 10    up, or whatever he did, they had nothing | 10 assess whether you think he's telling |
| 11    to do with my evidence.  Nothing. | 11 the truth. |
| 12 Q. But you said before that you were working | 12    'Make f-ing sure that Trump is not |
| 13    with him for I think you said a month | 13 going to win."  That's a vice |
| 14    beforehand, talking about getting -- | 14 president of a company that is |
| 15 A. No, I worked with him for -- it worked | 15 running elections in 28 states. |
| 16    with him since the end of February. | 16    You've got your election cartel. |
| 17 Q. Okay.  So for several months beforehand. | 17 You've got your (indiscernible) |
| 18 A. Yeah. | 18 organizations, and you have the man |
| 19 Q. And you talked about preparing for this | 19 that pulled the trigger.") |
| 20    and discussing the symposium for a while | 20 BY MR. KLOEWER: |
| 21    beforehand? | 21 Q. "The man that pulled the trigger."  Did |
| 22 A. No.  Every day we would talk about | 22    you see this presentation -- |
| 23    different things, and I told him that, "We | 23 A. I've never seen this, no. |
| 24    need to have a symposium, like a three-day | 24 Q. -- at the time? |
| 25    event or something, and just -- like I'll | 25 A. And, once again, I'm going to say this for |
| Page 259 | Page 261 |

66 (Pages 258 - 261)

1    the record.
2        I never booked any speaker to speak
3    on that stage.  Kurt Olson and Janet Lynn
4    put -- and whoever else was with them did
5    all of this.  No idea.
6        And yes, they had the right to.  They
7    were the ones that put together that part
8    of the symposium.  I did -- my deal, what
9    I was going to do had shifted because I
10   don't know if people didn't want to go on
11   stage, or if these guys that were there
12   that wanted to go on stage.  I don't know.
13       So I don't know how else to answer
14   you.
15   Q.  Now, I know you haven't seen this
16   particular slide show before, but you see
17   he's got a PowerPoint presentation that
18   he's got back there?
19   A.  I've never seen it.
20   Q.  Do you know if Mr. Olson had been provided
21   that beforehand?
22   A.  I have no idea.  No idea.  I have
23   absolutely no idea of any of this.
24   Q.  Okay.  We've asked a couple witnesses
25   about these presentations that were put on

Page 262

1    stage, if they were prepared beforehand or
2    who had seen them, and --
3    A.  Never seen them.
4    Q.  -- nobody knows.
5    A.  I would have -- anything put up there,
6    either Kurt Olson had to approve or Janet
7    Lynn, or whoever.
8        And this wasn't decided ahead of
9    time.  This was decided there, at the
10   symposium where these guys -- whatever
11   they did.
12       This was -- they didn't have that --
13   you've seen that mock thing or whatever.
14   I've never seen that before, that was
15   done.  There is one guy on there:  Doug
16   Frank.  I guess Phil Waldron.
17   Q.  Okay.  Do you agree with that
18   characterization from Mr. Clements, that
19   Eric Coomer is the man that pulled the
20   trigger?
21   A.  I have no idea what he's talking about.  I
22   don't know what he's talking about.  I'd
23   have to look at everything myself.  I
24   don't know what he's talking about.  I
25   have absolutely no idea what he's talking

Page 263

1    about.
2        I don't -- I just heard on there for
3    the first time saying -- was he vice
4    president of Dominion?  I heard that, and
5    then I would look into it.  That's what I
6    would do firsthand is, is he saying that?
7    Is he vice president of Dominion?  I don't
8    know.
9    Q.  Well --
10   A.  My whole thing, I go by what Chris had
11   told me.
12   Q.  Was the Cyber Symposium a big event for
13   FrankSpeech?
14   A.  No.  That was Lindell-TV.
15       Now, I do know.  I checked while you
16   were out of the room.  It was Lindell-TV
17   that was streaming.
18       FrankSpeech didn't do anything.
19   FrankSpeech lost, once again, $500,000 a
20   month, easy.
21   Q.  Well, let me ask the question this way.
22       Was this the -- had you ever had as
23   many viewers of FrankSpeech, the website,
24   before the symposium as you did for the
25   symposium?

Page 264

1    A.  I have no idea because this was Lindell-TV
2    it was streaming on.  I found that out.
3    And I have no idea how many were
4    streaming.

Page 265

67 (Pages 262 - 265)



Page 266

Page 268

Page 267

Page 269



Page 270

1  At the time of the symposium did you
2  believe it was a success?
3 A.  I left there and, yeah, I feel we made
4  aware (sic), and I felt it was because of
5  the -- I got to go on those channels.  I
6  had been on CNN, Vice and that.  I got the
7  word out.
8  And then it was a matter -- I felt
9  good that they said, "You know what, let's
10  get the gag order lifted and you can put
11  it out."
12  At least I think people knew I had
13  something, especially with the CNN
14  interviews, because that went out to a lot
15  of people that I was on.  That was the big
16  home run.  CNN, and there was another
17  company, or one called Vice, and then
18  Daily Mail I believe.  Those were jut --
19  that went out that I had something.
20  In fact, CNN even mentioned the name
21  Dennis Montgomery, I believe, but they
22  might have carved it out of there.  And it
23  was a very famous clip that went out.  And
24  it was -- everybody's seen it and I
25  said -- and after that point is when they

Page 272

2 Q.  Okay.  All right.  So sort of wrapping up
3  the symposium, as you sit here today, do
4  you consider the symposium to have been a
5  success?
6 A.  It was successful in the fact that people
7  went back to their home states and they
8  checked out -- they checked the crime in
9  their own states.  And they were made
10  aware that -- it was a start of making
11  them aware that machines are vulnerable,
12  our computers are vulnerable.
13  And they went -- you know, that's
14  what I'd say.
15  At the time I didn't -- I didn't know
16  if I felt that way.  But then as things
17  manifested out, people come back, "Yeah, I
18  was at the Cyber Symposium.  I went back
19  to my state and I got my voter rolls," and
20  they canvassed and they found all this
21  evidence of -- of the machine
22  manipulation.
23 Q.  So why did you feel at the time -- it
24  sounds like your belief about the
25  symposium has changed over time.

Page 271

1  started mentioning Dennis Montgomery.
2  So that -- in that respect, yes, it
3  made aware that Dennis Montgomery was
4  real.
5 Q.  So, Mr. Lindell, I don't have a hard
6  copy of this --
7 A.  Yeah.  I see it.
8 Q.  -- document we were just looking at.
9 A.  That would be a deviation, if that's what
10  you're going to ask me.
11 Q.  So yeah.  This is the pageviews for
12  FrankSpeech for the symposium.  And the
13  date range that we're looking at here --
14 A.  Right.
15 Q.  -- is June of 2021 through May of 2022.
16 A.  Right.
17 Q.  So you would agree that this was a
18  significant event for FrankSpeech?
19 A.  It was -- it was a significant event to
20  get for Lindell-TV and for FrankSpeech and
21  I got the word out.
22  When you say "significant," you're
23  saying -- what are you saying?
24  Significant moneywise?  Are you saying
25  significant that it was that people knew

Page 273

69 (Pages 270 - 273)

1    about FrankSpeech?
2  Q. Well, both.
3  A. Okay.  Moneywise, no.  We lost millions of
4     dollars.  Okay.
5        But as far as people knowing
6     FrankSpeech, knowing that the web -- or
7     that the website exists, yes.  People
8     stayed with us after that, and there were
9     people that stayed with that put up
10    podcast and so on.  And I think that did
11    solidify FrankSpeech, at least that we
12    would have some people there all the time.
13       MR. KLOEWER:  What's the Bates label
14    on this, Charley, just for the record?
15       MR. CAIN:  58.  FRANKSPEECH 58.
16       MR. KLOEWER:  So to clarify, we were
17    just looking at what's been previously
18    labeled as FRANKSPEECH 58, or 000058.
19 BY MR. KLOEWER:
20 Q. Okay.  We're going to fast forward in time
21    here --
22 A. I want to say one thing, too.  That
23    metrics you're showing there, those were
24    visitors to FrankSpeech.  Those are not
25    viewers of Lindell-TV.  Just to make that

Page 274

1     labeled as clip 21.  It's Exhibit 65, clip
2     21.  This is a bit of a long clip, so we
3     may pause it a couple times here, but I
4     want to understand why you're saying some
5     of the things in this statement.
6        So this is from April 6th of 2022.
7        (Playing Video Clip:
8        "If you want to know just how
9     corrupt -- the corruption we're up
10    against, Eric Coomer served papers to
11    me before I was going on stage at the
12    Capitol.
13      Now, I've never talked about Eric
14    Coomer.  He's the president --
15    apparently he's the president of
16    Dominion, the criminal crime family
17    here in Denver.  I guess he's the guy
18    that ran into a building or did
19    something the other day that" --)
20 BY MR. KLOEWER:
21 Q. Okay.  "Dominion, the criminal crime
22    family here in Denver," what do you mean
23    by that?
24 A. I mean that what they've done to me and
25    what they've done to our country,

Page 276

1     perfectly clear.
2        Those are visitors to FrankSpeech,
3     and it doesn't show the metrics of who
4     watched Lindell-TV, because the people
5     coming in -- when you do a website metrics
6     like Google Analytics, that can be
7     computerized, those numbers can be skewed.
8     I would check into that if I was back
9     then, if I really wanted to know how many
10    were actually watching Lindell-TV versus
11    being on the platform FrankSpeech.
12 Q. And do you have that sort of data to
13    compare?
14 A. I don't.  I don't.  That's what I'm hoping
15    to get one of these days when we get the
16    new system coming in.
17 Q. Okay.  So we're going to fast forward in
18    time here a bit.
19       You've spoken a lot about the
20    different statements addressed in the
21    complaint.
22       I want to take a look at some of the
23    things you said after you were served with
24    the lawsuit in this case.
25       So if we could take a look at what is

Page 275

1     absolutely.  I stand by that.
2        You guys served me papers.  You
3     served -- you went against My Pillow,
4     served My Pillow and me papers in a
5     lawsuit.  You are part of a criminal crime
6     family as far as I'm concerned.
7  Q. What has Dominion done against our
8     country?  You said "what it's done against
9     me and against our country"?
10 A. No, that was Eric Coomer.  Did you hear me
11    say that?  That's Eric Coomer.  He served
12    me papers.
13       You guys are attacking me.  That's
14    criminal.  You get that?
15 Q. I believe you just responded -- I said
16    "criminal crime family," what does that
17    mean, talking about Dominion, and you
18    said --
19 A. Dominion and Coomer.  I put both of you
20    together.
21 Q. Yes.
22 A. Because I found out now that he was part
23    of Dominion.  That was after you served
24    me.
25       So you keep suing My Pillow employees

Page 277

1   and it's shameful.  That's what I mean.  I
2   think it's criminal, and, you know, part
3   of a criminal crime family, Dominion.
4   All -- you know, Dominion.
5  Q. I believe you said in your response that
6   "for what he's done to me" -- or for what
7   Dominion has done to you and to our
8   country.
9      And my question is, what has Dominion
10   done to our country?
11  A. What has Dominion done to our country.
12   They sued over 200 lawsuits and/or letters
13   to citizens.  I have sat with them,
14   they've cried.  They've had to get home
15   security system.  They've done nothing.
16   All they were was poll watchers, over 200.
17      You asked me what they did to our
18   country.  These are U.S. citizens.  These
19   citizens finally put up a lawsuit against
20   them when they all got together, like a
21   class action suit, against Dominion.
22      What they have done to our country
23   with lawfare and attacking our citizens,
24   and without even showing what's inside.
25   All we ask is, "You're running our

Page 278

1   elections; you better show us what's
2   inside."  They won't do it.
3      That's criminal.  It's criminal.
4   Lawfare has not been used in our country
5   since 1798.  That's why they're criminal,
6   and you know that's why they're criminal.
7  Q. You believe that Dominion Voting Systems
8   played a role in rigging the election,
9   correct?
10  A. A hundred percent.  It's not even close.
11   1,000 percent.
12  Q. So when you accuse them of being a
13   criminal organization, there is two things
14   in your mind.  We've established that you
15   are -- you think they're criminal for
16   filing lawsuits, for what you've described
17   as lawfare, but you also believe that
18   Dominion played a role in rigging the
19   election.
20  A. 100 percent.  It's not even a question.
21   Not even a question.
22      What do you think they're suing me
23   for?  Because they're trying to cover it
24   up.
25  Q. Well, that's exactly right.  That's what I

Page 279

1   was --
2  A. That's right, 100 percent.
3  Q. -- what lawsuits are because of --
4  A. I think I make that perfectly clear every
5   day.
6      (Court reporter interruption.)
7  A. That could be the dumbest question of the
8   week do I think they played a role.  Of
9   course they did.
10      MR. KLOEWER:  Okay.  Let's play from
11   where we are at.
12      (Playing Video Clip:
13    "Who knows what he did there.  But
14   anyway, he served papers, everybody.
15   He has sued -- everybody ready for
16   this? -- Mike Lindell, FrankSpeech,
17   and My Pillow.
18    Eric Coomer, you are a criminal."
19  A. You bet.
20      (Playing Video Clip:
21    "Eric Coomer, your lawyers better
22   look out.  I'm not putting up with
23   this.
24    My Pillow doesn't even know who you
25   are.  My employees -- I have

Page 280

1   employees, 2700 employees.  Shame on
2   you, Eric Coomer.  You did a very,
3   very stupid move, Mr. Coomer.  You're
4   going to be the first one right
5   behind Raffensperger and all Janet
6   Griswold behind bars.  You're going
7   to be number one on my list.")
8  BY MR. KLOEWER:
9  Q. "Right behind Raffensperger and Janet
10   Griswold behind bars."
11  A. Right.
12  Q. What do you mean by that?
13  A. Because they both done criminal activity.
14  Q. What kind of criminal activity have they
15   done?
16  A. Janet Griswold deleted all the machines of
17   Dominion all across Colorado, called the
18   trusted build.
19      And Raffensperger, it would take --
20   we would be way over on time if I told you
21   what all that guy did.
22      These are my own investigations, so I
23   know firsthand.  When I went after Coomer
24   there, it's because I know -- firsthand
25   know what he did, not only back with

Page 281

71 (Pages 278 - 281)

| | |
|---|---|
| 1   Newsmax, but you guys doubled down and<br>2   sued my employees.<br>3      He's a criminal for doing that<br>4   because -- criminal.  It's criminal.<br>5   Q.  Well, you're putting --<br>6   A.  I hope he ends up behind bars, and I stand<br>7   by my statement.<br>8   Q.  You're putting Coomer in the group with<br>9   Griswold and Raffensperger because you<br>10   believe they all played a role in election<br>11   crime as well.<br>12   A.  They've all done something with election<br>13   crime, but Coomer did something extra to<br>14   me and my employees.  To me and my<br>15   employees.  So did Dominion.  Dominion<br>16   sued my employees, too.<br>17      Yeah.  I stand by everything I said<br>18   after you sued me on that thing in<br>19   Colorado.  Hope I talked about you guys,<br>20   too, in there.<br>21      MR. KLOEWER:  Let's roll the tape.<br>22      (Playing Video Clip:<br>23      "So go after my employees and after<br>24      my company again" --)<br>25   A.  There you go.<br><div align="right">Page 282</div> | 1   A.  He's part of the biggest cover-up of the<br>2   biggest crime in history.<br>3      MR. KLOEWER:  Go ahead.<br>4      (Playing Video Clip:<br>5      "-- at Dominion.  You've even said<br>6      what you did or what you were going<br>7      to do, you're disgusting.")<br>8   BY MR. KLOEWER:<br>9   Q.  What do you mean when you say "you even<br>10   said what you were going to do"?<br>11   A.  Dominion?<br>12   Q.  No.  You said "you even said what you were<br>13   going to do."  You're talking -- you're<br>14   directing your statement at Eric Coomer as<br>15   I understand it, and you say "you even<br>16   said what you were going to do."<br>17   A.  Am I talking about Dominion?  Turn it up.<br>18      MR. KLOEWER:  Can we roll back about<br>19   ten seconds there.  I want to be sure we<br>20   get this.<br>21      (Playing Video Clip:<br>22      "-- allegedly accuse you of<br>23      something you haven't done, but I<br>24      will accuse you of this.<br>25      You've been part of the biggest<br><div align="right">Page 284</div> |
| 1      (Playing Video Clip:<br>2      "-- you're disgusting.  You belong<br>3      behind bars.<br>4      I heard you ran into a building the<br>5      other day drunk or whatever you were,<br>6      you know, whatever you did allegedly;<br>7      I'll say that for the lawyers, so I<br>8      don't "allegedly" accuse of you<br>9      something you haven't done.  But I<br>10      will accuse you of this.<br>11      You've been part of the biggest<br>12      crime this world has ever seen, Eric<br>13      Coomer, president.")<br>14   BY MR. KLOEWER:<br>15   Q.  "Eric Coomer, you've been part of the<br>16   biggest crime this world has ever seen."<br>17   What are you referring to there?<br>18   A.  Referring to just what he did.  After you<br>19   guys served me, he's part of what he did<br>20   with Dominion.  It's very clear now.<br>21      After you guys served me and attacked<br>22   my employees, you wouldn't have done that<br>23   if he wouldn't have been part of Dominion.<br>24   Q.  Okay.  So the biggest crime the world has<br>25   ever seen is rigging the election?<br><div align="right">Page 283</div> | 1   crime this world has ever seen.  Eric<br>2   Coomer, president of Dominion, you've<br>3   even said what you did or what you<br>4   were going to do.  You're<br>5   disgusting.")<br>6   BY MR. KLOEWER:<br>7   Q.  "Eric Coomer, president of Dominion, you<br>8   even" --<br>9   A.  Is he president of Dominion?<br>10   Q.  No, but I'm trying to focus on the<br>11   statement.<br>12      "You even said what you were going to<br>13   do."<br>14   A.  I don't know what that means.  I don't<br>15   know what that means.  Dominion --<br>16   Dominion, when they shut down the<br>17   machines, I don't know if he was the guy<br>18   in Michigan that was there that night from<br>19   Dominion that shut everything down.  I<br>20   don't know.<br>21   Q.  Well, you're referring to a specific<br>22   statement that you believe Eric Coomer<br>23   made and --<br>24   A.  I don't know if I -- I don't know if<br>25   that's what I was referring to.  I have no<br><div align="right">Page 285</div> |

Veritext Legal Solutions<br>800-336-4000

| | |
|---|---|
| 1     idea. | 1     covered it up. Dominion, all the machines |
| 2   Q. Okay. | 2     in Colorado. |
| 3   A. Dominion -- I was probably deferring to | 3      And then you just -- and then you |
| 4     Dominion. Now I'm grouping him and | 4     guys served me papers, the vice president |
| 5     Dominion after you guys served me again. | 5     or president of Dominion. |
| 6     And Dominion has said straight up what | 6      So yes. He's either in on it or he's |
| 7     they were going to do, and that was that | 7     doing something, because you don't sue My |
| 8     if he was the guy in Michigan -- you know, | 8     Pillow after you try to destroy him a year |
| 9     there was a guy in Michigan at 3:00 | 9     earlier. |
| 10    o'clock in the morning, we have statements | 10   Q. Okay. So the -- all right. I think we've |
| 11    from him. | 11     got enough on that. |
| 12      And I don't know if that was Coomer, | 12      MR. KLOEWER: Was that the end of the |
| 13    3:00 o'clock or 2:30 in the morning in | 13     clip? |
| 14    Michigan on the stage. We have witnesses. | 14   A. I think we can both agree on that. |
| 15      MR. KLOEWER: Go ahead. | 15   BY MR. KLOEWER: |
| 16      (Playing Video Clip: | 16   Q. Okay. Moving on, the very next day, you |
| 17      "You're evil and you belong behind | 17     went on Steve Bannon's War Room podcast. |
| 18     bars, and we will not stop until you | 18      You've been on that podcast several |
| 19     are behind bars. We're going to melt | 19     times, haven't you? |
| 20     down your little machines and you're | 20   A. I've been on podcasts all over the place. |
| 21     going to hang on to your little | 21     But yes. |
| 22     prison bars: 'Let me out, let me | 22   Q. Okay. How frequently would you say you go |
| 23     out.' | 23     on Bannon's podcast? |
| 24      Should have thought about that, | 24   A. I don't know. Once a week, sometimes |
| 25     Eric Coomer, before you did crimes | 25     three times a week, sometimes none. This |
| Page 286 | Page 288 |

| | |
|---|---|
| 1     against the United States, the world, | 1     week it's been none. |
| 2     and quite frankly, all of humanity. | 2   Q. When did you first meet Steve Bannon? |
| 3      It's disgusting what you've done, | 3   A. I met him the day on TV. I was on his |
| 4     you and Dominion, Janet Griswold, all | 4     show I believe it was the day after |
| 5     to our country.") | 5     Dominion sued me. Might have been the day |
| 6   BY MR. KLOEWER: | 6     of they sued me. First time I ever even |
| 7   Q. Okay. So crimes against the United States | 7     said a word to him in my life. |
| 8     and all of the world. I know -- | 8      I didn't meet him. He was on TV. |
| 9   A. Yes. | 9      Meet him in person, it might have |
| 10   Q. I've heard you state your opinion about -- | 10    been a year later, half a year later. I |
| 11     about My Pillow. | 11    don't know. |
| 12   A. I stand by that, too. | 12      MR. KLOEWER: Let's -- this one, I |
| 13   Q. But in that instance, you're referring to | 13    believe it's clip 23, Charley; is that |
| 14     the rigging of the election? | 14    correct? I may have gotten it wrong in my |
| 15   A. Absolutely. | 15    outline. |
| 16      Janet Griswold, she deleted the 20 -- | 16      Yes. |
| 17     you got to realize, in my lawsuit against | 17      So this about a minute-and-a-half |
| 18     Dominion, Janet Griswold went around with | 18    clip. We may stop it. This is just |
| 19     the trusted build, which we have 100 | 19    audio, so you don't need to watch, but |
| 20     percent proof. It's up on FrankSpeech, | 20    we'll play the audio here. |
| 21     it's sitting up there, the Mesa County | 21      (Playing Audio Clip: |
| 22     image that took seven months of people to | 22      "Facts. Well, interesting enough, |
| 23     put out there and do the third report. It | 23     Steve, as I went to speak in |
| 24     shows 100 percent flip-flop of the | 24     Colorado, when we put this evidence |
| 25     election, and she deleted it, and Dominion | 25     out, I -- and about 12 days ago, 12 |
| Page 287 | Page 289 |

73 (Pages 286 - 289)

```
 1        TV stations reached out to me and
 2        said, 'We will no longer let you do
 3        My Pillow commercials if your face is
 4        in it.'
 5          And then I got served" --)
 6  BY MR. KLOEWER:
 7  Q. I think we touched on this yesterday.  I
 8     just want to clarify here.
 9          12 TV stations?  Which TV stations
10     were those?
11  A. What was it said?  Was this the day
12     after -- the day you served me?
13  Q. Yeah.  You said "12 TV station reached out
14     to me and said they wouldn't run My Pillow
15     commercials if your face was in."  And I'm
16     just trying to clarify which TV stations
17     those are.
18  A. This was my -- this was -- I don't buy the
19     TVs.  I don't buy the station; another
20     company does.  And they said they had
21     reached out to them and said, 'We no
22     longer want Mike Lindell in these because
23     we got served papers there."
24          But those were the ones, if you
25     remember, kind of the ones I think I told
```
Page 290

```
 1        have anything to hide,' well, it's
 2        too late now.  We already have what
 3        they were hiding.
 4         So all it is is another attack
 5        even --
 6         "But why -- but, hey, why would
 7        Coomer's lawyers say, 'Hey, we've
 8        heard what Mike Lindell said in the
 9        last ten days and we're going to go
10        sue him again'?
11         Why would they -- logically, why
12        would they -- if they thought --
13         "Well, they're criminal, Steve.
14        Because the lawyers are criminals,
15        too.  We're going to go after them
16        now.  I'm going after them.
17         It's like a criminal crime family,
18        Steve.  It's a big criminal crime
19        family.  These machine companies, we
20        now -- I'll just bring this up so
21        this can scare them a little bit.
22         Do you know we have evidence -- we
23        have reason to believe, after I've
24        talked to five different
25        whistleblowers now from five
```
Page 292

```
 1  you -- I said, "If you leave -- if you're
 2  going to do this cancel culture because I
 3  get served papers, you know, you'll be
 4  gone for good."  And they decided to stay
 5  on.
 6  Q. That's what I wanted to clarify.
 7          So it's one company that owned 12
 8     stations?
 9  A. I don't know.  I don't know.
10  Q. Or was it 12 single stations?
11  A. I have no idea.  It wasn't one company
12     owned 12.  They were smaller stations.
13     MR. KLOEWER:  Okay.  You can --
14  A. And I don't even know if they were in
15     Colorado.  I don't think they were
16     specific to Colorado.
17     MR. KLOEWER:  Go ahead.
18     (Playing Video Clip:
19      "Eric Coomer, yeah, two days ago,
20      right when I was going to speak with
21      the capitol in Colorado, and I got
22      served papers, another lawsuit.  Eric
23      Coomer, you know, he was the head of
24      Dominion.
25       So instead of saying, 'Hey, we don't
```
Page 291

```
 1        different states, that all -- all of
 2        our overseas military votes were for
 3        Biden, the ones that were emailed in,
 4        which was 90 some percent of all
 5        emailed in.
 6         They're using a national email
 7        system, Steve.  It's disgusting.
 8        That's going to be a whole separate
 9        thing we're going after this.")
10  BY MR. KLOEWER:
11  Q. Probably should have paused a bit earlier
12     than that, but you stated before -- before
13     Steve Bannon chimed in, you said "we
14     already have what they're hiding."
15  A. Right.
16  Q. And you were talking about Eric Coomer
17     there as well.
18          What were you referring to with that?
19  A. On the Mesa County image that's right up
20     on FrankSpeech to this day.  It shows
21     everything.  It's been validated.  The
22     hashtags are there.
23          Any cyber guy in the world goes,
24     boom, and here's what Dominion deleted,
25     and here's what Janet Griswold deleted.
```
Page 293

1　　　It's there. It shows the election
2　flips in two elections. It shows the Mesa
3　County's county board election and the
4　2020 election.
5　　　100 percent, you can't sit here and
6　deny it, but the media won't put it out,
7　period. It's sitting here. It's on
8　FrankSpeech. It says "inside the
9　machine." You click it, any cyber guy --
10　I've had cyber guys I've said, "You know
11　what, will you go look at this and tell me
12　what you see."
13　　　It's that you can't deny it. It's
14　time-stamped, Mesa County image, the one
15　that Tina Peters downloaded or whatever
16　that went public, and that's what I'm
17　talking about. We have it.
18　　　Dominion can't deny this. Neither
19　can Eric Coomer. Whatever he's sued me
20　for for his big cover-up, you know, sorry,
21　guys.
22　　　And you guys are just as bad because
23　you're out running around suing people
24　when you know they're guilty.
25　Q. So you believe that Eric Coomer is trying

Page 294

1　to hide the Mesa County information?
2　A. I don't know. I don't know if he's --
3　maybe he has other people doing it, or
4　maybe Dominion has got other people doing
5　it.
6　　　He sued me, and when you sue somebody
7　that hasn't done anything, which -- this
8　is after the fact. I'm saying this now.
9　　　"You just told me you're part of it,
10　Eric Coomer. I was nice before when you
11　attacked me over here with Newsmax, and
12　you attacked. I just -- right there I
13　just called you a traitor, what did you to
14　my company. Now you sue me? I never said
15　anything about you. I never knew anything
16　about you. But all of a sudden, oh,
17　you're the vice president or president of
18　Dominion. Now I get it. You're
19　Dominion."
20　　　Not only are you suing me for
21　billions here; now you got to double down
22　and do it some more. But I guess you all
23　lawyers -- ambulance-chasing lawyers, you
24　all need a piece of the pie. I get that,
25　you know. That's nice.

Page 295

1　　　And you notice what I called you
2　guys. It's criminal what you did. For
3　you to be able to sue My Pillow.
4　　　Look at My Pillow. What did they do
5　to you? Unbelievable.
6　Q. So it's your belief that Mr. Cain and
7　myself are criminals as well?
8　A. What you did is criminal. And not you're
9　criminals, but what you've done is
10　criminal.
11　　　What you're doing here today is
12　criminal. Absolutely criminal. You're
13　taking money you don't deserve. You're
14　trying to attack people that don't -- have
15　done nothing to you. And you're wasting
16　my time with a frivolous lawsuit because
17　some judge didn't look at this last summer
18　and get rid of it and say, 'Are you
19　kidding me? You can't sue this guy for
20　this because you went and attacked his
21　company and got him so he can't go on TV."
22　　　I never talked about Eric Coomer in
23　my life until you did that to Newsmax.
24　And then you served me papers.
25　　　Everything I said after you served me

Page 296

1　papers, I stand by it. Coomer has got to
2　be part of it, and you guys are just as
3　criminal what you did to me. Period,
4　that's it.
5　Q. The criminal crime family you're
6　describing here that Mr. Cain and I you
7　believe are a part of, who else is in that
8　family?
9　A. I don't know. Maybe you run it. I don't
10　know. Haven't checked into that. You
11　know, maybe that's why you sued me, so you
12　don't -- you know, I don't know. Who
13　knows? I don't know.
14　　　I said, "What are they, a criminal
15　crime family? You know, that's what they
16　do."
17　　　When it's all tied together, you have
18　the cover-up. You got Janet Griswold
19　there. You've got -- I put the image up
20　to the world to see. Nobody says anything
21　about it. Nobody talks about it. Your
22　suing attack.
23　　　When you attack somebody, a company
24　that has never done anything to you,
25　that's criminal. You two, it's criminal,

Page 297

75 (Pages 294 - 297)

```
 1    guys.  I can't get around it.
 2        What you did is terrible.  It's evil,
 3    it's terrible, it's wrong.  And that's it.
 4        Even if you didn't like Chris Ruddy
 5    over here, what I said after you did that,
 6    what does that have to do with My Pillow?
 7    That upsets me more than anything.
 8        Attack me all you want, but you
 9    attacked a company that had nothing to do
10    with this.  You're trying to bury my
11    company.  That's the only agenda, take
12    away all the money, which you've done a
13    great job.  I have no money left.  I had
14    to borrow $10 million.  Good job, you
15    guys.  Great job.
16        You've absolutely destroyed people's
17    lives.  And you sit and tell me how Eric
18    Coomer -- you know, Eric Coomer, who I
19    knew nothing about until you'd attacked My
20    Pillow.
21        I used to tell Chris Ruddy, that's
22    just disgusting, always has been.
23        MR. KLOEWER:  I've handed you what
24    I've labeled as Exhibit 89.
25        (Deposition Exhibit No. 89 was
```
Page 298

```
 1    Dr. Coomer?
 2 A.  What's that?
 3 Q.  Why didn't you try to contact Dr. Coomer?
 4 A.  For what?
 5 Q.  To check if the allegations against him
 6    were true before you published them.
 7 A.  No.  You're missing the point.  The guy --
 8    the damage was done.  The guy -- the owner
 9    of Newsmax told me I couldn't come on.
10 Q.  I understand that.
11 A.  Okay.  Then what do you want me to do?
12    Call up Coomer and say, "Hey, will you
13    please tell Chris Ruddy to let me on?"
14        I really didn't think you guys --
15    that he was going to do that.  Then it
16    became between me and Chris, but you guys
17    had done that.
18        It was horrible what Coomer did and
19    you lawyers to tell him not to have me on
20    TV.  And you know what, sorry I didn't
21    call up Coomer and say, "Will you please
22    tell Chris to let me come on."
23        Give me a break.  Of course, I'm not
24    going to do that.  I didn't even -- I
25    didn't know who Eric Coomer was.
```
Page 300

```
 1    introduced.)
 2 BY MR. KLOEWER:
 3 Q.  We looked at something similar to this
 4    before with respect to interrogatories.
 5    These are requests for admissions.
 6        Do you remember working -- and I'll
 7    give you a minute to read through these to
 8    see if you recognize this document.
 9        Interrogatories are more general
10    questions that we ask sometimes, and a
11    request for admission is just to ask you
12    to admit something or to deny it.  And we
13    asked a series of these.
14        Do you remember answering these
15    questions?
16 A.  Let's see.  "Admit" -- "Deny," yeah, I
17    knew nothing about that.
18        "Deny."
19        "Deny."
20        "Deny."
21        "Never contact or attempt to contact
22    Dr. Coomer."  "Admit."
23        Yeah.  I answered this.  It's 100
24    percent the truth.  100 percent.
25 Q.  Why didn't you ever try to contact
```
Page 299

```
 1 Q.  Well, you didn't ask if that was true.  I
 2    told you before I was very surprised by
 3    your testimony in this issue.
 4 A.  What now?
 5 Q.  You didn't think to ask Eric Coomer if --
 6 A.  Ask him what?  Ask him, "Here, Chris Ruddy
 7    said" --
 8 Q.  You just told Chris Ruddy at his word?
 9 A.  I just made a deal, an agreement, with
10    this guy, Eric Coomer, who I -- I mean, I
11    go, "Who is he?"  "He's with Dominion, and
12    you cannot come on TV anymore to talk
13    about pillows or anything."
14        Mike Lindell specific.  Not other
15    people:  Mike Lindell.
16        So maybe you know what, was I
17    supposed to call up Eric Coomer and say,
18    "Why did you do this agreement?"  He made
19    an agreement with you.  And then it comes
20    out -- then it comes out that you -- he's
21    saying that there is no evidence because
22    of Eric Coomer and Dominion.  That's when
23    I find out Eric Coomer is with Dominion.
24        I go, "What else can Dominion -- what
25    else can happen to me?  How much can they
```
Page 301

76 (Pages 298 - 301)

| | |
|---|---|
| 1   destroy my employees and My Pillow?" | 1   with that. Nobody should live with |

1     destroy my employees and My Pillow?"
2       Sorry I didn't reach out to Eric
3     Coomer. And I'm not sorry. Make sure you
4     put that part in if you say, "Well, Mike
5     said he was sorry," because I'm not sorry.
6   Q. Duly noted.
7       Request number 7 says to admit that
8     FrankSpeech knows that Dr. Coomer has
9     provided sworn testimony that he has
10     received and continues to receive credible
11     death threats arising from the claims
12     about him by Oltmann.
13       You denied that.
14   A. Yeah. How would I know that, and how
15     would I know he had death threats, and how
16     would I know what Oltmann said about him?
17   Q. Well, you could have read the complaint.
18   A. What?
19   Q. Well, you could have read the complaint.
20   A. I never read the complaint until two days
21     ago. You know that. That's why I said
22     "Deny."
23       I never had read this and you guys
24     know that. 100 percent never read this
25     until day and a half ago. So that's why

1   with that. Nobody should live with
2   threats. Nobody should have to live with
3   threats like Dominion did to all them
4   people where they had to get home security
5   systems.
6       You're exactly right. I feel bad for
7   those people, I feel bad if this happened.
8   Coomer got a death threat, nobody deserves
9   a death threat.
10   Q. Well, if you knew that your statements
11     were encouraging people to threaten
12     Dr. Coomer's life --
13   A. I didn't. This is Joe Oltmann, and I
14     didn't know anything about it. So don't
15     sit here and put words in my mouth like
16     you tried to earlier.
17   Q. We just watched many of your
18     statements about Eric Coomer --
19   A. Did anybody call him on that? Show me one
20     that called him on that. I explained my
21     very specifically that what he did was
22     criminal, including you guys. I wouldn't
23     think anybody would call that up. I said
24     that's between me and you guys.
25       "These guys are criminal what they

1   it says "Deny."
2   Q. But as you sit here today, you do
3     know that Dr. --
4   A. Do know what?
5   Q. That Dr. Coomer has received credible
6     death threats.
7   A. No, I haven't seen the death threats.
8     Dr. Coomer can say that all he wants.
9     Show me the threats. Does he have the
10     recordings?
11       I have mine. I have mine,
12     recordings. My lawyers turn it in. I
13     have hundreds of death threats.
14       I have my recordings. Does he have
15     his?
16   Q. Yes.
17   A. Okay. Well, then, you know, I feel bad if
18     Oltmann -- if there is death threats
19     coming against him, but I don't know what
20     Oltmann and him had going. I don't know
21     what they did.
22   Q. Do you feel bad if there is death threats
23     coming at Dr. Coomer?
24   A. I feel bad for anybody. Are you kidding
25     me? Anybody. Nobody should have to live

1   did, and I'm going to get them put behind
2   bars." That's what I said. "I'm going to
3   melt them down, get them behind bars."
4       So if you guys -- I hope you're
5   clean. I hope you are. But what you did
6   was criminal. It was very bad what you
7   did to my employees, that they feel --
8   they're scared, what you guys have done.
9       You sued a company that had nothing
10   to do with you. You guys did that. You
11   two did that. It's -- I can't even fathom
12   you can't wrap your head around that.
13       Yes, I feel sorry that Coomer -- if
14   he really got death threats for something
15   somebody else said. It's horrible. But
16   you guys did something horrible, too, and
17   it doesn't make this right or that right.
18     That's it.
19   Q. Are you done?
20   A. Yeah.
21   Q. So if -- I understand you haven't read
22     Eric Coomer's deposition testimony.
23   A. No.
24   Q. Have you reviewed any of the documents
25     that we've produced?

1 A. I reviewed this the night before last.
2     I'm sorry. Every day I spend trying
3 to save our country and go to paper
4 ballot. I don't have time for this crap.
5 These lawsuits that pile up and you guys
6 do this. As far as I know, maybe you're
7 just trying to waste my time.
8     Two days I've spent listening to
9 this. I don't know Eric Coomer. I've
10 told you the two things, and you sit here
11 and tell me over and over, "Did you bother
12 to read that?" No. That's why I didn't
13 read the complaint.
14     There is things in my life that are a
15 lot more important than frivolous
16 lawsuits. The only one -- and I'm not
17 blaming you for the frivolous, other than
18 you put it up, because it should have been
19 done nine months ago when the judge should
20 have looked at this and said, "I'm sorry,
21 these guys, this is bizarre. Good-bye,"
22 and dumped it.
23     And the judge didn't do that, and
24 that's disgusting that she did not dump
25 this.

Page 306

1     You guys, maybe you have some that
2 are more serious than other. Maybe you
3 thought I knew more than I did. Maybe,
4 but you didn't ask me. You didn't come
5 out and ask me. You didn't come out and
6 ask. No. You went after Chris Ruddy and
7 said, "Don't put Mike Lindell."
8     I never said anything about Coomer in
9 my life, and you guys told him not to put
10 me on for My Pillow. And then you served
11 me papers.
12     I never said anything about Coomer.
13 Q. Mr. Lindell --
14 A. Ever.
15 Q. We've been over this --
16 A. I know, but why do you keep --
17 Q. -- many times.
18 A. -- doing this? We've been over this.
19 Q. What I'm trying to understand is if you
20 know that your statements are inspiring
21 people to make death threats against Eric
22 Coomer --
23 A. They weren't, and they're not.
24 Q. -- why wouldn't you stop?
25     If you are presented with evidence

Page 307

1 that they are, will you stop?
2 A. If he shows me that somebody out there,
3 will stop what? My statements?
4 Q. Yeah.
5 A. My statements of what he did to My Pillow?
6 If somebody does -- I can't help other
7 people. You did this. He did this, you
8 guys, and so did you.
9 Q. So you think he deserves --
10 A. Will I put your names up there in the
11 lights tomorrow? Probably not.
12     I might put the judge up that she
13 didn't deny this, and I believe I'm going
14 to do that. I'm going to put the judge up
15 there and say, "Why was this not
16 dismissed?"
17     We asked for her a dismissal. I'm
18 looking at this, I was so upset with my
19 lawyers, I'm going, "Why wasn't this
20 dismissed?"
21     This is garbage, I mean, complete
22 insanity that you went after people, and
23 that lawyer -- and that judge didn't
24 dismiss it. But if I put your names out
25 there and call people out, I can't help

Page 308

1 what other people out there do. This
2 is -- you know, if it's really true and
3 you did do this. What do you mean?
4 Q. So it sounds like you think if Dr. Coomer
5 is getting those death threats, then he
6 deserves them for what he's done.
7 A. No. Nobody deserves death threats.
8 You're not listening to what I'm saying.
9     Nobody deserve (sic) death threats.
10 These bad people -- should people not talk
11 about the truth because some crazies out
12 there might do death threats?
13     Should I -- is it okay that I got
14 death threats every day in my family of
15 burning down their houses because Dominion
16 sued me back in February?
17     Is it right that every single box
18 store around the country dumped me because
19 I said, "Hey, we need paper ballots
20 hand-counted"? Is that right?
21     I can't help what crazy people do.
22 Neither can you.
23     Is it wrong that they do that?
24 Absolutely. Am I going to quit talking
25 because there is people out there that are

Page 309

78 (Pages 306 - 309)

1   crazy?  Never.
2  Q. Let's look at request No. 8.
3    It says:
4     "Admit that FrankSpeech does not
5    have any specific evidence
6    specifically tying Dr. Coomer to any
7    specific act of election fraud,
8    including, but not limited to any act
9    which resulted in an inaccurate vote
10    count in the 2020 Presidential
11    election."
12    You deny that.  I'm asking --
13  A. FrankSpeech?  Who is FrankSpeech?
14   Yeah, FrankSpeech doesn't.
15   FrankSpeech, how would FrankSpeech -- what
16   does that mean?
17    "Admit that FrankSpeech does not
18    have any specific evidence..."
19    I don't know what that means.  What's
20   FrankSpeech?
21  Q. Well, that's --
22  A. I don't know what that -- that meant is
23   (sic) what I guess the "Deny" there is.
24  Q. You denied it, so I'm asking what evidence
25   do you have?

Page 310

1  A. Are you asking me or FrankSpeech?
2  Q. FrankSpeech.
3  A. I don't know what means.
4  Q. Well, you're here to represent
5   FrankSpeech.
6  A. "Admit that FrankSpeech does not have
7    any specific evidence
8    specifically to any specific act
9    of election fraud, including, but
10    not limited... the inaccurate
11    vote count in the 20-" --
12    I don't know what that means.
13  Q. Well, you denied it, so I'm wondering why.
14    What is the specific evidence that
15   you have --
16  A. I'm denying it because FrankSpeech is an
17   inorganic -- it's -- is there something
18   sitting up on FrankSpeech?  There is
19   evidence.  There is evidence of Dominion.
20   So if he's with Dominion -- and then
21   because I said the evidence is up that
22   says "inside the machine," you know.
23  Q. Well, we're asking for specific evidence
24   about Eric Coomer, not about Dominion.
25  A. Okay.  I don't know about Eric Coomer.

Page 311

1   But if -- that was the reason for it now
2   because you asked about FrankSpeech.
3  Q. Yeah.
4  A. You specifically said "FrankSpeech."  So
5   in my mind, I'm going, okay, here's -- it
6   says "inside the machines."  That's there.
7    I don't know how tight -- does it
8   make him guilty because he's with
9   Dominion, and yes, Dominion was involved
10   in that?  I don't know.  I'm denying it
11   because that is up there.
12    If I say I admit it -- or I mean, if
13   I say that there is no evidence up there,
14   then I'm discrediting what it says "inside
15   the machines," which is 100 percent
16   evidence that this happened in Colorado.
17   100 percent.  And that Dominion was
18   involved, and so was Janet Griswold.
19    We have all the evidence in the world
20   there.  So if I put "Admit" -- this is the
21   way I look at it.
22    I could put, okay, I can't answer
23   that because either way you're going to
24   say it's wrong.  I'm telling you I don't
25   want to discredit that thing that says

Page 312

1   "inside the machines," and it's on
2   FrankSpeech.  I don't want that
3   discredited.
4    So if you take that out of the
5   picture, then you would say -- I could
6   say, yeah, there is nothing up there, you
7   know, that I'm concerned about.
8    But that, I'm concerned about,
9   because that proves election crime, proves
10   Dominion, and it proves Janet Griswold
11   when she went around with her little
12   trusted build.  And so that's why I put
13   "Deny."
14  Q. Okay.
15  A. Protecting a piece of evidence that you
16   guys would try and discredit.  I know how
17   you guys work on that.
18  Q. But as you sit here today, you can't tell
19   me specifically what Eric Coomer himself
20   as an individual -- what he personally
21   did.
22  A. Talking about me or FrankSpeech now?
23  Q. FrankSpeech.
24  A. FrankSpeech, that "your platform
25   FrankSpeech."

Page 313

79 (Pages 310 - 313)

1  Q. Yep.
2  A. Has that up there -- you'll have to go
3     check it out -- "inside the machine."
4  Q. I've checked it, but it doesn't say
5     anything about what Eric Coomer, an
6     individual, did.
7  A. Did you look through it?  Did you have a
8     cyber guy look at it?  Did it say "Coomer"
9     inside the cyber --
10 Q. Doesn't say "Coomer" in those documents.
11    That's why I'm asking.
12 A. How do you read cyber?  How do you read
13    cyber?  Seriously.  How do you read cyber?
14    I'm asking you that.
15       Did you get a cyber guy to decrypt
16    that and see if his name is in there?  Did
17    you?  Or see if his computer is tied into
18    what happened there?  Did you check that
19    out?
20 Q. Did you?
21 A. No.  It's up there.  That's why I'm not
22    going to discredit.  I'm not going to
23    discredit it because it's so vast, and
24    it's up there.
25       I don't want you to discredit that

Page 314

1     evidence for our case.
2  Q. But you don't -- as you sit here today,
3     you don't know if that evidence says the
4     word "Coomer" in it.
5  A. I don't know that.
6  Q. Okay.
7  A. And that's why I'm putting -- but I'm
8     putting "Deny" for that reason.  I don't
9     want you to try and discredit that because
10    I don't know if it says in there, and I
11    know that he was with Dominion.
12       But I do know Dominion is guilty
13    there, and Janet Griswold, because they
14    tried to delete it.  They're guilty of at
15    least covering up or deleting, committing
16    a crime, deleting the evidence.  That, we
17    know.
18       MR. KLOEWER:  Okay.  Can we go off
19    the record, take a little break.
20       THE VIDEO OPERATOR:  We're going off
21    the record at 3:54 p.m.
22       (Break taken.)
23       THE VIDEO OPERATOR:  We are back on
24    the record at 4:03 p.m.
25 BY MR. KLOEWER:

Page 315

1  Q. All right.  Mr. Lindell, just a couple
2     more questions here.  I want to clarify a
3     few things.
4        First of all, before you said that
5     you thought Lindell-TV was streaming the
6     symposium, and you checked.
7        Where did you check?
8  A. I called Brannon Howse and said, "When was
9     Lindell-TV formed?" and it was formed in
10    April.  I was way off.
11       The reason I thought it was August,
12    because Diamond and Silk joined the lineup
13    in August, and we went to her funeral.
14    That's why I thought in my head, oh, we
15    must have -- it must have been formed in
16    August, that channel.  They were just
17    added in August.
18       Brannon clarified, he said, "No."
19    That was -- it was April -- I'm sorry, can
20    I check?
21       MR. MALONE:  April 19th.
22 A. April 19th.
23 BY MR. KLOEWER:
24 Q. And you said the symposium was not
25    live-streamed on FrankSpeech; is that

Page 316

1     correct?
2  A. It's on Lindell-TV.  And it was -- it sat
3     on FrankSpeech, amongst other stations,
4     right.
5  Q. Is it possible that it was streamed live
6     on FrankSpeech as well?
7  A. I believe it was.  I mean, there were --
8     back then there were two things you had.
9        The website has changed form.  I
10    would say it probably was because you
11    had -- when you came in, there was two
12    things back then.  I'm not going to say
13    100 percent.
14       There was a drop in here with
15    Lindell-TV with just one screen.  And then
16    you had to go over here to go to
17    FrankSpeech.
18       That's what I was saying before when
19    you showed me those analytics.  I believe
20    there was two things.
21       There was one website; it's almost a
22    separate website streaming thing here that
23    Lindell-TV was on.  And then FrankSpeech
24    was standalone.  That I can check if you
25    want before we leave.  I can make one call

Page 317

80 (Pages 314 - 317)

1     on that and they would probably know.
2       But I don't know if -- I would say
3     it's almost 100 percent sure on -- 99
4     percent, because I remember Johnston
5     Howse, I said, "Why -- you know, why
6     aren't we having Lindell-TV over here,
7     keep it where it is instead of putting it
8     on FrankSpeech," because we knew we were
9     going to get attacked. I mean, many
10    people going there, which had happened at
11    the Frankathon or whatever.
12      So I think they were separate, but I
13    don't know.
14 Q. Okay.
15 A. When I mean separate, a completely
16    separate website or platform, you know.
17 Q. And just to clarify, we've talked about
18    Eric Coomer and what evidence you have
19    about him a few times today.
20      I just want to be sure. Is there any
21    evidence I haven't asked you about? Is
22    there anything I haven't raised that you
23    think is evidence that Eric Coomer played
24    a role in rigging the election?
25 A. I'm going to be honest is I don't know

1    what's all piled up. I have so much
2    evidence for every -- for stuff you can't
3    believe. It's probably piled from here
4    over this building.
5      Specifically to Eric Coomer, I'd have
6    to ask my lawyers now. I don't know. I
7    would have to ask my -- my teams that are
8    out there. I don't know.
9      But for me, this thing here is -- I
10    mean, it's so far down my list, and now
11    it's even -- this is bizarre. I will be
12    going to the judge, I'm telling you, and
13    say, "You need to dismiss this."
14      You guys, I'm appalled at this. I
15    don't -- I didn't vet -- I didn't do a big
16    thing on Eric Coomer until he did that.
17    And that's it.
18      So as far as evidence, if you're
19    mixing him with Dominion, which when you
20    guys served me papers, I see that, I
21    see -- you know, he has agenda. I don't
22    know -- if it's not money, then he's in on
23    it. There is -- you know. And we will be
24    diving into that, or that -- I'm sure my
25    guys already have, you know.

1      But I don't know right now speaking.
2    I don't have it in front of me. I don't
3    know. I didn't even know I was supposed
4    to bring that.
5      And I read -- and if I wouldn't have
6    read this two nights ago, if I would have
7    read it back when it was served, we
8    probably wouldn't be talking here. This
9    would have been -- you know, a judge go,
10   "This is frivolous."
11      I don't know Eric Coomer, and you
12   guys -- and I understand you guys coming
13   this far because you probably thought,
14   "Well, obviously he didn't say anything
15   about this, so he must know something
16   more." And you're probably surprised I
17   don't know any of these guys. You know, I
18   don't know it. And I apologize.
19      That's why I've been so very upset
20   with -- especially with that judge. I
21   mean, the judge should have said this
22   should have been dismissed, or at least
23   ruled on it, you know. I've never heard
24   of such a thing.
25      And I'm going to say this in our

1    stream here. I'm so upset with the judge
2    when I heard my lawyer -- or the judge
3    said, "I'm not going to rule on the
4    dismissal, but you got to go do
5    discovery."
6      You guys have better things to do, I
7    have better things to do. If -- I would
8    believe if you knew now what you knew
9    then, what I knew, that you probably
10   wouldn't have done this. And then I would
11   have to say, you know -- you know, you
12   guys may be half criminal, you know.
13      Because you did do the thing -- you
14   did do the thing with Ruddy. And you can
15   go -- you know, the thing with Ruddy, I
16   can't deny that was bad what you said,
17   "Don't have Mike Lindell up there."
18      Whether you said it or he said it or
19   how you guys came to that, that's not
20   right.
21 Q. Well, I do want to just briefly address
22    that on the record. And Mr. Cain made
23    similar statements yesterday.
24      But I do want to be clear that you've
25    accused of us of many things over the last

1    two days, and I've not responded to those
2    accusations --
3  A.  No, you've been very good.
4  Q.  -- in an effort to maintain
5    professionalism.
6        But I want to be clear that our lack
7    of response should not be understood to
8    mean that we don't deny the accusations
9    that you have made --
10  A.  Right.
11  Q.  -- against both ourselves and our client.
12        So please don't infer from my silence
13    on those matters --
14  A.  Yeah, I don't.
15  Q.  -- that I'm agreeing to what you've said
16    or that that is any form of admission
17    because it's not.
18  A.  Right.  And I respect that.
19  Q.  So that's the only reason I haven't
20    engaged with any of those statements.
21  A.  I didn't take it as agreeing.
22        MR. KLOEWER:  Okay.  That's all we
23    have for today.  So that's all we have for
24    questions.
25        MR. MALONE:  We'll reserve questions,

Page 322

1    and we'll read and sign.
2        THE VIDEO OPERATOR:  We are going off
3    the report at 4:09 p.m.
4        (The right to read and sign the
5    deposition was preserved.)
6        (The deposition concluded at 4:09
7    p.m.)

Page 323

1    I, MICHAEL J. LINDELL, do hereby certify
2  that I have read the foregoing transcript of
3  my testimony and that same is true and correct
4  to the best of my knowledge and belief, except
5  as follows:
6
7  PAGE    & LINE NO.    CORRECTION        REASON
8
9
10
11
12
13
14
15
16
17
18
19

                    _____
20                  MICHAEL J. LINDELL
                    SWORN TO AND
21                  SUBSCRIBED BEFORE ME this
                    day of        , 2023
22                      NOTARY PUBLIC
23
24
25

Page 324

1  STATE OF MINNESOTA )
                      :   CERTIFICATE
2  COUNTY OF HENNEPIN )
3      I hereby certify that I reported the
   deposition of MICHAEL J. LINDELL on
4  MARCH 9, 2023 in Minneapolis, Minnesota, and
   that the witness was by me first duly sworn to
5  tell the whole truth;
6      That the testimony was transcribed under
   my direction and is a true record of witness
7  testimony;
8      That the cost of the original has been
   charged to the party who noticed the
9  deposition, and that all parties who ordered
   copies have been charged at the same rate for
10  such copies;
11      That I am not a relative or employee or
   attorney or counsel of any of the parties or a
12  relative or employee of such attorney or
   counsel;
13
       That I am not financially interested in
14  the action and have no contract with the
   parties, attorneys, or persons with an
15  interest in the action that affects or has a
   substantial tendency to affect my
16  impartiality;
17      That the right to read and sign the
   deposition was reserved.
18
       WITNESS MY HAND AND SEAL this
19  23RD DAY OF MARCH 2023.
20
21
22
23  Registered Merit Reporter
   Certified Realtime Reporter
24
25

Page 325

82 (Pages 322 - 325)

1  malone@parkerdk.com

2          March 23, 2023

3  Coomer, Eric, Ph.D. v. Lindell, Michael J., Et Al

4  DEPOSITION OF: Michael J. Lindell , Corp Rep (# 5761276)

5     The above-referenced witness transcript is

6  available for read and sign.

7     Within the applicable timeframe, the witness

8  should read the testimony to verify its accuracy. If

9  there are any changes, the witness should note those

10  on the attached Errata Sheet.

11     The witness should sign and notarize the

12  attached Errata pages and return to Veritext at

13  errata-tx@veritext.com.

14     According to applicable rules or agreements, if

15  the witness fails to do so within the time allotted,

16  a certified copy of the transcript may be used as if

17  signed.

18          Yours,

19          Veritext Legal Solutions

20

21

22

23

24

25

                                        Page 326

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

5761276 -ER

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLORADO
 3     Civil Action No.: 1:22-cv-01129-WJM
 4     ---------------------------------
       Eric Coomer, Ph.D.,
 5
 6              Plaintiff,
 7         vs.
 8     Michael J. Lindell, Frankspeech LLC,
       and My Pillow, Inc.,
 9
10              Defendants.
       ---------------------------------
11
                VIDEOTAPED DEPOSITION OF
12                 MICHAEL J. LINDELL
        Designated Representative of FrankSpeech LLC
13                Taken on MARCH 9, 2023
                Commencing at 9:59 a.m.
14
15
16
17
18
19
20
21
22
23     REPORTED BY:  Mari Skalicky, RMR, CRR
24
25

                                         Page 1
```

```
 1    STATE OF MINNESOTA )
                        :       CERTIFICATE
 2    COUNTY OF HENNEPIN )
 3        I hereby certify that I reported the
      deposition of MICHAEL J. LINDELL on
 4    MARCH 9, 2023 in Minneapolis, Minnesota, and
      that the witness was by me first duly sworn to
 5    tell the whole truth;
 6        That the testimony was transcribed under
      my direction and is a true record of witness
 7    testimony;
 8        That the cost of the original has been
      charged to the party who noticed the
 9    deposition, and that all parties who ordered
      copies have been charged at the same rate for
10    such copies;
11        That I am not a relative or employee or
      attorney or counsel of any of the parties or a
12    relative or employee of such attorney or
      counsel;
13
          That I am not financially interested in
14    the action and have no contract with the
      parties, attorneys, or persons with an
15    interest in the action that affects or has a
      substantial tendency to affect my
16    impartiality;
17        That the right to read and sign the
      deposition was reserved.
18
          WITNESS MY HAND AND SEAL this
19    23RD DAY OF MARCH 2023.
20
21
22
          Mari A. Skalicky
23        Registered Merit Reporter
          Certified Realtime Reporter
24
25

                                    Page 325
```

```
 1          I, MICHAEL J. LINDELL, do hereby certify
 2     that I have read the foregoing transcript of
 3     my testimony and that same is true and correct
 4     to the best of my knowledge and belief, except
 5     as follows:
 6
 7     PAGE     & LINE NO.   CORRECTION        REASON
 8
 9
10
11
12
13
14
15
16
17
18
19
                         _____
20                       MICHAEL J. LINDELL
                         SWORN TO AND
21                       SUBSCRIBED BEFORE ME this
                              day of          , 2023
22                                NOTARY PUBLIC
23
24
25
                                         Page 324
```