# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

## EXHIBIT 4



Text message thread with "Kurt" (KO):

> Shiva is tomorrow night. We should get him on at 5:55 central & get him on live at 6

Oct 5, 2021 at 9:11 AM

> Can you pull clips Halderman 2017 Senate testimony from 2:15:14 -- 2:17:04 and 2:36:45 -- 2:37:35. I may be off by a second or two, so make sure there is an appropriate start and end re: question and answer.

[Video link: Senate Intelligence Committee Hearing on Russian Election Interference - June 21, 2017 — youtube.com]

Oct 5, 2021 at 12:14 PM

> Thx

Oct 5, 2021 at 1:39 PM

CTRL 000097

EXHIBIT 103



CTRL 000098