**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 5**

**HOWSE PROD. 0685**

---------- Forwarded message ---------
From: **Kurt Olsen** <ko@olsenlawpc.com>
Date: Tue, Oct 5, 2021 at 1:35 PM
Subject: TPs for Halderman Report segment
To: Brannon Howse <brannon@worldviewweekend.com>, Mike Lindell <mike@mypillow.com>

Kurt B. Olsen
**OLSEN LAW, P.C.**
1250 Connecticut Ave., NW, Ste. 700
Washington DC 20036
(202) 408-7025
ko@olsenlawpc.com

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Olsen Law P.C. immediately by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.



EXHIBIT 104

**HOWSE PROD. 0686**

**Brannon**: "I have some new incredible information about Dominion Voting Machines and just how insecure these machines are to hacking and vote switching. This information comes from a renowned cybersecurity expert, University of Michigan Professor J. Alex Halderman.

Professor Halderman is not just any cybersecurity expert. Among other things, the Senate Intelligence Committee called him to testify in 2017 about the vulnerabilities of electronic voting machines to hacking and vote switching. Listen to what he told the Senate Intelligence Committee back then:

1. Clip one
2. Clip two

**Brannon**: Intro Kurt Olsen

**Kurt:** Thank you, Brannon, great to be here.

We recently learned last week that, in July 2021, Professor Halderman filed an expert report in a case in the Federal District Court for the Northern District of Georgia in which he is a cyber expert.

That case involves a challenge to Georgia's use of Dominion voting machines based on how easy it is hack and change votes through those machines.

This 25,000 word Report apparently describes numerous security vulnerabilities in Dominion ICX ballot marking devices (BMDs) and possibly other elements of Dominion voting systems **USED IN AT LEAST 16 STATES.**

BUT, the federal district court Georgia has **SEALED** Halderman's Report – meaning that it cannot be released to **ANYONE outside of the litigation.**

On September 21, just a few days ago, Prof. Halderman filed with the Court a sworn declaration, stating under the penalty of perjury, that the hacking/malware threat to these machines is so urgent that his Report **MUST BE RELEASED** to the Cybersecurity and Infrastructure Security Agency (CISA) to try to fix these issues.

1

HOWSE PROD. 0687

Not only, that but Halderman testified that these issues are so serious that he had already communicated with CISA officials, and those officials want to move forward.

Some of your audience might not know what CISA is. CISA is the government agency that defends against cyber threats to our Nation's critical infrastructure, including voting systems.

You may recall CISA, with Christopher Krebs at helm, claimed the 2020 election was– **"most secure election in American history"** – The President fired him.

- On November 18, 2020, Krebs backpeddled and said in a tweet:
  **"Rumor Control: I never claimed there wasn't fraud in the election, bc that's not CISA's job - it's a law enforcement matter."**
  https://twitter.com/c_c_krebs/status/1329113778592641024?lang=enThe

A few weeks later, around December 14, 2020, and after the supposed "most secure election in American history", Solar Winds, a maker of network software for tens of thousands of government agencies and private clients, announced one of the largest hacks in US history.

Krebs was hired by Solar Winds soon afterwards. GO FIGURE.

So, here is just some of what Halderman stated under oath about the Report in his Declaration:

- There "are . . . specific flaws in Dominion's ICX software . . . and I am prepared to demonstrate proof-of-concept malware that can exploit them to steal votes . . . ."

- " . . . the ICX is very likely to contain other, equally critical flaws that are yet to be discovered."

- "In 2022, the ICX will be used in parts of 16 states." But, we know that some states, like Colorado, have off-year elections and could be using these machines next month.

**HOWSE PROD. 0688**

- "Informing responsible parties about the ICX's vulnerabilities is becoming more urgent by the day. Foreign or domestic adversaries who are intent on attacking elections certainly could have already discovered the same problems I did. . . . It is important to recognize the possibility that nefarious actors already have discovered the same problems I detail in my report and are preparing to exploit them in future elections."

- Incredibly, Halderman also stated that he does not believe Dominion has even looked at his Report.

- Even crazier is that Halderman also states that he "understands the State Defendants" – which includes GA SoS Raffensberger and GA County election officials – **object to disclosing his Report even just to CISA – arguing the Report should not go anywhere outside of the lawsuit**.

    - **Why would they want to keep Halderman's Report secret—even from Georgia voters to whom they have a duty to ensure free and fair elections?**

That leaves at least 16 states vulnerable to hacking and vote switching.

However, even if the Report is disclosed to CISA, I don't see any legitimate reason why these 16 states should have to go through a middleman like CISA to know and understand the critical flaws in Dominion's machines identified by Halderman.

Officials in these states need to get this Report and make it public:

**Hiding from the public facts as to how easy it is for electronic voting machines to be hacked and for votes to be changed DOES NOT MAKE THEM MORE SECURE:**

**It simply keeps the public in the dark about FACTS showing that electronic voting machines are NOT SECURE.**

3