**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

      Defendants

---

**EXHIBIT 6**

---



5:25

KO

Kurt

Jul 4, 2021 at 3:40 PM

Just watched your Absolute Peril video. I see Mary Fanning was executive producer along with Mike Lindell. You made it sound like you weren't working with her anymore. I also heard Montgomery's election fraud narrative coming out of the mouth of General McInnerney. You have made a very serious mistake trusting Mary Fanning and Montgomery. I was in a conference call the other day with Mike Zullo, Sheriff Joe Arpaio and important players who are well informed on Fanning's antics and all the machinations to present a false election fraud narrative calculated to discredit our side. You have been duped and infiltrated. Just google Dennis Montgomery. He is a Federal asset with a 13-year felony fraud indictment hanging over him. The man is working off a contract with FBI. Zullo and Arpaio are resolute and will not allow this fraud damage DJT. They will not stand by and let a Montgomery con be perpetrated on all of America. I tried to warn you.

Jul 4, 2021 at 4:40 PM

By the way the one that spun  Jeff

iMessage

Cash

EXHIBIT
108

CTRL 000042



CTRL 000043