# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

# EXHIBIT 7

Expanded Summary

To Sheriff Arpaio

From Michael Zullo

Date 7-20-2021

Subject Infiltration of Mike Lindell - Existential Threat To DJT

### Overview

There exists a strong possibility that Mike Lindell is being deliberately set up to unwittingly discredit the legitimate investigations into voter fraud, demoralize President Trump's political base and inflict political and reputational damage to President Trump.

Developed source information, along with other supporting evidence, strongly suggests that government "assets" have been deployed to infiltrate Mike Lindell and discredit the electoral audit process (and future audit challenges) through the interjection of fabricated computer information alleging numerous foreign actors interfered in the Nov. 3, 2020 Presidential election.

Supported by tainted evidence and claims of numerous cyber attacks occurring during the Nov. 3, Presidential election, the allegations are that altered vote tabulation conducted by nefarious foreign actors (chiefly China) caused President Trump to lose the election. The source and basis of these allegations is Dennis L. Montgomery, a known con man and fraud.

As you are well aware through your own experience dealing with him in 2014, Dennis Montgomery is a con man and fraudster. Montgomery has been successful in convincing Mike Lindell that his Cyber related information is factual and in turn Lindell has based his entire Cyber Hacking election narrative solely on Montgomery and his suspect data.

Montgomery has again positioned himself as the only individual who has this data, similar to the tactic he used to con the MCSO in 2014. Ultimately, it was discovered that Montgomery and much of his data was in fact fraudulent despite his representation to the contrary.

As you will undoubtedly recall, in 2016, Federal Judge G. Murray Snow wrote in his opinion that Montgomery committed "fraud" against the Maricopa County Sheriff's Office and there was overwhelming evidence of Montgomery's fraud. This opinion is well-documented in court transcripts such that no amount of spin Montgomery might try to put on it will change it. Fanning is well aware of this opinion, yet she advanced him to Lindell as a reliable source.



EXHIBIT 128

1

OLSEN 002421

**Opinion Excerpts**

    a) 360. *"First, Mr. Montgomery committed a fraud on the MCSO."*

    b) 360. *"Having paid large sums of money to Montgomery for his investigations, the MCSO was a victim of that fraud."*.

    d) 362. *"despite the overwhelming evidence of Montgomery's fraud."*

    c) 373. *"The conspiracy was largely concocted by Mr. Montgomery."*

https://mediaassets.abc15.com/html/pdf/Melendres.PDF.pdf?_ga=1.125221962.1714977591.1463180483

**Potential Impact on President Trump and Election Integrity**

Source evidence and personal knowledge reveal that at least two possible FBI assets have been advancing this false election fraud narrative. These potential operatives have been identified as Dennis L. Montgomery and self-described journalist Mary Fanning.

It is imperative for President Trump to understand who these people are and how they have interjected themselves into the situation – especially regarding Mike Lindell's documentaries and the fraudulent computer information featured in the Lindell documentary Absolute Proof and later again in Absolutely 9-0, seen by one hundred million people according to Lindell.

This operation potentially aims to discredit the "fraudulent election" narrative by insertion of false claims, along with falsified computer data evidence, offering counterfeit proof of election tampering that will ultimately be revealed by design as a total fabrication and will do reputational harm not only to Mike Lindell but to President Trump as well.

Montgomery, through Mary Fanning, has claimed he developed the computer systems Hammer and Scorecard while he was working as a subcontractor for the CIA in 2004 and again in 2009.

However, as you will recall during the 2014 investigation, Montgomery stated in a taped video interview that the alleged supercomputer called "the Hammer" had already been developed by others prior to his arrival at Fort Washington in 2009. His later claim about creating the Hammer, like many of his other claims, cannot be corroborated.

Montgomery told investigators in a tape interview in 2013, he was working at Ft. Washington from early 2009 to late 2010, however, in actuality documentation reveals that under the Blxware contract he was purportedly dispatched to Ft. Washington, as a subcontractor, was short-lived.

Signed in January 2009 and remaining in effect only until March of 2009, the Air Force terminated the contract because the software "failed to meet its expectations. The scope of the contract was for the development of video compression, tracking and anomaly detection software. No indication that any work was to be conducted on any form of surreptitious breaching or data harvesting software.

2

OLSEN 002422

https://ia800505.us.archive.org/23/items/gov.uscourts.dcd.160387/gov.uscourts.dcd.160387.132.0.pdf

In that same interview, Montgomery also told investigators that he did *not* see the Hammer, build it or know anything about it before 2009. This is a stark contradiction to his and Fanning's claim that he built the Hammer in 2003. This is just one example of Montgomery's multiple timeline inconsistencies.

https://www.thepostemail.com/2021/03/01/hammer-hoaxer-infiltrates-lindells-absolute-proof-2/

It is also noteworthy that during the 2014 investigation, Montgomery never made any representations of creating a computer system, "Scorecard," that alters vote counts during his time as a CIA subcontractor. This includes his direct testimony to the Arizona Attorney General's Office and to Federal Judge Royce Lamberth in Washington DC in 2014.

## Problematic Claims

Montgomery's current claims defy logical explanations. For them to be remotely true one would have to conclude that China was either remiss or incompetent and failed to conceal its IP addresses, a common tactic known as "Spoofing," that would have prevented identification of the country of origin in the breadcrumb trail of computer data that Montgomery claims was "flipping votes" remotely by computer intrusion.

One would additionally have to believe that Montgomery, a private individual who has been out of government service for over a decade, would have the computer capability to collect such data, a feat that is difficult for most governments, let alone a private individual with no government access; yet somehow he was the only person in the nation to capture this data.

Even if Montgomery's information were true as he represents, there are legalities that would make his acquisition of such data as he describes potentially a criminal act. It would be illegal to capture these types of internet transmissions without official authorization to do so. In other words, Montgomery, purportedly as a "White Hat Hacker " outside the color of law, would be acting in an illegal manner and call into question the chain of custody of the specified information.

## Possible Legal Ramifications

Bill Binney, former NSA expert and the creator of the mass data harvesting program "ThinThread" for the NSA, reported to me that Montgomery had approached him and attempted to entice him to conduct illegal computer activities in conjunction with this effort. Binney flatly refused and severed all communication with Montgomery and all others associated with the Lindell effort. Binney has stated it would be impossible for Montgomery to have the capability to collect the volume of data he claims. Binney should know due to the fact he is the creator of this type of program.

As to Hammer and Scorecard, if these were in fact legitimate programs developed for the US government, their mere disclosure would have violated Montgomery's lifelong NDA, resulting in

OLSEN 002423

his arrest. Montgomery seems to freely speak of these alleged clandestine programs with immunity.

### Verified Experts Refute Montgomery's Claims

As he did in 2014, Montgomery has once again utilized the ruse of Packet Data Information ("PCAPS") as the identifying data points that contain the evidence of vote flipping. Montgomery has convinced Lindell that this information is irrefutable and cannot be altered or compromised. Lindell has made this assertion numerous times to the public. However, this claim is far from accurate according to former NSA and FBI experts.

In actuality, interviews with three highly credentialed former US government Cyber professionals reveal that, each independently confirmed that just the opposite is true. Accordingly, "PCAPS can be faked, manipulated, spoofed and artificially injected." All three have confirmed that faked information can be directed at a target and the unsuspecting data-collector would actually be collecting manipulated fraudulent data giving the appearance of authenticity.

### Expert Quotes

"*PCAPS source data shows a source IP Address, which can be resolved to a nation of origin. However, source **IP data can be spoofed, masking the true origin**. Also, a hacker will often compromise another system to launch their attack from, rather than directly use their own IP address. This is called* "hopping." *It should also **be noted that nation-state actors do not usually use an address inside their own country when launching an attack that could result in retaliation from another nation-state**. It would be rightly assumed that nation-states use clandestine systems for operations. **Additionally, to conclusively attribute a hack to a particular group, one would need to have access to the source IP system, which almost never occurs in cross-nation hacking.**"

"*PCAPS taken on a secure protected device **under proper chain of custody could be authentic, but without standard evidentiary and ch**ain-of-custody controls the evidence will be attacked for not being authentic. PCAPS can be spoofed by system**s designed to fake TCP/IP traffic**. Many software products exist that can generate fake traffic at the time or later. **The traffic may be real but there may be no way to verify its true source. Even if the traffic is genuine, it may not come from a suspected attacker. Zombies and proxies can be used to remotely generate attacks**. These could be Cloud computing instances, computers taken over remotely by malware or by a variety of other means. **So, traces from China may be from China but not under the control of the Chinese.**"

### Data Contrived

Montgomery's data points and a video displaying the purported Cyber attack are featured in the Absolute Proof documentary. Mary Fanning is not present on the set and she doesn't physically appear in the documentary. She narrates and describes the information asserting it is PROOF of the attack, from a cell phone speaker during the broadcast. Her face is not seen.

Montgomery's data as depicted in the documentary was quickly discovered to have been contrived and phony within hours of it being revealed to the public as determined by our own

4

OLSEN 002424

experts and later by Dominion Voting Systems in its litigation filings. Both our experts and Dominion's independently identified the same fraudulent information, as did others.

Yaacov Apelbaum, CEO of XRVision who I originally contacted and asked to review the Montgomery work appearing in the documentary, later released his findings publicly.

*1. The data is not sorted. That would be virtually impossible for any select output statement that created the file.*

*2. Many of the IP addresses do not match the source and target locations specified.*

*3. Some of the company/entity names don't match the location specified.*

*4. The document uses DBA names for companies instead of the actual legal name, which is what you would get if you did an actual IP-> organization resolution.*

*5. All of the destinations are protected with firewalls, so, the "INTRUSION METHOD" referencing the word "FIREWALL" is meaningless. Also, from the limited attack vocabulary it obvious that whoever wrote this is not familiar with actual cyber offensive operations.*

*6. Source date format is incomplete and is missing the time zone 7. Some of the records are incomplete, for example row 24 states that "TRUMP: DOWN 44,905", but failed to add the "Y" entry under the "SUCCESS" column*

*8. The tabs on the spreadsheet show that the titles were created manually ("Sheet 1" vs. "Sheet1"), which is unlikely if this date came from an automated process.*

*9. The values in the field titled "TARGET ID", which have the format of a MAC address, were most likely created with a random number generator. A sampling of some of these numbers yielded no results.*

Others were quick to publicly point out the glaring fraud in the Montgomery information.

https://www.thepostemail.com/2021/03/01/hammer-hoaxer-infiltrates-lindells-absolute-proof-part-2/

Evidence suggests that this operation may have begun as early as June 2017; however, in June 2019 Dennis Montgomery resurfaced in a series of sanitized articles authored by Mary Fanning of *The American Report*. Fanning's resurrection of Dennis Montgomery's "Hammer" narrative raised concerns given our prior investigations into his fraudulent activities. Fanning conducted numerous Youtube and radio interviews pushing the whitewashed Montgomery narrative.

### Who is Mary Fanning?

I first encountered Mary Fanning in 2012, via phone during the Obama birth certificate investigation. Fanning dispatched her associate, Alan Jones, to Phoenix a few years later claiming they had critical information pertaining to that investigation. It was clear from the first ten minutes of my interaction with Jones that his information was worthless, and judging from the ensuing conversation, it was clear that Jones was attempting to extract information from me.

5

OLSEN 002425

He was not successful. Some weeks later in a phone conversation, Jones divulged that Fanning paid his travel expenses to Phoenix for that very purpose.

Fanning is a self-declared National Security Journalist; however, she has no background in Journalism or National Security. In fact, she has no professional background or formal education that can be determined. Her Internet presence is token; not even a photograph exists of her online.

Three former IC officials have independently expressed their belief that Fanning has ties to the CIA. One former official in particular attested to having worked directly with her in McLean, VA in 1994. According to him, she had a different name then and was working on a specific overseas matter. An agency NDA prevents her identity from being disclosed. *(This has not been verified)*

This account was corroborated to some extent when an unrelated former IC official unexpectedly provided me with details of the very same 1994 incident involving Fanning during an unrelated conversation. A number of former CIA, FBI and Intelligence professionals have expressed concern about Fanning's behavior from having observed some level of trained sophistication. *(This information will require further investigation to ascertain its validity.)*

### Fanning's Influence Campaign

Along with Howse, Fanning is credited as a producer in "Absolute Proof" and subsequent Lindell documentaries. Fanning would have been in a position to have creative control over the information contained in the documentary. However, neither Lindell nor his executive producer (Howse) ever met Fanning in person and neither has ever seen her face. She is a disembodied voice over a telephone. Fanning has been successful in concealing herself from public view for decades. Her internet presence appears to have been completely scrubbed. This fact alone should give anyone pause.

Well before the 2020 election Mary Fanning attempted to elevate Dennis Montgomery to hero status. In her writings, Fanning omitted critical information concerning Montgomery's frauds and perjuries. She has refused to acknowledge Montgomery's million-dollar felony fraud indictment in the state of Nevada (which has yet to be adjudicated after more than 13 years).

This unresolved indictment suggests a longstanding relationship between Montgomery and the FBI or other government agencies. In fact, a former U.S. intelligence official informed me personally that Montgomery has been an FBI asset since January 2017. This would make sense as you will recall Montgomery met with the FBI and was given immunity by the DOJ in mid 2016.

In her efforts to bolster Montgomery's credibility as a "federal whistleblower" and conceal his sordid history, Fanning has engaged in a campaign of slander against anyone who brings up his shady past. She has leveled a number of allegations against anyone who questions her narrative or that of Montgomery's.

Accusations of being deep-state actors, CIA agents or Russian spies are an automatic response. When two intelligence veterans attempted to warn Howse, Fanning slandered them as "deep state agents." Howse was warned a number of times by different people concerning Montgomery, but the warnings were ignored.

OLSEN 002426

### "House Wife" or "Trained Operative?"

In an effort to disclose the truth about Montgomery's criminal past and relate his 2014 interactions with your office, information was sent to Howse through Jeff Nyquist, a well-respected journalist. The response from Howse was visceral and led to a series of slanders against me from Fanning which can only be described as an attempted character assassination.

Fanning's attempts to slander me and others were purposefully discrediting and intended to prevent the truth about Montgomery's dubious past from surfacing. Based on my personal and professional experience dealing with Mary Fanning, and being a victim of her poisoned pen, I can only conclude she is highly deceptive or an outright liar at times.

Former verified CIA officials known to both you and me have stated that Fanning's methods are representative of a trained operative. Fanning has also been found to be embroiled in other government operations that would preclude the participation of an unaccomplished individual, purportedly a housewife. It is believed that her efforts to conceal her identity from public view are related to other operations she may have perpetrated.

Fanning purposely omits any mention of Montgomery's 35-year litigious history. She makes no mention of the fact that Montgomery is known as "The Man Who Conned the Pentagon," his attempts to defraud the federal government, his felony indictment or his other bogus technology claims, multiple bankruptcies, perjuries, his many hoaxes, and his most recent fraudulent dealings with the Maricopa County Sheriff's Office. I happen to know that Mary Fanning was acutely aware of each of these items, some of which I personally alerted her to in 2017. These are simply not the omissions of a simple housewife, as Fanning likes to portray herself, but rather, a well-calculated, deceptive act committed for purpose.

Fanning supports the same narrative that Montgomery peddled to us in 2014; namely, that he is a CIA whistleblower and the inventor of the supercomputer called "The Hammer" used by the government for illegal spying operations on American citizens. This story has never been corroborated.

### 2020 Presidential Election Internet Claims

Last October 31, Fanning published a story titled, "Biden Using Scorecard and The Hammer to Steal Another U.S. Presidential Election" in which she began to promote a new set of fabrications from Montgomery. She claimed he had invented a program called "Scorecard" that, together with "The Hammer," was going to be used to steal the presidential election from Donald Trump. The new "Scorecard" allegations were based solely on the assertions of Dennis Montgomery; Fanning offered no corroborating source.

It should be noted that during our 15-month investigation of Montgomery, he never made any reference to "Scorecard" either during his 2013 "free talk" at the Arizona Attorney General's Office or in the 2014 meeting you authorized with federal Judge Royce Lamberth.

After the 2020 election, Howse and Fanning gained notoriety by promoting Montgomery's claims about foreign hacking of the election. Eventually, Howse drew Lindell into Fanning and

7

OLSEN 002427

Montgomery's orbit. Although Lindell's documentaries make no mention of Montgomery, the information Lindell used clearly originated with Montgomery and was linked back to him. It is my understanding Montgomery has met Lindell face to face. This is concerning, as my experience with Montgomery will attest to the fact that he is a very convincing skilled con man. Fanning has successfully worked her way into Lindell's confidence; she is viewed as a highly trusted advisor, thereby discrediting opposition with accusations which remain unchallenged as she promotes Montgomery's further infiltration.

Fanning, Howse, Gen Thomas McInerney, (Ret) and Kirk Wiebe (NSA Ret.) all credited Montgomery with creating Scorecard based solely on Montgomery's representations and without viewing any direct evidence of the software's existence. They also underscored Montgomery's call, days prior to November 3, that the election was going to be hacked, without questioning the validity of the claim. It was not until pushback came about Montgomery's reputation that a coordinated effort was launched by Fanning and Howse to stop identifying him by name, referring to him as "The Source" in an effort to conceal his identity and scrutiny from the public.

## Montgomery's Name Scrubbed

After conducting several interviews with cyber-security experts (former employees of the NSA and FBI) I learned that Montgomery's claims (and Lindell's allegations) about election hacking cannot be validated. In fact, the origin of such hacking can rarely be determined and is impossible to validate from a non-government computer. Lindell's claim about computer packet captures is not credible to any of the cyber-security experts I interviewed, including Bill Binney.

I do not know how it was done, but Fanning bolstered Montgomery's claims by flipping former NSA expert Kirk Wiebe, who had earlier testified in writing about Montgomery's fraudulent activities in a report to you in 2014. Through Wiebe's newly found endorsement and other resources, Montgomery's narrative spread to official circles. In time the narrative became self-reinforcing.

PX 2531 2013-11-13 Drake-Wiebe Letter Re Montgomery Hard Drives | Computing And Information Technology | Business (scribd.com)

Despite Montgomery's name having been completely omitted from the ongoing narrative, the data on foreign hacking of the election was Montgomery's and originally posted on a website he controlled. This entire narrative is based exclusively on Montgomery and his faulty data. Neither Montgomery's name nor his image appears in any of the Lindell documentaries.

## An Unlikely Alliance

Here is how the narrative and infiltration were accomplished as Howse himself described in one of his TV broadcasts. Fanning recruited Howse, who in turn vouched for Fanning to Lindell. Howse said he and Fanning had to "sell" Lindell on the Montgomery information. Fanning vouched for Montgomery and his data. Lindell then met with Montgomery. They believed his story and ran with it. They made their documentaries and set up Lindell TV. They swallowed the "sleeping grenade" that will – if unchecked – damage the election fraud narrative and President Trump. The "absolute proof" that Mike Lindell refers to is no proof at all; it is believed to be disinformation planted by potentially two FBI operatives.

8

OLSEN 002428

Sources report that Lindell's team is attempting to bolster Montgomery's fraudulent data by marrying it to other data supplied by hand-picked experts attempting to salvage the struggling narrative. Two highly qualified experts attest to having been present during a meeting to accomplish this task. During that process they challenged Montgomery's work product as being problematic. They were informed that if they could not support the "China" narrative their services were not needed and were not selected for the team.

It is now public knowledge that Lindell will be hosting a Cyber Symposium where he plans to reveal all his cyber data to the public over a three-day live event next month. He has also invited experts with certain qualifications to participate. Under the circumstances described above, should Lindell's narrative of election fraud and the faulty data be publicly released, the results will be fiercely contested.

I have learned Montgomery will not appear at the symposium to defend his own work. This is not unlike his 2014 failure to support his work on the 47 hard drives he supplied to us which allegedly contained government-privileged information. That "evidence" of Montgomery's claim was reviewed by former NSA experts Thomas Drake, Wiebe and Binney; as you recall, Montgomery declined the invitation to attend and his data was proven fraudulent. I suspect this will be the case here as well.

One cyber-security expert told me, *"I am not aware of any way that somebody could have collected live packet capture data that was monitoring the elections unless it was our own government. If the stuff is legit, then somebody broke the law and violated their nondisclosure agreement."*

**Conflicting Narratives, "Legal Jeopardy?"**

Dr. Douglas Frank, a physicist who thinks he discovered the algorithms that flipped the election, has made the disturbing statement that Lindell hired a group of "mission impossible" spies who broke into premises at remote locations to access overseas computers that hacked the election. If this claim is true in any sense, then Lindell may find himself in serious legal jeopardy.

Lindell and Frank actually and perhaps unwittingly impeached a part of the Montgomery narrative. Lindell has publicly stated that he had only the intrusion data at the filming of Absolute Proof, but they did not know exactly how the vote-flipping was being accomplished. Frank claims his work reveals how the program was working algorithmically, and because of Frank's work they now had the answer.

This flies in the face of Montgomery's assertion that he built the very program "Scorecard" that was doing the vote flipping. If Montgomery had indeed been the creator of the program he certainly would have known the algorithmic formula and could have described it in great detail; however, that is not the case. Lindell states that Dr. Frank brought forward the missing piece of the puzzle. This fact alone dismantles Montgomery's narrative claim of being the creator of the software "Scorecard."

9

OLSEN 002429

### Dr. Frank's work is called into question

The validity of Frank's work has just recently been called into question. An article recently released on the "Constellation Blog" website asserted that Frank's computations are flawed, incorrect and deliberately deceptive as they relate to Broomfield County, Colorado.

"Every single one of the underlying data points Dr. Frank presents is wrong."

https://www.constellationpolitical.com/blog/dr-frank-analysis-wrong/

### Lindell-Trump Linkage

Lindell, for his part, unwittingly and through his funding of a variety of activities, may have been exposed to possible state and federal criminal prosecution with charges involving computer crimes, election tampering, conspiracy, fraudulent schemes and other possible charges. Politically motivated prosecutions seem to be the norm today.

I suspect this operation also seeks to link President Trump through association with Lindell, if nothing more than by reputational destruction, as Lindell publicly touts his frequent visits with President Trump. Current media coverage of Lindell points to his having a part in January 6 events as well as focusing on the monetary aspect of his involvement including profiteering from this effort. It is evident the counter-narrative is beginning to take shape.

Should Lindell's China narrative and data fall apart, the media will most likely try to link President Trump as a conspirator with Lindell in an attempt to fraudulently overturn the election. Much is at stake to simply rely on the representations of Dennis Montgomery.

It does not take a great legal mind to see the danger here. Agent provocateurs, sent by the FBI, can lure the unwary to commit illegal acts. They can undermine the ongoing investigation into election fraud by contaminating good data with bad.

### Troubled Credibility

Montgomery can never survive judicial scrutiny. His credibility is severely damaged by his lengthy litigious history, which includes perjury, fabrication of documents, loss of security clearances, and gambling debts. Criminal frauds and indictments are well-documented and insurmountable. Much of this information was not available to us in 2014.

> **February 2006:** The FBI and US Air Force Criminal Investigations Division launched an investigation of eTreppid and Mr. Montgomery for a National Security violation involving the mishandling and unlawful transportation of classified data from a military contractor.

OLSEN 002430

FBI 302 reports reveal eyewitness accounts of Montgomery's fraudulent demonstrations of his purported "FINDIT" object recognition Drone software to Pentagon officials. eTreppid employees were instructed to push the "A" button on a computer provided by Montgomery from a concealed remote location when they heard a beep on a cell phone.

Montgomery for his demonstration would place a toy bazooka in a field behind the eTreppid facility. He would use a cell phone to send a signal to the employee, concealed from sight from U.S. military officials, which in turn would cause a computer screen placed in front of the officials to flash an image of the bazooka on the screen, giving the appearance that the overhead drone utilizing Montgomery's phony program had located the bazooka. It was all a choreographed fraud. Witnesses told federal investigators that this type of fraudulent demonstration conducted by Montgomery occurred on approximately 40 separate occasions.

275559455-DM-FBI-Search-70-Gov-Docs-Unsealed-D-nev-3-06-Cv-00263.pdf (thepostemail.com)

**September 11, 2006:** A former coworker of Montgomery's at eTreppid, Sloan Venables, tells Air Force investigators Haraldsen and Smith that he found Montgomery "nuts and a crazy compulsive liar," "abusive to subordinates," and "would threaten subordinates and instruct them to not engage with TREPP" (co-founder of eTreppid).

275559455-DM-FBI-Search-70-Gov-Docs-Unsealed-D-nev-3-06-Cv-00263.pdf (thepostemail.com)

**November 2010:** Montgomery is indicted on six felony counts for passing checks totaling one million dollars with insufficient funds at a Las Vegas casino:

https://www.clarkcountycourts.us/Anonymous/CaseDetail.aspx?CaseID=8698813

**March 2009:**   Magistrate Judge Valerie P. Cooke concludes Mr. Montgomery committed perjury and "Mr. Montgomery's September 2007 declaration contained untrue statements which he knew were false, and that this declaration was filed in bad faith and for the improper purposes of attempting to manipulate these proceedings, to gain a tactical advantage, to harass Mr. Flynn, his former Counsel, and to subvert orders of this Court. "

*"The court finds there is clear and convincing evidence that Mr. Montgomery committed perjury when he signed the September 10, 2007 declaration, and that he signed the declaration in bad faith, vexatiously, wantonly, and for oppressive reasons."*

*The court also found that Montgomery "demonstrated a consistent inability to not recall pivotal facts, and the court did not find his testimony credible."*

Montgomery was referred to the US Attorney for criminal prosecution for perjury.

As a result, Mr. Montgomery and his attorneys were jointly and severally sanctioned for over $200,000 in court fees and fines. Montgomery's and the attorneys' right to appear pro hac vice before the Circuit where was revoked for five years.

Montgomery v eTreppid # 985   ORDER Granting Sanctions Re Montgomery Perjury   D.nev._3-06-Cv-00056_985_

11

OLSEN 002431

The fact that Montgomery's last known fraudulent activity involving the Maricopa County Sheriff's Office occurred in 2014 and his current data, which Montgomery was compensated for and is featured in Absolute Proof, was immediately identified as fraudulent simply adds to his decades long list of wrongdoing. Montgomery will at some point in the near future have to answer the chain of custody question; How did you acquire this data? The answer to this question may be incriminating.

A plethora of derogatory factual information about Montgomery can easily be found by simple internet search, yet it would appear no vetting of Montgomery or Fanning was performed to insure their credibility. As a result the nation is about to embark on what may be an unprecedented national and constitutional crisis, with Dennis Montgomery at the center of it all.

### Video Clips

- How a Reno casino con man became a respected defense contractor

- "The Man Who Conned the Pentagon"

- DN! "The Man Who Conned (2) the Pentagon"

### Attempts to Caution Lindell Fail

In a direct effort to bring this information to the attention of Mike Lindell and his counsel, working through a number of former IC officials and trusted resources over the last three months, I have been in contact with Mr. Don Berlin, who was an advisor to the Presidential Commission on Voter Integrity and an outside adviser to the senior staff of the NSC.

Currently Mr. Berlin is an advisor for litigation management and strategic services for Kurt Olsen, who is representing several clients related to this matter. I sent some of my information to Mr. Berlin, who then included excerpts into a confidential and privileged document to Mr. Olsen in June which included a confidential attorney work product briefing.

Other sources reported this information was presented to Mr. Lindell, but it does not appear as though he has excised the Montgomery-Fanning materials from any of his work products which concerns me greatly.

Attached you will find a draft document, a portion of which was incorporated into the privileged document to which I have not been privy and do not have access. The only reason I have the draft is so I could be certain that whatever information I provided was done so accurately, as I am the sole author of my material and Mr. Berlin wanted to ensure whatever he produced was an accurate portrayal of what I wrote.

12

OLSEN 002432

As stated earlier, I understand this information was presented along with a briefing to Kurt Olsen. It is also my understanding that no attempt has been made to advise President Trump himself. I believe this must be done immediately given the background and history of Dennis Montgomery and Mary Fanning.

### Planned Collapse

Montgomery's infiltration appears to be more nefarious than just a simple con for financial gain. The implantation of Montgomery's erroneous data, along with a collapsing narrative, is designed to quickly erode the confidence and credibility of the legitimate election-audit process, not to mention the legal and financial entanglements Lindell will be left to shoulder.

Should Lindell's data be determined to be fraudulent, the negative repercussions in the court of public opinion, not to mention the onslaught from the media who appear to be lying in wait, may have profound consequences.

The public, being lost in computer algorithmic jargon, growing frustrated and perhaps losing the resolve to pursue further state-level audit investigations, is being diverted from where the fraud actually took place: on the ground, as we are learning from recent analyses in Maricopa County, AZ and Fulton County, GA. With Maricopa County as being the only legally official authorised investigation and is yielding results that clearly indicate hard paper ballot irregularities.

This is not to say there was not some level of computer related interference; however, this requires an exhaustive investigation conducted with the highest law enforcement standard.

Based on the above, the possibility strongly exists that the entire Montgomery/Fanning Cyber-claim may be nothing more than a well-planned psyop designed to distract, defeat and perhaps ensnare the unsuspecting into federal prosecutions.

Several attempts have been made to warn Howse and Lindell of the Montgomery/Fanning pitfalls to no avail. Solid evidence surrounding Montgomery is disregarded despite reaching counsel, and I suspect efforts may have been hampered from reaching President Trump as well.

### Final Thoughts

All indications are that Lindell intends to move forward with his Cyber Symposium. Relaying this information to the president is crucial before that event takes place.

Lindell will now enter the arena with a competing narrative to the official state-level audit results,that hold legal authority. He has already stated publicly that audits are not needed, all that is needed is his Cyber work. (Montgomery's work).

13

OLSEN 002433

This along with what may now be Dr. Frank's problematic analytical data, this is exponentially much more dangerous. Marrying faulty data to authentic data is problematic on it's own. Marrying inaccurate data to faulty data opens the door to a number of more serious problems.

The best outcome at this juncture would be for Lindell to postpone his Symposium until a thorough independent detailed examination of Montgomery's data can be performed by highly skilled, impeccably credentialed qualified experts, that are not currently on the Lindell payroll or influenced by Lindell or his team. This would guarantee the data is accurate, if possible and be the safest path forward for all involved, as the Lindell Cyber analysis is not the product of any authoritative body.

If Montgomery's unverified data is allowed to stand as the basis for Lindell's symposium, the competing arguments challenging the emerging evidence of duplicate ballots, missing documentation required by law, mail-in ballots with no known origin, and old-fashioned phony ballot-stuffing is juxtaposed to computer-related cyber attack from a foreign actor will further convolute the narratives, which will likely not be reconciled to each other.

Mike Zullo

14

OLSEN 002434