# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

# EXHIBIT 8

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLORADO
 3            CIVIL ACTION NO: 1:22-CV-01129-WJM
     ----------------------------------------------x
 4    ERIC COOMER, Ph.D.,                           :
 5                           Plaintiff,             :
 6                                                  :
                   -versus-
 7                                                  :
 8    MICHAEL J. LINDELL, FRANKSPEECH LLC,          :
      and MY PILLOW, INC.,
 9                                                  :
                           Defendants.
10   ----------------------------------------------x
11
12
13
14            Videotaped Deposition of HARRI HURSTI,
15       taken pursuant to Subpoena, Notice, and the Federal
16       Rules of Civil Procedure, at Regus, 500 West Putnam
17       Avenue, Greenwich, Connecticut, before June Keefer,
18       RMR, RPR, a Notary Public in and for the State of
19       Connecticut, on March 30, 2023, at 10:10 a.m.
20
21
22
23
24
25
                                                        Page 1
```

```
 1    A P P E A R A N C E S:
 2
 3
                  For the Plaintiff:
 4
                  CAIN & SKARNULIS PLLC
 5                P.O. Box 1064/101 N. F Street
                  Suite 207
 6                Salida, Colorado 81201
                         -and-
 7                303 Colorado Street
                  Suite 2850
 8                Austin, Texas 78701
                  Tel: (719)530-3011
 9                By:  CHARLES J. CAIN, ESQ.
10
11
                  For the Defendants:
12
                  PARKER DANIELS KIBORT LLC
13                888 Colwell Building
                  123 North Third Street
14                Minneapolis, Minnesota 55401
                  Tel: (612)355-4100
15                By:  RYAN P. MALONE, ESQ.
16
17
18    A L S O    P R E S E N T:
19                DEBBIE O'TOOLE, Videographer
20
21
22
23
24
25
```

Page 2

```
 1                    THE VIDEOGRAPHER:  Good morning.  We're
 2      going on the record at 10:10 a.m. on March 30th, 2023.
 3      Please note that the microphones are sensitive and may
 4      pick up whispering and private conversations.  Please
 5      mute your phones at this time.  Audio and video recording
 6      will continue to take place unless all parties agree to
 7      go off the record.
 8                    This is Media Unit 1 of the
 9      video-recorded deposition of Harri Hursti taken by
10      counsel for the Plaintiff in the matter of Eric Coomer,
11      Ph.D. versus Michael J. Linden, et al., filed in the
12      United States District Court of Colorado, case number
13      1:22-CV-00 -- I mean 01129-WJM.  The location of the
14      deposition is Regus, 500 Putnam Avenue, Suite 400,
15      Greenwich, Connecticut 06830.
16                    My name is Debbie O'Toole representing
17      Veritext and I'm the videographer.  The Court Reporter is
18      June Keefer from the firm Veritext.  I'm not related to
19      any party in this action nor am I financially interested
20      in the outcome.  If there are any objections to
21      proceeding please state them at the time of your
22      appearance.  Counsel will now state their appearances for
23      the record beginning with the noticing attorney.
24                    MR. CAIN:  Charlie Cain on behalf of the
25      Plaintiff.  And it's Lindell, not Linden.
```

Page 3

```
 1                    MR. MALONE:  Ryan Malone on behalf of all
 2    Defendants.
 3                    THE VIDEOGRAPHER:  Will the Court
 4    Reporter please swear in the witness and we may proceed.
 5                    *     *     *
 6    H A R R I   H U R S T I,
 7    274 Valley Road, Cos Cob, Connecticut 06807,
 8         called as a witness, having been first duly sworn by
 9         June Keefer, a Notary Public in and for the State of
10         Connecticut, was examined and testified as follows:
11                    THE REPORTER:  Any stipulations?
12                    MR. CAIN:  By the rules.
13                    MR. MALONE:  That's right.
14    DIRECT EXAMINATION
15    BY MR. CAIN:
16         Q.   Can you tell us your full name please.
17         A.   Harri Hursti, H-a-r-r-i, H-u-r-s-t-i.
18         Q.   And, Mr. Hursti, from the sound of your voice I
19    take it you're from Lubbock, Texas originally?
20         A.   I'm from Finland, Helsinki originally.  I'm a
21    dual citizen of Finland and the United States.
22                    THE REPORTER:  Finland?
23                    THE WITNESS:  Finland.
24                    THE REPORTER:  What else did you say?
25                    THE WITNESS:  I'm a dual citizen of the
```

Page 4

```
 1    of that fun stuff.  A little bit of physical exercise
 2    always is good.
 3         Q.   Okay.  So you looked at the wireless data that
 4    you could get and Josh Merritt brought you the data that
 5    he had on the hard drives?
 6         A.   On the removable drives, yes.
 7         Q.   Okay.  And so how long did this whole process
 8    take you to get to the conclusion that you just
 9    described?
10         A.   Two hours maybe because we were very careful in
11    giving all benefits of doubt, and then once we confronted
12    again Josh, then he was saying, eventually at the end of
13    last day he said, well, we have been feeding you shit
14    because we wanted to vet if you are trustworthy, we as a
15    group, and that's why we were deliberately feeding you
16    shit, just to vet your trustworthiness, and this was
17    after I got re-invited back after being kicked out after
18    I was accused to do the publication, which actually
19    Robert did, and, hence, in one e-mail Robert is
20    apologizing for me being kicked around because of what he
21    did.
22         Q.   So the explanation that Josh Merritt gave you
23    at the end of day one was we were in essence testing you
24    by feeding you shit data?
25         A.   Not me, but the whole room, yeah.
```

Page 112

5768454 -ER

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLORADO
 3            CIVIL ACTION NO: 1:22-CV-01129-WJM
      ---------------------------------------------x
 4     ERIC COOMER, Ph.D.,                          :
 5                          Plaintiff,              :
 6                                                  :
                  -versus-
 7                                                  :
 8     MICHAEL J. LINDELL, FRANKSPEECH LLC,         :
       and MY PILLOW, INC.,
 9                                                  :
                            Defendants.
10    ---------------------------------------------x
11
12
13
14            Videotaped Deposition of HARRI HURSTI,
15      taken pursuant to Subpoena, Notice, and the Federal
16      Rules of Civil Procedure, at Regus, 500 West Putnam
17      Avenue, Greenwich, Connecticut, before June Keefer,
18      RMR, RPR, a Notary Public in and for the State of
19      Connecticut, on March 30, 2023, at 10:10 a.m.
20
21
22
23
24
25
                                                        Page 1
```

```
 1                    C E R T I F I C A T E
 2             I hereby certify that I am a Notary Public, in
 3   and for the State of Connecticut, duly commissioned and
 4   qualified to administer oaths.
 5             I further certify that the deponent named in
 6   the foregoing deposition was by me duly sworn and
 7   thereupon testified as appears in the foregoing
 8   deposition; that said deposition was taken by me
 9   stenographically in the presence of counsel and reduced
10   to print under my direction, and the foregoing is a true
11   and accurate transcript of the testimony.
12             I further certify that I am neither of counsel
13   nor related to either of the parties to said suit, nor am
14   I interested in the outcome of said cause.
15             Witness my hand and seal as Notary Public this
16   20th day of April, 2023.
17
18             _____
19                     Notary Public
20                      June Keefer
21
22   My commission expires: 7/31/2025
23
24                                                   Page 228
25
```

```
 1                I, HARRI HURSTI, have read the foregoing

 2      transcript of the testimony given at my deposition on

 3      March 30, 2023 and it is true and accurate to the best of

 4      my knowledge and belief as originally transcribed and/or

 5      with the changes as noted on the attached Correction

 6      Sheet.

 7

 8                                  DocuSigned by:

 9                                  Harri Hursti
                                    0FF987E804544AD..._____

10                                  HARRI HURSTI

11

12

13                SUBSCRIBED AND SWORN TO BEFORE ME, the

14      undersigned authority, on this the _____ day

15      of_____, 2023.

16

17                                  _____

18                                  Notary Public

19

20

21

22      My commission Expires: _____

23

24

25

                                                        Page 226
```

**Coomer, Eric, Ph.D. v. Lindell, Michael J., et al**
**Harri Hursti Job No. 5768454**

## ERRATA

Page 12
Line 11
Change Helenius
Reason Correct spelling of the name

Page 12
Line 16
Change Helenius
Reason Correct spelling of the name

Page 19
Line 2
Change Subcontractors
Reason mishearing

Page 20
Line 1
Change backoffice
Reason mishearing

Page 25
Line 4
Change there is -> there were
Reason past tense

Page 33
Line 19
Change Windham county -> Windham Town
Reason Windham is a Town in Rockingham County

Page 65
Line 22
Change queue -> clue
Reason mishearing

Page 66
Line 21
Change ANSI = American National Standards Institute, but I ment ARIN = American Registry for Internet Numbers
Reason misunderstanding

Page 71
Line 5
Change CAPs
Reason mishearing

Page 79 / 80 Characterization of David and Peter as confidential lines 79/23 - 80/15

Page 85
Line 15
Change Friction
Reason mishearing

Page 86
Line 23
Change "Eddie Rob" -> edirob
Reason mishearing

Page 91
Line 7
Change dataset -> datastream
Reason mishearing

Page 96
Line 9
Change trap -> trade
Reason mishearing

Page 100
Line 4
Change four -> three
Reason mishearing

Page 103
Line 9
Change Jackal -> Jackyl
Reason mishearing

Page 104
Line 2
Change married ->
Reason no idea what the word I said would be

Page 108
Line 23
Change CHA -> CJH
Reason misspelling

Page 109
Line 18
Change where -> wear
Reason misheard


Page 130
Line 9
Change workshop -> whatsapp
Reason misheard


Page 137
Line 2
Change clean -> green
Reason misheard


Page 148
Line 13
Change American Computer Machinery - Association for Computing Machinery
Reason misheard

Page 159
Line 22
Change Gold -> Gould
Reason misheard

Page 178
Line 3
Change Wildly -> widely
Reason misheard

Page 185
Line 20
Change Graphy, cryptography
Reason misheard

Page 205 Characterization of Josh/Spyder as confidential, lines 13-15

Page 207
Line 17
Change Keith -> J. Keet
Reason misheard / misspelled

3

Page 219
Line 22
Change 9V20 -> V25
Reason misheard / misspelled

Page 218
Line 8
Change add word "Transmission" before word control

Page 221
Line 17
Change Anne

4