IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO EXTEND TIME TO FILE REPLY**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) files this Motion for Leave to Extend Time to File Reply in Support of His Motion to Compel Deposition Testimony from Defendant Michael J. Lindell and Motion for Sanctions Pursuant to F.R.C.P. 30 and F.R.C.P. 37. Dr. Coomer seeks only a one-day extension.

**CERTIFICATE OF CONFERRAL**

After conferral, Defendants' counsel indicated that they are unopposed to the extension.

1.   Plaintiff filed his Motion to Compel Deposition Testimony from Michael J. Lindell and Motion for Sanctions Pursuant to F.R.C.P. 30 and F.R.C.P. 37 on September 7, 2023 [Dkt. 172]. Defendants' response thereto was filed on September 28, 2023 [Dkt. 195]. Plaintiff's reply in support of his Motion is due on October 12, 2023.

1

2.	Earlier today, counsel of record for Plaintiff traveled from Salida, Colorado to Denver, Colorado to attend a discovery hearing before the Honorable Magistrate Kathryn A. Starnella in a companion case styled *Coomer vs. Make Your Life Epic LLC et al.*; Case No. 21-cv-03440-WJM-KAS.  The discovery hearing before Judge Starnella reached conclusion at 3:29 p.m. (mdt).  The undersigned then began their return travel from Denver to Salida.

3.	A draft of Plaintiff's reply has been prepared but due to hearing attendance and travel related thereto, counsel has not had adequate opportunity to complete the reply for filing.  However, Plaintiff's reply can be finalized and filed within a 24-hour period of filing this Motion.

4.	Plaintiff's request for an extension of time in not filed for delay but that justice may be served.

Therefore, Plaintiff Eric Coomer, Ph.D. respectfully requests leave to extend the time in which to file his Reply until October 13, 2023.

Respectfully submitted,

  /s/ *Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
David E. Jennings, No. 54643
djennings@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064/101 N. F Street, Suite 207
Salida, Colorado 81201
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**