IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

## PLAINTIFF'S NOTICE REGARDING THIRD-PARTY WITNESS TINA PETERS' DEPOSITION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) files this Notice Regarding Third-Party Witness Tina Peters' Deposition, and shows as follows:

1. Plaintiff filed his Motion to Compel Document Production and Deposition Testimony from Third-Party Tina Peters on February 2, 2023 [Dkt. 97].

2. After full briefing on the merits of Plaintiff's Motion, the Court issued its Order on Pending Discovery Motions [Dkt. 197] on September 29, 2023. The Court ordered that Ms. Peters appear for a second deposition to occur no later than November 13, 2023. *Id*. at 57, ¶ (2). The Court further ordered the parties file a notice no later than October 13, 2023, informing the Court of the date and time of the deposition. *Id*.

1

3. The undersigned and counsel for Ms. Peters, Scott Gessler, have conferred and agreed to conduct Ms. Peters' deposition on November 9, 2023. The parties are working together to determine on a location for the deposition and will serve all parties with an amended notice of deposition upon agreement thereof. Plaintiff will file an amendment to this notice with the location once it has been established.

Respectfully submitted this 13th day of October 2023.

Respectfully submitted,

*/s/ Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
David E. Jennings, No. 54643
djennings@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064/101 N. F Street, Suite 207
Salida, Colorado 81201
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

2