**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 1**

---



**Mike Lindell** ✓
@realMikeLindell

Yes I have had enough of ambulance chasing lawyers and lawfare! Check out the plan to save our elections at
FrankSocial ( App Store )



cnbc.com
New tapes reveal MyPillow CEO Mike Lindell meltdown in 2020 election dep...
Lindell repeatedly lost his temper, left the room and swore at opposing counsel during a series of depositions earlier this year.

6:36 PM · Sep 8, 2023 · **113.9K** Views

💬 813    🔁 1,073    ♡ 5,289    🔖 19