# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

# EXHIBIT 2

# VIDEO Released of Mike Lindell Blasting Attorney for Calling His Pillow "Lumpy" During Deposition: "You're An A**hole!"

Video of Mike Lindell in a recent deposition was released from his lawfare case brought on by Eric Coomer, the former Dominion VP. The post VIDEO Released of Mike Lindell Blasting Attorney for Calling His Pillow "Lumpy" During Deposition: "You're An A**hole!" appeared first on The Gateway Pundit.

- The Gateway Pundit                                                        Share



**Video of Mike Lindell in a recent deposition was released from his lawfare case brought on by Eric Coomer, the former Dominion VP.**

Coomer sued several conservatives after his reported comments made before the 2020 election about stealing the election were reported following the election.

Mike Lindell was one of those who was sued.

Coomer has a tattoo on his arm by an artist listed as number one by the church of Satan.

Coomer, in his deposition said, "F*ck the USA". He also admitted to being a skinhead and heroin addict.

This week, a video of Coomer's attorneys insulting Mike Lindell during his deposition in the BS case was released.

In one section of the interview, the nasty attorney representing Coomer insulted Mike Lindell, claiming that he has lumpy pillows.

Mike Lindell is the founder of "My Pillow" sold here at The Gateway Pundit -

This got under Mike's skin, and he unloaded.



**Fact-Checkers Pile on Biden After He's Caught Lying to Military Families in His 9/11 Address**

**Max Blumenthal: SecState Tony Blinken Stands to "Make a Lot of Money" Off Ukraine war**

**Senator Actually Complains Supreme Court Follows 2nd Amendment**

**Jack Smith's Worst Nightmare Just Came True – Trump LOVES It!**

**Woke Beauty Brand Hires Morbidly Obese BLM Activist Who Previously Ruined White College Student's Life Over "Misheard" Remark – (VIDEO)**

**IT'S BACK! Providence Hospital System Imposes Draconian Mandatory COVID Vaccine for Healthcare Workers – Non-Compliance Results in Unpaid Leave and Potential Termination**

# Hunter Biden Meeting With Associates At VP Mansion Highlights Role Father Played Scoring Clients

Adorned with the Queen Anne-era of grand architecture and tightly guarded by Secret Service agents, the 9,000-square foot vice president's mansion on the U.S. Naval Observatory grounds is rarely accessible to everyday Americans.  But Hunter Biden – as the son of a sitting vice president – was a...

- Populist Press

Share



Adorned with the Queen Anne-era of grand architecture and tightly guarded by Secret Service agents, the 9,000-square foot vice president's mansion on the U.S. Naval Observatory grounds is rarely accessible to everyday Americans.  But Hunter Biden – as the son of a sitting vice president – was able to score the sort of VIP meeting [...]

The post Hunter Biden Meeting With Associates At VP Mansion Highlights Role Father Played Scoring Clients appeared first on Populist Press ©2022.

Read Full Story on populistpress.com

Top

### Related Articles

House Republicans Unveil Legislation Banning DHS From Establishing Another "Disinformation Governance Board"

KJP Bolts from Podium as Reporter Presses About Biden's Encounters with Hunter's 'Foreign Business Associates'

Fact-Checkers Pile on Biden After He's Caught Lying to Military Families in His 9/11 Address

Max Blumenthal: SecState Tony Blinken Stands to "Make a Lot of Money" Off Ukraine war

Senator Actually Complains Supreme Court Follows 2nd Amendment

Jack Smith's Worst Nightmare Just Came True – Trump LOVES It!

Woke Beauty Brand Hires Morbidly Obese BLM Activist Who Previously Ruined White College Student's Life Over "Misheard" Remark – (VIDEO)

IT'S BACK! Providence Hospital System Imposes Draconian Mandatory COVID Vaccine for Healthcare Workers – Non-Compliance Results in Unpaid Leave and Potential Termination

Member of Anti-Catholic Sisters of Perpetual Indulgence Drag Group Arrested for Lewd Act in Broad Daylight at California Park



[Videos](#) | [Terms of Use](#) | [SMS Terms](#) | [Privacy Policy](#) | [California Privacy Policy](#) | [Contact Us](#) | [FAQ](#) | [About](#) | [Community Standards](#)