**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 7**

---

**From:** info@cstrial.com <info@cstrial.com>
**Sent:** Saturday, September 9, 2023 1:17 PM
**To:** Scotti Beam
**Subject:** Website inquiry

Form submission from Cain & Skarnulis | Austin, Texas

**CONTACT**

**First Name**
Fuck

**Last Name**
You

**Email Address**
FuckYou@gmail.com

**Phone Number**

**Message**
You are all pieces of shit