# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

      Defendants

---

## EXHIBIT 13

---

**From:** ███████████████████
**Date:** September 13, 2023 at 10:48:47 MDT
**To:** Charlie Cain █████████████
**Subject: Dismiss Your Frivolous Lawsuit!**

Good day Mr. Charlie Cain,

Please dismiss your very frivolous lawsuit against Mr. Mike Lindell.  Mr. Lindell is the world's hero!  You are the world's villain.

In the name of the Father, Son and Holy Spirit, I rebuke Charlie Cain from practicing law, because he is in violation of the rules, laws and constitution.

Charlie is guilty of abusing the court system against innocent people for his own petty greedy benefit.

Lord, please push Mr. Lindell to file a counterclaim!

In the name of our Lord, Jesus Christ, fail Charlie Cain, **remove all of his assets!**

Mr. Lindell, our world's hero, will NEVER pay you a penny!  Charlie Cain will lose and he will have to pay Mr. Lindell back all the money Charlie has cost him!

Praise God!  **Amen** = so shall it be!

