**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 14**

---

# Peter T. Santilli

**Constitutional Advocate**
(513) 923-0036
pete@petesantilli.tv



9/20/23

Attorney Charlie Cain
303 Colorado Street Suite 2850
Austin, Texas 78701

Dear Charlie,

Congratulations! My audience members have selected you to be the recipient of a MyPillow 2.0 as a gesture of engagement and dialogue after to blatant disregard for the U.S. Constitution.

As Mike Lindell said to you during his deposition "How do you sleep at night?". It's very obvious to a lot of Americans that you don't have a MyPillow 2.0.

Perhaps the MyPillow 2.0 will serve as a symbolic reminder of those who look up to the judiciary for fair and just decisions. As you lay your head on it tonight, we hope you remember the trust that the American people place in your hands as a so-called "officer f the court.

It is our sincere hope that as you chase the Mike Lindell "ambulance", every decision made will be in the best interest of our great nation and for the well-being of future generations.

Best Regards,

*[signature: Pete Santilli]*

Peter T. Santilli
Constitutional Advocate
Host of The Pete Santilli Show
Cell: (513) 923-0036

P.O. Box 30122 Cincinnati, Ohio 45230





# THE CONSTITUTION OF THE UNITED STATES

*...its only keepers, the people.*
—George Washington



## With the original Signers

I, as one of *We, the People of the United States*, affirm that I have read or will read our U.S. Constitution and pledge to maintain and promote its standard of liberty for myself and for my posterity, and do hereby attest to that by my signature.

_____

*Pledger*

*G. Washington*

*George Washington, Witness*





