**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 15**

---



HOME    CATALOG    CUSTOMER SUPPORT

Home › MyPillow 2.0 - Charlie Cain Edition with "AMBULANCE CHASER" Loft Support!







**Pistol Pete Store**

# MyPillow 2.0 - Charlie Cain Edition with "AMBULANCE CHASER" Loft Support!

**$39.99**

Pay in 4 interest-free installments for orders over $50.00 with **shop** Learn more

**ADD TO CART**

**Buy with ApplePay**

More payment options

"How do you sleep at night?....You obviously don't have a MyPillow..."

*- Mike Lindell to 'ambulance chaser' Attorney Charlie Cain during a deposition in the frivolous lawsuit filed by Dominion executive Eric Coomer.*

Austin Texas Attorney Charlie Cain obviously doesn't have a MyPillow 2.0, so let's all send him one!   Purchase your MyPillow 2.0 and we will ship a MyPillow direct to Charlie Cain's office!

The  Charlie Cain Edition has the "MOST LOFT" fill level to help get his head out of the gutter!

If you use promo code: **SCUMBAG** at checkout, we'll also ship a pocket U.S. Constitution and cover the shipping!

***** 100% of the proceeds go to Mike Lindell's**
LindellOffenseFund.org

**** Quantity 1  MyPillow 2.0 will be shipped direct to Charlie Cain at the following office address:

303 Colorado Street Suite 2850.  Austin, Texas 78701.  To ensure your MyPillow has been received, contact Charlie's office at **P:**512 477 5000

---

### You may also like



**Team Jesus - Short Sleeve T-Shirt (Black)**
$25.00



**MyPillow 2.0 - Judge Timothy Kelly Edition with "JUDICIAL GIGOLO" Loft Support!**
$39.99



**Ron Paul - Short Sleeve T-Shirt (Black)**
$29.95



**Embroidered Logo Hat - WKRPete.com [Item #1216]**
$25.00

---

**Latest News**

**URGENT ALERT! IMPORTANT MESSAGE FROM PETE & DEB**



URGENT ALERT!  IMPORTANT MESSAGE FROM PETE & DEB PLEASE SUPPORT OUR OPERATION BY PURCHASING OUR NEW COFFEE!

**Links**

Search

**Follow Us**

**Newsletter**

Sign up for the latest news, offers and styles

SUBSCRIBE

Copyright © 2023, Pistol Pete Store. Powered by Shopify

