IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

**JOINT NOTICE OF FILING
REGARDING REDACTIONS OF CERTAIN FILINGS**

TO THE HONORABLE JUDGE OF SAID COURT:

    Plaintiff Eric Coomer, Ph.D. (Dr. Coomer) and Defendants Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. (Defendants and collectively with Plaintiff, the Parties), all through counsel, file this Joint Notice re-filing certain documents that contain confidential information, and show as follows:

    1.    On April 6, 2023, Dr. Coomer filed his Motion for Leave to File Second Amended Company [Doc. 127], along with exhibits thereto. When filing the motion, Dr. Coomer filed it as a Restrict Document – Level 1 due to the confidential information contained in certain exhibits.

    2.    The Court issued a Minute Order addressing, amongst other filings, confidential designations of certain pleadings and documents filed this case. Specifically, the Court ordered:

1

(5) On or before November 3, 2023, the Parties SHALL REFILE the following documents, REDACTED consistent with this Order, as attachments to a Joint Notice of Filing: . . . ; Doc. 127-6; and Doc. 127-7.

3. The Parties re-submit Docs. 127-6 and 127-7 with additional redactions. The additional redactions address confidential information that the Parties request remain restricted.

Respectfully submitted this 3rd day of November 2023.

        */s/ Charles J. Cain*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
David E. Jennings, No. 54643
djennings@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064/101 N. F Street, Suite 207
Salida, Colorado 81201
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

2

      */s/ Ryan P. Malone\**
Andrew D. Parker (MN Bar #195042)
Jesse H. Kibort (MN Bar #328595)
Abraham S. Kaplan (MN Bar #399507)
Ryan P. Malone (MN Bar #395795)
123 N. Third Street, Suite 888
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
kibort@parkerdk.com
kaplan@parkerdk.com
malone@parkerdk.com
**ATTORNEYS FOR DEFENDANTS**
\*Electronically signed with permission

3