## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

      Defendants

---

## EXHIBIT 6

---

**Platform:** Native Messages     **Timezone:** UTC+0000

| Device owner | ML Mike Lindell | ND ▇▇▇▇ | ▇▇▇▇ |

2020/06/30



CONFIDENTIAL
CONFIDENTIAL

DEFS-000567

MYPILLOW-000723



2021/08/16

I grabbed a few dates.

Promo Code: Frank33

Daily Totals:
Mon 8/2 = $28K
Tue 8/3 = $39.1K
Wed 8/4 = $129.1K
Thur 8/5 = $161K
Fri 8/6 = $204.4K
Sat 8/7 = $106.9K
Sun 8/8 = $71.1K
Mon 8/9 = $162K
Tue 8/10 = $296.8K
Wed 8/11 = $261.5K
Thur 8/12 = $291.8K
Fri 8/13 = $52.6K
Sat 8/14 = $20.9K
Sun 8/15 = $7.3K

ND    12:21:42 am

CONFIDENTIAL

CONFIDENTIAL