IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**REPLACEMENT EXHIBIT 127-7**

to

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 7**

2021/08/12

L66 $206,400. Last Wednesday $44,600

Frank $200,000. Last Wednesday $17,000

Newsmax $261,300. Last Wednesday $130,000

RSBN $142,500. Last Wednesday $3500

Warroom $67,800. Last Wednesday $62,400

Alex Jones $38,000. Last Wednesday $21,300

Gallagher $6100. Last Wednesday $5200

Diamond & Silk $4800. Last Wednesday $4100

Bards $6600. Last Wednesday $4100

Beck $7400. Last Wednesday $5900

The Chicks $6300. Last Wednesday $3700

Dinesh $6000. Last Wednesday $3100

Jesse Kelly $4150. Last Wednesday $620

Stew Peters $3600

12:00:08 pm

DG  Live Stream is not working on FrankSpeech or LindellTV
12:32:42 pm

2021/08/13

L66 $305,150. Last Thursday $53,000

Frank $244,000. Last Thursday $40,000

Newsmax $293,700. Last Thursday $161,000

Warroom $76,100. Last Thursday $65,000

Alex Jones $39,000
Last Thursday $22,000

Bards $7800. Last Thursday $4000

The Chicks $7500. Last Thursday $4100

Dinesh $58,300. Mentioned you were attacked and let's support you. Last Thursday $3200

Diamond & Silk $7050. Last Thursday $5300

Jesse Kelly $4550. Last Thursday $2300

RSBN $167,800. Last Thursday $4300

Stew $4600. Last Thursday $4000

Gateway Pundit $26,000. Last Thursday $10,000

Gallagher $5500. Last Thursday $4300

12:03:57 pm

**#511.15**

CONFIDENTIAL                                                           MYPILLOW-002148

**DG:** I'm guessing you want me to track promo code audit for Frank as well?
Yesterday $381,549
Today so far $60,900
03:53:18 pm

Audit is also Frank
06:02:14 pm

**DG:** Got it
06:02:28 pm

Actually audit is me
06:05:14 pm

Not Frank
06:05:21 pm

Put it in the memo Frank-audit
06:05:40 pm

**DG:** Okay
06:05:50 pm

2021/08/16

Frank Audit $619,500

L66 $990,700. Week prior $353,400

Frank $900,000. Week prior $390,000

Newsmax $1.1 million. Week prior 740,000

Warroom $422,600. Week prior $407,900

RSBN $682,700. Week prior $35,800

Diamond & Silk $36,400. Week prior $35,900

Alex Jones $219,700. Week prior $192,300

Bards $37,000. Week prior $26,200

Derek $196,500. Week prior $148,100

Stew Peters $26,600. Week prior $15,400

Jesse Kelly $20,500. Week prior $9300

Dinesh $165,500. Week prior $26,500

The chicks $30,400. Week prior $28,800
12:35:11 pm

**#511.16**

CONFIDENTIAL                                                                                                     MYPILLOW-002149