## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:22-cv-01129**

ERIC COOMER, Ph.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

**JOINT NOTICE OF FILING REGARDING REDACTIONS OF CERTAIN RESTRICTED FILINGS**

---

    COME Now, Plaintiff Dr. Eric Coomer, PhD. (Dr. Coomer), through his counsel, Cain & Skarnulis, and Interested Party, CD Solutions, Inc. ("CDS"), through its counsel, Coombe Curry Rich & Jarvis, and pursuant to the Court's Minute Order issued on October 18, 2023 [Doc. 212], hereby respectfully submit their Joint Notice of Filing Regarding Redactions of Certain Restricted Filings and in support thereof, states as follows:

    1.    On June 6, 2023, This Court issued a Minute Order regarding CDS' Confidentiality Designations within which the Court required Plaintiff and CDS to confer and jointly file a completed table regarding the parties' position with respect to certain documents [Doc. 156].

    2.    On June 9, 2023, the Parties filed their Joint Submission Regarding Certain Restricted Filings ("Joint Submission") [Doc. 158].

3. The Court issued another Minute Order addressing, amongst other filings, the Joint Submission [Doc. 212]. Specifically, the Court Ordered:

> (5) On or before **November 3, 2023**, the Parties **SHALL REFILE** the following documents, **REDACTED** consistent with this Order, as attachments to a Joint Notice of Filing: Doc. 121-8; Doc. 121-10; Doc. 127-6; and Doc. 127-7.

4. Documents 127-6 and 127-7 appear to be text messages, that were not listed in the Joint Submission, and the Parties will not address these documents in this Joint Notice.

5. With respect to Document 121-8, the Court ruled,

> Plaintiff seeks to restrict [Doc. 121-8] because it contains Attorney Charlie Cain's personal phone number. *See* [Doc. 158 at 10]. The Court has previously restricted personal contact information in this matter, [Doc. 148 at 3], and finds that restriction of [Doc. 121-8], and the filing of a version that redacts the phone number, is warranted for the same reason.

Attached to this Notice, please see Attachment 1 – Redacted Version of Doc. 121-8, which redacts all phone numbers, including Attorney Charlie Cain's personal phone number.

6. With respect to Document 121-10, the Court ruled,

> The Court has previously restricted personal contact information in this matter, [Doc. 148 at 3], and finds that restriction of [Doc. 121-10], and the filing of a version that redacts the residential address underlying the restriction request, is warranted for the same reasons. See [Doc. 158 at 11].

Attached to this Notice, please see Attachment 2 – Redacted Version of Doc. 121-8, which redacts the location address and owner mailing address on the document.

**WHEREFORE**, and based on the foregoing, Dr. Coomer and CDS respectfully submit their Notice of Redacted Versions of Confidential Information pursuant to the Court's Minute Order of October 18, 2023 [Dkt. 212] and requests that the Court enter an

Order that Documents 121-8 and 121-10 are restricted as redacted in the Attachments to this Notice.

DATED this 3rd day of November, 2023.

| | |
|---|---|
| /s/Brad Kloewer<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Bradley A. Kloewer, No. 50565<br>bkloewer@cstrial.com<br>Steve Skarnulis<br>skarnulis@cstrial.com<br>Zachary H. Bowman<br>zbowman@cstrial.com<br>**Cain & Skarnulis PLLC**<br>P.O. Box 1064/101 N. F Street, Suite 207<br>Salida, Colorado 81201<br>and<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>719-530-3011/512-477-5011 (Fax)<br><br>Thomas J. Rogers III, No. 28809<br>trey@rklawpc.com<br>Mark Grueskin, No. 14621<br>mark@rklawpc.com<br>**RechtKornfeld PC**<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>303-573-1900<br>**ATTORNEYS FOR PLAINTIFF** | /s/Daniel R. Coombe<br>Daniel R. Coombe, No. 36294<br>coombe@ccrjlaw.com<br>Coombe Curry Rich and Jarvis<br>2000 South Colorado Boulevard<br>Tower II, Suite 1050<br>Denver, Colorado 80222<br>303-529-9275<br>**ATTORNEYS FOR THIRD-PARTY CD SOLUTIONS, INC.** |
| | |