# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

# EXHIBIT 8

**Eric Coomer**
2/28/22, 8:59 PM

Text Message
Today 8:57 PM

Hello Eric Coomer,

My name is Joseph Camp. I'm sure you know who I am since your legal team decided it would be fun to drag me into your SLAPP litigation and I decided that I would fight back and expose you for the bitch that you are.
As you probably know I shared your police reports, the body cam footage, images, an run the website that documents your SLAPP litigation, without redaction –meaning your home address, phone number, etc.


**Eric Coomer**
2/28/22, 9:05 PM

Next time maybe keep my fucking name out of your Antifa fuck head lips. I didn't know who you were until you fucked around and started using my name in court documents and shit. I don't really care because you're a bitch ass Antifa so no worries to me or my audience.
I double dog dare you to sue me punk. This number is a burner not connected to me or anything at all (no name, no email, nothing), so I'll just deny writing these texts.
I also have your private emails, and a FTP that you used to use which I have not published yet. My name should have never came out of your mouth.
When this is over you are going to be paying everything you have to defendants in anti-SLAPP sanctions.
Remember punk, you mentioned me, not the other way around.
P.s. how did that Pedophile Tay Anderson A			t for



**Eric Coomer**
2/28/22, 9:05 PM

fucking name out of your Antifa fuck head lips. I didn't know who you were until you fucked around and started using my name in court documents and shit. I don't really care because you're a bitch ass Antifa so no worries to me or my audience.
I double dog dare you to sue me punk. This number is a burner not connected to me or anything at all (no name, no email, nothing), so I'll just deny writing these texts.
I also have your private emails, and a FTP that you used to use which I have not published yet. My name should have never came out of your mouth.
When this is over you are going to be paying everything you have to defendants in anti-SLAPP sanctions.
Remember punk, you mentioned me, not the other way around.
P.s. how did that Pedophile Tay Anderson Affidavit work out for you? You know I have the Zoom recorded don't you?



**Eric Coomer**
3/2/22, 10:16 AM

me, not the other way around. P.s. how did that Pedophile Tay Anderson Affidavit work out for you? You know I have the Zoom recorded don't you?

Hello Joey. Thank you for reaching out. My attorneys would be happy to speak with you, especially regarding any taped conversation(s) you have of purported "Antifa" calls. You can reach my lead attorney, Charlie Cain, at ▇

Today 9:11 AM

Find me faggot. Also, I'm not Joey. Just a troll.

We have so much on you faggot and we're publishing without censorship.

You can reach my lead attorney, Charlie Cain, at ▇

I'll post his cell phone number and hone address.