IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 10**

Case No. 1:22-cv-01129-NYW-SBP Document 218-2 filed 11/03/23 USDC Colorado pg 1 of 4

# Bexar CAD

## Property Search Results > 555874 BARTON JOSHUA & BARTON QING for Year 2023

Tax Year: 2023 - Values not available

### Property

#### Account

| | | | |
|---|---|---|---|
| Property ID: | 555874 | Legal Description: | NCB 14615 BLK 3 LOT 31 "OAKS OF FRENCH CREEK UT-3" |
| Geographic ID: | 14615-003-0310 | Zoning: | R-6 PUD |
| Type: | Real | Agent Code: | |
| Property Use Code: | 001 | | |
| Property Use Description: | Single Family | | |

#### Protest

Protest Status:
Informal Date:
Formal Date:

#### Location

| | | | |
|---|---|---|---|
| Address: | [redacted] | Mapsco: | 547C3 |
| Neighborhood: | CREEKVIEW ESTATES | Map ID: | |
| Neighborhood CD: | 99232 | | |

#### Owner

| | | | |
|---|---|---|---|
| Name: | BARTON JOSHUA & BARTON QING | Owner ID: | 3341297 |
| Mailing Address: | [redacted] | % Ownership: | 100.0000000000% |
| | | Exemptions: | |

### Values

| | | | | |
|---|---|---|---|---|
| (+) Improvement Homesite Value: | + | N/A | | |
| (+) Improvement Non-Homesite Value: | + | N/A | | |
| (+) Land Homesite Value: | + | N/A | | |
| (+) Land Non-Homesite Value: | + | N/A | Ag / Timber Use Value | |
| (+) Agricultural Market Valuation: | + | N/A | | N/A |
| (+) Timber Market Valuation: | + | N/A | | N/A |
| | | ------------------------ | | |
| (=) Market Value: | = | N/A | | |
| (–) Ag or Timber Use Value Reduction: | – | N/A | | |
| | | ------------------------ | | |
| (=) Appraised Value: | = | N/A | | |
| (–) HS Cap: | – | N/A | | |
| | | ------------------------ | | |
| (=) Assessed Value: | = | N/A | | |

### Taxing Jurisdiction

Owner: BARTON JOSHUA & BARTON QING
% Ownership: 100.0000000000%
Total Value: N/A

| Entity | Description | Tax Rate | Appraised Value | Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| 06 | BEXAR CO RD & FLOOD | N/A | N/A | N/A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 08 | SA RIVER AUTH | N/A | N/A | N/A | N/A |
| 09 | ALAMO COM COLLEGE | N/A | N/A | N/A | N/A |
| 10 | UNIV HEALTH SYSTEM | N/A | N/A | N/A | N/A |
| 11 | BEXAR COUNTY | N/A | N/A | N/A | N/A |
| 21 | CITY OF SAN ANTONIO | N/A | N/A | N/A | N/A |
| 56 | NORTHSIDE ISD | N/A | N/A | N/A | N/A |
| CAD | BEXAR APPRAISAL DISTRICT | N/A | N/A | N/A | N/A |
| | Total Tax Rate: | N/A | | | |
| | | | Taxes w/Current Exemptions: | | N/A |
| | | | Taxes w/o Exemptions: | | N/A |

## Improvement / Building

**Improvement #1:** Residential  **State Code:** A1  **Living Area:** 3420.0 sqft  **Value:** N/A

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| LA | Living Area | G - BW | | 2001 | 1505.0 |
| OP | Attached Open Porch | G - NO | | 2001 | 50.0 |
| AG | Attached Garage | G - BW | | 2001 | 399.0 |
| DCK | Attached Wood Deck | G - NO | | 2001 | 200.0 |
| LA2 | Living Area 2nd Level | G - BW | | 2001 | 1915.0 |

**Improvement #2:** Residential  **State Code:** A1  **Living Area:** sqft  **Value:** N/A

| Type | Description | Class CD | Exterior Wall | Year Built | SQFT |
|---|---|---|---|---|---|
| RSW | Swimming Pool | G - NO | | 2011 | 512.0 |

## Land

| # | Type | Description | Acres | Sqft | Eff Front | Eff Depth | Market Value | Prod. Value |
|---|---|---|---|---|---|---|---|---|
| 1 | RES | R/1 Family not Farm Single | 0.2232 | 9721.00 | 0.00 | 0.00 | N/A | N/A |

## Roll Value History

| Year | Improvements | Land Market | Ag Valuation | Appraised | HS Cap | Assessed |
|---|---|---|---|---|---|---|
| 2023 | N/A | N/A | N/A | N/A | N/A | N/A |
| 2022 | $366,330 | $74,270 | 0 | 440,600 | $0 | $440,600 |
| 2021 | $321,500 | $62,310 | 0 | 383,810 | $0 | $383,810 |
| 2020 | $305,880 | $48,760 | 0 | 354,640 | $0 | $354,640 |
| 2019 | $294,930 | $48,760 | 0 | 343,690 | $0 | $343,690 |

## Deed History - (Last 3 Deed Transactions)

| # | Deed Date | Type | Description | Grantor | Grantee | Volume | Page | Deed Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/12/2021 | GWD | General Warranty Deed | VELA AMANDA S & JESUS F | BARTON JOSHUA & BARTON QING | | | 20210322511 |
| 2 | 4/15/2016 | WD | Warranty Deed | DUGGAN JASON & NICOLE M | VELA AMANDA S & JESUS F | 17801 | 1494 | 20160069670 |
| 3 | 10/15/2007 | WD | Warranty Deed | GOMEZ IGNACIO SR | DUGGAN JASON & NICOLE M | 13174 | 2341 | 20070246771 |

2023 data current as of Feb 16 2023 1:11AM.
2022 and prior year data current as of Feb 4 2023 9:14AM

**For property information, contact (210) 242-2432 or (210) 224-8511 or email.**

**For website information, contact (210) 242-2500.**

*This year is not certified and ALL values will be represented with "N/A".*

Website version: 1 2 2 33 | Database last updated on: 2/16/2023 1:11 AM | © N Harris Computer Corporation