**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:22-cv-01129**

ERIC COOMER, PhD.,

 Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

 Defendants.

---

**EXHIBIT A – CDS REDACTED VERSIONS OF CONFIDENTIAL INFORMATION**

---

 COMES NOW, Interested Party, CD Solutions, Inc. ("CDS"), a foreign corporation, through its counsel, Coombe Curry Rich & Jarvis, and hereby respectfully submits Exhibit A – CDS Redacted Versions of Confidential Information as follows. Exhibit A narrowly redacts information found in Documents 113-6 through 113-13, 113-15, and Doc. 121-5.

| [Doc. #] | Personal Info? | Description and Specific Page Where Redactions are Made |
|---|---|---|
| 113-6 | NO | Signal Chat between Joe Oltmann and Paul Watney; No redactions. |
| 113-7 | YES | CJ Bayon Facebook page linked, page 156, 5th entry; Joshua Hammerling cell phone number, page 415, 3rd entry; Personal link for Joshua Hammerling page 491, 3rd entry; Facebook link for Annie Orlowski, page 521, 1st entry; Phone and email information for Peg Lusik, page 594, 5th entry; Chaz phone number page 637, 6th entry; Three CO school of mines personal emails page 671, last entry; Joshua Hammerling phone number, page 840, 7th entry; Max |

|        |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| ------ | --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|        |     | McGuire email, page 846 2nd entry; Max phone number, page 1001, 4th entry.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
| 113-8  | YES | Joe Oltman phone number page 2-156; Joe Oltmann phone number, page 2, 11th entry; Max McGuire's son's medical information, page 4, 19th entry; Max McGuire's son's medical information, page 5, 2nd entry; Joe Oltmann address, page 8, 12th entry; Max McGuire email address, page 24, 3rd entry; Joe Oltmann phone number, page 34, 8th entry and 14th entry; Joe Oltmann's mother's medical information, page 46, entries no. 12 and 13; Joe Oltmann's mother medical information, page 46 last entry – page 47, first entry; Date of birth information for Max and Annie McGuire, last entry page 58 – page 59, 2nd entry; Max McGuire's son's medical information page 69, entries 19 and 20; Wifi password, page 70, entry 9; CD Solutions bank account information, page 77, 8th entry (redactions for account balance, account number, and routing number); Joe Oltmann's medical information, page 139, 5th entry; Joe Oltman's cousin medical information, page 146, 1st entry; Max McGuire phone and email address, page 147, 8th entry; Max McGuire email, page 150, 15th entry; Max McGuire email, page 151, 8th entry; page 153, 8th entry. |
| 113-9  | YES | Josh's wife's medical information, page 3, 5th entry; Max McGuire email, page 21, 10th entry; Josh phone number, page 26, 4th entry; Josh's father in law medical information, page 36, 9th entry; Josh's address, Page 39, 9th entry; Josh phone number, page 2-44.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |
| 113-10 | YES | Josh phone number, page 29 – 316; Max McGuire personal medical information, page 15, 8th text entry; Joe Oltmann phone number, page 29, 11th entry; Max McGuire's son's medical information, page 31, 2nd entry; Max McGuire's son's medical information, page 31, line 19; Joe Oltmann's address, page 35, 12th entry; Max McGuire's email address, page 51, 3rd entry; Joe Oltmann phone number, page 61, 8th entry and 14th entry; Joe Oltmann's mother's medical information, page 73, entries no. 12 and 13; Joe Oltmann's mother medical information, page 73 last entry – page 74, first entry; Date of birth information for Max and Annie McGuire, last entry page 85 – page 86, 2nd entry; Max McGuire's son's medical information page 96, entries 19 and 20; Wifi password, page 97 entry 9; CD Solutions bank account information, page 104, 8th entry (redactions for account balance, account number, and routing number); Joe Oltmann's medical information, page 166, 5th entry; Joe                                                                                                                                                                                                  |

2

|   |   | Oltman's cousin medical information, page 173, 1st entry; Max McGuire phone and email address, page 174, 8th entry; Max McGuire's email, page 177, 15th entry; Max McGuire's email, page 178, 8th entry; page 180, 8th entry. |
|---|---|---|
| 113-11 | YES | Josh phone number, page 10-96; Josh phone number, page 5, 2nd entry; Josh address, page 77, 2nd entry. |
| 113-12 | YES | Josh Phone Pg. 2-90; Lee McGuire Phone Pg. 91-96; Max McGuire email, page 67; Josh Phone page 72; Josh Address page 85. |
| 113-13 | YES | Josh phone number, page 2 – 63. |
| 113-15 | NO | Text Message Chat between "Me," Josh, and Keith Sawarynski; No Redactions. |
| 121-5 | NO | Signal Chat bet11ween Joe Oltmann and Paul Watney; No redactions. |