IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:22-cv-01129**

ERIC COOMER, Ph.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

**CD SOLUTIONS, INC.'S NOTICE OF REDACTED VERSIONS OF CONFIDENTIAL INFORMATION**

---

COMES Now, Interested Party, CD Solutions, Inc. ("CDS"), through its counsel, Coombe Curry Rich & Jarvis, and hereby respectfully submits its Notice of Redacted Versions of Confidential Information and in support thereof, states as follows:

CDS entered its appearance in this matter, as an interested party, and moved this Court for a Protective Order on November 14, 2022. This Court entered a Protective Order Governing the Production and Exchange of Confidential Information ("Protective Order") in this case on November 16, 2022 [Doc. 77]. The Protective Order allowed for the discovery of former CDS employee, Max McGuire's documents and deposition testimony, but indicated that documents and/or testimony could later be designated as "Confidential" or "Attorneys Eyes Only."

CDS followed the Court's Protective Order and filed its Notice of Confidential Information on December 14, 2022 [Doc. 91]. Plaintiff, Dr. Eric Coomer filed an Objection to Third-Party CD Solutions Inc.'s Confidentiality Designations [Doc. 113] and this issue was fully briefed. On June 6, 2023, this Court issued a Minute Order regarding CDS' Confidentiality Designations within which the Court:

> (1) unrestricted a number of documents; and
> (2) required Plaintiff and CDS to confer and jointly file a completed table regarding the parties' position with respect to certain documents.

[Doc. 156].

On June 9, 2023, the Parties filed their Joint Submission Regarding Certain Restricted Filings ("Joint Submission") [Doc. 158] which addressed the parties' position with respect to certain documents:

| 113-6 | 113-10 | 113-15 | 121-5 | 121-10 |
|---|---|---|---|---|
| 113-7 | 113-11 | 113-16 | 121-6 | |
| 113-8 | 113-12 | 113-19 | 121-7 | |
| 113-9 | 113-13 | 113-21 | 121-8 | |

The Court issued another Minute Order [Doc. 212] on October 18, 2023, addressing, amongst other filings, the Joint Submission.

Within the October 18, 2023, Minute Order, the Court Ordered that on or before November 3, 2023, the Parties shall refile the following documents, redacted consistent with the Court's Minute Order, as attachments to a Joint Notice of Filing: 121-8 and 121-

2

10. Undersigned counsel has been in communications with counsel for Plaintiff Dr. Coomer regarding filing a Joint Notice Regarding documents 121-8 and 121-10.

Further, the October 18, 2023, Minute Order also holds that if redacted versions of the following documents were not filed on or before November 3, 2023, they would be unrestricted without further notice: Doc. 113-6 through 113-13, 113-15; and Doc. 121-5. With respect to these documents, the Court recognized:

> …that some of these conversations or messages contain personal contact, such as phone numbers, or other particularly sensitive content. To balance these concerns and preserve judicial resources, the Court will permit the filing of narrowly redacted versions of [Doc.113-6][1] that accounts for the presumption of public access.

[Doc. 212, p. 2]

Pursuant to the Court's October 18, 2023, Minute Order and attached hereto is Exhibit A – CDS Redacted Versions of Confidential Information. Exhibit A narrowly redacts information found in Documents 113-6 through 113-13, 113-15; and Doc. 121-5, within the scope of the Court's Order referenced above.

**WHEREFORE**, and based on the foregoing, CDS respectfully submits its Notice of Redacted Versions of Confidential Information pursuant to the Court's Minute Order of October 18, 2023 [Dkt. 212], and requests that the Court enter an Order that CDS' Redacted Versions of Confidential Information remain restricted as redacted above.

---

[1] This Ruling applies to all of the documents referenced in this Notice (Documents 113-6 through 113-13, 113-15; and 121-5.

DATED this 3rd day of November, 2023.

                              **COOMBE CURRY RICH AND JARVIS**

                              */s/Daniel R. Coombe*
                              Daniel Robert Coombe, Esq.
                              Coombe Curry Rich & Jarvis
                              2000 S Colorado Blvd.
                              Tower II, Suite 1050
                              Denver, CO 80222
                              Telephone: (303) 572-4200
                              coombe@ccrjlaw.com
                              *Attorneys for CDS*