IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

## DEFENDANTS' NOTICE OF FILING RESTRICTED DOCUMENTS

Defendants Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. (collectively, "Defendants"), through their undersigned counsel and pursuant to the Court's Order of October 26, 2023 [Dkt. 215], hereby notify the Court that Defendants have refiled the deposition transcript excerpts, previously filed under seal at Dkt. 173, with confidential information redacted. Defendants have also conventionally refiled a USB flash drive containing video portions of this deposition, previously conventionally filed under seal at Dkt. 175, including Exhibits 1 and 3 with confidential information redacted.

DATED:  November 10, 2023    **PARKER DANIELS KIBORT LLC**


By: */s/ Ryan P. Malone*
Andrew D. Parker (MN Bar #195042)
Ryan P. Malone (MN Bar #395795)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com
malone@parkerdk.com


*Counsel for Defendants*