## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PhD.,

     Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

     Defendants

---

**EXHIBIT 1**
**PLAINTIFF'S MOTION TO COMPEL DEPOSITION TESTIMONY FROM DEFENDANT MICHAEL J. LINDELL AND MOTION FOR SANCTIONS PURSUANT TO F.R.C.P. 30 AND F.R.C.P. 37**

---

Deposition Transcript of Michael J. Lindell
Dated 08-23-23

**CONFIDENTIAL**
**FILED UNDER SEAL**
and submitted to Court via USB flash drive

```
 1

 2

 3              IN THE UNITED STATES DISTRICT COURT

 4                 FOR THE DISTRICT OF COLORADO

 5          ----------------------------------------

 6

               Eric Coomer, Ph.D.,

 7

                          Plaintiff,

 8

               vs.            No. 1:22-cv-01129-NYW-SKC

 9

10             Michael J. Lindell, Frankspeech LLC,
               and My Pillow, Inc.,

11

                          Defendants.

12

13          ----------------------------------------

14

15                        DEPOSITION

16

17             of Michael Lindell, taken pursuant to

18             notice to take oral deposition, at the

19             Law Office of Parker Daniels Kibort, 888

20             Colwell Building, 123 North Third

21             Street, Minneapolis, Minnesota, on the

22             23rd day of August, 2023, before Nathan

23             D. Engen, a notary public in and for the

24             State of Minnesota.

25

                                              Page 1
```

```
 1

 2

 3

 4

 5

 6

 7              APPEARANCES:

 8

 9              Mr. Charlie J. Cain
                CAIN & SKARNULIS, PLLC
10              Attorneys at Law
                101 N. F Street
11              Suite 207
                Salida, CO 81201 81201
12              Appearing on behalf of the Plaintiff

13

14              Mr. Ryan P. Malone
                PARKER DANIELS KIBORT
15              Attorneys at Law
                888 Colwell Building
16              123 North Third Street
                Minneapolis, MN 55401
17              Appearing on behalf of the Defendant

18

19

20

21

22

23

24

25

                                            Page 2
```

```
 1                          INDEX

 2

 3          Examination:

 4

 5          By Mr. Cain:                           6

 6          By Mr. Malone:                       360

 7

 8      Exhibits:

 9

10   Exhibit 184 - Handwritten notes           84

11   Exhibit 185 - 2/18/21 US Election        166

12                    Interference

13   Exhibit 186 - 8/2/21 E-Mail and memo     211

14   Exhibit 187 - Montgomery e-mail          230

15   Exhibit 188 - Assignment of LLC Interest 239

16   Exhibit 189 - Text messages              288

17

18

19

20

21

22

23

24

25

                                      Page  3
```

```
 1                    (Whereupon, the deposition
                commenced at 9:22 a.m.)

 2

 3                    THE VIDEOGRAPHER:  Good
 4              morning.  We're going on the record at
 5              9:22 a.m. on August 23rd, 2023.
 6                    Please note the microphones
 7              are sensitive and may pick up
 8              whispering and private conversations.
 9              Please mute your phones at this time.
10                    Audio and video recording
11              will continue to take place unless all
12              parties agree to go off the record.
13                    This is Media Unit 1 of the
14              video recorded deposition of Michael
15              Lindell taken by counsel for the
16              Plaintiffs in the matter of Dr. Eric
17              Coomer versus Michael Lindell,
18              Frankspeech, LLC and My Pillow,
19              Incorporated, filed in the United
20              States District Court for the District
21              of Colorado, Case Number
22              1:22-cv-01129-NYW-SKC.
23                    This deposition is happening
24              in Minneapolis, Minnesota.  My name is
25              Dave Young, I'm the videographer.  Our
```

Page 4

```
 1              court reporter is Nate Engen.  We are

 2              both representing Veritext Legal

 3              Solutions.

 4                      I am not related to any

 5              party in this action nor am I

 6              financially interested in the outcome.

 7              If there are any objections to this

 8              proceeding please state them at the

 9              time of your appearance.

10                      Will counsel now state their

11              appearances and affiliations for the

12              record, beginning with the noticing

13              attorney.

14                      MR. CAIN:  My name is

15              Charlie Cane.  I represent Dr. Eric

16              Coomer, who is present here today.

17                      MR. MALONE:  This is Ryan

18              Malone.  I'll be representing the

19              witness, Michael Lindell, as well as

20              the other defendants in this action.

21                      THE VIDEOGRAPHER:  And will

22              the court reporter please swear in the

23              witness and then we can proceed.

24

25                      Michael Lindell
```

Page 5

```
 1              Called as a witness and having been

 2              first duly sworn, testifies as follows:

 3

 4                        EXAMINATION

 5

 6              By Mr. Cain:

 7     Q    Can you give us your full name?

 8     A    Michael James Lindell.

 9     Q    Good morning, Mr. Lindell.  How are you

10          feeling today?

11     A    None of your business.

12     Q    Mr. Lindell, are you taking any drugs

13          or other medications that would affect

14          your ability to give truthful --

15     A    No.

16     Q    -- testimony today?

17     A    No.

18     Q    Mr. Lindell, you need to let me finish

19          my question before you answer; do you

20          understand that?

21     A    Yes.

22     Q    All right.  And that's just courtesy to

23          Nate, who's our court reporter.

24          Apparently it's his first deposition,

25          so we'll have to go slow and help him
```

                                        Page 6

```
 1              out.  Apparently he only types at 40

 2              words a minute.  So we'll need to go

 3              slowly; okay?

 4        A     Is that a question?

 5        Q     Yeah.  It ended with a question.

 6        A     What's the question, rephrase it

 7              please.

 8        Q     I think you will heard it.

 9        A     Okay.

10        Q     We need to go slow; do you understand

11              that?

12        A     Yes.

13        Q     All right.  Did you do anything to

14              prepare to give testimony today?

15        A     No.

16        Q     Did you review any documents?

17        A     No.

18        Q     You have a document next to you by your

19              right hand; what is that?

20        A     This document (indicating)?

21        Q     This one (indicating).

22                   THE WITNESS:  What is this?

23                   MR. MALONE:  Mike, you can

24              testify, you can -- you can enter it as

25              an exhibit --
```

Page 7

```
 1                    THE WITNESS:  -- oh, it's a
 2             -- it's like a new -- it's a new
 3             complaint you guys did.  The -- the --
 4             the criminals versus Mike Lindell; is
 5             that -- is this right?  Yes.
 6                    MR. CAIN:  That's not the
 7             style.
 8
 9             By Mr. Cain:
10      Q      When you say the 'criminals,' who are
11             you referring to?
12      A      You.
13      Q      Me, specifically?
14      A      Yeah, you specifically.
15      Q      Yeah.
16      A      The ambulance chasing lawyer, you,
17             so...
18      Q      Mr. Lindell, as I did in your other
19             deposition when you were representing
20             My Pillow, I'm gonna admonish you not
21             to use language like that.  This is a
22             proceeding --
23      A      -- criminal's a swear word?
24      Q      This is -- let me finish.
25      A      You said stuff in my thing here saying
```

Page 8

```
 1                I (inaudible) --

 2        Q     -- let me finish, sir.  Let me finish.

 3              This is a proceeding in Federal Court.

 4              There are rules associated with this;

 5              do you understand that?

 6        A     You didn't tell -- yep.  You called me

 7              a liar in here, and I can call you a

 8              criminal for calling me a liar.  It's

 9              freedom of speech.

10        Q     You need to answer my questions, sir.

11        A     Okay.  What's the question?

12        Q     So it's obvious to me that we need to

13              go through some additional ground

14              rules.

15                          I think we did that before.

16              But let me make myself clear.  Number

17              1, there are federal rules that govern

18              the conduct of this deposition; do you

19              understand that?

20        A     Yes.

21        Q     Do you understand that your testimony

22              might be played both to Judge Wang and

23              the jury?

24        A     Yes.

25        Q     Okay.
```

Page 9

```
 1        A      Hope it is.

 2        Q      And do you understand that in terms of

 3               your conduct here today, to the extent

 4               that you are operating in bad faith or

 5               being abusive in your responses, that

 6               that's a matter that we can bring to

 7               Judge Wang's attention; do you

 8               understand that?

 9        A      Yes.

10        Q      Okay.  Now, with respect to your claims

11               that I am a criminal, what specifically

12               are you referring to?

13        A      I just seen your new thing here where

14               it says I falsely said this.  I didn't

15               falsely said anything which you're the

16               lawyer that wrote it, which makes you a

17               criminal.

18                      You're coming after me

19               criminally.  You are criminal for the

20               attacks you've done on myself...

21               (phone ringing).  On myself.

22                      You -- I consider anyone

23               you've -- you've attacked my business,

24               you've attacked employees there; that's

25               criminal behavior.  You're an ambulance
```

                                              Page 10

```
 1              chasing criminal lawyer, that's what
 2              you are.
 3                     And not a criminal case,
 4              just a criminal yourself.
 5       Q    You're obviously not listening to what
 6              I said to you.
 7       A    Well, I -- you asked me a question, I'm
 8              answering why I called you a criminal.
 9       Q    Okay.
10       A    I -- I just read what you said about
11              me.  You said I falsely said something
12              on my show.  I didn't say anything
13              falsely on my show.  You're -- you're
14              -- you're saying -- you're calling me a
15              liar.
16       Q    I'm gonna -- I'm gonna interrupt you,
17              sir --
18       A    -- you're calling me a liar, before you
19              even sit down you sent a new sheet
20              calling me a liar.
21       Q    Did you review that by any chance?
22       A    I reviewed that part that you said --
23              that you added, yes, I did.
24       Q    You just told me that you didn't look
25              at --
```

Page 11

```
 1      A       -- I reviewed one sheet.  I didn't know

 2              it was this sheet, sir.  I didn't know

 3              it was this paper.

 4                      THE WITNESS:  Is this the

 5              paper that you showed me that one piece

 6              I asked for?

 7                      MR. MALONE:  Mike, again,

 8              I'm not here to testify.

 9                      THE WITNESS:  Okay.

10                      MR. MALONE:  Just answer the

11              question if you know the answer.

12                      MR. CAIN:  Okay.

13

14              By Mr. Cain:

15      Q       I just asked you under oath if you

16              reviewed anything and you said, "No."

17              Now you're telling us you did look

18              at (inaudible) --

19                      THE WITNESS:  -- I looked at

20              one --

21                      MR. MALONE:  -- object to

22              the form.

23                      THE WITNESS:  -- piece of

24              paper from my lawyer.

25                      MR. MALONE:  Mike, wait
```

Page 12

```
 1              until he finishes, so I can get my
 2              objection heard.
 3                        THE WITNESS:  Okay.  All
 4              right.
 5                        MR. MALONE:  Okay.  Object
 6              to the form.
 7
 8              By Mr. Cain:
 9         Q    So when you interrupt me, I'm gonna
10              stop talking because we can't talk over
11              each other and Nate can't take that
12              down especially because it's his first
13              deposition; okay?  Stop interrupting
14              me, let me finish.
15                        Now, I asked you if you had
16              reviewed anything and you said, "No."
17              That wasn't correct; is it?
18         A    Define 'review'.  I did not read this
19              document.  I had one piece of paper
20              that I asked him for and one -- and
21              some numbers that I asked my lawyer
22              for.
23         Q    Okay.
24         A    That's all I did.  And I've -- I -- I
25              haven't reviewed those papers, no, I
```

Page 13

```
 1               have not.

 2      Q        Okay.

 3      A        I got two of them right before you

 4               walked in the room.

 5      Q        What one piece of paper did you look

 6               at?

 7                        THE WITNESS:  Can I ask him

 8               what page it's on?

 9                        MR. MALONE:  Mike, you don't

10               want to tell him anything that we

11               talked about.

12                        THE WITNESS:  Okay.

13                        MR. MALONE:  If you know the

14               answer --

15                        THE WITNESS:  Okay.

16                        MR. MALONE:  -- then you can

17               say it.  If you don't know the answer,

18               then that's your answer.

19                        THE WITNESS:  Well, I can

20               try and find it if you want -- if you

21               want me to go through it.  I don't know

22               if it came from here or not.

23                        I asked him, my lawyer,

24               something for a very specific.  I

25               didn't review this -- this complaint or
```

                                        Page 14

```
 1              any papers.  I asked him for two
 2              things.
 3                       I asked him how much money
 4              that My Pillow had lost to get me that
 5              piece of paper which we had that we had
 6              lost because of your client.
 7                       And then I also asked him
 8              what was said, or what did they have,
 9              that was said on my show.  And -- and
10              can he -- and he went and either he
11              printed it off, whatever, I can't find
12              it.
13                       And he said, it was just a
14              quote and it said --
15                       MR. MALONE:  Mike --
16                       THE WITNESS:  -- you falsely
17              accused me.  I falsely said something.
18              Which I didn't.
19
20              By Mr. Cain:
21        Q     The information that you requested with
22              respect to My Pillow, and the money
23              that you claimed you lost, you reviewed
24              that to prepare today --
25        A     -- no, I just wrote down two numbers.
```

Page 15

```
 1              I said what are those numbers again.
 2      Q    What are the those numbers again?
 3      A    That -- the numbers that from Newsmax
 4           from January to April that I -- that
 5           was taken as $3,055,534.18.
 6                   And then after your -- after
 7           Eric Coomer, the dirty deal made with
 8           Chris Rutty, from that point on the
 9           Newsmax would not have My Pillow on.
10                   And from my -- from the same
11           time period, Monday until August
12           another four-month time period, we took
13           in $300,661, 10 percent, a 90% percent
14           loss.
15                   Ninety percent My Pillow was
16           tanked because of -- directly because
17           of you.
18      Q    Okay.  Let's -- let's break that down.
19           What -- and you -- you went through
20           that fairly quickly.  So I'm gonna slow
21           you down again.
22                   You wrote down multiple
23           numbers that you're claiming.
24      A    No, there's only two numbers, sir,
25           don't say multiple.  Two.
```

Page 16

```
 1        Q     Well, multiple is more than one.

 2        A     Okay.

 3        Q     All right.  The first is $3 million...

 4              Repeat that?

 5        A     $3,055,534.18.

 6        Q     And what does that number represent?

 7        A     That number is sales for My Pillow from

 8              January to April, January 1st to end of

 9              April, a four-month period.

10        Q     Okay.

11        A     Leading up to when you -- when Chris

12              Ruddy no -- told me I could no longer

13              come on Newsmax because of some

14              settlement with your client.

15                        And he -- and -- and then

16              I'm -- from May 1st to August 31st,

17              that now number instead of being our

18              normal $3 million fifty five whatever,

19              it went to $300,661.59.

20                        And the reason for that is

21              because he would no longer let me come

22              on to talk about My Pillow products,

23              period.

24                        And that's what I was upset

25              about on -- when I made the one
```

Page 17

```
1              statement I've ever made about Eric

2              Coomer.

3      Q       Well, you've made multiple, but...

4      A       Now after you -- after I was served

5              papers.  See you're lying.

6                      THE WITNESS:  This -- I'm

7              wanna -- I wanna put that in there.

8              He's -- he's lying right there.  I made

9              -- every statement I made was after

10             that.  I made one statement ever about

11             him, everything else was after I was

12             served papers on the Capital in

13             Colorado.

14     Q       Do you --

15     A       -- everything came after that.  He --

16             he attacked me, not the other way

17             around.

18     Q       Do you think it matters --

19     A       -- he attacked My Pillow.

20     Q       Do you think it matters if -- if you

21             defame someone publicly whether --

22     A       -- I didn't defame him publically.

23     Q       Let --

24     A       -- he served me papers.

25     Q       Let me finish --
```

Page 18

```
 1                    MR. MALONE:  -- Mike wait,
 2          so I can object.
 3
 4          By Mr. Cain:
 5     Q    This is a timing question, Mr. Lindell.
 6          Did -- do you think that it matters if
 7          hypothetically you defame someone
 8          whether it's before or after a lawsuit
 9          was filed?
10     A    I never defamed him ever --
11                    MR. MALONE:  -- object to
12          form.  Mike?
13                    THE WITNESS:  What?
14                    MR. MALONE:  I need to get
15          my objections.
16                    THE WITNESS:  Okay.
17                    MR. MALONE:  Okay.  Object
18          to form; legal conclusion.  Now you can
19          answer.
20                    THE WITNESS:  I never
21          defamed anyone.
22
23          By Mr. Cain:
24     Q    No. I'm asking --
25     A    -- period.
```

```
 1       Q      -- about timing -- timing.  Listen to
 2              my --
 3       A      -- no, timing of what?
 4       Q      Don't -- don't interrupt me and listen
 5              to my question.
 6                     I said 'hypothetically,'
 7              because I know you're not gonna agree
 8              with me, I'm just asking about timing.
 9              Hypothetically, do you think it matters
10              if you defame someone whether it's
11              before or after a lawsuit is filed?
12       A      Here's my answer.  When a criminal like
13              you, an ambulance chasing lawyer, has a
14              client that is also whatever he's
15              trying to attack me for, attacks me and
16              serves me papers, I'm gonna tell the
17              world about that.  Absolutely.
18                     You can call it whatever you
19              want.  It was not deflamation.  It was
20              the facts, you served me papers and
21              attacked My Pillow to take me out of
22              business or whatever you're doing this
23              for.
24                     You've an ambulance chasing,
25              money hungry, criminal lawyer.  It's
```

                                        Page 20

```
 1              that simply.  So I'll say it all day
 2              long, if you think --
 3      Q      Okay.
 4      A      -- that's defaming.  No, you guys sued
 5              me on the steps of the capital for no
 6              reason.  I don't even know this guy.
 7              I've never met him before in my life
 8              until right now.
 9                   I said one thing once
10              because he tried to take out of My
11              Pillow making a dirty deal with Newsmax
12              and cost me over $3 million dollars.
13                   And I have employees I have
14              to look out for.  There's your answer.
15      Q      I'm gonna continue the deposition for
16              the time being, subject to filing our
17              motion for sanctions for your
18              deposition conduct.
19                   But for now I'm not going to
20              be suspending it.  And it's
21              defamation --
22      A      -- making more criminal threats are
23              you, Mr. Lawyer?
24      Q      It's not deflamation, it is defamation
25              that I was asking you about.
```

Page 21

```
  1                     But let's go back to your
  2              claim about Newsmax.  January 1 to
  3              April the first sales period that
  4              you're referring to that's in 2021;
  5              correct?
  6      A       Right.
  7      Q       And May through August, the 90-percent
  8              reduction that you just referred to,
  9              that's also in 2021?
 10      A       Correct.
 11      Q       And what you're referring to in terms
 12              of the reduction, is that tracked
 13              through a promo code?
 14      A       Yes.  The promo code Newsmax that we
 15              always use.  Yes.
 16      Q       Okay.  Now, I asked you what you did to
 17              prepare to give testimony.  Did you
 18              review Mr. Ruddy's deposition?
 19      A       No.
 20      Q       Do you know that he have testified
 21              about this --
 22      A       Yes.
 23      Q       -- very same issue?
 24      A       Yes.
 25      Q       Do you know that he disagrees with what
```

Page 22

```
 1              your contention is here?

 2     A    From what I heard, he doesn't really

 3          disagree.  I -- in front of -- I've

 4          talked to my lawyers and we -- and he

 5          doesn't disagree at all.

 6                  MR. MALONE:  Mike, you have

 7          to --

 8                  THE WITNESS:  Okay.

 9                  MR. MALONE:  -- tell them

10          what we talked about.

11                  THE WITNESS:  Got it.  No,

12          he doesn't disagree.  He knows what we

13          talked about; he just don't have it in

14          writing.

15                  MR. CAIN:  Well, let's --

16                  THE WITNESS:  -- he's --

17          he's never let me on since -- to this

18          day.  And we just talked another three

19          months ago.  He said, "I'm not -- I

20          can't have you back on yet, Mike."

21          Fact.

22

23          By Mr. Cain:

24     Q    Let's break this down a little bit

25          more.  I took your deposition before on
```

                                                    Page 23

```
1              behalf -- when you were acting on
2              behalf of My Pillow, and you made this
3              same claim in your prior deposition;
4              didn't you?
5      A       (Indicating).
6      Q       Is that a yes?
7      A       Yes.
8      Q       Okay.
9      A       If it -- it's night and day whatever
10             Ruddy says, the proof is in the
11             pudding.  He's never had me back on.
12                     So, you can sit there and
13             say, "Oh, I'd have him on," and he
14             never has.  He won't let me on.  I've
15             asked numerous, numerous times.
16                     So -- even to talk about
17             bringing pillows to the hurricane
18             victims down there.  "No you can't come
19             on, Mike."  "No, you can't come on,
20             Mike."
21     Q       Now in your prior deposition you
22             claimed the same thing that there was
23             some agreement between Dr. Coomer and
24             Newsmax to keep you off the air; right?
25     A       Sure seems --
```

Page 24

```
 1                    MR. MALONE:   -- object to

 2            the form.

 3                    THE WITNESS:  Sure seems

 4            like that; doesn't it?

 5

 6            By Mr. Cain:

 7       Q    That's -- and that's very clearly

 8            angered you; is that a fair statement?

 9       A    When he told me -- when Chris Ruddy

10            told me at the beginning of May of

11            2021, "Mike, I can no longer have you

12            on," and I was very upset.

13                    I said because you made a

14            dirty deal with a -- with a -- this

15            Eric Coomer guy, whoever he is?  And

16            Chris says, "Mike, I'm sorry.  I have

17            other lawsuits going on."

18                    And I said, "Well, what does

19            that have to do with My Pillow?"  He

20            says, "I'm sorry."

21                    That's what he said numerus

22            times, "I'm sorry, I can't have you on

23            even to talk about pillows like I've

24            always said, but --"  "Mike, I've

25            always backed you.
```

```
 1                    "I'm sorry.  I'm in -- I'm
 2            in a position here now.  I no longer
 3            can do that."  That's his quote, "Mike,
 4            I'm sorry, you know I've always had
 5            your back."
 6                    I said, "Well, now you're
 7            changes overnight because some Eric
 8            Coomer guy, whoever that it, attacks
 9            you and you make a deal?"  And says
10            Mike Lindell can't come on.
11                    Whether you guys have that
12            in writing or not, I don't care what
13            you got.  That's my reality; that's
14            what happened.  From that day forward I
15            lost two hundred -- $2 million just on
16            that code alone lost almost $2.7
17            million dollars.
18                    This is a family-owned
19            company, a -- a employee-owned company.
20            Don't you care about all these
21            families, there's over a -- over a
22            thousand families that have been there
23            and they have to suffer because you --
24            whatever you guys did with -- with
25            Newsmax, it's -- the proof is in the
```

Page 26

```
 1                    pudding.
 2                              There are the numbers,
 3                    numbers don't lie.  And that's the only
 4                    time I came out against Eric Coomer and
 5                    said how dare he go on there and I -- I
 6                    probably bad mouthed his lawyer more
 7                    than him.
 8                              MR. CAIN:  Objection;
 9                    non-responsive.
10                              THE WITNESS:  As you know.
11
12                    By Mr. Cain:
13          Q    Do you remember what my question was?
14          A    Yeah.  You said -- you -- you said --
15                    you said the same thing back then about
16                    -- and I'm saying the same thing now.
17          Q    Yeah.  And -- and this episode made you
18                    angry and made you want to go on -- on
19                    public television or through your
20                    Lindell TV to talk about --
21          A    -- it was -- it was concerning --
22          Q    -- let me finish.
23                              MR. MALONE:  Mike.  Mike.
24
25
```

Page 27

```
 1              By Mr. Cain:
 2        Q     And talk about Eric Coomer; right?
 3        A     (Indicating).  Not at all.  That's not
 4              true.  I went on to talk about Newsmax;
 5              I didn't know who Eric Coomer was.
 6        Q     Okay.
 7        A     I went on and talked about Newsmax for
 8              probably a month straight, bashing
 9              Newsmax, to the point where Chris Ruddy
10              called me up and said, "Mike will you
11              quit bashing Newsmax?"
12                      I said, "Okay," so I went on
13              to bash Chris Ruddy.  And said, "This
14              is horrible what you're doing to My
15              Pillow."  And that -- and you can look
16              up all those things.  It's one after
17              another I get.
18                      I only mentioned your client
19              once because people had to know what --
20              where this came from.  His lawyers,
21              some lawyers and Eric Coomer attacked
22              My Pillow for no reason, and make is so
23              -- so Newsmax won't put me on.  That
24              was directly -- Chris Ruddy told me
25              this.
```

Page 28

```
 1                    MR. CAIN:  Objection,

 2           non-responsive.

 3

 4           By Mr. Cain:

 5      Q    But let me ask you about one thing you

 6           said in -- in that last statement.  You

 7           only attacked Eric Coomer once?

 8      A    I didn't attack Eric Coomer; I only

 9           mentioned his name once.

10      Q    Once?

11      A    Once.  Once.  Until the steps of the

12           capital when he served me papers.  Only

13           once.

14                    The rest was all Newsmax.

15           You can -- you can track it, go back in

16           time.  Go back in time and look at it;

17           I didn't know who Eric Coomer was.

18                    Now that's -- that's --

19           whatever Newsmax did, whatever you two

20           had going, I still don't know what you

21           all had going.  But I do know that I --

22           that it affected My Pillow immediately.

23                    All of a sudden I'm -- it

24           felt like I was getting cancelled

25           everywhere and another way to cancel
```

                                            Page 29

```
 1              me.  I don't know what you guys do, I
 2              don't know what your evil does.  You
 3              guys go to cancel My Pillow that's the
 4              only thing I can think of why you're
 5              even doing this at all.
 6                        MR. CAIN:  Objection,
 7              non-responsive.
 8
 9              By Mr. Cain:
10        Q     You mention, as you said, Eric Coomer
11              once before you found out about this,
12              as you called it earlier, this dirty
13              deal with Newsmax and Eric Coomer.
14                        After your deposition where
15              you talked about that, your capable
16              lawyer, Mr. Malone, obtained a copy of
17              the settlement agreement between Dr.
18              Coomer and Newsmax; are you aware of
19              that?
20        A     Say that again.
21        Q     After your deposition where you talked
22              about as you called it, this dirty
23              deal, between Coomer and Newsmax.
24        A     Right.
25        Q     You're attorneys obtained a copy of the
```

Page 30

```
 1              settlement agreement between Dr. Coomer
 2              and Newsmax.
 3       A      Okay.
 4       Q      Do you know that?
 5       A      No.
 6                     MR. MALONE:  Object to
 7              foundation.  Okay.
 8                     THE WITNESS:  And I -- I've
 9              never see it.
10                     MR. CAIN:  Okay.
11
12              By Mr. Cain:
13       Q      You -- you haven't asked to see a copy
14              of that?
15       A      No, I haven't asked to see a copy of
16              it.
17       Q      Okay.  Do you know as you sit here
18              whether or not there is a provision in
19              the settlement agreement that prevents
20              you from going on Newsmax or talk --
21       A      I --
22       Q      -- let me finish, that -- that prevents
23              you from going on Newsmax as a result
24              of the settlement agreement between Dr.
25              Coomer and Newsmax?
```

                                        Page 31

```
 1      A    I -- I don't know if it's written there

 2           in writing; I only know what Chris

 3           Ruddy told me.

 4      Q    Okay.

 5      A    But that's -- so you got -- that was

 6           part of the deal.

 7      Q    And you didn't bother to -- to

 8           investigate that portion of this

 9           allegation by even looking at the

10           settlement agreement itself; did you?

11                    MR. MALONE:  I'm gonna

12           object to foundation.  Also raising

13           objection pursuant to the protective

14           order that that document was identified

15           as attorneys-eyes-only and produced on

16           the condition that it wouldn't be

17           shared with Mr. Lindell.  So that's the

18           foundation objection.

19                    THE WITNESS:  So I have no

20           idea.  What my lawyer said.

21                    MR. CAIN:  That's -- that's

22           fair.

23

24           By Mr. Cain:

25      Q    You haven't been provided with a copy
```

Page 32

```
 1            of that?
 2    A       No.
 3    Q       Okay.  And -- and you haven't looked at
 4            the deposition transcript which we now
 5            have of Mr. Ruddy to see what he had to
 6            say about this; did you?
 7    A       No.
 8    Q       Okay.  Now Mr. Ruddy -- well, let me
 9            back up.
10                    You recall when you went on
11            Newsmax in February of 2021 when the
12            anchor stormed off the set during your
13            -- your segment; do you remember that?
14    A       Yes.
15    Q       Okay.  And that was several months
16            before this so called dirty deal that
17            Eric Coomer made with Newsmax; wasn't
18            it?
19    A       That had nothing to do with Eric
20            Coomer.  That was my Twitter account
21            getting cancelled.
22    Q       No, sir.  When you went on Newsmax and
23            I'll play you the clip if you -- if you
24            --
25    A       -- oh, I'm -- I'm very familiar, it was
```

Page 33

```
 1              the Number 1 story in the world.  Yes.

 2      Q     Right.  That wasn't -- I believe

 3              February 2nd of 2021 --

 4      A     (Indicating).

 5      Q     -- is that consistent?

 6      A     February 2nd or 3rd, I think it was

 7              2nd.

 8      Q     Okay.  And during that appearance, you

 9              started talking about your election

10              fraud claims; do you recall that?

11      A     That's -- that's -- no.  What I said

12              was -- I was saying why I got cancelled

13              on Twitter.

14                  "Mike, you lost your Twitter

15              account."  And I started telling him,

16              "Yes, I lost that because I said stuff

17              on Twitter about the election crimes."

18              And then he -- they right away cut me

19              off.

20                  And then I -- you know, they

21              -- they wanted me to come on and talk

22              about why -- you know, my Twitter

23              account.

24      Q     Do you remember the -- the anchor

25              reading a statement that --
```

Page 34

```
 1        A     (Indicating).

 2        Q     -- Newsmax had prepared?

 3        A     Yeah, I couldn't hear it though because

 4              they had me muted.  If you watched the

 5              segment, I couldn't hear that.

 6        Q     Okay.  Let's -- let's listen to it.

 7        A     I don't need to listen to it.  I

 8              watched it a million times.  I know

 9              what he says.  'Thou shall not talk

10              about Dominion,' or some blah, blah,

11              blah.

12        Q     Okay.

13        A     'Because we here at Newsmax believe

14              there was no crime'.

15        Q     Right.  And that was February, that was

16              months before this so called deal to

17              keep you off of Newsmax; right?

18        A     What's that?  Yeah.

19        Q     Yeah.  And you knew in February, at

20              least as early as February of 2021,

21              that if you were gonna go on Newsmax

22              that you were not allowed to talk about

23              election fraud issues; isn't that

24              right?

25        A     He -- at -- from that point he said,
```

Page 35

```
 1                   "You can't talk about election fraud,
 2              but you can talk about My Pillow."  So
 3              I did, I came right back on there, even
 4              the same day, and talked about My
 5              Pillow.
 6       Q     Right.  And --
 7       A     -- so they -- so this is what -- this
 8              is the differences you're trying to do
 9              here.  Here they said don't talk about
10              that, but I could still go on with My
11              Pillow.
12                   What you guys did is from
13              May 1st on I can't even go on there at
14              all.  And that's disgusting.  Thank
15              you.
16       Q     Mr. Ruddy testified that in between the
17              segment that -- where the anchor walked
18              off the set, and -- you actually did
19              another segment later in the day on
20              these things; didn't you?
21       A     Yeah, I did.  Yeah.
22       Q     Okay.  But you had a discussion with
23              Mr. Ruddy about you coming on and
24              talking about election fraud issues; do
25              you remember having that --
```

Page 36

| | | |
|---|---|---|
| 1 | A | -- no, what he said -- he said -- |
| 2 | Q | -- no, no, no.  Do you remember having |
| 3 | | that discussion? |
| 4 | A | When? |
| 5 | Q | Between the two segments. |
| 6 | A | Yes, I called him. |
| 7 | Q | All right. |
| 8 | A | That's correct. |
| 9 | Q | And you, according to Mr. Ruddy, |
| 10 | | apologized to him for talking about the |
| 11 | | election fraud issues because you had |
| 12 | | been told that that was not to be a |
| 13 | | topic -- |
| 14 | A | -- that's not true, 100 percent not |
| 15 | | true.  I was not told I could not talk |
| 16 | | about why I was cancelled on Twitter. |
| 17 | | That was his -- their |
| 18 | | mistake that they made, they didn't |
| 19 | | tell me about that before I went on. |
| 20 | | And I said, "Chris," I said, "Your |
| 21 | | anchor pulled his thing off, and left |
| 22 | | the thing.  What's going on?" |
| 23 | | And I said -- and he said to |
| 24 | | me quote he says, "Well, I don't know," |
| 25 | | he says.  And I said -- I said, "I -- I |

Page 37

1           went on to tell him about why my

2           Twitter was cancelled because of the --

3           the attack with these machines -- and

4           these -- and the election crime."

5                   And he goes, "Well, Mike,

6           they can't -- we have a thing at

7           Newsmax, we can't say that now."

8                   And I said, "Okay."  I said,

9           "Well, I didn't know that.  You never

10          told me ahead of time."  And he goes,

11          "It's our anchor's fault."

12                  And he went after his -- he

13          said, "It's our anchor's fault."  And I

14          said, "If you want, I'll come on and --

15          and help you out.  I didn't know I

16          wasn't supposed to say that."

17                  And so I went on to help

18          him.  He says, "You've helped me,

19          Mike," or, "I've helped you before with

20          My Pillow, and I'll continue to."

21                  So I went back on, and --

22          and did another show, and many shows

23          after that of just about My Pillow.

24          All the way up to May 1st, that's when

25          we took in $3 million.

                                        Page 38

```
 1                        After that $300 thousand for

 2              four months because of you guys.  Since

 3              that point in May 1st, I've never been

 4              able to go on there again ever.

 5                        And he's even said it in

 6              front of his lawyer.  He said it just

 7              four months ago.  I said, "Are you

 8              ready to have me on?  Can I come on and

 9              talk about pillow?"

10                        "No, Mike, we're not quite

11              ready -- there yet.  We, you know, we

12              have lawsuits out there," blah-blah

13              blah.

14                        Apparently he's got -- he

15              sued by other people too besides

16              Coomer.

17        Q     Okay.  My question was, you apologized

18              to --

19        A     -- I didn't apologize, that's not true.

20        Q     That's -- that's his testimony.

21        A     Okay.

22        Q     You're saying --

23        A     -- I'm the one that called him.  And I

24              -- all I said was, "Hey, if there's

25              something wrong, your guy didn't tell
```

Page 39

```
 1              me."  And I said, "I'm sorry if I did
 2              something wrong."  I did -- I might
 3              have said that.
 4                      And he goes, "No, Mike, you
 5              didn't know; it's our guy's fault."
 6              And I thought he was gonna fire the
 7              guy.
 8                      I'm the one that called him.
 9              I'm going, "What just happened?"  I
10              said this is an embarrassment to the
11              world.  The guy rips his thing off.  I
12              can't go and say why my Twitter was
13              cancelled.
14                      MR. MALONE:  Mike.
15                      THE WITNESS:  I was just
16              stating a fact.  My Twitter was
17              cancelled because I put evidence up
18              there on the sheet, period.  On -- on
19              Twitter and that's when it was
20              cancelled.
21                      So everybody's calling me to
22              come on these shows.  Come on the show,
23              come on tell us why your Twitter was
24              cancelled.
25                      What am I supposed to go on

                                        Page 40
```

```
 1              there, "Oh, Twitter -- my Twitter was
 2              cancelled because I'm a -- they just
 3              don't like me."  You know Jack Dorsey
 4              just doesn't like me.
 5                        No, it was cancelled because
 6              they didn't want to hear about election
 7              crime.  That's -- period.  And that --
 8              and -- and Ruddy I did nothing wrong,
 9              and Ruddy will tell you that.
10                        They -- they didn't -- they
11              didn't tell me.  That's like having
12              someone come on, 'Tell us why you lost
13              your Twitter,' and I'm supposed to lie?
14                        MR. CAIN:  (Inaudible).
15                        THE WITNESS:  I was supposed
16              to lie.  (Laughing).  I lost my Twitter
17              because I just a -- I called Jack
18              Dorsey a criminal, I don't know.  I
19              mean, no, I didn't -- that's not what
20              happened.
21
22              By Mr. Cain:
23         Q    Mr. Lindell, I was -- I was asking
24              about Mr. Ruddy's testimony that you
25              apologized to him.  And you were
```

Page 41

```
 1              non-responsive once again.

 2      A      I'm -- I'm saying -- with the apology

 3              -- I -- there's my answer.  I called

 4              him up because I didn't understand why

 5              this host ripped off a microphone.

 6      Q      Did you apologize to him or not?

 7      A      I just -- I didn't apologize.  I said I

 8              didn't know if you -- and he goes, "No,

 9              Mike, it's not your fault, it's our

10              fault, our host."

11                      And I go, "What's going on?"

12              That's what I said to him, I said,

13              "What's going on?  Why would he tear

14              his microphone off?"

15                      "Well, we can't talk about

16              election crime."  I go, "Then how --

17              then why'd you have me on to talk about

18              Twitter?"

19      Q      All right.

20      A      And then he asked me, he said, "Could

21              you go back on?"  And -- and I said,

22              "To do what?"  And he said, "Could you

23              come back on and say that Newsmax has

24              always helped you out?  It'll help My

25              Pillow."
```

                                        Page 42

```
 1                      And that -- and I said,
 2            "Yeah, I'll do that for you."  And I
 3            said -- you know-- and he goes, "We're
 4            gonna -- we're gonna reprimand that
 5            guy."
 6                      He -- he's the guy that did
 7            something wrong, not me.  Do you
 8            understand that?
 9                      MR. CAIN:  Objection;
10            non-responsive.
11
12       By Mr. Cain:
13    Q    I just asked about the apology and --
14    A    -- well, that's not true.  That's not
15            the way it went down.
16    Q    Okay.  I've -- I've got a lot to cover
17            with you.
18    A    Okay.
19    Q    Which is why --
20    A    -- well, then don't and put lies in --
21            in the -- in the thing because Chris
22            did not say that.  Chris knows what was
23            said.
24                      Chris knows exactly what was
25            said.  I did nothing wrong.  Why would
```

                                          Page 43

```
 1              I apologize, I did nothing wrong.  I
 2              was confused why his host did that.
 3    Q   You're not responding to a question
 4              that's on the table.
 5    A   Okay.  The answer's no.
 6    Q   All right.  So Mr. Ruddy testified that
 7              you apologized to him, that's why I
 8              asked the question.  You're saying --
 9    A   -- (indicating).  But that's not what
10              he said.  If I read his transcript --
11              if I read his transcript, I don't
12              believe Chris would lie like that.
13    Q   Okay.
14    A   He said -- he told me straight up, he
15              apologized to me for that host's
16              behavior.
17                   He apologized to me and
18              said, "I'm really sorry, Mike.  That
19              guy, he should never have done that,
20              and you should've been let known ahead
21              of time not to say anything that I
22              didn't want you to say."
23                   And I'm going, "Yeah."  I
24              mean, you don't bring someone on to say
25              why did you lose your Twitter?  What am
```

Page 44

```
 1                   I supposed to lie?  Well, I don't know

 2                   it just lost, you know, My Pillow lost

 3                   their Twitter account.

 4                         I mean, and -- and I -- and

 5                   I said, "Chris, that's okay, you've

 6                   helped me out.  If you want me to go

 7                   back on and say how you've covered My

 8                   Pillow..."

 9                         It was more of him

10                   apologizing for his host -- for his

11                   horrible host that did that.  And Chris

12                   will tell you that.

13          Q        During the deposition I'll represent to

14                   you I asked Mr. Ruddy at Page 60 of the

15                   current transcript, "Subsequent to that

16                   segment, parenthetically (I was

17                   referring to the February 2nd segment

18                   that you came on) you had a

19                   conversation with him," referring to

20                   you, "Where Number 1 Mr. Lindell

21                   apologized to you for raising those

22                   issues and Number 2 agreed to not raise

23                   them in the future appearances on

24                   Newsmax; is that fair?"

25                         And do you know what Mr.
```

```
 1              Ruddy's response was?  "Yes."  So Mr.
 2              Ruddy's sworn testimony is that you had
 3              a conversation, you apologized to him,
 4              and that you agreed to raise -- to not
 5              raise the election fraud issues in
 6              future appearances.  That's his
 7              testimony.
 8     A    Okay.
 9     Q    Is he lying?
10     A    Yes.
11     Q    And --
12     A    -- so that it's not -- he's twisting
13          it.  I told you exactly -- here's word
14          for word.
15     Q    You've already explained --
16     A    -- no, word for word.  So you could --
17          he could say that, and I'm going, he's
18          -- and he says -- and I -- here's what
19          he said.
20                   He said -- I didn't
21          apologize, he said -- I said, "Well can
22          I come on and talk about pillows and
23          stuff?"  He says, "Yeah, just don't
24          bring up election stuff anymore."
25          That's what he said.
```

Page 46

```
1      Q     All right.
2      A     That wasn't an apologize -- what am I
3            apologizing for?  I never apologized
4            because I didn't do anything wrong.
5                      If I'd had been told by him
6            -- he had done a for My Pillow, I'm not
7            gonna go there if I'm told to not --
8            100 percent if I was told, "Mike, you
9            can come on but you can't talk about
10           this."  I would not do that to him.
11                     Newsmax had done a lot to
12           help My Pillow, so that's a complete
13           lie what you're saying there.  I did
14           not apologize to him.  I was baffled,
15           like why did your host do that?
16                     I go "Chris," and he goes,
17           "What?"  He was surprised because he
18           hadn't seen it, you know.
19     Q     You're not -- you're not responsive --
20     A     -- well, you're telling -- you're --
21           you're twisting it.
22     Q     No.  I asked you if he was lying, and
23           you said, "Yes."  (Inaudible) --
24     A     -- he's -- it's misconstrued, lying
25           whatever, doesn't remember, whatever
```

Page 47

```
 1                    you want to call it.  I don't think
 2                    he's maliciously lying, but I never
 3                    apologized for something I didn't do.
 4                    I was never told I couldn't say that,
 5                    are you kidding me?
 6          Q     I'm just --
 7          A     -- that's the craziest thing I've ever
 8                    heard that you're trying to twist this.
 9                    I was never told that I could not talk
10                    about why my Twitter was cancelled
11                    because I put up stuff about the
12                    elections.  That's a fact.
13                         MR. CAIN:  Object to the --
14                         THE WITNESS:  -- and if --
15                    and if you asked him that he would tell
16                    you the same thing.  If he said that's
17                    not true, then he's lying.
18                         MR. CAIN:  Object to the
19                    lack of responsiveness.
20
21          By Mr. Cain:
22          Q     Mr. Lindell, again, so we're clear.  I
23                    only have so much time with you and I
24                    have --
25          A     -- I'm sorry.  I'm so sorry.
```

Page 48

```
 1          Q     And I'm --

 2          A     -- I'm so sorry, Your Highness.

 3                      MR. MALONE:  Mike, why don't

 4          -- why don't you answer --

 5                      THE WITNESS:  -- give me a

 6          break.

 7                      MR. MALONE:  -- answer the

 8          question.

 9                      THE WITNESS:  You only have

10          so much time.

11                      MR. MALONE:  Mike.

12                      THE WITNESS:  I'm sorry.

13          I'm trying to run a company with a --

14          a thousands of employees and their

15          families that you've ruined, but I took

16          my time to come down here.

17                      MR. MALONE:  Mike, let him

18          finish what's he's gonna say.

19                      THE WITNESS:  Yeah.  Okay.

20                      MR. MALONE:  (Inaudible),

21          we'll object.

22                      THE WITNESS:  All right.

23

24          By Mr. Cain:

25          Q     Meaning under -- under the Federal
```

Page 49

```
 1                  rules, sir, I don't expect you to be
 2                  familiar with that, my point is that if
 3                  I don't cover the topics here today, I
 4                  am going to be asking for more time
 5                  with you --
 6      A     -- good for you.
 7                       MR. MALONE:  Mike, let him
 8                  finish.
 9
10                  By Mr. Cain:
11      Q     And -- and for expenses associated with
12                  this.  It's going to go a lot faster if
13                  you just respond to what I'm asking
14                  you; okay?
15      A     (No response).
16      Q     Can we have that agreement?
17      A     Yes.
18      Q     Thank you.  Okay.  Now, as of February
19                  2nd when this segment aired, you knew
20                  that you were not to bring up election
21                  fraud issues if you went on Newsmax's
22                  air; didn't you?
23      A     100 percent, no, I did not.  100
24                  percent.  I never was told I couldn't
25                  bring up elections, are you kidding?  I
```

Page 50

```
 1                  was on all before that -- the months

 2                  before that.  I was on every other

 3                  station in the country asking me this.

 4                  This is crazy.  What do you mean I

 5                  didn't know?

 6        Q     You just said you were told you

 7                  couldn't raise election issues by Mr.

 8                  Ruddy.

 9        A     No, this was after I was on.  Do you

10                  understand that?  He asked me, "Mike,

11                  if I -- could you please not bring up

12                  election stuff again?"  After I was on.

13                       Don't try and twist it that

14                  I knew going into that segment, because

15                  I didn't.  As God as my witness, I did

16                  not know because I wouldn't have

17                  brought it up.

18                       Do you get it?  You're

19                  trying to twist this, yourself, and

20                  Ruddy never -- and Ruddy would testify,

21                  "Did Mike know going in?"  And he would

22                  say, "Absolutely not."

23                       And if you're saying he said

24                  anything different, then he's lying.

25                  That's a fact.  I don't know what else
```

Page 51

```
 1                    -- how else to write it out for you.
 2                           When I went into that
 3              segment I would never go on there and
 4              say, "Oh, yeah, a machine whatever and
 5              takes off this thing."  To just to
 6              blast Chris Ruddy.  Are you kidding me?
 7                           MR. CAIN:  Objection,
 8              non-responsive.
 9                           THE WITNESS:  He had done a
10              lot -- he had done a for My Pillow, and
11              he would not -- and if I'd -- if I'd
12              had been told I wouldn't have said
13              anything.  That's fact.
14                           You know, I'd still want to
15              go on and talk about My Pillow to...
16              You know.
17                           MR. CAIN:  Still
18              non-responsive.  So I'll object again.
19
20              By Mr. Cain:
21         Q    After you appeared on that segment the
22              first time in February 2nd.
23         A    Right.
24         Q    You knew that you were not to bring up
25              election fraud issues if you were gonna
```

Page 52

```
 1              appear on Newsmax; isn't that true?

 2      A       He asked me, he said, "Mike, in future

 3              appearances, please don't bring up

 4              election crime, election fraud."

 5                      And I said -- I go -- I go,

 6              "Okay," you know, I agreed with him.

 7              And I even did it right away.  I said,

 8              "If you want I'll go on there."

 9                      He goes, "Mike we've helped

10              you out, please -- I'm getting sued,"

11              blah, blah, blah.  And I said, "Okay."

12              I said, "I'll -- I'll go on and just

13              keep going on with My Pillow.  And I --

14              I don't have to talk about election

15              fraud.

16                      I'm not, you know, I'm not

17              gonna hurt Newsmax, and so I wouldn't

18              ever be able to go on there again for

19              My Pillow."  You know?  I'm not gonna

20              get it -- if I -- if I did that -- if I

21              didn't make those -- agreement with

22              him, I'd never be able to go on with My

23              Pillow.

24      Q       Mr. Ruddy also testified that Eric

25              Coomer had nothing to do with whether
```

Page 53

```
 1                or not you were to appear on the air at

 2                Newsmax, that's his testimony.

 3        A       Okay.

 4        Q       Do you -- do you believe he's lying

 5                about that as well?

 6        A       All I know is this.  Okay.  All I know

 7                is this, the proof is in the pudding.

 8                From the time Eric Coomer did this deal

 9                with Ruddy, I've never been able to go

10                on Newsmax again.

11                     I can't do e-mail blasts; I

12                can't do anything that I used to be

13                able to do before to promote My Pillow.

14                He hasn't had me on to talk about

15                hurricane victims, bringing blankets

16                and pillows down to Florida.  Zero.

17                     And Chris has told me

18                straight out, "Mike --"  He can sit and

19                tell you all you want.  "Oh, we'll have

20                him on."  That's not true; because I've

21                asked and asked and asked.  And for two

22                years -- or for -- I've never been able

23                to go on, not once.

24        Q       Specifically, Mr. Ruddy was asked, "Was

25                there an agreement that you were
```

Page 54

```
 1              involved with with Eric Coomer, or his

 2              representatives, to keep Mike Lindell

 3              off Newsmax?"  And do you know what his

 4              answer was?  No.

 5      A       Okay.  So what are my numbers here?  I

 6              don't know, you know.  You know, the

 7              numbers are here.  You can sit and tell

 8              my employees, no, all you want.

 9                       I don't know what you guys

10              did.  Just because there's nothing in

11              writing, I don't know what -- what you

12              people do.

13      Q       So you don't know as you sit here today

14              any -- any factual basis for the --

15      A       -- he told me in a -- okay, yes, I do.

16              He told me in a phone call -- this is

17              before I went on, when I started

18              bashing your client, the one statement

19              I made, this -- I called Ruddy before I

20              went on air.

21                       And Ruddy said, "I'm sorry,

22              Mike, I can never have you on again.

23              You can't come on.  Period."  He told

24              me that straight out in a phone call;

25              100 percent.
```

Page 55

1              He goes, "I'm sorry you

2         can't ever come only again," blah,

3         blah, blah and I'm going, "What?"  I

4         couldn't believe it.

5              I cannot go on there again

6         because I'm associated with election

7         fraud.  And I said -- because they --

8         then -- and I said the e-mail blast,

9         all this stuff.

10             It was a big no.  So I don't

11        know.  The only variable to me was your

12        little lawsuit because you had just

13        made a settlement.

14             And when I called him up

15        when I heard about it, I said, "What's

16        the deal here?"  And he goes, "Mike I'm

17        sorry.  I can't have you -- I can't

18        have you on."

19             From that point on, I lost

20        $2.7 million dollars.  I've never been

21        able to go on Newsmax again.  I can't

22        do e-mail blasts from their e-mail

23        list.

24             I can't do anything I used

25        to do before Coomer.  And even after

                                    Page 56

```
 1            the -- even after the thing, I was on

 2            there all the time, and doing e-mail

 3            blasts after your February 2nd thing.

 4            The only variable was your client, and

 5            that's why I made the statement, when

 6            he attacks My Pillow to -- to -- for no

 7            reason to attack my company?  It's

 8            disgusting.

 9                 MR. CAIN:  Objection;

10            non-responsive.

11

12       By Mr. Cain:

13   Q    Did Mr. Ruddy ever tell you that you

14        could not go on the air at Newsmax

15        because of Eric Coomer?

16   A    Yes.

17   Q    Okay.

18   A    Because of the settlement.  I didn't

19        know -- I -- I didn't ask him

20        specifically who the settlement was,

21        and then he said -- I said, "With who?"

22        He didn't say -- and then he said,

23        "Eric Coomer."  So I guess, yes, he did

24        say --

25   Q    When did that --
```

Page 57

```
 1      A     -- Eric Coomer.

 2      Q     When did that -- that's completely

 3            contrary to his sworn testimony.

 4      A     I'm -- I can't tell you, this was a

 5            phone call, and he said it straight

 6            out.

 7                      That's why I went on my show

 8            that day.  That's why I said what I

 9            did.  And I bashed him for a month

10            straight.  Not Coomer, I bashed -- I

11            bashed Newsmax.

12                      This was my -- I do ads on

13            Newsmax.  It was one of my biggest

14            accounts.  I didn't care, I bashed

15            them, I go, "How can you sensor me like

16            all the retail stores did?"

17                      That's what he did because

18            of your client.  And Eric and -- and

19            Coomer -- Ruddy told me straight out.

20            You think I just fell -- fell out of

21            the trees?

22                      He told me straight out, "I

23            can't have on any more."  And, "Because

24            of this settlement."

25                      MR. CAIN:  Objection;
```

Page 58

```
 1              non-responsive.

 2                        THE WITNESS:  You asked me.

 3

 4              By Mr. Cain:

 5       Q      (Inaudible) --

 6       A      -- did he ever say that.  That's not

 7              responsive [sic], that's straight out

 8              answer.

 9       Q      Yeah.

10       A      Eric Coomer told -- or I mean Chris

11              Ruddy told me that fact --

12       Q      Okay.

13       A      -- on the phone.

14       Q      And you're claiming that that was the

15              same day that you went and bashed Dr.

16              Coomer on your Lindell TV?

17       A      It was either that day or the day

18              before, the call with Ruddy.

19       Q      Okay.

20       A      It was probably the day before, but I

21              don't know for sure.  That I can't say.

22              It was within one day, within 24 hours.

23              In fact, I probably talked to him

24              multiple times I was so upset.

25       Q      And you're claiming then that you lost
```

Page 59

```
 1              $2.7 million dollars as a result of Dr.

 2              Coomer's settlement in essence?

 3       A      Yeah.  Yeah, or it was just over the

 4              next four months.  It's become millions

 5              and millions since then.

 6                   I can't even put a number on

 7              it, it's probably upwards of 10 to 15

 8              million.  If you -- if you take Newsmax

 9              -- I even -- I even asked three or four

10              months ago if I buy through an e-mail

11              blast, I asked if I could come on.

12                   And all his lawyers and his

13              marketing were in the room and he said,

14              "No, Mike."  N-O.  "We can't have you

15              on.  We're not ready for you yet."

16              That was his quote.

17                   And I -- and there's

18              witnesses in the room.  His lawyers and

19              his marketing team because I asked

20              about -- he goes, "Mike, we're really

21              gaining -- we're really getting more

22              people than Fox.

23                   And I said, "Well, can I

24              come on and talk about pillows and

25              stuff?"  No, because his lawyers advise
```

                                                    Page 60

```
 1              him not to.

 2                      Now whether there's you guys

 3              or not, I don't care.  It all comes

 4              back to Coomer on May 1st of 2021.

 5        Q     All right.

 6        A     Here's our numbers before Coomer;

 7              here's the numbers after Coomer.  And I

 8              never did anything to this guy.  Ever.

 9        Q     Let's break it down.  We've -- we've

10              established that your testimony is you

11              blame Dr. Coomer for the $2.7 million

12              dollars in revenue loss at My Pillow;

13              right?

14        A     Whatever you and -- whatever him and --

15              whatever -- this is what Ruddy told me,

16              whatever you're telling him -- whatever

17              that manifested to, this is what it

18              was.

19        Q     Okay.

20        A     Correct.

21        Q     And you blame --

22        A     -- it's more than that.  That's over

23              four months.

24        Q     Right.

25        A     Remember you take that multiplier --
```

Page 61

| | | |
|---|---|---|
| 1 | | now it's been two years.  There's a lot |
| 2 | | of money.  I can't -- Newsmax -- we |
| 3 | | lost I'll bet now it's probably upwards |
| 4 | | of $20 million dollars. |
| 5 | Q | But you just said 10 to 15, now it's |
| 6 | | 20. |
| 7 | A | Well, it's 2.7; okay.  We'll do -- |
| 8 | | figure, we'll do the math.  3 million |
| 9 | | times -- let's just say 3 million times |
| 10 | | 24, I guess, it's between, probably |
| 11 | | between, let's see...  3 million times |
| 12 | | 4 is 12 million.  And it's been two |
| 13 | | years. |
| 14 | | $24 million dollar is what |
| 15 | | it looks like on paper if -- if -- if |
| 16 | | all things were created equal.  But |
| 17 | | obviously it's even gone down further |
| 18 | | because as you don't get to be -- as |
| 19 | | you don't get to pump like pump -- put |
| 20 | | more fire on the -- on the -- or more |
| 21 | | coals on the fire so to speak. |
| 22 | | When I would make |
| 23 | | appearances or My Pillow is donating |
| 24 | | all this -- here's their employees down |
| 25 | | in Florida.  Here's My Pillow out doing |

Page 62

```
 1              this.  We do stuff for people all over
 2              the world -- I mean all over the
 3              country.
 4                        And we're not able to do
 5              that and talk about that on Newsmax
 6              again.
 7                        MR. CAIN:  Object to the
 8              responsiveness after you did your math.
 9                        THE WITNESS:  So I would say
10              it's about 24 million, it looks like on
11              here.  If it -- if it -- if it stayed
12              the same of $2.7 million loss, I think
13              it's probably worse now because we've
14              lot hundreds of millions now at My
15              Pillow.
16                        MR. CAIN:  Okay.
17
18              By Mr. Cain:
19         Q    Just humor me, let's talk about the
20              numbers for a second; okay?  Not about
21              --
22         A    Yep.
23         Q    -- anything other than the numbers.
24         A    Yep.
25         Q    The two years -- that time period is
```

Page 63

```
 1                 May of 2021 through May of 2023; is

 2                 that the 24-month period that you're

 3                 talking about?

 4      A    I -- the said -- if we -- I haven't

 5                 looked at -- this goes from May to

 6                 August, where we know there was a $2.7

 7                 million dollar deficit from January to

 8                 April.

 9      Q    Okay.

10      A    So now, if you take that from there,

11                 and you take from -- from there -- and

12                 if the numbers, I believe they're lower

13                 now anyway because My Pillow has lost

14                 hundreds of millions of dollars.

15                     I've had to borrow 10s of

16                 millions of dollars because of all --

17                 because of this.  So it could even be

18                 more.

19                     But I'm just taking, if you

20                 take 24 -- if you take 12 more quarters

21                 and times it by $2.7 million you're

22                 well over $24 million.

23      Q    So I asked you just about the time

24                 period.

25                     MR. CAIN:  Again, it's
```

Page 64

```
 1                    non-responsive, so I'll object.  Then
 2                    --
 3                              THE WITNESS:  -- okay.  This
 4                    is August, so take it from -- from May
 5                    to August of 2023 -- from May 1st to
 6                    August of 2023.
 7                              MR. CAIN:  Okay.
 8                              THE WITNESS:  If these
 9                    numbers are the same, but I believe
10                    they're lower, take $2.7 million times
11                    -- times every four months, so four
12                    months that would be -- let's see what
13                    do we got here?
14                              Twenty-four -- 28 months,
15                    take 28 months, divide it by 4 is 7, 7
16                    times $2.7 million.  There's your
17                    answer.  So it's about $16.8 million or
18                    $16.7 million.
19                              So that's if the numbers --
20                    if the numbers here.  They're
21                    definitely, probably lower the May
22                    through August, they're probably lower
23                    than that.
24                              As we go -- as we get into
25                    these months now because it's -- it
```

Page 65

```
 1                    just keep going down.  The Newsmax code
 2                    now it's like virtually zero everyday.
 3                    So this -- this $300 thousand has
 4                    virtually dipped down to zero.
 5                              MR. CAIN:  Okay.
 6
 7            By Mr. Cain:
 8       Q    But now it's $16.7 million in loss?
 9            You --
10       A    -- yeah, I don't have the books in
11            front of me.  I'm just saying if I
12            extrapolate that number, I know that --
13            I know where My Pillow's at, it just
14            keep going down, down, down, down.
15       Q    And this is just with respect to
16            Newsmax?
17       A    Yes.  The Newsmax.  The one that your
18            client did, yes.
19       Q    All right.  And you blame Dr. Coomer
20            for, whether it's 16.7 or 24 million,
21            but you blame Dr. Coomer for that loss
22            to My Pillow?
23       A    I -- I'm saying whatever happened
24            between Ruddy --
25       Q    Okay.
```

Page 66

```
 1      A      -- and your client.  Because Ruddy told

 2             me I can't come on anymore.  That's the

 3             only variable.  You need a different

 4             input to get a different output.

 5                           On May 1st the number

 6             changes.  Anybody in the world can see

 7             what happened on May 1st?  You go, "Oh,

 8             I see this guy named Eric Coomer sued

 9             My Pillow or -- or made a deal with

10             Newsmax and destroyed My Pillow."

11                           MR. CAIN:  Object to --

12                           THE WITNESS:  -- it's pretty

13             cut and dry.

14                           MR. CAIN:  Object to the

15             responsiveness.

16

17             By Mr. Cain:

18      Q      Now, my -- my simple question was, you

19             blame Dr. Coomer for that loss; don't

20             you?

21      A      I blame whatever deal was made.  I

22             don't know Mr. Coomer.  I blame

23             whatever deal was made with Chris Ruddy

24             at Newsmax.

25                           Because of whatever deal was
```

Page 67

```
 1              made what Ruddy told me over the phone,

 2              I can't go on there anymore.

 3      Q    And -- and you say this despite Mr.

 4              Ruddy's testimony that there was no

 5              deal?

 6      A    Mr. Ruddy's phone call with me, two

 7              phone calls, multiple phone calls is

 8              since then.

 9                     I've been on -- I've been --

10              I've asked him so many times and with

11              people in the room, his marketing team,

12              his lawyers, I can't go on and it all

13              started with May 1st of 2021.

14                     Is that so simple?  I don't

15              blame your client; I blame the deal

16              that Ruddy made with your client.  With

17              you actually, sir.

18      Q    Okay.

19      A    With you.

20      Q    Is that why --

21      A    -- you.  That's who -- that's who made

22              the deal with him, apparently, you

23              lawyers.

24                     And they -- and do I --

25              whether you have it in writing or not
```

                                        Page 68

```
 1              -- "Gee, whatever you do, do this."  I
 2         don't know what you did, but Chris
 3         Ruddy told me straight out on the
 4         phone, he can't have me on anymore even
 5         with My Pillow.  So that's that.
 6    Q    Well, I'm -- I'm -- when I asked you
 7         whether you blamed Dr. Coomer --
 8    A    -- I blame the deal.  Whatever deal was
 9         made, whatever happened then.
10    Q    Okay.
11    A    (Inaudible).  I don't know if you guys
12         have some malicious intent to destroy
13         me and destroy My Pillow.  I don't
14         know.
15              I don't know.  But all I
16         know is what Chris Ruddy told me and
17         the proof is in the pudding.  I can't
18         go on Newsmax.  It cost me $16 million
19         minimum, that's fact.
20              If this hadn't happened, if
21         you wouldn't have went there on May
22         1st, if you wouldn't have did whatever
23         you did, those numbers would've kept
24         the same.
25              I've got a track record
```

Page 69

```
 1                going back ten years boom, boom, boom,
 2                boom.  The number don't change unless
 3                you have a different input.
 4        Q       Did Dr. Coomer also, to your knowledge,
 5                make a deal with the big box stores to
 6                cancel your products --
 7                        MR. MALONE:  Objection.
 8
 9                By Mr. Cain:
10        Q       -- as well?  Was he --
11        A       No.  No.
12        Q       -- do you blame him that for?
13        A       No, I didn't even know Dr. Coomer then.
14                All I know is what -- the one I know
15                that he affected because the guy told
16                me that owns the station.
17                        The other box stores had
18                nothing -- they didn't say that Eric --
19                this guy named Eric Coomer who I didn't
20                even know.  Absolutely not.
21        Q       So that's a no?
22        A       That's a No.
23        Q       Okay.  And you were cancelled by the
24                big box stores because of your election
25                fraud narrative; weren't you?
```

Page 70

```
 1                        MR. MALONE:  Object to form.

 2                        THE WITNESS:  You'd have to

 3             ask them.

 4

 5             By Mr. Cain:

 6      Q      But after this so-called deal that

 7             you're talking about, you went on air

 8             and called Dr. Coomer a traitor; do you

 9             remember that?

10      A      If that's what it says there, yeah.

11      Q      So that's why I asked you whether you

12             blame him or not for this agreement.

13             Why did you call him a traitor?

14      A      Well, both him and -- and Newsmax.  If

15             you were remember I -- I hit them both.

16             I probably -- I think I even hit you

17             up.

18                        Because when you're

19             attacking a company, USA made company,

20             and employees and you go after that for

21             some reason.  We -- I didn't know him

22             from Adam.

23                        Yeah, you're a traitor of

24             the United States.  You're a complete

25             traitor.  Or are you kidding me?  You
```

Page 71

```
 1                attack a company that -- for no reason

 2                whatsoever.  I did nothing, I didn't

 3                know this man.

 4                     I never heard his name in my

 5                life up to this point.  That was

 6                disgusting what he did to My Pillow.

 7                Absolutely insane.

 8      Q    It seems to me, at the risk of stating

 9                the obvious, that you harbor some ill

10                will against me and Dr. Coomer; is that

11                a fair statement?

12      A    I think what you -- I think you're one

13                of slimiest lawyers that ever walked

14                the planet in the United States.  One

15                of the slimiest.

16                     Anybody, you and your

17                client, for whatever gain you got to

18                try and -- to extract people and hurt

19                people for your own monetary gain.

20                     I think it's the slimiest,

21                scummiest lawyer -- you're the reasons

22                that our law system in this country

23                should be looked at because ambulance

24                chasing, slimy lawyers like yourself.

25                Absolutely.
```

Page 72

```
 1          Q      And --

 2          A      -- what you've done to My Pillow, these

 3                 innocent people, these innocent

 4                 employees that have careers that they

 5                 make stuff here in our country and you

 6                 go attack them for no reason?  This is

 7                 bizarre.

 8                        This whole thing it bizarre.

 9                 This is probably one of most bizarre

10                 things I've ever seen in my life.  That

11                 anybody would be so slimy to go after.

12                 Someone -- I don't even know that your

13                 client -- well, let's pick My Pillow

14                 because I bet Mike Lindell's got money.

15                 Disgusting.

16                        MR. CAIN:  Objection; the

17                 lack of responsiveness.

18                        THE WITNESS:  You asked me.

19

20                 By Mr. Cain:

21          Q      My question -- well, let me ask you

22                 this --

23          A      -- do you have any ill will?  I just

24                 told you -- yeah, you're a slimy

25                 lawyer.
```

Page 73

```
 1                    MR. MALONE:  Let him ask him
 2          questions.
 3                    THE WITNESS:  Okay, I'll
 4          wait for the next question.
 5
 6          By Mr. Cain:
 7     Q    And you included Dr. Coomer in that,
 8          you have ill will.  In fact, you called
 9          him, before we even started the
10          deposition, when you went to greet you,
11          a disgusting slime; didn't you?
12     A    Huh?
13     Q    You called him disgusting slime before
14          we started --
15     A    -- I -- I was -- I was looking down.
16          Did I say that to him?  Is that what
17          he's telling you?
18     Q    Yeah.
19     A    I think -- let me just tell you,
20          anybody that would do what you and this
21          guy have done is disgusting, it's
22          slimily, you're an ambulance chasing,
23          slimy, scumbag lawyer.
24                    And you're a money-grubbing,
25          evil person.  And your client there for

                                        Page 74
```

```
 1                    him going after My Pillow and my

 2                    employees, same thing.  End of story.

 3                         To attack a USA company like

 4                    this, yeah, you're a traitor to the

 5                    United States.  You are disgusting.

 6          Q    All right.

 7          A    End of story; there's no way around it.

 8               You guys can't explain yourself.

 9          Q    Let's get back to --

10          A    -- I don't care if you put something in

11               writing or not with Ruddy, he told me

12               what the deal was.

13          Q    Mr. Lindell, I've now told you -- I --

14               I haven't marked it down, but several

15               times that you need to respond to my

16               questions and not --

17          A    -- you asked me if I have any ill will.

18                    MR. MALONE:  Wait -- don't

19               -- just --

20                    THE WITNESS:  -- that was

21               the question that I heard.

22                    MR. MALONE:  Just wait for

23               his next question.

24

25
```

Page 75

```
 1              By Mr. Cain:
 2    Q    I asked you a yes or no question which
 3         was, didn't you call Dr. Coomer
 4         disgusting slime before we started this
 5         deposition?
 6    A    Here I'll call him right -- he's a
 7         disgusting slime.
 8    Q    All right.
 9    A    For what he did.
10    Q    Okay.
11    A    And what he's doing.  Currently doing.
12    Q    And you say that without having seen
13         the settlement agreement between
14         Newsmax and Dr. Coomer, Number 1;
15         right?
16    A    Chris Ruddy told me, yes.  I haven't
17         seen it in writing.  I -- I go by what
18         a guy -- when a guy said you can't come
19         on anymore and here's the evidence.
20              But I don't have to see your
21         agreement.  He said it and the proof is
22         in the pudding.  If the numbers -- if
23         he'd a let me on, I would've said,
24         "Okay, maybe he's just saying that."
25         But he's not.
```

Page 76

```
 1                        This is real to me.  This is
 2              -- we have suffered millions and
 3              millions of dollars because of you and
 4              him.  Do I -- is that considered a
 5              slimy for your own little game?  It's
 6              disgusting.
 7                        MR. CAIN:  Objection;
 8              non-responsive.
 9
10              By Mr. Cain:
11      Q       Mr. Ruddy testified that he told you
12              that your election fraud claims didn't
13              hold water, and that's why he didn't
14              want you on the air.
15      A       Not true.
16      Q       Did he tell you that?
17      A       No, not true at all.  Not true at all.
18              But you want me to tell you what Mr.
19              Ruddy said?
20      Q       No.
21      A       Okay.
22      Q       That's not what I asked you.
23      A       That's not true at all.
24      Q       The last time you appeared on --
25      A       -- ask me, I want to put it in the
```

Page 77

```
 1              record.

 2                        THE WITNESS:  Can you ask me

 3              something?

 4                        MR. MALONE:  Mike, I can ask

 5              you questions at the end.

 6                        THE WITNESS:  Okay.

 7                        MR. MALONE:  Okay.

 8                        THE WITNESS:  I want to put

 9              it in the record what Chris Ruddy said

10              about the election crime.

11                        MR. MALONE:  Okay.  In the

12              meantime --

13                        THE WITNESS:  Yeah.

14                        MR. MALONE:  -- answer his

15              questions.

16                        THE WITNESS:  Make sure I

17              put that in the there at the end.

18              Because he did not say that at all.

19

20              By Mr. Cain:

21        Q     So Coomer's disgusting; I'm disgusting.

22              You also called Judge Wang disgusting

23              in your first deposition; do you recall

24              that?

25        A     100 percent.  She was disgusting,
```

Page 78

```
 1              because she didn't make a ruling to
 2              either dismiss this case or not.  So
 3              she finally did after I made it public
 4              that she should.
 5                        That's disgusting that she
 6              did not do that for nine or ten months.
 7              If somebody was out there that didn't
 8              have money and that just that somebody
 9              was suing this frivolous, insane
10              lawsuit you guys are putting up against
11              my employees, she should've made a
12              decision and she finally did after I
13              called her out.
14                        Disgusting.  Absolutely
15              disgusting.  Which she could -- every
16              judge in the country could start doing
17              that.  'Oh, just go ahead and do all
18              your stuff and spend all your money and
19              then I'll rule if it's a frivolous case
20              or not'.
21         Q    And she denied your motion to dismiss;
22              right?
23         A    Yes.  But at least she made a motion
24              instead of sitting on her butt and not
25              doing nothing.
```

Page 79

```
 1      Q      Okay.  And do you think she's disgust
 2             -- disgusting as well because of her
 3             rulings in your case?
 4      A      No, absolutely not.  It's because she
 5             didn't make a ruling.  Do -- did you
 6             listen?  You got ears?  She did make a
 7             ruling and she made me -- people spend
 8             all this money.
 9                        If -- if judges started
10             doing that in our country, it would --
11             people would go broke.  Anybody can go,
12             "You better give us money; I'm an
13             ambulance chasing lawyer," because
14             otherwise the judge is not gonna make a
15             -- a rule that's it's a frivolous case.
16                        And we're gonna go out nine
17             months and you're gonna have to do
18             discovery, and everything else, and
19             spend money, and I'm gonna ruin you.
20             But if you give me a couple hundred
21             thousand, I won't do it."
22                        That's what -- that's what's
23             wrong.  And she was wrong.  Judge Wang
24             or whatever her name was, should've
25             made that ruling last summer, and she
```

Page 80

```
 1              didn't.  And I had to call her out on
 2              it.
 3                        What she did was -- by not
 4              making that ruling was disgusting to
 5              the judicial system in the United
 6              States.  She finally did it because I
 7              called her out publicly.  There's your
 8              answer.
 9                        REPORTER'S NOTE:  Whereupon,
                          a discussion is conducted
10                        off the record.
11
12              By Mr. Cain:
13         Q    Is this episode with Mr. Ruddy also the
14              reason that you have said that Dr.
15              Coomer committed treason?
16         A    Committed what?
17         Q    Treason.
18         A    I didn't say -- what are you talking
19              about?  Show me the quote where I said
20              that.  I called him a traitor.
21         Q    Okay.  You said that he committed
22              treason.  He was treasonous.
23         A    Count -- show me the quote?
24         Q    You don't remember saying that?
25         A    I'd -- I'd have to see the quote
```

Page 81

```
 1              because I only made one quote about

 2              him.  Period.

 3      Q       Well, let me ask it this way.  Do you

 4              recall ever saying that Dr. Coomer was

 5              treasonous?

 6      A       I -- if it -- if it was said -- there

 7              only two quotes I made -- or one quote

 8              I ever made of him before he served me

 9              papers.

10                   If I said it had after he

11              served me papers, yeah, then -- then

12              what he's done is just disgusting what

13              he's done to U.S. employees.

14      Q       I'm just asking you whether --

15      A       -- I don't know if I said it or not,

16              you'd have to show me the quote.  I

17              don't recall.

18      Q       To the extent that you've said that Dr.

19              Coomer either committed treason or was

20              treasonous, is that because of this

21              episode with Newsmax?  Or something

22              else?

23                   MR. MALONE:  Object to the

24              form.

25                   THE WITNESS:  I don't know
```

Page 82

```
 1                 when -- if -- if I said it, and if I --
 2                 if -- if -- if I know -- if you give me
 3                 the quote that I called him a traitor,
 4                 that was directly -- that's the only
 5                 time I ever said anything about it
 6                 until he served me papers on the
 7                 capital of Colorado.
 8                         Everything I said from then
 9                 on he served me papers for no reason,
10                 and went after My Pillow, again, for no
11                 reason.
12                         So that's -- is that
13                 treasonous in my mind?  The -- the only
14                 thing I could think he's attacking me
15                 for is for a -- a hidden agenda at that
16                 time.  There'd be no reason to come
17                 after me and do anything because I
18                 never did anything to him.
19                         So that -- would that be
20                 treasonous to our country?  I don't
21                 know, probably.
22                         MR. CAIN:  All right.
23
24                 By Mr. Cain:
25            Q    On May 9th, 2021 --
```

Page 83

```
1        A      (Indicating).

2        Q      -- you went on Frankspeech --

3        A      Right.

4        Q      -- and -- and claimed of course that,

5               as you've done many times, that the

6               Dominion machines were used to rig the

7               election; do you remember doing that?

8        A      I do it all the time.

9        Q      Right.

10       A      Dominion, Smartmatic, Hart -- all of

11              them, ES&S, I'm not -- I'm not --

12              they're all the same.

13       Q      And in that segment you said that Dr.

14              Coomer's treasonous and that he's a

15              traitor to the United States of

16              America.

17       A      Okay.

18       Q      All right.

19       A      What does that have to do with

20              Dominion?  It has nothing to do with

21              Dominion.  What -- what does that have

22              to do with Dominion?

23       Q      I didn't --

24                     MR. MALONE:  -- Mike, you

25              don't have to ask him questions --
```

Page 84

```
 1                         THE WITNESS:  Well, that's
 2             just crazy.  (Laughing).
 3                         MR. MALONE:  -- he doesn't
 4             have to answer your questions.  If --
 5             if you answer his questions --
 6                         THE WITNESS:  Okay.  All
 7             right.
 8                         MR. MALONE:  -- (inaudible).
 9             Okay.
10
11             By Mr. Cain:
12        Q    My question was, you said those things,
13             you said that the Dominion machines
14             were used to rig the election?
15        A    I say that everyday.
16        Q    Okay.  And you also called Dr. Coomer
17             treasonous?
18        A    On the same show?
19        Q    Yes.
20        A    So who cares what does that have to do
21             -- one have to do with other?  What he
22             did with Newsmax has nothing to do with
23             Dominion.
24        Q    And do you know at least at --
25        A    -- that's just --
```

```
 1        Q      -- one point, Mr. Lindell, it was
 2               you're belief that Dr. Coomer was the
 3               president of Dominion?
 4        A      I heard that later on.  Some people
 5               said -- I said, "Who is this Coomer?"
 6                       That was way later on, that
 7               was like two months later -- a month
 8               later, I went after Newsmax.  I had
 9               nothing to do with where he worked
10               before.
11        Q      Okay.  That's -- that's why I'm asking
12               you these questions.
13        A      Uh-huh.
14        Q      I'm trying to understand what your --
15        A      Right.
16        Q      -- state of mind was at the time, or at
17               least how you -- you claim it was.
18                       When you went on Frankspeech
19               and said that Dr. Coomer was
20               treasonous --
21        A      Right.
22        Q      -- this was May 9th of 2021?
23        A      Right.
24        Q      It's your testimony, as I understand it
25               now, that that relates to this
```

Page 86

```
 1                    so-called deal with Newsmax; is that

 2                    right?

 3         A    Don't say now, because you knew that in

 4                    our previous two depositions.  I

 5                    haven't budged from that.

 6                         It's the truth, Chris Ruddy

 7                    and I talked on the phone and he told

 8                    me, My Pillow, I could not -- no longer

 9                    going on.  Absolutely.

10                         I said, "Who?"  He says, "I

11                    -- I had a settlement agreement with

12                    this guy, Eric Coomer."  I'm going,

13                    "What the heck does that have to do

14                    with My Pillow?  And who is this Coomer

15                    guy?"

16                         I couldn't believe it that

17                    some guy would just attack me and My

18                    Pillow for no reason, out of the blue.

19                    So that's when I went on my show, and

20                    that's when I said what I said.

21                         And I was right, it cost me

22                    -- honestly, you know what, I knew that

23                    this was gonna happen -- there it is,

24                    right there (indicating).

25                         I knew by what Ruddy told me
```

Page 87

```
 1              on the phone it was a huge hit, and I
 2              was gonna -- I'm going why would he do
 3              this?  Why would you do this, sir, to
 4              me?
 5                   That's disgusting, I'm
 6              telling you.  I can't even believe it
 7              to this day.
 8                   MR. CAIN:  Tell you what,
 9              since you've referred to that multiple
10              times.  Let's mark that.  Mr. Lindell,
11              can you take that sheet out?
12                   THE WITNESS:  No, I'm not
13              giving you my sheet.
14                   MR. MALONE:  Mike?
15                   THE WITNESS:  What?
16                   MR. CAIN:  Yeah, that's part
17              of the --
18                   MR. MALONE:  -- it's okay.
19                   MR. CAIN:  -- record of this
20              deposition.
21                   THE WITNESS:  What?  No, I'm
22              not giving you my notes.  You have no
23              right to my notes.
24                   MR. CAIN:  I actually do.
25                   THE WITNESS:  Oh, you -- he
```

Page 88

```
 1                    does, huh?
 2                         MR. MALONE:  He does, Mike.
 3              And it's not legal notes.
 4                         THE WITNESS:  (Complying).
 5                         MR. MALONE:  If you -- if it
 6              helps you to write things down, keep
 7              doing it, it's just part of the record;
 8              okay?
 9                         MR. CAIN:  Yeah, you can use
10              the -- the back of it.
11                         THE WITNESS:  Oh, good, you
12              can keep it.  It's your gift to me
13              [sic].
14                         MR. CAIN:  So you look --
15                         THE WITNESS:  -- you look
16              and see if I wrote something.  Here,
17              I'll write a nice note to you.  Is that
18              what you want?
19                         MR. MALONE:  Mike
20              (inaudible).
21                         THE WITNESS:  (Laughing).
22                         MR. CAIN:  You can -- you
23              can write down whatever you want, it's
24              gonna be part of the case.  It's not a
25              big deal.
```

                                                     Page 89

```
 1                          REPORTER'S NOTE:  Whereupon,

                            Michael Lindell Deposition

 2                          Exhibit Number 187 was

                            marked for identification.

 3

 4                          MR. CAIN:  All right.  So

 5              184?

 6                          MR. MALONE:  184.

 7                          MR. CAIN:  All right.

 8

 9              By Mr. Cain:

10      Q       According to Exhibit 184, which are

11              your notes, on the top, I'm trying to

12              read your handwriting it says,

13              "Dominion," and it says, "May 3rd,

14              2001."

15                          I don't know if you meant

16              2021.  Can you clarify that?

17      A       No, this was -- that's -- that was a

18              note I had for something else --

19      Q       Okay.

20      A       -- we were talking about.

21      Q       Okay.

22      A       This is notes I took when him and I

23              were talking about another thing; it

24              had nothing to do with this.  This was

25              the top of my notebook.
```

Page 90

```
 1      Q    All right.  "May 8th, Real Apology,"
 2           what does that mean?
 3      A    You just told me that they -- that
 4           Ruddy said real apology or something.
 5           I don't know what it means.  I'm taking
 6           notes as you're babbling.
 7      Q    Okay.  So that wasn't taken before or
 8           written down before your deposition?
 9      A    I don't know.  You'll have to rewind
10           the tape.  I don't know.  I'm just
11           jotting stuff down as you're bringing
12           them up.
13                     The only thing that's on
14           here -- this -- before I wrote these
15           two numbers down and I asked my lawyer
16           beforehand those two numbers and what
17           it cost me.
18      Q    So when -- and we'll get to that --
19                     THE WITNESS:  -- this might
20           have been notes that I had taken down
21           when we were talking.  I don't know.
22                     MR. MALONE:  We can redact
23           those appropriately, Mike.  I'll have
24           to review to see what was noted during
25           the deposition and what wasn't.  It's
```

Page 91

```
 1              the same piece of paper --

 2                      THE WITNESS:  Yeah.

 3                      MR. MALONE:  -- but if you

 4         know the answers to --

 5                      THE WITNESS:  -- I don't

 6         know the answer.

 7                      MR. MALONE:  -- (inaudible).

 8                      THE WITNESS:  You know we

 9         were talking earlier --

10                      MR. MALONE:  If you know the

11         --

12                      THE WITNESS:  -- I thought

13         that's very (inaudible).

14                      MR. MALONE:  If you know the

15         answer, you can answer to those

16         questions.

17

18         By Mr. Cain:

19    Q    Back to my topic that we were

20         discussing before we marked your notes.

21                      When you referred to Dr.

22         Coomer as treasonous, you've now

23         testified as to why you made that

24         statement.  Are there any other basis

25         with respect to Dr. Coomer's
```

Page 92

```
 1              association with Dominion, his work at
 2              Dominion, or anything along those lines
 3              that you consider to be treasonous?
 4    A         No, I never -- I didn't even know he
 5              worked there then when I made those
 6              statements.
 7    Q         When --
 8    A         -- I didn't know who he was, and I've
 9              said that numerus times to you.  No
10              idea.
11    Q         But you made those statements about Dr.
12              Coomer after you learned about his role
13              with Dominion; didn't you?
14    A         No.  No, I made those statements --
15              I've only made one statement about him,
16              I made them because you did a direct
17              attack on My Pillow, Chris Ruddy told
18              me on the phone, I could no longer go
19              on, and hurting my company.
20                        And I went on and attacked
21              -- I only used Coomer's name that one
22              -- that one -- in that one session.
23                        For the next month I
24              attacked Newsmax and Chris Ruddy for
25              making a deal where I can never go on
```

Page 93

```
 1              his show again.
 2                        And then -- and then
 3              anything else I said is because your
 4              client and you sued me on the steps of
 5              Colorado state capital.
 6                        That's it.  I don't -- I
 7              don't care what his past jobs were or
 8              whatever.  I got sued and you did it on
 9              purpose.
10                        You -- there was some crazy
11              intent there to sue me on the steps of
12              the capital, so I don't know what your
13              hidden agendas are.
14       Q      Okay.  On -- on April 5th of 2022
15              you're referring to an appearance you
16              made at an election fraud event in
17              Denver; correct?
18       A      No idea what you're talking about.
19       Q      You said the steps of the capital,
20              you're referring to the event in Denver
21              that you spoke at?
22       A      I was in front of the state capital.
23              And, yes, I don't know if you call an
24              event, there was people gathered.  I
25              don't -- yes, there was all the media
```

Page 94

```
 1              there, yeah --

 2      Q     All right.

 3      A     -- that's when I was served papers.

 4      Q     It was publicized as an event with you

 5              and Tina Peters and others.

 6      A     Okay.  I don't know, I spoke there.  I

 7              don't know, I'd have to look back and

 8              see who even spoke there.

 9      Q     Right.  And you in discussing the --

10              the election fraud narrative that you

11              re -- you were talking about, again,

12              April 5th of 2022, you were quoted as

13              saying quote, "It started with Eric

14              Coomer and Dominion based right here in

15              Colorado."  (Inaudible) --

16      A     -- that was after -- I said that after

17              he served me papers before I even got

18              on the stage; do you understand that?

19      Q     Let me finish.

20      A     (Laughing).

21      Q     You seem to be caught up in the timing

22              of this.

23      A     No, you are -- you are.

24      Q     I'm not.

25      A     Go ahead.
```

                                        Page 95

```
 1          Q     I'm not, actually.

 2          A     Okay.  Go ahead.

 3          Q     Let me finish the quote.  I'll start

 4                from the top.  "It started with Eric

 5                Coomer and Dominion based right here in

 6                Colorado."

 7          A     Okay.

 8          Q     Now, what were you referring to when

 9                you were talking about, 'it started

10                with Eric Coomer' --

11          A     Okay.  I will answer this --

12          Q     -- and Dominion (inaudible) --

13          A     -- I will answer this as clear as I can

14                get it through your thick skull.  I was

15                served papers before I went on those

16                capital steps and said that.

17                        I get these papers and I go,

18                "What are these?"  We -- I opened them

19                up and it's a lawsuit from a guy named

20                Eric Coomer.  I said, "Who the heck's

21                Eric Coomer?"

22                        And I get told by a bunch of

23                people, "Oh, he was the president of

24                Dominion.  It started here in Colorado

25                with him and Dominion."
```

Page 96

```
 1                         This is all like what, 20

 2               minutes before I go on stage or a half

 3               hour maybe even an hour before I go on

 4               stage.  I'm served this manila envelope

 5               with these papers, I open it up and

 6               your client served me papers.

 7                         I go, "Who the heck is this

 8               guy?"  And then all -- they tell me

 9               over there -- and I go on stage and

10               it's fresh in my mind.

11                         This is where it all

12               started, everyone's telling me that,

13               "Oh, yeah, he was with Dominion.  It

14               started here in Colorado."  That's

15               where I heard it.

16                         So, and when you say the

17               timing, this is very important.  He

18               served me papers, you did, before I got

19               on that stage.

20                         I have never said one thing

21               bad about your client until I was

22               served papers, other than when he

23               attacked My Pillow.  There's your

24               answer.

25      Q        When you said it started with Eric
```

Page 97

```
 1              Coomer and Dominion based right here in
 2              Colorado, you were referring to the
 3              election fraud claims that you were
 4              making; weren't you?
 5      A       This is what people -- what the claims
 6              I was making -- that -- what do you
 7              mean the claims I was making?
 8      Q       Yeah, that -- that there were
 9              fraudulent --
10      A       -- you'd -- you'd have to see the
11              contents of my speech.  I don't know,
12              I'd have to see the contents of the
13              speech.
14                    All I know is I had just
15              been served papers, I'm reading --
16              probably reading it right off the dang
17              thing.  "It started right here in
18              Colorado."
19                    I said, "Who is this guy?"
20              "Well, he's -- he was with Dominion."
21      Q       Okay.  You've said many, many times,
22              you've already referred to this in this
23              deposition, that Dominion was involved
24              in the election fraud in 2020.
25      A       100 percent.  And that had nothing to
```

                                      Page 98

```
 1              do with him until that day when I found

 2              out that he was with them.  After he

 3              served me papers.

 4      Q       All right.

 5      A       So in other words, in my mind, it's

 6              going Dominion's serving me papers

 7              again using this guy's name -- this

 8              Eric Coomer.

 9                      I didn't even remember his

10              name probably from back with Ruddy when

11              he did that.  All of a sudden two years

12              later here this guy served me more

13              papers from Dominion.

14      Q       But since the time that you realized

15              that Eric Coomer was with Dominion,

16              when you were referring to what

17              Dominion was doing, you were also

18              referring to Eric Coomer?

19      A       No.  Only that on the capital steps

20              because I had just been served them

21              papers.

22                      I have never referred to

23              Eric Coomer in any Dominion stuff,

24              period.  Ever.  Other than that capital

25              steps when he just served me papers.
```

Page 99

```
 1                        It was 20 minutes later, 15

 2              minutes later, it's kind of fresh if my

 3              head.  "Who the heck's this Eric

 4              Coomer?"  "Oh, yeah, he was with

 5              Dominion."

 6                        So in my mind it was another

 7              lawsuit against me from Dominion, and

 8              then I find out this Eric Coomer is the

 9              same guy that attacked me back with

10              Ruddy.

11      Q      You go on to say, after you said, "It

12              started with Eric Coomer and Dominion

13              based..."  Oh, actually, let me -- let

14              me circle back to that.  "It started

15              with Eric Coomer..."

16      A      I got to go on (inaudible), so you're

17              gonna -- we can get one more question

18              and I go got to go on TV.

19                        MR. MALONE:  You want to

20              request a break?

21                        THE WITNESS:  What's that?

22                        MR. MALONE:  Mike, he'll ask

23              his question, you'll give an answer and

24              then we'll take a break.

25                        THE WITNESS:  Yeah, that's
```

                                                    Page 100

```
 1              what I said.
 2                     MR. MALONE:  Okay.
 3                     THE WITNESS:  I'm just
 4              looking.  I'm -- I'm -- that's fine.
 5                     MR. MALONE:  Okay.
 6
 7              By Mr. Cain:
 8        Q     You have to go on TV, is that what you
 9              said?
10        A     Yeah, my show I do everyday.  Yes.
11        Q     For how long?
12        A     It'll be until 11 o'clock.
13                     THE WITNESS:  You were
14              supposed to have told him; did you?
15                     MR. CAIN:  He said we had a
16              break --
17                     THE WITNESS:  Okay.  Yeah.
18                     MR. CAIN:  -- at 10:40.
19                     THE WITNESS:  It's 10 --
20              it's at 10 -- it's at 10:50, but if you
21              -- when they Skype, yeah, I got to make
22              sure it's working, I've never done it
23              here.
24                     MR. CAIN:  Okay.
25                     THE WITNESS:  You probably
```

                                        Page 101

```
 1                    got a couple questions.  Let's see what

 2                    time...  Yeah.

 3

 4                    By Mr. Cain:

 5          Q    Are you saying to the jury, since

 6               they'll likely be watching this --

 7          A    (Indicating).

 8          Q    -- when you said on the steps of the

 9               capital in Denver --

10          A    Right.

11          Q    -- "...it started with Eric Coomer and

12               Dominion based right here in Colorado."

13          A    Right.

14          Q    The 'it' that you're referring to isn't

15               the election fraud claims that you were

16               making?  "It started here, right in

17               Colorado with Eric Coomer"?

18          A    I don't know, I'd have to see what --

19               what -- what was before that.  They

20               could've been talking about why he

21               served me papers.

22                    I hadn't read the complaint,

23               I opened it up when I was served right

24               in front of all the media and it says,

25               "Eric Coomer versus Mike Lindell," I'm
```

Page 102

```
 1              going, "What the heck?"

 2                        And My Pillow and all this

 3              stuff and I'm going, "Who is this guy?"

 4              Everybody filled me in.  They go, "Oh,

 5              it started...", they go, "It right here

 6              -- all this stuff started right here in

 7              Colorado."

 8                        All (inaudible) -- you could

 9              call is law fair, I guess, that's what

10              -- you could call it law fair, I think

11              that's what I was talking about, law

12              fair.

13                        That's what these -- law

14              fair, that it started in Colorado, the

15              law fair.  That's what it was.  That's

16              probably it.  Law fair suing people for

17              -- for free speech.  That's what I was

18              referring to.

19    Q         So then as you sit here today, Mr.

20              Lindell --

21    A         (Indicating).

22    Q         -- you are aware of no facts to support

23              any allegation of election fraud by Dr.

24              Coomer during or leading up to the 2020

25              election?
```

                                        Page 103

```
 1      A      I didn't accuse him of that.  I accused

 2             him of suing me -- that law fair

 3             stated.  That's when you say, 'it,' I'm

 4             sure that's what it was.

 5                       It started here in Colorado,

 6             people are telling me that he started

 7             lawsuits, he was the first one to start

 8             lawsuits that's -- that's what they

 9             were telling me.

10                       Now you did refresh my

11             memory.  Yes, absolutely.  Him and

12             Dominion started law fair suing people

13             for no reason.  That's what -- that's

14             when he -- and he sued me 20 minutes

15             earlier before I got up there and said

16             that.

17                       MR. CAIN:  Objection;

18             non-responsive.

19                       THE WITNESS:  I never

20             accused him of anything other than

21             being a -- attacking My Pillow and then

22             after he serves me papers for no

23             reason.

24                       MR. CAIN:  Objection;

25             non-responsive.
```

                                              Page 104

```
 1              By Mr. Cain:
 2      Q    As you sit here today, isn't it true
 3           that you are aware of no facts that Dr.
 4           Coomer was involved in rigging the 2020
 5           presidential election, either before
 6           the election --
 7      A    -- absolutely not.  I have no clue
 8           about what he did.  It had nothing to
 9           do with what we're talking about.  But,
10           yes, absolutely not.
11      Q    Okay.
12      A    I don't know of anything.
13      Q    And the same question for Dominion.
14      A    Dominion, I got enough on them they
15           could -- I can fill it from here to the
16           sun and back.
17                 Dominion is not that -- of
18           course, Dominion's got -- I've got
19           stuff on them.  It has nothing to do
20           with your -- your client.
21      Q    In -- in general --
22      A    What?
23      Q    -- what facts do you claim, as you sit
24           here today, that support the -- the
25           allegation that Dominion was involved?
```

Page 105

```
 1        A     I have -- I have so much and I'm not

 2              gonna sit here, it would take a week to

 3              debrief you -- to give you everything.

 4              It would take a week, it would take a

 5              month.

 6        Q     Let's do the top three.

 7        A     What?

 8        Q     Give me the top three.

 9        A     Cast Vote records that come right out

10              of the machines, we have one third of

11              the country in the United States.

12                       Cast Vote records they --

13              they have come right out of the

14              machines.  100 percent, all of them

15              show computer manipulation with

16              Dominion.  Inside their machines.

17        Q     Can you spell that?

18        A     What?

19                       MR. CAIN:  For Nate.

20                       THE WITNESS:  Cast Vote

21              records.  Cast, C-A-S-T.  Cast Vote

22              records you get them from the Secretary

23              of States, under the Freedom of

24              Information Act.

25                       MR. CAIN:  All right.
```

Page 106

```
1                      THE WITNESS:  The registered
2            voter rolls that I have from every
3            state.  We've got that, that's fact.
4            They come right from the machines.
5                      I have -- I also have -- we
6            have -- I have a Mesa County image
7            right up on Frankspeech that came right
8            out of the machines right there.
9                      That shows two sets of books
10           where Dominion went in with Sec -- ah,
11           Governor Griswold, Jena Griswold, went
12           in and called the trusted build and
13           deleted all of the evidence for all
14           these Dominion cases, which is illegal.
15                     It's called you can't delete
16           evidence in a case.  And you certainly
17           can't delete them before 22 month are
18           up by Federal law.  They in went in and
19           deleted, we have 100 percent proof of
20           that.
21                     That's a -- so there your
22           top three.  They all come right out of
23           the machines.  Period.
24
25
```

Page 107

```
 1              By Mr. Cain:

 2      Q     Cast Vote records --

 3      A     -- Cast Vote records, the registered

 4              voter who voted --

 5                     MR. CAIN:  -- objection.

 6                     THE WITNESS:  And because

 7              that -- that shows an algorithm and --

 8              and every place there was dominion

 9              machines.

10                     And we have also the Mesa

11              County image on Frankspeech and we have

12              proof that they deleted all of the

13              evidence, which I call in my case -- in

14              Colorado, this if for my Dominion case.

15                     They deleted it, and they

16              can't -- and they had to hold it until

17              -- by -- I think Colorado is even 24

18              months, by Federal law they had to hold

19              it until September 3rd of 2022.

20                     They didn't.  They deleted

21              it all -- all over Colorado deleted it

22              illegally a year earlier.

23

24              By Mr. Cain:

25      Q     'They' being?
```

Page 108

```
 1        A      Jena Griswold and Dominion.

 2        Q      Okay.  And she's not the governor,

 3               she's -- she's secretary --

 4        A      -- I said the Secretary of State, Jena

 5               Griswold.

 6        Q      Well, you said the governor.

 7        A      Okay.  I made a mistake, excuse me.

 8        Q      Okay.  And you're claiming then also

 9               that Dominion machines have registered

10               voter roll data --

11        A      -- no, no, no, we've got the rolls

12               right from the state.  These are things

13               we got that you can't -- they won't let

14               us look in the machines.

15                      We actually have the image

16               that came from the machines and the

17               registered -- all these stuff that who

18               voted, when they voted, before, during

19               and after.

20                      So you show computer

21               manipulation.  We have all of this.  We

22               have piles of evidence.  We also have

23               Dennis Montgomery's ev -- we have so

24               much -- they're -- we have piles -- I

25               can sit here -- I -- we have more
```

Page 109

```
 1                evidence against these machine

 2                companies than you'll ever need in

 3                history.

 4        Q       Okay.

 5        A       It has nothing to do with (inaudible).

 6        Q       I just, again, I know you have your

 7                break, let me follow up on this line.

 8                (Clearing throat).

 9                        What does Dominion have to

10                do with the registered voter rolls

11                maintained by the Colorado Secretary of

12                State, for example?

13        A       What's that?

14        Q       What does Dominion have to do with the

15                registered voter rolls maintained by

16                the State?

17        A       Because -- no, we -- we get them.  We

18                got them all under the Freedom of

19                Information Act.

20                        I had to pay for them and

21                stuff, it shows computer manipulation,

22                it shows all this, that inside machine

23                manipulation.

24        Q       I asked -- I asked you about what

25                Dominion did, and you're saying that
```

                                        Page 110

```
 1              the registered voter rolls were

 2              manipulated by presumably some external

 3              factor; right?

 4       A      They -- they -- the inside that they --

 5              them -- inside the machines, they were

 6              -- they were manipulated all the -- all

 7              of our voting, all of your evidence of

 8              the -- the -- our 2020 election was

 9              manipulated.

10                   And -- and in -- and in

11              Colorado we even have more because

12              there was a down -- a down election

13              that was manipulated.

14                   This is hard evidence

15              sitting up on Frankspeech.  It says,

16              "Inside the machine," 100 percent

17              evidence.  There's -- you can't get

18              around it, it's just it's never gotten

19              any media attention because it's been

20              suppressed and suppressed.

21                   That's why if you remember I

22              asked Dominion to sue me, remember that

23              part?  Do you remember that?  Do you

24              recall that?  When I asked them to sue

25              me and so I could get all the evidence
```

Page 111

```
 1                    out there.
 2                              It had nothing to do with
 3                    Eric Coomer.
 4                              THE WITNESS:  I got to get
 5                    on my show.  So we're going to have to
 6                    take a break.  I can't get around --
 7                              MR. CAIN:  -- let me just --
 8                              THE WITNESS:  -- I'm not
 9                    gonna have you cost me more money.
10                              MR. CAIN:  I understand.
11
12                    By Mr. Cain:
13         Q     Are -- are you saying though that
14                    Dominion machines have the registered
15                    voter roll data on -- on them,
16                    specifically?
17         A     No, I didn't -- who said that?
18         Q     I'm asking --
19         A     -- I said we get these -- you need to
20                    understand, the voter rolls --
21         Q     -- I asked you -- listen you -- you --
22                              MR. MALONE:  -- Mike.
23
24                    By Mr. Cain:
25         Q     I asked you about what Dominion did,
```

Page 112

```
 1              you gave me the top three, Cast Vote
 2              records, registered voter rolls, Mesa
 3              County images?
 4      A       Right.
 5      Q       I asked you then what does the
 6              registered 'manipulation' as you put
 7              it, of the registered voter rolls, have
 8              to do with Dominion?  What's that --
 9      A       -- when they go through -- these
10              machines are all online; okay?  When
11              they go through -- when the registered
12              voters -- when we went -- after the
13              fact, like I say Alabama, I had to pay
14              $40 thousand to get their voter roll.
15                      Who voted, what -- when they
16              voted and then who was taken off the
17              voter rolls.  And you look in the
18              inside of the machines these come from
19              -- come from -- they all go through the
20              machine.
21                      So all this data that went
22              through these computers, we've took the
23              data, experts have taken the data, and
24              showed that there was -- that the --
25              that the elections were manipulated.
```

Page 113

```
 1              100 percent.

 2                   You can sit there and you

 3         can go up on Frankspeech, watch it.  I

 4         just had a whole conference on it, I

 5         can show you how a whole thing of it.

 6                   It doesn't -- it just says

 7         -- and we have piles of it.  Not even

 8         counting that, there's piles and piles

 9         of evidence.

10                   That's why my whole thing

11         right now is to secure our election

12         platforms, get rid of the machines and

13         computers in our elections.  That's

14         what I'm all about.

15                   You can sit here and say

16         anything else, not true.  I have been

17         fighting to secure our elections for

18         two and a half years.  You can't use

19         computers in our elections.  Period.

20                   MR. CAIN:  Objection;

21         non-responsive.

22                   THE WITNESS:  Okay.  I got

23         to get on this, I'm sorry.  I can't --

24         I can't let it cost me more money than

25         these guys already have.  So...
```

Page 114

```
 1              By Mr. Cain:

 2       Q     Can you answer the question?

 3                    THE WITNESS:  What?

 4                    MR. MALONE:  We are -- we're

 5              gonna take a break.

 6                    THE WITNESS:  Yeah.

 7                    MR. MALONE:  Okay.

 8                    THE WITNESS:  Good.

 9                    MR. MALONE:  We'll come

10              back.

11                    THE WITNESS:  Good.

12                    MR. MALONE:  Off the record.

13                    THE VIDEOGRAPHER:  We are

14              going off the record.  The time now is

15              10:42.

16                    REPORTER'S NOTE:  Whereupon,

                      a short recess is taken.

17

18                    THE VIDEOGRAPHER:  We are

19              back on the record.  This is the start

20              of media Number 2.  The time is 11:04.

21

22              By Mr. Cain:

23       Q     Mr. Lindell, do you have Exhibit 184

24              handy?  I want to make sure that

25              we're...  There you go, let's just --


                                        Page 115
```

```
 1                 let's keep that separate from --
 2        A     All right.
 3        Q     -- your other material.  Following up
 4              on what we were discussing, I had asked
 5              you about Dominion, you gave me the top
 6              three, the third was Mesa County.
 7                     Now the Mesa County election
 8              management system was imaged and then
 9              that -- some of that data was presented
10              during a cyber symposium; isn't that
11              right?
12        A     I don't know.  I don't know.  I don't
13              believe so.
14        Q     You don't remember?
15        A     But I don't know.  I don't know.  I
16              didn't put any -- I'm not the guy that
17              put people up there, and so I have no
18              idea.
19        Q     You don't remember Tina Peters being
20              there and talking about --
21        A     -- I know Tina Peters being there.
22              That's the first time I met her.
23        Q     Yeah.  And you don't remember Ron
24              Watkins also --
25        A     -- no, I wasn't -- I was up and was
```

Page 116

```
 1                    interviewed then, I have no idea.  All

 2                    the stuff that went on that day, I was

 3                    in an interview with CNN and another

 4                    company, or another outlet, for about

 5                    five hours.

 6                              So all that stuff I had

 7                    never seen any of it.

 8          Q    Did you participate in obtaining images

 9                    of the election management system in

10                    Mesa County?

11          A    No.

12          Q    Do you know who did?

13          A    No idea.

14          Q    No idea?

15          A    No idea.  Absolutely, no idea.

16          Q    When the FBI took your cell phone, do

17                    you know whether that was in connection

18                    with the Mesa County imaging of the

19                    election management system or something

20                    else?

21          A    I don't know.

22          Q    Okay.

23          A    You'd have to ask them.

24          Q    Have you been informed by the FBI that

25                    you're the subject of any investigation
```

Page 117

```
 1                 relating to that?

 2     A    No, I'm not.  They -- I sued them for

 3          my phone, sued the government.

 4     Q    Okay.

 5     A    That's the last time I heard about them

 6          and they -- that was about two months

 7          ago.

 8     Q    Have you gotten your phone back?

 9     A    No.  We -- we just sued for that, and I

10          think it was two months ago.  They

11          haven't ruled yet.

12     Q    Has the FBI told you why they haven't

13          returned your phone to you?

14     A    They told the judges that they -- the

15          judges said to them, "Why don't you

16          take an image?  He runs all of his

17          business off that."

18               And they said, "Well,

19          because we," she gave some lame excuse

20          about the physical phone.  And -- and

21          then they asked her -- this -- the

22          government now, and they asked her --

23          they said, "Why -- who's doing the

24          attorney-client privilege in there?"

25          And she says, "Well, we're looking at
```

Page 118

```
 1                  that."
 2                             And it was very kind of a
 3                  crazy thing I've ever seen in court.
 4                  Like the government really had no
 5                  explanation, I assume the judges are
 6                  gonna rule against them because this
 7                  was a -- I'm not-- I'm not part of
 8                  anything.
 9                             We don't even know why they
10                  took it.
11        Q         Have you been interviewed by the FBI --
12        A         No.
13        Q         -- in connection with any --
14        A         No.
15        Q         -- election-related matters?
16        A         No.
17        Q         Going back to the first segment when we
18                  were talking about Chris Ruddy, I want
19                  to try to put a cap on that.
20        A         (Indicating).
21        Q         You said at the end -- well, I don't
22                  know when it was, but essentially that
23                  as of May 1st of 2021 you were told
24                  that you could no longer go on Newsmax;
25                  is that accurate?
```

                                        Page 119

```
 1        A     It's by Chris Ruddy directly, yep.

 2        Q     And I apologize if you've said this in

 3              one of your answers, but did Mr. Ruddy

 4              explain to you specifically that it was

 5              because of Dr. Coomer or me that caused

 6              that?

 7        A     Directly he said it was because of a --

 8              of a settlement with a -- a guy named

 9              Eric Coomer.

10        Q     Okay.  And...  And since then, early

11              May of 2021, you hadn't made any

12              appearances on Newsmax?

13        A     No, they wouldn't let me.  I've asked

14              numerous times.  Said can we talk about

15              going with Mr. Pillow and stuff.

16        Q     But you run -- you still run and have

17              run through that period of time from

18              May of 2021 to the present, ads for

19              your company?

20        A     Ads what?

21        Q     Ads for your company.  My Pillow ads?

22        A     On where?  On Newsmax?  Yeah.

23        Q     Newsmax.  Yep.

24        A     I do on every station, every single

25              station in the country.
```

                                        Page 120

```
 1        Q     Okay.

 2        A     He doesn't have a problem me putting

 3              advertisement there.  He just won't

 4              have me on to promote My Pillow or my

 5              products.

 6        Q     Okay.  And does Newsmax -- when an --

 7              when you run an ad on Newsmax, do you

 8              give them the Newsmax promo code on the

 9              ad?

10        A     Huh?  Do I gave -- there's promo codes

11              on the ads.  But, no, those ads are --

12              those ads are different.  Those ads are

13              directly related to the ad.  It has

14              nothing to do with the Newsmax, what

15              Chris used to do before.

16        Q     No, I -- I get that.

17        A     No, I'm answering your question.  Every

18              single ad, no matter where it is in

19              this country, is directly related to

20              that ad at that moment in time.

21                      So there could be Cool 103,

22              which would be maybe a towel on Newsmax

23              at that moment in time.  Whether it's

24              4:00 in the morning an ABC or 6:00 at

25              night on CNN.  Everyone is tied to
```

Page 121

```
 1              that, so when you run an ad, if it
 2              doesn't -- at least break even, you
 3              don't run it again.
 4                     But what I'm talking about
 5              with Newsmax is just like I have at
 6              other -- at other stations where I go
 7              on these are the -- where I go on to
 8              make an appearance, "Hey use promo code
 9              Newsmax.  Help -- thanks for helping My
10              Pillow today."
11                     You know -- you know, those
12              are the -- those are live appearances.
13              And then also in e-mails and -- and
14              this is what's been shut off there.
15                     That's the valve that was
16              shut off.  And that's a very important
17              valve as I just left the room here to
18              go do another show while the war room
19              -- it was the war room and I went on
20              there and all I talked about for seven
21              minutes was My Pillow, and -- and my
22              company.
23                     And -- and advertising on --
24              talking about our products.  And -- and
25              now -- and that -- that will manifest
```

Page 122

```
 1                   too.  And that's just using the generic
 2                   code war room where if I did ads on --
 3                   on Real America's Voice -- if I do ads,
 4                   it's tied to a direct commercial.
 5                           So there's a difference
 6                   between live things and commercials.
 7                   That's the part you need to understand.
 8        Q    Yeah.
 9        A    That's the parted you destroyed.
10        Q    I didn't do anything, but the -- I
11                   understand that, we talked about that
12                   in your last deposition.
13                           But when I'm -- I'm trying
14                   to -- the part I don't understand is
15                   you only could run ads I get that, but
16                   you've testified that there's $2.7
17                   million in reduced revenue during the
18                   time period in question.
19        A    (Indicating).
20        Q    And so my question is, is that solely
21                   Newsmax promo code --
22        A    (Indicating).
23        Q    -- related or their Cool 123 is that
24                   what I'm --
25        A    -- no, it's just Newsmax -- it's just
```

                                        Page 123

```
 1                    the -- the ones where he would have me
 2                    on to talk about the products and stuff
 3                    or to do special e-mails, or he'd put
 4                    banner ads up for me for free on
 5                    Newsmax.
 6                         He would do all this stuff
 7                    because I was a great sponsor on buying
 8                    ads on his shows.  That's the part, the
 9                    valve that got shut off was all the
10                    stuff that Newsmax and other stations
11                    do because I'm a big advertiser there.
12                         So they want to help my
13                    company and help the My Pillow
14                    employee, and help My Pillow.  That's
15                    the part that was shut off, the valve,
16                    and completely shut off.
17                         So when you see on this
18                    paper $300 thousand that bled over to
19                    the next four months, that's just the
20                    people, "Okay, there were remember when
21                    I used to go on air and stuff before I
22                    was cut off completely."  (Indicating).
23      Q    Okay.  So Mr. Ruddy though I think was
24                    very clear to this point, but he
25                    indicated to you, did he not, that
```

Page 124

```
 1              Newsmax had never been able to verify
 2              or corroborate your claims of election
 3              fraud, and, therefore, you couldn't
 4              come on and talk about them.  Didn't he
 5              tell you that?
 6     A   No.  You want to know what he told me,
 7              is that's not question?  He said, yeah,
 8              that's not what he said.
 9     Q   So your testimony is, is he's never
10              told you that they can't verify your
11              claim?
12     A   Here's what he said exactly.
13     Q   Did he tell you that or not?  "I can't
14              verify this.  We can't have you on
15              because we can't verify"?
16     A   No, that's not what he said.  He said,
17              "Mike, I don't have the evidence that
18              you have."  I said, "Well, I'll give it
19              to you.  I'll give it to your lawyers."
20                      That's what I said to him,
21              if you want to talk those -- that
22              thing.  That's exactly what I said, I
23              said, "Chris, I have all the evidence,
24              why right now your lawyers accept it?"
25                      We've even offered it -- we
```

Page 125

```
 1                   offered it to other places too, Fox
 2                   News, none of them wanted to take -- to
 3                   have the evidence.  And they -- and
 4                   we've said you know.
 5                           So Chris -- that's what he
 6                   said, he goes, "Mike, I don't have the
 7                   evidence you have."  I go, "Well, Chris
 8                   I'll give it to your lawyers.  Are you
 9                   kidding me?"
10                           And that -- that's even
11                   documented that my -- I believe in our
12                   cases where we offered them, you know.
13                   I -- I -- I personally offered it to
14                   him.
15                           You know I said, "What are
16                   you talking about, Chris?"
17         Q     But what evidence did you offer to
18                   Newsmax to support your claims?
19         A     I offered him evidence in -- in any
20                   machine things.  Because he said
21                   there's been no, you know, "We don't
22                   have evidence of machine manipulation,
23                   of computer manipulation."
24                           I said, "Well, we'll give --
25                   we'll give you everything we have," you
```

Page 126

```
 1              know.
 2     Q        Have you given me everything you've
 3              got?
 4     A        Of evidence?
 5     Q        Yeah.
 6     A        I don't know.  You'll -- you'll have to
 7              ask my attorneys.  I don't know.  You
 8              guys do your discovery and trying burn
 9              My Pillow out of money.
10                     Why don't you ask -- ask my
11              attorneys or whatever you were supposed
12              to get, you probably got.  You probably
13              got 32 terabits of -- from Dennis --
14              this -- this is my -- this -- I don't
15              know what about your discover was here
16              because this has nothing to do with the
17              -- with the election or the voting
18              machines.
19     Q        Well, when you offered to give the
20              evidence, as you put it, to Mr. Ruddy
21              what specific evidence were you
22              referring to?  Specific evidence.
23     A        Any evidence we had at that time.  I
24              don't even know when he -- when he said
25              this, this had nothing to do with Mr.
```

Page 127

```
 1              Coomer.
 2                   This -- what he was saying
 3              back then was the deal with Coomer was
 4              a settlement of something where he
 5              couldn't have me on anymore.
 6     Q    What evidence did you -- you said this
 7              was in May of 2021.  What evidence did
 8              you have that --
 9     A    -- in May of 2021 we had all the Dennis
10              -- I had all the Dennis Montgomery
11              stuff.  I had piles of money I had
12              spent on private investigators, this
13              firm, or whatever it is.
14                   I -- I don't know.  You'd
15              have to turn back time and whatever my
16              lawyers, if you asked for that, they
17              can give you all.  We had piles of it.
18              It was just the beginning.
19                   It was so much evidence, I
20              didn't know what to do with it all.
21              And it just got bigger over the last
22              two years.
23                   We didn't know about the
24              Cast Vote records then, so I did not
25              have them.  The Cast Vote records came
```

Page 128

```
 1              in this June of -- when I first found
 2              out how -- that they come right out of
 3              the machines was June of 2022 -- 2022.
 4                      And that's when I put a call
 5              out to -- to everybody to go do your
 6              freedom of rights and asked for Cast
 7              Vote records.
 8      Q      Well, this is the issue that I'm -- I'm
 9              struggling with, sir.  I do need
10              specifics.
11                      You said the evidence that
12              you offered to provide to Mr. Ruddy and
13              Newsmax was the Dennis Montgomery --
14      A      -- I don't know what you're -- you need
15              to specify when -- when I said that.
16                      This is -- you're -- you're
17              trying to pollute this recently or
18              whatever it is because he's --
19              apparently he's been sued by other --
20              by the machine companies which I was
21              unaware.
22                      And I offered them, I said,
23              "Hey, we have all the evidence you
24              need."  So this a -- this was like
25              three months ago, is that when you're
```

Page 129

```
 1              talking?
 2                        I need to know when you're
 3              talking about.
 4        Q     But --
 5        A     -- the evidence didn't come up back in
 6              the Coomer -- back in this thing.  Had
 7              nothing to do with that.
 8        Q     Okay.  So you didn't have any evidence
 9              to offer Newsmax?
10        A     No, I had all kinds of evidence, but he
11              didn't -- he didn't -- it didn't get
12              brought up then; do I understand that?
13              You didn't ask me for evidence then.
14                        He said I couldn't come on
15              his show anymore because of a thing he
16              made with guy named Eric Coomer.
17        Q     You said --
18        A     -- it had nothing to do with the
19              evidence.
20        Q     Okay.  You said you offered to give him
21              the evidence.
22        A     Many times when he got sued by, I think
23              Dominion and Smartmatic.  I don't know
24              who he's all been sued by.
25        Q     When was the first time you offered to
```

Page 130

```
 1              give (inaudible) --
 2      A       -- I don't know.  You'd have -- I have
 3              no idea when the first time was.  I
 4              have no idea when we offered it and
 5              we --
 6      Q       -- do you -- do you remember anytime
 7              that you made the offer?
 8      A       Yeah, absolutely.
 9      Q       Okay.
10      A       Absolutely.
11      Q       When?
12      A       I don't know when.  I don't know when.
13              I know it wasn't until -- I know it
14              wasn't during this May thing way back
15              then.  Absolutely, it wasn't back then.
16      Q       Okay.  So before May of 2021, we can
17              establish that you didn't offer --
18      A       -- I -- I don't know.
19      Q       Let me finish my --
20      A       Okay.
21      Q       -- question, please.  Before May of
22              2021, you had not made the offer that
23              you just referenced to Mr. Ruddy to
24              provide him with the evidence of
25              election manipulation?
```

                                          Page 131

```
 1      A     I -- I don't know.  It maybe -- maybe
 2            it was -- maybe it was after the
 3            Twitter thing, I could've said
 4            something to him.
 5                       Where I said, "Hey, Chris I
 6            have evidence," when he -- when he made
 7            that statement.  I think that is
 8            actually when I -- when I told him we
 9            had evidence and...
10                       Because we -- we -- we had
11            to talk through that Twitter thing, and
12            why the guy pulled his thing off.  And
13            I go, "Chris," I -- I said, "...that's
14            why they're cancelling me and I have
15            this evidence."
16                       And that was the Dennis
17            Montgomery evidence that I had at that
18            time.  That's when I offered him the
19            evidence; now I do recall on that.
20                       So it was during the Twitter
21            conversation, because he said, "We here
22            at Newsmax can't -- Mike, we can't say
23            anything about the machines because we
24            don't have any evidence."
25                       And I said, "Well, I got
```

Page 132

```
 1              evidence, you can have all you want."
 2              From Dennis -- you know, I didn't
 3              mention Dennis Montgomery though.
 4              That's what it was; 100 percent now I
 5              -- I do recall that.
 6                     Because he -- he was very
 7              concerned, I said, "Why are you
 8              concerned -- what -- or this
 9              statement," because he, you know, I
10              didn't even know about that that
11              because the guy muted me out when I was
12              going, you know.
13                     So it was during that
14              conversation where he said, "Well, we
15              don't have the evidence."  And I go,
16              "What's the problem of me saying that
17              on your show?"
18                     And he goes, "Well, we don't
19              have evidence yet of -- of any -- of
20              anything yet.  We done have the
21              evidence."  I said, "Well, I'll give
22              you the evidence."
23                     And then he said -- and he
24              didn't -- never asked for it again.  Or
25              never said, "Okay, let me see it."
```

                                        Page 133

```
 1      Q     Did you just send it to him?  I mean if
 2            -- if what you say is true and -- and
 3            this episode just during that brief
 4            period of time cost you $2.7 million
 5            dollars; did you ever just send it to
 6            him?
 7      A     No, I didn't know -- what are you
 8            talking about the time in 2 -- this was
 9            back with Twitter.  This was in
10            February 2nd of 2021.  This was that
11            conversation.
12      Q     Right.
13      A     I said, "Chris, I have this evidence."
14            Remember I was trying to get it out to
15            the world, I tried to get the president
16            to sign the gag order -- you know, get
17            the gag order signed that was on the
18            Montgomery evidence.
19                      And that's what I was doing.
20            And, you know, I wasn't just out there
21            yelling, losing retailers, and losing
22            Twitter, and losing everything else and
23            losing my life, I had this evidence I
24            had got from -- that Dennis Montgomery.
25                      I didn't put his name out
```

Page 134

```
 1                    there then because it was under a

 2                    government gag order.  You know the

 3                    whole story.  I tried to get it to the

 4                    president to sign the -- get rid of gag

 5                    order on it.

 6                            And that's when I said to

 7                    Chris, "Chris, I have evidence."  And I

 8                    said you should -- "Do you want to see

 9                    it?"  And he goes -- and he didn't see

10                    it.  He didn't want to see it.

11        Q    Well, why could you offer it to him if

12                    it was under a gag order?

13        A    I told him I had it.  You know, I had

14                    the evidence.  Yeah, it was under a gag

15                    order; I wanted to get it out there.

16        Q    You said you offered it to him?

17        A    I did say, I said, "Chris, I have the

18                    evidence.  You want me to, you know,

19                    send to or talk to your lawyers or

20                    whatever?"

21                            I don't remember the exact

22                    conversation, but I 100 percent told

23                    him I had the evidence and he said,

24                    "Well, we have no evidence the

25                    machine..."
```

Page 135

```
 1                      You know, there was other

 2            stuff too, everything that come out in

 3            November and December, piles of stuff,

 4            but I had confirmation of that.

 5     Q     Mr. Lindell, if you were, as you say

 6            under this gag order, why did you offer

 7            to send the evidence to Mr. Ruddy?

 8     A     No, I said I have evidence.  I don't

 9            know -- I said, "Chris, I have evidence

10            of the machine thing."

11                      He goes, "Well, we have --

12            we don't..."  He -- he actually didn't

13            want to see any, he didn't want to hear

14            anything of it.

15                      He said, "Well, we have a

16            thing, Mike, we're gonna, you know, we

17            don't -- we don't want to get sued,"

18            blah, blah, blah.  That was on February

19            2nd.

20                      I don't remember the exact

21            conversation.  I had more than just

22            Dennis Montgomery stuff; the whole

23            world had it.  You know, all of a

24            sudden he's suppressing saying that,

25            "We here -- we here at Newsmax or
```

Page 136

```
 1            whatever believe there was no -- that
 2            there's no evidence to support these
 3            allegations or whatever."
 4                     They did a flip flop, you
 5            know.
 6      Q    Why didn't you send it to him?
 7      A    Why didn't I send what to him?
 8      Q    The evidence that we've been talking
 9            about.
10      A    I -- you got to go back and hear the
11            conversation.  I don't know.  Because
12            he didn't want to see it.  He didn't
13            want to hear anything of it.
14                     I said, "Chris, I'll sit you
15            down and show you.  I'll fly down there
16            and show you.  I'll give -- show --
17            show your lawyers."  And he didn't want
18            to do it.
19                     That's the big bottom line.
20            He didn't want to do anything with
21            that.  He said, "No, we here at
22            Newsmax, Mike, I'm standing firm."
23            That's what it was.
24                     You can't talk about machine
25            companies or -- or election crime.
```

Page 137

```
 1      Q      How could had you sit down and show him

 2             the evidence if it was under --

 3      A      -- I had plenty more than Montgomery's

 4             evidence.  I had a piece of paper today

 5             -- if you've seen it.  I had it right

 6             there.

 7                     I put it out publically.  It

 8             was out publicly.  I didn't know with

 9             this gag order there was already some

10             of it out there publically.

11                     I was showin' that and there

12             was piles of other stuff, piles of

13             evidence.  I could've gave him -- I

14             could've -- he could've sat there for a

15             month and looked through it.

16                     But he didn't want -- he

17             didn't want to do that.  He said -- he

18             said, "I'm just -- Mike, I'm -- I'm

19             worried about this just don't just go

20             on and don't talk about machines

21             anymore."  Okay, what's that I did.

22                     MR. CAIN:  Objection;

23             non-responsive.  Because you cut off my

24             question before I finished asking it.

25      A      (Indicating).
```

Page 138

```
 1              By Mr. Cain:
 2         Q    So when you said you were offering to
 3              sit down with him and show him the
 4              evidence, you were referring to
 5              everything except for the Dennis
 6              Montgomery --
 7         A    -- no, including the pieces I had from
 8              the Dennis Montgomery.
 9                        This was early on.  I had
10              pieces that were released to the
11              public.  That were released to the
12              public.  That was out there.  I grabbed
13              it off Twitter.  I had that part.
14         Q    Okay.
15         A    I didn't -- I didn't have the other
16              stuff in my possession then.
17         Q    Okay.
18         A    I had the parts of it and I was getting
19              it validated.
20         Q    So that was publicly available
21              information that Newsmax --
22         A    -- that -- absolutely.  It was four
23              things and that's what I -- I brought
24              to the president.
25                        It was four sheets that came
```

Page 139

```
 1                  from a journalist, it came from Mary

 2                  Fanning had put it out there, she's a

 3                  journalist on American Report.  And it

 4                  was all over Twitter.

 5                          And then there was piles of

 6                  other stuff that had been brought to

 7                  me, or like a funnel, and it -- and it

 8                  was out there.

 9                          And I'm going -- and it was

10                  just a simple argument with Chris

11                  going, "Hey, Chris, I'll come down and

12                  show you.  Are you naive?  Don't you

13                  watch the news?  There's evidence

14                  everywhere."

15                          And then -- and -- so there

16                  was just an argument of like how can

17                  you make these statements?  Now you're

18                  gonna -- you're gonna go cold and not

19                  talk you can about the election either.

20                  That was the argument, you know.

21                          And Chris is going, "I know

22                  Mike," here's what he said exactly, "I

23                  know Mike, but I can't take a chance,

24                  I'm getting sued," you know.

25                          He knew there was evidence
```

Page 140

1          out there, he said 100 percent there's

2          evidence out there.  He goes, "I know

3          there's evidence out there, but I'm,

4          you know, at Newsmax I can't take the

5          chance.  We have -- we don't have

6          that."

7                    I said, "Well, you want me

8          to come down there and show you?  Are

9          -- are you blind to what's going on out

10         there?"

11                   Everybody was seeing that --

12         it was into November and December.

13                   MR. CAIN:  Objection;

14         non-responsive.

15

16         By Mr. Cain:

17    Q    Mr. Lindell, I can't even read my

18         questions because your answer is too

19         long on the screen to go back to.

20                   But let me pick up on a few

21         pieces of what you just said.  The

22         evidence that you had included four

23         sheets of paper from Mary Fanning that

24         you referenced, that was all over the

25         place.

Page 141

```
1       A    It was not from her -- it was on -- it
2            was all over the Internet.  It was from
3            the American, I forgot what -- the
4            American Report.
5       Q    Okay.
6       A    Then there was hundreds of other things
7            of evidence, piles from here to the
8            ceiling.
9       Q    Yeah.  You said America Report, but
10           that's Mary Fanning.
11      A    I don't know; I guess it is, you know.
12           But there wasn't just that, there was
13           everything -- there was all kinds of
14           evidence that -- are you kidding me?
15      Q    And then you said you -- you also had
16           investigators who had gathered
17           evidence?  (Inaudible) --
18      A    -- no, not at that point.  Not at that
19           point.
20      Q    Has this --
21      A    -- now that -- now that you know the
22           dates that these were said.  Not at the
23           point.  I had done my own
24           investigations for two and a half
25           months.
```

Page 142

```
 1        Q     But do you have investigators now that

 2              are gathering information --

 3        A     -- no, we did back then.  They did back

 4              then.  We hired some in the spring of

 5              '21, lawyers, investigators,

 6              everything.

 7        Q     Who?

 8        A     Huh?

 9        Q     What investigators?

10        A     You know what?  Ask my lawyer.  You --

11              you guys -- do that in your discovery.

12              I don't know their names.  I've had so

13              many lawyers and cyber guys and

14              everything else.

15        Q     Well, to the extent that you validated,

16              allegedly, any of this evidence of

17              election fraud, I need to know from you

18              who has provided you information that

19              you claim, either investigators or

20              otherwise, that you claim support

21              you --

22        A     -- I don't know even what you talking

23              about.

24                    MR. MALONE:  Mike, Mike,

25              just wait.
```

Page 143

```
 1                        THE WITNESS:  Yeah.

 2                        MR. MALONE:  Let me get in

 3            objections.

 4

 5            By Mr. Cain:

 6      Q     Who are the investigators?

 7      A     I don't know their names.  I can't

 8            remember, that was two years ago.  Get

 9            it in your discovery.  It had nothing

10            to do with this case.

11                        THE WITNESS:  Why does he

12            get to ask questions about something

13            that is irrelevant to this case?

14                        MR. MALONE:  (No response).

15

16            By Mr. Cain:

17      Q     I don't know if it's relevant or not

18            until I ask you the question.

19      A     Okay.

20      Q     There was investigations relating to

21            this evidence that you supposedly

22            compiled.  That's relevant.

23      A     No, it's not.  What does it have to do

24            with your client?  It has nothing to do

25            with him.
```

Page 144

```
 1        Q      All right.

 2        A      This is crazy.

 3        Q      You and I can --

 4        A      -- you're asking me about something

 5               that has nothing to do with your

 6               client.

 7                        The bottom line is, on

 8               February -- after February 2nd Newsmax

 9               took away my right to be able to go

10               talk about evidence or talk about the

11               election crime, they took everybody's

12               away then.

13                        But then -- then -- then

14               after your client did what they did and

15               you did to me, then I lost the right to

16               even talk about My Pillow.  End of

17               story.

18                        That's the case.  One you

19               lose here, one you lose here.  This one

20               was because of law fair, this one

21               because of some hidden agenda you guys

22               have to destroy My Pillow.  There's the

23               two bookends.

24                        MR. CAIN:  Objection;

25               non-responsive?
```

Page 145

```
 1                        THE WITNESS:  Well, it's
 2            true.
 3
 4            By Mr. Cain:
 5       Q    So you say you offered evidence to
 6            Chris Ruddy but he didn't want to look
 7            at it; is that fair?
 8       A    The statement is this, "Chris, you know
 9            the election was stolen.  You know
10            there was evidence or whatever."
11                        And he said, "Yes, Mike, but
12            I can't talk about it on my channel
13            because I'll get sued."  That's what he
14            said exactly.
15                        MR. MALONE:  Mike, just keep
16            it down.
17                        THE WITNESS:  I mean, it's
18            so -- it's like your --
19                        MR. MALONE:  I know.
20                        THE WITNESS:  -- redundant.
21                        MR. MALONE:  But...
22                        THE WITNESS:  I didn't say,
23            "Hey, Chris, I got smoke and gun stuff
24            here."  I said, "Chris we have all the
25            evidence in the world.  I've got
```

Page 146

```
 1                    evidence."  I said, "You know the

 2                    election was stolen and there's

 3                    problems."

 4                         And he said, "Yes, I know,

 5                    but I can't do anything.  I can't talk

 6                    about it anymore because of -- we're

 7                    getting sued.  We could get sued."

 8                         That was his quote, exactly,

 9                    that was the conversation.  That was on

10                    February 2nd, right after the Twitter

11                    incident.

12

13               By Mr. Cain:

14      Q        Did he ever tell you that Newsmax was

15               able to verify any of the so-called

16               evidence of election fraud?  Did he

17               ever tell you that?

18      A        He didn't -- we didn't talk about that.

19               I told you that was our only

20               conversation about election fraud, it

21               was right after the Twitter thing.

22               About -- about a 15-minute

23               conversation.

24                    I'm going, "Why can't you

25               talk about these elections?"  I go,
```

Page 147

```
 1              "Why can't I go on and say why my

 2              Twitter was taken?"  Because I want to

 3              speak out about our -- our platforms

 4              and our elect -- and the anomalies in

 5              our election?

 6                   And he says, "Mike, I'm

 7              afraid I can't, I'll get sued."  That

 8              was the start of law fair.

 9      Q    But by -- by the late spring of 2021,

10              summer of 2021, it's fair to say that

11              publicly you were associated with this

12              election fraud?

13      A    Oh, I think I was right away in

14              January.  Hello?  When you got a

15              picture of the Whitehouse with a --

16              holding papers and a, it says,

17              "Marshall law," on them.

18                   And you're getting attacked

19              and they're -- and I mean the -- that's

20              the spring -- the summer of '21.  I

21              would say it would be January 15th

22              of '21.

23      Q    Did you ever consider the possibility

24              that Newsmax simply didn't want to be

25              associated with you?
```

Page 148

```
 1      A     No, that's not what Chris said.  I know
 2            Chris, I've known him for a long time.
 3            He said, "Mike, don't come on and talk
 4            about machines."  I abided by that.
 5                  Then when you guys did what
 6            you did, I couldn't go on and talk
 7            about My Pillow.  He explained it
 8            straight out.  "I can't do you it,
 9            Mike.  You can't come on," you know
10            like I used to.
11                  "You know I've helped you
12            out before."  "Well, before isn't now,
13            you're turning on me," because of
14            whatever happened on -- with -- between
15            you guys.  And he told me that straight
16            out.
17      Q     Well, he said under oath that there was
18            no such deal though.
19      A     Well, he can say that because you guys
20            probably, maybe don't have anything
21            written, I'm sure my lawyers tried to
22            get out of you.
23                  THE WITNESS:  I don't know,
24            have you took the stand yet?  Yourself?
25            I'd love to take you -- put you on the
```

Page 149

```
 1              stand, see how you lie.
 2                      MR. MALONE:  He's not gonna
 3              answer questions.  You --
 4                      THE WITNESS:  What?
 5                      MR. MALONE:  -- answer his
 6              questions.
 7                      THE WITNESS:  What was the
 8              question?
 9                      MR. MALONE:  Exactly.  He'll
10              ask you the questions.
11                      MR. CAIN:  That's the
12              problem.  Is I don't have a question --
13                      THE WITNESS:  Okay.
14                      MR. CAIN:  -- pending.
15                      THE WITNESS:  You've doing a
16              lot of commentary, but I -- and --
17              isn't it true, blah, blah, blah.
18                      MR. CAIN:  Okay.
19
20              By Mr. Cain:
21        Q     So I think we've exhausted, unless
22              there's something else that Mr. Ruddy
23              told me -- or told you that you think
24              is relevant to this issue, I think
25              we've exhausted that conversation;
```

                                            Page 150

```
 1              right?
 2    A    That -- I can tell you there's only --
 3         the first conversation was after the
 4         Twitter where he cut me off to never
 5         talk about elections --
 6    Q    Right.
 7    A    -- again.  The second time was now you
 8         can't go on and talk about My Pillow.
 9              And it has been the same
10         thing every time I have asked him for
11         two years.  "Mike, you know I can't
12         have you on, talk about pillows or
13         anything.  I'm sorry."
14              So whatever deal you did
15         with him is your dirty deal, not mine.
16         End of story.  Close the Coomer case.
17    Q    Okay.  Probably not that simple.  When
18         you -- when we started down this path
19         right before the break, we were talking
20         about Ruddy but then you -- you filled
21         me in on your top three with respect to
22         Dominion; the Cast Vote records; you --
23         you recall that testimony?
24              The Cast Vote records though
25         was something new to me.  And what's
```

Page 151

```
 1              specifically did these Cast Vote

 2              records expose with regard --

 3        A     -- and by the way you've got to put

 4              Dennis Montgomery and the terabits on

 5              there, too.

 6        Q     Okay.

 7        A     The 32 terabits.  Those are four,

 8              there's actually four.  There's a top

 9              four.

10        Q     Okay.

11        A     He was my Number 1, but now we have

12              right out of the machines -- the reason

13              I say that is because these come right

14              out of the machines, so right out of --

15              from the Secretary of State's office.

16                      So they went through the

17              machines; they can't lie about that.

18              Now they're trying to even stop people

19              from getting a Cast Vote record.  Do

20              you want me to explain what one is?

21        Q     Yeah.  What specifically did this

22              discovery relating to Cast Vote --

23        A     Okay.

24        Q     -- records expose?

25        A     Expose?
```

Page 152

```
 1        Q      Yeah.

 2        A      Okay.  Machine -- computer manipulation

 3               in every single county that we got Cast

 4               Vote records for from the 2020 election

 5               and from the 2022 except for six

 6               counties in Florida in the 2022

 7               election.

 8                      What Cast Vote record is,

 9               the way they come out of the machine,

10               let's say you missed a football game

11               and you went back to watch a rerun or

12               to watch it play-by-play, it's the

13               order they come out.

14                      First quarter 7-7, second

15               quarter 14-7, you get in the third

16               quarter, you don't go in reverse to 7

17               to 3.  Okay?

18                      You don't hit -- and so it's

19               the record that the votes are placed.

20               And this had been around for a long

21               time, but now they found they found

22               out, "Wow, you can show to 100 percent

23               computer manipulation."

24                      There's either computer

25               manipulation or there's not; there's no
```

Page 153

1           in between on a Cast Vote record.

2           There's absolutely no in between.  This

3           can't be denied because it comes from

4           the Secretary of State.

5                    Now you can scramble them,

6           which some states are doing that now,

7           they're scrabbling them.  Some are

8           fighting like here in Minnesota, that

9           would never give -- give them out.

10                   South Dakota wouldn't give

11          them out.  And South Carolina's making

12          a thing right now, you can't ask for

13          them and -- and they're trying to take

14          away the Freedom of Information Act for

15          citizens to ask.

16                   What -- we want to see

17          what's going on inside those machines,

18          these computers.  That's what we want.

19          And that's what a Cast Vote record.

20                   Because it's such good --

21          and it comes right out of the machine

22          -- that's -- it's -- anything that

23          happened inside there, that's what a

24          Cast Vote record shows the order the

25          votes come in.

                                        Page 154

```
 1      Q     How many counties do you have Cast Vote
 2            records for?
 3      A     I believe, in the 2020, about a third.
 4            So a little over a thousand of the
 5            3,000 some.
 6                      And we have it in -- and we
 7            have it in a like I say about a third.
 8            I think there's 3,143 counties.  I
 9            think we have a -- maybe 1,050 counties
10            of the -- of the 2020 election.
11                      You can show a side by side,
12            here's a Cast Vote record where there
13            was no computer manipulation, and
14            here's one that there is.
15                      And like I say, I believe in
16            the 2020 in the report that we got
17            after a year with these guys, I think
18            it was a report taking a year to
19            complete, or maybe a half a year, I
20            don't remember that part, we have the
21            full Cast Vote record report.
22                      That's also up on
23            Frankspeech, and it shows a -- I think
24            it's 99 percent of all those counties
25            were computer manipulated.
```

Page 155

```
1        Q      Who compiled the report?

2        A      Jeff O'Donnell.

3        Q      Okay.  And those are counties -- the

4               100 or excuse me, the 1,000 --

5        A      -- actually, Jeff O'Donnell, there was

6               guy -- there was a lot of cyber guys.

7               But Jeff's the one that compiled the

8               report.

9                       A lot of people dug into

10              those -- into the Cast Vote records.

11              Once they realized that this is -- this

12              is a direct correlation to computer

13              manipulation.

14       Q      So then, therefore, these would not be

15              counties with, correct me if I'm wrong,

16              that do hand-marked ballots?

17       A      What's that?

18       Q      The 1,000 counties --

19       A      -- what's that -- it doesn't matter

20              whether -- if they're hand-marked

21              ballots; everything goes through

22              computers.  You realize that.

23                      I -- I don't know what -- if

24              you're -- if you're familiar with the

25              whole voting processes.  Okay.
```

Page 156

```
 1                    Everything goes through --
 2            you got accounting machines [sic], you
 3            have polling -- polling books, you have
 4            computerized routers and -- and
 5            computers, you have all these stuff,
 6            these process.
 7                    You can still have paper, it
 8            doesn't matter if you have paper or
 9            not, you've got to -- it's all the
10            stuff that's going on with the computer
11            manipulation.
12                    And what it is, if you look
13            at -- I don't know if you know what a
14            deviation is in numbers.  Here's a
15            deviation, $3 million dollars Mike
16            takes in of My Pillow for four months,
17            after that $300 thousand.
18                    You have to -- numbers don't
19            lie.  There's got to be a different
20            input to get a different output.
21            Something had to happen on May 1st of
22            2021.
23                    With the Cast Vote record
24            and stuff that come out, something had
25            to happen where you get the exact
```

                                        Page 157

```
 1              pattern, and you get this play-by-play
 2              where votes go in reverse.
 3                   Because it's -- it's in
 4              order they're received.  So that means
 5              that somebody did something with a
 6              computer.
 7                   MR. CAIN:  Objection;
 8              non-responsive.
 9
10              By Mr. Cain:
11       Q      My question was, these 1,000,
12              approximately a thousand --
13       A      Yep.
14       Q      -- counties, did that include counties
15              that have hand-marked ballots?
16       A      I don't -- yeah, absolutely.  But they
17              -- but they all go through machines.
18              There's no counties -- well, there's is
19              now, because we've gotten rid of the
20              machines in quite a few counties.
21                   But there was none that
22              didn't have machines involved with
23              their election besides -- besides your
24              paper ballot you -- that you mark and
25              you put into the machine.
```

Page 158

```
 1        Q     The -- the thousand or so counties that
 2              Mr. O'Donnell analyzed --
 3        A     And others.
 4        Q     -- those counties would've been subject
 5              to either recounts or audit; right?
 6        A     No.  Not -- there's been no -- there's
 7              been no -- no recount -- you got your
 8              big audit in Arizona, that was one of
 9              biggest audits ever.
10                    Is Arizona one of those that
11              happened?  I don't know because they
12              scramble their Cast Vote records.
13        Q     What do you mean 'they'?
14        A     They scrambled it -- they -- whoever
15              they are, the Maricopa County Board,
16              they scrambled it.
17                    So a Cast Vote record they
18              scrambled it, and they used the excuse
19              that you would -- that you would know
20              who made the first vote somehow.
21                    So they used the -- they
22              used these excuses now that you -- you
23              could be possibly you could find out
24              who the first (inaudible) voted.  And
25              you'd know who they voted for.  So they
```

Page 159

```
 1              scrambled it.

 2                       And so it's -- if you took

 3              -- if you took a whole bunch of

 4              sequence of numbers and you just

 5              scrambled it, that's what they did.

 6                       And our lawyers have

 7              evidence they scrambled it and that's a

 8              fact.  So that's what I'm trying to

 9              tell you.

10      Q       So you think that voter -- voters'

11              identification shouldn't be secret?  I

12              don't -- I don't get your point.

13      A       Of course, it should be secret.  What

14              does that have to do with anything?

15              They scrambled something that it does

16              not show -- Cast Vote record doesn't

17              show anybody what -- who they voted

18              for.

19                       What are you asking me?

20              That's the dumbest question you've

21              asked all day.  Of course, your votes

22              have to be secret.  What is wrong with

23              you?

24      Q       Did they randomized the numbers?

25      A       No, they scrambled this up because --
```

Page 160

```
 1                to hide the fact that there was

 2                computer manipulation in Maricopa

 3                County.

 4                     Then in the next election

 5                they shut off 262 machines.  They shut

 6                off 262 machines which we've got all

 7                the evidence in the world, it's still

 8                under appeal down there.

 9                     And, you know, I don't know

10                what you're going down a -- what are

11                you a Dominion lawyer here?  I don't

12                get it.  Are you a machine lawyer?  Is

13                this what this is all about?

14                     I don't get it.  This is

15                disgusting.

16      Q    Okay.  Cast Vote records I think would

17                take way too much time for us to go

18                down.  I want to -- let's talk about

19                Dennis Montgomery, since you mentioned

20                him.

21      A    (Indicating).

22      Q    He's got Number 4 on the list?

23      A    No, he's actually Number 1.  The other

24                three you asked me, what would be

25                direct evidence coming right out of the
```

Page 161

```
 1                    machines.  All three of those other

 2                    things come right out of the machine,

 3                    you know, but Dennis Montgomery he's my

 4                    first one.

 5                            I got that evidence on

 6                    January 9th of 2021.  It's very public.

 7        Q     Okay.  So who introduced you to him?

 8        A     It was a phone call with Brandon House

 9                    who I didn't know, apparently I was on

10                    his show one time.

11                            And -- and the only reason I

12                    even answer the call because it said

13                    Brandon House, I thought it was

14                    something to do with my house.

15                            And I -- I took the call on

16                    January 9th, and there was -- he

17                    introduced me to lady named Mary

18                    Fanning.

19                            He introduced me to a lady

20                    named Mary Fanning on the phone and

21                    said, "Here, would you please listen to

22                    this lady?"  And I said, "Sure."

23                            And she did a -- probably

24                    talked for 15 minutes, very detailed

25                    about a guy that work would for CIA and
```

Page 162

```
 1                  his name was Dennis Montgomery.

 2                            Went into the government

 3                  backed and she was -- it was very, very

 4                  detailed, and she said if you can look

 5                  at the -- the report, it was on -- it

 6                  was on her American Report.

 7                            And I looked and there were

 8                  four pieces that showed this machine

 9                  computerized intrusion into our

10                  election, and -- and that was it.  That

11                  was the 15-minute call.

12                            And then -- and then I said

13                  -- I get off and I said, "Wow."  And I

14                  said, "This explains why every county

15                  in every state in the country had

16                  non-residents aboard."

17                            This was my ah-ha moment

18                  because I had done my own

19                  investigations and every single state,

20                  every single state and county that I

21                  checked had non-residents that voted or

22                  that didn't live in that county, or --

23                  or the state.

24                            I'm going, "Why would people

25                  who are generally good people," you're
```

                                                    Page 163

```
 1              not gonna march, "Hey, let's go a
 2              thousand -- let's jump over into
 3              Wisconsin and go vote for Biden."
 4                    It didn't make sense to me,
 5              (inaudible).  And I'm going something
 6              was -- something definitely had to be
 7              done with the computers.
 8                    This Montgomery stuff that
 9              Mary told me -- and I don't even know
10              she has sent the four things over.  I
11              had already seen those four pieces at
12              that point.
13                    And this solidified, I'm
14              going, "Wow, it was done with
15              computers."  And -- and you mean to say
16              he has all the evidence?  Yes.
17                    He has -- he's the guy that
18              built the Hammer Scorecard, she went
19              into all this stuff.  I go, "What is a
20              Hammer Scorecard?"  Explained all this.
21                    And all this then was
22              confirmed to me later with -- you had
23              generals, General Flynn, General
24              Montgomery, or not General Montgomery,
25              General (inaudible), all these
```

                                        Page 164

```
 1              different things that were confirmed.
 2                        So I went in to -- to
 3              confirm all this, but there was one
 4              problem, there was a gag order on it so
 5              I had to get it to the president.
 6       Q      Okay.  When did this 15-minute
 7              conversation with Mary Fanning happen?
 8       A      January 9th, 2021.
 9       Q      Okay.  And the four pieces of
10              information you said you were already
11              in possession of?
12       A      There were screen shots -- they were up
13              on Twitter I believe before that.  It
14              was just many, many of the things that
15              I'd go, "Here's more evidence.  Here's
16              more evidence.  Wow, this looks
17              interesting."
18                        And she directed me to the
19              -- to that site.
20       Q      Okay.
21                        MR. CAIN:  Let me show you,
22              let's just mark this.
23                        THE WITNESS:  I wanna ask
24              you something.  Why don't you object --
25              what does this have to do with Coomer?
```

                                        Page 165

```
 1                         MR. MALONE:  We --
 2                         THE WITNESS:  -- I don't get
 3              it.
 4                         MR. MALONE:  Mike, we take
 5              care of that after.
 6                         THE WITNESS:  Okay.  Okay.
 7              This is bizarre.
 8                         MR. MALONE:  He asks the
 9              questions, you can answer them.
10                         THE WITNESS:  No, I'm just
11              -- okay, but you should be objecting.
12              What does that have to do with the
13              case?
14                         MR. MALONE:  Mike, we don't
15              think it has anything to do with the
16              case, we certainly --
17                         THE WITNESS:  -- okay.  All
18              right.
19                         REPORTER'S NOTE:  Whereupon,
                           Michael Lindell Deposition
20                         Exhibit Number 185 was
                           marked for identification.
21
22                         MR. CAIN:  All right.
23
24              By Mr. Cain:
25         Q    Let me show you what's been marked as

                                      Page 166
```

```
 1              Exhibit 185 which you produced.

 2      A    What now?  (Witness reading to self).

 3      Q    Do you know what this document is?

 4      A    No.  This is not what I had that day.

 5      Q    At the top, again, it came from your

 6           file so we can presume that you had

 7           this document.

 8                  Is says, "Mike L

 9           Presentation Dated February 18, 2021

10           U.S. Election Interference."  Now this

11           would've been after your epiphany on

12           January 9th.

13      A    Okay.

14      Q    Do you remember this -- this

15           presentation?

16      A    No.

17      Q    Okay.

18      A    But this is also after February 5th

19           which absolute proof came out.  So...

20      Q    Right.

21      A    Anything from that would've been --

22           this would've been coming out of that

23           probably movie.

24      Q    Okay.  Is that --

25      A    -- or that -- or that collaboration of
```

Page 167

```
 1                  people that came to -- that I met for
 2                  the first time.
 3        Q    Is any of information on Exhibit 185
 4                  the information that you refer to when
 5                  you were talking to Mary Fanning that
 6                  you already had?
 7        A    What's that now?
 8        Q    Does -- does any of this information --
 9                  was this what you had when you were
10                  talking to Mary Fanning?
11        A    No, absolutely not.
12        Q    Okay.
13        A    100 percent, no.  It's got little
14                  things going like this; it's got little
15                  things coming over from other
16                  countries --
17        Q    Okay.
18        A    -- and it's -- this is not it, I don't
19                  -- I've never seen this.
20        Q    Bear with me for one minute.  I
21                  think...  I may have that for you.  Let
22                  me just show you what was part of a
23                  report that's been issued in this case
24                  at Page 17.
25        A    Yep.  That's one of them, yep.
```

Page 168

```
 1        Q     Okay.  So this is --

 2        A     -- that looks like one of them, yes.

 3        Q     All right.  And I'll -- since I'm not

 4              gonna be able to mark that, I don't

 5              know if you can see --

 6        A     -- if not, it's very similar.  It had

 7              those lines on it, yeah.

 8                        MR. MALONE:  Mike, if you

 9              can see it okay then -- that's fine.

10                        THE WITNESS:  Yep.

11                        MR. CAIN:  We got that.  All

12              right.

13

14

15              By Mr. Cain:

16        Q     And so what did -- what did Ms. Fanning

17              tell you that those lines represent --

18              represented?

19        A     She -- on the -- on the thing -- the

20              whole call is about this guy named

21              Dennis Montgomery, and validate -- she

22              would basically validating him.

23                        We didn't have -- I didn't

24              have those things in front of me on

25              that phone call.  That was a 15 minute
```

Page 169

```
 1                    -- it was so -- it's so detailed.
 2                         This guy worked for the CIA,
 3                    he built this thing to interfere in
 4                    other people's elections for the
 5                    government.
 6                         They used it on our country
 7                    through these voting machines and blah,
 8                    blah, blah, blah, it went on and on.
 9                    And she -- that's what it was mostly
10                    about, you know -- here, you know, we
11                    -- he's --- this guy's got a --
12                    basically a movie of everything that
13                    was done in the election.
14      Q     No, I -- I think -- and I think we've
15            talked about that.
16      A     Well, no, that's she said -- that's
17            what she was saying.  So you asked me
18            what she said.
19      Q     All right.  So she --
20                    THE WITNESS:  -- in fact, I
21            have a tape -- we have -- have you got
22            a -- there's a tape and it's almost
23            identical to what she said to me.
24                    Which you guys are welcome
25            to listen to; I'll give you that
```

                                                Page 170

```
 1              anytime, I -- maybe we already have.
 2              It's all -- it's almost identical to
 3              what she say to me.
 4                        MR. CAIN:  Okay.
 5
 6
 7              By Mr. Cain:
 8      Q       Well, where's that tape?  What tape
 9              area you referring to?
10      A       My attorney's have it.
11                        THE WITNESS:  Or did you
12              turn it over?
13                        MR. MALONE:  Mike, I'm not
14              sure what tape you're referring to
15              either.  We can, again, sort that out
16              after.
17                        MR. CAIN:  But it's -- that
18              it would be helpful because you -- if
19              -- if it's -- you're saying this tape
20              is very sim --
21                        THE WITNESS:  -- no, it's
22              some -- it's just a recording she made
23              -- that she made when she said --
24                        MR. CAIN:  Okay.
25                        THE WITNESS:  -- most of the
```

Page 171

```
 1              same thing she said to me; it validates

 2              Dennis Montgomery.

 3                        MR. CAIN:  You cut me off

 4              again.  But thank you for that.

 5                        THE WITNESS:  Yeah.

 6

 7

 8              By Mr. Cain:

 9         Q    There's a tape that you've heard --

10         A    -- I don't know if a tape, this was a

11              recording.  It wasn't a tape of her

12              standing there, I've never seen Mary

13              Fanning.

14         Q    Okay.  I used your word --

15         A    Yeah.

16         Q    -- and I'll use recording now.  There's

17              a recording of Mary Fanning that has

18              essentially the same content that she

19              made --

20         A    -- I think -- I -- I think because it

21              was both at the same time back there, I

22              said, "Could you say this again?"

23              Because I wanted to -- I wanted other

24              people to hear it.

25                        I've had other people on the
```

Page 172

```
 1                 phone say, "Would you listen to this
 2                 lady?"  I had different people on the
 3                 phone and am I going -- and she would
 4                 tell them the same thing.
 5                         And I'm going, "Wow, this is
 6                 a miracle.  We're gonna save our
 7                 country with our election platforms
 8                 that have been intruded."  You know?
 9       Q    Okay.  So let me back up.  You played
10                 -- well, strike that.
11                         You invited some people to
12                 be on the phone with Mary Fanning and
13                 you recorded that presentation?
14       A    I think -- I think -- I think.
15       Q    Okay.  Back then, who -- who did you do
16                 that with?
17       A    I have no idea, there was so many
18                 people back then that listened to her.
19                 You know, I don't know.  I don't know.
20                 That was --
21       Q    Okay.
22       A    -- two and a half years ago.
23       Q    But as you sit here you -- you think
24                 you still have a recording of that?
25       A    I could have, but, you know -- yeah.
```

Page 173

```
 1      Q    All right.  Who other than -- well, did

 2           -- did Brandon House vouch for Dennis

 3           Montgomery's qualifications?

 4      A    No.  No.  All Brandon said was here you

 5           need to listen to this lady.  And I

 6           said, "Who are you?"  And he tells me

 7           who he was and I said, "Okay, I'll

 8           listen to her."

 9      Q    Do you know how Brandon House met Mary

10           Fanning?

11      A    I have no idea, absolutely no idea.

12      Q    You had not heard the name Mary Fanning

13           before --

14      A    (Indicating).

15      Q    -- January 9th?

16      A    (Indicating).

17      Q    Is that a no?

18      A    No -- that's, yes, I never heard her

19           name.

20      Q    You had not heard Dennis Montgomery's

21           name --

22      A    (Indicating).

23      Q    -- before January 9th?

24      A    No.  No.

25      Q    Okay.
```

Page 174

```
 1     A     I don't even know if she said his name

 2           that day, I'm sure she probably did,

 3           but I can't -- I can't 100 percent said

 4           that.

 5                    She just said this stuff

 6           comes from a CIA guy, government, it

 7           was all very official.  She use -- she

 8           knew names and places in the

 9           government.  And it was just so

10           (indicating), I'm going wow.

11     Q     Did you consider this -- this

12           information you were getting from Mary

13           Fanning to be extraordinary?

14     A     Did -- I -- I -- I considered it to be,

15           if it was true, it answered all my

16           questions that I had about

17           non-residents voting, and people that

18           aren't alive voting.

19                    It explained it all.  I'm

20           going, "Wow, this is an answer.  I hope

21           it's all true.  It sure sounds true."

22                    It didn't take me long to

23           validate it, that, yes, Dennis

24           Montgomery was with the CIA and -- and

25           there was Hammer Scorecard and -- and
```

Page 175

```
 1                    it's real.
 2                         But here's a gag order on
 3             his -- his -- that needs -- this needs
 4             to be signed in order to release his --
 5             his data.
 6                         And I'm going, "Wow, this
 7             coun" -- you know, I was very excited
 8             that, you know, that this would be --
 9             be able to get this to the president
10             and say, "Look at our country has been
11             attacked; our election platforms have
12             been completely hacked."
13      Q     When had you -- you said that you had
14             been doing your own investigations or
15             -- or --
16      A     (Indicating).
17      Q     -- looking at this non-resident issue.
18             How did you first become concerned
19             about voter fraud issues?
20      A     November 4th of 2021 -- or 2020.
21             November 4th when I woke up -- these
22             are math -- I look at deviations, I
23             took calculus in eighth grade.
24                         I look at deviations every
25             single day, every single day.  And if
```

Page 176

```
 1              something changes, you have -- there's
 2              a -- you have to have an explanation
 3              for that, based on historical data.
 4                        So that's what I did.  And
 5              one of the first things was looking at
 6              Arizona, there was only two percent
 7              left to count, and it was impossible
 8              for Donald Trump to lose.
 9                        Based on other data -- and
10              I'm going there's something going on
11              here.  Then I looked at Nevada and all
12              these non-residents had voted.
13                        You have to be a Nevada
14              citizen for 30 days, and all these
15              non-residents -- I'm going, "Wow."
16                        So then I started checking
17              on other counties.  Over in -- in my
18              own counties, here in Minnesota.  I
19              checked in with Wisconsin.  All these
20              different places and everyone was the
21              same.
22                        Like you had people that
23              voted that didn't live there.  And it
24              didn't make sense that people would all
25              go out and commit crimes.  I didn't
```

Page 177

```
 1                    believe it.

 2                            And, you know, all these

 3                    tons of deviations and anomalies that

 4                    are impossible.  You know, you hear

 5                    about --

 6          Q    Mr. Lindell?

 7          A    -- one county -- huh?

 8          Q    I'm gonna cut you off, again.

 9          A    Okay.

10          Q    The question was when.

11          A    November 4th, the morning of November

12                    4th when -- when a -- I'm -- 800,000

13                    votes came down in Pennsylvania, 106 --

14                    here's my biggest thing, 106,000 votes

15                    came down in the middle of the night,

16                    they stopped everything in all five --

17                    in these five states, that was a

18                    deviation.

19                            I sat up and watched and

20                    they go, "Oh, 106,000 votes came down

21                    for Biden and 3,000 for Trump in

22                    Michigan."

23                            Now -- and they said it was

24                    because the mail-in voted were counted

25                    then.  But the mail-in votes in
```

Page 178

```
 1              Michigan, at my investigation, were

 2              counted on the morning of third.

 3                        So I'm going, "How do you

 4              explain this?"  It's impossible to

 5              explain.  So there were all these

 6              different things of my own.  I -- when

 7              I -- I was watching --

 8       Q      -- Mr. Lindell?

 9       A      Huh?

10       Q      I --

11       A      -- you asked me when.

12       Q      Yeah.

13       A      Okay.

14       Q      What does that have to do with -- when?

15                        MR. CAIN:  I'm gonna object

16              as non-responsive.

17

18

19

20              By Mr. Cain:

21       Q      You've answered November 4th; okay?

22       A      Okay.

23       Q      That's -- that's all my question was.

24       A      Okay.

25       Q      All right.  So, when President --
```

                                          Page 179

```
1                    former President Trump, was claiming
2                    that there was voter fraud in
3                    connection with the 2016 election, four
4                    years prior, you hadn't started looking
5                    at election fraud issues at that time;
6                    is that fair?
7          A         No, I didn't know anything about
8                    elections fraud -- elections.  I had
9                    never even voted prior to 2016.  I was
10                   an ex-crack addict.  I didn't pay
11                   attention to politics.
12         Q         And then that changed in 2017 when you
13                   -- when you met former President Trump;
14                   right?
15         A         I met him in August of 2016 on August
16                   15, 2016.
17         Q         All right.  And I think he -- well, let
18                   me ask about that.  What -- what was
19                   the circumstances surrounding that
20                   meeting?
21         A         He -- he invited me to meet him and he
22                   asked questions about the manufacturing
23                   that My Pillow did here in the United
24                   States.  How it was working, he wanted
25                   to bring manufacturing back.
```

Page 180

```
 1                      We also talked about my
 2            recovery network because me being an
 3            ex-crack addict, I said, "I'm gonna
 4            have this platform," which I do, it's
 5            called the Lindell Recovery Network and
 6            it's for anybody in addiction.
 7                      I told him what I was doing.
 8            I was evangelizing -- going around and
 9            churches and everywhere to get people
10            out of addiction.
11                      And he said, "I'm gonna stop
12            them drugs pouring in from the -- we're
13            going to shut that border down."  And
14            it was just he had great business
15            ideas.
16                      And -- and I left there --
17            there was no agenda -- I wasn't putting
18            any money or anything, he never asked
19            me for nothing.  Just he was very --
20            wanted to know from a manufacturer how
21            it was making stuff here, and getting
22            that a thing before he went out there
23            and, you know, was president.
24       Q    Did you support President Trump --
25            former President Trump, for the 2016
```

Page 181

```
 1              election cycle?

 2      A       What I did after that point is I went

 3              and asked all his employees, "Is this

 4              guy for real?"  I didn't know anything

 5              about a president or anything like

 6              that.

 7                      And I said -- I asked all

 8              his employees, a lot of them, on April

 9              15th and 16th and they said, "Yes, he's

10              a great man, great -- he's great

11              leader."

12                      And what I'd just seen, I

13              go, "Wow, this is good business sense

14              to be able to problem solution and what

15              it would manifest to."

16                      I got back to Minnesota and

17              I did a press release, I was the

18              media's darling at that time.  And as

19              soon as I did a press release that I

20              met Donald Trump, in a meeting -- not

21              even saying what we talked about, I was

22              attacked.  I was called a racist and

23              everything.

24                      That was my first taste of

25              how they hated this guy, or something,
```

                                        Page 182

```
 1              in the media.  It was disgusting what
 2              they did to me then, and that was right
 3              away in August.
 4                   Did I support him?  I went
 5              to -- I went to the second and third
 6              debate and the third debate I said I
 7              think the thing was on business news or
 8              whatever in the spin room, I said I've
 9              met him and I believe he'll be a great
10              president.
11                   So when you say support, I
12              went all in.  I went all in as part of
13              people asked me, if the media asked me,
14              "What do yu think of him?"  I said,
15              "He's gonna -- I think he's gonna do a
16              great job."
17                   I got -- I had the due
18              diligence.  I -- I could say it from
19              the heart because I had met him.
20                   MR. CAIN:  I'm gonna object
21              to the responsiveness of your prior
22              answer.  Before you answered a question
23              I didn't ask.
24
25
```

Page 183

```
 1              By Mr. Cain:
 2       Q    All I asked you is whether you
 3            supported him in the 2016 election.
 4       A    What -- what -- are you of talking
 5            support by money or what?  I don't get
 6            it.  I supported him with my voice.  I
 7            said, "Yes, this is the -- I think
 8            he'll be a great President."
 9       Q    It's fair to say you've supported
10            former President Trump since at least
11            August of 2016 --
12       A    -- as far as what support?  Money, no.
13       Q    -- until the fall --
14       A    -- I don't put any money into his
15            stuff.  I support him because I believe
16            he's a great President.
17       Q    You're not listening to my question --
18       A    -- well, you got to -- you got to
19            specific.  When you say 'support,' what
20            are you saying --
21                   MR. MALONE:  Mike --
22                   THE WITNESS:  -- a monetary?
23            Or -- or by my voice?
24                   MR. MALONE:  Mike, let him
25            clarify.
```

                                        Page 184

```
 1                    MR. CAIN:  I'll clarify my
 2          question.
 3                    MR. MALONE:  He will clarify
 4          the question.
 5                    THE WITNESS:  Okay.
 6                    MR. CAIN:  You -- you just
 7          keep interrupting me.  And so I can't
 8          do that for you while you're talking at
 9          least.
10
11
12          By Mr. Cain:
13     Q    Since August of 2016 you have publicly,
14          not financially, publicly supported
15          former President Trump until the
16          present time; correct?
17     A    Correct.
18     Q    All right.  And you support publicly,
19          his narrative, that the 2020 election
20          was fraudulent; correct?
21                    MR. MALONE:  Object to form.
22                    THE WITNESS:  What's that?
23                    MR. MALONE:  I'm just
24          objecting to the form of that question,
25          Mike, you can answer it.
```

                                            Page 185

```
 1                  THE WITNESS:  I'm gonna
 2          answer that and say correct, but -- but
 3          I'm gonna (inaudible) with a caveat.
 4                  All elections that have been
 5          used with computers, now I have
 6          learned, we have to fix our election
 7          platforms.
 8                  Everything I'm doing right
 9          now is not to overturn one election.  I
10          was asked by the Washington Post,
11          "Mike, what do you think happened in
12          2016?"
13                  And I said, "I would not
14          trust one election with -- where
15          machines were involved.  Ever."
16          Knowing what I know now, which I didn't
17          know then.  Ever.  And that's fact.
18                  Even on -- even on Jimmy
19          Kimmel, I said that on Jimmy, "If the
20          shoe was reversed on the other foot and
21          your friend, Donald Trump, had been
22          selected would you still be sounding
23          the alarm?"
24                  I said, "Absolutely."  My
25          thing is never changed -- if we don't
```

Page 186

```
 1              fix our -- secure our elections we're

 2              done as a country.  And that's fact.

 3                   MR. CAIN:  I'm gonna object

 4              as non-responsive to everything after

 5              correct, in the first sentence of your

 6              response.  All right.

 7

 8

 9              By Mr. Cain:

10         Q    So you had this discussion with Ms.

11              Fanning, you had your eureka moment on

12              the 9th --

13         A    (Indicating).

14         Q    -- and then what did you do after that

15              with respect to former President Trump?

16              Did you -- were you able to get ahold

17              of him?

18         A    I didn't have his phone number.  I

19              never did have his phone number then.

20         Q    Okay.

21         A    I -- I didn't -- I -- I reached out to

22              the White House and said, "Could I get

23              a meeting?  Could I get a meeting?"

24              And unresponsive.

25                        Then I went there and
```

Page 187

```
1              finally Mark Meadows said, "You can
2              have five minutes."  That was on -- on
3              the 15th of January.
4        Q    Okay.  And you were in contact with Mr.
5              Meadows who --
6        A    -- no.  Contact -- I don't know, you'd
7              have to look at the things.  I reached
8              out and met -- to -- I think -- I don't
9              know if I had -- I believe I had his
10             phone number because of the summer
11             before, having a supplement that would
12             help this country.
13                  So, yeah, I probably text
14             him.  I don't know how -- I don't know
15             how I got there, but I didn't get -- I
16             either e-mailed the White House, or
17             asked Mark, "How do you get this
18             appointment?"
19                  I can't remember that; you'd
20             have to -- it's one or the other.
21             Either it was by e-mail or -- or -- or
22             Mark by -- by phone or by text.  I
23             don't know.
24       Q    All right.  Because you -- his text,
25             'his' being Mark Meadow's texts, were
```

Page 188

```
 1              subpoenaed by the January 6th

 2              committee; weren't they?  Do you know

 3              that?

 4    A         I have no idea.  I had nothing to do

 5              with January 6th committee.

 6    Q         Okay.

 7    A         I actually wanted to go there to bring

 8              him evidence, but they wouldn't invite

 9              me.

10    Q         So you were texting with Mark

11              Meadows --

12    A         -- I don't know, you'll have to --

13                      MR. MALONE:  -- Mike --

14                      THE WITNESS:  -- I don't

15              know.

16                      MR. MALONE:  Just let him

17              finish the question.

18

19

20              By Mr. Cain:

21    Q         Do you recall texting with Mark Meadows

22              around January 14th about coming to see

23              President Trump?

24    A         I said it's either text or e-mail to

25              the White -- I don't recall.  It's
```

Page 189

```
 1              either one or the other.
 2      Q    And did you spend -- you said you were
 3              given five minutes, how long were you
 4              with former President Trump?
 5      A    I was probably in there for five to ten
 6              minutes max.
 7      Q    Who else was there?
 8      A    Robert O'Brien, the director of
 9              national security, and Mark Meadows.
10                    And then Mark Meadows left
11              and the President gave the stuff to
12              Robert O'Brien and said -- there was
13              two things I brought.
14                    One was four -- were these
15              four pieces of evidence.  Another was
16              an envelope, my lawyers that had given
17              me this envelope and said, "If you do
18              get this meeting, would you give him
19              that?"  So after they took the
20              evidence --
21      Q    -- do you know what was in the
22              envelope?
23      A    I don't know.  It was what you seen on
24              TV.  I've never read it.  It was
25              recommendations to the President, no
```

Page 190

```
 1                    idea.
 2                             He read the first thing, and
 3                    then said fire Robert O'Brien, after he
 4                    opened it.  After I had just got in an
 5                    argument with Robert O'Brien about our
 6                    national security.
 7                             And here's evidence we have
 8                    -- was have intrusions into our
 9                    election.  It looks like China -- and
10                    there was China on there, and Robert
11                    O'Brien just dismissed that and I got
12                    in a shouting match with him.
13                             And then the President
14                    opened up -- I said, "Here's an
15                    envelope, came from lawyer."  He opened
16                    it opened it up and the first thing he
17                    said, "Fire Robert O'Brien."
18                             So I looked at him, I'm
19                    going, "There you go."  And then the
20                    President took him and gave it to
21                    Robert O'Brien and said, "Would you
22                    bring these upstairs to the lawyers and
23                    see if there's something we can do
24                    here?"
25         Q     And that related to the, as you
```

Page 191

```
 1              understood it, the invocation of the
 2              Insurrection Act?
 3      A       No, there was no insurrection act on
 4              there.  There was no insurrect -- that
 5              was in the paper.
 6                      My things were, here I need
 7              this thing signed -- if you can get
 8              this released, this guy has all the
 9              evidence.  Here's four pieces of it.
10                      And that's what he said,
11              "Can you bring that up to the lawyers
12              and see if -- see what we," you know,
13              "If there's any validity to this."
14                      That's exactly what he said.
15              If there's any valid -- validity to
16              this.  Bring it upstairs.  So Robert
17              O'Brien brought me upstairs with the
18              envelope that was -- that was -- the
19              President had just opened.
20                      He brought it all up there
21              and he gave it to some guy, and that
22              guy came out of the -- his room about
23              ten minutes later.  The lady goes,
24              "Here, you got to go downstairs."  She
25              gave those things back, not they've
```

                                          Page 192

```
 1              been opened.

 2                        And I went back down there

 3              and got a -- and asked the lady if I

 4              could make a phone call to my son

 5              outside the White House.

 6                        I went out and made it and

 7              that's when you seen that famous

 8              picture taken by the Washington Post

 9              the says, "Martial Law."

10    Q    Were the -- the martial law reference

11         was that your handwriting?

12    A    No.  It's (laughing) --

13                   MR. MALONE:  -- Mike.

14         Objecting to this being asked and

15         answered to your previous deposition.

16         I think you've already covered this.

17                   THE WITNESS:  Yeah, I've

18         already covered all this.  This is --

19         -- this -- yeah, right.  And that --

20         and it's all over the news, it's been

21         all over the media.

22

23

24

25         By Mr. Cain:
```

```
 1        Q      Who was -- who put the martial law and
 2               the insertion --
 3        A      -- I have no idea.
 4                         MR. MALONE:  Objection --
 5                         THE WITNESS:  -- no idea.
 6                         MR. MALONE:  Just wait
 7               until --
 8                         THE WITNESS:  -- absolutely
 9               no idea.
10
11
12               By Mr. Cain:
13        Q      But what you did -- because Dennis
14               Montgomery was deposed yesterday, part
15               of what you were asking at that point
16               is to release this gag order so that
17               you could publicly disclose whatever
18               information Dennis Montgomery had;
19               right?
20        A      That is correct.  That's the whole
21               purpose of me going to the White House.
22        Q      Okay.
23        A      It was, here's a sample, and I need
24               this released.  I guess the guy's got
25               some kind of thing on there, to get
```

Page 194

```
 1              this released.

 2                   And he'd, you know, he'd

 3              said, "Hey, if -- if you get this

 4              released, we can tell the world."  You

 5              know.  Save the country.

 6     Q    And did anything come of that -- I

 7              think I know the answer to this, but

 8              did anything come of you providing that

 9              information to former President Trump?

10     A    Yeah, a picture came of it and I lost

11              hundreds of millions of dollars because

12              of a picture that was taken outside the

13              White House.

14     Q    No, I -- I meant with respect to Dennis

15              Montgomery.

16     A    Oh, they -- they never brought me back

17              to the President like they were

18              supposed to.  They shoed me out of the

19              White House.  I've already told you all

20              that.

21     Q    So what did you do after this White

22              House visit to obtain any additional

23              background information on Mr.

24              Montgomery, if anything?

25     A    I had conversations with him.  I -- I
```

Page 195

```
 1                had a guy named Conan Hayes, the start

 2                -- cyber guy that had started

 3                validating, I don't know if that was

 4                before or after the absolute proof

 5                meeting, so I -- I can't say that for

 6                sure.

 7                          But I think it was after.

 8                But all I know is when we get up to

 9                absolute proof a -- conversations with

10                Dennis, conversations with other people

11                that came for that movie, a General

12                McInerney, he was a general.

13                          Colonel Waldron, all these

14                people, General -- General Mike Flynn,

15                all these people that worked for the

16                government that validated this guy that

17                worked for the CIA and validated Hammer

18                Scorecard.  And validated that this guy

19                is real.

20                          And I'm going, "Well, we got

21                to get this out there."  You know.

22        Q     So in terms of people that validated

23                Dennis Montgomery, or vouched for him,

24                you're saying General McInerney, Phil

25                Waldron, Conan Hayes --
```

Page 196

```
 1      A      -- cone -- no, Conan Hayes he was -- he

 2             -- I didn't know him from Adam, he dug

 3             into the data, started digging into the

 4             data.  But I don't know the timing on

 5             that.

 6                     Conan Hayes was a -- he was

 7             a cyber guy.  And I didn't hire him, he

 8             just started working on this data.  I

 9             don't if that goes -- who that went

10             back to.

11                     But there were a lot of

12             people reaching out and people that

13             just wanted to help the country.  And

14             -- and I know he started then

15             validating Dennis's data.

16      Q      But you got warnings, did you not,

17             before the Cyber Symposium that Dennis

18             Montgomery was a fraud; didn't you?

19      A      No.  Are -- you know mean the media

20             attack?  I never mentioned Dennis

21             Montgomery, ever.  Ever.  Ever before

22             the Cyber Symposium.

23                     I was attacked by CNN; I was

24             attacked by a guy named Larry Johnson,

25             who I believed worked for the CIA,
```

                                                  Page 197

```
 1                    that's been validated.

 2                         All kinds of people that

 3              work for the CIA, or at least

 4              alledgedly do, all reached out -- even

 5              to my family members were attacked

 6              going, "Mike's got to back off.  This

 7              Dennis Montgomery," I never said

 8              anything about Dennis Montgomery ever.

 9                         I had four different ways

10              that that -- his thing were -- were

11              validated.  People that came to me and

12              said, "Oh, it's real, it's real."

13                         Evan (inaudible) was another

14              person that worked on it with Dennis

15              and it came -- and he -- and this

16              person's got the same data, data is

17              data.  And so I never mentioned Dennis.

18                         But I thought it was very

19              strange that people are out there

20              trying to discredit Dennis Montgomery

21              when I never mentioned who I got stuff

22              from, ever.  Ever.

23                         And it wasn't just Dennis

24              Montgomery other people had the same

25              stuff, but it ended up pointing back to
```

Page 198

```
 1                    Dennis Montgomery.  So that's not true.
 2                         CNN attacked me -- CNN
 3              attacked me a week before the Cyber
 4              Symposium and brought up Dennis
 5              Montgomery and of course they cut it
 6              from the thing.
 7                         He goes, "Mike, you know, we
 8              really care about you," blah, blah,
 9              blah.  Oh, you care about oh Mike, how
10              about a hug?  If you remember those
11              things.
12                         I'm going this is weird that
13              people are going after Dennis
14              Montgomery and I never said a word
15              about Dennis Montgomery.  So...
16                         MR. CAIN:  Object to the
17              narrative and the lack of
18              responsiveness.
19
20
21              By Mr. Cain:
22         Q    Did you have people before the Cyber
23              Symposium warn you that -- that Dennis
24              Montgomery was a fraud?
25         A    Only news cast people like CNN, which I
```

                                        Page 199

```
 1              don't trust as far as I can throw them.
 2              They attacked me, attacked me, it
 3              wasn't warn me, they attacked me.  They
 4              went after my family and said, "Back
 5              off on his data.  Back off on his
 6              data."
 7                   At the Cyber Symposium I had
 8              a thing stuck in my side and threatened
 9              me, don't bring out Dennis Montgomery's
10              data.  That's what I had for warnings.
11                   Not that it was a fraud that
12              he was -- that you better not put this
13              out there.  You're gonna -- you're
14              getting a -- you know, this -- this
15              information blah, blah, blah and bad
16              mouthing Dennis Montgomery.
17                   I'm like, nobody said -- I
18              don't know if anybody said he was a
19              fraud.
20         Q    I don't -- a thing stuck in your side?
21         A    Yeah.
22         Q    Is this the --
23         A    -- they got -- it's under a police
24              report.  At the Cyber Symposium three
25              guys up by the elevator, and it was --
```

Page 200

```
 1              it was very much --

 2      Q      -- you -- you've told me about this.

 3      A      And you've got your little --

 4                   THE WITNESS:  -- go over

 5              there -- does he have to be in this

 6              room?

 7                   MR. CAIN:  Yeah.

 8                   MR. MALONE:  Mike, he has a

 9              right to be in here.

10                   THE WITNESS:  Okay.  It's in

11              police report in -- in South Dakota.

12                   MR. CAIN:  Now we've talked

13              about that.

14                   THE WITNESS:  Okay.  So what

15              --

16                   MR. CAIN:  -- I didn't know

17              that's what you were referring to when

18              you -- when you supposedly had --

19                   THE WITNESS:  -- yeah.

20                   MR. CAIN:  Okay.

21

22

23              By Mr. Cain:

24      Q      But back to probably four attempted

25              questions before the (inaudible) you
```

Page 201

```
 1               responded and you said you had four
 2               different ways to validate Dennis
 3               Montgomery's data, or words to that
 4               effect.  Do you remember saying that?
 5       A       When did I say that?
 6       Q       You said there were four ways --
 7       A       -- no, there was other -- there was
 8               other people out there that has -- you
 9               had all the people that validated who
10               he was, that he worked for the CIA.
11                       I had Conan Hayes looking at
12               the data, then I had other people that
13               had brought stuff and said, "Hey,
14               there's Hammer Scorecard."  This guy --
15               they mentioned other -- other cyber
16               guys that had worked on Hammer
17               Scorecard, and that it was real."
18                       And they're bringing the
19               data.  And I go, "Wait a minute, I
20               never mentioned Dennis Montgomery to
21               them."  They're bringing and saying
22               other guys worked on this Hammer
23               Scorecard.
24                       And here's this data and
25               here's this thing that sucks -- that
```

                                    Page 202

```
 1              breaks into things and -- and our
 2              government made it to steal other
 3              people's elections.
 4                       So these were validation
 5              after validation going you have
 6              Generals telling you it's real, you
 7              have everything telling you it's real.
 8              Of course it was real.
 9       Q     And -- and --
10       A     -- you can't make it up.  And then when
11              I validated Dennis, did he really work
12              for CIA?  Yes, he did.  Did
13              (inaudible)?  Yes, he did.  I seen all
14              kinds of stuff that was -- that was
15              coming at me to validate him.
16       Q     During this period of --
17                       MR. CAIN:  -- objection;
18              non-responsive, by the way.
19
20
21              By Mr. Cain:
22       Q     I asked -- you testified -- testified
23              about four different ways that you
24              validated Dennis Montgomery, that's
25              what I was referring to --
```

                                          Page 203

```
 1        A      -- and I told you people, government

 2               officials --

 3        Q      All right.

 4        A      -- including Generals and stuff

 5               validated him.  Government gag order

 6               that's from government, that pretty --

 7               and all the -- all the credentials he

 8               has.

 9                      And -- and also, by the way,

10               also I talking to Dennis directly.  I

11               bought into a couple of his companies

12               then.

13        Q      Right.  We'll get to that.  You were

14               also in this period of time talking

15               with Sidney Powell; were you not --

16        A      No.

17        Q      -- about Dennis Montgomery?

18        A      No.

19        Q      You didn't --

20        A      -- no, there was I think one -- one

21               time that she sent me an e-mail or

22               something, I don't know.  I never --

23               Sidney Powell never talked to me about

24               Dennis Montgomery.

25        Q      You never said that --
```

                                        Page 204

```
 1        A     -- ever.
 2        Q     You never talked or said that you were
 3              talking to her at least twice a day
 4              during this period?
 5        A     No.  No, not during that period.
 6              Absolutely not, that's not true.
 7        Q     All right.
 8        A     Maybe in December, or -- when December
 9              when or November whenever it was then.
10                    And she was talking about --
11              the only time I talked to Sidney, I
12              didn't know her from Adam, she said --
13              she got in this big donor call for
14              donations and I was on the call and I
15              had a private thing.
16                    I said -- I said, "Is there
17              a -- with this election, are the
18              machines important?"  She goes,
19              "Absolutely, but we got enough evidence
20              anyway's, it's a completely fraudulent
21              election."  That was her quote.
22        Q     And she -
23        A     -- she never brought up Dennis
24              Montgomery, so I don't know where
25              you're getting that.
```

Page 205

```
 1        Q      Publicly, she talked about Hammer and
 2               Scorecards.
 3        A      I wasn't -- I didn't see any of that
 4               thing publically.  I hadn't even heard
 5               about Hammer Scorecard until January
 6               9th.
 7        Q      Okay.
 8        A      So maybe in some Tweets or something.
 9               I don't know.
10        Q      So your -- your testimony is you never
11               talked to Sidney Powell about Dennis
12               Montgomery and --
13        A      -- and Hammer Scorecard, no.
14        Q      Okay.
15        A      That's not -- that's absolutely not
16               true.  I don't -- I don't remember
17               talking to her anytime about Dennis
18               Montgomery.  It was all new.  Or I
19               would've dug into it and said, "Let's
20               get ahold of this guy."
21        Q      All right.
22        A      100 percent I would've.
23        Q      You referenced that you -- you looked
24               into his background.  Have you told me
25               everything you've done -- you did back
```

                                              Page 206

```
 1                  then to -- to verify that he was who he
 2                  was and what he could do?
 3        A         Yeah, talking to people in the
 4                  government.  Yeah, your generals, your
 5                  colonels, looking up stuff and validate
 6                  that -- what Mary had told me.
 7                         Here, she said, check this
 8                  out, this out -- you can go back in
 9                  time.  I seen a tape once of him
10                  testifying before -- about -- about the
11                  Hammer -- about Hammer Scorecards
12                  and...
13                         You know, everything --
14                  everything Mary said and everything he
15                  said validated.  You could validate the
16                  -- the -- that yes, he did work for
17                  their -- his government contract, all
18                  these things.
19        Q         You did say that there were media
20                  people, CNN, I think you referenced,
21                  that were providing some warnings about
22                  Mr. Montgomery, and when you mentioned
23                  a fellow named Larry Johnson, did you
24                  mean to say Jerry Johnson?
25        A         No, Larry Johnson not Jerry Johnson.
```

Page 207

```
 1        Q     Okay.
 2        A     Larry Johnson, he works for the CIA.
 3              He works -- he stepped in on Gateway
 4              Pundit.  He was putting threatening
 5              things into all people out there
 6              threatening them or telling them, "Mike
 7              needs to back off.  Mike needs to back
 8              off."
 9                    And some guy named zoo --
10              not -- Zullo I think, Zullo -- I'd have
11              to look back then.  But there were all
12              these guys that I looked and there --
13              and everyone's saying they're tied to
14              the CIA.
15                    And they're all my -- like
16              my girlfriend at the time, my fiance,
17              all these different people out there,
18              family members.
19                    And going, "Mike needs to
20              back off on -- on this stuff.  He needs
21              to back off on this stuff.  You know
22              that -- that evidence isn't true,
23              Dennis Montgomery --" and I'm going,
24              "Who?"  I never said anything about
25              Dennis Montgomery.
```

Page 208

```
 1                        And CNN when they attacked
 2            me for three hours, right here in
 3            Minneapolis, I did an interview, the
 4            guy passed away last year.  We actually
 5            became pretty good friends.
 6                        Three hours I interviewed
 7            and he brought up Dennis Montgomery,
 8            not me.  He says, "You know this Dennis
 9            Montgomery, his..."  Whoever said
10            anything about Dennis Montgomery?
11                        Why do you all keep bringing
12            up Dennis Montgomery?  That's what I --
13            that's -- that was strange to me and
14            even to -- about anything.
15                        MR. CAIN:  Object to the
16            responsiveness, once again.
17
18
19            By Mr. Cain:
20       Q    Again, we're not gonna get through your
21            deposition today if -- if you volunteer
22            information that I haven't asked you
23            about.  Okay?
24       A    (Indicating).
25       Q    All right.  We -- we started talking
```

```
 1              about --
 2      A    -- I keep getting distracted by your --
 3              your client making faces and doing,
 4              yeah, derogatory things.
 5                      And I thought I'd been -- I
 6              mean, instead getting an F like last
 7              time, you got to give me at least a D+;
 8              right?
 9      Q    Well, I don't know many people who
10              are --
11      A    (Laughing).
12      Q    -- who are as patient as we are, after
13              being called --
14      A    -- oh, yeah, you know what?  I -- no
15              one would be patient with you
16              criminals.
17                      MR. MALONE:  Mike, Mike.
18                      MR. CAIN:  There you go.
19                      THE WITNESS:  Don't tell me
20              that.  I'm being very patient with you.
21              This has nothing to do with your
22              client.  You're questioning stuff that
23              has nothing to do with anything.
24                      MR. CAIN:  Well, let's
25              just --
```

Page 210

```
 1                        THE WITNESS:  -- you'd think
 2              you'd would be a Dominion or a
 3              Smartmatic lawsuit, not a guy that went
 4              and attacked me over at Newsmax.  Go.
 5
 6              By Mr. Cain:
 7         Q    You've already testified about the fact
 8              that you didn't even know that Joe
 9              Oltmann was on the stage at your Cyber
10              Symposium --
11         A    No idea.
12         Q    -- (inaudible).
13         A    Absolutely had no idea.
14         Q    Okay.  So maybe you don't know what's
15              relevant or what's not relevant in this
16              case.
17         A    Okay.
18         Q    That's not for us to decide.
19         A    Okay.
20         Q    Someone else will decide that.
21         A    Oh, really?
22                        REPORTER'S NOTE:  Whereupon,
                          Michael Lindell Deposition
23                        Exhibit Number 186 was
                          marked for identification.
24
25


                                      Page 211
```

```
 1            By Mr. Cain:
 2      Q     Take a look please at Exhibit 186.  The
 3            reason I mention Jerry Johnson,
 4            thinking perhaps that you had mistaken
 5            the name is because of this e-mail.
 6                    Do you remember this e-mail?
 7            It's from Jerry Johnson to Mike Lindell
 8            ██████████████████ August 2nd, 2021.
 9      A     (Witness reading to self).  No.
10      Q     Is that your e-mail address?
11      A     What's that?
12      Q     Mike --
13      A     -- no, I don't remember this e-mail.
14            You need to understand, I don't read
15            e-mails.  I -- very seldom do I read
16            e-mails.  And I'm -- I'm just being
17            honest.  I have no idea here (reading
18            to self).
19      Q     Well, let me -- let me you this
20            question.
21                    MR. MALONE:  Mike, answer
22            his question.  We've been --
23                    THE WITNESS:  -- okay.  Do I
24            -- do you recognize this?
25                    MR. CAIN:  Yes.
```

Page 212

```
 1                      THE WITNESS:  No.

 2

 3

 4           By Mr. Cain:

 5      Q    Do you know who Jerry Johnson is?

 6      A    Jerry Johnson...

 7      Q    Dr. Jerry Allen Johnson.

 8      A    I know a Jerry Johnson that I've --

 9           I've done work with before.  That's

10           worked for me before.

11      Q    Okay.  Is that the same person that --

12      A    -- I don't know.  Jerry -- Jerry --

13           Doctor -- I didn't know if he was a

14           doctor.  If it's Jerry Johnson, I know

15           Jerry Johnson that worked for me.

16      Q    Okay.  He worked for My Pillow?

17      A    No.

18      Q    What did Jerry Johnson do?

19      A    Jerry Johnson at one -- he was -- he

20           worked for our religious broadcast

21           radio and then he came on for me at --

22           with -- what was he doing then?

23                      Maybe with my Lindell

24           Recovery Network.  I believe that's

25           where he worked for me, the Lindell
```

Page 213

```
 1                  Recovery Network for the addicts.
 2         Q     Are you still in touch with him?
 3         A     No.  Like once in -- once in a blue,
 4               blue moon.
 5         Q     Is it someone you trust, this Jerry
 6               Johnson?
 7         A     Do I trust him?
 8         Q     Yeah.
 9         A     For my recovery network.  I don't have
10               nothing against him.
11         Q     Okay.  Do you have any reason to doubt
12               that Jerry Johnson sent you this e-mail
13               to you're my Pillow address in August
14               of 2021?
15         A     (No response).
16         Q     The question is, do you have any reason
17               to doubt that this was sent to you?
18         A     (Witness reading to self).  Was this an
19               attachment?  I don't get it.  I don't
20               get what I'm looking at.
21         Q     Yes.
22         A     Huh?
23         Q     An attachment to this e-mail?
24         A     Right.  So I've never -- I've never --
25               I have no idea that it came from Jerry
```

                                        Page 214

```
 1              Johnson, or if it's my Jerry Johnson.
 2                    I've -- I've never seen this
 3              -- this whole thing before in my life.
 4              Ever.
 5      Q       Okay.  But you produce -- My Pillow
 6              produced this, and that's the bottom
 7              right.
 8      A       That's my -- that's my e-mail --
 9      Q       That's --
10      A       -- I use for everything.  We know that,
11              we've been through that.  It's my
12              e-mail, it's my personal ██████████.
13      Q       Right.  To be distinguished from the
14              ████████████ --
15      A       -- the ML was put on later so we -- if
16              people had complaints or whatever it
17              went to a special e-mail called my --
18              ████████████.
19                    There's different things we
20              set that up for.  So that they could be
21              addressed if somebody had a customer
22              service problem, that would be sent to
23              there.  So they go through another
24              system were people -- customer service
25              people are.
```

Page 215

```
 1                    MR. MALONE:  Mike --
 2                    THE WITNESS:  -- he brought
 3           it up.
 4                    MR. MALONE:  I know.  And
 5           you've already explained it.
 6                    THE WITNESS:  All right.
 7                    MR. CAIN:  Okay.  So...
 8                    THE WITNESS:  Never seen
 9           this.  So what's your next question?
10                    MR. CAIN:  All right.
11
12
13           By Mr. Cain:
14      Q    The next question you haven't answered,
15           which is my prior question, do you have
16           any reason to doubt that this was
17           e-mailed to you?
18      A    I -- I -- no idea; it could be in my
19           junk mail.  I don't know.  I guess it
20           says, Jerry Johnson to Mike Lindell, if
21           that's the Jerry Johnson.  I don't
22           know.
23                    I don't think he's a doctor,
24           so I have no idea what your presenting
25           me here.
```

Page 216

```
 1        Q     Okay.

 2        A     I don't.

 3        Q     All right.  Well, it came from the My

 4              Pillow files.

 5        A     Okay.  Well, that's fine.  People

 6              e-mail me at ███████████  all the

 7              time, and I have no idea who these

 8              people are.  I get thousands of e-mails

 9              a day.  The whole country has my phone

10              number and e-mail.

11                    So you're -- I mean, people

12              send me stuff all the time, I'm

13              serious.  All of this.

14        Q     (Inaudible) --

15        A     -- and there's nothing I can do.

16        Q     (Inaudible).

17        A     I have no idea who this is because I

18              don't think Jerry that worked for me

19              back then with my recovery network was

20              a doctor.

21        Q     But you do know a Jerry Johnson?

22        A     I know a Jerry Johnson.  One Jerry

23              Johnson, he worked for my recovery

24              network and for the religious broadcast

25              network.
```

Page 217

```
 1        Q      All right.  You did mention, if you
 2               turn to the second page.
 3        A      (Witness complying).
 4        Q      This is the attachment.  It's a memo to
 5               Sheriff Arpaio from Mike Zullo, you
 6               mentioned that name earlier --
 7        A      Yeah, this --
 8        Q      -- do you see that?
 9        A      (Indicating).
10        Q      You know who Michael Zulu is?
11        A      No, I've never -- I've -- I -- he -- I
12               -- I know the name because he's the one
13               that was going around attacking people
14               from -- that knew me, or didn't even --
15               some people didn't even know me.
16                       He went to them as an
17               acquaintance, and they come up to me
18               and say, "This Michael Zullo says you
19               better back off," and blah, blah, blah.
20                       And I'm going, "Good for
21               Michael Zullo.  I don't know who
22               Michael Zulu is."  I have many, many
23               things between him and Larry Johnson,
24               which I believe both are with the CIA.
25               Now, can I prove that?  No.
```

Page 218

```
 1                        But I told Larry Johnson
 2              after the Cyber Symposium, I said,
 3              "You," I said, "You attack me one more
 4              time and I'm going -- and I'll go
 5              public with it.  I don't care what
 6              you're gonna do with your little threat
 7              that you did at the Cyber Symposium."
 8                        And I believe Michael Zulu
 9              is part of that.
10                        MR. CAIN:  Objection;
11              non-responsive.
12
13
14              By Mr. Cain:
15        Q     There's a memo attached to this e-mail
16              that was sent to your e-mail address
17              that contains information concerning
18              Dennis Montgomery.
19                        On the front page there's an
20              overview that references the fact that,
21              or at least the statement, that Dennis
22              Montgomery is a known conman and fraud.
23                        And then it goes on to say
24              that he committed fraud with respect to
25              the Maricopa County Sheriff's Office in
```

Page 219

```
 1              2016.
 2                        Were you aware in August of
 3              2021, before the Cyber Symposium, that
 4              Mr. Montgomery had been accused of
 5              fraud?
 6        A     No.
 7                        MR. MALONE:  Object to form.
 8              Mike, you gotta wait.  Object to form
 9              and foundation.
10                        THE WITNESS:  Okay.
11                        MR. MALONE:  You can answer.
12                        THE WITNESS:  No.  That I --
13              they -- I guess my question -- my thing
14              to that would be did -- was he charged?
15              Is that what you're saying?  What was
16              the question?
17
18
19              By Mr. Cain:
20        Q     Were you aware that Dennis Montgomery
21              had been accused of fraud with respect
22              to the Maricopa County Sheriff's Office
23              in 2020 -- or 2014?
24        A     No.
25        Q     Have you -- is this the first you've
```

Page 220

```
 1              heard of that?
 2     A     No, I've heard all this stuff they've
 3           tried to discredit him out there since
 4           then -- the last year and a half
 5           attack.
 6                   In fact, I think it was -- I
 7           don't know one of these little lawsuits
 8           where it was brought up before.
 9     Q     All right.  Judge --
10     A     -- and I say to that, you know, I was
11           an ex-crack head, I did things back
12           then too, what does it have to do with
13           the evidence?
14                   And what does it have to do
15           with this case?  Crazy.
16     Q     Well, you don't think the credibility
17           of Mr. Montgomery is important?
18     A     No, you know what I do?  I do my own
19           due diligence.  I don't -- you know,
20           people's past and what they've done,
21           that's their deal.
22                   I do my own due diligence
23           relative to the thing.  Like when I met
24           Donald Trump, I had done my own due
25           diligence.  You can't tell me something
```

Page 221

```
 1              he's not, because I seen him.

 2                        I met him, I did my own due

 3              diligence.  I met the man.  You know,

 4              if someone said, "Are you a great guy?"

 5              I'd say, "No," because I met you.  You

 6              know, I met you and you've attacked him

 7              for no reason.

 8                        Dennis Montgomery -- I went

 9              and did my own due diligence.  I don't

10              care what he does out there, whatever

11              he does, that has nothing to do with

12              the facts.  That he worked for the

13              government, built Hammer Scorecard,

14              worked for the CIA, had these

15              contracts.

16                        I bought -- I bought -- I

17              did my due diligence when I bought into

18              two businesses with him.  Are you

19              kidding me?  What does that have to do

20              with the -- "Oh, he got accused of

21              fraud."

22                        Well you know what?  I've

23              been accused of a lot of things, too.

24              What does that have to do with

25              anything?
```

Page 222

```
 1      Q     A federal judge stated that Mr.
 2            Montgomery committed fraud on
 3            the Mariposa --
 4      A     -- oh, was he charged?  Did he get
 5            charged?
 6      Q     Well --
 7      A     -- did he get charged?
 8                      MR. MALONE:  Mike -- Mike,
 9            you don't have to ask him questions.
10                      THE WITNESS:  Well, I'm just
11            asking.  I don't get it.
12                      MR. MALONE:  We'll --
13            (inaudible).
14                      THE WITNESS:  I got -- I'm
15            accused of all kinds of crap by you
16            guys and everybody else.
17                      MR. MALONE:  Mike, it's
18            okay.
19                      THE WITNESS:  Well, it's
20            damn ridiculous.
21                      MR. MALONE:  Just say you
22            don't know, that's fine.
23                      THE WITNESS:  I don't know;
24            I've never seen this thing in my life.
25            What's the next question?
```

Page 223

```
 1

 2

 3              By Mr. Cain:

 4     Q        In your due diligence, as you put it,

 5              did you not come across the fact that

 6              Mr. Montgomery committed fraud against

 7              the Maricopa County Sheriff's Office?

 8                      And, specifically, this --

 9              this federal judge said that quote,

10              "Having paid large sums of money to

11              Montgomery for his investigations, the

12              Maricopa County Sheriff's Office was a

13              victim of that fraud"?

14                      MR. MALONE:  Object to form

15              and foundation.

16

17

18              By Mr. Cain:

19     Q        Were you not aware of that?

20     A        No.  Absolutely not.

21     Q        You weren't aware of Mr. Montgomery

22              attempting to convince the sheriff's

23              office that it was being monitored by

24              the Obama administration --

25     A        No.
```

                                        Page 224

```
 1        Q     -- with the government?

 2        A     No.

 3        Q     Okay.  So that wasn't something that

 4              you came up -- when you said you did

 5              your own due diligence, that wasn't

 6              something you came across?

 7        A     No.  I validated that he worked for the

 8              CIA, and he had these contracts.  He

 9              had a thing called blxware, all these

10              things is what I validate.

11                    And I could say the numbers;

12              he's showing me the numbers.  So I had

13              a guy dig into the mathematic, dig in

14              there, let's check this out.  And I had

15              government officials tell me it was

16              real, and I had generals and colonels.

17                    I mean, what more would you

18              want?  I mean, what the -- this is

19              crazy.

20        Q     You had a guy dig into the mathematics?

21        A     Dig into the numbers, Conan Hayes.  I

22              told you that.

23        Q     Conan Hayes.  Well, you said 'a guy,' I

24              don't know who you --

25        A     -- I've told you that many times; we've
```

Page 225

```
 1              been over this.
 2      Q     Is Mr. Hayes on your payroll still?
 3      A     He is now, he wasn't then.
 4      Q     There's other incidents related to Mr.
 5              Montgomery that's reported on this
 6              e-mail that was sent.  It's -- it's
 7              rather lengthy, but --
 8      A     Okay.
 9      Q     -- I want to to point you to Page 10.
10      A     (Witness complying).
11      Q     Where it talks about Mr. Montgomery's
12              credibility, and it's at the bottom of
13              Page 10.  Are you with me on that?
14      A     (Witness reading to self).
15      Q     Okay.
16      A     Yeah, I'm reading it -- what do -- what
17              do you want?  What's the question?
18      Q     The first item is an allegation that
19              Mr. Montgomery defrauded the United
20              States Air Force with respect to some
21              technology that he had developed, drone
22              software in particular.  Were you aware
23              of those allegations?
24      A     No, none of this.
25      Q     Okay.  That is in February of 2006.  In
```

                                        Page 226

```
 1              February -- or excuse me, November of

 2              2010, I'm looking at the middle of Page

 3              11, there's information that was sent

 4              to you about Montgomery being indicted

 5              on six felony counts for passing checks

 6              totalling $1 million dollars with

 7              insufficient funds at a Las Vegas

 8              casino.

 9                   Were you aware of those --

10      A     No.

11      Q     -- allegations based in --

12      A     -- no.

13      Q     Is this the first you're hearing of

14              that?

15      A     Yeah.

16      Q     Okay.  In March of 2009, as reported in

17              this memo, Magistrate Judge Cooke

18              concluded that Mr. Montgomery committed

19              perjury in a proceeding before him.

20              Excuse me, before her.

21                   Were you aware of the -- the

22              perjury finding by Judge Cooke?

23      A     No.

24      Q     Were you aware, prior to the -- the

25              Cyber Symposium that Mr. Montgomery had
```

Page 227

```
 1                been sanctioned over $200,000 in court

 2                fees with respect to this same matter

 3                that I just referenced --

 4      A    No.

 5      Q    -- Judge Cooke?

 6      A    No.

 7      Q    And then you as said, you weren't aware

 8                of the Maricopa County issues in 2014.

 9                But then, nonetheless, you have gone

10                into business now with Mr. Montgomery;

11                is that true?

12      A    Yeah.

13      Q    Okay.

14      A    Way back in January or February when I

15                bought into these other two business,

16                which was compression and it was -- I

17                looked into that, it seemed like a

18                great thing.

19      Q    Okay.  Well, let's talk about your ties

20                to Mr. Montgomery through your business

21                connections.

22                     MR. CAIN:  But we need to go

23                off the record because the videotape is

24                -- is about over.

25                     THE VIDEOGRAPHER:  We are

                                       Page 228
```

```
 1              going off the record.  The time is

 2              12:30.

 3                      REPORTER'S NOTE:  Whereupon,

                a short recess is taken.

 4

 5                      THE VIDEOGRAPHER:  We are

 6              back on the record.  This is the start

 7              to Media Number 3.  The time is 1:42.

 8

 9

10              By Mr. Cain:

11         Q    Mr. Lindell, let's pick up on the

12              Dennis Montgomery, we were talking

13              about him before the break.

14                      And you had mentioned that

15              you were involved in some business

16              deals with him, or companies.  Can you

17              just generally describe what that is?

18         A    One's -- it's a compression thing for

19              videos, video compression.

20         Q    Okay.

21         A    And then the other one is blxware which

22              is tech -- which is technology that --

23              I guess technologies that he has.

24              Proprietary -- I don't know if patent

25              is the right word.
```

Page 229

```
 1        Q      Okay.
 2                         MR. CAIN:  Let me mark...
 3                         THE WITNESS:  I think
 4               there's three companies I'm in with
 5               him.  But I don't know the names other
 6               than blxware.
 7

 8

 9               By Mr. Cain:
10        Q      Does SETEC strike a bell?
11        A      What's that one?
12        Q      SETEC, S-E-T-E-C?
13        A      No.
14        Q      I don't know.
15                         REPORTER'S NOTE:  Whereupon,
                           Michael Lindell Deposition
16                         Exhibit Number 187 was
                           marked for identification.
17

18

19               By Mr. Cain:
20        Q      Let me give you Exhibit 187.  This is
21               something you produced, Mr. Lindell,
22               it's February 2nd, 2021 e-mail.  That
23               was the day that of the newest Newsmax
24               --
25        A      Okay.
```

                                            Page 230

```
 1        Q      -- anchor.  Just as it -- as it
 2               happens.  So at the bottom of this,
 3               this is an e-mail to you from Dennis
 4               Montgomery; correct?
 5        A      Looks like it, yep.
 6        Q      Then on the bottom he says, "I
 7               appreciate all the hard work you have
 8               put in the last days to get the
 9               election fraud exposed.
10                         I have sent you the docs
11               where I transferred 48 percent of SETEC
12               for your investment.  Would you please
13               send the remaining $375,000 to complete
14               this transaction.  My only focus right
15               now is to complete the election work."
16               Do you see that?
17        A      (No response).
18        Q      On the bottom?
19        A      Yeah, I see that.
20        Q      All right.  And then you say, "I will
21               today when I get off the air."  So what
22               is the --
23        A      -- where does it say, "I will"?
24        Q      "I -- I will today when I get off the
25               air," that's right above it.
```

Page 231

```
 1        A      Oh, I gotcha.  Okay.

 2        Q      All right.  So what is -- what is this

 3               -- this SETEC --

 4        A      No idea.

 5        Q      -- company that you're involved with?

 6        A      No idea.

 7        Q      So you don't know what you paid

 8               $375,000 for?

 9        A      I knew it was the compression stuff, it

10               was back then two and a half years ago.

11               This is compression technology.  I

12               believe.

13                       This could be the one for

14               cell phones where -- where you had --

15               you can add extra battery capacity to

16               cell phones.  Dennis, has so many

17               technologies, I'd have to go back.  I

18               thought it was a different name.

19                       But you're showing me this

20               now.  You're saying it's SETEC, we'll

21               go with SETEC.

22        Q      Okay.  I'm just trying to get my hands

23               around -- or maybe my arms, around your

24               -- your business relationship with Mr.

25               Montgomery.  One appears to be SETEC,
```

Page 232

```
 1              you said you don't know if it's a
 2              compression company?
 3       A      I don't know which -- which ones in
 4              what.  There's a lot of stuff he has.
 5              I don't know which is in which bucket.
 6       Q      Okay.  How many lines of business then
 7              are you involved with -- with Mr.
 8              Montgomery?
 9       A      How many lines?
10       Q      Yeah.
11       A      I know blxware, and if you say this
12              one -- I -- I don't even remember that
13              name.
14       Q      Okay.
15       A      There's another name, I think there's
16              two other names.  I don't recognize
17              this name.
18       Q      Okay.
19       A      So maybe there's a subsidiary of the
20              other companies if you have those
21              names?
22       Q      Not with me, I have certainly blxware.
23       A      Yeah, blxware I know of, that was --
24              that was separate than two companies I
25              bought into right away like in February
```

Page 233

```
 1              of '21.
 2                      And I don't -- I didn't
 3              think it was SETEC, but it could have
 4              been.  I guess this -- you know, I
 5              thought there was a different name.
 6              But, obviously, it looks like here I
 7              bought into SETEC -- SETEC.
 8         Q    Okay.
 9                      MR. CAIN:  And blxware for
10              Nate is B-L-X-W-A-R-E.
11                      THE WITNESS:  Right.
12                      MR. CAIN:  Okay.
13
14
15              By Mr. Cain:
16         Q    And then the compression company
17              though whether that's --
18         A    -- I don't know.
19         Q    Whether it's called SETEC or something
20              else, what specifically are you talking
21              about, because that term is used across
22              different industries?
23         A    I don't know which industry has what.
24              I don't know.
25         Q    No, no, no -- not entity, what -- what
```

Page 234

```
 1                    does that company do?  What --
 2        A     -- what does what company to do?
 3        Q     The compression company.
 4        A     I don't know which company --
 5              compression company.  What it is, is
 6              Dennis has technology where you can
 7              compress videos, or compress anything,
 8              that's his main thing.
 9                    It's a compression that no
10              one else in the world has.  It's like 3
11              X better than satellites.  3 X better
12              than -- this is what the government --
13              a lot of this stuff was based off of
14              compression.
15                    I believe that even Hammer
16              Scorecard is probably based off it.  I
17              don't know.  I'm not a tech guy.
18        Q     Okay.  But the -- the investments that
19              you have with Mr. Montgomery, it's fair
20              to say have been since 2001 and you
21              didn't -- you weren't in business with
22              him before this election fraud
23              business?
24        A     No.
25        Q     Okay.
```

Page 235

```
 1        A    I didn't even know him.
 2        Q    All right.  And how much total have you
 3             invested with Mr. Montgomery's
 4             entities?
 5        A    I have no -- no idea.  There's been
 6             three different things, four different
 7             things.  He works -- he works for me
 8             now.
 9                        He's employed by me now and
10             -- but as back then, I gave X amount
11             for one business, X amount for another,
12             and X amount for blxware.  I don't have
13             those exact numbers.
14        Q    Just best --
15        A    -- so I couldn't tell you.
16        Q    Just -- just best of your recollection,
17             that's all I'm asking.
18        A    I don't know.
19        Q    All right.
20        A    Three, four million.  I don't know.
21        Q    When you say he's employed by you now,
22             what -- what do you mean by that?
23        A    I pay his company or -- and I don't
24             know which company that is, it's
25             $100,000 a month for different projects
```

Page 236

```
 1              that he did -- that he's done.

 2      Q     Like a retainer?

 3      A     Not a retainer.

 4      Q     No, my point is, no matter how many

 5              work he does, you just pay him

 6              100,000 --

 7      A     It's 100,000 a month.  And he's got --

 8              and he's been different things he's

 9              done.  He's done work on compression of

10              videos, e-mails and e-mail systems, a

11              stock thing.  He's got all the kinds of

12              different technology.

13      Q     Okay.

14      A     And mostly he's worked on -- well, I

15              guess they're all separate.  And he's

16              worked on a device that we came out, a

17              wireless monitoring device, you might

18              have seen it or heard about it.

19                      And -- and that's to detect

20              when things go online because they've

21              lied to this country that machine --

22              that they're not online.

23                      So he worked on that for

24              quite a while now.  I think -- I don't

25              know, it could be over a year.  I don't
```

Page 237

```
1                    remember the exacts of...

2        Q    That's the thing you duck taped to the

3             drone?

4        A    There's no -- yeah, there's no drones

5             involved.  So that was the media and it

6             was for effect coming into the thing.

7        Q    I see.

8        A    So I -- so you can -- he -- he does

9             have drone technology for cables and to

10            sense when cables are gonna break, like

11            wireless cables and -- the guy's got

12            all kinds of technology.

13       Q    What's your best estimate, again, I

14            won't necessarily hold you to it, but

15            your best estimate in terms of your

16            investments with Mr. Montgomery is the

17            three to four million dollar range?

18       A    That's what I think.  First,

19            originally, I think it was $1.57

20            hundred and some.  And maybe 5 or 700

21            hundred and some, the two companies

22            then.

23                   And then blxware, I -- I

24            don't know the price on that.  So I'd

25            -- I can't even guess.  Three to 4 is
```

Page 238

```
 1                   what I'm thinking.
 2        Q      Okay.
 3        A      But that's not counting the -- I don't
 4                believe that's counting his monthly
 5                contract stuff that I have him -- that
 6                I have him doing.
 7        Q      Okay.  But you're paying him monthly
 8                $100,000 even if he's working on
 9                technology owned by a company that
10                you're invested in?
11        A      No, that's not what he's doing at all.
12        Q      Well, I'm asking you.
13        A      No, he's doing stuff for the election
14                stuff, getting stuff ready to save our
15                election platforms.
16        Q      All right.
17                       MR. CAIN:  And then you
18                mentioned Blxware, let me show you
19                what's been marked as Exhibit 188.
20                       REPORTER'S NOTE:  Whereupon,
                          Michael Lindell Deposition
21                       Exhibit Number 188 was
                          marked for identification.
22
23
24                By Mr. Cain:
25        Q      This is an Assignment of an LLC
```

Page 239

```
 1              Interest in blxware, LLC.  Do you see
 2              that?
 3      A       Yep.
 4      Q       And this came from your file.  Tell me
 5              about how this came about, this
 6              apparent investment in blxware, or
 7              blxware?
 8      A       How it came about?  I don't know how it
 9              came about.  He thought -- we -- we
10              made a deal to it -- and by -- he told
11              me what blxware was.
12                      That it that came from a
13              couple -- a couple that he'd -- he had,
14              I think he had, worked for.  I don't
15              know.
16                      It was some -- and it went
17              into bankruptcy.  This is all the
18              technologies the government that he
19              still owned, and the government never
20              paid him on.  Patents.  Stuff like
21              that.
22                      And at that time I'm going,
23              "You know what?  Anything I could do to
24              have -- to help save our country or
25              whatever, platforms, I thought it would
```

                                            Page 240

```
 1              be a good thing to own."

 2     Q   Okay.  What -- what intellectual

 3         property and/or technology and/or

 4         physical assets did blxware own?

 5     A   I don't know.  I have no idea.

 6     Q   This assignment of the interest is 100

 7         percent of the membership interest in

 8         that company for 1.8 million dollars?

 9     A   Looks like it, yep.

10     Q   Okay.  Did you pay that to Mr.

11         Montgomery?

12     A   I don't remember who it was paid to or

13         if it was paid to an entity, him or

14         whatever.  I have no idea.

15     Q   So you don't know who it was paid to

16         and you don't know what you were

17         purchasing?

18     A   That's correct.  That is 100 percent

19         correct.  And you can say, "Why would

20         do that?  What a terrible business

21         man."  Is that going through your head?

22     Q   I think the jury might be --

23     A   What --

24     Q   -- wondering that.

25     A   -- I -- you know what, I was trying to
```

Page 241

```
 1                save our country.  Do you get that?  I
 2                would buy -- put money everywhere,
 3                whatever people would come, it didn't
 4                matter.
 5                     If it mattered, you know, I
 6                needed this -- I needed to get whatever
 7                I could out to the public.  And if
 8                meant buying this, whatever it
 9                included, I would do it.  I didn't
10                care.
11                     Money doesn't matter if we
12                lose our country and we lose our
13                elections.  It means nothing.  I think
14                I've shown that as My Pillow gets
15                destroyed and destroyed and destroyed.
16                     Have you ever wondered
17                yourself -- hey, Donald Trump is -- is
18                long past the election, why am I still
19                doing this?  Why I am I still losing
20                everything I have?
21                     Because we have to save our
22                country and have elections not
23                selections.
24                     MR. MALONE:  Mike, it's a
25                fine question, you can wait for him to
```

Page 242

```
 1              ask it.
 2                        THE WITNESS:  Well,
 3              whatever.
 4                        MR. MALONE:  You don't have
 5              to ask it.  Okay.
 6
 7
 8              By Mr. Cain:
 9      Q     The assignment --
10                        MR. CAIN:  -- well, let me
11              object as non-responsive as to --
12                        THE WITNESS:  -- he makes a
13              comment, "Well, what would a jury think
14              of that?"
15                        MR. MALONE:  Yeah, just --
16                        THE WITNESS:  -- I don't
17              know.  We'll find out, won't we?
18                        MR. MALONE:  Wait for him to
19              ask his questions.
20                        MR. CAIN:  Yeah.
21
22
23              By Mr. Cain:
24      Q     So I -- I -- there's still a disconnect
25              though, Mr. Lindell --
```

                                        Page 243

```
 1                    THE WITNESS:  -- hey, can I
 2           -- can I -- I don't know why these
 3           questions are coming up.  What does
 4           this have to do with Eric Coomer?  I
 5           don't get this line of questioning, but
 6           go ahead.
 7
 8
 9           By Mr. Cain:
10      Q    It was our understanding -- well,
11           strike that.  I won't -- I won't ask it
12           that way.
13                    This assignment was made
14           just prior to the Cyber Symposium in
15           July, the effective date at least is
16           July 25th of 2021, on the bottom of it,
17           Paragraph 4.
18      A    Okay.
19      Q    And there's an Order attached which is
20           referenced in the LLC Assignment of
21           money that was paid for this -- whether
22           it's technology or whatever this
23           company owned, in the amount of $5,000;
24           do you see that?
25      A    (No response).
```

Page 244

```
 1        Q      That's on the third page.

 2        A      What am I looking at?

 3                      MR. MALONE:  It's going to

 4               be -- right here (indicating).  Page

 5               10980.

 6                      THE WITNESS:  (Witness

 7               reading to self).  Okay.

 8                      MR. CAIN:  Okay.

 9

10

11               By Mr. Cain:

12        Q      So apparently Mr. Montgomery purchased

13               all of the bankruptcy estate's interest

14               in this blxware LLC for $5,000, and

15               turned around and sold it to you three

16               or four months later -- let's see...

17               March, April, May, June, July, four

18               months later for $1.8 million dollars.

19               Is that a fair statement?

20                      MR. MALONE:  Object to form

21               and foundation.

22                      THE WITNESS:  I have no

23               idea.  No idea.  I've -- I've never

24               seen this piece of paper in my life.

25
```

Page 245

```
 1
 2              By Mr. Cain:
 3      Q    So when you bought blxware you weren't
 4           provided -- this is -- this comes from
 5           your file --
 6      A    -- I don't -- I don't know.  I've --
 7           I've never even signed this, so I don't
 8           know.  I probably have never even seen
 9           this.
10                   I have other stuff on my
11           mind, other than buying this.  I was
12           trying to get the evidence out to the
13           public and get things signed and save
14           our country.
15                   I've never -- I have not
16           read this.  I have not -- my
17           signature's on it.  I don't -- you
18           know, it's not on it.  I don't know.
19                   So, no, I have never seen
20           this, and -- and then it's got on the
21           back here a Promissory Note from Dennis
22           Montgomery to pay me.  So I don't know
23           what -- it looks to me like this was,
24           you know -- I don't know what it was
25           purchased for because you have -- you
```

Page 246

```
 1               have a purchase agreement here.
 2                          MR. MALONE:  Mike, if you
 3               don't know, that's fine.
 4                          THE WITNESS:  Yeah.  I don't
 5               know.  But I'm just saying it says $1.8
 6               million --
 7                          MR. MALONE:  I know.
 8                          THE WITNESS:  -- but then
 9               Dennis has to pay it back.
10                          MR. MALONE:  Well --
11                          THE WITNESS:  So there's
12               this --
13                          MR. MALONE:  -- he can ask
14               you about that.
15                          THE WITNESS:  Right.  So I
16               don't know.
17                          MR. MALONE:  If you don't
18               know, you don't know.
19                          THE WITNESS:  I don't know.
20                          MR. CAIN:  Yeah.
21
22
23
24               By Mr. Cain:
25          Q    That's why I'm asking; this is a
```

Page 247

```
 1              confusing transaction.

 2      A      It's very confusing.

 3      Q      So let's -- let's -- there is a

 4              Promissory Note --

 5      A      Right.

 6      Q      -- later?

 7      A      Right.

 8      Q      Apparently you had provided $1.8

 9              million dollars to Dennis Montgomery,

10              and he -- and he signed a promissory

11              note to pay that back; do you remember

12              that?

13      A      That's this -- that's this $1.8.

14              Right.

15      Q      Okay.  The $1.8 that you provided, was

16              that money that was used for the

17              purchase of the home?

18      A      I don't know.

19      Q      In Florida?

20      A      No idea.

21      Q      Okay.  Do you think you purchased --

22              well, let me -- let me ask the

23              predicate to that.  Did you purchase a

24              home for Dennis Montgomery in Florida?

25      A      I don't know.
```

Page 248

```
 1         Q     At or around --
 2         A     -- I don't know if that went --
 3         Q     -- this time?
 4         A     -- for that or not.  I know he moved to
 5               Florida in July of 2021.
 6         Q     Right.  Right around this time.
 7         A     Right.  Right.  So I didn't purchase
 8               the home.  This looks to me like this
 9               was the deal to get the money for the
10               home.
11                     It looks to me like he's got
12               to pay back $1.8 million.  This has
13               never been -- this is -- I don't know
14               if it's ever been finalized even.
15         Q     Okay.  So you can -- I -- I hear your
16               testimony.
17         A     (Indicating).
18         Q     As I look through this, what appeared
19               to me to be the case, tell me if you
20               think I'm wrong, is that you gave
21               Dennis Montgomery $1.8 million dollars.
22         A     (Indicating).
23         Q     He then gave you a Promissory Note to
24               repay that?
25         A     Right.
```

Page 249

```
 1        Q     But in lieu of repaying that hundred
 2              and -- that $1.8 million dollars, he
 3              assigned you his interest in blxware
 4              for that amount.
 5        A     I don't know that part right now.  It
 6              looks that way, but I don't know that
 7              for sure.  I've never signed it, and I
 8              -- and I don't know.  It looks that
 9              way.
10        Q     Okay.
11        A     Instead of paying back the $1.8, it
12              looks like this is what I have.  I will
13              agree that it looks that way.
14        Q     Okay.
15        A     Now is that the reality?  I don't know.
16        Q     In terms of -- and we've already said,
17              you don't know what blxware owned?
18        A     That's right.
19        Q     But in terms of Dennis Montgomery's --
20              any interest he had in Hammer or
21              Scorecard, did you pay him for that
22              technology?
23        A     If that's what's in blxware then, yes.
24              I don't know.  All I know is his
25              compression technology is in one of the
```

Page 250

```
 1                three compartments.  I don't know.
 2       Q    Okay.  Do you think you paid him for
 3            that technology?
 4       A    Yeah, I think so.
 5       Q    And do you think you own Hammer and
 6            Scorecard?
 7       A    No.  I own the -- the technology behind
 8            it.  I don't know who owns Hammer and
 9            Scorecard.  The government?  I don't
10            know.
11                    I think it's just a word of
12            the technology.  I don't know.  Now
13            they were rent -- they were paying
14            Dennis Montgomery for his technology.
15       Q    Okay.
16       A    Now, do I have the IP or the technology
17            rights to that?  Yes, I would say I do.
18       Q    Okay.  And we're getting to where I
19            want to end, which is what -- what
20            evidence is your ownership interest in
21            that technology, if you know?
22       A    I don't know.
23       Q    Well, then how do you know you actually
24            own it?
25       A    Because I've been told that.
```

```
 1        Q    By Mr. Montgomery?

 2        A    Yeah.

 3        Q    Now, Mr. Montgomery also claims to have

 4             captured evidence of the -- the

 5             intrusion into the election so-called

 6             PCAP evidence?

 7        A    (Indicating).

 8        Q    Is that a yes?

 9        A    Yeah.

10        Q    You understand that?

11        A    (No response).

12        Q    And what -- what do you understand a

13             PCAP or packet capture to be?

14        A    Cyber evidence that go -- or things

15             that are captured in a stream on --

16             over the -- I don't know, internet, I

17             don't know; I'm not familiar with it.

18                      But I know you have copies

19             of that now.  You have the terabytes

20             and you have an example of the PCAPs

21             that came from those terabytes.

22                      I -- I believe that's been

23             turned over to you.

24        Q    Yeah.  Well the -- some of that

25             evidence was -- was published during
```

Page 252

```
 1                the symposium --
 2      A        -- not that -- no -- no -- the stream
 3                of data was.  The stream of data was.
 4                The -- just a data stream was.  I
 5                believe data that shows -- it's from --
 6                the whole thing was it shows it's from
 7                the 2020 election.
 8      Q        Okay.  But with respect to the PCAP
 9                data that Mr. Montgomery -- well, let
10                me strike that, because I think there's
11                one question before that.
12                     Who do you understand
13                actually gathered that data, the PCAP
14                data in real time?
15      A        What do you mean PCAP?  All the data?
16                Dennis Montgomery.
17      Q        Okay.
18      A        100 percent.
19      Q        No, I -- I -- that's what I thought you
20                said --
21      A        (Indicating).
22      Q        -- I just wanted to make sure we're on
23                the same page there.  Or at least I'm
24                on the same page.
25                     So Dennis Montgomery, did he
```

Page 253

```
 1                    ever tell you the source and -- and

 2                    methods that he used to gather that

 3                    tech -- that those packet captures?

 4      A     No.  He said that he develop -- he

 5                    developed stuff for the government, and

 6                    they're using that technology against

 7                    us.  That he developed it to do stuff

 8                    in other countries for our government.

 9                    That's what he said.

10      Q     Okay.  But, again, my question is maybe

11                    a little different than that.

12      A     He said it's a page -- he said, yeah,

13                    he captured it's like a -- to me it was

14                    like having a camera.  Like a -- he

15                    tried to explain this -- it's like

16                    having a camera on there.

17                         If you had a diamond store

18                    getting robbed and you have a camera in

19                    there, you're watching it all happen

20                    and it's -- it's time-stamped, so you

21                    have it -- it's not -- you can't change

22                    that.

23                         It happens I guess with

24                    everything, with our cell phone data,

25                    with our Verizon, whatever, that these
```

Page 254

```
 1              go through and people can grab that
 2              stream, and you have it, you know,
 3              here's what it is, if you had to go
 4              back.
 5                   It's probably something that
 6              we -- that we should've had -- that we
 7              should've had our eyes on, the
 8              government should've been watching so
 9              they didn't -- or they would find out
10              all this stuff.
11                   But it was -- it sounds like
12              it was our own government involved.
13      Q    That's -- that's confusing to me.
14           Either Dennis --
15      A    -- whatever.  Dennis Montgomery
16           captured it.
17      Q    All right.
18      A    Yes, he told me he did.  So did Mary
19           Fanning, so did everybody else.  Okay.
20      Q    Did you actually visit Mr. Montgomery
21           at his home in Florida?
22      A    Only -- only back then in July of '21.
23           First time I ever met him.
24      Q    Did he show you the hardware that he
25           used to execute this capture of --
```

Page 255

```
 1      A      -- no, he showed me computers.  I don't
 2             know if it's hardware.  It's computers,
 3             he showed it on a screen.  Here's this
 4             (indicating).
 5                     And I had Conan Hayes there
 6             going -- we looked at it and I'm going,
 7             "Hey, could you put this -- get this
 8             up?"  He -- they explained all that
 9             encrypted data.
10                     And I go, "Can you make it
11             so people can read this and whatever?"
12             And -- and he made streams that I ran
13             at the front of the symposium, and all
14             these things.
15                     I said, "Here's what the
16             public needs to see, so the cyber guys
17             can see it was 100 percent from the
18             2020 election."  So...
19      Q      Okay.  So you went there personally --
20      A      (Indicating).
21      Q      -- Conan Hayes was -- was this at the
22             house?
23      A      (Indicating).
24      Q      And this was at Dennis Montgomery's
25             house?
```

                                        Page 256

```
 1          A     Yes.

 2          Q     The new one that he had just bought?

 3          A     The what?

 4          Q     The one that he had just bought?

 5          A     Yes.

 6          Q     Okay.  And it was just you three?

 7          A     Ah, yes.

 8          Q     And he showed you his computer setup

 9                onsite.

10          A     There's computers there and it -- there

11                was computers there, yeah.

12          Q     Okay.  Did he --

13          A     -- there's also a computer that I had

14                bought, two computers, because I said I

15                want one to put my copy of everything

16                into so I have it for the symposium.

17                          And then he had made a copy

18                I guess and put it -- they had that in

19                a -- secure.  He showed me his garage,

20                piles of tapes on -- you can't even

21                believe.

22          Q     Okay.

23          A     I mean, it's just piles and piles of --

24                of hard drives.

25          Q     Did you understand though that when he
```

Page 257

1               was showing you his computer setup at

2               his home in Florida that those were the

3               computers that he used --

4        A      -- I have no idea what he used.  Those

5               were my computers I had bought.  My

6               computers I had bought.

7                       He showed the computers

8               because we were downloading onto that.

9               These were computers, he never said,

10              "This is what I did with the computer."

11                      I have no idea what -- what

12              he did back in 2020, or where those

13              computers are, or what he did.  I have

14              no idea.  He showed the stuff he got

15              from there, you know.

16                      Here's data (indicating).

17              And Conan Hayes had already validated

18              that this is -- this is mega data and

19              it's from the 2020 election.  Period.

20       Q      Okay.  And let's talk about Conan Hayes

21              for a second.  Why was he there?

22       A      Because I had -- because by that time I

23              had hired him like in June or July.  I

24              hired him.

25                      I wanted to run and

                                        Page 258

```
 1              completely get my copy validated,

 2              continuing validating, which he had

 3              been doing since I think February or

 4              March.

 5       Q     And who introduced you to him?

 6       A     I don't remember that.  He was -- he

 7              was on I think Absolute Interference.

 8                      I have no idea who

 9              introduced -- and I found out later

10              that he had, him and another guy, had

11              worked with Patrick Burns -- and a --

12              one time -- at one time -- at one time

13              when I thought I was bringing evidence,

14              and all of a sudden Patrick Burns

15              brings the same guys in, and I'm going,

16              "What do you mean?"

17                      They just had him under, you

18              know -- and I thought it was my

19              evidence, and there is was -- he had

20              the same evidence.  But Conan was --

21              they knew Conan.

22                      But I don't know who

23              introduced me to Conan.  Whether it was

24              in that movie because I had never seen

25              him.  I know he was in one of the
```

Page 259

```
 1                   movies and I couldn't -- I had never
 2                   met him or seen him by face.
 3                           I think that was the first
 4                   time I ever met Conan too was in July
 5                   of -- at Dennis's house.
 6        Q     Did he fly with you on -- on your plane
 7                   to Florida?
 8        A     I don't remember.  I -- I don't think
 9                   so because I think he lives in
10                   California, and I don't think so.  I
11                   think he -- he flew himself.
12        Q     Gotcha.  So after you were -- well,
13                   when you were at this house, Mr.
14                   Montgomery's house, did you walk away
15                   with hard drives full of the data that
16                   Mr. Montgomery promised you?
17        A     What's that?
18        Q     Did you get the data?
19        A     The -- we got a part of the data, it
20                   was on a hard drive that we got that
21                   day, or I guess that day.
22                           And we took it to Texas to
23                   put in the cyber -- cyber active of
24                   2015 to drop it -- to put it into --
25                   where everybody can grab it or
```

Page 260

```
 1              whatever.
 2       Q      I'm -- I'm not, that's the first I've
 3              -- I've heard of this -- what did you
 4              say cyber active?
 5       A      It's -- there's some cyber active 2015.
 6       Q      What is that?
 7       A      I don't know what it is.  Some acro --
 8              where they -- that was set up by Obama
 9              and you bring -- if you -- if you have
10              some evidence of an intrusion into
11              election, if you turn it in there, all
12              this -- every -- cyber guys from every
13              where can grab it.  It's awesome, I
14              guess.
15       Q      And who -- who made the deposit of the
16              data into the cyber active 2000 --
17       A      -- who what?
18       Q      Who did this?  Who -- who put the
19              data --
20       A      -- oh, we did.  I -- I went there
21              myself and this is where there was some
22              red team involved.  I know a Kurt Olson
23              was on there -- he was there, the
24              lawyer.
25                          And there was a guy named
```

Page 261

```
 1              Josh Merit when we got here, he turned
 2              out to be a criminal -- criminal,
 3              whatever he was.  And Josh Merit...
 4                      Let's see, who was the next
 5              guy...  Russ Ramsland.  Another guy
 6              that was gonna put it in the bank for
 7              the cyber act.
 8                      And Josh Merit got -- he
 9              stood up on a chalkboard and said, "I
10              know all about Dennis Montgomery, Dan.
11              It's 100 percent," Blah, blah, blah.
12              Great.  And he's on the chalkboard.
13                      Well, then it was taking so
14              long for them to make a copy and I had
15              to get to Sioux Falls.  I said, "How
16              long is this gonna take?  I need to get
17              this to Sioux Falls right now."
18                      And they didn't know how
19              long it was gonna take.  And I said,
20              "You know what?  You can bring this
21              back to them."  I said, "I've got to
22              go."
23                      And then we jumped on the
24              plane and headed to Sioux Falls with
25              that entail -- with that -- that -- so
```

Page 262

```
 1                    they didn't finish downloading and

 2                    sticking it in the bag.

 3       Q     Okay.  So this is the ASOG meeting

 4                    in --

 5       A     What's that?

 6       Q     -- in Texas?  You're referring to a

 7                    meeting at -- at ASOG.

 8       A     I don't know what SOG is.

 9       Q     ASOG.  It's Ramsland's company.

10       A     Ramsland's Company, yes, I didn't know

11                    -- yeah.

12       Q     Okay.

13       A     And I was just listening to them going

14                    "Hey, drop it off here because it's

15                    really good."  And I'm going, I didn't

16                    know -- this is where I got introduced

17                    to this Josh Merit.

18                         I didn't know him from the

19                    man on the moon.  I get to Sioux Falls

20                    and there's something called a red team

21                    and blah, blah, blah.

22       Q     Okay.  But you went to Florida

23                    expecting to get all the of PCAP data

24                    that Mr. Montgomery had captured?

25       A     32 terabytes, I don't know, you call
```

Page 263

```
 1                 them PCAP data.  32 terabytes of data.
 2         Q       Okay.
 3         A       That's what -- what -- what it is, a
 4                 copy of that, yes.  My copy and my --
 5                 my source code, everything.  Yes;
 6                 that's correct.
 7         Q       So you got all of that in Florida
 8                 before --
 9         A       -- no, it was a copy made, and it was
10                 in a storage facility.  Then I -- and
11                 -- and we -- and then we had a hard
12                 drive that Conan gave to me to bring to
13                 Texas.
14                         And then he stayed there to
15                 get the rest of it from Dennis and then
16                 apparently he had a stroke, and didn't
17                 get the rest of it.
18                         So whatever was on the hard
19                 drive was a piece and the -- the stuff
20                 that the source code apparently was
21                 over here.  And that -- and Dennis had
22                 a stroke and we -- and we didn't get
23                 that piece with the (inaudible) or
24                 whatever you call.
25         Q       Okay.  Who explained all of this to
```

Page 264

```
 1              you?

 2       A      Huh?

 3       Q      Well, what you just said with Dennis

 4              having a stroke, and you didn't get all

 5              of the information on the hard drive,

 6              who explained all of that to you?  Was

 7              that Mr. Hayes?

 8       A      Conan when I left -- when we both left

 9              there were sitting there and -- and

10              before -- before I left I go, I've got

11              to get this to -- I got to get to the

12              symposium because we were -- Dennis was

13              still doing all stuff -- doing stuff.

14              And I don't know if it wasn't ready yet

15              or whatever.

16                      My copy was ready somewhere

17              in a with the source code apparently.

18              And Conan said and Dennis said, he

19              goes, "I got to do one more thing."

20              You know, it was like until like noon.

21              "It'll will take me until noon."

22                      And I said, "I don't have

23              until noon."  So I said, "Conan, give

24              you what you got -- that -- that hard

25              drive."  And I said I'm gonna take that
```

Page 265

```
 1              because they wanted -- Kurt wanted to
 2              go to Texas and put it in that cyber
 3              '15 act.
 4                   So we flew to Texas and I
 5              get there and I meet this Josh guy and
 6              I'm going, "Wow, someone else validated
 7              Dennis Montgomery."  It was so awesome;
 8              I didn't know this guy from the man on
 9              the moon.
10                   And he gets up on the
11              chalkboard and he goes, "I've -- I've
12              looked through all Dennis Montgomery's
13              stuff.  It's 100 percent."
14                   And he's telling this to the
15              guys that's gonna put in the bag, that
16              we all had to sign these sheets.  And
17              then Russ Ramsland's over here
18              downloading it.
19                   And I'm going, "You Guys, I
20              don't care about this.  We have a
21              country -- we have to get to the
22              symposium."  I had no plan -- who's
23              gonna -- no -- nothing was planned out.
24                   And then -- and I'm going,
25              "Who's this Josh Merit guy?"  Well,
```

Page 266

```
 1              then Dennis -- or Kurt says, "Well, he
 2              comes from this Phil Waldron red team."
 3              I go, "What's a red team?"
 4                   And then we took that -- I
 5              grabbed it back from Ramsland, and
 6              said, "We're gonna -- you can get this
 7              tomorrow or whatever."  I said, "I need
 8              this right now to get to Sioux Falls."
 9                   And that's when I flew to
10              Sioux Falls from there.
11     Q        But you had -- you had already promised
12              on -- you were on OEN, you were
13              probably on other networks, I'm sure
14              you were actually, promising that you
15              were going to have PCAPs from --
16     A        -- I said there was data -- no, the
17              challenge -- the thing was from the
18              2020 election that this stuff was 100
19              percent, it was a challenge, $5 million
20              dollar challenge, that this data was
21              from the 2020 election.
22                   That's what the challenge
23              was.  That this data was from the 2020
24              election.
25     Q        Well, I'm -- I'm not talking about your
```

Page 267

```
 1              contest right now.  I'm talking about
 2              what you told the media which was --
 3      A       -- that's what I told the media.  I put
 4              the challenge out there to get the word
 5              out.  And it wasn't just OEN it was
 6              everywhere.  Except for Fox, they would
 7              not let me advertise it.
 8      Q       Okay.  So what data then, if not PCAP
 9              data, were you planning to present --
10      A       -- I did present -- there was data, the
11              data that he's collected.  I guess when
12              you -- when you convert it -- when you
13              convert it, which you have a copy of
14              now of PCAPs that were converted from
15              the data.
16                        That is massive, I guess;
17              there's 32 terabytes.  So it's
18              collected from I think Mar -- or
19              November 3rd to November 6th of the
20              2020 election.
21                        All this data there and he
22              spent -- and as he's -- as his
23              computers are deciphering the data day
24              after day -- well here you have then --
25              I don't -- I don't know this for -- or
```

Page 268

```
 1                    how this works, but it would spit out a
 2                    PCAP, here's a PCAP, here's a PCAP,
 3                    here's a PCAP.
 4                            So -- which you guys have
 5                    now.  You have those in your
 6                    possession; we turned them over.
 7          Q    It's 37 terabytes, we got three hard
 8               drives.
 9          A    Okay.  Thirty-seven, 32 -- 37, whatever
10               it is.  You --
11          Q    Yeah.
12          A    -- you have it.
13          Q    We did receive those.
14          A    Right.  Yeah.
15          Q    Recently.
16          A    Now did it -- now did I have all 37
17               with me on that plane that I dropped in
18               Texas?  No.
19                        But I did -- it was real
20               nice when Josh Merit got up there and
21               said, "It's all real," blah, blah,
22               blah.  I've know Dennis (inaudible),
23               I've investigated, did it all.
24                        I didn't know this guy from
25               the man on the moon.  I go, "Wow, this
```

Page 269

```
1                  is gonna be awesome," you know.

2                          Then Conan when he came

3                  there from -- from -- from Florida to

4                  the symposium, he says, "We got bad

5                  news, Dennis had a stroke and I can't

6                  get -- I can't get to the -- the -- the

7                  30 -- the whole 32 terabytes."  My

8                  copy.

9       Q     Right.  Because you were planning on

10                 presenting all 32 terabytes --

11      A     -- I -- it would take years.  I don't

12                 know what -- we was just gonna present

13                 it.  "Hey," here -- here's what I

14                 wanted, the whole symposium is like

15                 this.

16                          A:  I wanted all the media

17                 there.  B:  I wanted to show that hey,

18                 we have this, it's from the 2020

19                 election.  And C:  Maybe then the

20                 government would say open up this gag

21                 order and let the world see that this

22                 is real.

23                          That was my purpose of the

24                 Cyber Symposium.  We had the media

25                 there, we had to have -- all it was was
```

Page 270

```
 1              attack after attack instead of someone

 2              saying, "Hey, can we look at this?"

 3                    "Hey, can we -- hey can we

 4              get Dennis Montgomery, who's a real

 5              person.  Who does work for the CIA?

 6              It's all real."

 7                    That's all it was.  You show

 8              -- you show just like you guys have it

 9              now -- that was the same thing for the

10              Cyber Symposium.

11                    Here it is.  All the media's

12              here, wow, yes, it is from the 2020

13              election.  And then you could -- then

14              everybody would be out of my hands.

15                    Here you go everybody, have

16              a ball.  Have your cyber guys look at

17              it all.  That's what we were dropping

18              off in -- in -- at cyber '15 act.

19                    And then because of Dennis's

20              stroke, that never came, then they

21              didn't want to drop off just that

22              little bit at the -- in -- in -- at --

23              with -- in Texas.

24                    So that didn't get dropped

25              off.  And then...  That was it.
```

Page 271

```
 1        Q    Um, um, you're losing me.  Let me --
 2             let me maybe ask some simple questions
 3             for my benefit.
 4                       What county are we sitting
 5             in right now.
 6        A    What's that?
 7        Q    What -- what's the county, the name of
 8             the county?
 9        A    Here?  Hennepin.  Here in Minnesota?
10        Q    Yeah.
11        A    Hennepin County.
12        Q    Hennepin.
13        A    Yeah.
14        Q    Are the voter rolls of active voters in
15             Hennepin County data from the 2020
16             election?
17        A    Yeah.
18        Q    Okay.  So based --
19        A    (Inaudible).
20        Q    -- on what you're telling us, you could
21             have just shown some voter rolls from
22             -- from this county in 2020 --
23        A    No.
24        Q    -- and that would be from --
25        A    No.
```

Page 272

```
 1       Q      -- the 2020 election?

 2       A      No, that's not what was shown there.

 3              That's not what was shown.  This was

 4              data, cyber data, voter -- the voter

 5              rolls and the registration rolls they

 6              sit up on -- they sit -- it's your

 7              government.

 8                      They're saying here's who

 9              registered, here's who voted, and

10              here's who was taken off the voter

11              rolls.  It's a data base, it's a little

12              different than a stream of information.

13                      It's very different.  It's

14              like Cast Vote record would be very

15              similar to something from inside the

16              machine.  It's like a camera angle from

17              another -- from another angle.

18       Q      Okay.  So --

19       A      -- very, very similar.

20       Q      Part of the whole story behind the

21              symposium was that China hacked the

22              election.  You had said that multiple

23              times.

24       A      (Indicating).

25       Q      Right?
```

Page 273

```
 1        A      Yep.  I still stand by that.

 2        Q      Okay.  And the way that, under your

 3               theory, there's some evidence of that

 4               is through capturing these packets that

 5               were sent --

 6        A      --- this shows intrusion --

 7        Q      Let me finish.

 8        A      -- which now we've turned into you.

 9        Q      Packet captures that -- that show

10               communications from IP addresses in

11               China and in the United States.

12                       That's the evidence.  At

13               least some of the evidence, that China

14               was involved in hacking the election;

15               right?

16        A      China was in the room; China intruded

17               into our election.  That's why you can

18               -- if you look up the cyber '15 act of

19               2015 -- if you have anything that might

20               be suspicion, that a foreign country

21               intruded into your election, which they

22               deem critical infrastructure, you can

23               turn that in.

24                       I didn't set it up, Obama

25               did.  That's why we were turning that
```

Page 274

```
 1                in.  I'm just a guy.  I'm an ex-crack
 2                addict, trying to safe your country.
 3                And here you are attacking me for
 4                something that had nothing to do with
 5                this guy?  This is bizarre.  I mean how
 6                hard is that?
 7      Q    In January --
 8      A    -- I turned it in.  I did what I was
 9                supposed to do.  I went down there, I
10                did it because we had to get going that
11                it didn't download.
12                     And then I find out I don't
13                have -- I couldn't get the rest because
14                Dennis Montgomery has a stroke.  So we
15                didn't -- we didn't turn it in down
16                there that day.
17                     And then I get attacked at
18                the symposium, physically attacked.  I
19                was told straight out, don't release
20                the China stuff.  That was on the third
21                day.
22                     There's a poison pill
23                they're gonna put in the evidence,
24                don't release it.  This was said by
25                Colonel Phil Waldren who I respected
```

Page 275

```
 1              because he worked for the government in

 2              that space.

 3                        He told me, "We can't -- you

 4              can't release --"  we had stuff for

 5              China to release the next day.  We had

 6              stuff to release.  I was physically

 7              attacked the night before, "Don't do

 8              it."

 9                        The next day or that night

10              after the police come and everything,

11              Phil Waldren says, "Mike, there's gonna

12              -- they're gonna put a poison pill or

13              they're gonna to sweep and take

14              everybody."

15                        Or take me.  So I said,

16              "Okay, we'll live to fight another

17              day."

18     Q     Okay.  So your testimony is that if you

19              didn't show the -- any of the PCAP

20              data --

21     A     -- what PCAP data?  There was --

22                        MR. MALONE:  -- Mike, just

23              wait until he answers [sic].

24

25              By Mr. Cain:
```

Page 276

```
 1      Q     Do you know not know what PCAPs are?

 2      A     It's -- it's -- do I know what PCAP is?

 3      Q     Yeah.

 4      A     It's -- it's -- it's the data from this

 5            -- that goes through our internets,

 6            whatever.  I don't have to be a cyber

 7            guy.  I just know what I was told.

 8                        This is stuff that goes

 9            through, it's captured in time,

10            time-stamped and this is the -- and

11            this was the data from 2020 election.

12                        Even the Facebook fact

13            checkers were there.  They said, "Yes,

14            Mike, it's from the 2020 election."

15      Q     I'm just asking you -- weren't you

16            there to present captures of evidence,

17            packets, which would show the

18            transmission of data between foreign

19            countries such as China and the U.S.

20            election system; isn't that what you

21            were doing?

22      A     What now?  I'm putting out what Dennis

23            Montgomery had.  I mean, I don't know

24            what you're asking me.  Why don't you

25            look up Mesa County inside the machines
```

Page 277

```
 1                on there and find any -- and then you
 2                find all the evidence you want, if
 3                you're worried about what's inside
 4                these machines.
 5        Q       Do you know what a PCAP is or not?
 6        A       It's data collected in -- it goes
 7                through our internet, I believe.  Okay.
 8                        And this was captured by the
 9                internet, which the machines say
10                they're not on internet, they're not on
11                the internet.
12                        That's what it is.  Captured
13                date from -- that was captured, our
14                data that goes through all the
15                internet.  Those are the -- their data.
16        Q       You're avoiding my -- my question.
17        A       I'm answering your question.  You asked
18                me what it is, that's what it is.
19        Q       That was the data that you were
20                intending to present during the Cyber
21                Symposium --
22        A       -- and we did present data there that
23                was from the 2020 election.  I don't
24                know what you're asking me.
25        Q       You're talking again -- you're avoiding
```

Page 278

```
 1                answering my question.  You were going
 2                to the Cyber Symposium with the intent
 3                of presenting PCAP data showing that
 4                China acted on --
 5       A        -- I'm presenting data; whatever data
 6                they gave me is it what I presented.  I
 7                could -- I could not present the China
 8                data because I was attacked and told
 9                not to by Colonel Phil Waldren.  That's
10                a fact.
11       Q        But you weren't attacked until later in
12                the symposium.
13       A        I was attacked on the second night.
14                "Do not release the evidence tomorrow,"
15                which would've been the China
16                intrusion.  The third day we were
17                releasing the China intrusion data.
18       Q        Oh, you never -- you never intended to
19                release it until the third night?
20       A        We had -- it -- it was -- no, it was
21                spread out -- that sort of thing.  I
22                said, "Well, when can we -- when can we
23                release that?"
24                       This red team, they were
25                making these decisions in a room.  I
```

Page 279

```
 1              wasn't even in that room.  Those were
 2              their decisions and -- and Colonel Phil
 3              Waldren says, "We can't release this.
 4              You got -- we're -- they're gonna put a
 5              poison pill in the data."
 6                   That was his words,
 7              verbatim.  We can't release it.  And
 8              that would've been -- I'm going, "Are
 9              you kidding me?"
10                   But at that point, I'd
11              already been attacked -- it wasn't --
12              the media was there.  All they were
13              doing was attacking.
14                   Nobody wanted to hear about,
15              "Hey, there could be a problem with our
16              critical infrastructure in our United
17              States."  Nobody wanted to hear it.
18         Q    Well, in truth, Mr. Lindell, the reason
19              that you couldn't release the data at
20              the symposium is because you never got
21              it from Dennis Montgomery.
22         A    Yeah.  Yeah, we had a hard drive from
23              him.  That's a complete lie.  I didn't
24              have the whole 32 terabytes and the
25              source code.  That -- that's a complete
```

Page 280

```
 1              lie.  I went -- we went to the -- we
 2              went down to Texas to drop off the hard
 3              drive; we went to the symposium.
 4                        I put it up on the board.  I
 5              dropped it.  I had Allen Duke of Lead
 6              Stories, I had Martin from overseas in
 7              Belgium, who validated that it was from
 8              the 2020 election.
 9                        Everybody there did.
10              Everyone there, except for one guy who
11              was in on it with blxware, who was the
12              trustee with blxware.
13                        Some Brian guy who probably
14              went to (inaudible), "Hey, let's go try
15              and say -- or put further bury Mike
16              Lindell."  Because he wants to help
17              save his country.
18      Q     Wow.  Okay.
19                        MR. CAIN:  So objection;
20              non-responsive.
21
22
23              By Mr. Cain:
24      Q     But since you raised it, who is the
25              trust guy that you're referring to?
```

Veritext Legal Solutions
800-336-4000

```
 1      A      There -- that guy that came here, that

 2             was for this Brian something, or

 3             whatever, that was the lawyer for this

 4             guy named Zeidman, that lost this

 5             thing.

 6                      And said, "I -- I contend

 7             this isn't from the..." -- he's the

 8             only guy that said it wasn't from 2020

 9             election.

10                      And then all of a sudden he

11             shows up with this guy that was the --

12             was the blxware trustee, who -- who

13             knew all about Dennis's data.  He got

14             money for it.  It's disgusting.

15                      So then they come here and

16             they all -- you know, I don't know if

17             he went out and found Zeidman or

18             whatever.  Of course, that hasn't went

19             to court yet.

20                      Let's push that out to 2025,

21             too.  You know.

22      Q      So blxware was bought out of a

23             bankruptcy by Dennis Montgomery in

24             March of 2021?

25      A      Okay.
```

Page 282

```
 1        Q     You saw that --

 2        A     Yeah.

 3        Q     -- order.

 4        A     (Indicating).  Yeah.

 5        Q     The trustee presumably is the

 6              bankruptcy trustee that you're

 7              referring to?

 8        A     Yeah.  But he would -- no, no, he was

 9              -- he was the trustee -- I don't know

10              if he was the bankruptcy -- he was the

11              trust -- trustee for that couple that

12              owned blxware and they used Dennis's

13              technology and everything in

14              Yellowstone.

15                       It gets quite deep.  And all

16              of sudden this guy shows up as

17              Zeidman's lawyer?  When you know

18              everything Dennis had, you know it's

19              true because you were making money off

20              it.

21                       It's disgusting what's going

22              on.  This attack just never ends.

23        Q     So that -- the -- the Zeidman, just to

24              put some context here, Zeidman was an

25              attendee at the symposium?
```

                                          Page 283

```
 1     A     (Indicating).  Couldn't even do it --
 2           couldn't even open Wire Shark, I guess.
 3           We had people in the room going, "Who
 4           is this guy?"
 5                      I don't even know how he got
 6           in, he's not a cyber guy.  I don't know
 7           how he made through into the cyber
 8           room.  But I -- but we had people that
 9           sat by him and said he didn't know how
10           to open Wire Shark.  That's how you
11           read the data.
12     Q     Yeah.
13                      MR. CAIN:  I'm gonna object
14           as non-responsive.
15
16
17           By Mr. Cain:
18     Q     I just ask you Zeidman was an attendee?
19     A     I didn't -- didn't know him then, but
20           that's -- he says he was.
21     Q     Okay.  And you said that your intent
22           was to bring data relating to the 2020
23           election --
24     A     -- that was the challenge; correct.
25     Q     Yeah.  And Zeidman partook in that
```

Page 284

```
 1              challenge, and then you had an
 2              arbitration over whether or not that --
 3      A       -- no, he -- he lost right away.  There
 4              were three judges.  There were three
 5              judges.  They said, "Absolutely, of
 6              course, it's from the 2020,"
 7              (indicating); you lose.
 8                   So then he did an
 9              arbitration.  And all of sudden this
10              lawyer shows up from blxware, that's
11              kind of weird.
12                   And three judges -- three --
13              three guys listen in and this guy can't
14              even open Wire Shark again.  And they
15              made some, either intentional or not,
16              some very big mistakes so, of course,
17              we're going to court.
18                   And then Zeidman gets out
19              there and goes, "I'm not gonna -- I'm
20              not worried about the money.  I'm gonna
21              give that to charity.
22                   We have to some people like
23              Mike Lindell for putting out false
24              things and disinformation to our
25              country."
```

                                                Page 285

```
 1        Q    So you lost the arbitration; right?

 2        A    Did I lose the arbitration?

 3        Q    Yeah.

 4        A    That's what they ruled right now.  But

 5             do I have to pay?  No, it's going to

 6             court.

 7        Q    Um...

 8        A    And they pushed it off to 2025 or 2024;

 9             it's disgusting.

10        Q    And the arbitrators awarded Mr. Zeidman

11             5 million dollars?

12        A    I don't know what -- yeah, I guess they

13             said you have to -- unless you go to

14             court, which we are.  Of course, we

15             are.

16        Q    Okay.  So as it stands now you have an

17             arbitration award against you?

18        A    Not against me, it's against Lindell

19             Management.

20        Q    (Inaudible).

21        A    It's against -- correct, it's a

22             company.  It's a corporation.

23        Q    That you own a 100 percent of?

24        A    Yes.

25        Q    Okay.  But that's how it stands right
```

Page 286

```
 1              now?
 2      A       Right.  Until we get to court.  You
 3              know -- you know court because you're a
 4              lawyer; right?  You get it?
 5      Q       I do, yes.  And I know that they're
 6              gonna confirm the award, or at least
 7              seek to confirm the award.  And that's
 8              the next step in that process.
 9      A       (Indicating).
10      Q       But that just hasn't happened yet.
11              Okay.
12      A       (Indicating).  Right.
13      Q       Okay.  But back to -- to PCAPs, I don't
14              know why we're trying to talk around
15              that.  You actually didn't present real
16              evidence in the form of PCAPs at the
17              symposium; did you?
18      A       I have no idea what went down, it was
19              the evidence we brought from the2020
20              election.  What's wrong with you?
21      Q       Nothing.
22      A       (Laughing).  We presented what we had
23              from the 2020 election.  Period.
24      Q       All right.
25      A       Except for the China intrusion because
```

Page 287

```
 1              we were told not to because I was
 2              physically attacked.
 3                        REPORTER'S NOTE:  Whereupon,
                          Michael Lindell Deposition
 4                        Exhibit Number 189 was
                          marked for identification.
 5

 6

 7              By Mr. Cain:
 8       Q      I know you've seen Exhibit 189 before,
 9              or at least I believe you have, because
10              I think you were commenting on it on --
11              during the last election event.
12                        Take a -- take a -- just a
13              minute to look at that.
14                        THE WITNESS:  Just a second,
15              I got an emergency here. (Looking at
16              phone).
17                        MR. CAIN:  Why don't we stay
18              in the room if -- we can probably take
19              a break since we've been going an hour.
20                        THE VIDEOGRAPHER:  You want
21              to go off?
22                        MR. CAIN:  Yeah.
23                        THE VIDEOGRAPHER:  We are
24              going off the record.  The time now is
25              2:29.
```

Page 288

```
 1                       REPORTER'S NOTE:  Whereupon,
                     a short recess is taken.
 2
 3                       MR. CAIN:  Let's go back on
 4          the record.
 5                       THE VIDEOGRAPHER:  We are
 6          back on the record.  This is the start
 7          Media Number 4.  The time is 2:30.
 8

 9
10          By Mr. Cain:
11     Q    Again, Mr. Lindell, I've given you
12          what's been marked as Exhibit 189,
13          which I'll --
14     A    (Indicating).
15     Q    -- represent to you came from a filing
16          in the Smartmatic lawsuit.  Have you
17          seen this text exchange before?
18     A    No.
19     Q    Did -- on the top left it says, Mary
20          Fanning, and then on the -- on the
21          right side it appears to be text from
22          you from the ████████████████
23          account?
24     A    (Indicating).
25     Q    Do you see that?
```

Page 289

```
 1        A     (Indicating).

 2        Q     Okay.  Do you remember texting with Ms.

 3              Fanning --

 4        A     No.

 5        Q     -- before the --

 6        A     But it looks --

 7        Q     -- symposium?

 8        A     -- it looks like I did.

 9        Q     Yeah.  I apologize for --

10        A     -- Michael and My Pillow.  Right.

11        Q     Yeah.  So at the top of this, this is

12              on the left, like I said, it -- it

13              starts with Mary Fanning saying, "Let's

14              hope so."

15                     And then you say, "I know

16              100 percent."  Is it not -- I'm not

17              sure what you're referring to there --

18        A     (Witness reading to self).

19        Q     -- do you know what -- what that was

20              about?

21        A     I have no idea.

22        Q     And you -- she says, "Good.  I'll pass

23              that on to our friend.  He will be glad

24              to hear that."  Do you know which

25              friend she's referring to?
```

Page 290

```
 1        A      No idea.

 2        Q      Then you say, "This Josh guy and this

 3               team have attacked Conan and Dennis for

 4               two weeks."  Did you -- do you remember

 5               writing that?

 6        A      No.

 7        Q      Do you have any reason to doubt that

 8               you text that?

 9        A      This must -- this must be from the --

10               at the symposium.

11        Q      Okay.

12        A      Because when I got there I found out

13               that the -- this -- the team, this red

14               team, or whatever they are -- I -- I

15               don't know.  That's what I assume.

16                      I didn't know who this Josh

17               guy was until I met him in Texas.

18        Q      And you didn't know who would he was

19               working for; right?

20        A      No.  And in Texas he said it was

21               completely validated, all Dennis's

22               stuff.  It said it's blah, blah, blah,

23               it all looks good.

24        Q      Okay.  So you were still -- obviously

25               you were still talking to Mary Fanning
```

Page 291

```
 1                 through the symposium time.

 2       A     No, this is probably the only time.

 3       Q     So have -- since the symposium have you

 4             been in contact with her?

 5       A     No.  Not that I know.  Maybe once a

 6             year or twice a year, who knows.

 7       Q     And you don't --

 8       A     (Inaudible).

 9       Q     -- you've never met her in person?

10       A     No.

11       Q     Okay.  She says, "And Dennis is

12             perplexed that he is connected to

13             Sidney."  Did -- do you know what that

14             relates to?

15       A     That would being Josh Merit and when --

16             because I think -- no, that's the only

17             thing I can think.  He's perplexed that

18             Sid -- that Josh was connected to

19             Sidney.  That's the only thing I can

20             think of.

21       Q     And then you say, "They attacked Conan

22             and me when we got here.  Horrible."

23       A     Yeah.

24       Q     Who attacked you?

25       A     That Josh Merit -- after I had met him
```

Page 292

```
 1              there.  All of a sudden we get there in

 2              a room and he starts attacking, him and

 3              three other guys in that room.

 4                        This Mark Cooke guy, Josh

 5              Merit -- I forget who the other -- I

 6              never met any of these guys, but those

 7              two for sure.

 8                        And then there was a whole

 9              bunch of other people in the room and

10              they called it the red team.  I go,

11              "What's a red team?"

12     Q    Okay.  And Mr. Merit told you that

13          the --

14     A    -- what's that?

15     Q    Mr. Merit told you, didn't he, that the

16          -- the data that you had at the

17          symposium was not PCAP data from --

18     A    -- now at that point -- this -- now you

19          got to follow this.  Josh Merit in

20          Texas said 100 percent all Dennis -- he

21          stood there on a chalkboard in front of

22          (inaudible) -- told the guy put it in

23          the bucket.

24                        So then we get there, and

25          all of a sudden he sticks that hard
```

Page 293

```
 1              drive in and he says, "Well, there's
 2              not PCAPs here."  And I go, "What are
 3              you talking about?"
 4                      And that's when I sent this
 5              to her saying Dennis didn't give me
 6              anything here.  They say there's no
 7              PCAPs.
 8                      So I don't know, you know.
 9              This is what Josh Merit said so I text
10              Mary that and hopefully she could go
11              validate it with Dennis.
12      Q     Okay.  So --
13      A     -- and that's when we found out Dennis
14              had a stroke.
15      Q     So both --
16      A     -- but we thought -- we though for sure
17              after this, we thought for sure Josh
18              was lying because then when Conan got
19              there, we sent stuff back down to that
20              room.
21                      And the other cyber guys in
22              the room go, "Yes, this is from the
23              2020 election.  100 percent."
24                      Josh merit was a rat and he
25              -- and spy, whatever.  He turned in a
```

Page 294

```
 1                   thing, we caught him -- we caught him

 2                   stealing stuff from the symposium.  I

 3                   actually took him to court.  There's a

 4                   whole thing on Josh Merit.

 5                             But, yes, this -- this

 6                   coincides exactly when I got there and

 7                   Josh Merit turned like a viper.  It was

 8                   weird.

 9         Q    So Mr. Merit told you that there was no

10              PCAPs on --

11         A    -- yeah, he said -- yes, he said

12              there's no -- yeah, actually he said

13              there's -- there's no PCAP, there's no

14              data here.

15                             And we're going, "What are

16              you talking about?"  Well then we --

17              well then we pulled up and when -- by

18              then I think Conan was there.

19                             And we pulled the thing in

20              and we showed him where it was and they

21              go, "Oh."  Well then the other people

22              in the room all go there, "Oh, there it

23              is," blah, blah, blah, blah, blah.  And

24              went down the list.

25                             Conan came right in the room
```

Page 295

```
 1              and showed these other cyber guys.  But
 2              Josh Merit continued to say, "No, this
 3              is this and this is this."  And -- and
 4              discredit these things.
 5                        And that's -- and then he
 6              even went public to a newspaper after
 7              he had just said in Texas that all the
 8              -- that all the data was good.
 9                        MR. CAIN:  Objection;
10              non-responsive.
11
12
13              By Mr. Cain:
14        Q     What I -- what I asked you -- I'm not
15              gonna repeat it, but what I -- for the
16              record I asked you is what Josh Merit
17              told you at that time that there was no
18              PCAP data?
19        A     He said there was no data; I don't know
20              if he said PCAP.  But he said no --
21              there's no -- there -- there's no data.
22        Q     And who are these other, you mentioned
23              Conan Hayes?
24        A     See I would use PCAPs and data as the
25              same thing for me.  There's no data,
```

Page 296

```
 1                underline data.  Data, PCAPs; to me
 2                they were the same thing.
 3      Q    But you know there's difference between
 4                packet capture data and other types of
 5                electronic data.
 6      A    No -- I do now.  I didn't know then.
 7                Back then I said you know this is data,
 8                this is you can ask Trevor, PCAP data,
 9                data, hex data, to me it's all the
10                same.
11                     It's one layer down.  You go
12                here, this many people -- this is when
13                I asked him back then to read or to --
14                so what's this data?
15                     Well, you can read -- this
16                is the output from -- from the capture
17                data.  This is the output, we can all
18                read that.
19                     Then I go, "Well, what about
20                this?"  "Well, this is hex data that
21                shows it's from the 2020 election," or
22                whatever, they're explaining.
23                     If you go deeper then
24                there's -- then there's this data.  And
25                -- and they said, "These are PCAP
```

Page 297

```
 1                    data."

 2                          And then -- and I said well

 3                    to have the source code, you would need

 4                    the source code I guess to validate

 5                    intrusions and all stuff like that.

 6                    These were things that were told me

 7                    back then and I -- and I...

 8                          But back then, data it's all

 9                    from the same thing, capture data from

10                    the 2020 election.  This guy Josh said,

11                    "We don't have anything here from the

12                    2020 election."  That's what he said.

13                          And -- and it's probably --

14                    if you -- if this was time-stamped, I

15                    guarantee it was the same -- right

16                    after I was in that room with that red

17                    team when they all went on this attack.

18          Q    So are you telling us, me, everyone in

19                    this room, and the -- and the jury's

20                    watching now, that you didn't make a

21                    representation to the public that you

22                    were gonna present PCAP data that

23                    showed Chinese hacking of the 2020

24                    election?

25                          Are you saying you never
```

Page 298

```
 1              made that representation?
 2                        MR. MALONE:  Object to form.
 3                        THE WITNESS:  The -- what --
 4              yeah.  What I said was -- yeah, I said
 5              that what the challenge was that the
 6              data was from the 2020 election.
 7                        And also, I just told you
 8              why I couldn't put the China stuff
 9              down.  It was stopped by Phil Waldren
10              and stopped by a physical attack which
11              is in the police report in Sioux Falls,
12              South Dakota.
13                        MR. CAIN:  Okay.
14
15
16              By Mr. Cain:
17         Q    I don't care about your challenge;
18              that's not what I'm asking you about at
19              this point.  I'm asking about what the
20              intent was to show and --
21         A    -- to show data from the 2020 election.
22              Absolutely.  Call it PCAP data, call it
23              whatever data you want.
24         Q    Okay.
25         A    If I use that, the word PCAP or data,
```

Page 299

```
 1              to me it's all the same.
 2     Q     But it isn't the same and you know
 3              that.
 4     A     I don't -- I know now that -- and --
 5              and I really don't know now.  It's the
 6              same data, you're just taking it and
 7              forming it into a PCAP as far as I
 8              know.  You're taking the data and
 9              you're putting into this little
10              capture.
11                     So you're taking from one
12              end -- from what I understand, one end
13              of the terabytes to the other, you're
14              grabbing all this data, putting in this
15              little bucket, so you can look at this
16              -- like if you took all of that and put
17              it in a folder.
18                     That's what I -- that's, in
19              my mind, that's what I believe it is.
20              So you have all the data that was
21              sucked from the election, and you go
22              through and you form, here's one PCAP,
23              just like you guys have now, I think
24              you got, I don't know 18 or 20 of them
25              that he was able to collect.
```

Page 300

```
 1                        And I finally said, "Dennis,
 2            quit grabbing that.  We've got to get
 3            these devices made, we've got other
 4            stuff to do."  That's what I told him.
 5                        It takes a long time to put
 6            -- to put it into this bucket or
 7            whatever you want to call it.
 8                        MR. CAIN:  Objection;
 9            non-responsive.
10
11
12            By Mr. Cain:
13       Q    Let's do this, if you go back to your
14            text -- well, actually before I go
15            there.
16                        I think I asked you this,
17            and I apologize if I did during you're
18            my Pillow deposition, but you're
19            clearly not an expert in election
20            security or cyber of any sort; are you?
21       A    Not of cyber.  Not of cyber -- I don't
22            know cyber.  I don't know how to read
23            it, neither do you.  I don't know how
24            to read it.  Right.
25       Q    Okay.  So you say to Mary Fanning in
```

Page 301

```
 1              this text, "Dennis didn't give us
 2              anything to bring here.  No PCAPs."
 3              I'll stop there.
 4       A      Right.  That was after that this Josh
 5              Merit's telling me that -- I went out
 6              of the room, I'm in a panic.  I'm going
 7              -- because at first I believed this
 8              Josh Merit because he had just said
 9              this in Texas.
10                      So I said this -- so I text
11              this to Mary, "I'm in a panic."  I'm
12              going, "Are you kidding me?"  You know.
13       Q      So this is -- this is texted on Day 1
14              of the symposium?
15       A      I think it was even the day before the
16              symposium.
17       Q      Okay.  So you're in a panic --
18       A      -- this is the red room.  The red room
19              because Josh Merit said that -- not
20              even after we were there a couple
21              hours.  I'm going, "What the heck's
22              this red team?"
23                      I walked into this room, I
24              go, "Who are all these guys?"  And then
25              he put the hard drive in there that we
```

Page 302

```
 1              were downloading in Texas and he said,
 2              "There's no data here.  There's no
 3              P..."
 4                        And I go, "What are you
 5              talking about?"  So I went out after --
 6              after flipping out in there, "I go
 7              you're lying.  What are you doing this
 8              for?"  And I went out and text Mary and
 9              said, "There's no PCAP.  There's no --
10              he didn't bring us anything."
11     Q    Yeah.
12     A    And so -- but then I find out from --
13              later, yes, they did, that it was him.
14              We went back in and Conan says, "He's
15              lying."
16                        We went back in, showed them
17              where to find it, because this guy was
18              either lying or didn't know how to do
19              it, Josh Merit.  And everyone else in
20              that room found the data and they go,
21              "Okay, here we go."
22     Q    And 'everyone else' besides Mr. Merit
23              is who?  Walgren?
24     A    It was Walgren, there was a Mark
25              Cooke...  I don't know who all was in
```

Page 303

```
 1              that room, there at least seven other

 2              people on the red -- on this red team.

 3              They were all these cyber people.

 4                    I had never -- I had never

 5              met -- I think -- there's a (inaudible)

 6              that was in there, I believe.  I don't

 7              know, and Doug Frank, I think he was in

 8              there.  Colonel Shawn Smith was in

 9              there, I believe.

10                    I mean, I'm just guess -- I

11              -- I don't know for sure, but there

12              were a lot of people I met for the

13              first time in there.  And I go -- and

14              I'm going, "Well, what's a red team?"

15                    And then -- and then on

16              through this I called Conan and he

17              assured me.  He goes, "I'll -- I'll get

18              there, I'll show them where it's at."

19              They don't know what they're doing --

20              "That Josh is either lying or he didn't

21              know what he was saying."

22       Q     There were others, actual cyber

23              experts, that since the symposium have

24              said that you didn't present any --

25              certainly any --
```

Page 304

```
 1        A    -- any what?

 2        Q    Any PCAP data that showed that China

 3             hacked the election.  You're aware of

 4             that; aren't you?

 5                       MR. MALONE:  Objection to

 6             form and foundation.

 7                       THE WITNESS:  I -- I don't

 8             know what you're talking about.  I

 9             heard everyone there said it was from

10             the 2020 election.  I didn't hear

11             anything like that at the -- at the

12             thing.

13

14

15             By Mr. Cain:

16        Q    You -- you need to listen then to my

17             question.  And as --

18        A    -- the answer is, no.  I don't -- I

19             have never heard that.

20        Q    Okay.

21        A    Only from this Zeidman.

22        Q    Right.

23        A    I knew that there was a China intrusion

24             because they told me not to and I said

25             that on stage.  "We can't release this.
```

Page 305

```
 1                    I was attacked.  We were told there was
 2                    gonna be a poison pill put in the
 3                    data."
 4                            And Phil Waldren was with me
 5                    on that stage.  And that's when I said
 6                    that.  So we were not allowed to put in
 7                    -- there was China intrusion data --
 8          Q    No, we're --
 9          A    -- in there.
10          Q    -- we're looking at the -- the text,
11                    the reason you couldn't release it
12                    because you didn't have it?
13          A    That's not true.
14          Q    That's what you say, "Dennis didn't
15                    give us anything to use --
16          A    -- this was after I came out of a room
17                    with -- with Josh Merit saying that.
18                    This was before -- look at the date on
19                    here -- what's the date?  6-7...  Okay,
20                    is the date on here?
21                            This is before the cyber
22                    symposium started when he sat in that
23                    room and said the crap he said.  Did we
24                    have all the 32 terabytes?  No, and I
25                    knew we didn't when we left.
```

Page 306

```
 1      Q     So if there's no data as you keep
 2            saying --
 3      A     -- there was data.
 4                        MR. MALONE:  Mike, just let
 5            him finish the question.
 6                        THE WITNESS:  Why is he
 7            doing this?  It's weird.
 8
 9            By Mr. Cain:
10      Q     No, it's not weird.  You say, "Dennis
11            didn't give us anything to bring here."
12      A     I said --
13      Q     -- "No PCAPS."
14      A     (Indicating).
15      Q     Hold on, let me finish.  If -- if
16            there's this poison-pill concern and
17            you don't have PCAPs, what are you
18            concerned about?
19      A     This was before -- this was the day
20            before the symposium.  I'm putting on a
21            symposium and this guy here that
22            grabbed the hard drive from me, sticks
23            it in there after he just validated
24            everything in -- in Texas.
25                        He says to me, in the room,
```

Page 307

```
 1              Josh Merit, he put it in his computer,
 2              he put it in his and he said, "There's
 3              no data here from the 2020 election."
 4                    And I'm going, "What?"  And
 5              I'm arguing with him, I go, "Yes, there
 6              is."  This Mark Cooke, we got this Mark
 7              Cooke -- it's Conan even on phone and
 8              he goes, "Yes, there is."
 9                    And they set and argued in
10              that room.  I left the room mad.  I
11              text Mary Fanning and said according to
12              -- I didn't say according to this Josh
13              Merit -- well, obviously she knew who I
14              was talking about.
15                    Because I'm badmouthing
16              these guys that are attacking -- I
17              didn't know who to believe.
18                    And I'm going -- and
19              basically it was tell Dennis that
20              there's no PCAPs here -- I don't -- or
21              PCAP data, whatever.  That's what it
22              says here.
23                    But if you follow it
24              through, when I went back in there, and
25              after Conan showed them where it was,
```

Page 308

```
 1              "Oh, oh, there it is.  Okay.  There's
 2         the data."  Otherwise, we couldn't have
 3         done the symposium.
 4    Q    Where do you say on this text exchange
 5         that you went back in and Conan
 6         found --
 7    A    -- it doesn't.  I only went out with
 8         Mary; I was desperate.  I hadn't even
 9         been was texting Mary the whole month
10         and a half it was probably.  This was
11         probably that day, I knew she knew
12         Dennis.
13              I'm going -- because she
14         talked to him it all the time.  I go,
15         "You know what?"  It was kind of like
16         they're telling me, "There's nothing
17         here, Mary.  Will you get it to him and
18         find out?"
19              And then they can see where
20         we're talking -- she's talking about
21         Dennis going, "So many traitors, seems
22         like that most of them are good guys,"
23         because I'm talking about Josh Merit.
24              And -- and apparently Mary
25         or somebody maybe found the connection
```

                                        Page 309

```
 1              between Josh Merit and Sidney Powell,
 2              and Dennis now knowing Josh Merit was a
 3              traitor, or whatever he is here, was
 4              upset to know that he knew Sidney
 5              Powell.
 6                     I don't know.  I'm only
 7              reading these texts.  And then it says,
 8              "He -- he told me he gave Conan the --
 9              he gave it to Conan."  Which he did.
10              See, if you read the rest of the text
11              there, "He gave it to Conan," which he
12              did.  Was it the whole 32 terabytes
13              bites?  No.
14                     MR. CAIN:  Object to that as
15              well as non-responsive.
16                     THE WITNESS:  You want
17              answers, that's your answer.
18                     MR. CAIN:  All right.
19
20
21              By Mr. Cain:
22         Q    So your words, "Dennis didn't give us
23              anything to bring here.  No PCAPs.  He
24              got really upset when I picked up Conan
25              and I asked for the evidence."
```

Page 310

```
 1                    Tell me -- tell me what you
 2              remember about this --
 3       A      -- I asked him for my copy and my 32,
 4              and he said I'm still working on one
 5              piece.
 6                    And I said, "Okay," we'll go
 7              -- and I said, "I need it right now.
 8              I've got to get on a plane."  And he
 9              got upset with me, he goes by -- and I
10              -- I said, "We'll let's go -- and I'll
11              -- we'll go have breakfast."  Whatever.
12                    Then Conan and I went and
13              had breakfast and I said, "You know
14              what, I got to get these," -- he had
15              given this one hard drive -- that hard
16              drive I took.
17                    And I said, just give me
18              what you got -- what he's got and we --
19              rather than go get mine out of whatever
20              he's doing -- and the -- and the source
21              code.
22                    Because Conan had that, I
23              guess.  They put it -- they -- Dennis
24              -- they put it in storage, the both of
25              them.  So I said let, "I got to get to
```

Page 311

```
 1              Texas," because I was worried -- there
 2              was a whole event and nothing had been
 3              planned, what we were gonna to do.
 4              and --
 5      Q       Okay, but --
 6      A       -- so I left.
 7      Q       So did Dennis know you were gonna show
 8              up, look for the --
 9      A       Yeah.
10      Q       -- for the evidence?
11      A       Yeah.  Yeah, yeah, he -- he knew that.
12              But he wasn't -- he wasn't ready with
13              one part of it yet.
14      Q       (Inaudible).
15      A       And I go to Conan and Conan -- I go,
16              "Dennis, I said I need this right now.
17              I have to go."  I got upset with him
18              because I wanted to get going.
19      Q       How much lead time -- I mean, we -- we
20              looked at the acquisitions of the
21              blxware.
22                      Some of that paperwork, and
23              assuming it has something to do with
24              this data, how much time did -- did
25              Dennis Montgomery have to put together
```

Page 312

```
 1                 the evidence that you expected to

 2                 receive when you landed in Florida?

 3                        MR. MALONE:  Object to form

 4                 and foundation.

 5                        THE WITNESS:  I don't know

 6                 what you're talking about.  He had

 7                 already made the -- the wheels that I

 8                 wanted.

 9                        Those were already done.  I

10                 had those two, three weeks prior.

11                 Those were the wheels that showed it

12                 was 100 percent from the -- from the

13                 2020 election.  I had those.

14                        I'm going, "You know what?

15                 Whatever else gets -- whatever else he

16                 has ready, it's fine."  You know, the

17                 -- and we ran those on the front screen

18                 the whole time.

19                        And that's where even the

20                 Facebook fact checker said, "Yes, it's

21                 real."

22

23

24                 By Mr. Cain:

25          Q      You're talking about the scrolling text
```

Page 313

```
 1              data?
 2        A     Right.
 3        Q     That's was being run?
 4        A     Right.  Right.
 5        Q     Okay.  And you believe that is evidence
 6              of the election -- data from the
 7              election showing that votes had been
 8              changed?
 9        A     No, I never said that.
10        Q     I am asking you.
11        A     The whole thing was it's from the 2020
12              election, and we had -- we showed that
13              China could -- intruded into our
14              election.  That's what -- that's what
15              the whole thing was about.
16        Q     Okay.  But the scrolling Hex data --
17        A     -- that's the one thing I already had,
18              and I was there and I said, "Here's
19              what I want made.  I want this made..."
20              I even sent that to a lot of the news
21              station.
22                        "Check this out, is this for
23              real?"  And they said, "Yes."  I sent
24              it to the Facebook fact checkers, Allen
25              Duke and Martin over in Belgium, they
```

                                              Page 314

```
 1              said, "Yes, it's time-stamped."  Any
 2              cyber guy can read that.
 3                      And the other stuff we had
 4              -- when Josh Merit got there, it kind
 5              of upset the apple cart.  I'm going,
 6              "What?"
 7       Q      (Inaudible).
 8       A      I said, "Don't sit here and tell me
 9              Dennis Montgomery's stuffs all real,
10              then we get here and you say oh,
11              there's nothing on there."
12                      So as soon as Conan got
13              there, we were able to show him because
14              he -- he either couldn't find it in the
15              file, in that hard drive -- by the way,
16              I think we even -- I believe he even
17              stole that hard drive from the
18              symposium.
19                      I believe he stole that, so
20              -- and I think that's why we took him
21              to court.  We took Josh Merit to court.
22              He stole -- he tried to sabotage the
23              whole symposium.
24                      And I was checking with Mary
25              going, "Did, you know, did Dennis not
```

Page 315

```
 1              give us something on there?  Or is Josh

 2              Merit a sabotager?"

 3                        It turns out Josh Merit was

 4              a sabotager.  And, yeah, we took him to

 5              court right after that.

 6        Q     Mr. Lindell, you're -- you're so far

 7              from the question that we had.

 8        A     Well, you're so far, but this had

 9              nothing to do with Eric Coomer.  This

10              is bizarre.  I've never seen anything

11              like it.

12        Q     So what you -- well, what you said is

13              -- and maybe I missed this because it

14              was buried in what you just told me,

15              that the people, the media people, that

16              you sent the data to before the

17              symposium included -- it included CNN;

18              didn't it?

19        A     That what?

20        Q     CNN had the data, whatever data, or at

21              least a piece of the data before --

22        A     -- I sent it to reporters.  I sent some

23              screen shots of it and not one of them

24              said it wasn't from the 2020 election.

25                        I wanted to get them so
```

Page 316

```
 1              hopefully they would report about it.
 2              The only one that said 100 percent was
 3              Martin from Lead -- from the Allen Duke
 4              Lead Stories.
 5                      And I gave him permission
 6              because he's validated ahead of time
 7              that you could have Skype in because
 8              he's over in Belgium.  So he had a
 9              cyber guy there.
10                      He's the one that told me
11              two of these streams, the Wisconsin and
12              Pennsylvania were the same.  I said,
13              "But it's from the 2020 election?"
14                      And he said, "Yeah, they're
15              -- it's the time-stamp."  And he
16              agreed.  So I go, "Okay, good."
17                      MR. MALONE:  Mike, do you
18              need a break to deal with...
19                      THE WITNESS:  What?
20                      MR. MALONE:  Do you need a
21              break to deal with...
22                      THE WITNESS:  I got to just
23              send him a text here.
24                      MR. CAIN:  You send that
25              off.  Let's do it off the record.
```

Page 317

```
 1            Let's take a break.
 2                      THE VIDEOGRAPHER:  We are
 3            going off the record.  The time now is
 4            2:51.
 5                      REPORTER'S NOTE:  Whereupon,
                        a short recess is taken.

 6
 7                      THE VIDEOGRAPHER:  We are
 8            back on the record.  This is the start
 9            of Media Number 5.  The time is 3:06.
10
11
12            By Mr. Cain:
13       Q    Mr. Lindell, we've been at looking at
14            Exhibit 189 --
15       A    (Indicating).
16       Q    -- these text messages.  Have those
17            been produced --
18                      MR. CAIN:  -- this may be
19            more for Mr. Malone, but have these
20            been produced in this case?  I believe
21            these were produced in the Smartmatic
22            case.
23                      MR. MALONE:  Objection to
24            foundation.  Oh, are you asking me?
25                      MR. CAIN:  Yeah.
```

                                        Page 318

```
 1                         MR. MALONE:  I don't believe

 2            these have been produced.  I don't

 3            believe they've been asked for either.

 4            We can go back to confirm.

 5                         MR. CAIN:  Okay.

 6

 7

 8            By Mr. Cain:

 9       Q    Going back to the text exchange, Mr.

10            Lindell, the second part of the -- the

11            sentence that we were looking at, "He

12            got really upset when I picked up Conan

13            and I asked for the evidence."

14       A    (Indicating).

15       Q    And I think your testimony is that

16            Dennis Montgomery got upset because he

17            had not finished a piece of it that he

18            was going to be providing to you; is

19            that right?

20       A    That's what -- because I -- I said to

21            Conan, "Do we have everything?"  And he

22            said there's one piece.  I said,

23            "Dennis I need all of it right now, I

24            got to go."  And he got upset.

25                         And I said, "Okay," I -- I
```

Page 319

```
 1              said, "Okay.  Well, can you just give

 2              me..."  "I need a little bit of time to

 3              get it ready."

 4                     And we went up to the

 5              restaurant and I told Conan I had to

 6              leave.  And I told you the rest.

 7       Q      Okay.  But how long -- what I was

 8              trying to get in my prior question is

 9              how long did Dennis Montgomery have to

10              compile this information that you were

11              going to be presenting at the Cyber

12              Symposium.

13       A      I don't know.  Four weeks maybe at the

14              most, four, four and a half, five

15              weeks.  I was there when they worked

16              for about a few days when he worked on

17              the one part of it.

18                     And we had done with that

19              and I said, "Okay," -- because it was

20              like here's what I wanted -- I wanted

21              at least get some so we can present,

22              and bring all the -- bring all the

23              terabytes, I was gonna turn in the

24              cyber '15 act.

25                     And -- and he -- basically
```

Page 320

```
 1              he was getting my cyber -- or my
 2              terabytes ready, my copy too which took
 3              -- which took quite a while.
 4     Q    Okay.
 5     A    Five weeks maybe.
 6     Q    But you go on to say, sir, he said to
 7              go have breakfast, meaning Dennis
 8              Montgomery, and we did, and he never
 9              answered my text or calls after I
10              called him back.
11                   So you're -- you're trying
12              to get this data from Mr. Montgomery
13              and he's not even answering --
14     A    -- no, no, no, he answered my calls.
15     Q    Why do you say he never answered my
16              text or calls?
17     A    This is probably after I left there.
18              So this, in the context of Mary
19              Fanning, I'm in a panic, I just got out
20              of that room with Josh Merit pulling
21              his stunt.
22                   I said, "He hasn't answered
23              my," -- means he hasn't answered after
24              -- when we called him, after I got to
25              -- from Texas, got to the Cyber
```

Page 321

```
 1                  Symposium, the day before, after Josh
 2                  said that, I called Dennis and stuff
 3                  first before reaching out to Mary, you
 4                  know.
 5                       I called Dennis and he
 6                  wasn't answering.  He wasn't answering
 7                  my text.
 8       Q    That didn't concern you?
 9       A    It concerned me until I found out later
10            he had a stroke, yeah, it was
11            concerning going, "What happened to
12            him?"  I was worried.  I was concerned.
13       Q    Who told you he had a stroke?
14       A    Huh?
15       Q    Who told you --
16       A    -- this was during that thing.  I don't
17            know some guys at the thing, or Mary
18            said that.  I don't know who said that.
19            I heard he had a stroke.
20       Q    At what point did you start having some
21            red flags in your mind that Dennis
22            Montgomery was not who he claimed to
23            be?
24       A    I never had that --
25                      MR. MALONE:  -- object to
```

Page 322

```
 1                    form.
 2                            THE WITNESS:  I never had
 3                    that in my life.  Ever.  Ever.  So
 4                    that's not true at all.
 5

 6

 7                    By Mr. Cain:
 8          Q    Because he supports your narrative that
 9                    the election was rigged?
10          A    No, he didn't support that at all.  He
11                    just -- he had evidence about here's --
12                    here's the information -- here's the
13                    data.
14                            This wasn't about turning
15                    evidence over to Donald Trump.  He had
16                    evidence that had China intruded on our
17                    elections.  It's critical
18                    infrastructure.
19                            You can't put that on me
20                    about -- about just making this a
21                    Donald trump thing.  That's disgusting.
22          Q    How many people have you, cyber
23                    experts, have you heard either on
24                    television or through reports that say
25                    that Dennis Montgomery's so-called
```

Veritext Legal Solutions
800-336-4000

```
 1              evidence is a hoax?  How many people
 2              have you --
 3      A       -- nobody.  Nobody.
 4      Q       No one's told you that?
 5      A       No, only the ones that told me that
 6              said -- Josh Merit said it was good and
 7              then Josh Merit turned around and said
 8              it wasn't at the -- or he state there
 9              was nothing there -- it wasn't there,
10              that's -- that's right.
11                   So only Josh Merit.
12              Everyone else that's seen this evidence
13              that's been there has said, "It's 100
14              percent -- 100 percent real."  Which
15              includes I can name them -- we've hired
16              people at our law firm and they've went
17              down there and validated at his house.
18      Q       Zeidman got the award of the $5 million
19              dollars.  So he told you?
20      A       He didn't get nothing.  Zeidman's not a
21              cyber expert.  I don't even -- he
22              couldn't even open Wire Shark.  I don't
23              know that guy.
24      Q       He got -- he got --
25      A       -- I hired real cyber guys, not Zeidman
```

Page 324

```
 1              who's a -- who's a complete hoax.  That
 2              will all come out, he's a criminal.
 3              Whatever he is, I don't know what he
 4              did this for.
 5                      He's a -- it's a big lie.
 6              He's with the guy that had blxware that
 7              knew it was 100 percent evidence.
 8                      MR. CAIN:  Objection;
 9              non-responsive.
10
11
12              By Mr. Cain:
13      Q       He's the one who got $5 million dollars
14              --
15      A       -- he didn't get $5 million; it's in
16              court.  It goes to court next year.
17              What's wrong with you?  You know that.
18              He didn't get any 5 million dollars.
19      Q       You didn't read the arbitration award?
20      A       He lost -- he lost the judgment; okay?
21              With the judges.  He lost it 3 to zip.
22              Then he took it to arbitration, they --
23              they made some mistakes there.  And
24              then -- and now it's going to court.
25      Q       Okay.
```

Page 325

```
 1        A      I had 30 days to bring it to court, and
 2               I brought it to court.  And that will
 3               be sometime next year.  A year from
 4               now.  It's funny they pushed it off to
 5               2024.  That's weird.
 6        Q      Are you saying to the jury that Mr.
 7               Zeidman didn't receive an award from
 8               the arbitrators -- you haven't paid it
 9               yet, I understand that.
10        A      It's in court.
11        Q      Five million dollars.
12        A      It's in court.
13        Q      Did he get the award or not?
14        A      No, he didn't get a reward because it's
15               in court.
16        Q      That was the determination from the
17               panel.  I know it hasn't been
18               finalized, that's a different issue.
19               But he was given a $5 --
20        A      -- it has to go through the courts.  We
21               -- did they rule?  These judges saying,
22               "Yeah, we're gonna give you -- we're
23               gonna award 5 million dollars."  Now
24               here, take it to court, that's where
25               we're going.  So yeah.
```

                                            Page 326

```
 1     Q    Did he get the award of 5 million
 2          dollars?
 3     A    No, it's in the court.  What's the
 4          matter with you?  It's in court -- it's
 5          maybe a year from now.  He did not get
 6          an award of 5 million dollars.  I'm not
 7          gonna pay for something he's not
 8          entitled to.
 9                      It's going to court.  Do you
10          get that?
11     Q    Yeah, I get exactly what's going on.
12     A    (Laughing).
13     Q    I don't think you do.  All right.  So
14          the arbitration panel that heard the
15          evidence determined that he was
16          entitled to 5 million dollars because
17          there wasn't evidence presented related
18          to the 2020 election --
19     A    That's --
20     Q    -- isn't that true?
21     A    That's -- he -- they said he -- he has
22          an award, that's what the panel said.
23          Now what was presented, I have no idea
24          what -- what -- they did some very -- a
25          lot of things wrong there, that's what
```

Page 327

```
 1              my lawyers have said.  So it's going to
 2              court.
 3      Q    Right.  But you're being evasive; you
 4              know what I'm asking you.
 5      A    You're asking if he got an award.  No.
 6              I've not -- I've not paid him because
 7              it's going to court.  100 percent.
 8                     I'm not paying him, is it's
 9              going to court.  You think I'm gonna
10              pay him -- pay for something I didn't
11              -- he is not entitled to?
12      Q    You're --
13      A    -- ana a hundred other people say it's
14              from the 2020 election.  And he's the
15              only one in the world -- and all of
16              sudden he shows up with some attorney
17              that would -- that knew all about
18              Dennis Montgomery and the evidence
19              because he was involved, and he got
20              money for it?  Unbelievable.
21      Q    All right.
22                     MR. CAIN:  So object to all
23              of as evasive and non-responsive.
24
25
```

Page 328

```
 1              By Mr. Cain:
 2      Q    Josh Merit told you the data was not
 3            what it purported to be.  Mr. Zeidman
 4            has an arbitration ruling for 5
 5            million --
 6      A    -- that's not true.
 7      Q    Dollars --
 8      A    -- that's not true what you just said.
 9            Josh Merit said 100 percent Dennis
10            Montgomery's stuff, 100 percent, he had
11            checked it all out, it was 100 percent
12            bonafide good evidence.
13                   And he said that to the
14            cyber guys down -- or I mean, to aids
15            off down there on a chalkboard.  He
16            said it then.  We get up there, he said
17            -- he didn't say it was bad evidence,
18            he said there was nothing there.  Then
19            when Conan Hayes said, "Oh, here's
20            where it is on the hard drive."
21                   Josh Merit said, "Yes, it's
22            from the 2020 election."  That's what
23            Josh Merit said.  So that's not true.
24                   And we have Josh Merit on
25            tape going, "We're going to steal this
```

Page 329

```
 1              5 million dollars."  It was a set up,
 2              we have him on tape -- do you know
 3              that?  Him and his wife.
 4                      Do you know that?  That he
 5              was there to sabotage the event and we
 6              have him on tape?
 7                      THE WITNESS:  We have him on
 8              tape, have you given him that evidence?
 9                      MR. MALONE:  I'm -- I'm not
10              sure which evidence you're --
11                      THE WITNESS:  -- there's a
12              tape of Josh Merit, with a -- with a
13              radio host going, me and my wife, we're
14              sabotaging -- we're going after --
15              gonna get this 5 million.  It was all a
16              set up.
17                      And I have -- there's so
18              many swear words, we couldn't even play
19              it on the show.  We had edit it out,
20              beep, beep, beep, beep, beep.
21
22
23              By Mr. Cain:
24          Q   Mr. Lindell, you've been yelling,
25              you're yelling more, you're being
```

                                        Page 330

```
 1                    evasive.  We're spending a lot of time

 2                    going over --

 3          A    -- evasive what?  You keep saying lies.

 4                    Josh Merit didn't say the evidence was

 5                    no good.  He said --

 6          Q    -- you're interrupting.

 7          A    Well, you're the one that said that.

 8                    Don't put a lie there, I'm gonna call

 9                    you out on it.

10          Q    Josh Merit did tell you that, that's

11                    why your upset with --

12          A    -- no, Josh Merit did not say that, he

13                    said 100 percent it was good.  I was

14                    happy when I met the guy.

15                            He said, "100 percent, I

16                    have checked out Dennis Montgomery's

17                    evidence."  And he said it, and I have

18                    four witnesses there that he said that.

19                    So you are lying.

20          Q    Okay.  So he confirmed that the

21                    evidence was good throughout --

22          A    -- 100 percent, 100 percent.  He -- and

23                    you could put him right here in this

24                    room and he'd -- if under oath and he

25                    would say the same thing.
```

                                                        Page 331

```
 1      Q      And he confirmed then and told you the

 2             same thing at the symposium?

 3      A      No.  The day before the --

 4      Q      -- no, wait.  Did he --

 5      A      -- the day before the symposium -- the

 6             before the symposium he said it wasn't

 7             there.  Then we go, "Oh, here it is on

 8             the file."

 9                     Then he said, "Oh, yes, it

10             is from the 2020 election."  So you're

11             lying.  He -- he changed his tune when

12             we had somebody that knew how to open

13             his thing.

14                     He was just trying to hide

15             it.  I'm going, of course it's there.

16             Conan showed him, the other guy said,

17             "Oh, here it is."  They all went in the

18             room and said okay, ding, ding, ding,

19             they went around to get their

20             presentations ready.

21                     What they were gonna drop

22             into the cyber room; I wasn't involved

23             in that.  Josh was.  And all of a

24             sudden he sabotages the thing, sends an

25             article to the Enquirer or some place
```

Page 332

```
 1                    in New York and Washington.

 2                         Then he steals the hard

 3               drive, and he left with the hard drive.

 4               So we couldn't even go, "Hey, where's

 5               the hard drive?"  And we took him to

 6               court for that.

 7                         He had no right to take that

 8               evidence that wasn't his.  That's a

 9               fact.

10                    MR. CAIN:  Objection;

11               non-responsive.

12                    THE WITNESS:  Well, he'd

13               asked me, that's the answer.  Josh

14               Merit was there -- he was there to

15               sabotage, and we got him on tape saying

16               that's what he was gonna do.

17                         Maybe -- you better give him

18               that evidence because that's a -- I'll

19               put that down, we have a tape where he

20               says exactly what he is gonna do.

21                    MR. CAIN:  There's --

22               there's not a question pending, sir.

23                    THE WITNESS:  Well, you need

24               to have the evidence anyway.  So you

25               know what I know.  There's -- I -- I
```

Page 333

```
 1              don't know why my lawyers withheld

 2              that.

 3                        MR. MALONE:  We didn't

 4              withhold anything.

 5                        THE WITNESS:  (Laughing).

 6                        MR. MALONE:  Don't say that.

 7                        THE WITNESS:  Well --

 8                        MR. MALONE:  (Inaudible).

 9                        THE WITNESS:  -- did you

10              ever see it.  Do you know the tape I'm

11              talking about?  Maybe, I've never given

12              you that tape.

13                        MR. MALONE:  Mike, we'll

14              talk about that after.  Let's just wait

15              for the next question (inaudible) --

16                        THE WITNESS:  -- all right.

17

18              By Mr. Cain:

19         Q    Back to Exhibit 189.  I want to cover a

20              few more topics and then I'm gonna

21              suspend this to file a motion.

22         A    (Indicating).

23         Q    But as it relates to this last exchange

24              on the page, you say, "He," -- we

25              covered this, "He said," meaning Dennis
```

                                        Page 334

```
 1              Montgomery, "To go have breakfast and

 2              we did and he never answered my text or

 3              calls.  After I called him back."

 4                     And then the next sentence

 5              you say, "No, I was there.  He gave a

 6              file that only contained a small amount

 7              of hex data."

 8                     So that's what you got from

 9              Dennis Montgomery that day; right?

10      A    No, that's what -- what -- what he --

11              what I'm saying there that the file,

12              that wasn't the hard drive that Conan

13              gave me.

14                     That Conan -- that he has

15              stuff -- he had whatever he had on that

16              file, there was a lot more than the hex

17              data, the hex data he gave me was those

18              rolling things on the -- on the front

19              of the thing.  There were two things I

20              had.  I had the hex data that I got

21              from Dennis directly.

22                     So that's what I'm talking

23              about there.  You know those spinning

24              files?  That's what I got from him.

25              Conan gave me the drive that he got
```

Page 335

```
 1              from Dennis for the -- for the -- but

 2              it wasn't in all the terabytes and he

 3              said here that is what you need to

 4              bring to -- to Texas.

 5     Q    That's the drive that was provided

 6          to --

 7     A    Right.

 8     Q    -- Mr. Merit?

 9     A    Right.  But I had my Hex Data that I

10              had on to roll on the screens.  That's

11              what I was saying.

12                  He gave me a file that Hex

13              Data that on the board -- and, in fact,

14              I'm even looking here it says, "Two of

15              them were rolling where frank," -- it

16              states, "Two of them are the same."

17                  Because I -- the Facebook

18              fact checker said just call me, it must

19              be when I gave this text.  In other

20              words, I was trying to telling Dennis

21              there's also -- there's a mistake, he

22              needs to flip the -- or there was a

23              duplicate mistake.

24                  But he just put up Wisconsin

25              and Pennsylvania.  There were two
```

Page 336

```
 1              Wisconsin's instead of a one -- instead
 2              of a Pennsylvania and a Wisconsin,
 3              that's all.  And that was corrected.
 4                      I don't -- Dennis couldn't
 5              do it because he had all -- apparently
 6              by then he had went and had a stroke.
 7              So we couldn't even get that corrected
 8              on the big screen.
 9                      So you had two that were the
10              same, but we had enough up there anyway
11              that part didn't matter.
12       Q     Was the hard drive --
13                      MR. CAIN:  -- and object
14              again to non-responsiveness.
15
16
17              By Mr. Cain:
18       Q     Was the hard drive that you say you got
19              from Dennis Montgomery provided to the
20              people on the red team, as you
21              described it?
22       A     Not -- there's two things we got.  I
23              said what I got was the Hex Data thing,
24              the other hard drive, yes, that was
25              provided to the red team.
```

Page 337

```
 1                          That's what we have brought
 2               to Texas and then brought to the red
 3               team.
 4        Q      Was the material that was on the hard
 5               drive provided to the attendees, the
 6               cyber experts -- other cyber experts,
 7               at the symposium?
 8        A      It's everything except the third day,
 9               which was the China stuff because of
10               what I was told by Phil Waldren and
11               because of the attack on the night of
12               the -- the second night of the
13               symposium.
14        Q      But you don't say anything about Phil
15               Waldren or a poison pill in this text
16               exchange.
17        A      Because this wasn't on here yet.  That
18               was the third -- that was the night of
19               the second.
20        Q      Where are you --
21        A      -- these texts -- these texts that --
22               from Mary Fanning is the day before the
23               symposium.  This is the day before the
24               symposium, I believe.
25        Q      Do you have texts with Ms. Fanning
```

Page 338

```
 1              about the poison pill through the

 2              symposium and afterwards?

 3      A       No, I don't see them here.  No.

 4      Q       Who'd -- who'd you text with during the

 5              symposium about this so called poison

 6              pill?

 7      A       I didn't text anyone.  I was there.  I

 8              lived it.  My gal and I got attacked up

 9              above.  And Phil Waldren, they all knew

10              that, the whole red team or whatever.

11                      Phil Waldren, after we had

12              called the cops, he says again -- and

13              then he says -- he said -- because he

14              was worried, he was checking for

15              punctures, him and another military

16              guy, to check him for punctures.

17                      We had a picture of the guy,

18              we knew who they were, turned it into

19              police, and we even had put the

20              pictures out all over the country, but

21              they -- it's kind of weird, they

22              couldn't find him.  That's strange.

23      Q       Sir --

24      A       -- and then Phil Waldren said, "We

25              can't drop the China data because
```

```
 1                    they're gonna put a poison pill in."
 2                         And it's the same warning I
 3               got back.  Back off, basically.  Don't
 4               do what you think you're going to do
 5               was the threat.
 6                         MR. CAIN:  Objection.
 7                         THE WITNESS:  It's a very --
 8               you have no idea what you're -- what
 9               you're doing.  That's what the guy
10               said.
11                         And the other two guys that
12               were standing there, that were in on
13               it, both of them -- well, you'd have to
14               read the report.  We -- whatever I said
15               in that report was quote.  There were
16               -- there was three of them together.
17                         MR. CAIN:  Once again you're
18               not being responsive, and you're being
19               evasive.
20
21
22               By Mr. Cain:
23          Q    The -- the reason that I'm asking about
24               the poison pill is that the truth is
25               that you didn't have the PCAPs and
```

Page 340

```
 1              that's why you couldn't --
 2      A       -- no, Dennis -- or -- or Phil Waldren
 3              said we couldn't drop -- this was the
 4              China thing, the China intrusion, that
 5              morning is when we were going to drop
 6              that in the cyber room.
 7                      That's what -- I -- I had --
 8              I'd go into that red team, I wasn't in
 9              there planning stuff everyday.  What
10              they were gonna put on that stage.
11                      But I said, "We are putting
12              down the China intrusion tomorrow."
13              And then I got attacked that night.
14                      And Phil Walgren -- you can
15              ask him straight up, said, "We can't
16              put down the China stuff because
17              there's gonna be a poison pill put in."
18              That is period.
19                      That was a -- that's 100
20              percent fact.  Right out of his mouth.
21      Q       The next -- very next sentence on your
22              text --
23                      MR. CAIN:  -- again, object
24              to non-responsiveness.
25
```

Page 341

```
 1
 2              By Mr. Cain:
 3      Q      You say, "Conan and I have been
 4             stalling them and have no PCAPs."  So
 5             you were stalling your red team members
 6             because you actually didn't have the
 7             evidence that you were going to provide
 8             to them?
 9      A      No.
10      Q      And that's why --
11      A      -- this is what I'm trying to tell you.
12             This is when Josh Merit said this.  We
13             were sitting there going -- and we're
14             going -- I'm looking at Conan, "Can you
15             find," he's looking through the drive,
16             he finally found them and we brought
17             them in.
18                     This was in between going we
19             don't have the data -- because Josh
20             Merit we don't -- for all I know Josh
21             Merit tried to delete it.  And then
22             when Conan -- when he got it, we
23             brought it back to the red -- red -- or
24             to the red team and they went through
25             it all and said, "Okay."
```

Page 342

```
 1                    It was a big relief to me
 2          because I'm going, "What, do we have a
 3          blank hard drive or something because
 4          Josh Merit said that?"
 5                    And then we find out later,
 6          because we have the tape of him doing
 7          exactly what he was gonna do.  He tried
 8          -- and then he took that hard drive
 9          with him and stole it.
10                    So this was before -- before
11          -- this was before I knew that there
12          was still stuff on that hard drive
13          because Conan was able to get it off
14          even no matter what Josh Merit did in
15          that room with that, he should've never
16          been allowed to put that in his
17          computer.
18                    Because whatever he did --
19          and I don't know if he tried to delete
20          it or what.  But Conan found it, we
21          brought it back in there, and all the
22          red team looked at it and said, "Okay,
23          let's go.  Let's move forward."
24                    Otherwise, you wouldn't be
25          able to have a Cyber Symposium.
```

Page 343

```
 1      Q     Well you ended up having --
 2                        MR. CAIN:  -- again,
 3            non-responsive.
 4
 5
 6            By Mr. Cain:
 7      Q     But you ended up having a Cyber
 8            Symposium without PCAPs as promised;
 9            isn't that true?
10      A     No.  PCAP data -- to me it was all the
11            same.  PCAP, Hex Data brought cyber
12            data, I don't know what you're --
13            you're separating two different things
14            there.
15                        Everything that I had -- did
16            I have all the terabytes?  No, I
17            couldn't have put them all down anyway.
18            All I wanted was to show the world,
19            here's part of them, here's China and,
20            you know what?  All the media would go,
21            "Wow, let's check and see if some -- if
22            there's a problem."
23                        You drop the stuff off in
24            Texas under the cyber '15 act, and we
25            all go home; we fix our election
```

Page 344

```
 1                    platform.  How hard is that to

 2                    understand?

 3       Q    Why were you stalling them then.

 4       A    Because Conan was trying to find this

 5                    on his hard drive that we took right

 6                    out of Josh Merit's hands after he had

 7                    it for two hours.

 8                         And I'm going, "Conan is

 9                    there really..." because I didn't know

10                    who to believe at that point.  I'm

11                    going, Josh Merit just validated and

12                    said all of Dennis Montgomery's stuff

13                    is good.

14                         Now we've got this guy I

15                    don't even know saying that there's

16                    nothing on the tape, that it was empty.

17                    He didn't say it was bad, he said it

18                    was empty.

19                         So Conan went on there and

20                    he's stall -- I'm stalling, I'm going,

21                    "He's getting it.  He's getting it.

22                    He's getting it."

23                         So we're calling to see if

24                    Dennis, you know, did he give us a

25                    blank hard drive?  And Conan said, "I
```

                                              Page 345

```
 1                  seen it before."
 2                       Conan had it on his computer
 3                  -- or he had -- he had checked the hard
 4                  drive before I left.  So we thought
 5                  maybe, you know, I don't know was it
 6                  hidden by some code?
 7                       But Dennis got --  or Conan
 8                  found it then.  We didn't get the stuff
 9                  from Dennis because we couldn't reach
10                  him because apparently he had a stroke.
11                       But Conan found it and when
12                  I brought it back in the red room, but
13                  this time I didn't give it to Josh, we
14                  realized by that time -- there was a
15                  guy name Todd Sanders there, too.
16                       And Todd was kind of going
17                  back and forth between the rooms.  And
18                  Todd said -- I -- I go, "Don't give it
19                  to Josh.  There's something wrong here.
20                  There's something seriously wrong."
21                       So then Todd gave it to the
22                  other cyber guys and I went in the room
23                  to make sure he didn't touch it.  And
24                  all of them looked at it, we're all,
25                  "There it is."  And that was it.
```

Page 346

```
 1                     And realize the Cyber
 2             Symposium wasn't going on.  This was
 3             either the day before, or two days
 4             before.  I think it was one day before.
 5      Q      If you'll turn to the next page --
 6      A      (Indicating).  (Witness complying).
 7      Q      -- on this exhibit.  Some -- there's
 8             some additional discussion from Mary
 9             Fanning, you can read it if you care
10             to, I'm more concerned or interested in
11             your response to her.
12                     In the top third of the
13             page, you start, "I feel like I'm in
14             the Twilight Zone."
15      A      All right.
16      Q      "Dennis and Conan worked hard to get
17             the stuff ready for almost a month.
18             Mary, he told me I would get
19             everything."  I'll stop there.
20                     You mean there, Dennis
21             Montgomery told you you would get all
22             the of data you were expecting, the
23             full, as you call it, 32 terabytes,
24             relating to the 2020 election; right?
25             That's what you're referring to.
```

                                        Page 347

```
 1      A      Right.  Which I did have a copy and --
 2             and the source code.  But I (inaudible)
 3             got it with me -- I didn't bring it
 4             with me because it was in -- in
 5             storage.  That's correct.
 6      Q      Wait, it was in storage?
 7      A      It was in storage.  Conan and him had
 8             bought it to a thing.  When I went up
 9             to the -- went up to the thing -- or
10             out to the restaurant and -- and -- by
11             then I said I got to leave, you bring
12             it with, Conan.
13                        Give me what you got, I had
14             to get -- I had to get going.  But by
15             this time, after listening to Josh, I'm
16             going Mary, I bought -- you know,
17             what'd I say, I bought a house for $2
18             million or whatever.
19                        I didn't actually by him any
20             house.  But I bought -- you know he
21             used the money apparently to buy the
22             house.
23                        And I said so I got all this
24             money.  At that time I believed that
25             Josh Merit going -- what he -- he
```

Page 348

```
 1                    didn't -- he didn't even send anything
 2                    in this hard drive but I didn't know
 3                    he'd already had a stroke.
 4        Q    Well, you don't say the data is in
 5                    storage in Texas or anything like that.
 6                    You say to Mary Fanning, "He told me I
 7                    would get everything."
 8        A    Right.
 9        Q    You didn't get it --
10        A    -- Conan was there and they made a copy
11                    and put it in storage in a locker for
12                    me when I got there.  Okay?  Do you
13                    understand that part?  And my source
14                    code.
15                         That was all there.  I
16                    didn't bring it with me on the plane.
17                    I didn't want -- you know, here's the
18                    -- here's the thing what you need to
19                    understand.
20        Q    Well --
21        A    -- he was making a copy to bring to the
22                    symposium.  My copy was in storage, so
23                    it didn't get taken or broke, you know
24                    what I mean?  Mine was under lock and
25                    key in storage.
```

Page 349

```
 1                    I had these two big
 2           computers, one was at the symposium
 3           that I brought there, so the data could
 4           just be put down through this hard
 5           drive into -- into the cyber room.
 6           That's the way it was set up.
 7      Q    You say though, that you didn't get
 8           everything from Mr. Montgomery.
 9      A    I did not, because I left there without
10           my copy.  But, yeah, I wasn't bringing
11           my copy anyway.  That was in lock and
12           key which you now have a copy of.
13                    That was under lock and key.
14           Just because you have a -- a download
15           of that -- this stuff was set up to
16           just -- here we're gonna feed this into
17           the cyber symposium, we're gonna feed
18           this much in.
19                    You can't put all the -- all
20           the -- people didn't understand.  It
21           was supposed to be here, cyber guys
22           look at this, and everybody was gonna,
23           "Wow, it's from 2020," and then the
24           media is gonna and everyone's gonna
25           say, "Wow, this is real.  We need to do
```

Page 350

```
 1                    something."

 2        Q     (Inaudible).

 3        A     That was the whole thing.  Think -- it

 4              was a very planned, it wasn't like

 5              here's the -- here's the 32 terabytes,

 6              everybody have a ball.

 7                    You realize there's still a

 8              gag order, we had to show that it's

 9              from 2020.  You know, that's -- you --

10              you still had a gag order there so you

11              could only put so much -- I couldn't

12              bring the source codes and say here you

13              go, Guys.

14        Q     Mr. Lindell, you've told me that story

15              in response to other questions.

16        A     Okay.  So I don't know what you want to

17              tell me.

18        Q     Well, if you'd listen to my question

19              and answer it --

20        A     (Indicating).

21        Q     -- that would probably be a good place

22              to start.

23                    With respect to this

24              statement, I've heard what you've say,

25              I don't find it very credible.  But
```

Page 351

```
 1              I'll move on to the next part the
 2         sentence.
 3                   The next part of the
 4         sentence is, "I bought him had a $2
 5         million house," is that the $1.8
 6         million dollar transaction we saw --
 7    A    -- this -- I didn't buy him the house.
 8         This is this $1.8 that's in question
 9         over here on the exhibit -- on this
10         exhibit.  Whatever this agreement is.
11         There's no --
12    Q    -- then why did you say that you bought
13         him a $2 million house?  If you didn't
14         buy him a --
15    A    To -- to Mary?
16    Q    -- $2 million house?
17    A    I didn't buy him the house.  Now, did I
18         give him the -- did I do this money so
19         he could buy a house?  It's the way I
20         put it there.
21                   I didn't go buy him a house.
22         He used it to buy a house.
23    Q    They're your words, sir.
24    A    I -- I know that's my words.
25    Q    Okay.
```

                                        Page 352

```
 1        A      Did I give him $1.8 million for this
 2               thing and he bought him a house?  Yeah.
 3               Did I say I bought him a house -- you
 4               take it any way you want.  It's the
 5               same thing.
 6        Q      And you bought him another -- well, it
 7               depends on -- on who's looking at the
 8               transaction, but you -- you go on to
 9               say, "You bought -- or you gave him
10               another $1.1 million --
11        A      -- that was for those two other
12               companies.
13        Q      -- earlier.
14        A      Yep.
15        Q      "He signed everything over to me."
16               Meaning what?
17        A      That this was -- whatever blxware is --
18               whatever you see here.  Right there,
19               blxware and the two other companies.
20        Q      "I flew down there to pick it up and he
21               told me to leave and come back in an
22               hour."  That's what we talked about --
23        A      Yeah.
24        Q      -- you got to go.
25        A      Yep.
```

```
 1       Q      Because he said he didn't have it ready
 2              for you?
 3       A      No.  Conan said we needed one more
 4              thing and he say's I'll get it ready.
 5              I said you knew I had to leave now.
 6                       I was in a hurry; I had to
 7              do a complete flip and head to Texas.
 8              I was inpatient.  That was probably
 9              more me than anything.
10       Q      When did you receive the rest of the
11              data -- if -- if you didn't have it at
12              the time that you left Florida?
13       A      That was right away it, it was in a
14              that storage I've -- I've had that for
15              since Day 1, or since that time.
16       Q      Okay.
17       A      A copy.
18       Q      The next sentence says, "We have a
19              rolling of data," and I think you
20              referenced this earlier --
21       A      Yep.
22       Q      -- "...on frank..."  That means
23              Frankspeech; right?
24       A      (Indicating).
25       Q      "...of six states and two of them are
```

Page 354

```
 1                 the same."
 2      A    Right.  That's when -- that was when
 3           Martin told me from Lead Stories, he
 4           called me up, Facebook Fact Checker,
 5           said, "Mike, what do you have rolling?
 6           I just want to tell you, one of them
 7           does -- that two are the same."
 8                    And he said -- I said,
 9           "Martin, it's it -- it's from 2020;
10           right?"  And he said, "Yes."  So that
11           was very -- I was very happy to hear
12           that from him.
13      Q    Ms. Fanning on this exhibit goes on to
14           say that, "Dennis had a stroke and was
15           in the hospital."
16      A    (Indicating).
17      Q    And you've never independently verified
18           that he actually had -- well -- well,
19           let me -- let me ask it this way.  Was
20           he supposed to be at the symposium?
21      A    No.
22      Q    Mr. Montgomery?
23      A    No.
24      Q    Okay.  Then the next --
25      A    -- and, yeah, that has been validated
```

Page 355

```
 1                 by -- that's been validated.  When you
 2                 said that -- what do you mean it's
 3                 never been validated?
 4        Q        (No response).
 5        A        Why -- why would you say something like
 6                 that?
 7        Q        I asked you if you had -- if you'd
 8                 listened.
 9        A        I've talked to his different people
10                 down there.  His other -- his one
11                 lawyer that validated, this guy named
12                 Chris -- he's said -- I've -- I've
13                 asked him.
14                       You know, "Was this ever
15                 validated?"  Because, you know, in case
16                 it was ever brought.  He said
17                 absolutely it was validated.
18        Q        And you still weren't concerned that
19                 you were being defrauded at this point;
20                 right?
21        A        No, I've never been concerned
22                 defrauded.  Are you kidding me?
23        Q        No, I'm not kidding you.
24        A        (Laughing).  I've seen -- I've seen --
25                 he's shown me -- he showed me his
```

Page 356

```
 1              technology in compression.

 2                        I've been to the mountain;

 3              I've seen it.  I've had other cyber

 4              guys in his house and look at it and

 5              go, "Wow, there it all is.  This

 6              technology.  Here's this data."

 7                        I've watched him take a

 8              (indicating) you know, suck data out of

 9              the sky, or this room and he can do

10              anything.

11     Q        You're -- you're, as far as I know at

12              least, you're the only one in the

13              country that's -- that's still actively

14              promoting this.

15                        THE WITNESS:  Okay.

16                        MR. CAIN:  (Inaudible).

17                        THE WITNESS:  This is an

18              emergency call.  I'm sorry you guys --

19                        MR. CAIN:  -- this is not an

20              agreed-upon break.  You've been on your

21              phone --

22                        THE WITNESS:  -- okay.  I've

23              got an emergency.  I don't care what

24              you say.  This is -- this is what you

25              guys have cost me.  This is my
```

Page 357

```
 1                    business, I have 1500 employees relying
 2                    on this, you jerk.
 3                            MR. MALONE:  For the record,
 4                    I don't know what the emergency is.  If
 5                    we're still on the record, I will look
 6                    into it.  What was the -- part the
 7                    question that was Mr. Cain read before
 8                    Mr. Lindell left?
 9                            MR. CAIN:  It doesn't
10                    matter.  It wasn't an agreed-upon
11                    break.
12                            THE VIDEOGRAPHER:  Is it
13                    okay to go off?
14                            MR. CAIN:  Unless you want
15                    to say something else.
16                            MR. MALONE:  We're okay to
17                    go off.
18                            THE VIDEOGRAPHER:  Going off
19                    the record.  The time now is 3:37.
20                            REPORTER'S NOTE:  Whereupon,
                             a short recess is taken.
21
22                            THE VIDEOGRAPHER:  We are
23                    back on the record.  This is the start
24                    of Media Number 6.  The time is 3:40.
25
```

Page 358

```
 1
 2            By Mr. Cain:
 3    Q    Mr. Lindell, I understand you have a
 4         15-minute window and then you need to
 5         take --
 6    A    -- that's right.  Then I got to go with
 7         my -- with this bank.  And I got to get
 8         on there, it's an emergency, or I can't
 9         -- or I borrowed money and if this
10         stops it, I'm in a lot of trouble.
11         Won't make payroll.
12                   MR. CAIN:  So here's what
13         I'm going to do.  I'm gonna suspend
14         this deposition.
15                   The last thing you did just
16         before we broke is call me a jerk.  And
17         I'm going to suspend it for the purpose
18         of filing a motion under Rule 30, and
19         any other pertinent rules.
20                   Because -- and the record
21         will reflect what it is.  And I'm not
22         gonna make my arguments on the record.
23         I'll make them in a file with the
24         court.  So we're done here today.
25                   THE WITNESS:  Oh, good.
```

                                              Page 359

```
 1              Thank you.
 2                      MR. CAIN:  All right.
 3                      MR. MALONE:  Mike, before --
 4              before you go.  We are going to reserve
 5              all rights to oppose the motion.  We'll
 6              read and sign.  And Mike I did have one
 7              question for you --
 8                      THE WITNESS:  (Indicating).
 9                      MR. MALONE:  -- before you
10              go.  Okay.
11
12              By Mr. Malone:
13        Q     To the extent that it was not made
14              clear earlier, today you testified
15              about a number of conversations that
16              you had with Christopher Ruddy; do you
17              remember those?
18        A     (Indicating).
19        Q     Mike, yes or no?
20        A     Yes.
21        Q     And Mr. Ruddy's the CEO of Newsmax;
22              correct?
23        A     Yes.
24        Q     Okay.
25        A     He's the owner.
```

Page 360

```
 1        Q      And you described a number of telephone
 2               conversations that you had with Mr.
 3               Ruddy in early February of 2021; is
 4               that correct?
 5        A      Yes.
 6        Q      And at any point, did Mr. Ruddy say to
 7               you that your beliefs about the 2020
 8               election, I believe the words were, did
 9               not hold water?
10        A      No, I did not say that.
11        Q      All right.  Earlier against that, you
12               testified about some conversations you
13               had with Mr. Ruddy in May of 2021; do
14               you remember that?
15        A      Correct.
16        Q      Okay.  At any point during those
17               conversations, did Mr. Ruddy indicate
18               to you that Newsmax had found your
19               beliefs about the 2020 election didn't
20               hold water?
21        A      No.
22        Q      So as far as you know, as you sit here
23               today, Mr. Lindell, Newsmax has not
24               done an independent investigation about
25               the claims of fraud in the 2020
```

Page 361

```
 1              election?

 2     A     That's correct.

 3     Q     Okay.  I think we clarified that.

 4                  MR. MALONE:  And I have no

 5          further questions for you.

 6                  MR. CAIN:  All right.  I do

 7          have one other thing.  I apologize

 8          Counsel, that I'd like to put on the

 9          record.

10                  Because of Mr. Lindell's

11          conduct today...

12                  THE REPORTER:  Speak up for

13          me, Charlie.

14                  MR. CAIN:  Because of Mr.

15          Lindell's conduct today, there were a

16          number of areas of inquiry and exhibits

17          that I have in my folder that we

18          weren't able to cover.

19                  And would not be able to

20          cover especially with the additional

21          break for some business-related purpose

22          that Mr. Lindell has.

23                  Among other things, I

24          intended to go over Dennis Montgomery's

25          deposition testimony, which occurred
```

Page 362

```
 1              over the last few days to discuss some
 2              of his testimony.  And get Mr.
 3              Lindell's response.
 4                      I intended to show Mr.
 5              Lindell the court order that was issued
 6              that would allow, and did allowed, Mr.
 7              Montgomery to give testimony and
 8              address the so-called gag order that
 9              allegedly has been preventing
10              disclosure from you, Mr. Lindell, among
11              others.
12                      I intended to go through
13              more questions regarding the Cyber
14              Symposium and the onstage
15              presentations, including those by Mr.
16              Oltmann.
17                      As well as discussion about
18              the use of My Pillow employees to
19              assist with the Cyber Symposium
20              directly, both through financial
21              transactions and through assistance
22              with attendee there.
23                      Further topics such as the
24              fact that there are no experts who
25              have, who are qualified, who have been
```

Page 363

1        identified by Mr. Lindell to support

2        his claim that the 2020 election was

3        compromised by Dominion or anyone else

4        for that matter have been provided in

5        this case.

6                    And, in fact, questions

7        about the technical possibility of Mr.

8        Lindell's theories.  I intended to

9        cover with him specifically since he

10       doesn't have an expert, to my

11       knowledge, that's going to validate

12       some of what he's talking about.

13                   Further, there are a number

14       of statements about Dr. Coomer that Mr.

15       Lindell made that we have not covered

16       at this point in time where Mr. Lindell

17       appeared in numerus areas and called --

18       or numerous venues and called Mr.

19       Coomer a criminal, accused him of

20       committing crimes against the United

21       States, both on and Steve Bannon's

22       podcast, on your capital tirade, and in

23       other venues including on Conservative

24       Daily.

25                   With respect to Conservative

                                    Page 364

```
 1              Daily, my intent was to go through a
 2              discussion about Mr. Lindell's
 3              relationship with Joe Oltmann as it
 4              stands today -- today of personal to
 5              the extent that there is one, and
 6              financial through Pidoxa and
 7              Frankspeech 2.0.
 8                        I intended to discuss issues
 9              regarding the various audits and
10              recounts that occurred that would
11              directly contradict Mr. Lindell's
12              claims of election interference.
13                        Further, discussion about
14              President Trump and the motivations
15              that Mr. Lindell has for bringing these
16              false allegations, election
17              interference, filing without
18              limitation.
19                        We were gonna talk about
20              your individual net wealth and the
21              value of My Pillow for purposes of
22              exemplary and punitive damages in this
23              case.  Obviously we're not gonna get to
24              that today.
25                        But I want to cover just a
```

Page 365

```
 1              general outline to explain to Judge

 2              Wang why we're suspending the

 3              deposition, and what I am not gonna be

 4              able to go into today at 3:47 p.m.

 5              central time on this day, August 23.

 6              And that's all I have for you, sir,

 7              today.  Off the record.

 8                      THE VIDEOGRAPHER:  This

 9              concludes today's deposition.  The time

10              now is 3:47 p.m.

11                      THE REPORTER:  What do you

12              like for a copy before we get carried

13              away, Ryan?

14                      MR. MALONE:  What's that?

15                      THE REPORTER:  What do you

16              like for a copy?

17                      MR. MALONE:  I would like

18              electronic, condensed copy.  We will

19              take that rushed.

20                      THE REPORTER:  You do want

21              it rush?

22                      MR. MALONE:  I believe I do.

23                      THE REPORTER:  Okay.

24              Charlie?

25                      MR. CAIN:  I thought we
```

Page 366

```
 1                    agreed three days.
 2                         MR. MALONE:  (Laughing).  Is
 3               that rushed, or...
 4                         THE REPORTER:  That's
 5               rushed, take my word for it.
 6                         MR. MALONE:  I mean, it's
 7               your -- it's your -- it's your first
 8               deposition.
 9                         MR. CAIN:  Give me your --
10               give me your card.  Do you have a card?
11                         THE REPORTER:  I do.  Do you
12               want it rush?  I mean, I'm gonna do it
13               for him any ways.
14                         MR. CAIN:  Yeah, I guess so.
15                         THE REPORTER:  Okay.
16                         MR. CAIN:  I mean given the
17               time, we need it.
18                         (Whereupon, the deposition
                 terminated at 3:47 p.m.)
19
20
21
22
23
24
25
```

Page 367

```
 1                           ERRATA SHEET

 2

 3            Page/Ln          Correction             Reason

 4            ----------------------------------------

 5            ----------------------------------------

 6            ----------------------------------------

 7            ----------------------------------------

 8            ----------------------------------------

 9            ----------------------------------------

10            ----------------------------------------

11            ----------------------------------------

12            ----------------------------------------

13            ----------------------------------------

14            ----------------------------------------

15            ----------------------------------------

16            ----------------------------------------

17            ----------------------------------------

18            ----------------------------------------

19            ----------------------------------------

20            ----------------------------------------

21            ----------------------------------------

22            ----------------------------------------

23            ----------------------------------------

24            ----------------------------------------

25            ----------------------------------------


                                           Page 368
```

```
1              I, Michael Lindell, have read this

2         deposition transcript and acknowledge

3         herein its accuracy except as noted on

4         the errata sheet.

5

6

7

8                        Signature

9

10

11                       Notary Public

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 369
```

```
 1              STATE OF MINNESOTA )

 2                                )    ss.

 3              CROW WING COUNTY   )

 4

 5

 6                   I, Nathan D. Engen do hereby

 7              certify that the foregoing transcript in

 8              the matter of Eric Coomer, Ph.D. vs.

 9              Michael J. Lindell, Frankspeech LLC, and

10              My Pillow, Inc., is true, correct and

11              accurate:

12                   That said transcript was prepared

13              under my direction and control from my

14              stenographic shorthand notes.

15                   That I am not related to any of

16              the parties in this matter, nor am I

17              interested in the outcome of this

18              action.

19

20              Witness my hand and seal this 28th day

21              of August, 2023.

22

23

24

25                                 Nathan D. Engen


                                        Page 370
```

```
 1   malone@parkerdk.com
 2                        August 28, 2023
 3   RE: Coomer, Eric, Ph.D. v. Lindell, Michael J., Et Al
 4   DEPOSITION OF: Michael J. Lindell (# 6025415)
 5       The above-referenced witness transcript is
 6   available for read and sign.
 7       Within the applicable timeframe, the witness
 8   should read the testimony to verify its accuracy. If
 9   there are any changes, the witness should note those
10   on the attached Errata Sheet.
11       The witness should sign and notarize the
12   attached Errata pages and return to Veritext at
13   errata-tx@veritext.com.
14       According to applicable rules or agreements, if
15   the witness fails to do so within the time allotted,
16   a certified copy of the transcript may be used as if
17   signed.
18                        Yours,
19                        Veritext Legal Solutions
20
21
22
23
24
25
                                         Page 371
```

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.