**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

**PLACEHOLDER
CONVENTIONALLY FILED DOCUMENTS – REFILING DKT 175**

# PARKER | DANIELS | KIBORT

November 9, 2023

**VIA OVERNIGHT DELIVERY**

Clerk of Court
Alfred A. Arraj Courthouse, Room A105
901 – 19th Street
Denver CO 80294

**Re:**   *Coomer v Lindell, et al.*
         Civil Action: 1:22-cv-01129-NYW-SKC

Dear Sir/Madam:

I enclose a USB flash drive containing Defendants' refiling of Plaintiff's conventionally filed drive at Dkt. 175 with Exhibits 1 and 3 redacted consistent with the Court's Order of October 26, 2023, Dkt. No. 215.

Sincerely,

*Roxanne Russell*

Roxanne Russell, Paralegal

Enclosure

cc:   Counsel of Record for Plaintiff

ANDREW D. PARKER
CHRISTOPHER M. DANIELS
JESSE H. KIBORT
LORI A. JOHNSON
ELIZABETH S. WRIGHT
ALEC J. BECK
JOSEPH A. PULL
CHRISTOPHER C. GRECIAN
NATHANIEL R. GREENE
RYAN P. MALONE
CODY J. BLADES
JORDON C. GREENLEE
ABRAHAM S. KAPLAN
GREGORY N. ARENSON
ALEX A. HERMAN
AMANDA K. OLIVER

FREDERICK C. BROWN
  OF COUNSEL

888 Colwell Building
123 Third Street North
Minneapolis, MN 55401

parkerdk.com

Tel: 612.355.4100