# EXHIBIT 5

**Full docket text for document 81:**
ORDER: This matter is before the Court on [59] Plaintiff's Motion for Partial Summary Judgment to Strike Defendants' Non-party Designation(s) of: Amy Nelson, Bradley Nelson, and Cecile Bender Pursuant to F.R.C.P. 56 ("Motion"). Because Plaintiff has now filed [80] the Third Amended Complaint, the Motion is now moot. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) ("[I]t is well established that an amended complaint ordinarily supersedes the original and renders it of no legal effect."); *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (noting that defendants' dispositive motions are "technically moot because they are directed at a pleading that is no longer operative"); *Birman v. Berkebile*, 2015 WL 5159078, at *1 (D. Colo. Sept. 3, 2015) (denying as moot a motion for summary judgment due to filing of an amended complaint). Accordingly, the Motion is DENIED WITHOUT PREJUDICE to refiling a motion directed at the operative pleading, if such a motion is warranted under the facts and applicable. SO ORDERED by Judge William J. Martinez on 1/18/2022. Text Only Entry(wjmlc1, )

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/15/2023 16:30:48 | | | |
| **PACER Login:** | alexherman | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:20-cv-03119-NYW-KAS |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |