**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.

    Plaintiff,

v.

MIKE J. LINDELL, FRANKSPEECH, LLC, MY PILLOW, INC.

    Defendants.

**MOTION TO WITHDRAW AS COUNSEL FOR NON-PARTY DOMINION VOTING SYSTEMS, INC.**

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel, Rosa L. Baum with Brownstein Hyatt Farber Schreck, LLP, hereby moves to withdraw as counsel appearing in this case on behalf of Non-Party Dominion Voting Systems, Inc., ("Dominion"). As grounds, therefore, Ms. Baum states as follows:

Ms. Baum entered her appearance in this matter by signing and filing a pleading on April 4, 2023. [ECF 0125]. On April 7, 2023, Stanley L. Garnett with Garnett Powell Maximon Barlow, filed his entry of appearance as co-counsel for Dominion in this matter [ECF 130].

Accordingly, Ms. Baum moves to withdraw as co-counsel from this case as Dominion will continue to be represented by Mr. Garnett.

**WHEREFORE**, and for the foregoing reasons, the undersigned requests the Court enter an order permitting withdrawal of Rosa L. Baum as co-counsel of record for Non-Party Dominion Voting Systems, Inc. and asks that she be removed from the ECF notification system.

- 2 -

Dated: November 17, 2023.                    BROWNSTEIN HYATT FARBER SCHRECK, LLP


s/ *Rosa L. Baum*
Rosa L. Baum
675 Fifteenth Street, Suite 2200
Denver, CO  80202
Telephone:    303.223.1100
Facsimile:     303.223.1111
E-Mail: rbaum@bhfs.com

Attorney for Non-Party
DOMINION VOTING SYSTEMS, INC.

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of November, 2023, I electronically filed a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR NON-PARTY DOMINION VOTING SYSTEMS, INC.** with the Court using the United States District Court's CM/ECF filing system, which will provide electronic notice of the filing to all counsel of record.

> */s/ Paulette M. Chesson*
> Paulette M. Chesson, Paralegal
> Brownstein Hyatt Farber Schreck, LLP
> 675 Fifteenth Street, Suite 2900
> Denver, CO 80202
> *Phone:* 303-223-1100

26366993