IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| Civil Action: 22-cv-01129-NYW-SKC | Date: November 28, 2023 |
|---|---|
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| ERIC COOMER, Ph.D., | Bradley Kloewer |
| | Charles Cain |
| Plaintiff, | |
| v. | |
| MICHAEL J. LINDELL, | Andrew Parker |
| FRANKSPEECH LLC, and | R. Scott Reisch |
| MY PILLOW, INC., | Ryan Malone |
| | Jessica Hays |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**8:44 a.m.**     **Court in session.**

Appearances of counsel.  Also present is Defendant Michael J. Lindell.

Court inquires whether the outstanding discovery contemplated in the Court's Minute Order [Doc. 215] has been completed.  Mr. Cain advises the Court that Plaintiff served requests for admission on Defendants and discovery has been completed.  Mr. Cain will confer with Defendants' new counsel regarding their objections.

**ORDERED:**     Plaintiff's Oral Motion to Extend the Deadline in Which to File His Response in Opposition to Defendants' Omnibus Motion for Summary Judgment [Doc. 177] is GRANTED to on or before December 11, 2023.

**8:48 a.m.**     Mr. Cain and Mr. Kloewer are excused from the call.

Discussion regarding the Motion to Withdraw as Counsel [Doc. 200] and the Motion to Withdraw the Reisch Law Firm as Counsel for Defendants [Doc. 204].

Mr. Lindell advises the Court that he found new counsel who will be filing a notice of entry of appearance tomorrow.

Counsel for Defendants do not object to the Court waiting to grant the pending Motions to Withdraw until new counsel on behalf of Defendants enter their appearance tomorrow.

Court advises Mr. Lindell that if at any time, he is not represented by counsel, he may proceed in his individual capacity without counsel, but is responsible for all deadlines set and orders entered by the Court.  Court reminds Mr. Lindell that Defendants My Pillow, Inc. and Frankspeech LLC need to appear in federal court through the representation of counsel.

**8:51 a.m.        Court in recess.**

Hearing concluded.
Total time in court:     0:07