# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| ERIC COOMER, PH.D., | Case No. 1:22-cv-01129-NYW-SKC |
| Plaintiff, | **ENTRY OF APPEARANCE** |
| v. | |
| MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC., | |
| Defendants. | |

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear as counsel of record for Defendant My Pillow, Inc.

Dated: December 1, 2023

*/s/ Douglas G. Wardlow*
Douglas G. Wardlow
1550 Audubon Rd.
Chaska, MN 55318
Telephone: (952) 826-8658
Email: doug@mypillow.com

*Counsel for Defendant My Pillow, Inc.*