UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC, AND
MY PILLOW, INC.,

    Defendants.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear as counsel of record for

**MICHAEL J. LINDELL**

**FRANKSPEECH LLC**

    DATED this 1st day of December, 2023.

    _____
    Christopher I. Kachouroff, Esq.*
    **MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
    13649 Office Place, Suite 101
    Woodbridge, Virginia 22192
    (703) 365-9900
    chris@mck-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

_____
Christopher I. Kachouroff, Esq.*
**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
(703) 365-9900
chris@mck-lawyers.com