# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.1:22-cv-01129

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH, LLC,
AND MY PILLOW, INC.,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Michael J. Lindell and Frankspeech, LLC..

Date: December 10, 2023

    /s/ *Robert J. Cynkar*
    Robert J. Cynkar
    McSweeney, Cynkar & Kachouroff, PLLC
    10506 Milkweed Drive
    Great Falls, VA 22066
    Telephone: (703) 621-3300
    Email: rcynkar@mck-lawyers.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2023 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

zbowman@cstrial.com

ccain@cstrial.com

bkloewer@cstrial.com

djennings@cstrial.com

skarnulis@cstrial.com

　　　　　　　　　　　　　　　　　　　／s／ *Robert J. Cynkar*