## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

      Defendants

---

## EXHIBITS V-1 through V-23

---

- Exhibits V-1 through V-23 contain video clips and are being submitted to the Court for traditional filing on an external USB and are linked below:

EXHIBIT V-1  Ex 65 Clip 19 - 2022-04-05 Lindell at 25-45.mov
https://caincloud.egnyte.com/dl/G9nnId9Tbw/EXHIBIT_V-1__Ex_65_Clip_19_-_2022-04-05_Lindell_at_25-45.mov_

EXHIBIT V-2  Ex 65 Clip 14 - 2021-07-06 Patrick Byrne at 33-16 re Lindell  Clip 11.mp4
https://caincloud.egnyte.com/dl/X3mMnPON3g/EXHIBIT_V-2__Ex_65_Clip_14_-_2021-07-06_Patrick_Byrne_at_33-16_re_Lindell__Clip_11.mp4_

EXHIBIT V-3  Lindell DePerno AP cut.mp4
https://caincloud.egnyte.com/dl/9RVOsAj9Le/EXHIBIT_V-3__Lindell_DePerno_AP_cut.mp4_

EXHIBIT V-4  Ex 65 Clip 11 - 2021-05-08 Newsmax Retraction Sovereign Nation 08 16 40.mov
https://caincloud.egnyte.com/dl/Fs5Y7bv5U8/EXHIBIT_V-4__Ex_65_Clip_11_-_2021-05-08_Newsmax_Retraction_Sovereign_Nation_08_16_40.mov_

EXHIBIT V-5  Ex 6 Clip 2 - 2021-05-03 Frankspeech.com at 6-18.mov
https://caincloud.egnyte.com/dl/522B9Z9L8A/EXHIBIT_V-5__Ex_6_Clip_2_-_2021-05-03_Frankspeech.com_at_6-18.mov_

EXHIBIT V-6  Ex 65 Clip 4 - 2021-05-03 Frankspeech.com at 8-53.mov
https://caincloud.egnyte.com/dl/g96z91uWCd/EXHIBIT_V-6__Ex_65_Clip_4_-_2021-05-03_Frankspeech.com_at_8-53.mov_

EXHIBIT V-7  Ex 65 Clip 1 - 2021-05-03 Frankspeech.com at 4-20.mov
https://caincloud.egnyte.com/dl/ADsQxgD442/EXHIBIT_V-7__Ex_65_Clip_1_-_2021-05-03_Frankspeech.com_at_4-20.mov_

EXHIBIT V-8  Ex 43 Clip 3 - 2021-05-09 Twitter PatriotTakes Mike Lindell Video.mp4
https://caincloud.egnyte.com/dl/jmkCieK5VD/EXHIBIT_V-8__Ex_43_Clip_3_-_2021-05-09_Twitter_PatriotTakes_Mike_Lindell_Video.mp4_

EXHIBIT V-9  2021-07-17 Lindel Symposium Announcement.mov
https://caincloud.egnyte.com/dl/0rw426yJah/EXHIBIT_V-9__2021-07-17_Lindel_Symposium_Announcement.mov_

EXHIBIT V-10  Ex 3 Clip 3.mp4
https://caincloud.egnyte.com/dl/ZDCC9Aka1h/EXHIBIT_V-10__Ex_3_Clip_3.mp4_

EXHIBIT V-11  Ex 3 Clip 11.mov
https://caincloud.egnyte.com/dl/RgvMBKTzTk/EXHIBIT_V-11__Ex_3_Clip_11.mov_

EXHIBIT V-12  Ex 3 Clip 7.mp4
https://caincloud.egnyte.com/dl/uxwzJwND4C/EXHIBIT_V-12__Ex_3_Clip_7.mp4_

EXHIBIT V-13  Ex 3 Clip 8.mp4
https://caincloud.egnyte.com/dl/veXInGksR4/EXHIBIT_V-13__Ex_3_Clip_8.mp4_

EXHIBIT V-14  Ex 43 Clip 4 - 2021-08-12 Mike Lyndell Symposium Clip.mp4
https://caincloud.egnyte.com/dl/7nSj9zoO2O/EXHIBIT_V-14__Ex_43_Clip_4_-_2021-08-12_Mike_Lyndell_Symposium_Clip.mp4_

EXHIBIT V-15  2022-04-05 Service of Process on Lindell.mp4
https://caincloud.egnyte.com/dl/Zo1OMtfCFF/EXHIBIT_V-15__2022-04-05_Service_of_Process_on_Lindell.mp4_

EXHIBIT V-16  Ex 65 Clip 17 - 2021-08-18 Lindell at 1-15.mov
https://caincloud.egnyte.com/dl/N4hH0SWPYa/EXHIBIT_V-16__Ex_65_Clip_17_-_2021-08-18_Lindell_at_1-15.mov_

EXHIBIT V-17  2021-06-30 Lindell OAN Announcing Cyber Symposium.mp4
https://caincloud.egnyte.com/dl/K9J4VsHj74/EXHIBIT_V-17__2021-06-30_Lindell_OAN_Announcing_Cyber_Symposium.mp4_

EXHIBIT V-18  2021-01-18 Lindell RSBN Interview.mp4
https://caincloud.egnyte.com/dl/1UGWc21sq7/EXHIBIT_V-18__2021-01-18_Lindell_RSBN_Interview.mp4_

EXHIBIT V-19  Ex 43 Clip 1 - 2021-03-11 Conservative Daily Clip re Lindell Support.mp4
https://caincloud.egnyte.com/dl/CbET1cMyTf/EXHIBIT_V-19__Ex_43_Clip_1_-_2021-03-11_Conservative_Daily_Clip_re_Lindell_Support.mp4_

EXHIBIT V-20  2022-11-17 McGuire Depo Clip 221.5-221.24.mp4
https://caincloud.egnyte.com/dl/HqiApyz8iQ/EXHIBIT_V-20__2022-11-17_McGuire_Depo_Clip_221.5-221.24.mp4_

EXHIBIT V-21  2022-11-17 McGuire Depo Clip 129.15-133.12.mp4
https://caincloud.egnyte.com/dl/zi6w54Qwm1/EXHIBIT_V-21__2022-11-17_McGuire_Depo_Clip_129.15-133.12.mp4_

EXHIBIT V-22  2022-05-06 Twitter Lindell video re funds to reinstate Trump.mp4
https://caincloud.egnyte.com/dl/RCR4SGL84j/EXHIBIT_V-22__2022-05-06_Twitter_Lindell_video_re_funds_to_reinstate_Trump.mp4_

EXHIBIT V-23  Ex 65 Clip 21 - 2022-04-06 Twitter David Edwards re Mike Lindell  Clip 12.mp4
https://caincloud.egnyte.com/dl/MvKSHf1mDt/EXHIBIT_V-23__Ex_65_Clip_21_-_2022-04-06_Twitter_David_Edwards_re_Mike_Lindell__Clip_12.mp4_