# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

      Defendants

---

## EXHIBIT 1

---

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
     Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
     Defendants

---

## DECLARATION OF ERIC COOMER, Ph.D. IN SUPPORT OF
## PLAINTIFF'S OMNIBUS RESPONSE TO
## DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT

---

I, Dr. Eric Coomer, declare and state as follows:

1.     "My name is Eric Coomer.  I am over the age of twenty-one years, am of sound mind, and am fully competent to make this Declaration.  I have personal knowledge of the matters stated in this Declaration, which are true and correct.

2.     "I am the Plaintiff in the above-captioned lawsuit.  I am a Colorado resident and have lived in Colorado for the past 23 years.  I was employed by Dominion Voting Systems, Inc. (Dominion) beginning in 2010 and as the Director of Product Strategy and Security from 2013 until May 14, 2021.  Dominion's headquarters are in Denver, Colorado.  Dominion's Denver office was my principal place of employment.  In total, I worked with election service companies for 16 years.

3.     "I graduated from the University of California, Berkeley, in 1997 with a Ph.D. in Nuclear Engineering.  After working in IT consulting for several years, I entered the elections

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

industry in 2005 with Sequoia Voting Systems as Chief Software Architect.  After three years with

the company, I took over all development operations as Vice President of Engineering.  When

Sequoia was acquired by Dominion VotiSystems in 2010, I joined the Dominion Voting Systems

team as Vice President of Engineering overseeing development in the Denver, Colorado office.

4.     "In 2013, I took over as the Director of Product Strategy and Security, focusing on

the creation of next generation products through close collaboration with customers, and utilizing

my understanding of technology and the needs of elections departments across the United States

and around the world.  I have been an active participant in the development of the Institute of

Electrical and Electronics Engineers (IEEE) common data format for elections systems, as well as

the working group for developing standards for risk-limiting audits for election results.  In 2018, I

was invited to join the Cyber Security Task Force assembled by the National Association of

Secretaries of State.  I developed Dominion's Coordinated Vulnerability Disclosure Program in

conjunction with several third-party industry researchers in 2020.

5.     "I am one of the inventors named on different patents owned by Dominion Voting

Systems.  Vote adjudication is an essential aspect of all voting systems and has been around for

several decades.  My patent relates to a digital based adjudication system, which I helped to

develop.  Before this system, adjudications of voter intent issues required teams to completely

remake the paper ballots to rescan for final tallies.  This presented several issues in terms of both

chain of custody and potential human-induced errors, while also lacking a durable log of all

adjudications made.  By moving to a digital system, we solved several problems.  The original

physical ballots would not need to be "handled," meaning they could remain in the sealed ballot

boxes as the official records.  Teams no longer had to remark all of the other contests on the new

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

ballot, meaning they could apply the voter intent issues only to the specific flag choice or contest. We also appended a digital text-based image to the ballot image showing all of the adjudications the team made, along with a time stamp and identifying information for the team that made the adjudications. Further, we retained both the pre- and post-adjudication records and allowed reports to be generated that could compare all of the adjudications, along with statistics on how many ballots had adjudications and which contests were adjudicated. Finally, we retained the original ballots, which allows for "re-adjudicating" any voter intent during a recount, truly preserving a full recount of the process of tabulating ballots. Pre- and post-images of the ballots showing the adjudications made in the text-based record while not modifying the original scan, or the original ballot, provided independence and verification for third parties to evaluate how an elections office applied voter intent statutes in their respective states. All these enhancements significantly increased the auditability and transparency involved in applying state laws regarding voter intent.

6.    "Despite several conspiratorial claims to the contrary, Dominion voting machines are not capable of performing "bulk adjudication." In other words, the Dominion platform only allows for one ballot to be adjudicated at a time at each adjudication station. A user of Dominion's technology could not adjudicate multiple ballots simultaneously even if they wanted to, and in every instance adjudicated ballots retain a durable auditable log of all changes made.

7.    "Dominion's adjudication function is an optional feature for Dominion's customers, meaning they can pay extra for that function if they want it. Many jurisdictions do not opt for the adjudication feature, either out of preference or pursuant to local rules or regulations, and instead utilize other methods to adjudicate votes. Antrim County, Michigan, for example, did not purchase Dominion's adjudication system. There, local officials utilized a manual adjudication

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

method, as has been confirmed by local officials, state officials, independent third parties, and Dominion's own records.

8.      "As a company, Dominion Voting System's financial and ethical interest was always in developing election security technology that served to improve reliability, security, transparency, and auditability.  My work with Dominion was similarly geared toward serving those objectives.   I am proud of the work I did with Dominion, and I sincerely believe that the technological advances we made during my time with Dominion have had a positive impact on election security across the United States and for Dominion clients around the world.  I do not own any shares of Dominion Voting Systems, nor do I own any of Dominion's patents.

9.      "Dominion provides election support services across the United States, including from initial project implementation through election set-up, ballot layout, multiple language audio, machine set-up and system testing.  Dominion provided election related services to at least thirty different states during the 2020 Presidential election.   In my capacity as Director of Product Strategy and Security for Dominion, I was involved in many of the support services provided by Dominion to its governmental clients up to, during, and after the 2020 Presidential election.

10.      "Before the events giving rise to this suit, I was a private individual, privately employed, and privately conducting my work for Dominion.  The defamatory statements made about me by the Defendants in this case concerned my role as a private individual performing my private employment duties.   There was no general public interest in my employment with Dominion prior to publication of defamatory statements about me.  I was not known nationally and had no national or state-wide notoriety.  At most, I was known by election officials in my capacity as an employee for Dominion.

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

11.     "Like all people, I have political opinions.  The right to have and express political opinions is enshrined in the United States Constitution and is an inalienable right belonging to every person in this country.  Some of my colleagues at Dominion shared some of my political opinions, and many also disagreed with me.  In no way did this affect our ability to work together, nor did it undermine any of our commitments to ensure free and fair elections or our absolute obligation to honor the will of the voters.  I take my professional integrity seriously and would never allow a personal opinion to impact my professional or ethical duties.

12.     "On November 3, 2020, the presidential election was held across the United States. As the vote count proceeded, it became apparent that former President Trump was likely to lose. Former President Trump, his campaign, his agents, and many of his supporters began alleging widespread voter fraud and perpetuating, in a broadly held view of election experts, baseless conspiracies in attempts to explain the loss.

13.     "On November 7, 2020, the Associated Press formally called the election for President Joseph Biden.  However, the fact that President Biden won the popular vote by more than seven million votes and ultimately won the election with 306 electoral votes did nothing to stop the conspiracy theories already surrounding the election.

14.     "Former President Trump and his allies manufactured and spread a false narrative that Dominion conspired to rig its equipment and the election in favor of President Biden. Defendants made me the face of these false claims.

15.     "On or about November 9, 2020, I became aware that Joe Oltmann (Oltmann) had begun making false statements about me on the Conservative Daily podcast.  Specifically, Oltmann claimed he would expose an individual inside Dominion who admitted to stealing the election for

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

Biden. Oltmann explained he had allegedly "infiltrated an Antifa conference call" sometime in late September with unknown and unverified participants. Oltmann claimed while on this purported call one of these unknown participants was referred to as "Eric" and another allegedly explained "Eric is the Dominion guy."[1] To be clear, I do not know Oltmann personally and have never met him or spoken to him.

16.     "Oltmann claimed when another unknown participant asked, "What are we gonna do if f-ing Trump wins?" the unknown "Eric" responded, "Don't worry about the election, Trump is not gonna win. I made f-ing sure of that. Hahahaha."[2] Afterwards, Oltmann's alleged efforts to identify the unknown speakers of this purported call were limited to Googling "Eric," "Dominion," and "Denver, Colorado."[3] With no legitimate attempt to confirm the identity of the alleged speakers, Oltmann falsely attributed their alleged statements to me and Dominion. At no point did Oltmann ever contact me to confirm my involvement in this purported call.

17.     "Oltmann did not provide any evidence that he actually performed any Google search in September 2020, but he did use that claim to try to bolster the legitimacy of his lies about me. In reality, Oltmann took a screenshot of a Google search he conducted on November 11, 2020, then intentionally altered the date of that screenshot to create the false impression that it was taken on September 26, 2020.[4] Oltmann's lawyer, Andrea Hall, later confirmed in writing that "This re-creation was created for Ms. Sidney Powell under the advice of counsel."[5] The screenshot,

---

[1] **Exhibit 1-1** Joe Oltmann, *Dominion, Big tech, and how they stole it*, CONSERVATIVE DAILY PODCAST, Nov. 9, 2020, at 16:20; **Exhibit 1-2** at 19:14-23.

[2] *Id.* at 16:30; 19:24-20:7.

[3] *See* **Exhibit 1-2** at 7:14-24; 85:18-25.

[4] *See* **Exhibit 12**, Halderman Dec. at ¶¶ 74-76.

[5] **Exhibit 1-3** Hall Email, Dec. 29, 2021.

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

which Oltmann submitted as evidence, is clearly labeled as having occurred as almost two months before the time when it was actually taken.[6]  In this proceeding, Oltmann finally admitted that he changed the date on the screenshot.[7]

18.    "Oltmann did not "recall" this alleged Antifa conference call until after the election and after having advanced other unsupported allegations of voter fraud.  Oltmann provided no explanation for how he learned of this purported call or gained access to it.  Oltmann acknowledged that he had no recording of this phone call and indicated that he had no knowledge of the participants he referenced within it.  Oltmann then used these anonymous statements to falsely assert that I subverted the results of the election.  Yet, directly after Oltmann made these statements about me, he repeatedly admitted that he couldn't actually identify me as having been on the call, including in writing in an email he sent to OAN.[8]  I subsequently learned that Oltmann had a history of promoting different election fraud claims about the 2020 Presidential election, both before and after the election.[9]

19.    "The above statements made by Oltmann about me are false.  I did not take any action to subvert the 2020 Presidential election.  I did not participate in a scheme to change votes from one candidate to another and am aware of no such election-rigging activity.  I did not participate in an Antifa conference call or boast about my supposed ability to rig the election.  Such conduct is antithetical to my belief system and would constitute criminal conduct.

---

[6] **Exhibit 1-9** Alleged Google search results screenshot.

[7] **Exhibit 8**, Depo. Tr. Oltmann, 294:13-18.

[8] *See* **Exhibit 1-2** at 19:8-13; 20:8-15; 59:14-60:13; **Exhibit 1-7** Email to OAN, (Nov. 10, 2020).

[9] *See* Pl. Compl. at ¶¶ 33, 36.

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

20.    "Shortly after Oltmann's story began to spread, many of my colleagues in Denver and I began receiving death threats and other forms of harassment.  Given the nature of the threats, I was compelled to stop visiting Dominion's Denver office and ultimately had to go into hiding.

21.    "The threats against my life became immediately apparent, and I had to go into hiding.  My name was all over social media, with numerous people calling for my execution.  I received threatening voicemails on my cell phone, threatening emails, and anonymous warnings that I was being watched.  For several months, I moved frequently between houses of friends and acquaintances. I reduced contact with my loved ones so that they would not be put at risk by knowing my whereabouts.  During this time, I occasionally returned home to check on my pets and belongings, but I never stayed long out of fear that someone would attack me.  In one instance, someone came to my house while I was home and started shouting through the door at me and asking about election fraud.  I warned him that I was armed with a shotgun and that he was trespassing and told him to leave immediately.  I was terrified.  Shortly thereafter, on December 5, 2020, Oltmann posted on his Parler account, stating, "Eric Coomer . . . want to chat with you but you are too scared.  How about you put that shotgun down and come out?  Everyone is watching you Eric . . . everyone."[10]  This post made clear that Oltmann had sent someone to my house, knew that I feared for my life, and did not care.

22.    "I sued Oltmann and fourteen others on December 22, 2020.  I was desperate to set the record straight and to finally tell my own story.  I unequivocally denied the false allegations against me and detailed the threats and harassment I was dealing with.

---

[10] **Exhibit 1-4** Oltmann, PARLER (Dec. 5, 2020).

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

23. "I was very disappointed to see that Oltmann had been invited as a guest on FrankSpeech, where he again repeated his lies about me in a lengthy interview with Brannon Howse. I was shocked that FrankSpeech would invite Oltmann on in the first place, and I was very discouraged to see that Lindell's new outlet was giving a platform to such obvious and damaging lies.

24. "After April 2021, I was hopeful that public dissemination of false claims that I had somehow played a role in rigging the 2020 presidential election would cease. Just days later, however, I saw an interview with Mike Lindell on FrankSpeech were he shouted that I was a "traitor," that I was "treasonous," and that I would soon be "behind bars."[11] I was shocked to see such anger from Mr. Lindell, who I had never met.

25. "In the following months, I became aware that Lindell intended to host a "Cyber Symposium" in South Dakota from August 10-12, 2021. I understood that he intended to present proof that the 2020 presidential election had been rigged, and he even offered a $5 million reward to anyone who could prove his claims were false.

26. "Joe Oltmann had been ordered by the Denver District Court to appear for a deposition in the Denver County Courthouse on August 10, 2021. I was eager for this deposition to occur because I knew it would produce evidence that would prove Oltmann was lying and had made up his story about supposedly hearing me on an "Antifa conference call." I accompanied

---

[11] **Exhibit V-8**.

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

my counsel to the Courthouse for the deposition.  Oltmann did not show up.  His counsel claimed

he was too afraid of catching Covid-19 to appear.[12]

27.    "I was very disappointed that Oltmann was afraid to show up and provide testimony

under oath, but I was not surprised.  I was surprised, however, to turn on the livestream of the

Cyber Symposium on the FrankSpeech website that afternoon and see Oltmann onstage in South

Dakota.  He was partaking in a panel discussion with various other speakers and again repeating

his lies about the "Antifa call."[13]  He also attacked Judge Moses at length, as well as the judiciary

as a whole.  I was shocked that Lindell would put Oltmann onstage for this event, which he had

been promoting for months.

28.    "I also saw Oltmann appear onstage with Lindell for a presentation called

"Dominion: Serbian Technology with Chinese Characteristics."  This presentation too was a series

of lies about both Dominion Voting Systems and myself.

29.    "Another presenter at the Cyber Symposium was David Clements. Clements gave

a presentation called "The Vote Trafficking Parable," where he analogized the executives at

Dominion Voting Systems, myself included, to a drug trafficking cartel.  He described us as the

people who were killing the American people's votes.  He showed a picture of my face onscreen,

and described me as "the man who pulled the trigger."[14]

---

[12] **Exhibit 1-10**, Joseph Oltmann's Motion for Relief from the July 7, 2021 Order Requiring Joseph Oltmann to Appear
at the Courthouse for his Deposition on August 11, 2021, filed in Case No. 20-cv-34319; *Coomer v. Donald J. Trump
for President, Inc., et al*; Denver County District Court.

[13] **Exhibits V-12; V-13**.

[14] **Exhibit V-14**.

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

30.     "I was devastated to see the lies about me published on such an enormous platform, and my mental health went into a tailspin.  I began to fear that I would never escape the cycle of threats and fear of violence that my life had become.  For the first time, I requested that my therapist, Dr. Finkell, prescribe medication to help me deal with the stress, anxiety, and depression.

31.     "I continued to see Dr. Finkell after this event, but his services became cost prohibitive.  I transitioned to more flexible mental healthcare treatment options, and began seeing therapists through Cerebral.com.  I still continue to seek mental healthcare relating the publications at issue in this dispute.

32.     "In the spring 2022, I became aware that Lindell planned to come to Colorado for an event on the steps of the Colorado Capitol in Denver.  Lindell planned to promote the candidacy of Tina Peters for Colorado Secretary of State.  Peters was another election denier who was among the first to spread lies about me in January 2021.  A process server served Lindell with my lawsuit as he was walking onstage to give a speech.  He then proceeded to call me out my name to the assembled crowd, telling them that "it all started right here with Eric Coomer and Dominion," and that I would be "the first behind bars" when they "melt[ed] down the machines."[15]

33.     "For the next several weeks, Lindell attacked me relentlessly.  In an interview on FrankSpeech on April 6, 2022, for example, he shouted for several minutes about how I was a "criminal," a "traitor," "corrupt," and that I had committed "crimes against the United States," as well as "crimes against the whole world."[16]  The next day, he went on Steve Bannon's podcast

---

[15] **Exhibit V-1**.

[16] **Exhibit V-23**.

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

"War Room" and again attacked me.  These attacks continued sporadically over the next several months.[17]

34.     "In addition to publishing these attacks from Lindell directly, FrankSpeech also continued the series of defamatory publications against me even when Lindell was the speaker. For example, On September 7, 2022, FrankSpeech host Brannon Howse had Tina Peters on for an interview where she again repeated Oltmann's lies about me.[18]

35.     "I understood from Lindell's sworn testimony that his lengthy campaign against me was actually a personal vendetta arising from his frustration with waning MyPillow sales. MyPillow has directly associated its brand with election denial, and cases like mine demonstrate the falsity of that narrative.

36.     "Following the March 8 deposition, FrankSpeech again published an interview with Lindell where he repeatedly transitioned between attacking me and promoting MyPillow products.[19]

37.     "Lindell's willingness to continue attacking me publicly remains shocking and deeply upsetting.  His public statements accusing me of criminal conduct on a vast scale have persisted despite the defeat or dismissal of more than sixty lawsuits challenging the election results across the country, numerous expert reports and statements denying any manipulation of the election results, and the sanctioning of attorneys across the country for pushing these false allegations, including the sanctioning of Lindell's own attorneys in other proceedings.  During this

---

[17] *See* SAC at ¶ 106.

[18] *Id*. at ¶¶ 119-121.

[19] *See* SAC at ¶¶ 128-131.

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

time, Oltmann's false allegations against me have changed multiple times and in significant ways, but this has not deterred Lindell from spreading his falsehoods across the country.

38.    "In my position with Dominion Voting Systems, I did not have the capacity to manipulate or alter in any way either the Dominion Voting machines used during the 2020 Presidential election or the Dominion source code that those machines employed.  Numerous layers of review, security, encryption, and other checks and balances exist between individual Dominion employees, like myself, and the products that Dominion provides to its clients. As a result of the numerous safety protocols in place, many of which are required by statute, I did not have the ability to alter the results of the 2020 Presidential election in any way.

39.    "I have never participated in any phone call related to any protest activity, marches, plans for protests, or recruitment for protests, marches, or other activities.  I have never been a member of any political organization (besides registering as a Democratic voter in Colorado).  I am not politically active and am not a member of any organization, political or otherwise, that is considered leftist, progressive, or anti-Trump.

40.    "In related proceeding *Coomer v. Donald J. Trump for President, Inc. et. al*., I engaged in a lengthy process to recreate my entire schedule for the week of September 26, 2020, in order to provide proof that I did not and could not have participated in an "Antifa conference call" during the time that Oltmann claimed I had in the sworn affidavit he drafted with Randy Corporon.  After filing my affidavit attesting to that timeline, Oltmann's friend John "Tig" Tiegen submit an affidavit placing the call the week prior in an attachment to his reply in support of his anti-SLAPP motion to dismiss my lawsuit against him.[20]  This was the first time Oltmann had ever

---

[20] **Exhibit 1-5**.

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

acknowledged any other witness who could potentially identify the date the call occurred. I believe Oltmann had his friend file this affidavit because he knew I had presented proof he was lying.

41.    "I have never stated that I had the ability or the desire to affect the outcome of an election. In fact, I have often made the exact opposite statement publicly, and privately during routine conversations. I have never even joked about the ability to affect the outcomes of free and fair elections. On the contrary, I have advocated for more transparency in voting systems including creating the Coordinated Vulnerability Disclosure Program at Dominion Voting Systems.

42.    "Defendants in this case have occasionally referenced some of my private Facebook posts. These posts, while they can potentially be viewed as divisive, were private postings to a close group of "friends" and family. The posts regarding the election of Donald Trump as president in 2016 were directed specifically to family members that had posted support for his candidacy along with conspiracy theories like Barack Obama being born in Kenya and that Mr. Obama was a Muslim trying to take over the United States.

43.    "I left Facebook shortly after the 2016 presidential election and did not post any content that I recall until May 2020, when Minneapolis police officers murdered George Floyd. I felt the need once again to speak to family members and close friends regarding the systemic racism that exists in the United States. This was in response to family members and friends posting comments akin to "all lives matter" and dismissing the fact that another person of color was murdered by those sworn to protect and serve. I never intended these posts to be publicly accessible, or to reflect the view of my employer, or to imply that I had any bias in conducting my job. These posts were targeted to my private group of friends and family on Facebook, and I never authorized these posts to be released publicly.

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

44.    "When I posted the "Public Statement from Antifa" on June 2, 2020, I understood it as satire and intended it as satire.  This was a repost that I copied and pasted.  By the time I shared it, it had already been shared thousands of times.[21]  The day I posted this, the FBI made a public statement that they had found no intelligence indicating Antifa involvement or presence in protests in Washington D.C., but Donald Trump also tweeted that same day that he would designate Antifa a terrorist organization, despite having no legal authority to do so.[22]  This was a topical news story at the time, and I took for granted that my friends would recognize the post as being commentary on current events.  I believe people who knew me did understand that humorous intent.  I believed then and still believe now that the notion of "Antifa" is primarily a scare tactic made up by various political groups and media interests to try to convince people with right of center political views that people with left of center political views present a violent threat.  I have never personally met someone who would call themselves a member of "Antifa" and I believe the attempt to lump all people with left of center political views into this "organization" is a knowingly dishonest tactic to engender fear and distrust.  At the time when I posted this statement, I believed right-wing scare tactics with respect to "Antifa" were especially pronounced and meant to distract from the legitimate demands of the overwhelmingly peaceful protests that followed the murder of George Floyd.  As a result, I believed the notion of "Antifa" making a public statement was absurd on its face and that reasonable readers would have understood it as such.  Furthermore, I believe the list of "demands" included in that statement speaks to how non-threatening the alleged "Antifa"

---

[21] **Exhibit 1-8**.

[22] Ken Klippenstein, *The FBI Finds 'No Intel Indicating Antifa Involvement' in Sunday's Violence*, THE NATION (June 2, 2020) https://www.thenation.com/article/activism/antifa-trump-fbi/ (last visited Sep. 16, 2021).

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

organization would be, if it actually existed.  Many of those "demands" are for things that already

exist in most free democracies around the world.  In any case, despite the widespread protests at

the time, I personally did not attend any events or engage in any political commentary outside of

what I believed to be a relatively small group of friends.

45.     "In an op-ed posted in the Denver Post, I stated that any posts purporting to be me

on Twitter or Facebook were impersonations.[23]  I meant this contemporaneously, and there were

fake accounts pretending to be me that I felt I needed to address.[24]  In light of the lies circulating

about me, these imposter accounts gave me genuine fear that people would actually believe I was

saying things that I was not.  I hoped and intended for the op-ed to address this concern and

diminish the impact of any imposter statements occurring at the time.  I did not have a Twitter

account at that time, and my Facebook account was completely locked.  There were multiple

accounts claiming to be me that were posting various things and that was the context for that

comment.  I have never disputed that the posts from my private Facebook account were from me.

However, I never made those posts public or authorized anyone to release them.

46.     "I am 53 years old, and until May 2021, I was a highly paid corporate executive

with a Ph.D. in nuclear engineering from Berkeley living in a small mountain town in Colorado.

The fact that my entire life has been upended by Joe Oltmann's ridiculous and bizarre claim that I

am a member of "Antifa" who was bragging on an anonymous conference call about rigging the

election, as well as "fortifying" and "recruiting" for Antifa is so incredible that I truly cannot

---

[23] *See* Eric Coomer, *Guest Commentary: I work for Dominion Voting Systems. I did not commit voter fraud.  The attacks against me need to stop.* THE DENVER POST, Dec. 8, 2020, https://www.denverpost.com/2020/12/08/dominion-voting-systems-fraud-claims-false-election-2020/

[24] **Exhibit 1-6**.

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

believe it.  I have no connection whatsoever to any of the other supposed members of "Antifa" that Oltmann has identified.

47.    "Because of the defamatory attacks on my character, I have suffered severe emotional distress, pecuniary loss, and other damages that have been directly caused by Defendants' conduct.  For example, I can no longer perform my prior duties for Dominion and have ceased to be employed by Dominion since May 2021.  I continue to receive almost daily threats.  I learned long ago that searching for my name on social media platforms like Telegram, Gab, or Truth Social, or X is not good for my mental health, as on any given day there are countless conspiracy theorists calling for my execution.  I have had my home address and picture of my house repeatedly posted on these platforms.  I now suffer from anxiety and depression, for which I have sought medical treatment.  My career in election services is effectively over which will cause me to lose substantial wages over my projected work life.  My name and reputation have been tarnished across the country, probably for the rest of my life.  In all likelihood, I will never escape the terrible consequences of what Joe Oltmann, Mike Lindell, MyPillow, and FrankSpeech have done to me and my loved ones.  That they have not retracted their lies about me in the face of the overwhelming evidence that this whole sordid ordeal was entirely made up is shocking in the extreme.  I sincerely believe they do not care if their behavior gets me murdered by one of their followers.  I am deeply saddened to live in a society where this conduct is tolerated, and where the people who do this face no consequences for their conduct.

48.    "Pursuant to C.R.S. § 13-27-101, *et. seq.,* I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct."

DocuSign Envelope ID: D6182117-24C3-483F-889F-4EC1AAA615D9

Further Declarant sayeth naught.

Executed on the 11th day of December 2023, in Colorado.

*Eric Coomer*

Eric Coomer, Ph.D., Declarant