**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 1-1**

- https://caincloud.egnyte.com/dl/emlDfqIf6l/EX_1-1_2020-11-09_Conservative_Daily-Coomer_Declaration.mp4_