# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

      Defendants

---

## EXHIBIT 1-2

---

```
1                  COLORADO DISTRICT COURT

2                   COUNTY OF DENVER

3

4   ERIC COOMER,              )

5                             )

6          Plaintiff,         )   No. 2020 cv 034319

7                             )

8   DONALD J. TRUMP FOR       )

9   PRESIDENT, INC.,          )

10                            )

11         Defendant.         )

12  _____)

13

14                  TRANSCRIPTION OF

15              CONSERVATIVE DAILY PODCAST

16                 NOVEMBER 9, 2020

17

18

19

20

21

22

23

24   Transcribed by:   Laurie Francisco

25   JOB No.:              4489698
```

Page 1

```
 1                  R E C O R D I N G

 2           (Musical introduction.)

 3           PRERECORDED VOICE:  Coming to you from the

 4   mountains and the plains, the only conservative voices

 5   brave enough to push back.  This is the Conservative

 6   Daily Podcast with Joe Otto.

 7           (Prerecorded.)

 8           MR. OTTO:  That's what the Second Amendment

 9   was designed to do.  If you're going to do something

10   to -- to nullify or take away my rights under the

11   Constitution, come get it.

12           PRERECORDED VOICE:  Max McGuire.

13           (Prerecorded.)

14           MR. McGUIRE:  When you look at politicians on

15   the left, they need to convince people that they are

16   victims.

17           PRERECORDED VOICE:  A resistance to the

18   resistance.  And now your hosts, Joe Otto and Max

19   McGuire.

20           (Podcast.)

21           MR. McGUIRE:  And welcome back to another

22   addition of the Conservative Daily Podcast.  My name

23   is Max McGuire.

24           MR. OTTO:  And this is Joe Otto.

25           MR. McGUIRE:  And today we're going to do a
```

Page 2

1   deep dive, a deep dive so deep it might take -- it

2   might take us into a second hour, doing a deep dive on

3   Dominion Voting Systems on all the different stuff

4   we're -- we're seeing with Scorecard, with Hammer, big

5   tech as a whole.

6           MR. OTTO:  No, no, no.  Let's not --

7           MR. McGUIRE:  It's (inaudible) --

8           MR. OTTO:  -- let's not -- let's not -- let's

9   not sugarcoat this.  We're going to expose someone

10  inside of Dominion Voting Systems specifically related

11  to ANTIFA and related to someone that is so far left

12  and is controlling elections, and his fingerprints are

13  in every state, Max.  His fingerprints are in every --

14          MR. McGUIRE:  Yes.

15          MR. OTTO:  -- state, Max.  His fingerprints

16  are in every state.  So -- so, I want you guys to

17  understand that what we're about to do -- what we're

18  about to show you, you have to share.  I spent an

19  enormous amount of time this weekend doing an enormous

20  amount of research.  It's going to be a little bit --

21  I sent stuff over to Max.  We go back and forth.

22          But, Max, this is -- I'll -- I'll let you

23  start, and then I'm just going to get into --

24          MR. McGUIRE:  Yeah.

25          MR. OTTO:  -- it and -- and -- and dive into

                                              Page  3

```
 1   the --
 2           MR. McGUIRE:  Well, the biggest bombshell
 3   episode we've had yet.  And our producer, Josh, is
 4   sick.  So, we have Evan behind the controls.  So, it
 5   might be a little bit slower, but give Evan a break.
 6   We're going to try.  We have more cuts than probably
 7   we've ever had before.  More images than ever before.
 8   So, this is going to be a little bit of trial by fire
 9   for Evan today.  So, everyone give --
10           MR. OTTO:  He's --
11           MR. McGUIRE:  -- Evan --
12           MR. OTTO:  -- he's up for it.
13           MR. McGUIRE:  -- some good words of
14   encouragement --
15           MR. OTTO:  He's up for it.
16           MR. McGUIRE:  -- in the Comments section.
17   It's going to be a lot today.  Make sure you hit that
18   share button, make sure you Like the video, make sure
19   you comment on YouTube, make sure you give us a
20   thumb's up, hit the subscribe button, hit the bell for
21   notifications.
22           But, before we get into Joe's bombshell,
23   actually uncovering a man who works at Dominion, the
24   head --
25           MR. OTTO:  Don't say his name --
```

Page  4

```
 1              MR. McGUIRE:  -- the head --

 2              MR. OTTO:  -- yet.

 3              MR. McGUIRE:  -- of their --

 4              MR. OTTO:  Don't say his name.

 5              MR. McGUIRE:  Yeah, I know.  -- the head of

 6    their security and how -- how closely connected he is

 7    with ANTIFA.  We have to explain what Dominion is

 8    first.

 9              Mr. Producer, go ahead and put up image

10    alpha, image A.

11              Dominion is a company.  Dominion -- they have

12    this Democracy Suite, that's what they call it, and,

13    basically, it's electronic voting.  And those are all

14    the states that they are in for electronic voting.

15    You see the ones that jump off -- out immediately at -

16    - at you are Nevada, Arizona, Minnesota, Wisconsin,

17    Michigan -- right? -- Pennsylvania, Georgia, Florida.

18    They're in most of those swing states.  So, Dominion

19    runs one of a number of competing electronic voting

20    solutions for states.

21              Let's go ahead and switch this to image B,

22    bravo.

23              MR. OTTO:  Okay.

24              MR. McGUIRE:  Just -- just so we know, it's

25    not just Dominion.  Dominion is -- is a -- this is a
```

Page 5

```
 1   little bit of an older map.  But, just so you can see,
 2   Dominion also shares different -- if you look at it by
 3   county, this is older, this is probably this year, but
 4   you see that there's other companies:  GEMS, Hart,
 5   ES&S that help run electronic voting in different
 6   areas of the country.  So, this company has tremendous
 7   power, tremendous power, not just to determine how
 8   votes are tabulated, but also to determine how people
 9   vote.
10            So, there's two different parts to this.
11   There's two different steps to this process.
12   Actually, there's three.  You have -- you vote on
13   election day, you then -- your vote then gets
14   tabulated, and then that tabulation is reported to the
15   officials, who add it to the official count.  So,
16   anywhere in there, there is tremendous opportunity for
17   fraud and -- and glitches.  They call them "glitches,"
18   but, basically, malicious actors.
19            So, Joe, talk a little bit about -- I want
20   to, before we get into it, also show the barcodes and
21   how that works.  But, go ahead.
22            MR. OTTO:  So -- so, listen, I -- I just want
23   to be really clear that right now we 100 percent know
24   that the election was rigged.  We -- I don't 5 percent
25   know.  And I want Facebook to understand this.  The
```

Page 6

1   Walk Away movement, hashtag Walk Away for 100 million
2   conservatives is a real thing, right?  We 100 percent
3   know, 100 percent know that this election was rigged,
4   and that the American's voice will -- will never be
5   heard through this election.  Never be heard.
6           Now, what we've done is we've actually found
7   a -- a smoking gun, right?  So, they say that there's
8   no proof.  I'm going to tell you right now, I 100
9   percent -- this information that I'm going to tell you
10  is 100 percent validated, and it's serendipitous that
11  -- I actually was doing other work to uncover things
12  in Colorado -- it's serendipitous that one of their
13  offices is in Colorado.
14          The things that I found out, people, I'm
15  telling you right now, you're going to want to hit the
16  share button.  More importantly, you're going to want
17  to make sure that every news source out there gets
18  infiltrated with this information.  So, I've already
19  sent the stuff out for Project Veritas; I've sent it
20  out to DC Draino's; I've sent it to Joe Rogan; I've
21  sent it to everyone.  I have an attorney here in
22  Colorado that has been advising me with other
23  attorneys to tell me to be very careful to make sure
24  that what I have is substance, like I can prove it.
25          MR. McGUIRE:  Yeah.

                                                    Page 7

1            MR. OTTO:  So, everything we're going to go

2       through today is all proof.  It's all proof.  It's all

3       --

4            MR. McGUIRE:  Yeah.

5            MR. OTTO:  -- this is 100 -- now, how I got

6       some of this information, I can't tell you that.  I

7       can't tell you how I got that information.  But I'm

8       going to tell you, as you see this, it's going to be -

9       - it's going to build a picture that they cannot deny.

10      There's no way they can deny it.  There's no way that

11      they can -- they can certify these elections in these

12      states with the information that I am about to provide

13      to you right now.  So, go ahead and share it.

14           I'm not looking at comments today, guys.  I'm

15      going to be talking directly to you, and I'm going to

16      be just sharing a bunch of different stuff that came

17      in, that's intel, that 100 percent is going to do

18      exactly what I told you it's going to do, and that is

19      prove that Dominion Voting Systems is a fraudulent

20      company that is out to destroy our Republic.  Now, I

21      didn't say democracy because it's not a democracy, but

22      the --

23           MR. McGUIRE:  Yeah.

24           MR. OTTO:  -- American's voice is not heard.

25           MR. McGUIRE:  So, let's real quick -- before

                                                    Page 8

1   we get into that, we have to paint the picture for how

2   easy it would be to -- to change election results.

3   There's lots of talk about Hammer, Scorecard, the idea

4   of deliberately --

5              MR. OTTO:  Yeah.

6              MR. McGUIRE:  -- shifting 3 percent of that

7   vote one way or another.  But, when you have a company

8   that controls the way that votes are -- are actually

9   cast, tab -- and tabulated, there's tremendous room

10  for either glitches or malicious actors.  So, I -- I

11  want to show you how easy it is because, as we

12  mentioned in the beginning, the way the process works

13  is -- I don't know what company I used here in Texas.

14  I don't think it was Dominion.  But you go in, you

15  vote, it then prints out a -- a ballot for you, and it

16  shows you -- let's go ahead --

17             MR. OTTO:  And (inaudible) --

18             MR. McGUIRE:  -- and put up image -- let's go

19  ahead and put up image F, foxtrot.  This is an example

20  of an old Dominion ballot from Colorado, how it would

21  look in Colorado.  So, you can see that this is from

22  Colorado, 2017.  The -- the reason someone did this,

23  because Georgia was switching to this system.

24             So, the way it typically works with most of

25  these electronic companies is you vote on a

Page 9

1    touchscreen.  It then prints out your ballot.  You

2    then look, and you're supposed to check whether you

3    want to vote for that person.  You can see on the

4    screen it says, Director at Large -- these are made-up

5    names, right? -- District 4, Question 2A, 2B, right?

6    You're -- you're going through all of that to see

7    whether or not that is how you voted.

8           Let's go ahead and put up image G, image

9    golf.  This is another company.  I think this is the

10   one that we used in Texas.  So, they -- they print out

11   this little receipt.  You say, Okay, yeah, I voted for

12   president, District 1, Governor, Board of (inaudible),

13   yada, yada, yada.  The problem is in the barcode.

14   That barcode is what gets tabulated.  The -- the

15   machines that tabulate the votes do not actually

16   tabulate the names, they tabulate the barcode.  So,

17   you see that barcode.  All that barcode is is -- is

18   basically separating these lines a certain distance

19   apart to relay information to a scanner.

20          So, go back to image foxtrot, image F.  You

21   see that, in -- in this, they're actually using QR

22   codes, which is even harder to understand.  It's --

23   it's taking all the data in a QR code, so it's

24   impossible for the human eye to actually verify that

25   the QR code and the barcode say what they want them to

Veritext Legal Solutions
800-336-4000

1  say.  So, all you would need to do to actually change

2  results would be to place a different barcode on it.

3         MR. OTTO:  No --

4         MR. McGUIRE:  Even --

5         MR. OTTO:  -- no --

6         MR. McGUIRE:  -- either maliciously --

7         MR. OTTO:  Yeah.

8         MR. McGUIRE:  -- or a glitch.  It's very easy

9  to do because no human being can look at that barcode

10 and say, Oh, that's off.  I didn't mean to vote that

11 way.  So, it -- it's really scary the way this can all

12 be manipulated, and it's very easy to do.  You look at

13 that -- put up image F one more time, image foxtrot.

14 You look at that QR code, you look at all of those

15 little dots, those black dots, you move a couple of

16 those dots in a different location and it relays a

17 different set of information to a computer that's

18 tabulating the vote.

19         So, it's very, very easy, it's very, very

20 easy to manipulate this.  The question is, the people

21 in the position of power, the people who are supposed

22 to be protecting the integrity of that system, do they

23 have an interest, do they have a political interest in

24 making sure that -- that these votes are not tallied

25 the right way?  And do they have the ability to do so,

Page 11

1    which is what we're going to get into next.  So, make

2    sure you hit that share button; make sure you give us

3    a thumb's up on YouTube; make sure you subscribe; hit

4    the bell for notifications; like the video; and

5    comment as well.  We're going to dive into this right

6    now.

7              MR. OTTO:  All right.  So, I'm going to --

8    I'm going to back up for a minute and I'm going to

9    give you some context, all right?  So -- and you have

10   to bear with me.  Everybody's like, Hey, just put up

11   the -- put up the post.  I'm -- I'm going to -- I'm

12   going to give you some context of how I put it all

13   together.  And, frankly, it wasn't -- it wasn't that I

14   started out going -- I -- I knew something was wrong.

15   I knew it was fishy.  I know you have the Benford law,

16   which basically is showing fraud.  You have the 90-

17   year-olds -- which, Max, you put it on there.  We're

18   going to have to show that --

19             MR. McGUIRE:  Yeah.

20             MR. OTTO:  -- later, like the number of 90-

21   year-olds that voted.  In Colorado, the fact that

22   nearly -- there's -- nearly every precinct is voting

23   at over 100 percent, some as high as 130, 140 percent.

24   So, I mean, there's some massive issues going on with

25   this mail-in voter fraud, massive issues.  And they

                                              Page 12

```
 1    know it at the voter side.

 2            So, first of all, I want to talk about who

 3    Dominion is.  What this is going to concentrate on is

 4    going to be at Dominion.  So, who runs the company and

 5    why is that important.  The conversation will be about

 6    a man named Eric Coomer, C-O-O --

 7            MR. McGUIRE:  Can I have that image?

 8            MR. OTTO:  -- M-E-R.

 9            MR. McGUIRE:  Do we have an image of his face

10    we can put up?

11            MR. OTTO:  I do.  Hold on a second here.

12            MR. McGUIRE:  We didn't get it over to Evan?

13            MR. OTTO:  I did not.  It -- Max, it is

14    capture image 31 in the file that I sent to you.

15            MR. McGUIRE:  What -- on -- on all of those

16    files?

17            MR. OTTO:  Yeah.  Well, they --

18            MR. McGUIRE:  Okay. Keep --

19            MR. OTTO:  -- I know --

20            MR. McGUIRE:  -- talking.  I'll have to find

21    it.  This is -- this is going to take a while.

22            MR. OTTO:  Okay.

23            MR. McGUIRE:  Keep talking.

24            MR. OTTO:  So, his name is Eric Coomer,

25    right?  Now, up until March of this year, he was the
```

Page 13

1   Vice President of Security.  He was the Vice President

2   of Product Development.  He was the Vice President of

3   Product Development.  Now he lists himself as a

4   Director of Strategy and Security.

5            MR. McGUIRE:  What number did you say?

6            MR. OTTO:  Thirty-one.  It's going to be him

7   in his --

8            MR. McGUIRE:  Yeah --

9            MR. OTTO:  -- little --

10           MR. McGUIRE:  -- that's --

11           MR. OTTO:  -- outfit.

12           MR. McGUIRE:  -- it.  All right.  Mr.

13  Producer, put up my screen.  Let's just keep my screen

14  up and I'll just keep throwing things up there as we -

15  -

16           MR. OTTO:  So --

17           MR. McGUIRE:  -- we talk about it.

18           MR. OTTO:  -- so, guys, so he is the Director

19  of Strategy and Security for Dominion Voting Systems.

20  Now, he was the VP, but really what you need to know

21  about it is Eric is an owner of Dominion Voting

22  Systems.

23           MR. McGUIRE:  He has shares.

24           MR. OTTO:  He has shares, large shares, large

25  amounts of shares, like very large amounts of shares.

                                        Page 14

1    Now, I'm going to verify how many shares he has and

2    what part he owns.  But we also know that he owns

3    collectively with other people in the organization.

4    He owns patents on election equipment and IP --

5              MR. McGUIRE:  And we know that -- that

6    ownership is connected with Nancy Pelosi, right?  We -

7    -

8              MR. OTTO:  All right.  Hold --

9              MR. McGUIRE:  -- know --

10              MR. OTTO:  -- on.  Let --

11              MR. McGUIRE:  -- that --

12              MR. OTTO:  -- let me --

13              MR. McGUIRE:  -- there are people -- there

14    are people in Nancy Pelosi's office connected to it --

15              MR. OTTO:  All right.  Listen --

16              MR. McGUIRE:  -- you know.

17              MR. OTTO:  -- I've got a whole thing I need

18    to go through, so just let me get through this --

19              MR. McGUIRE:  Okay.

20              MR. OTTO:  -- okay?

21              So, I want to give you context on how I got

22    to Eric Coomer, right?  So, I want to go back to about

23    three weeks ago, I gave a speech at an FEC United

24    meeting.  And, in that meeting, what you may or may

25    not know is that I'm in the data business, right?

```
 1    And, so, I have an incredible -- and part of being in

 2    the data business, I understand code.  I understand

 3    what code can do.  I understand how to manipulate that

 4    code.  I also understand what the history is.

 5              Can you take that down, please?

 6              MR. McGUIRE:  You don't -- you don't want

 7    that up there?  I'm just --

 8              MR. OTTO:  No.  Not yet.

 9              MR. McGUIRE:  -- adding a little context.

10              MR. OTTO:  No.

11              MR. McGUIRE:  All right.

12              MR. OTTO:  So, and through the data, I mean,

13    I got involved in FEC United to help people in the

14    community because they didn't have a voice.  We have

15    democrat leadership across the country that basically

16    is coming down on people.

17              So -- so, I had -- I got incredibly focused

18    on ANTIFA, right, and the threat of their infiltration

19    of our journalism and the Democratic Party.

20              So, in the past, you've probably seen the

21    video that Project Veritas put out there of Kris

22    Jacks, right?  He's the Our Revolution leader in

23    northern Colorado who called for the beheading of

24    Americans in the street.  He also --

25              MR. McGUIRE:  Do we have that video?
```

Page 16

1                MR. OTTO:  No, Max.  You want to find it for

2    me?

3                MR. McGUIRE:  Okay.  I'm --

4                MR. OTTO:  Listen, I don't have that.

5                MR. McGUIRE:  -- this is your -- this is your

6    party.

7                MR. OTTO:  All right.  Look, I have over 200

8    things that I want to actually go over.  We're not

9    even going to even be able to get through all 200.

10   So, I'm going to post them inside of a place where we

11   can actually get to them, people can see them.  So,

12   I'll post that in there as well, right?  But, if you

13   can put -- if you can grab it, then great.  Let me

14   finish this part, okay?

15               So, if you check out the video from Project

16   Veritas, you'll see they stated they hold a majority

17   of seats in the Democrat Party across Colorado, that

18   Our Revolution does.

19               Now, in the subsequent video, as I started

20   doing more research, I'm a research junky, right, I

21   observe a journalist who has been known for rhetoric -

22   - as a rhetoric junky and ANTIFA member down in

23   Colorado Springs.  She's a -- so, she is also an Our

24   Revolution leader on the southern Colorado side,

25   right?  And she works for and uses systems at the

                                              Page 17

```
1    Business Journal and Colorado Springs Independent to
2    gather and dox people in the community.  She passes
3    off that information to other people.
4             Now, what she doesn't know, right, and I'm
5    gong to tell you -- I mean, and -- and going through
6    all this process, her name is Heidi Beedle, H-E-I-D-I,
7    Beedle, B-E-E-D-L-E.  I hope she's listening, because
8    I'm not done with you yet, right?  So, she uses that
9    to gather information.  And then, the use of this --
10   and the use of gathering intel and infiltrating calls
11   and groups and collecting information on individuals,
12   we uncovered 13 and -- excuse me, journalists across
13   Colorado that were ANTIFA activists that were
14   journalists, one of which being this Heidi Beedle.
15   Now, her name's not that important other than the fact
16   that she led me to other people, and that her loose
17   lips and the fact that she talks about things allowed
18   me to gather more information on other people.
19            So -- so, in -- in the middle of all of this,
20   as we start infiltrating these groups, I was able to
21   get on a call, an ANTIFA call.  You know, again, the
22   idea ANTIFA, right?  It's not -- it's not a real
23   thing.  They -- they basically say that it's -- it's
24   not real.  Well, I'm going to tell you, it is real.
25            By the way, hit the share button.  There's no
```

Veritext Legal Solutions
800-336-4000

1    reason why you shouldn't be sharing this, right?

2           And, so, I was on the call discussing, quote,

3    unquote, fascists, and it was fascinating, honestly,

4    to see how they thought and spoke.  I mean, the amount

5    of rhetoric that they did, it was downright scary,

6    actually, because I couldn't identify with what they

7    were -- what they were talking about.

8           As the call carried on, a person who called

9    himself Eric was on the call.  Now, I can't tell you

10   if it's the same Eric, but I'm going to tell you how

11   it led me to gather the rest of this information,

12   right?  So, I'm going to go through some of my notes

13   here, okay?

14          So, he adds -- basically, I have a bunch to

15   add.  This is the Eric speaking.  We have prepared for

16   the new future where we put down these fascist F's,

17   right?  I'm not going to use the word because I want

18   everybody to be able to hear this.  Somebody

19   interrupts, Who's Eric?  Someone else enters, Eric is

20   the Dominion guy, right?  Now, the fact that ANTIFA

21   knows that he's a Dominion guy, and I'm on this call,

22   and everyone's like, Oh, oh, he's a Dominion guy,

23   okay.  So, Go ahead, Eric, came from somebody else.

24          So, Eric responds -- so, actually, somebody

25   actually interrupts.  First he says, What are we going

1    to do if effing Trump wins, right?  As in somebody's

2    frustrated and they're -- they're talking on this

3    call.  And he responds, and I'm paraphrasing this,

4    right, Don't worry about the election.  Trump is not

5    going to win.  I made effing sure of that, ha-ha-ha-

6    ha.  And everyone's like, Yeah.  And then somebody

7    else responds, Effing right, right?

8            So, Eric continues to fortify -- this person

9    Eric continues to fortify groups and recruiting, and

10   he's eccentrist (ph) and very boisterous.  And

11   compared to what I remember hearing in his other

12   videos, I think it's a match, but I can't be sure.

13   So, I'm going to put that out there.  But I can be

14   sure of everything else I'm about to share with you,

15   right?

16           So, I laughed at the time, but I did my

17   research and I discovered Eric Coomer, who worked at

18   Dominion Voting Systems.  I did not find anything out

19   of the ordinary.  He's -- he's got his doctorate out

20   of California, right?  Very smart guy.  Has multiple

21   degrees and, you know, Dr. Eric Coomer.  You can --

22   you can look him up too.

23           But, inside of discovering all this

24   information, I found out that, you know, he's got

25   secret email addresses, and he's got, you know,

Page 20

1    Twitter handles that he hides behind, and I found all

2    sorts of crazy stuff.  Now, again, I'm in the data

3    business.  So, if you don't think I can find out

4    things, I'm going to tell you: Be very careful,

5    there's always a fingerprint, right?  And he should

6    know that, but he's just -- you know, you've got to

7    know one data guy to see another data guy.

8            So -- so, I'm walking through this process,

9    and I -- I did not actually put together that -- so, I

10   just put him in a -- in a box, right?  Gathered

11   information on him, put it over there.  I -- I

12   honestly didn't know that Dominion Voting Systems was

13   as prevalent across the country as it is.  I didn't

14   put two and two together, right?  I didn't actually

15   even know that we started using it in Colorado,

16   because I -- I initially went to Colorado and I

17   figured, Ah, who in their right mind of a massive tech

18   company would have a office just in Denver.  And then

19   I started looking at other things, which we'll --

20   we'll be able to look at, which is reviews where

21   people say that they're cheating America, right?  And

22   I was like, Ah, I put that aside, yet.

23            So, fast forward to Friday.  I get a text

24   from a friend.  He sends me over a story about

25   Dominion Voting Systems being tied to the Clinton

Page 21

1    Foundation and to Diane Feinstein, Diane Feinstein's

2    husband, and long-time campaign manager.  The

3    information started to pour in.

4           Then I got another set of texts from another

5    friend of mine.  He sent me a Facebook post and just

6    about Dominion Voting Systems.  And -- but -- and when

7    I read that -- when I read that, it said -- Eric

8    Coomer popped up.  So I recalled the name, and I went

9    back into my notes.  And I was astonished.  I'm like,

10   Wait a minute.  This is -- this is too weird, right?

11   They're talking about this, talking about the fact

12   that it's -- it's fraudulent.

13          And, by the way, you can manipulate a -- an

14   election in multiple ways, not just with barcodes, not

15   with any of that stuff.  You can manipulate it just by

16   randomization, so using randomization models in order

17   to change votes, or to skip over votes.  So that means

18   you have 20 -- 20 ballots, you could say, Yes, yes,

19   no, yes, yes, no, no, no, yes, yes, yes.  It'll still

20   record that as 20 votes, but the real tally of the

21   votes will either be switched to the -- to Biden,

22   let's say, or they'll be removed as no, okay?  Very

23   easy to do in code.  And, by the way, they've made the

24   code proprietary, which means no one -- they're

25   looking at the wrong place.  They keep saying, Hey,

Page 22

1    there's fraud.  We know there's fraud.  Like everyone

2    knows there's fraud, massive amounts of fraud, but

3    they're not looking in the right place.

4              So, I -- as I was seeing it as the same guy

5    as this braggadocios guy that was on there that was

6    sure Trump was not going to win, I started digging

7    into everything Eric Coomer.  Now, what you are about

8    to see is everything about this guy, and it should

9    scare you, right?  So, this guy's responsible for

10   system security.  He's responsible for strategy.  He's

11   actually more responsible for building the tech that

12   is actually being implemented in these different

13   states.

14             Now, I started getting intel to get access to

15   Facebook posts, access to other information, things

16   that -- he was involved in court cases.  I started

17   checking his criminal history just to see if he had

18   one, and he does.  And I started going through

19   different things, right, and just trying to put two

20   and two together so that I had a -- more information.

21   Well, the more information I got, the scarier it got,

22   right?

23             So, people, listen to what he did, right?

24   I'm going to just tell you right now.  If you go all

25   the way back to 2016, he disconnected his Facebook

Page 23

1   page and went dormant for a little while.  But, in

2   2016, he was so vile about Trump in 2016 winning.  He

3   was so vile.  And -- and, by the way, I verified,

4   based on all the posts, that this is the same guy that

5   works at Dominion, right?  But, that -- that vulgarity

6   just started to grow.  And, when he came back online

7   this year, the things that he was writing and putting

8   out there, including an ANTIFA manifesto -- remember,

9   it's just an idea -- but he actually posted that on

10  his Facebook page.  What was even scarier is the

11  information that I was able to gather from the people

12  that were actually commenting on his posts.

13          So, I'm going to show you some of this stuff,

14  and I'm going to tell you, this is why, when you put

15  stuff out on the internet, own it.  When you say

16  something, you have to know -- you have to know -- you

17  have to own it, right?

18          So, I'm going to -- I'm going to dive into it

19  now.  I'm going to start sharing some of this stuff

20  with you about this guy.  And, frankly, you're going

21  to have to tell us what you think.  But this is

22  completely scary.

23          Max, you got a chance to see this.  What --

24  what are your thoughts just on the information that

25  you've been able to review?  And I know you've had

```
 1  baby duty and everything else.
 2          MR. McGUIRE:  So, it's obvious that he has
 3  clear bias.  It's obvious that -- that he is in a
 4  position to use that bias to negatively affect
 5  election outcomes, or at least election outcomes in
 6  places that use Dominion Voting services -- Voting
 7  Systems, whatever.  The challenge is that smoking gun,
 8  that -- saying that he did use that bias and use --
 9          MR. OTTO:  And --
10          MR. McGUIRE:  -- that availability and
11  actually do something about it.  That is what needs --
12  what we need to prove.  And you heard that on the
13  phone call.
14          MR. OTTO:  Yeah.
15          MR. McGUIRE:  He's probably -- if this gets
16  back to him, he'll probably say that he was just
17  joking, like --
18          MR. OTTO:  He was joking --
19          MR. McGUIRE:  -- when -- when --
20          MR. OTTO:  -- on the phone call with the
21  ANTIFA people?  I mean --
22          MR. McGUIRE:  That's what they'll --
23          MR. OTTO:  -- keep in mind --
24          MR. McGUIRE:  -- say.
25          MR. OTTO:  -- he was on the phone with --
```

Page 25

```
 1                MR. McGUIRE:  Yeah.

 2                MR. OTTO:  -- ANTIFA.  He's on the phone with

 3    ANTIFA.

 4                MR. McGUIRE:  I know.

 5                MR. OTTO:  I'm on a call.  I've infiltrated

 6    ANTIFA.  I've been able to uncover people that are

 7    ANTIFA people, right?  And -- and he's going to tell

 8    us that he was just joking?  He was brag -- he was

 9    bragging about it and joking --

10                MR. McGUIRE:  That's --

11                MR. OTTO:  -- about it?

12                MR. McGUIRE:  -- what he'll say.

13                MR. OTTO:  Okay.

14                MR. McGUIRE:  That's what he'll say.

15                MR. OTTO:  But even if he says that, we have

16    to honor the code, right?  And even if he says that,

17    some of the information that he put on his Facebook

18    page, no state in this entire country should use

19    Dominion Voting Systems ever again once they hear

20    this, once they go through this.  And I promise you,

21    this is going to get out to everyone.  It's going to

22    get out to every single network out there.  They're

23    going to say, Oh, my gosh, this is the guy that's

24    responsible for Dominion Voting Systems security.

25    This is the guy that writes code.  And it's even more
```

1    than that.  He has his fingerprints in every city.

2    I'm going to show you a bunch of things.  I'm going to

3    send over some stuff to you now.

4           So, let's go to -- cut, if we can, let's just

5    get to the -- the easiest one, I think, for people to

6    understand, and that is capture -- well, let's go back

7    in time.

8           MR. McGUIRE:  Which one?

9           MR. OTTO:  Let's go to the one on July 16th,

10   capture 72.

11          MR. McGUIRE:  I can't -- I can't -- capture

12   72, okay.

13          MR. OTTO:  Yeah.

14          MR. McGUIRE:  Give me a second.  I have to

15   find what email 72 is in.  I'm going to guess it's in

16   three.  Nope.  Let me go to four.

17          MR. OTTO:  So, let me -- let me start reading

18   it while you -- while you -- while you pull it up,

19   okay, because people are going to be listening to

20   this.  So, this is from Eric Coomer on July 21st,

21   2016.  This is dating all the way back to --

22          MR. McGUIRE:  I --

23          MR. OTTO:  -- 2016.

24          MR. McGUIRE:  -- go ahead.  I put up my

25   screen.

```
 1              MR. OTTO:  And it says, Facebook Friend Land,
 2    open call:  If you're planning to vote for that
 3    autocratic, narcissistic, fascist, asshat blowhard and
 4    his Christian jihadist VP pick, unfriend me now.  No,
 5    I'm not joking.  I'm all for reasoned political
 6    discourse and healthy debate, but looking at you --
 7    and he names people -- I disagree with the three on so
 8    many philosophical grounds, but respect your opinions.
 9    Only an absolutely effing idiot could even vote for
10    that windbag f-tard, racist, fascist --
11              MR. McGUIRE:  Fascist.
12              MR. OTTO:  I'm sorry.  -- fascist, racist F.
13    No BS.  I don't give a damn if you're friend, family,
14    or random acquaintance, pull the lever, mark an oval,
15    touch the screen for that carnival barker, unfriend me
16    now.  I have no desire whatsoever to even interact
17    with you.  You are beyond hope, beyond reason.  You
18    are controlled by fear, reaction, and BS.  Get your S
19    together.  Oh, and if that doesn't persuade you, F
20    you.  Seriously, the effing ass-clown stands against
21    everything that makes this country awesome.  You want
22    in on that?  You deserve nothing but contempt.
23    Hashtag Un-Trump me.  I think that hashtag might go
24    viral.  Hashtag Taking a Stand.  Rant.  Not really.
25    Unfriend me.  Hashtag Un-Trump Me.  Hashtag You are
```

Page 28

1    Beyond Hope.

2            Edit:  I put the end tag in the wrong spot.

3            Second Edit:  These opinions are rational and

4    completely my own.  They are based on reason and

5    highly credible.

6            So, look, we'll be putting these onto

7    somewhere you can read it.  And -- but, I mean, I got

8    to tell you, this is dating back to 2016, right?  This

9    is not --

10            MR. McGUIRE:  Do you want to go through the

11    comments?

12            MR. OTTO:  Yeah, I do.  That's on capture 73.

13            MR. McGUIRE:  Yep.  So, you got -- we -- we

14    really shouldn't show the comments because we do have

15    people on here that we can't really put up.  So, we --

16            MR. OTTO:  We should --

17            MR. McGUIRE:  The comments --

18            MR. OTTO:  -- then.

19            MR. McGUIRE:  -- aren't censored.  No, we --

20    we cannot share someone's name if they're not the

21    subject of this investigation.

22            MR. OTTO:  Well, hold on --

23            MR. McGUIRE:  We can't just share people.

24            MR. OTTO:  You should see some of the --

25            MR. McGUIRE:  We'll get --

                                        Page 29

1               MR. OTTO:  -- comments --

2               MR. McGUIRE:  -- taken --

3               MR. OTTO:  -- though.

4               MR. McGUIRE:  -- down by Facebook.

5               MR. OTTO:  Well --

6               MR. McGUIRE:  But we'll be taken down by

7  Facebook.  This guy's a public figure working for

8  Dominion.

9               MR. OTTO:  Yeah.

10              MR. McGUIRE:  He's outspoken (inaudible).  We

11  cannot share anything that has a comment on it that

12  has someone who isn't Eric Coomer.

13              MR. OTTO:  Until you start doing research --

14              MR. McGUIRE:  I know.

15              MR. OTTO:  -- on some of these other people

16  and what positions they hold --

17              MR. McGUIRE:  I know, but that doesn't matter

18  --

19              MR. OTTO:  -- that's next.

20              MR. McGUIRE:  -- right?  It --

21              MR. OTTO:  That'll be the next one.

22              MR. McGUIRE:  -- it's --

23              MR. OTTO:  All right.  All right.

24              MR. McGUIRE:  -- it's not a matter --

25              MR. OTTO:  Yeah.

Veritext Legal Solutions
800-336-4000

1           MR. McGUIRE:  -- of what we think.  If we do

2      it, Facebook will take us down, YouTube will take us

3      down.  It's not worth it.

4           MR. OTTO:  So, if you go back, and we'll kind

5      of go through this, September 7th, 2016.  So, for

6      those of you who don't know, Philadel -- excuse me.

7      Pennsylvania is run by Dominion Voting Systems, right?

8           And, Max, can you please tell the audience

9      how many out of -- in -- in Philadelphia got -- back

10     in 2012 got --

11          MR. McGUIRE:  (Inaudible).

12          MR. OTTO:  -- Romney's vote?  Can you go

13     through that real quick?

14          MR. McGUIRE:  Yeah.  Yeah.  There were 59

15     precincts in Philadelphia in 2012 that had not a

16     single vote cast for Mitt Romney, which is a

17     statistical anomaly.  The anomaly -- anomaly of all

18     anomalies because it -- it says that not even one

19     person accidentally voted for Mitt Romney, which is --

20     it just doesn't happen.  You don't have 59 precincts

21     where not a single vote is cast for one person, even

22     if by accident, even -- I mean, you can't say there's

23     not a single conservative in 59 precincts in

24     Philadelphia.

25          MR. OTTO:  Right.

Veritext Legal Solutions
800-336-4000

 1          MR. McGUIRE:  It just -- it just doesn't add

 2    up.

 3          MR. OTTO:  Right.  And keep that in mind: 59

 4    precincts; not one person voted for Mitt Romney.  And,

 5    by the way, that -- that anomaly was never actually --

 6    nobody looked into it.  Nobody even -- nobody even

 7    questioned it, right?

 8          So, let's go to October 9th, 2016, so capture

 9    68.

10          MR. McGUIRE:  I can't.  I'd have to edit it.

11          MR. OTTO:  Why?

12          MR. McGUIRE:  I can't.  Because you included

13    people that aren't him, so I have to edit it right

14    now.  Give me a second.

15          MR. OTTO:  All right.  Well, let -- let's go

16    up to, then, the -- if we can really quick.

17          And, guys, I don't have the ability to share

18    my screen or I'd be sharing all of these, right?  But

19    you can go in here --

20          MR. McGUIRE:  All right.

21          MR. OTTO:  Okay.  You got it?

22          MR. McGUIRE:  Yeah, in a second.  Let me

23    throw it up there.  Is that right?  No.  Where'd it

24    just go?  Yes.  Okay.  Put up my screen.

25          MR. OTTO:  So, this says, Where were all you,

                                           Page 32

```
 1   because in December -- excuse me, October 9th, 2016 --
 2   so this is before the 2016 election.  Now, I'm going
 3   to show you stuff in 2020 which'll show you how
 4   radical he's become from even here.  But, Where are
 5   all you clowns, those of you wringling (ph) your hands
 6   and clutching your or your wife's pearls now that
 7   Trump has, quote, unquote, insulted your women when --
 8   and he -- he misspelled it because he's talking about
 9   -- you'll see that he's talking about people in -- in
10   Texas specifically -- when he was spewing equally vile
11   stuff about Mexicans or Muslims or threatening to lock
12   up women that have abortions.  You're the same clowns
13   calling for Pence to take over for Trumpet (ph), a man
14   so reprehensibly anti-woman he couldn't look more
15   appropriately dressed in animal skin and carrying a
16   club.  Take a giant look in the mirror; there's the
17   real problem.  This daily rant brought to you by the
18   letters F and U.  Right?
19            Now, (inaudible) --
20            MR. McGUIRE:  That's the guy in charge of
21   security at Dominion Voting Systems?
22            MR. OTTO:  That's the guy in charge of
23   security.
24            MR. McGUIRE:  Yes.
25            MR. OTTO:  Now, let's go to -- and -- and
```

Page 33

```
 1    this is crazy.  Let's fast forward a little bit

 2    because I want -- I want to get into this year, but I

 3    want to --

 4              MR. McGUIRE:  Just give me --

 5              MR. OTTO:  -- go ahead --

 6              MR. McGUIRE:  -- give me the capture number

 7    because --

 8              MR. OTTO:  The capture number --

 9              MR. McGUIRE:  -- I can't search by --

10              MR. OTTO:  -- that's --

11              MR. McGUIRE:  -- (inaudible) so I have to go

12    all the way back to another one.  Let's see.

13              MR. OTTO:  Now, keep in mind, people, I

14    didn't know anything about this when I intercepted

15    this call that he was on -- supposedly on, right,

16    where somebody said that it was Eric from Dominion --

17              MR. McGUIRE:  All right.

18              MR. OTTO:  -- and he was talking --

19              MR. McGUIRE:  Go ahead.  Put up --

20              MR. OTTO:  -- about this.

21              MR. McGUIRE:  -- my screen.

22              MR. OTTO:  So, this is on June 2nd of this

23    year.  This is the ANTIFA manifesto that Eric Coomer

24    actually reposted, right?  He reposted it.

25              Now, if -- if you go to image 10, right,
```

Page 34

```
 1   capture image 10, and you --
 2             MR. McGUIRE:  (Inaudible).
 3             MR. OTTO:  -- go to -- you go to 11 --
 4             MR. McGUIRE:  That's in a different email.
 5   Give me a second.  No one can read that fast, so --
 6             MR. OTTO:  And I'm not -- we're going to --
 7   we're going to -- I'll drop these inside the comments,
 8   right?  So we will build a thing so you can actually
 9   see what he actually put out there, right?  But this
10   is the ANTIFA manifesto that they actually wrote.  So,
11   I would not be surprised -- I didn't say he did, but I
12   would not be surprised if he was the one writing it.
13   He seemed like the mastermind when he was on the call,
14   but I can't -- I can't say that for a fact.
15             Now, keep in mind, this guy has a doctorate
16   from Cal -- from, I think, Poly -- I'll check the --
17   from California, right, a doctorate.
18             MR. McGUIRE:  Just a head's up.  We cannot
19   share image 12 because you included people in the
20   comments section.  So, I have -- I just edited it.
21   But we can't share it as is, so don't put that on --
22   in the comments section.
23             MR. OTTO:  Okay.  So, we'll -- we'll talk
24   through that.  Go ahead and make a note of that, Evan,
25   so we can --
```

Veritext Legal Solutions
800-336-4000

```
 1              MR. McGUIRE:  There's --

 2              MR. OTTO:  -- make --

 3              MR. McGUIRE:  -- com --

 4              MR. OTTO:  -- the --

 5              MR. McGUIRE:  -- there's -- there's that one,

 6    but we can't --

 7              MR. OTTO:  Okay.

 8              MR. McGUIRE:  -- we can't share it as you

 9    sent it over.

10              MR. OTTO:  So, this is a four-part -- taking

11    screenshots, four-part diatribe by ANTIFA, you know,

12    the organization that's just an idea, that you'll see,

13    that was --

14              MR. McGUIRE:  Well, let -- let --

15              MR. OTTO:  -- reposted --

16              MR. McGUIRE:  -- let's -- let's read a bit of

17    it.  Let's read a bit of it, because we do have --

18    remember, we have people listening to the audio

19    version.

20              So, it says, Dear Mr. Trump:  Let us be

21    perfectly clear: ANTIFA isn't an organization.

22    There's no memberships, no meetings, no dues, no

23    rules, no leaders, no structure.  It is literally an

24    idea and nothing more.

25              This -- an idea has its own manifesto. Even a
```

Page 36

1    claim of this author to represent ANTIFA is one made

2    unilater -- unilaterally for the purposes of this

3    communication and nothing more.  There is no governing

4    body nor trademark on our -- this is so stupid -- to

5    dispute the author's right to represent ANTIFA.

6    ANTIFA is -- is constructed from a contraction of the

7    phrase anti-fascist.  The truth is, there's no such

8    thing as being anti-fascist.  Either you area a decent

9    human being with a conscience or you are a fascist.

10            That's crazy.

11            The President of the United States has today

12    openly declared that he is a fascist and that he

13    intends to turn the military power of the United

14    States into a fascist tool.  Now there is no question,

15    and we can stop -- and we can stop pretending that

16    this man represents anything but the worse in

17    humanity, which is his -- which his supporters embody,

18    and that is the only affect his words will have.  It

19    will -- it will likely be no problem for law

20    enforcement officers to identify the author of this

21    document, who has -- who also has maintained the

22    ANTIFA page on Facebook since its founding in 2017.

23    The author of this document is unconcerned with that

24    inevitability because neither that author nor this

25    document has been involved in a crime of any sort, in

Page 37

```
1    any way.  But, since both the president and the media
2    insist on acting as both ANTIFA is this big scary
3    organization, the author supposes it's time for ANTIFA
4    to make a statement.
5             So, it's saying ANTIFA is an idea, but
6    ANTIFA's also going to make a statement.
7             Thus, ANTIFA supports and defends the right
8    of all people to live free from oppressive, abusive
9    power, whether that power is unjustly derived from
10   wealth, status as an employer, or political
11   popularity.
12            So, it's just all these -- craziness.  But I
13   wanted to read a little bit of it because we do have
14   people listening to the audio version, and this is the
15   guy who's in charge of security at Dominion Voting
16   Systems.  Dominion Voting Systems which, by the way,
17   we also know works with the Clinton Foundation.
18            MR. OTTO:  Yeah.
19            MR. McGUIRE:  Look right here.  In 20 -- in
20   2014, Dominion Voting is committed to providing
21   emerging and post-conflict democracies with access to
22   voting technologies through its philanthropic support
23   to the Delian Project.
24            This is the craziness of all of this.
25   Dominion --
```

Veritext Legal Solutions
800-336-4000

 1              MR. OTTO:  They're not --

 2              MR. McGUIRE:  -- Voting System --

 3              MR. OTTO:  Is the same one that's being used

 4    down in -- in Venezuela --

 5              MR. McGUIRE:  Yeah.

 6              MR. OTTO:  -- as well.

 7              MR. McGUIRE:  Yeah.  Dominion Voting --

 8              MR. OTTO:  Same company.

 9              MR. McGUIRE:  -- Systems says that -- that

10    they're software is necessary because in third world

11    and developing countries where they -- it takes too

12    long to count the ballots, they say that the longer it

13    takes to count ballots, the higher the risk of

14    revolution, civil unrest, yada, yada, yada.  So, they

15    says, Bring our systems in, and we'll cut down the

16    time it takes for you to call an election so you won't

17    have all this unrest brewing over an uncertain

18    outcome.

19              And here Dominion is taking over in a large

20    part of the country, and all -- and how they're being

21    run around the country, and we still don't have the

22    vote finished.  So, they're -- they're kind of talking

23    out of both sides of their mouth.  They're saying that

24    our systems will make sure that the votes are counted

25    quickly so you don't have to worry about unrest, civil

```
1    unrest, uncertainty of who won; but, at the same time,

2    as they're being used, we're seeing the slowest count

3    of ballots in at least my lifetime.  I've never seen

4    it go this long where -- where states still haven't

5    finished.  Look at Nevada.  Nevada is counting like

6    20,000 ballots a day.  That's it.  It's insane.  And -

7    -

8              MR. OTTO:  So --

9              MR. McGUIRE:  -- this is the guy who's in

10   charge of it.

11             MR. OTTO:  -- so I just shared with you the

12   June 2nd post by Eric Coomer, which is a New York

13   Times article about George Floyd.  I just shared it

14   with you in --

15             MR. McGUIRE:  Yeah.  That's right.  Put up my

16   screen.  It's up there now.

17             MR. OTTO:  So, by the way, I'm actually now

18   just going to send them over the Max.  I'm going to --

19   I'm going to white out what people are saying.  But

20   this is the type of people that he hangs out with,

21   hashtag F the Police.  There's no excuse for this to

22   happen.

23             Now, look, before we actually watch the

24   video, 99 percent of America was behind (ph) of it.

25   They never released the video, right, for George
```

Veritext Legal Solutions
800-336-4000

1   Floyd, ever.  They didn't release it.  And, frankly, I

2   -- you know, we -- you -- me and you had some big

3   discussions about -- about this in -- in particular,

4   right?  We were on opposite sides of what we actually

5   believed, right?

6               MR. McGUIRE:  I think you came to my side

7   towards the end.

8               MR. OTTO:  Yeah.  So --

9               MR. McGUIRE:  I think.

10              MR. OTTO:  -- this is on May 31st, so capture

11  number 16.  This is what he put on May 31st.

12              MR. McGUIRE:  Let me find it.  This is -- can

13  we share it?  Yes, we can.  So, once again, and he

14  nails it, Cop explains how it feels to live every day

15  in fear of someone might record you brutalizing a

16  civilian, from the onion.com.

17              I mean, if you're a leftist, that's leftist

18  humor.

19              MR. OTTO:  So --

20              MR. McGUIRE:  It's -- it's the idea that cops

21  are afraid that they'll be recorded brutalizing a

22  civilian.  I mean, that's --

23              MR. OTTO:  Now let's show --

24              MR. McGUIRE:  -- that's leftist --

25              MR. OTTO:  -- them on the --

Veritext Legal Solutions
800-336-4000

1           MR. McGUIRE:  -- satire.

2           MR. OTTO:  -- same day, May 31st, a YouTube

3    video that he posted on capture 17, and you can share

4    this.

5           MR. McGUIRE:  Yep.  Pigs for Slaughter.  I

6    don't know about the music, but --

7           MR. OTTO:  You -- if you -- they shot an

8    innocent five-year-old kid, murdered in his bed.  So,

9    this is -- this is -- this follows the next one that

10   you're actually going to see, which is capture 20, May

11   31st.

12          MR. McGUIRE:  Yeah.  Dead Prez (ph), Top

13   Shot.  Top Shot.

14          MR. OTTO:  On YouTube.  Now, if you --

15          MR. McGUIRE:  So --

16          MR. OTTO:  -- go actually --

17          MR. McGUIRE:  -- so it's -- we -- we know

18   this guy's a leftist --

19          MR. OTTO:  Hold on.  Keep going.  You go to

20   May 31st.  Again, this is the guy that's responsible

21   for your elections.  Now, we already know that there's

22   fraud, right?  We already know the -- the Benford law

23   has actually shown the fraud that more 90-year-olds

24   have voted for -- for Biden than ever before in the

25   history of -- of anyone, right?

                                         Page 42

1           Here's another one from May 31st where The

2      Exploited F the USA, hardcore.  So this is in a

3      version on YouTube where he's basically saying F the

4      USA --

5                MR. McGUIRE:  Yeah.

6                MR. OTTO:  -- all right?  You go to --

7                MR. McGUIRE:  You --

8                MR. OTTO:  -- just the --

9                MR. McGUIRE:  -- you mentioned -- you

10     mentioned -- let me make sure I can -- yeah.  You

11     mentioned that -- that the Benford's law.  Let's go

12     ahead and put this up on the screen.  This is someone

13     who shared the Benford curve on Twitter, now being

14     locked out of Twitter for violating Twitter's rules.

15     And they say --

16                MR. OTTO:  Yeah.

17                MR. McGUIRE:  -- that talking about the

18     Benford law, Benford law's curve, which is the idea

19     that it is easily predictable how many -- how many

20     sequences -- data -- points of data in a large

21     dataset, how often the number 1, 2, 3, 4, 5, 6, 7, 8,

22     9 will appear as the first digit in that data

23     sequence.  He -- this person shared it, and it -- he

24     was kicked off of Facebook, and it -- because that

25     sharing was classified as --

Veritext Legal Solutions
800-336-4000

1           MR. OTTO:  He was kicked off of Twitter.

2           MR. McGUIRE:  -- (inaudible) --

3           MR. OTTO:  He was kicked off of --

4           MR. McGUIRE:  -- privately --

5           MR. OTTO:  -- Twitter.

6           MR. McGUIRE:  -- produced intimate media.

7   Basically saying that he's -- he's -- obscene

8   materials, graphic, sexual materials, sexual

9   exploitation.

10          MR. OTTO:  Guys, I -- I haven't gotten to

11  this yet.  I mean, it's -- it's crazy because they're

12  -- they literally are in cahoots together.  They all

13  are.  But, if you go to then capture 23 --

14          MR. McGUIRE:  All right.

15          MR. OTTO:  -- this is A.C.A.B., the 4-Skins,

16  again, this -- this is -- and then, if you go to --

17          MR. McGUIRE:  All cops are bastards.

18          MR. OTTO:  -- if you got to 24 --

19          MR. McGUIRE:  That's what A.C.A.P. stands

20  for.

21          MR. OTTO:  -- right?  And you got to go watch

22  these YouTube videos.  It's unbelievable.  Twenty-four

23  Body Count --

24          MR. McGUIRE:  Body Count, Cop Killer.

25          MR. OTTO:  -- Cop Killer.

Veritext Legal Solutions
800-336-4000

1              If you go to image 25 --
2              MR. McGUIRE:  Can't.  It has comments on it.
3              MR. OTTO:  Here, let me go ahead and --
4              MR. McGUIRE:  But it -- it's basically Dead
5    Cops, America So Straight, by MDC.  So sharing videos
6    about dead cops.
7              MR. OTTO:  Well, hold on a second.  Let me --
8    let me -- let me get rid of this guy's name.  You
9    don't -- and I'm actually doing it right now to send
10   it to you.  But --
11             MR. McGUIRE:  You don't need to go in depth
12   into the guy's entire iTunes.  We -- we -- we know
13   that he's a leftist.  We know that he hates the
14   police.  We know he listens to music glorifying the
15   death of police.
16             MR. OTTO:  Yeah.
17             MR. McGUIRE:  And this is the guy in charge
18   of data security for Dominion Voting Systems.  So, the
19   question we ask -- you heard him on the phone call
20   telling other people in ANTIFA, Don't worry, I made it
21   so that Trump won't win.
22             MR. OTTO:  Well, and you --
23             MR. McGUIRE:  And the --
24             MR. OTTO:  -- would say --
25             MR. McGUIRE:  -- question is --

                                        Page 45

1          MR. OTTO:  -- and you would say, right, and -

2   - and -- and I had -- and I had to run this against

3   other people.  And I said, Okay, Eric Coomer works at

4   -- at the -- at -- at Dominion, okay?  I didn't know

5   he was even an owner at first.  And then I was like,

6   Oh, well, let me pull some other information to see if

7   he's an owner, right?  And then I pulled some

8   information on people that were connected to him that

9   had done business with him before, and the -- that was

10  even scarier.  So that led me to get even more

11  information, which I'm about to share with you.

12         So, I'm going to -- I'm going to -- I'm going

13  to -- I'm going to send you a complaint, right?  I'm

14  sending it to you right now.  Got it?  Go ahead and --

15         MR. McGUIRE:  Yes.

16         MR. OTTO:  -- pull that up.

17         MR. McGUIRE:  All right.  That's on the

18  screen now.

19         MR. OTTO:  So, I'm going to show you.  So,

20  this is a consortium of people that sued the State of

21  Georgia.  Now, keep in mind, the state of Georgia is

22  one of the problems (sic) that's had massive issues.

23  I'm going to send some more of this stuff over that'll

24  -- we'll talk about that.  But this court case was

25  filed on September 1st, okay?  And, as you go to it,

Page 46

1    Max, if you'll actually go to Exhibit 1 -- guys,

2    you're going to have to bear with me on this because

3    this is an actual case.  And let me just tell you what

4    the case number is.  So, it's Case 117CV02988 -- I'm

5    sorry, Case number --

6             MR. McGUIRE:  9-8-9-alpha-tango.

7             MR. OTTO:  Yeah.  Sorry about that.  So,

8    117CV02989AT.  Sorry.  These glasses should do better.

9             MR. McGUIRE:  And, so, the description of

10   this email, it's: Presidential candidates were not on

11   my ballot.  When I complained to the polling agent, I

12   was told I had voted some months previously and the

13   machine remembered that and -- and gave me a ballot

14   without certain candidates names.  Is that correct?

15   She also told me the last election was held on 02/20.

16   I did not remember that.  I do remember voting at the

17   East Point Library some months previously, however.

18   My daughter lives in Sandy Springs, and she told me

19   her ballot had a list of presidential candidates, but

20   Joe Biden's name was absent on the ballot.  She said

21   she had to vote for Bernie Sanders but was confused

22   because she thought he had -- he had dropped out of

23   the race.  Please help explain this irregularity.

24   Thanks.

25             Now, that is an email from a concerned voter

Page 47

1    who used Dominion system and reported that candidates

2    were missing on the ballot, and the excuse she was

3    given was that the machine remembered that she had

4    already voted for that candidate and didn't give her

5    the option to do it again.

6                MR. OTTO:  Yeah.  So --

7                MR. McGUIRE:  And she says that she never

8    did.

9                MR. OTTO:  And, guys, just so you know, we

10   can go through it, and as you start you start

11   scrolling through, these are affidavits from people

12   that complained about election issues.  Now, keep in

13   mind, they said that there's -- the integrity of the

14   system is absolutely foolproof, right?

15               And you'll go to -- go to number -- Exhibit

16   6.

17               MR. McGUIRE:  All right.  We're here, Exhibit

18   6.  This is an email from another person.  Description

19   of the complaint: I voted in the primary on Tuesday,

20   06/09/2020, and selected nonpartisan as my party so I

21   could select the best candidate for the job.  I was

22   only allowed to vote for the judges in my county and

23   that's it.  I find that to be very disturbing that my

24   vote truly did not count, and I'm angry that I was not

25   given the opportunity to vote on the other election

Veritext Legal Solutions
800-336-4000

1    candidates for president, senate, sheriff, or register

2    my preference on the numerous questions that were on

3    the ballot.  Just because I'm not a registered

4    Republican or Democrat, I was stiffed from selecting

5    people I felt were the most qualified to represent me

6    and my country in the future.  I am not  -- I am -- if

7    I am a nonpartisan voter, I should be given all of the

8    options because that is what makes me a nonpartisan

9    voter.

10            So, the question I have is I don't know

11    Georgia law, but I know that in a lot of places you

12    can't vote in a primary unless you're a declared --

13            MR. OTTO:  No, not in --

14            MR. McGUIRE:  -- in --

15            MR. OTTO:  -- Georgia.

16            MR. McGUIRE:  -- that party.

17            MR. OTTO:  Not in Georgia.

18            MR. McGUIRE:  Georgia lets you do -- okay.

19            MR. OTTO:  Right.

20            MR. McGUIRE:  So, that -- that's a mistake.

21    They might have assigned those rules to her.  That

22    could be a mistake where they thought that, if you're

23    not a Republican, you can't vote in a Republican

24    primary.  It doesn't make sense that she wouldn't be

25    able to vote for sheriff or all these other things.

Page 49

1    But, yeah.  No, there's tons of these in this

2    document.

3              MR. OTTO:  Well, go to number 25.  So, this

4    is where it gets really interesting.  And -- and, by

5    the way, I had to read all of these, and there's a ton

6    of them.  But go to 25.  And, Max, I'll let you read

7    that.

8              MR. McGUIRE:  I was a little -- this is a

9    long one: At 7:30 a.m., no voters had been allowed to

10   begin the process, and poll workers had made no

11   announcement as to the reason of the delay.

12             She -- she arrived at the precinct at 7:00 --

13   at 6:15 and she was fourth in line.  An hour and 15

14   minutes after she arrived, they wouldn't let her in.

15             The line in the parking lot was wrapped

16   around the building at this point.  After proactively

17   questioning poll workers, learned machines were not

18   working and they were rebooting computers.  Placed a

19   call to Cobb County Board of Elections and

20   Registration at 7:50 a.m. to notify them our machines

21   were not working at the precinct.  The office was

22   unaware of the problem.  Other voters asked for

23   provisional ballots and were advised they were not

24   available until the end of the day.  That's -- that's

25   just not true.

Veritext Legal Solutions
800-336-4000

```
1              Some voters started leaving because of the

2      inability of poll workers to provide any time frames

3      for voting and access to provisional ballots.  A

4      sheriff came to the precinct and shared the problem

5      was statewide and due to programming, not poll worker

6      error.

7              MR. OTTO:  Ah.

8              MR. McGUIRE:  He -- he very --

9              MR. OTTO:  What did it say?

10             MR. McGUIRE:  -- professionally --

11             MR. OTTO:  Programming.

12             MR. McGUIRE:  Due to programming --

13             MR. OTTO:  Right.

14             MR. McGUIRE:  -- not poll worker error.

15             He -- he very professionally shared updates

16     with the voters waiting outside, and walked all the

17     lines to share reasons for the delay.  Finally

18     provided a provisional ballot at 9:15 a.m. after my

19     passport ID was input manually, but the computer did

20     not read the card.  My ballot was successfully scanned

21     after turning in the provisional ballot.

22             In closing, I am 66 years old and cannot

23     believe a nation that successfully sent astronauts to

24     the moon in the sixties continues to fail citizens in

25     the most basic tenant of a democracy.  Georgia has
```

Page 51

1    dozens of excellent universities with thought leaders,

2    engineers, cyber specialists, mathematicians, and

3    policy gurus.  We have no excuse for ignoring their

4    talent and continuing to make a mockery of the right

5    to vote.  Georgia is way overdue to step up and

6    perform competently.

7         As a senior, my health, physical access, and

8    mobility should never be adverse factors in my ability

9    to vote.  It is projected that one-fifth of the

10   population will be seniors in a few years, and we must

11   not be excluded from our constitutional right to vote

12   through shear callousness and narrow thinking.

13        Yeah.  No.  So, it's -- it's clear that there

14   are problems.  And -- and the fact that they reported

15   it as being programming, no user error, we saw so many

16   of these -- of these cases on election day this year

17   where, I -- I think it was in Georgia, but it was also

18   on North Carolina and Pennsylvania.  You had polling

19   places not opening because they said the machines just

20   weren't working.

21        So, it -- it's -- it's really hard, because I

22   don't want to have a conspiratorial mindset, right?  I

23   want to believe that when elect -- results are posted,

24   we can believe it.  But, when you see all of these

25   discrepancies, all this evidence of people being

Page 52

1   disenfranchised, machines having errors, it being said

2   that it's programming mistakes, it just makes you

3   question the entire thing.

4          And again, we talked about it in the

5   beginning, the idea of the -- of the barcodes, of how

6   -- how the tabulators work.  It's just -- this is too

7   big of a deal to trust this to one of four companies.

8   Like, there are four major companies that run election

9   electronic voting around the country.  It's just --

10  it's too much to trust the future of this country to -

11  -

12          MR. OTTO:  Okay.

13          MR. McGUIRE:  -- especially when we see that

14  they are -- are not only connected to Democrats on

15  their boards and -- and as lobbyists, but they also

16  work with the Clinton Foundation.  That gets really,

17  really --

18          MR. OTTO:  So --

19          MR. McGUIRE:  -- frightening.

20          MR. OTTO:  -- so, listen, this guy Eric

21  Coomer is, you know, he just is everywhere, right?

22  So, go pull up -- I just sent you another link.

23          MR. McGUIRE:  Yep.  I got --

24          MR. OTTO:  You can --

25          MR. McGUIRE:  -- it.

Veritext Legal Solutions
800-336-4000

1           MR. OTTO:  -- pull that one up.

2           MR. McGUIRE:  You can go ahead and put up my

3    screen.  It says:  Eric Coomer's Declaration Under

4    Oath.

5           MR. OTTO:  Yeah.  And where is --

6           MR. McGUIRE:  It's (cross talk) --

7           MR. OTTO:  -- this?

8           MR. McGUIRE:  -- oath.

9           MR. OTTO:  This in --

10          MR. McGUIRE:  (Cross talk).

11          MR. OTTO:  -- Georgia, right?

12          MR. McGUIRE:  In Georgia, same case.  So,

13   they actually -- they didn't depose him, but they had

14   him submit a Statement Under Oath, it looks like.

15          MR. OTTO:  Right.  But, listen --

16          MR. McGUIRE:  Ow (ph).

17          MR. OTTO:  -- this was -- this case dates all

18   the way back to 11/13 of 2019, right?

19          MR. McGUIRE:  Yeah.

20          MR. OTTO:  So, if you look at this, though,

21   Eric Coomer is the one making the declaration: My name

22   is Eric D. -- Dr. Eric D. Coomer.  I am over the age

23   of 21 years old, and I have no legal disability which

24   would prevent me --

25          MR. McGUIRE:  Yeah.

                                         Page 54

1          MR. OTTO:  -- from giving this declaration.

2    If -- if called to testify, I would testify under oath

3    to these facts.  I am the Director of Product Strategy

4    and Security for Dominion Voting Systems.  Dominion.

5    I was previously the Vice President of U.S.

6    Engineering for Dominion, and prior to that I was the

7    Vice President of Research and Development for Sequoia

8    Voting Systems.  I have been in product development

9    for election systems since 2005.

10          Now, I want to go back to what you guys just

11    saw.  Since 2005, he's been involved in elections.

12    The guy is as far left as you can possibly get, right?

13    He's  writing things on his Facebook page that say F

14    the police.  He's -- he's publishing the ANTIFA --

15    ANTIFA manifesto that came out in June.  This guy

16    literally is the guy that is actually handling

17    security for an election company, and he --

18          MR. McGUIRE:  Yeah.

19          MR. OTTO:  -- hates Trump.  And -- and

20    literally goes out and puts himself out there as if,

21    Hey, we don't care who wins.  We're, you know,

22    bipartisan.  He's actually said that, right?

23          So, now I want to get to -- I'm going to send

24    something else over to you right now.  That was in

25    Georgia.  And -- and this'll be really interesting.

Veritext Legal Solutions
800-336-4000

 1    If you'll go to -- I just sent it --

 2              MR. McGUIRE:  What --

 3              MR. OTTO:  -- over to you.

 4              MR. McGUIRE:  -- what do you want me to pull

 5    up?

 6              MR. OTTO:  Just sent it to you.  The

 7    Secretary of State for Colorado.

 8              Now, what you need to know about Colorado is

 9    that --

10              MR. McGUIRE:  You can put up the screen.

11              MR. OTTO:  Yeah.  And if you -- if you go to

12    page 26 --

13              MR. McGUIRE:  Oh, geez.

14              MR. OTTO:  Director of Project -- Product

15    Strategy, Eric Coomer --

16              MR. McGUIRE:  Right.

17              MR. OTTO:  -- graduated from the University

18    of California at Berkley in  1997 with a PhD in

19    nuclear physics.  Oh, wow.  Smarty pants.  After

20    working in IT consulting for several years, Eric

21    entered the elections industry -- just think about

22    that, there's an elections industry -- in 2005 with

23    Sequoia Voting Systems as Chief Software Architect.

24              After three years with the company, Eric took

25    over all development operations as Vice President of

                                           Page 56

1    Engineering.  When Sequoia was acquired by Dominion

2    Voting Systems in 2010, Eric joined the Dominion --

3    Dominion Voting Systems team as Vice President of U.S.

4    Engineering, overseeing development at the Denver,

5    Colorado office.  Recently, Eric has taken over as the

6    Director of Product Strategy, driving the creation of

7    next generation products through a close collaboration

8    with customers, combined with a deep understanding of

9    technology and the needs of elections departments

10   throughout the United States and abroad.

11          Eric has been an active participant in the

12   development of the IEE -- IEEE Common Date Format for

13   election systems, as well as the working group for

14   developing standards for risk-limiting audits for

15   election results.  When not designing new products,

16   Eric -- Eric supports large- and small-scale customers

17   during the election season.

18          That's his bio.

19          MR. OTTO:  That is his bio.  In 2015, right,

20   for the Colorado Secretary of State, for a document,

21   by the way, that is basically an RFP, a proposal,

22   project plan to take over.

23          Now, why I'm going to point that out is it's

24   going to have more to do with something else I'm going

25   to tell you.  So, that was Colorado, right?  Here is

Page 57

1    the draft notes in Phoenix, Arizona.  I just sent this

2    to you.

3            Now, that --

4            MR. McGUIRE:  Okay.

5            MR. OTTO:  Go ahead and put that up on your

6    screen.

7            MR. McGUIRE:  Yeah, up on screen.  Draft

8    notes.  Where are we going on this one?

9            MR. OTTO:  This is Arizona, another one of

10   the big issues where they quote, unquote, flipped,

11   right?  So, this was in October of 2019.  If you'll go

12   down, and you can actually just hit Coomer.  Just look

13   for Coomer.

14           MR. McGUIRE:  Eric Coomer.

15           MR. OTTO:  So, he goes through --

16           MR. McGUIRE:  Vice President.

17           MR. OTTO:  This is really interesting, and

18   it's going to be long if we actually read it.  But you

19   need to read this part all the way down how Coomer

20   said about interfacing with an optics, like using

21   optical scanners and things like that, and how things

22   that -- how new code and updates are actually carried

23   on by USB keys, right?  Pretty interesting, right?

24           Now, anybody --

25           MR. McGUIRE:  Yeah.

1          MR. OTTO:  -- that knows about data and how

2    easy it is -- and you'll -- also in here, look at that

3    the equipment needed to be bought through one of their

4    vendors, right?  So, the chairman actually has

5    concerns and says, Hey, listen, is it true that we

6    have to buy the Dell from your vendor, and he does

7    confirm that, yes, it is a Dell; but, yes, you have to

8    buy it from our vendor, right?

9          So, there's multiple ways that you can

10   actually trick a system.  You can do it based on the

11   hardware side by doing hard uploads into the system.

12   You can do it on the software side.  Software side is

13   actually more difficult to actually track.

14         But let me put this all together for you,

15   guys.  So, you have a guy that is actually going to an

16   ANTIFA meeting that tells somebody else that,

17   proposedly (sic), that -- that he's got the election

18   in hand.  He's in --

19         MR. McGUIRE:  Well, not supposedly --

20         MR. OTTO:  -- Colorado --

21         MR. McGUIRE:  -- you heard it.

22         MR. OTTO:  I did hear --

23         MR. McGUIRE:  It's not --

24         MR. OTTO:  -- it.

25         MR. McGUIRE:  -- supposedly --

Page 59

```
 1              MR. OTTO:  But I --
 2              MR. McGUIRE:  -- you heard it.
 3              MR. OTTO:  -- but I --
 4              MR. McGUIRE:  You heard it.  You're --
 5              MR. OTTO:  -- but I --
 6              MR. McGUIRE:  -- you're an eye witness.
 7              MR. OTTO:  -- didn't see him, right?  So, I -
 8    - they identified him as Eric from Dominion, but I
 9    didn't -- I mean, I have to basically say that there
10    could be -- maybe it's a different guy, but that led
11    to me to all the other things that I got, which is
12    getting access to Facebook, getting access to this
13    information.
14              So, now I'm going to send -- I'm going to
15    send you another document, if we can review it, and
16    that is what happened in the Georgia office.  I don't
17    know if you know about this.  I'm sure you know about
18    this, Max, but --
19              MR. McGUIRE:  So, the interesting thing about
20    the US -- USB keys is that, in Pennsylvania, they
21    reported earlier this year that -- that similar USB
22    keys had gone missing --
23              MR. OTTO:  Right.
24              MR. McGUIRE:  -- from their voting centers.
25    So, Pennsylvania I believe uses Dominion; correct,
```

Page 60

1    Joe?

2            MR. OTTO:  Yes.  Pennsylvania uses --

3            MR. McGUIRE:  So --

4            MR. OTTO:  -- it --

5            MR. McGUIRE:  -- they --

6            MR. OTTO:  -- Michigan uses it.  All the

7    swing states --

8            MR. McGUIRE:  They reported --

9            MR. OTTO:  -- actually use it.

10           MR. McGUIRE:  -- they reported that USB keys

11   had gone missing, and those are the -- for the -- to

12   control the tabulators so that they can choose ballot

13   codes to decide -- to basically decide how the

14   election will process on a computer system.

15           MR. OTTO:  So, the -- the one I just sent you

16   is a article from Government Technology, so it's

17   govtech.com.  And it says: Georgia officials -- and,

18   by the way, this is from -- and if you want to know a

19   date, this is from September 29th of 2020.  And, if

20   you --

21           MR. McGUIRE:  So, this year.

22           MR. OTTO:  -- go down -- yeah.  If you go

23   down in the article -- and again, this is in -- this

24   is in -- in --

25           MR. McGUIRE:  Georgia.

Page 61

1           MR. OTTO:  -- Georgia, right?  Another state

2    where there's a problem.  And you go to: The issue

3    discovered last week during pre-election equipment

4    testing in Douglas and Richmond Counties, it occurred

5    when the second column of candidates didn't appear

6    because of a technical problem on how touchscreens

7    communicated with their underlying Android operating

8    system, said Eric Coomer of Dominion Voting Systems.

9    He said --

10          MR. McGUIRE:  Yeah.

11          MR. OTTO:  -- the problem only happens rarely

12   when you just made selections in a specific pattern.

13          Now, what you need to understand --

14          MR. McGUIRE:  Yeah --

15          MR. OTTO:  -- about (inaudible) --

16          MR. McGUIRE:  -- all Republican.

17          MR. OTTO:  Listen.  What -- this is what you

18   need to know, guys, is when you start talking about

19   randomization models and patterns, everyone has -- are

20   creatures of habit.  They know how people are going to

21   vote in -- in most instances.  And, if you -- if we're

22   able to get access to the back end of this code, I

23   could show you.  I personally know that I have a team

24   that could show you whether or not that -- that code

25   has been manipulated or if that code, in same

Page 62

1  instance, same process within different states would

2  be applied fairly to each one, right?  I could -- I

3  could actually uncover very easily, very quickly,

4  through the computer program, or through that code

5  whether or not there were --

6              MR. McGUIRE:  The problem is it's

7  proprietary.

8              MR. OTTO:  Which is, again --

9              MR. McGUIRE:  It's proprietary --

10             MR. OTTO:  -- the black box.

11             MR. McGUIRE:  -- so they won't let you.

12             MR. OTTO:  So -- so, we --

13             MR. McGUIRE:  Yeah.

14             MR. OTTO:  -- have to look at the fact that

15  Eric Coomer is 100 percent diabolically (sic) opposed

16  to Trump.  He says that he actually wants Trump out of

17  office.  He writes things like F the police, F the

18  USA.  Puts these posts on his -- on his Facebook page,

19  right?  He puts these posts out there, right?  He's in

20  Georgia; he's in Colorado; he's in Pennsylvania, which

21  I'm about to show you; and he's in Arizona, right?

22             Now, if we go to that proprietary

23  information, it gets even worse, Max.  So I put this

24  stuff up to you just so you have just information as

25  you start digging into this, and that's from the

Page 63

1    patent office, so from just the images, patents,

2    you'll have ballots --

3            MR. McGUIRE:  So he has a ton of patents.

4            MR. OTTO:  A -- a ton.  But a ballot

5    adjudication and voting system, utilizing ballot

6    images.

7            So, one of the issues that we've had in

8    Arizona, which uses a Dominion system, right, is

9    imaging, like imaging issues.  And it's called the --

10   Sharpie-gate, right?  We've heard -- all heard about

11   Sharpie -- Sharpie-gate.  And everybody's like, Ah,

12   come on; that can't happen.

13           MR. McGUIRE:  Yeah.

14           MR. OTTO:  Folks, listen, smoking gun, if --

15   if it smells like crap, it looks like crap, you

16   probably shouldn't eat it; it probably is crap.  But,

17   as you go through this, you start looking at the

18   things that he's actually invested in, where he has

19   it, who assigns it, who the inventors are.  If you go

20   back through and start doing research on the bottom

21   people: James Hoover, James Bale (sic), Steven

22   Bennett, Eric Coomer, Sean Dean, Geneice Mathews,

23   Benjamin Rice, the information that you get from that

24   -- I'm not going to do the information for you.  We

25   don't have time to in this podcast.  But, as you do

Page 64

1    that information and you start tracking them to

2    different election environments, you're talking about

3    owning patents, pushing it out to different

4    environments, having those different environments

5    actually then go out and get involved in elections,

6    and they're all based on the same proprietary

7    information of -- of -- they --

8            And, listen, you could solve this problem

9    very easily by just going to Blockchain.  And I don't

10   want to get too far off of it, but you could literally

11   make it so that everyone knows, using Blockchain

12   technology, who they voted for.  That information goes

13   --

14           MR. McGUIRE:  Yeah.

15           MR. OTTO:  -- back to them, and it's

16   unbelievably impossible to hack.  It's impossible.

17   But they don't want that to happen.  They don't want -

18   - they don't want that system of having an

19   impenetrable system.  This system that they have is

20   massively flawed, massively flawed.

21           Now let's get into -- let's see.  You took

22   that down.

23           MR. McGUIRE:  Well, let -- let -- let's --

24   while -- while we -- before we get into this, give you

25   a chance to -- to put together what you want to come

Page 65

1    next.  This is a clip from, actually, a congressional

2    hearing where Representative Zoe Lofgren, who is a

3    Democrat, she is not a conservative, she is a Democrat

4    warning about Dominion Voting Systems and how

5    dangerous it would be to let them in to control the

6    election process in our country.

7            MR. OTTO:  That's correct.

8            MR. McGUIRE:  Go ahead and play cut alpha.

9            (Video played.)

10            REPRESENTATIVE LOFGREN:  Many have concerns

11    about voting systems with remote access software, and

12    I think we want to make sure that companies no longer

13    sell voting machines that have network capabilities.

14    In 2019, according to a report in Motherboard, a group

15    of election security experts, they uncovered that

16    back-end election systems in at least 10 states were

17    connected to the internet despite one company's claim

18    that its systems were not.

19            We need to -- also to understand supply

20    chains.  In December 2019, a study released by

21    Interos, a supply-chain monitoring company, showed

22    that one-fifth or 20 percent of the components in a

23    popular voting machine came from China-based

24    companies.  Furthermore --

25            (Comment about the video.)

Page 66

```
 1              MR. OTTO:  Well, well.
 2              (Video continued.)
 3              REPRESENTATIVE LOFGREN:  -- close to two-
 4    thirds or, actually, 59 percent of suppliers within
 5    that machine's supply chain had locations in either
 6    China or Russia.
 7              I've also heard concerns about the ownership
 8    and control of voting machine vendors.  Public
 9    Reporting indicates that all three of the major voting
10    system vendors represented here today are privately
11    held or are partially controlled by private equity
12    firms.
13              I believe it's in the public interest for
14    Congress to better understand who could financially
15    benefit from the administration of our elections.
16    Securing our elections should not be a partisan issue.
17    Election security is about upholding a democracy of,
18    by and for the people, the American people, be they
19    Republican, Democratic, third party, or no party at
20    all.
21              (End video.)
22              MR. McGUIRE:  So, it's interesting that
23    that's what Democrats were saying just a couple of
24    months ago -- a couple of years ago.  And I want to
25    put this up.  Mr. Producer, put up image D, image
```

                                            Page 67

```
 1   delta.  This was actually from an investigation into

 2   Dominion's Democracy system.  And one of the biggest

 3   problems that they came up with, as they were doing a

 4   deep dive into it, was not just that the -- the code

 5   might have been manipulated, but that the systems

 6   actually had the ability to connect to the internet,

 7   but the vendor claimed that it protected, by hardening

 8   of data and IP address features.  There's no --

 9             MR. OTTO:  That's --

10             MR. McGUIRE:  -- such thing --

11             MR. OTTO:  -- not impressive --

12             MR. McGUIRE:  -- but the --

13             MR. OTTO:  -- that's not true.  That's not --

14   what he just --

15             MR. McGUIRE:  That's what they --

16             MR. OTTO:  -- said is --

17             MR. McGUIRE:  -- claim.

18             MR. OTTO:  -- absolutely false.  That by

19   itself is false.  It's false.

20             MR. McGUIRE:  So --

21             MR. OTTO:  Hardening --

22             MR. McGUIRE:  -- it's --

23             MR. OTTO:  -- of data --

24             MR. McGUIRE:  -- not possible --

25             MR. OTTO:  -- and IP address features, you
```

Page 68

1    cannot do that.

2          MR. McGUIRE:  You cannot connect something to

3    the internet and have it be completely foolproof.  If

4    it's connected the internet, it can be hacked.  Or, if

5    someone on the inside wanted to, it wouldn't be

6    hacking, it would just be a software update.

7          Mr. Producer, go ahead and put up my screen.

8          This is coming out of Michigan, in Lansing,

9    Antrim Vote Glitch.  Remember, we hear about these

10   glitches in Michigan? Expert shares how county

11   mistakenly flipped from red to blue.

12          We looked at it, and there was a county,

13   Antrim County, where a Democrat had won, and it didn't

14   make any sense.  It didn't -- it made sense to no one.

15   A Democrat had won it and it should have been the

16   Republican because everyone who voted said, Hey, we're

17   a pretty solid Republican area.  How could it just

18   flip to Democrat?

19          And what happened was a failure to properly

20   update software was the reason for a computer glitch,

21   a glitch that caused massive errors in unofficial

22   election results reported from Antrim County.  So, you

23   see that it was -- it was the -- the attempt to

24   upgrade it, to -- to basically upgrade the software

25   that sent it all into -- into basically glitchiness,

Page 69

1    they claim glitches, and resulted in a complete flip

2    from red to blue.

3            Now, enough people said, Hey, this doesn't

4    look right, this doesn't sound right.  We should go

5    back and audit this.  And they determined that the

6    system was to blame.  The system was what flipped it

7    from red to blue, and it should have stayed red.

8            So, after they had called the election, they

9    had to call up the Republican and say, Hey, actually,

10   you didn't lose by over 1,000, you actually won by a

11   few hundred.  Congratulations.

12           So, if it -- it happened in a small county.

13   The only reason that they went back and -- and looked

14   at it was because enough people said, This doesn't

15   sound right.  Let's just make sure.  It doesn't make

16   sense that a solidly Republican area would just all of

17   a sudden flip blue.  It just doesn't make sense.

18           So, if you're seeing that in that small area

19   of Michigan, and you know that other areas of Michigan

20   are using the same voting system, as we just covered,

21   connected to the internet, could it also have a weird

22   software update glitch?  Who knows?  You need a full

23   manual recount, and not just of the barcodes, as we

24   talked about earlier.

25           Mr. Producer, put up -- for everyone who's

Veritext Legal Solutions
800-336-4000

```
 1    just joining, put up image -- image F, foxtrot.
 2              This is a picture of a Dominion ballot.  You
 3    see that little QR code?  You can't just scan the QR
 4    codes because if -- if someone has manipulated it in
 5    that way to, no matter what, present a different
 6    barcode, you can't just do that.  You have to actually
 7    read, because the only thing a voter could verify was
 8    what they can read with their eyes in English, which
 9    is what candidate they voted for.  You can't just go
10    back and scan the ballots because that's potential
11    vulnerability of -- of -- because, in order to get
12    beyond the -- the basic check of, You voted, you
13    looked at the paper, that looks right, let's tabulate
14    it, the only way to get past that is to hide the data
15    in the QR code or the barcode, because it wouldn't
16    pass the smell test.  Eventually, you get people
17    looking at the ballots and say, Wait a minute, I
18    didn't vote for Joe Biden, right?  I -- I voted for
19    Donald Trump.  You have -- the only way to get it out
20    there is either working the tabulating machine code or
21    to mess with the way the ballot looks in the QR code
22    or in the barcode.  So you need a full manual recount,
23    not just with scanning the barcodes, but actually
24    reading what the names are on there and counting it
25    that way, because it -- it's just too ripe for fraud,
```

Page 71

```
 1    it's too open for abuse, and our -- our republic is

 2    too important to leave it up to a company that has

 3    already admitted that it's vulnerable.

 4              MR. OTTO:  It's not admitting it's

 5    vulnerable, it's actually creating the vulnerability

 6    so that it can actually be manipulated.  And that's

 7    what's happened here, Max.  That's what happened here.

 8    You have a guy that literally is a fanatic.  He's on

 9    calls.  He's taking times in the middle of -- of an

10    election season to get on a call three weeks before an

11    election.  Three weeks before the election he's

12    getting on the phone and he's saying very clearly

13    that, I have it handled.  And he runs product strategy

14    and security.

15              MR. McGUIRE:  Yeah.

16              MR. OTTO:  We're not talking about someone

17    that is at a low level, that has an opportunity to

18    just -- he's in everywhere you look.  If you go into

19    court cases in Pennsylvania, if you go to court cases

20    in Michigan, if you go to -- the person that's

21    actually out there selling it, he's selling into these

22    places, right?  He's the one servicing these places.

23    He's going to conferences to meet with -- with county

24    clerks, right?

25              Interesting statistic -- I sent this to you
```

Page 72

```
1    earlier, but interesting statistic -- and, by the way,

2    hit the share button, guys.  This is actually

3    important stuff.  If you don't think that --

4              MR. McGUIRE:  Hit that share button --

5              MR. OTTO:  -- that --

6              MR. McGUIRE:  -- give us a --

7              MR. OTTO:  -- if you don't --

8              MR. McGUIRE:  -- thumb's up.

9              MR. OTTO:  -- think this is relevant, I'm

10   going to build an entire dossier of all of this guy's

11   Facebook posts.  He's going to have to answer for it.

12   How does an un-American guy, a guy that's completely

13   un-American, that wants to basically kill the

14   president, and that -- you can say whatever you want,

15   that -- that was the --

16             MR. McGUIRE:  Right.

17             MR. OTTO:  -- that was the reason behind the

18   post, that he wants to kill the president, is

19   responsible for the voting in this country.  Just --

20             MR. McGUIRE:  (Cross talk).

21             MR. OTTO:  -- keep that in mind, guys.  Keep

22   that in mind.

23             MR. McGUIRE:  Yeah.

24             MR. OTTO:  Max, you said smoking gun.  I

25   don't need to see someone fire the gun.  I don't need
```

Page 73

1  to see someone -- the damage done by the gun.  All's I

2  need to know is that the guy had the intent and the

3  ability to do it, and it's -- it's poison from the --

4         MR. McGUIRE:  That's the --

5         MR. OTTO:  -- it's -- it's --

6         MR. McGUIRE:  -- problem.

7         MR. OTTO:  -- fruit from the poison tree.  It

8  --

9         No, it's not the problem.

10         MR. McGUIRE:  That -- that's the problem

11  because it -- it's the same defense that Peter Strzok,

12  Lisa Page, all those goons in the deep state and the

13  FBI, DOJ --

14         MR. OTTO:  Yeah.

15         MR. McGUIRE:  -- same defense.  Oh, yeah, we

16  admit that we're hopelessly biased, right?  And we

17  admit that we have the ability to use that bias to

18  influence elections.  We admit that.  But they said,

19  Oh, but we didn't.  And --

20         MR. OTTO:  But --

21         MR. McGUIRE:  -- the way --

22         MR. OTTO:  No --

23         MR. McGUIRE:  -- the investigations --

24         MR. OTTO:  -- that's --

25         MR. McGUIRE:  -- work --

Page 74

```
 1              MR. OTTO:  -- that's --

 2              MR. McGUIRE:  -- was --

 3              MR. OTTO:  -- that's --

 4              MR. McGUIRE:  -- that they said, Absent that

 5    smoking gun, they had to assume.  That's what the

 6    actual Inspector General said, that he is biased.  He

 7    said he wanted to use the bias to influence his work;

 8    but there is no evidence that he acted in a biased

 9    way.  That's going to be his defense to all this,

10    that, yeah, he -- yeah, he -- he's helplessly biased,

11    he hates the president, but, like many other

12    professionals, he's going to say that he checked his

13    political persuasion at the door.  That's his --

14              MR. OTTO:  Did he --

15              MR. McGUIRE:  -- that's his --

16              MR. OTTO:  -- did --

17              MR. McGUIRE:  -- claim.

18              MR. OTTO:  From when?  From when?  So, then,

19    the smoking gun is that call that he was on with me,

20    right?

21              MR. McGUIRE:  Yeah.

22              MR. OTTO:  The smoking gun was that he

23    actually said that he was going to do that.  So that's

24    a smoking gun.  And I --

25              MR. McGUIRE:  But we don't have --
```

Page 75

```
 1              MR. OTTO:  -- I -- I guarantee --

 2              MR. McGUIRE:  -- a recording.

 3              MR. OTTO:  -- you -- it doesn't matter if I

 4   don't --

 5              MR. McGUIRE:  It's --

 6              MR. OTTO:  -- have it --

 7              MR. McGUIRE:   -- foul.

 8              MR. OTTO:  -- recorded.  How did -- how did I

 9   even know, Max?  How did I even know to put all this

10   stuff together?  How?  And, by -- and, by the way, I

11   was on a video --

12              MR. McGUIRE:  I'm -- I'm --

13              MR. OTTO:  -- three --

14              MR. McGUIRE:  -- just playing --

15              MR. OTTO:  -- weeks ago --

16              MR. McGUIRE:  -- devil's advocate.  I'm just

17   playing --

18              MR. OTTO:  Listen --

19              MR. McGUIRE:  -- advocate to what --

20              MR. OTTO:  -- I was on a --

21              MR. McGUIRE:  -- you all said.

22              MR. OTTO:  -- I was on a -- I was on a call

23   three weeks ago -- or, excuse me, on a video three

24   weeks ago talking about the fact that I was going to

25   out ANTIFA journalists, and that I've infiltrated
```

Page 76

1    ANTIFA.  That -- that is a video that is actually out

2    there.  It's already out there, right?  So, it's not

3    like I just -- it just came up that, Oh, Joe's now

4    saying that he infiltrated ANTIFA.  No.  I did

5    infiltrate ANTIFA, and I'm still there, and I still

6    have people within the organization, and I'm still

7    being fed information, right?

8            But this is -- just the sheer amount of

9    information, the sheer amount of information that

10   we're actually dealing with here is too much to

11   ignore.  It's too much to ignore.

12           MR. McGUIRE:  Mr. Producer, put up my -- put

13   up image E, image echo.  This is Kyle Becker.  I

14   believe he's a reporter for Fox News, and he -- he

15   posted on social media calling into -- calling to

16   everyone's attention that it was actually NBC that

17   raised alarms about Dominion Voting Systems in early

18   2000 because they included modems in their tabulators

19   and scanners.  So, not just in their -- in their

20   actual dial-up -- the dial-up machines we actually

21   vote, but in their tabulators and scanners.  And the

22   reason they said you want to be able to connect to the

23   internet, so that the results can be quickly relayed

24   to the public.

25           Well, again, anything connected to the

Page 77

1    internet can be hacked.  And, if the whole purpose of

2    that is to make it faster, make the whole process

3    faster, why is it the 9th of -- of November and we

4    still don't have votes being sufficiently counted?

5    Why are they still counting, right?  You -- you can't

6    say that we put this feature -- this isn't a bug, this

7    is a feature -- we can't say that we put this feature

8    in to make it faster and then say, Oh, well, these

9    things just take time.  It -- for the first time ever,

10   we're not going to have a finished count a week after

11   the election.  You --

12            MR. OTTO:  Okay.

13            MR. McGUIRE:  -- can't have it both ways.

14            MR. OTTO:  So -- so, here's the -- I just

15   sent it to you from -- I sent you a bunch of them.

16   But I said the -- I don't know if we can actually put

17   up the Dominion Voting Systems employee profile --

18   profiles.  But since they --

19            MR. McGUIRE:  No, I can't.

20            MR. OTTO:  -- actually -- since they've

21   actually -- that all this information is coming out,

22   since they've actually done that, Eric has taken his

23   picture off of many places, right?  They've taken his

24   picture down, right?  He has to answer for this stuff.

25   He has to answer for this stuff that he is interfering

Page 78

1    with the American vote.  He's interfering with the

2    election.

3              MR. McGUIRE:  Yeah.

4              MR. OTTO:  Go to the last one, which was the

5    -- that I just sent you.  It's TheBlaze:  Georgia

6    officials --

7              MR. McGUIRE:  Yeah.

8              MR. OTTO:  -- say --

9              MR. McGUIRE:  It's up --

10             MR. OTTO:  -- abnormal --

11             MR. McGUIRE:  -- on the --

12             MR. OTTO:  -- company --

13             MR. McGUIRE:  -- screen --

14             MR. OTTO:  -- updates --

15             MR. McGUIRE:  -- up on my screen.

16             MR. OTTO:  -- updates caused a glitch that

17   halted machine -- machine voting for hours in two

18   counties.  And it says that is not something that they

19   don't ever do.  That is something that they don't ever

20   do.

21             MR. McGUIRE:  They don't --

22             MR. OTTO:  So --

23             MR. McGUIRE:  -- ever do.

24             MR. OTTO:  -- so, if you actually go in here

25   and start reading, they admit it, the temporary --

Veritext Legal Solutions
800-336-4000

```
 1   okay.
 2              MR. McGUIRE:  Well, yeah, they're basically
 3   saying, Temporary countywide outage caused --
 4              MR. OTTO:  Yeah.
 5              MR. McGUIRE:  -- voting machines to be
 6   inoperable for several hours in Spalding County, but
 7   officials were able to get the machines running by
 8   10:00 a.m.  During the time that they were trying to
 9   fix the problem, officials had voters use paper
10   ballots instead.
11              So, those paper ballots that were -- that
12   were done in that hour --
13              MR. OTTO:  Where are --
14              MR. McGUIRE:  -- two-hour --
15              MR. OTTO:  -- they?
16              MR. McGUIRE:  -- period are probably the most
17   secure ballots in the country.
18              MR. OTTO:  Right.  But, if you look at the
19   bottom, they actually asked -- reached out to --
20   reached out to Dominion.  Dominion had no -- they
21   didn't respond.
22              MR. McGUIRE:  Yeah.
23              MR. OTTO:  Both the counties using voting
24   machines purchased from Dominion Voting Systems
25   Corporation at the 2020 election was the first
```

Page 80

```
 1   statewide contest using the new system purchased by

 2   Georgia for $100 million in 2019.

 3             MR. McGUIRE:  And that's where we get into --

 4             MR. OTTO:  Yeah, that's one --

 5             MR. McGUIRE:  -- that's where we get into

 6   coincidence territory --

 7             MR. OTTO:  That --

 8             MR. McGUIRE:  -- this idea that Georgia flips

 9   to a different vendor, and all of a sudden it goes

10   blue for the first time.

11             MR. OTTO:  Ever.

12             MR. McGUIRE:  And it doesn't just go blue, it

13   goes blue in like the dead of night while we're all

14   sleeping.

15             MR. OTTO:  Right. And Pennsylvania --

16             MR. McGUIRE:  I mean, this --

17             MR. OTTO:  -- the same thing --

18             MR. McGUIRE:  -- (cross talk) --

19             MR. OTTO:  -- I'm telling you.

20             MR. McGUIRE:  -- but it doesn't pass the

21   smell test.

22             MR. OTTO:  And -- and -- and they say that

23   that's not a smoking gun.  Yes, it is a smoking gun.

24   It's probable cause.  You have to show us the code.

25   You -- we don't just get to trust you.  There's no
```

Veritext Legal Solutions
800-336-4000

1    trust in an election.  There's no trust.  I don't have

2    any trust.

3              MR. McGUIRE:  So, that's an interesting

4    debate.  That's an interesting debate.  And I think

5    it's one that, in this instance, can probably unite

6    conservatives and leftists.  Leftists say the same

7    about drug companies, pharmaceutical companies that

8    develop drugs using government funding, right?

9              Dominion Voting Systems, whether they like it

10   or not, they're able to make -- do what they do

11   because they get huge payments from American states,

12   from the American federal government, right?  From

13   counties, from towns.  So, public funds go towards

14   Dominion Voting, as a vendor, fine, but the public

15   funds are what help them develop this stuff.  It's not

16   a grant, so it isn't as solid of an argument as you'd

17   see in the pharmaceutical industry.

18             But what leftists have always said is that,

19   if a pharmaceutical company uses public grants or --

20   or public funds to help create a new drug, that drug

21   should at least, in part, belong to the public, and

22   the -- the companies shouldn't be able to say, Oh,

23   it's proprietary, right?  It should immediately go

24   into a generic status because the public helped create

25   it.  But, no, what pharmaceutical companies do is they

Page 82

1    take public funds and then they patent it using the

2    public funds to do all the research.

3            So, with this, it's -- it's a similar

4    argument, not as -- as foolproof, but this idea that

5    Dominion Voting Systems would not exist without having

6    the public as a vendor, the public should have a right

7    to see the underlying code of what they both helped

8    developed (sic) and used to conduct their elections.

9    You can't say it's proprietary when the future of the

10   Republic is at stake.  You just can't do it.

11           So, I wanted -- I wanted to show you this.

12   This was -- this was something that we talked -- I

13   talked about a little.  I went online yesterday to

14   talk about some of the chain-of-custody problems in

15   ballots.  And we're learning something from Milwaukee

16   now that's -- that's really, really concerning.  I

17   want to play two clips, and we'll get back to this,

18   but I think it -- it also kind of falls in line with

19   it.

20           Let's play real quick cut B, cut bravo.  This

21   is Milwaukee PD escorting -- escorting a woman.  And

22   her name -- cut bravo.  Do we have cut B?

23           PRODUCER:  Um-hum.

24           MR. McGUIRE:  It's Claire Woodall-Vogg.

25   She's being escorted with the -- the thumb drive that

Page 83

```
 1   she had just put in, presumably, a Dominion tabulator,

 2   bringing it from that tabulator to the election

 3   headquarters where it'll be added to the final vote.

 4   This is in Milwaukee.

 5            Let's go to cut C.  You can see there, she

 6   has a police guard.  Let's go to cut C, cut Charlie.

 7            This is -- she got into a police car, and --

 8   and they drove her from one location to the other.  So

 9   she is under police protection the whole time.

10            You can go ahead and cut it.

11            We -- we showed this yesterday.  Joe, would

12   you believe me if I told you that, during that time,

13   when she was going from A to B, after she had put the

14   thumb drive in the tabulator, collected the tally,

15   under police guard protection from A to B, somewhere

16   in there she lost the thumb drive?

17            MR. OTTO:  You've got to be kidding me.

18            MR. McGUIRE:  Mr. Producer, put up my screen.

19            Now, this is still an allegation, but this is

20   a website, Wisconsin Right Now, Wisconsin Right Now.

21   They say that they have a source in Milwaukee County

22   law enforcement that tells them that, in that late-

23   night time period, right, between 2:00 and 4:00 a.m.,

24   that this woman lost the thumb drive with the total

25   tally of Milwaukee's absentee ballots.  And that,
```

Page 84

1    after frantically searching for it, police were going

2    to call it in, and she told police to stand down and

3    stay quiet.  And then, after a -- a relatively short

4    search, but after a search, another staffer handed it

5    to her and said, Oh, I found it.  Here you go.

6             So, it -- it was removed from that chain of

7    custody, under police guard, it was removed from the

8    chain of custody, given back to her.  When it was put

9    in -- it was 169,000, roughly, mail-in votes.  When

10   it's put in, that is right around the time that Joe

11   Biden flipped Michigan with a huge surge in absentee

12   ballots.

13             MR. OTTO:  Yeah.

14             MR. McGUIRE:  And it -- and, presumably, from

15   Milwaukee, right?  So --

16             MR. OTTO:  Listen --

17             MR. McGUIRE:  -- you have --

18             MR. OTTO:  -- there's somebody that --

19   there's somebody that says none of this is a smoking

20   gun (inaudible), literally zero.  Here to say a

21   probable -- a probable guy on the phone calls, not

22   enough.  They're guilty, probably.  This is just not

23   enough.  You're wrong.  You're absolutely wrong.  See,

24   I've been meeting with attorneys, I've been going

25   through this.

1                    But here's what I'm going to say on this --
2       on this deal, right?  I'm going to -- I'm going to say
3       this very clearly.  There's -- there's more to be had.
4       I'm going to put it on a -- on a drive so you can
5       actually see it.  I do have to mark out people's
6       names.  Max is probably right, although the lawyers
7       didn't tell me to do that.  But --
8                    MR. McGUIRE:  You have to --
9                    MR. OTTO:  -- I'm going to --
10                   MR. McGUIRE:  -- based on (cross talk) --
11                   MR. OTTO:  -- let you see --
12                   MR. McGUIRE:  -- (inaudible) Facebook --
13                   MR. OTTO:  -- I'm going to let you see --
14                   MR. McGUIRE:  -- will take us down.
15                   MR. OTTO:  -- I'm going to let you see all of
16      that, right?  I'm going to let you see all of it.
17                   You have -- it's not the one event that is a
18      smoking gun, it's the fact that this is the guy
19      responsible for most of the elections across the
20      United States.  It is actually one of the largest
21      election companies in the country.
22                   Now, we can also start stacking on variables
23      of organ -- excuse me, of communities that don't use
24      this.  So, I use Colorado as an example.  There are
25      two counties in Colorado that do not use Dominion

                                                 Page 86

```
 1    Voting Systems.  Two.  And the -- the person
 2    responsible, the County Clerk inside of Douglas
 3    County, Colorado, said, Ah, I can't use Dominion.
 4    There's way too much bad stuff out there about them.
 5    And, by the way, this is going back quite a bit.  I
 6    mean, this is inside of Colorado.  Would you believe
 7    that there was not one voting irregularity in Douglas
 8    County in Colorado at all?  Not one irregularity.  I
 9    mean, as far as if you want to look at -- at the
10    Benford law, if you want to look at -- if you want to
11    look at the tallying of the votes, if you want to look
12    at how the votes were actually received, how quickly
13    they were pushed back out.  And none of it.  None of
14    it.  Not -- not one.
15              And the other county --
16              MR. McGUIRE:  Yeah.
17              MR. OTTO:  -- right, the same thing.
18              Now, we're going through and we're tabulating
19    information right now that we're getting from those.
20    No irregularities.  Would you believe, Max, that every
21    other county in Colorado has massive irregularities?
22    Massive.
23              MR. McGUIRE:  Yeah.
24              MR. OTTO:  Massive.
25              MR. McGUIRE:  It's all --
```

Veritext Legal Solutions
800-336-4000

 1              MR. OTTO:  I'm talking --

 2              MR. McGUIRE:  -- (cross talk) irregularities.

 3              MR. OTTO:  -- I'm talking 70 percent, 130,

 4     150 percent increases, right, where it goes from red

 5     to blue.

 6              MR. McGUIRE:  And here's the --

 7              MR. OTTO:  I mean, it --

 8              MR. McGUIRE:  -- problem.  Like you see this

 9     in Milwaukee where they misplaced the thumb drive.

10     Those ballots were counted, they were tabulated, and

11     they put the results on a thumb drive, and then that

12     thumb drive disappeared from the chain of custody.

13              MR. OTTO:  Right.

14              MR. McGUIRE:  Under police guard.  Under

15     police guard.  She had to show it to the police

16     officer.  He said, I have it.  They escort her from

17     one building to another and it disappeared.  So --

18              MR. OTTO:  Right.

19              MR. McGUIRE:  -- there's just so many

20     different parts.  Yes, Dominion could have changed the

21     ballots.  Dominion could have affected the tabulation.

22     But when you see the thumb drive go missing, right,

23     that's where you start -- you start thinking, okay,

24     well, you can change results on that thumb drive,

25     right?  It's very --

                                              Page 88

```
 1              MR. OTTO:  Why didn't she --

 2              MR. McGUIRE:  -- easy.

 3              MR. OTTO:  -- let them call it in?

 4              MR. McGUIRE:  That's the other question: Why

 5     --

 6              MR. OTTO:  Um-hum.

 7              MR. McGUIRE:  -- didn't she allegedly let

 8     them call it in?

 9              MR. OTTO:  Why?

10              MR. McGUIRE:  And when you see other things,

11     like you sent me this.  We were talking about this

12     yesterday on the show.

13              Mr. Producer, put up my screen.

14              This woman in the basement in Philadelphia

15     just handling ballots, and no one really --

16              MR. OTTO:  This is --

17              MR. McGUIRE:  -- knows --

18              MR. OTTO:  -- unbelievable.

19              MR. McGUIRE:  -- why.

20              MR. OTTO:  Can we -- can we play the --

21              MR. McGUIRE:  We talked about this on the

22     show --

23              MR. OTTO:  -- can we play the --

24              MR. McGUIRE:  -- yesterday.

25              MR. OTTO:  -- volume on this?  Or are you
```

Page 89

```
 1    (cross talk)?

 2            MR. McGUIRE:  I -- I can't play the volume

 3    because it's not my screen, but she's -- she's being

 4    asked, Who are you?  What are you doing with ballots

 5    in the basement of the counting facility?  And she's,

 6    Oh, I'm just a volunteer.  I don't -- I don't know.

 7    Who is your supervisor?  I don't know who my

 8    supervisor is.  Those ballots were taken out of the

 9    chain of custody.

10            So, there's so much room for fraud.  And we -

11    - we  -- we keep going at little bits here and there.

12    It could be this, it could be this, it could be --

13            MR. OTTO:  But --

14            MR. McGUIRE:  -- this.

15            MR. OTTO:  -- that is a smoking --

16            MR. McGUIRE:  What's obvious --

17            MR. OTTO:  -- gun.

18            MR. McGUIRE:  -- is it's everything.

19            MR. OTTO:  If -- if --

20            MR. McGUIRE:  It's --

21            MR. OTTO:  -- but the point is --

22            MR. McGUIRE:  -- everything.

23            MR. OTTO:  -- is that they've infiltrated it.

24    Just like the -- the Kristopher Jacks deal.  They've

25    infiltrated every part of our election deal.  They
```

Page 90

1    want to control the United States with their -- their

2    wild rhetoric.  I mean, these are evil people, right?

3    This guy, Eric Coomer, is inside the election deal and

4    represents nearly 40 states, people, 40 states across

5    the United States.  Dominion works -- has 40 states.

6    Forty.  Four-zero.  And this is what --

7              MR. McGUIRE:  Yeah.

8              MR. OTTO:  -- this is what he thinks.  This

9    is -- this is literally what he -- he talks about in

10   his spare time: killing the president, F the police,

11   right?  A.C.A.B., right?  And -- and -- and posting

12   the -- the ANTIFA manifesto.

13             Look, I -- I don't -- I don't know how clear

14   you can get.  I don't know how clear you can get.  I -

15   - I think the code has to be examined, 100 percent,

16   all of it.  I think there has --

17             MR. McGUIRE:  Challenge it.

18             MR. OTTO:  -- to be a recount.

19             But -- but the --

20             MR. McGUIRE:  Challenges have --

21             MR. OTTO:  -- challenge --

22             MR. McGUIRE:  -- a deadline.

23             MR. OTTO:  Well, the -- the deadline is, is

24   that all of this information has to get into the hands

25   of -- it has to get into the hands of the people that

                                          Page 91

1    are in positions of power and authority.

2            By the way, the -- the votes have to be

3    certified by the legislators, right?  They have to --

4            MR. McGUIRE:  Yeah.

5            MR. OTTO:  -- be.

6            MR. McGUIRE:  So, it's not just -- here's the

7    other part of this, right?  The challenges that -- the

8    Electoral College votes went on, I think it's December

9    15th, December 14th, right around there, mid December,

10   so that's the hard deadline, right?  Different states

11   have laws on the books on when their election must be

12   certified.  I don't think that we'll ever be able to

13   look at the code because that'll take a lawsuit.  And

14   when -- when -- even if you get a -- a district judge,

15   a federal district judge to side with you, they're

16   going to appeal it, the district judge will stay his

17   motion till the appeals court gets it, then it goes to

18   the appeals court, you get a panel of three judges.

19   Maybe they side with you, but he says, No, I'm

20   appealing en banc.  But it's okay, we're going to put

21   a stay on all our ruling.  You go en banc, the full

22   appeals court.  Maybe they rule for you, and he says,

23   No, I'm appealing to the Supreme Court.  It goes all

24   the way to the Supreme Court.  The question is, can

25   you get there in a month?

```
 1              MR. OTTO:  I think you --

 2              MR. McGUIRE:  And after --

 3              MR. OTTO:  -- to.

 4              MR. McGUIRE:  -- you get there --

 5              MR. OTTO:  I'd be -- you're talking --

 6              MR. McGUIRE:  -- after you --

 7              MR. OTTO:  -- about --

 8              MR. McGUIRE:  -- get there in a month, can --

 9              MR. OTTO:  -- you're talk --

10              MR. McGUIRE:  -- you then parse through the

11   code in time?

12              MR. OTTO:  I can.  I certainly can.

13              MR. McGUIRE:  Well --

14              MR. OTTO:  I could -- I could run --

15              MR. McGUIRE:  (Inaudible).

16              MR. OTTO:  -- I could run an algorithm

17   against it and then run the code, and I could actually

18   get -- you give me 5,000 ballots, and I could run

19   basically what -- what is the equivalent of an AREMA

20   (ph) analysis, break it up into 10,000 pieces and make

21   sure it does the same thing every time.  I could -- I

22   could find glitches in the code.  And, if you gave me

23   access to those computers, I could tell you what the

24   history is, what the update --

25              MR. McGUIRE:  I know, but --
```

Page 93

1         MR. OTTO:  -- history is, things like that.

2         MR. McGUIRE:  The problem is that a lot of

3    these -- a lot of these states have laws on the books

4    that they must certify the election by "X" date.  So,

5    if you haven't even gotten a ruling saying you can

6    look at the code by then, the way we win this I don't

7    think is getting into the code.  That -- there are so

8    many proprietary like fights over that, over -- over

9    the actual property of a tech company.  That is a much

10   bigger argument --

11        MR. OTTO:  I am --

12        MR. McGUIRE:  -- than --

13        MR. OTTO:  -- a tech company.

14        MR. McGUIRE:  -- just the election.

15        I know.  I know.  But you wouldn't let

16   someone into your code, right?  You'd fight tooth and

17   nail to stop someone from getting into your code

18   because, if they got into your code and they shared

19   it, it would make the company worthless, right,

20   because other people would have it.

21        MR. OTTO:  Right.

22        MR. McGUIRE:  So, they're going to fight

23   tooth and nail.  So, we -- the -- the object is not to

24   change the votes.  If we can change the votes, great.

25   We have to make sure we change the votes.  And people

Page 94

```
 1    keep saying, We have to find enough voter

 2    irregularities or -- or --

 3              MR. OTTO:  We just did.

 4              MR. McGUIRE:  -- fraud to change --

 5              MR. OTTO:  How many --

 6              MR. McGUIRE:  -- the outcome.

 7              MR. OTTO:  -- how many more do you need?

 8              MR. McGUIRE:  You don't.  You don't have to

 9    do that.  All you have to do is sew enough doubt in

10    the minds of state legislatures and Congress itself

11    that the results that they see on that paper before

12    them cannot be trusted, right?

13              The state legislature has the ultimate right,

14    per the Constitution, to certify slates of electors to

15    the Electoral College.  If we cannot get the votes

16    kicked out, if we cannot, right, audit the code and

17    find the irregularities in time, because we're up

18    against a time crunch, we have to make sure that we

19    present a big enough argument that this just -- it

20    just -- there's too much smoke for it not to be

21    burning down, right?  You -- you can't have this much

22    smoke and not have fire, and that I think is the best

23    fight.

24              We can -- we can fight in courts over -- over

25    whether someone is illegally allowed to vote, whether
```

Page 95

```
 1    they're dead, whether they lived in the state or not;
 2    those are easy fights, right?  Those are easy things
 3    to decide.  Going through the court system to get
 4    access to proprietary programming code, that is a much
 5    bigger fight.  And even if -- even if you win, they
 6    can stretch it out so long that, by the time you have
 7    access to it, most of these states will have already
 8    had to certify the elections.  That's -- that's the
 9    biggest challenge here.
10            And, yeah, it's obvious that the guy who is
11    running security at Dominion Voting Systems, it's
12    obvious that he is as left as it comes.  He's --
13            MR. OTTO:  He's not --
14            MR. McGUIRE:  -- ANTIFA --
15            MR. OTTO:  -- he's not --
16            MR. McGUIRE:  -- as --
17            MR. OTTO:  -- left.
18            MR. McGUIRE:  -- it comes.
19            MR. OTTO:  He -- he is advocating for the
20    killing of America.  He's advocating for the killing
21    of the president.  I mean, this is -- this is what
22    he's advocating for.
23            Look, I'm -- I'm putting up some more stuff.
24    I think that we -- you know, we have some time, so
25    let's -- let's put this stuff up too.  I just sent you
```

Page 96

1    another -- oop, wrong one.  My fault.  Here.  Don't --

2    don't show that one.

3              MR. McGUIRE:  I think we already put that one

4    up.

5              MR. OTTO:  I know.  Just keep going.

6              MR. McGUIRE:  All right.  That's fine.

7              MR. OTTO:  This is your -- this is in your

8    area.  This is in --

9              MR. McGUIRE:  Put up --

10             MR. OTTO:  -- 2017.

11             MR. McGUIRE:  -- my screen.

12             Ah, Texas.  The land of racist idiots and

13   misogynists.  In two hours, I've heard what's wrong

14   with having a relationship with another powerful

15   country, Russia.  I love Trump.  God damn women just

16   don't know -- what? -- how are to listening.  You

17   know, darlin', you're pretty.  Wish I didn't have to

18   tip you.  Them robots is coming.

19             So, that's a anti-Texas, anti-conservative

20   rant from Eric Coomer, the head of security, product

21   security, product development, whatever, at Dominion

22   Voting Systems.  That's in 2017.  Apparently he was in

23   Texas overhearing people at a bar, it sounds like.

24             Yeah.

25             MR. OTTO:  Yes --

Veritext Legal Solutions
800-336-4000

1          MR. McGUIRE:  No.  He's a -- he's as anti-

2     Trump as they come.  He's as anti-conservative as they

3     come.  And, yeah, it's -- it's terrifying that you --

4     you know that there -- he is probably not the only

5     one, and that's --

6          MR. OTTO:  No.

7          MR. McGUIRE:  -- you get into this, right?

8     He's probably not the only one to have access to do

9     this stuff.  And, as I said, there's three other major

10    companies that handle electronic voting in the

11    country.  Do you really think all -- everyone who

12    works there is on the up-and-up too?  No, of course

13    not.  Of course there's people out there who have

14    similar opinions to him.  And are they willing to act

15    on that?

16          That's why electronic voting is -- it's super

17    convenient, it's great, but there -- there's so many

18    holes in it and so many pathways for fraud, for

19    malicious actions, for even bona fide glitches, right?

20    If you -- if you give you -- if you give me a paper

21    ballot and a pencil and I fill in the circles, there

22    is zero likelihood of a glitch.  I -- I guess I could

23    like have a spasm and -- and do the wrong oval.  Fine.

24    But the idea of someone hacking into my paper ballot,

25    it -- it's zill -- nilch (ph), right?  Zilch.  Zero.

Page 98

1    No one can do it.

2            But, as you start introducing all of these

3    different voting machines, tabulators, the scanners,

4    and you say they all happen to have modems, and, oh,

5    yeah, we're going to upgrade the software on election

6    day, and you start seeing that they start going down

7    in pro-Trump areas, and you see that, oh, in the

8    middle of the night, oh, we found more ballots on a

9    thumb drive that went missing but we found it, don't

10   worry.  Even though it left the chain of custody, I

11   promise that no one altered anything on it.  It's

12   truth.  Oh, and by the way, on that magical thumb

13   drive that went missing but we found it, there is like

14   100,000 extra Biden votes.  Out of the 169,000 votes

15   on it, he got almost all of them.  Oops, sorry, but no

16   reason to look into it.

17           I mean, there's too much smoke for there not

18   to be fire.

19           MR. OTTO:  And that's the -- I guess that's

20   my point.  But here's the guy -- look, before he -- he

21   can't sit here and say and stand up now and say, Oh, I

22   -- I'm a bipartisan guy.  You -- he can't say that.

23   He can't -- while he's actually out there flying and -

24   - and setting up voting machines, and -- and selling

25   people in municipalities and stuff, and then having

Page 99

1    conversations with ANTIFA and -- and printing out

2    their manifesto, he can't say that he's not biased.

3    He can't say that he --

4              MR. McGUIRE:  No.

5              MR. OTTO:  -- he isn't doing the things that

6    we're seeing him do.  We can't -- he can't say it.

7    You can't.

8              Guys, listen.  It -- it's impossible, it's

9    impossible to say that.  It's impossible.  Impossible.

10              MR. McGUIRE:  Yeah.

11              MR. OTTO:  I'm trying to bring you another

12    one here, if I can, if I can get it to you.

13              MR. McGUIRE:  For once --

14              MR. OTTO:  I have --

15              MR. McGUIRE:  -- I (cross talk) --

16              MR. OTTO:  -- I have 80 --

17              MR. McGUIRE:  -- getting that together.

18              MR. OTTO:  -- things -- I have 80, literally

19    80 different --

20              MR. McGUIRE:  Well, a lot of it is -- is just

21    all the same story, different texts.  It's -- it's

22    he's anti-Trump, right?  He's anti-cop.  He's anti-

23    conservative.  He's pro-ANTIFA, right?  This guy, he

24    did -- the ones we've shown already aren't the only

25    text message -- aren't the only Facebook posts that he

Page 100

1  had, right?

2          Here's another one.  Eric -- go ahead and put

3  up my screen.  T -- T minus 15 minutes to show time,

4  folks.  This was in the lead-up to the 2016 election.

5  Twenty-six (inaudible).  Hashtag wide margins, hashtag

6  no recounts.

7          MR. OTTO:  No recounts --

8          MR. McGUIRE:  I mean --

9          MR. OTTO:  -- people.

10          MR. McGUIRE:  -- that --

11          MR. OTTO:  No recounts.

12          MR. McGUIRE:  -- is concerning.  Why would

13  you, in charge of a Dominion voting system --

14          MR. OTTO:  Why would you say no recounts?

15          MR. McGUIRE:  -- why would you not -- why

16  would you not want recounts?  If anything --

17          MR. OTTO:  See, this is --

18          MR. McGUIRE:  -- you'd want recounts to prove

19  our accurate your system was.

20          MR. OTTO:  So -- so, this is my problem.  My

21  problem is, is that it literally says, No recounts,

22  right?  What's he saying now?  No recounts, right?

23  What did they do in Georgia?  They did an update in

24  the middle of an election, in the middle of an

25  election, and then his response was -- and, by the

                                            Page 101

1    way, he's the spokesperson for everything Dominion

2    Voting Systems.  He is the spokesperson --

3              MR. McGUIRE:  Well, he's not the --

4              MR. OTTO:  -- he is.

5              MR. McGUIRE:  -- official spokesperson, but

6    he is on the record a lot.  They do have a

7    spokesperson that goes by a different name.  That's

8    not his official title.  Just buttoning up that and

9    make sure we don't get fact checked on that, right?

10   There's a lot of things we could get fact checked on -

11   -

12             MR. OTTO:  Can't get fact checked --

13             MR. McGUIRE:  -- (cross talk) --

14             MR. OTTO:  -- on.

15             MR. McGUIRE:  -- for that to -- yeah.

16             Put that -- put that up on the screen one

17   more time, Evan, because the person who Joe has --

18   yeah, sure, that's good enough.  Hashtag wide margins,

19   ha, ha, ha, and then Eric Coomer says, From a

20   professional standpoint, it's my one and only hope for

21   tonight.

22             No.  From a professional standpoint, it would

23   be that Dominion Voting Systems don't get hacked; that

24   they have accurate results, right?  That -- that no

25   one calls them into question.  Not that there are so

Page 102

1   many votes cast for one side that they don't go back

2   and audit the -- audit the -- the votes, right?   From

3   a professional standpoint, my one and only hope for

4   tonight is that the margin of victory is so big they

5   don't double check our work?   What?   That's what he's

6   saying.

7            MR. OTTO:   Hundred percent.

8            MR. McGUIRE:   I mean -- we can't -- we can't

9   put this one up because it has someone else's name in

10  it.

11           MR. OTTO:   Which one?

12           MR. McGUIRE:   The one you just sent me.   We

13  can't put --

14           MR. OTTO:   Well --

15           MR. McGUIRE:   -- that up.

16           MR. OTTO:   -- just scratch it out.

17           MR. McGUIRE:   I -- that -- that's going to

18  take too long for me to do.   We can't put that one up

19  because -- but it's basically him being -- being

20  pissed off about the election.   His being really,

21  really pissed off about the election.   It's --

22           MR. OTTO:   Well --

23           MR. McGUIRE:   -- saying --

24           MR. OTTO:   -- let me tell you, Hillary --

25           MR. McGUIRE:   -- if Hillary Rodham Clinton

                                        Page 103

1   had a penis, she would have won.

2          MR. OTTO:  So, here's something else that you

3   should see.  I mean, this is kind of for fun, I guess.

4   This is a -- a mugshot of -- of Eric Coomer.

5          Guys, if this doesn't concern you, though, I

6   don't know how to help you.  If -- if this doesn't

7   seem -- if this doesn't make you say that you're vote

8   didn't count, you spent all that time going, your vote

9   didn't count.  It didn't count at all.

10         MR. McGUIRE:  Yeah.  Now -- well, I -- we're

11   a little over for today, which is fine.  We had a lot

12   to go through.

13         Oh, I'm not going to put that up.

14         MR. OTTO:  Why not?

15         MR. McGUIRE:  That's creepy.  That's creepy.

16         Okay.  Fine.  Let's watch it.

17         MR. OTTO:  Yeah.

18         MR. McGUIRE:  This is -- this is creepy as

19   hell.  That's -- that's creepy.  That's going to give

20   me nightmares.  That's going to be lots of nightmares.

21         So, before we end -- no, put back my screen -

22   - we have to talk about the affidavits that have now

23   been signed in states like Nevada, in states like

24   Michigan.  This is an affidavit that was just signed

25   in Nevada.  It has been blacked out because the guy is

Page 104

1    in fear of reprisals.  He is a legal resident of Clark

2    County.  He's over the age of 18.  He is a U.S.

3    citizen.  All of that, yada, yada, yada.  He is a poll

4    worker, and he was told by -- he names names, but it's

5    redacted.  He names names, my team leader and two

6    other assistants to advise people who wanted to

7    register to vote and did not have the proper Nevada ID

8    that they could go out in the parking and make an

9    appointment with the DMV to get a Nevada ID, driver's

10   license, and then bring in proof of their appointment

11   confirmation, either a paper copy or show it on their

12   phone to us, and then they could be registered.

13          Think about what that means.  In Nevada, you

14   have to have ID.  You have to have ID.  What he is

15   attesting in this sworn affidavit is he names names or

16   who told him to do this, saying that, even if they

17   don't have ID, send them into the parking lot and have

18   them sign up for an appointment to get an ID, and

19   that's good enough.

20          Well, no.  If you show up to the appointment

21   and you don't have the requisite paperwork to prove

22   you are who you say you are, you won't get the ID,

23   right?  Having an appointment for an ID  is not the

24   same as having an ID.  But, according to this

25   affidavit, he was -- the supervisor told them, in lieu

Page 105

```
 1    of a voter ID, accept an email receipt confirming that
 2    you have, at a later date, an appointment to get an
 3    ID.  That is insane.  That is absolute insanity.  And
 4    they were told that -- that, if there was no driver's
 5    license, to take the DMV confirmation number and just
 6    add two zeros at the end so that it would work.  This
 7    is insane.  He says that every day of early voting
 8    there was a Biden/Harris bus, tent or table in the
 9    parking lot of that precinct --
10              MR. OTTO:  Right.
11              MR. McGUIRE:  -- and that they were handing
12    out food, drink, political memorabilia to voters.
13    They even had speakers, dancers, music, and other
14    festivities going on.  This is where it gets really,
15    really screwy.  Every day during my lunch breaks I
16    would walk laps in the parking lot and around the
17    polling place for exercise.  At approximately 2:15
18    p.m. on either October 28th or 29th, as I walked the
19    parking lot of -- names the precinct -- I personally
20    witnessed two people handing multiple unopened mail-in
21    ballot envelopes to two other people, who then opened
22    and filled out the ballots against the side of the
23    Biden/Harris van.  The same two people who marked the
24    ballots then put the marked ballots in official pink
25    and white envelopes.  These individuals were not poll
```

Page 106

1    workers.  By my final walking lap, there were six --

2    there were five or six additional people who formed a

3    human wall, which moved as I walked by, apparently in

4    an attempt to block my view of the four people who

5    were opening envelopes, marking ballots, and placing

6    those ballots in pink and white return envelopes.

7    When the moving wall of people noticed me walking by,

8    they continued to block my view as I walked.

9           Think about that.  This is a poll worker, not

10   only blowing the whistle that they were soliciting in

11   the parking lot, but saying that he witnessed, he

12   personally witnessed Biden/Harris campaign officials

13   filling out multiple ballots and stuffing them in

14   envelopes.  And this is huge stuff, people.  Huge,

15   huge stuff.  That is an affidavit, and it's blacked

16   out so they we don't -- we don't ruin his life because

17   he'll get death threats and the like.  That is the

18   first affidavit.

19          Then you have this affidavit.  This is an

20   affidavit from Michigan.  Let me zoom in.  This is --

21   she admits -- she says her name right there, Jessy

22   Jacob, says that she is a worker for the City of

23   Detroit Elections Department for the 2020 election,

24   saying she processed ballot packages to be sent to

25   voters, along with 60 -- 70 to 80 other poll workers.

                                        Page 107

1    She was instructed by my supervisor to adjust the

2    mailing date of these absentee ballot packages to be

3    dated earlier than they were actually sent.  The

4    supervisor was making announcements for all workers to

5    engage in this practice.

6             At a satellite location I processed voter

7    registrations and issued absentee ballots for people

8    to vote in person and at the location.  I directly

9    deserve -- observed on a daily basis City of Detroit

10   election workers and employees coaching and trying to

11   coach voters to vote for Joe Biden in the Democrat

12   Party.  I witnessed these workers and employees

13   encouraging voters to do a straight Democrat ballot.

14   I witnessed these election workers and employees going

15   over to the voting booths with voters in order to

16   watch the vote and coach them for whom to vote.

17            During the last two weeks while working at

18   the satellite location, I was specifically instructed

19   by my supervisor not to ask for a driver's license or

20   any photo ID when a person was trying to vote.  I

21   observed a large number of people who came into the

22   satellite location to vote in person, but they had

23   already applied for an absentee ballot.  These people

24   were allowed to vote in person and were not required

25   to return the mailed absentee ballot or sign an

Page 108

```
 1    affidavit that the voter lost the mailed ballot.

 2            I mean, she's going through these things,

 3    these are crazy, crazy, crazy things.  And that's a

 4    sworn affidavit.  That is sworn under oath, under

 5    penalty of prosecution.  And it keeps getting worse.

 6            Richard Hopkins, Richard Hopkins, this is the

 7    guy in Pennsylvania, the postal worker that --

 8            MR. OTTO:  Which --

 9            MR. McGUIRE:  -- (cross talk) --

10            MR. OTTO:  -- by the way --

11            MR. McGUIRE:  -- had originally.

12            MR. OTTO:  -- now -- now has death threats

13    and literally is --

14            MR. McGUIRE:  Yeah.

15            MR. OTTO:  Yeah.  I can't even imagine what's

16    going to happen after this one.  I should get nice --

17    some nice phone calls.  Let's see if I got any phone

18    calls coming up yet.

19            MR. McGUIRE:  So --

20            MR. OTTO:  Nope.

21            MR. McGUIRE:  -- on November 5th, 2020,

22    that's after election day, after election day, as I

23    was preparing my mail for delivery, I saw Weisenbach

24    (ph) with Darrell Locke, one of the supervisors for

25    the Erie, Pennsylvania post office, having a
```

Page 109

1    discussion.  Weisenbach and Locke discussed how, on

2    November 4th, they had backdated the postmark on all

3    but one of the ballots collected on November 4th to

4    make it appear as though the ballots had instead --

5    the next page -- been collected on November 3rd.  I

6    overheard Weisenbach tell Locke that they messed up

7    yesterday, November 4th, by accidentally postmarking

8    one ballot has having been collected on November 4th

9    when it -- when it had actually been collected.

10   Importantly, Weisenbach and his assistant had ordered

11   my coworkers and I to continue picking up ballots

12   after November 3rd.

13        Now, this is crazy.  In Pennsylvania, that --

14   this is being litigated in the Supreme Court, the idea

15   that a ballot can come in after election day, and it's

16   crazy.  But the rules of that stated Supreme Court

17   ruling said it had to be postmarked by election day.

18   So, whether or not they can count the ballots is being

19   litigated.  But here you have the post -- Postmaster,

20   the postal workers conspiring to backdate.  That's a

21   crime.  It's a felony.  It's a felony to falsely

22   postmark an envelope.  This is voter fraud.  This is -

23   - this is a big crime.  So now they're basically

24   shoving all of them in just in case, just in case they

25   need the votes.

                                        Page 110

```
 1              I mean, this is a big deal.  These are three
 2    affidavits that have just come down in the last 72
 3    hours.  The first two were today.  So, this idea that
 4    Donald Trump has no pathway, they are getting people
 5    on the record.  They are getting people to talk about
 6    what they saw.  The only question is can they find a
 7    federal judge to rule on it and not just say --
 8              MR. OTTO:  Yeah.
 9              MR. McGUIRE:  -- that it's hearsay.  That's
10    going to be the challenge.
11              MR. OTTO:  So, while I'm actually on the
12    phone, I -- I got to verify some of this stuff, by the
13    way --
14              MR. McGUIRE:  You can go ahead and take down
15    my screen.
16              MR. OTTO:  So, I have some information about
17    authenticating the phone call, right?  So, I do want
18    to be really clear.  Telling everyone what information
19    I do and don't have that I can support stuff with, I'm
20    not going to do it here, right?  I'm not going to do
21    it until I -- I know that it's secure, number one.
22              Number two, while I'm sitting here, people
23    are sending me more information about -- about him,
24    which is really kind of interesting, by itself.  Look,
25    I think -- here -- here's what I think.  I think that
```

Page 111

 1    individually, if we -- if we individually talk about

 2    Eric Coomer, right, that's one thing.  But I'm going

 3    to -- I'm going to tell everyone on this call, if I

 4    were you, I'd be calling your -- I'd be calling your

 5    state rep where you are, right?  We're going to put

 6    something out.  I'd be calling Dominion Voting

 7    Systems, right?  I don't think Eric Coomer should ever

 8    work in elections again, ever.  I don't think he can.

 9    You can't have someone like that that is -- that has

10    any sort of integrity in what they're doing.  I'm

11    sorry.  It doesn't exist, right?

12              I -- I don't --

13              MR. McGUIRE:  Yeah.

14              MR. OTTO:  -- I don't -- and, by the way, I

15    think that, if you -- if they have different states

16    served a -- a affidavit on Eric Coomer, I think if

17    they did what I'm about to do right now, that people

18    will come forward.

19              So, here's what I'm going to tell you.  So,

20    we will -- we will set this up so that you can

21    actually send us something.  So, let's just make it

22    easy.  Eric@AdvocacyToAction, right?  We'll put on

23    there, hey, Max?

24              MR. McGUIRE:  No.  No.  Put it on

25    Conservative Daily.

Veritext Legal Solutions
800-336-4000

```
1              MR. OTTO:  Okay.  So, Eric@ -- well, I can't
2    do that one, can I?  I guess I could.  Info Eric --
3              MR. McGUIRE:  Huh-uh.  Just -- just -- just
4    send it -- send it to info@conserv- --
5              MR. OTTO:  All right.
6              MR. McGUIRE:  -- daily.com.
7              MR. OTTO:  If you're a whistleblower, if you
8    work for Dominion Voting Systems, because, I mean,
9    again, you can actually go into -- it's something we
10   should actually look at.  But, if you go into --
11   what's the -- what's the thing called?  Help me, Max.
12   They do reviews for --
13             MR. McGUIRE:  I don't know.  Glass Door.
14             MR. OTTO:  Glass Door.  Did -- did you -- you
15   were you able to --
16             MR. McGUIRE:  Well, I pulled that --
17             MR. OTTO:  -- pull up his --
18             MR. McGUIRE:  -- out of nowhere.
19             MR. OTTO:  If you actually pull up Dominion -
20   - let me see if I can send it to you really quickly.
21   But, if you're a whistleblower and you have
22   information about Dominion Voting Systems, you're a
23   disgruntled employee, right, come forward.  I'll -- I
24   mean, I -- I'd love to have the information.  You can
25   send it to info@conservative-daily.com, right?  Send
```

Page 113

1    us the information.  I promise you I will research

2    every bit of it.

3            But, if you actually go into Dominion Voting

4    Systems and actually look at the reviews, there's an

5    interesting review on Dominion Voting Systems, and let

6    me read it --

7            MR. McGUIRE:  I don't want --

8            MR. OTTO:  to you.

9            MR. McGUIRE:  -- to put that up, but you can

10   read it.

11           MR. OTTO:  It's February 12th, 2013:  Current

12   employee, anonymous employee, pros: Believe they are

13   working for a good cause.

14           By the way, everyone that I've talked to that

15   knows anyone at Dominion Voting Systems said it's the

16   most left-leaning organization.  It's worse than you'd

17   think, right?  So, Diane Feinstein and her Chief of

18   Staff and everyone else is invested in -- in Dominion,

19   right?

20           Here's the con: Employees have nothing good

21   to say about the other employees, management or

22   company.  Product flaws should be exposed, but I need

23   my job.

24           Advice: Start delivering a quality product,

25   not just selling the idea that you have a one.

Page 114

1              At the very top, the title is Scamming

2    America.  That's the title.

3              MR. McGUIRE:  Yeah.

4              MR. OTTO:  That's the title, February 12th,

5    2013.  Don't take my word for it, right?  That's the

6    title of the thing is Scamming America.

7              Yeah.  Look, I want that person.  I want the

8    person that wrote that, I want that person to come

9    forward and tell us what they're scamming people on.

10   It looks like they might have been on the tech side.

11   I want to know what they have to say.  I want to know

12   what people have to say about Dominion.  I know that

13   there are disgruntled employees.  I know that there

14   are people that worked for that company that can come

15   forward and say, Yeah, Eric is a fanatic, right?  Not

16   just all the stuff that he's writing.  It's obvious

17   he's a fanatic, right?  But here's a guy that is

18   actually posting an ANTIFA manifesto, that's on phone

19   calls.

20             MR. McGUIRE:  Yeah.

21             MR. OTTO:  And you say, Well, that's hearsay.

22   Okay.  Maybe.  Not the rest of it I have is.  Not the

23   rest of it I have is, see.  And -- and the problem

24   with the arrogance of the left is that they don't

25   think they can get caught, but somebody is going to

                                        Page 115

1    come forward and talk about this.  Someone is.

2            MR. McGUIRE:  Yeah.  So, before we go, Mr.

3    Producer, put up my screen.  This is just today coming

4    out.  Philly, they are processing and duplicates --

5    duplicating ballots at 50 tables and they're only

6    letting a handful of Trump observers get in the room,

7    but they're not letting them get close enough to

8    watch.  And the Philly lawyer sent notice at 1:00 a.m.

9    that it would start at 7:00 a.m.  So, they sent it

10   while they were sleeping, hoping that no one would

11   check their email and no one would show up.  And then,

12   when observers did show up, most of them were denied

13   access, I presume under COVID-19 restrictions.

14           So, we got to -- we got to get to the bottom

15   of the tech stuff, absolutely, right?  But what we've

16   seen so far from this is Democrats threw the whole

17   kitchen sink at us, not just with their voter ballot

18   harvesting, with their over-registering people to

19   vote, with dead people voting, with the -- with the

20   tech stuff with Dominion, right?  We see that.  We see

21   the counting.  The kicking of the observers out.

22   Losing the flash drive in -- in Milwaukee, allegedly,

23   and the finding it.  And, oh, surprise, surprise,

24   there's -- Joe Biden how has a lead after that flash

25   drive is entered.  Lots of really, really terrible

                                              Page 116

1    stuff.

2              So, we're going to stay on it.  We're going

3    to keep investigating all of this.  Went over today,

4    but that's okay.  We had a lot to talk about.  But,

5    what we need to all understand is that, we've said it

6    all along, there is too much smoke for there not to be

7    fire.  And, if Joe Biden was to win legitimately, then

8    he won; but you cannot tell me, with everything we've

9    been reporting over the past week, you cannot tell me

10   that, given everything we've seen, everything we now

11   know, that this election was run legitimately, and

12   that the count you're seeing on CNN, on Fox News, on

13   all those news channels, you cannot say that that

14   count is accurate.  Just like you cannot say that the

15   COVID count is accurate, right?

16             I was having a conversation yesterday about

17   this.  As long as the guy -- there's a guy in the

18   COVID count who was struck by lightning while he was

19   roofing in Florida, which is true, as long as that

20   guy's in that count, I don't believe that count one

21   bit, right?

22             The same deal with this.  As long as we know

23   that there's fraud in there, I don't believe the

24   count.

25             And, right before we go, Joe, you'll like

                                          Page 117

```
 1    this.  Put up my screen again.
 2            This is what I predict the COVID graph will
 3    look like.  We saw the inverse for Joe Biden when he
 4    did a little bit of boop, getting up ahead in Michigan
 5    and Wisconsin.  I predict that, in the coming days,
 6    you're going to see the floor fall out of COVID-19,
 7    and they're going to say that it's not that deadly.
 8    They're already starting to say that.  And the
 9    interesting thing today, they announced -- Pfizer
10    announced that their vaccine is 90 percent effective,
11    they believe.  I'm seeing reports that they had that
12    knowledge two weeks ago, and they put their samples on
13    cold -- in cold storage and wait until after the
14    election to tell the American people that.
15            So, there's lots of -- lots of different
16    lines in there that have to get solved, lots of
17    different frauds that have to get investigated.  We're
18    going to keep doing it, and we'll keep publishing and
19    keep giving you guys a method to fight back, because
20    it's really important that we do so.
21            MR. OTTO:  Yeah.  So --
22            MR. McGUIRE:  But, Joe, what's your final
23    word, Joe, as --
24            MR. OTTO:  Well --
25            MR. McGUIRE:  -- as we wrap up?
```

Page 118

```
 1                    MR. OTTO:  So, my -- my final word is, is

 2      that I'm going to put up, just so you know, I'm going

 3      to put up all of the information that I have.  I'm

 4      going to redact people's names.  I'm going to put it

 5      up there.  I'm going to put the photos that I have up

 6      there.  I'm going to put up the fact that I know that

 7      -- how many phones he has, right?  And somebody said,

 8      Can the FBI go in and audit his phone number -- or,

 9      excuse me, his phones and his emails and all that

10      stuff.  The answer is, yes, they can do that.  Whether

11      or not the FBI will do that is -- is beyond me, right?

12      I got to believe --

13                    MR. McGUIRE:  No.

14                    MR. OTTO:  -- that the FBI is not dumb enough

15      that they're not monitoring ANTIFA lines.  I can't

16      believe that I'm the smartest guy in the room when it

17      comes to this stuff.  I can't.  There has to be other

18      things that are going on that we're -- that we're not

19      privy to.  So, I truly believe that it will prevail.

20                    And again, as you said, Max, if Joe Biden

21      actually was elected by the people, right, and he

22      actually won the vote, then we have to concede.

23      That's the -- what the Republic is all about.  But the

24      reality --

25                    MR. McGUIRE:  Yeah.
```

Page 119

```
 1             MR. OTTO:  -- of it is we know that's not
 2    what happened here.  We know that it's been
 3    manipulated.  We know that the guy that actually runs
 4    40 states, right?  We know what the Benford law is,
 5    right?  We know that -- the fact that the
 6    irregularities are through the roof.  We know more 90-
 7    year-olds voted for Biden than any other time in
 8    history.  Ninety-year-olds didn't vote for Biden.
 9             MR. McGUIRE:  Ninety-plus, yeah.
10             MR. OTTO:  Ninety-nine percent of the -- of
11    the early (cross talk) --
12             MR. McGUIRE:  Thirty-nine --
13             MR. OTTO:  -- brother (ph) --
14             MR. McGUIRE:  -- 39 people voted in
15    Pennsylvania that were alive during the Civil War.
16             MR. OTTO:  Yeah.  I mean, just that data,
17    that data is a smoking gun, because we don't know what
18    amount of variables there are to show the fraud,
19    right?  So, you just have to stack enough of it and
20    go, Listen, we know that this is fraudulent, we know
21    this is fraudulent, we know this is fraudulent.  These
22    three things collectively are the things that we
23    caught.
24             It typically is said that, for every one that
25    you catch, there's a thousand that you don't catch,
```

Page 120

1    right?  How much does that exponentially add to the

2    election total, right?

3              Guys --

4              MR. McGUIRE:  Yeah.

5              MR. OTTO:  -- this is not hard to win.  We

6    have to stand up.  There's a hundred million people --

7    excuse me -- there is 71 million people that voted for

8    Donald J. Trump for president, right?  Those are real

9    ballots.  That's not people out there cheating, those

10   are real ballots.  So, now we have the left that's

11   completely cheating, and we have to stand up.

12             So, there's three things that we can do.

13   One, we can actually get involved.  We can hit the

14   rallies, hit the protests, make sure that we have our

15   voice heard, and that we stand up, right?  We -- we do

16   not surrender and we do not retreat.  I'm sorry, but

17   that is what it's --

18             MR. McGUIRE:  Yeah.

19             MR. OTTO:  -- going to have to take.  We're -

20   - we're going to have to do that.

21             Now, secondarily, right, we got to make sure

22   that this doesn't happen again.  Dominion needs to be

23   fired from all 40 states.  You're fired.  You're out.

24   Get out, right?  And we need to go back to a system

25   that actually allows for people to vote.  Build a

                                            Page 121

```
 1   system that's based on Blockchain because you can't

 2   break it, guys, you can't.  It 100 percent would make

 3   sure that we don't ever have this problem again.  But

 4   they don't want to do that.  They want to sell $100

 5   million --

 6             MR. McGUIRE:  Yeah.

 7             MR. OTTO:  -- hokey system to the people in -

 8   - in -- in these different swing states.  We did not

 9   have this --

10             MR. McGUIRE:  Yeah.

11             MR. OTTO:  -- problem.  But, if you look at

12   the states that Dominion got into, those area the

13   ones.  Just recently, from 2016 to --

14             MR. McGUIRE:  Yeah.

15             MR. OTTO:  -- 2020, those are the swing

16   states --

17             MR. McGUIRE:  Those are all the ones.

18             MR. OTTO:  100 percent.  That's not -- that's

19   not hyperbole, that's --

20             MR. McGUIRE:  Yeah.

21             MR. OTTO:  -- real.

22             So, if we know that they got in before 2000 -

23   -

24             MR. McGUIRE:  Hyperbole.

25             MR. OTTO:  Hyperbole.  Sorry.  We know they
```

Page 122

1   got in between 2016 and 2020, and in 2020 the

2   improbably happened, and a guy that literally can't

3   pronounce his name is staying in a basement that

4   couldn't get more than a dozen people to show up in

5   Jeeps --

6            MR. McGUIRE:  Calling himself --

7            MR. OTTO:  -- right --

8            MR. McGUIRE:  -- a grandmother.

9            MR. OTTO:  Calling himself a grandmother, and

10  -- and --

11           MR. McGUIRE:  Did you --

12           MR. OTTO:  -- and involved in --

13           MR. McGUIRE:  -- did you read -- did you read

14  about the Jeeps?

15           MR. OTTO:  No.

16           MR. McGUIRE:  I want to go too off, but did

17  you see the Jeeps weren't actually for sale; they are

18  part of a fleet?

19           MR. OTTO:  Oh, wow.  Okay.

20           MR. McGUIRE:  So, they -- they did an

21  analysis on the driver's licenses.  They were not

22  listed for sale.  They're part of a corporate fleet of

23  vehicles.

24           MR. OTTO:  Yeah.

25           MR. McGUIRE:  That's who -- that's what Joe

Page 123

1   Biden used at his rally.

2           MR. OTTO:  They're -- they're making --

3           MR. McGUIRE:  They all happened to be brand

4   new Jeep Wranglers.

5           MR. OTTO:  Listen, guys, they're creating a

6   mirage.  They're creating a mirage, and we have to

7   stand up.  We have to.  I mean, if you -- if you

8   follow DC Draino on Twitter, some certain guys that I

9   like to follow very closely, there -- there's an

10  underbelly right now that the American people are not

11  going to stand for it.  Joe Biden cannot be president

12  because he's not the legitimate president, right?  And

13  that's -- that's really the thing.

14          Well, you got to show us proof.  I just did.

15  And we've been showing to you for the last --

16          MR. McGUIRE:  Yeah.

17          MR. OTTO:  -- couple of days, right?  If he

18  was the legitimate winner, then he should be sitting

19  as -- as the president, but he's not, and we all know

20  he's not.  And we -- we have too many things that

21  happened at 1:00 in the morning, losing the ballots

22  and then all of a sudden having them uploaded as

23  47,000 --

24          MR. McGUIRE:  Surprise.

25          MR. OTTO:  That -- that by itself is enough.

                                          Page 124

1    That is a smoking gun.  And then to tell the police,

2    no, no, don't turn it in.  They had an obligation --

3              MR. McGUIRE:  Yeah.

4              MR. OTTO:  -- to turn it in, right?

5              MR. McGUIRE:  Yeah.

6              MR. OTTO:  The amount of crime that is

7    happening in this and corruption that's happening in

8    this is me -- is basically saying that we in the

9    United States live in a third world country.  Are you

10   comfortable with --

11             MR. McGUIRE:  Yeah.

12             MR. OTTO:  -- that?  And do you -- are you

13   willing to fight for the Republic?  Are you willing to

14   fight for the integrity of this country?  Because the

15   amount of distrust that we have right now for the

16   election process, based on what we've been able to

17   see, these people are evil.  They're crooked.  Do you

18   think they're going to actually make it easy for us to

19   get it?  The -- it's imbedded in the code.  I could

20   find it.  Anybody could find it, right?  But we got to

21   be --

22             MR. McGUIRE:  Yeah.

23             MR. OTTO:  -- willing -- and why would they

24   fight against it, by the way, if it was clear -- if it

25   was pure?  If it was --

                                        Page 125

1          MR. McGUIRE:  Yeah.

2          MR. OTTO:  -- pure, get -- let us put 10,000

3     ballots through the machine in every place, let's do a

4     manual count, and let's make sure that we have the

5     right person that was elected by the people, by the

6     people's voice to be president of this country.

7          MR. McGUIRE:  Yeah.  So, before we go, Mr.

8     Producer, put on my screen one more time.  I just want

9     to see -- show everyone where we've gone just in the

10    last week.  We've gone from there was no fraud, to now

11    Democrats saying, Well, the fraud wasn't widespread.

12    Next they'll say, Well, the fraud didn't change

13    results.

14          MR. OTTO:  Forty --

15          MR. McGUIRE:  After that --

16          MR. OTTO:  -- states, Max.

17          MR. McGUIRE:  -- they'll say, Well, the fraud

18    didn't change the Electoral College.  Joe Biden would

19    still be over 270.  And, after that, they say, Okay,

20    you caught us; we cheated.  We are now in step two out

21    of all five of those steps.  So, that -- it's been a

22    week.  And notice the narrative has changed.  They

23    don't normal -- they don't say any more there was no

24    fraud.  They -- now they're saying -- you listen to

25    narrative from Democrats and spineless Republicans,

                                        Page 126

```
 1    they're saying that there was no widespread fraud.

 2    That's the language.  That's how the narrative has

 3    changed.

 4              Well, that's going to be it for this edition

 5    of the podcast. If you like the podcast, please do

 6    subscribe on YouTube.  Please do hit the bell for

 7    notifications.  Please do like and follow our Facebook

 8    page.  Also, if you text Freedom to 89517, Freedom to

 9    89517, you'll get a text alert when we go live,

10    because Facebook and YouTube play games with that.

11    Also, there's a link for you to join our newsletter in

12    the comment sections of both.

13              We also -- really big news -- we are now

14    number 81 on the Apple podcast political podcast

15    chart, number 81 in the United States.  The 81st most

16    popular political podcast in America.  So, please,

17    please, please do check out the link in the

18    description and make sure that you subscribe to our

19    Apple podcast, audio podcast, and also leave us a good

20    review.

21              MR. OTTO:  And --

22              MR. McGUIRE:  Very important.  And you can

23    also find us -- go ahead, Joe.

24              MR. OTTO:  And we will post -- we will post

25    everything that we have on Eric Coomer specifically
```

                                        Page 127

1    out there, right?  And the outrage should start based

2    on Eric Coomer.  How can this guy actually be

3    responsible for the elections in our country?  How?

4    How can he be responsible for it?  He has the power.

5    He's unhinged, right?  And now we have all these

6    irregularities with his system.  And it's how can we

7    allow that to happen?  How can we allow people like

8    that to in -- to interfere with our elections?  How

9    can he be allowed to stay in this organization, right?

10   That's the key.  Eric Coomer is the key, and they need

11   to actually go grab his stuff.  They need to basically

12   just raid everything that he has and raid Dominion,

13   right?  And that -- I -- I expect Barr to do something

14   about it.  Something has to be done, right?  Now, I

15   think we'll get to the --

16              MR. McGUIRE:  Right.

17              MR. OTTO:  -- ultimate result where the

18   legislators will get enough information they're like,

19   Man, this -- this -- this election's not good.  I

20   can't vote for -- I can't vote that this -- that I can

21   concede this election to Biden.

22              MR. McGUIRE:  Yeah.  Yeah.  So, hopefully --

23   they sent 15 FBI agents to investigate the garage

24   pull-down in Bubba Wallace's NASCAR garage.  You'd

25   think that maybe they'd send one or two to investigate

Page 128

1    this.

2            So, in addition to Apple podcast, make sure

3    you go there, help us get into the top 75, into the

4    top 50.  Really do need your help.  Apple podcast,

5    link in the description.  We're also on Google Play

6    Store if you have an Android.  We're on Spotify.  A

7    lot of people listen to us on Spotify these days.

8    We're on Pandora, iHeart Radio.  Tune in and pod

9    (inaudible).  So, check us out all there.  There's

10   also a link to buy merch, help support the channel.

11   And, yes, we are on Parlor.  Lots of people asking.

12   Big exodus happening right now.  Follow us at Parlor -

13   - on Parlor @conservativedaily, all one word, and we

14   will be happy to follow you back.

15           So, again, that's going to be it for this

16   edition of the Conservative Daily Podcast.  My name is

17   --

18           MR. OTTO:  What --

19           MR. McGUIRE:  -- Max McGuire --

20           MR. OTTO:  And this is Joe Otto.

21           Max, one last thing.

22           MR. McGUIRE:  All right.  Last thing.

23           MR. OTTO:  Right.  Last thing on the last

24   thing.

25           MR. McGUIRE:  This is the podcast that never

                                          Page 129

```
 1   ends.

 2              MR. OTTO:  Yeah.  So, hey, listen, but -- but

 3   here's the thing, if people don't understand this, I

 4   will be putting up all this stuff.  We'll put it in a

 5   place where you can actually get to it.  And then, if

 6   you can just share it, share it, share it, share it,

 7   share it, share it, share it.  Use it as a basis for

 8   sharing.

 9              MR. McGUIRE:  We will include a link in the

10   audio description.  We'll put it all up in a -- in the

11   drop box, whatever.  We'll include a link in all of

12   the descriptions for this podcast as well.

13              So, again, my name is Max McGuire --

14              MR. OTTO:  And this is Joe Otto.

15              MR. McGUIRE:  -- and remember, as we've

16   talked about today, the fight to take back the country

17   clearly isn't over, but the only way we win is if we

18   all stand and fight together.  (Music)

19   (END AUDIO)

20

21

22

23

24

25
```

Page 130

1                    CERTIFICATE OF TRANSCRIBER

2              I, LAURIE FRANCISCO, do hereby certify that

3     this transcript was prepared from the digital audio

4     recording of the foregoing proceeding, that said

5     transcript is a true and accurate record of the

6     proceedings to the best of my knowledge, skills, and

7     ability; that I am neither counsel for, related to,

8     nor employed by any of the parties to the action in

9     which this was taken; and, further, that I am not a

10    relative or employee of any counsel or attorney

11    employed by the parties hereto, nor financially or

12    otherwise interested in the outcome of this action.

13

14

15                                        LAURIE FRANCISCO

16

17

18

19

20

21

22

23

24

25

                                                    Page 131