**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 1-5**

---

| | |
|---|---|
| DISTRICT COURT, COUNTY OF DENVER, COLORADO<br>Court Address:<br>1437 Bannock Street<br>Denver, Colorado 80202 | DATE FILED: October 8, 2021 7:21 AM<br>FILING ID: 48BD437736763<br>CASE NUMBER: 2020CV34319 |
| | ▲COURT USE ONLY▲ |
| Plaintiff:<br><br>ERIC COOMER<br><br>Defendants:<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., Et al.<br><br>**Attorney for Defendants Joseph Oltmann, FEC United, and Shuffling Madness Media, Inc. d/b/a Conservative Daily**<br>  Andrea M. Hall<br>  THE HALL LAW OFFICE, LLC<br>  P.O. Box 2251<br>  Loveland, CO 80539<br>  (970) 419-8234<br>  andrea@thehalllawoffice.com<br>  Atty. Reg. #: 036410 | Case # 20-CV-34319<br><br>Div.  409 |
| **EXHIBIT G**<br>**DECLARATION OF JOHNATHAN TIEGEN AKA "TIG"** | |

| | |
|---|---|
| DISTRICT, COUNTY OF DENVER, COLORADO<br>Court Address:<br>1437 Bannock Street<br>Denver, Colorado 80202<br><br>Plaintiff:<br><br>ERIC COOMER<br><br>Defendants:<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., SIDNEY POWELL, P.C., RUDOLPH GIULIANI, JOSEPH OLTMANN, FEC UNITED, SHUFFLING MADNESS MEDIA, INC. dba CONSERVATIVE DAILY, JAMES HOFT, TGP COMMUNICATIONS, LLC, dba THE GATEWAY PUNDIT, MICHELLE MALKIN, ERIC METAXAS, CHANEL RION, HERRING NETWORKS, INC. dba ONE AMERICA NEWS NETWORK and MEWSMAX MEDIA, INC.<br><br>**Attorney for Defendants Joseph Oltmann, FEC United, Inc. and Shuffling Madness Media, Inc.**<br>  Andrea M. Hall<br>  THE HALL LAW OFFICE, LLC<br>  P.O. Box 2251<br>  Loveland, CO 80539<br>  (970) 419-8234<br>  andrea@thehalllawoffice.com<br>  Atty. Reg. #:  036410 | ▲COURT USE ONLY▲<br><br>Case # 20-CV-34319<br><br>Div.  409 |
| **EXHIBIT G** | |

| | |
|---|---|
| DISTRICT COURT, COUNTY OF DENVER, COLORADO<br>Court Address:<br>1437 Bannock Street<br>Denver, Colorado 80202 | |
| Plaintiff:<br><br>ERIC COOMER<br><br>Defendants:<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., Et al.<br><br>**Attorney for Defendants Joseph Oltmann, FEC United, and Shuffling Madness Media, Inc. d/b/a Conservative Daily**<br>  Andrea M. Hall<br>  THE HALL LAW OFFICE, LLC<br>  P.O. Box 2251<br>  Loveland, CO 80539<br>  (970) 419-8234<br>  andrea@thehalllawoffice.com<br>  Atty. Reg. #: 036410 | ▲COURT USE ONLY▲<br><br>Case # 20-CV-34319<br><br>Div. 409 |
| **DECLARATION OF JOHNATHAN TIEGEN AKA "TIG"** | |

I, Johnathan Tiegen, being over the age of eighteen and of sound mind, hereby state and declare as follows from my personal knowledge:

1. I have been personal friends with Mr. Joseph Oltmann since July 2020.

2. I was in the Marine Corps for four (4) years.

3. I was an independent contractor for ten (10) years for the Central Intelligence Agency (CIA).

4. I am the President of United America Defense Force (UADF) which was founded in or about July 2020.

5. UADF is a humanitarian organization involved in search and rescue and intervention in human trafficking.

6. I have direct personal knowledge that Antifa is an organization. When a group of people have meetings, social media accounts, organized protest/marches/drives and they march under a flag and go after people like myself as one group it is an organization.

7. Antifa's members were encouraged to appear at Black Lives Matter (BLM) rallies and push BLM members to do violence, attack people, and destroy things.

8. Since July 2020 Antifa journalists had been attacking both me and Mr. Oltmann and newspaper articles they authored.

9. On September 20 I received a billing statement from Antifa at my home address, which was clearly fraudulent and designed to frighten and intimidate me due to Antifa' knowledge of my home address. *See attached Exhibit*.

10. Due to safety concerns for myself and my family I immediately contacted the local police and informed them of my concerns.

11. Immediately after I received the communication from Antifa, I told Mr. Oltmann, who informed me that he had an opportunity to infiltrate an Antifa phone call to find out more about these Antifa journalists.

12. Mr. Oltmann invited me to attend and listen to the call.

13. I was not able to be on this call because I had to be out of town, in Orlando, Florida, which I flew to on September 17 and returned on 21.

14. After my return, Mr. Oltmann and I discussed it, and he talked about Heidi Beatle, as either being on the call or mentioned on the call.

15. Mr. Oltmann informed me that he also heard something to the effect that "Trump wouldn't win" "They were going to take care of it", and thought the journalists were trying out some propaganda.

16. I am not generally involved in politics, or political issues, and do not typically watch Conservative Daily.

17. Once Mr. Oltmann started receiving death threats, members of UADF watched over Mr. Oltmann when he was out in public, to ensure his safety.

18. Mr. Oltmann eventually hired his own private security and we were no longer involved.

19. I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on this 4th day of October, 2021, at Pueblo County, Colorado

_____

Johnathan Tiegen

*C.R.S. § 13-27-106*

3

# INVOICE



**DATE**  
Sept. 20, 2020

**INVOICE NO**  
48520

**YOUR COMPANY**  
8605 Explorer Dr.  
Colorado Springs, CO 80920  
(719) 444-7240  
(605) 475-6964

**INVOICE TO**  
John "Tig" Tiegen  
4080 Quail Rd.  
Fountain, CO 80817  
(719) 360-2799  
tig@johntiegen.com

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| Dave | Event, August 29, 2020 | Due on Receipt | October 3, 2020 |

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1044 | Bricks, Red | $0.48 | $501.12 |
| 400 (Hours) | Antifa Field Agents | $13.12 | $5248.00 |
| 30 (Hours) | Antifa Field Officers | $42.69 | $1280.70 |
| 144 | Bagels and Cream Cheese | $5.00 | $720.00 |

Subtotal $7749.82  
Sales Tax $687.80  
Total $8,437.62