# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 1-7**

**Scott, Taylor**

---

| | |
|---|---|
| **From:** | Joe Oltmann <joe@fecunited.com> |
| **Sent:** | Tuesday, November 10, 2020 3:28 PM |
| **To:** | Taylor Scott |
| **Subject:** | Re: Voter Fraud Follow Up |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Taylor,

Yes I do. What I have we did in the podcast at Conservative Daily yesterday. We have 80 screenshots of Eric Coomer's FB page that is private. I was also on an Antifa call where Eric Coomer stated that Trump cannot win, he made sure of it. (paraphrased).

If this is not a smoking gun that connects a ANTI-Trump, erratic leader of Dominion, I don't know what does. I am the CEO of a data company. I know for a fact that you cannot secure an online voting system. I also know what pattern algorithms can change the votes. The further you go down the line the more scary it gets. Eric Coomer was the spokesperson in EVERY state that an RFP was written. He was the spokesperson for news articles. If you check the patent office and do research on the others that hold patents, it will scare you what you will uncover.  Arizona, Georgia, Pennsylvania, all on boarded in the last 3 years with their system.

We have begun talking to the Trump Attorneys and the interest in the story is growing dramatically nationally. There is no way to explain away the anomalies, fraud and code glitches. I am in the software and AI business. As an aside, when you add in the clear bias and essentric behavior of Dr. Eric Coomer and his finger prints as being responsible for the security and strategy of Dominion, there is no way he is or would remain unbiased.

My name is Joe Oltmann, I am a two time EY Entrepreneur of the Year, and a 2020 finalist. I am a father of two, married for 18 years, I give a ton to lots of organizations. My Dad is black, my Mom is white and I grew up in the DC area. I in no way an eccentric or far right conservative. Quite the opposite actually.  I am also Joe Otto on Conservative Daily. I started conservative Daily 11 years ago. We have 860,000 members. I also own 13 companies and employ 194 people across different industries. Coming out from behind the vail and showing my face has had consequences, but this is too important a time in my opinion not to speak up.  This is just a bit of background. IT in no way makes my data less or more valid. The data speaks for itself.

Here is the beginning notes for the podcast. It could be the biggest tie to the validity of the voting system and turn the tide of things, IMHO. But obviously I relent and give you the opportunity to decide if it is important. Here is the link to the CD podcast as well. https://www.facebook.com/ConservativeDaily/videos/367415277670909

Thanks Taylor.

Warm regards,

Joe

**The election was fixed. First, who is Dominion. Who runs the Company and why is that important. This conversation will be about Eric Coomer. The Director of Strategy and Security for Dominion Voting Systems.**

1

**I want to give you context on what we are going to discuss. About 3 weeks ago, I gave a speech at an FEC meeting. As you may or may not know, I am in the data business. I have been incredibly focused on Antifa and the threat of their infiltration of our journalism, and the Democrat party.**

**You all have seen the video of Kris Jacks, the Our revolution leader in Northern Colorado, who called for the beheading of Americans. If you check out the video from project veritas, you will see that he stated they hold a majority of the seats in the Democrat party across colorado. In a subsequent video, I observed a journalist who has been known for being a rhetoric Junkie and Antifa member. She is a journalist and she is also a Our Revolution leader in southern Colorado. She uses the systems in the Business Journal and Colorado Springs Independent to gather and dox people in the community. In this use of gathering intel, infiltrating calls, groups and collecting information on individuals we uncovered 13 antifa journalists across colorado.**

**So let me back up after this short bit and tell you about a call I was able to listen in on. And why this is important. Ok, So I was on a call discussing the "fascists" it was fascinating honestly how they thought and spoke. It was downright scary. As the call carried on a person who called themself Eric was on the call. Now I want to start that I cannot verify on this call that it is the same Eric but let me tell you as I jotted down notes what I discovered. This is from my notes:**

**I have a bunch to add. We have to be prepared for the new future where we put down these fascist fucks.**

**Someone interrupts. Who is Eric?**

**Someone answers, Eric is the Dominion guy.**

**Go head Eric.**

**Someone interrupts, What are we going to do if fucking Trump wins.**

**Eric responds, (paraphrased) Don't worry about the election. Trump is not going to win. I made fucking sure of that.. hahaha"**

**Someone responds fucking right**
**Eric continues with fortifying the groups and recruiting. He was eccentric and boisterous. I compared what I remembered hearing with his videos I was able to find… and I think it is a match but not sure.**

**I laughed at the time but did my intel research on him. I discovered an Eric Coomer who worked at Dominion Voting Systems. I did not find anything out of the ordinary on Eric honestly. But noted that someone in dominion leadership appears to be Antifa. I researched him, but did not realize that dominion was used by many of the states in swing areas for elections till later.**

**Fast forward to Friday. I get a text from a friend. He sends me over a story about Dominion Voting Systems being tied to the Clinton Foundation, Dianne Feinsteins husband and long time campaign manager. The information started to pour in. I then got another set of texts that had a story that talked about Dominion Voting Systems and the name Eric Coomer popped up. I recalled that name and went into my notes… I was astonished. here was seemingly the same guy I heard being bragedocious about making sure trump does not win and so I started digging into everything Eric Coomer. What I found out about this guy will scare you. This is the guy responsible for system security.**

**I then started using intel to get FB posts, and collecting information. He reposted Antifa manifesto. He posted kill cops , fuck the USA. You cannot make this stuff up ladies and gentlemen…**

---

From: Taylor Scott <Taylor.Scott@HerringNetwork.com>
Date: Tuesday, November 10, 2020 at 1:48 PM
To: "joe@fecunited.com" <joe@fecunited.com>
Subject: Voter Fraud Follow Up

Good Afternoon,

We are following up regarding your email of Voter Fraud. Can you explain your story for us?

Do you have any hard evidence to prove this?


Best Regards,

*Taylor Scott*



4757 Morena Blvd
San Diego, CA 92117
Office- 858-270-6900 x116
Fax – 858-270-6901
Taylor.Scott@HerringNetwork.com;
www.oann.com
www.awetv.com

3

OAN 000004