# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

      Defendants

---

## EXHIBIT 1-9

---



Exhibit 54
Ohmann
Date 12-16-22

SCREENSHOT OF "eric dominion denver colorado" taken on 9/26/2020



Screen Shot 2020-09-26 at 2.03.31 PM

Go·gle   eric dominion denver colorado

→   View all

www.sos.state.co.us › elections › files › projectPlans   PDF
**Dominion - Colorado Secretary of State**
Sep 9, 2016 — our most recent pilots in the City and County of **Denver** and Mesa County. ... 1
Democracy Suite is a registered trademark of **Dominion** Voting Systems. ... **Eric Coomer**
graduated from the University of California, Berkeley in ...

rocketreach.co › eric-coomer-email_7112825 ▾
**Eric Coomer's email & phone | Dominion Voting Systems's ...**
Location, **Denver**, **Colorado**, United States. Work, Director, Market Strategy @ **Dominion**
Voting Systems Member, Board of Directors @ Friends of Levitt Pavilion ...

www.odu.edu › directory › people › eschussl ▾
**Eric Schussler - Old Dominion University**
**Eric** worked as a physical therapist for 10 years prior to completing a PhD at Ohio State
University. His current research interests include concussion prevention ...

shermanhoward.com › attorney › eric-e-johnson ▾
**Eric E. Johnson, Attorney - Sherman & Howard**
**Eric** Johnson is an Attorney at Sherman & Howard in **Denver**. ... **Colorado**; Washington; U.S.
District Court, District of **Colorado**; U.S. District Court, Western ...
Missing: ~~dominion~~ | Must include: **dominion**

www.leadcandy.io › company › Dominion-Voting-Syst... ▾
**Dominion Voting Systems | Employee Profiles, Emails, Mutual ...**
Find people working at **Dominion** Voting Systems. LeadCandy provides Full ... **Denver**,
**Colorado**. VIEW FULL PROFILE ... FULL PROFILE. **Eric** Coomer's photo ...

en.wikipedia.org › wiki › Dominion_Voting_Systems ▾
**Dominion Voting Systems - Wikipedia**
**Dominion** Voting Systems Corporation is a company that sells electronic voting hardware and
software, including voting machines and tabulators, in the U.S. and Canada. The company's
international headquarters are in Toronto, Canada, and its U.S. headquarters are in **Denver**,
**Colorado**. ... Grenier. **Éric** (2017-06-01).

20CV34319-JOdisclosures-0199