# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

# EXHIBIT 3

---

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLORADO
 3    Civil Action No.: 1:22-cv-01129-WJM
 4    --------------------------------
      Eric Coomer, Ph.D.,
 5
 6            Plaintiff,
 7         vs.
 8    Michael J. Lindell, Frankspeech LLC,
      and My Pillow, Inc.,
 9
10            Defendants.
      ----------------------------------
11
                  VIDEOTAPED DEPOSITION OF
12                   MICHAEL J. LINDELL
       Designated Representative of FrankSpeech LLC
13                Taken on MARCH 9, 2023
                  Commencing at 9:59 a.m.
14
15
16
17
18
19
20
21
22
23    REPORTED BY:  Mari Skalicky, RMR, CRR
24
25
                                                    Page 1
```

Page 2:

```
 1      VIDEOTAPED DEPOSITION of MICHAEL J.
 2   LINDELL, taken on Thursday, March 9th, 2023,
 3   commencing at 9:59 a.m. CDT, at 123 North 3rd
 4   Street, Minneapolis, Minnesota, before Mari
 5   Skalicky, a Certified Realtime Reporter, and
 6   Notary Public of and for the State of
 7   Minnesota.
```

Page 3:

```
 2         APPEARANCES
 3   ON BEHALF OF THE PLAINTIFF:
 4      CAIN & SKARNULIS PLLC
 5      BY: CHARLES J. CAIN, ESQUIRE
 6      BY: BRADLEY A. KLOEWER, ESQUIRE
 7      P.O. Box 1064
 8      101 North F Street, Suite 207
 9      Salida, CO  81201
10      ccain@cstrial.com
11      bkloewer@cstrial.com
12
     On BEHALF OF THE DEFENDANTS:
13
        PARKER DANIELS KIBORTH
14
        BY: RYAN MALONE, ESQUIRE
15
        888 Colwell Building
16
        123 North Third Street
17
        Minneapolis, MN  55401
18
        malone@parkerdk.com
```

Page 4:

```
 2              APPEARANCES
 3              (Continued)
 4
 5   ALSO PRESENT:
 6      Adam Wallin, Videographer
 7
 8   NOTE:  The original transcript will be
 9   provided to the taking party of the
10   deposition.
```

Page 5:

```
 1              I N D E X
 2
     WITNESS:  MICHAEL J. LINDELL
 3                       PAGE
 4   Examination by Mr. Kloewer ............... 9
 5
 6   PREVIOUSLY MARKED EXHIBIT:
 7   Exhibit 65   Video clips            20
 8        ***
```



Page 6

```
   EXHIBITS INTRODUCED:

Exhibit 77   Plaintiff's First Amended       10
             Notice of Intention to Take
             Oral and Videotaped
             Deposition of the Authorized
             Representative(s) of
             Frankspeech LLC

Exhibit 78   FrankSpeech screenshot          66


Exhibit 80   Defendant Frankspeech LLC's     90
             Supplemental Answers to
             Plaintiff's First Set of
             Interrogatories
Exhibit 81   Terms of Use for Frankspeech    93
Exhibit 82   Screenshot from                115
             frankspeech.com

Exhibit 83   Declaration of J. Alex         118
             Halderman



Exhibit 84   Declaration of J. Alex         127
             Halderman
```

Page 7

(Original exhibits attached to original transcript; copies to counsel as requested.)

Page 8

1  P R O C E E D I N G S
2
3       THE VIDEO OPERATOR:  We are going on
4   the record at 9:59 a.m. on March 9th,
5   2023.
6       This is the video-recorded deposition
7   of the designated representative of
8   FrankSpeech LLC, Michael J. Lindell, taken
9   by counsel for the plaintiff, in the
10  matter of Eric Coomer, Ph.D., versus
11  Michael J. Lindell, FrankSpeech LLC, and
12  My Pillow, Incorporated, in the United
13  States District Court for the District of
14  Colorado, Civil Action number
15  1:22-cv-01129-WJM.
16      This deposition is being held in
17  Minneapolis, Minnesota.  My name is Adam
18  Wallin, from the firm Veritext, and I'm
19  the videographer.  The court reporter is
20  Mari Skalicky from the firm Veritext.
21      Will counsel please identify
22  themselves for the record.
23      MR. KLOEWER:  Brad Kloewer for the
24  plaintiff, and I'm joined by Charley Cain.
25      MR. MALONE:  Ryan Malone for

Page 9

1   FrankSpeech LLC.
2       THE VIDEO OPERATOR:  Will the court
3   reporter please swear in the witness.
4       (Whereupon, the deposition of MICHAEL
5   J. LINDELL was commenced at 9:59 a.m. as
6   follows:)
7
8       MICHAEL J. LINDELL,
9   after having been first duly sworn,
10  deposes and says under oath as follows:
11            - - -
12           EXAMINATION
13  BY MR. KLOEWER:
14  Q.  Good morning, Mr. Lindell.  My name is
15      Brad Kloewer, counsel for Dr. Eric Coomer.
16      We already went through some
17      introductory ground rules yesterday.  I
18      know we've already discussed those, the
19      deposition here today.
20      I do just want to clarify before we
21      start, are you on any medications or
22      anything that may affect your ability to
23      provide testimony here today?
24  A.  No.
25  Q.  And what we discussed yesterday was the

3 (Pages 6 - 9)

**Page 142**

1 There is one thing I said, and that
2 was after Newsmax -- when Chris Ruddy
3 called me -- and you can get him right
4 here and he'll tell you how upset I was.
5     I bad-mouthed Newsmax for two weeks
6 after that. I bad-mouthed Coomer for one
7 sentence. But after you serve me papers
8 in Colorado, I probably bashed him for a
9 month, because I'm going another lawsuit,
10 another lawsuit.
11     I threw it. I never even opened the
12 paper. Did you know that? I never even
13 opened it. I just gave to it my
14 attorneys.
15     I got better things to do with my
16 life. We're trying to save a country
17 here, not that you guys, ambulance-chasing
18 lawyers, trying to get money off people
19 that had nothing to do with it.
20     My employees, if I sat here and they
21 sat here and looked at you guys, they
22 would say how could people do this? How
23 could anybody do this to anybody? And
24 that's -- you know.
25     And did I say, and you wonder why I

**Page 143**

1 said that, and I apologize for calling
2 your friend a scumbag, but I'm so upset
3 what you did, not to me, but to my
4 employees. What you did to my employees.
5 Why would you do that?
6     You didn't even do your research.
7 You could have came and you said, "Do you
8 even know Eric Coomer?" "No." Instead
9 Chris Ruddy has to call me and tell me I
10 can't go on his show anymore. And that
11 was a big thing to me when I would go on
12 the host and talk about My Pillow, and
13 made in America and everything.
14     I'm sitting right now my business is
15 probably down -- I don't know -- half,
16 more than half, because of all this stuff.
17 But I can't go on TV to promote it. I can
18 do a commercial, but I can't go on there
19 and say, "Hey, my employees thank you."
20     They used to come out and show --
21 Newsmax, you would have one of their hosts
22 go, "Look at this. Look at all the, you
23 know, Made in America," and interviewing
24 me, and my employees would come on his
25 show.

**Page 144**

1 Q. Okay.
2 A. That all got thrown away when you guys did
3    this.
4 Q. Mr. Lindell, your testimony has confused
5    me on this issue for many reasons.
6       Did Chris Ruddy tell you that a
7    condition of settlement --
8 A. Straight up. The thing he said, "I can't
9    have you on to even talk about pillows
10   anymore."
11      It was -- I'll read the complaint.
12   It was the day -- when he told me that was
13   the day you guys made a dirty deal. And I
14   said -- and I said, "What did you do?
15   You've made a public statement saying
16   there is nothing wrong with the machines."
17   We had all kinds of conversation.
18      And I go, "Who is Eric Coomer?" you
19   know, and he said something about he works
20   for Dominion or something -- I can't
21   remember that part. But I found out he
22   worked for Dominion.
23      I don't care who he worked for. Eric
24   Coomer did this to me and I don't even
25   know the guy. It's disgusting.

**Page 145**

1     So when you say when I called him a
2 criminal, when I said "Eric Coomer, if I'm
3 you right now, instead of going over and
4 making deals with Newsmax, I'm turning
5 myself in and turning in your operation;
6 just maybe that you get immunity and you
7 get to do maybe 10, 20 years. You are
8 disgusting, and you are treasonous. You
9 are a traitor to the United States."
10     And I said that because of what he
11 did. When I was told by Ruddy on my
12 business is just kkk (sound) because of
13 some guy I don't know. That's just
14 bizarre. And you guys -- and then you
15 guys sue me.
16     I didn't say -- this is the only
17 thing I said about him. A year later you
18 sue My Pillow and FrankSpeech and Mike
19 Lindell. Everything else that was said
20 was after you sued me.
21     And I still didn't check into all
22 your stuff on your guy. I'm going, "Go
23 ahead and sue me." I threw it on the
24 pile -- you can even ask my lawyer --
25 never read it.

**Page 146**

1  I've got enough stuff going on to
2  help save our country than sit here and
3  fight a lawsuit. I just keep giving them
4  money, "Go ahead, keep going, go ahead."
5     I got a country. We have to save our
6  country. That's reality.
7  Q. Is it your belief that Eric Coomer
8     discussed you with Newsmax?
9  A. Absolutely. 100 percent.
10 Q. Why? Why do you think that?
11 A. Because he didn't want me going up on
12    there. I don't know. For Dominion?
13 Q. Who told you that?
14 A. I don't know --
15 Q. Did Chris Ruddy tell you that?
16 A. Chris Ruddy, in so many words he said,
17    "You can't come on anymore because of this
18    deal." And he goes, "Mike, I've got to
19    protect my -- I've got to protect my
20    platform, my -- or Newsmax," because I
21    bad-mouthed him every day for like two
22    weeks.
23       And then he called me and he goes,
24    Will you please" -- his friend called,
25    "Will you please quit bad-mouthing Chris?"

**Page 147**

1     I said, "Okay."
2        So then I bad-mouthed Newsmax for the
3     next month. I still bad-mouth them.
4        Them, Fox News, Salem Media, none of
5     them will come on. You can't get on there
6     to talk about even pillows or anything,
7     like I said yesterday, because of you
8     guys, because of lawfare. And because of
9     a deal -- dirty deal you made with Chris
10    Ruddy.
11       What did Chris Ruddy do to you? I
12    don't know. Nor do I care.
13 Q. Well, you didn't listen --
14 A. But Chris Ruddy -- how dare you guys tell
15    Chris Ruddy I can't go on there. That I
16    can't go on there to talk about pillows?
17    That's disgusting.
18 Q. Chris Ruddy told you that he --
19 A. I could not come on anymore.
20 Q. -- that we told him that you could not
21    come on? Chris Ruddy told you that?
22 A. After your deal, whatever the deal was,
23    "Mike, I made a deal, you cannot come on
24    anymore." That's it. I can't come on
25    anymore.

**Page 148**

1  Q. You never investigated --
2  A. I was so upset.
3  Q. -- why Dr. Coomer had sued Newsmax,
4     correct?
5        (Court reporter interruption.)
6  BY MR. KLOEWER:
7  Q. You never investigated why Dr. Coomer had
8     sued Newsmax, correct?
9  A. All I know is what Dr. Coomer and you guys
10    did to me. What Chris Ruddy -- what did I
11    have to do with that? Chris Ruddy said
12    that, "I made a deal and I can't have you
13    on the show anymore."
14 Q. Did you ever consider the possibility that
15    Newsmax had published claims about Eric
16    Coomer that was were false?
17 A. You know what, I don't care what happened
18    there. All I care what did you to me, to
19    My Pillow.
20       Whatever dirty deal you went down and
21    tell him not to have Mike Lindell on, you
22    lawyers telling him not to have Mike
23    Lindell on?
24 Q. But he didn't tell you that, did he?
25 A. He said, "I made a deal" -- I'm going to

**Page 149**

1     say it to you again. "I made a deal and I
2     can no longer have Mike Lindell on, not
3     even to talk about pillows."
4        That's a quote. He made a deal with
5     you. So did you tell him? You got to ask
6     yourself that.
7        You know, we're going to try -- maybe
8     we'll get the emails from you guys that
9     you did, or the conversation. Maybe we
10    can subpoena some. Oh, right, that's
11    lawyer privilege; you won't give us that.
12    Of course you won't, you know.
13       I would love to be in a room when you
14    and Chris Ruddy talked about censuring
15    Mike Lindell and My Pillow. That's what I
16    would like to be.
17       But, you know, I think it's -- what
18    you did is horrible. We've done nothing.
19    And you guys -- and then you wonder why I
20    sit here.
21       How do you guys sleep at night? You
22    obviously don't have a My Pillow; that's a
23    fact, you know. I mean, I just can't
24    fathom, and that's why I'm so upset.
25       You know how mad I was when I came in

**Page 150**

1  here yesterday?  You're right, I should
2  have read this, but I've got other things
3  going on in my life that are a lot more
4  important than these frivolous lawsuits.
5  And it's the most important thing to our
6  country ever, to my children, my
7  grandchildren, everything.
8      That's where I'm at.  So we can keep
9  going, you know, and waste an afternoon.
10 Q.  I would like to get into the videos of all
11  the various statements that have come up
12  here, and we can talk a little bit more
13  about the Newsmax settlement.
14      My concern is that that is going to
15  be a bigger issue and is going to take a
16  lot of time.
17      MR. KLOEWER:  So if it makes sense to
18  everybody, I think we can break for lunch
19  now.
20      THE WITNESS:  Have we already ordered
21  lunch?
22      MR. KLOEWER:  And when we come back,
23  we can get into that --
24      THE WITNESS:  That sounds good.
25      MR. KLOEWER:  -- additional material?

**Page 151**

1       THE VIDEO OPERATOR:  We're going off
2   the record at 12:22 p.m.
3       (A lunch recess was taken.)
4       THE VIDEO OPERATOR:  We're back on
5   the record at 1:17 p.m.
6  BY MR. KLOEWER:
7  Q.  Okay, Mr. Lindell.  When we left off, we
8   were talking about the FrankSpeech website
9   a little bit.
10      I want to wrap up a few issues
11  related to the sort of back end of the
12  FrankSpeech website as I understand it.
13      So I'll show you what's been marked
14  as Exhibit 85 here.
15      (Deposition Exhibit No. 85 was
16  introduced.)
17 BY MR. KLOEWER:
18 Q.  Have you seen this document before?
19 A.  No.  No.
20 Q.  Okay.  Well, it's been disclosed as
21  FRANKSPEECH-00009.  It's labeled as a
22  "Master Consulting Services Agreement,"
23  and it's dated March 11, 2021.  And it
24  states on the first page that it's made
25  between Brannon Howse, RJ Daniel Johnston,

**Page 152**

1   Johnston Howse, LLC --
2  A.  Yep.
3  Q.  -- and Mike Lindell.
4       Does that refresh your memory a bit
5   as to what we're looking at here?
6  A.  Yeah, and I see "Vocl."  This was never
7   done because Vocl, like I said, that's not
8   a real entity.  We didn't get it -- this
9   never came to fruition.
10 Q.  Okay.  You're anticipating my next
11  question then because I was a little
12  confused about that.
13      I see that this document isn't
14  signed --
15 A.  Yep.
16 Q.  -- either.
17 A.  Right.
18 Q.  So --
19 A.  It was -- you want me to explain it?
20 Q.  Yes.  What is Vocl?
21 A.  Vocl was -- like you had to pick a name,
22  like a social media name, and I liked the
23  name Vocl, V-o-c-l.  And when it went out
24  there to -- you have to get the name, I
25  made the mistake of saying something

**Page 153**

1   publicly.  So they went out -- somebody
2   quick grabbed it and the patent trademark.
3       And so we went to -- we grabbed it,
4   and then it came in from everywhere, the
5   fighting, threatening lawsuits from at
6   least six different entities out there.
7   And nobody owned it.
8       So I said, you know what, let's just
9   sit there.
10      And then when we went and did
11  Frank -- Frank -- we couldn't have Frank.
12  We ended up doing FrankSpeech.  I don't
13  know how long it was after this.  This was
14  early on.
15      So this was absolutely nothing.
16 Q.  So this -- so was there a second -- was
17  there a follow-up contract to this that
18  was entered into with Johnston Howse for
19  FrankSpeech?
20 A.  Whatever you got.  Whatever you got or
21  subpoenaed, you have.  That's all I have.
22  That's 100 percent.  Whatever you got, I'm
23  fully transparent.
24      I don't even know if we're working
25  under an agreement.

39 (Pages 150 - 153)

```
 1  A.  Let me tell you what this would -- this
 2      would make a traitor.  Okay?  Okay.
 3          When you just put that, by coming to
 4      someone with lawfare, whatever you did,
 5      and you go to a guy and you tell him not
 6      to have an individual there that runs a
 7      company With 2,000 Americans making
 8      pillows and making products, and you
 9      tell -- let me finish -- and you tell him
10      this guy has never said one thing about
11      Eric Coomer ever -- Mike Lindell had
12      never -- I didn't even know who the guy
13      was.  And you tell him not to let Mike
14      Lindell on because, what?  Because I'm
15      going to sell pillows?  Or maybe I'm going
16      to talk bad about electronic voting
17      machines?
18          I never mentioned Eric Coomer in my
19      life.  Didn't even know who he was until
20      you did that to me.  But you left that out
21      of the story, didn't you?
22          The public needed to hear, "And by
23      the way, we are not going to have Mike
24      Lindell on there ever again because he
25      wants to get rid of electronic voting
                                          Page 202
```

```
 1      machine."  Not because I said -- ever said
 2      anything about Eric Coomer, because I
 3      didn't even know the man.  I never said
 4      one word about him.
 5          How could you do this?  Answer that
 6      question.  What does that have to do with
 7      me other than -- the only thing it has,
 8      you didn't mention me there.  That
 9      actually proves my case.
10          Yes.  Do I think you guys and them
11      are traitor to our country by what you did
12      to My Pillow?  Yes.  We are made in
13      America.
14          You guys are bizarre.  What does this
15      have to do with me?  I didn't bad-mouth
16      Eric Coomer.  Maybe -- I don't care if
17      Newsmax did or whatever they did to him.
18      That's their business.  That's your
19      business with Eric Coomer.
20          Go ahead and sue all them guys.  You
21      got money out of Chris Ruddy, because
22      obviously he said something about your
23      guy, which I never did, you guys.
24  BY MR. KLOEWER:
25  Q.  Mr. Lindell --
                                          Page 203
```

```
 1  A.  I never did.
 2  Q.  -- it didn't occur to you -- this was a
 3      big news story at the time.  The
 4      settlement was in the news.
 5          It didn't occur to you at all that
 6      when you went on television to accuse
 7      Dr. Coomer of treason, that people would
 8      assume that you were adopting the same
 9      claims that Eric Coomer had about --
10  A.  No, no.
11          MR. MALONE:  Mike, Mike --
12  A.  Because I went on my station and -- I went
13      on my station and I explained it.  I
14      explained what Ruddy did, or whatever,
15      that I couldn't come on there anymore.  I
16      said, "I don't know this Coomer from
17      Adam."
18          You just took a snidbit out right
19      here is what you did.  You killed the
20      whole thing I said that day.  You took one
21      little snidbit out; that's all -- in fact,
22      that's the only time I probably put his
23      name in the thing.  I probably bad-mouthed
24      Ruddy for the whole thing for not letting
25      me on about My Pillow, and I know I did,
                                          Page 204
```

```
 1      for two weeks straight.
 2          I only mentioned Eric Coomer's name
 3      once, because he happened to be the guy
 4      that did it to me.
 5  Q.  Let's take a look at what you said.  We
 6      may come back to the original Oltmann
 7      interview, but it sounds like you don't
 8      have any -- you've never made any effort
 9      to learn anything about this case.
10  A.  No, I haven't.  No, absolutely not.
11          MR. KLOEWER:  Let's take a look at
12      clip 12.  And I'll represent -- this will
13      be a duplicate exhibit here.  It's been
14      previously labeled as Exhibit 43, clip 3.
15      We have it as Exhibit 65, clip 12 as well.
16          Let's take a look at that.
17          (Playing Video Clip:
18          "It's over for Dominion.  It's too
19      late to close the gate.  The cows are
20      out of the barn.  Dominion, you did
21      your best, and Smartmatic, to take
22      our country through China.  You did
23      your best.  You corrupt people.  You
24      tried to suppress our voice.  You
25      didn't.  You failed.  And I'm telling
                                          Page 205
```

**Page 274**

```
 1     about FrankSpeech?
 2  Q. Well, both.
 3  A. Okay. Moneywise, no. We lost millions of
 4     dollars. Okay.
 5        But as far as people knowing
 6     FrankSpeech, knowing that the web -- or
 7     that the website exists, yes. People
 8     stayed with us after that, and there were
 9     people that stayed with that put up
10     podcast and so on. And I think that did
11     solidify FrankSpeech, at least that we
12     would have some people there all the time.
13        MR. KLOEWER: What's the Bates label
14     on this, Charley, just for the record?
15        MR. CAIN: 58. FRANKSPEECH 58.
16        MR. KLOEWER: So to clarify, we were
17     just looking at what's been previously
18     labeled as FRANKSPEECH 58, or 000058.
19  BY MR. KLOEWER:
20  Q. Okay. We're going to fast forward in time
21     here --
22  A. I want to say one thing, too. That
23     metrics you're showing there, those were
24     visitors to FrankSpeech. Those are not
25     viewers of Lindell-TV. Just to make that
```

**Page 275**

```
 1     perfectly clear.
 2        Those are visitors to FrankSpeech,
 3     and it doesn't show the metrics of who
 4     watched Lindell-TV, because the people
 5     coming in -- when you do a website metrics
 6     like Google Analytics, that can be
 7     computerized, those numbers can be skewed.
 8     I would check into that if I was back
 9     then, if I really wanted to know how many
10     were actually watching Lindell-TV versus
11     being on the platform FrankSpeech.
12  Q. And do you have that sort of data to
13     compare?
14  A. I don't. I don't. That's what I'm hoping
15     to get one of these days when we get the
16     new system coming in.
17  Q. Okay. So we're going to fast forward in
18     time here a bit.
19        You've spoken a lot about the
20     different statements addressed in the
21     complaint.
22        I want to take a look at some of the
23     things you said after you were served with
24     the lawsuit in this case.
25        So if we could take a look at what is
```

**Page 276**

```
 1     labeled as clip 21. It's Exhibit 65, clip
 2     21. This is a bit of a long clip, so we
 3     may pause it a couple times here, but I
 4     want to understand why you're saying some
 5     of the things in this statement.
 6        So this is from April 6th of 2022.
 7        (Playing Video Clip:
 8         "If you want to know just how
 9     corrupt -- the corruption we're up
10     against, Eric Coomer served papers to
11     me before I was going on stage at the
12     Capitol.
13         Now, I've never talked about Eric
14     Coomer. He's the president --
15     apparently he's the president of
16     Dominion, the criminal crime family
17     here in Denver. I guess he's the guy
18     that ran into a building or did
19     something the other day that" --)
20  BY MR. KLOEWER:
21  Q. Okay. "Dominion, the criminal crime
22     family here in Denver," what do you mean
23     by that?
24  A. I mean that what they've done to me and
25     what they've done to our country,
```

**Page 277**

```
 1     absolutely. I stand by that.
 2        You guys served me papers. You
 3     served -- you went against My Pillow,
 4     served My Pillow and me papers in a
 5     lawsuit. You are part of a criminal crime
 6     family as far as I'm concerned.
 7  Q. What has Dominion done against our
 8     country? You said "what it's done against
 9     me and against our country"?
10  A. No, that was Eric Coomer. Did you hear me
11     say that? That's Eric Coomer. He served
12     me papers.
13        You guys are attacking me. That's
14     criminal. You get that?
15  Q. I believe you just responded -- I said
16     "criminal crime family," what does that
17     mean, talking about Dominion, and you
18     said --
19  A. Dominion and Coomer. I put both of you
20     together.
21  Q. Yes.
22  A. Because I found out now that he was part
23     of Dominion. That was after you served
24     me.
25        So you keep suing My Pillow employees
```

```
 1    and it's shameful.  That's what I mean.  I
 2    think it's criminal, and, you know, part
 3    of a criminal crime family, Dominion.
 4    All -- you know, Dominion.
 5 Q. I believe you said in your response that
 6    "for what he's done to me" -- or for what
 7    Dominion has done to you and to our
 8    country.
 9         And my question is, what has Dominion
10    done to our country?
11 A. What has Dominion done to our country.
12    They sued over 200 lawsuits and/or letters
13    to citizens.  I have sat with them,
14    they've cried.  They've had to get home
15    security system.  They've done nothing.
16    All they were was poll watchers, over 200.
17         You asked me what they did to our
18    country.  These are U.S. citizens.  These
19    citizens finally put up a lawsuit against
20    them when they all got together, like a
21    class action suit, against Dominion.
22         What they have done to our country
23    with lawfare and attacking our citizens,
24    and without even showing what's inside.
25    All we ask is, "You're running our
                                        Page 278
```

```
 1    elections; you better show us what's
 2    inside."  They won't do it.
 3         That's criminal.  It's criminal.
 4    Lawfare has not been used in our country
 5    since 1798.  That's why they're criminal,
 6    and you know that's why they're criminal.
 7 Q. You believe that Dominion Voting Systems
 8    played a role in rigging the election,
 9    correct?
10 A. A hundred percent.  It's not even close.
11    1,000 percent.
12 Q. So when you accuse them of being a
13    criminal organization, there is two things
14    in your mind.  We've established that you
15    are -- you think they're criminal for
16    filing lawsuits, for what you've described
17    as lawfare, but you also believe that
18    Dominion played a role in rigging the
19    election.
20 A. 100 percent.  It's not even a question.
21    Not even a question.
22         What do you think they're suing me
23    for?  Because they're trying to cover it
24    up.
25 Q. Well, that's exactly right.  That's what I
                                        Page 279
```

```
 1    was --
 2 A. That's right, 100 percent.
 3 Q. -- what lawsuits are because of --
 4 A. I think I make that perfectly clear every
 5    day.
 6         (Court reporter interruption.)
 7 A. That could be the dumbest question of the
 8    week do I think they played a role.  Of
 9    course they did.
10         MR. KLOEWER:  Okay.  Let's play from
11    where we are at.
12         (Playing Video Clip:
13         "Who knows what he did there.  But
14    anyway, he served papers, everybody.
15    He has sued -- everybody ready for
16    this? -- Mike Lindell, FrankSpeech,
17    and My Pillow.
18         Eric Coomer, you are a criminal."
19 A. You bet.
20         (Playing Video Clip:
21         "Eric Coomer, your lawyers better
22    look out.  I'm not putting up with
23    this.
24         My Pillow doesn't even know who you
25    are.  My employees -- I have
                                        Page 280
```

```
 1    employees, 2700 employees.  Shame on
 2    you, Eric Coomer.  You did a very,
 3    very stupid move, Mr. Coomer.  You're
 4    going to be the first one right
 5    behind Raffensperger and all Janet
 6    Griswold behind bars.  You're going
 7    to be number one on my list.")
 8 BY MR. KLOEWER:
 9 Q. "Right behind Raffensperger and Janet
10    Griswold behind bars."
11 A. Right.
12 Q. What do you mean by that?
13 A. Because they both done criminal activity.
14 Q. What kind of criminal activity have they
15    done?
16 A. Janet Griswold deleted all the machines of
17    Dominion all across Colorado, called the
18    trusted build.
19         And Raffensperger, it would take --
20    we would be way over on time if I told you
21    what all that guy did.
22         These are my own investigations, so I
23    know firsthand.  When I went after Coomer
24    there, it's because I know -- firsthand I
25    know what he did, not only back with
                                        Page 281
```

71 (Pages 278 - 281)

**Page 294**

```
 1      It's there.  It shows the election
 2   flips in two elections.  It shows the Mesa
 3   County's county board election and the
 4   2020 election.
 5      100 percent, you can't sit here and
 6   deny it, but the media won't put it out,
 7   period.  It's sitting there.  It's on
 8   FrankSpeech.  It says "inside the
 9   machine."  You click it, any cyber guy --
10   I've had cyber guys I've said, "You know
11   what, will you go look at this and tell me
12   what you see."
13      It's that you can't deny it.  It's
14   time-stamped, Mesa County image, the one
15   that Tina Peters downloaded or whatever
16   that went public, and that's what I'm
17   talking about.  We have it.
18      Dominion can't deny this.  Neither
19   can Eric Coomer.  Whatever he's sued me
20   for for his big cover-up, you know, sorry,
21   guys.
22      And you guys are just as bad because
23   you're out running around suing people
24   when you know they're guilty.
25  Q. So you believe that Eric Coomer is trying
```

**Page 295**

```
 1   to hide the Mesa County information?
 2  A. I don't know.  I don't know if he's --
 3   maybe he has other people doing it, or
 4   maybe Dominion has got other people doing
 5   it.
 6      He sued me, and when you sue somebody
 7   that hasn't done anything, which -- this
 8   is after the fact.  I'm saying this now.
 9      "You just told me you're part of it,
10   Eric Coomer.  I was nice before when you
11   attacked me over here with Newsmax, and
12   you attacked.  I just -- right there I
13   just called you a traitor, what did you to
14   my company.  Now you sue me?  I never said
15   anything about you.  I never knew anything
16   about you.  But all of a sudden, oh,
17   you're the vice president or president of
18   Dominion.  Now I get it.  You're
19   Dominion."
20      Not only are you suing me for
21   billions here; now you got to double down
22   and do it some more.  But I guess you all
23   lawyers -- ambulance-chasing lawyers, you
24   all need a piece of the pie.  I get that,
25   you know.  That's nice.
```

**Page 296**

```
 1      And you notice what I called you
 2   guys.  It's criminal what you did.  For
 3   you to be able to sue My Pillow.
 4      Look at My Pillow.  What did they do
 5   to you?  Unbelievable.
 6  Q. So it's your belief that Mr. Cain and
 7   myself are criminals as well?
 8  A. What you did is criminal.  And not you're
 9   criminals, but what you've done is
10   criminal.
11      What you're doing here today is
12   criminal.  Absolutely criminal.  You're
13   taking money you don't deserve.  You're
14   trying to attack people that don't -- have
15   done nothing to you.  And you're wasting
16   my time with a frivolous lawsuit because
17   some judge didn't look at this last summer
18   and get rid of it and say, 'Are you
19   kidding me?  You can't sue this guy for
20   this because you went and attacked his
21   company and got him so he can't go on TV."
22      I never talked about Eric Coomer in
23   my life until you did that to Newsmax.
24   And then you served me papers.
25      Everything I said after you served me
```

**Page 297**

```
 1   papers, I stand by it.  Coomer has got to
 2   be part of it, and you guys are just as
 3   criminal what you did to me.  Period,
 4   that's it.
 5  Q. The criminal crime family you're
 6   describing here that Mr. Cain and I you
 7   believe are a part of, who else is in that
 8   family?
 9  A. I don't know.  Maybe you run it.  I don't
10   know.  Haven't checked into that.  You
11   know, maybe that's why you sued me, so you
12   don't -- you know, I don't know.  Who
13   knows?  I don't know.
14      I said, "What are they, a criminal
15   crime family?  You know, that's what they
16   do."
17      When it's all tied together, you have
18   the cover-up.  You got Janet Griswold
19   there.  You've got -- I put the image up
20   to the world to see.  Nobody says anything
21   about it.  Nobody talks about it.  Your
22   suing attack.
23      When you attack somebody, a company
24   that has never done anything to you,
25   that's criminal.  You two, it's criminal,
```

**Page 294**

1  It's there. It shows the election
2  flips in two elections. It shows the Mesa
3  County's county board election and the
4  2020 election.
5      100 percent, you can't sit here and
6  deny it, but the media won't put it out,
7  period. It's sitting there. It's on
8  FrankSpeech. It says "inside the
9  machine." You click it, any cyber guy --
10 I've had cyber guys I've said, "You know
11 what, will you go look at this and tell me
12 what you see."
13     It's that you can't deny it. It's
14 time-stamped, Mesa County image, the one
15 that Tina Peters downloaded or whatever
16 that went public, and that's what I'm
17 talking about. We have it.
18     Dominion can't deny this. Neither
19 can Eric Coomer. Whatever he's sued me
20 for for his big cover-up, you know, sorry,
21 guys.
22     And you guys are just as bad because
23 you're out running around suing people
24 when you know they're guilty.
25 Q. So you believe that Eric Coomer is trying

**Page 295**

1  to hide the Mesa County information?
2  A. I don't know. I don't know if he's --
3  maybe he has other people doing it, or
4  maybe Dominion has got other people doing
5  it.
6      He sued me, and when you sue somebody
7  that hasn't done anything, which -- this
8  is after the fact. I'm saying this now.
9      "You just told me you're part of it,
10 Eric Coomer. I was nice before when you
11 attacked me over here with Newsmax, and
12 you attacked. I just -- right there I
13 just called you a traitor, what did you to
14 my company. Now you sue me? I never said
15 anything about you. I never knew anything
16 about you. But all of a sudden, oh,
17 you're the vice president or president of
18 Dominion. Now I get it. You're
19 Dominion."
20     Not only are you suing me for
21 billions here; now you got to double down
22 and do it some more. But I guess you all
23 lawyers -- ambulance-chasing lawyers, you
24 all need a piece of the pie. I get that,
25 you know. That's nice.

**Page 296**

1      And you notice what I called you
2  guys. It's criminal what you did. For
3  you to be able to sue My Pillow.
4      Look at My Pillow. What did they do
5  to you? Unbelievable.
6  Q. So it's your belief that Mr. Cain and
7  myself are criminals as well?
8  A. What you did is criminal. And not you're
9  criminals, but what you've done is
10 criminal.
11     What you're doing here today is
12 criminal. Absolutely criminal. You're
13 taking money you don't deserve. You're
14 trying to attack people that don't -- have
15 done nothing to you. And you're wasting
16 my time with a frivolous lawsuit because
17 some judge didn't look at this last summer
18 and get rid of it and say, 'Are you
19 kidding me? You can't sue this guy for
20 this because you went and attacked his
21 company and got him so he can't go on TV."
22     I never talked about Eric Coomer in
23 my life until you did that to Newsmax.
24 And then you served me papers.
25     Everything I said after you served me

**Page 297**

1  papers, I stand by it. Coomer has got to
2  be part of it, and you guys are just as
3  criminal what you did to me. Period,
4  that's it.
5  Q. The criminal crime family you're
6  describing here that Mr. Cain and I you
7  believe are a part of, who else is in that
8  family?
9  A. I don't know. Maybe you run it. I don't
10 know. Haven't checked into that. You
11 know, maybe that's why you sued me, so you
12 don't -- you know, I don't know. Who
13 knows? I don't know.
14     I said, "What are they, a criminal
15 crime family? You know, that's what they
16 do."
17     When it's all tied together, you have
18 the cover-up. You got Janet Griswold
19 there. You've got -- I put the image up
20 to the world to see. Nobody says anything
21 about it. Nobody talks about it. Your
22 suing attack.
23     When you attack somebody, a company
24 that has never done anything to you,
25 that's criminal. You two, it's criminal,

75 (Pages 294 - 297)

**Page 298**

```
 1    guys.  I can't get around it.
 2        What you did is terrible.  It's evil,
 3    it's terrible, it's wrong.  And that's it.
 4        Even if you didn't like Chris Ruddy
 5    over here, what I said after you did that,
 6    what does that have to do with My Pillow?
 7    That upsets me more than anything.
 8        Attack me all you want, but you
 9    attacked a company that had nothing to do
10    with this.  You're trying to bury my
11    company.  That's the only agenda, take
12    away all the money, which you've done a
13    great job.  I have no money left.  I had
14    to borrow $10 million.  Good job, you
15    guys.  Great job.
16        You've absolutely destroyed people's
17    lives.  And you sit and tell me how Eric
18    Coomer -- you know, Eric Coomer, who I
19    knew nothing about until you'd attacked My
20    Pillow.
21        I used to tell Chris Ruddy, that's
22    just disgusting, always has been.
23        MR. KLOEWER:  I've handed you what
24    I've labeled as Exhibit 89.
25        (Deposition Exhibit No. 89 was
```

**Page 299**

```
 1    introduced.)
 2  BY MR. KLOEWER:
 3  Q.  We looked at something similar to this
 4      before with respect to interrogatories.
 5      These are requests for admissions.
 6        Do you remember working -- and I'll
 7      give you a minute to read through these to
 8      see if you recognize this document.
 9        Interrogatories are more general
10      questions that we ask sometimes, and a
11      request for admission is just to ask you
12      to admit something or to deny it.  And we
13      asked a series of these.
14        Do you remember answering these
15      questions?
16  A.  Let's see.  "Admit" -- "Deny," yeah, I
17      knew nothing about that.
18        "Deny."
19        "Deny."
20        "Deny."
21        "Never contact or attempt to contact
22      Dr. Coomer."  "Admit."
23        Yeah.  I answered this.  It's 100
24      percent the truth.  100 percent.
25  Q.  Why didn't you ever try to contact
```

**Page 300**

```
 1      Dr. Coomer?
 2  A.  What's that?
 3  Q.  Why didn't you try to contact Dr. Coomer?
 4  A.  For what?
 5  Q.  To check if the allegations against him
 6      were true before you published them.
 7  A.  No.  You're missing the point.  The guy --
 8      the damage was done.  The guy -- the owner
 9      of Newsmax told me I couldn't come on.
10  Q.  I understand that.
11  A.  Okay.  Then what do you want me to do?
12      Call up Coomer and say, "Hey, will you
13      please tell Chris Ruddy to let me on?"
14        I really didn't think you guys --
15      that he was going to do that.  Then it
16      became between me and Chris, but you guys
17      had done that.
18        It was horrible what Coomer did and
19      you lawyers to tell him not to have me on
20      TV.  And you know what, sorry I didn't
21      call up Coomer and say, "Will you please
22      tell Chris to let me come on."
23        Give me a break.  Of course, I'm not
24      going to do that.  I didn't even -- I
25      didn't know who Eric Coomer was.
```

**Page 301**

```
 1  Q.  Well, you didn't ask if that was true.  I
 2      told you before I was very surprised by
 3      your testimony in this issue.
 4  A.  What now?
 5  Q.  You didn't think to ask Eric Coomer if --
 6  A.  Ask him what?  Ask him, "Here, Chris Ruddy
 7      said" --
 8  Q.  You just told Chris Ruddy at his word?
 9  A.  I just made a deal, an agreement, with
10      this guy, Eric Coomer, who I -- I mean, I
11      go, "Who is he?"  "He's with Dominion, and
12      you cannot come on TV anymore to talk
13      about pillows or anything."
14        Mike Lindell specific.  Not other
15      people:  Mike Lindell.
16        So maybe you know what, was I
17      supposed to call up Eric Coomer and say,
18      "Why did you do this agreement?"  He made
19      an agreement with you.  And then it comes
20      out -- then it comes out that you -- he's
21      saying that there is no evidence because
22      of Eric Coomer and Dominion.  That's when
23      I find out Eric Coomer is with Dominion.
24        I go, "What else can Dominion -- what
25      else can happen to me?  How much can they
```

76 (Pages 298 - 301)

**Page 306**

1   A. I reviewed this the night before last.
2       I'm sorry. Every day I spend trying
3   to save our country and go to paper
4   ballot. I don't have time for this crap.
5   These lawsuits that pile up and you guys
6   do this. As far as I know, maybe you're
7   just trying to waste my time.
8       Two days I've spent listening to
9   this. I don't know Eric Coomer. I've
10  told you the two things, and you sit here
11  and tell me over and over, "Did you bother
12  to read that?" No. That's why I didn't
13  read the complaint.
14      There is things in my life that are a
15  lot more important than frivolous
16  lawsuits. The only one -- and I'm not
17  blaming you for the frivolous, other than
18  you put it up, because it should have been
19  done nine months ago when the judge should
20  have looked at this and said, "I'm sorry,
21  these guys, this is bizarre. Good-bye,"
22  and dumped it.
23      And the judge didn't do that, and
24  that's disgusting that she did not dump
25  this.

**Page 307**

1       You guys, maybe you have some that
2   are more serious than other. Maybe you
3   thought I knew more than I did. Maybe,
4   but you didn't ask me. You didn't come
5   out and ask me. You didn't come out and
6   ask. No. You went after Chris Ruddy and
7   said, "Don't put Mike Lindell."
8       I never said anything about Coomer in
9   my life, and you guys told him not to put
10  me on for My Pillow. And then you served
11  me papers.
12      I never said anything about Coomer.
13  Q. Mr. Lindell --
14  A. Ever.
15  Q. We've been over this --
16  A. I know, but why do you keep --
17  Q. -- many times.
18  A. -- doing this? We've been over this.
19  Q. What I'm trying to understand is if you
20  know that your statements are inspiring
21  people to make death threats against Eric
22  Coomer --
23  A. They weren't, and they're not.
24  Q. -- why wouldn't you stop?
25      If you are presented with evidence

**Page 308**

1   that they are, will you stop?
2   A. If he shows me that somebody out there,
3   will stop what? My statements?
4   Q. Yeah.
5   A. My statements of what he did to My Pillow?
6   If somebody does -- I can't help other
7   people. You did this. He did this, you
8   guys, and so did you.
9   Q. So you think he deserves --
10  A. Will I put your names up there in the
11  lights tomorrow? Probably not.
12      I might put the judge up that she
13  didn't deny this, and I believe I'm going
14  to do that. I'm going to put the judge up
15  there and say, "Why was this not
16  dismissed?"
17      We asked for her a dismissal. I'm
18  looking at this, I was so upset with my
19  lawyers, I'm going, "Why wasn't this
20  dismissed?"
21      This is garbage, I mean, complete
22  insanity that you went after people, and
23  that lawyer -- and that judge didn't
24  dismiss it. But if I put your names out
25  there and call people out, I can't help

**Page 309**

1   what other people out there do. This
2   is -- you know, if it's really true and
3   you did do this. What do you mean?
4   Q. So it sounds like you think if Dr. Coomer
5   is getting those death threats, then he
6   deserves them for what he's done.
7   A. No. Nobody deserves death threats.
8   You're not listening to what I'm saying.
9       Nobody deserve (sic) death threats.
10  These bad people -- should people not talk
11  about the truth because some crazies out
12  there might do death threats?
13      Should I -- is it okay that I got
14  death threats every day in my family of
15  burning down their houses because Dominion
16  sued me back in February?
17      Is it right that every single box
18  store around the country dumped me because
19  I said, "Hey, we need paper ballots
20  hand-counted"? Is that right?
21      I can't help what crazy people do.
22  Neither can you.
23      Is it wrong that they do that?
24  Absolutely. Am I going to quit talking
25  because there is people out there that are

5761276 -

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLORADO
 3    Civil Action No.: 1:22-cv-01129-WJM
 4    ----------------------------------
      Eric Coomer, Ph.D.,
 5
 6              Plaintiff,
 7        vs.
 8    Michael J. Lindell, Frankspeech LLC,
      and My Pillow, Inc.,
 9
10              Defendants.
      ------------------------------------
11
                  VIDEOTAPED DEPOSITION OF
12                   MICHAEL J. LINDELL
        Designated Representative of FrankSpeech LLC
13                Taken on MARCH 9, 2023
                  Commencing at 9:59 a.m.
14
15
16
17
18
19
20
21
22
23    REPORTED BY:  Mari Skalicky, RMR, CRR
24
25

                                              Page 1
```

```
 1    STATE OF MINNESOTA )
                         :    CERTIFICATE
 2    COUNTY OF HENNEPIN )
 3           I hereby certify that I reported the
      deposition of MICHAEL J. LINDELL on
 4    MARCH 9, 2023 in Minneapolis, Minnesota, and
      that the witness was by me first duly sworn to
 5    tell the whole truth;
 6           That the testimony was transcribed under
      my direction and is a true record of witness
 7    testimony;
 8           That the cost of the original has been
      charged to the party who noticed the
 9    deposition, and that all parties who ordered
      copies have been charged at the same rate for
10    such copies;
11           That I am not a relative or employee or
      attorney or counsel of any of the parties or a
12    relative or employee of such attorney or
      counsel;
13
             That I am not financially interested in
14    the action and have no contract with the
      parties, attorneys, or persons with an
15    interest in the action that affects or has a
      substantial tendency to affect my
16    impartiality;
17           That the right to read and sign the
      deposition was reserved.
18
             WITNESS MY HAND AND SEAL this
19    23RD DAY OF MARCH 2023.
20
21           [signature]
22
             Mari A. Skalicky
23           Registered Merit Reporter
             Certified Realtime Reporter
24
25
```

Page 325

```
 1        I, MICHAEL J. LINDELL, do hereby certify
 2   that I have read the foregoing transcript of
 3   my testimony and that same is true and correct
 4   to the best of my knowledge and belief, except
 5   as follows:
 6
 7   PAGE     & LINE NO.    CORRECTION          REASON
 8
 9
10
11
12
13
14
15
16
17
18
19
                         _____
20                       MICHAEL J. LINDELL
                         SWORN TO AND
21                       SUBSCRIBED BEFORE ME this
                              day of           , 2023
22                            NOTARY PUBLIC
23
24
25
                                           Page 324
```