**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PhD.,

     Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

     Defendants

---

**EXHIBIT 1**
**PLAINTIFF'S MOTION TO COMPEL DEPOSITION TESTIMONY FROM DEFENDANT MICHAEL J. LINDELL AND MOTION FOR SANCTIONS PURSUANT TO F.R.C.P. 30 AND F.R.C.P. 37**

---

Deposition Transcript of Michael J. Lindell
Dated 08-23-23

**CONFIDENTIAL**
**FILED UNDER SEAL**
and submitted to Court via USB flash drive

```
 1

 2

 3              IN THE UNITED STATES DISTRICT COURT

 4                 FOR THE DISTRICT OF COLORADO

 5          ----------------------------------------

 6

               Eric Coomer, Ph.D.,

 7

                          Plaintiff,

 8

               vs.              No. 1:22-cv-01129-NYW-SKC

 9

10             Michael J. Lindell, Frankspeech LLC,
               and My Pillow, Inc.,

11

                          Defendants.

12

13          ----------------------------------------

14

15                        DEPOSITION

16

17             of Michael Lindell, taken pursuant to

18             notice to take oral deposition, at the

19             Law Office of Parker Daniels Kibort, 888

20             Colwell Building, 123 North Third

21             Street, Minneapolis, Minnesota, on the

22             23rd day of August, 2023, before Nathan

23             D. Engen, a notary public in and for the

24             State of Minnesota.

25

                                        Page 1
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 3 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 3
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 3 of
375

```
 1

 2

 3

 4

 5

 6

 7            APPEARANCES:

 8

 9            Mr. Charlie J. Cain
              CAIN & SKARNULIS, PLLC
10            Attorneys at Law
              101 N. F Street
11            Suite 207
              Salida, CO 81201 81201
12            Appearing on behalf of the Plaintiff

13

14            Mr. Ryan P. Malone
              PARKER DANIELS KIBORT
15            Attorneys at Law
              888 Colwell Building
16            123 North Third Street
              Minneapolis, MN 55401
17            Appearing on behalf of the Defendant

18

19

20

21

22

23

24

25

                                              Page 2
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 4 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 4
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 4 of
375

```
 1                        INDEX

 2

 3            Examination:

 4

 5            By Mr. Cain:                         6

 6            By Mr. Malone:                     360

 7

 8       Exhibits:

 9

10       Exhibit 184 - Handwritten notes          84

11       Exhibit 185 - 2/18/21 US Election        166

12                     Interference

13       Exhibit 186 - 8/2/21 E-Mail and memo     211

14       Exhibit 187 - Montgomery e-mail          230

15       Exhibit 188 - Assignment of LLC Interest 239

16       Exhibit 189 - Text messages             288

17

18

19

20

21

22

23

24

25

                                        Page 3
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 5 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 5
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 5 of
375

```
 1                    (Whereupon, the deposition

              commenced at 9:22 a.m.)

 2

 3                    THE VIDEOGRAPHER:  Good

         morning.  We're going on the record at

 4

 5       9:22 a.m. on August 23rd, 2023.

 6                    Please note the microphones

 7       are sensitive and may pick up

 8       whispering and private conversations.

 9       Please mute your phones at this time.

10                    Audio and video recording

11       will continue to take place unless all

12       parties agree to go off the record.

13                    This is Media Unit 1 of the

14       video recorded deposition of Michael

15       Lindell taken by counsel for the

16       Plaintiffs in the matter of Dr. Eric

17       Coomer versus Michael Lindell,

18       Frankspeech, LLC and My Pillow,

19       Incorporated, filed in the United

20       States District Court for the District

21       of Colorado, Case Number

22       1:22-cv-01129-NYW-SKC.

23                    This deposition is happening

24       in Minneapolis, Minnesota.  My name is

25       Dave Young, I'm the videographer.  Our
```

Page 4

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 6 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 6
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 6 of
375

```
 1              court reporter is Nate Engen.  We are

 2              both representing Veritext Legal

 3              Solutions.

 4                     I am not related to any

 5              party in this action nor am I

 6              financially interested in the outcome.

 7              If there are any objections to this

 8              proceeding please state them at the

 9              time of your appearance.

10                     Will counsel now state their

11              appearances and affiliations for the

12              record, beginning with the noticing

13              attorney.

14                     MR. CAIN:  My name is

15              Charlie Cane.  I represent Dr. Eric

16              Coomer, who is present here today.

17                     MR. MALONE:  This is Ryan

18              Malone.  I'll be representing the

19              witness, Michael Lindell, as well as

20              the other defendants in this action.

21                     THE VIDEOGRAPHER:  And will

22              the court reporter please swear in the

23              witness and then we can proceed.

24

25                     Michael Lindell
```

Page 5

```
 1              Called as a witness and having been

 2              first duly sworn, testifies as follows:

 3

 4                   EXAMINATION

 5

 6              By Mr. Cain:

 7    Q    Can you give us your full name?

 8    A    Michael James Lindell.

 9    Q    Good morning, Mr. Lindell.  How are you

10         feeling today?

11    A    None of your business.

12    Q    Mr. Lindell, are you taking any drugs

13         or other medications that would affect

14         your ability to give truthful --

15    A    No.

16    Q    -- testimony today?

17    A    No.

18    Q    Mr. Lindell, you need to let me finish

19         my question before you answer; do you

20         understand that?

21    A    Yes.

22    Q    All right.  And that's just courtesy to

23         Nate, who's our court reporter.

24         Apparently it's his first deposition,

25         so we'll have to go slow and help him
```

                                            Page 6

```
 1                    out.  Apparently he only types at 40
 2                    words a minute.  So we'll need to go
 3                    slowly; okay?
 4        A           Is that a question?
 5        Q           Yeah.  It ended with a question.
 6        A           What's the question, rephrase it
 7                    please.
 8        Q           I think you will heard it.
 9        A           Okay.
10        Q           We need to go slow; do you understand
11                    that?
12        A           Yes.
13        Q           All right.  Did you do anything to
14                    prepare to give testimony today?
15        A           No.
16        Q           Did you review any documents?
17        A           No.
18        Q           You have a document next to you by your
19                    right hand; what is that?
20        A           This document (indicating)?
21        Q           This one (indicating).
22                         THE WITNESS:  What is this?
23                         MR. MALONE:  Mike, you can
24                    testify, you can -- you can enter it as
25                    an exhibit --
```

                                                    Page 7

```
 1                      THE WITNESS:  -- oh, it's a
 2            -- it's like a new -- it's a new
 3            complaint you guys did.  The -- the --
 4            the criminals versus Mike Lindell; is
 5            that -- is this right?  Yes.
 6                      MR. CAIN:  That's not the
 7            style.
 8
 9            By Mr. Cain:
10      Q     When you say the 'criminals,' who are
11            you referring to?
12      A     You.
13      Q     Me, specifically?
14      A     Yeah, you specifically.
15      Q     Yeah.
16      A     The ambulance chasing lawyer, you,
17            so...
18      Q     Mr. Lindell, as I did in your other
19            deposition when you were representing
20            My Pillow, I'm gonna admonish you not
21            to use language like that.  This is a
22            proceeding --
23      A     -- criminal's a swear word?
24      Q     This is -- let me finish.
25      A     You said stuff in my thing here saying
```

Page 8

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 10 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 10
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 10 of
375

```
 1              I (inaudible) --

 2     Q    -- let me finish, sir.  Let me finish.

 3          This is a proceeding in Federal Court.

 4          There are rules associated with this;

 5          do you understand that?

 6     A    You didn't tell -- yep.  You called me

 7          a liar in here, and I can call you a

 8          criminal for calling me a liar.  It's

 9          freedom of speech.

10     Q    You need to answer my questions, sir.

11     A    Okay.  What's the question?

12     Q    So it's obvious to me that we need to

13          go through some additional ground

14          rules.

15              I think we did that before.

16          But let me make myself clear.  Number

17          1, there are federal rules that govern

18          the conduct of this deposition; do you

19          understand that?

20     A    Yes.

21     Q    Do you understand that your testimony

22          might be played both to Judge Wang and

23          the jury?

24     A    Yes.

25     Q    Okay.
```

Page 9

```
 1        A     Hope it is.
 2        Q     And do you understand that in terms of
 3              your conduct here today, to the extent
 4              that you are operating in bad faith or
 5              being abusive in your responses, that
 6              that's a matter that we can bring to
 7              Judge Wang's attention; do you
 8              understand that?
 9        A     Yes.
10        Q     Okay.  Now, with respect to your claims
11              that I am a criminal, what specifically
12              are you referring to?
13        A     I just seen your new thing here where
14              it says I falsely said this.  I didn't
15              falsely said anything which you're the
16              lawyer that wrote it, which makes you a
17              criminal.
18                     You're coming after me
19              criminally.  You are criminal for the
20              attacks you've done on myself...
21              (phone ringing).  On myself.
22                     You -- I consider anyone
23              you've -- you've attacked my business,
24              you've attacked employees there; that's
25              criminal behavior.  You're an ambulance
```

Page 10

```
 1              chasing criminal lawyer, that's what
 2              you are.
 3                    And not a criminal case,
 4              just a criminal yourself.
 5      Q    You're obviously not listening to what
 6              I said to you.
 7      A    Well, I -- you asked me a question, I'm
 8              answering why I called you a criminal.
 9      Q    Okay.
10      A    I -- I just read what you said about
11              me.  You said I falsely said something
12              on my show.  I didn't say anything
13              falsely on my show.  You're -- you're
14              -- you're saying -- you're calling me a
15              liar.
16      Q    I'm gonna -- I'm gonna interrupt you,
17              sir --
18      A    -- you're calling me a liar, before you
19              even sit down you sent a new sheet
20              calling me a liar.
21      Q    Did you review that by any chance?
22      A    I reviewed that part that you said --
23              that you added, yes, I did.
24      Q    You just told me that you didn't look
25              at --
```

Page 11

```
 1      A     -- I reviewed one sheet.  I didn't know

 2            it was this sheet, sir.  I didn't know

 3            it was this paper.

 4                    THE WITNESS:  Is this the

 5            paper that you showed me that one piece

 6            I asked for?

 7                    MR. MALONE:  Mike, again,

 8            I'm not here to testify.

 9                    THE WITNESS:  Okay.

10                    MR. MALONE:  Just answer the

11            question if you know the answer.

12                    MR. CAIN:  Okay.

13

14            By Mr. Cain:

15      Q     I just asked you under oath if you

16            reviewed anything and you said, "No."

17            Now you're telling us you did look

18            at (inaudible) --

19                    THE WITNESS:  -- I looked at

20            one --

21                    MR. MALONE:  -- object to

22            the form.

23                    THE WITNESS:  -- piece of

24            paper from my lawyer.

25                    MR. MALONE:  Mike, wait
```

Page 12

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 14 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 14
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 14 of
375

```
 1                until he finishes, so I can get my

 2                objection heard.

 3                         THE WITNESS:  Okay.  All

 4                right.

 5                         MR. MALONE:  Okay.  Object

 6                to the form.

 7

 8                By Mr. Cain:

 9        Q       So when you interrupt me, I'm gonna

10                stop talking because we can't talk over

11                each other and Nate can't take that

12                down especially because it's his first

13                deposition; okay?  Stop interrupting

14                me, let me finish.

15                         Now, I asked you if you had

16                reviewed anything and you said, "No."

17                That wasn't correct; is it?

18        A       Define 'review'.  I did not read this

19                document.  I had one piece of paper

20                that I asked him for and one -- and

21                some numbers that I asked my lawyer

22                for.

23        Q       Okay.

24        A       That's all I did.  And I've -- I -- I

25                haven't reviewed those papers, no, I
```

Page 13

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 15 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 15
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 15 of
375

```
 1              have not.

 2      Q       Okay.

 3      A       I got two of them right before you

 4              walked in the room.

 5      Q       What one piece of paper did you look

 6              at?

 7                      THE WITNESS:  Can I ask him

 8              what page it's on?

 9                      MR. MALONE:  Mike, you don't

10              want to tell him anything that we

11              talked about.

12                      THE WITNESS:  Okay.

13                      MR. MALONE:  If you know the

14              answer --

15                      THE WITNESS:  Okay.

16                      MR. MALONE:  -- then you can

17              say it.  If you don't know the answer,

18              then that's your answer.

19                      THE WITNESS:  Well, I can

20              try and find it if you want -- if you

21              want me to go through it.  I don't know

22              if it came from here or not.

23                      I asked him, my lawyer,

24              something for a very specific.  I

25              didn't review this -- this complaint or
```

Page 14

```
 1               any papers.  I asked him for two

 2               things.

 3                    I asked him how much money

 4               that My Pillow had lost to get me that

 5               piece of paper which we had that we had

 6               lost because of your client.

 7                    And then I also asked him

 8               what was said, or what did they have,

 9               that was said on my show.  And -- and

10               can he -- and he went and either he

11               printed it off, whatever, I can't find

12               it.

13                    And he said, it was just a

14               quote and it said --

15                    MR. MALONE:  Mike --

16                    THE WITNESS:  -- you falsely

17               accused me.  I falsely said something.

18               Which I didn't.

19

20               By Mr. Cain:

21     Q    The information that you requested with

22               respect to My Pillow, and the money

23               that you claimed you lost, you reviewed

24               that to prepare today --

25     A    -- no, I just wrote down two numbers.
```

Page 15

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 17 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 17
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 17 of
375

| | | |
|---|---|---|
| 1 | | I said what are those numbers again. |
| 2 | Q | What are the those numbers again? |
| 3 | A | That -- the numbers that from Newsmax |
| 4 | | from January to April that I -- that |
| 5 | | was taken as $3,055,534.18. |
| 6 | | And then after your -- after |
| 7 | | Eric Coomer, the dirty deal made with |
| 8 | | Chris Rutty, from that point on the |
| 9 | | Newsmax would not have My Pillow on. |
| 10 | | And from my -- from the same |
| 11 | | time period, Monday until August |
| 12 | | another four-month time period, we took |
| 13 | | in $300,661, 10 percent, a 90% percent |
| 14 | | loss. |
| 15 | | Ninety percent My Pillow was |
| 16 | | tanked because of -- directly because |
| 17 | | of you. |
| 18 | Q | Okay.  Let's -- let's break that down. |
| 19 | | What -- and you -- you went through |
| 20 | | that fairly quickly.  So I'm gonna slow |
| 21 | | you down again. |
| 22 | | You wrote down multiple |
| 23 | | numbers that you're claiming. |
| 24 | A | No, there's only two numbers, sir, |
| 25 | | don't say multiple.  Two. |

Page 16

```
 1        Q    Well, multiple is more than one.

 2        A    Okay.

 3        Q    All right.  The first is $3 million...

 4             Repeat that?

 5        A    $3,055,534.18.

 6        Q    And what does that number represent?

 7        A    That number is sales for My Pillow from

 8             January to April, January 1st to end of

 9             April, a four-month period.

10        Q    Okay.

11        A    Leading up to when you -- when Chris

12             Ruddy no -- told me I could no longer

13             come on Newsmax because of some

14             settlement with your client.

15                       And he -- and -- and then

16             I'm -- from May 1st to August 31st,

17             that now number instead of being our

18             normal $3 million fifty five whatever,

19             it went to $300,661.59.

20                       And the reason for that is

21             because he would no longer let me come

22             on to talk about My Pillow products,

23             period.

24                       And that's what I was upset

25             about on -- when I made the one
```

Page 17

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 19 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 19
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 19 of
375

```
 1              statement I've ever made about Eric

 2              Coomer.

 3     Q    Well, you've made multiple, but...

 4     A    Now after you -- after I was served

 5              papers.  See you're lying.

 6                    THE WITNESS:  This -- I'm

 7              wanna -- I wanna put that in there.

 8              He's -- he's lying right there.  I made

 9              -- every statement I made was after

10              that.  I made one statement ever about

11              him, everything else was after I was

12              served papers on the Capital in

13              Colorado.

14     Q    Do you --

15     A    -- everything came after that.  He --

16              he attacked me, not the other way

17              around.

18     Q    Do you think it matters --

19     A    -- he attacked My Pillow.

20     Q    Do you think it matters if -- if you

21              defame someone publicly whether --

22     A    -- I didn't defame him publically.

23     Q    Let --

24     A    -- he served me papers.

25     Q    Let me finish --
```

Page 18

```
 1                       MR. MALONE:  -- Mike wait,

 2          so I can object.

 3

 4          By Mr. Cain:

 5     Q    This is a timing question, Mr. Lindell.

 6          Did -- do you think that it matters if

 7          hypothetically you defame someone

 8          whether it's before or after a lawsuit

 9          was filed?

10     A    I never defamed him ever --

11                       MR. MALONE:  -- object to

12          form.  Mike?

13                       THE WITNESS:  What?

14                       MR. MALONE:  I need to get

15          my objections.

16                       THE WITNESS:  Okay.

17                       MR. MALONE:  Okay.  Object

18          to form; legal conclusion.  Now you can

19          answer.

20                       THE WITNESS:  I never

21          defamed anyone.

22

23          By Mr. Cain:

24     Q    No. I'm asking --

25     A    -- period.
```

Page 19

1    Q    -- about timing -- timing.  Listen to

2         my --

3    A    -- no, timing of what?

4    Q    Don't -- don't interrupt me and listen

5         to my question.

6              I said 'hypothetically,'

7         because I know you're not gonna agree

8         with me, I'm just asking about timing.

9         Hypothetically, do you think it matters

10        if you defame someone whether it's

11        before or after a lawsuit is filed?

12   A    Here's my answer.  When a criminal like

13        you, an ambulance chasing lawyer, has a

14        client that is also whatever he's

15        trying to attack me for, attacks me and

16        serves me papers, I'm gonna tell the

17        world about that.  Absolutely.

18             You can call it whatever you

19        want.  It was not deflamation.  It was

20        the facts, you served me papers and

21        attacked My Pillow to take me out of

22        business or whatever you're doing this

23        for.

24             You've an ambulance chasing,

25        money hungry, criminal lawyer.  It's

                              Page 20

```
 1                    that simply.  So I'll say it all day
 2                    long, if you think --
 3          Q         Okay.
 4          A         -- that's defaming.  No, you guys sued
 5                    me on the steps of the capital for no
 6                    reason.  I don't even know this guy.
 7                    I've never met him before in my life
 8                    until right now.
 9                              I said one thing once
10                    because he tried to take out of My
11                    Pillow making a dirty deal with Newsmax
12                    and cost me over $3 million dollars.
13                              And I have employees I have
14                    to look out for.  There's your answer.
15          Q         I'm gonna continue the deposition for
16                    the time being, subject to filing our
17                    motion for sanctions for your
18                    deposition conduct.
19                              But for now I'm not going to
20                    be suspending it.  And it's
21                    defamation --
22          A         -- making more criminal threats are
23                    you, Mr. Lawyer?
24          Q         It's not deflamation, it is defamation
25                    that I was asking you about.
```

Page 21

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 23 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 23
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 23 of
375

```
 1                      But let's go back to your
 2            claim about Newsmax.  January 1 to
 3            April the first sales period that
 4            you're referring to that's in 2021;
 5            correct?
 6      A     Right.
 7      Q     And May through August, the 90-percent
 8            reduction that you just referred to,
 9            that's also in 2021?
10      A     Correct.
11      Q     And what you're referring to in terms
12            of the reduction, is that tracked
13            through a promo code?
14      A     Yes.  The promo code Newsmax that we
15            always use.  Yes.
16      Q     Okay.  Now, I asked you what you did to
17            prepare to give testimony.  Did you
18            review Mr. Ruddy's deposition?
19      A     No.
20      Q     Do you know that he have testified
21            about this --
22      A     Yes.
23      Q     -- very same issue?
24      A     Yes.
25      Q     Do you know that he disagrees with what
```

Page 22

```
 1              your contention is here?

 2      A       From what I heard, he doesn't really

 3              disagree.  I -- in front of -- I've

 4              talked to my lawyers and we -- and he

 5              doesn't disagree at all.

 6                      MR. MALONE:  Mike, you have

 7              to --

 8                      THE WITNESS:  Okay.

 9                      MR. MALONE:  -- tell them

10              what we talked about.

11                      THE WITNESS:  Got it.  No,

12              he doesn't disagree.  He knows what we

13              talked about; he just don't have it in

14              writing.

15                      MR. CAIN:  Well, let's --

16                      THE WITNESS:  -- he's --

17              he's never let me on since -- to this

18              day.  And we just talked another three

19              months ago.  He said, "I'm not -- I

20              can't have you back on yet, Mike."

21              Fact.

22

23              By Mr. Cain:

24      Q       Let's break this down a little bit

25              more.  I took your deposition before on
```

                                        Page 23

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 25 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 25
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 25 of
375

```
 1              behalf -- when you were acting on

 2              behalf of My Pillow, and you made this

 3              same claim in your prior deposition;

 4              didn't you?

 5      A       (Indicating).

 6      Q       Is that a yes?

 7      A       Yes.

 8      Q       Okay.

 9      A       If it -- it's night and day whatever

10              Ruddy says, the proof is in the

11              pudding.  He's never had me back on.

12                      So, you can sit there and

13              say, "Oh, I'd have him on," and he

14              never has.  He won't let me on.  I've

15              asked numerous, numerous times.

16                      So -- even to talk about

17              bringing pillows to the hurricane

18              victims down there.  "No you can't come

19              on, Mike."  "No, you can't come on,

20              Mike."

21      Q       Now in your prior deposition you

22              claimed the same thing that there was

23              some agreement between Dr. Coomer and

24              Newsmax to keep you off the air; right?

25      A       Sure seems --
```

Page 24

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 26 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 26
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 26 of
375

```
 1                      MR. MALONE:   -- object to
 2           the form.
 3                      THE WITNESS:  Sure seems
 4           like that; doesn't it?
 5
 6           By Mr. Cain:
 7      Q    That's -- and that's very clearly
 8           angered you; is that a fair statement?
 9      A    When he told me -- when Chris Ruddy
10           told me at the beginning of May of
11           2021, "Mike, I can no longer have you
12           on," and I was very upset.
13                      I said because you made a
14           dirty deal with a -- with a -- this
15           Eric Coomer guy, whoever he is?  And
16           Chris says, "Mike, I'm sorry.  I have
17           other lawsuits going on."
18                      And I said, "Well, what does
19           that have to do with My Pillow?"  He
20           says, "I'm sorry."
21                      That's what he said numerus
22           times, "I'm sorry, I can't have you on
23           even to talk about pillows like I've
24           always said, but --"  "Mike, I've
25           always backed you.
```

Page 25

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 27 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 27
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 27 of
375

```
1                    "I'm sorry.  I'm in -- I'm

2            in a position here now.  I no longer

3            can do that."  That's his quote, "Mike,

4            I'm sorry, you know I've always had

5            your back."

6                    I said, "Well, now you're

7            changes overnight because some Eric

8            Coomer guy, whoever that it, attacks

9            you and you make a deal?"  And says

10           Mike Lindell can't come on.

11                   Whether you guys have that

12           in writing or not, I don't care what

13           you got.  That's my reality; that's

14           what happened.  From that day forward I

15           lost two hundred -- $2 million just on

16           that code alone lost almost $2.7

17           million dollars.

18                   This is a family-owned

19           company, a -- a employee-owned company.

20           Don't you care about all these

21           families, there's over a -- over a

22           thousand families that have been there

23           and they have to suffer because you --

24           whatever you guys did with -- with

25           Newsmax, it's -- the proof is in the
```

Page 26

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 28 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 28
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 28 of
375

```
 1              pudding.

 2                        There are the numbers,

 3              numbers don't lie.  And that's the only

 4              time I came out against Eric Coomer and

 5              said how dare he go on there and I -- I

 6              probably bad mouthed his lawyer more

 7              than him.

 8                        MR. CAIN:  Objection;

 9              non-responsive.

10                        THE WITNESS:  As you know.

11

12              By Mr. Cain:

13      Q       Do you remember what my question was?

14      A       Yeah.  You said -- you -- you said --

15              you said the same thing back then about

16              -- and I'm saying the same thing now.

17      Q       Yeah.  And -- and this episode made you

18              angry and made you want to go on -- on

19              public television or through your

20              Lindell TV to talk about --

21      A       -- it was -- it was concerning --

22      Q       -- let me finish.

23                        MR. MALONE:  Mike.  Mike.

24

25
```

Page 27

```
 1              By Mr. Cain:
 2       Q     And talk about Eric Coomer; right?
 3       A     (Indicating).  Not at all.  That's not
 4              true.  I went on to talk about Newsmax;
 5              I didn't know who Eric Coomer was.
 6       Q     Okay.
 7       A     I went on and talked about Newsmax for
 8              probably a month straight, bashing
 9              Newsmax, to the point where Chris Ruddy
10              called me up and said, "Mike will you
11              quit bashing Newsmax?"
12                   I said, "Okay," so I went on
13              to bash Chris Ruddy.  And said, "This
14              is horrible what you're doing to My
15              Pillow."  And that -- and you can look
16              up all those things.  It's one after
17              another I get.
18                   I only mentioned your client
19              once because people had to know what --
20              where this came from.  His lawyers,
21              some lawyers and Eric Coomer attacked
22              My Pillow for no reason, and make is so
23              -- so Newsmax won't put me on.  That
24              was directly -- Chris Ruddy told me
25              this.
```

                                              Page 28

```
 1                      MR. CAIN:  Objection,
 2              non-responsive.
 3
 4          By Mr. Cain:
 5      Q   But let me ask you about one thing you
 6              said in -- in that last statement.  You
 7              only attacked Eric Coomer once?
 8      A   I didn't attack Eric Coomer; I only
 9              mentioned his name once.
10      Q   Once?
11      A   Once.  Once.  Until the steps of the
12              capital when he served me papers.  Only
13              once.
14                      The rest was all Newsmax.
15              You can -- you can track it, go back in
16              time.  Go back in time and look at it;
17              I didn't know who Eric Coomer was.
18                      Now that's -- that's --
19              whatever Newsmax did, whatever you two
20              had going, I still don't know what you
21              all had going.  But I do know that I --
22              that it affected My Pillow immediately.
23                      All of a sudden I'm -- it
24              felt like I was getting cancelled
25              everywhere and another way to cancel
```

Page 29

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 31 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 31
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 31 of
375

```
 1              me.  I don't know what you guys do, I

 2              don't know what your evil does.  You

 3              guys go to cancel My Pillow that's the

 4              only thing I can think of why you're

 5              even doing this at all.

 6                       MR. CAIN:  Objection,

 7              non-responsive.

 8

 9              By Mr. Cain:

10       Q      You mention, as you said, Eric Coomer

11              once before you found out about this,

12              as you called it earlier, this dirty

13              deal with Newsmax and Eric Coomer.

14                       After your deposition where

15              you talked about that, your capable

16              lawyer, Mr. Malone, obtained a copy of

17              the settlement agreement between Dr.

18              Coomer and Newsmax; are you aware of

19              that?

20       A      Say that again.

21       Q      After your deposition where you talked

22              about as you called it, this dirty

23              deal, between Coomer and Newsmax.

24       A      Right.

25       Q      You're attorneys obtained a copy of the
```

Page 30

```
 1              settlement agreement between Dr. Coomer
 2              and Newsmax.
 3      A       Okay.
 4      Q       Do you know that?
 5      A       No.
 6                      MR. MALONE:   Object to
 7              foundation.   Okay.
 8                      THE WITNESS:   And I -- I've
 9              never see it.
10                      MR. CAIN:   Okay.
11
12              By Mr. Cain:
13      Q       You -- you haven't asked to see a copy
14              of that?
15      A       No, I haven't asked to see a copy of
16              it.
17      Q       Okay.  Do you know as you sit here
18              whether or not there is a provision in
19              the settlement agreement that prevents
20              you from going on Newsmax or talk --
21      A       I --
22      Q       -- let me finish, that -- that prevents
23              you from going on Newsmax as a result
24              of the settlement agreement between Dr.
25              Coomer and Newsmax?
```

Page 31

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 33 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 33
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 33 of
375

```
 1      A      I -- I don't know if it's written there

 2             in writing; I only know what Chris

 3             Ruddy told me.

 4      Q      Okay.

 5      A      But that's -- so you got -- that was

 6             part of the deal.

 7      Q      And you didn't bother to -- to

 8             investigate that portion of this

 9             allegation by even looking at the

10             settlement agreement itself; did you?

11                    MR. MALONE:  I'm gonna

12             object to foundation.  Also raising

13             objection pursuant to the protective

14             order that that document was identified

15             as attorneys-eyes-only and produced on

16             the condition that it wouldn't be

17             shared with Mr. Lindell.  So that's the

18             foundation objection.

19                    THE WITNESS:  So I have no

20             idea.  What my lawyer said.

21                    MR. CAIN:  That's -- that's

22             fair.

23

24             By Mr. Cain:

25      Q      You haven't been provided with a copy
```

Page 32

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 34 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 34
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 34 of
375

```
 1              of that?
 2     A        No.
 3     Q        Okay.  And -- and you haven't looked at
 4              the deposition transcript which we now
 5              have of Mr. Ruddy to see what he had to
 6              say about this; did you?
 7     A        No.
 8     Q        Okay.  Now Mr. Ruddy -- well, let me
 9              back up.
10                      You recall when you went on
11              Newsmax in February of 2021 when the
12              anchor stormed off the set during your
13              -- your segment; do you remember that?
14     A        Yes.
15     Q        Okay.  And that was several months
16              before this so called dirty deal that
17              Eric Coomer made with Newsmax; wasn't
18              it?
19     A        That had nothing to do with Eric
20              Coomer.  That was my Twitter account
21              getting cancelled.
22     Q        No, sir.  When you went on Newsmax and
23              I'll play you the clip if you -- if you
24              --
25     A        -- oh, I'm -- I'm very familiar, it was
```

Page 33

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 35 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 35
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 35 of
375

```
 1              the Number 1 story in the world.  Yes.

 2      Q       Right.  That wasn't -- I believe

 3              February 2nd of 2021 --

 4      A       (Indicating).

 5      Q       -- is that consistent?

 6      A       February 2nd or 3rd, I think it was

 7              2nd.

 8      Q       Okay.  And during that appearance, you

 9              started talking about your election

10              fraud claims; do you recall that?

11      A       That's -- that's -- no.  What I said

12              was -- I was saying why I got cancelled

13              on Twitter.

14                      "Mike, you lost your Twitter

15              account."  And I started telling him,

16              "Yes, I lost that because I said stuff

17              on Twitter about the election crimes."

18              And then he -- they right away cut me

19              off.

20                      And then I -- you know, they

21              -- they wanted me to come on and talk

22              about why -- you know, my Twitter

23              account.

24      Q       Do you remember the -- the anchor

25              reading a statement that --
```

Page 34

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 36 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 36
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 36 of
375

```
 1        A     (Indicating).

 2        Q     -- Newsmax had prepared?

 3        A     Yeah, I couldn't hear it though because

 4              they had me muted.  If you watched the

 5              segment, I couldn't hear that.

 6        Q     Okay.  Let's -- let's listen to it.

 7        A     I don't need to listen to it.  I

 8              watched it a million times.  I know

 9              what he says.  'Thou shall not talk

10              about Dominion,' or some blah, blah,

11              blah.

12        Q     Okay.

13        A     'Because we here at Newsmax believe

14              there was no crime'.

15        Q     Right.  And that was February, that was

16              months before this so called deal to

17              keep you off of Newsmax; right?

18        A     What's that?  Yeah.

19        Q     Yeah.  And you knew in February, at

20              least as early as February of 2021,

21              that if you were gonna go on Newsmax

22              that you were not allowed to talk about

23              election fraud issues; isn't that

24              right?

25        A     He -- at -- from that point he said,
```

Page 35

```
 1              "You can't talk about election fraud,
 2              but you can talk about My Pillow."  So
 3              I did, I came right back on there, even
 4              the same day, and talked about My
 5              Pillow.
 6     Q    Right.  And --
 7     A    -- so they -- so this is what -- this
 8              is the differences you're trying to do
 9              here.  Here they said don't talk about
10              that, but I could still go on with My
11              Pillow.
12                  What you guys did is from
13              May 1st on I can't even go on there at
14              all.  And that's disgusting.  Thank
15              you.
16     Q    Mr. Ruddy testified that in between the
17              segment that -- where the anchor walked
18              off the set, and -- you actually did
19              another segment later in the day on
20              these things; didn't you?
21     A    Yeah, I did.  Yeah.
22     Q    Okay.  But you had a discussion with
23              Mr. Ruddy about you coming on and
24              talking about election fraud issues; do
25              you remember having that --
```

Page 36

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 38 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 38
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 38 of
375

```
 1      A      -- no, what he said -- he said --

 2      Q      -- no, no, no.  Do you remember having

 3             that discussion?

 4      A      When?

 5      Q      Between the two segments.

 6      A      Yes, I called him.

 7      Q      All right.

 8      A      That's correct.

 9      Q      And you, according to Mr. Ruddy,

10             apologized to him for talking about the

11             election fraud issues because you had

12             been told that that was not to be a

13             topic --

14      A      -- that's not true, 100 percent not

15             true.  I was not told I could not talk

16             about why I was cancelled on Twitter.

17                        That was his -- their

18             mistake that they made, they didn't

19             tell me about that before I went on.

20             And I said, "Chris," I said, "Your

21             anchor pulled his thing off, and left

22             the thing.  What's going on?"

23                        And I said -- and he said to

24             me quote he says, "Well, I don't know,"

25             he says.  And I said -- I said, "I -- I
```

Page 37

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 39 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 39
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 39 of
375

```
 1              went on to tell him about why my

 2              Twitter was cancelled because of the --

 3              the attack with these machines -- and

 4              these -- and the election crime."

 5                      And he goes, "Well, Mike,

 6              they can't -- we have a thing at

 7              Newsmax, we can't say that now."

 8                      And I said, "Okay."  I said,

 9              "Well, I didn't know that.  You never

10              told me ahead of time."  And he goes,

11              "It's our anchor's fault."

12                      And he went after his -- he

13              said, "It's our anchor's fault."  And I

14              said, "If you want, I'll come on and --

15              and help you out.  I didn't know I

16              wasn't supposed to say that."

17                      And so I went on to help

18              him.  He says, "You've helped me,

19              Mike," or, "I've helped you before with

20              My Pillow, and I'll continue to."

21                      So I went back on, and --

22              and did another show, and many shows

23              after that of just about My Pillow.

24              All the way up to May 1st, that's when

25              we took in $3 million.
```

Page 38

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 40 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 40
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 40 of
375

```
 1                    After that $300 thousand for
 2          four months because of you guys.  Since
 3          that point in May 1st, I've never been
 4          able to go on there again ever.
 5                    And he's even said it in
 6          front of his lawyer.  He said it just
 7          four months ago.  I said, "Are you
 8          ready to have me on?  Can I come on and
 9          talk about pillow?"
10                    "No, Mike, we're not quite
11          ready -- there yet.  We, you know, we
12          have lawsuits out there," blah-blah
13          blah.
14                    Apparently he's got -- he
15          sued by other people too besides
16          Coomer.
17     Q    Okay.  My question was, you apologized
18          to --
19     A    -- I didn't apologize, that's not true.
20     Q    That's -- that's his testimony.
21     A    Okay.
22     Q    You're saying --
23     A    -- I'm the one that called him.  And I
24          -- all I said was, "Hey, if there's
25          something wrong, your guy didn't tell
```

Page 39

```
 1              me."  And I said, "I'm sorry if I did
 2              something wrong."  I did -- I might
 3              have said that.
 4                      And he goes, "No, Mike, you
 5              didn't know; it's our guy's fault."
 6              And I thought he was gonna fire the
 7              guy.
 8                      I'm the one that called him.
 9              I'm going, "What just happened?"  I
10              said this is an embarrassment to the
11              world.  The guy rips his thing off.  I
12              can't go and say why my Twitter was
13              cancelled.
14                      MR. MALONE:  Mike.
15                      THE WITNESS:  I was just
16              stating a fact.  My Twitter was
17              cancelled because I put evidence up
18              there on the sheet, period.  On -- on
19              Twitter and that's when it was
20              cancelled.
21                      So everybody's calling me to
22              come on these shows.  Come on the show,
23              come on tell us why your Twitter was
24              cancelled.
25                      What am I supposed to go on
```

Page 40

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 42 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 42
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 42 of
375

```
 1            there, "Oh, Twitter -- my Twitter was
 2            cancelled because I'm a -- they just
 3            don't like me."  You know Jack Dorsey
 4            just doesn't like me.
 5                      No, it was cancelled because
 6            they didn't want to hear about election
 7            crime.  That's -- period.  And that --
 8            and -- and Ruddy I did nothing wrong,
 9            and Ruddy will tell you that.
10                      They -- they didn't -- they
11            didn't tell me.  That's like having
12            someone come on, 'Tell us why you lost
13            your Twitter,' and I'm supposed to lie?
14                 MR. CAIN:  (Inaudible).
15                 THE WITNESS:  I was supposed
16            to lie.  (Laughing).  I lost my Twitter
17            because I just a -- I called Jack
18            Dorsey a criminal, I don't know.  I
19            mean, no, I didn't -- that's not what
20            happened.
21
22            By Mr. Cain:
23       Q    Mr. Lindell, I was -- I was asking
24            about Mr. Ruddy's testimony that you
25            apologized to him.  And you were
```

Page 41

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 43 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 43
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 43 of
375

```
 1                 non-responsive once again.
 2        A        I'm -- I'm saying -- with the apology
 3                 -- I -- there's my answer.  I called
 4                 him up because I didn't understand why
 5                 this host ripped off a microphone.
 6        Q        Did you apologize to him or not?
 7        A        I just -- I didn't apologize.  I said I
 8                 didn't know if you -- and he goes, "No,
 9                 Mike, it's not your fault, it's our
10                 fault, our host."
11                       And I go, "What's going on?"
12                 That's what I said to him, I said,
13                 "What's going on?  Why would he tear
14                 his microphone off?"
15                       "Well, we can't talk about
16                 election crime."  I go, "Then how --
17                 then why'd you have me on to talk about
18                 Twitter?"
19        Q        All right.
20        A        And then he asked me, he said, "Could
21                 you go back on?"  And -- and I said,
22                 "To do what?"  And he said, "Could you
23                 come back on and say that Newsmax has
24                 always helped you out?  It'll help My
25                 Pillow."
```

Page 42

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 44 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 44
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 44 of
375

```
 1                         And that -- and I said,

 2                "Yeah, I'll do that for you."  And I

 3                said -- you know-- and he goes, "We're

 4                gonna -- we're gonna reprimand that

 5                guy."

 6                         He -- he's the guy that did

 7                something wrong, not me.  Do you

 8                understand that?

 9                         MR. CAIN:  Objection;

10                non-responsive.

11

12                By Mr. Cain:

13        Q    I just asked about the apology and --

14        A    -- well, that's not true.  That's not

15                the way it went down.

16        Q    Okay.  I've -- I've got a lot to cover

17                with you.

18        A    Okay.

19        Q    Which is why --

20        A    -- well, then don't and put lies in --

21                in the -- in the thing because Chris

22                did not say that.  Chris knows what was

23                said.

24                         Chris knows exactly what was

25                said.  I did nothing wrong.  Why would
```

Page 43

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 45 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 45
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 45 of
375

```
 1              I apologize, I did nothing wrong.  I
 2              was confused why his host did that.
 3    Q    You're not responding to a question
 4              that's on the table.
 5    A    Okay.  The answer's no.
 6    Q    All right.  So Mr. Ruddy testified that
 7              you apologized to him, that's why I
 8              asked the question.  You're saying --
 9    A    -- (indicating).  But that's not what
10              he said.  If I read his transcript --
11              if I read his transcript, I don't
12              believe Chris would lie like that.
13    Q    Okay.
14    A    He said -- he told me straight up, he
15              apologized to me for that host's
16              behavior.
17                   He apologized to me and
18              said, "I'm really sorry, Mike.  That
19              guy, he should never have done that,
20              and you should've been let known ahead
21              of time not to say anything that I
22              didn't want you to say."
23                   And I'm going, "Yeah."  I
24              mean, you don't bring someone on to say
25              why did you lose your Twitter?  What am
```

Page 44

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 46 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 46
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 46 of
375

```
 1              I supposed to lie?  Well, I don't know
 2              it just lost, you know, My Pillow lost
 3              their Twitter account.
 4                        I mean, and -- and I -- and
 5              I said, "Chris, that's okay, you've
 6              helped me out.  If you want me to go
 7              back on and say how you've covered My
 8              Pillow..."
 9                        It was more of him
10              apologizing for his host -- for his
11              horrible host that did that.  And Chris
12              will tell you that.
13        Q     During the deposition I'll represent to
14              you I asked Mr. Ruddy at Page 60 of the
15              current transcript, "Subsequent to that
16              segment, parenthetically (I was
17              referring to the February 2nd segment
18              that you came on) you had a
19              conversation with him," referring to
20              you, "Where Number 1 Mr. Lindell
21              apologized to you for raising those
22              issues and Number 2 agreed to not raise
23              them in the future appearances on
24              Newsmax; is that fair?"
25                        And do you know what Mr.
```

                                              Page 45

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 47 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 47
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 47 of
375

```
 1                  Ruddy's response was?  "Yes."  So Mr.
 2                  Ruddy's sworn testimony is that you had
 3                  a conversation, you apologized to him,
 4                  and that you agreed to raise -- to not
 5                  raise the election fraud issues in
 6                  future appearances.  That's his
 7                  testimony.
 8        A    Okay.
 9        Q    Is he lying?
10        A    Yes.
11        Q    And --
12        A    -- so that it's not -- he's twisting
13                  it.  I told you exactly -- here's word
14                  for word.
15        Q    You've already explained --
16        A    -- no, word for word.  So you could --
17                  he could say that, and I'm going, he's
18                  -- and he says -- and I -- here's what
19                  he said.
20                        He said -- I didn't
21                  apologize, he said -- I said, "Well can
22                  I come on and talk about pillows and
23                  stuff?"  He says, "Yeah, just don't
24                  bring up election stuff anymore."
25                  That's what he said.
```

Page 46

```
 1        Q     All right.

 2        A     That wasn't an apologize -- what am I

 3              apologizing for?  I never apologized

 4              because I didn't do anything wrong.

 5                      If I'd had been told by him

 6              -- he had done a for My Pillow, I'm not

 7              gonna go there if I'm told to not --

 8              100 percent if I was told, "Mike, you

 9              can come on but you can't talk about

10              this."  I would not do that to him.

11                      Newsmax had done a lot to

12              help My Pillow, so that's a complete

13              lie what you're saying there.  I did

14              not apologize to him.  I was baffled,

15              like why did your host do that?

16                      I go "Chris," and he goes,

17              "What?"  He was surprised because he

18              hadn't seen it, you know.

19        Q     You're not -- you're not responsive --

20        A     -- well, you're telling -- you're --

21              you're twisting it.

22        Q     No.  I asked you if he was lying, and

23              you said, "Yes."  (Inaudible) --

24        A     -- he's -- it's misconstrued, lying

25              whatever, doesn't remember, whatever
```

Page 47

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 49 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23   USDC Colorado   pg 49
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23   USDC Colorado   pg 49 of
375

```
 1              you want to call it.  I don't think

 2              he's maliciously lying, but I never

 3              apologized for something I didn't do.

 4              I was never told I couldn't say that,

 5              are you kidding me?

 6      Q    I'm just --

 7      A    -- that's the craziest thing I've ever

 8              heard that you're trying to twist this.

 9              I was never told that I could not talk

10              about why my Twitter was cancelled

11              because I put up stuff about the

12              elections.  That's a fact.

13                      MR. CAIN:  Object to the --

14                      THE WITNESS:  -- and if --

15              and if you asked him that he would tell

16              you the same thing.  If he said that's

17              not true, then he's lying.

18                      MR. CAIN:  Object to the

19              lack of responsiveness.

20

21              By Mr. Cain:

22      Q    Mr. Lindell, again, so we're clear.  I

23              only have so much time with you and I

24              have --

25      A    -- I'm sorry.  I'm so sorry.
```

Page 48

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 50 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 50
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 50 of
375

```
 1          Q     And I'm --
 2          A     -- I'm so sorry, Your Highness.
 3                      MR. MALONE:  Mike, why don't
 4          -- why don't you answer --
 5                      THE WITNESS:  -- give me a
 6          break.
 7                      MR. MALONE:  -- answer the
 8          question.
 9                      THE WITNESS:  You only have
10          so much time.
11                      MR. MALONE:  Mike.
12                      THE WITNESS:  I'm sorry.
13          I'm trying to run a company with a --
14          a thousands of employees and their
15          families that you've ruined, but I took
16          my time to come down here.
17                      MR. MALONE:  Mike, let him
18          finish what's he's gonna say.
19                      THE WITNESS:  Yeah.  Okay.
20                      MR. MALONE:  (Inaudible),
21          we'll object.
22                      THE WITNESS:  All right.
23
24          By Mr. Cain:
25          Q     Meaning under -- under the Federal

                                        Page 49
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 51 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1   filed 11/10/23   USDC Colorado   pg 51
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23   USDC Colorado   pg 51 of
375

```
 1              rules, sir, I don't expect you to be

 2              familiar with that, my point is that if

 3              I don't cover the topics here today, I

 4              am going to be asking for more time

 5              with you --

 6      A       -- good for you.

 7                      MR. MALONE:  Mike, let him

 8              finish.

 9

10              By Mr. Cain:

11      Q       And -- and for expenses associated with

12              this.  It's going to go a lot faster if

13              you just respond to what I'm asking

14              you; okay?

15      A       (No response).

16      Q       Can we have that agreement?

17      A       Yes.

18      Q       Thank you.  Okay.  Now, as of February

19              2nd when this segment aired, you knew

20              that you were not to bring up election

21              fraud issues if you went on Newsmax's

22              air; didn't you?

23      A       100 percent, no, I did not.  100

24              percent.  I never was told I couldn't

25              bring up elections, are you kidding?  I
```

Page 50

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 52 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 52
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 52 of
375

```
 1              was on all before that -- the months

 2              before that.  I was on every other

 3              station in the country asking me this.

 4              This is crazy.  What do you mean I

 5              didn't know?

 6      Q       You just said you were told you

 7              couldn't raise election issues by Mr.

 8              Ruddy.

 9      A       No, this was after I was on.  Do you

10              understand that?  He asked me, "Mike,

11              if I -- could you please not bring up

12              election stuff again?"  After I was on.

13                     Don't try and twist it that

14              I knew going into that segment, because

15              I didn't.  As God as my witness, I did

16              not know because I wouldn't have

17              brought it up.

18                     Do you get it?  You're

19              trying to twist this, yourself, and

20              Ruddy never -- and Ruddy would testify,

21              "Did Mike know going in?"  And he would

22              say, "Absolutely not."

23                     And if you're saying he said

24              anything different, then he's lying.

25              That's a fact.  I don't know what else
```

Page 51

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 53 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 53
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 53 of
375

```
 1              -- how else to write it out for you.
 2                    When I went into that
 3         segment I would never go on there and
 4         say, "Oh, yeah, a machine whatever and
 5         takes off this thing."  To just to
 6         blast Chris Ruddy.  Are you kidding me?
 7                    MR. CAIN:  Objection,
 8         non-responsive.
 9                    THE WITNESS:  He had done a
10         lot -- he had done a for My Pillow, and
11         he would not -- and if I'd -- if I'd
12         had been told I wouldn't have said
13         anything.  That's fact.
14                    You know, I'd still want to
15         go on and talk about My Pillow to...
16         You know.
17                    MR. CAIN:  Still
18         non-responsive.  So I'll object again.
19
20         By Mr. Cain:
21    Q    After you appeared on that segment the
22         first time in February 2nd.
23    A    Right.
24    Q    You knew that you were not to bring up
25         election fraud issues if you were gonna
```

Page 52

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 54 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 54
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 54 of
375

1              appear on Newsmax; isn't that true?

2     A     He asked me, he said, "Mike, in future

3              appearances, please don't bring up

4              election crime, election fraud."

5                      And I said -- I go -- I go,

6              "Okay," you know, I agreed with him.

7              And I even did it right away.  I said,

8              "If you want I'll go on there."

9                      He goes, "Mike we've helped

10             you out, please -- I'm getting sued,"

11             blah, blah, blah.  And I said, "Okay."

12             I said, "I'll -- I'll go on and just

13             keep going on with My Pillow.  And I --

14             I don't have to talk about election

15             fraud.

16                      I'm not, you know, I'm not

17             gonna hurt Newsmax, and so I wouldn't

18             ever be able to go on there again for

19             My Pillow."  You know?  I'm not gonna

20             get it -- if I -- if I did that -- if I

21             didn't make those -- agreement with

22             him, I'd never be able to go on with My

23             Pillow.

24    Q     Mr. Ruddy also testified that Eric

25             Coomer had nothing to do with whether

                                        Page 53

```
 1              or not you were to appear on the air at
 2              Newsmax, that's his testimony.
 3     A    Okay.
 4     Q    Do you -- do you believe he's lying
 5              about that as well?
 6     A    All I know is this.  Okay.  All I know
 7              is this, the proof is in the pudding.
 8              From the time Eric Coomer did this deal
 9              with Ruddy, I've never been able to go
10              on Newsmax again.
11                    I can't do e-mail blasts; I
12              can't do anything that I used to be
13              able to do before to promote My Pillow.
14              He hasn't had me on to talk about
15              hurricane victims, bringing blankets
16              and pillows down to Florida.  Zero.
17                    And Chris has told me
18              straight out, "Mike --"  He can sit and
19              tell you all you want.  "Oh, we'll have
20              him on."  That's not true; because I've
21              asked and asked and asked.  And for two
22              years -- or for -- I've never been able
23              to go on, not once.
24     Q    Specifically, Mr. Ruddy was asked, "Was
25              there an agreement that you were
```

Page 54

```
 1              involved with with Eric Coomer, or his
 2              representatives, to keep Mike Lindell
 3              off Newsmax?"  And do you know what his
 4              answer was?  No.
 5      A       Okay.  So what are my numbers here?  I
 6              don't know, you know.  You know, the
 7              numbers are here.  You can sit and tell
 8              my employees, no, all you want.
 9                      I don't know what you guys
10              did.  Just because there's nothing in
11              writing, I don't know what -- what you
12              people do.
13      Q       So you don't know as you sit here today
14              any -- any factual basis for the --
15      A       -- he told me in a -- okay, yes, I do.
16              He told me in a phone call -- this is
17              before I went on, when I started
18              bashing your client, the one statement
19              I made, this -- I called Ruddy before I
20              went on air.
21                      And Ruddy said, "I'm sorry,
22              Mike, I can never have you on again.
23              You can't come on.  Period."  He told
24              me that straight out in a phone call;
25              100 percent.
```

Page 55

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 57 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 57
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 57 of
375

```
 1                        He goes, "I'm sorry you

 2            can't ever come only again," blah,

 3            blah, blah and I'm going, "What?"  I

 4            couldn't believe it.

 5                        I cannot go on there again

 6            because I'm associated with election

 7            fraud.  And I said -- because they --

 8            then -- and I said the e-mail blast,

 9            all this stuff.

10                        It was a big no.  So I don't

11            know.  The only variable to me was your

12            little lawsuit because you had just

13            made a settlement.

14                        And when I called him up

15            when I heard about it, I said, "What's

16            the deal here?"  And he goes, "Mike I'm

17            sorry.  I can't have you -- I can't

18            have you on."

19                        From that point on, I lost

20            $2.7 million dollars.  I've never been

21            able to go on Newsmax again.  I can't

22            do e-mail blasts from their e-mail

23            list.

24                        I can't do anything I used

25            to do before Coomer.  And even after
```

                                                Page 56

```
 1                the -- even after the thing, I was on

 2                there all the time, and doing e-mail

 3                blasts after your February 2nd thing.

 4                The only variable was your client, and

 5                that's why I made the statement, when

 6                he attacks My Pillow to -- to -- for no

 7                reason to attack my company?  It's

 8                disgusting.

 9                        MR. CAIN:  Objection;

10                non-responsive.

11

12                By Mr. Cain:

13         Q      Did Mr. Ruddy ever tell you that you

14                could not go on the air at Newsmax

15                because of Eric Coomer?

16         A      Yes.

17         Q      Okay.

18         A      Because of the settlement.  I didn't

19                know -- I -- I didn't ask him

20                specifically who the settlement was,

21                and then he said -- I said, "With who?"

22                He didn't say -- and then he said,

23                "Eric Coomer."  So I guess, yes, he did

24                say --

25         Q      When did that --
```

Page 57

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 59 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 59
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 59 of
375

```
 1      A      -- Eric Coomer.

 2      Q      When did that -- that's completely

 3             contrary to his sworn testimony.

 4      A      I'm -- I can't tell you, this was a

 5             phone call, and he said it straight

 6             out.

 7                    That's why I went on my show

 8             that day.  That's why I said what I

 9             did.  And I bashed him for a month

10             straight.  Not Coomer, I bashed -- I

11             bashed Newsmax.

12                    This was my -- I do ads on

13             Newsmax.  It was one of my biggest

14             accounts.  I didn't care, I bashed

15             them, I go, "How can you sensor me like

16             all the retail stores did?"

17                    That's what he did because

18             of your client.  And Eric and -- and

19             Coomer -- Ruddy told me straight out.

20             You think I just fell -- fell out of

21             the trees?

22                    He told me straight out, "I

23             can't have on any more."  And, "Because

24             of this settlement."

25                    MR. CAIN:  Objection;
```

Page 58

```
 1              non-responsive.

 2                        THE WITNESS:  You asked me.

 3

 4              By Mr. Cain:

 5         Q    (Inaudible) --

 6         A    -- did he ever say that.  That's not

 7              responsive [sic], that's straight out

 8              answer.

 9         Q    Yeah.

10         A    Eric Coomer told -- or I mean Chris

11              Ruddy told me that fact --

12         Q    Okay.

13         A    -- on the phone.

14         Q    And you're claiming that that was the

15              same day that you went and bashed Dr.

16              Coomer on your Lindell TV?

17         A    It was either that day or the day

18              before, the call with Ruddy.

19         Q    Okay.

20         A    It was probably the day before, but I

21              don't know for sure.  That I can't say.

22              It was within one day, within 24 hours.

23              In fact, I probably talked to him

24              multiple times I was so upset.

25         Q    And you're claiming then that you lost
```

Page 59

```
 1              $2.7 million dollars as a result of Dr.

 2              Coomer's settlement in essence?

 3        A     Yeah.  Yeah, or it was just over the

 4              next four months.  It's become millions

 5              and millions since then.

 6                        I can't even put a number on

 7              it, it's probably upwards of 10 to 15

 8              million.  If you -- if you take Newsmax

 9              -- I even -- I even asked three or four

10              months ago if I buy through an e-mail

11              blast, I asked if I could come on.

12                        And all his lawyers and his

13              marketing were in the room and he said,

14              "No, Mike."  N-O.  "We can't have you

15              on.  We're not ready for you yet."

16              That was his quote.

17                        And I -- and there's

18              witnesses in the room.  His lawyers and

19              his marketing team because I asked

20              about -- he goes, "Mike, we're really

21              gaining -- we're really getting more

22              people than Fox.

23                        And I said, "Well, can I

24              come on and talk about pillows and

25              stuff?"  No, because his lawyers advise
```

Page 60

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 62 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 62
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 62 of
375

```
 1              him not to.
 2                        Now whether there's you guys
 3              or not, I don't care.  It all comes
 4              back to Coomer on May 1st of 2021.
 5       Q      All right.
 6       A      Here's our numbers before Coomer;
 7              here's the numbers after Coomer.  And I
 8              never did anything to this guy.  Ever.
 9       Q      Let's break it down.  We've -- we've
10              established that your testimony is you
11              blame Dr. Coomer for the $2.7 million
12              dollars in revenue loss at My Pillow;
13              right?
14       A      Whatever you and -- whatever him and --
15              whatever -- this is what Ruddy told me,
16              whatever you're telling him -- whatever
17              that manifested to, this is what it
18              was.
19       Q      Okay.
20       A      Correct.
21       Q      And you blame --
22       A      -- it's more than that.  That's over
23              four months.
24       Q      Right.
25       A      Remember you take that multiplier --
```

Page 61

```
 1              now it's been two years.  There's a lot
 2              of money.  I can't -- Newsmax -- we
 3              lost I'll bet now it's probably upwards
 4              of $20 million dollars.
 5      Q       But you just said 10 to 15, now it's
 6              20.
 7      A       Well, it's 2.7; okay.  We'll do --
 8              figure, we'll do the math.  3 million
 9              times -- let's just say 3 million times
10              24, I guess, it's between, probably
11              between, let's see...  3 million times
12              4 is 12 million.  And it's been two
13              years.
14                      $24 million dollar is what
15              it looks like on paper if -- if -- if
16              all things were created equal.  But
17              obviously it's even gone down further
18              because as you don't get to be -- as
19              you don't get to pump like pump -- put
20              more fire on the -- on the -- or more
21              coals on the fire so to speak.
22                      When I would make
23              appearances or My Pillow is donating
24              all this -- here's their employees down
25              in Florida.  Here's My Pillow out doing
```

Page 62

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 64 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 64
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 64 of
375

```
 1              this.  We do stuff for people all over
 2              the world -- I mean all over the
 3              country.
 4                     And we're not able to do
 5              that and talk about that on Newsmax
 6              again.
 7                     MR. CAIN:  Object to the
 8              responsiveness after you did your math.
 9                     THE WITNESS:  So I would say
10              it's about 24 million, it looks like on
11              here.  If it -- if it -- if it stayed
12              the same of $2.7 million loss, I think
13              it's probably worse now because we've
14              lot hundreds of millions now at My
15              Pillow.
16                     MR. CAIN:   Okay.
17
18              By Mr. Cain:
19        Q     Just humor me, let's talk about the
20              numbers for a second; okay?  Not about
21              --
22        A     Yep.
23        Q     -- anything other than the numbers.
24        A     Yep.
25        Q     The two years -- that time period is
```

Page 63

```
 1               May of 2021 through May of 2023; is
 2               that the 24-month period that you're
 3               talking about?
 4      A        I -- the said -- if we -- I haven't
 5               looked at -- this goes from May to
 6               August, where we know there was a $2.7
 7               million dollar deficit from January to
 8               April.
 9      Q        Okay.
10      A        So now, if you take that from there,
11               and you take from -- from there -- and
12               if the numbers, I believe they're lower
13               now anyway because My Pillow has lost
14               hundreds of millions of dollars.
15                    I've had to borrow 10s of
16               millions of dollars because of all --
17               because of this.  So it could even be
18               more.
19                    But I'm just taking, if you
20               take 24 -- if you take 12 more quarters
21               and times it by $2.7 million you're
22               well over $24 million.
23      Q        So I asked you just about the time
24               period.
25                         MR. CAIN:  Again, it's
```

Page 64

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 66 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 66
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 66 of
375

```
 1              non-responsive, so I'll object.  Then

 2              --

 3                        THE WITNESS:  -- okay.  This

 4              is August, so take it from -- from May

 5              to August of 2023 -- from May 1st to

 6              August of 2023.

 7                        MR. CAIN:  Okay.

 8                        THE WITNESS:  If these

 9              numbers are the same, but I believe

10              they're lower, take $2.7 million times

11              -- times every four months, so four

12              months that would be -- let's see what

13              do we got here?

14                        Twenty-four -- 28 months,

15              take 28 months, divide it by 4 is 7, 7

16              times $2.7 million.  There's your

17              answer.  So it's about $16.8 million or

18              $16.7 million.

19                        So that's if the numbers --

20              if the numbers here.  They're

21              definitely, probably lower the May

22              through August, they're probably lower

23              than that.

24                        As we go -- as we get into

25              these months now because it's -- it
```

Page 65

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 67 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 67
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 67 of
375

```
 1              just keep going down.  The Newsmax code
 2              now it's like virtually zero everyday.
 3              So this -- this $300 thousand has
 4              virtually dipped down to zero.
 5                      MR. CAIN:  Okay.
 6
 7         By Mr. Cain:
 8     Q   But now it's $16.7 million in loss?
 9         You --
10     A   -- yeah, I don't have the books in
11         front of me.  I'm just saying if I
12         extrapolate that number, I know that --
13         I know where My Pillow's at, it just
14         keep going down, down, down, down.
15     Q   And this is just with respect to
16         Newsmax?
17     A   Yes.  The Newsmax.  The one that your
18         client did, yes.
19     Q   All right.  And you blame Dr. Coomer
20         for, whether it's 16.7 or 24 million,
21         but you blame Dr. Coomer for that loss
22         to My Pillow?
23     A   I -- I'm saying whatever happened
24         between Ruddy --
25     Q   Okay.
```

Page 66

```
 1      A      -- and your client.  Because Ruddy told

 2             me I can't come on anymore.  That's the

 3             only variable.  You need a different

 4             input to get a different output.

 5                        On May 1st the number

 6             changes.  Anybody in the world can see

 7             what happened on May 1st?  You go, "Oh,

 8             I see this guy named Eric Coomer sued

 9             My Pillow or -- or made a deal with

10             Newsmax and destroyed My Pillow."

11                        MR. CAIN:  Object to --

12                        THE WITNESS:  -- it's pretty

13             cut and dry.

14                        MR. CAIN:  Object to the

15             responsiveness.

16

17             By Mr. Cain:

18      Q      Now, my -- my simple question was, you

19             blame Dr. Coomer for that loss; don't

20             you?

21      A      I blame whatever deal was made.  I

22             don't know Mr. Coomer.  I blame

23             whatever deal was made with Chris Ruddy

24             at Newsmax.

25                        Because of whatever deal was
```

Page 67

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 69 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 69
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 69 of
375

```
 1              made what Ruddy told me over the phone,

 2              I can't go on there anymore.

 3        Q    And -- and you say this despite Mr.

 4              Ruddy's testimony that there was no

 5              deal?

 6        A    Mr. Ruddy's phone call with me, two

 7              phone calls, multiple phone calls is

 8              since then.

 9                    I've been on -- I've been --

10              I've asked him so many times and with

11              people in the room, his marketing team,

12              his lawyers, I can't go on and it all

13              started with May 1st of 2021.

14                    Is that so simple?  I don't

15              blame your client; I blame the deal

16              that Ruddy made with your client.  With

17              you actually, sir.

18        Q    Okay.

19        A    With you.

20        Q    Is that why --

21        A    -- you.  That's who -- that's who made

22              the deal with him, apparently, you

23              lawyers.

24                    And they -- and do I --

25              whether you have it in writing or not
```

Page 68

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 70 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 70
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 70 of
375

```
 1            -- "Gee, whatever you do, do this."  I
 2       don't know what you did, but Chris
 3       Ruddy told me straight out on the
 4       phone, he can't have me on anymore even
 5       with My Pillow.  So that's that.
 6   Q    Well, I'm -- I'm -- when I asked you
 7       whether you blamed Dr. Coomer --
 8   A    -- I blame the deal.  Whatever deal was
 9       made, whatever happened then.
10   Q    Okay.
11   A    (Inaudible).  I don't know if you guys
12       have some malicious intent to destroy
13       me and destroy My Pillow.  I don't
14       know.
15            I don't know.  But all I
16       know is what Chris Ruddy told me and
17       the proof is in the pudding.  I can't
18       go on Newsmax.  It cost me $16 million
19       minimum, that's fact.
20            If this hadn't happened, if
21       you wouldn't have went there on May
22       1st, if you wouldn't have did whatever
23       you did, those numbers would've kept
24       the same.
25            I've got a track record
```

Page 69

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 71 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 71
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 71 of
375

```
 1              going back ten years boom, boom, boom,
 2              boom.  The number don't change unless
 3              you have a different input.
 4    Q    Did Dr. Coomer also, to your knowledge,
 5              make a deal with the big box stores to
 6              cancel your products --
 7                   MR. MALONE:  Objection.
 8
 9         By Mr. Cain:
10    Q    -- as well?  Was he --
11    A    No.  No.
12    Q    -- do you blame him that for?
13    A    No, I didn't even know Dr. Coomer then.
14              All I know is what -- the one I know
15              that he affected because the guy told
16              me that owns the station.
17                   The other box stores had
18              nothing -- they didn't say that Eric --
19              this guy named Eric Coomer who I didn't
20              even know.  Absolutely not.
21    Q    So that's a no?
22    A    That's a No.
23    Q    Okay.  And you were cancelled by the
24              big box stores because of your election
25              fraud narrative; weren't you?
```

Page 70

```
 1                      MR. MALONE:  Object to form.
 2                      THE WITNESS:  You'd have to
 3            ask them.
 4
 5            By Mr. Cain:
 6       Q    But after this so-called deal that
 7            you're talking about, you went on air
 8            and called Dr. Coomer a traitor; do you
 9            remember that?
10       A    If that's what it says there, yeah.
11       Q    So that's why I asked you whether you
12            blame him or not for this agreement.
13            Why did you call him a traitor?
14       A    Well, both him and -- and Newsmax.  If
15            you were remember I -- I hit them both.
16            I probably -- I think I even hit you
17            up.
18                      Because when you're
19            attacking a company, USA made company,
20            and employees and you go after that for
21            some reason.  We -- I didn't know him
22            from Adam.
23                      Yeah, you're a traitor of
24            the United States.  You're a complete
25            traitor.  Or are you kidding me?  You
```

Page 71

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 73 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 73
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 73 of
375

```
 1              attack a company that -- for no reason

 2              whatsoever.  I did nothing, I didn't

 3              know this man.

 4                      I never heard his name in my

 5              life up to this point.  That was

 6              disgusting what he did to My Pillow.

 7              Absolutely insane.

 8    Q    It seems to me, at the risk of stating

 9              the obvious, that you harbor some ill

10              will against me and Dr. Coomer; is that

11              a fair statement?

12    A    I think what you -- I think you're one

13              of slimiest lawyers that ever walked

14              the planet in the United States.  One

15              of the slimiest.

16                      Anybody, you and your

17              client, for whatever gain you got to

18              try and -- to extract people and hurt

19              people for your own monetary gain.

20                      I think it's the slimiest,

21              scummiest lawyer -- you're the reasons

22              that our law system in this country

23              should be looked at because ambulance

24              chasing, slimy lawyers like yourself.

25              Absolutely.
```

Page 72

```
 1        Q     And --
 2        A     -- what you've done to My Pillow, these
 3              innocent people, these innocent
 4              employees that have careers that they
 5              make stuff here in our country and you
 6              go attack them for no reason?  This is
 7              bizarre.
 8                        This whole thing it bizarre.
 9              This is probably one of most bizarre
10              things I've ever seen in my life.  That
11              anybody would be so slimy to go after.
12              Someone -- I don't even know that your
13              client -- well, let's pick My Pillow
14              because I bet Mike Lindell's got money.
15              Disgusting.
16                        MR. CAIN:  Objection; the
17              lack of responsiveness.
18                        THE WITNESS:  You asked me.
19
20              By Mr. Cain:
21        Q     My question -- well, let me ask you
22              this --
23        A     -- do you have any ill will?  I just
24              told you -- yeah, you're a slimy
25              lawyer.
```

Page 73

```
 1                    MR. MALONE:  Let him ask him
 2           questions.
 3                    THE WITNESS:  Okay, I'll
 4           wait for the next question.
 5
 6           By Mr. Cain:
 7      Q    And you included Dr. Coomer in that,
 8           you have ill will.  In fact, you called
 9           him, before we even started the
10           deposition, when you went to greet you,
11           a disgusting slime; didn't you?
12      A    Huh?
13      Q    You called him disgusting slime before
14           we started --
15      A    -- I -- I was -- I was looking down.
16           Did I say that to him?  Is that what
17           he's telling you?
18      Q    Yeah.
19      A    I think -- let me just tell you,
20           anybody that would do what you and this
21           guy have done is disgusting, it's
22           slimily, you're an ambulance chasing,
23           slimy, scumbag lawyer.
24                    And you're a money-grubbing,
25           evil person.  And your client there for
```

Page 74

```
 1              him going after My Pillow and my
 2              employees, same thing.  End of story.
 3                   To attack a USA company like
 4              this, yeah, you're a traitor to the
 5              United States.  You are disgusting.
 6       Q      All right.
 7       A      End of story; there's no way around it.
 8              You guys can't explain yourself.
 9       Q      Let's get back to --
10       A      -- I don't care if you put something in
11              writing or not with Ruddy, he told me
12              what the deal was.
13       Q      Mr. Lindell, I've now told you -- I --
14              I haven't marked it down, but several
15              times that you need to respond to my
16              questions and not --
17       A      -- you asked me if I have any ill will.
18                   MR. MALONE:  Wait -- don't
19              -- just --
20                   THE WITNESS:  -- that was
21              the question that I heard.
22                   MR. MALONE:  Just wait for
23              his next question.
24
25
```

Page 75

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 77 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 77
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 77 of
375

```
 1            By Mr. Cain:
 2      Q     I asked you a yes or no question which
 3            was, didn't you call Dr. Coomer
 4            disgusting slime before we started this
 5            deposition?
 6      A     Here I'll call him right -- he's a
 7            disgusting slime.
 8      Q     All right.
 9      A     For what he did.
10      Q     Okay.
11      A     And what he's doing.  Currently doing.
12      Q     And you say that without having seen
13            the settlement agreement between
14            Newsmax and Dr. Coomer, Number 1;
15            right?
16      A     Chris Ruddy told me, yes.  I haven't
17            seen it in writing.  I -- I go by what
18            a guy -- when a guy said you can't come
19            on anymore and here's the evidence.
20                  But I don't have to see your
21            agreement.  He said it and the proof is
22            in the pudding.  If the numbers -- if
23            he'd a let me on, I would've said,
24            "Okay, maybe he's just saying that."
25            But he's not.
```

Page 76

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 78 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 78
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 78 of
375

```
 1                         This is real to me.  This is
 2              -- we have suffered millions and
 3              millions of dollars because of you and
 4              him.  Do I -- is that considered a
 5              slimy for your own little game?  It's
 6              disgusting.
 7                         MR. CAIN:  Objection;
 8              non-responsive.
 9
10              By Mr. Cain:
11        Q     Mr. Ruddy testified that he told you
12              that your election fraud claims didn't
13              hold water, and that's why he didn't
14              want you on the air.
15        A     Not true.
16        Q     Did he tell you that?
17        A     No, not true at all.  Not true at all.
18              But you want me to tell you what Mr.
19              Ruddy said?
20        Q     No.
21        A     Okay.
22        Q     That's not what I asked you.
23        A     That's not true at all.
24        Q     The last time you appeared on --
25        A     -- ask me, I want to put it in the
```

Page 77

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 79 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23   USDC Colorado   pg 79
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23   USDC Colorado   pg 79 of
375

```
 1              record.

 2                        THE WITNESS:  Can you ask me

 3              something?

 4                        MR. MALONE:  Mike, I can ask

 5              you questions at the end.

 6                        THE WITNESS:  Okay.

 7                        MR. MALONE:  Okay.

 8                        THE WITNESS:  I want to put

 9              it in the record what Chris Ruddy said

10              about the election crime.

11                        MR. MALONE:  Okay.  In the

12              meantime --

13                        THE WITNESS:  Yeah.

14                        MR. MALONE:  -- answer his

15              questions.

16                        THE WITNESS:  Make sure I

17              put that in the there at the end.

18              Because he did not say that at all.

19

20              By Mr. Cain:

21        Q     So Coomer's disgusting; I'm disgusting.

22              You also called Judge Wang disgusting

23              in your first deposition; do you recall

24              that?

25        A     100 percent.  She was disgusting,
```

Page 78

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 80 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 80
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 80 of
375

```
 1                    because she didn't make a ruling to

 2                    either dismiss this case or not.  So

 3                    she finally did after I made it public

 4                    that she should.

 5                           That's disgusting that she

 6                    did not do that for nine or ten months.

 7                    If somebody was out there that didn't

 8                    have money and that just that somebody

 9                    was suing this frivolous, insane

10                    lawsuit you guys are putting up against

11                    my employees, she should've made a

12                    decision and she finally did after I

13                    called her out.

14                           Disgusting.  Absolutely

15                    disgusting.  Which she could -- every

16                    judge in the country could start doing

17                    that.  'Oh, just go ahead and do all

18                    your stuff and spend all your money and

19                    then I'll rule if it's a frivolous case

20                    or not'.

21          Q    And she denied your motion to dismiss;

22               right?

23          A    Yes.  But at least she made a motion

24               instead of sitting on her butt and not

25               doing nothing.
```

Page 79

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 81 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 81
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 81 of
375

```
 1      Q      Okay.  And do you think she's disgust

 2             -- disgusting as well because of her

 3             rulings in your case?

 4      A      No, absolutely not.  It's because she

 5             didn't make a ruling.  Do -- did you

 6             listen?  You got ears?  She did make a

 7             ruling and she made me -- people spend

 8             all this money.

 9                     If -- if judges started

10             doing that in our country, it would --

11             people would go broke.  Anybody can go,

12             "You better give us money; I'm an

13             ambulance chasing lawyer," because

14             otherwise the judge is not gonna make a

15             -- a rule that's it's a frivolous case.

16                     And we're gonna go out nine

17             months and you're gonna have to do

18             discovery, and everything else, and

19             spend money, and I'm gonna ruin you.

20             But if you give me a couple hundred

21             thousand, I won't do it."

22                     That's what -- that's what's

23             wrong.  And she was wrong.  Judge Wang

24             or whatever her name was, should've

25             made that ruling last summer, and she
```

Page 80

```
 1              didn't.  And I had to call her out on

 2              it.

 3                      What she did was -- by not

 4              making that ruling was disgusting to

 5              the judicial system in the United

 6              States.  She finally did it because I

 7              called her out publicly.  There's your

 8              answer.

 9                      REPORTER'S NOTE:  Whereupon,

                        a discussion is conducted

10                      off the record.

11

12              By Mr. Cain:

13         Q    Is this episode with Mr. Ruddy also the

14              reason that you have said that Dr.

15              Coomer committed treason?

16         A    Committed what?

17         Q    Treason.

18         A    I didn't say -- what are you talking

19              about?  Show me the quote where I said

20              that.  I called him a traitor.

21         Q    Okay.  You said that he committed

22              treason.  He was treasonous.

23         A    Count -- show me the quote?

24         Q    You don't remember saying that?

25         A    I'd -- I'd have to see the quote
```

Page 81

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 83 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 83
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 83 of
375

```
 1              because I only made one quote about

 2              him.  Period.

 3     Q    Well, let me ask it this way.  Do you

 4              recall ever saying that Dr. Coomer was

 5              treasonous?

 6     A    I -- if it -- if it was said -- there

 7              only two quotes I made -- or one quote

 8              I ever made of him before he served me

 9              papers.

10                        If I said it had after he

11              served me papers, yeah, then -- then

12              what he's done is just disgusting what

13              he's done to U.S. employees.

14     Q    I'm just asking you whether --

15     A    -- I don't know if I said it or not,

16              you'd have to show me the quote.  I

17              don't recall.

18     Q    To the extent that you've said that Dr.

19              Coomer either committed treason or was

20              treasonous, is that because of this

21              episode with Newsmax?  Or something

22              else?

23                        MR. MALONE:  Object to the

24              form.

25                        THE WITNESS:  I don't know
```

Page 82

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 84 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 84
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 84 of
375

```
 1                 when -- if -- if I said it, and if I --
 2                 if -- if -- if I know -- if you give me
 3                 the quote that I called him a traitor,
 4                 that was directly -- that's the only
 5                 time I ever said anything about it
 6                 until he served me papers on the
 7                 capital of Colorado.
 8                      Everything I said from then
 9                 on he served me papers for no reason,
10                 and went after My Pillow, again, for no
11                 reason.
12                      So that's -- is that
13                 treasonous in my mind?  The -- the only
14                 thing I could think he's attacking me
15                 for is for a -- a hidden agenda at that
16                 time.  There'd be no reason to come
17                 after me and do anything because I
18                 never did anything to him.
19                      So that -- would that be
20                 treasonous to our country?  I don't
21                 know, probably.
22                      MR. CAIN:  All right.
23
24            By Mr. Cain:
25       Q    On May 9th, 2021 --
```

Page 83

```
1      A      (Indicating).

2      Q      -- you went on Frankspeech --

3      A      Right.

4      Q      -- and -- and claimed of course that,

5             as you've done many times, that the

6             Dominion machines were used to rig the

7             election; do you remember doing that?

8      A      I do it all the time.

9      Q      Right.

10     A      Dominion, Smartmatic, Hart -- all of

11            them, ES&S, I'm not -- I'm not --

12            they're all the same.

13     Q      And in that segment you said that Dr.

14            Coomer's treasonous and that he's a

15            traitor to the United States of

16            America.

17     A      Okay.

18     Q      All right.

19     A      What does that have to do with

20            Dominion?  It has nothing to do with

21            Dominion.  What -- what does that have

22            to do with Dominion?

23     Q      I didn't --

24                   MR. MALONE:  -- Mike, you

25            don't have to ask him questions --
```

Page 84

```
 1                      THE WITNESS:  Well, that's

 2           just crazy.  (Laughing).

 3                      MR. MALONE:  -- he doesn't

 4           have to answer your questions.  If --

 5           if you answer his questions --

 6                      THE WITNESS:  Okay.  All

 7           right.

 8                      MR. MALONE:  -- (inaudible).

 9           Okay.

10

11           By Mr. Cain:

12      Q    My question was, you said those things,

13           you said that the Dominion machines

14           were used to rig the election?

15      A    I say that everyday.

16      Q    Okay.  And you also called Dr. Coomer

17           treasonous?

18      A    On the same show?

19      Q    Yes.

20      A    So who cares what does that have to do

21           -- one have to do with other?  What he

22           did with Newsmax has nothing to do with

23           Dominion.

24      Q    And do you know at least at --

25      A    -- that's just --
```

Page 85

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 87 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 87
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 87 of
375

```
 1       Q      -- one point, Mr. Lindell, it was

 2              you're belief that Dr. Coomer was the

 3              president of Dominion?

 4       A      I heard that later on.  Some people

 5              said -- I said, "Who is this Coomer?"

 6                       That was way later on, that

 7              was like two months later -- a month

 8              later, I went after Newsmax.  I had

 9              nothing to do with where he worked

10              before.

11       Q      Okay.  That's -- that's why I'm asking

12              you these questions.

13       A      Uh-huh.

14       Q      I'm trying to understand what your --

15       A      Right.

16       Q      -- state of mind was at the time, or at

17              least how you -- you claim it was.

18                       When you went on Frankspeech

19              and said that Dr. Coomer was

20              treasonous --

21       A      Right.

22       Q      -- this was May 9th of 2021?

23       A      Right.

24       Q      It's your testimony, as I understand it

25              now, that that relates to this
```

Page 86

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 88 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 88
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 88 of
375

```
 1              so-called deal with Newsmax; is that

 2              right?

 3      A       Don't say now, because you knew that in

 4              our previous two depositions.  I

 5              haven't budged from that.

 6                      It's the truth, Chris Ruddy

 7              and I talked on the phone and he told

 8              me, My Pillow, I could not -- no longer

 9              going on.  Absolutely.

10                      I said, "Who?"  He says, "I

11              -- I had a settlement agreement with

12              this guy, Eric Coomer."  I'm going,

13              "What the heck does that have to do

14              with My Pillow?  And who is this Coomer

15              guy?"

16                      I couldn't believe it that

17              some guy would just attack me and My

18              Pillow for no reason, out of the blue.

19              So that's when I went on my show, and

20              that's when I said what I said.

21                      And I was right, it cost me

22              -- honestly, you know what, I knew that

23              this was gonna happen -- there it is,

24              right there (indicating).

25                      I knew by what Ruddy told me
```

Page 87

```
 1            on the phone it was a huge hit, and I

 2            was gonna -- I'm going why would he do

 3            this?  Why would you do this, sir, to

 4            me?

 5                  That's disgusting, I'm

 6            telling you.  I can't even believe it

 7            to this day.

 8                  MR. CAIN:  Tell you what,

 9            since you've referred to that multiple

10            times.  Let's mark that.  Mr. Lindell,

11            can you take that sheet out?

12                  THE WITNESS:  No, I'm not

13            giving you my sheet.

14                  MR. MALONE:  Mike?

15                  THE WITNESS:  What?

16                  MR. CAIN:  Yeah, that's part

17            of the --

18                  MR. MALONE:  -- it's okay.

19                  MR. CAIN:  -- record of this

20            deposition.

21                  THE WITNESS:  What?  No, I'm

22            not giving you my notes.  You have no

23            right to my notes.

24                  MR. CAIN:  I actually do.

25                  THE WITNESS:  Oh, you -- he
```

Page 88

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 90 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 90
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 90 of
375

```
 1                      does, huh?

 2                           MR. MALONE:  He does, Mike.

 3                 And it's not legal notes.

 4                           THE WITNESS:  (Complying).

 5                           MR. MALONE:  If you -- if it

 6                 helps you to write things down, keep

 7                 doing it, it's just part of the record;

 8                 okay?

 9                           MR. CAIN:  Yeah, you can use

10                 the -- the back of it.

11                           THE WITNESS:  Oh, good, you

12                 can keep it.  It's your gift to me

13                 [sic].

14                           MR. CAIN:  So you look --

15                           THE WITNESS:  -- you look

16                 and see if I wrote something.  Here,

17                 I'll write a nice note to you.  Is that

18                 what you want?

19                           MR. MALONE:  Mike

20                 (inaudible).

21                           THE WITNESS:  (Laughing).

22                           MR. CAIN:  You can -- you

23                 can write down whatever you want, it's

24                 gonna be part of the case.  It's not a

25                 big deal.
```

Page 89

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 91 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 91
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 91 of
375

```
 1                          REPORTER'S NOTE:  Whereupon,
                        Michael Lindell Deposition
 2                      Exhibit Number 187 was
                        marked for identification.
 3
 4                          MR. CAIN:  All right.  So
 5              184?
 6                          MR. MALONE:  184.
 7                          MR. CAIN:  All right.
 8
 9              By Mr. Cain:
10      Q       According to Exhibit 184, which are
11              your notes, on the top, I'm trying to
12              read your handwriting it says,
13              "Dominion," and it says, "May 3rd,
14              2001."
15                          I don't know if you meant
16              2021.  Can you clarify that?
17      A       No, this was -- that's -- that was a
18              note I had for something else --
19      Q       Okay.
20      A       -- we were talking about.
21      Q       Okay.
22      A       This is notes I took when him and I
23              were talking about another thing; it
24              had nothing to do with this.  This was
25              the top of my notebook.
```

Page 90

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 92 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 92
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 92 of
375

```
 1      Q    All right.  "May 8th, Real Apology,"
 2           what does that mean?
 3      A    You just told me that they -- that
 4           Ruddy said real apology or something.
 5           I don't know what it means.  I'm taking
 6           notes as you're babbling.
 7      Q    Okay.  So that wasn't taken before or
 8           written down before your deposition?
 9      A    I don't know.  You'll have to rewind
10           the tape.  I don't know.  I'm just
11           jotting stuff down as you're bringing
12           them up.
13                The only thing that's on
14           here -- this -- before I wrote these
15           two numbers down and I asked my lawyer
16           beforehand those two numbers and what
17           it cost me.
18      Q    So when -- and we'll get to that --
19                THE WITNESS:  -- this might
20           have been notes that I had taken down
21           when we were talking.  I don't know.
22                MR. MALONE:  We can redact
23           those appropriately, Mike.  I'll have
24           to review to see what was noted during
25           the deposition and what wasn't.  It's
```

Page 91

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 93 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 93
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 93 of
375

```
 1              the same piece of paper --

 2                   THE WITNESS:  Yeah.

 3                   MR. MALONE:  -- but if you

 4         know the answers to --

 5                   THE WITNESS:  -- I don't

 6         know the answer.

 7                   MR. MALONE:  -- (inaudible).

 8                   THE WITNESS:  You know we

 9         were talking earlier --

10                   MR. MALONE:  If you know the

11         --

12                   THE WITNESS:  -- I thought

13         that's very (inaudible).

14                   MR. MALONE:  If you know the

15         answer, you can answer to those

16         questions.

17

18         By Mr. Cain:

19    Q    Back to my topic that we were

20         discussing before we marked your notes.

21                   When you referred to Dr.

22         Coomer as treasonous, you've now

23         testified as to why you made that

24         statement.  Are there any other basis

25         with respect to Dr. Coomer's
```

Page 92

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 94 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 94
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 94 of
375

```
 1              association with Dominion, his work at
 2              Dominion, or anything along those lines
 3              that you consider to be treasonous?
 4    A    No, I never -- I didn't even know he
 5         worked there then when I made those
 6         statements.
 7    Q    When --
 8    A    -- I didn't know who he was, and I've
 9         said that numerus times to you.  No
10         idea.
11    Q    But you made those statements about Dr.
12         Coomer after you learned about his role
13         with Dominion; didn't you?
14    A    No.  No, I made those statements --
15         I've only made one statement about him,
16         I made them because you did a direct
17         attack on My Pillow, Chris Ruddy told
18         me on the phone, I could no longer go
19         on, and hurting my company.
20                   And I went on and attacked
21         -- I only used Coomer's name that one
22         -- that one -- in that one session.
23                   For the next month I
24         attacked Newsmax and Chris Ruddy for
25         making a deal where I can never go on
```

Page 93

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 95 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 95
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 95 of
375

```
1               his show again.

2                       And then -- and then

3               anything else I said is because your

4               client and you sued me on the steps of

5               Colorado state capital.

6                       That's it.  I don't -- I

7               don't care what his past jobs were or

8               whatever.  I got sued and you did it on

9               purpose.

10                      You -- there was some crazy

11              intent there to sue me on the steps of

12              the capital, so I don't know what your

13              hidden agendas are.

14      Q       Okay.  On -- on April 5th of 2022

15              you're referring to an appearance you

16              made at an election fraud event in

17              Denver; correct?

18      A       No idea what you're talking about.

19      Q       You said the steps of the capital,

20              you're referring to the event in Denver

21              that you spoke at?

22      A       I was in front of the state capital.

23              And, yes, I don't know if you call an

24              event, there was people gathered.  I

25              don't -- yes, there was all the media
```

Page 94

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 96 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 96
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 96 of
375

```
 1              there, yeah --
 2      Q    All right.
 3      A    -- that's when I was served papers.
 4      Q    It was publicized as an event with you
 5           and Tina Peters and others.
 6      A    Okay.  I don't know, I spoke there.  I
 7           don't know, I'd have to look back and
 8           see who even spoke there.
 9      Q    Right.  And you in discussing the --
10           the election fraud narrative that you
11           re -- you were talking about, again,
12           April 5th of 2022, you were quoted as
13           saying quote, "It started with Eric
14           Coomer and Dominion based right here in
15           Colorado."  (Inaudible) --
16      A    -- that was after -- I said that after
17           he served me papers before I even got
18           on the stage; do you understand that?
19      Q    Let me finish.
20      A    (Laughing).
21      Q    You seem to be caught up in the timing
22           of this.
23      A    No, you are -- you are.
24      Q    I'm not.
25      A    Go ahead.
```

Page 95

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 97 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 97
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 97 of
375

```
 1          Q     I'm not, actually.

 2          A     Okay.  Go ahead.

 3          Q     Let me finish the quote.  I'll start

 4                from the top.  "It started with Eric

 5                Coomer and Dominion based right here in

 6                Colorado."

 7          A     Okay.

 8          Q     Now, what were you referring to when

 9                you were talking about, 'it started

10                with Eric Coomer' --

11          A     Okay.  I will answer this --

12          Q     -- and Dominion (inaudible) --

13          A     -- I will answer this as clear as I can

14                get it through your thick skull.  I was

15                served papers before I went on those

16                capital steps and said that.

17                        I get these papers and I go,

18                "What are these?"  We -- I opened them

19                up and it's a lawsuit from a guy named

20                Eric Coomer.  I said, "Who the heck's

21                Eric Coomer?"

22                        And I get told by a bunch of

23                people, "Oh, he was the president of

24                Dominion.  It started here in Colorado

25                with him and Dominion."
```

Page 96

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 98 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 98
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 98 of
375

```
 1                      This is all like what, 20
 2            minutes before I go on stage or a half
 3            hour maybe even an hour before I go on
 4            stage.  I'm served this manila envelope
 5            with these papers, I open it up and
 6            your client served me papers.
 7                      I go, "Who the heck is this
 8            guy?"  And then all -- they tell me
 9            over there -- and I go on stage and
10            it's fresh in my mind.
11                      This is where it all
12            started, everyone's telling me that,
13            "Oh, yeah, he was with Dominion.  It
14            started here in Colorado."  That's
15            where I heard it.
16                      So, and when you say the
17            timing, this is very important.  He
18            served me papers, you did, before I got
19            on that stage.
20                      I have never said one thing
21            bad about your client until I was
22            served papers, other than when he
23            attacked My Pillow.  There's your
24            answer.
25       Q    When you said it started with Eric
```

Page 97

```
 1              Coomer and Dominion based right here in
 2              Colorado, you were referring to the
 3              election fraud claims that you were
 4              making; weren't you?
 5     A    This is what people -- what the claims
 6              I was making -- that -- what do you
 7              mean the claims I was making?
 8     Q    Yeah, that -- that there were
 9              fraudulent --
10     A    -- you'd -- you'd have to see the
11              contents of my speech.  I don't know,
12              I'd have to see the contents of the
13              speech.
14                   All I know is I had just
15              been served papers, I'm reading --
16              probably reading it right off the dang
17              thing.  "It started right here in
18              Colorado."
19                   I said, "Who is this guy?"
20              "Well, he's -- he was with Dominion."
21     Q    Okay.  You've said many, many times,
22              you've already referred to this in this
23              deposition, that Dominion was involved
24              in the election fraud in 2020.
25     A    100 percent.  And that had nothing to
```

Page 98

```
 1              do with him until that day when I found
 2              out that he was with them.  After he
 3              served me papers.
 4      Q    All right.
 5      A    So in other words, in my mind, it's
 6              going Dominion's serving me papers
 7              again using this guy's name -- this
 8              Eric Coomer.
 9                      I didn't even remember his
10              name probably from back with Ruddy when
11              he did that.  All of a sudden two years
12              later here this guy served me more
13              papers from Dominion.
14      Q    But since the time that you realized
15              that Eric Coomer was with Dominion,
16              when you were referring to what
17              Dominion was doing, you were also
18              referring to Eric Coomer?
19      A    No.  Only that on the capital steps
20              because I had just been served them
21              papers.
22                      I have never referred to
23              Eric Coomer in any Dominion stuff,
24              period.  Ever.  Other than that capital
25              steps when he just served me papers.
```

Page 99

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 101 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 101
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 101
of 375

```
 1                    It was 20 minutes later, 15

 2           minutes later, it's kind of fresh if my

 3           head.  "Who the heck's this Eric

 4           Coomer?"  "Oh, yeah, he was with

 5           Dominion."

 6                    So in my mind it was another

 7           lawsuit against me from Dominion, and

 8           then I find out this Eric Coomer is the

 9           same guy that attacked me back with

10           Ruddy.

11      Q    You go on to say, after you said, "It

12           started with Eric Coomer and Dominion

13           based..."  Oh, actually, let me -- let

14           me circle back to that.  "It started

15           with Eric Coomer..."

16      A    I got to go on (inaudible), so you're

17           gonna -- we can get one more question

18           and I go got to go on TV.

19                    MR. MALONE:  You want to

20           request a break?

21                    THE WITNESS:  What's that?

22                    MR. MALONE:  Mike, he'll ask

23           his question, you'll give an answer and

24           then we'll take a break.

25                    THE WITNESS:  Yeah, that's
```

Page 100

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 102 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 102
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 102
of 375

```
 1              what I said.
 2                        MR. MALONE:  Okay.
 3                        THE WITNESS:  I'm just
 4              looking.  I'm -- I'm -- that's fine.
 5                        MR. MALONE:  Okay.
 6
 7              By Mr. Cain:
 8        Q     You have to go on TV, is that what you
 9              said?
10        A     Yeah, my show I do everyday.  Yes.
11        Q     For how long?
12        A     It'll be until 11 o'clock.
13                        THE WITNESS:  You were
14              supposed to have told him; did you?
15                        MR. CAIN:  He said we had a
16              break --
17                        THE WITNESS:  Okay.  Yeah.
18                        MR. CAIN:  -- at 10:40.
19                        THE WITNESS:  It's 10 --
20              it's at 10 -- it's at 10:50, but if you
21              -- when they Skype, yeah, I got to make
22              sure it's working, I've never done it
23              here.
24                        MR. CAIN:  Okay.
25                        THE WITNESS:  You probably
```

Page 101

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 103 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 103
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 103
of 375

```
 1                 got a couple questions.  Let's see what

 2                 time...  Yeah.

 3

 4                 By Mr. Cain:

 5        Q    Are you saying to the jury, since

 6             they'll likely be watching this --

 7        A    (Indicating).

 8        Q    -- when you said on the steps of the

 9             capital in Denver --

10        A    Right.

11        Q    -- "...it started with Eric Coomer and

12             Dominion based right here in Colorado."

13        A    Right.

14        Q    The 'it' that you're referring to isn't

15             the election fraud claims that you were

16             making?  "It started here, right in

17             Colorado with Eric Coomer"?

18        A    I don't know, I'd have to see what --

19             what -- what was before that.  They

20             could've been talking about why he

21             served me papers.

22                      I hadn't read the complaint,

23             I opened it up when I was served right

24             in front of all the media and it says,

25             "Eric Coomer versus Mike Lindell," I'm
```

Page 102

```
 1            going, "What the heck?"

 2                  And My Pillow and all this

 3            stuff and I'm going, "Who is this guy?"

 4            Everybody filled me in.  They go, "Oh,

 5            it started...", they go, "It right here

 6            -- all this stuff started right here in

 7            Colorado."

 8                  All (inaudible) -- you could

 9            call is law fair, I guess, that's what

10            -- you could call it law fair, I think

11            that's what I was talking about, law

12            fair.

13                  That's what these -- law

14            fair, that it started in Colorado, the

15            law fair.  That's what it was.  That's

16            probably it.  Law fair suing people for

17            -- for free speech.  That's what I was

18            referring to.

19       Q    So then as you sit here today, Mr.

20            Lindell --

21       A    (Indicating).

22       Q    -- you are aware of no facts to support

23            any allegation of election fraud by Dr.

24            Coomer during or leading up to the 2020

25            election?
```

                                        Page 103

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 105 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 105
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 105
of 375

```
 1      A      I didn't accuse him of that.  I accused

 2             him of suing me -- that law fair

 3             stated.  That's when you say, 'it,' I'm

 4             sure that's what it was.

 5                    It started here in Colorado,

 6             people are telling me that he started

 7             lawsuits, he was the first one to start

 8             lawsuits that's -- that's what they

 9             were telling me.

10                    Now you did refresh my

11             memory.  Yes, absolutely.  Him and

12             Dominion started law fair suing people

13             for no reason.  That's what -- that's

14             when he -- and he sued me 20 minutes

15             earlier before I got up there and said

16             that.

17                    MR. CAIN:  Objection;

18             non-responsive.

19                    THE WITNESS:  I never

20             accused him of anything other than

21             being a -- attacking My Pillow and then

22             after he serves me papers for no

23             reason.

24                    MR. CAIN:  Objection;

25             non-responsive.
```

                                          Page 104

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 106 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 106
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 106
of 375

```
 1              By Mr. Cain:
 2       Q    As you sit here today, isn't it true
 3              that you are aware of no facts that Dr.
 4              Coomer was involved in rigging the 2020
 5              presidential election, either before
 6              the election --
 7       A    -- absolutely not.  I have no clue
 8              about what he did.  It had nothing to
 9              do with what we're talking about.  But,
10              yes, absolutely not.
11       Q    Okay.
12       A    I don't know of anything.
13       Q    And the same question for Dominion.
14       A    Dominion, I got enough on them they
15              could -- I can fill it from here to the
16              sun and back.
17                    Dominion is not that -- of
18              course, Dominion's got -- I've got
19              stuff on them.  It has nothing to do
20              with your -- your client.
21       Q    In -- in general --
22       A    What?
23       Q    -- what facts do you claim, as you sit
24              here today, that support the -- the
25              allegation that Dominion was involved?
```

                                        Page 105

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 107 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 107
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 107
of 375

```
 1        A      I have -- I have so much and I'm not
 2               gonna sit here, it would take a week to
 3               debrief you -- to give you everything.
 4               It would take a week, it would take a
 5               month.
 6        Q      Let's do the top three.
 7        A      What?
 8        Q      Give me the top three.
 9        A      Cast Vote records that come right out
10               of the machines, we have one third of
11               the country in the United States.
12                       Cast Vote records they --
13               they have come right out of the
14               machines.  100 percent, all of them
15               show computer manipulation with
16               Dominion.  Inside their machines.
17        Q      Can you spell that?
18        A      What?
19                       MR. CAIN:  For Nate.
20                       THE WITNESS:  Cast Vote
21               records.  Cast, C-A-S-T.  Cast Vote
22               records you get them from the Secretary
23               of States, under the Freedom of
24               Information Act.
25                       MR. CAIN:  All right.
```

Page 106

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 108 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 108
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 108
of 375

```
 1                    THE WITNESS:  The registered
 2            voter rolls that I have from every
 3            state.  We've got that, that's fact.
 4            They come right from the machines.
 5                    I have -- I also have -- we
 6            have -- I have a Mesa County image
 7            right up on Frankspeech that came right
 8            out of the machines right there.
 9                    That shows two sets of books
10            where Dominion went in with Sec -- ah,
11            Governor Griswold, Jena Griswold, went
12            in and called the trusted build and
13            deleted all of the evidence for all
14            these Dominion cases, which is illegal.
15                    It's called you can't delete
16            evidence in a case.  And you certainly
17            can't delete them before 22 month are
18            up by Federal law.  They in went in and
19            deleted, we have 100 percent proof of
20            that.
21                    That's a -- so there your
22            top three.  They all come right out of
23            the machines.  Period.
24
25
```

Page 107

```
 1              By Mr. Cain:
 2       Q      Cast Vote records --
 3       A      -- Cast Vote records, the registered
 4              voter who voted --
 5                        MR. CAIN:  -- objection.
 6                        THE WITNESS:  And because
 7              that -- that shows an algorithm and --
 8              and every place there was dominion
 9              machines.
10                        And we have also the Mesa
11              County image on Frankspeech and we have
12              proof that they deleted all of the
13              evidence, which I call in my case -- in
14              Colorado, this if for my Dominion case.
15                        They deleted it, and they
16              can't -- and they had to hold it until
17              -- by -- I think Colorado is even 24
18              months, by Federal law they had to hold
19              it until September 3rd of 2022.
20                        They didn't.  They deleted
21              it all -- all over Colorado deleted it
22              illegally a year earlier.
23
24              By Mr. Cain:
25       Q      'They' being?
```

Page 108

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 110 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 110
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 110
of 375

```
 1      A    Jena Griswold and Dominion.

 2      Q    Okay.  And she's not the governor,

 3           she's -- she's secretary --

 4      A    -- I said the Secretary of State, Jena

 5           Griswold.

 6      Q    Well, you said the governor.

 7      A    Okay.  I made a mistake, excuse me.

 8      Q    Okay.  And you're claiming then also

 9           that Dominion machines have registered

10           voter roll data --

11      A    -- no, no, no, we've got the rolls

12           right from the state.  These are things

13           we got that you can't -- they won't let

14           us look in the machines.

15                 We actually have the image

16           that came from the machines and the

17           registered -- all these stuff that who

18           voted, when they voted, before, during

19           and after.

20                 So you show computer

21           manipulation.  We have all of this.  We

22           have piles of evidence.  We also have

23           Dennis Montgomery's ev -- we have so

24           much -- they're -- we have piles -- I

25           can sit here -- I -- we have more
```

Page 109

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 111 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 111
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 111
of 375

```
 1              evidence against these machine

 2              companies than you'll ever need in

 3              history.

 4      Q       Okay.

 5      A       It has nothing to do with (inaudible).

 6      Q       I just, again, I know you have your

 7              break, let me follow up on this line.

 8              (Clearing throat).

 9                      What does Dominion have to

10              do with the registered voter rolls

11              maintained by the Colorado Secretary of

12              State, for example?

13      A       What's that?

14      Q       What does Dominion have to do with the

15              registered voter rolls maintained by

16              the State?

17      A       Because -- no, we -- we get them.  We

18              got them all under the Freedom of

19              Information Act.

20                      I had to pay for them and

21              stuff, it shows computer manipulation,

22              it shows all this, that inside machine

23              manipulation.

24      Q       I asked -- I asked you about what

25              Dominion did, and you're saying that
```

Page 110

```
 1                 the registered voter rolls were
 2                 manipulated by presumably some external
 3                 factor; right?
 4      A          They -- they -- the inside that they --
 5                 them -- inside the machines, they were
 6                 -- they were manipulated all the -- all
 7                 of our voting, all of your evidence of
 8                 the -- the -- our 2020 election was
 9                 manipulated.
10                       And -- and in -- and in
11                 Colorado we even have more because
12                 there was a down -- a down election
13                 that was manipulated.
14                       This is hard evidence
15                 sitting up on Frankspeech.  It says,
16                 "Inside the machine," 100 percent
17                 evidence.  There's -- you can't get
18                 around it, it's just it's never gotten
19                 any media attention because it's been
20                 suppressed and suppressed.
21                       That's why if you remember I
22                 asked Dominion to sue me, remember that
23                 part?  Do you remember that?  Do you
24                 recall that?  When I asked them to sue
25                 me and so I could get all the evidence
```

Page 111

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 113 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 113
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 113
of 375

```
 1              out there.
 2                         It had nothing to do with
 3              Eric Coomer.
 4                         THE WITNESS:  I got to get
 5              on my show.  So we're going to have to
 6              take a break.  I can't get around --
 7                    MR. CAIN:  -- let me just --
 8                    THE WITNESS:  -- I'm not
 9              gonna have you cost me more money.
10                    MR. CAIN:  I understand.
11
12              By Mr. Cain:
13         Q    Are -- are you saying though that
14              Dominion machines have the registered
15              voter roll data on -- on them,
16              specifically?
17         A    No, I didn't -- who said that?
18         Q    I'm asking --
19         A    -- I said we get these -- you need to
20              understand, the voter rolls --
21         Q    -- I asked you -- listen you -- you --
22                    MR. MALONE:  -- Mike.
23
24              By Mr. Cain:
25         Q    I asked you about what Dominion did,
```

                                            Page 112

```
 1              you gave me the top three, Cast Vote

 2              records, registered voter rolls, Mesa

 3              County images?

 4     A        Right.

 5     Q        I asked you then what does the

 6              registered 'manipulation' as you put

 7              it, of the registered voter rolls, have

 8              to do with Dominion?  What's that --

 9     A        -- when they go through -- these

10              machines are all online; okay?  When

11              they go through -- when the registered

12              voters -- when we went -- after the

13              fact, like I say Alabama, I had to pay

14              $40 thousand to get their voter roll.

15                      Who voted, what -- when they

16              voted and then who was taken off the

17              voter rolls.  And you look in the

18              inside of the machines these come from

19              -- come from -- they all go through the

20              machine.

21                      So all this data that went

22              through these computers, we've took the

23              data, experts have taken the data, and

24              showed that there was -- that the --

25              that the elections were manipulated.
```

                                        Page 113

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 115 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 115
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 115
of 375

```
 1              100 percent.

 2                   You can sit there and you

 3         can go up on Frankspeech, watch it.  I

 4         just had a whole conference on it, I

 5         can show you how a whole thing of it.

 6                   It doesn't -- it just says

 7         -- and we have piles of it.  Not even

 8         counting that, there's piles and piles

 9         of evidence.

10                   That's why my whole thing

11         right now is to secure our election

12         platforms, get rid of the machines and

13         computers in our elections.  That's

14         what I'm all about.

15                   You can sit here and say

16         anything else, not true.  I have been

17         fighting to secure our elections for

18         two and a half years.  You can't use

19         computers in our elections.  Period.

20                   MR. CAIN:  Objection;

21         non-responsive.

22                   THE WITNESS:  Okay.  I got

23         to get on this, I'm sorry.  I can't --

24         I can't let it cost me more money than

25         these guys already have.  So...
```

Page 114

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 116 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 116
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 116
of 375

```
 1              By Mr. Cain:
 2       Q     Can you answer the question?
 3                        THE WITNESS:  What?
 4                        MR. MALONE:  We are -- we're
 5              gonna take a break.
 6                        THE WITNESS:  Yeah.
 7                        MR. MALONE:  Okay.
 8                        THE WITNESS:  Good.
 9                        MR. MALONE:  We'll come
10              back.
11                        THE WITNESS:  Good.
12                        MR. MALONE:  Off the record.
13                        THE VIDEOGRAPHER:  We are
14              going off the record.  The time now is
15              10:42.
16                        REPORTER'S NOTE:  Whereupon,
                           a short recess is taken.
17
18                        THE VIDEOGRAPHER:  We are
19              back on the record.  This is the start
20              of media Number 2.  The time is 11:04.
21
22              By Mr. Cain:
23       Q     Mr. Lindell, do you have Exhibit 184
24              handy?  I want to make sure that
25              we're...  There you go, let's just --

                                       Page 115
```

```
 1                  let's keep that separate from --
 2        A      All right.
 3        Q      -- your other material.  Following up
 4               on what we were discussing, I had asked
 5               you about Dominion, you gave me the top
 6               three, the third was Mesa County.
 7                      Now the Mesa County election
 8               management system was imaged and then
 9               that -- some of that data was presented
10               during a cyber symposium; isn't that
11               right?
12        A      I don't know.  I don't know.  I don't
13               believe so.
14        Q      You don't remember?
15        A      But I don't know.  I don't know.  I
16               didn't put any -- I'm not the guy that
17               put people up there, and so I have no
18               idea.
19        Q      You don't remember Tina Peters being
20               there and talking about --
21        A      -- I know Tina Peters being there.
22               That's the first time I met her.
23        Q      Yeah.  And you don't remember Ron
24               Watkins also --
25        A      -- no, I wasn't -- I was up and was
```

Page 116

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 118 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 118
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 118
of 375

```
 1              interviewed then, I have no idea.  All

 2              the stuff that went on that day, I was

 3              in an interview with CNN and another

 4              company, or another outlet, for about

 5              five hours.

 6                   So all that stuff I had

 7              never seen any of it.

 8      Q    Did you participate in obtaining images

 9              of the election management system in

10              Mesa County?

11      A    No.

12      Q    Do you know who did?

13      A    No idea.

14      Q    No idea?

15      A    No idea.  Absolutely, no idea.

16      Q    When the FBI took your cell phone, do

17              you know whether that was in connection

18              with the Mesa County imaging of the

19              election management system or something

20              else?

21      A    I don't know.

22      Q    Okay.

23      A    You'd have to ask them.

24      Q    Have you been informed by the FBI that

25              you're the subject of any investigation
```

Page 117

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 119 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 119
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 119
of 375

```
 1              relating to that?

 2     A    No, I'm not.  They -- I sued them for

 3          my phone, sued the government.

 4     Q    Okay.

 5     A    That's the last time I heard about them

 6          and they -- that was about two months

 7          ago.

 8     Q    Have you gotten your phone back?

 9     A    No.  We -- we just sued for that, and I

10          think it was two months ago.  They

11          haven't ruled yet.

12     Q    Has the FBI told you why they haven't

13          returned your phone to you?

14     A    They told the judges that they -- the

15          judges said to them, "Why don't you

16          take an image?  He runs all of his

17          business off that."

18                And they said, "Well,

19          because we," she gave some lame excuse

20          about the physical phone.  And -- and

21          then they asked her -- this -- the

22          government now, and they asked her --

23          they said, "Why -- who's doing the

24          attorney-client privilege in there?"

25                And she says, "Well, we're looking at
```

Page 118

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 120 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 120
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 120
of 375

```
 1              that."
 2                        And it was very kind of a
 3              crazy thing I've ever seen in court.
 4              Like the government really had no
 5              explanation, I assume the judges are
 6              gonna rule against them because this
 7              was a -- I'm not-- I'm not part of
 8              anything.
 9                        We don't even know why they
10              took it.
11        Q     Have you been interviewed by the FBI --
12        A     No.
13        Q     -- in connection with any --
14        A     No.
15        Q     -- election-related matters?
16        A     No.
17        Q     Going back to the first segment when we
18              were talking about Chris Ruddy, I want
19              to try to put a cap on that.
20        A     (Indicating).
21        Q     You said at the end -- well, I don't
22              know when it was, but essentially that
23              as of May 1st of 2021 you were told
24              that you could no longer go on Newsmax;
25              is that accurate?
```

Page 119

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 121 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 121
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 121
of 375

```
 1        A      It's by Chris Ruddy directly, yep.
 2        Q      And I apologize if you've said this in
 3               one of your answers, but did Mr. Ruddy
 4               explain to you specifically that it was
 5               because of Dr. Coomer or me that caused
 6               that?
 7        A      Directly he said it was because of a --
 8               of a settlement with a -- a guy named
 9               Eric Coomer.
10        Q      Okay.  And...  And since then, early
11               May of 2021, you hadn't made any
12               appearances on Newsmax?
13        A      No, they wouldn't let me.  I've asked
14               numerous times.  Said can we talk about
15               going with Mr. Pillow and stuff.
16        Q      But you run -- you still run and have
17               run through that period of time from
18               May of 2021 to the present, ads for
19               your company?
20        A      Ads what?
21        Q      Ads for your company.  My Pillow ads?
22        A      On where?  On Newsmax?  Yeah.
23        Q      Newsmax.  Yep.
24        A      I do on every station, every single
25               station in the country.
```

Page 120

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 122 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 122
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 122
of 375

```
 1        Q     Okay.

 2        A     He doesn't have a problem me putting

 3              advertisement there.  He just won't

 4              have me on to promote My Pillow or my

 5              products.

 6        Q     Okay.  And does Newsmax -- when an --

 7              when you run an ad on Newsmax, do you

 8              give them the Newsmax promo code on the

 9              ad?

10        A     Huh?  Do I gave -- there's promo codes

11              on the ads.  But, no, those ads are --

12              those ads are different.  Those ads are

13              directly related to the ad.  It has

14              nothing to do with the Newsmax, what

15              Chris used to do before.

16        Q     No, I -- I get that.

17        A     No, I'm answering your question.  Every

18              single ad, no matter where it is in

19              this country, is directly related to

20              that ad at that moment in time.

21                     So there could be Cool 103,

22              which would be maybe a towel on Newsmax

23              at that moment in time.  Whether it's

24              4:00 in the morning an ABC or 6:00 at

25              night on CNN.  Everyone is tied to
```

                                      Page 121

```
 1              that, so when you run an ad, if it
 2              doesn't -- at least break even, you
 3              don't run it again.
 4                      But what I'm talking about
 5              with Newsmax is just like I have at
 6              other -- at other stations where I go
 7              on these are the -- where I go on to
 8              make an appearance, "Hey use promo code
 9              Newsmax.  Help -- thanks for helping My
10              Pillow today."
11                      You know -- you know, those
12              are the -- those are live appearances.
13              And then also in e-mails and -- and
14              this is what's been shut off there.
15                      That's the valve that was
16              shut off.  And that's a very important
17              valve as I just left the room here to
18              go do another show while the war room
19              -- it was the war room and I went on
20              there and all I talked about for seven
21              minutes was My Pillow, and -- and my
22              company.
23                      And -- and advertising on --
24              talking about our products.  And -- and
25              now -- and that -- that will manifest
```

Page 122

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 124 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 124
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 124
of 375

```
 1                too.  And that's just using the generic

 2                code war room where if I did ads on --

 3                on Real America's Voice -- if I do ads,

 4                it's tied to a direct commercial.

 5                     So there's a difference

 6                between live things and commercials.

 7                That's the part you need to understand.

 8      Q    Yeah.

 9      A    That's the parted you destroyed.

10      Q    I didn't do anything, but the -- I

11                understand that, we talked about that

12                in your last deposition.

13                     But when I'm -- I'm trying

14                to -- the part I don't understand is

15                you only could run ads I get that, but

16                you've testified that there's $2.7

17                million in reduced revenue during the

18                time period in question.

19      A    (Indicating).

20      Q    And so my question is, is that solely

21                Newsmax promo code --

22      A    (Indicating).

23      Q    -- related or their Cool 123 is that

24                what I'm --

25      A    -- no, it's just Newsmax -- it's just
```

Page 123

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 125 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 125
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 125
of 375

```
 1              the -- the ones where he would have me

 2              on to talk about the products and stuff

 3              or to do special e-mails, or he'd put

 4              banner ads up for me for free on

 5              Newsmax.

 6                    He would do all this stuff

 7              because I was a great sponsor on buying

 8              ads on his shows.  That's the part, the

 9              valve that got shut off was all the

10              stuff that Newsmax and other stations

11              do because I'm a big advertiser there.

12                    So they want to help my

13              company and help the My Pillow

14              employee, and help My Pillow.  That's

15              the part that was shut off, the valve,

16              and completely shut off.

17                    So when you see on this

18              paper $300 thousand that bled over to

19              the next four months, that's just the

20              people, "Okay, there were remember when

21              I used to go on air and stuff before I

22              was cut off completely."  (Indicating).

23      Q      Okay.  So Mr. Ruddy though I think was

24              very clear to this point, but he

25              indicated to you, did he not, that
```

Page 124

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 126 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 126
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 126
of 375

```
 1              Newsmax had never been able to verify

 2              or corroborate your claims of election

 3              fraud, and, therefore, you couldn't

 4              come on and talk about them.  Didn't he

 5              tell you that?

 6     A     No.  You want to know what he told me,

 7              is that's not question?  He said, yeah,

 8              that's not what he said.

 9     Q     So your testimony is, is he's never

10              told you that they can't verify your

11              claim?

12     A     Here's what he said exactly.

13     Q     Did he tell you that or not?  "I can't

14              verify this.  We can't have you on

15              because we can't verify"?

16     A     No, that's not what he said.  He said,

17              "Mike, I don't have the evidence that

18              you have."  I said, "Well, I'll give it

19              to you.  I'll give it to your lawyers."

20                     That's what I said to him,

21              if you want to talk those -- that

22              thing.  That's exactly what I said, I

23              said, "Chris, I have all the evidence,

24              why right now your lawyers accept it?"

25                     We've even offered it -- we
```

Page 125

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 127 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 127
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 127
of 375

```
 1              offered it to other places too, Fox

 2              News, none of them wanted to take -- to

 3              have the evidence.  And they -- and

 4              we've said you know.

 5                   So Chris -- that's what he

 6              said, he goes, "Mike, I don't have the

 7              evidence you have."  I go, "Well, Chris

 8              I'll give it to your lawyers.  Are you

 9              kidding me?"

10                   And that -- that's even

11              documented that my -- I believe in our

12              cases where we offered them, you know.

13              I -- I -- I personally offered it to

14              him.

15                   You know I said, "What are

16              you talking about, Chris?"

17    Q    But what evidence did you offer to

18              Newsmax to support your claims?

19    A    I offered him evidence in -- in any

20              machine things.  Because he said

21              there's been no, you know, "We don't

22              have evidence of machine manipulation,

23              of computer manipulation."

24                   I said, "Well, we'll give --

25              we'll give you everything we have," you
```

Page 126

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 128 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 128
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 128
of 375

```
 1              know.
 2      Q       Have you given me everything you've
 3              got?
 4      A       Of evidence?
 5      Q       Yeah.
 6      A       I don't know.  You'll -- you'll have to
 7              ask my attorneys.  I don't know.  You
 8              guys do your discovery and trying burn
 9              My Pillow out of money.
10                      Why don't you ask -- ask my
11              attorneys or whatever you were supposed
12              to get, you probably got.  You probably
13              got 32 terabits of -- from Dennis --
14              this -- this is my -- this -- I don't
15              know what about your discover was here
16              because this has nothing to do with the
17              -- with the election or the voting
18              machines.
19      Q       Well, when you offered to give the
20              evidence, as you put it, to Mr. Ruddy
21              what specific evidence were you
22              referring to?  Specific evidence.
23      A       Any evidence we had at that time.  I
24              don't even know when he -- when he said
25              this, this had nothing to do with Mr.
```

Page 127

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 129 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 129
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 129
of 375

```
 1              Coomer.

 2                      This -- what he was saying

 3              back then was the deal with Coomer was

 4              a settlement of something where he

 5              couldn't have me on anymore.

 6      Q       What evidence did you -- you said this

 7              was in May of 2021.  What evidence did

 8              you have that --

 9      A       -- in May of 2021 we had all the Dennis

10              -- I had all the Dennis Montgomery

11              stuff.  I had piles of money I had

12              spent on private investigators, this

13              firm, or whatever it is.

14                      I -- I don't know.  You'd

15              have to turn back time and whatever my

16              lawyers, if you asked for that, they

17              can give you all.  We had piles of it.

18              It was just the beginning.

19                      It was so much evidence, I

20              didn't know what to do with it all.

21              And it just got bigger over the last

22              two years.

23                      We didn't know about the

24              Cast Vote records then, so I did not

25              have them.  The Cast Vote records came
```

Page 128

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 130 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 130
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 130
of 375

```
 1              in this June of -- when I first found
 2              out how -- that they come right out of
 3              the machines was June of 2022 -- 2022.
 4                     And that's when I put a call
 5              out to -- to everybody to go do your
 6              freedom of rights and asked for Cast
 7              Vote records.
 8      Q    Well, this is the issue that I'm -- I'm
 9              struggling with, sir.  I do need
10              specifics.
11                     You said the evidence that
12              you offered to provide to Mr. Ruddy and
13              Newsmax was the Dennis Montgomery --
14      A    -- I don't know what you're -- you need
15              to specify when -- when I said that.
16                     This is -- you're -- you're
17              trying to pollute this recently or
18              whatever it is because he's --
19              apparently he's been sued by other --
20              by the machine companies which I was
21              unaware.
22                     And I offered them, I said,
23              "Hey, we have all the evidence you
24              need."  So this a -- this was like
25              three months ago, is that when you're
```

Page 129

```
 1              talking?

 2                       I need to know when you're

 3              talking about.

 4       Q      But --

 5       A      -- the evidence didn't come up back in

 6              the Coomer -- back in this thing.  Had

 7              nothing to do with that.

 8       Q      Okay.  So you didn't have any evidence

 9              to offer Newsmax?

10       A      No, I had all kinds of evidence, but he

11              didn't -- he didn't -- it didn't get

12              brought up then; do I understand that?

13              You didn't ask me for evidence then.

14                       He said I couldn't come on

15              his show anymore because of a thing he

16              made with guy named Eric Coomer.

17       Q      You said --

18       A      -- it had nothing to do with the

19              evidence.

20       Q      Okay.  You said you offered to give him

21              the evidence.

22       A      Many times when he got sued by, I think

23              Dominion and Smartmatic.  I don't know

24              who he's all been sued by.

25       Q      When was the first time you offered to
```

Page 130

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 132 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 132
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 132
of 375

```
 1              give (inaudible) --

 2     A        -- I don't know.  You'd have -- I have

 3              no idea when the first time was.  I

 4              have no idea when we offered it and

 5              we --

 6     Q        -- do you -- do you remember anytime

 7              that you made the offer?

 8     A        Yeah, absolutely.

 9     Q        Okay.

10     A        Absolutely.

11     Q        When?

12     A        I don't know when.  I don't know when.

13              I know it wasn't until -- I know it

14              wasn't during this May thing way back

15              then.  Absolutely, it wasn't back then.

16     Q        Okay.  So before May of 2021, we can

17              establish that you didn't offer --

18     A        -- I -- I don't know.

19     Q        Let me finish my --

20     A        Okay.

21     Q        -- question, please.  Before May of

22              2021, you had not made the offer that

23              you just referenced to Mr. Ruddy to

24              provide him with the evidence of

25              election manipulation?
```

Page 131

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 133 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1   filed 11/10/23   USDC Colorado    pg 133
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23   USDC Colorado    pg 133
of 375

```
 1      A     I -- I don't know.  It maybe -- maybe

 2            it was -- maybe it was after the

 3            Twitter thing, I could've said

 4            something to him.

 5                      Where I said, "Hey, Chris I

 6            have evidence," when he -- when he made

 7            that statement.  I think that is

 8            actually when I -- when I told him we

 9            had evidence and...

10                      Because we -- we -- we had

11            to talk through that Twitter thing, and

12            why the guy pulled his thing off.  And

13            I go, "Chris," I -- I said, "...that's

14            why they're cancelling me and I have

15            this evidence."

16                      And that was the Dennis

17            Montgomery evidence that I had at that

18            time.  That's when I offered him the

19            evidence; now I do recall on that.

20                      So it was during the Twitter

21            conversation, because he said, "We here

22            at Newsmax can't -- Mike, we can't say

23            anything about the machines because we

24            don't have any evidence."

25                      And I said, "Well, I got
```

Page 132

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 134 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 134
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 134
of 375

```
 1              evidence, you can have all you want."
 2              From Dennis -- you know, I didn't
 3              mention Dennis Montgomery though.
 4              That's what it was; 100 percent now I
 5              -- I do recall that.
 6                    Because he -- he was very
 7              concerned, I said, "Why are you
 8              concerned -- what -- or this
 9              statement," because he, you know, I
10              didn't even know about that that
11              because the guy muted me out when I was
12              going, you know.
13                    So it was during that
14              conversation where he said, "Well, we
15              don't have the evidence."  And I go,
16              "What's the problem of me saying that
17              on your show?"
18                    And he goes, "Well, we don't
19              have evidence yet of -- of any -- of
20              anything yet.  We done have the
21              evidence."  I said, "Well, I'll give
22              you the evidence."
23                    And then he said -- and he
24              didn't -- never asked for it again.  Or
25              never said, "Okay, let me see it."
```

Page 133

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 135 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 135
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 135
of 375

```
 1      Q    Did you just send it to him?  I mean if
 2           -- if what you say is true and -- and
 3           this episode just during that brief
 4           period of time cost you $2.7 million
 5           dollars; did you ever just send it to
 6           him?
 7      A    No, I didn't know -- what are you
 8           talking about the time in 2 -- this was
 9           back with Twitter.  This was in
10           February 2nd of 2021.  This was that
11           conversation.
12      Q    Right.
13      A    I said, "Chris, I have this evidence."
14           Remember I was trying to get it out to
15           the world, I tried to get the president
16           to sign the gag order -- you know, get
17           the gag order signed that was on the
18           Montgomery evidence.
19                     And that's what I was doing.
20           And, you know, I wasn't just out there
21           yelling, losing retailers, and losing
22           Twitter, and losing everything else and
23           losing my life, I had this evidence I
24           had got from -- that Dennis Montgomery.
25                     I didn't put his name out
```

Page 134

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 136 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 136
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 136
of 375

```
 1                  there then because it was under a

 2                  government gag order.  You know the

 3                  whole story.  I tried to get it to the

 4                  president to sign the -- get rid of gag

 5                  order on it.

 6                       And that's when I said to

 7                  Chris, "Chris, I have evidence."  And I

 8                  said you should -- "Do you want to see

 9                  it?"  And he goes -- and he didn't see

10                  it.  He didn't want to see it.

11       Q    Well, why could you offer it to him if

12                  it was under a gag order?

13       A    I told him I had it.  You know, I had

14                  the evidence.  Yeah, it was under a gag

15                  order; I wanted to get it out there.

16       Q    You said you offered it to him?

17       A    I did say, I said, "Chris, I have the

18                  evidence.  You want me to, you know,

19                  send to or talk to your lawyers or

20                  whatever?"

21                       I don't remember the exact

22                  conversation, but I 100 percent told

23                  him I had the evidence and he said,

24                  "Well, we have no evidence the

25                  machine..."
```

Page 135

```
 1                    You know, there was other
 2            stuff too, everything that come out in
 3            November and December, piles of stuff,
 4            but I had confirmation of that.
 5     Q      Mr. Lindell, if you were, as you say
 6            under this gag order, why did you offer
 7            to send the evidence to Mr. Ruddy?
 8     A      No, I said I have evidence.  I don't
 9            know -- I said, "Chris, I have evidence
10            of the machine thing."
11                    He goes, "Well, we have --
12            we don't..."  He -- he actually didn't
13            want to see any, he didn't want to hear
14            anything of it.
15                    He said, "Well, we have a
16            thing, Mike, we're gonna, you know, we
17            don't -- we don't want to get sued,"
18            blah, blah, blah.  That was on February
19            2nd.
20                    I don't remember the exact
21            conversation.  I had more than just
22            Dennis Montgomery stuff; the whole
23            world had it.  You know, all of a
24            sudden he's suppressing saying that,
25            "We here -- we here at Newsmax or
```

Page 136

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 138 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 138
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 138
of 375

```
 1              whatever believe there was no -- that

 2              there's no evidence to support these

 3              allegations or whatever."

 4                      They did a flip flop, you

 5              know.

 6     Q   Why didn't you send it to him?

 7     A   Why didn't I send what to him?

 8     Q   The evidence that we've been talking

 9              about.

10     A   I -- you got to go back and hear the

11              conversation.  I don't know.  Because

12              he didn't want to see it.  He didn't

13              want to hear anything of it.

14                      I said, "Chris, I'll sit you

15              down and show you.  I'll fly down there

16              and show you.  I'll give -- show --

17              show your lawyers."  And he didn't want

18              to do it.

19                      That's the big bottom line.

20              He didn't want to do anything with

21              that.  He said, "No, we here at

22              Newsmax, Mike, I'm standing firm."

23              That's what it was.

24                      You can't talk about machine

25              companies or -- or election crime.
```

Page 137

```
 1      Q      How could had you sit down and show him
 2             the evidence if it was under --
 3      A      -- I had plenty more than Montgomery's
 4             evidence.  I had a piece of paper today
 5             -- if you've seen it.  I had it right
 6             there.
 7                    I put it out publically.  It
 8             was out publicly.  I didn't know with
 9             this gag order there was already some
10             of it out there publically.
11                    I was showin' that and there
12             was piles of other stuff, piles of
13             evidence.  I could've gave him -- I
14             could've -- he could've sat there for a
15             month and looked through it.
16                    But he didn't want -- he
17             didn't want to do that.  He said -- he
18             said, "I'm just -- Mike, I'm -- I'm
19             worried about this just don't just go
20             on and don't talk about machines
21             anymore."  Okay, what's that I did.
22                    MR. CAIN:  Objection;
23             non-responsive.  Because you cut off my
24             question before I finished asking it.
25      A      (Indicating).
```

Page 138

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 140 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 140
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 140
of 375

```
 1              By Mr. Cain:

 2         Q    So when you said you were offering to

 3              sit down with him and show him the

 4              evidence, you were referring to

 5              everything except for the Dennis

 6              Montgomery --

 7         A    -- no, including the pieces I had from

 8              the Dennis Montgomery.

 9                        This was early on.  I had

10              pieces that were released to the

11              public.  That were released to the

12              public.  That was out there.  I grabbed

13              it off Twitter.  I had that part.

14         Q    Okay.

15         A    I didn't -- I didn't have the other

16              stuff in my possession then.

17         Q    Okay.

18         A    I had the parts of it and I was getting

19              it validated.

20         Q    So that was publicly available

21              information that Newsmax --

22         A    -- that -- absolutely.  It was four

23              things and that's what I -- I brought

24              to the president.

25                        It was four sheets that came
```

Page 139

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 141 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 141
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 141
of 375

```
 1              from a journalist, it came from Mary
 2              Fanning had put it out there, she's a
 3              journalist on American Report.  And it
 4              was all over Twitter.
 5                      And then there was piles of
 6              other stuff that had been brought to
 7              me, or like a funnel, and it -- and it
 8              was out there.
 9                      And I'm going -- and it was
10              just a simple argument with Chris
11              going, "Hey, Chris, I'll come down and
12              show you.  Are you naive?  Don't you
13              watch the news?  There's evidence
14              everywhere."
15                      And then -- and -- so there
16              was just an argument of like how can
17              you make these statements?  Now you're
18              gonna -- you're gonna go cold and not
19              talk you can about the election either.
20              That was the argument, you know.
21                      And Chris is going, "I know
22              Mike," here's what he said exactly, "I
23              know Mike, but I can't take a chance,
24              I'm getting sued," you know.
25                      He knew there was evidence
```

Page 140

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 142 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 142
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 142
of 375

```
 1              out there, he said 100 percent there's
 2              evidence out there.  He goes, "I know
 3              there's evidence out there, but I'm,
 4              you know, at Newsmax I can't take the
 5              chance.  We have -- we don't have
 6              that."
 7                   I said, "Well, you want me
 8              to come down there and show you?  Are
 9              -- are you blind to what's going on out
10              there?"
11                   Everybody was seeing that --
12              it was into November and December.
13                   MR. CAIN:  Objection;
14              non-responsive.
15
16         By Mr. Cain:
17    Q    Mr. Lindell, I can't even read my
18              questions because your answer is too
19              long on the screen to go back to.
20                   But let me pick up on a few
21              pieces of what you just said.  The
22              evidence that you had included four
23              sheets of paper from Mary Fanning that
24              you referenced, that was all over the
25              place.
```

Page 141

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 143 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 143
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 143
of 375

```
 1        A    It was not from her -- it was on -- it
 2             was all over the Internet.  It was from
 3             the American, I forgot what -- the
 4             American Report.
 5        Q    Okay.
 6        A    Then there was hundreds of other things
 7             of evidence, piles from here to the
 8             ceiling.
 9        Q    Yeah.  You said America Report, but
10             that's Mary Fanning.
11        A    I don't know; I guess it is, you know.
12             But there wasn't just that, there was
13             everything -- there was all kinds of
14             evidence that -- are you kidding me?
15        Q    And then you said you -- you also had
16             investigators who had gathered
17             evidence?  (Inaudible) --
18        A    -- no, not at that point.  Not at that
19             point.
20        Q    Has this --
21        A    -- now that -- now that you know the
22             dates that these were said.  Not at the
23             point.  I had done my own
24             investigations for two and a half
25             months.
```

Page 142

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 144 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 144
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 144
of 375

```
 1        Q    But do you have investigators now that

 2             are gathering information --

 3        A    -- no, we did back then.  They did back

 4             then.  We hired some in the spring of

 5             '21, lawyers, investigators,

 6             everything.

 7        Q    Who?

 8        A    Huh?

 9        Q    What investigators?

10        A    You know what?  Ask my lawyer.  You --

11             you guys -- do that in your discovery.

12             I don't know their names.  I've had so

13             many lawyers and cyber guys and

14             everything else.

15        Q    Well, to the extent that you validated,

16             allegedly, any of this evidence of

17             election fraud, I need to know from you

18             who has provided you information that

19             you claim, either investigators or

20             otherwise, that you claim support

21             you --

22        A    -- I don't know even what you talking

23             about.

24                     MR. MALONE:  Mike, Mike,

25             just wait.
```

Page 143

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 145 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 145
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 145
of 375

```
 1                      THE WITNESS:  Yeah.
 2                      MR. MALONE:  Let me get in
 3           objections.
 4
 5           By Mr. Cain:
 6      Q    Who are the investigators?
 7      A    I don't know their names.  I can't
 8           remember, that was two years ago.  Get
 9           it in your discovery.  It had nothing
10           to do with this case.
11                      THE WITNESS:  Why does he
12           get to ask questions about something
13           that is irrelevant to this case?
14                      MR. MALONE:  (No response).
15
16           By Mr. Cain:
17      Q    I don't know if it's relevant or not
18           until I ask you the question.
19      A    Okay.
20      Q    There was investigations relating to
21           this evidence that you supposedly
22           compiled.  That's relevant.
23      A    No, it's not.  What does it have to do
24           with your client?  It has nothing to do
25           with him.
```

Page 144

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 146 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 146
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 146
of 375

```
 1        Q     All right.

 2        A     This is crazy.

 3        Q     You and I can --

 4        A     -- you're asking me about something

 5              that has nothing to do with your

 6              client.

 7                      The bottom line is, on

 8              February -- after February 2nd Newsmax

 9              took away my right to be able to go

10              talk about evidence or talk about the

11              election crime, they took everybody's

12              away then.

13                      But then -- then -- then

14              after your client did what they did and

15              you did to me, then I lost the right to

16              even talk about My Pillow.  End of

17              story.

18                      That's the case.  One you

19              lose here, one you lose here.  This one

20              was because of law fair, this one

21              because of some hidden agenda you guys

22              have to destroy My Pillow.  There's the

23              two bookends.

24                      MR. CAIN:  Objection;

25              non-responsive?
```

Page 145

```
 1                    THE WITNESS:  Well, it's
 2          true.

 3

 4          By Mr. Cain:
 5     Q    So you say you offered evidence to
 6          Chris Ruddy but he didn't want to look
 7          at it; is that fair?
 8     A    The statement is this, "Chris, you know
 9          the election was stolen.  You know
10          there was evidence or whatever."
11                    And he said, "Yes, Mike, but
12          I can't talk about it on my channel
13          because I'll get sued."  That's what he
14          said exactly.
15                    MR. MALONE:  Mike, just keep
16          it down.
17                    THE WITNESS:  I mean, it's
18          so -- it's like your --
19                    MR. MALONE:  I know.
20                    THE WITNESS:  -- redundant.
21                    MR. MALONE:  But...
22                    THE WITNESS:  I didn't say,
23          "Hey, Chris, I got smoke and gun stuff
24          here."  I said, "Chris we have all the
25          evidence in the world.  I've got
```

```
 1            evidence."  I said, "You know the

 2            election was stolen and there's

 3            problems."

 4                      And he said, "Yes, I know,

 5            but I can't do anything.  I can't talk

 6            about it anymore because of -- we're

 7            getting sued.  We could get sued."

 8                      That was his quote, exactly,

 9            that was the conversation.  That was on

10            February 2nd, right after the Twitter

11            incident.

12

13            By Mr. Cain:

14    Q       Did he ever tell you that Newsmax was

15            able to verify any of the so-called

16            evidence of election fraud?  Did he

17            ever tell you that?

18    A       He didn't -- we didn't talk about that.

19            I told you that was our only

20            conversation about election fraud, it

21            was right after the Twitter thing.

22            About -- about a 15-minute

23            conversation.

24                      I'm going, "Why can't you

25            talk about these elections?"  I go,
```

Page 147

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 149 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 149
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 149
of 375

```
 1                  "Why can't I go on and say why my

 2              Twitter was taken?"  Because I want to

 3              speak out about our -- our platforms

 4              and our elect -- and the anomalies in

 5              our election?

 6                     And he says, "Mike, I'm

 7              afraid I can't, I'll get sued."  That

 8              was the start of law fair.

 9      Q    But by -- by the late spring of 2021,

10              summer of 2021, it's fair to say that

11              publicly you were associated with this

12              election fraud?

13      A    Oh, I think I was right away in

14              January.  Hello?  When you got a

15              picture of the Whitehouse with a --

16              holding papers and a, it says,

17              "Marshall law," on them.

18                     And you're getting attacked

19              and they're -- and I mean the -- that's

20              the spring -- the summer of '21.  I

21              would say it would be January 15th

22              of '21.

23      Q    Did you ever consider the possibility

24              that Newsmax simply didn't want to be

25              associated with you?
```

Page 148

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 150 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 150
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 150
of 375

```
 1      A      No, that's not what Chris said.  I know
 2             Chris, I've known him for a long time.
 3             He said, "Mike, don't come on and talk
 4             about machines."  I abided by that.
 5                      Then when you guys did what
 6             you did, I couldn't go on and talk
 7             about My Pillow.  He explained it
 8             straight out.  "I can't do you it,
 9             Mike.  You can't come on," you know
10             like I used to.
11                      "You know I've helped you
12             out before."  "Well, before isn't now,
13             you're turning on me," because of
14             whatever happened on -- with -- between
15             you guys.  And he told me that straight
16             out.
17      Q      Well, he said under oath that there was
18             no such deal though.
19      A      Well, he can say that because you guys
20             probably, maybe don't have anything
21             written, I'm sure my lawyers tried to
22             get out of you.
23                      THE WITNESS:  I don't know,
24             have you took the stand yet?  Yourself?
25             I'd love to take you -- put you on the
```

Page 149

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 151 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 151
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 151
of 375

```
 1              stand, see how you lie.

 2                        MR. MALONE:  He's not gonna

 3              answer questions.  You --

 4                        THE WITNESS:  What?

 5                        MR. MALONE:  -- answer his

 6              questions.

 7                        THE WITNESS:  What was the

 8              question?

 9                        MR. MALONE:  Exactly.  He'll

10              ask you the questions.

11                        MR. CAIN:  That's the

12              problem.  Is I don't have a question --

13                        THE WITNESS:  Okay.

14                        MR. CAIN:  -- pending.

15                        THE WITNESS:  You've doing a

16              lot of commentary, but I -- and --

17              isn't it true, blah, blah, blah.

18                        MR. CAIN:  Okay.

19

20              By Mr. Cain:

21        Q     So I think we've exhausted, unless

22              there's something else that Mr. Ruddy

23              told me -- or told you that you think

24              is relevant to this issue, I think

25              we've exhausted that conversation;
```

Page 150

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 152 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 152
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 152
of 375

```
 1              right?
 2      A       That -- I can tell you there's only --
 3              the first conversation was after the
 4              Twitter where he cut me off to never
 5              talk about elections --
 6      Q       Right.
 7      A       -- again.  The second time was now you
 8              can't go on and talk about My Pillow.
 9                        And it has been the same
10              thing every time I have asked him for
11              two years.  "Mike, you know I can't
12              have you on, talk about pillows or
13              anything.  I'm sorry."
14                        So whatever deal you did
15              with him is your dirty deal, not mine.
16              End of story.  Close the Coomer case.
17      Q       Okay.  Probably not that simple.  When
18              you -- when we started down this path
19              right before the break, we were talking
20              about Ruddy but then you -- you filled
21              me in on your top three with respect to
22              Dominion; the Cast Vote records; you --
23              you recall that testimony?
24                        The Cast Vote records though
25              was something new to me.  And what's
```

Page 151

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 153 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 153
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 153
of 375

```
 1              specifically did these Cast Vote

 2              records expose with regard --

 3       A      -- and by the way you've got to put

 4              Dennis Montgomery and the terabits on

 5              there, too.

 6       Q      Okay.

 7       A      The 32 terabits.  Those are four,

 8              there's actually four.  There's a top

 9              four.

10       Q      Okay.

11       A      He was my Number 1, but now we have

12              right out of the machines -- the reason

13              I say that is because these come right

14              out of the machines, so right out of --

15              from the Secretary of State's office.

16                      So they went through the

17              machines; they can't lie about that.

18              Now they're trying to even stop people

19              from getting a Cast Vote record.  Do

20              you want me to explain what one is?

21       Q      Yeah.  What specifically did this

22              discovery relating to Cast Vote --

23       A      Okay.

24       Q      -- records expose?

25       A      Expose?
```

Page 152

```
 1       Q     Yeah.

 2       A     Okay.  Machine -- computer manipulation

 3             in every single county that we got Cast

 4             Vote records for from the 2020 election

 5             and from the 2022 except for six

 6             counties in Florida in the 2022

 7             election.

 8                   What Cast Vote record is,

 9             the way they come out of the machine,

10             let's say you missed a football game

11             and you went back to watch a rerun or

12             to watch it play-by-play, it's the

13             order they come out.

14                   First quarter 7-7, second

15             quarter 14-7, you get in the third

16             quarter, you don't go in reverse to 7

17             to 3.  Okay?

18                   You don't hit -- and so it's

19             the record that the votes are placed.

20             And this had been around for a long

21             time, but now they found they found

22             out, "Wow, you can show to 100 percent

23             computer manipulation."

24                   There's either computer

25             manipulation or there's not; there's no
```

Page 153

Case No. 1:22-cv-01129-NYW-SBP     Document 235-15     filed 12/11/23     USDC Colorado
pg 155 of 375

Case No. 1:22-cv-01129-NYW-SKC     Document 222-1     filed 11/10/23     USDC Colorado     pg 155
of 375

Case No. 1:22-cv-01129-NYW-SKC     Document 173     filed 09/07/23     USDC Colorado     pg 155
of 375

```
 1              in between on a Cast Vote record.

 2              There's absolutely no in between.  This

 3              can't be denied because it comes from

 4              the Secretary of State.

 5                   Now you can scramble them,

 6              which some states are doing that now,

 7              they're scrabbling them.  Some are

 8              fighting like here in Minnesota, that

 9              would never give -- give them out.

10                   South Dakota wouldn't give

11              them out.  And South Carolina's making

12              a thing right now, you can't ask for

13              them and -- and they're trying to take

14              away the Freedom of Information Act for

15              citizens to ask.

16                   What -- we want to see

17              what's going on inside those machines,

18              these computers.  That's what we want.

19              And that's what a Cast Vote record.

20                   Because it's such good --

21              and it comes right out of the machine

22              -- that's -- it's -- anything that

23              happened inside there, that's what a

24              Cast Vote record shows the order the

25              votes come in.
```

Page 154

```
 1     Q     How many counties do you have Cast Vote
 2           records for?
 3     A     I believe, in the 2020, about a third.
 4           So a little over a thousand of the
 5           3,000 some.
 6                   And we have it in -- and we
 7           have it in a like I say about a third.
 8           I think there's 3,143 counties.  I
 9           think we have a -- maybe 1,050 counties
10           of the -- of the 2020 election.
11                   You can show a side by side,
12           here's a Cast Vote record where there
13           was no computer manipulation, and
14           here's one that there is.
15                   And like I say, I believe in
16           the 2020 in the report that we got
17           after a year with these guys, I think
18           it was a report taking a year to
19           complete, or maybe a half a year, I
20           don't remember that part, we have the
21           full Cast Vote record report.
22                   That's also up on
23           Frankspeech, and it shows a -- I think
24           it's 99 percent of all those counties
25           were computer manipulated.
```

Page 155

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 157 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 157
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 157
of 375

```
 1        Q     Who compiled the report?

 2        A     Jeff O'Donnell.

 3        Q     Okay.  And those are counties -- the

 4              100 or excuse me, the 1,000 --

 5        A     -- actually, Jeff O'Donnell, there was

 6              guy -- there was a lot of cyber guys.

 7              But Jeff's the one that compiled the

 8              report.

 9                      A lot of people dug into

10              those -- into the Cast Vote records.

11              Once they realized that this is -- this

12              is a direct correlation to computer

13              manipulation.

14        Q     So then, therefore, these would not be

15              counties with, correct me if I'm wrong,

16              that do hand-marked ballots?

17        A     What's that?

18        Q     The 1,000 counties --

19        A     -- what's that -- it doesn't matter

20              whether -- if they're hand-marked

21              ballots; everything goes through

22              computers.  You realize that.

23                      I -- I don't know what -- if

24              you're -- if you're familiar with the

25              whole voting processes.  Okay.
```

Page 156

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 158 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 158
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 158
of 375

```
 1                      Everything goes through --
 2              you got accounting machines [sic], you
 3              have polling -- polling books, you have
 4              computerized routers and -- and
 5              computers, you have all these stuff,
 6              these process.
 7                      You can still have paper, it
 8              doesn't matter if you have paper or
 9              not, you've got to -- it's all the
10              stuff that's going on with the computer
11              manipulation.
12                      And what it is, if you look
13              at -- I don't know if you know what a
14              deviation is in numbers.  Here's a
15              deviation, $3 million dollars Mike
16              takes in of My Pillow for four months,
17              after that $300 thousand.
18                      You have to -- numbers don't
19              lie.  There's got to be a different
20              input to get a different output.
21              Something had to happen on May 1st of
22              2021.
23                      With the Cast Vote record
24              and stuff that come out, something had
25              to happen where you get the exact
```

Page 157

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 159 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 159
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 159
of 375

```
 1              pattern, and you get this play-by-play
 2              where votes go in reverse.
 3                     Because it's -- it's in
 4              order they're received.  So that means
 5              that somebody did something with a
 6              computer.
 7                     MR. CAIN:  Objection;
 8              non-responsive.
 9
10         By Mr. Cain:
11    Q    My question was, these 1,000,
12              approximately a thousand --
13    A    Yep.
14    Q    -- counties, did that include counties
15              that have hand-marked ballots?
16    A    I don't -- yeah, absolutely.  But they
17              -- but they all go through machines.
18              There's no counties -- well, there's is
19              now, because we've gotten rid of the
20              machines in quite a few counties.
21                     But there was none that
22              didn't have machines involved with
23              their election besides -- besides your
24              paper ballot you -- that you mark and
25              you put into the machine.
```

Page 158

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 160 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 160
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 160
of 375

```
 1      Q     The -- the thousand or so counties that
 2            Mr. O'Donnell analyzed --
 3      A     And others.
 4      Q     -- those counties would've been subject
 5            to either recounts or audit; right?
 6      A     No.  Not -- there's been no -- there's
 7            been no -- no recount -- you got your
 8            big audit in Arizona, that was one of
 9            biggest audits ever.
10                  Is Arizona one of those that
11            happened?  I don't know because they
12            scramble their Cast Vote records.
13      Q     What do you mean 'they'?
14      A     They scrambled it -- they -- whoever
15            they are, the Maricopa County Board,
16            they scrambled it.
17                  So a Cast Vote record they
18            scrambled it, and they used the excuse
19            that you would -- that you would know
20            who made the first vote somehow.
21                  So they used the -- they
22            used these excuses now that you -- you
23            could be possibly you could find out
24            who the first (inaudible) voted.  And
25            you'd know who they voted for.  So they
```

Page 159

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 161 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 161
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 161
of 375

```
 1                  scrambled it.

 2                          And so it's -- if you took

 3                  -- if you took a whole bunch of

 4                  sequence of numbers and you just

 5                  scrambled it, that's what they did.

 6                          And our lawyers have

 7                  evidence they scrambled it and that's a

 8                  fact.  So that's what I'm trying to

 9                  tell you.

10      Q    So you think that voter -- voters'

11                  identification shouldn't be secret?  I

12                  don't -- I don't get your point.

13      A    Of course, it should be secret.  What

14                  does that have to do with anything?

15                  They scrambled something that it does

16                  not show -- Cast Vote record doesn't

17                  show anybody what -- who they voted

18                  for.

19                          What are you asking me?

20                  That's the dumbest question you've

21                  asked all day.  Of course, your votes

22                  have to be secret.  What is wrong with

23                  you?

24      Q    Did they randomized the numbers?

25      A    No, they scrambled this up because --
```

Page 160

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 162 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 162
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 162
of 375

```
 1              to hide the fact that there was

 2              computer manipulation in Maricopa

 3              County.

 4                     Then in the next election

 5              they shut off 262 machines.  They shut

 6              off 262 machines which we've got all

 7              the evidence in the world, it's still

 8              under appeal down there.

 9                     And, you know, I don't know

10              what you're going down a -- what are

11              you a Dominion lawyer here?  I don't

12              get it.  Are you a machine lawyer?  Is

13              this what this is all about?

14                     I don't get it.  This is

15              disgusting.

16       Q      Okay.  Cast Vote records I think would

17              take way too much time for us to go

18              down.  I want to -- let's talk about

19              Dennis Montgomery, since you mentioned

20              him.

21       A      (Indicating).

22       Q      He's got Number 4 on the list?

23       A      No, he's actually Number 1.  The other

24              three you asked me, what would be

25              direct evidence coming right out of the
```

Page 161

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 163 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 163
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 163
of 375

```
 1               machines.  All three of those other

 2               things come right out of the machine,

 3               you know, but Dennis Montgomery he's my

 4               first one.

 5                       I got that evidence on

 6               January 9th of 2021.  It's very public.

 7     Q     Okay.  So who introduced you to him?

 8     A     It was a phone call with Brandon House

 9               who I didn't know, apparently I was on

10               his show one time.

11                       And -- and the only reason I

12               even answer the call because it said

13               Brandon House, I thought it was

14               something to do with my house.

15                       And I -- I took the call on

16               January 9th, and there was -- he

17               introduced me to lady named Mary

18               Fanning.

19                       He introduced me to a lady

20               named Mary Fanning on the phone and

21               said, "Here, would you please listen to

22               this lady?"  And I said, "Sure."

23                       And she did a -- probably

24               talked for 15 minutes, very detailed

25               about a guy that work would for CIA and
```

Page 162

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 164 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 164
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 164
of 375

```
 1              his name was Dennis Montgomery.

 2                   Went into the government

 3              backed and she was -- it was very, very

 4              detailed, and she said if you can look

 5              at the -- the report, it was on -- it

 6              was on her American Report.

 7                   And I looked and there were

 8              four pieces that showed this machine

 9              computerized intrusion into our

10              election, and -- and that was it.  That

11              was the 15-minute call.

12                   And then -- and then I said

13              -- I get off and I said, "Wow."  And I

14              said, "This explains why every county

15              in every state in the country had

16              non-residents aboard."

17                   This was my ah-ha moment

18              because I had done my own

19              investigations and every single state,

20              every single state and county that I

21              checked had non-residents that voted or

22              that didn't live in that county, or --

23              or the state.

24                   I'm going, "Why would people

25              who are generally good people," you're

                                          Page 163
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 165 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 165
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 165
of 375

```
 1              not gonna march, "Hey, let's go a
 2              thousand -- let's jump over into
 3              Wisconsin and go vote for Biden."
 4                   It didn't make sense to me,
 5              (inaudible).  And I'm going something
 6              was -- something definitely had to be
 7              done with the computers.
 8                   This Montgomery stuff that
 9              Mary told me -- and I don't even know
10              she has sent the four things over.  I
11              had already seen those four pieces at
12              that point.
13                   And this solidified, I'm
14              going, "Wow, it was done with
15              computers."  And -- and you mean to say
16              he has all the evidence?  Yes.
17                   He has -- he's the guy that
18              built the Hammer Scorecard, she went
19              into all this stuff.  I go, "What is a
20              Hammer Scorecard?"  Explained all this.
21                   And all this then was
22              confirmed to me later with -- you had
23              generals, General Flynn, General
24              Montgomery, or not General Montgomery,
25              General (inaudible), all these
```

                                        Page 164

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 166 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 166
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 166
of 375

```
 1               different things that were confirmed.

 2                        So I went in to -- to

 3               confirm all this, but there was one

 4               problem, there was a gag order on it so

 5               I had to get it to the president.

 6    Q    Okay.  When did this 15-minute

 7               conversation with Mary Fanning happen?

 8    A    January 9th, 2021.

 9    Q    Okay.  And the four pieces of

10               information you said you were already

11               in possession of?

12    A    There were screen shots -- they were up

13               on Twitter I believe before that.  It

14               was just many, many of the things that

15               I'd go, "Here's more evidence.  Here's

16               more evidence.  Wow, this looks

17               interesting."

18                        And she directed me to the

19               -- to that site.

20    Q    Okay.

21                        MR. CAIN:  Let me show you,

22               let's just mark this.

23                        THE WITNESS:  I wanna ask

24               you something.  Why don't you object --

25               what does this have to do with Coomer?
```

Page 165

Case No. 1:22-cv-01129-NYW-SBP     Document 235-15     filed 12/11/23     USDC Colorado
pg 167 of 375

Case No. 1:22-cv-01129-NYW-SKC     Document 222-1     filed 11/10/23     USDC Colorado     pg 167
of 375

Case No. 1:22-cv-01129-NYW-SKC     Document 173     filed 09/07/23     USDC Colorado     pg 167
of 375

```
 1                         MR. MALONE:  We --
 2                         THE WITNESS:  -- I don't get
 3          it.
 4                         MR. MALONE:  Mike, we take
 5          care of that after.
 6                         THE WITNESS:  Okay.  Okay.
 7          This is bizarre.
 8                         MR. MALONE:  He asks the
 9          questions, you can answer them.
10                         THE WITNESS:  No, I'm just
11          -- okay, but you should be objecting.
12          What does that have to do with the
13          case?
14                         MR. MALONE:  Mike, we don't
15          think it has anything to do with the
16          case, we certainly --
17                         THE WITNESS:  -- okay.  All
18          right.
19                         REPORTER'S NOTE:  Whereupon,
                           Michael Lindell Deposition
20                         Exhibit Number 185 was
                           marked for identification.
21
22                         MR. CAIN:  All right.
23
24          By Mr. Cain:
25      Q    Let me show you what's been marked as

                                        Page 166
```

```
 1                  Exhibit 185 which you produced.
 2        A    What now?  (Witness reading to self).
 3        Q    Do you know what this document is?
 4        A    No.  This is not what I had that day.
 5        Q    At the top, again, it came from your
 6             file so we can presume that you had
 7             this document.
 8                       Is says, "Mike L
 9             Presentation Dated February 18, 2021
10             U.S. Election Interference."  Now this
11             would've been after your epiphany on
12             January 9th.
13        A    Okay.
14        Q    Do you remember this -- this
15             presentation?
16        A    No.
17        Q    Okay.
18        A    But this is also after February 5th
19             which absolute proof came out.  So...
20        Q    Right.
21        A    Anything from that would've been --
22             this would've been coming out of that
23             probably movie.
24        Q    Okay.  Is that --
25        A    -- or that -- or that collaboration of
```

Page 167

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 169 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 169
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 169
of 375

```
1              people that came to -- that I met for
2              the first time.
3      Q      Is any of information on Exhibit 185
4              the information that you refer to when
5              you were talking to Mary Fanning that
6              you already had?
7      A      What's that now?
8      Q      Does -- does any of this information --
9              was this what you had when you were
10             talking to Mary Fanning?
11     A      No, absolutely not.
12     Q      Okay.
13     A      100 percent, no.  It's got little
14             things going like this; it's got little
15             things coming over from other
16             countries --
17     Q      Okay.
18     A      -- and it's -- this is not it, I don't
19             -- I've never seen this.
20     Q      Bear with me for one minute.  I
21             think...  I may have that for you.  Let
22             me just show you what was part of a
23             report that's been issued in this case
24             at Page 17.
25     A      Yep.  That's one of them, yep.
```

Page 168

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 170 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 170
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 170
of 375

```
 1          Q      Okay.  So this is --
 2          A      -- that looks like one of them, yes.
 3          Q      All right.  And I'll -- since I'm not
 4                 gonna be able to mark that, I don't
 5                 know if you can see --
 6          A      -- if not, it's very similar.  It had
 7                 those lines on it, yeah.
 8                         MR. MALONE:  Mike, if you
 9                 can see it okay then -- that's fine.
10                         THE WITNESS:  Yep.
11                         MR. CAIN:  We got that.  All
12                 right.
13
14
15                 By Mr. Cain:
16          Q      And so what did -- what did Ms. Fanning
17                 tell you that those lines represent --
18                 represented?
19          A      She -- on the -- on the thing -- the
20                 whole call is about this guy named
21                 Dennis Montgomery, and validate -- she
22                 would basically validating him.
23                         We didn't have -- I didn't
24                 have those things in front of me on
25                 that phone call.  That was a 15 minute
```

Page 169

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 171 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 171
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 171
of 375

```
 1                  -- it was so -- it's so detailed.

 2                        This guy worked for the CIA,

 3            he built this thing to interfere in

 4            other people's elections for the

 5            government.

 6                        They used it on our country

 7            through these voting machines and blah,

 8            blah, blah, blah, it went on and on.

 9            And she -- that's what it was mostly

10            about, you know -- here, you know, we

11            -- he's --- this guy's got a --

12            basically a movie of everything that

13            was done in the election.

14      Q     No, I -- I think -- and I think we've

15            talked about that.

16      A     Well, no, that's she said -- that's

17            what she was saying.  So you asked me

18            what she said.

19      Q     All right.  So she --

20                        THE WITNESS:  -- in fact, I

21            have a tape -- we have -- have you got

22            a -- there's a tape and it's almost

23            identical to what she said to me.

24                        Which you guys are welcome

25            to listen to; I'll give you that
```

Page 170

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 172 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 172
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 172
of 375

```
 1              anytime, I -- maybe we already have.

 2              It's all -- it's almost identical to

 3              what she say to me.

 4                      MR. CAIN:  Okay.

 5

 6

 7         By Mr. Cain:

 8    Q    Well, where's that tape?  What tape

 9         area you referring to?

10    A    My attorney's have it.

11                      THE WITNESS:  Or did you

12         turn it over?

13                      MR. MALONE:  Mike, I'm not

14         sure what tape you're referring to

15         either.  We can, again, sort that out

16         after.

17                      MR. CAIN:  But it's -- that

18         it would be helpful because you -- if

19         -- if it's -- you're saying this tape

20         is very sim --

21                      THE WITNESS:  -- no, it's

22         some -- it's just a recording she made

23         -- that she made when she said --

24                      MR. CAIN:  Okay.

25                      THE WITNESS:  -- most of the
```

Page 171

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 173 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 173
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 173
of 375

```
 1              same thing she said to me; it validates

 2              Dennis Montgomery.

 3                      MR. CAIN:  You cut me off

 4              again.  But thank you for that.

 5                      THE WITNESS:  Yeah.

 6

 7

 8              By Mr. Cain:

 9        Q     There's a tape that you've heard --

10        A     -- I don't know if a tape, this was a

11              recording.  It wasn't a tape of her

12              standing there, I've never seen Mary

13              Fanning.

14        Q     Okay.  I used your word --

15        A     Yeah.

16        Q     -- and I'll use recording now.  There's

17              a recording of Mary Fanning that has

18              essentially the same content that she

19              made --

20        A     -- I think -- I -- I think because it

21              was both at the same time back there, I

22              said, "Could you say this again?"

23              Because I wanted to -- I wanted other

24              people to hear it.

25                      I've had other people on the
```

Page 172

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 174 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 174
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 174
of 375

```
 1              phone say, "Would you listen to this
 2              lady?"  I had different people on the
 3              phone and am I going -- and she would
 4              tell them the same thing.
 5                      And I'm going, "Wow, this is
 6              a miracle.  We're gonna save our
 7              country with our election platforms
 8              that have been intruded."  You know?
 9      Q    Okay.  So let me back up.  You played
10              -- well, strike that.
11                      You invited some people to
12              be on the phone with Mary Fanning and
13              you recorded that presentation?
14      A    I think -- I think -- I think.
15      Q    Okay.  Back then, who -- who did you do
16              that with?
17      A    I have no idea, there was so many
18              people back then that listened to her.
19              You know, I don't know.  I don't know.
20              That was --
21      Q    Okay.
22      A    -- two and a half years ago.
23      Q    But as you sit here you -- you think
24              you still have a recording of that?
25      A    I could have, but, you know -- yeah.
```

                                        Page 173

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 175 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 175
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 175
of 375

| | | |
|---|---|---|
| 1 | Q | All right.  Who other than -- well, did |
| 2 | | -- did Brandon House vouch for Dennis |
| 3 | | Montgomery's qualifications? |
| 4 | A | No.  No.  All Brandon said was here you |
| 5 | | need to listen to this lady.  And I |
| 6 | | said, "Who are you?"  And he tells me |
| 7 | | who he was and I said, "Okay, I'll |
| 8 | | listen to her." |
| 9 | Q | Do you know how Brandon House met Mary |
| 10 | | Fanning? |
| 11 | A | I have no idea, absolutely no idea. |
| 12 | Q | You had not heard the name Mary Fanning |
| 13 | | before -- |
| 14 | A | (Indicating). |
| 15 | Q | -- January 9th? |
| 16 | A | (Indicating). |
| 17 | Q | Is that a no? |
| 18 | A | No -- that's, yes, I never heard her |
| 19 | | name. |
| 20 | Q | You had not heard Dennis Montgomery's |
| 21 | | name -- |
| 22 | A | (Indicating). |
| 23 | Q | -- before January 9th? |
| 24 | A | No.  No. |
| 25 | Q | Okay. |

Page 174

```
 1     A      I don't even know if she said his name

 2            that day, I'm sure she probably did,

 3            but I can't -- I can't 100 percent said

 4            that.

 5                     She just said this stuff

 6            comes from a CIA guy, government, it

 7            was all very official.  She use -- she

 8            knew names and places in the

 9            government.  And it was just so

10            (indicating), I'm going wow.

11     Q      Did you consider this -- this

12            information you were getting from Mary

13            Fanning to be extraordinary?

14     A      Did -- I -- I -- I considered it to be,

15            if it was true, it answered all my

16            questions that I had about

17            non-residents voting, and people that

18            aren't alive voting.

19                     It explained it all.  I'm

20            going, "Wow, this is an answer.  I hope

21            it's all true.  It sure sounds true."

22                     It didn't take me long to

23            validate it, that, yes, Dennis

24            Montgomery was with the CIA and -- and

25            there was Hammer Scorecard and -- and
```

Page 175

```
 1              it's real.

 2                      But here's a gag order on

 3              his -- his -- that needs -- this needs

 4              to be signed in order to release his --

 5              his data.

 6                      And I'm going, "Wow, this

 7              coun" -- you know, I was very excited

 8              that, you know, that this would be --

 9              be able to get this to the president

10              and say, "Look at our country has been

11              attacked; our election platforms have

12              been completely hacked."

13       Q     When had you -- you said that you had

14              been doing your own investigations or

15              -- or --

16       A     (Indicating).

17       Q     -- looking at this non-resident issue.

18              How did you first become concerned

19              about voter fraud issues?

20       A     November 4th of 2021 -- or 2020.

21              November 4th when I woke up -- these

22              are math -- I look at deviations, I

23              took calculus in eighth grade.

24                      I look at deviations every

25              single day, every single day.  And if
```

Page 176

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 178 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 178
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 178
of 375

```
 1            something changes, you have -- there's

 2            a -- you have to have an explanation

 3            for that, based on historical data.

 4                    So that's what I did.  And

 5            one of the first things was looking at

 6            Arizona, there was only two percent

 7            left to count, and it was impossible

 8            for Donald Trump to lose.

 9                    Based on other data -- and

10            I'm going there's something going on

11            here.  Then I looked at Nevada and all

12            these non-residents had voted.

13                    You have to be a Nevada

14            citizen for 30 days, and all these

15            non-residents -- I'm going, "Wow."

16                    So then I started checking

17            on other counties.  Over in -- in my

18            own counties, here in Minnesota.  I

19            checked in with Wisconsin.  All these

20            different places and everyone was the

21            same.

22                    Like you had people that

23            voted that didn't live there.  And it

24            didn't make sense that people would all

25            go out and commit crimes.  I didn't
```

Page 177

```
 1              believe it.

 2                        And, you know, all these

 3              tons of deviations and anomalies that

 4              are impossible.  You know, you hear

 5              about --

 6       Q     Mr. Lindell?

 7       A     -- one county -- huh?

 8       Q     I'm gonna cut you off, again.

 9       A     Okay.

10       Q     The question was when.

11       A     November 4th, the morning of November

12              4th when -- when a -- I'm -- 800,000

13              votes came down in Pennsylvania, 106 --

14              here's my biggest thing, 106,000 votes

15              came down in the middle of the night,

16              they stopped everything in all five --

17              in these five states, that was a

18              deviation.

19                        I sat up and watched and

20              they go, "Oh, 106,000 votes came down

21              for Biden and 3,000 for Trump in

22              Michigan."

23                        Now -- and they said it was

24              because the mail-in voted were counted

25              then.  But the mail-in votes in
```

Page 178

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 180 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 180
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 180
of 375

```
 1              Michigan, at my investigation, were

 2              counted on the morning of third.

 3                      So I'm going, "How do you

 4              explain this?"  It's impossible to

 5              explain.  So there were all these

 6              different things of my own.  I -- when

 7              I -- I was watching --

 8     Q        -- Mr. Lindell?

 9     A        Huh?

10     Q        I --

11     A        -- you asked me when.

12     Q        Yeah.

13     A        Okay.

14     Q        What does that have to do with -- when?

15                      MR. CAIN:  I'm gonna object

16              as non-responsive.

17

18

19

20              By Mr. Cain:

21     Q        You've answered November 4th; okay?

22     A        Okay.

23     Q        That's -- that's all my question was.

24     A        Okay.

25     Q        All right.  So, when President --
```

Page 179

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 181 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 181
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 181
of 375

```
 1              former President Trump, was claiming
 2              that there was voter fraud in
 3              connection with the 2016 election, four
 4              years prior, you hadn't started looking
 5              at election fraud issues at that time;
 6              is that fair?
 7     A    No, I didn't know anything about
 8              elections fraud -- elections.  I had
 9              never even voted prior to 2016.  I was
10              an ex-crack addict.  I didn't pay
11              attention to politics.
12     Q    And then that changed in 2017 when you
13              -- when you met former President Trump;
14              right?
15     A    I met him in August of 2016 on August
16              15, 2016.
17     Q    All right.  And I think he -- well, let
18              me ask about that.  What -- what was
19              the circumstances surrounding that
20              meeting?
21     A    He -- he invited me to meet him and he
22              asked questions about the manufacturing
23              that My Pillow did here in the United
24              States.  How it was working, he wanted
25              to bring manufacturing back.
```

Page 180

```
 1                    We also talked about my
 2          recovery network because me being an
 3          ex-crack addict, I said, "I'm gonna
 4          have this platform," which I do, it's
 5          called the Lindell Recovery Network and
 6          it's for anybody in addiction.
 7                    I told him what I was doing.
 8          I was evangelizing -- going around and
 9          churches and everywhere to get people
10          out of addiction.
11                    And he said, "I'm gonna stop
12          them drugs pouring in from the -- we're
13          going to shut that border down."  And
14          it was just he had great business
15          ideas.
16                    And -- and I left there --
17          there was no agenda -- I wasn't putting
18          any money or anything, he never asked
19          me for nothing.  Just he was very --
20          wanted to know from a manufacturer how
21          it was making stuff here, and getting
22          that a thing before he went out there
23          and, you know, was president.
24      Q   Did you support President Trump --
25          former President Trump, for the 2016
```

Page 181

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 183 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 183
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 183
of 375

```
 1            election cycle?
 2     A      What I did after that point is I went
 3            and asked all his employees, "Is this
 4            guy for real?"  I didn't know anything
 5            about a president or anything like
 6            that.
 7                    And I said -- I asked all
 8            his employees, a lot of them, on April
 9            15th and 16th and they said, "Yes, he's
10            a great man, great -- he's great
11            leader."
12                    And what I'd just seen, I
13            go, "Wow, this is good business sense
14            to be able to problem solution and what
15            it would manifest to."
16                    I got back to Minnesota and
17            I did a press release, I was the
18            media's darling at that time.  And as
19            soon as I did a press release that I
20            met Donald Trump, in a meeting -- not
21            even saying what we talked about, I was
22            attacked.  I was called a racist and
23            everything.
24                    That was my first taste of
25            how they hated this guy, or something,
```

                                        Page 182

```
 1              in the media.  It was disgusting what
 2              they did to me then, and that was right
 3              away in August.
 4                      Did I support him?  I went
 5              to -- I went to the second and third
 6              debate and the third debate I said I
 7              think the thing was on business news or
 8              whatever in the spin room, I said I've
 9              met him and I believe he'll be a great
10              president.
11                      So when you say support, I
12              went all in.  I went all in as part of
13              people asked me, if the media asked me,
14              "What do yu think of him?"  I said,
15              "He's gonna -- I think he's gonna do a
16              great job."
17                      I got -- I had the due
18              diligence.  I -- I could say it from
19              the heart because I had met him.
20                      MR. CAIN:  I'm gonna object
21              to the responsiveness of your prior
22              answer.  Before you answered a question
23              I didn't ask.
24
25
```

                                              Page 183

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 185 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 185
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 185
of 375

```
 1              By Mr. Cain:
 2       Q     All I asked you is whether you
 3              supported him in the 2016 election.
 4       A     What -- what -- are you of talking
 5              support by money or what?  I don't get
 6              it.  I supported him with my voice.  I
 7              said, "Yes, this is the -- I think
 8              he'll be a great President."
 9       Q     It's fair to say you've supported
10              former President Trump since at least
11              August of 2016 --
12       A     -- as far as what support?  Money, no.
13       Q     -- until the fall --
14       A     -- I don't put any money into his
15              stuff.  I support him because I believe
16              he's a great President.
17       Q     You're not listening to my question --
18       A     -- well, you got to -- you got to
19              specific.  When you say 'support,' what
20              are you saying --
21                      MR. MALONE:  Mike --
22                      THE WITNESS:  -- a monetary?
23              Or -- or by my voice?
24                      MR. MALONE:  Mike, let him
25              clarify.
```

Page 184

```
 1                          MR. CAIN:  I'll clarify my
 2           question.
 3                          MR. MALONE:  He will clarify
 4           the question.
 5                          THE WITNESS:  Okay.
 6                          MR. CAIN:  You -- you just
 7           keep interrupting me.  And so I can't
 8           do that for you while you're talking at
 9           least.
10
11
12           By Mr. Cain:
13      Q    Since August of 2016 you have publicly,
14           not financially, publicly supported
15           former President Trump until the
16           present time; correct?
17      A    Correct.
18      Q    All right.  And you support publicly,
19           his narrative, that the 2020 election
20           was fraudulent; correct?
21                          MR. MALONE:  Object to form.
22                          THE WITNESS:  What's that?
23                          MR. MALONE:  I'm just
24           objecting to the form of that question,
25           Mike, you can answer it.
```

Page 185

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 187 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 187
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 187
of 375

```
 1                    THE WITNESS:  I'm gonna

 2           answer that and say correct, but -- but

 3           I'm gonna (inaudible) with a caveat.

 4                    All elections that have been

 5           used with computers, now I have

 6           learned, we have to fix our election

 7           platforms.

 8                    Everything I'm doing right

 9           now is not to overturn one election.  I

10           was asked by the Washington Post,

11           "Mike, what do you think happened in

12           2016?"

13                    And I said, "I would not

14           trust one election with -- where

15           machines were involved.  Ever."

16           Knowing what I know now, which I didn't

17           know then.  Ever.  And that's fact.

18                    Even on -- even on Jimmy

19           Kimmel, I said that on Jimmy, "If the

20           shoe was reversed on the other foot and

21           your friend, Donald Trump, had been

22           selected would you still be sounding

23           the alarm?"

24                    I said, "Absolutely."  My

25           thing is never changed -- if we don't
```

Page 186

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 188 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 188
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 188
of 375

```
 1              fix our -- secure our elections we're
 2              done as a country.  And that's fact.
 3                      MR. CAIN:  I'm gonna object
 4              as non-responsive to everything after
 5              correct, in the first sentence of your
 6              response.  All right.
 7
 8
 9         By Mr. Cain:
10    Q    So you had this discussion with Ms.
11         Fanning, you had your eureka moment on
12         the 9th --
13    A    (Indicating).
14    Q    -- and then what did you do after that
15         with respect to former President Trump?
16         Did you -- were you able to get ahold
17         of him?
18    A    I didn't have his phone number.  I
19         never did have his phone number then.
20    Q    Okay.
21    A    I -- I didn't -- I -- I reached out to
22         the White House and said, "Could I get
23         a meeting?  Could I get a meeting?"
24         And unresponsive.
25                      Then I went there and
```

Page 187

Case No. 1:22-cv-01129-NYW-SBP     Document 235-15     filed 12/11/23     USDC Colorado
pg 189 of 375

Case No. 1:22-cv-01129-NYW-SKC     Document 222-1   filed 11/10/23   USDC Colorado     pg 189
of 375

Case No. 1:22-cv-01129-NYW-SKC     Document 173     filed 09/07/23   USDC Colorado     pg 189
of 375

```
 1              finally Mark Meadows said, "You can
 2              have five minutes."  That was on -- on
 3              the 15th of January.
 4     Q        Okay.  And you were in contact with Mr.
 5              Meadows who --
 6     A        -- no.  Contact -- I don't know, you'd
 7              have to look at the things.  I reached
 8              out and met -- to -- I think -- I don't
 9              know if I had -- I believe I had his
10              phone number because of the summer
11              before, having a supplement that would
12              help this country.
13                      So, yeah, I probably text
14              him.  I don't know how -- I don't know
15              how I got there, but I didn't get -- I
16              either e-mailed the White House, or
17              asked Mark, "How do you get this
18              appointment?"
19                      I can't remember that; you'd
20              have to -- it's one or the other.
21              Either it was by e-mail or -- or -- or
22              Mark by -- by phone or by text.  I
23              don't know.
24     Q        All right.  Because you -- his text,
25              'his' being Mark Meadow's texts, were
```

Page 188

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 190 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 190
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 190
of 375

```
 1              subpoenaed by the January 6th
 2              committee; weren't they?  Do you know
 3              that?
 4     A        I have no idea.  I had nothing to do
 5              with January 6th committee.
 6     Q        Okay.
 7     A        I actually wanted to go there to bring
 8              him evidence, but they wouldn't invite
 9              me.
10     Q        So you were texting with Mark
11              Meadows --
12     A        -- I don't know, you'll have to --
13                       MR. MALONE:  -- Mike --
14                       THE WITNESS:  -- I don't
15              know.
16                       MR. MALONE:  Just let him
17              finish the question.
18
19
20              By Mr. Cain:
21     Q        Do you recall texting with Mark Meadows
22              around January 14th about coming to see
23              President Trump?
24     A        I said it's either text or e-mail to
25              the White -- I don't recall.  It's
```

Page 189

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 191 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 191
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 191
of 375

```
 1              either one or the other.
 2     Q    And did you spend -- you said you were
 3          given five minutes, how long were you
 4          with former President Trump?
 5     A    I was probably in there for five to ten
 6          minutes max.
 7     Q    Who else was there?
 8     A    Robert O'Brien, the director of
 9          national security, and Mark Meadows.
10              And then Mark Meadows left
11          and the President gave the stuff to
12          Robert O'Brien and said -- there was
13          two things I brought.
14              One was four -- were these
15          four pieces of evidence.  Another was
16          an envelope, my lawyers that had given
17          me this envelope and said, "If you do
18          get this meeting, would you give him
19          that?"  So after they took the
20          evidence --
21     Q    -- do you know what was in the
22          envelope?
23     A    I don't know.  It was what you seen on
24          TV.  I've never read it.  It was
25          recommendations to the President, no
```

Page 190

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 192 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 192
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 192
of 375

```
 1              idea.

 2                       He read the first thing, and

 3              then said fire Robert O'Brien, after he

 4              opened it.  After I had just got in an

 5              argument with Robert O'Brien about our

 6              national security.

 7                       And here's evidence we have

 8              -- was have intrusions into our

 9              election.  It looks like China -- and

10              there was China on there, and Robert

11              O'Brien just dismissed that and I got

12              in a shouting match with him.

13                       And then the President

14              opened up -- I said, "Here's an

15              envelope, came from lawyer."  He opened

16              it opened it up and the first thing he

17              said, "Fire Robert O'Brien."

18                       So I looked at him, I'm

19              going, "There you go."  And then the

20              President took him and gave it to

21              Robert O'Brien and said, "Would you

22              bring these upstairs to the lawyers and

23              see if there's something we can do

24              here?"

25      Q    And that related to the, as you
```

Page 191

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 193 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 193
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 193
of 375

```
 1              understood it, the invocation of the

 2              Insurrection Act?

 3      A       No, there was no insurrection act on

 4              there.  There was no insurrect -- that

 5              was in the paper.

 6                    My things were, here I need

 7              this thing signed -- if you can get

 8              this released, this guy has all the

 9              evidence.  Here's four pieces of it.

10                    And that's what he said,

11              "Can you bring that up to the lawyers

12              and see if -- see what we," you know,

13              "If there's any validity to this."

14                    That's exactly what he said.

15              If there's any valid -- validity to

16              this.  Bring it upstairs.  So Robert

17              O'Brien brought me upstairs with the

18              envelope that was -- that was -- the

19              President had just opened.

20                    He brought it all up there

21              and he gave it to some guy, and that

22              guy came out of the -- his room about

23              ten minutes later.  The lady goes,

24              "Here, you got to go downstairs."  She

25              gave those things back, not they've
```

Page 192

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 194 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 194
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 194
of 375

```
 1              been opened.
 2                        And I went back down there
 3              and got a -- and asked the lady if I
 4              could make a phone call to my son
 5              outside the White House.
 6                        I went out and made it and
 7              that's when you seen that famous
 8              picture taken by the Washington Post
 9              the says, "Martial Law."
10     Q    Were the -- the martial law reference
11              was that your handwriting?
12     A    No.  It's (laughing) --
13                        MR. MALONE:  -- Mike.
14              Objecting to this being asked and
15              answered to your previous deposition.
16              I think you've already covered this.
17                        THE WITNESS:  Yeah, I've
18              already covered all this.  This is --
19              -- this -- yeah, right.  And that --
20              and it's all over the news, it's been
21              all over the media.
22
23
24
25              By Mr. Cain:
```

Page 193

```
 1        Q     Who was -- who put the martial law and

 2              the insertion --

 3        A     -- I have no idea.

 4                        MR. MALONE:  Objection --

 5                        THE WITNESS:  -- no idea.

 6                        MR. MALONE:  Just wait

 7              until --

 8                        THE WITNESS:  -- absolutely

 9              no idea.

10

11

12              By Mr. Cain:

13        Q     But what you did -- because Dennis

14              Montgomery was deposed yesterday, part

15              of what you were asking at that point

16              is to release this gag order so that

17              you could publicly disclose whatever

18              information Dennis Montgomery had;

19              right?

20        A     That is correct.  That's the whole

21              purpose of me going to the White House.

22        Q     Okay.

23        A     It was, here's a sample, and I need

24              this released.  I guess the guy's got

25              some kind of thing on there, to get
```

Page 194

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 196 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 196
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 196
of 375

```
 1              this released.

 2                      And he'd, you know, he'd

 3              said, "Hey, if -- if you get this

 4              released, we can tell the world."  You

 5              know.  Save the country.

 6      Q   And did anything come of that -- I

 7              think I know the answer to this, but

 8              did anything come of you providing that

 9              information to former President Trump?

10      A   Yeah, a picture came of it and I lost

11              hundreds of millions of dollars because

12              of a picture that was taken outside the

13              White House.

14      Q   No, I -- I meant with respect to Dennis

15              Montgomery.

16      A   Oh, they -- they never brought me back

17              to the President like they were

18              supposed to.  They shoed me out of the

19              White House.  I've already told you all

20              that.

21      Q   So what did you do after this White

22              House visit to obtain any additional

23              background information on Mr.

24              Montgomery, if anything?

25      A   I had conversations with him.  I -- I
```

Page 195

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 197 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 197
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 197
of 375

```
 1              had a guy named Conan Hayes, the start
 2              -- cyber guy that had started
 3              validating, I don't know if that was
 4              before or after the absolute proof
 5              meeting, so I -- I can't say that for
 6              sure.
 7                        But I think it was after.
 8              But all I know is when we get up to
 9              absolute proof a -- conversations with
10              Dennis, conversations with other people
11              that came for that movie, a General
12              McInerney, he was a general.
13                        Colonel Waldron, all these
14              people, General -- General Mike Flynn,
15              all these people that worked for the
16              government that validated this guy that
17              worked for the CIA and validated Hammer
18              Scorecard.  And validated that this guy
19              is real.
20                        And I'm going, "Well, we got
21              to get this out there."  You know.
22         Q    So in terms of people that validated
23              Dennis Montgomery, or vouched for him,
24              you're saying General McInerney, Phil
25              Waldron, Conan Hayes --
```

                                        Page 196

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 198 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 198
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 198
of 375

```
 1    A    -- cone -- no, Conan Hayes he was -- he

 2          -- I didn't know him from Adam, he dug

 3          into the data, started digging into the

 4          data.  But I don't know the timing on

 5          that.

 6                Conan Hayes was a -- he was

 7          a cyber guy.  And I didn't hire him, he

 8          just started working on this data.  I

 9          don't if that goes -- who that went

10          back to.

11                But there were a lot of

12          people reaching out and people that

13          just wanted to help the country.  And

14          -- and I know he started then

15          validating Dennis's data.

16    Q    But you got warnings, did you not,

17          before the Cyber Symposium that Dennis

18          Montgomery was a fraud; didn't you?

19    A    No.  Are -- you know mean the media

20          attack?  I never mentioned Dennis

21          Montgomery, ever.  Ever.  Ever before

22          the Cyber Symposium.

23                I was attacked by CNN; I was

24          attacked by a guy named Larry Johnson,

25          who I believed worked for the CIA,
```

Page 197

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 199 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 199
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 199
of 375

```
 1                 that's been validated.

 2                        All kinds of people that

 3            work for the CIA, or at least

 4            alledgedly do, all reached out -- even

 5            to my family members were attacked

 6            going, "Mike's got to back off.  This

 7            Dennis Montgomery," I never said

 8            anything about Dennis Montgomery ever.

 9                        I had four different ways

10            that that -- his thing were -- were

11            validated.  People that came to me and

12            said, "Oh, it's real, it's real."

13                        Evan (inaudible) was another

14            person that worked on it with Dennis

15            and it came -- and he -- and this

16            person's got the same data, data is

17            data.  And so I never mentioned Dennis.

18                        But I thought it was very

19            strange that people are out there

20            trying to discredit Dennis Montgomery

21            when I never mentioned who I got stuff

22            from, ever.  Ever.

23                        And it wasn't just Dennis

24            Montgomery other people had the same

25            stuff, but it ended up pointing back to
```

Page 198

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 200 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 200
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 200
of 375

```
 1              Dennis Montgomery.  So that's not true.
 2                     CNN attacked me -- CNN
 3              attacked me a week before the Cyber
 4              Symposium and brought up Dennis
 5              Montgomery and of course they cut it
 6              from the thing.
 7                     He goes, "Mike, you know, we
 8              really care about you," blah, blah,
 9              blah.  Oh, you care about oh Mike, how
10              about a hug?  If you remember those
11              things.
12                     I'm going this is weird that
13              people are going after Dennis
14              Montgomery and I never said a word
15              about Dennis Montgomery.  So...
16                     MR. CAIN:  Object to the
17              narrative and the lack of
18              responsiveness.
19
20
21         By Mr. Cain:
22    Q    Did you have people before the Cyber
23         Symposium warn you that -- that Dennis
24         Montgomery was a fraud?
25    A    Only news cast people like CNN, which I
```

Page 199

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 201 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 201
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 201
of 375

```
 1              don't trust as far as I can throw them.
 2              They attacked me, attacked me, it
 3              wasn't warn me, they attacked me.  They
 4              went after my family and said, "Back
 5              off on his data.  Back off on his
 6              data."
 7                   At the Cyber Symposium I had
 8              a thing stuck in my side and threatened
 9              me, don't bring out Dennis Montgomery's
10              data.  That's what I had for warnings.
11                   Not that it was a fraud that
12              he was -- that you better not put this
13              out there.  You're gonna -- you're
14              getting a -- you know, this -- this
15              information blah, blah, blah and bad
16              mouthing Dennis Montgomery.
17                   I'm like, nobody said -- I
18              don't know if anybody said he was a
19              fraud.
20      Q     I don't -- a thing stuck in your side?
21      A     Yeah.
22      Q     Is this the --
23      A     -- they got -- it's under a police
24              report.  At the Cyber Symposium three
25              guys up by the elevator, and it was --
```

Page 200

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 202 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 202
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 202
of 375

```
 1              it was very much --
 2     Q      -- you -- you've told me about this.
 3     A      And you've got your little --
 4                    THE WITNESS:  -- go over
 5              there -- does he have to be in this
 6              room?
 7                    MR. CAIN:  Yeah.
 8                    MR. MALONE:  Mike, he has a
 9              right to be in here.
10                    THE WITNESS:  Okay.  It's in
11              police report in -- in South Dakota.
12                    MR. CAIN:  Now we've talked
13              about that.
14                    THE WITNESS:  Okay.  So what
15              --
16                    MR. CAIN:  -- I didn't know
17              that's what you were referring to when
18              you -- when you supposedly had --
19                    THE WITNESS:  -- yeah.
20                    MR. CAIN:  Okay.
21
22
23              By Mr. Cain:
24     Q      But back to probably four attempted
25              questions before the (inaudible) you
```

Page 201

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 203 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 203
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 203
of 375

```
 1                  responded and you said you had four
 2                  different ways to validate Dennis
 3                  Montgomery's data, or words to that
 4                  effect.  Do you remember saying that?
 5        A         When did I say that?
 6        Q         You said there were four ways --
 7        A         -- no, there was other -- there was
 8                  other people out there that has -- you
 9                  had all the people that validated who
10                  he was, that he worked for the CIA.
11                       I had Conan Hayes looking at
12                  the data, then I had other people that
13                  had brought stuff and said, "Hey,
14                  there's Hammer Scorecard."  This guy --
15                  they mentioned other -- other cyber
16                  guys that had worked on Hammer
17                  Scorecard, and that it was real."
18                       And they're bringing the
19                  data.  And I go, "Wait a minute, I
20                  never mentioned Dennis Montgomery to
21                  them."  They're bringing and saying
22                  other guys worked on this Hammer
23                  Scorecard.
24                       And here's this data and
25                  here's this thing that sucks -- that
```

Page 202

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 204 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 204
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 204
of 375

```
 1              breaks into things and -- and our

 2              government made it to steal other

 3              people's elections.

 4                      So these were validation

 5              after validation going you have

 6              Generals telling you it's real, you

 7              have everything telling you it's real.

 8              Of course it was real.

 9      Q   And -- and --

10      A   -- you can't make it up.  And then when

11              I validated Dennis, did he really work

12              for CIA?  Yes, he did.  Did

13              (inaudible)?  Yes, he did.  I seen all

14              kinds of stuff that was -- that was

15              coming at me to validate him.

16      Q   During this period of --

17                      MR. CAIN:  -- objection;

18              non-responsive, by the way.

19

20

21              By Mr. Cain:

22      Q   I asked -- you testified -- testified

23              about four different ways that you

24              validated Dennis Montgomery, that's

25              what I was referring to --
```

Page 203

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 205 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 205
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 205
of 375

```
 1        A     -- and I told you people, government

 2              officials --

 3        Q     All right.

 4        A     -- including Generals and stuff

 5              validated him.  Government gag order

 6              that's from government, that pretty --

 7              and all the -- all the credentials he

 8              has.

 9                    And -- and also, by the way,

10              also I talking to Dennis directly.  I

11              bought into a couple of his companies

12              then.

13        Q     Right.  We'll get to that.  You were

14              also in this period of time talking

15              with Sidney Powell; were you not --

16        A     No.

17        Q     -- about Dennis Montgomery?

18        A     No.

19        Q     You didn't --

20        A     -- no, there was I think one -- one

21              time that she sent me an e-mail or

22              something, I don't know.  I never --

23              Sidney Powell never talked to me about

24              Dennis Montgomery.

25        Q     You never said that --
```

Page 204

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 206 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 206
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 206
of 375

```
 1        A      -- ever.
 2        Q      You never talked or said that you were
 3               talking to her at least twice a day
 4               during this period?
 5        A      No.  No, not during that period.
 6               Absolutely not, that's not true.
 7        Q      All right.
 8        A      Maybe in December, or -- when December
 9               when or November whenever it was then.
10                      And she was talking about --
11               the only time I talked to Sidney, I
12               didn't know her from Adam, she said --
13               she got in this big donor call for
14               donations and I was on the call and I
15               had a private thing.
16                      I said -- I said, "Is there
17               a -- with this election, are the
18               machines important?"  She goes,
19               "Absolutely, but we got enough evidence
20               anyway's, it's a completely fraudulent
21               election."  That was her quote.
22        Q      And she -
23        A      -- she never brought up Dennis
24               Montgomery, so I don't know where
25               you're getting that.
```

Page 205

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 207 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 207
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 207
of 375

```
 1        Q      Publicly, she talked about Hammer and

 2               Scorecards.

 3        A      I wasn't -- I didn't see any of that

 4               thing publically.  I hadn't even heard

 5               about Hammer Scorecard until January

 6               9th.

 7        Q      Okay.

 8        A      So maybe in some Tweets or something.

 9               I don't know.

10        Q      So your -- your testimony is you never

11               talked to Sidney Powell about Dennis

12               Montgomery and --

13        A      -- and Hammer Scorecard, no.

14        Q      Okay.

15        A      That's not -- that's absolutely not

16               true.  I don't -- I don't remember

17               talking to her anytime about Dennis

18               Montgomery.  It was all new.  Or I

19               would've dug into it and said, "Let's

20               get ahold of this guy."

21        Q      All right.

22        A      100 percent I would've.

23        Q      You referenced that you -- you looked

24               into his background.  Have you told me

25               everything you've done -- you did back
```

Page 206

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 208 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 208
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 208
of 375

```
 1              then to -- to verify that he was who he
 2              was and what he could do?
 3      A       Yeah, talking to people in the
 4              government.  Yeah, your generals, your
 5              colonels, looking up stuff and validate
 6              that -- what Mary had told me.
 7                     Here, she said, check this
 8              out, this out -- you can go back in
 9              time.  I seen a tape once of him
10              testifying before -- about -- about the
11              Hammer -- about Hammer Scorecards
12              and...
13                     You know, everything --
14              everything Mary said and everything he
15              said validated.  You could validate the
16              -- the -- that yes, he did work for
17              their -- his government contract, all
18              these things.
19      Q       You did say that there were media
20              people, CNN, I think you referenced,
21              that were providing some warnings about
22              Mr. Montgomery, and when you mentioned
23              a fellow named Larry Johnson, did you
24              mean to say Jerry Johnson?
25      A       No, Larry Johnson not Jerry Johnson.
```

Page 207

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 209 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 209
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 209
of 375

```
 1        Q     Okay.

 2        A     Larry Johnson, he works for the CIA.

 3              He works -- he stepped in on Gateway

 4              Pundit.  He was putting threatening

 5              things into all people out there

 6              threatening them or telling them, "Mike

 7              needs to back off.  Mike needs to back

 8              off."

 9                    And some guy named zoo --

10              not -- Zullo I think, Zullo -- I'd have

11              to look back then.  But there were all

12              these guys that I looked and there --

13              and everyone's saying they're tied to

14              the CIA.

15                    And they're all my -- like

16              my girlfriend at the time, my fiance,

17              all these different people out there,

18              family members.

19                    And going, "Mike needs to

20              back off on -- on this stuff.  He needs

21              to back off on this stuff.  You know

22              that -- that evidence isn't true,

23              Dennis Montgomery --" and I'm going,

24              "Who?"  I never said anything about

25              Dennis Montgomery.
```

Page 208

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 210 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 210
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 210
of 375

```
 1                       And CNN when they attacked
 2              me for three hours, right here in
 3              Minneapolis, I did an interview, the
 4              guy passed away last year.  We actually
 5              became pretty good friends.
 6                       Three hours I interviewed
 7              and he brought up Dennis Montgomery,
 8              not me.  He says, "You know this Dennis
 9              Montgomery, his..."  Whoever said
10              anything about Dennis Montgomery?
11                       Why do you all keep bringing
12              up Dennis Montgomery?  That's what I --
13              that's -- that was strange to me and
14              even to -- about anything.
15                       MR. CAIN:  Object to the
16              responsiveness, once again.
17
18
19              By Mr. Cain:
20      Q       Again, we're not gonna get through your
21              deposition today if -- if you volunteer
22              information that I haven't asked you
23              about.  Okay?
24      A       (Indicating).
25      Q       All right.  We -- we started talking
```

Page 209

```
 1              about --
 2      A       -- I keep getting distracted by your --
 3              your client making faces and doing,
 4              yeah, derogatory things.
 5                      And I thought I'd been -- I
 6              mean, instead getting an F like last
 7              time, you got to give me at least a D+;
 8              right?
 9      Q       Well, I don't know many people who
10              are --
11      A       (Laughing).
12      Q       -- who are as patient as we are, after
13              being called --
14      A       -- oh, yeah, you know what?  I -- no
15              one would be patient with you
16              criminals.
17                      MR. MALONE:  Mike, Mike.
18                      MR. CAIN:  There you go.
19                      THE WITNESS:  Don't tell me
20              that.  I'm being very patient with you.
21              This has nothing to do with your
22              client.  You're questioning stuff that
23              has nothing to do with anything.
24                      MR. CAIN:  Well, let's
25              just --
```

Page 210

```
 1                    THE WITNESS:  -- you'd think
 2            you'd would be a Dominion or a
 3            Smartmatic lawsuit, not a guy that went
 4            and attacked me over at Newsmax.  Go.
 5
 6            By Mr. Cain:
 7       Q    You've already testified about the fact
 8            that you didn't even know that Joe
 9            Oltmann was on the stage at your Cyber
10            Symposium --
11       A    No idea.
12       Q    -- (inaudible).
13       A    Absolutely had no idea.
14       Q    Okay.  So maybe you don't know what's
15            relevant or what's not relevant in this
16            case.
17       A    Okay.
18       Q    That's not for us to decide.
19       A    Okay.
20       Q    Someone else will decide that.
21       A    Oh, really?
22                    REPORTER'S NOTE:  Whereupon,
                      Michael Lindell Deposition
23                    Exhibit Number 186 was
                      marked for identification.
24
25

                                    Page 211
```

```
 1              By Mr. Cain:
 2         Q    Take a look please at Exhibit 186.  The
 3              reason I mention Jerry Johnson,
 4              thinking perhaps that you had mistaken
 5              the name is because of this e-mail.
 6                      Do you remember this e-mail?
 7              It's from Jerry Johnson to Mike Lindell
 8              ███████████████  August 2nd, 2021.
 9         A    (Witness reading to self).  No.
10         Q    Is that your e-mail address?
11         A    What's that?
12         Q    Mike --
13         A    -- no, I don't remember this e-mail.
14              You need to understand, I don't read
15              e-mails.  I -- very seldom do I read
16              e-mails.  And I'm -- I'm just being
17              honest.  I have no idea here (reading
18              to self).
19         Q    Well, let me -- let me you this
20              question.
21                      MR. MALONE:  Mike, answer
22              his question.  We've been --
23                      THE WITNESS:  -- okay.  Do I
24              -- do you recognize this?
25                      MR. CAIN:  Yes.
```

Page 212

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 214 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 214
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 214
of 375

```
 1                    THE WITNESS:  No.

 2

 3

 4           By Mr. Cain:

 5      Q    Do you know who Jerry Johnson is?

 6      A    Jerry Johnson...

 7      Q    Dr. Jerry Allen Johnson.

 8      A    I know a Jerry Johnson that I've --

 9           I've done work with before.  That's

10           worked for me before.

11      Q    Okay.  Is that the same person that --

12      A    -- I don't know.  Jerry -- Jerry --

13           Doctor -- I didn't know if he was a

14           doctor.  If it's Jerry Johnson, I know

15           Jerry Johnson that worked for me.

16      Q    Okay.  He worked for My Pillow?

17      A    No.

18      Q    What did Jerry Johnson do?

19      A    Jerry Johnson at one -- he was -- he

20           worked for our religious broadcast

21           radio and then he came on for me at --

22           with -- what was he doing then?

23                    Maybe with my Lindell

24           Recovery Network.  I believe that's

25           where he worked for me, the Lindell
```

Page 213

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 215 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 215
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 215
of 375

```
 1              Recovery Network for the addicts.
 2      Q       Are you still in touch with him?
 3      A       No.  Like once in -- once in a blue,
 4              blue moon.
 5      Q       Is it someone you trust, this Jerry
 6              Johnson?
 7      A       Do I trust him?
 8      Q       Yeah.
 9      A       For my recovery network.  I don't have
10              nothing against him.
11      Q       Okay.  Do you have any reason to doubt
12              that Jerry Johnson sent you this e-mail
13              to you're my Pillow address in August
14              of 2021?
15      A       (No response).
16      Q       The question is, do you have any reason
17              to doubt that this was sent to you?
18      A       (Witness reading to self).  Was this an
19              attachment?  I don't get it.  I don't
20              get what I'm looking at.
21      Q       Yes.
22      A       Huh?
23      Q       An attachment to this e-mail?
24      A       Right.  So I've never -- I've never --
25              I have no idea that it came from Jerry
```

Page 214

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 216 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 216
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 216
of 375

```
 1              Johnson, or if it's my Jerry Johnson.
 2                      I've -- I've never seen this
 3              -- this whole thing before in my life.
 4              Ever.
 5    Q    Okay.  But you produce -- My Pillow
 6              produced this, and that's the bottom
 7              right.
 8    A    That's my -- that's my e-mail --
 9    Q    That's --
10    A    -- I use for everything.  We know that,
11              we've been through that.  It's my
12              e-mail, it's my personal ███████.
13    Q    Right.  To be distinguished from the
14              ███████ --
15    A    -- the ML was put on later so we -- if
16              people had complaints or whatever it
17              went to a special e-mail called my --
18              ███████.
19                      There's different things we
20              set that up for.  So that they could be
21              addressed if somebody had a customer
22              service problem, that would be sent to
23              there.  So they go through another
24              system were people -- customer service
25              people are.
```

Page 215

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 217 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 217
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 217
of 375

```
 1                        MR. MALONE:  Mike --
 2                        THE WITNESS:  -- he brought
 3           it up.
 4                        MR. MALONE:  I know.  And
 5           you've already explained it.
 6                        THE WITNESS:  All right.
 7                        MR. CAIN:  Okay.  So...
 8                        THE WITNESS:  Never seen
 9           this.  So what's your next question?
10                        MR. CAIN:  All right.
11
12
13           By Mr. Cain:
14      Q    The next question you haven't answered,
15           which is my prior question, do you have
16           any reason to doubt that this was
17           e-mailed to you?
18      A    I -- I -- no idea; it could be in my
19           junk mail.  I don't know.  I guess it
20           says, Jerry Johnson to Mike Lindell, if
21           that's the Jerry Johnson.  I don't
22           know.
23                        I don't think he's a doctor,
24           so I have no idea what your presenting
25           me here.
```

Page 216

```
 1        Q    Okay.

 2        A    I don't.

 3        Q    All right.  Well, it came from the My

 4             Pillow files.

 5        A    Okay.  Well, that's fine.  People

 6             e-mail me at ███████████  all the

 7             time, and I have no idea who these

 8             people are.  I get thousands of e-mails

 9             a day.  The whole country has my phone

10             number and e-mail.

11                      So you're -- I mean, people

12             send me stuff all the time, I'm

13             serious.  All of this.

14        Q    (Inaudible) --

15        A    -- and there's nothing I can do.

16        Q    (Inaudible).

17        A    I have no idea who this is because I

18             don't think Jerry that worked for me

19             back then with my recovery network was

20             a doctor.

21        Q    But you do know a Jerry Johnson?

22        A    I know a Jerry Johnson.  One Jerry

23             Johnson, he worked for my recovery

24             network and for the religious broadcast

25             network.
```

                                        Page 217

```
 1       Q     All right.  You did mention, if you
 2             turn to the second page.
 3       A     (Witness complying).
 4       Q     This is the attachment.  It's a memo to
 5             Sheriff Arpaio from Mike Zullo, you
 6             mentioned that name earlier --
 7       A     Yeah, this --
 8       Q     -- do you see that?
 9       A     (Indicating).
10       Q     You know who Michael Zulu is?
11       A     No, I've never -- I've -- I -- he -- I
12             -- I know the name because he's the one
13             that was going around attacking people
14             from -- that knew me, or didn't even --
15             some people didn't even know me.
16                     He went to them as an
17             acquaintance, and they come up to me
18             and say, "This Michael Zullo says you
19             better back off," and blah, blah, blah.
20                     And I'm going, "Good for
21             Michael Zullo.  I don't know who
22             Michael Zulu is."  I have many, many
23             things between him and Larry Johnson,
24             which I believe both are with the CIA.
25             Now, can I prove that?  No.
```

Page 218

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 220 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 220
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 220
of 375

```
 1                      But I told Larry Johnson

 2              after the Cyber Symposium, I said,

 3              "You," I said, "You attack me one more

 4              time and I'm going -- and I'll go

 5              public with it.  I don't care what

 6              you're gonna do with your little threat

 7              that you did at the Cyber Symposium."

 8                      And I believe Michael Zulu

 9              is part of that.

10                      MR. CAIN:  Objection;

11              non-responsive.

12

13

14              By Mr. Cain:

15      Q       There's a memo attached to this e-mail

16              that was sent to your e-mail address

17              that contains information concerning

18              Dennis Montgomery.

19                      On the front page there's an

20              overview that references the fact that,

21              or at least the statement, that Dennis

22              Montgomery is a known conman and fraud.

23                      And then it goes on to say

24              that he committed fraud with respect to

25              the Maricopa County Sheriff's Office in
```

Page 219

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 221 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 221
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 221
of 375

```
 1              2016.
 2                        Were you aware in August of
 3              2021, before the Cyber Symposium, that
 4              Mr. Montgomery had been accused of
 5              fraud?
 6      A       No.
 7                        MR. MALONE:  Object to form.
 8              Mike, you gotta wait.  Object to form
 9              and foundation.
10                        THE WITNESS:  Okay.
11                        MR. MALONE:  You can answer.
12                        THE WITNESS:  No.  That I --
13              they -- I guess my question -- my thing
14              to that would be did -- was he charged?
15              Is that what you're saying?  What was
16              the question?
17
18
19              By Mr. Cain:
20      Q       Were you aware that Dennis Montgomery
21              had been accused of fraud with respect
22              to the Maricopa County Sheriff's Office
23              in 2020 -- or 2014?
24      A       No.
25      Q       Have you -- is this the first you've

                                        Page 220
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 222 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 222
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 222
of 375

```
 1               heard of that?
 2      A        No, I've heard all this stuff they've
 3               tried to discredit him out there since
 4               then -- the last year and a half
 5               attack.
 6                       In fact, I think it was -- I
 7               don't know one of these little lawsuits
 8               where it was brought up before.
 9      Q        All right.  Judge --
10      A        -- and I say to that, you know, I was
11               an ex-crack head, I did things back
12               then too, what does it have to do with
13               the evidence?
14                       And what does it have to do
15               with this case?  Crazy.
16      Q        Well, you don't think the credibility
17               of Mr. Montgomery is important?
18      A        No, you know what I do?  I do my own
19               due diligence.  I don't -- you know,
20               people's past and what they've done,
21               that's their deal.
22                       I do my own due diligence
23               relative to the thing.  Like when I met
24               Donald Trump, I had done my own due
25               diligence.  You can't tell me something
```

Page 221

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 223 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 223
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 223
of 375

```
 1              he's not, because I seen him.

 2                      I met him, I did my own due

 3              diligence.  I met the man.  You know,

 4              if someone said, "Are you a great guy?"

 5              I'd say, "No," because I met you.  You

 6              know, I met you and you've attacked him

 7              for no reason.

 8                      Dennis Montgomery -- I went

 9              and did my own due diligence.  I don't

10              care what he does out there, whatever

11              he does, that has nothing to do with

12              the facts.  That he worked for the

13              government, built Hammer Scorecard,

14              worked for the CIA, had these

15              contracts.

16                      I bought -- I bought -- I

17              did my due diligence when I bought into

18              two businesses with him.  Are you

19              kidding me?  What does that have to do

20              with the -- "Oh, he got accused of

21              fraud."

22                      Well you know what?  I've

23              been accused of a lot of things, too.

24              What does that have to do with

25              anything?
```

Page 222

```
 1      Q     A federal judge stated that Mr.

 2            Montgomery committed fraud on

 3            the Mariposa --

 4      A     -- oh, was he charged?  Did he get

 5            charged?

 6      Q     Well --

 7      A     -- did he get charged?

 8                  MR. MALONE:  Mike -- Mike,

 9            you don't have to ask him questions.

10                  THE WITNESS:  Well, I'm just

11            asking.  I don't get it.

12                  MR. MALONE:  We'll --

13            (inaudible).

14                  THE WITNESS:  I got -- I'm

15            accused of all kinds of crap by you

16            guys and everybody else.

17                  MR. MALONE:  Mike, it's

18            okay.

19                  THE WITNESS:  Well, it's

20            damn ridiculous.

21                  MR. MALONE:  Just say you

22            don't know, that's fine.

23                  THE WITNESS:  I don't know;

24            I've never seen this thing in my life.

25            What's the next question?
```

Page 223

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 225 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 225
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 225
of 375

```
 1

 2

 3              By Mr. Cain:

 4       Q     In your due diligence, as you put it,

 5              did you not come across the fact that

 6              Mr. Montgomery committed fraud against

 7              the Maricopa County Sheriff's Office?

 8                    And, specifically, this --

 9              this federal judge said that quote,

10              "Having paid large sums of money to

11              Montgomery for his investigations, the

12              Maricopa County Sheriff's Office was a

13              victim of that fraud"?

14                    MR. MALONE:  Object to form

15              and foundation.

16

17

18              By Mr. Cain:

19       Q     Were you not aware of that?

20       A     No.  Absolutely not.

21       Q     You weren't aware of Mr. Montgomery

22              attempting to convince the sheriff's

23              office that it was being monitored by

24              the Obama administration --

25       A     No.
```

Page 224

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 226 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 226
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 226
of 375

```
 1        Q     -- with the government?

 2        A     No.

 3        Q     Okay.  So that wasn't something that

 4              you came up -- when you said you did

 5              your own due diligence, that wasn't

 6              something you came across?

 7        A     No.  I validated that he worked for the

 8              CIA, and he had these contracts.  He

 9              had a thing called blxware, all these

10              things is what I validate.

11                      And I could say the numbers;

12              he's showing me the numbers.  So I had

13              a guy dig into the mathematic, dig in

14              there, let's check this out.  And I had

15              government officials tell me it was

16              real, and I had generals and colonels.

17                      I mean, what more would you

18              want?  I mean, what the -- this is

19              crazy.

20        Q     You had a guy dig into the mathematics?

21        A     Dig into the numbers, Conan Hayes.  I

22              told you that.

23        Q     Conan Hayes.  Well, you said 'a guy,' I

24              don't know who you --

25        A     -- I've told you that many times; we've
```

Page 225

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 227 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 227
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 227
of 375

```
 1              been over this.
 2      Q       Is Mr. Hayes on your payroll still?
 3      A       He is now, he wasn't then.
 4      Q       There's other incidents related to Mr.
 5              Montgomery that's reported on this
 6              e-mail that was sent.  It's -- it's
 7              rather lengthy, but --
 8      A       Okay.
 9      Q       -- I want to to point you to Page 10.
10      A       (Witness complying).
11      Q       Where it talks about Mr. Montgomery's
12              credibility, and it's at the bottom of
13              Page 10.  Are you with me on that?
14      A       (Witness reading to self).
15      Q       Okay.
16      A       Yeah, I'm reading it -- what do -- what
17              do you want?  What's the question?
18      Q       The first item is an allegation that
19              Mr. Montgomery defrauded the United
20              States Air Force with respect to some
21              technology that he had developed, drone
22              software in particular.  Were you aware
23              of those allegations?
24      A       No, none of this.
25      Q       Okay.  That is in February of 2006.  In
```

Page 226

```
 1              February -- or excuse me, November of
 2              2010, I'm looking at the middle of Page
 3              11, there's information that was sent
 4              to you about Montgomery being indicted
 5              on six felony counts for passing checks
 6              totalling $1 million dollars with
 7              insufficient funds at a Las Vegas
 8              casino.
 9                   Were you aware of those --
10       A      No.
11       Q      -- allegations based in --
12       A      -- no.
13       Q      Is this the first you're hearing of
14              that?
15       A      Yeah.
16       Q      Okay.  In March of 2009, as reported in
17              this memo, Magistrate Judge Cooke
18              concluded that Mr. Montgomery committed
19              perjury in a proceeding before him.
20              Excuse me, before her.
21                   Were you aware of the -- the
22              perjury finding by Judge Cooke?
23       A      No.
24       Q      Were you aware, prior to the -- the
25              Cyber Symposium that Mr. Montgomery had
```

Page 227

Case No. 1:22-cv-01129-NYW-SBP     Document 235-15     filed 12/11/23     USDC Colorado
pg 229 of 375

Case No. 1:22-cv-01129-NYW-SKC     Document 222-1     filed 11/10/23     USDC Colorado     pg 229
of 375

Case No. 1:22-cv-01129-NYW-SKC     Document 173     filed 09/07/23     USDC Colorado     pg 229
of 375

```
 1              been sanctioned over $200,000 in court

 2              fees with respect to this same matter

 3              that I just referenced --

 4       A      No.

 5       Q      -- Judge Cooke?

 6       A      No.

 7       Q      And then you as said, you weren't aware

 8              of the Maricopa County issues in 2014.

 9              But then, nonetheless, you have gone

10              into business now with Mr. Montgomery;

11              is that true?

12       A      Yeah.

13       Q      Okay.

14       A      Way back in January or February when I

15              bought into these other two business,

16              which was compression and it was -- I

17              looked into that, it seemed like a

18              great thing.

19       Q      Okay.  Well, let's talk about your ties

20              to Mr. Montgomery through your business

21              connections.

22                      MR. CAIN:  But we need to go

23              off the record because the videotape is

24              -- is about over.

25                      THE VIDEOGRAPHER:  We are

                                        Page 228
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 230 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 230
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 230
of 375

```
 1              going off the record.  The time is

 2              12:30.

 3                        REPORTER'S NOTE:  Whereupon,

                          a short recess is taken.

 4

 5                        THE VIDEOGRAPHER:  We are

 6              back on the record.  This is the start

 7              to Media Number 3.  The time is 1:42.

 8

 9

10              By Mr. Cain:

11      Q       Mr. Lindell, let's pick up on the

12              Dennis Montgomery, we were talking

13              about him before the break.

14                        And you had mentioned that

15              you were involved in some business

16              deals with him, or companies.  Can you

17              just generally describe what that is?

18      A       One's -- it's a compression thing for

19              videos, video compression.

20      Q       Okay.

21      A       And then the other one is blxware which

22              is tech -- which is technology that --

23              I guess technologies that he has.

24              Proprietary -- I don't know if patent

25              is the right word.
```

Page 229

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 231 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 231
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 231
of 375

```
 1      Q     Okay.
 2                    MR. CAIN:  Let me mark...
 3                    THE WITNESS:  I think
 4            there's three companies I'm in with
 5            him.  But I don't know the names other
 6            than blxware.
 7
 8
 9            By Mr. Cain:
10      Q     Does SETEC strike a bell?
11      A     What's that one?
12      Q     SETEC, S-E-T-E-C?
13      A     No.
14      Q     I don't know.
15                    REPORTER'S NOTE:  Whereupon,
                      Michael Lindell Deposition
16                    Exhibit Number 187 was
                      marked for identification.
17
18
19            By Mr. Cain:
20      Q     Let me give you Exhibit 187.  This is
21            something you produced, Mr. Lindell,
22            it's February 2nd, 2021 e-mail.  That
23            was the day that of the newest Newsmax
24            --
25      A     Okay.

                                         Page 230
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 232 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 232
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 232
of 375

```
 1       Q      -- anchor.  Just as it -- as it

 2              happens.  So at the bottom of this,

 3              this is an e-mail to you from Dennis

 4              Montgomery; correct?

 5       A      Looks like it, yep.

 6       Q      Then on the bottom he says, "I

 7              appreciate all the hard work you have

 8              put in the last days to get the

 9              election fraud exposed.

10                        I have sent you the docs

11              where I transferred 48 percent of SETEC

12              for your investment.  Would you please

13              send the remaining $375,000 to complete

14              this transaction.  My only focus right

15              now is to complete the election work."

16              Do you see that?

17       A      (No response).

18       Q      On the bottom?

19       A      Yeah, I see that.

20       Q      All right.  And then you say, "I will

21              today when I get off the air."  So what

22              is the --

23       A      -- where does it say, "I will"?

24       Q      "I -- I will today when I get off the

25              air," that's right above it.
```

Page 231

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 233 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 233
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 233
of 375

```
 1       A     Oh, I gotcha.  Okay.

 2       Q     All right.  So what is -- what is this

 3             -- this SETEC --

 4       A     No idea.

 5       Q     -- company that you're involved with?

 6       A     No idea.

 7       Q     So you don't know what you paid

 8             $375,000 for?

 9       A     I knew it was the compression stuff, it

10             was back then two and a half years ago.

11             This is compression technology.  I

12             believe.

13                   This could be the one for

14             cell phones where -- where you had --

15             you can add extra battery capacity to

16             cell phones.  Dennis, has so many

17             technologies, I'd have to go back.  I

18             thought it was a different name.

19                   But you're showing me this

20             now.  You're saying it's SETEC, we'll

21             go with SETEC.

22       Q     Okay.  I'm just trying to get my hands

23             around -- or maybe my arms, around your

24             -- your business relationship with Mr.

25             Montgomery.  One appears to be SETEC,
```

Page 232

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 234 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 234
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 234
of 375

```
 1              you said you don't know if it's a
 2              compression company?
 3      A       I don't know which -- which ones in
 4              what.  There's a lot of stuff he has.
 5              I don't know which is in which bucket.
 6      Q       Okay.  How many lines of business then
 7              are you involved with -- with Mr.
 8              Montgomery?
 9      A       How many lines?
10      Q       Yeah.
11      A       I know blxware, and if you say this
12              one -- I -- I don't even remember that
13              name.
14      Q       Okay.
15      A       There's another name, I think there's
16              two other names.  I don't recognize
17              this name.
18      Q       Okay.
19      A       So maybe there's a subsidiary of the
20              other companies if you have those
21              names?
22      Q       Not with me, I have certainly blxware.
23      A       Yeah, blxware I know of, that was --
24              that was separate than two companies I
25              bought into right away like in February
```

Page 233

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 235 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 235
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 235
of 375

```
 1              of '21.
 2                      And I don't -- I didn't
 3              think it was SETEC, but it could have
 4              been.  I guess this -- you know, I
 5              thought there was a different name.
 6              But, obviously, it looks like here I
 7              bought into SETEC -- SETEC.
 8         Q    Okay.
 9                      MR. CAIN:  And blxware for
10              Nate is B-L-X-W-A-R-E.
11                      THE WITNESS:  Right.
12                      MR. CAIN:  Okay.
13
14
15              By Mr. Cain:
16         Q    And then the compression company
17              though whether that's --
18         A    -- I don't know.
19         Q    Whether it's called SETEC or something
20              else, what specifically are you talking
21              about, because that term is used across
22              different industries?
23         A    I don't know which industry has what.
24              I don't know.
25         Q    No, no, no -- not entity, what -- what
```

Page 234

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 236 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 236
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 236
of 375

```
 1              does that company do?  What --
 2     A     -- what does what company to do?
 3     Q     The compression company.
 4     A     I don't know which company --
 5           compression company.  What it is, is
 6           Dennis has technology where you can
 7           compress videos, or compress anything,
 8           that's his main thing.
 9                    It's a compression that no
10           one else in the world has.  It's like 3
11           X better than satellites.  3 X better
12           than -- this is what the government --
13           a lot of this stuff was based off of
14           compression.
15                    I believe that even Hammer
16           Scorecard is probably based off it.  I
17           don't know.  I'm not a tech guy.
18     Q     Okay.  But the -- the investments that
19           you have with Mr. Montgomery, it's fair
20           to say have been since 2001 and you
21           didn't -- you weren't in business with
22           him before this election fraud
23           business?
24     A     No.
25     Q     Okay.
```

Page 235

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 237 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 237
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 237
of 375

```
 1        A    I didn't even know him.

 2        Q    All right.  And how much total have you

 3             invested with Mr. Montgomery's

 4             entities?

 5        A    I have no -- no idea.  There's been

 6             three different things, four different

 7             things.  He works -- he works for me

 8             now.

 9                  He's employed by me now and

10             -- but as back then, I gave X amount

11             for one business, X amount for another,

12             and X amount for blxware.  I don't have

13             those exact numbers.

14        Q    Just best --

15        A    -- so I couldn't tell you.

16        Q    Just -- just best of your recollection,

17             that's all I'm asking.

18        A    I don't know.

19        Q    All right.

20        A    Three, four million.  I don't know.

21        Q    When you say he's employed by you now,

22             what -- what do you mean by that?

23        A    I pay his company or -- and I don't

24             know which company that is, it's

25             $100,000 a month for different projects
```

Page 236

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 238 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 238
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 238
of 375

```
 1                 that he did -- that he's done.

 2        Q       Like a retainer?

 3        A       Not a retainer.

 4        Q       No, my point is, no matter how many

 5                work he does, you just pay him

 6                100,000 --

 7        A       It's 100,000 a month.  And he's got --

 8                and he's been different things he's

 9                done.  He's done work on compression of

10                videos, e-mails and e-mail systems, a

11                stock thing.  He's got all the kinds of

12                different technology.

13        Q       Okay.

14        A       And mostly he's worked on -- well, I

15                guess they're all separate.  And he's

16                worked on a device that we came out, a

17                wireless monitoring device, you might

18                have seen it or heard about it.

19                        And -- and that's to detect

20                when things go online because they've

21                lied to this country that machine --

22                that they're not online.

23                        So he worked on that for

24                quite a while now.  I think -- I don't

25                know, it could be over a year.  I don't
```

Page 237

```
 1              remember the exacts of...

 2       Q      That's the thing you duck taped to the

 3              drone?

 4       A      There's no -- yeah, there's no drones

 5              involved.  So that was the media and it

 6              was for effect coming into the thing.

 7       Q      I see.

 8       A      So I -- so you can -- he -- he does

 9              have drone technology for cables and to

10              sense when cables are gonna break, like

11              wireless cables and -- the guy's got

12              all kinds of technology.

13       Q      What's your best estimate, again, I

14              won't necessarily hold you to it, but

15              your best estimate in terms of your

16              investments with Mr. Montgomery is the

17              three to four million dollar range?

18       A      That's what I think.  First,

19              originally, I think it was $1.57

20              hundred and some.  And maybe 5 or 700

21              hundred and some, the two companies

22              then.

23                      And then blxware, I -- I

24              don't know the price on that.  So I'd

25              -- I can't even guess.  Three to 4 is
```

Page 238

```
 1              what I'm thinking.
 2      Q    Okay.
 3      A    But that's not counting the -- I don't
 4           believe that's counting his monthly
 5           contract stuff that I have him -- that
 6           I have him doing.
 7      Q    Okay.  But you're paying him monthly
 8           $100,000 even if he's working on
 9           technology owned by a company that
10           you're invested in?
11      A    No, that's not what he's doing at all.
12      Q    Well, I'm asking you.
13      A    No, he's doing stuff for the election
14           stuff, getting stuff ready to save our
15           election platforms.
16      Q    All right.
17                  MR. CAIN:  And then you
18           mentioned Blxware, let me show you
19           what's been marked as Exhibit 188.
20                      REPORTER'S NOTE:  Whereupon,
                        Michael Lindell Deposition
21                      Exhibit Number 188 was
                        marked for identification.
22
23
24           By Mr. Cain:
25      Q    This is an Assignment of an LLC
```

Page 239

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 241 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 241
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 241
of 375

```
 1              Interest in blxware, LLC.  Do you see
 2              that?
 3      A       Yep.
 4      Q       And this came from your file.  Tell me
 5              about how this came about, this
 6              apparent investment in blxware, or
 7              blxware?
 8      A       How it came about?  I don't know how it
 9              came about.  He thought -- we -- we
10              made a deal to it -- and by -- he told
11              me what blxware was.
12                      That it that came from a
13              couple -- a couple that he'd -- he had,
14              I think he had, worked for.  I don't
15              know.
16                      It was some -- and it went
17              into bankruptcy.  This is all the
18              technologies the government that he
19              still owned, and the government never
20              paid him on.  Patents.  Stuff like
21              that.
22                      And at that time I'm going,
23              "You know what?  Anything I could do to
24              have -- to help save our country or
25              whatever, platforms, I thought it would
```

Page 240

```
 1              be a good thing to own."
 2       Q      Okay.  What -- what intellectual
 3              property and/or technology and/or
 4              physical assets did blxware own?
 5       A      I don't know.  I have no idea.
 6       Q      This assignment of the interest is 100
 7              percent of the membership interest in
 8              that company for 1.8 million dollars?
 9       A      Looks like it, yep.
10       Q      Okay.  Did you pay that to Mr.
11              Montgomery?
12       A      I don't remember who it was paid to or
13              if it was paid to an entity, him or
14              whatever.  I have no idea.
15       Q      So you don't know who it was paid to
16              and you don't know what you were
17              purchasing?
18       A      That's correct.  That is 100 percent
19              correct.  And you can say, "Why would
20              do that?  What a terrible business
21              man."  Is that going through your head?
22       Q      I think the jury might be --
23       A      What --
24       Q      -- wondering that.
25       A      -- I -- you know what, I was trying to
```

Page 241

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 243 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 243
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 243
of 375

```
 1              save our country.  Do you get that?  I
 2              would buy -- put money everywhere,
 3              whatever people would come, it didn't
 4              matter.
 5                        If it mattered, you know, I
 6              needed this -- I needed to get whatever
 7              I could out to the public.  And if
 8              meant buying this, whatever it
 9              included, I would do it.  I didn't
10              care.
11                        Money doesn't matter if we
12              lose our country and we lose our
13              elections.  It means nothing.  I think
14              I've shown that as My Pillow gets
15              destroyed and destroyed and destroyed.
16                        Have you ever wondered
17              yourself -- hey, Donald Trump is -- is
18              long past the election, why am I still
19              doing this?  Why I am I still losing
20              everything I have?
21                        Because we have to save our
22              country and have elections not
23              selections.
24                        MR. MALONE:  Mike, it's a
25              fine question, you can wait for him to
```

Page 242

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 244 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 244
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 244
of 375

```
 1            ask it.
 2                        THE WITNESS:  Well,
 3            whatever.
 4                        MR. MALONE:  You don't have
 5            to ask it.  Okay.
 6
 7
 8            By Mr. Cain:
 9       Q    The assignment --
10                        MR. CAIN:  -- well, let me
11            object as non-responsive as to --
12                        THE WITNESS:  -- he makes a
13            comment, "Well, what would a jury think
14            of that?"
15                        MR. MALONE:  Yeah, just --
16                        THE WITNESS:  -- I don't
17            know.  We'll find out, won't we?
18                        MR. MALONE:  Wait for him to
19            ask his questions.
20                        MR. CAIN:  Yeah.
21
22
23            By Mr. Cain:
24       Q    So I -- I -- there's still a disconnect
25            though, Mr. Lindell --

                                    Page 243
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 245 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 245
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 245
of 375

```
 1                    THE WITNESS:  -- hey, can I

 2            -- can I -- I don't know why these

 3            questions are coming up.  What does

 4            this have to do with Eric Coomer?  I

 5            don't get this line of questioning, but

 6            go ahead.

 7

 8

 9            By Mr. Cain:

10       Q    It was our understanding -- well,

11            strike that.  I won't -- I won't ask it

12            that way.

13                    This assignment was made

14            just prior to the Cyber Symposium in

15            July, the effective date at least is

16            July 25th of 2021, on the bottom of it,

17            Paragraph 4.

18       A    Okay.

19       Q    And there's an Order attached which is

20            referenced in the LLC Assignment of

21            money that was paid for this -- whether

22            it's technology or whatever this

23            company owned, in the amount of $5,000;

24            do you see that?

25       A    (No response).
```

Page 244

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 246 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 246
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 246
of 375

```
 1        Q      That's on the third page.

 2        A      What am I looking at?

 3                      MR. MALONE:  It's going to

 4               be -- right here (indicating).  Page

 5               10980.

 6                      THE WITNESS:  (Witness

 7               reading to self).  Okay.

 8                      MR. CAIN:  Okay.

 9

10

11               By Mr. Cain:

12        Q      So apparently Mr. Montgomery purchased

13               all of the bankruptcy estate's interest

14               in this blxware LLC for $5,000, and

15               turned around and sold it to you three

16               or four months later -- let's see...

17               March, April, May, June, July, four

18               months later for $1.8 million dollars.

19               Is that a fair statement?

20                      MR. MALONE:  Object to form

21               and foundation.

22                      THE WITNESS:  I have no

23               idea.  No idea.  I've -- I've never

24               seen this piece of paper in my life.

25
```

Page 245

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 247 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 247
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 247
of 375

```
 1

 2              By Mr. Cain:

 3      Q       So when you bought blxware you weren't

 4              provided -- this is -- this comes from

 5              your file --

 6      A       -- I don't -- I don't know.  I've --

 7              I've never even signed this, so I don't

 8              know.  I probably have never even seen

 9              this.

10                      I have other stuff on my

11              mind, other than buying this.  I was

12              trying to get the evidence out to the

13              public and get things signed and save

14              our country.

15                      I've never -- I have not

16              read this.  I have not -- my

17              signature's on it.  I don't -- you

18              know, it's not on it.  I don't know.

19                      So, no, I have never seen

20              this, and -- and then it's got on the

21              back here a Promissory Note from Dennis

22              Montgomery to pay me.  So I don't know

23              what -- it looks to me like this was,

24              you know -- I don't know what it was

25              purchased for because you have -- you

                                        Page 246
```

```
 1              have a purchase agreement here.
 2                      MR. MALONE:  Mike, if you
 3          don't know, that's fine.
 4                      THE WITNESS:  Yeah.  I don't
 5          know.  But I'm just saying it says $1.8
 6          million --
 7                      MR. MALONE:  I know.
 8                      THE WITNESS:  -- but then
 9          Dennis has to pay it back.
10                      MR. MALONE:  Well --
11                      THE WITNESS:  So there's
12          this --
13                      MR. MALONE:  -- he can ask
14          you about that.
15                      THE WITNESS:  Right.  So I
16          don't know.
17                      MR. MALONE:  If you don't
18          know, you don't know.
19                      THE WITNESS:  I don't know.
20                      MR. CAIN:  Yeah.
21
22
23
24          By Mr. Cain:
25      Q   That's why I'm asking; this is a
```

Page 247

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 249 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 249
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 249
of 375

```
 1                 confusing transaction.

 2        A    It's very confusing.

 3        Q    So let's -- let's -- there is a

 4             Promissory Note --

 5        A    Right.

 6        Q    -- later?

 7        A    Right.

 8        Q    Apparently you had provided $1.8

 9             million dollars to Dennis Montgomery,

10             and he -- and he signed a promissory

11             note to pay that back; do you remember

12             that?

13        A    That's this -- that's this $1.8.

14             Right.

15        Q    Okay.  The $1.8 that you provided, was

16             that money that was used for the

17             purchase of the home?

18        A    I don't know.

19        Q    In Florida?

20        A    No idea.

21        Q    Okay.  Do you think you purchased --

22             well, let me -- let me ask the

23             predicate to that.  Did you purchase a

24             home for Dennis Montgomery in Florida?

25        A    I don't know.
```

Page 248

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 250 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 250
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 250
of 375

```
 1        Q     At or around --
 2        A     -- I don't know if that went --
 3        Q     -- this time?
 4        A     -- for that or not.  I know he moved to
 5              Florida in July of 2021.
 6        Q     Right.  Right around this time.
 7        A     Right.  Right.  So I didn't purchase
 8              the home.  This looks to me like this
 9              was the deal to get the money for the
10              home.
11                    It looks to me like he's got
12              to pay back $1.8 million.  This has
13              never been -- this is -- I don't know
14              if it's ever been finalized even.
15        Q     Okay.  So you can -- I -- I hear your
16              testimony.
17        A     (Indicating).
18        Q     As I look through this, what appeared
19              to me to be the case, tell me if you
20              think I'm wrong, is that you gave
21              Dennis Montgomery $1.8 million dollars.
22        A     (Indicating).
23        Q     He then gave you a Promissory Note to
24              repay that?
25        A     Right.
```

Page 249

```
 1        Q     But in lieu of repaying that hundred
 2              and -- that $1.8 million dollars, he
 3              assigned you his interest in blxware
 4              for that amount.
 5        A     I don't know that part right now.  It
 6              looks that way, but I don't know that
 7              for sure.  I've never signed it, and I
 8              -- and I don't know.  It looks that
 9              way.
10        Q     Okay.
11        A     Instead of paying back the $1.8, it
12              looks like this is what I have.  I will
13              agree that it looks that way.
14        Q     Okay.
15        A     Now is that the reality?  I don't know.
16        Q     In terms of -- and we've already said,
17              you don't know what blxware owned?
18        A     That's right.
19        Q     But in terms of Dennis Montgomery's --
20              any interest he had in Hammer or
21              Scorecard, did you pay him for that
22              technology?
23        A     If that's what's in blxware then, yes.
24              I don't know.  All I know is his
25              compression technology is in one of the
```

Page 250

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 252 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 252
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 252
of 375

```
 1                  three compartments.  I don't know.
 2       Q    Okay.  Do you think you paid him for
 3            that technology?
 4       A    Yeah, I think so.
 5       Q    And do you think you own Hammer and
 6            Scorecard?
 7       A    No.  I own the -- the technology behind
 8            it.  I don't know who owns Hammer and
 9            Scorecard.  The government?  I don't
10            know.
11                  I think it's just a word of
12            the technology.  I don't know.  Now
13            they were rent -- they were paying
14            Dennis Montgomery for his technology.
15       Q    Okay.
16       A    Now, do I have the IP or the technology
17            rights to that?  Yes, I would say I do.
18       Q    Okay.  And we're getting to where I
19            want to end, which is what -- what
20            evidence is your ownership interest in
21            that technology, if you know?
22       A    I don't know.
23       Q    Well, then how do you know you actually
24            own it?
25       A    Because I've been told that.
```

Page 251

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 253 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 253
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 253
of 375

```
 1        Q    By Mr. Montgomery?

 2        A    Yeah.

 3        Q    Now, Mr. Montgomery also claims to have

 4             captured evidence of the -- the

 5             intrusion into the election so-called

 6             PCAP evidence?

 7        A    (Indicating).

 8        Q    Is that a yes?

 9        A    Yeah.

10        Q    You understand that?

11        A    (No response).

12        Q    And what -- what do you understand a

13             PCAP or packet capture to be?

14        A    Cyber evidence that go -- or things

15             that are captured in a stream on --

16             over the -- I don't know, internet, I

17             don't know; I'm not familiar with it.

18                  But I know you have copies

19             of that now.  You have the terabytes

20             and you have an example of the PCAPs

21             that came from those terabytes.

22                  I -- I believe that's been

23             turned over to you.

24        Q    Yeah.  Well the -- some of that

25             evidence was -- was published during
```

Page 252

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 254 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 254
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 254
of 375

```
 1                the symposium --
 2      A       -- not that -- no -- no -- the stream
 3                of data was.  The stream of data was.
 4                The -- just a data stream was.  I
 5                believe data that shows -- it's from --
 6                the whole thing was it shows it's from
 7                the 2020 election.
 8      Q       Okay.  But with respect to the PCAP
 9                data that Mr. Montgomery -- well, let
10                me strike that, because I think there's
11                one question before that.
12                        Who do you understand
13                actually gathered that data, the PCAP
14                data in real time?
15      A       What do you mean PCAP?  All the data?
16                Dennis Montgomery.
17      Q       Okay.
18      A       100 percent.
19      Q       No, I -- I -- that's what I thought you
20                said --
21      A       (Indicating).
22      Q       -- I just wanted to make sure we're on
23                the same page there.  Or at least I'm
24                on the same page.
25                        So Dennis Montgomery, did he
```

Page 253

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 255 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 255
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 255
of 375

```
 1                    ever tell you the source and -- and

 2                    methods that he used to gather that

 3                    tech -- that those packet captures?

 4        A     No.  He said that he develop -- he

 5                    developed stuff for the government, and

 6                    they're using that technology against

 7                    us.  That he developed it to do stuff

 8                    in other countries for our government.

 9                    That's what he said.

10        Q     Okay.  But, again, my question is maybe

11                    a little different than that.

12        A     He said it's a page -- he said, yeah,

13                    he captured it's like a -- to me it was

14                    like having a camera.  Like a -- he

15                    tried to explain this -- it's like

16                    having a camera on there.

17                        If you had a diamond store

18                    getting robbed and you have a camera in

19                    there, you're watching it all happen

20                    and it's -- it's time-stamped, so you

21                    have it -- it's not -- you can't change

22                    that.

23                        It happens I guess with

24                    everything, with our cell phone data,

25                    with our Verizon, whatever, that these
```

Page 254

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 256 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 256
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 256
of 375

```
 1              go through and people can grab that

 2              stream, and you have it, you know,

 3              here's what it is, if you had to go

 4              back.

 5                    It's probably something that

 6              we -- that we should've had -- that we

 7              should've had our eyes on, the

 8              government should've been watching so

 9              they didn't -- or they would find out

10              all this stuff.

11                    But it was -- it sounds like

12              it was our own government involved.

13      Q    That's -- that's confusing to me.

14           Either Dennis --

15      A    -- whatever.  Dennis Montgomery

16           captured it.

17      Q    All right.

18      A    Yes, he told me he did.  So did Mary

19           Fanning, so did everybody else.  Okay.

20      Q    Did you actually visit Mr. Montgomery

21           at his home in Florida?

22      A    Only -- only back then in July of '21.

23           First time I ever met him.

24      Q    Did he show you the hardware that he

25           used to execute this capture of --
```

Page 255

```
 1     A      -- no, he showed me computers.  I don't
 2            know if it's hardware.  It's computers,
 3            he showed it on a screen.  Here's this
 4            (indicating).
 5                      And I had Conan Hayes there
 6            going -- we looked at it and I'm going,
 7            "Hey, could you put this -- get this
 8            up?"  He -- they explained all that
 9            encrypted data.
10                      And I go, "Can you make it
11            so people can read this and whatever?"
12            And -- and he made streams that I ran
13            at the front of the symposium, and all
14            these things.
15                      I said, "Here's what the
16            public needs to see, so the cyber guys
17            can see it was 100 percent from the
18            2020 election."  So...
19     Q      Okay.  So you went there personally --
20     A      (Indicating).
21     Q      -- Conan Hayes was -- was this at the
22            house?
23     A      (Indicating).
24     Q      And this was at Dennis Montgomery's
25            house?
```

Page 256

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 258 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 258
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 258
of 375

```
 1        A     Yes.

 2        Q     The new one that he had just bought?

 3        A     The what?

 4        Q     The one that he had just bought?

 5        A     Yes.

 6        Q     Okay.  And it was just you three?

 7        A     Ah, yes.

 8        Q     And he showed you his computer setup

 9              onsite.

10        A     There's computers there and it -- there

11              was computers there, yeah.

12        Q     Okay.  Did he --

13        A     -- there's also a computer that I had

14              bought, two computers, because I said I

15              want one to put my copy of everything

16              into so I have it for the symposium.

17                         And then he had made a copy

18              I guess and put it -- they had that in

19              a -- secure.  He showed me his garage,

20              piles of tapes on -- you can't even

21              believe.

22        Q     Okay.

23        A     I mean, it's just piles and piles of --

24              of hard drives.

25        Q     Did you understand though that when he
```

Page 257

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 259 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 259
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 259
of 375

```
 1              was showing you his computer setup at

 2              his home in Florida that those were the

 3              computers that he used --

 4      A       -- I have no idea what he used.  Those

 5              were my computers I had bought.  My

 6              computers I had bought.

 7                      He showed the computers

 8              because we were downloading onto that.

 9              These were computers, he never said,

10              "This is what I did with the computer."

11                      I have no idea what -- what

12              he did back in 2020, or where those

13              computers are, or what he did.  I have

14              no idea.  He showed the stuff he got

15              from there, you know.

16                      Here's data (indicating).

17              And Conan Hayes had already validated

18              that this is -- this is mega data and

19              it's from the 2020 election.  Period.

20      Q       Okay.  And let's talk about Conan Hayes

21              for a second.  Why was he there?

22      A       Because I had -- because by that time I

23              had hired him like in June or July.  I

24              hired him.

25                      I wanted to run and
```

Page 258

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 260 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 260
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 260
of 375

```
 1              completely get my copy validated,

 2              continuing validating, which he had

 3              been doing since I think February or

 4              March.

 5      Q     And who introduced you to him?

 6      A     I don't remember that.  He was -- he

 7              was on I think Absolute Interference.

 8                      I have no idea who

 9              introduced -- and I found out later

10              that he had, him and another guy, had

11              worked with Patrick Burns -- and a --

12              one time -- at one time -- at one time

13              when I thought I was bringing evidence,

14              and all of a sudden Patrick Burns

15              brings the same guys in, and I'm going,

16              "What do you mean?"

17                      They just had him under, you

18              know -- and I thought it was my

19              evidence, and there is was -- he had

20              the same evidence.  But Conan was --

21              they knew Conan.

22                      But I don't know who

23              introduced me to Conan.  Whether it was

24              in that movie because I had never seen

25              him.  I know he was in one of the
```

Page 259

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 261 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 261
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 261
of 375

```
 1                movies and I couldn't -- I had never
 2                met him or seen him by face.
 3                        I think that was the first
 4                time I ever met Conan too was in July
 5                of -- at Dennis's house.
 6          Q     Did he fly with you on -- on your plane
 7                to Florida?
 8          A     I don't remember.  I -- I don't think
 9                so because I think he lives in
10                California, and I don't think so.  I
11                think he -- he flew himself.
12          Q     Gotcha.  So after you were -- well,
13                when you were at this house, Mr.
14                Montgomery's house, did you walk away
15                with hard drives full of the data that
16                Mr. Montgomery promised you?
17          A     What's that?
18          Q     Did you get the data?
19          A     The -- we got a part of the data, it
20                was on a hard drive that we got that
21                day, or I guess that day.
22                        And we took it to Texas to
23                put in the cyber -- cyber active of
24                2015 to drop it -- to put it into --
25                where everybody can grab it or
```

Page 260

```
 1              whatever.
 2       Q      I'm -- I'm not, that's the first I've
 3              -- I've heard of this -- what did you
 4              say cyber active?
 5       A      It's -- there's some cyber active 2015.
 6       Q      What is that?
 7       A      I don't know what it is.  Some acro --
 8              where they -- that was set up by Obama
 9              and you bring -- if you -- if you have
10              some evidence of an intrusion into
11              election, if you turn it in there, all
12              this -- every -- cyber guys from every
13              where can grab it.  It's awesome, I
14              guess.
15       Q      And who -- who made the deposit of the
16              data into the cyber active 2000 --
17       A      -- who what?
18       Q      Who did this?  Who -- who put the
19              data --
20       A      -- oh, we did.  I -- I went there
21              myself and this is where there was some
22              red team involved.  I know a Kurt Olson
23              was on there -- he was there, the
24              lawyer.
25                         And there was a guy named
```

Page 261

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 263 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 263
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 263
of 375

```
 1              Josh Merit when we got here, he turned
 2              out to be a criminal -- criminal,
 3              whatever he was.  And Josh Merit...
 4                      Let's see, who was the next
 5              guy...  Russ Ramsland.  Another guy
 6              that was gonna put it in the bank for
 7              the cyber act.
 8                      And Josh Merit got -- he
 9              stood up on a chalkboard and said, "I
10              know all about Dennis Montgomery, Dan.
11              It's 100 percent," Blah, blah, blah.
12              Great.  And he's on the chalkboard.
13                      Well, then it was taking so
14              long for them to make a copy and I had
15              to get to Sioux Falls.  I said, "How
16              long is this gonna take?  I need to get
17              this to Sioux Falls right now."
18                      And they didn't know how
19              long it was gonna take.  And I said,
20              "You know what?  You can bring this
21              back to them."  I said, "I've got to
22              go."
23                      And then we jumped on the
24              plane and headed to Sioux Falls with
25              that entail -- with that -- that -- so
```

Page 262

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 264 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 264
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 264
of 375

```
 1                they didn't finish downloading and

 2                sticking it in the bag.

 3     Q     Okay.  So this is the ASOG meeting

 4                in --

 5     A     What's that?

 6     Q     -- in Texas?  You're referring to a

 7                meeting at -- at ASOG.

 8     A     I don't know what SOG is.

 9     Q     ASOG.  It's Ramsland's company.

10     A     Ramsland's Company, yes, I didn't know

11                -- yeah.

12     Q     Okay.

13     A     And I was just listening to them going

14                "Hey, drop it off here because it's

15                really good."  And I'm going, I didn't

16                know -- this is where I got introduced

17                to this Josh Merit.

18                     I didn't know him from the

19                man on the moon.  I get to Sioux Falls

20                and there's something called a red team

21                and blah, blah, blah.

22     Q     Okay.  But you went to Florida

23                expecting to get all the of PCAP data

24                that Mr. Montgomery had captured?

25     A     32 terabytes, I don't know, you call
```

Page 263

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 265 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 265
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 265
of 375

```
  1              them PCAP data.  32 terabytes of data.

  2     Q    Okay.

  3     A    That's what -- what -- what it is, a

  4              copy of that, yes.  My copy and my --

  5              my source code, everything.  Yes;

  6              that's correct.

  7     Q    So you got all of that in Florida

  8              before --

  9     A    -- no, it was a copy made, and it was

 10              in a storage facility.  Then I -- and

 11              -- and we -- and then we had a hard

 12              drive that Conan gave to me to bring to

 13              Texas.

 14                   And then he stayed there to

 15              get the rest of it from Dennis and then

 16              apparently he had a stroke, and didn't

 17              get the rest of it.

 18                   So whatever was on the hard

 19              drive was a piece and the -- the stuff

 20              that the source code apparently was

 21              over here.  And that -- and Dennis had

 22              a stroke and we -- and we didn't get

 23              that piece with the (inaudible) or

 24              whatever you call.

 25     Q    Okay.  Who explained all of this to
```

                                        Page 264

```
 1            you?

 2     A      Huh?

 3     Q      Well, what you just said with Dennis

 4            having a stroke, and you didn't get all

 5            of the information on the hard drive,

 6            who explained all of that to you?  Was

 7            that Mr. Hayes?

 8     A      Conan when I left -- when we both left

 9            there were sitting there and -- and

10            before -- before I left I go, I've got

11            to get this to -- I got to get to the

12            symposium because we were -- Dennis was

13            still doing all stuff -- doing stuff.

14            And I don't know if it wasn't ready yet

15            or whatever.

16                  My copy was ready somewhere

17            in a with the source code apparently.

18            And Conan said and Dennis said, he

19            goes, "I got to do one more thing."

20            You know, it was like until like noon.

21            "It'll will take me until noon."

22                  And I said, "I don't have

23            until noon."  So I said, "Conan, give

24            you what you got -- that -- that hard

25            drive."  And I said I'm gonna take that
```

Page 265

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 267 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 267
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 267
of 375

```
 1            because they wanted -- Kurt wanted to
 2            go to Texas and put it in that cyber
 3            '15 act.
 4                    So we flew to Texas and I
 5            get there and I meet this Josh guy and
 6            I'm going, "Wow, someone else validated
 7            Dennis Montgomery."  It was so awesome;
 8            I didn't know this guy from the man on
 9            the moon.
10                    And he gets up on the
11            chalkboard and he goes, "I've -- I've
12            looked through all Dennis Montgomery's
13            stuff.  It's 100 percent."
14                    And he's telling this to the
15            guys that's gonna put in the bag, that
16            we all had to sign these sheets.  And
17            then Russ Ramsland's over here
18            downloading it.
19                    And I'm going, "You Guys, I
20            don't care about this.  We have a
21            country -- we have to get to the
22            symposium."  I had no plan -- who's
23            gonna -- no -- nothing was planned out.
24                    And then -- and I'm going,
25            "Who's this Josh Merit guy?"  Well,

                                    Page 266
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 268 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 268
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 268
of 375

```
 1              then Dennis -- or Kurt says, "Well, he

 2              comes from this Phil Waldron red team."

 3              I go, "What's a red team?"

 4                      And then we took that -- I

 5              grabbed it back from Ramsland, and

 6              said, "We're gonna -- you can get this

 7              tomorrow or whatever."  I said, "I need

 8              this right now to get to Sioux Falls."

 9                      And that's when I flew to

10              Sioux Falls from there.

11        Q     But you had -- you had already promised

12              on -- you were on OEN, you were

13              probably on other networks, I'm sure

14              you were actually, promising that you

15              were going to have PCAPs from --

16        A     -- I said there was data -- no, the

17              challenge -- the thing was from the

18              2020 election that this stuff was 100

19              percent, it was a challenge, $5 million

20              dollar challenge, that this data was

21              from the 2020 election.

22                      That's what the challenge

23              was.  That this data was from the 2020

24              election.

25        Q     Well, I'm -- I'm not talking about your

                                        Page 267
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 269 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 269
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 269
of 375

```
 1              contest right now.  I'm talking about

 2              what you told the media which was --

 3     A        -- that's what I told the media.  I put

 4              the challenge out there to get the word

 5              out.  And it wasn't just OEN it was

 6              everywhere.  Except for Fox, they would

 7              not let me advertise it.

 8     Q        Okay.  So what data then, if not PCAP

 9              data, were you planning to present --

10     A        -- I did present -- there was data, the

11              data that he's collected.  I guess when

12              you -- when you convert it -- when you

13              convert it, which you have a copy of

14              now of PCAPs that were converted from

15              the data.

16                   That is massive, I guess;

17              there's 32 terabytes.  So it's

18              collected from I think Mar -- or

19              November 3rd to November 6th of the

20              2020 election.

21                   All this data there and he

22              spent -- and as he's -- as his

23              computers are deciphering the data day

24              after day -- well here you have then --

25              I don't -- I don't know this for -- or
```

Page 268

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 270 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 270
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 270
of 375

```
 1                how this works, but it would spit out a
 2                PCAP, here's a PCAP, here's a PCAP,
 3                here's a PCAP.
 4                      So -- which you guys have
 5                now.  You have those in your
 6                possession; we turned them over.
 7      Q    It's 37 terabytes, we got three hard
 8           drives.
 9      A    Okay.  Thirty-seven, 32 -- 37, whatever
10           it is.  You --
11      Q    Yeah.
12      A    -- you have it.
13      Q    We did receive those.
14      A    Right.  Yeah.
15      Q    Recently.
16      A    Now did it -- now did I have all 37
17           with me on that plane that I dropped in
18           Texas?  No.
19                      But I did -- it was real
20           nice when Josh Merit got up there and
21           said, "It's all real," blah, blah,
22           blah.  I've know Dennis (inaudible),
23           I've investigated, did it all.
24                      I didn't know this guy from
25           the man on the moon.  I go, "Wow, this
```

Page 269

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 271 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1   filed 11/10/23   USDC Colorado   pg 271
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23   USDC Colorado   pg 271
of 375

```
 1                   is gonna be awesome," you know.

 2                         Then Conan when he came

 3                   there from -- from -- from Florida to

 4                   the symposium, he says, "We got bad

 5                   news, Dennis had a stroke and I can't

 6                   get -- I can't get to the -- the -- the

 7                   30 -- the whole 32 terabytes."  My

 8                   copy.

 9        Q     Right.  Because you were planning on

10              presenting all 32 terabytes --

11        A     -- I -- it would take years.  I don't

12              know what -- we was just gonna present

13              it.  "Hey," here -- here's what I

14              wanted, the whole symposium is like

15              this.

16                         A:  I wanted all the media

17              there.  B:  I wanted to show that hey,

18              we have this, it's from the 2020

19              election.  And C:  Maybe then the

20              government would say open up this gag

21              order and let the world see that this

22              is real.

23                         That was my purpose of the

24              Cyber Symposium.  We had the media

25              there, we had to have -- all it was was
```

                                                    Page 270

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 272 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 272
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 272
of 375

```
 1              attack after attack instead of someone
 2              saying, "Hey, can we look at this?"
 3                   "Hey, can we -- hey can we
 4              get Dennis Montgomery, who's a real
 5              person.  Who does work for the CIA?
 6              It's all real."
 7                   That's all it was.  You show
 8              -- you show just like you guys have it
 9              now -- that was the same thing for the
10              Cyber Symposium.
11                   Here it is.  All the media's
12              here, wow, yes, it is from the 2020
13              election.  And then you could -- then
14              everybody would be out of my hands.
15                   Here you go everybody, have
16              a ball.  Have your cyber guys look at
17              it all.  That's what we were dropping
18              off in -- in -- at cyber '15 act.
19                   And then because of Dennis's
20              stroke, that never came, then they
21              didn't want to drop off just that
22              little bit at the -- in -- in -- at --
23              with -- in Texas.
24                   So that didn't get dropped
25              off.  And then...  That was it.
```

Page 271

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 273 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 273
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 273
of 375

```
 1        Q      Um, um, you're losing me.  Let me --
 2               let me maybe ask some simple questions
 3               for my benefit.
 4                           What county are we sitting
 5               in right now.
 6        A      What's that?
 7        Q      What -- what's the county, the name of
 8               the county?
 9        A      Here?  Hennepin.  Here in Minnesota?
10        Q      Yeah.
11        A      Hennepin County.
12        Q      Hennepin.
13        A      Yeah.
14        Q      Are the voter rolls of active voters in
15               Hennepin County data from the 2020
16               election?
17        A      Yeah.
18        Q      Okay.  So based --
19        A      (Inaudible).
20        Q      -- on what you're telling us, you could
21               have just shown some voter rolls from
22               -- from this county in 2020 --
23        A      No.
24        Q      -- and that would be from --
25        A      No.
```

Page 272

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 274 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 274
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 274
of 375

```
 1        Q     -- the 2020 election?
 2        A     No, that's not what was shown there.
 3              That's not what was shown.  This was
 4              data, cyber data, voter -- the voter
 5              rolls and the registration rolls they
 6              sit up on -- they sit -- it's your
 7              government.
 8                    They're saying here's who
 9              registered, here's who voted, and
10              here's who was taken off the voter
11              rolls.  It's a data base, it's a little
12              different than a stream of information.
13                    It's very different.  It's
14              like Cast Vote record would be very
15              similar to something from inside the
16              machine.  It's like a camera angle from
17              another -- from another angle.
18        Q     Okay.  So --
19        A     -- very, very similar.
20        Q     Part of the whole story behind the
21              symposium was that China hacked the
22              election.  You had said that multiple
23              times.
24        A     (Indicating).
25        Q     Right?
```

Page 273

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 275 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 275
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 275
of 375

```
 1        A     Yep.  I still stand by that.

 2        Q     Okay.  And the way that, under your

 3              theory, there's some evidence of that

 4              is through capturing these packets that

 5              were sent --

 6        A     --- this shows intrusion --

 7        Q     Let me finish.

 8        A     -- which now we've turned into you.

 9        Q     Packet captures that -- that show

10              communications from IP addresses in

11              China and in the United States.

12                        That's the evidence.  At

13              least some of the evidence, that China

14              was involved in hacking the election;

15              right?

16        A     China was in the room; China intruded

17              into our election.  That's why you can

18              -- if you look up the cyber '15 act of

19              2015 -- if you have anything that might

20              be suspicion, that a foreign country

21              intruded into your election, which they

22              deem critical infrastructure, you can

23              turn that in.

24                        I didn't set it up, Obama

25              did.  That's why we were turning that
```

Page 274

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 276 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 276
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 276
of 375

```
 1              in.  I'm just a guy.  I'm an ex-crack
 2              addict, trying to safe your country.
 3              And here you are attacking me for
 4              something that had nothing to do with
 5              this guy?  This is bizarre.  I mean how
 6              hard is that?
 7     Q     In January --
 8     A     -- I turned it in.  I did what I was
 9              supposed to do.  I went down there, I
10              did it because we had to get going that
11              it didn't download.
12                   And then I find out I don't
13              have -- I couldn't get the rest because
14              Dennis Montgomery has a stroke.  So we
15              didn't -- we didn't turn it in down
16              there that day.
17                   And then I get attacked at
18              the symposium, physically attacked.  I
19              was told straight out, don't release
20              the China stuff.  That was on the third
21              day.
22                   There's a poison pill
23              they're gonna put in the evidence,
24              don't release it.  This was said by
25              Colonel Phil Waldren who I respected
```

Page 275

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 277 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 277
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 277
of 375

```
 1              because he worked for the government in

 2              that space.

 3                      He told me, "We can't -- you

 4              can't release --"  we had stuff for

 5              China to release the next day.  We had

 6              stuff to release.  I was physically

 7              attacked the night before, "Don't do

 8              it."

 9                      The next day or that night

10              after the police come and everything,

11              Phil Waldren says, "Mike, there's gonna

12              -- they're gonna put a poison pill or

13              they're gonna to sweep and take

14              everybody."

15                      Or take me.  So I said,

16              "Okay, we'll live to fight another

17              day."

18      Q     Okay.  So your testimony is that if you

19              didn't show the -- any of the PCAP

20              data --

21      A     -- what PCAP data?  There was --

22                      MR. MALONE:  -- Mike, just

23              wait until he answers [sic].

24

25              By Mr. Cain:
```

Page 276

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 278 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 278
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 278
of 375

```
 1        Q      Do you know not know what PCAPs are?

 2        A      It's -- it's -- do I know what PCAP is?

 3        Q      Yeah.

 4        A      It's -- it's -- it's the data from this

 5               -- that goes through our internets,

 6               whatever.  I don't have to be a cyber

 7               guy.  I just know what I was told.

 8                        This is stuff that goes

 9               through, it's captured in time,

10               time-stamped and this is the -- and

11               this was the data from 2020 election.

12                        Even the Facebook fact

13               checkers were there.  They said, "Yes,

14               Mike, it's from the 2020 election."

15        Q      I'm just asking you -- weren't you

16               there to present captures of evidence,

17               packets, which would show the

18               transmission of data between foreign

19               countries such as China and the U.S.

20               election system; isn't that what you

21               were doing?

22        A      What now?  I'm putting out what Dennis

23               Montgomery had.  I mean, I don't know

24               what you're asking me.  Why don't you

25               look up Mesa County inside the machines
```

Page 277

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 279 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 279
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 279
of 375

```
 1              on there and find any -- and then you

 2              find all the evidence you want, if

 3              you're worried about what's inside

 4              these machines.

 5      Q       Do you know what a PCAP is or not?

 6      A       It's data collected in -- it goes

 7              through our internet, I believe.  Okay.

 8                   And this was captured by the

 9              internet, which the machines say

10              they're not on internet, they're not on

11              the internet.

12                   That's what it is.  Captured

13              date from -- that was captured, our

14              data that goes through all the

15              internet.  Those are the -- their data.

16      Q       You're avoiding my -- my question.

17      A       I'm answering your question.  You asked

18              me what it is, that's what it is.

19      Q       That was the data that you were

20              intending to present during the Cyber

21              Symposium --

22      A       -- and we did present data there that

23              was from the 2020 election.  I don't

24              know what you're asking me.

25      Q       You're talking again -- you're avoiding
```

                                        Page 278

```
 1                    answering my question.  You were going

 2                    to the Cyber Symposium with the intent

 3                    of presenting PCAP data showing that

 4                    China acted on --

 5         A          -- I'm presenting data; whatever data

 6                    they gave me is it what I presented.  I

 7                    could -- I could not present the China

 8                    data because I was attacked and told

 9                    not to by Colonel Phil Waldren.  That's

10                    a fact.

11         Q          But you weren't attacked until later in

12                    the symposium.

13         A          I was attacked on the second night.

14                    "Do not release the evidence tomorrow,"

15                    which would've been the China

16                    intrusion.  The third day we were

17                    releasing the China intrusion data.

18         Q          Oh, you never -- you never intended to

19                    release it until the third night?

20         A          We had -- it -- it was -- no, it was

21                    spread out -- that sort of thing.  I

22                    said, "Well, when can we -- when can we

23                    release that?"

24                              This red team, they were

25                    making these decisions in a room.  I
```

Page 279

```
 1                   wasn't even in that room.  Those were
 2                   their decisions and -- and Colonel Phil
 3                   Waldren says, "We can't release this.
 4                   You got -- we're -- they're gonna put a
 5                   poison pill in the data."
 6                        That was his words,
 7                   verbatim.  We can't release it.  And
 8                   that would've been -- I'm going, "Are
 9                   you kidding me?"
10                        But at that point, I'd
11                   already been attacked -- it wasn't --
12                   the media was there.  All they were
13                   doing was attacking.
14                        Nobody wanted to hear about,
15                   "Hey, there could be a problem with our
16                   critical infrastructure in our United
17                   States."  Nobody wanted to hear it.
18      Q    Well, in truth, Mr. Lindell, the reason
19                   that you couldn't release the data at
20                   the symposium is because you never got
21                   it from Dennis Montgomery.
22      A    Yeah.  Yeah, we had a hard drive from
23                   him.  That's a complete lie.  I didn't
24                   have the whole 32 terabytes and the
25                   source code.  That -- that's a complete
```

Page 280

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 282 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 282
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 282
of 375

```
 1              lie.  I went -- we went to the -- we
 2              went down to Texas to drop off the hard
 3              drive; we went to the symposium.
 4                      I put it up on the board.  I
 5              dropped it.  I had Allen Duke of Lead
 6              Stories, I had Martin from overseas in
 7              Belgium, who validated that it was from
 8              the 2020 election.
 9                      Everybody there did.
10              Everyone there, except for one guy who
11              was in on it with blxware, who was the
12              trustee with blxware.
13                      Some Brian guy who probably
14              went to (inaudible), "Hey, let's go try
15              and say -- or put further bury Mike
16              Lindell."  Because he wants to help
17              save his country.
18       Q     Wow.  Okay.
19                      MR. CAIN:  So objection;
20              non-responsive.
21
22
23              By Mr. Cain:
24       Q     But since you raised it, who is the
25              trust guy that you're referring to?
```

Page 281

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 283 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 283
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 283
of 375

```
1      A      There -- that guy that came here, that
2             was for this Brian something, or
3             whatever, that was the lawyer for this
4             guy named Zeidman, that lost this
5             thing.
6                    And said, "I -- I contend
7             this isn't from the..." -- he's the
8             only guy that said it wasn't from 2020
9             election.
10                   And then all of a sudden he
11            shows up with this guy that was the --
12            was the blxware trustee, who -- who
13            knew all about Dennis's data.  He got
14            money for it.  It's disgusting.
15                   So then they come here and
16            they all -- you know, I don't know if
17            he went out and found Zeidman or
18            whatever.  Of course, that hasn't went
19            to court yet.
20                   Let's push that out to 2025,
21            too.  You know.
22     Q      So blxware was bought out of a
23            bankruptcy by Dennis Montgomery in
24            March of 2021?
25     A      Okay.

                                        Page 282
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 284 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 284
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 284
of 375

```
 1        Q    You saw that --

 2        A    Yeah.

 3        Q    -- order.

 4        A    (Indicating).  Yeah.

 5        Q    The trustee presumably is the

 6             bankruptcy trustee that you're

 7             referring to?

 8        A    Yeah.  But he would -- no, no, he was

 9             -- he was the trustee -- I don't know

10             if he was the bankruptcy -- he was the

11             trust -- trustee for that couple that

12             owned blxware and they used Dennis's

13             technology and everything in

14             Yellowstone.

15                  It gets quite deep.  And all

16             of sudden this guy shows up as

17             Zeidman's lawyer?  When you know

18             everything Dennis had, you know it's

19             true because you were making money off

20             it.

21                  It's disgusting what's going

22             on.  This attack just never ends.

23        Q    So that -- the -- the Zeidman, just to

24             put some context here, Zeidman was an

25             attendee at the symposium?
```

Page 283

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 285 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 285
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 285
of 375

```
 1     A      (Indicating).  Couldn't even do it --
 2            couldn't even open Wire Shark, I guess.
 3            We had people in the room going, "Who
 4            is this guy?"
 5                         I don't even know how he got
 6            in, he's not a cyber guy.  I don't know
 7            how he made through into the cyber
 8            room.  But I -- but we had people that
 9            sat by him and said he didn't know how
10            to open Wire Shark.  That's how you
11            read the data.
12     Q      Yeah.
13                         MR. CAIN:  I'm gonna object
14            as non-responsive.
15
16
17            By Mr. Cain:
18     Q      I just ask you Zeidman was an attendee?
19     A      I didn't -- didn't know him then, but
20            that's -- he says he was.
21     Q      Okay.  And you said that your intent
22            was to bring data relating to the 2020
23            election --
24     A      -- that was the challenge; correct.
25     Q      Yeah.  And Zeidman partook in that
```

Page 284

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 286 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 286
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 286
of 375

```
 1            challenge, and then you had an

 2            arbitration over whether or not that --

 3      A     -- no, he -- he lost right away.   There

 4            were three judges.   There were three

 5            judges.   They said, "Absolutely, of

 6            course, it's from the 2020,"

 7            (indicating); you lose.

 8                  So then he did an

 9            arbitration.   And all of sudden this

10            lawyer shows up from blxware, that's

11            kind of weird.

12                  And three judges -- three --

13            three guys listen in and this guy can't

14            even open Wire Shark again.   And they

15            made some, either intentional or not,

16            some very big mistakes so, of course,

17            we're going to court.

18                  And then Zeidman gets out

19            there and goes, "I'm not gonna -- I'm

20            not worried about the money.   I'm gonna

21            give that to charity.

22                  We have to some people like

23            Mike Lindell for putting out false

24            things and disinformation to our

25            country."
```

Page 285

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 287 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 287
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 287
of 375

```
 1        Q     So you lost the arbitration; right?

 2        A     Did I lose the arbitration?

 3        Q     Yeah.

 4        A     That's what they ruled right now.  But

 5              do I have to pay?  No, it's going to

 6              court.

 7        Q     Um...

 8        A     And they pushed it off to 2025 or 2024;

 9              it's disgusting.

10        Q     And the arbitrators awarded Mr. Zeidman

11              5 million dollars?

12        A     I don't know what -- yeah, I guess they

13              said you have to -- unless you go to

14              court, which we are.  Of course, we

15              are.

16        Q     Okay.  So as it stands now you have an

17              arbitration award against you?

18        A     Not against me, it's against Lindell

19              Management.

20        Q     (Inaudible).

21        A     It's against -- correct, it's a

22              company.  It's a corporation.

23        Q     That you own a 100 percent of?

24        A     Yes.

25        Q     Okay.  But that's how it stands right
```

                                              Page 286

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 288 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 288
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 288
of 375

```
 1                  now?

 2         A        Right.  Until we get to court.  You

 3                  know -- you know court because you're a

 4                  lawyer; right?  You get it?

 5         Q        I do, yes.  And I know that they're

 6                  gonna confirm the award, or at least

 7                  seek to confirm the award.  And that's

 8                  the next step in that process.

 9         A        (Indicating).

10         Q        But that just hasn't happened yet.

11                  Okay.

12         A        (Indicating).  Right.

13         Q        Okay.  But back to -- to PCAPs, I don't

14                  know why we're trying to talk around

15                  that.  You actually didn't present real

16                  evidence in the form of PCAPs at the

17                  symposium; did you?

18         A        I have no idea what went down, it was

19                  the evidence we brought from the2020

20                  election.  What's wrong with you?

21         Q        Nothing.

22         A        (Laughing).  We presented what we had

23                  from the 2020 election.  Period.

24         Q        All right.

25         A        Except for the China intrusion because
```

Page 287

```
 1              we were told not to because I was
 2              physically attacked.
 3                      REPORTER'S NOTE:  Whereupon,
                        Michael Lindell Deposition
 4                      Exhibit Number 189 was
                        marked for identification.
 5
 6
 7              By Mr. Cain:
 8        Q     I know you've seen Exhibit 189 before,
 9              or at least I believe you have, because
10              I think you were commenting on it on --
11              during the last election event.
12                      Take a -- take a -- just a
13              minute to look at that.
14                      THE WITNESS:  Just a second,
15              I got an emergency here. (Looking at
16              phone).
17                      MR. CAIN:  Why don't we stay
18              in the room if -- we can probably take
19              a break since we've been going an hour.
20                      THE VIDEOGRAPHER:  You want
21              to go off?
22                      MR. CAIN:  Yeah.
23                      THE VIDEOGRAPHER:  We are
24              going off the record.  The time now is
25              2:29.
```

Page 288

```
 1                    REPORTER'S NOTE:  Whereupon,
                 a short recess is taken.
 2
 3                    MR. CAIN:  Let's go back on
 4          the record.
 5                    THE VIDEOGRAPHER:  We are
 6          back on the record.  This is the start
 7          Media Number 4.  The time is 2:30.
 8

 9

10          By Mr. Cain:
11     Q    Again, Mr. Lindell, I've given you
12          what's been marked as Exhibit 189,
13          which I'll --
14     A    (Indicating).
15     Q    -- represent to you came from a filing
16          in the Smartmatic lawsuit.  Have you
17          seen this text exchange before?
18     A    No.
19     Q    Did -- on the top left it says, Mary
20          Fanning, and then on the -- on the
21          right side it appears to be text from
22          you from the ██████████████████
23          account?
24     A    (Indicating).
25     Q    Do you see that?
```

Page 289

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 291 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 291
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 291
of 375

```
 1        A      (Indicating).
 2        Q      Okay.  Do you remember texting with Ms.
 3               Fanning --
 4        A      No.
 5        Q      -- before the --
 6        A      But it looks --
 7        Q      -- symposium?
 8        A      -- it looks like I did.
 9        Q      Yeah.  I apologize for --
10        A      -- Michael and My Pillow.  Right.
11        Q      Yeah.  So at the top of this, this is
12               on the left, like I said, it -- it
13               starts with Mary Fanning saying, "Let's
14               hope so."
15                      And then you say, "I know
16               100 percent."  Is it not -- I'm not
17               sure what you're referring to there --
18        A      (Witness reading to self).
19        Q      -- do you know what -- what that was
20               about?
21        A      I have no idea.
22        Q      And you -- she says, "Good.  I'll pass
23               that on to our friend.  He will be glad
24               to hear that."  Do you know which
25               friend she's referring to?
```

Page 290

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 292 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 292
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 292
of 375

```
 1        A    No idea.

 2        Q    Then you say, "This Josh guy and this

 3             team have attacked Conan and Dennis for

 4             two weeks."  Did you -- do you remember

 5             writing that?

 6        A    No.

 7        Q    Do you have any reason to doubt that

 8             you text that?

 9        A    This must -- this must be from the --

10             at the symposium.

11        Q    Okay.

12        A    Because when I got there I found out

13             that the -- this -- the team, this red

14             team, or whatever they are -- I -- I

15             don't know.  That's what I assume.

16                       I didn't know who this Josh

17             guy was until I met him in Texas.

18        Q    And you didn't know who would he was

19             working for; right?

20        A    No.  And in Texas he said it was

21             completely validated, all Dennis's

22             stuff.  It said it's blah, blah, blah,

23             it all looks good.

24        Q    Okay.  So you were still -- obviously

25             you were still talking to Mary Fanning
```

Page 291

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 293 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 293
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 293
of 375

```
 1             through the symposium time.
 2     A     No, this is probably the only time.
 3     Q     So have -- since the symposium have you
 4             been in contact with her?
 5     A     No.  Not that I know.  Maybe once a
 6             year or twice a year, who knows.
 7     Q     And you don't --
 8     A     (Inaudible).
 9     Q     -- you've never met her in person?
10     A     No.
11     Q     Okay.  She says, "And Dennis is
12             perplexed that he is connected to
13             Sidney."  Did -- do you know what that
14             relates to?
15     A     That would being Josh Merit and when --
16             because I think -- no, that's the only
17             thing I can think.  He's perplexed that
18             Sid -- that Josh was connected to
19             Sidney.  That's the only thing I can
20             think of.
21     Q     And then you say, "They attacked Conan
22             and me when we got here.  Horrible."
23     A     Yeah.
24     Q     Who attacked you?
25     A     That Josh Merit -- after I had met him
```

Page 292

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 294 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 294
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 294
of 375

```
 1              there.  All of a sudden we get there in
 2              a room and he starts attacking, him and
 3              three other guys in that room.
 4                      This Mark Cooke guy, Josh
 5              Merit -- I forget who the other -- I
 6              never met any of these guys, but those
 7              two for sure.
 8                      And then there was a whole
 9              bunch of other people in the room and
10              they called it the red team.  I go,
11              "What's a red team?"
12       Q      Okay.  And Mr. Merit told you that
13              the --
14       A      -- what's that?
15       Q      Mr. Merit told you, didn't he, that the
16              -- the data that you had at the
17              symposium was not PCAP data from --
18       A      -- now at that point -- this -- now you
19              got to follow this.  Josh Merit in
20              Texas said 100 percent all Dennis -- he
21              stood there on a chalkboard in front of
22              (inaudible) -- told the guy put it in
23              the bucket.
24                      So then we get there, and
25              all of a sudden he sticks that hard
```

Page 293

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 295 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 295
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 295
of 375

```
 1              drive in and he says, "Well, there's
 2              not PCAPs here."  And I go, "What are
 3              you talking about?"
 4                     And that's when I sent this
 5              to her saying Dennis didn't give me
 6              anything here.  They say there's no
 7              PCAPs.
 8                     So I don't know, you know.
 9              This is what Josh Merit said so I text
10              Mary that and hopefully she could go
11              validate it with Dennis.
12       Q     Okay.  So --
13       A     -- and that's when we found out Dennis
14              had a stroke.
15       Q     So both --
16       A     -- but we thought -- we though for sure
17              after this, we thought for sure Josh
18              was lying because then when Conan got
19              there, we sent stuff back down to that
20              room.
21                     And the other cyber guys in
22              the room go, "Yes, this is from the
23              2020 election.  100 percent."
24                     Josh merit was a rat and he
25              -- and spy, whatever.  He turned in a
```

                                        Page 294

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 296 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 296
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 296
of 375

```
 1              thing, we caught him -- we caught him
 2              stealing stuff from the symposium.  I
 3              actually took him to court.  There's a
 4              whole thing on Josh Merit.
 5                   But, yes, this -- this
 6              coincides exactly when I got there and
 7              Josh Merit turned like a viper.  It was
 8              weird.
 9    Q    So Mr. Merit told you that there was no
10         PCAPs on --
11    A    -- yeah, he said -- yes, he said
12         there's no -- yeah, actually he said
13         there's -- there's no PCAP, there's no
14         data here.
15                   And we're going, "What are
16         you talking about?"  Well then we --
17         well then we pulled up and when -- by
18         then I think Conan was there.
19                   And we pulled the thing in
20         and we showed him where it was and they
21         go, "Oh."  Well then the other people
22         in the room all go there, "Oh, there it
23         is," blah, blah, blah, blah, blah.  And
24         went down the list.
25                   Conan came right in the room
```

Page 295

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 297 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 297
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 297
of 375

```
 1            and showed these other cyber guys.  But
 2            Josh Merit continued to say, "No, this
 3            is this and this is this."  And -- and
 4            discredit these things.
 5                    And that's -- and then he
 6            even went public to a newspaper after
 7            he had just said in Texas that all the
 8            -- that all the data was good.
 9                    MR. CAIN:  Objection;
10            non-responsive.
11
12
13            By Mr. Cain:
14       Q    What I -- what I asked you -- I'm not
15            gonna repeat it, but what I -- for the
16            record I asked you is what Josh Merit
17            told you at that time that there was no
18            PCAP data?
19       A    He said there was no data; I don't know
20            if he said PCAP.  But he said no --
21            there's no -- there -- there's no data.
22       Q    And who are these other, you mentioned
23            Conan Hayes?
24       A    See I would use PCAPs and data as the
25            same thing for me.  There's no data,
```

Page 296

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 298 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 298
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 298
of 375

```
 1              underline data.  Data, PCAPs; to me
 2              they were the same thing.
 3     Q        But you know there's difference between
 4              packet capture data and other types of
 5              electronic data.
 6     A        No -- I do now.  I didn't know then.
 7              Back then I said you know this is data,
 8              this is you can ask Trevor, PCAP data,
 9              data, hex data, to me it's all the
10              same.
11                   It's one layer down.  You go
12              here, this many people -- this is when
13              I asked him back then to read or to --
14              so what's this data?
15                   Well, you can read -- this
16              is the output from -- from the capture
17              data.  This is the output, we can all
18              read that.
19                   Then I go, "Well, what about
20              this?"  "Well, this is hex data that
21              shows it's from the 2020 election," or
22              whatever, they're explaining.
23                   If you go deeper then
24              there's -- then there's this data.  And
25              -- and they said, "These are PCAP
```

Page 297

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 299 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 299
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 299
of 375

```
 1              data."

 2                          And then -- and I said well

 3              to have the source code, you would need

 4              the source code I guess to validate

 5              intrusions and all stuff like that.

 6              These were things that were told me

 7              back then and I -- and I...

 8                          But back then, data it's all

 9              from the same thing, capture data from

10              the 2020 election.  This guy Josh said,

11              "We don't have anything here from the

12              2020 election."  That's what he said.

13                          And -- and it's probably --

14              if you -- if this was time-stamped, I

15              guarantee it was the same -- right

16              after I was in that room with that red

17              team when they all went on this attack.

18       Q      So are you telling us, me, everyone in

19              this room, and the -- and the jury's

20              watching now, that you didn't make a

21              representation to the public that you

22              were gonna present PCAP data that

23              showed Chinese hacking of the 2020

24              election?

25                          Are you saying you never
```

Page 298

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 300 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 300
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 300
of 375

```
 1              made that representation?

 2                        MR. MALONE:  Object to form.

 3                        THE WITNESS:  The -- what --

 4              yeah.  What I said was -- yeah, I said

 5              that what the challenge was that the

 6              data was from the 2020 election.

 7                        And also, I just told you

 8              why I couldn't put the China stuff

 9              down.  It was stopped by Phil Waldren

10              and stopped by a physical attack which

11              is in the police report in Sioux Falls,

12              South Dakota.

13                        MR. CAIN:  Okay.

14

15

16              By Mr. Cain:

17         Q    I don't care about your challenge;

18              that's not what I'm asking you about at

19              this point.  I'm asking about what the

20              intent was to show and --

21         A    -- to show data from the 2020 election.

22              Absolutely.  Call it PCAP data, call it

23              whatever data you want.

24         Q    Okay.

25         A    If I use that, the word PCAP or data,
```

Page 299

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 301 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 301
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 301
of 375

```
 1                 to me it's all the same.
 2       Q     But it isn't the same and you know
 3               that.
 4       A     I don't -- I know now that -- and --
 5               and I really don't know now.  It's the
 6               same data, you're just taking it and
 7               forming it into a PCAP as far as I
 8               know.  You're taking the data and
 9               you're putting into this little
10               capture.
11                     So you're taking from one
12               end -- from what I understand, one end
13               of the terabytes to the other, you're
14               grabbing all this data, putting in this
15               little bucket, so you can look at this
16               -- like if you took all of that and put
17               it in a folder.
18                     That's what I -- that's, in
19               my mind, that's what I believe it is.
20               So you have all the data that was
21               sucked from the election, and you go
22               through and you form, here's one PCAP,
23               just like you guys have now, I think
24               you got, I don't know 18 or 20 of them
25               that he was able to collect.
```

Page 300

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 302 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 302
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 302
of 375

```
 1                        And I finally said, "Dennis,

 2            quit grabbing that.  We've got to get

 3            these devices made, we've got other

 4            stuff to do."  That's what I told him.

 5                        It takes a long time to put

 6            -- to put it into this bucket or

 7            whatever you want to call it.

 8                        MR. CAIN:  Objection;

 9            non-responsive.

10

11

12            By Mr. Cain:

13       Q    Let's do this, if you go back to your

14            text -- well, actually before I go

15            there.

16                        I think I asked you this,

17            and I apologize if I did during you're

18            my Pillow deposition, but you're

19            clearly not an expert in election

20            security or cyber of any sort; are you?

21       A    Not of cyber.  Not of cyber -- I don't

22            know cyber.  I don't know how to read

23            it, neither do you.  I don't know how

24            to read it.  Right.

25       Q    Okay.  So you say to Mary Fanning in
```

                                        Page 301

```
 1              this text, "Dennis didn't give us
 2              anything to bring here.  No PCAPs."
 3              I'll stop there.
 4     A    Right.  That was after that this Josh
 5              Merit's telling me that -- I went out
 6              of the room, I'm in a panic.  I'm going
 7              -- because at first I believed this
 8              Josh Merit because he had just said
 9              this in Texas.
10                   So I said this -- so I text
11              this to Mary, "I'm in a panic."  I'm
12              going, "Are you kidding me?"  You know.
13     Q    So this is -- this is texted on Day 1
14              of the symposium?
15     A    I think it was even the day before the
16              symposium.
17     Q    Okay.  So you're in a panic --
18     A    -- this is the red room.  The red room
19              because Josh Merit said that -- not
20              even after we were there a couple
21              hours.  I'm going, "What the heck's
22              this red team?"
23                   I walked into this room, I
24              go, "Who are all these guys?"  And then
25              he put the hard drive in there that we
```

Page 302

```
 1              were downloading in Texas and he said,
 2              "There's no data here.  There's no
 3              P..."
 4                        And I go, "What are you
 5              talking about?"  So I went out after --
 6              after flipping out in there, "I go
 7              you're lying.  What are you doing this
 8              for?"  And I went out and text Mary and
 9              said, "There's no PCAP.  There's no --
10              he didn't bring us anything."
11     Q     Yeah.
12     A     And so -- but then I find out from --
13              later, yes, they did, that it was him.
14              We went back in and Conan says, "He's
15              lying."
16                        We went back in, showed them
17              where to find it, because this guy was
18              either lying or didn't know how to do
19              it, Josh Merit.  And everyone else in
20              that room found the data and they go,
21              "Okay, here we go."
22     Q     And 'everyone else' besides Mr. Merit
23              is who?  Walgren?
24     A     It was Walgren, there was a Mark
25              Cooke...  I don't know who all was in
```

Page 303

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 305 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 305
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 305
of 375

```
 1              that room, there at least seven other

 2              people on the red -- on this red team.

 3              They were all these cyber people.

 4                   I had never -- I had never

 5              met -- I think -- there's a (inaudible)

 6              that was in there, I believe.  I don't

 7              know, and Doug Frank, I think he was in

 8              there.  Colonel Shawn Smith was in

 9              there, I believe.

10                   I mean, I'm just guess -- I

11              -- I don't know for sure, but there

12              were a lot of people I met for the

13              first time in there.  And I go -- and

14              I'm going, "Well, what's a red team?"

15                   And then -- and then on

16              through this I called Conan and he

17              assured me.  He goes, "I'll -- I'll get

18              there, I'll show them where it's at."

19              They don't know what they're doing --

20              "That Josh is either lying or he didn't

21              know what he was saying."

22     Q      There were others, actual cyber

23              experts, that since the symposium have

24              said that you didn't present any --

25              certainly any --
```

Page 304

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 306 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 306
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 306
of 375

```
 1         A      -- any what?

 2         Q      Any PCAP data that showed that China

 3                hacked the election.  You're aware of

 4                that; aren't you?

 5                        MR. MALONE:  Objection to

 6                form and foundation.

 7                        THE WITNESS:  I -- I don't

 8                know what you're talking about.  I

 9                heard everyone there said it was from

10                the 2020 election.  I didn't hear

11                anything like that at the -- at the

12                thing.

13

14

15                By Mr. Cain:

16         Q      You -- you need to listen then to my

17                question.  And as --

18         A      -- the answer is, no.  I don't -- I

19                have never heard that.

20         Q      Okay.

21         A      Only from this Zeidman.

22         Q      Right.

23         A      I knew that there was a China intrusion

24                because they told me not to and I said

25                that on stage.  "We can't release this.
```

Page 305

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 307 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 307
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 307
of 375

```
 1              I was attacked.  We were told there was
 2              gonna be a poison pill put in the
 3              data."
 4                     And Phil Waldren was with me
 5              on that stage.  And that's when I said
 6              that.  So we were not allowed to put in
 7              -- there was China intrusion data --
 8    Q    No, we're --
 9    A    -- in there.
10    Q    -- we're looking at the -- the text,
11              the reason you couldn't release it
12              because you didn't have it?
13    A    That's not true.
14    Q    That's what you say, "Dennis didn't
15              give us anything to use --
16    A    -- this was after I came out of a room
17              with -- with Josh Merit saying that.
18              This was before -- look at the date on
19              here -- what's the date?  6-7...  Okay,
20              is the date on here?
21                     This is before the cyber
22              symposium started when he sat in that
23              room and said the crap he said.  Did we
24              have all the 32 terabytes?  No, and I
25              knew we didn't when we left.
```

Page 306

```
 1      Q     So if there's no data as you keep
 2            saying --
 3      A     -- there was data.
 4                  MR. MALONE:  Mike, just let
 5            him finish the question.
 6                  THE WITNESS:  Why is he
 7            doing this?  It's weird.
 8
 9            By Mr. Cain:
10      Q     No, it's not weird.  You say, "Dennis
11            didn't give us anything to bring here."
12      A     I said --
13      Q     -- "No PCAPS."
14      A     (Indicating).
15      Q     Hold on, let me finish.  If -- if
16            there's this poison-pill concern and
17            you don't have PCAPs, what are you
18            concerned about?
19      A     This was before -- this was the day
20            before the symposium.  I'm putting on a
21            symposium and this guy here that
22            grabbed the hard drive from me, sticks
23            it in there after he just validated
24            everything in -- in Texas.
25                  He says to me, in the room,
```

Page 307

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 309 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 309
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 309
of 375

```
 1              Josh Merit, he put it in his computer,

 2          he put it in his and he said, "There's

 3          no data here from the 2020 election."

 4                  And I'm going, "What?"  And

 5          I'm arguing with him, I go, "Yes, there

 6          is."  This Mark Cooke, we got this Mark

 7          Cooke -- it's Conan even on phone and

 8          he goes, "Yes, there is."

 9                  And they set and argued in

10          that room.  I left the room mad.  I

11          text Mary Fanning and said according to

12          -- I didn't say according to this Josh

13          Merit -- well, obviously she knew who I

14          was talking about.

15                  Because I'm badmouthing

16          these guys that are attacking -- I

17          didn't know who to believe.

18                  And I'm going -- and

19          basically it was tell Dennis that

20          there's no PCAPs here -- I don't -- or

21          PCAP data, whatever.  That's what it

22          says here.

23                  But if you follow it

24          through, when I went back in there, and

25          after Conan showed them where it was,
```

Page 308

```
 1                    "Oh, oh, there it is.  Okay.  There's
 2               the data."  Otherwise, we couldn't have
 3               done the symposium.
 4         Q     Where do you say on this text exchange
 5               that you went back in and Conan
 6               found --
 7         A     -- it doesn't.  I only went out with
 8               Mary; I was desperate.  I hadn't even
 9               been was texting Mary the whole month
10               and a half it was probably.  This was
11               probably that day, I knew she knew
12               Dennis.
13                    I'm going -- because she
14               talked to him it all the time.  I go,
15               "You know what?"  It was kind of like
16               they're telling me, "There's nothing
17               here, Mary.  Will you get it to him and
18               find out?"
19                    And then they can see where
20               we're talking -- she's talking about
21               Dennis going, "So many traitors, seems
22               like that most of them are good guys,"
23               because I'm talking about Josh Merit.
24                    And -- and apparently Mary
25               or somebody maybe found the connection
```

                                              Page 309

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 311 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 311
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 311
of 375

```
 1              between Josh Merit and Sidney Powell,

 2              and Dennis now knowing Josh Merit was a

 3              traitor, or whatever he is here, was

 4              upset to know that he knew Sidney

 5              Powell.

 6                      I don't know.  I'm only

 7              reading these texts.  And then it says,

 8              "He -- he told me he gave Conan the --

 9              he gave it to Conan."  Which he did.

10              See, if you read the rest of the text

11              there, "He gave it to Conan," which he

12              did.  Was it the whole 32 terabytes

13              bites?  No.

14                      MR. CAIN:  Object to that as

15              well as non-responsive.

16                      THE WITNESS:  You want

17              answers, that's your answer.

18                      MR. CAIN:  All right.

19

20

21              By Mr. Cain:

22      Q       So your words, "Dennis didn't give us

23              anything to bring here.  No PCAPs.  He

24              got really upset when I picked up Conan

25              and I asked for the evidence."
```

Page 310

1           Tell me -- tell me what you

2        remember about this --

3    A    -- I asked him for my copy and my 32,

4        and he said I'm still working on one

5        piece.

6           And I said, "Okay," we'll go

7        -- and I said, "I need it right now.

8        I've got to get on a plane."  And he

9        got upset with me, he goes by -- and I

10        -- I said, "We'll let's go -- and I'll

11        -- we'll go have breakfast."  Whatever.

12           Then Conan and I went and

13        had breakfast and I said, "You know

14        what, I got to get these," -- he had

15        given this one hard drive -- that hard

16        drive I took.

17           And I said, just give me

18        what you got -- what he's got and we --

19        rather than go get mine out of whatever

20        he's doing -- and the -- and the source

21        code.

22           Because Conan had that, I

23        guess.  They put it -- they -- Dennis

24        -- they put it in storage, the both of

25        them.  So I said let, "I got to get to

Page 311

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 313 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 313
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 313
of 375

```
 1                    Texas," because I was worried -- there
 2                    was a whole event and nothing had been
 3                    planned, what we were gonna to do.
 4                    and --
 5          Q    Okay, but --
 6          A    -- so I left.
 7          Q    So did Dennis know you were gonna show
 8                    up, look for the --
 9          A    Yeah.
10          Q    -- for the evidence?
11          A    Yeah.  Yeah, yeah, he -- he knew that.
12                    But he wasn't -- he wasn't ready with
13                    one part of it yet.
14          Q    (Inaudible).
15          A    And I go to Conan and Conan -- I go,
16                    "Dennis, I said I need this right now.
17                    I have to go."  I got upset with him
18                    because I wanted to get going.
19          Q    How much lead time -- I mean, we -- we
20                    looked at the acquisitions of the
21                    blxware.
22                         Some of that paperwork, and
23                    assuming it has something to do with
24                    this data, how much time did -- did
25                    Dennis Montgomery have to put together
```

Page 312

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 314 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 314
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 314
of 375

```
 1              the evidence that you expected to

 2              receive when you landed in Florida?

 3                      MR. MALONE:  Object to form

 4              and foundation.

 5                      THE WITNESS:  I don't know

 6              what you're talking about.  He had

 7              already made the -- the wheels that I

 8              wanted.

 9                      Those were already done.  I

10              had those two, three weeks prior.

11              Those were the wheels that showed it

12              was 100 percent from the -- from the

13              2020 election.  I had those.

14                      I'm going, "You know what?

15              Whatever else gets -- whatever else he

16              has ready, it's fine."  You know, the

17              -- and we ran those on the front screen

18              the whole time.

19                      And that's where even the

20              Facebook fact checker said, "Yes, it's

21              real."

22

23

24              By Mr. Cain:

25         Q    You're talking about the scrolling text
```

Page 313

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 315 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 315
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 315
of 375

```
 1              data?

 2      A       Right.

 3      Q       That's was being run?

 4      A       Right.  Right.

 5      Q       Okay.  And you believe that is evidence

 6              of the election -- data from the

 7              election showing that votes had been

 8              changed?

 9      A       No, I never said that.

10      Q       I am asking you.

11      A       The whole thing was it's from the 2020

12              election, and we had -- we showed that

13              China could -- intruded into our

14              election.  That's what -- that's what

15              the whole thing was about.

16      Q       Okay.  But the scrolling Hex data --

17      A       -- that's the one thing I already had,

18              and I was there and I said, "Here's

19              what I want made.  I want this made..."

20              I even sent that to a lot of the news

21              station.

22                      "Check this out, is this for

23              real?"  And they said, "Yes."  I sent

24              it to the Facebook fact checkers, Allen

25              Duke and Martin over in Belgium, they
```

                                                    Page 314

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 316 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 316
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 316
of 375

```
 1              said, "Yes, it's time-stamped."  Any
 2              cyber guy can read that.
 3                      And the other stuff we had
 4              -- when Josh Merit got there, it kind
 5              of upset the apple cart.  I'm going,
 6              "What?"
 7      Q    (Inaudible).
 8      A    I said, "Don't sit here and tell me
 9              Dennis Montgomery's stuffs all real,
10              then we get here and you say oh,
11              there's nothing on there."
12                      So as soon as Conan got
13              there, we were able to show him because
14              he -- he either couldn't find it in the
15              file, in that hard drive -- by the way,
16              I think we even -- I believe he even
17              stole that hard drive from the
18              symposium.
19                      I believe he stole that, so
20              -- and I think that's why we took him
21              to court.  We took Josh Merit to court.
22              He stole -- he tried to sabotage the
23              whole symposium.
24                      And I was checking with Mary
25              going, "Did, you know, did Dennis not
```

Page 315

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 317 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 317
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 317
of 375

```
 1              give us something on there?  Or is Josh
 2              Merit a sabotager?"
 3                    It turns out Josh Merit was
 4              a sabotager.  And, yeah, we took him to
 5              court right after that.
 6    Q    Mr. Lindell, you're -- you're so far
 7              from the question that we had.
 8    A    Well, you're so far, but this had
 9              nothing to do with Eric Coomer.  This
10              is bizarre.  I've never seen anything
11              like it.
12    Q    So what you -- well, what you said is
13              -- and maybe I missed this because it
14              was buried in what you just told me,
15              that the people, the media people, that
16              you sent the data to before the
17              symposium included -- it included CNN;
18              didn't it?
19    A    That what?
20    Q    CNN had the data, whatever data, or at
21              least a piece of the data before --
22    A    -- I sent it to reporters.  I sent some
23              screen shots of it and not one of them
24              said it wasn't from the 2020 election.
25                    I wanted to get them so
```

Page 316

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 318 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 318
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 318
of 375

```
 1              hopefully they would report about it.
 2              The only one that said 100 percent was
 3              Martin from Lead -- from the Allen Duke
 4              Lead Stories.
 5                      And I gave him permission
 6              because he's validated ahead of time
 7              that you could have Skype in because
 8              he's over in Belgium.  So he had a
 9              cyber guy there.
10                      He's the one that told me
11              two of these streams, the Wisconsin and
12              Pennsylvania were the same.  I said,
13              "But it's from the 2020 election?"
14                      And he said, "Yeah, they're
15              -- it's the time-stamp."  And he
16              agreed.  So I go, "Okay, good."
17                      MR. MALONE:  Mike, do you
18              need a break to deal with...
19                      THE WITNESS:  What?
20                      MR. MALONE:  Do you need a
21              break to deal with...
22                      THE WITNESS:  I got to just
23              send him a text here.
24                      MR. CAIN:  You send that
25              off.  Let's do it off the record.
```

Page 317

```
  1              Let's take a break.

  2                       THE VIDEOGRAPHER:  We are

  3              going off the record.  The time now is

  4              2:51.

  5                       REPORTER'S NOTE:  Whereupon,

                           a short recess is taken.

  6

  7                       THE VIDEOGRAPHER:  We are

  8              back on the record.  This is the start

  9              of Media Number 5.  The time is 3:06.

 10

 11

 12              By Mr. Cain:

 13      Q       Mr. Lindell, we've been at looking at

 14              Exhibit 189 --

 15      A       (Indicating).

 16      Q       -- these text messages.  Have those

 17              been produced --

 18                       MR. CAIN:  -- this may be

 19              more for Mr. Malone, but have these

 20              been produced in this case?  I believe

 21              these were produced in the Smartmatic

 22              case.

 23                       MR. MALONE:  Objection to

 24              foundation.  Oh, are you asking me?

 25                       MR. CAIN:  Yeah.
```

Page 318

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 320 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 320
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 320
of 375

```
 1                       MR. MALONE:   I don't believe

 2              these have been produced.  I don't

 3              believe they've been asked for either.

 4              We can go back to confirm.

 5                       MR. CAIN:   Okay.

 6

 7

 8         By Mr. Cain:

 9    Q    Going back to the text exchange, Mr.

10         Lindell, the second part of the -- the

11         sentence that we were looking at, "He

12         got really upset when I picked up Conan

13         and I asked for the evidence."

14    A    (Indicating).

15    Q    And I think your testimony is that

16         Dennis Montgomery got upset because he

17         had not finished a piece of it that he

18         was going to be providing to you; is

19         that right?

20    A    That's what -- because I -- I said to

21         Conan, "Do we have everything?"  And he

22         said there's one piece.  I said,

23         "Dennis I need all of it right now, I

24         got to go."  And he got upset.

25                       And I said, "Okay," I -- I
```

Page 319

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 321 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 321
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 321
of 375

```
 1              said, "Okay.  Well, can you just give

 2              me..."  "I need a little bit of time to

 3              get it ready."

 4                      And we went up to the

 5              restaurant and I told Conan I had to

 6              leave.  And I told you the rest.

 7      Q    Okay.  But how long -- what I was

 8              trying to get in my prior question is

 9              how long did Dennis Montgomery have to

10              compile this information that you were

11              going to be presenting at the Cyber

12              Symposium.

13      A    I don't know.  Four weeks maybe at the

14              most, four, four and a half, five

15              weeks.  I was there when they worked

16              for about a few days when he worked on

17              the one part of it.

18                      And we had done with that

19              and I said, "Okay," -- because it was

20              like here's what I wanted -- I wanted

21              at least get some so we can present,

22              and bring all the -- bring all the

23              terabytes, I was gonna turn in the

24              cyber '15 act.

25                      And -- and he -- basically
```

Page 320

```
 1              he was getting my cyber -- or my
 2              terabytes ready, my copy too which took
 3              -- which took quite a while.
 4      Q       Okay.
 5      A       Five weeks maybe.
 6      Q       But you go on to say, sir, he said to
 7              go have breakfast, meaning Dennis
 8              Montgomery, and we did, and he never
 9              answered my text or calls after I
10              called him back.
11                   So you're -- you're trying
12              to get this data from Mr. Montgomery
13              and he's not even answering --
14      A       -- no, no, no, he answered my calls.
15      Q       Why do you say he never answered my
16              text or calls?
17      A       This is probably after I left there.
18              So this, in the context of Mary
19              Fanning, I'm in a panic, I just got out
20              of that room with Josh Merit pulling
21              his stunt.
22                   I said, "He hasn't answered
23              my," -- means he hasn't answered after
24              -- when we called him, after I got to
25              -- from Texas, got to the Cyber
```

Page 321

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 323 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 323
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 323
of 375

```
 1                    Symposium, the day before, after Josh
 2                    said that, I called Dennis and stuff
 3                    first before reaching out to Mary, you
 4                    know.
 5                          I called Dennis and he
 6                    wasn't answering.  He wasn't answering
 7                    my text.
 8        Q     That didn't concern you?
 9        A     It concerned me until I found out later
10                    he had a stroke, yeah, it was
11                    concerning going, "What happened to
12                    him?"  I was worried.  I was concerned.
13        Q     Who told you he had a stroke?
14        A     Huh?
15        Q     Who told you --
16        A     -- this was during that thing.  I don't
17                    know some guys at the thing, or Mary
18                    said that.  I don't know who said that.
19                    I heard he had a stroke.
20        Q     At what point did you start having some
21                    red flags in your mind that Dennis
22                    Montgomery was not who he claimed to
23                    be?
24        A     I never had that --
25                          MR. MALONE:  -- object to
```

Page 322

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 324 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 324
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 324
of 375

```
 1               form.
 2                         THE WITNESS:  I never had
 3               that in my life.  Ever.  Ever.  So
 4               that's not true at all.
 5
 6
 7               By Mr. Cain:
 8          Q    Because he supports your narrative that
 9               the election was rigged?
10          A    No, he didn't support that at all.  He
11               just -- he had evidence about here's --
12               here's the information -- here's the
13               data.
14                    This wasn't about turning
15               evidence over to Donald Trump.  He had
16               evidence that had China intruded on our
17               elections.  It's critical
18               infrastructure.
19                    You can't put that on me
20               about -- about just making this a
21               Donald trump thing.  That's disgusting.
22          Q    How many people have you, cyber
23               experts, have you heard either on
24               television or through reports that say
25               that Dennis Montgomery's so-called
```

Page 323

```
 1              evidence is a hoax?  How many people

 2              have you --

 3    A         -- nobody.  Nobody.

 4    Q         No one's told you that?

 5    A         No, only the ones that told me that

 6              said -- Josh Merit said it was good and

 7              then Josh Merit turned around and said

 8              it wasn't at the -- or he state there

 9              was nothing there -- it wasn't there,

10              that's -- that's right.

11                     So only Josh Merit.

12              Everyone else that's seen this evidence

13              that's been there has said, "It's 100

14              percent -- 100 percent real."  Which

15              includes I can name them -- we've hired

16              people at our law firm and they've went

17              down there and validated at his house.

18    Q         Zeidman got the award of the $5 million

19              dollars.  So he told you?

20    A         He didn't get nothing.  Zeidman's not a

21              cyber expert.  I don't even -- he

22              couldn't even open Wire Shark.  I don't

23              know that guy.

24    Q         He got -- he got --

25    A         -- I hired real cyber guys, not Zeidman
```

Page 324

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 326 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 326
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 326
of 375

```
 1              who's a -- who's a complete hoax.  That

 2              will all come out, he's a criminal.

 3              Whatever he is, I don't know what he

 4              did this for.

 5                      He's a -- it's a big lie.

 6              He's with the guy that had blxware that

 7              knew it was 100 percent evidence.

 8                      MR. CAIN:  Objection;

 9              non-responsive.

10

11

12              By Mr. Cain:

13      Q       He's the one who got $5 million dollars

14              --

15      A       -- he didn't get $5 million; it's in

16              court.  It goes to court next year.

17              What's wrong with you?  You know that.

18              He didn't get any 5 million dollars.

19      Q       You didn't read the arbitration award?

20      A       He lost -- he lost the judgment; okay?

21              With the judges.  He lost it 3 to zip.

22              Then he took it to arbitration, they --

23              they made some mistakes there.  And

24              then -- and now it's going to court.

25      Q       Okay.
```

Page 325

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 327 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 327
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 327
of 375

```
 1        A     I had 30 days to bring it to court, and
 2              I brought it to court.  And that will
 3              be sometime next year.  A year from
 4              now.  It's funny they pushed it off to
 5              2024.  That's weird.
 6        Q     Are you saying to the jury that Mr.
 7              Zeidman didn't receive an award from
 8              the arbitrators -- you haven't paid it
 9              yet, I understand that.
10        A     It's in court.
11        Q     Five million dollars.
12        A     It's in court.
13        Q     Did he get the award or not?
14        A     No, he didn't get a reward because it's
15              in court.
16        Q     That was the determination from the
17              panel.  I know it hasn't been
18              finalized, that's a different issue.
19              But he was given a $5 --
20        A     -- it has to go through the courts.  We
21              -- did they rule?  These judges saying,
22              "Yeah, we're gonna give you -- we're
23              gonna award 5 million dollars."  Now
24              here, take it to court, that's where
25              we're going.  So yeah.
```

Page 326

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 328 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 328
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 328
of 375

```
 1        Q     Did he get the award of 5 million

 2              dollars?

 3        A     No, it's in the court.  What's the

 4              matter with you?  It's in court -- it's

 5              maybe a year from now.  He did not get

 6              an award of 5 million dollars.  I'm not

 7              gonna pay for something he's not

 8              entitled to.

 9                        It's going to court.  Do you

10              get that?

11        Q     Yeah, I get exactly what's going on.

12        A     (Laughing).

13        Q     I don't think you do.  All right.  So

14              the arbitration panel that heard the

15              evidence determined that he was

16              entitled to 5 million dollars because

17              there wasn't evidence presented related

18              to the 2020 election --

19        A     That's --

20        Q     -- isn't that true?

21        A     That's -- he -- they said he -- he has

22              an award, that's what the panel said.

23              Now what was presented, I have no idea

24              what -- what -- they did some very -- a

25              lot of things wrong there, that's what
```

                                        Page 327

```
 1              my lawyers have said.  So it's going to
 2              court.
 3      Q    Right.  But you're being evasive; you
 4              know what I'm asking you.
 5      A    You're asking if he got an award.  No.
 6              I've not -- I've not paid him because
 7              it's going to court.  100 percent.
 8                        I'm not paying him, is it's
 9              going to court.  You think I'm gonna
10              pay him -- pay for something I didn't
11              -- he is not entitled to?
12      Q    You're --
13      A    -- ana a hundred other people say it's
14              from the 2020 election.  And he's the
15              only one in the world -- and all of
16              sudden he shows up with some attorney
17              that would -- that knew all about
18              Dennis Montgomery and the evidence
19              because he was involved, and he got
20              money for it?  Unbelievable.
21      Q    All right.
22                   MR. CAIN:  So object to all
23              of as evasive and non-responsive.
24
25
```

Page 328

```
 1              By Mr. Cain:
 2      Q     Josh Merit told you the data was not
 3              what it purported to be.  Mr. Zeidman
 4              has an arbitration ruling for 5
 5              million --
 6      A     -- that's not true.
 7      Q     Dollars --
 8      A     -- that's not true what you just said.
 9              Josh Merit said 100 percent Dennis
10              Montgomery's stuff, 100 percent, he had
11              checked it all out, it was 100 percent
12              bonafide good evidence.
13                      And he said that to the
14              cyber guys down -- or I mean, to aids
15              off down there on a chalkboard.  He
16              said it then.  We get up there, he said
17              -- he didn't say it was bad evidence,
18              he said there was nothing there.  Then
19              when Conan Hayes said, "Oh, here's
20              where it is on the hard drive."
21                      Josh Merit said, "Yes, it's
22              from the 2020 election."  That's what
23              Josh Merit said.  So that's not true.
24                      And we have Josh Merit on
25              tape going, "We're going to steal this
```

Page 329

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 331 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 331
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 331
of 375

```
 1            5 million dollars."  It was a set up,

 2            we have him on tape -- do you know

 3            that?  Him and his wife.

 4                    Do you know that?  That he

 5            was there to sabotage the event and we

 6            have him on tape?

 7                    THE WITNESS:  We have him on

 8            tape, have you given him that evidence?

 9                    MR. MALONE:  I'm -- I'm not

10            sure which evidence you're --

11                    THE WITNESS:  -- there's a

12            tape of Josh Merit, with a -- with a

13            radio host going, me and my wife, we're

14            sabotaging -- we're going after --

15            gonna get this 5 million.  It was all a

16            set up.

17                    And I have -- there's so

18            many swear words, we couldn't even play

19            it on the show.  We had edit it out,

20            beep, beep, beep, beep, beep.

21

22

23            By Mr. Cain:

24       Q    Mr. Lindell, you've been yelling,

25            you're yelling more, you're being
```

Page 330

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 332 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 332
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 332
of 375

```
 1              evasive.  We're spending a lot of time
 2              going over --
 3      A       -- evasive what?  You keep saying lies.
 4              Josh Merit didn't say the evidence was
 5              no good.  He said --
 6      Q       -- you're interrupting.
 7      A       Well, you're the one that said that.
 8              Don't put a lie there, I'm gonna call
 9              you out on it.
10      Q       Josh Merit did tell you that, that's
11              why your upset with --
12      A       -- no, Josh Merit did not say that, he
13              said 100 percent it was good.  I was
14              happy when I met the guy.
15                      He said, "100 percent, I
16              have checked out Dennis Montgomery's
17              evidence."  And he said it, and I have
18              four witnesses there that he said that.
19              So you are lying.
20      Q       Okay.  So he confirmed that the
21              evidence was good throughout --
22      A       -- 100 percent, 100 percent.  He -- and
23              you could put him right here in this
24              room and he'd -- if under oath and he
25              would say the same thing.
```

Page 331

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 333 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 333
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 333
of 375

```
 1      Q      And he confirmed then and told you the

 2             same thing at the symposium?

 3      A      No.  The day before the --

 4      Q      -- no, wait.  Did he --

 5      A      -- the day before the symposium -- the

 6             before the symposium he said it wasn't

 7             there.  Then we go, "Oh, here it is on

 8             the file."

 9                     Then he said, "Oh, yes, it

10             is from the 2020 election."  So you're

11             lying.  He -- he changed his tune when

12             we had somebody that knew how to open

13             his thing.

14                     He was just trying to hide

15             it.  I'm going, of course it's there.

16             Conan showed him, the other guy said,

17             "Oh, here it is."  They all went in the

18             room and said okay, ding, ding, ding,

19             they went around to get their

20             presentations ready.

21                     What they were gonna drop

22             into the cyber room; I wasn't involved

23             in that.  Josh was.  And all of a

24             sudden he sabotages the thing, sends an

25             article to the Enquirer or some place
```

Page 332

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 334 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 334
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 334
of 375

```
 1              in New York and Washington.

 2                      Then he steals the hard

 3              drive, and he left with the hard drive.

 4              So we couldn't even go, "Hey, where's

 5              the hard drive?"  And we took him to

 6              court for that.

 7                      He had no right to take that

 8              evidence that wasn't his.  That's a

 9              fact.

10                      MR. CAIN:  Objection;

11              non-responsive.

12                      THE WITNESS:  Well, he'd

13              asked me, that's the answer.  Josh

14              Merit was there -- he was there to

15              sabotage, and we got him on tape saying

16              that's what he was gonna do.

17                      Maybe -- you better give him

18              that evidence because that's a -- I'll

19              put that down, we have a tape where he

20              says exactly what he is gonna do.

21                      MR. CAIN:  There's --

22              there's not a question pending, sir.

23                      THE WITNESS:  Well, you need

24              to have the evidence anyway.  So you

25              know what I know.  There's -- I -- I
```

Page 333

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 335 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 335
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 335
of 375

```
 1              don't know why my lawyers withheld
 2              that.
 3                        MR. MALONE:  We didn't
 4              withhold anything.
 5                        THE WITNESS:  (Laughing).
 6                        MR. MALONE:  Don't say that.
 7                        THE WITNESS:  Well --
 8                        MR. MALONE:  (Inaudible).
 9                        THE WITNESS:  -- did you
10              ever see it.  Do you know the tape I'm
11              talking about?  Maybe, I've never given
12              you that tape.
13                        MR. MALONE:  Mike, we'll
14              talk about that after.  Let's just wait
15              for the next question (inaudible) --
16                        THE WITNESS:  -- all right.
17
18              By Mr. Cain:
19         Q    Back to Exhibit 189.  I want to cover a
20              few more topics and then I'm gonna
21              suspend this to file a motion.
22         A    (Indicating).
23         Q    But as it relates to this last exchange
24              on the page, you say, "He," -- we
25              covered this, "He said," meaning Dennis
```

<span style="float:right">Page 334</span>

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 336 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 336
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 336
of 375

```
 1              Montgomery, "To go have breakfast and
 2              we did and he never answered my text or
 3              calls.  After I called him back."
 4                     And then the next sentence
 5              you say, "No, I was there.  He gave a
 6              file that only contained a small amount
 7              of hex data."
 8                     So that's what you got from
 9              Dennis Montgomery that day; right?
10      A    No, that's what -- what -- what he --
11              what I'm saying there that the file,
12              that wasn't the hard drive that Conan
13              gave me.
14                     That Conan -- that he has
15              stuff -- he had whatever he had on that
16              file, there was a lot more than the hex
17              data, the hex data he gave me was those
18              rolling things on the -- on the front
19              of the thing.  There were two things I
20              had.  I had the hex data that I got
21              from Dennis directly.
22                     So that's what I'm talking
23              about there.  You know those spinning
24              files?  That's what I got from him.
25              Conan gave me the drive that he got
```

Page 335

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 337 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 337
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 337
of 375

```
 1              from Dennis for the -- for the -- but

 2              it wasn't in all the terabytes and he

 3              said here that is what you need to

 4              bring to -- to Texas.

 5       Q      That's the drive that was provided

 6              to --

 7       A      Right.

 8       Q      -- Mr. Merit?

 9       A      Right.  But I had my Hex Data that I

10              had on to roll on the screens.  That's

11              what I was saying.

12                     He gave me a file that Hex

13              Data that on the board -- and, in fact,

14              I'm even looking here it says, "Two of

15              them were rolling where frank," -- it

16              states, "Two of them are the same."

17                     Because I -- the Facebook

18              fact checker said just call me, it must

19              be when I gave this text.  In other

20              words, I was trying to telling Dennis

21              there's also -- there's a mistake, he

22              needs to flip the -- or there was a

23              duplicate mistake.

24                     But he just put up Wisconsin

25              and Pennsylvania.  There were two
```

                                              Page 336

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 338 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 338
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 338
of 375

```
 1                   Wisconsin's instead of a one -- instead
 2                   of a Pennsylvania and a Wisconsin,
 3                   that's all.  And that was corrected.
 4                          I don't -- Dennis couldn't
 5                   do it because he had all -- apparently
 6                   by then he had went and had a stroke.
 7                   So we couldn't even get that corrected
 8                   on the big screen.
 9                          So you had two that were the
10                   same, but we had enough up there anyway
11                   that part didn't matter.
12          Q    Was the hard drive --
13                          MR. CAIN:  -- and object
14                   again to non-responsiveness.
15
16
17                   By Mr. Cain:
18          Q    Was the hard drive that you say you got
19                   from Dennis Montgomery provided to the
20                   people on the red team, as you
21                   described it?
22          A    Not -- there's two things we got.  I
23                   said what I got was the Hex Data thing,
24                   the other hard drive, yes, that was
25                   provided to the red team.
```

Page 337

```
 1                          That's what we have brought
 2              to Texas and then brought to the red
 3              team.
 4         Q    Was the material that was on the hard
 5              drive provided to the attendees, the
 6              cyber experts -- other cyber experts,
 7              at the symposium?
 8         A    It's everything except the third day,
 9              which was the China stuff because of
10              what I was told by Phil Waldren and
11              because of the attack on the night of
12              the -- the second night of the
13              symposium.
14         Q    But you don't say anything about Phil
15              Waldren or a poison pill in this text
16              exchange.
17         A    Because this wasn't on here yet.  That
18              was the third -- that was the night of
19              the second.
20         Q    Where are you --
21         A    -- these texts -- these texts that --
22              from Mary Fanning is the day before the
23              symposium.  This is the day before the
24              symposium, I believe.
25         Q    Do you have texts with Ms. Fanning
```

                                            Page 338

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 340 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 340
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 340
of 375

```
 1              about the poison pill through the

 2              symposium and afterwards?

 3     A    No, I don't see them here.  No.

 4     Q    Who'd -- who'd you text with during the

 5              symposium about this so called poison

 6              pill?

 7     A    I didn't text anyone.  I was there.  I

 8              lived it.  My gal and I got attacked up

 9              above.  And Phil Waldren, they all knew

10              that, the whole red team or whatever.

11                   Phil Waldren, after we had

12              called the cops, he says again -- and

13              then he says -- he said -- because he

14              was worried, he was checking for

15              punctures, him and another military

16              guy, to check him for punctures.

17                   We had a picture of the guy,

18              we knew who they were, turned it into

19              police, and we even had put the

20              pictures out all over the country, but

21              they -- it's kind of weird, they

22              couldn't find him.  That's strange.

23     Q    Sir --

24     A    -- and then Phil Waldren said, "We

25              can't drop the China data because
```

Page 339

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 341 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 341
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 341
of 375

```
 1                    they're gonna put a poison pill in."

 2                         And it's the same warning I

 3             got back.  Back off, basically.  Don't

 4             do what you think you're going to do

 5             was the threat.

 6                  MR. CAIN:  Objection.

 7                         THE WITNESS:  It's a very --

 8             you have no idea what you're -- what

 9             you're doing.  That's what the guy

10             said.

11                         And the other two guys that

12             were standing there, that were in on

13             it, both of them -- well, you'd have to

14             read the report.  We -- whatever I said

15             in that report was quote.  There were

16             -- there was three of them together.

17                  MR. CAIN:  Once again you're

18             not being responsive, and you're being

19             evasive.

20

21

22             By Mr. Cain:

23        Q    The -- the reason that I'm asking about

24             the poison pill is that the truth is

25             that you didn't have the PCAPs and
```

Page 340

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 342 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 342
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 342
of 375

```
 1              that's why you couldn't --
 2    A         -- no, Dennis -- or -- or Phil Waldren
 3              said we couldn't drop -- this was the
 4              China thing, the China intrusion, that
 5              morning is when we were going to drop
 6              that in the cyber room.
 7                   That's what -- I -- I had --
 8              I'd go into that red team, I wasn't in
 9              there planning stuff everyday.  What
10              they were gonna put on that stage.
11                   But I said, "We are putting
12              down the China intrusion tomorrow."
13              And then I got attacked that night.
14                   And Phil Walgren -- you can
15              ask him straight up, said, "We can't
16              put down the China stuff because
17              there's gonna be a poison pill put in."
18              That is period.
19                   That was a -- that's 100
20              percent fact.  Right out of his mouth.
21    Q         The next -- very next sentence on your
22              text --
23                   MR. CAIN:  -- again, object
24              to non-responsiveness.
25
```

Page 341

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 343 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 343
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 343
of 375

```
 1
 2              By Mr. Cain:
 3        Q     You say, "Conan and I have been
 4              stalling them and have no PCAPs."  So
 5              you were stalling your red team members
 6              because you actually didn't have the
 7              evidence that you were going to provide
 8              to them?
 9        A     No.
10        Q     And that's why --
11        A     -- this is what I'm trying to tell you.
12              This is when Josh Merit said this.  We
13              were sitting there going -- and we're
14              going -- I'm looking at Conan, "Can you
15              find," he's looking through the drive,
16              he finally found them and we brought
17              them in.
18                    This was in between going we
19              don't have the data -- because Josh
20              Merit we don't -- for all I know Josh
21              Merit tried to delete it.  And then
22              when Conan -- when he got it, we
23              brought it back to the red -- red -- or
24              to the red team and they went through
25              it all and said, "Okay."
```

Page 342

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 344 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 344
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 344
of 375

```
 1                    It was a big relief to me

 2            because I'm going, "What, do we have a

 3            blank hard drive or something because

 4            Josh Merit said that?"

 5                    And then we find out later,

 6            because we have the tape of him doing

 7            exactly what he was gonna do.  He tried

 8            -- and then he took that hard drive

 9            with him and stole it.

10                    So this was before -- before

11            -- this was before I knew that there

12            was still stuff on that hard drive

13            because Conan was able to get it off

14            even no matter what Josh Merit did in

15            that room with that, he should've never

16            been allowed to put that in his

17            computer.

18                    Because whatever he did --

19            and I don't know if he tried to delete

20            it or what.  But Conan found it, we

21            brought it back in there, and all the

22            red team looked at it and said, "Okay,

23            let's go.  Let's move forward."

24                    Otherwise, you wouldn't be

25            able to have a Cyber Symposium.
```

Page 343

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 345 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 345
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 345
of 375

```
 1        Q     Well you ended up having --

 2                          MR. CAIN:  -- again,

 3              non-responsive.

 4

 5

 6              By Mr. Cain:

 7        Q     But you ended up having a Cyber

 8              Symposium without PCAPs as promised;

 9              isn't that true?

10        A     No.  PCAP data -- to me it was all the

11              same.  PCAP, Hex Data brought cyber

12              data, I don't know what you're --

13              you're separating two different things

14              there.

15                          Everything that I had -- did

16              I have all the terabytes?  No, I

17              couldn't have put them all down anyway.

18              All I wanted was to show the world,

19              here's part of them, here's China and,

20              you know what?  All the media would go,

21              "Wow, let's check and see if some -- if

22              there's a problem."

23                          You drop the stuff off in

24              Texas under the cyber '15 act, and we

25              all go home; we fix our election
```

Page 344

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 346 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 346
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 346
of 375

```
 1              platform.  How hard is that to

 2              understand?

 3     Q    Why were you stalling them then.

 4     A    Because Conan was trying to find this

 5              on his hard drive that we took right

 6              out of Josh Merit's hands after he had

 7              it for two hours.

 8                   And I'm going, "Conan is

 9              there really..." because I didn't know

10              who to believe at that point.  I'm

11              going, Josh Merit just validated and

12              said all of Dennis Montgomery's stuff

13              is good.

14                   Now we've got this guy I

15              don't even know saying that there's

16              nothing on the tape, that it was empty.

17              He didn't say it was bad, he said it

18              was empty.

19                   So Conan went on there and

20              he's stall -- I'm stalling, I'm going,

21              "He's getting it.  He's getting it.

22              He's getting it."

23                   So we're calling to see if

24              Dennis, you know, did he give us a

25              blank hard drive?  And Conan said, "I
```

Page 345

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 347 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 347
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 347
of 375

```
 1              seen it before."
 2                   Conan had it on his computer
 3              -- or he had -- he had checked the hard
 4              drive before I left.  So we thought
 5              maybe, you know, I don't know was it
 6              hidden by some code?
 7                   But Dennis got --  or Conan
 8              found it then.  We didn't get the stuff
 9              from Dennis because we couldn't reach
10              him because apparently he had a stroke.
11                   But Conan found it and when
12              I brought it back in the red room, but
13              this time I didn't give it to Josh, we
14              realized by that time -- there was a
15              guy name Todd Sanders there, too.
16                   And Todd was kind of going
17              back and forth between the rooms.  And
18              Todd said -- I -- I go, "Don't give it
19              to Josh.  There's something wrong here.
20              There's something seriously wrong."
21                   So then Todd gave it to the
22              other cyber guys and I went in the room
23              to make sure he didn't touch it.  And
24              all of them looked at it, we're all,
25              "There it is."  And that was it.
```

Page 346

Case No. 1:22-cv-01129-NYW-SBP     Document 235-15     filed 12/11/23     USDC Colorado
pg 348 of 375

Case No. 1:22-cv-01129-NYW-SKC     Document 222-1     filed 11/10/23     USDC Colorado     pg 348
of 375

Case No. 1:22-cv-01129-NYW-SKC     Document 173     filed 09/07/23     USDC Colorado     pg 348
of 375

```
 1                    And realize the Cyber

 2             Symposium wasn't going on.  This was

 3             either the day before, or two days

 4             before.  I think it was one day before.

 5     Q       If you'll turn to the next page --

 6     A       (Indicating).  (Witness complying).

 7     Q       -- on this exhibit.  Some -- there's

 8             some additional discussion from Mary

 9             Fanning, you can read it if you care

10             to, I'm more concerned or interested in

11             your response to her.

12                    In the top third of the

13             page, you start, "I feel like I'm in

14             the Twilight Zone."

15     A       All right.

16     Q       "Dennis and Conan worked hard to get

17             the stuff ready for almost a month.

18             Mary, he told me I would get

19             everything."  I'll stop there.

20                    You mean there, Dennis

21             Montgomery told you you would get all

22             the of data you were expecting, the

23             full, as you call it, 32 terabytes,

24             relating to the 2020 election; right?

25             That's what you're referring to.
```

Page 347

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 349 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 349
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 349
of 375

```
 1      A      Right.  Which I did have a copy and --
 2             and the source code.  But I (inaudible)
 3             got it with me -- I didn't bring it
 4             with me because it was in -- in
 5             storage.  That's correct.
 6      Q      Wait, it was in storage?
 7      A      It was in storage.  Conan and him had
 8             bought it to a thing.  When I went up
 9             to the -- went up to the thing -- or
10             out to the restaurant and -- and -- by
11             then I said I got to leave, you bring
12             it with, Conan.
13                     Give me what you got, I had
14             to get -- I had to get going.  But by
15             this time, after listening to Josh, I'm
16             going Mary, I bought -- you know,
17             what'd I say, I bought a house for $2
18             million or whatever.
19                     I didn't actually by him any
20             house.  But I bought -- you know he
21             used the money apparently to buy the
22             house.
23                     And I said so I got all this
24             money.  At that time I believed that
25             Josh Merit going -- what he -- he
```

Page 348

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 350 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 350
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 350
of 375

```
 1                  didn't -- he didn't even send anything
 2                  in this hard drive but I didn't know
 3                  he'd already had a stroke.
 4        Q    Well, you don't say the data is in
 5                  storage in Texas or anything like that.
 6                  You say to Mary Fanning, "He told me I
 7                  would get everything."
 8        A    Right.
 9        Q    You didn't get it --
10        A    -- Conan was there and they made a copy
11                  and put it in storage in a locker for
12                  me when I got there.  Okay?  Do you
13                  understand that part?  And my source
14                  code.
15                         That was all there.  I
16                  didn't bring it with me on the plane.
17                  I didn't want -- you know, here's the
18                  -- here's the thing what you need to
19                  understand.
20        Q    Well --
21        A    -- he was making a copy to bring to the
22                  symposium.  My copy was in storage, so
23                  it didn't get taken or broke, you know
24                  what I mean?  Mine was under lock and
25                  key in storage.
```

Page 349

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 351 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 351
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 351
of 375

```
 1                        I had these two big

 2              computers, one was at the symposium

 3              that I brought there, so the data could

 4              just be put down through this hard

 5              drive into -- into the cyber room.

 6              That's the way it was set up.

 7    Q         You say though, that you didn't get

 8              everything from Mr. Montgomery.

 9    A         I did not, because I left there without

10              my copy.  But, yeah, I wasn't bringing

11              my copy anyway.  That was in lock and

12              key which you now have a copy of.

13                        That was under lock and key.

14              Just because you have a -- a download

15              of that -- this stuff was set up to

16              just -- here we're gonna feed this into

17              the cyber symposium, we're gonna feed

18              this much in.

19                        You can't put all the -- all

20              the -- people didn't understand.  It

21              was supposed to be here, cyber guys

22              look at this, and everybody was gonna,

23              "Wow, it's from 2020," and then the

24              media is gonna and everyone's gonna

25              say, "Wow, this is real.  We need to do
```

Page 350

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 352 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 352
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 352
of 375

```
 1              something."

 2      Q      (Inaudible).

 3      A      That was the whole thing.  Think -- it

 4              was a very planned, it wasn't like

 5              here's the -- here's the 32 terabytes,

 6              everybody have a ball.

 7                      You realize there's still a

 8              gag order, we had to show that it's

 9              from 2020.  You know, that's -- you --

10              you still had a gag order there so you

11              could only put so much -- I couldn't

12              bring the source codes and say here you

13              go, Guys.

14      Q      Mr. Lindell, you've told me that story

15              in response to other questions.

16      A      Okay.  So I don't know what you want to

17              tell me.

18      Q      Well, if you'd listen to my question

19              and answer it --

20      A      (Indicating).

21      Q      -- that would probably be a good place

22              to start.

23                      With respect to this

24              statement, I've heard what you've say,

25              I don't find it very credible.  But
```

Page 351

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 353 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 353
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 353
of 375

```
 1              I'll move on to the next part the
 2              sentence.
 3                        The next part of the
 4              sentence is, "I bought him had a $2
 5              million house," is that the $1.8
 6              million dollar transaction we saw --
 7      A       -- this -- I didn't buy him the house.
 8              This is this $1.8 that's in question
 9              over here on the exhibit -- on this
10              exhibit.  Whatever this agreement is.
11              There's no --
12      Q       -- then why did you say that you bought
13              him a $2 million house?  If you didn't
14              buy him a --
15      A       To -- to Mary?
16      Q       -- $2 million house?
17      A       I didn't buy him the house.  Now, did I
18              give him the -- did I do this money so
19              he could buy a house?  It's the way I
20              put it there.
21                        I didn't go buy him a house.
22              He used it to buy a house.
23      Q       They're your words, sir.
24      A       I -- I know that's my words.
25      Q       Okay.
```

Page 352

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 354 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 354
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 354
of 375

```
 1       A     Did I give him $1.8 million for this
 2             thing and he bought him a house?  Yeah.
 3             Did I say I bought him a house -- you
 4             take it any way you want.  It's the
 5             same thing.
 6       Q     And you bought him another -- well, it
 7             depends on -- on who's looking at the
 8             transaction, but you -- you go on to
 9             say, "You bought -- or you gave him
10             another $1.1 million --
11       A     -- that was for those two other
12             companies.
13       Q     -- earlier.
14       A     Yep.
15       Q     "He signed everything over to me."
16             Meaning what?
17       A     That this was -- whatever blxware is --
18             whatever you see here.  Right there,
19             blxware and the two other companies.
20       Q     "I flew down there to pick it up and he
21             told me to leave and come back in an
22             hour."  That's what we talked about --
23       A     Yeah.
24       Q     -- you got to go.
25       A     Yep.
```

Page 353

```
 1        Q    Because he said he didn't have it ready
 2             for you?
 3        A    No.  Conan said we needed one more
 4             thing and he say's I'll get it ready.
 5             I said you knew I had to leave now.
 6                        I was in a hurry; I had to
 7             do a complete flip and head to Texas.
 8             I was inpatient.  That was probably
 9             more me than anything.
10        Q    When did you receive the rest of the
11             data -- if -- if you didn't have it at
12             the time that you left Florida?
13        A    That was right away it, it was in a
14             that storage I've -- I've had that for
15             since Day 1, or since that time.
16        Q    Okay.
17        A    A copy.
18        Q    The next sentence says, "We have a
19             rolling of data," and I think you
20             referenced this earlier --
21        A    Yep.
22        Q    -- "...on frank..."  That means
23             Frankspeech; right?
24        A    (Indicating).
25        Q    "...of six states and two of them are
```

Page 354

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 356 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 356
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 356
of 375

```
 1              the same."
 2      A       Right.  That's when -- that was when
 3              Martin told me from Lead Stories, he
 4              called me up, Facebook Fact Checker,
 5              said, "Mike, what do you have rolling?
 6              I just want to tell you, one of them
 7              does -- that two are the same."
 8                      And he said -- I said,
 9              "Martin, it's it -- it's from 2020;
10              right?"  And he said, "Yes."  So that
11              was very -- I was very happy to hear
12              that from him.
13      Q       Ms. Fanning on this exhibit goes on to
14              say that, "Dennis had a stroke and was
15              in the hospital."
16      A       (Indicating).
17      Q       And you've never independently verified
18              that he actually had -- well -- well,
19              let me -- let me ask it this way.  Was
20              he supposed to be at the symposium?
21      A       No.
22      Q       Mr. Montgomery?
23      A       No.
24      Q       Okay.  Then the next --
25      A       -- and, yeah, that has been validated
```

Page 355

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 357 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 357
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 357
of 375

```
 1              by -- that's been validated.  When you

 2              said that -- what do you mean it's

 3              never been validated?

 4     Q    (No response).

 5     A    Why -- why would you say something like

 6              that?

 7     Q    I asked you if you had -- if you'd

 8              listened.

 9     A    I've talked to his different people

10              down there.  His other -- his one

11              lawyer that validated, this guy named

12              Chris -- he's said -- I've -- I've

13              asked him.

14                    You know, "Was this ever

15              validated?"  Because, you know, in case

16              it was ever brought.  He said

17              absolutely it was validated.

18     Q    And you still weren't concerned that

19              you were being defrauded at this point;

20              right?

21     A    No, I've never been concerned

22              defrauded.  Are you kidding me?

23     Q    No, I'm not kidding you.

24     A    (Laughing).  I've seen -- I've seen --

25              he's shown me -- he showed me his
```

Page 356

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 358 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 358
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 358
of 375

```
 1                  technology in compression.

 2                         I've been to the mountain;

 3                  I've seen it.  I've had other cyber

 4                  guys in his house and look at it and

 5                  go, "Wow, there it all is.  This

 6                  technology.  Here's this data."

 7                         I've watched him take a

 8                  (indicating) you know, suck data out of

 9                  the sky, or this room and he can do

10                  anything.

11        Q         You're -- you're, as far as I know at

12                  least, you're the only one in the

13                  country that's -- that's still actively

14                  promoting this.

15                         THE WITNESS:  Okay.

16                         MR. CAIN:  (Inaudible).

17                         THE WITNESS:  This is an

18                  emergency call.  I'm sorry you guys --

19                         MR. CAIN:  -- this is not an

20                  agreed-upon break.  You've been on your

21                  phone --

22                         THE WITNESS:  -- okay.  I've

23                  got an emergency.  I don't care what

24                  you say.  This is -- this is what you

25                  guys have cost me.  This is my
```

Page 357

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 359 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 359
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 359
of 375

```
 1              business, I have 1500 employees relying
 2              on this, you jerk.
 3                      MR. MALONE:  For the record,
 4              I don't know what the emergency is.  If
 5              we're still on the record, I will look
 6              into it.  What was the -- part the
 7              question that was Mr. Cain read before
 8              Mr. Lindell left?
 9                      MR. CAIN:  It doesn't
10              matter.  It wasn't an agreed-upon
11              break.
12                      THE VIDEOGRAPHER:  Is it
13              okay to go off?
14                      MR. CAIN:  Unless you want
15              to say something else.
16                      MR. MALONE:  We're okay to
17              go off.
18                      THE VIDEOGRAPHER:  Going off
19              the record.  The time now is 3:37.
20                      REPORTER'S NOTE:  Whereupon,
                        a short recess is taken.
21
22                      THE VIDEOGRAPHER:  We are
23              back on the record.  This is the start
24              of Media Number 6.  The time is 3:40.
25
```

Page 358

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 360 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 360
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 360
of 375

```
 1
 2            By Mr. Cain:
 3     Q    Mr. Lindell, I understand you have a
 4            15-minute window and then you need to
 5            take --
 6     A    -- that's right.  Then I got to go with
 7            my -- with this bank.  And I got to get
 8            on there, it's an emergency, or I can't
 9            -- or I borrowed money and if this
10            stops it, I'm in a lot of trouble.
11            Won't make payroll.
12                     MR. CAIN:  So here's what
13            I'm going to do.  I'm gonna suspend
14            this deposition.
15                     The last thing you did just
16            before we broke is call me a jerk.  And
17            I'm going to suspend it for the purpose
18            of filing a motion under Rule 30, and
19            any other pertinent rules.
20                     Because -- and the record
21            will reflect what it is.  And I'm not
22            gonna make my arguments on the record.
23            I'll make them in a file with the
24            court.  So we're done here today.
25                     THE WITNESS:  Oh, good.
```

Page 359

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 361 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 361
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 361
of 375

```
 1              Thank you.

 2                        MR. CAIN:  All right.

 3                        MR. MALONE:  Mike, before --

 4              before you go.  We are going to reserve

 5              all rights to oppose the motion.  We'll

 6              read and sign.  And Mike I did have one

 7              question for you --

 8                        THE WITNESS:  (Indicating).

 9                        MR. MALONE:  -- before you

10              go.  Okay.

11

12              By Mr. Malone:

13        Q     To the extent that it was not made

14              clear earlier, today you testified

15              about a number of conversations that

16              you had with Christopher Ruddy; do you

17              remember those?

18        A     (Indicating).

19        Q     Mike, yes or no?

20        A     Yes.

21        Q     And Mr. Ruddy's the CEO of Newsmax;

22              correct?

23        A     Yes.

24        Q     Okay.

25        A     He's the owner.
```

Page 360

```
 1       Q      And you described a number of telephone
 2              conversations that you had with Mr.
 3              Ruddy in early February of 2021; is
 4              that correct?
 5       A      Yes.
 6       Q      And at any point, did Mr. Ruddy say to
 7              you that your beliefs about the 2020
 8              election, I believe the words were, did
 9              not hold water?
10       A      No, I did not say that.
11       Q      All right.  Earlier against that, you
12              testified about some conversations you
13              had with Mr. Ruddy in May of 2021; do
14              you remember that?
15       A      Correct.
16       Q      Okay.  At any point during those
17              conversations, did Mr. Ruddy indicate
18              to you that Newsmax had found your
19              beliefs about the 2020 election didn't
20              hold water?
21       A      No.
22       Q      So as far as you know, as you sit here
23              today, Mr. Lindell, Newsmax has not
24              done an independent investigation about
25              the claims of fraud in the 2020
```

Page 361

```
 1              election?

 2      A       That's correct.

 3      Q       Okay.  I think we clarified that.

 4                      MR. MALONE:  And I have no

 5              further questions for you.

 6                      MR. CAIN:  All right.  I do

 7              have one other thing.  I apologize

 8              Counsel, that I'd like to put on the

 9              record.

10                      Because of Mr. Lindell's

11              conduct today...

12                      THE REPORTER:  Speak up for

13              me, Charlie.

14                      MR. CAIN:  Because of Mr.

15              Lindell's conduct today, there were a

16              number of areas of inquiry and exhibits

17              that I have in my folder that we

18              weren't able to cover.

19                      And would not be able to

20              cover especially with the additional

21              break for some business-related purpose

22              that Mr. Lindell has.

23                      Among other things, I

24              intended to go over Dennis Montgomery's

25              deposition testimony, which occurred
```

Page 362

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 364 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 364
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 364
of 375

1          over the last few days to discuss some

2          of his testimony.  And get Mr.

3          Lindell's response.

4                    I intended to show Mr.

5          Lindell the court order that was issued

6          that would allow, and did allowed, Mr.

7          Montgomery to give testimony and

8          address the so-called gag order that

9          allegedly has been preventing

10          disclosure from you, Mr. Lindell, among

11          others.

12                    I intended to go through

13          more questions regarding the Cyber

14          Symposium and the onstage

15          presentations, including those by Mr.

16          Oltmann.

17                    As well as discussion about

18          the use of My Pillow employees to

19          assist with the Cyber Symposium

20          directly, both through financial

21          transactions and through assistance

22          with attendee there.

23                    Further topics such as the

24          fact that there are no experts who

25          have, who are qualified, who have been

Page 363

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 365 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 365
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 365
of 375

```
 1              identified by Mr. Lindell to support

 2              his claim that the 2020 election was

 3              compromised by Dominion or anyone else

 4              for that matter have been provided in

 5              this case.

 6                     And, in fact, questions

 7              about the technical possibility of Mr.

 8              Lindell's theories.  I intended to

 9              cover with him specifically since he

10              doesn't have an expert, to my

11              knowledge, that's going to validate

12              some of what he's talking about.

13                     Further, there are a number

14              of statements about Dr. Coomer that Mr.

15              Lindell made that we have not covered

16              at this point in time where Mr. Lindell

17              appeared in numerus areas and called --

18              or numerous venues and called Mr.

19              Coomer a criminal, accused him of

20              committing crimes against the United

21              States, both on and Steve Bannon's

22              podcast, on your capital tirade, and in

23              other venues including on Conservative

24              Daily.

25                     With respect to Conservative
```

Page 364

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 366 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 366
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 366
of 375

```
 1              Daily, my intent was to go through a

 2              discussion about Mr. Lindell's

 3              relationship with Joe Oltmann as it

 4              stands today -- today of personal to

 5              the extent that there is one, and

 6              financial through Pidoxa and

 7              Frankspeech 2.0.

 8                      I intended to discuss issues

 9              regarding the various audits and

10              recounts that occurred that would

11              directly contradict Mr. Lindell's

12              claims of election interference.

13                      Further, discussion about

14              President Trump and the motivations

15              that Mr. Lindell has for bringing these

16              false allegations, election

17              interference, filing without

18              limitation.

19                      We were gonna talk about

20              your individual net wealth and the

21              value of My Pillow for purposes of

22              exemplary and punitive damages in this

23              case.  Obviously we're not gonna get to

24              that today.

25                      But I want to cover just a

                                            Page 365
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 367 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 367
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 367
of 375

```
 1              general outline to explain to Judge
 2              Wang why we're suspending the
 3              deposition, and what I am not gonna be
 4              able to go into today at 3:47 p.m.
 5              central time on this day, August 23.
 6              And that's all I have for you, sir,
 7              today.  Off the record.
 8                      THE VIDEOGRAPHER:  This
 9              concludes today's deposition.  The time
10              now is 3:47 p.m.
11                      THE REPORTER:  What do you
12              like for a copy before we get carried
13              away, Ryan?
14                      MR. MALONE:  What's that?
15                      THE REPORTER:  What do you
16              like for a copy?
17                      MR. MALONE:  I would like
18              electronic, condensed copy.  We will
19              take that rushed.
20                      THE REPORTER:  You do want
21              it rush?
22                      MR. MALONE:  I believe I do.
23                      THE REPORTER:  Okay.
24              Charlie?
25                      MR. CAIN:  I thought we
```

Page 366

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 368 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 368
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 368
of 375

```
 1              agreed three days.

 2                      MR. MALONE:  (Laughing).  Is

 3              that rushed, or...

 4                      THE REPORTER:  That's

 5              rushed, take my word for it.

 6                      MR. MALONE:  I mean, it's

 7              your -- it's your -- it's your first

 8              deposition.

 9                      MR. CAIN:  Give me your --

10              give me your card.  Do you have a card?

11                      THE REPORTER:  I do.  Do you

12              want it rush?  I mean, I'm gonna do it

13              for him any ways.

14                      MR. CAIN:  Yeah, I guess so.

15                      THE REPORTER:  Okay.

16                      MR. CAIN:  I mean given the

17              time, we need it.

18                      (Whereupon, the deposition

                terminated at 3:47 p.m.)

19

20

21

22

23

24

25

                                          Page 367
```

Case No. 1:22-cv-01129-NYW-SBP   Document 235-15   filed 12/11/23   USDC Colorado
pg 369 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 369
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 369
of 375

```
 1                          ERRATA SHEET

 2

 3           Page/Ln        Correction           Reason

 4           ----------------------------------------

 5           ----------------------------------------

 6           ----------------------------------------

 7           ----------------------------------------

 8           ----------------------------------------

 9           ----------------------------------------

10           ----------------------------------------

11           ----------------------------------------

12           ----------------------------------------

13           ----------------------------------------

14           ----------------------------------------

15           ----------------------------------------

16           ----------------------------------------

17           ----------------------------------------

18           ----------------------------------------

19           ----------------------------------------

20           ----------------------------------------

21           ----------------------------------------

22           ----------------------------------------

23           ----------------------------------------

24           ----------------------------------------

25           ----------------------------------------


                                        Page  368
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 370 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1   filed 11/10/23   USDC Colorado   pg 370
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23   USDC Colorado   pg 370
of 375

```
 1              I, Michael Lindell, have read this

 2         deposition transcript and acknowledge

 3         herein its accuracy except as noted on

 4         the errata sheet.

 5

 6

 7

 8                           Signature

 9

10

11                           Notary Public

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                      Page 369
```

```
 1            STATE OF MINNESOTA )

 2                               )   ss.

 3            CROW WING COUNTY   )

 4

 5

 6            I, Nathan D. Engen do hereby

 7       certify that the foregoing transcript in

 8       the matter of Eric Coomer, Ph.D. vs.

 9       Michael J. Lindell, Frankspeech LLC, and

10       My Pillow, Inc., is true, correct and

11       accurate:

12            That said transcript was prepared

13       under my direction and control from my

14       stenographic shorthand notes.

15            That I am not related to any of

16       the parties in this matter, nor am I

17       interested in the outcome of this

18       action.

19

20       Witness my hand and seal this 28th day

21       of August, 2023.

22

23

24

                              Nathan D. Engen

25

                                   Page 370
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 372 of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 222-1   filed 11/10/23   USDC Colorado   pg 372
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 372
of 375

```
 1    malone@parkerdk.com

 2                         August 28, 2023

 3    RE: Coomer, Eric, Ph.D. v. Lindell, Michael J., Et Al

 4    DEPOSITION OF: Michael J. Lindell (# 6025415)

 5        The above-referenced witness transcript is

 6    available for read and sign.

 7        Within the applicable timeframe, the witness

 8    should read the testimony to verify its accuracy. If

 9    there are any changes, the witness should note those

10    on the attached Errata Sheet.

11        The witness should sign and notarize the

12    attached Errata pages and return to Veritext at

13    errata-tx@veritext.com.

14        According to applicable rules or agreements, if

15    the witness fails to do so within the time allotted,

16    a certified copy of the transcript may be used as if

17    signed.

18                         Yours,

19                         Veritext Legal Solutions

20

21

22

23

24

25

                                             Page 371
```

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 373 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23   USDC Colorado   pg 373
of 375

Case No. 1:22-cv-01129-NYW-SKC   Document 173   filed 09/07/23   USDC Colorado   pg 373
of 375

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

Case No. 1:22-cv-01129-NYW-SBP    Document 235-15    filed 12/11/23    USDC Colorado
pg 374 of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 222-1    filed 11/10/23    USDC Colorado    pg 374
of 375

Case No. 1:22-cv-01129-NYW-SKC    Document 173    filed 09/07/23    USDC Colorado    pg 374
of 375

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.