**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 14**

---

```
                                                          Page 1
 1
 2    UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLORADO
 3    -----------------------------------------X
      ERIC COOMER, Ph.D.,
 4
                           PLAINTIFF,
 5
 6         -against-    Civil Action No.:
                           1:22-cv-01127-NYW-SKC
 7
 8    MICHAEL J. LINDELL, MY PILLOW, INC., and
      FRANKSPEECH, LLC,
 9
                           DEFENDANTS.
10    -----------------------------------------X
11                      DATE: July 6, 2023
12                      TIME: 9:12 A.M.
13
14           DEPOSITION of the Expert
15    Witness, JARED N. FINKELL, M.D., P.C.,
16    taken by the Defendant, pursuant to a
17    Subpoena and to the Federal Rules of Civil
18    Procedure, held at the offices of Regus-New
19    York TriBeCa, 99 Hudson Street, 5th Floor,
20    New York, New York 10013, before Karyn
21    Chiusano, a Notary Public of the State of
22    New York.
23
24
25
```

Page 2

1
2  A P P E A R A N C E S:
3
4  CAIN & SKARNULIS, PLLC
    Attorneys for the Plaintiff
5  ERIC COOMER, Ph.D.
    303 Colorado Street
6  Austin, Texas 78701
    BY: BRAD KLOEWER, ESQ.
7  bkloewer@cstrial.com
8
   PARKER, DANIELS, KIBORT, LLC
9  Attorneys for the Defendants
   MICHAEL J. LINDELL, MY PILLOW, INC.,
10 and FRANKSPEECH, LLC
    Colwell Building, 888
11 123 N 3rd Street
    Minneapolis, Minnesota 55401
12 BY: ELIZABETH WRITE, ESQ.
    wright@parkerdk.com
13
14 HALL & EVANS, LLC
    Attorneys for the The Witness
15 JARED N. FINKELL, M.D., P.C.
    1001 17th Street ~ #300
16 Denver, Colorado 80202
    BY: DEANNE McCLUNG, ESQ.
17 mcclungd@hallevans.com
18
19
        *    *    *
20
21
22
23
24
25

Page 3

1
2   FEDERAL STIPULATIONS
3
4
5   IT IS HEREBY STIPULATED AND AGREED by and
6  between the counsel for the respective
7  parties herein that the sealing, filing and
8  certification of the within deposition be
9  waived; that the original of the deposition
10 may be signed and sworn to by the witness
11 before anyone authorized to administer an
12 oath, with the same effect as if signed
13 before a Judge of the Court; that an
14 unsigned copy of the deposition may be used
15 with the same force and effect as if signed
16 by the witness, 30 days after service of
17 the original & 1 copy of same upon counsel
18 for the witness.
19
20   IT IS FURTHER STIPULATED AND AGREED that
21 all objections except as to form, are
22 reserved to the time of trial.
23
24       *   *   *   *
25

Page 4

1        JARED N. FINKELL, M.D.
2  J A R E D   N.   F I N K E L L, called as
3  a witness, having been first duly sworn by
4  a Notary Public of the State of New York,
5  was examined and testified as follows:
6     Q.   Please state your name for the
7  record.
8     A.   Jared N. Finkell, M.D.
9     Q.   What is your address?
10    A.   10 Downing Street, Apartment
11 1-U, New York, New York 10014.
12       MS. McCLUNG:  I would just like
13    to make a statement for the record:
14    First, Jared Finkell is appearing
15    today pursuant to a volunteer
16    agreement, if you remember, in this
17    litigation by appearing.
18       He has not waived his normal
19    hourly fee as a Psychiatrist because
20    he is being deposed in his role as a
21    Psychiatrist in this matter.
22       And second, Dr. Finkell and
23    therefore will be providing no
24    opinion testimony today especially
25    regarding causation.

Page 5

1        JARED N. FINKELL, M.D.
2        His testimony today will be
3   limited to the care and treatment of
4   Mr. Coom- -- sorry.  Coomer.
5        And I understand Mr. Coomer has
6   consented to this doctor discussing
7   his private Psychiatric care and
8   treatment.
9        MS. WRITE:  Dr. Coomer has
10  objected to what?
11       MS. McCLUNG:  No.  Agreed to.
12  I'm sorry.
13       MS. WRITE:  Oh.
14       MS. McCLUNG:  Mr. Coomer has
15  agreed to the testimony -- or to
16  allow -- let me start over again.
17  This is way too early.
18       MS. WRITE:  Sorry.
19       MS. McCLUNG:  It is my
20  understanding that Mr. Coomer has
21  agreed and consented to allow Dr.
22  Finkell to discuss his private
23  Psychiatric care and treatment.
24       MS. WRITE:  Okay. Deanne, the
25  only response I would have to that is

2 (Pages 2 - 5)

Page 250

1     JARED N. FINKELL, M.D.
2  insomnia.
3        Did you observe these symptoms
4  at this time in August?
5        MS. WRITE:  Object to form.
6        Misstates the record.
7     A.   Um, I -- I would -- you know, I
8  would go to the note, um, that I mean it
9  tends to reason that those are included in
10 what I described in the first sentence, as
11 "increased mood and anxiety symptoms" and
12 that's just the, kind of, general grouping.
13       And below, I say:  "Using
14 benzodiazepine -- short-term benzodiazepine
15 used for acute anxiety/panic symptoms,"
16 specifically which is what Mr. Coomer had
17 reported, in particular, on that
18 appointment and in which was the impetus of
19 him coming in.
20       Also was on the e-mail, when he
21 reached out.
22    Q.   And what are some of those
23 risks and side effect you discussed?
24    A.   Oh, risk side effects? Oh, so
25 for SSRI is the -- there are short term and

Page 251

1     JARED N. FINKELL, M.D.
2  long-term risks/side effects.
3        Short term, you can have
4  agitation, akathisia, some kind of
5  somnolence, a little drowsy, people can
6  have stomach upset, it can effect sleep,
7  somewhat paradoxically.
8        And then, after a week or so,
9  those side effects will wear off and then,
10 I will -- several weeks later, four to six
11 weeks later, when the medication is
12 actually doing what it's supposed to do,
13 the ongoing side effects are sexual -- it
14 can be sexual side effects and that can
15 include diminished libido, difficulty
16 reaching orgasm, difficulty maintaining an
17 erection, it can also have some weight
18 effects and it is driven by metabolic
19 effects or an appetite effect, where people
20 in that people put on a couple of pounds,
21 as a result of the medication.
22       Those are the -- are the big
23 ones that I tend to go over.  Otherwise,
24 the medication is relatively safe?
25    Q.   All right.

Page 252

1     JARED N. FINKELL, M.D.
2    A.   The -- for benzodiazepines, the
3  risks are drowsiness, sedation.  With
4  ongoing use, risk of dependance and
5  interactions with other substances.  We
6  mentioned before: Alcohol, shouldn't take
7  those together, they have synergistic
8  effects together and you can -- you can
9  overdose on benzodiazepine.
10       You can't overdose on an SSRI.
11 And that falls within risks.  Not with the
12 doses that I'm giving but those are the
13 risks.
14    Q.   And scrolling down a bit, you
15 have your five Axis' here, where you filled
16 in.
17       I know there's a small
18 discrepancy between this report and prior
19 reports in that Axis V, you gave a global
20 functioning score of 62.
21       Do you see that?
22    A.   Yes.
23    Q.   And if I understood your
24 testimony before correctly, um, the way the
25 scale operates is someone with a higher

Page 253

1     JARED N. FINKELL, M.D.
2  score than a lower score and having
3  problems; is that correct?
4    A.   Correct.
5    Q.   And is it fair to say that in
6  late August, your assessment of Dr.
7  Coomer's functioning was that he was doing
8  worse than what he was in December of 2020?
9    A.   Yeah.
10       That 62 would reflect that
11 compared to the 65, he was presenting a
12 little bit worse and reporting doing a
13 little bit worse.
14    Q.   And it was your understanding
15 that Dr. Coomer was willing to consider
16 medication at this time, whereas before, he
17 had expressed reluctance to that?
18    A.   I am trying to recall it.
19       I don't know if I made a note
20 to some of his thinking.  So, I don't
21 really have -- it would be based on
22 recollection. I think between that, between
23 reading the e-mail, that's the impression
24 is that it continued to not feel great
25 maybe a little bit worse.

64 (Pages 250 - 253)

Page 254

1     JARED N. FINKELL, M.D.
2        Yeah, there's -- there's other
3  factors.  I mean if he is not able to
4  afford ongoing treatment and ongoing
5  supportive psychotherapy and medication, at
6  least, can be a helpful, kind of, bandage
7  during this period.
8        So, it would -- but I don't
9  have any, you know, kind of clear
10 recollection of, you know, or one thing as
11 to why now.
12    Q.   And I see on your plan, the
13 second point on the plan there, Finkell
14 Page 31.
15       It says:  Start trial of
16 Lexapro beginning with 5 milligrams po q
17 day, as well Klonopin .5 milligrams.
18       Did you issue a prescription at
19 this time?
20    A.   Yes.  I electronically
21 submitted a prescription -- soon --
22 actually, I need to check but I believe
23 soon after, a couple of days after, I think
24 I needed to get some information from him,
25 to send an electronic prescription, like

Page 255

1     JARED N. FINKELL, M.D.
2  soon after that.
3     Q.   Okay. And then, if we look down
4  a little bit in your subsequent report
5  August 31st.
6        (Witness complies.)
7     Q.   Looking at the bottom of Page
8  32, under "Plan," you state "consider trial
9  of SSRI once ongoing treatment provider
10 confirmed."
11       And I want to understand it was
12 your understanding that you issued the
13 prescription but had Dr. Coomer started
14 taking medication at that point?
15    A.   My understanding, based on this
16 note, he hadn't started the SSRI yet.
17       And that's -- and -- and we
18 came up with the plan of kind of how to get
19 him as much help as soon as possible but
20 make sure that we can actually sustain that
21 help.
22    Q.   Okay. And I -- I meant to
23 clarify this before:  When you were just
24 talking about side effects: Is it -- did I
25 understand you correctly that when you

Page 256

1     JARED N. FINKELL, M.D.
2  first start taking a medication like this,
3  the risk of side effects is more pronounced
4  in the beginning?
5     A.   There are certain side effects
6  that people notice in the beginning, when
7  your body adjusts to the novel compound and
8  that's a separate group of side effects;
9  and that's the kind of nausea, stomach
10 upset, akathisia, agitation, drowsiness.
11    Q.   Okay. And let me see, do I have
12 anything else here?
13       (Whereupon, a short recess was
14    taken.)
15    Q.   And just to go back, just to
16 clarify and I am not asking for your
17 causation opinion in this case, but I am --
18 I would like to know in a general sense, in
19 your experience, if somebody is getting
20 death threats, for example, is that the
21 sort of stressor that could give rise to
22 the sort of symptoms that you observed in
23 Dr. Coomer?
24       THE WITNESS:  Wait.  Can you
25    say that again?

Page 257

1     JARED N. FINKELL, M.D.
2     Q.   Yeah.
3        I am wondering, in a general
4  sense, you mentioned a spectrum of
5  different stressors, you hypothesized about
6  several of them:  Losing your job or having
7  trouble getting a new job, interpersonal
8  problems.
9        I just want to know if somebody
10 find themselves getting death threats as
11 far as this, this is a bucket that can be
12 seen in Dr. Coomer?
13    A.   Sure.
14       A death threat is a certain
15 stressor and the stressors that I name in
16 this note is certainly harassment, um,
17 yeah.
18    Q.   And in the same vane, would
19 somebody being publically accused of a
20 crime they didn't commit, could that fall
21 within the same bucket?
22       MS. WRITE:  Object to form.
23    Q.   As the sort of stressor that
24 can give rise to the sort of stress that
25 you observed in Dr. Coomer?

65 (Pages 254 - 257)

Page 266

```
 1      JARED N. FINKELL, M.D.
 2        C E R T I F I C A T E
 3
 4  STATE OF NEW YORK     )
                          : SS.:
 5  COUNTY OF NEW YORK    )
 6
 7      I, KARYN CHIUSANO, a Notary Public
 8  for and within the State of New York, do
 9  hereby certify:
10      That the witness whose examination is
11  hereinbefore set forth was duly sworn and
12  that such examination is a true record of
13  the testimony given by that witness.
14      I further certify that I am not
15  related to any of the parties to this
16  action by blood or by marriage and that I
17  am in no way interested in the outcome of
18  this matter.
19      IN WITNESS WHEREOF, I have hereunto
20  set my hand this 23rd day of July, 2023.
21
22        [signature: Karyn Chiusano]
23
          KARYN CHIUSANO
24
25
```