# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 15**

7:37

← **Post**

**Electronic Voting is the De...** ✓   Follow
@SweetHomeGirI

I tweeted about Eric Coomer after they stole the election and that b*tch @ vijaya suspended me for "platform manipulation."

Eric Coomer is one for the list. If we fall, so do they.



GIF  ALT

6:51 PM · 12/3/23 from Earth · 4 Views