# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

      Defendants

---

## EXHIBIT 16

---

← **Tweet**



**Jeremy Jojola** ✔
@jeremyjojola

...

Tomorrow election deniers will rally at Colorado's Capitol.

It's also expected to be SUPER windy tomorrow with damaging winds, according to the NWS. There's a high wind watch starting at 9 am and going to 9 pm.

Curious to see how this will go with winds between 40-60 mph.

## COLORADO ELECTION TRUTH RALLY

Join Us On the Steps of the State Capital
APRIL 5TH    12-3PM

**With Mike Lindell!**

Also Attending

Mesa County Clerk- Tina Peters
GOP Candidate for Sec of State

America's Mom
Sherronna Bishop

Rep Ron Hanks
GOP Candidate for US Senate

**Additional Speakers to be Announced!**

**CALLING ALL FREEDOM Loving American Patriot's to the steps of the State Capital to voice concerns about FREE & FAIR ELECTIONS!**

**Tuesday, April 5th**
From 12-3pm
**Colo State Capital**
200 E Colfax Ave
Denver, CO

**Join Us!**

Hosted by Concerned Citizens

10:53 AM · Apr 4, 2022 · Twitter for iPhone

**6** Retweets   **2** Quote Tweets   **61** Likes

♡        ⟲        ♡        ⬆