**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 18**

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: April 30, 2021 12:00 PM<br>FILING ID: A5D821743BCB3<br>CASE NUMBER: 2020CV34319 |
| ERIC COOMER, Ph.D.,<br>Plaintiff<br><br>vs.<br><br>DONALD J. TRUMP FOR PRESIDENT, INC., et al.,<br>Defendants | ▲ COURT USE ONLY ▲ |
| **Attorneys for Plaintiff**<br>Charles J. Cain, No. 51020<br>ccain@cstrial.com<br>Steve Skarnulis, No. 21PHV6401<br>skarnulis@cstrial.com<br>**CAIN & SKARNULIS PLLC**<br>P. O. Box 1064<br>Salida, Colorado 81201<br>719-530-3011      Telephone<br>512-477-5011      Facsimile<br><br>Thomas M. Rogers III, No. 28809<br>trey@rklawpc.com<br>Mark Grueskin, No. 14621<br>mark@rklawpc.com<br>Andrew E. Ho, No. 40381<br>andrew@rklawpc.com<br>**RECHTKORNFELD PC**<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>303-573-1900      Telephone | Case Number:         2020cv034319<br><br>Division Courtroom:         409 |
| **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NEWSMAX MEDIA, INC.** | |

1

Pursuant to Colorado Rule of Civil Procedure 41(a)(1), Plaintiff Eric Coomer, Ph.D., through counsel, notifies the Court and the parties to this action of Plaintiff's voluntary dismissal with prejudice of his claims against Defendant Newsmax Media, Inc. ("Newsmax"). For the avoidance of doubt, this dismissal is only operative as to the claims stated in Plaintiff's First Amended Complaint against Newsmax. No other party is dismissed.

Plaintiff Eric Coomer, Ph.D. and Defendant Newsmax have fully and finally settled the disputes among them concerning Plaintiff's claims against Defendant Newsmax. Fees and expenses are to be borne by the party incurring them.

No responsive pleading or motion under Rule 56 has been filed by Newsmax, nor costs incurred by Defendant Newsmax in this case, which does not involve a class action or court-appointed receiver. As such, this dismissal is operative at the time of filing without further court order.

Dated:   April 30, 2021

Respectfully submitted,

  */s/ Charles J. Cain*
Charles J. Cain, No. 51020
Steve Skarnulis, No. 21PHV6401
Thomas M. Rogers III, No. 28809
Mark Grueskin, No. 14621
Andrew Ho, No. 40381

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Notice of Voluntary Dismissal of Defendant Newsmax Media, Inc. was served on all parties receiving notice through ICCES on this 30th day of April 2021.

*/s/ Charles J. Cain*
Charles J. Cain
