**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

Defendants

---

**EXHIBIT 20**

---

4/30/2021 Statement About Dr. Eric Coomer, Director of Product Strategy and Security, Dominion Voting Systems | Newsmax.com

Friday April 30, 2021

Search Newsmax

Home Platinum Newsfront America Politics Opinion The Wire Books Best Lists Specials Sci & Tech

Home | Newsfront

Tags: eric coomer | dominion voting systems

# Statement About Dr. Eric Coomer, Director of Product Strategy and Security at Dominion Voting Systems

Friday, 30 April 2021 03:30 PM

Comment | Print | A A

Newsmax TV Live

AMERICAN AGENDA
Janet Alvarez | Contributor, New To The Street
2:54 ET LIVE
FLORIDA LEGISLATURE APPROVES NEW VOTING RULES...
TRUMP CAMPAIGNS FO

Listen • Channels • Schedule •

On Now: 2:00p ET • American Agenda

Coming Up: 5:00p ET • The Chris Salcedo Show

Free Newsmax E-Alerts

Email:
Country: United States
Zip Code:

Privacy: We never share your email.

Hot Topics

Newsmax TV | Biden Administration
China | Donald Trump
Coronavirus Special | Coronavirus

More Hot Topics

https://www.newsmax.com/newsfront/eric-coomer-dominion-voting-systems/2021/04/30/id/1019671/ 1/4

Since Election Day, various guests, attorneys, and hosts on Newsmax have offered opinions and claims about Dr. Eric Coomer, the Director of Product Strategy and Security at Dominion Voting Systems.

Newsmax would like to clarify its coverage of Dr. Coomer and note that while Newsmax initially covered claims by President Trump's lawyers, supporters and others that Dr. Coomer played a role in manipulating Dominion voting machines, Dominion voting software, and the final vote counts in the 2020 presidential election, Newsmax subsequently found no evidence that such allegations were true. Many of the states whose results were contested by the Trump campaign after the November 2020 election have conducted extensive recounts and audits, and each of these states certified the results as legal and final.

There are several facts that our viewers should be aware of. Newsmax has found no evidence that Dr. Coomer interfered with Dominion voting machines or voting software in any way, nor that Dr. Coomer ever claimed to have done so. Nor has Newsmax found any evidence that Dr. Coomer ever participated in any conversation with members of "Antifa," nor that he was directly involved with any partisan political organization.

On behalf of Newsmax, we would like to apologize for any harm that our reporting of the allegations against Dr. Coomer may have caused to Dr. Coomer and his family. For more on this, please go to our website at Newsmax.com, and read "Facts About Dominion, Smartmatic You Should Know."

© 2021 Newsmax. All rights reserved.

**Special Links:**

- Men: Try This, Never Take Viagra Again
- Metformin Will Kill Your Legs - Do This to Stop it
- What Happens Next Will Shock You
- Stem Cell 'Pipeline' Feeds Starved Hair Follicles
- GoldPro, The Lowest Prices

Around The Web

Texans Got Ammo! Scopes and Supplies Fast Shipping

Congress Takes Out Patent on Bible Secret

Free Report: Six Tech Stocks That Could Double

Gold Soars, Are You Doing it Right?

Powered by Newsmax

RECOMMENDED

Texas Seniors Rushing To Try Powerful New Cannabis Discovery(Best Pain Relief)

Home Insurance How Much Should You Pay In TX?

The Best Free Cloud Storage Service in 2021

Expensive Pawn Stars Buys That Made Rick Millions

The Cast Finally Admit That the Show is Fake

The Highest Paying Cashback Card Has Hit the Market

Remember Jeri Ryan,This Is Now She Looks Now

35 Rules That Amish Women Have to Follow

Awkward Elevator Photos for Brave Eyes Only

Memory Loss is a Thing of the Past!

**Click Here** to comment on this article



Hilarious Fishing Photos That Were Captured at Just the Right Moment

## You May Also Like

**Mike Pence: US Is 'Nation of Believers'**
Friday, 30 Apr 2021 14:06 PM
Former Vice President Mike Pence told a crowd of pastors that "God isn't done with America yet." His comments came durin . . .

**Former Reality TV Star Josh Duggar Faces Child Porn Charges**
Friday, 30 Apr 2021 14:03 PM
Former reality TV star Josh Duggar faces charges of downloading and possessing child pornography under a federal indictm . . .

More

## RECOMMENDED



**Home Insurance How Much Should You Pay In TX?**



**Texas Seniors Rushing To Try Powerful New Cannabis Discovery(Best Pain Relief)**



**Do This Immediately if You Have Diabetes (Watch)**



**Grandma Attacked Outside Store In Texas**



**What Happened Next is Heartbreaking!**



**Texas: Say Bye To Expensive Solar Panels If You Own A Home in Austin**



**Texas Drivers With No DUIs Getting A Pay Day On Friday**




## TAKE A LOOK

- Texas Launches New Guidelines for Cars Used Less Than 50 Miles/day
- The Highest Paying Cashback Card Has Hit the Market
- Only A 'Wizard of Oz' Whiz Can Pass This Quiz
- Md: Blurry Eyesight? Do This Immediately (Watch)
- Texas Seniors Rushing To Try Powerful New Cannabis Discovery(Best Pain Relief)
- How to Hack a Keurig and Make Your K-cup Coffee Not Suck
- Former Fox News Host is Back with a Shocking Interview. Click Here.
- Always Wrap Rubber Bands over Your Door Knob when Alone,

- **Tinnitus? when the Ringing Won't Stop, Do This (It's Genius)**
- **Here Are the Top 5 Mattresses in 2021**
- **Here's Why**
- **7 Time Lottery Winner: "You're All Playing the Lottery Wrong!"**
- **Knee Surgeons Are Losing It over These Breakthrough Knee Sleeves**

## Join the Newsmax Community

Register To Comment Login To Comment

Please review **Community Guidelines** before posting a comment.

Click Here to Load Comments...

Home Platinum Newsfront America Politics Opinion The Wire Books Best Lists Specials Sci & Tech

Contact | Advertise | Shop | RSS | Archives | Links | Careers | Privacy Policy | Terms & Conditions

NEWSMAX.COM
America's News Page
© 2021 Newsmax Media, Inc.
All Rights Reserved

Newsmax, Moneynews, Newsmax Health, and Independent. American. are registered trademarks of Newsmax Media, Inc. Newsmax TV, and Newsmax World are trademarks of Newsmax Media, Inc.