# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

# EXHIBIT 21

---

2/19/23, 4:01 PM                                           FrankSpeech.com





## Get Even Lower Prices! and Get Even Lower Prices!

**CONFIRM**

🚚 Free Shipping on Orders of $150 or More

Home   >   FrankSpeech.com





Hello I'm Mike Lindell, I'm coming to you with the most important commercial that I have ever done. All of you know what MyPillow and myself have gone through in the last 5 months, in my effort to bring the truth forward. Well it's all come down to this.

I'm having a Cyber Symposium on August 10th, 11th, and 12th. This historical event will be livestreamed 72 hours

2/19/23, 4:01 PM                                              FrankSpeech.com

straight on my new platform FrankSpeech.com. You can help by getting everybody you know to go to FrankSpeech.com now.

To help support this Cyber Symposium event, I am offering some of the best prices ever on MyPillow products, but they're only offered on FrankSpeech.com. Go to FrankSpeech.com now to receive these exclusive MyPillow offers!

Thank you and God Bless.

**Click Here For Exclusive Specials at FrankSpeech.com**

©2023 MyPillow. All right reserved. MyPillow® is not a medical device and is not intended to diagnose, treat, mitigate or cure any disease.