# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

# EXHIBIT 22

# Mike Lindell's Cyber Symposium 2021



from the November 2020 election.

- The symposium is not open to the public.
- Invitees include current Politicians, Cyber Experts, and the Media.

## HELP SAVE OUR COUNTRY AND MAKE THIS IMPORTANT EVENT THE MOST WATCHED LIVE EVENT IN HISTORY.

Mike Lindell's Cyber Symposium 2021 will be LIVE on FrankSpeech.com. Starting August 10th, a non-stop, 72-hour event will be held with a 5 million dollar challenge! Exciting, right? But why such a huge prize, and what is this event all about?

## The Battle So Far

Most people are aware that Mike Lindell has ruffled a few feathers. After all, actively questioning the 2020 election results is a serious point of contention. Now with a billion-dollar lawsuit with Dominion and millions lost from big name companies pulling his pillows, Mike Lindell has prepared for battle. Between the release of hot-button documentaries

that expose the problems with the results and gathering information, Mike Lindell is ready to begin his showdown.

For opposing the results, the Democratic Party and other dissenters have mocked this effort. Most of all, they're saying that this data does not exist. However, Mike Lindell is willing to put his money where his mouth is with this upcoming Cyber Symposium!

## Cyber Symposium August 2021

The Cyber Symposium is a private event, allowing invitees from different industries to interact and work together for a better future. Despite Biden's title of the "Great Unifier," he hasn't exactly done a great job. And now that tensions are running high, it's time to get active. During this event, Mike Lindell will be revealing cyber data and packet captures from the 2020 November Election.

For our attendees, they have one goal. Find proof that this cyber data is not valid data from the November Election. For the people who are able to find the evidence, 5 million is their reward. Seems insane, right? But this is real!

Despite the mockery, it doesn't hide this simple truth. Regardless of political affiliation, a corrupt election system is disastrous for all of us. That is why everyone should be fighting to find out the truth. And this 72-hour event has

been put together by Mike Lindell to do just that. Our voting system should not be second-guessed, and when it is, Americans need to stand up.