**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

Defendants

---

**EXHIBIT 26**

---



20:46 82° 22%
P
My prelim and quick comments:
No confirmation it is the same slice.bin
No confirmation what the code is actually reading
No confirmation that the code is actually writing that file as shown
no information about what the file is
we should be shown the code to this 'cextractor.exe' -- THIS IS IMPORTANT
there is some code referencing performing AES encryption
Password: Blxare1! (really? software this sensitive has this password and it's shown to all of us in cleartext?)
why would a password field not obfuscate the typed characters?
this still could easily be an elaborate program (or collection) that makes up these visuals
no proof of anything here yet
seeing the code behind this will help validate what it is actually doing
any software developer could write code to show what we see in these videos
this does not yet confirm nor deny legitimacy
what info does 'extractedfile.csv' show?
why zero information describing what it is we are looking at to substantiate the claims?
at the 11th hour, why do we still have zero proof, only being fed little droplets every several hours?
10 months after this supposedly happened, it is peculiar that we are still here grasping at any proof.
if this software does exist, and the developer of software is working with us, it shouldn't take him
10 months to figure out how to extract data that his
Message...
P
I don't see anything new either.
Z
17:49
Regarding pcaps, so far we have received:
1. A 1GB file of random data that was not able to be read, or explained.
2. Pcaps from Lake county, Ohio. Confirmed to be from a county machine, but nothing related to elections was found in the data.
3. Pcaps from Clark County, Nevada. Mostly a bunch of UDP data. Data looked pre-filtered and there was not much indication about what we were looking at.
4. Pcaps from Mesa County. Quality Pcaps, but this was confirmed by Col Waldron to be captured by CJ when he was working there, and subsequently isnt from Hammer/Scorecard.
(edited)
P
18:24
In reply to
I need to block out time for that if there will be a panel.
Panels will be Tues/Wed - not sure about times yet. Will check agenda for place-holders
18:29
Regarding reading material, so far we have received:
1. Screenshots of slides showing alleged NSA hacking tools
2. PDFs of NSA systems leaked by Snowden
3. Images of documents which seem to be disc
Hammer, but with no background info.
Regarding raw data (not pcaps), so far we have received:
Message...



**Left screenshot:**

20:47

so far, he has obfuscated the names of these javascript files, named them with a clang file extension (perhaps to obfuscate?)

In reply to
Yes Conan is just dumping files he is carving out - some of the txt files he is dumping have info

ill summarize all the files

```
$ head -c 50 075696.c
/*!
 *   AdminLTE v2.4.5
```

075696.c is AdminLTE

```
$ head -c 50 075698.c
/*! AdminLTE app.js
* ================
```

075698.c is app.js from AdminLTE

```
$ head -c 50 075699.c
/**
 * AdminLTE Demo Menu
 * ------------------
```

075699.c is a demo from AdminLTE

```
$ head -c 100 075975.c
//------------------------------------
// <auto-generapenguins-Air:Dev_Files pe      i
penguins-Air:Dev_Files penguin$ head -c      7
//------------------------------------
```

Message...

**Right screenshot:**

20:48

```
$ head -c 300 075977.c
//------------------------------------
// <auto-generated>
//    This code was generated by a tool.
//    Runtime Version:4.0.30319.42000
//
```

075977.c is also code auto-generated by visual studio

The files in `Dev_Files` have NOTHING to do with hammer/scorecard, and (except for the last two auto generated files), are all open source javascript files for web development

01:09

`/misc/000irs.txt.xml` looks like voter registration data

`brovers.csv` looks like voter registration data

`phone.csv` is a list of phone numbers marked `maricopa` and `undercover`

the three files in `/OLE` are compiled binaries from Dennis` computer. I can see that he has integrated these files with GOOGLE, so I will not be running them.

the files in `/XML` are just config files

```
$ cat 075879.txt
WY�Z�-a\�$�|�SystemDrawingPrintingStandardPrintCo
```

(edited)

The files sent in the most recent upload were n    '
in good faith. These are obviously meant to dist
I have checked them all and they are NOT PROOF that

Message...



21:27 81° 13%

P [redacted]

Weaponize
Paralyze
Attack

Aug 7, 2021

Z [redacted] 06:25

Two new files showed up on the NAC.

1. A list of Mac addresses. The header says "GA MAC ID", so I am assuming it is a list of mac addresses from georgia. This list is unconfirmed data and is quite a useless list without some kind of supporting files or documents to explain what it is exactly.
2. A csv database containing fields with 4571 lines of data. Seems to show time series data of Trump/ Biden votes and strangely with US city names and foreign city names included. However, with no explanation provided, this data is useless.

These are the CSV field names for file #2:
lat1,lng1,city1,state1,country1,lat2,lng2,city2,state2,country2,Date,SourceIP,TargetIP,SourceLocation,TargetLocation,Time,Biden1 ,Trump1,Biden2 ,Trump2,Bdiff,Tdiff

If you look closely at the CASE of the field names, there are two different types of CASE used.
The first 10 fields start with lower case, and the rest of the fields start with upper case.
It is not common for programmers to mix case styles within the same line (edited)

J [redacted] 11:09

I've looked at these specified files and wonder h
this info is in the pcaps. Since it has already bee
broken down why not pony up the pcaps for this data to

Message...

20:43 82° 23%

P [redacted]

3. Images of documents which seem to be discussing Hammer, but with no background info.

Regarding raw data (not pcaps), so far we have received:

1. Extensive time series data that was compiled by open source researchers based on different open source feeds -> not hammer/scorecard
2. Raw results data for the 2016 and 2020 elections, unclear where the data is from and impossible to verify. (potentially hammer/scorecard?)
3. A bunch of miscellaneous files, including some scripts and READMEs that credit the actual researchers who compiled this information
4. Vote breakdown by state. Unclear where the data is from. (potentially hammer/scorecard?)
5. New York Times result feed dump
6. County level election results. (Has a credit file, not hammer/scorecard)
7. Edison data showing vote total and percentages of the vote that biden/trump earned (broken down by state)
8. Precinct level results for a few areas, including scripts on how it was scraped

(edited)

So there are a few files that could potentially be from hammer/scorecard in there, but that is only because it didnt include a source. Since there is no source, it could be from anywhere - or even fake.

P [redacted] 18:56

thank you for update

Z [redacted]

In reply to P Phil W

Message...



20:43 82°
23%
P
3. Images of documents which seem to be discussing
Hammer, but with no background info.

Regarding raw data (not pcaps), so far we have received:

1. Extensive time series data that was compiled by open source researchers based on different open source feeds -> not hammer/scorecard
2. Raw results data for the 2016 and 2020 elections, unclear where the data is from and impossible to verify. (potentially hammer/scorecard?)
3. A bunch of miscellaneous files, including some scripts and READMEs that credit the actual researchers who compiled this information
4. Vote breakdown by state. Unclear where the data is from. (potentially hammer/scorecard?)
5. New York Times result feed dump
6. County level election results. (Has a credit file, not hammer/scorecard)
7. Edison data showing vote total and percentages of the vote that biden/trump earned (broken down by state)
8. Precinct level results for a few areas, including scripts on how it was scraped

(edited)

So there are a few files that could potentially be from hammer/scorecard in there, but that is only because it didnt include a source. Since there is no source, it could be from anywhere - or even fake.

P
18:56
thank you for update
Z
In reply to
Phil W
Message...