**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 33**

---

#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

### DEFENDANT MICHAEL J. LINDELL'S ANSWER TO PLAINTIFF'S FOLLOW-UP INTERROGATORY

---

To:    Plaintiff Eric Coomer, Ph.D., by and through his attorneys, Bradley A. Kloewer, Cain & Skarnulis PLLC, P.O. Box 1064, Salida, Colorado 81201.

Under Rule 33 of the Federal Rules of Civil Procedure and other applicable rules, and pursuant to the Court's October 26, 2023 Order, Defendant Michael J. Lindell ("Lindell" or "Defendant") responds as follows to Plaintiff Eric Coomer, Ph.D.'s ("Plaintiff" or "Coomer") Follow-Up Interrogatory of November 20, 2023:

#### FOLLOW-UP INTERROGATORY

1.    State the factual basis for your denial of Request for Admission No. 4, including, but not limited to, facts supporting your belief that Oltmann's claims about Dr. Coomer alleged a technologically plausible means for a single individual to manipulate the election results without detection.

1

**ANSWER:**

Lindell objects to this Interrogatory because it mischaracterizes his denial of Request for Admission No. 4. This Interrogatory attempts to impute a belief to Lindell that he did not express in his response to Request for Admission No. 4, nor has he expressed elsewhere. Request No. 4 self-evidently does not seek Lindell's admission that Oltmann "alleged a technologically plausible means for a single individual to manipulate the election results without detection." Lindell further objects to this Interrogatory as seeking information Lindell has previously and willingly provided in this litigation. *See, e.g., Frankspeech Dep.,* pp. 179:5-180:18 (Lindell explains he had no knowledge of Dr. Coomer until Dr. Coomer sued him and did not "suspect and believe" Dr. Coomer "was involved in rigging the elections"). *See also* Defendants' Motion for Summary Judgment, pp. 42-46 (detailing how accusations that Dr. Coomer meddled in the election, even if proven false, are not sufficiently "inherently improbable" to establish actual malice).

Subject to these objections, and without waiving any objections, Lindell's denial of Request for Admission No. 4 is based on the following facts: Request for Admission No. 4 seeks an admission that Lindell has "no evidence that Dr. Coomer in fact played a role in rigging the 2020 presidential election." Lindell cannot admit that is the case. As stated in Lindell's Response to Request for Admission No. 4, Oltmann has claimed through public statements and sworn testimony that Dr. Coomer, in fact, played a role in rigging the 2020 election. Oltmann bases these claims, at least in part, on his own purported personal knowledge. *See, e.g.,* Oltmann Dep., pp. 160:16-162:7; 265:20-269:3. *See also* Pl. Sec. Am. Compl., ¶¶ 33, 85. Regardless of whether Lindell shares Oltmann's beliefs or whether

2

Lindell relies on Oltmann's testimony at trial, such testimony is evidence in this case. Lindell therefore cannot admit to having "no evidence that Dr. Coomer in fact played a role in rigging the 2020 presidential election."

**As to objections:**

DATED:  November 21, 2023              **PARKER DANIELS KIBORT LLC**

By: */s/ Ryan P. Malone*
Andrew D. Parker (MN Bar #195042)
Ryan P. Malone (MN Bar #395795)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com
malone@parkerdk.com

*Counsel for Defendant Michael J. Lindell*

**As to Answer:**

DATED: __11-21__, 2023     _____
                                              Michael J. Lindell

STATE OF __Minnesota__
COUNTY OF __Carver__

This document was acknowledged before me on __November 21, 2023__ (date) by __Michael J Lindell__ (name(s) of individual(s)).

(Stamp)

TRACI RAE ELIZABETH SCHREMPP
Notary Public
Minnesota
My Commission Expires
Jan 31, 2026

_____
(Signature of notarial officer)
__Employee Relations__
Title (and Rank)
My commission expires: __Jan 31, 2026__

4