# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

# EXHIBIT 42

---

2:29 PM
01/13/23

# MyPillow Inc.
## Bill Payments for CD Solutions Inc
### All Transactions

**Vendor Payment Detail**
Company: MyPillow
Vendor: CD Solutions Inc

| Type | Num | Date | Amount |
|---|---|---|---|
| Bill Pmt -Check | 14879 | 05/28/2021 | 7,939.99 |
| Bill Pmt -Check | 15055 | 06/08/2021 | 914.26 |
| Bill Pmt -Check | 15379 | 07/07/2021 | 1,705.43 |
| Bill Pmt -Check | 15769 | 08/09/2021 | 1,821.28 |
| Bill Pmt -Check | 16092 | 09/03/2021 | 1,577.87 |
| Bill Pmt -Check | 16479 | 10/07/2021 | 1,811.28 |
| Bill Pmt -Check | 17523 | 12/30/2021 | 6,066.72 |
| Bill Pmt -Check | 17647 | 01/05/2022 | 951.48 |
| Bill Pmt -Check | ACH | 04/19/2022 | 2,217.18 |
| Bill Pmt -Check | ACH | 05/03/2022 | 453.44 |
| Bill Pmt -Check | ACH | 06/01/2022 | 654.36 |
| Bill Pmt -Check | ACH | 06/28/2022 | 645.62 |
| Bill Pmt -Check | ACH | 08/02/2022 | 1,233.15 |
| Bill Pmt -Check | ACH | 09/08/2022 | 911.92 |
| Bill Pmt -Check | ACH | 10/04/2022 | 1,558.19 |
| Bill Pmt -Check | ACH | 11/08/2022 | 913.46 |
| Bill Pmt -Check | ACH | 11/30/2022 | 1,613.78 |
| Bill Pmt -Check | ACH | 12/28/2022 | 2,305.48 |
|  |  |  | **35,294.89** |



EXHIBIT 61

Page 1 of 1

## Vendor Payment Detail
Company: MyStore
Vendor: CD Solutions Inc

| Type | Num | Date | Amount |
|---|---|---|---|
| Bill Pmt -Check | ACH | 01/03/2023 | 117.94 |
| Bill Pmt -Check | ACH | 12/05/2022 | 246.37 |
| Bill Pmt -Check | ACH | 11/02/2022 | 197.02 |
| Bill Pmt -Check | ACH | 09/27/2022 | 153.23 |
| Bill Pmt -Check | ACH | 09/13/2022 | 291.34 |
|  |  |  | 1,005.90 |