# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 43**

---

**John Galt**
@newpatriotradio

Eric Coomer need to be publicly hung and dragged through the streets of D.C.



•Ɛmmy• @brixwe · Nov 18
We all know this is what happened.



**Candace Owens** @RealCandaceO

It has now been proven, beyond a shadow of a doubt that Joe Biden and Kamala Harris CHEATED in the 2020 election with mail-in ballots.
The Democrats, in collusion with Big Tech and state TV, were the real insurrectionists all along.

11:53 PM · Nov 18, 2023 · 33 Views