## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.1:22-cv-01129

ERIC COOMER, PH.D.,

     Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH, LLC,
AND MY PILLOW, INC.,

     Defendants.

---

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR FILING REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT

---

Defendants move the Court for an Order extending their deadline for filing their Reply to Plaintiff's Opposition to Defendants' Omnibus Motion for Summary Judgment. The grounds for this Motion are:

1.    The law firm of McSweeney, Cynkar & Kachouroff, PLLC reached agreement with Defendant Michael J. Lindell on December 5, 2023, to represent him and FrankSpeech, LLC, in this action.

2.      Robert J. Cynkar and Christpher I. Kachouroff have filed their entries of

appearance in this action on behalf of Defendants Michael J. Lindell and

FrankSpeech, LLC.

3.      Patrick M. McSweeney had assumed the responsibility for overseeing the

drafting of the Reply to Plaintiff's Omnibus Opposition to Defendants' Omnibus

Motion for Summary Judgment.

4.      Since December 5, 2023, Mr. McSweeney has encountered unanticipated

surgery and unrelated neuro-ophthalmological conditions that prevented him from

timely carrying out the task of drafting and overseeing the finalization of

Defendants' Reply.

5.      Defendants' counsel has conferred with counsel for Plaintiff regarding this

Motion.

6.      Counsel for Plaintiff has advised counsel for Defendants that Plaintiff is not

opposed to Defendants' request for a 21-day extension to file their Reply to

Plaintiff's Omnibus Opposition to Defendants' Omnibus Motion for Summary

Judgment, which would establish a new deadline of January 16, 2024.

       Wherefore, Defendants request the entry of an Order extending Defendants'

deadline for filing their Reply until January 16, 2024.

December 22, 2023

Respectfully submitted,

/s/ *Robert J. Cynkar*
Patrick M.McSweeney
Robert J. Cynkar
Christopher I. Kachouroff
Lyndsey L. Bisch
*McSweeney, Cynkar  & Kachouroff, pllc*
10506 Milkweed Drive
Great Falls, Virginia 22066
(703) 621-3300
rcynkar@mck-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2023 I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following email addresses:

zbowman@cstrial.com

ccain@cstrial.com

bkloewer@cstrial.com

djennings@cstrial.com

skarnulis@cstrial.com

/s/ *Robert J. Cynkar*