# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.1:22-cv-01129

ERIC COOMER, PH.D.,

     Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH, LLC,
AND MY PILLOW, INC.,

     Defendants.

---

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR FILING REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT

---

This matter came before the Court on Defendants Michael J. Lindell's and Frankspeech, LLC's Unopposed Motion for an Extension of Deadline for Filing Reply to Plaintiff's Opposition to Defendants' Omnibus Motion for Summary Judgment. Based on the Motion, the Court finds that counsel conferred and that Plaintiff Coomer does not oppose the Motion. The Court finds that good cause justifies the requested extension of time based on the reasons set out by the Defendants in their Motion.

IT IS THEREFORE ORDERED that Defendants' Motion is GRANTED, and the deadline for Defendants to file a reply to Plaintiff's Opposition to

Defendants' Summary Judgment Motion, presently December 26, 2023, is

extended to and including January 16, 2024.

Dated this _____ day of December 2023.

BY THE COURT


_____
Nina Y. Wang
District Judge