IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:22-cv-01129

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH, LLC,
AND MY PILLOW, INC.,

    Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REDACTED DOCUMENTS IN RESPONSE TO MINUTE ORDER [ECF NO. 241]**

Pursuant to D.C. Colo.LCivR 7.2, Defendants move the Court for an Order granting leave to file modestly redacted documents to replace documents filed in Plaintiff's Submission of Exhibits in Support of His Omnibus Response to Defendants' Omnibus Motion for Summary Judgment Filed Under Seal [ECF No. 236]. The grounds for this Motion are:

1. On December 11, 2023, Plaintiff filed 15 documents under seal with Level 1 restricted access [ECF Nos. 236-1 through 236-15] (the "Subject Documents").

2. The parties have conferred and have agreed that some modest redactions to some of those documents are necessary, after which unrestricted public access to all those documents can be allowed.

3. The parties propose to file the documents with the agreed-upon redactions on Thursday, January 11, 2024.

4. This approach agreed to by the parties will ensure the greatest public access to these documents while ensuring the protection of those aspects of the documents warranting continued confidentiality.

Wherefore, Defendants request the entry of an Order (a) maintaining current restrictions on the Subject Documents through January 11, 2024, (b) directing that the parties file redacted documents replacing certain of the Subject Documents, (c) that the replaced documents be withdrawn from the casefile and erased from the Court's files, and (d) that restrictions on the Subject Documents, as modified by these newly filed redacted documents, be removed.

January 8, 2024

Respectfully submitted,

/s/ *Christopher I. Kachouroff*
Patrick M. McSweeney
Robert J. Cynkar
Christopher I. Kachouroff
*McSweeney, Cynkar & Kachouroff, PLLC*
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
(703) 853-0160
chris@mck-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

zbowman@cstrial.com

ccain@cstrial.com

bkloewer@cstrial.com

djennings@cstrial.com

skarnulis@cstrial.com

          /s/ *Christopher I. Kachouroff*