IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:22-cv-01129

ERIC COOMER, PH.D.,

   Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH, LLC,
AND MY PILLOW, INC.,

   Defendants.

---

**DEFENDANTS' RENEWED UNOPPOSED MOTION FOR LEAVE
TO FILE REDACTED DOCUMENTS PURSUANT TO MINUTE ORDER
[ECF NO. 243]**

Pursuant to D.C. Colo.LCivR 7.2, Defendants move the Court for an Order granting leave to file modestly redacted documents to replace documents filed in Plaintiff's Submission of Exhibits in Support of His Omnibus Response to Defendants' Omnibus Motion for Summary Judgment Filed Under Seal [ECF No. 236].

The grounds for Defendants' motion meet the factors set forth in Local Rule 7.2 as follows:

1.   The identity of the documents for which restriction is sought and a summary of what each contain are:

1

a. ECF 236-1 – Ex. 19 contains private email addresses

b. ECF 236-2 – Ex. 23 contains confidential information of MyPillow

c. ECF 236-3 – Ex. 24 also contains confidential information of MyPillow

d. ECF 236-4 – Ex. 25 contains a personal email address of Dennis Montgomery

e. ECF 236-5 – Ex. 30 contains confidential information regarding sensitive audience and website analytics

f. ECF 236-6 – Ex. 31 contains private email addresses

g. ECF 236-7 – Ex. 34 contains private email addresses and phone numbers

h. ECF 236-8 – Ex. 35 contains private email addresses

i. ECF 236-9 – Ex 36 contains private email addresses and phone numbers

j. ECF 236-10 – Ex. 37 contains names and personal information about Defendants' employees

k. ECF 236-11 – Ex. 38 contains private email addresses and email mailbox passwords for three accounts

l. ECF 236-12 – Ex. 39 contains bank account numbers and private email addresses

m. ECF 236-13 – Ex. 40 contains private phone numbers and email addresses

n. ECF 236-14 – Ex. 41 contains confidential business and financial information

      o.  ECF 236-15 – Ex. 44 contains private phone number and email addresses

2. The interest Defendants seek to protect are privacy and personal safety interests concerning both business and personal information. Personal emails and phone numbers of Defendants, Defendants' employees or other personal relationships should not be subject to public disclosure especially given the high-profile nature of this case that has garnered more attention than average as this Court has observed in its prior orders.

3. Maintaining the privacy of personal and business information outweighs the presumption of public access because if this information were to be made public, there is a high risk that bank accounts, names, and email accounts may be hacked or unlawfully used, email accounts and telephone numbers placed on spam lists, the perpetuation of fraud using the names and email addresses in the documents, and a disclosure of confidential business analytics placed into public view and Defendants' competitors who would gain an unfair advantage.

4. The information that Defendants propose be redacted has no bearing on the Motion for Summary Judgment or this case and militates against public access. The requested redactions to the exhibits will adequately protect the interests in question without engaging in wholesale redactions or affecting the "heart of the issues" in this litigation. *In re Syngenta AG MIR 162 Corn Litig.*, No. 14-md-2591-JWL, 2015 WL 3440476, at *2 (D. Kan. May 28, 2015) (denying

3

request to file complaint under seal because "allegations go to the 'heart of the issues'" and "are undoubtedly relevant to the public's understanding of this litigation and evaluation of the legal process"). The proposed redactions would not impact the public's understanding of this litigation or its evaluation of the legal process.

5. Finally, Defendants seek an order from this Court which continues the extant restrictions on the 236 documents but only as they pertain to the specifically *proposed* redactions. The proposed redactions are filed with this motion.

Defendants respectfully request the entry of an Order (a) granting the proposed restrictions on the Subject Documents and (b) directing the parties to file redacted documents replacing the Subject Documents, (c) and that restrictions on the Subject Documents, as modified by these newly filed redacted documents, be removed.

January 11, 2024

                                      Respectfully submitted,

                                      /s/ *Christopher I. Kachouroff*
                                      Patrick M. McSweeney
                                      Robert J. Cynkar
                                      Christopher I. Kachouroff
                                      *McSweeney, Cynkar & Kachouroff, PLLC*
                                      Suite 101
                                      13649 Office Place
                                      Woodbridge, Virginia 22192
                                      (703) 853-0160
                                      chris@mck-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

zbowman@cstrial.com

ccain@cstrial.com

bkloewer@cstrial.com

djennings@cstrial.com

skarnulis@cstrial.com

/s/ *Christopher I. Kachouroff*