# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

# EXHIBIT 19

---

**From:** Charles Herring <span style="background:black">█████████████</span>
**To:** Mike Lindell <span style="background:black">█████████████</span>
**Cc:** Robert Herring <span style="background:black">█████████████</span>, Bobby Herring <span style="background:black">█████████████</span>
**Subject:** NewsWAX CAVES and ENRICHES Dominion's Eric Coomer
**Date:** Fri, 30 Apr 2021 18:05:07 -0500
**Importance:** Normal

---

News**WAX** CAVES and ENRICHES Dominon's director of product strategy and security, Eric Coomer, by settling!

This demonstrates that Ruddy has <u>no backbone</u> and shows that his true colors are NOT red, white, and blue.

News**WAX** empowers Eric Coomer with the funds to battle those fighting for fair elections, including President Trump, Giuliani, and OAN.

News**WAX** has apologized for its reporting.  NewWAX actions hurt those sticking up for Freedom of Press and our First Amendment.

When its time to FIGHT, we find out who's a boy and who's a man.  We know where NewsWAX sits – on the sidelines.

Article:  [Newsmax Withdraws False Claims About 2020 Election : NPR](#)

CONFIDENTIAL
CONFIDENTIAL

DEFS-000561
LINDELL-001303

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 19**