IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

 Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

 Defendants

---

# EXHIBIT 23

---





CONFIDENTIAL
CONFIDENTIAL

DEFS-000567
MYPILLOW-000723



CONFIDENTIAL
CONFIDENTIAL