IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

## EXHIBIT 24

---




CONFIDENTIAL
CONFIDENTIAL

DEFS-000567
MYPILLOW-000723



Nick Dressen

I grabbed a few dates.

Promo Code: Frank33

Daily Totals:
Mon 8/2 = ▇
Tue 8/3 = ▇
Wed 8/4 = ▇
Thur 8/5 = ▇
Fri 8/6 = ▇
Sat 8/7 = ▇
Sun 8/8 = ▇
Mon 8/9 = ▇
Tue 8/10 = ▇
Wed 8/11 = ▇
Thur 8/12 = ▇
Fri 8/13 = ▇
Sat 8/14 = ▇
Sun 8/15 = ▇

12:21:42 am

CONFIDENTIAL
CONFIDENTIAL

DEFS-000568
MYPILLOW-000724