# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

     Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

     Defendants

---

## EXHIBIT 31

---

**From:** Mike Lindell ◁██████████▷
**To:** Robert Herring ◁██████████▷
**Subject:** Re: Eric Coomer information
**Date:** Fri, 08 Apr 2022 17:52:32 -0500
**Importance:** Normal
**Attachments:** Coomer_Email_Permutations.xlsx; Election_&_Coomer_information.xls; COOMER_DOC.2.pdf

---

Came through !
Thank you!

Mike Lindell
CEO My Pillow, Inc

On Apr 8, 2022, at 6:34 PM, Robert Herring ◁██████████▷ wrote:

Let me know if this comes thru ok.

Robert

---

**From:** Charles Herring ██████████▷
**Date:** Friday, April 8, 2022 at 3:09 PM
**To:** Robert Herring ██████████▷
**Subject:** Eric Coomer information

CONFIDENTIAL
CONFIDENTIAL

EXHIBIT 76

LINDELL-000790