IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 34**

**From:** Symposium <symposium@frankspeech.com>
**To:** Terri Pietz
**Subject:** Fwd: Cyber Symposium PROGRAM AGENDA
**Date:** Sun, 08 Aug 2021 14:19:51 -0500

---

Hi Terri please copy and paste this updated and corrected PROGRAM AGENDA to your signatures and send to anyone who you confirm.

Thanks,

Kellie

# CYBER SYMPOSIUM
## A Data Analysis of the November 2020 Election
## August 10-12, 2021

We look forward to seeing you at the Cyber Symposium!
As a **CONFIRMED** attendee, please find below a PROGRAM AGENDA.
Keep in mind, that the symposium is meant to be interactive and will be subject to schedule changes, as new information is revealed and panel members join the stage!
The program will also be in your attendee folder when you check in. Doors will be open by 8am, 7:15am for media.
Cyber expert guests will be allowed to bring in their own laptop computers.
Every attendee must pass through security and present a **VALID PHOTO ID** at check-in.

**Cyber Symposium**
**August 10-12, 2021**
**The Alliance Military Heritage Alliance, Inc**
**1600 W. Russell St.**
**Sioux Falls, SD 57104**

Thank you for joining us at this important event.

Best Regards,

The Cyber Symposium Team
symposium@frankspeech.com

**Cyber Symposium Program Agenda**
**August 10-12, 2021   Sioux Falls, SD**

Please note the entire symposium is i**nteractive** in nature, and attendees are encouraged to move around at any time, listen to the main stage panel, guest speakers. check out the main floor **Cyber Center Kiosk**, meet with cyber experts in the state region **Breakout Rooms**, visit the **Mock Election Room**, or network with other state leaders. The entire purpose is to reveal and discuss the cyber data packet captures from the November 2020 election. **Similar program format daily,** although with **new guests** joining the main stage desk, **new speaker** presentations, and any **new information**added from the previous day's cyber data revelations.

**7:15 am** Doors open for media to set-up.

**8:00 am** Doors open for attendees. *Pass through security check 1st directly inside main doors. Proceed straight ahead to check-in desk to obtain program materials, credentials. Must present valid photo ID at check-in.

    **(8:00–10:00 am** Complimentary buffet breakfast on main level)
**9:00 am** PROGRAM STARTS with a brief WELCOME by Mike Lindell
**9:15 am** Opening Prayer
**9:25 am** National Anthem & God Bless America
**9:30 am** Event overview remarks from Mike Lindell
**9:45 am** Legal team remarks
**10:00 am** Cyber team lead remarks
**11:00 am** Desk panel of five speakers on main stage
    (**11:30-1:30 pm** Complimentary buffet lunch on main level)
**12:00 pm** Cyber Expert – full presentation from podium. Independent cyber experts in attendance from throughout the country go to the Breakout Rooms for analysis of the data
**12:45 pm** Interactive map board of "certified" results vs cyber data results

**1:15 pm** Guest speaker – presentation from podium
**2:00 pm** Expert panel discussion
**2:45 pm** Guest speaker – presentation from podium
**3:45 pm** Afternoon panel with interactive Q & A from attendees
**4:30 pm** Cyber Expert team leads on stage with analysis updates from the breakout rooms
**5:00 pm** Day portion of the official program ends with wrap-up remarks from Mike Lindell. Panel stays on stage with informal discussions, interviews throughout the venue.
    (**4:30-6:30 pm** Complimentary buffet dinner on main level)

**5:00-9:00 pm** Optional informal networking in upper balcony lounge, with venue beverages and menu available for purchase. This helps support their veteran facility and veteran employees.

Get Outlook for iOS

CONFIDENTIAL

**From:** "Braden, Ansley"
**To:** Terri Pietz
**Subject:** RE: Cyber Symposium Invitation
**Date:** Tue, 03 Aug 2021 10:29:26 -0500

---

Unfortunately, the Congressman is unable to attend. Thank you for the invite!

Respectfully,

**Ansley Braden**
Director of Operations and Scheduling
Congressman Ken Buck (CO04)

**From:** Terri Pietz
**Sent:** Monday, August 2, 2021 10:30 AM
**To:** Braden, Ansley
**Subject:** Cyber Symposium Invitation

# CYBER SYMPOSIUM
## A Data Analysis of the November 2020 Election
### August 10-12, 2021

Representative Ken Buck,

As a respected elected representative of the people of the United States, Mike Lindell is extending an invitation for you to attend the **Cyber Symposium** to see the cyber data from the November 2020 election captured from foreign sources, including China. The symposium will be held at the **ALLIANCE- South Dakota Military Heritage Alliance Center in Sioux Falls, South Dakota** on August 10th, 11th, and 12th, 2021. This will be a high-security event, with all invited attendees and guests cleared by Colorado Security. It will not be open to the public.

There will be presentations by recognized and credentialed cyber experts from throughout the country. These experts will also be available to answer any questions you may have. Cyber packet captures from the November 2020 election will be available for review. Private breakout sessions will be available for you to analyze your state specific data, if you choose. The event program will be held over 3 days to best facilitate your needs and schedule. You may attend part or all of the symposium. It will be interactive in nature, and you will be free to move between rooms and presentations at any time. The main stage area will be livestreamed, but there will also be private breakout and interview rooms. The event program will run between 9am-5pm; with doors open at 8 am and closing at 6 pm. Complimentary food and beverages will be available throughout the event.

Invited attendees will include Governors, US Senators, Lieutenant Governors, Attorneys General, State Representatives, Secretaries of State, and State Auditors from both parties and all states in the United States;

CONFIDENTIAL

Cyber Experts; and Media Representatives.

Please **RSVP** as soon as possible to reserve your admittance to: <u>symposium@frankspeech.com</u>, including the **names** of any staff who will accompany you and the **day or dates** you plan to attend. We recommend any cyber expert you bring have, at a minimum, CISSP credentials. Registration is required for admittance. Blocks of rooms have been reserved for the convenience of symposium attendees at several nearby hotels; please coordinate your individual reservations. There will be complimentary shuttle service to the symposium from the nearby Sioux Falls Regional Airport.

We look forward to having you join other leaders and experts at this important event.

Best Regards,

**The Cyber Symposium Team**
symposium@frankspeech.com

CONFIDENTIAL

MYPILLOW-000923

**From:** Terri Pietz
**To:**
**Subject:** Cyber Symposium Invitation
**Date:** Mon, 02 Aug 2021 11:54:17 -0500

# CYBER SYMPOSIUM
## A Data Analysis of the November 2020 Election
### August 10-12, 2021

Representative Michael Turner,

As a respected elected representative of the people of the United States, Mike Lindell is extending an invitation for you to attend the **Cyber Symposium** to see the cyber data from the November 2020 election captured from foreign sources, including China. The symposium will be held at the **ALLIANCE- South Dakota Military Heritage Alliance Center in Sioux Falls, South Dakota** on August 10th, 11th, and 12th, 2021. This will be a high-security event, with all invited attendees and guests cleared by Colorado Security. It will not be open to the public.

There will be presentations by recognized and credentialed cyber experts from throughout the country. These experts will also be available to answer any questions you may have. Cyber packet captures from the November 2020 election will be available for review. Private breakout sessions will be available for you to analyze your state specific data, if you choose. The event program will be held over 3 days to best facilitate your needs and schedule. You may attend part or all of the symposium. It will be interactive in nature, and you will be free to move between rooms and presentations at any time. The main stage area will be livestreamed, but there will also be private breakout and interview rooms. The event program will run between 9am-5pm; with doors open at 8 am and closing at 6 pm. Complimentary food and beverages will be available throughout the event.

Invited attendees will include Governors, US Senators, Lieutenant Governors, Attorneys General, State Representatives, Secretaries of State, and State Auditors from both parties and all states in the United States; Cyber Experts; and Media Representatives.

Please **RSVP** as soon as possible to reserve your admittance to: symposium@frankspeech.com, including the **names** of any staff who will accompany you and the **day or dates** you plan to attend. We recommend any cyber expert you bring have, at a minimum, CISSP credentials. Registration is required for admittance. Blocks of rooms have been reserved for the convenience of symposium attendees at several nearby hotels; please coordinate your individual reservations. There will be complimentary shuttle service to the symposium from the nearby Sioux Falls Regional Airport.

We look forward to having you join other leaders and experts at this important event.

Best Regards,

**The Cyber Symposium Team**
symposium@frankspeech.com

CONFIDENTIAL

MYPILLOW-000962

**From:** Terri Pietz

**Subject:** Cyber Symposium Invitation
**Date:** Mon, 02 Aug 2021 12:14:33 -0500

---

# CYBER SYMPOSIUM
## A Data Analysis of the November 2020 Election
### August 10-12, 2021

Representative Lloyd Smucker,

As a respected elected representative of the people of the United States, Mike Lindell is extending an invitation for you to attend the **Cyber Symposium** to see the cyber data from the November 2020 election captured from foreign sources, including China. The symposium will be held at the **ALLIANCE- South Dakota Military Heritage Alliance Center in Sioux Falls, South Dakota** on August 10th, 11th, and 12th, 2021. This will be a high-security event, with all invited attendees and guests cleared by Colorado Security. It will not be open to the public.

There will be presentations by recognized and credentialed cyber experts from throughout the country. These experts will also be available to answer any questions you may have. Cyber packet captures from the November 2020 election will be available for review. Private breakout sessions will be available for you to analyze your state specific data, if you choose. The event program will be held over 3 days to best facilitate your needs and schedule. You may attend part or all of the symposium. It will be interactive in nature, and you will be free to move between rooms and presentations at any time. The main stage area will be livestreamed, but there will also be private breakout and interview rooms. The event program will run between 9am-5pm; with doors open at 8 am and closing at 6 pm. Complimentary food and beverages will be available throughout the event.

Invited attendees will include Governors, US Senators, Lieutenant Governors, Attorneys General, State Representatives, Secretaries of State, and State Auditors from both parties and all states in the United States; Cyber Experts; and Media Representatives.

Please **RSVP** as soon as possible to reserve your admittance to: symposium@frankspeech.com, including the **names** of any staff who will accompany you and the **day or dates** you plan to attend. We recommend any cyber expert you bring have, at a minimum, CISSP credentials. Registration is required for admittance. Blocks of rooms have been reserved for the convenience of symposium attendees at several nearby hotels; please coordinate your individual reservations. There will be complimentary shuttle service to the symposium from the nearby Sioux Falls Regional Airport.

We look forward to having you join other leaders and experts at this important event.

Best Regards,

**The Cyber Symposium Team**
symposium@frankspeech.com

CONFIDENTIAL                                                                                                    MYPILLOW-000970

**From:** Terri Pietz
**To:** "EMMA.SUMMERS
**Subject:** Cyber Symposium Invitation
**Date:** Mon, 02 Aug 2021 11:42:05 -0500

---

# CYBER SYMPOSIUM
## A Data Analysis of the November 2020 Election
### August 10-12, 2021

Representative Jim Jordan,

As a respected elected representative of the people of the United States, Mike Lindell is extending an invitation for you to attend the **Cyber Symposium** to see the cyber data from the November 2020 election captured from foreign sources, including China. The symposium will be held at the **ALLIANCE- South Dakota Military Heritage Alliance Center in Sioux Falls, South Dakota** on August 10th, 11th, and 12th, 2021. This will be a high-security event, with all invited attendees and guests cleared by Colorado Security. It will not be open to the public.

There will be presentations by recognized and credentialed cyber experts from throughout the country. These experts will also be available to answer any questions you may have. Cyber packet captures from the November 2020 election will be available for review. Private breakout sessions will be available for you to analyze your state specific data, if you choose. The event program will be held over 3 days to best facilitate your needs and schedule. You may attend part or all of the symposium. It will be interactive in nature, and you will be free to move between rooms and presentations at any time. The main stage area will be livestreamed, but there will also be private breakout and interview rooms. The event program will run between 9am-5pm; with doors open at 8 am and closing at 6 pm. Complimentary food and beverages will be available throughout the event.

Invited attendees will include Governors, US Senators, Lieutenant Governors, Attorneys General, State Representatives, Secretaries of State, and State Auditors from both parties and all states in the United States; Cyber Experts; and Media Representatives.

Please **RSVP** as soon as possible to reserve your admittance to: **symposium@frankspeech.com**, including the **names** of any staff who will accompany you and the **day or dates** you plan to attend. We recommend any cyber expert you bring have, at a minimum, CISSP credentials. Registration is required for admittance. Blocks of rooms have been reserved for the convenience of symposium attendees at several nearby hotels; please coordinate your individual reservations. There will be complimentary shuttle service to the symposium from the nearby Sioux Falls Regional Airport.

We look forward to having you join other leaders and experts at this important event.

Best Regards,

**The Cyber Symposium Team**
symposium@frankspeech.com

CONFIDENTIAL                                                                                                                  MYPILLOW-001013

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**To:** KG ▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Re: Cyber Symposium
**Date:** Thu, 05 Aug 2021 13:51:54 -0500

Got it, thanks!
I'm arriving around 10pm on the 9th.

On Thu, Aug 5, 2021 at 7:52 AM KG ▓▓▓▓▓▓▓▓▓▓▓ wrote:
> Good Morning,
>
> Your hotel reservation is: #777076
> August 9th-12th
>
> The Sheraton Sioux Falls & Convention Center
> 1211 N W Ave
> Sioux Falls, SD 57104
>
> Thank you,
> Katelyn
>
> Sent from my iPad
>
>> On Aug 4, 2021, at 3:30 PM, Rob ▓▓▓▓▓▓▓▓▓▓▓ wrote:
>>
>> Thanks
>> Sent from my iPhone
>>
>>> On Aug 4, 2021, at 12:28 PM, KG ▓▓▓▓▓▓▓▓▓▓▓ wrote:
>>>
>>> Hello Robert,
>>>
>>> You will be receiving shortly a confirmation email from the email address symposium@frankspeech.com for your attendance at the symposium.
>>>
>>> I just requested your hotel room and as soon as I have the reservation number I will email you with the hotel address and confirmation separately.
>>>
>>> Blessings,
>>> Katelyn Gamlin
>>> Executive Assistant
>>>
>>> Sent from my iPhone

CONFIDENTIAL

On Aug 4, 2021, at 1:37 PM, Maarten Schenk ▮ wrote:

Hi Katelyn & Mike,

I just spoke to our cyber expert, he confirmed he will be there on the evening of the 9th and will stay until the 12th.

His name is ▮, I'm putting him in CC so you now have his contact info.

His phone number is ▮

He's known for authenticating one of the emails from the Hunter Biden leak: ▮

Rob, Mike asked me to give you his phone number ▮ in case you need anything.

Send any invoices for food, lodging, transportation etc. to:

Lead Stories LLC
▮

Kind regards,
Maarten
------
http://leadstories.com  - Debunking fake news as it happens
http://get.trendolizer.com - Discover what is trending online, on any topic, from any source
http://opensharecount.com - Get your Twitter share count back

On Tue, Aug 3, 2021 at 8:38 PM KG ▮ wrote:

Hello Maarten,

My name is Katelyn and I'm Mike Lindell's Executive Assistant.

Please send me the full list of names attending including your cyber experts and I will get their confirmations taken care of as well as hotel rooms covered.

Please let me know if you have any questions.

Blessings,
Katelyn Gamlin
Executive Assistant
▮

Sent from my iPhone

CONFIDENTIAL

**From:** Terri Pietz
**To:** "MARTHA.DAVIS@
**Subject:** Cyber Symposium Invitation
**Date:** Mon, 02 Aug 2021 11:47:23 -0500

---

# CYBER SYMPOSIUM
## A Data Analysis of the November 2020 Election
### August 10-12, 2021

Representative Warren Davidson,

As a respected elected representative of the people of the United States, Mike Lindell is extending an invitation for you to attend the **Cyber Symposium** to see the cyber data from the November 2020 election captured from foreign sources, including China. The symposium will be held at the **ALLIANCE- South Dakota Military Heritage Alliance Center in Sioux Falls, South Dakota** on August 10th, 11th, and 12th, 2021. This will be a high-security event, with all invited attendees and guests cleared by Colorado Security. It will not be open to the public.

There will be presentations by recognized and credentialed cyber experts from throughout the country. These experts will also be available to answer any questions you may have. Cyber packet captures from the November 2020 election will be available for review. Private breakout sessions will be available for you to analyze your state specific data, if you choose. The event program will be held over 3 days to best facilitate your needs and schedule. You may attend part or all of the symposium. It will be interactive in nature, and you will be free to move between rooms and presentations at any time. The main stage area will be livestreamed, but there will also be private breakout and interview rooms. The event program will run between 9am-5pm; with doors open at 8 am and closing at 6 pm. Complimentary food and beverages will be available throughout the event.

Invited attendees will include Governors, US Senators, Lieutenant Governors, Attorneys General, State Representatives, Secretaries of State, and State Auditors from both parties and all states in the United States; Cyber Experts; and Media Representatives.

Please **RSVP** as soon as possible to reserve your admittance to: symposium@frankspeech.com, including the **names** of any staff who will accompany you and the **day or dates** you plan to attend. We recommend any cyber expert you bring have, at a minimum, CISSP credentials. Registration is required for admittance. Blocks of rooms have been reserved for the convenience of symposium attendees at several nearby hotels; please coordinate your individual reservations. There will be complimentary shuttle service to the symposium from the nearby Sioux Falls Regional Airport.

We look forward to having you join other leaders and experts at this important event.

Best Regards,

**The Cyber Symposium Team**
symposium@frankspeech.com

CONFIDENTIAL
MYPILLOW-001045

**From:** Terri Pietz
**To:** "repmatsumoto@
**Subject:** Cyber Symposium Invitation
**Date:** Thu, 05 Aug 2021 09:48:49 -0500

# CYBER SYMPOSIUM
## A Data Analysis of the November 2020 Election
### August 10-12, 2021

Dear Representative Lauren Matsumoto,

As a respected elected representative of the people of the United States, Mike Lindell is extending an invitation for you to attend the **Cyber Symposium** to see the cyber data from the November 2020 election captured from foreign sources, including China. The symposium will be held at the **ALLIANCE- South Dakota Military Heritage Alliance Center in Sioux Falls, South Dakota** on August 10th, 11th, and 12th, 2021. This will be a high-security event, with all invited attendees and guests cleared by Colorado Security. It will not be open to the public.  If you have a scheduling conflict you may send a delegate on your behalf.

There will be presentations by recognized and credentialed cyber experts from throughout the country. These experts will also be available to answer any questions you may have. Cyber packet captures from the November 2020 election will be available for review. Private breakout sessions will be available for you to analyze your state specific data, if you choose. The event program will be held over 3 days to best facilitate your needs and schedule. You may attend part or all of the symposium. It will be interactive in nature, and you will be free to move between rooms and presentations at any time. The main stage area will be livestreamed, but there will also be private breakout and interview rooms. The event program will run between 9am-5pm; with doors open at 8 am and closing at 6 pm. Complimentary food and beverages will be available throughout the event.

Invited attendees will include Governors, US Senators, Lieutenant Governors, Attorneys General, State Representatives, Secretaries of State, and State Auditors from both parties and all states in the United States; Cyber Experts; and Media Representatives.

Please **RSVP** as soon as possible to reserve your admittance to: symposium@frankspeech.com, including the **names** of any staff who will accompany you and the **day or dates** you plan to attend. We recommend any cyber expert you bring have, at a minimum, CISSP credentials. Registration is required for admittance. Blocks of rooms have been reserved for the convenience of symposium attendees at several nearby hotels; please coordinate your individual reservations. There will be complimentary shuttle service to the symposium from the nearby Sioux Falls Regional Airport.

We look forward to having you join other leaders and experts at this important event.

Best Regards,

**The Cyber Symposium Team**
symposium@frankspeech.com

CONFIDENTIAL

MYPILLOW-001064

**From:** Terri Pietz
**To:** "CARLEY.RICH@
**Subject:** Cyber Symposium Invitation
**Date:** Mon, 02 Aug 2021 12:07:49 -0500

---

# CYBER SYMPOSIUM
## A Data Analysis of the November 2020 Election
### August 10-12, 2021

Representative Glenn Thompson,

As a respected elected representative of the people of the United States, Mike Lindell is extending an invitation for you to attend the **Cyber Symposium** to see the cyber data from the November 2020 election captured from foreign sources, including China. The symposium will be held at the **ALLIANCE- South Dakota Military Heritage Alliance Center in Sioux Falls, South Dakota** on August 10th, 11th, and 12th, 2021. This will be a high-security event, with all invited attendees and guests cleared by Colorado Security. It will not be open to the public.

There will be presentations by recognized and credentialed cyber experts from throughout the country. These experts will also be available to answer any questions you may have. Cyber packet captures from the November 2020 election will be available for review. Private breakout sessions will be available for you to analyze your state specific data, if you choose. The event program will be held over 3 days to best facilitate your needs and schedule. You may attend part or all of the symposium. It will be interactive in nature, and you will be free to move between rooms and presentations at any time. The main stage area will be livestreamed, but there will also be private breakout and interview rooms. The event program will run between 9am-5pm; with doors open at 8 am and closing at 6 pm. Complimentary food and beverages will be available throughout the event.

Invited attendees will include Governors, US Senators, Lieutenant Governors, Attorneys General, State Representatives, Secretaries of State, and State Auditors from both parties and all states in the United States; Cyber Experts; and Media Representatives.

Please **RSVP** as soon as possible to reserve your admittance to: **symposium@frankspeech.com**, including the **names** of any staff who will accompany you and the **day or dates** you plan to attend. We recommend any cyber expert you bring have, at a minimum, CISSP credentials. Registration is required for admittance. Blocks of rooms have been reserved for the convenience of symposium attendees at several nearby hotels; please coordinate your individual reservations. There will be complimentary shuttle service to the symposium from the nearby Sioux Falls Regional Airport.

We look forward to having you join other leaders and experts at this important event.

Best Regards,

**The Cyber Symposium Team**
symposium@frankspeech.com

CONFIDENTIAL                                                                                                         MYPILLOW-001077

**From:** Christina Cole
**To:** Symposium <symposium@frankspeech.com>, Terri Pietz
**Subject:** RE: Monday's game plan
**Date:** Mon, 02 Aug 2021 08:08:54 -0500
**Inline-Images:** image001.png

---

Ok We are praying your intervention goes well!!

Terri and I will get all over this and if we need help we will ask for it!

Take good care !


Sincerely,
Christina Cole
COO MyStore.com



---

**From:** Symposium <symposium@frankspeech.com>
**Sent:** Sunday, August 1, 2021 5:57 PM
**To:** Terri Pietz                          ; Christina Cole
**Subject:** Monday's game plan

Hi ladies I just sent out another round of invitations to all the emails we have in our new smartsheet called swing state representation. Our goal is to get at least two reps from each swing state and you can track those in our access codes sheet. I updated the states represented smartsheet so you can see which swing states have no representation and give those people a call first and foremost.

I'll be on call if you need me and checking symposium emails on my phone.

Please pray that this intervention goes well.

Love you both

Get Outlook for iOS

CONFIDENTIAL              MYPILLOW-001169

**From:** Kellie Schoenecker
**To:**
**Subject:** Symposium Calls
**Date:** Wed, 04 Aug 2021 11:09:51 -0500

Hey Broc,

Please focus only on Virginia and forget about Nevada. You may need to find a bunch of new contacts.

Thank you,

Kellie at Lindell Management

CONFIDENTIAL

MYPILLOW-001253

**From:** tom

**To:** Terri Pietz

**Subject:** Re: Cyber Symposium Team

**Date:** Wed, 04 Aug 2021 19:12:34 -0500

Hi Terri,

This eMail is the "only" eMail I've received from you. I did ***NOT*** receive a confirmation code eMail. Can you please resend?

- tom


On 2021-08-04 14:11, Terri Pietz wrote:

> # CYBER SYMPOSIUM
> ## A Data Analysis of the November 2020 Election
> ### August 10-12, 2021
>
> Hi Tom,
>
> Just want to confirm that you received your confirmation code email with the event details.
> (Some of the emails have gone into the spam/junk mail folder.)
>
> This event is so important, and the Cyber Experts are a BIG part of this symposium.
>
> Please confirm by responding to this email.
>
> Thanks
>
> Have a Great Day!
>
> **The Cyber Symposium Team**
> symposium@frankspeech.com

CONFIDENTIAL

MYPILLOW-001442

**From:** Kellie Schoenecker
**To:** Daniel Pitts                    , Kevin Auslund                    , Emily Carlson                    Broc Braunworth
**CC:** "Sarah Cronin (LM)"                    , "Cindy Taylor (LM)"                    , Christina Cole
**Subject:** Symposium Calls
**Date:** Wed, 04 Aug 2021 11:40:36 -0500

Hello,

Mike wants ONE representative from each of the 50 states. If you get a YES rsvp from the state you are working on (if you are doing an individual state) please let me know and I will assign you to a new state.

Thank you,

Kellie at Lindell Management

CONFIDENTIAL                                                                                                                    MYPILLOW-001471