**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 35**

---

| | |
|---:|:---|
| **From:** | KG < ████ > |
| **To:** | Lindsay Oakley < ████ > |
| **Cc:** | Robert Herring < ████ >, Bobby Herring < ████ >, Chris Schickedanz < ████ >, Mike Lindell < ████ >, Jacob Demille < ████ > |
| **Subject:** | Re: OAN LIVE Interviews |
| **Date:** | Tue, 29 Jun 2021 16:07:16 -0500 |
| **Importance:** | Normal |
| **Inline-Images:** | image001.png |

Thank you Lindsay! We'll head in earlier for the 6:30pm CT hit just in case.

A few talking points:
Something along the lines of "Mike you have a big announcement to make, what is it?"

Once he talks about the event:
What do you hope the outcome of the cyber symposium will be?

Thank you!
Katelyn Gamlin
Executive Assistant
████

Sent from my iPad

On Jun 29, 2021, at 2:38 PM, Lindsay Oakley < ████ > wrote:

Sorry about the timing confusion on that last hit... Mike thank you for getting there so quickly to accommodate! We are now looking forward to the interview about the cyber symposium at 6:30pm CT/4:30pm PT. are there any talking points or specific questions you would like us to ask? The anchor will be Shane Althouse.

Lindsay Oakley
News Director
<image001.png>

One America News Network
████

**From:** KG ████
**Sent:** Tuesday, June 29, 2021 11:36 AM
**To:** Lindsay Oakley ████
**Cc:** ████ Robert Herring ████ Bobby Herring ████ Chris Schickedanz ████ Alicia Summers ████ Gabriel Yaffe ████ Mike Lindell ████
**Subject:** Re: OAN LIVE Interviews

CONFIDENTIAL

Andrew will be responding shortly with his Skype address!

Blessings,
Katelyn

Sent from my iPhone


On Jun 29, 2021, at 1:33 PM, Lindsay Oakley ███████████ wrote:


Hey guys!
Just checking in. I still haven't received Andrew's skype address. I will be skyping him in about 20 minutes to set up the interview. I called him and left a voicemail. Does anyone know his skype address? Please and thank you!

Lindsay Oakley
News Director
<image001.png>
One America News Network
███ | ███████████
███████████

**From:** KG ███████████
**Sent:** Tuesday, June 29, 2021 10:29 AM
**To:** Lindsay Oakley ███████████
**Cc:** ███████████ Robert Herring ███████████ Bobby Herring ███████████ Chris Schickedanz ███████████ Alicia Summers ███████████ Gabriel Yaffe ███████████ Mike Lindell ███████████
**Subject:** Re: OAN LIVE Interviews

Hello Lindsay,

Thank you for this follow up email.

Both times are great on our end.

Mike's Skype is: ███████████
After the 'M' is and 'L'

Please let me know if you need anything else from Mike's end.

Blessings,
Katelyn Gamlin
Executive Assistant
███████████

Sent from my iPhone


On Jun 29, 2021, at 11:47 AM, Lindsay Oakley ███████████ wrote:

CONFIDENTIAL

MYPILLOW-000733

Hello Mike and Andrew,

Following up on our phone conversation. I would like to set up an interview with Andrew at 2pm CT/12pm PT which will be immediately followed by break.. then an interview with Mike (estimated time 2:15 CT/12:15 PT). The anchor will be Alicia Summers and we will be discussing the recent ruling to allow My Pillow's lawsuit against Dominion to move forward and why this is so important to free speech and fight against election fraud.

I have both of your phone numbers, but I also need you skype addresses. I will skype you from  approximately 10 minutes before your hit (maybe less for Mike) to check audio and picture.

Mike I would also like to set up an interview with you later in the day at 6:30pm CT/4:30pm ET to discuss the cyber symposium – same deal with the skype.

Please let me know if there are any additional talking points you would like to hit during these interviews.

Thank you!

Lindsay Oakley
News Director
<image001.png>
One America News Network



CONFIDENTIAL

**From:** KG ███████████
**To:** Olivia Sanabria ███████████
**CC:** Symposium <symposium@frankspeech.com>
**Subject:** Re: Cyber Symposium Invitation
**Date:** Tue, 03 Aug 2021 11:08:01 -0500

---

Hello Olivia,

This is a once in a lifetime event. We're sorry to hear CBS can't attend.

Blessings,
Katelyn

Sent from my iPhone

---

**From:** Sanabria, Olivia ███████████
**Sent:** Tuesday, August 3, 2021 9:46 AM
**To:** Symposium <symposium@frankspeech.com>
**Subject:** Re: Cyber Symposium Invitation

Hi,

Thanks for this info, but we are unfortunately no longer able to attend due to a busy production schedule this month. However, we are interested in attending events in the future. Please reach out if you do another symposium!

Best,

Olivia

---

**From:** Symposium <symposium@frankspeech.com>
**Date:** Monday, August 2, 2021 at 6:31 PM
**To:** Olivia Sanabria ███████████
**Subject:** Cyber Symposium Invitation

External Email

# CYBER SYMPOSIUM
## A Data Analysis of the November 2020 Election
### August 10-12, 2021

Hello Olivia,

==Please **RSVP** as soon as possible to reserve your admittance to: symposium@frankspeech.com, including the names of any staff who will accompany you and the day or dates you plan to attend.==

CONFIDENTIAL

Please email us the information requested in the highlighted line above and we will get you all confirmed and registered.

Thanks
**The Cyber Symposium Team**
symposium@frankspeech.com


Mike Lindell is extending an invitation for you to attend the **Cyber Symposium** to see the cyber data from the November 2020 election captured from foreign sources, including China. The symposium will be held at the **ALLIANCE- South Dakota Military Heritage Alliance Center in Sioux Falls, South Dakota** on <u>**August 10th, 11th, and 12th, 2021.**</u> This will be a high-security event, with all invited attendees and guests cleared by Colorado Security. It will not be open to the public.

There will be presentations by recognized and credentialed cyber experts from throughout the country. These experts will also be available to answer any questions you may have. Cyber packet captures from the November 2020 election will be available for review. Private breakout sessions will be available for you to analyze your state specific data, if you choose. The event program will be held over 3 days to best facilitate your needs and schedule. You may attend part or all of the symposium. It will be interactive in nature, and you will be free to move between rooms and presentations at any time. The main stage area will be livestreamed, but there will also be private breakout and interview rooms. The event program will run between 9am-5pm; with doors open at 8 am and closing at 6 pm. Complimentary food and beverages will be available throughout the event.

Invited attendees will include Governors, US Senators, Lieutenant Governors, Attorneys General, State Representatives, Secretaries of State, and State Auditors from both parties and all states in the United States; Cyber Experts; and Media Representatives.

==Please **RSVP** as soon as possible to reserve your admittance to: symposium@frankspeech.com, **including the names of any staff who will accompany you and the day or dates you plan to attend.**== We recommend any cyber expert you bring have, at a minimum, CISSP credentials. Registration is required for admittance. Blocks of rooms have been reserved for the convenience of symposium attendees at several nearby hotels; please coordinate your individual reservations. There will be complimentary shuttle service to the symposium from the nearby Sioux Falls Regional Airport.

We look forward to having you join other leaders and experts at this important event.


Best Regards,

**The Cyber Symposium Team**
symposium@frankspeech.com

CONFIDENTIAL