IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 36**

**From:** Cheryl Teh <███████>
**To:** Mike Lindell <███████>
**Subject:** Re: Plane
**Date:** Fri, 03 Sep 2021 02:43:12 -0500
**Importance:** Normal

---

Hey Mr. Lindell,

Thanks so much for getting back to me. Could you tell me more about your new plane? Would it be possible to provide more information about what model number it is, and how much bigger it is than this old one? Also, why did you decide to sell this particular plane in July?

It would be great if you could share more about Josh Merritt too, since he's claimed to many news organizations to have been hired by you as an IT consultant. What has been your interaction with Mr Merritt? When are you suing him and would you be able to share more information about that with me? We'd love to hear your side of the story, seeing Mr Merritt has claimed that he took a look at your data and found no evidence of electoral fraud (as he told the Washington Times in this article: https://www.washingtontimes.com/news/2021/aug/11/mike-lindells-lead-cyber-expert-says-they-cant-pro/)

Thanks Mr. Lindell!

Cheers,

**Cheryl Teh**
Breaking News Reporter



Business - Life - News

███████

On Fri, Sep 3, 2021 at 1:25 AM Mike Lindell ███████ wrote:
> It was a completely false article by Salon …
> I upgraded to a bigger and newer plane in April…
> Josh Merritt does not and has never been part of my team ( I am suing him for what he did at the cyber symposium and his lies…)
>
> Mike Lindell
> CEO My Pillow, Inc

CONFIDENTIAL
MYPILLOW-000748

**From:** Doug Bock Clark
**To:** "Mike
**Cc:** Alexandra Berzon
**Subject:** Fact-checking for ProPublica article//Response required by 3/18
**Date:** Mon, 14 Mar 2022 13:26:02 -0500
**Importance:** Normal

---

Dear Mr. Lindell,

Thank you for our short call. I understand that you do not want to participate in fact-checking, but we would still like to give you a chance to comment on our findings for our article that includes a description of your actions after the 2020 presidential election.

Please review the following information for accuracy. It is our current understanding of your actions. If you have any factual clarifications or additional comments you would like to make, please let me know by 9 a.m. on March 18.

1. Our understanding is that in early 2021, Patrick Byrne paid ▮▮▮ and Conan Hayes a year's salary and told them to look into Dennis Montgomery's theories about Hammer and Scorecard, and dispatched them to investigate this theory for you. He said that you "could well not know I sent" Hayes and ▮▮▮. **Do you have any comment or clarification on this account? What is your understanding of how ▮▮▮ and Hayes came to work for you?**

2. Our understanding is that from early 2021, ▮▮▮ and Conan Hayes have worked for you looking into the theory about election fraud sometimes known as Hammer and Scorecard. Our understanding is that Hayes and ▮▮▮ reported to ▮▮▮ during this time. **Do you have any comment or clarification on this account?**

3. Our understanding is that you paid Waldron for his work on the Cyber Symposium and other efforts in 2021 and that you continue to pay him. **Do you have any comment or clarification on this account?**

4. Our understanding of the Hammer and Scorecard theory is that it holds that a surveillance system originally developed by a CIA contractor called the Hammer was commandeered by Obama administration officials for nefarious purposes, then used by private citizens for a variety of purposes, including spying on American citizens such as Trump, Flynn and yourself. It is also our understanding that the theory eventually evolved to say that the Hammer employed a software called Scorecard to alter results in American voting machines. **Do you have any comment or clarification?**

5. Our understanding is that you have not always called the theory of election fraud highlighted at your cyber symposium and in numerous public appearances "Hammer and Scorecard" and have not always referred to Dennis Montgomery as its originator, but that this theory is the origin of the ideas that you are presenting. **Do you have any comment or clarification?**

6. Our understanding is that in 2021 you said that you had gotten hold of a mysterious set of data that would prove the Hammer and Scorecard conspiracy (though you didn't name Hammer and Scorecard or

Montgomery). **Do you have any comment or clarification?**

7. Our understanding is that you announced that you would reveal the data at a three-day "cyber symposium" you were hosting in Sioux Falls, South Dakota, in August 2021. **Do you have any comment or clarification?**
8. Our understanding is that you promised that reporters, cybersecurity experts and elected officials — as well as anyone tuning in online — that they would finally see the proof that the election had been stolen. **Do you have any comment or clarification?**
9. Our understanding is that you [offered](#) a $5 million reward to anyone who could prove that "this cyber data is not valid data from the November 2020 election." **Do you have any comment or clarification?**
10. Our understanding is that you said this 37 terabytes of data would be presented by a group of your advisors — the "Red Team" — and vetted at the symposium by other independent cyber security experts. **Do you have any comment or clarification?**
11. Our understanding is that you insisted on numerous occasions that the event would result in Trump being returned to the presidency. **Do you have any comment or clarification on this finding?**

12. Our understanding is that on August 8, 2021, you picked up Phil Waldron and Josh Merritt from an airport outside of Dallas, Texas, where Allied Security Operations Group has their offices, and flew them to Sioux Falls, South Dakota. **Do you have any comment or clarification on this account?**

13. Our understanding is that the "Red Team" was a name for a group that consisted of Phil Waldron, Conan Hayes, ▮▮▮▮▮▮▮▮, Joshua Merritt, and others. **Do you have any comment or clarification?**
14. Our understanding is that before and during the cyber symposium the Red Team was communicating with Ronald Watkins. **Do you have any comment or clarification?**

15. Our understanding is that the Red Team determined that the data you had provided wasn't what was promised. Our understanding is that Waldron wrote in a text message to the rest of the team that the files "have NOTHING to do with hammer/scorecard" and that they "are all open source javascript files for web development." It is also our understanding that Watkins wrote, "I have checked them all and they are NOT PROOF."'

16. Our understanding is that the Red Team tried to inform you that the data wasn't what you promised, you yelled at them that they were wrong. **Do you have any comment or clarification?**
17. Our understanding is that the night before the symposium was to start, the Red Team learned that Montgomery was claiming to have had a stroke. It is also our understanding that the final proof of election fraud, which he was supposed to deliver last minute, was no longer going to arrive. **Do you have any comment or clarification?**
18. Our understanding is that despite these multiple warnings you continued to press on with the Cyber Symposium. **Do you have any comment or clarification?**
19. Our understanding is that Waldron got on stage with you and explained that the Red Team had begun to look at the data and "we've seen plausibility." It is also our understanding that you, Waldron and other speakers explained that a separate group of analysts in back rooms were combing through the 37 terabytes of data that would reveal a vast foreign scheme to steal the election. **Do you have any comment or clarification?**
20. It is our understanding that these analysts consisted of longtime election security and computer experts, some skeptical of you claims and others sympathetic. **Do you have any comment or clarification?**
21. Our understanding is that the independent analysts reached an unanimous agreement that none of the data contained the proof that you had promised. **Do you have any comment or clarification?**
22. Our understanding is that Merritt feared that the hollowness of your data was undermining other efforts to prove the election was stolen that he thought were more legitimate. **Do you have any comment or**

CONFIDENTIAL

     clarification?
23. Our understanding is that Waldron concluded the conference by claiming that a "poison pill" had been inserted into the data. **Do you have any comment or clarification?**
24. Our understanding is that many symposium attendees acknowledged among themselves that it was obvious your data was not legitimate, but they still came away energized. **Do you have any comment or clarification?**
25. Our understanding is that the day after the symposium ended you dined with former President Trump at Mar-a-Lago along with other activists who believe the election was stolen. **Do you have any comment or clarification on these findings?**
26. Our understanding is that you continue to promote your belief that the election was stolen on numerous outlets, including Steve Bannon's show. **Do you have any comment or clarification on these findings?**
27. Our understanding is that you have said Trump's election was a miracle that partly resulted from his prayers. **Do you have any comment or clarification on this account?**
28. Our understanding is that you have spent more than $25 million supporting "election integrity" efforts and efforts to transform the American electoral system and efforts to show the Nov. 2020 election was fraudulent. **Do you have any comment or clarification?**
29. Our understanding is that Dominion Voting Systems filed a defamation lawsuit against you. **Do you have any comment or clarification?**

I'm available during normal working hours at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thank you,

Doug Bock Clark

CONFIDENTIAL

**From:** Maarten Schenk
**To:** Mike Lindell  >
**Cc:** Alan Duke
**Subject:** Dennis Montgomery
**Date:** Mon, 16 Aug 2021 12:26:02 -0500
**Importance:** Normal

Hi Mike,

Happy you finally admitted Dennis Montgomery was one of your sources. We asked you about that four months ago, if you remember.

Note we are still waiting for you to release the pcap evidence. Your excuse on CNN that it can be modified makes no sense. Didn't you tell us yourself that it was immutable and frozen in time?

Just get hashes and signatures out first, that way everybody can verify that the files they are looking at are the same ones you released.

Wasn't that the entire purpose of the symposium?

Kind regards,
Maarten

P.S.: Did you get an updated scrolling column video created yet?

P.S.II: Did you pay Montgomery? If so, how much?

CONFIDENTIAL                                                                                                                                MYPILLOW-000757