IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 37**

---

**From:** "MyPillow" <███████████████>
**To:** "Mike@mypillow.com" ███████████████
**Subject:** Employee Newsletter
**Date:** Fri, 02 Jul 2021 16:57:22 -0500
**Importance:** Normal

# NEWSLETTER
## JULY 2021

Frank, the voice of free speech, will be the platform for Americans who want to defend life, liberty, and all the freedoms that have marked America as the longest running Constitutional Republic in the history of the world. On this platform you will find a home where you can post videos, livestream television, distribute news and information, and find community and fellowship with likeminded Americans.

We hope you will join our community and let freedom ring.
Sign up at: https://frankspeech.com

### Upcoming Events

August 10, 11, 12 Cyber Symposium - Details will be put on Frankspeech.com under Events soon.

August 17 - Frank Rally in Pennsylvania - Details will be put on Frankspeech.com under Events soon.

Todd Taylor is Vice President of Operations. He has been with MyPillow for 6 plus years. He oversees the entire operations of Building 7: production, sewing center, shipping, inventory, cutting table, foam, trucking/transfers, returns, maintenance,

CONFIDENTIAL

and the Store. Previously he worked for Ceva Logistics for 10 years and was the manager of the shipping department. He moved all of their Non-Retail freight throughout the country. When MyPillow was taking off and he was let go by CEVA, it was the perfect opportunity to Join the Team.

<u>Fun Facts about Todd:</u>
- Married to ▮▮▮▮▮▮▮ for 28 years on 10-1-21
- 2 Kids, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- Considers himself a "workaholic"
- Likes Football, Baseball, Hockey
- He said, "Honestly... I like sitting in my chair at home & watching TV" (A&E, History, Discovery, Sports)
- Loves Pizza!!!

## Summer BBQ - June 30, 2021
### "MyGrill" SALE OF THE DAY!
Burgers & Brats 100% off & Free Sides & Drink
Use Promo Code: COOKOUT

## The Hope Report - Lindell Recovery Network



The Hope Report is an inspirational podcast designed to bring light in the darkness, inspire hope, and help people break the chains of addiction and other strongholds through Jesus Christ. The hosts for the show are Jason Perry and Melissa Huray. Jason Perry is a former Navy SEAL and former Boston Police officer who was hired in April to work for Lindell Management. ▮▮▮▮▮▮▮▮▮▮ is the Executive Director of the Lindell Recovery Network, a licensed addiction counselor, and redeemed addict. Melissa began working for Mike Lindell in 2018.

The Hope Report features good news, testimonials from people whose lives have been changed through the power of Jesus Christ, as well as helpful information for people living in recovery or just wanting to pursue a healthier lifestyle.

Mike Lindell started the Lindell Recovery Network because of his desire to help addicts recover from the bondage of addiction and have their hearts restored through an encounter with Jesus. You can visit the LRN at www.lindellrecoverynetwork.org. The Hope Report is also a vision of Mike's, for a long time he has wanted to have a show that offered only good news and information designed to lift people up in this dark world!

The Hope Report streams live on YouTube, Facebook, Frank Speech, and all other major platforms from 12-2 p.m. central time on Mon/Wed/Fri.

Mike, Jason, and Melissa would appreciate it so much if you would subscribe to the Hope Report's YouTube channel as well as if you'd like us on Facebook.

If you have a testimonial of overcoming something in your life - addiction, depression, hopelessness - basically any struggle Jesus has delivered you from, we'd like to have you on the show! You can email Melissa at ▮▮▮▮▮▮▮▮▮▮▮▮ for more information.

Visit the Hope Report's website at www.hopereportshow.com

## Freedom Coffee

Support a Veteran - Made in USA
One of our Top Sellers - Try some Today!

## Beach Bark Brittle

CONFIDENTIAL

## So Good You Won't Believe IT!
## Order Some Today!

MyStore now has over 100 New innovative products on the MyPillow website. MyStore will soon launch it's own website showcasing these products. This is a great place for inventors to market their products.

COO ███████ and team review the products and make sure the company and product meets our standards, not every product is approved. All products that are approved have been fully vetted and researched. Looking forward to adding many more products.

## Employee Relations News

The call center is looking for a few more employees. Tell your friends and family if they are looking for a Great company to work for to come in and apply.

## Celebrating 5 Years of Service in 2021

## Celebrating 10 Years of Service in 2021

## PARADE VOLUNTEERS NEEDED

Sunday, July 25th at 12:30 p.m. Chaska River City Days Parade
Please contact Traci for more information at

CONFIDENTIAL

# WELCOME NEW EMPLOYEES

## New Products

## MyPillow Apparel - Available For Purchase

## To Follow Mike:

NEW Media Link: https://lindelltv.com/

Absolute Proof DVD Now Available for Free

(just pay $4.99 shipping and handling)

Follow Mike on Facebook: https://www.facebook.com/realMikeLindell/

Mike's new social media accounts:

Telegram is: @michaeljlindell or https://t.me/MichaelJLindell

Gab.com: @realMikeLindell

If you have any ideas or suggestions for the newsletter email:
tpietz@mypillow.com     View in Browser

CONFIDENTIAL