IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

# EXHIBIT 38

---

**From:** Jennifer Duneman <​███​>
**To:** KG <​███​>
**Subject:** RE: Emails
**Date:** Mon, 04 Oct 2021 11:27:17 -0500
**Inline-Images:** image001.png

---

Hi Katelyn
I think this was meant for ███
Is the board meeting still on for tomorrow at 11am? We are getting ready to head down to the cities so wanted to double check before we left.
Thanks,

## Jennifer Duneman-Furlong
**Vice President/General Manager Show Division**
**MyPillow, Inc.**



---

**From:** KG ███
**Sent:** Monday, October 4, 2021 11:18 AM
**To:** Jennifer Duneman ███
**Subject:** Fwd: Emails

Sent from my iPhone

Begin forwarded message:

**From:** RJ Johnston ███
**Date:** October 4, 2021 at 11:18:00 AM CDT
**To:** Brandon Young ███, KG ███
**Subject:** Fwd: Emails

Brandon,

Can you create a ███

Thanks,
RJ

---

**From:** Todd Carter ███
**Sent:** Monday, July 19, 2021 12:53 PM
**To:** RJ Johnston; Brandon Young
**Subject:** Emails

CONFIDENTIAL

Hey guys,

We need 3 accounts and associated inboxes created within the Office 365 Tenant for Frank.

Name: Mike Lindell
Email: ▉
Password: ▉

Name: Symposium
Email: ▉
Alias: ▉
Password: ▉

Name: Janet Lynn
Email: ▉
Password: ▉

**Todd Carter**
Chief Technology Officer | MyPillow ▉

CONFIDENTIAL

MYPILLOW-001397