**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 39**

---

**From:** KG <​█​>
**To:** Mark Schabert █
**Subject:** █
**Date:** Mon, 23 Aug 2021 14:07:09 -0500

---

I'll request! And yes was for the symposium/cyber expert/data.

Thanks,
Katelyn

Sent from my iPad

On Aug 23, 2021, at 2:03 PM, Mark Schabert █ wrote:

Yes. Please request W9. Also, can you confirm that this was for the Cyber Symposium?

**Mark Schabert**
Controller | MyPillow Inc. | mypillow.com
█

**From:** KG █
**Sent:** Monday, August 23, 2021 12:24 PM
**To:** Mark Schabert █
**Subject:** █

Mine would like $30,000 sent from the Frank account.

Do you need a W9 from him?

Thanks!
Katelyn

Sent from my iPhone

Begin forwarded message:

**From:** █
**Date:** August 22, 2021 at 5:08:44 PM CDT
**To:** KG █
**Subject:** █



CONFIDENTIAL

MYPILLOW-000825



Thanks, let me know if you need anything else.



CONFIDENTIAL
MYPILLOW-000826

**From:** Mike Lindell <■■■■■■■■■■■■■■>
**To:** Mark Schabert <■■■■■■■■■■■■■■>
**Subject:** Fwd: Symposium venue & catering Invoice
**Date:** Mon, 16 Aug 2021 15:45:42 -0500
**Attachments:** Inv_20800_from_South_Dakota_Veterans_Alliance_Inc._12268.pdf; Cyber_Symposium_Expenses.xlsx

---

Please see the document below for payment.

Do you need anything else from their end before processing payment?

This all goes through the Frank account.

Thanks!
Katelyn

Sent from my iPad

Begin forwarded message:

**From:** Janet Lynn <■■■■■■■■■■■■■■>
**Date:** August 15, 2021 at 8:26:45 AM CDT
**To:** Mike Lindell <■■■■■■■■■■■■■■>
**Cc:** "Sarah Cronin (LM)" <■■■■■■■■■■■■■■>
**Subject: Fwd: Symposium venue & catering Invoice**

---------- Forwarded message ---------
**From: Brian Phelps** <■■■■■■■■■■■■■■>
Date: Fri, Aug 13, 2021, 1:05 PM
Subject: Invoice
To: Janet Lynn <■■■■■■■■■■■■■■>

Janet,

I'm told you'd be the best to submit the invoice for payment.

See attached and let me know if I'm forgetting anything.

**Thank You**

CONFIDENTIAL                                                    MYPILLOW-000880



**BRIAN PHELPS,** Executive Director

CONFIDENTIAL

MYPILLOW-000881