IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**EXHIBIT 40**

---

**From:** Sue Wiebe <█████████>
**To:** KG <█████████>
**Subject:** RE: customer coming to store on Wed am
**Date:** Wed, 11 Aug 2021 14:30:19 -0500

This lady just has a question. She says a simple question ██████████████. She just left a voicemail.
Sue Wiebe
Customer Service Store Manager | MyPillow Inc.| mypillow.com
██████████████

-----Original Message-----
From: KG ██████████████
Sent: Wednesday, August 11, 2021 2:27 PM
To: Sue Wiebe ██████████████
Cc: Cindy Taylor (LM) ██████████████
Subject: Re: customer coming to store on Wed am

What are these people asking for? If it's anything about issues just say thank you we are working on it. We don't want the ML email flooded.

Thanks,
Katelyn

Sent from my iPhone

> On Aug 11, 2021, at 2:20 PM, Sue Wiebe ██████████████ wrote:
>
> We need a contact number for people to comment. They are calling the corporate phone and I don't know what to tell them. I am just giving them ██████████. Do you think that's okay?
>
> Sue Wiebe
> Customer Service Store Manager | MyPillow Inc.| mypillow.com
> ██████████████
>
>
> -----Original Message-----
> From: Cindy Taylor (LM) <██████████████
> Sent: Wednesday, August 11, 2021 2:15 PM
> To: Sue Wiebe ██████████████
> Subject: Re: customer coming to store on Wed am
>
> Yes, working on lots of things. Lol
>
>
> Sent from my iPhone
>
>> On Aug 11, 2021, at 1:41 PM, Sue Wiebe ██████████████ wrote:
>>

CONFIDENTIAL

>> I bet you are. My phone is ringing pretty constantly with calls reporting issues with the program cutting out. Are they working in it? That is what I tell them.
>>
>> Sue Wiebe
>> Customer Service Store Manager | MyPillow Inc.| mypillow.com
>>
>>
>> -----Original Message-----
>> From: Cindy Taylor (LM)
>> Sent: Wednesday, August 11, 2021 1:26 PM
>> To: Sue Wiebe
>> Subject: Re: customer coming to store on Wed am
>>
>> Thanks,..sorry we are keeping busy at the symposium
>>
>> Sent from my iPhone
>>
>>>> On Aug 11, 2021, at 8:40 AM, Sue Wiebe wrote:
>>>
>>> Thanks anyway, Jazmin let me know where she purchased.
>>> Thanks
>>> Sue Wiebe
>>> Customer Service Store Manager | MyPillow Inc.|
>>> mypillow.com<http://www.mypillow.com/>

>>>
>>> From: Sue Wiebe
>>> Sent: Wednesday, August 11, 2021 7:18 AM
>>> To: Cindy Taylor (LM)
>>> Subject: FW: customer coming to store on Wed am
>>>
>>> Is this receipt from the warehouse sale? Or a show? Do you know??
>>> Let me know.
>>> Sue Wiebe
>>> Customer Service Store Manager | MyPillow Inc.|
>>> mypillow.com<http://www.mypillow.com/>

>>>
>>> From: Carrie Ragnow
>>> Sent: Tuesday, August 10, 2021 8:35 PM
>>> To: Sue Wiebe
>>> Cc: Monika Barkowska
>>> ; Abigail Martin
>>> Subject: customer coming to store on Wed am
>>>
>>> This customer was told they needed to send pictures before coming to the store---they wanted me to make sure you were aware that they are coming in for an exchange. Monika and Abigail—I have copied you in case Sue is not in today—please let whoever is in about this.

CONFIDENTIAL

MYPILLOW-001180

>>>
>>> From: Deb/Scott Romie
>>> >
>>> Sent: Tuesday, August 10, 2021 8:28 PM
>>> To: Carrie Ragnow

>>> Cc: Deb/Scott Romie

>>> >
>>> Subject: Per conversation with Terrie on 8/10/21..... ripped king
>>> sheet
>>>
>>> Hello Carrie.
>>> Attached is the photo of the rip on the top sheet and a photo of the sales receipt.
>>> We'll be at the Chaska office tomorrow to exchange the defective sheets.
>>> Thank you for making this easy!
>>>
>>> The exchange is for a set of king sized blush set of sheets.
>>>
>>> Thanks much!
>>> Deb Romie

>>>
>>> Sent from Mail<https://go.microsoft.com/fwlink/?LinkId=550986> for
>>> Windows 10
>>>
>>> <2021-07-07 MyPillow Receipt Gillette.jpg>
>>> <2021-08-10 MyPillow King Sheet Rip.jpg>

CONFIDENTIAL