IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 41**

2021/08/12



DG  Live Stream is not working on FrankSpeech or LindellTV
12:32:42 pm

2021/08/13



**#511.15**

CONFIDENTIAL

MYPILLOW-002148

**DG** — I'm guessing you want me to track promo code audit for Frank as well?
Yesterday ▮
Today so far ▮
03:53:18 pm

Audit is also Frank
06:02:14 pm

Dawn Garry
**DG** — Got it
06:02:28 pm

Actually audit is me
06:05:14 pm

Not Frank
06:05:21 pm

Put it in the memo Frank-audit
06:05:40 pm

Dawn Garry
**DG** — Okay
06:05:50 pm

2021/08/16

Dawn Garry



Frank Audit ▮
L66 ▮ Week prior ▮
Frank ▮ Week prior ▮
Newsmax ▮ Week prior ▮
Warroom ▮. Week prior ▮
RSBN ▮ Week prior ▮
Diamond & Silk ▮ Week prior ▮
Alex Jones ▮ Week prior ▮
Bards ▮ Week prior ▮
Derek ▮. Week prior ▮
Stew Peters ▮ Week prior ▮
Jesse Kelly ▮ Week prior ▮
Dinesh ▮ Week prior ▮
The chicks ▮ Week prior ▮
12:35:11 pm

**#511.16**

CONFIDENTIAL

MYPILLOW-002149