IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

**EXHIBIT 44**

**From:** M Lindell <███████████>
**To:** Kim Rasmussen <███████████>
**Subject:** Fwd: Trying to Get to Trump Important Information for Trial
**Date:** Thu, 11 Feb 2021 14:58:01 -0600

---

Begin forwarded message:

**From:** ███████████
**Date:** February 9, 2021 at 11:27:11 PM CST
**To:** M Lindell ███████████
**Subject: Trying to Get to Trump Important Information for Trial**
**Reply-To:** ███████████

Dear Mike,
I called your company last night not knowing how to get a hold of Trump and thought you may be able to reach him and his team.  I had fun singing Amazing Grace at the top of my lungs over and over and over while on hold. Did you see the movie "Amazing Grace"?  The song was written by the captain of a ship that brought slaves to England and then his conscious got the better of him and he stopped and became a priest or minister thus he once was lost but now he is found.

I was watching the Senate live the day the riot happened and that was at the time they were discussing voter fraud in Arizona. Then a flood of Senators got up and left they may even have called a recess because of it.  My deduction is that the dems that got up and left knew about this in advance.  Now the media were there to video the violence.  When they first broke through and walked through the capitol in single file they were peaceful and even social distancing.  They were allowed to go through and no one tried to stop them.  Some of the people that got in were probably part of the demonstration and just happened to be close to the back door when those that broke through (probably Antifa) so they went in peacefully for the hell of it because they could.  It was not a violent break-in they pushed through but were allowed to.  Not like protrayed on TV. Look at the original footage  and I think it is the smoking gun or our burning bush.  Believe me security is tight and they would not have gotten through if someone didn't aid and abet.
That's number one.

Number 2, you may already be aware of this and if not I will see if I can find it and send it to you.  There was a reporter doing an artical on Antifa and infiltrated them and was on a conference call.  There was this man on the call named Eric Coomer saying not to worry, he had taken care of everything and they were going to get F'n Trump and he had taken care of rigging the election.  So this reporter started researching this man and found he is head of Security for Voter Fraud for Dominian!
This to me is the most incriminating evidence.  If I can find it I will see if I can send it to an email so I can forward it to you if you don't already have it.

I am in Belize and when I came down over 2 1/2 years ago for a 2 week vacation and never left and getting residency here, I was a staunch Democrat that thought Trump was great entertainment on the late night shows and I couldn't believe how rude he was to the heads of state. I thought how unpresidential.  The good thing is that I am not stuck to my beliefs and I am a chess player and some things just started making sense even his treatment of the different heads of state.  I have all the different TV stations and I started recognizing how fake

CONFIDENTIAL                                                                                                              DEFS-000513

the news really is.  Then the late night shows were no longer funny and I just couldn't believe they were so blatant and shaping the world view of Trump, though people don't really hate him around the world like the media would have you believe.

I have gotten a lot of good videos about the truth.  Dr. Sharry Edwards of the www.SoundHealthOptions.com does voice printing and can tell if someone is lying.  When she first did Trump and said he wasn't lying so much but more embelishing, I was shocked. She can do a whole evaluation of your health and come up with the frequencies to heal including the corona virus.  When it first came out she did a frequency check and said it had the signature frequency of something man made in a lab and that it could mutate almost like it had intelligence. Note there were really 3 version starting with Corona and ending with COVID-19.  I wanted to take her course over 25 years ago and here she was on the Sarah Westall Show, which she has been on several times.  Someone representing Amazon took her course and tried to patent her own process out from under her and so she said ok I will just give it to the world for free because it was more important to get it out there.  Amazon would probably bury it.  So just this summer she was offering a free class to get the frequency that would basically render the virus neutral or restore perfect harmony to the body.  The reason I am telling you this is I was sharing this free workshop with a friend here in Belize it was to start in a few minutes and I got a message from messenger that it could not be  sent because it was deemed abusive.  Just another example of censoring the Truth.

I was on the call with Dr. Buttar on London Real with Brian Rose last Spring with 166 doctors from around the world all talking about the dangers of the masks, 5 G, vaccines and it was removed  from You Tube in a few hours.  My point is I am also being censored.  Go look at Sharry Edwards though you will like her work.  If you haven't watched the Sarah Westall Show you will love her also.  She would probably want you on her show.  I am personally grateful that you are standing up and doing what you are for justice.  Thank you.

Just had another thought. There is a new platform being started by Dr. Buttar and he wants to start with people that have a large following as he does and it will also be a way of monetizing.  If you are interested I would like to introduce you to him.  When Trump was in the hospital his doctor called Dr. Buttar for advice and it was his remedy that did the trick.  **You can call me at** ████████████  I am on CT and always up late. Not too early please but in an emergency 24 hours a day is okay. Right now would qualify! I know you are busy but when I get an inspriration like this I run with it.
How about selling pillows, sheets, toppers etc. in Belize? I would consider repping it.  I had your pillows that I wanted from the first time I saw the infomercial and waited 10 years to get it and then one was in my car that got stolen and the other was in my house in California and since I have been here my house was trashed and the  pillow was thrown away.

One more thing. My cousin and her boyfriend make documentaries that connect the dots and you will enjoy all of them.  www.thepeoplesintelligenceagency.com.
Create a Wonderful Day,
Joyfully,
Sarah Angelbrook, on Facebook: Carol Sue Engleman
The Creeam of the Crop Health Care
████████
████████████

Sent with ProtonMail Secure Email.

CONFIDENTIAL                                                                                                                                              DEFS-000514

**From:** M Lindell
**To:** Kim Rasmussen
**Subject:** Fwd: Regarding your lawsuit
**Date:** Thu, 25 Feb 2021 09:25:08 -0600

Begin forwarded message:

**From:** "mark.debarbieri"
**Date:** February 25, 2021 at 9:22:31 AM CST
**To:** M Lindell
**Subject: Regarding your lawsuit**
**Reply-To:** "mark.debarbieri"

Hi Mike, you are a little difficult to making contact, but I called customer service, and waited 20 minutes. I am not a client, but I have very important information regarding your lawsuit with Dominion. I am a researcher/writer and author, and I tripped over the following article titled: "The Supreme Court and the Electoral Coup," by Scott S. Powell. It is two standard pages long, but I want to draw your attention to the following excerpt:

"Dominion vice president of U.S. engineering, Eric Coomer, is on record acknowledging the programmability of Dominion voting technology to fix votes, saying "Don't worry about the election; Trump's not going to win. I made f***ing sure of that!"

What prompted me to contact you is about your confrontation with Bob Sellers on Newsmax. I took a copy of the above article, along with a cover letter about your awful treatment by the news anchor. I sent that probably more than one week ago and have not heard anything since, which is why I am contacting you, because there was no news regarding to what I sent to Newsmax--I also contacted Fox News about this matter, but heard nothing from them either.

I would be more than pleased to send you these documents either by email or snail-mail, and put a tracking number on it. I use protonmail, which is secure by encryption. However, I suspect I am being monitored by the FBI--not because of any criminal intent, but because of my writings and commentaries. They did call me one time, but I refused to speak with them, on the basis that anything the government does is strictly by writing and documentation--contract/ administrative law. I have been a student of law for the past 26 years--no I am not any kind of attorney, nor do I want to belong to that Communist organization known as the BAR.

Mark-Edward: DeBarbieri su juris

CONFIDENTIAL                                                                                                                                               DEFS-000522

Sent with [ProtonMail](#) Secure Email.

CONFIDENTIAL                                                                                                       DEFS-000523