# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SBP

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

    Plaintiff Dr. Eric Coomer, PhD. (Dr. Coomer), by and through counsel, hereby notifies this Court of supplemental authority relevant to this Court's consideration of Defendants' pending Omnibus Motion for Summary Judgment [Dkt. 177], to wit: *Coomer v. Donald J. Trump for President, Inc. et. al.*, 2024 COA 35, 2024 WL 1560462 (Colo. App. Apr. 11, 2024).

    Respectfully submitted this 22nd day of April 2024.

                                         Respectfully submitted,

                                         */s/ Bradley A. Kloewer*
                                       Charles J. Cain, No. 51020
                                       ccain@cstrial.com
                                       Bradley A. Kloewer, No. 50565
                                       bkloewer@cstrial.com
                                       Steve Skarnulis
                                       skarnulis@cstrial.com

1

Zachary H. Bowman
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064/101 N. F Street, Suite 207
Salida, Colorado 81201
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

2