**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SBP

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

    Plaintiff Dr. Eric Coomer, PhD. (Dr. Coomer), by and through counsel, hereby notifies this Court of supplemental authority relevant to this Court's consideration of Defendants' pending Omnibus Motion for Summary Judgment [Dkt. 177], to wit: *Coomer v. Make Your Life Epic LLC dba ThriveTime Show, Clayton Thomas Clark, Individually, and Reopen America LLC dba ReAwaken American Tour*, Civil Action No. 21-cv-03440-WJM-KAS, pending in the United States District Court for the District of Colorado; Recommendation of United States Magistrate Judge for a Finding of Civil Contempt Against Third Party Witness Joseph Oltmann [Dkt. 144], entered June 14, 2024.

1

Respectfully submitted this 17th day of June 2024.

        Respectfully submitted,

        */s/ Bradley A. Kloewer*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064/101 N. F Street, Suite 207
Salida, Colorado 81201
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**