IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.1:22-cv-01129

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH, LLC,
AND MY PILLOW, INC.,

    Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Eric Coomer, PhD., has submitted a Notice of Supplemental Authority (ECF No. 251) (filed June 17, 2024) purporting to bring to the attention of the Court "authority relevant to this Court's consideration of Defendants' pending Omnibus Motion for Summary Judgement [Dkt. 177]." The "authority" identified by Dr. Coomer is the Recommendation of United States Magistrate Judge for a Finding of Civil Contempt Against Third Party Witness Joseph Oltmann ("Magistrate's Recommendation") entered in *Coomer v. Make Your Life Epic, LLC, et al.,* Civil Action No. 21-cv-03440-WMJ-KAS (D.Colo. June 14, 2024). Unfortunately, Dr. Coomer does not go beyond simply calling this

1

document "relevant" to explain how it is, as a matter of fact or law, relevant to this case. Indeed, it is not relevant to any issue in this case.

None of the Defendants in this case is a party to the *Make Your Life Epic* case. The Magistrate's Recommendation is an examination of the arguably contumacious behavior of Mr. Joseph Oltmann in discovery proceedings in *Make Your Life Epic*. Nothing in the Magistrate's Recommendation – neither the Magistrate Judge's recitation of the law governing contempt nor her examination of the facts of Mr. Oltmann's conduct – has the slightest relevance to any issue before this Court in the pending Motion.

June 20, 2024

                          Respectfully submitted,

                          /s/ *Robert J. Cynkar*
                          Patrick M. McSweeney
                          Robert J. Cynkar
                          Christopher I. Kachouroff
                          *McSweeney, Cynkar & Kachouroff, PLLC*
                          10506 Milkweed Drive
                          Great Falls, Virginia 22066
                          (703) 621-3300
                          rcynkar@mck-lawyers.com