IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**PLAINTIFFS' UPDATE REGARDING NOTICE OF RELATED CASES**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

    Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), by and through undersigned counsel, files this Update Regarding Related Cases[1] to reflect the U.S. Magistrate Judge's Recommendation of a Finding of Civil Contempt in Against Third Party Joseph Oltmann in related proceeding *Coomer v. Make Your Life Epic LLC dba ThriveTime Show et. al.*; Case No. 21-cv-03440, as well as notices of settlement filed by Sidney Powell, Sidney Powell P.C., and Defending the Republic Inc. in related proceeding *Coomer v. Donald J. Trump for President, Inc. et. al.*; Case No. 2020cv34319.

---

[1] *See* Dkts. 22, 46, and 194.

1

| RELATED CASE NUMBER ONE | |
|---|---|
| Cause Number | 2020cv34319 |
| Style of Case | Eric Coomer, Ph.D. vs. Donald J. Trump for President, Inc., et al. |
| Jurisdiction | Denver County District Court, Division 409 |
| Appellate Case Number | 2022ca00843 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | <ul><li>Prior Defendants including Newsmax Media, Inc.; Herring Networks, Inc. and Chanel Rion; Sidney Powell and Sidney Powell, P.C., along with Defending the Republic have settled their claims with Eric Coomer, Ph.D.</li><li>Defendant Rudolph Giuliani filed for protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruprtcy Court for the Southern District of New York bearing Case No. 23-12055-SHL</li><li>Defendant TGP Communications LLC[2] filed for protection under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida bearing Case No. 24-13938-MAM</li><li>All Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101 denied on 05-13-22</li><li>Remaining Defendants appealed 05-13-22 Order Denying Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101</li><li>Oral argument heard Colorado Court of Appeals on 01-30-24</li><li>Colorado Court of Appeals' Opinion issued 04-11-24, affirming in part & denying in part the trial court's 05-13-22 Order Denying Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101</li><li>06-24-24 Remaining parties Petitions for Writ of Certiorari filed in the Colorado Supreme Court</li></ul> |

---

[2] Despite having filed for protection under the United States Bankruptcy Code, TGP Communications LLC continues to appear and file pleadings in the currently pending lawsuits involving it.

| | RELATED CASE NUMBER ONE |
|---|---|
| Attorneys Representing Parties in Related Case | **Counsel for Donald J. Trump for President, Inc.**<br>John Zakhem, #30089<br>jzakhem@ckbrlaw.com<br>Andrew Nickel, #45235<br>anickel@ckbrlaw.com<br>Campbell Killin Brittan & Ray, LLC<br>270 Saint Paul Street, Suite 200<br>Denver, CO 80206<br>303-322-3400 |
| | **Counsel for James Hoft and TGP Communications LLC**<br>Randy B. Corporon, #29861<br>rbc@corporonlaw.com<br>Law Offices of Randy B. Corporon, P.C.<br>2821 S. Parker Road, Suite 555<br>Aurora, CO 80014<br>303-749-0062<br><br>Jonathon C. Burns, #21PHV6433<br>tblf@pm.me<br>P. O. Box 191250<br>St. Louis, MO 63119<br>314-329-5040 |
| | **Counsel for Michelle Malkin**<br>Franklin D. Patterson, No. 12058<br>fpatterson@prpclegal.com<br>Gordon A. Queenan, No. 49700<br>gqueenan@prpclegal.com<br>Patterson Ripplinger, P.C.<br>5613 DTC Parkway, Suite 400<br>Greenwood Village, Colorado 80111<br>303-741-4539 |
| | **Counsel for Eric Metaxas**<br>Thomas B. Quinn, #17955<br>tquinn@grsm.com<br>Margaret Boehmer, #45169<br>mboehmer@grsm.com<br>Gordon Rees Scully Mansukhani, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202<br>303-534-5160 |

| | **RELATED CASE NUMBER ONE** |
|---|---|
| | **Counsel for Joseph Oltmann, FEC United and Shuffling Madness Media, Inc.**<br>Mark A. Sares, #19070<br>msares@hkjp.com<br>Jamey W. Jamison, #10953<br>Dino G. Moncecchi, #45429<br>Harris, Karstaedt, Jamison & Powers, P.C.<br>10333 E. Dry Creek Road, Suite 300<br>Englewood, CO 80111<br>720-875-9140 |

| **RELATED CASE NUMBER TWO** ||
|---|---|
| Cause Number | 2021cv33632 |
| Style of Case | Eric Coomer, Ph.D. vs. Salem Media of Colorado, Inc. and Randy Corporon |
| Jurisdiction | Denver County District Court, Division 280 |
| Appellate Case Number | 2023ca01235 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | 08-15-22    Order denying Defendant Salem Media of Colorado, Inc. Rule 12(b)(5) Motion to Dismiss, as well as Defendant Corporon joinder therein<br>08-15-22    Order denying Defendant Salem Media of Colorado, Inc. Rule 12(e) Motion for More Definite Statement, as well as Defendant Corporon joinder therein<br>06-09-23    Order denying Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101<br>07-20-23    Notice of Appeal of 06-09-23 Order denying Salem Media of Colorado, Inc.'s Special Motion to Dismiss pursuant to C.R.S. § 13-20-1101<br>07-24-23    Notice of Appeal of 06-09-23 Order denying Corporon's joinder in Salem Media of Colorado, Inc.'s Special Motion to Dismiss pursuant to C.R.S. § 13-20-1101<br>08-06-24    Fully briefed and oral argument set in Colorado Court of Appeals |
| Attorneys Representing Parties in Related Case | **Counsel for Randy Corporon**<br>    John Zakhem, #30089<br>    jzakhem@ckbrlaw.com<br>    Andrew Nickel, #45235<br>    anickel@ckbrlaw.com<br>    Campbell Killin Brittan & Ray, LLC<br>    270 Saint Paul Street, Suite 200<br>    Denver, CO 80206<br>    303-322-3400 |

| | RELATED CASE NUMBER TWO |
|---|---|
| | **Counsel for Salem Media of Colorado, Inc.** <br> John R. Mann, #16088 <br> jmann@grsm.com <br> Thomas B. Quinn, #17955 <br> tquinn@grsm.com <br> Melissa A. Wiese, #27537 <br> mwiese@grsm.com <br> Gordon Rees Scully Mansukhani, LLP <br> 555 Seventeenth Street, Suite 3400 <br> Denver, CO 80202 <br> 303-534-5160 |

| **RELATED CASE NUMBER THREE** | |
|---|---|
| Cause Number | 1:21-cv-03440-WJM-KLM |
| Style of Case | Eric Coomer, Ph.D. vs. Make Your Life Epic, LLC dba Thrivetime Show and Clayton Thomas Clark, Individually |
| Jurisdiction | United States District Court for the District of Colorado |
| Appellate Case Number | 23-1109 |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | 03-07-23   USDC-CO: Defendants' Special Motion to Dismiss pursuant to C.R.S. § 13-20-1101 denied on 03-07-23<br>04-06-23   USDC-CO: Defendants' Notice of Appeal of 03-07-23 Denying Defendants' Special Motions to Dismiss pursuant to C.R.S. § 13-20-1101 to the Tenth Circuit Court of Appeals<br>04-14-23   USDC-CO: Defendants' Motion to Stay Proceeding Pending Appeal filed<br>04-28-23   10th Circuit: Coomer Motion to Dismiss Appeal for Lack of Jurisdiction<br>05-01-23   USDC-CO: Order denying Defendants' Motion to Stay Proceeding Pending Appeal<br>05-18-23   USCD-CO: Scheduling Order entered<br>• Discovery proceeding<br>• Final pretrial conference TBD<br>01-17-24   10th Circuit: Oral argument in Tenth Circuit Court of Appeals<br>04-23-24   10th Circuit: Opinion granting Coomer's motion to dismiss<br>05-15-24   10th Circuit: Mandate Issued<br>06-14-24   USDC-CO: Recommendation of US Magistrate Judge for a Finding of Civil Contempt Against Third Party Witness Joseph Oltmann |

| RELATED CASE NUMBER THREE ||
|---|---|
| Attorneys Representing Parties in Related Case | **Counsel for Defendants**<br>　　Thomas B. Quinn, #17955<br>　　tquinn@grsm.com<br>　　Melissa A. Wiese, #27537<br>　　mwiese@grsm.com<br>　　Gordon Rees Scully Mansukhani, LLP<br>　　555 Seventeenth Street, Suite 3400<br>　　Denver, CO 80202<br>　　303-534-5160 |

| RELATED CASE NUMBER FOUR ||
|---|---|
| Cause Number | 1:22-cv-01575-RM-SKC |
| Style of Case | Eric Coomer, Ph.D. vs. Patrick Byrne, Steven Lucescu, and The America Project, Inc., a Florida non-profit corporation |
| Jurisdiction | United States District Court for the District of Colorado |
| Type of Action | Defamation; civil conspiracy |
| Reason Cases are Related | Same plaintiff; same causes of action |
| Status of Related Case | 06-24-22 Plaintiff's Complaint<br>06-2023 All Defendants' Motions to Dismiss Pursuant to FRCP 12(b)(2), 2(b)(3), and 12(b)(6)<br>06-2023 Coomer's Response thereto<br>06-2023 Defendants' Replies<br>01-08-2024 ORDER denying Defendants' Motions and transferring action to the United States District Court for the Middle District of Florida<br>03-2024 All Defendants Motions to Dismiss Pursuant to FRCP 12 and Special Motion to Dismiss pursuant to C.R.S. § 13-20-1101<br>04-02-2024 Coomer omnibus response to Defendants' FRCP 12 Motions to Dismiss<br>08-01-2025 JURY TRIAL |
| Attorneys Representing Parties in Related Case | **Counsel for Patrick Byrne**<br>Robert N. Driscoll<br>rdriscoll@mcglinchey.com<br>Alfred D. Carry<br>acarry@mcglinchey.com<br>McGlinchey Stafford PLLC<br>1275 Pennsylvania Avenue NW, Suite 420<br>Washington, DC 20004<br>202-802-9999 |
| | **Counsel for Steven Lucescu**<br>Laurin H. Mills<br>laurin@samek-law.com<br>Samek \| Wether \| Mills LLC<br>2000 Duke Street, Suite 300 Alexandria, VA 22314<br>703-547-4693 |

| | |
|---|---|
| **RELATED CASE NUMBER FOUR** ||
| | **Counsel for The America Project**<br>Christopher W. Dempsey<br>Dempsey Law, PLLC<br>chris@cdempseylaw.com<br>50 N Laura Street, Suite 2500<br>Jacksonville, Florida 32202<br>904-760-6272 |

Respectfully submitted this 26th day of June 2024.

> Respectfully submitted,
>
> _____/s/ Charles J. Cain_____
> Charles J. Cain, No. 51020
> ccain@cstrial.com
> Bradley A. Kloewer, No. 50565
> bkloewer@cstrial.com
> David E. Jennings, No. 54643
> djennings@cstrial.com
> Steve Skarnulis
> skarnulis@cstrial.com
> Zachary H. Bowman
> zbowman@cstrial.com
> **Cain & Skarnulis PLLC**
> P. O. Box 1064
> Salida, Colorado 81201
> and
> 303 Colorado Street, Suite 2850
> Austin, Texas 78701
> 719-530-3011/512-477-5011 (Fax)
>
> Thomas J. Rogers III, No. 28809
> trey@rklawpc.com
> Mark Grueskin, No. 14621
> mark@rklawpc.com
> **RechtKornfeld PC**
> 1600 Stout Street, Suite 1400
> Denver, Colorado 80202
> 303-573-1900
> **ATTORNEYS FOR PLAINTIFF**