**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**PLAINTIFF'S REQUEST FOR STATUS CONFERENCE**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), by and through undersigned counsel, files this Request for Status Conference and shows as follows:

**CERTIFICATE OF CONFERRAL**

Counsel for Plaintiff has conferred with counsel for Defendants via email regarding the relief sought by this Request. As of this filing, Plaintiff has not received a response.

**PROCEDURAL BACKGROUND**

1. Dr. Coomer filed his Complaint and Jury Demand in the Denver District Court on April 4, 2022. On May 5, 2022, Defendants filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441(b). [Dkt. 1].

2. Discovery concluded on July 7, 2023.

1

3. On September 8, 2023, Defendants filed an omnibus motion for summary judgment [Dkt. 177], to which Dr. Coomer responded on December 11, 2023 [Dkt. 235]. Defendants filed their reply in support of the motion on January 16, 2024 [Dtk. 246].

**FACTS**

4. The danger posed by allowing the lies at issue in this dispute to fester into another presidential election cycle is putting Dr. Coomer's life at risk. Just last week, Defendant Lindell appeared at another live event in Colorado spreading lies about American election integrity.[1] He was joined by Joe Oltmann, who reportedly stated, "Let's go get our guns; we have to have a target. The time is coming when good people will have to do bad things to bad people. There's a sacrifice to be made."[2] These statements follow Oltmann's recent pronouncements that he "want[s] blood,"[3] which came on the heels of another division of this Court issuing a contempt recommendation against Oltmann after he fled the courthouse during a court-ordered deposition.[4]

---

[1] *See* Sharon Sullivan, *Calls for Violence & Jury Nullification at Election Fraud Conspiracy Event in Grand Junction*, COLORADO TIMES RECORDER, July 15, 2024, https://coloradotimesrecorder.com/2024/07/calls-for-violence-jury-nullification-at-election-fraud-conspiracy-event-in-grand-junction/63009/

[2] *Id.*

[3] Joe Oltmann, *CUSTER COUNTY ELECTION SPECIAL*, CONSERVATIVE DAILY PODCAST, June 20, 2024 (Oltmann: "A large part of me does want blood. I want blood. Am I proud of that? No. I know that vengeance belongs to God, but man it has been a hard four years.")

[4] *See Coomer v. Make Your Life Epic LLC dba Thrivetime Show et. al.*, Case No. 1:21-cv-03440-WJM-KAS, Recommendation of United States Magistrate Judge for a Finding of Civil Contempt Against Third Party Witness Joseph Oltmann (June 14, 2024) (ECF 144).

5. Oltmann who owns a gun store,[5] is closely affiliated with a militia group,[6] has made repeated local and national news arising from his constant calls for political violence,[7] and has organized deadly political events in the past.[8]  When he demands bloodshed from his followers if Donald Trump loses the election in November, this Court should believe he intends to deliver it.  Dr. Coomer certainly does.

6. Dr. Coomer understands Oltmann, and by extension those who believe the lies spread by Defendants in this case, to be a clear and imminent threat to his life. Accordingly, Dr. Coomer has demanded that Oltmann cease and desist from his alarming conduct, and for Defendants to immediately issue a public retraction of the known falsehoods at issue in this dispute.[9]

7. This proceeding arises from the origin of the Dominion Voting Systems conspiracy theory that gave rise to the attack on the U.S. Capitol on January 6.  It provides

---

[5] *See* Kyle Clark, *DCF Guns Owner calls for the killing of President Biden*, 9NEWS, (March 13, 2024), https://www.9news.com/article/news/local/next/next-with-kyle-clark/dcf-guns-owner-calls-for-killing-of-president-biden/73-4b636e16-5975-412c-aab3-34a85d580497

[6] See 9 News, *Colorado group with militia wing hosts town hall with who's who of election conspiracy theorists*, (Feb. 11, 2022) https://www.9news.com/video/news/local/next/colorado-group-with-militia-wing-hosts-town-hall-with-whos-who-of-election-conspiracy-theorists/73-9adb6139-7c5e-4488-88a1-190009b3b347

[7] *Supra* n. 5.; *see also* 9 News, *Joe Oltmann 'joking' about hanging political opponents, says CO lawmaker who nominated him for governor* (May 16, 2022), available at https://www.9news.com/video/news/local/next/neville-oltmann-hanging-colorado/73-421bd50a-9b0a-4d91-9adb-8c294f54017c; *see also* Rosalind Helderman, *With violent rhetoric and election denial, podcaster becomes GOP force*, WASHINGTON POST (June 27, 2022), available at https://www.washingtonpost.com/politics/2022/06/27/with-violent-rhetoric-election-denial-podcaster-becomes-gop-force/

[8] *See* Erik Maulbetsch, *Conservative Group behind deadly "Patriot Muster" Rally Working Closely with Colorado GOP*, COLORADO TIMES RECORDER, (Oct. 12, 2020) https://coloradotimesrecorder.com/2020/10/conservative-group-behind-deadly-patriot-muster-rally-working-closely-with-colorado-gop/31445/

[9] **Exhibit 1**, Cease and Desist Letter (July 17, 2024).

3

one of the only opportunities not only for Dr. Coomer, but also for the wider public to address false claims of election rigging before upcoming presidential election.

8.  Accordingly, Dr. Coomer respectfully requests a status conference to address the status of motion currently pending before the Court, to request expedited rulings on those pending motions, and to establish a trial setting.

Respectfully submitted this 19th day of July 2024.

<div style="margin-left: 50%;">

Respectfully submitted,

*/s/ Bradley A. Kloewer*
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Steve Skarnulis
skarnulis@cstrial.com
Zachary H. Bowman
zbowman@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**

</div>

4