## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

## EXHIBIT 1

---

# CAIN & SKARNULIS PLLC

July 17, 2024

Charlie Cain*
ccain@cstrial.com

*Licensed in Texas and Colorado

*Via Email Transmission*
*msares@hkjp.com*

Mark A. Sares
Harris, Karstaedt, Jamison & Powers, P.C.
10333 East Dry Creek Road, Suite 300
Englewood, Colorado 80112

RE: **CEASE & DESIST**

No. 21-cv-03440-WJM-KAS; *Coomer, PhD. Vs. Make Your Life Epic LLC dba Thrivetime Show and Clayton Thomas Clark*, pending in the United States District Court of Colorado

Case No. 2024sc000317; *Malkin et al. v. Coomer*; pending in the Supreme Court of Colorado

Case No. 2023ca01235; *Coomer v. Salem Media of Colorado, et al.*; pending in the Court of Appeals for the State of Colorado

Case No. 22-cv-01129-NYW-SBP; *Coomer v Lindell et al.*; pending in the United States District Court for the District of Colorado

Case No. 24-cv-00008-TPB-SPF; *Coomer v. Byrne et al.*; pending in the United States District Court for the Middle District of Florida, Tampa Division

Dear Mr. Sares:

On July 12, 2024, your client, Joe Oltmann, attended a movie screening with Mike Lindell at Orchard Mesa Baptist Church in Grand Junction. According to a published report about the event, Mr. Oltmann was quoted as directing the attendees as follows: **"Let's go get our guns; we have to have a target. The time is coming when good people will have to do bad things to bad people. There's a sacrifice to be made."** This comes on the heels of Mr. Oltmann's recent statements on his podcast that he "wants blood" in addition to the numerous other incendiary threats he has made.

The screening was for the movie "Let My People Go." The movie features a depiction of Dr. Coomer's fictional alter ego "Heinrich Coomer" and John Poulos, current CEO of Dominion Voting Systems, as well as Nazi imagery. The context of the entire evening was to spread various conspiracy theories regarding the 2020 election with Mr. Oltmann insisting "they're going to steal the election in November [2024]." Furthermore, Mr. Oltmann



Mark A. Sares
July 17, 2024
Page 2

continues to mention Dr. Coomer nearly daily on his podcast, and routinely refers to him as a "satanist," "evil," "vile," and as a target for his fixation on violence.

As you know, on June 6, 2024, Mr. Oltmann was held in contempt of court by Magistrate Judge Starnella after he fled the federal courthouse in Denver rather than provide evidence that is material to his false and defamatory statements about Dr. Coomer. We have no doubt that Mr. Oltmann's continued public and litigation conduct will ultimately serve as a basis for an award of punitive damages against him. Further, the various co-Defendants who have aligned themselves with Mr. Oltmann will also be exposed to similar liability as they continue to sit idly by and fail to retract their own statements about Dr. Coomer or statements they published by Mr. Oltmann.

Accordingly, we write to demand that you instruct your client to cease and desist from continuing his calls for violence and defamatory statements that expressly or implicitly implicate Dr. Coomer and to renounce his prior statements. Cooler heads must prevail in this political climate. That said, if history is any indication of the future, Mr. Oltmann will no doubt ignore this demand. Please be advised that if Dr. Coomer is physically harmed, Mr. Oltmann will either be held directly or indirectly responsible for this crime. By extension, his co-Defendants will also bear responsibility based on their failure to mitigate and renounce Mr. Oltmann's calls for violence against Dr. Coomer and the false stories they published.

Please confirm no later than 12:00 p.m. (mdt), Friday, July 19, 2024, that you have advised your client of our demand to cease and desist and of his response. Please note that if he refuses to publicly denounce violence against Dr. Coomer, we will be seeking redress from the Court based on the clear and imminent threat he poses.

Sincerely,

Charles J. Cain

CJC/sb
cc:   All Counsel of Record for all Defendants