# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

## PLAINTIFF'S MOTION TO WITHDRAW
## ZACHARY H. BOWMAN AS COUNSEL

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, PhD. (Dr. Coomer) files this Motion to Withdraw Zachary H. Bowman as Counsel in accordance with D.C.COLO.LCivR 7.1(b) and D.C.COLO.LAttyR 5(b), and states as follows:

1. On July 22, 2022, Zachary H. Bowman of Cain & Skarnulis PLLC filed his Entry of Appearance of Counsel on behalf of Dr. Coomer [ECF 40].

2. Zachary H. Bowman is no longer employed by the firm of Cain & Skarnulis PLLC. Dr. Coomer did not retain the services of Mr. Bowman subsequent to his departure from the firm of Cain & Skarnulis PLLC, no longer requires notification of filings in this matter, and should be removed from the parties' service lists, as well as from the Court's Case Management/Electronic Case Filing system for any future filings related to this matter.

1

3.   Charles J. Cain and Bradley A. Kloewer of the firm of Cain & Skarnulis PLLC remain counsel for Plaintiff Eric Coomer, Ph.D.

4.   No party will be prejudiced by the relief requested herein.

Based on the foregoing, Plaintiff Eric Coomer, Ph.D. respectfully requests the Court remove Zachary H. Bowman as counsel for him, remove Zachary H. Bowman from the Court's Case Management/Electronic Case Filing system for any future filings related to this matter, and for such other and further relief to which he may be entitled.

Respectfully submitted this 18th day of September 2024.

/s/ Charles J. Cain
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**