IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| Civil Action: 22-cv-01129-NYW-SBP | Date: October 2, 2024 |
|---|---|
| Courtroom Deputy: Meghan Smotts | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| ERIC COOMER, Ph.D., | Bradley Kloewer |
| | Charles Cain |
| Plaintiff, | |
| v. | |
| MICHAEL J. LINDELL, | Christopher Kachouroff |
| FRANKSPEECH LLC, and | |
| MY PILLOW, INC., | |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**10:03 a.m.**     **Court in session.**

Appearances of counsel.

**ORDERED:** A 10-day Jury Trial is set to commence June 2, 2025 at 8:30 a.m. before Judge Nina Y. Wang in Courtroom A-502. Each trial day thereafter will commence at 9:00 a.m.

**ORDERED:** A Final Pretrial/Trial Preparation Conference is set for April 21, 2025 at 1:30 p.m. before Judge Nina Y. Wang in Courtroom A-502. The Court will issue a Trial Preparation Order setting further deadlines.

**10:13 a.m.**     **Court in recess.**

Hearing concluded.
Total time in court:     0:10