IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01129-NYW-SBP

ERIC COOMER, Ph.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC, and
MY PILLOW, INC.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Thomas M. Rogers III of Recht Kornfeld, P.C. hereby enters his appearance as co-counsel for the above-named Plaintiff and further requests that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

*s/ Thomas M. Rogers III*
Thomas M. Rogers III
Co-Counsel for Plaintiff
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
(303) 446-9400 (fax)
trey@rklawpc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of October, 2024, I electronically filed the foregoing **Notice of Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Erin Mohr*
Erin Mohr