IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:22-cv-01129-NYW-SKC**

ERIC COOMER, PhD.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

### MOTION TO WITHDRAW AS COUNSEL FOR INTERESTED PARTY CD SOLUTION, INC.

---

The undersigned attorney, Daniel Robert Coombe, for good cause and pursuant to D.C. Colo. LAttyR 5(b) hereby submits this Motion to Withdraw as counsel for Interested Party CD Solutions, Inc ("CDS"). The undersigned attorney states as follows in support of this Motion:

### **CERTIFICATION OF CONFERRAL**

The undersigned hereby certifies that counsel for CDS conferred with counsel for Plaintiff and Defendants regarding this Motion on December 3, 2024, and no party is opposed to the relief requested herein.

### **MOTION**

1. Plaintiff filed his Original Complaint in the District Court of Denver, County, Colorado on April 4, 2022.

1

2. Defendants filed a Notice of Removal on May 5, 2022. [Doc. 1]

3. Plaintiff filed his First Amended Complaint on June 17, 2022. [Doc. 21]

4. Plaintiff filed his Second Amended Complaint on July 7, 2023. [Doc. 170]

5. Defendants filed their Answer to Plaintiff's Second Amended Complaint on July 21, 2023. [Doc 171]

6. The undersigned attorney of Coombe Curry Rich & Jarvis ("CCRJ") entered his appearance on behalf of Interested Party CDS on November 9, 2022. [Doc. 72].

7. All parties have appeared for all purposes herein.

8. In November 2022, CCRJ was retained by Interested Party CDS to represent the interests of CDS with respect to the subpoena, depositions, and disclosed documents related to the Non-Disclosure Agreements ("NDAs") for former employee, Max McGuire.

9. Since the date of CCRJ's retention, CCRJ had diligently and aggressively defended the interests of CDS.

10. CCRJ's work on behalf of CDS has included:

    a. Reviewing and analyzing NDA Agreements, CDS corporate documentation, and documentation provided by Max McGuire.

    b. Preparing for and defending the interests of CDS at the deposition of Max McGuire.

    c. Drafting multiple pleadings including, but not limited to: Motion for Protective Order, CD Solutions, Inc.'s Notice of Confidential Information, CD Solutions Inc's Response to Plaintiff's Objection to

Third-Party CD Solution's Inc.'s Confidentiality Designations, Joint Notice of Filing Regarding Redactions of Certain Restricted Filings, and CD Solutions Inc.'s Notice of Redacted Versions of Confidential Information.

11. CDS is an interested party only in this litigation and has no further claims or defenses in this matter. Further, there are no current deadlines applicable to CDS.

12. CDS has been provided with a copy of this motion, has been made aware of the status of this litigation, and does not object to the withdrawal of CCRJ.

13. Pursuant to D.C. Colo. LAttyR 5(b), the undersigned attorney has filed this Motion with the Court's ECF system, which will electronically serve all counsel of record.

14. No party will be prejudiced by the relief requested herein.

15. Good cause exists under the circumstances described above to permit the undersigned attorney to withdraw as counsel.

## CONCLUSION

For all the reasons set forth above, CDS respectfully requests the Court remove Daniel Robert Coombe, Esq. and CCRJ from the Court's Case Management/Electronic Case Filing system for any future filings related to this matter and respectfully requests that they be permitted to withdraw from this action and the representation of CDS.

DATED this 5th day of December, 2024.

                                        **COOMBE CURRY RICH AND JARVIS**

                                        */s/ Daniel Robert Coombe*
                                        Daniel Robert Coombe, Esq.
                                        Coombe Curry Rich & Jarvis
                                        2000 S Colorado Blvd.
                                        Tower II, Suite 1050
                                        Denver, CO 80222
                                        Telephone: (303) 572-4200
                                        coombe@ccrjlaw.com
                                        *Attorneys for CDS*