IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:22-cv-01129-NYW-SKC**

ERIC COOMER, PhD.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

**ENTRY OF APPEARANCE TO PROVIDE LIMITED REPRESENTATION**

---

To the clerk of court and all parties of record:

    I, Daniel R. Coombe, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Interested Party CD Solutions, Inc.

    Undersigned counsel seeks to enter a limited appearance to represent Interested Party CD Solutions, Inc. in this action at their request for the limited purpose of drafting and filing the necessary documentation to remove CD Solutions, Inc. as an Interested Party in this litigation.

    I hereby certify that Interested Party CD Solutions, Inc., approves the limited representation.

    Submitted this 15th day of January, 2025.

**COOMBE CURRY RICH AND JARVIS**
*A duly signed copy of the foregoing is on file at the office of Coombe Curry Rich and Jarvis*

<u>/s/ Daniel R. Coombe</u>
Daniel R. Coombe, Esq., Atty. Reg. 36294
Coombe Curry Rich and Jarvis
2000 South Colorado Boulevard
Tower II, Suite 1050
Denver, Colorado 80222
*Attorney for CD Solutions, Inc.*