IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:22-cv-01129-NYW-SKC**

ERIC COOMER, PhD.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

**MOTION FOR LEAVE TO PROVIDE LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a)-(b)**

---

The undersigned attorney, Daniel Robert Coombe, for good cause hereby submits this Motion for Leave to Provide Limited Scope Representation Pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(b), and in support thereof, states as follows.

**REQUEST FOR RELIEF**

1.     D.C.COLO.LAttyR 2(b)(1) permits an attorney to provide limited scope legal representation to unrepresented parties (including unrepresented prisoners) in civil actions in accordance with Colo. RPC 1.2(c), when ordered by the Court, and subject to D.C.COLO.LAttyR 5(a)-(b).

2.     Colo. RPC 1.2(c) provides in part:

> A lawyer may limit the scope or objectives, or both, of the representation if the limitation is reasonable under the circumstances and the client gives informed consent.

1

3. Here, undersigned counsel seeks to enter a limited appearance to represent Interested Party CD Solutions, Inc. in this action at their request for the limited purpose of drafting and filing the necessary documentation to remove CD Solutions, Inc. as an Interested Party in the underlying litigation.

4. Accordingly, undersigned counsel respectfully requests that this Court permit him to enter a limited appearance for the purpose of representing Interested Party CD Solutions, Inc. in this action to assist with drafting and filing the necessary documentation to remove CD Solutions, Inc. as an Interested Party. Filed contemporaneously with this Motion for Leave is undersigned counsel's proposed Entry of Appearance to Provide Limited Representation.

5. Interested Party CD Solutions, Inc. is currently not represented by counsel. As Interested Party CD Solutions, Inc. a pro se party in this civil action, CD Solutions, Inc. qualifies for limited scope representation as permitted by D.C.COLO.LAttyR 2(b)(1).

6. Undersigned counsel is an active member in good standing of the bar of this Court, and thus is permitted to appear on Interested Party CD Solutions, Inc.'s behalf.

7. In addition, undersigned counsel certifies that, in providing limited scope representation to Interested Party CD Solutions, Inc., counsel will comply with all rules of this Court, including the Federal Rules of Civil Procedure, this District's Local Rules, and the Colorado Rules of Professional Conduct as adopted by D.C.COLO.LAttyR 2.

8. Undersigned counsel requests receipt of the Notices of Electronic Filing issued in this matter while counsel is acting in a limited representation capacity and until counsel has been granted permission to withdraw from this case. Undersigned counsel

also acknowledges that Interested Party, CD Solutions, Inc. will continue to receive from the court or from the opposing counsel or parties notice of all documents filed in this case by mail.

9. Undersigned counsel certifies that, at the conclusion of drafting and filing the necessary documentation to remove CD Solutions, Inc. as an Interested Party, counsel will move to withdraw in compliance with D.C.COLO.LAttyR 5(b).

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to provide limited representation to Interested Party CD Solutions pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(a)- (b) for the purpose set forth in paragraph three of this motion, accept the contemporaneously filed Entry of Appearance to Provide Limited Representation, and grant such other and further relief as the Court may deem just and proper.

DATED this 15th day of January, 2025.

**COOMBE CURRY RICH AND JARVIS**

*/s/ Daniel Robert Coombe*
Daniel Robert Coombe, Esq.
Coombe Curry Rich & Jarvis
2000 S Colorado Blvd.
Tower II, Suite 1050
Denver, CO 80222
Telephone: (303) 572-4200
coombe@ccrjlaw.com
*Attorneys for CD Solutions, Inc.*

3