IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:22-cv-01129-NYW-SKC**

ERIC COOMER, PhD.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

**MOTION TO REMOVE CD SOLUTIONS, INC. AS AN INTERESTED PARTY**

---

The undersigned attorney, Daniel Robert Coombe, for good cause hereby submits this Motion to Remove CD Solutions, Inc ("CDS") as an Interested Party in this litigation. The undersigned attorney states as follows in support of this Motion:

**CERTIFICATION OF CONFERRAL**

The undersigned hereby certifies that counsel for CDS conferred with counsel for Plaintiff and Defendants regarding this Motion on December 3, 2024, and no party is opposed to the relief requested herein.

**MOTION**

    1.    Plaintiff filed his Original Complaint in the District Court of Denver, County, Colorado on April 4, 2022.

    2.    Defendants filed a Notice of Removal on May 5, 2022. [Doc. 1]

    3.    Plaintiff filed his First Amended Complaint on June 17, 2022. [Doc. 21]

1

4. Plaintiff filed his Second Amended Complaint on July 7, 2023. [Doc. 170]

5. Defendants filed their Answer to Plaintiff's Second Amended Complaint on July 21, 2023. [Doc 171]

6. The undersigned attorney of Coombe Curry Rich & Jarvis ("CCRJ") entered his original appearance on behalf of Interested Party CDS on November 9, 2022. [Doc. 72]

7. All parties have appeared for all purposes herein.

8. In November 2022, CCRJ was retained by Interested Party CDS to represent the interests of CDS with respect to the subpoena, depositions, and disclosed documents related to the Non-Disclosure Agreements ("NDAs") for former employee, Max McGuire.

9. Since the date of CCRJ's retention, CCRJ had diligently and aggressively defended the interests of CDS.

10. CCRJ's work on behalf of CDS has included:

   a. Reviewing and analyzing NDA Agreements, CDS corporate documentation, and documentation provided by Max McGuire.

   b. Preparing for and defending the interests of CDS at the deposition of Max McGuire.

   c. Drafting multiple pleadings including, but not limited to: Motion for Protective Order, CD Solutions, Inc.'s Notice of Confidential Information, CD Solutions Inc's Response to Plaintiff's Objection to Third-Party CD Solution's Inc.'s Confidentiality Designations, Joint

Notice of Filing Regarding Redactions of Certain Restricted Filings, and CD Solutions Inc.'s Notice of Redacted Versions of Confidential Information.

11. On December 5, 2024, Undersigned counsel filed his Motion to Withdraw as Counsel for Interested Party CD Solutions, Inc. [Doc. 269].

12. On December 9, 2024, this Court granted the motion. [Doc. 270].

13. On January 15, 2025, Undersigned Counsel filed a Motion for Leave to Provide Limited Scope Representation Pursuant to D.C.COLO.LAttyR 2(b)(1) and LAttyR 5(b) and a Notice of Entry of Appearance to Provide Limited Representation.

14. On January 16, 2025, this Court Granted the Motion for Leave to Provide Limited Scope Representation and Accepted the Entry of Appearance to Provide Limited Representation. [Doc. 273]

15. Undersigned counsel is entering his appearance in this matter for the sole purpose of filing this motion to remove CDS as an Interested Party from this litigation.

16. Currently, CDS remains on the case docket as an Interested Party in this litigation.

17. CDS is an Interested Party only in this litigation and has no further claims or defenses in this matter. Further, there are no current deadlines applicable to CDS.

18. As all of the reasons CDS was an Interested Party have been completed, there is no reason for CDS to remain an Interested Party and would respectfully request they be removed from the Court docket.

19. CDS has been provided with a copy of this motion and has been made aware of the status of this litigation.

20. The undersigned attorney has filed this Motion with the Court's ECF system, which will electronically serve all counsel of record.

21. No party will be prejudiced by the relief requested herein.

22. Good cause exists under the circumstances described above to permit the undersigned attorney to withdraw as counsel.

## CONCLUSION

For all the reasons set forth above, CDS respectfully requests the Court remove CDS as an "Interested Party" in this litigation.

DATED this 17th day of January, 2025.

                                        **COOMBE CURRY RICH AND JARVIS**

                                        */s/ Daniel Robert Coombe*
                                        Daniel Robert Coombe, Esq.
                                        Coombe Curry Rich & Jarvis
                                        2000 S Colorado Blvd.
                                        Tower II, Suite 1050
                                        Denver, CO 80222
                                        Telephone: (303) 572-4200
                                        coombe@ccrjlaw.com
                                        *Attorneys for CDS*