**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SBP

ERIC COOMER, Ph.D.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To the clerk of the court and all parties of record:

    Ashley N. Morgan certifies that she is a member in good standing of the bar of this Court. Ashley N. Morgan enters her appearance as additional counsel for Plaintiff Eric Coomer Ph.D.

    Dated this 21st day of January 2025.

    Respectfully submitted,

    */s/ Ashley N. Morgan*
Ashley N. Morgan
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)

Charles J. Cain, CO No. 51020
ccain@cstrial.com
Bradley A. Kloewer, CO No. 50565
bkloewer@cstrial.com

1

**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Thomas J. Rogers III, CO No. 28809
trey@rklawpc.com
Mark Grueskin, CO No. 14621
mark@rklawpc.com
**RECHTKORNFELD PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**