IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:22-cv-01129-NYW-SKC**

ERIC COOMER, PhD.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

---

**MOTION FOR LEAVE TO WITHDRAW FROM LIMITED SCOPE REPRESENTATION PURSUANT TO D.C.COLO.LAttyR 5(b)**

---

The undersigned attorney, Daniel Robert Coombe, for good cause hereby submits this Motion for Leave to Withdraw from Limited Scope Representation Pursuant to D.C.COLO.LAttyR 5(b), and in support thereof, states as follows. The undersigned attorney states as follows in support of this Motion:

**REQUEST FOR RELIEF**

1.     D.C.COLO.LAttyR 5(b) permits an attorney to withdraw, with approval of the Court, upon completion of the limited representation scope or objective agreed with counsel's client. D.C.COLO.LAttyR 5(b) provides:

> (b) Withdrawal of Appearance. An attorney who has filed an Entry of Appearance or an Entry of Appearance to Provide Limited Representation or has appeared otherwise in a case may seek to withdraw on motion showing good cause. Withdrawal shall be effective only on court order entered after service of the notice of withdrawal on all counsel of record, any unrepresented party, and the client of the withdrawing attorney. A motion to withdraw must

1

state the reasons for withdrawal, unless the statement would violate the rules of professional conduct. Motions to withdraw based on the completion of the limited representation shall include a certification by counsel that the service specified in the Entry of Appearance to Provide Limited Representation is complete. Notice to the client of the attorney must include the warning that the client is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. Where the client of the withdrawing attorney is a corporation, partnership, or other legal entity, the notice shall state that such entity may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

2.      Here, undersigned counsel seeks to withdraw from counsel's limited appearance to represent Interested Party CD Solutions, Inc. in this action at their request for the limited purpose of drafting and filing the necessary documentation to remove CD Solutions, Inc. as an Interested Party, as counsel has completed the service and task(s) as contemplated and agreed upon by counsel and the party.

3.      Accordingly, undersigned counsel respectfully requests that this Court permit him to withdraw from the limited appearance, and on the basis that good cause is shown; counsel certifies as completed the service and task(s) to satisfaction, evidenced by the removal of CD Solutions, Inc. as an Interested Party in this matter.

4.      Undersigned counsel requests that all Notices of Electronic Filing issued in this matter be terminated with respect to counsel. As CD Solutions, Inc. has been removed as an Interested Party in this litigation, CD Solutions, Inc will not receive any documents filed from the Court or other counsel in this matter.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw from providing limited representation to Plaintiff(s)/Defendant(s) pursuant to D.C.COLO.LAttyR 5(b).

DATED this 22nd day of January, 2025.

                **COOMBE CURRY RICH AND JARVIS**

                */s/ Daniel Robert Coombe*
                Daniel Robert Coombe, Esq.
                Coombe Curry Rich & Jarvis
                2000 S Colorado Blvd.
                Tower II, Suite 1050
                Denver, CO 80222
                Telephone: (303) 572-4200
                coombe@ccrjlaw.com
                *Attorneys for CD Solutions, Inc.*