IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SBP

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

**PLAINTIFF'S PROPOSED VERDICT FORM**

Comes Now, Plaintiff Eric Coomer, Ph.D. and submits his Proposed Verdict Form.

**PLAINTIFF'S PROPOSED VERDICT FORM**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SBP

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

---

## VERDICT FORM
---

    We, the jury, present our Answers to Questions submitted by the Court, to which we have all agreed.

DEFAMATION PER SE: MICHAEL J. LINDELL

Question ____: Do you find in favor of the Plaintiff, Eric Coomer, Ph.D., and against the defendant, Michael J. Lindell, on his claim of Defamation Per Se under Instruction No. (insert the number assigned in the case to the instruction that sets forth the basic elements of liability for the claim) for each of the following:

    1.    May 3, 2021 statement by Oltmann/Howse

           ANSWER (Yes or No)_____

    2.    May 9, 2021 statement by Lindell

           ANSWER (Yes or No)_____

3. August 12, 2021 statement by Oltmann and Clements

    ANSWER (Yes or No)_____

4. August 12, 2021 statement by Clements

    ANSWER (Yes or No)_____

5. April 4, 2022 statement by Lindell

    ANSWER (Yes or No)_____

6. April 6, 2022 statement by Lindell

    ANSWER (Yes or No)_____

7. April 7, 2022 statements by Lindell

    ANSWER (Yes or No)_____

8. May 23, 2022 statement by Lindell

    ANSWER (Yes or No)_____

9. September 7, 2022 statement by Peters

    ANSWER (Yes or No)

10. March 10, 2023 statement by Lindell

    ANSWER (Yes or No)_____

CJI-Civ. 4:20; *see also Zueger v. Goss*, 343 P.3d 1028, 1035 (Colo. App. 2014) ("The better practice in a defamation action based on numerous statements is to include a special verdict form requiring the jury to indicate which of the statements it relied upon in reaching its verdict.")

DEFAMATION PER SE: FRANKSPEECH LLC

Question _____: Do you find in favor of the Plaintiff, Eric Coomer, Ph.D., and against the defendant, Frankspeech LLC on his claim of Defamation Per Se under Instruction No. (insert the number assigned in the case to the instruction that sets forth the basic elements of liability for the claim) for each of the following:

    1.    May 3, 2021 statement by Oltmann/Howse

           ANSWER (Yes or No)_____

    2.    May 9, 2021 statement by Lindell

           ANSWER (Yes or No)_____

    3.    August 12, 2021 statement by Oltmann and Clements

           ANSWER (Yes or No)_____

    4.    August 12, 2021 statement by Clements

           ANSWER (Yes or No)_____

    5.    April 4, 2022 statement by Lindell

           ANSWER (Yes or No)_____

    6.    April 6, 2022 statement by Lindell

           ANSWER (Yes or No)_____

    7.    April 7, 2022 statements by Lindell

           ANSWER (Yes or No)_____

      8.      May 23, 2022 statement by Lindell

            ANSWER (Yes or No)_____

      9.      September 7, 2022 statement by Peters

            ANSWER (Yes or No)_____

      10.     March 10, 2023 statement by Lindell

            ANSWER (Yes or No)_____

CJI-Civ. 4:20; *see also Zueger v. Goss*, 343 P.3d 1028, 1035 (Colo. App. 2014) ("The better practice in a defamation action based on numerous statements is to include a special verdict form requiring the jury to indicate which of the statements it relied upon in reaching its verdict.")

DEFAMATION PER SE: MY PILLOW, INC.

Question ____: Do you find in favor of the Plaintiff, Eric Coomer, Ph.D., and against the defendant, Frankspeech LLC on his claim of Defamation Per Se under Instruction No. (insert the number assigned in the case to the instruction that sets forth the basic elements of liability for the claim) for each of the following:

1. May 3, 2021 statement by Oltmann/Howse

   ANSWER (Yes or No)_____

2. May 9, 2021 statement by Lindell

   ANSWER (Yes or No)_____

3. August 12, 2021 statement by Oltmann and Clements

   ANSWER (Yes or No)_____

4. August 12, 2021 statement by Clements

   ANSWER (Yes or No)_____

5. April 4, 2022 statement by Lindell

   ANSWER (Yes or No)_____

6. April 6, 2022 statement by Lindell

   ANSWER (Yes or No)_____

7. April 7, 2022 statements by Lindell

   ANSWER (Yes or No)_____

      8.      May 23, 2022 statement by Lindell

             ANSWER (Yes or No)_____

      9.      September 7, 2022 statement by Peters

             ANSWER (Yes or No)_____

      10.      March 10, 2023 statement by Lindell

             ANSWER (Yes or No)_____

CJI-Civ. 4:20; *see also Zueger v. Goss*, 343 P.3d 1028, 1035 (Colo. App. 2014) ("The better practice in a defamation action based on numerous statements is to include a special verdict form requiring the jury to indicate which of the statements it relied upon in reaching its verdict.")
its verdict.")

DEFAMATION PER QUOD: MICHAEL J. LINDELL

Question _____: Do you find in favor of the Plaintiff, Eric Coomer, Ph.D., and against the defendant, Michael J. Lindell, on his claim of Defamation Per Quod under Instruction No. (insert the number assigned in the case to the instruction that sets forth the basic elements of liability for the claim) for each of the following:

1. May 3, 2021 statement by Oltmann/Howse

    ANSWER (Yes or No)_____

2. May 9, 2021 statement by Lindell

    ANSWER (Yes or No)_____

3. August 12, 2021 statement by Oltmann and Clements

    ANSWER (Yes or No)_____

4. August 12, 2021 statement by Clements

    ANSWER (Yes or No)_____

5. April 4, 2022 statement by Lindell

    ANSWER (Yes or No)_____

6. April 6, 2022 statement by Lindell

    ANSWER (Yes or No)_____

7. April 7, 2022 statements by Lindell

    ANSWER (Yes or No)_____

      8.      May 23, 2022 statement by Lindell

            ANSWER (Yes or No)_____

      9.      September 7, 2022 statement by Peters

            ANSWER (Yes or No)_____

      10.      March 10, 2023 statement by Lindell

            ANSWER (Yes or No)_____

CJI-Civ. 4:20; *see also Zueger v. Goss*, 343 P.3d 1028, 1035 (Colo. App. 2014) ("The better practice in a defamation action based on numerous statements is to include a special verdict form requiring the jury to indicate which of the statements it relied upon in reaching its verdict.")

DEFAMATION PER QUOD: FRANKSPEECH LLC

Question _____: Do you find in favor of the Plaintiff, Eric Coomer, Ph.D., and against the defendant, Frankspeech LLC on his claim of Defamation Per Quod under Instruction No. (insert the number assigned in the case to the instruction that sets forth the basic elements of liability for the claim) for each of the following:

    1.    May 3, 2021 statement by Oltmann/Howse

          ANSWER (Yes or No)_____

    2.    May 9, 2021 statement by Lindell

          ANSWER (Yes or No)_____

    3.    August 12, 2021 statement by Oltmann and Clements

          ANSWER (Yes or No)_____

    4.    August 12, 2021 statement by Clements

          ANSWER (Yes or No)_____

    5.    April 4, 2022 statement by Lindell

          ANSWER (Yes or No)_____

    6.    April 6, 2022 statement by Lindell

          ANSWER (Yes or No)_____

    7.    April 7, 2022 statements by Lindell

          ANSWER (Yes or No)_____

      8.      May 23, 2022 statement by Lindell

            ANSWER (Yes or No)_____

      9.      September 7, 2022 statement by Peters

            ANSWER (Yes or No)_____

      10.     March 10, 2023 statement by Lindell

            ANSWER (Yes or No)_____

CJI-Civ. 4:20; *see also Zueger v. Goss*, 343 P.3d 1028, 1035 (Colo. App. 2014) ("The better practice in a defamation action based on numerous statements is to include a special verdict form requiring the jury to indicate which of the statements it relied upon in reaching its verdict.")

DEFAMATION PER QUOD: MY PILLOW, INC.

Question ____: Do you find in favor of the Plaintiff, Eric Coomer, Ph.D., and against the defendant, Frankspeech LLC on his claim of Defamation Per Quod under Instruction No. (insert the number assigned in the case to the instruction that sets forth the basic elements of liability for the claim) for each of the following:

    1.    May 3, 2021 statement by Oltmann/Howse

          ANSWER (Yes or No)_____

    2.    May 9, 2021 statement by Lindell

          ANSWER (Yes or No)_____

    3.    August 12, 2021 statement by Oltmann and Clements

          ANSWER (Yes or No)_____

    4.    August 12, 2021 statement by Clements

          ANSWER (Yes or No)_____

    5.    April 4, 2022 statement by Lindell

          ANSWER (Yes or No)_____

    6.    April 6, 2022 statement by Lindell

          ANSWER (Yes or No)_____

    7.    April 7, 2022 statements by Lindell

          ANSWER (Yes or No)_____

      8.      May 23, 2022 statement by Lindell

            ANSWER (Yes or No) :_____

      9.      September 7, 2022 statement by Peters

            ANSWER (Yes or No)_____

      10.     March 10, 2023 statement by Lindell

            ANSWER (Yes or No)_____

CJI-Civ. 4:20; *see also Zueger v. Goss*, 343 P.3d 1028, 1035 (Colo. App. 2014) ("The better practice in a defamation action based on numerous statements is to include a special verdict form requiring the jury to indicate which of the statements it relied upon in reaching its verdict.").

CIVIL CONSPIRACY – LINDELL
QUESTION NO.___

Do you find in favor of the Plaintiff, Eric Coomer, Ph.D., and against the Defendant, Michael J. Lindell, on his claim of Civil Conspiracy under Instruction No. ___?

  ANSWER (Yes or No)_____

CIVIL CONSPIRACY – FRANKSPEECH LLC
QUESTION NO.___

Do you find in favor of the Plaintiff, Eric Coomer, Ph.D., and against the Defendant, Frankspeech LLC, on his claim of Civil Conspiracy under Instruction No. ___?

ANSWER (Yes or No)_____

CIVIL CONSPIRACY – MY PILLOW, INC.
QUESTION NO.___
Do you find in favor of the Plaintiff, Eric Coomer, Ph.D., and against the Defendant, My Pillow, Inc., on his claim of Civil Conspiracy under Instruction No. ___?

ANSWER (Yes or No)_____

EXTREME AND OUTRAGEOUS CONDUCT/INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – LINDELL
QUESTION NO.___
Do you find in favor of the Plaintiff, Eric Coomer, Ph.D., and against the Defendant, Michael J. Lindell, on his claim of Extreme and Outrageous Conduct under Instruction No. ___?

ANSWER (Yes or No)_____

EXTREME AND OUTRAGEOUS CONDUCT/INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – FRANKSPEECH LLC
QUESTION NO.___
Do you find in favor of the Plaintiff, Eric Coomer, Ph.D., and against the Defendant, Frankspeech LLC, on his claim of Extreme and Outrageous Conduct under Instruction No. ___?

ANSWER (Yes or No)_____

EXTREME AND OUTRAGEOUS CONDUCT/INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS – MY PILLOW, INC.
QUESTION NO.\_\_\_
Do you find in favor of the Plaintiff, Eric Coomer, Ph.D., and against the Defendant, My Pillow, Inc., on his claim of Extreme and Outrageous Conduct under Instruction No. \_\_\_?

ANSWER (Yes or No)_____

If you answered "Yes" to Questions \_\_\_, \_\_\_, \_\_\_ or \_\_\_\_ (list of questions pertaining to Defendant Lindell's liability), then answer Question \_\_\_\_. If you answered "No" to each of those Questions, then proceed to Question \_\_\_\_.

DAMAGES - LINDELL
Question No. \_\_\_\_

> State your answers to the following questions relating to the total amount of Plaintiff, Eric Coomer, Ph.D.'s damages that were caused by the conduct of Defendant Michael J. Lindell.
>
> a. What is the total amount of Plaintiff's damages, if any, for noneconomic losses or injuries?
>
> ANSWER: $_____
>
> b. What is the total amount of Plaintiff's damages, if any, for economic losses?
>
> ANSWER: $_____

CJI-Civ. 4:16.

If you answered "Yes" to Questions ___, ___, ___ or ____ (list of questions pertaining to Defendant Frankspeech LLC's liability), then answer Question ____. If you did not, then proceed to Question __.

DAMAGES – FRANKSPEECH LLC
Question No. ___.

    State your answers to the following questions relating to the total amount of Plaintiff, Eric Coomer, Ph.D.'s damages that were caused by the conduct of Defendant Frankspeech LLC.

    a.    What is the total amount of Plaintiff's damages, if any, for noneconomic losses or injuries?
        ANSWER: $_____

    b.    What is the total amount of Plaintiff's damages, if any, for economic losses?
        ANSWER: $_____

CJI-Civ. 4:16.

If you answered "Yes" to Questions ___, ___, ___ or ____ (list of questions pertaining to Defendant My Pillow, Inc.'s liability), then answer Question ____. If you did not, then proceed to Question ____.

DAMAGES – MY PILLOW, INC.
Question No. ____
State your answers to the following questions relating to the total amount of Plaintiff, Eric Coomer, Ph.D.'s damages that were caused by the conduct of Defendant My Pillow, Inc.

    a.    What is the total amount of Plaintiff's damages, if any, for noneconomic losses or injuries?
        ANSWER: $_____

    b.    What is the total amount of Plaintiff's damages, if any, for economic losses?
        ANSWER: $_____

CJI-Civ. 4:16.

Question No. ____
Do you find, beyond a reasonable doubt, that any of the Defendants acted in a fraudulent, malicious, or willful and wanton manner, in causing the Plaintiff's damages?

    a.      Michael J. Lindell

          ANSWER (Yes or No)_____

    b.      Frankspeech LLC

          ANSWER (Yes or No)_____

    c.      My Pillow, Inc.

          ANSWER (Yes or No)_____

If you answered "no" to all of the questions above, skip Question ____. If you answered "yes" to any one or more of the questions above, answer the next Question ____.

Question No. ____
State the amount of punitive damages, if any, against the following Defendants:

    a.      Michael J. Lindell

          ANSWER: $_____

    b.      Frankspeech LLC

          ANSWER: $_____

    c.      My Pillow, Inc.

          ANSWER: $_____