# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE NINA Y. WANG

Case No. 1:22-cv-01129-NYW-SBP          Date: March 17, 2025

Case Title: Eric Coomer v. Michael Lindell, My Pillow, Inc., Frankspeech LLC

Defendants (Plaintiff/Defendant) WITNESS LIST

| WITNESS/DESCRIPTION OF TESTIMONY | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Eric Coomer/Plaintiff | 3 hr. |
| Michael Lindell/Defendant | 5 hr. |
| Brannon Howse | 2 hr. |
| Joseph Oltmann | 3 hr. |
| Max McGuire | 2 hr. |
| Kurt Olsen | 1 hr. |
| Dennis Montgomery | 5 hr. |
| Peter Kent/Expert | 2 hr. |
| Jerry Bremmer/Expert | 1 hr. |
| Any witness identified by Plaintiff and not objected by Defendants. | |