**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SBP

ERIC COOMER, Ph.D.,
      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
      Defendants

---

**PARTIES' REMAINING OBJECTIONS TO DESIGNATIONS OF
DEPOSITION TESTIMONY TO BE PRESENTED AT TRIAL**

---

The Parties, through counsel, submit the following remaining objections to the designations of deposition testimony to be presented at trial.

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| **Finkell, Jared (July 6, 2023)** | Page 11 line 9 | Page 13 line 20 | FRE 602 and 701 | |
| | Page 35 line 12 | Page 36 line 4 | FRE 401 and 602. | |
| | Page 38 line 3 | Page 38 line 25 | FRE 106 | |
| | Page 43 line 23 | Page 43 line 25 | Incomplete. FRE 401. | |
| | Page 45 line 17 | Page 47 line 17 | FRE 106 | |
| | Page 56 line 5 | Page 61 line 3 | FRE 106 | |
| | Page 70 line 14 | Page 73 line 3 | FRE 106 | |
| | Page 73 line 4 | Page 78 line 7 | Page 75, line 20 to page 78, line 7. FRE 401, 403. | |
| | Page 81 line 2 | Page 83 line 16 | FRE 106 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | Page 97 line 14 | Page 98 line 12 | FRE 106 | |
| | Page 100 line 15 | Page 100 line 24 | FRE 401, 403, 404, and 608. Violative of Court's Minute Order issued on March 13, 2025. | |
| | Page 101 line 2 | Page 101 line 11 | FRE 401, 403, 404, and 608. Violative of Court's Minute Order issued on March 13, 2025. | |
| | Page 112 line 4 | Page 115 line 6 | FRE 106 | |
| | Page 123 line 3 | Page 125 line 25 | FRE 401. Violative of Court's Minute Order issued on March 13, 2025. | |
| | Page 142 line 3 | Page 146 line 9 | FRE 106 | |
| | Page 148 line 13 | Page 149 line 22 | FRE 106 | |
| | Page 151 line 23 | Page 153 line 23 | FRE 106 | |
| | Page 156 line 14 | Page 160 line 7 | FRE 106 | |
| | Page 163 line 21 | Page 164 line 15 | FRE 106 | |
| | Page 179 line 18 | Page 179 line 25 | FRE 106 | |
| | Page 182 line 18 | Page 183 line 5 | FRE 106 | |
| | Page 188 line 16 | Page 189 line 14 | FRE 401. | |
| | Page 191 line 14 | Page 194 line 2 | FRE 106 | |
| | Page 196 line 8 | Page 197 line 22 | FRE 401. | |
| | Page 199 line 15 | Page 201 line 16 | Page 201, line 11 to line 16. FRE 602. | |
| | Page 206 line 15 | Page 213 line 14 | FRE 106 | |
| | Page 213 line 24 | Page 215 line 9 | FRE 106 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | Page 229 line 8 | Page 229 line 25 | FRE 106 | |
| | Page 232 line 11 | Page 234 line 3 | FRE 106 | |
| | Page 244 line 12 | Page 245 line 19 | FRE 106 | |
| | Page 246 line 7 | Page 246 line 21 | FRE 401. | |
| | | | | |
| **Howse, Brannon (May 20, 2023)** | Page 21 line 6 | Page 23 line 15 | FRE 403,802 | |
| | Page 34 line 23 | Page 36 line 8 | FRE 602, 701, 403, 802 | |
| | Page 56 line 19 | Page 59 line 2 | FRE 602, 701, 802, 403 | |
| | Page 60 line 10 | Page 61 line 13 | FRE 106, 403 | |
| | Page 67 line 17 | Page 68 line 9 | FRE 401- 403 | |
| | Page 72 line 13 | Page 72 line 19 | FRE 602, 701, 401 - 403 | |
| | Page 79 line 3 | Page 81 line 2 | FRE 602 | |
| | Page 86 line 8 | Page 87 line 2 | FRE 401 - 403 | |
| | Page 91 line 3 | Page 92 line 10 | FRE 106, 602 | |
| | Page 108 line 24 | Page 109 line 7 | FRE 602, 701, 403 | |
| | Page 113 line 1 | Page 113 line 19 | FRE 602, 701, 403 | |
| | Page 118 line 18 | Page 119 line 6 | FRE 106 (no clips), 602 | |
| | Page 121 line 9 | Page 123 line 24 | FRE 106, 602 | |
| | Page 127 line 20 | Page 129 line 3 | FRE 401- 403 | |
| | Page 130 line 9 | Page 130 line 17 | FRE 106, 401-403, 802 | |
| | Page 140 line 11 | Page 146 line 24 | FRE 401-403 | |
| | Page 147 line 13 | Page 148 line 5 | FRE 602, 701, 403 | |
| | Page 163 line 16 | Page 163 line 25 | FRE 401-403, 104 | |
| | Page 164 line 10 | Page 165 line 13 | FRE 401-403, 104 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | Page 170 line 20 | Page 173 line 5 | FRE 401-403, 104, 106 | |
| | Page 174 line 21 | Page 175 line 10 | FRE 602, 403 | |
| | Page 208 line 21 | Page 208 line 25 | FRE 802, 401-403 | |
| | Page 221 line 3 | Page 222 line 8 | FRE 106, 602 | |
| | Page 229 line 19 | Page 232 line 10 | FRE 401-403, 602 | |
| | Page 243 line 11 | Page 246 line 18 | FRE 602, 401-403 | |
| | Page 265 line 20 | Page 266 line 16 | FRE 106, 602 | |
| | Page 275 line 23 | Page 276 line 18 | FRE 401 – 403*, 104 | |
| | Page 281 line 21 | Page 284 line 17 | FRE 401-403, 802, 104, 106 | |
| | Page 302 line 23 | Page 303 line 11 | FRE 802, 403 | |
| | Page 303 line 18 | Page 304 line 25 | FRE 802, 403 | |
| | Page 316 line 3 | Page 317 line 4 | FRE 802, 602 | |
| | | | | |
| **Hursti, Harri (March 30, 2023)** | Page 6 line 19 | Page 9 line 25 | FRE 401 – 403, 801, 802 | |
| | Page 11 line 3 | Page 11 line 22 | FRE 401 – 403, 801, 802 | |
| | Page 12 line 17 | Page 13 line 24 | FRE 401 – 403, 801, 802 | |
| | Page 16 line 6 | Page 19 line 5 | FRE 401 – 403, 801, 802 | |
| | Page 22 line 5 | Page 22 line 23 | FRE 401 – 403, 801, 802 | |
| | Page 24 line 19 | Page 26 line 2 | FRE 401 – 403, 801, 802 | |
| | Page 27 line 8 | Page 8 line 10 | FRE 401 – 403, 801, 802 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---------|-------|------|--------------|---------------------------------|
| | Page 32 line 25 | Page 33 line 16 end @ "correct." | FRE 401 – 403, 801, 802 | |
| | Page 40 line 23 | Page 43 line 21 | FRE 401 – 403, 801, 802 | |
| | Page 47 line 3 | Page 50 line 3 | FRE 401 – 403, 801, 802 | |
| | Page 52 line 3 | Page 58 line 3 | FRE 401 – 403, 801, 802 | |
| | Page 66 line 1 | Page 66 line 16 | FRE 401 – 403, 801, 802 | |
| | Page 70 line 9 | Page 71 line 1 | FRE 401 – 403, 801, 802 | |
| | Page71 line 16 | Page 74 line 8 | FRE 401 – 403, 801, 802 | |
| | Page 90 line 16 | Page 93 line 25 | FRE 401 – 403, 801, 802 | |
| | Page 94 line 19 | Page 99 line 21 | FRE 401 – 403, 801, 802 | |
| | Page 101 line 12 | Page 102 line 8 | FRE 401 – 403, 801, 802 | |
| | Page 104 line 21 | Page 109 line 2 | FRE 401 – 403, 801, 802 | |
| | Page 109 line 23 | Page 112 line 25 | FRE 401 – 403, 801, 802 | |
| | Page 114 line 14 | Page 116 line 19 | FRE 401 – 403, 801, 802 | |
| | Page 119 line 25 | Page 120 line 23 | FRE 401 – 403, 801, 802 | |
| | Page 127 line 7 | Page 128 line 6 | FRE 401 – 403, 801, 802 | |
| | Page 132 line 12 | Page 139 line 8 | FRE 401 – 403, 801, 802 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | Page 145 line 15 | Page 147 line 18 | FRE 401 – 403, 801, 802 | |
| | Page 149 line 4 | Page 150 line 16 | FRE 401 – 403, 801, 802 | |
| | Page 151 line 21 | Page 156 line 23 | FRE 401 – 403, 801, 802 | |
| | Page 164 line 2 | Page 165 line 10 | FRE 401 – 403, 801, 802 | |
| | Page 165 line 22 | Page 173 line 1 | FRE 401 – 403, 801, 802 | |
| | Page 189 line 23 | Page 191 line 12 | FRE 401 – 403, 801, 802 | |
| | | | | |
| **Klopman, Susan (July 11, 2023)** | Page 63 line 17 | Page 64 line 5 | FRE 106, 602 | |
| | Page 82 line 18 | Page 82 line 24 | FRE 106, 602 | |
| | Page 83 line 25 | Page 84 line 23 | FRE 106 | |
| | Page 85 line 6 | Page 85 line 12 | FRE 106 | |
| | Page 88 line 21 | Page 89 line 10 | FRE 106 | |
| | Page 89 line 20 | Page 90 line 4 | FRE 106 | |
| | Page 90 line 15 | Page 91 line 15 | FRE 106, 403 | |
| | Page 93 line 10 | Page 94 line 3 | FRE 106, 403 | |
| | Page 95 line 18 | Page 96 line 7 | FRE 106, 403 | |
| | Page 97 line 8 | Page 97 line 13 | FRE 106, 403 | |
| | Page 99 line 25 | Page 100 line 3 | FRE 106, 403 | |
| | Page 100 line 21 | Page 100 line 25 | FRE 106, 403 | |
| | Page 101 line 9 beginning with "Did he" | Page 101 line 17 | FRE 106 | |
| | Page 101 line 18 | Page 102 line 4 | FRE 106 | |
| | Page 105 line 21 | Page 106 line 6 | FRE 106 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | Page 107 line 11 | Page 107 line 13 | FRE 106 | |
| | Page 107 line 22 | Page 107 line 24 | FRE 106 | |
| | Page 108 line 3 beginning with "The recitals" | Page 108 line 8 | FRE 106, 403 | |
| | Page 110 line 21 | Page 111 line 4 | FRE 106 | |
| | Page 111 line 19 | Page 112 line 4 | FRE 106, 403 | |
| | Page 116 line 10 | Page 117 line 9 | FRE 602. | |
| | Page 127 line 11 | Page 127 line 19 | FRE 106, 403 | |
| | Page 127 line 23 | Page 128 line 1 | FRE 106, 403 | |
| | | | | |
| **McGuire, Max (Nov. 17, 2022)** | Page 6 line 20 | Page 7 line 19 | FRE 401 – 403, 801, 802 | |
| | Page 20 line 14 | Page 24 line 25 | FRE 401 – 403, 801, 802, 602 | |
| | Page 25 line 17 | Page 26 line 2 | FRE 602, 401-403, 802 | |
| | Page 34 line 23 | Page 35 line 13 | FRE 602, 401-403, 802 | |
| | Page 36 line 24 | Page 38 line 21 | FRE 602, 401-403, 802 | |
| | Page 39 line 231 | Page 42 line 5 | FRE 602, 401-403, 802 | |
| | Page 45 line 13 | Page 46 line 8 | FRE 602, 401-403, 802 | |
| | Page 48 line 2 | Page 48 line 18 | FRE 602, 401-403, 802 | |
| | Page 49 line 21 | Page 51 line 9 | FRE 602, 401-403, 802 | |
| | Page 56 line 18 | Page 58 line 11 | FRE 602, 401-403, 802 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | Page 66 line 2 | Page 69 line 8 | FRE 602, 401-403, 802 | |
| | Page 70 line 1 | Page line 24 | FRE 401-403, 802 | |
| | Page 88 line 23 | Page 90 line 4 | FRE 401-403, 802 | |
| | Page 91 line 4 | Page 98 line 3 | FRE 401-403, 802 | |
| | Page 101 line 21 | Page 103 line 1 | FRE 401-403, 802 | |
| | Page 104 line 14 | Page 105 line 20 | FRE 401-403, 802 | |
| | Page 107 line 11 | Page 108 line 17 | FRE 401-403, 802 | |
| | Page 109 line 1 | Page 109 line 24 | FRE 401-403, 802 | |
| | Page 114 line 14 | Page 120 line 12 | FRE 401-403, 802 | |
| | Page 121 line 12 | Page 123 line 25 | FRE 401-403, 802 | |
| | Page 125 line 22 | Page 127 line 4 | FRE 401-403, 802 | |
| | Page 129 line 10 | Page 131 line 7 | FRE 602, 401-403, 802 | |
| | Page 131 line 15 | Page 133 line 12 | FRE 602, 401-403, 802 | |
| | Page 134 line 22 | Page 139 line 11 | FRE 602, 401-403, 802 | |
| | Page 140 line 11 | Page 145 line 12 | FRE 602, 401-403, 802 | |
| | Page 149 line 18 | Page 151 line 24 | FRE 602, 401-403, 802 | |
| | Page 154 line 21 | Page 156 line 5 | FRE 602, 401-403, 802 | |
| | Page 170 line 12 | Page 172 line 5 | FRE 602, 401-403, 802 | |
| | Page 176 line 3 | Page 176 line 13 | FRE 602, 401-403, 802 | |
| | Page 181 line 8 | Page 183 line 12 | FRE 602, 401-403, 802 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | Page 184 line 3 | Page 188 line 11 | FRE 602, 401-403, 802 | |
| | Page 188 line 17 | Page 190 line 4 | FRE 602, 401-403, 802 | |
| | Page 191 line 15 | Page 191 line 20 | FRE 602, 401-403, 802 | |
| | Page 195 line 4 | Page 196 line 21 | FRE 602, 401-403, 802 | |
| | Page 198 line 18 | Page 200 line 12 | FRE 602, 401-403, 802 | |
| | Page 207 line 4 | Page 207 line 25 | FRE 602, 401-403, 802 | |
| | Page 208 line 7 | Page 210 line 5 | FRE 602, 401-403, 802 | |
| | Page 219 line 1 | Page 219 line 7 | FRE 602, 401-403, 802 | |
| | Page 220 line 7 | Page 220 line 20 | FRE 602, 401-403, 802 | |
| | Page 222 line 22 | Page 222 line 25 | FRE 602, 401-403, 802 | |
| | Page 229 line 15 | Page 230 line 13 | FRE 602, 401-403, 802 | |
| | Page 232 line 1 | Page 234 line 9 | FRE 602, 401-403, 802 | |
| | | | | |
| **Merritt, Josh (Nov. 14, 2022)** | Page 52 line 6 | Page 57 line 8 | FRE 401-403, 802 | |
| | Page 63 line 12 | Page 66 line 4 | FRE 403 | |
| | Page 69 line 9 | Page 70 line 19 | FRE 602, 701, 403 | |
| | Page 71 line 6 | Page 74 line 24 | FRE 602, 701, 403 | |
| | Page 75 line 6 | Page 78 line 18 | FRE 602, 701, 403 | |
| | Page 86 line 14 | Page 89 line 25 | FRE 401-403, 802 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | Page 91 line 4 | Page 95 line 10 | FRE 401-403, 802 | |
| | Page 97 line 25 | Page 101 line 14 | FRE 401-403, 802 | |
| | Page 102 line 13 | Page 105 line 15 | FRE 401-403, 802 | |
| | Page 106 line 5 | Page 108 line 6 | FRE 401-403, 802 | |
| | Page 122 line 7 | Page 125 line 9 | FRE 401-403, 802 | |
| | Page 141 line 8 | Page 145 line 15 | FRE 401-403, 802 | |
| | Page 149 line 10 | Page 152 line 7 | FRE 403, 801, 802 | |
| | Page 156 line 11 | Page 157 line 2 | FRE 403, 801, 802 | |
| | Page 158 line 9 | Page 158 line 20 | FRE 403, 801, 802 | |
| | Page 159 line 12 | Page 160 line 7 | FRE 403, 801, 802 | |
| | Page 165 line 5 | Page 167 line 5 | FRE 403, 801, 802 | |
| | Page 167 line 21 | Page 168 line 11 | FRE 403, 801, 802 | |
| | Page 175 line 13 | Page 176 line 15 | FRE 403, 801, 802 | |
| | | | | |
| **Montgomery, Dennis (Day One Aug. 21, 2023)** | Page 38 line 1 | Page 49 line 16 | Violative of Court's Minute Order issued on March 13, 2025.<br><br>Page 38, lines 1-6 is incomplete. FRE 401.<br><br>Page 38, line 7 to page 49, line 16. FRE 401 and 403. | |
| | Page 51 line 1 | Page 51 line 9 | FRE 401 and 403.<br><br>Violative of Court's Minute Order issued on March 13, 2025. | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | Page 57 line 15 | Page 61 line 25 | FRE 401 and 403.<br><br>Violative of Court's Minute Order issued on March 13, 2025. | |
| | Page 62 line 17 | Page 93 line 25 | FRE 401 and 403.<br><br>Violative of Court's Minute Order issued on March 13, 2025. | |
| | Page 98 line 3 | Page 98 line 16 | FRE 401 and 403.<br><br>Violative of Court's Minute Order issued on March 13, 2025. | |
| | Page 98 line 17 | Page 113 line 2 | Violative of Court's Minute Order issued on March 13, 2025.<br><br>Page 99, line 19 to page 100, line 8. FRE 401, 403, and 802.<br><br>Page 100, line 9 to page 101, line 3. FRE 401 and 403.<br><br>Page 101, line 4 to page 103, line 8. FRE 401, 403, 602, and 802. | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---------|-------|------|--------------|--------------------------------|
| | | | Page 103, line 9 to page 104, line 8. FRE 401 and 403. | |
| | | | Page 104, line 9 to page 104, line 18. FRE 401, 403, and 602. | |
| | | | Page 104, line 19 to page 105, line 9. FRE 401, 403, and 802. | |
| | | | Page 105, line 10 to page 105, line 22. FRE 401, 403, 602, and 802. | |
| | | | Page 105, line 23 to page 106, line 18. FRE 401, 403, and 802. | |
| | | | Page 105, line 19 to page 107, line 15. FRE 401, 403, and 802. | |
| | | | Page 107, line 16 to page 112, line 10. FRE 401 and 403. | |
| | | | Page 112, line 11 to page 113, line 2. FRE 401, 403, 602, and 802. | |
| | Page 113 line 3 | Page 113 line 22 | FRE 106, 403, 802 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---------|-------|------|--------------|--------------------------------|
| | Page 114 Line 1 | Page 136 line 3 | Violative of Court's Minute Order issued on March 13, 2025.<br><br>Page 114, line 1 to page 115, line 18. FRE 401 and 403.<br><br>Page 115, line 19 to page 118, line 13. FRE 401, 403, and 802.<br><br>Page 118, line 14 to page 118, line 21. FRE 401, 403, and 602.<br><br>Page 118, line 22 to page 123, line 1. FRE 401, 403, and 802.<br><br>Page 123, line 2 to page 123, line 20. FRE 401, 403, and 602.<br><br>Page 123, line 21 to page 127, line 6. FRE 401, 403, and 802.<br><br>Page 127, line 7 to page 127, line 24. FRE 401 and 403. | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | | | Page 127, line 25 to page 128, line 25. FRE 401, 403, and 802. | |
| | | | Page 129, line 11 to page 131, line 1. FRE 401, 403, and 802. | |
| | | | Page 131, line 2 to page 131, line 10. FRE 401, 403, and 602. | |
| | | | Page 131, line 11 to page 135, line 15. FRE 401, 403, and 802. | |
| | Page 136 line 12 | Page 141 line 7 | FRE 106, 401-403 | |
| **Montgomery, Dennis (Day Two Aug. 22, 2023)** | Page 22 line 6 | Page 22 line 24 | FRE 401-403, 106 | |
| | Page 78 line 15 | Page 79 line 16 | FRE 106 | |
| | Page 103 line 14 | Page 103 line 19 | FRE 106, 403 | |
| | Page 119 line 4 | Page 120 line 14 | FRE 106 | |
| | Page 134 line 23 | Page 141 line 7 | FRE 106 | |
| | Page 146 line 15 | Page 149 line 24 | FRE 106 | |
| | Page 156 line 14 | Page 158 line 13 | FRE 106 | |
| | Page 164 line 8 | Page 165 line 17 | FRE 106 | |
| | Page 168 line 3 | Page 172 line 14 | FRE 106 | |
| | Page 178 line 3 | Page 183 line 2 | FRE 106 | |
| | Page 187 line 11 | Page 189 line 22 | FRE 106 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | Page 210 line 3 | Page 214 line 13 | FRE 106 | |
| | | | | |
| **Olsen, Kurt (June 15, 2023)** | Page 8 line 20 | Page 11 line 6 | FRE 403 | |
| | Page 17 line 19 | Page 19 line 5 | FRE 401 - 403 | |
| | Page 27 line 5 | Page 27 line 17 | FRE 401-403 | |
| | Page 31 line 1 | Page 34 line 7 | Attorney client privilege, FRE 403, FRE 802 | |
| | Page 46 line 9 | Page 52 line 8 | Mental impressions, work product | |
| | Page 76 line 18 | Page 79 line 5 | FRE 602, 701, 403 | |
| | Page 83 line 15 | Page 86 line 4 | FRE 602, 701, 403 | |
| | Page 105 line 13 | Page 107 line 9 | FRE 602, 403 | |
| | Page 107 line 20 | Page 114 line 8 | FRE 602, 401-403 | |
| | Page 116 line 5 | Page 116 line 8 | FRE 106 (excludes his response) | |
| | Page 120 line 5 | Page 122 line 10 | FRE 106 (excludes full question), work product, attorney privilege | |
| | Page 134 line 22 | Page 141 line 9 | FRE 403 | |
| | Page 150 line 21 | Page 155 line 5 | FRE 106, 602, 403 | |
| | Page 157 line 7 | Page 159 line 8 | Work product, FRE 403 | |
| | Page 169 line 3 | Page 170 line 15 | Work product, 403 | |
| | Page 171 line 12 | Page 172 line 13 | FRE 602, 403 | |
| | Page 173 line 11 | Page 173 line 17 | FRE 403 | |
| | Page 181 line 18 | Page 183 line 11 | FRE 104, 602 | |
| | Page 196 line 14 | Page 204 line 1 | FRE 106 (excluding | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | | | objections, misstatement of testimony prior to this), mischaracterizes testimony, 401-403, 802 | |
| | Page 215 line 11 | Page 230 line 8 | Work product, mental impressions, FRE 106, 602, 401-403, 802 | |
| | Page 253 line 22 | Page 256 line 19 | Work product, attorney client privilege | |
| | | | | |
| **Peters, Tina (Nov. 7, 2022)** | Page 11 line 21 | Page 12 line 13 | FRE 403, 802 | |
| | Page 13 line 15 | Page 13 line 19 | FRE 403, 802 | |
| | Page 18 line 24 | Page 19 line 7 | FRE 403, 802 | |
| | Page 20 line 21 | Page 21 line 6 | FRE 403, 802 | |
| | Page 22 line 2 | Page 22 line 5 | FRE 403, 802 | |
| | Page 22 line 9 | Page 22 line 22 | FRE 401 – 403, 802 | |
| | Page 25 line 5 | Page 25 line 9 | FRE 401 – 403, 801, 802 | |
| | Page 27 line 20 | Page 28 line 15 | FRE 403, 802 | |
| | Page 33 line 3 | Page 34 line 20 | FRE 403, 802 | |
| | Page 39 line 10 | Page 39 line 17 | FRE 403, 802 | |
| | Page 43 line 15 | Page 43 line 25 | FRE 403, 802 | |
| | Page 44 line 9 | Page 44 line 25 | FRE 403, 802 | |
| | Page 46 line 4 | Page 46 line 9 | FRE 403, 802 | |
| | Page 46 line 16 | Page 46 line 25 | FRE 403, 802 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | Page 47 line 1 | Page 47 line 21 | FRE 403, 802 | |
| | Page 53 line 5 | Page 54 line 24 | FRE 403, 802 | |
| | Page 55 line 2 | Page 55 line 6 | FRE 403, 802 | |
| | Page 55 line 14 | Page 55 line 18 | FRE 403, 802 | |
| | Page 61 line 1 | Page 61 line 3 | FRE 403, 802 | |
| | Page 61 line 8 | Page 61 line 25 | FRE 403, 802 | |
| | Page 62 line 1 | Page 63 line 24 | FRE 403, 802 | |
| | Page 64 line 18 | Page 64 line 25 | FRE 403, 802 | |
| | Page 65 line 23 | Page 66 line 21 | FRE 403, 802 | |
| | Page 67 line 20 | Page 68 line 1 | FRE 403, 802 | |
| | Page 68 line 2 | Page 68 line 16 | FRE 403, 802 | |
| | Page 71 line 6 | Page 71 line 19 | FRE 403, 802 | |
| | Page 75 line 8 | Page 75 line 13 | FRE 403, 802 | |
| | Page 76 line 11 | Page 77 line 18 | FRE 403, 802 | |
| | Page 78 line 1 | Page 79 line 5 | FRE 403, 802 | |
| | Page 81 line 8 | Page 81 line 20 | FRE 403, 802 | |
| | Page 81 line 23 | Page 82 line 23 | FRE 106, FRE 401 – 403, 802 | |
| | Page 83 line 9 beginning with "So" | Page 93 line 19 | FRE 106, FRE 403, 802 | |
| | Page 84 line 22 | Page 86 line 20 | FRE 106, FRE 401 – 403, 802 | |
| | Page 88 line 19 | Page 88 line 24 | FRE 403, 802 | |
| | Page 89 line 9 | Page 89 line 22 | FRE 403, 802 | |
| | Page 90 line 11 beginning with "Were you" | Page 90 line 25 | FRE 106, FRE 403, 802 | |
| | Page 91 line 1 | Page 91 line 10 | FRE 403, 802 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | Page 92 line 5 | Page 92 line 22 | FRE 403, 802 | |
| | Page 97 line 20 | Page 97 line 24 | FRE 403, 802 | |
| | Page 98 line 11 | Page 98 line 17 | FRE 403, 802 | |
| | Page 117 line 18 beginning with "Were you" | Page 117 line 23 | FRE 106, FRE 403, 802 | |
| | Page 118 line 2 | Page 118 line 15 | FRE 403, 802 | |
| | Page 118 line 25 | Page 119 line 21 | FRE 403, 802 | |
| | Page 120 line 24 | Page 121 line 3 | FRE 403, 802 | |
| | Page 121 line 18 | Page 122 line 2 | FRE 403, 802 | |
| | Page 123 line 9 | Page 123 line 24 | FRE 403, 802 | |
| | Page 125 line 12 beginning with "you have a specific" | Page 126 line 9 | FRE 106, FRE 403, 802 | |
| | Page 128 line 15 | Page 128 line 23 | FRE 403, 802 | |
| | Page 134 line 15 | Page 135 line 16 | FRE 403, 802 | |
| | Page 136 line 9 | Page 136 line 24 | FRE 403, 802 | |
| | Page 137 line 3 | Page 138 line 2 | FRE 403, 802 | |
| | Page 138 line 13 | Page 138 line 22 | FRE 403, 802 | |
| | Page 139 line 21 | Page 142 line 1 | FRE 403, 802 | |
| | Page 150 line 5 | Page 150 line 14 | FRE 403, 802 | |
| | Page 152 line 17 | Page 153 line 10 | FRE 403, 802 | |
| | Page 160 line 1 | Page 160 line 20 | FRE 403, 802 | |
| | Page 161 line 2 | Page 161 line 24 | FRE 403, 802 | |
| | Page 164 line 24 | Page 165 line 4 | FRE 403, 802 | |
| | Page 165 line 9 | Page 165 line 13 | FRE 403, 802 | |
| **Peters, Tina (Nov. 9, 2023)** | Page 16 line 17 | Page 17 line 24 | FRE 403, 802 | |
| | Page 27 line 1 | Page 27 line 7 | FRE 403, 802 | |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
|  | Page 27 line 16 | Page 27 line 21 | FRE 403, 802 |  |
|  | Page 36 line 6 | Page 36 line 13 | FRE 403, 802 |  |
|  | Page 38 line 14 | Page 39 line 1 | FRE 403, 802 |  |
|  | Page 67 line 2 | Page 68 line 2 | FRE 403, 802 |  |
|  | Page 70 line 16 | Page 71 line 9 | FRE 403, 802 |  |
|  | Page 72 line 9 | Page 72 line 22 | FRE 403, 802 |  |
|  | Page 76 line 13 | Page 77 line 16 | FRE 403, 802 |  |
|  | Page 77 line 24 | Page 78 line 16 | FRE 403, 802 |  |
|  | Page 88 line 11 | Page 88 line 14 | FRE 403, 802 |  |
|  | Page 89 line 2 | Page 89 line 4 | FRE 403, 802 |  |
|  | Page 97 line 20 | Page 98 line 12 | FRE 403, 802 |  |
|  | Page 104 line 18 | Page 104 line 22 | FRE 403, 802 |  |
|  | Page 106 line 10 | Page 106 line 11 | FRE 403, 802 |  |
|  | Page 107 line 16 | Page 107 line 25 | FRE 403, 802 |  |
|  | Page 108 line 1 | Page 108 line 17 | FRE 403, 802 |  |
|  | Page 108 line 22 | Page 109 line 10 | FRE 403, 802 |  |
|  | Page 109 line 11 | Page 110 line 15 | FRE 403, 802 |  |
|  | Page 111 line 12 | Page 111 line 25 | FRE 403, 802 |  |
|  | Page 112 line 12 | Page 112 line 25 | FRE 403, 802 |  |
|  | Page 113 line 1 | Page 113 line 7 | FRE 403, 802 |  |
|  | Page 113 line 12 | Page 114 line 10 | FRE 403, 802 |  |
|  | Page 114 line 15 | Page 115 line 8 | FRE 403, 802 |  |
|  | Page 115 line 25 | Page 118 line 5 | FRE 403, 802 |  |
|  | Page 118 line 19 beginning with "but you" | Page 119 line 9 | FRE 106, FRE 403, 802 |  |
|  | Page 119 line 15 | Page 119 line 17 | FRE 403, 802 |  |

| Witness | Start | Stop | Objection(s) | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | Page 121 line 11 beginning with "Do you have" | Page 121 line 14 | FRE 106, FRE 403, 802 | |
| | Page 122 line 18 beginning with "We discussed" | Page 123 line 3 | FRE 106, FRE 403, 802 | |
| | Page 123 line 12 | Page 123 line 25 | FRE 403, 802 | |
| | Page 125 line 1 | Page 127 line 1 | FRE 403, 802 | |
| | Page 131 line 21 | Page 132 line 19 | FRE 106, FRE 403, 802 | |
| | Page 133 line 20 | Page 134 line 1 | FRE 106, FRE 403, 802 | |
| | | | | |
| **Ruddy, Chris (Aug. 18, 2023)** | Page 35 line 14 | Page 38 line 5 | FRE 106, 403 | |
| | Page 38 line 15 | Page 39 line 22 | FRE 106, 403 | |

**Transcript Legends of Transcripts submitted to Chambers**:

     Plaintiff's Designations        Green Highlights

     Defendants' Designations       Yellow Highlights

[ REMAINDER OF PAGE INTENTIONALLY BLANK ]

Respectfully submitted this 20th day of March 2025.


_____/s/ Charles J Cain_____

Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Cain & Skarnulis PLLC
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)


Ashley N. Morgan
amorgan@cstrial.com
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)


Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
RechtKornfeld PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900


**ATTORNEYS FOR PLAINTIFF**


_____/s/ Christopher I. Kachouroff_____

Christopher I. Kachouroff
chris@mck-lawyers.com
Robert J. Cynkar
rcynkar@mck-lawyers.com
McSweeny, Cynkar & Kachouroff PLLC
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
703-621-3300


_____/s/ Jennifer T. DeMaster_____

Jennifer T. DeMaster
jennifer@demasterlaw.com
361 Falls Road, Suite 610
Grafton, Wisconsin 53024
414-235-7488

**ATTORNEYS FOR DEFENDANTS**