IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 22-cv-01129-NYW-SBP | Date: April 21, 2025 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Megan Strawn |

| *Parties* | *Counsel* |
|---|---|
| ERIC COOMER, Ph.D., | Ashley Morgan |
| | Bradley Kloewer |
| | Charles Cain |
| | David Beller |
| Plaintiff, | |
| v. | |
| MICHAEL J. LINDELL, FRANKSPEECH LLC, and MY PILLOW, INC., | Christopher Kachouroff |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE**

1:32 p.m.     **Court in session.**

Appearances of counsel.

Parties review the proposed Final Pretrial Order [Doc. 297].

**ORDERED:** Defendant shall submit any authority with respect to the defenses on or before May 5, 2025, as outlined on the record.

**ORDERED:** Parties shall meet and confer and propose additional stipulated factual statements on or before May 5, 2025.

Parties discuss any discovery-related issues with witnesses.

Unless counsel recalls a witness, witnesses shall be called once to testify at trial.

**ORDERED:** **Parties shall exchange deposition designations and notify the Court if there are objections that need to be addressed on or before May 5, 2025.**

**ORDERED:** **Defendants shall supplement their witness list with the scope of each witness's testimony on or before May 5, 2025. No other amendments are permitted without consent of the Parties or a motion to amend pursuant to Rule 16(b)(4).**

Parties discuss any discovery-related issues with exhibits.

**ORDERED:** **Plaintiff shall file an opening brief, not to exceed 15 pages, regarding the sufficiency of proof necessary to hold each of the Defendants liable for publishing the defamatory statements. Defendants response, not to exceed 15 pages, shall be filed on or before May 16, 2025. No replies will be permitted, absent leave of the Court.**

**ORDERED:** **The Final Pretrial Order is approved and filed with the corrections made of record.**

Counsel should be present in the courtroom at 8:30 a.m. each day of trial to address any issues with the Court. The Court will excuse jurors at approximately 3:30 p.m. (or later upon agreement) each day.

Counsel for each side are permitted 30 minutes or less for opening statements and 60 minutes or less for closing arguments, subject to time remaining in the 10-day trial.

The Court will seat a total of 8 jurors. Each side will be allowed 3 peremptory challenges.

**ORDERED:** **Plaintiff's request for additional *voir dire* time is TAKEN UNDER ADVISEMENT.**

Discussion regarding voir dire. The Court will provide a working set of voir dire questions to the parties.

Parties discuss the proposed final jury instructions.

**ORDERED:** The issue with respect to proposed preliminary instruction No. 8. is TAKEN UNDER ADVISEMENT.

**ORDERED:** The Court reserves ruling on Plaintiff's request for an instruction regarding inference with respect to the Fifth Amendment.

Discussion regarding juror anonymity and security protocols during trial.

**ORDERED:** Plaintiff's request for security escorts for certain parties and witnesses is TAKEN UNDER ADVISEMENT.

**2:27 p.m.**     SEALED PROCEEDINGS- LEVEL 1 RESTRICTION.
**2:28 p.m.**     END OF SEALED PROCEEDINGS.

Argument by counsel regarding Plaintiff's Motion in Limine [Doc. 279]

The Court will issue an Order to Show Cause with respect to Defendants' Brief in opposition to Plaintiff's Motion in Limine [Doc. 283].

**ORDERED:** Plaintiff's Motion in Limine [Doc. 279] is TAKEN UNDER ADVISEMENT.

**4:16 p.m.**     Court in recess.

Hearing concluded.
Total time in court:  2:44