**Incorrect Version Metadata (ECF 283)**

**Corrected Version which should have been filed**





