IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SBP

ERIC COOMER, PH.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH, LLC, and
MYPILLOW, INC.,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

    Pursuant to D.C. Colo.LAttyR 5(b), Douglas G. Wardlow respectfully moves the Court for an Order granting his withdrawal as counsel of record for Defendant My Pillow, Inc. in this action, stating as follows:

    1.    Mr. Wardlow seeks to withdraw as counsel of record for Defendant My Pillow, Inc. in this action. Defendant My Pillow, Inc. will continue to be represented by its other, current counsel of record in this action.

    2.    Good cause exists for this motion. Mr. Wardlow has resigned from his position as in-house counsel for Defendant My Pillow, Inc. in order to pursue another employment opportunity. After Tuesday, May 6, 2025, undersigned counsel will no longer be associated with My Pillow, Inc. Subsequent to filing his initial notice of

1

appearance, with the exception of the instant motion, undersigned counsel has not appeared or made any other filing in this matter. Defendant My Pillow Inc.'s remaining counsel will continue to represent My Pillow, Inc. in this matter and will continue to be responsible for complying with all Court orders and time limitations established by statutes and rules.

3. No party will be prejudiced by Mr. Wardlow's withdrawal from this matter because Defendant My Pillow, Inc. will continue to be represented by its other, current counsel. Further, this motion is not sought to delay the resolution of this dispute or for any other improper purpose.

WHEREFORE, Douglas G. Wardlow respectfully moves the Court for an Order granting his withdrawal as counsel of record for Defendant My Pillow, Inc. in this action.

Dated this 5th day of May, 2025.

Respectfully submitted,

*/s/ Douglas G. Wardlow*
Douglas G. Wardlow
1550 Audubon Road
Chaska, MN 55318
Telephone: (952) 826-8658
Email: doug@mypillow.com

2