# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

ERIC COOMER,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

Case No. 1:22-cv-01129-NYW-SBP

## DEFENDANTS' MOTION FOR LEAVE TO AMEND JOINT EXHIBIT LIST

Defendants respectfully move for leave to amend their exhibit list pursuant to the final Pretrial Order (Doc. 308) by adding the following:

- Ex. 229 Absolute Proof (video)
- Ex. 230 Scientific Proof (video)
- Ex. 231 Absolute Interference (Video)
- Ex. 232 FrankSpeech home page from Wayback Machine (image)

Defendants do not intend to show the jury the entire videos at Exhibit 229 through 231 and will be narrowing the clips for trial.

Plaintiffs do not object to the addition of these disputed exhibits to the proposed exhibit lists, but reserve the right to object to the specific clips Defendants intend to show at trial upon review of those clips.

Pursuant to D.C.COLO.LCivR 7.1 (a), Counsel for Defendants conferred with Plaintiff on May 5, 2025 concerning the filing of this motion.

Dated: May 5, 2025.

Respectfully Submitted,

*/s/ Christopher I. Kachouroff*
Christopher I. Kachouroff (VA Bar No. 44216)
**MCSWEENY, CYNKAR & KACHOUROFF PLLC**
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com

Jennifer T. DeMaster (WI Bar No. 1124201)
361 Falls Rd., Ste 610
Grafton, WI 53024
Telephone: (414) 235-7488
jennifer@demasterlaw.com
*\*Of Counsel*

ATTORNEY FOR MY PILLOW, INC., FRANKSPEECH LLC, AND MICHAEL LINDELL

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Charles J. Cain
Cain & Skarnulis PLLC
P. O. Box 1064
Salida, CO 81201
ccain@cstrial.com

Bradley A. Kloewer
101 North F Street
Suite 207
Salida, CO 81201
bkloewer@cstrial.com

Ashley N. Morgan
303 Colorado Street
Suite 2850
Austin, TX 78701
amorgan@cstrial.com

David Matthew Beller
Recht & Kornfeld, P.C.
1600 Stout Street
Suite 1400
Denver, CO 80202
david@rklawpc.com

**Attorneys for Plaintiff**

                                      */s/ Christopher I. Kachouroff*
                                      Christopher I. Kachouroff (VA Bar No. 44216)