**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SBP

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

**PARTIES' REMAINING OBJECTIONS TO DESIGNATIONS OF
JOSEPH OLTMANN DEPOSITION TESTIMONY TO BE PRESENTED AT TRIAL**

The Parties, through counsel, submit the following remaining objections to the designations of deposition testimony to be presented at trial.

| Witness | Start | Stop | Objections | Supporting or Relevant Case Law |
|---|---|---|---|---|
| **Oltmann, Joseph (Dec. 16, 2022)** | 24:7 | 33:24 | | |
| | 35:15 | 35:19 | | |
| | 37:12 | 38:1-3 | | |
| | 38:19 | 39:9 | | |
| | 39:13 | 39:18 | | |
| | 45:6 | 45:21 | Irrelevant, non-responsive. | FRE 401 |
| | 46:1 | 46:1-13 | | |
| | 47:17 | 47:22 | | |
| | 48:7 | 48:24 | | |
| | 49:14 | 49:23 | | |
| | 53:15 | 61:3 | | |

1

| Witness | Start | Stop | Objections | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | 66:13 | 66:21 | | |
| | 67:9 | 76:8 | 71:16-72:23 – Irrelevant, non-responsive. | FRE 401, |
| | 76:9 | 77:7 | | |
| | 77:8 | 77:19 | Irrelevant, non-responsive. | FRE 401, |
| | 77:20 | 80:18 | | |
| | 80:19 | 82:25 | Speculation, lack of personal knowledge, improper opinion. | FRE 602, 701 |
| | 83:7 | 87:11 | Speculation, lack of personal knowledge, irrelevant, hearsay, improper opinion. | FRE 602, 701, 801 |
| | 87:17 | 87:24 | | |
| | 88:1 | 90:17 | Speculation, lack of personal knowledge, irrelevant. | FRE 401, 602 |
| | 91:4 | 93:3 | Speculation, lack of personal knowledge, irrelevant. | FRE 401, 602 |
| | 94:23 | 98:9 | Speculation, lack of personal knowledge, irrelevant, hearsay. | FRE 401, 602, 801 |
| | 104:1 | 105:25 | Speculation, lack of personal knowledge, irrelevant, hearsay, improper opinion. | FRE 401, 602, 701, 801 |

| Witness | Start | Stop | Objections | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | 107:25 | 114:4 | Speculation, lack of personal knowledge, irrelevant, hearsay, improper opinion. | FRE 401, 602, 701, 801 |
| | 115:22 | 120:9 | Speculation, lack of personal knowledge, irrelevant, hearsay, improper opinion. | FRE 401, 602, 701, 801 |
| | 121:1 | 122:22 | Speculation, lack of personal knowledge, irrelevant, hearsay, improper opinion. | FRE 401, 602, 701, 801 |
| | 123:18 | 129:25 | Speculation, lack of personal knowledge, irrelevant, hearsay, improper opinion. | FRE 401, 602, 701, 801 |
| | 130:3 | 130:25 | Irrelevant. | FRE 401 |
| | 131:18 | 131:22 | Hearsay. | FRE 801 |
| | 132:1 | 132:16 | Irrelevant. | FRE 401 |
| | 132:23 | 135:3 | Lacks relevance and personal knowledge. | FRE 401, 602 |
| | 135:3 | 136:1 | Speculation, lack of personal knowledge, irrelevant, hearsay, improper opinion. | FRE 401, 602, 701, 801 |
| | 136:2 | 143:20 | Speculation, lack of personal knowledge, irrelevant, hearsay, improper opinion. | FRE 401, 602, 701, 801 |

| Witness | Start | Stop | Objections | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | 143:21 | 145:4 | | |
| | 145:25 | 146:25 | Speculation, lack of personal knowledge, irrelevant, | FRE 401, 602, 701 |
| | 147:1 | 147:25 | Hearsay. | FRE 801 |
| | 149:1 | 149:12 | Speculation, lack of personal knowledge. | FRE 602 |
| | 154:7 | 157:14 | Speculation, lack of personal knowledge. | FRE 602 |
| | 158:2 | 158:6 | | |
| | 158:7 | 164:2 | Speculation, lack of personal knowledge, irrelevant, hearsay, improper opinion. | FRE 401, 602, 701, 801 |
| | 183:8 | 186:20 | 184:13-186:20 Irrelevant. | FRE 401 |
| | 188:21 | 192:16 | Speculation, lack of personal knowledge, irrelevant, improper opinion. | FRE 401, 602, 701 |
| | 194:16 | 195:24 | | |
| | 195:25 | 196:14 | | |
| | 196:24 | 197:21 | Irrelevant. | FRE 401 |
| | 197:22 | 199:25 | Irrelevant and hearsay | FRE 401 and 801 |
| | 200:11 | 202:5 | Speculation and Relevance | FRE 401, 602 |
| | 203:15 | 203:24 | | |

4

| Witness | Start | Stop | Objections | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | 204:2 | 205:22 | | |
| | 205:23 | 206:15 | | |
| | 207:2 | 212:9 | Speculation and Relevance | FRE 401, 602 |
| | 223:4 | 228:1 | | |
| | 228:24 | 231:25 | Irrelevant, speculation, lack of personal knowledge. | FRE 401, 602 |
| | 243:4 | 243:15 | Speculation and Relevance | FRE 401, 602 |
| | 253:21 | 255:1 | Hearsay, speculation, lack of personal knowledge. | FRE 602, 801 |
| | 257:23 | 258:20 | Hearsay, speculation, lack of personal knowledge. | FRE 602, 801 |
| | 261:20 | 262:9 | Lack of personal knowledge. | FRE 602 |
| | 262:10 | 266:22 | | |
| | 267:13 | 269:5 | | |
| | 273:16 | 274:12 | | |
| | 275:6 | 275:16 | | |
| | 276:1 | 294:12 | | |
| | 294:13 | 294:19 | | |
| | 294:25 | 299:2 | | |

| Witness | Start | Stop | Objections | Supporting or Relevant Case Law |
|---|---|---|---|---|
| | 299:3 | 300:9 | Irrelevant, speculation, lack of personal knowledge, misstates the evidence. | FRE 401, 602 |
| | 300:10 | 305:10 | | |
| | 306:15 | 311:3 | | FRE 602, 801 |
| | 313:10 | 321:9 | Relevance, Hearsay, speculation, lack of personal knowledge, improper impeachment | FRE 401, 801, 602, 608 |
| | 322:14 | 324:25 | | |
| | 325:11 | 327:9 | | |
| | 327:10 | 329:2 | Hearsay. | FRE 801 |
| | 331:2 | 334:23 | | |
| | 335:13 | 340:23 | Relevance, improper foundation, lacks personal knowledge | FRE 401, 602, 901 |
| | 341:13 | 343:22 | | |
| | 345:1 | 349:10 | Journalist Privilege | Section 13-90-119 - Privilege for newsperson |
| | 352:13 | 363:25 | Argumentative; counsel is testifying | FRE 403, 611 |

6

**Transcript Legends of Oltmann Transcript submitted to Chambers**:

    Plaintiff's Designations        Green Highlights

    Defendants' Designations     Orange Highlights

Respectfully submitted this 5th day of May 2025.

| | |
|---|---|
| _/s/ Charles J Cain_ | _/s/ Christopher I. Kachouroff_ |
| Charles J. Cain, No. 51020 | Christopher I. Kachouroff |
| ccain@cstrial.com | chris@mck-lawyers.com |
| Bradley A. Kloewer, No. 50565 | Robert J. Cynkar |
| bkloewer@cstrial.com | rcynkar@mck-lawyers.com |
| Cain & Skarnulis PLLC | McSweeny, Cynkar & Kachouroff PLLC |
| P. O. Box 1064 | 13649 Office Place, Suite 101 |
| Salida, Colorado 81201 | Woodbridge, Virginia 22192 |
| 719-530-3011/512-477-5011 (Fax) | 703-621-3300 |
| | |
| Ashley N. Morgan | |
| amorgan@cstrial.com | |
| Cain & Skarnulis PLLC | _/s/ Jennifer T. DeMaster_ |
| 303 Colorado Street, Suite 2850 | Jennifer T. DeMaster |
| Austin, Texas 78701 | jennifer@demasterlaw.com |
| 512-477-5000/512-477-5011 (Fax) | 361 Falls Road, Suite 610 |
| | Grafton, Wisconsin 53024 |
| Thomas J. Rogers III, No. 28809 | 414-235-7488 |
| trey@rklawpc.com | |
| Mark Grueskin, No. 14621 | **ATTORNEYS FOR DEFENDANTS** |
| mark@rklawpc.com | |
| David M. Beller, No. 35767 | |
| david@rklawpc.com | |
| RechtKornfeld PC | |
| 1600 Stout Street, Suite 1400 | |
| Denver, Colorado 80202 | |
| 303-573-1900 | |

**ATTORNEYS FOR PLAINTIFF**