**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SKC

ERIC COOMER, Ph.D.,
        Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
        Defendants

---

**DEFENDANTS' SUPPLEMENTAL WITNESS
INFORMATION**

---

Defendants, through their counsel, provide the following supplemental information

regarding their witnesses reserving all objections and rights and without providing any potential

impeachment information as well as their right to cross-examine any witness called by Plaintiff

that is not otherwise listed here:

**I.** Defendants' non-expert witnesses who *will be present* at trial (Fed. R. Civ. P.
26(a)(3)(A)):

| Witness Name and Contact Info | Testimony | Estimated Dates and Length of Testimony |
|---|---|---|
| Brannon Howse | He will testify that FrankSpeech was a platform set up to provide services like YouTube or Rumble. He will testify Brannon Howse is expected to testify that he controls the content of his show and that neither FrankSpeech, Lindell, or My Pillow, Inc. controlled him or his show in any manner. | 2 hr. |
| Eric Coomer [Contact info provided] | Plaintiff is expected to testify that he was not on any ANTIFA call and that Joe Oltmann is lying about that | 3 hr. |

1

| | | |
|---|---|---|
| | call. Plaintiff is also expected to testify about his own truthful character and about the damages he allegedly suffered, the causation of those alleged damages, and the lawsuits he has already settled. | |
| Michael J. Lindell<br>[Contact info provided] | Mr. Lindell will deny all allegations against him and claim that Plaintiff is a criminal for what he did to My Pillow, Inc. Mr. Lindell will also testify as a corporate representative of FrankSpeech and testify that FrankSpeech is like YouTube or Rumble and that it does not control the content of the programs that are on its platform. He will also testify that My Pillow advertises on FrankSpeech and give a general overview of the relationships and activities of these companies. He will testify about his knowledge and beliefs about the 2020 election, the Cybersymposium, and the documentaries he created. | 5 hr. |
| Joseph Oltmann<br>[Contact info provided]<br>8245 Keith Court<br>Castle Rock, CO 80108<br>(from Plaintiff) | Mr. Oltmann is expected to testify that no one told him what to say at the Cybersymposium that Lindell put on and that he did not know Lindell until after the symposium. He will further testify that he did not speak to Lindell about Eric Coomer and he will refute claims that Oltmann is a liar. | 3 hr. |
| Dennis Montgomery<br>[Contact info previously provided] | Mr. Montgomery will testify in accordance with his deposition transcript. He will go over his experience working with the federal government where he was engaged in cybersecurity activities on behalf of the U.S. government. He will testify that he does not know Plaintiff but is aware of Dominion Voting Systems. He will further testify about his expertise in computer vulnerabilities, his past | 5 hr. |

| | | |
|---|---|---|
| | experience, and voting machine manipulation. | |
| Max McGuire [Contact info previously provided] | Mr. McGuire was Joe Oltmann's former co-host and will testify regarding their production of the relevant podcasts about Dr. Coomer. He has no personal knowledge of whether claims about Dr. Coomer are supported or unsupported. | 1 hr. |
| Kurt Olsen [Contact info previously provided] | Mr. Olsen is an attorney for Mike Lindell. He is expected to testify in accordance with his deposition. He will testify about the lack of coordination of speakers, including Joe Oltmann, whom he testified that he had not met. He will testify that the purpose of Lindell's Cyber Symposium was to present Lindell's evidence of the 2020 election and to provide an event to explore other issues that may be related to the 2020 election. He will testify about what was important to Lindell to present at the symposium. He will state that there was no agenda or targeting of Eric Coomer at the symposium. | 2 hr. |

(1)     witnesses who ***may be present*** at trial if the need arises (*see* FED. R. CIV. P. 26(a)(3)(A)); and

| Witness Name and Contact Info | Testimony | Estimated Dates and Length of Testimony |
|---|---|---|
| Tina Peters | Defendants agree with Plaintiff that Ms. Peters is the former County Clerk of Mesa County but do not agree that her testimony is relevant to Defendants' case. | 1 hr. |

(2)     witnesses where testimony is expected to be presented by means of a deposition

and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony. *See* FED. R. CIV. P. 26(a)(3)(B).

Defendants will introduce counter designations of deposition testimony to all deposition testimony that Plaintiffs introduce as previously provided.

b.      Defendants' **expert witnesses** to be called (supplemented):

(1)      Expert witnesses ***who will be present*** at trial (*see* FED. R. CIV. P. 26(a)(3)(A));

| Witness Name and Contact Info | Testimony | Estimated Dates and Length of Testimony |
|---|---|---|
| Peter Kent | Peter Kent is a reach expert who can testify about the effect of tweets or social media in this case from Lindell or FrankSpeech and what the real effect was. He will testify in accordance with his expert report. | 2 hr. |

(2)      witnesses ***who may be present*** at trial if the need arises (*see* FED. R. CIV. P. 26(a)(3)(A)); and

| Witness Name and Contact Info | Testimony | Estimated Dates and Length of Testimony |
|---|---|---|
| Jerry Bremmer | Mr. Bremmer is an expert who is expected to testify about Eric Coomer's alleged damages in accordance with the expert report that he produced. | 1 hr. |

Respectfully Submitted,


*/s/ Christopher I. Kachouroff*
Christopher I. Kachouroff (VA Bar No. 44216)
**MCSWEENY, CYNKAR & KACHOUROFF PLLC**
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com

Jennifer T. DeMaster (WI Bar No. 1124201)
361 Falls Rd., Ste 610
Grafton, WI 53024
Telephone: (414) 235-7488
jennifer@demasterlaw.com
**Of Counsel*

ATTORNEY FOR MY PILLOW, INC.,
FRANKSPEECH LLC, AND MICHAEL
LINDELL

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Charles J. Cain
Cain & Skarnulis PLLC
P. O. Box 1064
Salida, CO 81201
ccain@cstrial.com

Bradley A. Kloewer
101 North F Street
Suite 207
Salida, CO 81201
bkloewer@cstrial.com

Ashley N. Morgan
303 Colorado Street
Suite 2850
Austin, TX 78701
amorgan@cstrial.com

David Matthew Beller
Recht & Kornfeld, P.C.
1600 Stout Street
Suite 1400
Denver, CO 80202
david@rklawpc.com

**Attorneys for Plaintiff**

*/s/ Christopher I. Kachouroff*
Christopher I. Kachouroff