**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SBP

ERIC COOMER, Ph.D.,
      Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
      Defendants

---

**FIRST AMENDED JOINT TRIAL EXHIBITS**

---

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **1** | | 119-page Report<br>Ex. 2 to Plaintiff's Motion in Limine<br>**(Confidential)** | | N | | | | |
| **2** | | 2016 Coomer Tax Return<br>000386-000542<br>**(Confidential)** | | Y | | | | |
| **3** | | 2017 Coomer Tax Return<br>000543-000698<br>**(Confidential)** | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **4** | | 2018 Coomer Tax Return<br><br>000699-000879<br><br>**(Confidential)** | | Y | | | | |
| **5** | | 2019 Coomer Tax Return<br><br>000877-001033<br><br>**(Confidential)** | | Y | | | | |
| **6** | | 2020 Coomer Tax Return<br><br>001034-001211 Summary<br><br>Coomer Depo Ex 3<br><br>**(Confidential)** | | Y | | | | |
| **7** | | 2021 Coomer Tax Return<br><br>001212-001243<br><br>**(Confidential)** | | Y | | | | |
| **8** | | 2022 Coomer Tax Return<br><br>Coomer Depo Ex 4<br><br>**(Confidential)** | | Y | | | | |
| **9** | | Coomer social media posts<br><br>Coomer Depo Ex 8<br><br>**(Confidential)** | | N | | | | |
| **10** | Lindell | FRANKSPEECH -000057 | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **11** | Lindell | Working Guest List for Cyber Symposium<br><br>LINDELL-000005 | | N | | | | |
| **12** | Lindell | Invitation spreadsheet for state governors to Cyber Symposium<br><br>LINDELL-000008 | | N | | | | |
| **13** | Lindell | Confirmed media attendees to Cyber Symposium<br><br>LINDELL-000011 | | Y | | | | |
| **14** | Lindell | Invitation spreadsheet for U.S. Sentators to Cyber Symposium<br><br>LINDELL-000016 | | N | | | | |
| **15** | Lindell | Invitation spreadsheet for state representatives to Cyber Symposium<br><br>LINDELL-000017 | | N | | | | |
| **16** | Lindell | Invitation spreadsheet for U.S. Representatives to Cyber Symposium<br><br>LINDELL-000018 | | N | | | | |
| **17** | Lindell | Guest list for Cyber Symposium<br><br>LINDELL-000020 | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **18** | | Transcript page Ex. 47 to Oltmann Depo | | Y | | | | |
| **19** | Klopman | 06-08-10 Coomer Employee File DOMINION0000 01-000071 **(Highly Confidential AEO)** | | Y | | | | |
| **20** | | 05-28-19 Democracy Suite Report Coomer Depo Ex 13 | | N | | | | |
| **21** | | 11-13-19 Declaration of Dr. Eric D. Coomer Coomer Depo Ex 14 | | N | | | | |
| **22** | Oltmann | 02-16-20 screenshot of video; I'm not just talking about me, this isn't about me; Kristopher Jacks, Chair of Our Revolution Weld, Co | | N | | | | |
| **23** | Lindell | 03-30-20 Photo of Lindell/Trump | | N | | | | |
| **24** | Lindell | 06-30-20 text string MYPILLOW-000723-000724 **(Confidential)** | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **25** | McGuire | 09-26-20 (alleged) Handwritten notes<br><br>(20CV34319-JODisclosures-000205-000208); produced in Case No. 2020cv34319; *Coomer v. DJTFP et al* | | Y | | | | |
| **26** | Oltmann | 09-26-20 screenshot of "eric dominion denver colorado"<br><br>(20CV34319-JODisclosures-0199); produced in Case No. 2020cv34319; *Coomer v. DJTFP et al* | | Y | | | | |
| **27** | | 09-29-20 Declaration of J. Alex Halderman<br><br>Coomer Depo Ex 15 | | N | | | | |
| **28** | | 10-11-20 *Curling v Raffensperger*<br><br>Coomer Depo Ex 16 | | N | | | | |
| **29** | Oltmann | 11-10-20 email from Oltmann to Taylor Scott re Voter Fraud<br><br>OAN 000002-000004 | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **30** | | 11-11-20 Coomer resignation-DVS<br><br>DOMINION000027<br><br>**(Confidential)** | | Y | | | | |
| **31** | Halderman | 11-12-20 Press Release: Joint Statement from Elections Infrastructure Government Coordinating Council & the Election Infrastructure Sector Coordinating Executive Committees | | N | | | | |
| **32** | McGuire | 11-13-20 Oltmann Affidavit<br><br>Powell 000206-000211; produced in Case No. 2020cv34319; *Coomer v. DJTFP et al* | | Y | | | | |
| **33** | Finkell | 12-01-20 email string re referral from K2 Intelligence<br><br>FINKELL-00048-00053<br>**(Confidential)** | | Y | | | | |
| **34** | McGuire | 12-05-20 Parler social media post by Oltmann re Coomer's home | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **35** | Finkell | 12-07-20 email between Finkell and Coomer re scheduling<br><br>FINKELL-00068-00069<br>**(Confidential)** | | Y | | | | |
| **36** | | 12-08-20 Denver Post Commentary<br><br>OAN001885-001887<br><br>Coomer Depo Ex 6 | | Y | | | | |
| **37** | Finkell | 12-09-20 to 04-19-23 Finkell file<br><br>FINKELL-00001-00114<br>**(Confidential)** | | Y | | | | |
| **38** | McGuire | 12-12-20 Parler social media post by Oltmann | | Y | | | | |
| **39** | Peters | 01-03-21 social media tweets between Tina Peters/Senator Pat Toome | | N | | | | |
| **40** | Olsen | Excerpt from 01-06-21 report that was produced by the U.S. Congress in Chapter 4, Section 10, pp. 393-39 | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **41** | Olsen | Excerpt from 01-06-21 report that was produced by the U.S. Congress in Chapter 7, Section 7.12, pp. 608-609 | | N | | | | |
| **42** | Lindell | 01-15-21 Photo Lindell @ White House | | N | | | | |
| **43** | Lindell | 01-15-21 Photo Lindell @ White House | | N | | | | |
| **44** | | 01-17-21 text messages EC 22cv01129 001263-001264 | | Y | | | | |
| **45** | | 01-17-21 text messages 001263-001264 Coomer Depo Ex 19 | | Y | | | | |
| **46** | | 01-22-21 Coomer Demand Letter (Newsmax) NMX LIND 000079 – NMX LIND 000087 | | N | | | | |
| **47** | Howse | 01-29-21 email from Mary Fanning to Brannon Howse and Mike Lindell DEFS-572 and 573 **(Confidential)** | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **48** | Lindell | 02-02-21 email between Dennis Montgomery and Mike Lindell re SETEC<br><br>LINDELL-010994 **(Confidential)** | | Y | | | | |
| **49** | Olsen | 02-04-21 Clare Locke letter to Fanning re False Statement about Dominion | | N | | | | |
| **50** | | 02-04-21 Complaint against Trump<br><br>NMX LIND 000013 – NMX LIND 000078 | | Y | | | | |
| **51** | | 02-04-21 Pltf First Amended Complaint v Trump et al<br><br>Coomer Depo Ex 11 | | Y | | | | |
| **52** | | 02-05-21 Coomer text string<br><br>EC 22cv01129 001259 - 001262 | | Y | | | | |
| **53** | | 02-05-21 Coomer text string<br><br>EC 22cv01129 001259 – 001262<br><br>Coomer Depo Ex 17 | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **54** | Ruddy | 02-06-21 to 05-02-22 text messages between Chris Ruddy and Mike Lindell<br><br>LINDELL-011000-LINDELL 011023<br>**(Confidential)** | | Y | | | | |
| **55** | Oltmann | 02-22-21 text message: Mr. Lindell, my activity friend Joe Oltmann … Dr. Chaps<br><br>**(Confidential)** | | Y | | | | |
| **56** | Lindell | 02-25-21 email chain to Kim Rasmussen from M. Lindell, Subject: Fwd: Regarding Your Lawsuit<br><br>LINDELL 001293-001294<br>**(Confidential)** | | N | | | | |
| **57** | Olsen | 02-25-21 Olsen engagement letter to Lindell<br><br>OLSEN 002506 | | N | | | | |
| **58** | Oltmann | 02-28-21 text message between Oltmann to Lindell | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **59** | Oltmann | 03-10-21 email between Oltmann and Dawn (My Pillow) re Conservative Daily Podcast Revenue | | N | | | | |
| **60** | McGuire | 03-10-21 email from Dawn Curtis, Subject "RE: Conservative Daily Podcast Revenue Share items and Lindell Schedule for Thursday" | | N | | | | |
| **61** | Olsen | 03-11-21 Fanning email re Dominion letter to American Report<br><br>OLSEN 000221 | | Y | | | | |
| **62** | Lindell | 03-11-21 Master Consulting Services Agreement between Brannon S. Howse, RJ Daniel Johnson, Johnston Howse, LLC, and Michael Lindell and VOCL, LLC (unsigned)<br><br>FRANKSPEECH 000009-000014 (**Confidential**) | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **63** | Olsen | 03-27-21 email from Fanning to Olsen re Chobani (funded by Soros through Chobani's wife) is running Islamic terrorists from Canada (funded by the Canadian teachers pension fund) through the Chobani turnstile<br><br>OLSEN 000382-000383 | | N | | | | |
| **64** | Howse | 03-28-21 text message from Brannon Howse to Kurt Olsen re why Olsen brought into mix<br><br>CTRL 000001 | | N | | | | |
| **65** | | 03-30-21 text messages<br><br>001503-001504<br><br>Coomer Depo Ex 18 | | Y | | | | |
| **66** | Olsen | 04-06-21 email from Olsen to Fanning re Dominion/Smartmatic/Coomer threats<br><br>OLSEN 000380 | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **67** | | 04-08-21 AP article re Dominion Work sues …<br><br>Coomer Depo Ex 9 | | Y | | | | |
| **68** | Oltmann | 04-08-21 email re Frank Influencer Demo<br><br>DEFS-000258 **(Confidential)** | | Y | | | | |
| **69** | Oltmann | 04-08-21 follow up email re Frank Influencer Demo<br><br>DEFS-000259 **(Confidential)** | | Y | | | | |
| **70** | Ruddy | 04-09-21 Confidential Settlement Agreement and Release between Coomer and Newsmax dated 04-09-21; Case No. 2020cv34319; *Coomer v. DJTFP et al* **(Redacted)**<br><br>NMX LIND 000088-000097 **(Confidential**<br><br>**AEO)** | | Y | | | | |
| **71** | Lindell | 04-09-21 Frank Influencer Demo<br><br>FRANKSPEECH-000054 **(Confidential)** | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **72** | McGuire | 05-02-21 McGuire Telegram social media posts | | N | | | | |
| **73** | Coomer | 05-09-21 Newsweek Article re Lindell Urges Dominion Employee to Turn Himself In | | Y | | | | |
| **74** | | 05-11-21 Coomer-DVS separation agreement<br><br>DOMINION0000 17-000026; EX 22cv01129 001244 – 001253<br><br>**(Confidential)** | | Y | | | | |
| **75** | | 05-11-21 Coomer-DVS separation agreement<br><br>DOMINION0000 17-000026; EX 22cv01129 001244 – 001253<br><br>Coomer Depo Ex 5<br><br>**(Confidential)** | | Y | | | | |
| **76** | Oltmann | 05-20-21 text message from Joe to Mike<br><br>DEFS-000248 **(Confidential)** | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **77** | Lindell | 06-01-21 email chain to Todd Carter from RJ Johnston, Subject, Re: More Rally Updates<br><br>HOWSE PROD. 0511-0519 | | Y | | | | |
| **78** | Howse | State of Delaware Entity Details Lindell-TV, LLC | | Y | | | | |
| **79** | Howse | 07-04-21 text message between Brannon Howse and Kurt Olsen; possible copy of a text that was sent to Howse by a Jeffrey Nyquist<br><br>CTRL 000042 and 43 | | Y | | | | |
| **80** | Olsen | 07-20-21 expanded summary to Arpaio from Zullo re subject infiltration of Mike Lindell – threat<br><br>OLSEN 0002421-002434 | | N | | | | |
| **81** | Lindell | 07-28-21 to 05-09-22 text messages<br><br>MYPILLOW 002134-002139<br><br>**(Confidential)** | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **82** | Lindell | 08-02-21 email chain to Mike Lindell from Janet Lynn, Subject 3-D Model of Cyber Symposium Venue Layout<br><br>HOWSE PROD. 0015 | | Y | | | | |
| **83** | Lindell | 08-02-21 email from Jerry Johnson to Mike Lindell re letter about Dennis Montgomery and Symposium<br><br>MYPILLOW-000758-000773<br><br>**(Confidential)** | | Y | | | | |
| **84** | Olsen | 08-02-21 email from Phil Waldren re NDA agreement<br><br>OLSEN 000005-000006 | | Y | | | | |
| **85** | Merritt | 08-03-21 Software/Data Nondisclosure btw Lindell and Joshua Merritt | N | N | | | | |
| **86** | Lindell | 08-04-21 email chain to Janet Lynn from James Oaks, Subject, Re: Cyber Symposium Day 1 Program Agenda<br><br>HOWSE PROD. 0119-0122 | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **87** | Merritt | 08-2021 text string | N | N | | | | |
| **88** | Lindell | 08-09-21 thru 04-28-22 text messages with Tina Peters<br><br>LINDELL-001419-001424<br><br>**(Confidential)** | | N | | | | |
| **89** | Lindell | 08-10-21 screenshot of Lindell at Cyber Symposium | | Y | | | | |
| **90** | Hursti | 08-10-21 screenshots of Symposium materials<br><br>HH 001295 CTRL-001329 CTRL | | Y | | | | |
| **91** | Lindell | 08-10-21 to 08-12-21 Cyber Symposium Program Agenda<br><br>LINDELL-000023-000025<br><br>**(Confidential)** | | Y | | | | |
| **92** | Lindell | 08-10-21 to 08-12-21 Website data for Cyber Symposium<br><br>DEFS-000684<br><br>**(Confidential)** | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **93** | Lindell | Lindell Cyber Symposium Poster<br><br>HH 000024 CTRL<br><br>**(Confidential AEO)** | | Y | | | | |
| **94** | Lindell | 08-11-21 screenshot of Cyber Symposium My Pillow ad | | Y | | | | |
| **95** | Coomer | 08-11-21 @KyleClark Twitter post re Oltmann | | N | | | | |
| **96** | Lindell | 08-11-21 screenshot of Peters at Cyber Symposium | | N | | | | |
| **97** | Lindell | 08-12-21 screenshot of My Pillow Flash Sale Ad | | N | | | | |
| **98** | Montgomery | 08-12-21 text messages between Mike Lindell and Mary Fanning during Symposium; P; Case No. 2:33-mc-000005; USDC-MD Florida<br><br>DEF035556.000094-000095 | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **99** | Lindell | 08-13-21 Cyber Symposium Expenses | | Y | | | | |
| **100** | Oltmann | 08-14-21 text message from Joe to Mike<br><br>DEFS-000244 **(Confidential)** | | Y | | | | |
| **101** | Olsen | 08-17-21 email from Kirk Weibe to Kurt Olsen re Symposium fallout<br>OLSEN 000016-000018 | | N | | | | |
| **102** | | 08-24-21 NY Times Magazine article<br>OAN001894-001904<br>Coomer Depo Ex 7 | | Y | | | | |
| **103** | Lindell | 08-28-21 Terms of Use for Frankspeech | | N | | | | |
| **104** | | 09-17-21 defamatory statements spreadsheet<br>000356-000385<br>Coomer Depo Ex 10 | | Y | | | | |
| **105** | | 09-17-21 List of cases<br>EC 22cv01129 000356-000395 | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **106** | Howse | 10-05-21 email between Olsen and Howse and Lindell re Halderman report segments<br><br>Howse Prod. 0685 to 0688 | | Y | | | | |
| **107** | Howse | 10-05-21 text message chain between Olsen and Howse<br><br>CTRL 000097 and 98 | | Y | | | | |
| **108** | Howse | 12-23-21 text message from Mike Lindell re Clay Clark lawsuit<br><br>DEFS 000224 (**Confidential**) | | Y | | | | |
| **109** | Lindell | 09-02-22 Frankspeech website re My Pillow Flash Sale | | Y | | | | |
| **110** | Oltmann | 02-28-22 text messages from unsaved number purported to be Joey Camp; "You know I have the Zoom recorded don't you?" | N | N | | | | |
| **111** | McGuire | 03-07-22 screenshot; Conservative Daily; Oltmann, McGuire, Peters | | N | | | | |
| **112** | Coomer | 04-04-22 Jeremy Jojala Tweet | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **113** | Coomer | 04-05-22 news article re MyPillow CEO headlines rally for Peters | | N | | | | |
| **114** | Coomer | 04-05-22 photo of Mike Lindell after service of Coomer complaint | | N | | | | |
| **115** | Lindell | 04-08-22 email from Lindell to Herring re Eric Coomer information LINDELL-000790 (**Confidential**) | | N | | | | |
| **116** | | DA Report re: Election abnormalities (May 19, 2022) Ex. 4 to Deposition of Tina Peters | | N | | | | |
| **117** | Howse | 05-20-22 email chain between Brannon Howse and Kurt Olsen re adding lawsuit to Frankspeech website Howse Prod. 0520 to 0523 | | N | | | | |
| **118** | Lindell | 05-03-21 to 05-23-22 website analytics re FrankSpeech FRANKSPEECH-000058 | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **119** | | 06-08-22 Email<br><br>EC 22cv01129 001254-001255 | | Y | | | | |
| **120** | | 06-08-22 Email<br><br>EC 22cv01129 001254-001255<br><br>Coomer Depo Ex 20 | | Y | | | | |
| **121** | | 06-17-22 Pltf First Amended Complaint<br><br>Coomer Depo Ex 2 | | Y | | | | |
| **122** | | 06-24-22 Original Complaint v Byrne et al<br><br>Coomer Depo Ex 12 | | Y | | | | |
| **123** | Oltmann | 07-12-22 text message from Joe<br><br>DEFS-000250-000252<br>**(Confidential)** | | Y | | | | |
| **124** | | Plaintiff's FRCP 26(a)(1) Initial Disclosures | | Y | | | | |
| **125** | Oltmann | 08-31-22 text message between Oltmann and Lindell<br><br>DEFS-000255<br>**(Confidential)** | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **126** | Lindell | 09-05-22 PiDoxa Customer Service Agreement with FrankSpeech, LLC<br><br>FRANKSPEECH 000001-000008 (**Confidential**) | | N | | | | |
| **127** | Lindell | 09-06-22 Graphs re My Pillow ads on Fox News since 2017 | | N | | | | |
| **128** | Lindell | 09-28-22 Frankspeech responses to plaintiff's requests for admissions | | Y | | | | |
| **129** | Howse | 12-16-22 excerpt from Joe Oltmann depo transcript, p. 209-211; *Coomer v Lindell et al*<br><br>(**Confidential**) | | Y | | | | |
| **130** | Howse | 12-16-22 excerpt from Joe Oltmann depo transcript, p. 294; *Coomer v Lindell et al*<br><br>(**Confidential**) | | Y | | | | |
| **131** | Lindell | 01-06-23 Frankspeech LLC P&L 2021<br><br>FRANKSPEECH-000017 | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **132** | Lindell | 01-06-23 Frankspeech LLC P&L 2022<br><br>FRANKSPEECH-000018 | | N | | | | |
| **133** | Lindell | 01-06-23 Frankspeech supplemental answers to plaintiff's first set of interrogatories | | Y | | | | |
| **134** | Lindell | 01-13-23 print out of My Pillow, Inc. Bill Payments for CD Solutions, Inc. (05-2021 through 12-2022) | | N | | | | |
| **135** | | 01-25-23 Pls Resp to FrankSpeech First St of Interrogatories | | Y | | | | |
| **136** | | 01-25-23 Pls Resp to Lindell First St of Interrogatories<br><br>Coomer Depo Ex. 1<br><br>**(Confidential)** | | Y | | | | |
| **137** | | 01-25-23 Pls Resp to Lindell First St of Request for Production of Documents | | Y | | | | |
| **138** | | 01-25-23 Pls Resp to My Pillow First St of Interrogatories | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **139** | | 01-25-23 Pls Resp to My Pillow First St of Request for Production of Documents | | Y | | | | |
| **140** | | 1.25.23 Pls Resp to FrankSpeech First St of Request for Production of Documents | | Y | | | | |
| **141** | Lindell | 03-02-23 Lindell TV link to frankspeech.com | | Y | | | | |
| **142** | Lindell | 03-02-23 screenshot from frankspeech.com | | Y | | | | |
| **143** | | 03-03-23Pl's Resp to Lindell 2nd Set of Interrogatories | | Y | | | | |
| **144** | Olsen | 03-09-23 excerpt from Mike Lindell as corp rep of Frankspeech depo transcript, p. 215-220; *Coomer v Lindell et al* <br><br>**(Confidential)** | | Y | | | | |
| **145** | | 05-05-23 Pltf Expert Disclosures | | Y | | | | |
| **146** | | Jerry Bremer Depo and Trial Testimony | | Y | | | | |
| **147** | | Jerry Bremer Rebuttal Report | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **148** | | Jerry Bremer Resume | | Y | | | | |
| **149** | | 06-05-23 Peter Kent Report | | Y | | | | |
| **150** | | Peter Kent Resume | | Y | | | | |
| **151** | Olsen | 06-08-23 letter from atty Christopher Kachouroff to atty Charlie Cain re Kurt Olsen subpoena production and response to subpoena | | N | | | | |
| **152** | | 06-12-23 Pl's Resp to FrankSpeech 2nd Set of Interrogatories | | Y | | | | |
| **153** | | 06-12-23 Pl's Resp to FrankSpeech 2nd Set of Requests for Production of Documents | | Y | | | | |
| **154** | | 06-12-23 Pl's Resp to FrankSpeech 3rd Set of Requests for Production of Documents | | Y | | | | |
| **155** | | 06-12-23 Pl's Resp to Lindell 2nd Set of Request for Production of Documents | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **156** | | 6.12.23 Pl's Resp to Lindell 3rd Set of Interrogatories | | Y | | | | |
| **157** | | Plaintiff's FRCP 26(a)(1) Amended Disclosures | | Y | | | | |
| **158** | | Plaintiff's Supplemental Expert Disclosures | | Y | | | | |
| **159** | Oltmann | 03-12-25 Jovan HuttonPulitzer X social media post | | N | | | | |
| **160** | McGuire | Clip 1 - Conservative Daily (Nov. 5, 2020) | | N | | | | |
| **161** | McGuire | Clip 2 – Conservative Daily (Nov. 9, 2020) | | N | | | | |
| **162** | McGuire | Clip 3– Conservative Daily (Nov. 9, 2020) | | N | | | | |
| **163** | McGuire | Clip 4– Conservative Daily (Nov. 9, 2020) | | N | | | | |
| **164** | McGuire | Clip 5– Conservative Daily (Nov. 9, 2020) | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **165** | McGuire | Clip 6– Conservative Daily (Nov. 9, 2020) | | N | | | | |
| **166** | McGuire | Clip 7– Conservative Daily (Nov. 11, 2020) | | N | | | | |
| **167** | McGuire | Clip 12– Conservative Daily (Nov. 12, 2020) | | N | | | | |
| **168** | Oltmann | Clip 8 – Oltmann on Peter Boyles Show (Nov. 15, 2020) | | N | | | | |
| **169** | McGuire | Clip 8– Conservative Daily (Nov. 30, 2020) | | N | | | | |
| **170** | McGuire | Clip 9 – Conservative Daily (Dec. 3, 2020) | | N | | | | |
| **171** | McGuire | Clip 10– Conservative Daily (Dec. 14, 2020) | | N | | | | |
| **172** | Ruddy | AV CLIP: 02-02-21 segment from Newsmax website (Feb. 2, 2021) | | N | | | | |
| **173** | Ruddy | AV CLIP: Newsmax anchor walks off camera (Feb. 3, 2021) | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **174** | Lindell | Lindell Absolute Proof Clip (Feb. 5, 2021) | | N | | | | |
| **175** | Oltmann | Clip 1 – Conservative Daily (Mar. 11, 2021) | | N | | | | |
| **176** | Lindell | 03-30-21 AV Lindell Metaxas Interview re Social Platform (Mar. 30, 2021) | | N | | | | |
| **177** | Lindell | Clip 1 – Oltmann on FrankSpeech (May 3, 2021) | | N | | | | |
| **178** | Lindell | Clip 2– Oltmann on FrankSpeech (May 3, 2021) | | N | | | | |
| **179** | Lindell | Clip 4– Oltmann on FrankSpeech (May 3, 2021) | | N | | | | |
| **180** | Lindell | Clip 5– Oltmann on FrankSpeech (May 3, 2021) | | N | | | | |
| **181** | Lindell | Clip 6– Oltmann on FrankSpeech (May 3, 2021) | | N | | | | |
| **182** | Lindell | Clip 7– Oltmann on FrankSpeech (May 3, 2021) | | N | | | | |
| **183** | Lindell | Clip 8– Oltmann on FrankSpeech (May 3, 2021) | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **184** | Lindell | Clip 11 – Newsmax Retraction (May 8, 2021) | | N | | | | |
| **185** | Oltmann | Clip 3 – Lindell on FrankSpeech (May 9, 2021) | | N | | | | |
| **186** | Lindell | 06-24-21 PatriotTakes Twitter video of Lindell (June 24, 2021) | | N | | | | |
| **187** | Lindell | 06-30-21 AV Cyber Symposium announcement (June 30, 2024) | | N | | | | |
| **188** | Lindell | Clip 13 – MyPillow commercial for Cyber Symposium (July 4, 2021) | | N | | | | |
| **189** | Lindell | 07-17-21 AV Cyber Symposium announcement (July 17, 2021) | | N | | | | |
| **190** | Lindell | Clip 15 – Pre-Symposium CNN Report (Aug. 6, 2021) | | N | | | | |
| **191** | Peters | Clip 7 - Oltmann at Cyber Symposium (Aug. 11, 2021) | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 192 | Peters | Clip 8 – Oltmann and Clements at Cyber Symposium (Aug. 11, 2021) | | N | | | | |
| 193 | Oltmann | Clip 4 – Clements at Cyber Symposium (Aug. 12, 2021) | | N | | | | |
| 194 | MyPillow | Clip 17 – Lindell promoting promo code "Audit" at Symposium (Aug. 12, 2021) | | N | | | | |
| 195 | Lindell/ Oltmann | 08-12-21 AV Cyber Symposium Joe Oltmann re China (Aug. 12, 2021) | | N | | | | |
| 196 | MyPillow | Clip 16 – Post-Symposium CNN Report (Aug. 13, 2021) | | N | | | | |
| 197 | Lindell | Cyber Symposium clip of Lindell with Olsen (Aug. 18, 2021) | | N | | | | |
| 198 | McGuire | Clip 11 – Oltmann deposition footage (Sept. 8, 2021) | | N | | | | |
| 199 | | 09-21-21 Salida Body Cam Footage | | N | | | | |
| 200 | MyPillow | Clip 19 – Lindell at Colorado Capitol (Apr. 5, 2022) | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **201** | Lindell | 04-05-22 AV Lindell service (Apr. 5, 2022) | | N | | | | |
| **202** | Lindell | Clip 21 – Lindell on FrankSpeech re: Coomer (Apr. 6, 2022) | | N | | | | |
| **203** | Lindell | Clip 23 – Lindell on Bannon's War Room (Apr. 7, 2022) | | N | | | | |
| **204** | Lindell | Clip 24 – Lindell promoting MyPillow on RSBN (Apr. 9, 2022) | | N | | | | |
| **205** | McGuire | Clip 14 – The Max McGuire Show (May 3, 2022) | | N | | | | |
| **206** | McGuire | Clip 15– The Max McGuire Show (May 3, 2022) | | N | | | | |
| **207** | MyPillow | Clip 25 – Lindell promoting MyPillow on RSBN (May 6, 2022) | | N | | | | |
| **208** | MyPillow | Clip 26 – Conservative Daily (May 23, 2022) | | N | | | | |
| **209** | Oltmann | Clip 6 – Conservative Daily (July 13, 2022) | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 210 | Howse | Clip 1 – Lindell at Moment of Truth Summit (Aug. 22, 2022) | | N | | | | |
| 211 | Howse | Clip 2 – Lindell at Moment of Truth Summit (Aug. 22, 2022) | | N | | | | |
| 212 | Peters | Clip 10 – Peters on FrankSpeech re: Coomer (Sept. 7, 2022) | | N | | | | |
| 213 | Lindell | Conservative Daily-Lawsuit vs Lindell (Sept. 15, 2022) | | N | | | | |
| 214 | Oltmann | Conservative Daily (Sept. 15, 2022) -Dennis Montgomery | | N | | | | |
| 215 | Lindell | Clip 27 – Lindell on Pakman Show (Oct. 11, 2022) | | N | | | | |
| 216 | Oltmann | Clip 11 – Conservative Daily (Nov. 11, 2022) | | N | | | | |
| 217 | Oltmann | Clip 7 – Conservative Daily (Dec. 3, 2022) | | N | | | | |
| 218 | Howse | Clip 3 – Lindell on FrankSpeech (Mar. 10, 2023) | | N | | | | |
| 219 | Howse | Clip 4 – Lindell on FrankSpeech (Mar. 10, 2023) | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **220** | Howse | Clip 5 – Lindell on FrankSpeech (Mar. 10, 2023) | | N | | | | |
| **221** | Howse | Clip 6 – Lindell on FrankSpeech (Mar. 10, 2023) | | N | | | | |
| **222** | Howse | Clip 7 – Lindell on FrankSpeech (Mar. 10, 2023) | | N | | | | |
| **223** | Olsen | Clip 1 – Lindell on FrankSpeech (Mar. 10, 2023) | | N | | | | |
| **224** | Lindell | Lindell Report (Mar. 10, 2023) | | N | | | | |
| **225** | Oltmann | Conservative Daily Clip (Dec. 6, 2024) | | N | | | | |
| **226** | Oltmann | Conservative Daily Clip (Jan. 1, 2025) | | N | | | | |
| **227** | Lindell | 11-21-23 Lindell Answer to Pltf Follow Up Interrogatory | | Y | | | | |
| **228** | Lindell | 11-21-23 Lindell Responses to Pltf Second Requests for Admission | | Y | | | | |
| **229** | Lindell | Absolute Proof (video) | | N | | | | |
| **230** | Lindell | Scientific Proof (video) | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **231** | Lindell | Absolute Interference (video) | | N | | | | |
| **232** | Lindell | Frankspeech homepage from Wayback Machine | | N | | | | |

Respectfully submitted this 9th day of May 2025.

_____/s/ Charles J Cain_____

Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Cain & Skarnulis PLLC
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Ashley N. Morgan
amorgan@cstrial.com
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
David M. Beller, No. 35767
david@rklawpc.com
RechtKornfeld PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900

**ATTORNEYS FOR PLAINTIFF**

_____/s/ Christopher I. Kachouroff_____

Christopher I. Kachouroff
chris@mck-lawyers.com
Robert J. Cynkar
rcynkar@mck-lawyers.com
McSweeny, Cynkar & Kachouroff PLLC
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
703-621-3300

Jennifer T. DeMaster
361 Falls Road, Suite 610
Grafton, Wisconsin 53024
jennifer@demasterlaw.com
414-235-7488

**ATTORNEYS FOR DEFENDANTS**