# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SBP

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

---

## PLAINTIFF'S UNOPPOSED CROSS-MOTION FOR LEAVE
## TO AMEND JOINT EXHIBIT LIST

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Plaintiff or Dr. Coomer), through counsel, respectfully moves for leave to amend the current exhibit list, and states as follows:

### CONFERRAL

Counsel for Plaintiff has conferred with counsel for Defendants relating the relief sought by this Motion. Defendants are not opposed to the relief requested.

### MOTION

1.    Defendants are unopposed to Plaintiff's addition of these exhibits to the current exhibit list but reserve the right to object to their admission based on evidentiary grounds.

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 233 | Lindell | Lindell and Trump Photo | | | | | | |

1

2

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 234 | Coomer | 11-23-20 Harassment letter to Coomer | | | | | | |
| 235 | Lindell | 05-07-21 Spirit of the Wolf Twitter post | | | | | | |
| 236 | Lindell | 05-09-21 AT52020 Twitter post | | | | | | |
| 237 | Coomer | 08-24-21 text message threat | | | | | | |
| 238 | Lindell | 04-06-22 Oltmann Telegram post | | | | | | |
| 239 | Lindell | 08-21-22 Moment of Truth Summit MyPillow advertisement | | | | | | |
| 240 | Lindell | 08-16-23 Lindell at Election Crime Bureau Summit | | | | | | |
| 241 | Lindell | March for Trump Bus with MyPillow logo | | | | | | |
| 242 | Lindell | 08-03-21 email re States Counted Attendees<br><br>MYPILLOW-000818<br><br>(**Confidential**) | | | | | | |
| 243 | Lindell | 08-08-21 email re Cyber Symposium Program Agenda<br><br>MYPILLOW-000874-000875<br><br>(**Confidential**) | | | | | | |

2

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 244 | Lindell | 08-03-21 email re Cyber Symposium Invitation<br><br>MYPILLOW-000922-000923<br><br>(**Confidential**) | | | | | | |
| 245 | Lindell | 08-02-21 email re Cyber Symposium Invitation<br><br>MYPILLOW-001013<br><br>(**Confidential**) | | | | | | |
| 246 | Lindell | 08-02-21 email re Monday's game plan<br><br>MYPILLOW-001169<br><br>(**Confidential**) | | | | | | |

2. Plaintiff further requests leave to replace the current version of Exhibit 179 with a more accurately cut video clip of that exhibit.

3. Plaintiff requests the Court grant leave to include the above-listed exhibits on the current exhibit list. Plaintiff further requests the Court grant leave to allow Plaintiff to supplement copies of the above-identified documents for the exhibits binders previously delivered to the Court, as well as providing two replacement USBs containing the corrected Exhibit 179 to be introduced during the trial of this Case.

3

Respectfully submitted this 9th day of May 2025.

            */s/ Charles J. Cain*
            Charles J. Cain, No. 51020
            ccain@cstrial.com
            Bradley A. Kloewer, No. 50565
            bkloewer@cstrial.com
            **CAIN & SKARNULIS PLLC**
            P. O. Box 1064
            Salida, Colorado 81201
            719-530-3011/512-477-5011 (Fax)

            Ashley N. Morgan
            amorgan@cstrial.com
            **CAIN & SKARNULIS PLLC**
            303 Colorado Street, Suite 2850
            Austin, Texas 78701
            512-477-5000/512-477-5011 (Fax)

            Thomas J. Rogers III, No. 28809
            trey@rklawpc.com
            Mark Grueskin, No. 14621
            mark@rklawpc.com
            David M. Beller, No. 35767
            david@rklawpc.com
            **RECHTKORNFELD PC**
            1600 Stout Street, Suite 1400
            Denver, Colorado 80202
            303-573-1900
            **ATTORNEYS FOR PLAINTIFF**