IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ERIC COOMER, Ph.D.,
    Plaintiff

v.

                                    Civil Action No. 1:22-cv-01129-NYW-SKC

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

---

**DEFENDANTS' MICHAEL LINDELL, MY PILLOW, AND FRANKSPEECH'S UNOPPOSED SECOND MOTION FOR LEAVE TO AMEND EXHIBIT LIST**

---

**TO THE HONORABLE JUDGE OF THIS COURT**:

Defendants Michael J. Lindell, My Pillow, Inc., and Frankspeech LLC (collectively, Defendants), by and through counsel, respectfully seek leave to add additional exhibits on the dates set forth in the Court's text only order (Doc. 332).

**STATEMENT REGARDING CONFERRAL**

Counsel for the Defendants conferred with counsel for the Plaintiff on May 8, 2025 and May 9, 2025 about including a few exhibits relating to the exhibits that the Plaintiff sought to add. Counsel for Defendants requested the parties jointly file their motion for leave in light of the length and scope of the Plaintiff's additional exhibits, but counsel for the Plaintiff preferred to file their cross motion (Doc. 330) prior to today without a joint filing. Defendants needed time to review the new exhibits and assess which exhibits to supplement. Counsel for the Plaintiff stated they did not oppose the Defendants motion

1

to include these additional exhibits which are all available to the Defendants, publicly available, or part of related matters.

## REQUESTED ADDITIONAL EXHIBITS

1. The Plaintiff is unopposed to Defendants' addition of these exhibits but reserves the right to object to their admission based on the Federal rules or other applicable grounds. Some of these additions in Defendants' second unopposed motion herein relate to exhibits that the Plaintiff added (Docs. 330 & 332).

2. Defendants request the Court grant leave to include the exhibits identified in this motion and permit the Defendants to include these exhibits with the amended exhibit list the Plaintiff will be filing on May 16, 2025 (Doc. 332).

3. Defendants have and will provide all video exhibits via sharing method and USB flash drives for trial.

| Ex. No. (Continuing) | Witness | Description | Auth |
|---|---|---|---|
| 247 | Lindell | Kill Chain: The Cyber War on America's Elections, (HBO 2019). | |
| 248 | Lindell | Jimmy Kimmel Live Interview of Mike Lindell (January 2023) | |
| 249 | Lindell/ Coomer | Video Compilation officials questioning elections from 2010 and on via news and public outlets. | |
| 250 | Lindell | LINDELL-011000 – LINDELL-011023 (Ex. 170 to Deposition of Christopher Ruddy) | |
| 251 | Lindell | Pl. Ex. 78 to Frankspeech 30b6 depo - Screenshot | |
| 252 | Montgomery/ Lindell | Pl. Ex. 174 to Dep. of Dennis Montgomery | |
| 253 | Halderman | Nov. 18, 2020 - DHS Email | |
| 254 | Coomer | Ex. 7 to Coomer Dep. (NY Times Article) | |
| 255 | Coomer | Gateway Pundit Articles re: Plaintiff 11.16.2020 & 12.27.2020 | |
| 256 | Coomer | Twitter Posts - Nov & Dec 2020 re Plaintiff | |
| 257 | Halderman/ Coomer | CBS News Clip – Aug. 2016 | |

| 258 | Halderman/Coomer | Social Media Posts following 2024 Election | |
|---|---|---|---|
| 259 | Lindell | My Pillow Tweets (Twitter) from 2020 | |
| 260 | Lindell | Lindell Tweets re: 2020 Election (sample) | |

Respectfully submitted this 13th day of May 2025.

/s/ Christopher I. Kachouroff
Christopher I. Kachouroff
chris@mck-lawyers.com
Robert J. Cynkar
rcynkar@mck-lawyers.com
McSweeny, Cynkar & Kachouroff PLLC
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
703-621-3300

Jennifer T. DeMaster
361 Falls Road, Suite 610
Grafton, Wisconsin 53024
jennifer@demasterlaw.com
414-235-7488

**ATTORNEYS FOR DEFENDANTS**