# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

ERIC COOMER,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Case No. 1:22-cv-01129-NYW-SBP

    Defendants.

---

# NOTICE

---

Pursuant to the Court's minute order (Doc. 338), Defendants provide notice and certify that the record is complete with respect to their Response to the Court's Order to Show Cause and the Court's April 28, 2025 minute order (Doc. 313) are submitted.

Dated: May 23, 2025.

    Respectfully Submitted,

*/s/ Christopher I. Kachouroff*
Christopher I. Kachouroff (VA Bar No. 44216)
**MCSWEENY, CYNKAR & KACHOUROFF PLLC**
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com

Jennifer T. DeMaster (WI Bar No. 1124201)
361 Falls Rd., Ste 610
Grafton, WI 53024
Telephone: (414) 235-7488
jennifer@demasterlaw.com

ATTORNEYS FOR DEFENDANTS