IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 22-cv-01129-NYW-SBP | Date: June 2, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| ERIC COOMER, Ph.D., | Ashley Morgan |
| | Bradley Kloewer |
| | Charles Cain |
| | David Beller |
| Plaintiff, | |
| v. | |
| MICHAEL J. LINDELL, | Christopher Kachouroff |
| FRANKSPEECH LLC, and | Jennifer DeMaster |
| MY PILLOW, INC., | James Duane |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 1**

**8:36 a.m.        Court in session.**

Appearances of counsel.  Jury panel not present.

Discussion regarding the timing of the trial.

Parties discuss Mr. Oltmann appearing by subpoena to testify.

Discussion regarding the preliminary jury instructions.  Court makes edits as discussed on the record.

**ORDERED:   Defendants' Oral Motion for Reconsideration of the Court's ruling on
Plaintiff's Motion in Limine is DENIED.**

Discussion regarding showing and admitting exhibits utilized during the video depositions.
Parties shall move to admit the exhibits before playing the video depositions.

Discussion regarding the potential need for addressing the reporter's privilege with respect to
witness Joseph Oltmann.

**ORDERED:   Plaintiff shall submit his trial brief today regarding potential invocation of
the reporter's privilege by witness Joseph Oltmann.  Defendants may file a
response to Plaintiff's trial brief.**

Mr. Duane makes a record with respect to the Court's ruling on Defendants' Oral Motion for
Reconsideration of the Court's ruling on Plaintiff's Motion in Limine.

Discussion regarding the Court's voir dire questions.  Court makes a modification as set forth on
the record.

Defendants object to slide 12 in the PowerPoint presentation to be used during Plaintiff's
opening statement.  Mr. Cain advises the Court that Plaintiff will not be using slide 12 during
Plaintiff's opening statement.

Mr. Kachouroff advises the Court that witness Brannon Howse is ill and unable to appear in
person to testify.  Mr. Kachouroff requests that Mr. Howse be allowed to appear by video
teleconference.  Court advises counsel that it does not generally permit live testimony by video.
Court will consider whether or not Defendants may make counter designations of Mr. Howse's
deposition.

Discussion regarding the use of technology in this courtroom during the trial.

Court takes a brief recess for counsel to meet and confer with respect to the PowerPoint slides to
be used during opening statements.

**8:59 a.m.        Court in recess.**
**9:19 a.m.        Court in session.**

Jury panel not present.

Court addresses Rule 103 of the Federal Rules of Evidence with respect to motions in limine and
the Court's consideration of evidence. Court will not reconsider its ruling with respect to the
evidence as to the car collision that occurred after the events in this case.

Defendants object to slides 13, 32, 17, 18, and 19 in the PowerPoint presentation to be used during Plaintiff's opening statement.

**ORDERED:   Defendants' objections are taken under advisement.**

Discussion regarding submitting a limiting instruction to the Court.

Discussion regarding the Parties' redactions to several exhibits to conform with the Court's ruling on Plaintiff's Motion in Limine.

**9:40 a.m.        Court in recess.**
**10:12 a.m.      Court in session.**

Jury panel present.

Court's preliminary remarks and introduction of staff, counsel, and parties.

Jury panel sworn for voir dire.

10:26 a.m.        Voir dire by Court commences.

10:30 a.m. – 10:31 a.m. Bench conference: Parties reserve with respect to Juror 100504605.

Continued voir dire by Court.

10:40 a.m. – 10:45 a.m. Bench conference: Parties' for cause challenge to Juror 100479935 is granted.  Defendants' for cause challenge to Juror 100487644 is granted.  Defendants' for cause challenge to Juror 100513730 is denied.

Continued voir dire by Court.

10:50 a.m. – 10:50 a.m. Bench conference: Parties' for cause challenge to Juror 100481309 is granted.

Continued voir dire by Court.

10:56 a.m. – 10:58 a.m. Bench conference: Defendants' for cause challenge to Juror 100512595 is denied.  Parties' for cause challenge to Juror 100476855 is granted.

Continued voir dire by Court.

11:00 a.m. – 11:03 a.m. Bench conference: Parties' for cause challenge to Juror 100518732 is granted.

Continued voir dire by Court.

Juror 100486072 is excused for undue hardship.

Continued voir dire by Court.

11:07 a.m. – 11:08 a.m. Bench conference: Court and counsel ask questions of Juror 100481285.

Continued voir dire by Court.

11:11 a.m. – 11:13 a.m. Bench conference: Defendants' for cause challenge to Juror 100513730 is granted.

Continued voir dire by Court.

11:15 a.m. – 11:23 a.m. Bench conference: Court and counsel ask questions of Juror 100486247. Defendants' for cause challenge to Juror 100519000 is denied.  Plaintiff's for cause challenge to Juror 100485491 is granted.

Continued voir dire by Court.

11:29 a.m. – 11:44 a.m. Bench conference: Defendants' for cause challenge to Juror 100486454 is denied at this time.  Court and counsel ask questions of Juror 100481285.  Defendants' for cause challenge to Juror 100489408 is granted.  Defendants' for cause challenge to Juror 100480632 is granted.

**11:44 a.m.      Court in recess.**
**11:58 a.m.      Court in session.**

Jury panel present.

Continued voir dire by Court.

12:05 p.m. – 12:09 p.m. Bench conference: Parties' for cause challenges to Jurors 100513332 and 100504605 are granted.

Continued voir dire by Court.

12:14 p.m. – 12:15 p.m. Bench conference: Court and counsel ask questions of Jurors 100476512 and 100477426.

Continued voir dire by Court.

12:26 p.m.      Jury panel is excused.

| 12:26 p.m. | Court in recess. |
|---|---|
| 12:28 p.m. | Court in session. |

Jury panel not present.

**ORDERED:  Defendants' objections to slides 13, 32, 18, and 19 in the PowerPoint presentation to be used during Plaintiff's opening statement are overruled. Defendants' objection to slide 17 in the PowerPoint presentation to be used during Plaintiff's opening statement is sustained.**

**ORDERED:  Plaintiff's Motion for Leave to Add Trial Exhibits [Doc. 348] is GRANTED.**

Plaintiffs make an Oral Motion for Contempt and for an Arrest Warrant to be Issued with Respect to Mr. Oltmann.  Court does not rule on the motion at this time and counsel will update the Court with respect to Mr. Oltmann.

| 12:36 p.m. | Court in recess. |
|---|---|
| 1:22 p.m. | Court in session. |

Jury panel present.

Continued voir dire by Court.

1:59 p.m. – 1:59 p.m. Bench conference.

| 2:00 p.m. | Voir dire by Mr. Beller. |
|---|---|

| 2:31 p.m. | Voir dire by Mr. Kachouroff. |
|---|---|

2:39 p.m. – 2:50 p.m. Bench conference: Plaintiff's for cause challenge to Juror 100478316 is denied.  Juror 100477426 is excused for hardship.  Defendants' for cause challenge to Juror 100505529 is denied.  Defendants' for cause challenge to Juror 100519000 is granted.

Continued voir dire by Court.

2:55 p.m. – 2:55 p.m. Bench conference: Juror 100506732 is excused for undue hardship.

Continued voir dire by Court.

| 2:59 p.m. | Continued voir dire by Mr. Beller. |
|---|---|

3:10 p.m. – 3:10 p.m. Bench conference: Parties pass the jury.

Continued voir dire by Court.

3:28 p.m. – 3:29 p.m. Bench conference.

Challenges for cause:

1)      100479935
2)      100487644
3)      100481309
4)      100476855
5)      100518732
6)      100486072
7)      100513730
8)      100485491
9)      100489408
10)     100480632
11)     100513332
12)     100504605
13)     100477426
14)     100519000
15)     100506732

Plaintiff's Peremptory Challenges:

1)      100506286
2)      100520260
3)      100481285

Defendants' Peremptory Challenges:

1)      100483246
2)      100478305
3)      100505529

3:32 p.m.      Eight jurors sworn to try the case:

1)      100486247
2)      100500410
3)      100517242
4)      100512595
5)      100476512
6)      100487967
7)      100478316
8)      100486454

Court instructs the jury.

3:34 p.m.        Jury excused.

Court reminds the Parties, counsel, and members of the public to abide by the Court's rules with respect to live communications in the courtroom.  Court advises the members of the public not to approach the jurors or try to speak to them in any way.

Discussion regarding Mr. Oltmann's absence.

**ORDERED:  Court takes the issue of contempt with respect to Mr. Oltmann under advisement.**

Discussion regarding redacting Exhibit 9.

Parties reached a stipulation to remove Exhibits 2-8.

**ORDERED:  Plaintiff's Oral Motion for a Sequestration Order is GRANTED.  The Court enters a Sequestration Order pursuant to Federal Rule of Evidence 615.**

**ORDERED:  Parties shall meet and confer with respect to a proposed limiting instruction.**

**3:39 p.m.        Court in recess.**
**4:01 p.m.        Court in session.**

4:04 p.m.        Jury present.

Court reads preliminary instructions to the jury.

Court advises jury regarding admonitions of trial.

4:42 p.m.        Jury excused until June 3, 2025 at 9:00 a.m.

Pending before the Court is Defendants' Oral Motion Pursuant to Rule 43(a) to Allow Witness Brannon Howse to Appear by Video Testimony.

Court makes a preliminary ruling with respect to the deposition designations.

**ORDERED:  Parties shall meet and confer with respect to procedural safeguards to allow live testimony by video.**

**ORDERED:  To the extent that Defendants seek an extension of the deadline to further designate Brannon Howse's deposition, that request is DENIED.**

**ORDERED:** **Defendants' Oral Motion Pursuant to Rule 43(a) to Allow Witness Brannon Howse to Appear by Video Testimony is TAKEN UNDER ADVISEMENT.**

**ORDERED:** **Consistent with the Parties' stipulation, Plaintiff's Oral Motion for a Sequestration Order Under Federal Rule of Evidence 615(b) is GRANTED.**

**4:53 p.m.     Court in recess.**

Trial continued.
Total time in court:     6:01