IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01129-NYW-SBP

ERIC COOMER, Ph.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC, and
MY PILLOW, INC.,

    Defendants.

| Juror No. | | Juror Name | Plaintiff's Challenge | Defendants' Challenge |
|---|---|---|---|---|
| 1. | 100486247 | Juror Names Redacted | 1. | 1. |
| 2. | 100483246 | | 2. | 2. X |
| 3. | 100500410 | | 3. | 3. |
| 4. | 100506286 | | 4. X | 4. |
| 5. | 100520260 | | 5. X | 5. |
| 6. | 100517242 | | 6. | 6. |
| 7. | 100481285 | | 7. X | 7. |
| 8. | 100478305 | | 8. | 8. X |
| 9. | 100512595 | | 9. | 9. |
| 10. | 100476512 | | 10. | 10. |
| 11. | 100505529 | | 11. | 11. X |
| 12. | 100487967 | | 12. | 12. |
| 13. | 100478316 | | 13. | 13. |
| 14. | 100486454 | | 14. ✗ | 14. ✗ |