# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Eric Coomer )
       Plaintiff, )
        ) Civil Action No. 22-CV-01129-NYW-SBP
v. )
Lindell et al. )
       Defendant )

## NOTICE OF ENTRY OF APPEARANCE FOR JOSEPH OLTMANN

The undersigned, Andrea M. Hall of The Hall Law Office, L.L.C. does hereby Enter her Appearance on behalf of Joseph Oltmann to this action.

**DATED** this 4th day of June, 2025

       The Hall Law Office, L.L.C.

       **S/ Andrea M. Hall**
       Andrea M. Hall
       P.O. Box 42
       Eaton, CO 80615
       (970) 419-8234

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June 2025, I caused a true and accurate copy of the foregoing **Entry of Appearance** to be filed using the ECF system, which will send notice to all parties of record:

       **S/ Andrea M. Hall**