IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 22-cv-01129-NYW-SBP | Date: June 3, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| Parties | Counsel |
|---|---|
| ERIC COOMER, Ph.D., | Ashley Morgan |
| | Bradley Kloewer |
| | Charles Cain |
| | David Beller |
| Plaintiff, | |
| v. | |
| MICHAEL J. LINDELL, | Christopher Kachouroff |
| FRANKSPEECH LLC, and | Jennifer DeMaster |
| MY PILLOW, INC., | James Duane |
| Defendants. | |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 2**

**8:37 a.m.        Court in session.**

Appearances of counsel.  Jury not present.

Discussion regarding the Court's Minute Order on Pretrial Issues [Doc. 344] and the Sequestration Orders Under Federal Rule of Evidence 615(a) and (b).  Plaintiff requests the Court to verbally remind the Parties of the Court's Order.

Court reminds the Parties that any sort of reporting, texting, live blogging, or live communication from this courtroom is strictly prohibited.  To the extent this Order is violated, the Court, in its discretion, will order sanctions.

Discussion regarding Exhibit 70.  Court concludes that a limiting instruction before opening statements is not necessary.  To the extent that there is testimony that is elicited and admitted at trial that might trigger the need for a limiting instruction, Parties shall submit proposed limiting instructions with case law and authority to the Court.

Plaintiff is prepared to file a motion to preserve confidentiality of various documents.

Discussion regarding redactions to Exhibit 9.  The Court will consider pages 0052 and 0021 that are in dispute and will make a ruling.

**8:54 a.m.        Court in recess.**
**9:07 a.m.        Court in session.**

Jury not present.

Court addresses witness, Mr. Joseph Oltmann.  Mr. Oltmann states his name for the record.  Court reminds Mr. Oltmann of its Order on the use of technology in the courtroom.  Mr. Oltmann is sworn, sequestered, and released from being present in the courthouse until he is called tomorrow.

9:13 a.m.        Jury present.

9:13 a.m.        Plaintiff's opening statement by Mr. Cain.

9:44 a.m.        Defendants' opening statement by Mr. Kachouroff.

Plaintiff, Eric Coomer, called and sworn.

10:06 a.m.        Direct examination of Dr. Coomer by Mr. Cain.

10:37 a.m.        Jury is excused.

Court reminds counsel to be mindful of the motion in limine rulings at Doc. 328 at pages 6-8.

10:40 a.m. – 10:48 a.m.        Bench conference: Discussion regarding redactions to Exhibit 9.

**10:48 a.m.        Court in recess.**
**11:00 a.m.        Court in session.**

Jury not present.

**ORDERED:  Exhibit 9A, page 0021, will be excluded.  With respect to Exhibit 9A, page 0052, the Court will allow the exhibit but for the redaction that is necessary to be consistent with the Court's prior motion in limine ruling.**

Court reminds counsel that when they are examining a witness, they shall not incorporate characterization of the law in those questions.

11:05 a.m.      Jury present.

Plaintiff, Eric Coomer, resumes.

11:05 a.m.      Continued direct examination of Dr. Coomer by Mr. Cain.

**Exhibit 178 is admitted.**

11:52 a.m. – 11:52 a.m.      Bench conference.

11:53 a.m.      Continued direct examination of Dr. Coomer by Mr. Cain.

11:55 a.m. – 11:56 a.m.      Bench conference.

11:56 a.m.      Continued direct examination of Dr. Coomer by Mr. Cain.

**Exhibit 36 is admitted.**

12:19 p.m.      Jury is excused.

Court clarifies its ruling with respect to Exhibit 9A.

**12:20 p.m.      Court in recess.**
**1:13 p.m.       Court in session.**

Jury present.

Plaintiff, Eric Coomer, resumes.

1:15 p.m.       Continued direct examination of Dr. Coomer by Mr. Cain.

**Exhibits 174 and 184 are admitted.**

1:32 p.m. – 1:32 p.m.  Bench conference.

1:33 p.m.       Continued direct examination of Dr. Coomer by Mr. Cain.

**Exhibits 185, 73, 187, 93, 192, 193, 112, 200 are admitted.**

2:22 p.m. – 2:23 p.m. Bench conference.

2:23 p.m.        Continued direct examination of Dr. Coomer by Mr. Cain.

**Exhibits 202, 203, 208, 224 are admitted.**

2:36 p.m. – 2:37 p.m. Bench conference.

2:37 p.m.        Continued direct examination of Dr. Coomer by Mr. Cain.

**2:39 p.m.        Court in recess.**
**3:00 p.m.        Court in session.**

Jury not present.

Mr. Kloewer raises an issue with respect to Lindell TV posting regularly about evidence that has not been disclosed in this case that Defendants intend to produce in cross examination of Dr. Coomer.  Parties agree to meet and confer regarding this issue.

3:07 p.m.        Jury present.

Plaintiff, Eric Coomer, resumes.

3:07 p.m.        Continued direct examination of Dr. Coomer by Mr. Cain.

**Exhibit 212 is admitted.**

3:17 p.m. – 3:17 p.m. Bench conference.

3:18 p.m.        Continued direct examination of Dr. Coomer by Mr. Cain.

**Exhibits 262, 38, 34 are admitted.**

Plaintiff offers Exhibit 235.  Defendants object.

**3:30 p.m. – 3:31 p.m. Bench conference: Defendants' objection is overruled.**

**Exhibit 235 is admitted.**

3:31 p.m.        Continued direct examination of Dr. Coomer by Mr. Cain.

**Exhibits 236 and 237 are admitted.**

3:40 p.m.        Jury is excused.

Counsel will meet and confer regarding Exhibit 9.

Discussion regarding documents that Defendants intend to use for impeachment purposes during cross examination of Dr. Coomer that have not been produced in this case.

**3:46 p.m.        Court in recess.**
**4:10 p.m.        Court in session.**

Jury not present.

Discussion regarding written discovery requests that Plaintiff previously issued and documents that Defendants intend to use for impeachment purposes during cross examination of Dr. Coomer that have not been produced in this case.

**ORDERED:   Parties shall submit the documents for in-camera review tonight.  Parties shall submit the discovery requests to date.**

4:18 p.m.        Jury present.

Plaintiff, Eric Coomer, resumes.

4:19 p.m.        Cross examination of Dr. Coomer by Mr. Kachouroff.

4:21 p.m. – 4:22 p.m. Bench conference: Discussion regarding the redactions to Exhibit 9A. Court takes a recess for redactions to be made to the electronic copy of Exhibit 9A.

**4:22 p.m.        Court in recess. – Jury excused until June 4, 2025 at 9:00 a.m.**
**4:43 p.m.        Court in session.**

Parties have resolved the issue with respect to Exhibit 9A.  The image was redacted consistent with the Court's Order. The exhibit will remain Exhibit 9A, instead of Exhibit 9.

**ORDERED:   Defendants shall advise the Court by tomorrow morning whether or not they will file a written opposition or make an oral opposition to Plaintiff's Motion to Protect Confidentiality [Doc. 350].**

Mr. Kachouroff will apprise the Court if Brannon Howse will not appear in person to testify.

Parties shall inform Mr. Oltmann that he likely will not testify until tomorrow afternoon.  Ms. Andrea Hall shall enter an appearance in this case if she intends to appear on Mr. Oltmann's behalf during his testimony.

Mr. Cain raises objections to Exhibit 9A.  Response by Mr. Kachouroff.

**4:55 p.m.        Court in recess.**

Trial continued.
Total time in court:    5:54