IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

Civil Action: 22-cv-01129-NYW-SBP                Date: June 5, 2025
Courtroom Deputy: Emily Buchanan              Court Reporter: Darlene Martinez

| *Parties* | *Counsel* |
|---|---|
| ERIC COOMER, Ph.D., | Ashley Morgan |
|  | Bradley Kloewer |
|  | Charles Cain |
|  | David Beller |
| Plaintiff, |  |
| v. |  |
| MICHAEL J. LINDELL, | Christopher Kachouroff |
| FRANKSPEECH LLC, and | Jennifer DeMaster |
| MY PILLOW, INC., | James Duane |
| Defendants. |  |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 4**

**8:51 a.m.**       **Court in session.**

Appearances of counsel.  Jury not present.

Defendants will be seeking reconsideration of the Court's ruling with respect to the counter designations of the deposition of Dennis Montgomery.  Parties shall meet and confer, and the Court will hear argument on this issue tomorrow morning.

**8:54 a.m.**       **Court in recess.**
**9:02 a.m.**       **Court in session.**

Jury present.

9:06 a.m. – 10:36 a.m.    Plaintiff's witness, Harri Hursti, by video deposition.

10:37 a.m. – 10:38 a.m. Bench conference.

**10:39 a.m.    Court in recess.**
**11:02 a.m.    Court in session.**

Jury not present.

Plaintiff moves to admit Exhibits 116 and 265 before the video deposition of Tina Peters is played.

**Exhibits 116 and 265 are admitted.**

11:11 a.m.    Jury present.

11:12 a.m. – 12:04 p.m.    Plaintiff's witness, Tina Peters, by video deposition.

12:05 p.m.    Jury is excused.

Discussion regarding the timing of the charging conference.

**12:07 p.m.    Court in recess.**
**1:08 p.m.    Court in session.**

Jury present.

**Court formally admits Exhibits 116 and 265 that were shown in conjunction with the deposition of Ms. Peters.**

Plaintiff's witness, Joe Oltmann, called and sworn.

1:11 p.m.    Direct examination of Mr. Oltmann by Mr. Kloewer.

**Exhibit 126 is admitted.**

1:31 p.m.    Deposition of Joseph Oltmann used for impeachment.

1:34 p.m.    Continued direct examination of Mr. Oltmann by Mr. Kloewer.

**Exhibit 169 is admitted.**

1:37 p.m. – 1:40 p.m. Bench conference.

1:40 p.m.        Continued direct examination of Mr. Oltmann by Mr. Kloewer.

**Exhibits 170, 171, 160, 59, 60, 134, 71, 191, 161, 164, 165, 29, 162, 25 are admitted.**

2:43 p.m. – 2:45 p.m. Bench conference.

2:45 p.m.        Continued direct examination of Mr. Oltmann by Mr. Kloewer.

2:55 p.m. – 2:57 p.m. Bench conference.

2:57 p.m.        Continued direct examination of Mr. Oltmann by Mr. Kloewer.

3:00 p.m. – 3:01 p.m. Bench conference.

3:02 p.m.        Jury is excused.

Discussion regarding the timing of Mr. Oltmann's testimony.

**3:03 p.m.        Court in recess.**
**3:22 p.m.        Court in session.**

Jury not present.

3:22 p.m. – 3:25 p.m. Bench conference.

3:27 p.m.        Jury present.

Plaintiff's witness, Joe Oltmann, resumes.

3:27 p.m.        Continued direct examination of Mr. Oltmann by Mr. Kloewer.

**Exhibits 32, 167, 26, 22 are admitted.**

4:09 p.m. – 4:10 p.m. Bench conference.

4:10 p.m.        Continued direct examination of Mr. Oltmann by Mr. Kloewer.

4:17 p.m. – 4:17 p.m. Bench conference.

4:18 p.m.        Continued direct examination of Mr. Oltmann by Mr. Kloewer.

4:19 p.m.        Cross examination of Mr. Oltmann by Mr. Kachouroff.

4:20 p.m. – 4:22 p.m. Bench conference.

4:22 p.m.        Continued cross examination of Mr. Oltmann by Mr. Kachouroff.

4:23 p.m. – 4:24 p.m. Bench conference.

4:25 p.m.        Continued cross examination of Mr. Oltmann by Mr. Kachouroff.

**4:26 p.m.        Court in recess.**
**4:34 p.m.        Court in session.**

Jury present.

Plaintiff's witness, Joe Oltmann, resumes.

4:36 p.m.        Continued cross examination of Mr. Oltmann by Mr. Kachouroff.

4:56 p.m. – 5:00 p.m. Bench conference.

Court advises jury regarding admonitions of trial.

5:00 p.m.        Jury excused until June 6, 2025 at 9:00 a.m.

**ORDERED:   Defendants' request for the Court to reinstruct the jurors and remind them of their obligations is GRANTED.**

**5:03 p.m.        Court in recess.**

Trial continued.
Total time in court:     6:13