IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

---

Civil Action: 22-cv-01129-NYW-SBP          Date: June 6, 2025
Courtroom Deputy: Emily Buchanan          Court Reporter: Darlene Martinez

---

| *Parties* | *Counsel* |
|---|---|

ERIC COOMER, Ph.D.,                    Ashley Morgan
                                       Bradley Kloewer
                                       Charles Cain
                                       David Beller

      Plaintiff,

v.

MICHAEL J. LINDELL,                    Christopher Kachouroff
FRANKSPEECH LLC, and                   Jennifer DeMaster
MY PILLOW, INC.,                       James Duane

      Defendants.

---

**COURTROOM MINUTES**

---

**JURY TRIAL – DAY 5**

**8:37 a.m.        Court in session.**

Appearances of counsel.  Jury not present.

Pending before the Court is whether or not defense witnesses including Mr. Oltmann will be able to testify about the basis of their opinions that the 2020 election was subject to fraud or tampering.

Argument by Mr. Kachouroff and Mr. Kloewer.

**ORDERED:** **Parties may present evidence that can be sufficiently tied and given a nexus to either Dominion Voting Systems and Dr. Coomer as alleged or stated in the various alleged defamatory statements.**

Defendants request that witness Max McGuire appear live to testify instead of appearing via video deposition.

Response by Ms. Morgan.

**ORDERED:** **Court will bind the Parties to the representation made in the Joint Notice to the Court Regarding Trial Witnesses [Doc. 345] which indicates that Mr. McGuire will appear at trial via video deposition. Mr. McGuire will be presented at this trial through his deposition testimony.**

**ORDERED:** **Parties shall disclose to opposing counsel the witnesses to be called the following day by lunchtime the day before.**

**ORDERED:** **Mr. Lindell will be permitted to testify June 9 and 10, 2025.**

**ORDERED:** **Defendants' oral request for the Court to reconsider its ruling with respect to Mr. McGuire's testimony is denied.**

**9:06 a.m.**    **Court in recess.**
**9:16 a.m.**    **Court in session.**

Jury present.

Plaintiff's witness, Joe Oltmann, resumes.

9:18 a.m.    Continued cross examination of Mr. Oltmann by Mr. Kachouroff.

9:23 a.m. – 9:26 a.m. Bench conference.

9:26 a.m.    Continued cross examination of Mr. Oltmann by Mr. Kachouroff.

**9:54 a.m.**    **Court in recess.**
**10:19 a.m.**    **Court in session.**

Jury not present.

Parties have reached an agreement with respect to the admissibility of the evidence discussed at side bar.

10:23 a.m.    Jury present.

Plaintiff's witness, Joe Oltmann, resumes.

10:23 a.m.        Continued cross examination of Mr. Oltmann by Mr. Kachouroff.

**Exhibits 266 and 267 are admitted.**

10:27 a.m. – 10:38 a.m. Bench conference.

10:38 a.m.        Continued cross examination of Mr. Oltmann by Mr. Kachouroff.

10:42 a.m. – 10:42 a.m. Bench conference.

10:42 a.m.        Continued cross examination of Mr. Oltmann by Mr. Kachouroff.

10:54 a.m. – 10:55 a.m. Bench conference.

10:56 a.m.        Continued cross examination of Mr. Oltmann by Mr. Kachouroff.

10:56 a.m.        Redirect examination of Mr. Oltmann by Mr. Kloewer.

11:00 a.m. – 11:02 a.m. Bench conference.

11:02 a.m.        Continued redirect examination of Mr. Oltmann by Mr. Kloewer.

**Exhibit 216 is admitted.**

11:11 a.m.        Recross examination of Mr. Oltmann by Mr. Kachouroff.

11:13 a.m. – 11:37 a.m.        Plaintiff's witness, Max McGuire, by video deposition.

**11:38 a.m.        Court in recess.**
**11:54 a.m.        Court in session.**

Jury present.

Plaintiff's witness, Heidi Beedle, called and sworn.

11:58 a.m.        Direct examination of Ms. Beedle by Mr. Kloewer.

12:03 p.m. – 12:04 p.m. Bench conference.

12:04 p.m.        Continued direct examination of Ms. Beedle by Mr. Kloewer.

12:13 p.m.       Cross examination of Ms. Beedle by Mr. Kachouroff.

12:17 p.m. – 12:18 p.m. Bench conference.

12:18 p.m.       Continued cross examination of Ms. Beedle by Mr. Kachouroff.

12:20 p.m. – 12:21 p.m. Bench conference.

12:21 p.m.       Continued cross examination of Ms. Beedle by Mr. Kachouroff.

12:24 p.m. – 12:25 p.m. Bench conference.

12:25 p.m.       Continued cross examination of Ms. Beedle by Mr. Kachouroff.

12:26 p.m.       Redirect examination of Ms. Beedle by Mr. Kloewer.

Court advises jury regarding admonitions of trial.

12:29 p.m.       Jury is excused.

**12:31 p.m.       Court in recess.**
**1:27 p.m.       Court in session.**

Jury present.

Plaintiff's witness, Kurt Olsen, called and sworn.

1:30 p.m.       Direct examination of Mr. Olsen by Mr. Kloewer.

**Exhibits 57 and 61 are admitted.**

Plaintiff offers Exhibit 49.  Defendants object.

**1:39 p.m. – 1:41 p.m. Bench conference: Defendants' objection is sustained.  Exhibit 49 is refused.**

1:41 p.m.       Continued direct examination of Mr. Olsen by Mr. Kloewer.

**Exhibit 66 is admitted.**

1:46 p.m. – 1:47 p.m. Bench conference.

1:47 p.m.       Continued direct examination of Mr. Olsen by Mr. Kloewer.

**Exhibits 86, 91, 197, 218 are admitted.**

2:00 p.m.        Cross examination of Mr. Olsen by Mr. Kachouroff.

2:13 p.m. – 2:13 p.m. Bench conference.

2:14 p.m.        Continued cross examination of Mr. Olsen by Mr. Kachouroff.

2:23 p.m.        Redirect examination of Mr. Olsen by Mr. Kloewer.

**2:27 p.m.        Court in recess.**
**2:45 p.m.        Court in session.**

Jury present.

2:47 p.m. – 3:52 p.m.  Plaintiff's witness, Joshua Merrit, by video deposition.

3:53 p.m. – 3:53 p.m. Bench conference.

Court advises jury regarding admonitions of trial.

3:54 p.m.        Jury excused until June 9, 2025 at 9:00 a.m.

Court recommends that the members of the public do not approach the witnesses or the jurors in any way.

Parties address the deposition designations of Dennis Montgomery.

**ORDERED:    Defendants' Oral Motion for Reconsideration of the Court's Ruling with**
**Respect to the Counter Designations of the Deposition of Dennis**
**Montgomery is TAKEN UNDER ADVISEMENT.**

**ORDERED:    Plaintiff's Unopposed Request for Professor Halderman to Review the Trial**
**Transcript is GRANTED.**

Court and Parties discuss holding the charging conference on Tuesday morning.

**4:06 p.m.        Court in recess.**

Trial continued.
Total time in court:     5:24