# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01129-NYW-SBP

ERIC COOMER,

    Plaintiff,

v.

MICHAEL J. LINDELL,
MY PILLOW, INC., and
FRANKSPEECH LLC,

    Defendants.

## MINUTE ORDER

Entered by United States District Judge Nina Y. Wang

    This matter is before the Court on the Parties' objections to the designated deposition testimony of Brannon Howse. *See* [Doc. 301]. Plaintiff has since communicated to the Court that certain portions of Mr. Howse's deposition are "de-designated" and will not be presented at trial. The Court accordingly limits this Minute Order to objections regarding the portions of Mr. Howse's deposition that will be presented at trial.

## II.    Objections to Designations of Brannon Howse[1]

| Lines | Objection | Ruling |
|---|---|---|
| 34:23–36:8 | FRE 602, 701, 403, 802 | **Overruled**. |
| 58:12–59:2 | FRE 602, 701, 802, 403 | **Overruled**. |
| 60:10–61:13 | FRE 106, 403 | **Overruled**. |
| 67:17–68:9 | FRE 401, 402, 403 | **Overruled**. |
| 72:13–72:19 | FRE 602, 701, 401, 402, 403 | **Sustained.** |
| 79:3–81:2 | FRE 602 | **Sustained**. |
| 86:8–87:2 | FRE 401, 402, 403 | **Overruled**. |
| 91:3–92:10 | FRE 106, 602 | **Sustained**. |
| 108:24–109:7 | FRE 602, 701, 403 | **Overruled**. |
| 113:1–113:9 | FRE 602, 701, 403 | **Overruled**. |
| 118:18–119:6 | FRE 106 (no clips), 602 | **Sustained.** |

---

[1] The Parties agree that 56:19–58:11 and 318:2–319:10 may be played, but the elapsed time for such designations will be attributed to Defendants' case.

| | | |
|---|---|---|
| 121:9–123:24 | FRE 106, 602 | **Overruled**. |
| 127:20–129:3 | FRE 401, 402, 403 | **Overruled**. |
| 130:9–130:17 | FRE 106, 401, 402, 403, 802 | **Overruled**. |
| 140:11–146:24 | FRE 401, 402, 403 | **Overruled**. |
| 147:13–148:5 | FRE 602, 701, 403 | **Overruled**. |
| 163:16–163:25 | FRE 401, 402, 403, 104 | **Overruled**. |
| 164:10–165:13 | FRE 401, 402, 403, 104 | **Overruled**. |
| 170:20–173:5 | FRE 401, 402, 403, 104, 106 | **Overruled**. |
| 174:21–175:10 | FRE 602, 403 | **Overruled**. |
| 208:21–208:25 | FRE 801, 401, 402, 403 | **Overruled**. |
| 221:3–222:8 | FRE 106, 602 | **Overruled**. |
| 243:11 (beginning with "Let me show")–246:18[2] | FRE 602, 401, 402, 403 | **Overruled**. |
| 265:20–266:16[3] | FRE 106, 602 | **Overruled**. |
| 281:21–284:17 | FRE 401, 402, 403, 802, 104, 106 | **Overruled**. |
| 302:23–303:11 | FRE 802, 403 | **Overruled**. |
| 303:18–304:25 | FRE 802, 403 | **Overruled**. |
| 316:3–317:4 | FRE 802, 602 | **Overruled**. |

DATED: June 9, 2025

---

[2] Mr. Howse's testimony relates to Exhibit 88 that appears to analytics related to the Cyber Symposium event. To the Court's knowledge, Exhibit 88 has not been provided to the Court for consideration. Defendants did not object based on hearsay, and it appears in the context of the questions that Plaintiff is offering the exhibit not for the truth of the statements asserted, but to demonstrate the relationship between Defendant FrankSpeech LLC and the statements published during Cyber Symposium. Accordingly, this Court finds it appropriate to admit the exhibit along with the testimony.

[3] Mr. Howse's testimony relates to a clip of an interview conducted between Mr. Howse and Mr. Lindell on April 6, 2022, which was marked as Exhibit 65, clip 21. [Howse depo. 264:18-23]. This exhibit appears to be Trial Exhibit 202 that has been admitted in evidence. [Doc. 357 at 4].