IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 22-cv-01129-NYW-SBP | Date: June 9, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Sadie Herbert |

| *Parties* | *Counsel* |
|---|---|
| ERIC COOMER, Ph.D., | Ashley Morgan |
| | Bradley Kloewer |
| | Charles Cain |
| | David Beller |
| Plaintiff, | |
| v. | |
| MICHAEL J. LINDELL, | Christopher Kachouroff |
| FRANKSPEECH LLC, and | Jennifer DeMaster |
| MY PILLOW, INC., | James Duane |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 6**

**9:03 a.m.**     **Court in session.**

Appearances of counsel.  Jury not present.

Parties inform the Court that Mr. Brannon Howse is not appearing live to testify but will be appearing by video deposition.  Parties and the Court will discuss Defendants' objections to the designations during the morning break.

9:06 a.m.     Jury present.

Defendant, Michael Lindell, called and sworn.

9:07 a.m.  Direct examination of Mr. Lindell by Mr. Cain.

9:09 a.m. – 9:09 a.m. Bench conference.

9:09 a.m.  Continued direct examination of Mr. Lindell by Mr. Cain.

**Exhibits 261 and 173 are admitted.**

10:25 a.m.  Jury is excused.

Defendants raise objections to the designations of the deposition of Mr. Brannon Howse.  The Court will issue rulings as soon as possible.

**10:29 a.m.  Court in recess.**
**10:48 a.m.  Court in session.**

Jury not present.

The Court clarifies a portion of the designations of the deposition of Mr. Brannon Howse.

10:51 a.m.  Jury present.

Defendant, Michael Lindell, resumes.

10:51 a.m.  Continued direct examination of Mr. Lindell by Mr. Cain.

10:56 a.m.  Deposition of Michael Lindell used for impeachment.

11:01 a.m.  Continued direct examination of Mr. Lindell by Mr. Cain.

**Exhibit 54 is admitted.**

11:34 a.m. – 11:36 a.m. Bench conference.

11:36 a.m.  Continued direct examination of Mr. Lindell by Mr. Cain.

**Exhibit 190 is admitted.**

11:45 a.m. – 11:46 a.m. Bench conference.

11:46 a.m.  Continued direct examination of Mr. Lindell by Mr. Cain.

**Exhibit 83 is admitted.**

11:57 a.m. – 11:58 a.m. Bench conference.

11:58 a.m.   Continued direct examination of Mr. Lindell by Mr. Cain.

12:14 p.m.   Jury is excused.

**12:15 p.m.   Court in recess.**
**1:07 p.m.    Court in session.**

Jury present.

Defendant, Michael Lindell, resumes.

1:10 p.m.    Continued direct examination of Mr. Lindell by Mr. Cain.

**Exhibits 98, 88, 96, 97, 188, 15 are admitted.**

Plaintiff offers Exhibit 17.

2:00 p.m. – 2:01 p.m. Bench conference.

2:01 p.m.    Continued direct examination of Mr. Lindell by Mr. Cain.

**Exhibit 17 is admitted.  Parties shall redact personal identifying information before the exhibit goes to the jury.**

**Exhibits 244, 55, 81 are admitted.**

**2:36 p.m.    Court in recess.**
**2:54 p.m.    Court in session.**

Jury present.

Defendant, Michael Lindell, resumes.

2:56 p.m.    Continued direct examination of Mr. Lindell by Mr. Cain.

**Exhibits 194 and 114 are admitted.**

Plaintiff offers Exhibit 268.  Defendants object.

**3:51 p.m. – 3:52 p.m. Bench conference: Defendants' objection is overruled.**

**Exhibit 268 is admitted.**

3:52 p.m.	Continued direct examination of Mr. Lindell by Mr. Cain.

3:54 p.m.	Cross examination of Mr. Lindell by Mr. Duane.

4:30 p.m. – 4:31 p.m. Bench conference.

4:31 p.m.	Continued cross examination of Mr. Lindell by Mr. Duane.

4:49 p.m. – 4:50 p.m. Bench conference.

4:51 p.m.	Continued cross examination of Mr. Lindell by Mr. Duane.

Court advises jury regarding admonitions of trial.

4:56 p.m.	Jury excused until June 10, 2025 at 9:00 a.m.

Discussion regarding holding the charging conference tomorrow afternoon.

Defendants raise a question with respect to offering into evidence video exhibits and the possibility of playing clips from the video instead of the entire video. The Court advises Defendants that if they excerpt any portion of an exhibit, they shall label it as a new exhibit and provide it to opposing counsel and the Court.

**5:00 p.m.	Court in recess.**

Trial continued.
Total time in court:	6:28