# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01129-NYW-SBP

ERIC COOMER,

    Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH, LLC,
MY PILLOW, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Nina Y. Wang**

    This matter is before the Court on Plaintiff's objections to Defendants' request to present certain video clips excerpted from longer video exhibits. The Court notes that Defendants have provided two versions of their excerpts of Exhibit 231 and requested the Court consider the longer version. Accordingly, the Court issues its rulings based on the links to video clips provided in Defendants' 9:38 a.m. email on June 11, 2025, including the longer version of the excerpts from Exhibit 231. As set forth below, Plaintiff's objections are **OVERRULED in part** and **SUSTAINED in part**. The Court designates its rulings based on the timestamps in the video clips submitted by Defendants, not the timestamps in the exhibits as a whole.

I.    **Exhibit 229, Defendant Michael Lindell's "Absolute Proof" Documentary**

| Timestamp | Ruling |
| --- | --- |
| 0:00–0:31 | Sustained under Fed. R. Evid. 403. |
| 0:32–2:02 | Overruled. |
| 2:03–6:41 | Sustained under Rules 403 and 702. |
| 6:42–7:07 | Overruled. |
| 7:15–9:45 | Sustained under Rules 403 and 702. |
| 9:46–10:02 | Sustained under Rule 403. |

II.    **Exhibit 230, Defendant Lindell's "Scientific Proof" Documentary**

    Plaintiff's objection is sustained as to the entirety of this video clip under Rule 403 and Rule 702.

### III. Exhibit 231, Defendant Lindell's "Absolute Interference" Documentary

| Timestamp | Ruling |
| --- | --- |
| 0:00–2:15 | Overruled. |
| 2:15–3:01 | Sustained under Rule 403. |
| 3:02–4:39 | Sustained under Rules 403 and 702. |
| 4:42–5:50 | Sustained under Rules 403 and 702. |
| 5:51–6:23 | Overruled. |
| 6:23–9:15 | Sustained under Rule 403. |
| 9:16–9:29 | Overruled. |
| 9:30–10:01 | Overruled. |
| 10:02–10:41 | Sustained under Rules 403 and 802. |
| 10:42–10:51 | Overruled. |
| 10:52–11:42 | Overruled. |
| 11:43–11:54 | Sustained under Rules 403 and 702. |
| 11:55–13:10 | Sustained under Rules 403 and 702 to the extent Defendants wish to present this clip during Mr. Lindell's testimony. Defendants may present this portion of Exhibit 231 during Professor Halderman's testimony. |
| 13:11–14:26 | Sustained under Rule 403. |

### IV. Exhibit 247, "Kill Chain" Documentary

| Timestamp | Ruling |
| --- | --- |
| 0:00–4:58 | Sustained under Rule 403. |
| 4:59–12:20 | Overruled. |
| 12:21–15:01 | Overruled. |
| 15:02–15:28 | Sustained under Rules 403 and 702 to the extent Defendants wish to present this clip during Mr. Lindell's testimony. Defendants may present this portion of Exhibit 247 during Professor Halderman's testimony. |
| 15:29–17:45 | Sustained under Rule 403. |

### V. Exhibit 248, Defendant Lindell's Interview with Jimmy Kimmel

Plaintiff's objection is sustained as to the entirety of this video clip under Rule 403.

DATED: June 10, 2025