IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

---

Civil Action: 22-cv-01129-NYW-SBP          Date: June 10, 2025
Courtroom Deputy: Emily Buchanan          Court Reporter: Sadie Herbert

---

| Parties | Counsel |
|---|---|

ERIC COOMER, Ph.D.,                         Ashley Morgan
                                            Bradley Kloewer
                                            Charles Cain
                                            David Beller

      Plaintiff,

v.

MICHAEL J. LINDELL,                         Christopher Kachouroff
FRANKSPEECH LLC, and                        Jennifer DeMaster
MY PILLOW, INC.,                            James Duane

      Defendants.

---

**COURTROOM MINUTES**

---

**JURY TRIAL – DAY 7**

**8:36 a.m.       Court in session.**

Appearances of counsel.  Jury not present.

Mr. Cain raises an issue with respect to Defendants offering video evidence during the testimony of Mr. Lindell.  Response by Mr. Duane.

**ORDERED:   Defendants are not permitted to play the entire Kill Chain movie, Exhibit 247, under a 403 analysis.**

Defendants request to offer excerpts of Exhibits 248, 247, 229, 230, and 231 during the testimony of Mr. Lindell.

**ORDERED:** **Defendants shall provide the excerpts of Exhibits 248, 247, 229, 230, and 231 to Plaintiff and the Court. The Court will review the excerpts at a break outside the province of the jury.**

Mr. Kloewer advises the Court that the Parties are in agreement with respect to the reading of the deposition of Dr. Jared Finkell.

**9:12 a.m.        Court in recess.**
**9:55 a.m.        Court in session.**

Jury not present.

Defendants provided the excerpts of Exhibits 248, 247, 229, 230, and 231 to Plaintiff and the Court.

Mr. Duane has examination of Mr. Lindell that does not implicate the video clips. Plaintiff's counsel will simultaneously review the clips outside of the courtroom.

Parties advise the Court as to when the videos were produced.

**10:00 a.m.       Court in recess.**
**10:13 a.m.       Court in session.**

Jury present.

Defendant, Michael Lindell, resumes.

10:16 a.m.       Continued cross examination of Mr. Lindell by Mr. Duane.

10:29 a.m. – 10:31 a.m. Bench conference.

10:31 a.m.       Continued cross examination of Mr. Lindell by Mr. Duane.

10:37 a.m. – 10:38 a.m. Bench conference.

10:38 a.m.       Continued cross examination of Mr. Lindell by Mr. Duane.

10:45 a.m. – 10:46 a.m. Bench conference.

10:46 a.m.       Continued cross examination of Mr. Lindell by Mr. Duane.

11:09 a.m. – 11:11 a.m. Bench conference.

11:11 a.m.       Continued cross examination of Mr. Lindell by Mr. Duane.

11:22 a.m. – 11:27 a.m. Bench conference.

11:27 a.m.        Continued cross examination of Mr. Lindell by Mr. Duane.

**11:29 a.m.        Court in recess.**
**11:49 a.m.        Court in session.**

Jury present.

Defendant, Michael Lindell, resumes.

11:52 a.m.        Continued cross examination of Mr. Lindell by Mr. Duane.

12:23 p.m.        Jury is excused.

Parties are prepared to address the excerpts of Exhibits 248, 247, 229, 230, and 231 after the break.  Defendants will provide the reclip of Exhibit 231.

Defendants have no objection to the redactions of Exhibits 17 and 37 submitted by Plaintiff.

**12:26 p.m.        Court in recess.**
**1:16 p.m.        Court in session.**

Jury not present.

Discussion regarding the timing of the remainder of the cross examination of Mr. Lindell.  The Court may take a break to make a determination as to the excerpts of Exhibits 248, 247, 229, 230, and 231.

1:18 p.m.        Jury present.

Defendant, Michael Lindell, resumes.

1:18 p.m.        Continued cross examination of Mr. Lindell by Mr. Duane.

1:29 p.m. – 1:31 p.m. Bench conference.

1:31 p.m.        Continued cross examination of Mr. Lindell by Mr. Duane.

1:37 p.m.        Jury is excused.

Court will hear argument with respect to the excerpts of Exhibits 248, 247, 229, 230, and 231 after a brief recess.

**1:38 p.m.**      **Court in recess.**
**1:49 p.m.**      **Court in session.**

Jury not present.

Argument by Mr. Beller with respect to the excerpts of Exhibits 248, 247, 229, 230, and 231 that Defendants would like to proffer in their examination of Mr. Lindell.  Response by Ms. DeMaster.

**ORDERED:**   **The Court takes the matter under advisement with respect to the excerpts of Exhibits 248, 247, 229, 230, and 231.**

Discussion regarding the timing of the afternoon.

**2:27 p.m.**      **Court in recess.**
**2:42 p.m.**      **Court in session.**

Jury not present.

Court proposes that Mr. Cain examine Mr. Lindell, Plaintiff play a short deposition clip, the Court and Parties hold the charging conference this afternoon, and Mr. Lindell resume the stand tomorrow for recross examination.  Parties have no objection.

2:47 p.m.        Jury present.

Defendant, Michael Lindell, resumes.

2:48 p.m.        Redirect examination of Mr. Lindell by Mr. Cain.

Plaintiff offers Exhibit 56.  Defendants object.

**2:59 p.m. – 3:01 p.m. Bench conference: Defendants' objection is overruled.**

3:02 p.m.        Continued redirect examination of Mr. Lindell by Mr. Cain.

**Exhibit 56 is admitted.**

3:20 p.m. – 3:41 p.m.  Plaintiff's witness, Christopher Ruddy, by video deposition.

Court advises jury regarding admonitions of trial.

3:42 p.m.        Jury excused until June 11, 2025 at 9:00 a.m.

**3:42 p.m.        Court in recess.**
**3:56 p.m.        Court in session.**

Parties will meet and confer and email a limiting instruction to chambers.

Charging conference.

**4:59 p.m.        Court in recess.**

Trial continued.
Total time in court:    5:37