IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| Civil Action: 22-cv-01129-NYW-SBP | Date: June 12, 2025 |
|---|---|
| Courtroom Deputy: Emily Buchanan | Court Reporters: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| ERIC COOMER, Ph.D., | Ashley Morgan |
| | Bradley Kloewer |
| | Charles Cain |
| | David Beller |
| Plaintiff, | |
| v. | |
| MICHAEL J. LINDELL, | Christopher Kachouroff |
| FRANKSPEECH LLC, and | Jennifer DeMaster |
| MY PILLOW, INC., | James Duane |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 9**

**8:39 a.m.        Court in session.**

Appearances of counsel. Jury not present.

Ms. Morgan advises the Court that the Parties have conferred, reached a stipulation on a limiting instruction for the videos, and will provide a copy to the Court.

Parties will meet and confer regarding a proposed limiting instruction involving Rule 408 and Exhibit 70.

Parties discuss Plaintiff's proposed instruction on willful and wanton conduct.

**ORDERED:   Court takes Plaintiff's proposed instruction on willful and wanton conduct under advisement.**

Court will provide its edits to the verdict form to the Parties.

Court makes a finding on the Fifth Amendment adverse inference instruction. This instruction will be included in the Final Jury Instructions.

| | |
|---|---|
| **8:49 a.m.** | **Court in recess.** |
| **9:03 a.m.** | **Court in session.** |

Jury present.

Plaintiff's witness, Alex Halderman, resumes.

9:06 a.m.        Continued direct examination of Dr. Halderman by Ms. Morgan.

9:07 a.m. – 9:08 a.m. Bench conference.

9:08 a.m.        Continued direct examination of Dr. Halderman by Ms. Morgan.

9:39 a.m. – 9:40 a.m. Bench conference.

9:40 a.m.        Continued direct examination of Dr. Halderman by Ms. Morgan.

10:03 a.m. – 10:04 a.m. Bench conference.

10:05 a.m.        Continued direct examination of Dr. Halderman by Ms. Morgan.

10:38 a.m.        Jury is excused.

Parties will provide an additional stipulated limiting instruction to the Court.

Court will finalize the jury instructions and email them to counsel for their review.

Court reminds Plaintiff that he shall conclude his case no later than lunch today in order for Defendants to present their one witness.

| | |
|---|---|
| **10:40 a.m.** | **Court in recess.** |
| **11:01 a.m.** | **Court in session.** |

Jury not present.

Court reads a limiting instruction to the Parties. Parties have no objection to the limiting instruction. With the correction of 247A and the correction with respect to a typographical error, the limiting instruction is stipulated to by the Parties and will be added to the final jury instructions.

Parties address the final jury instructions.

11:08 a.m.     Jury present.

Plaintiff's witness, Alex Halderman, resumes.

11:08 a.m.     Continued direct examination of Dr. Halderman by Ms. Morgan.

11:11 a.m. – 11:15 a.m. Bench conference.

11:15 a.m.     Continued direct examination of Dr. Halderman by Ms. Morgan.

Plaintiff offers Exhibit 31. Defendants object.

**11:24 a.m. – 11:24 a.m. Bench conference: Defendants' objection is overruled. Exhibit 31 is admitted.**

11:25 a.m.     Continued direct examination of Dr. Halderman by Ms. Morgan.

12:19 p.m.     Cross examination of Dr. Halderman by Mr. Kachouroff.

12:31 p.m.     Jury is excused.

Court gives a warning to the gallery to not audibly react to anything that is going on in the courtroom. To the extent that more audible reactions from the gallery are heard that could potentially influence the integrity of the jury, those individuals will be removed from the courtroom.

Parties and Court will address the limiting instruction after the lunch recess.

**12:34 p.m.     Court in recess.**
**1:21 p.m.      Court in session.**

Jury not present.

Parties met and conferred, and Defendants have no objection to Plaintiff's proposed modification to the Court's instruction.

Court will finalize the jury instructions and verdict forms and email them to counsel.

1:23 p.m.        Jury present.

Plaintiff's witness, Alex Halderman, resumes.

1:23 p.m.        Continued cross examination of Dr. Halderman by Mr. Kachouroff.

1:38 p.m. – 1:39 p.m. Bench conference.

1:39 p.m.        Continued cross examination of Dr. Halderman by Mr. Kachouroff.

1:43 p.m. – 1:44 p.m. Bench conference.

1:44 p.m.        Continued cross examination of Dr. Halderman by Mr. Kachouroff.

1:55 p.m. – 1:56 p.m. Bench conference.

1:57 p.m.        Continued cross examination of Dr. Halderman by Mr. Kachouroff.

2:27 p.m. – 2:28 p.m. Bench conference.

2:28 p.m.        Continued cross examination of Dr. Halderman by Mr. Kachouroff.

Defendants offer Exhibit 269.  Plaintiff objects.

**2:32 p.m. – 2:33 p.m. Bench conference: Plaintiff's objection is sustained.  Exhibit 269 is refused.**

2:33 p.m.        Continued cross examination of Dr. Halderman by Mr. Kachouroff.

2:43 p.m. – 2:43 p.m. Bench conference.

2:44 p.m.        Continued cross examination of Dr. Halderman by Mr. Kachouroff.

Defendants request to show video clips to Dr. Halderman.

2:44 p.m. – 2:47 p.m. Bench conference.

2:47 p.m.        Jury is excused.

Defendants shall provide a copy of the video clips to the Court and Plaintiff.

**2:48 p.m.        Court in recess.**
**3:07 p.m.        Court in session.**

Jury not present.

Plaintiff objects to the video clips proposed by Defendants.

**ORDERED:   Court will allow Defendants to impeach Dr. Halderman with the video clips, but the video clips will not be admitted in evidence.**

Defendants offer Exhibit 53 and will not recall Dr. Coomer to the stand.

**Exhibit 53 is admitted out of order.**

Defendants make an offer of proof.  The document is marked as Exhibit 270.

**Exhibit 270 is refused.**

**ORDERED:   Defendants' request to recall Dr. Coomer to the stand to inquire about Exhibit 270 is DENIED.**

**ORDERED:   Plaintiff's request for Exhibit 270 to remain at a Level 1 restriction is GRANTED until the Court has an opportunity to adjudicate a motion to restrict.**

Discussion regarding the timing of the remaining witnesses.

3:18 p.m.        Jury present.

Plaintiff's witness, Alex Halderman, resumes.

3:18 p.m.        Continued cross examination of Dr. Halderman by Mr. Kachouroff.

3:19 p.m. – 3:19 p.m. Bench conference.

3:19 p.m.        Continued cross examination of Dr. Halderman by Mr. Kachouroff.

3:21 p.m. – 3:22 p.m. Bench conference.

3:22 p.m.        Continued cross examination of Dr. Halderman by Mr. Kachouroff.

3:29 p.m.        Redirect examination of Dr. Halderman by Ms. Morgan.

3:36 p.m. – 3:36 p.m. Bench conference.

Defendants' witness, Peter Kent, called and sworn.

3:39 p.m.      Direct examination of Mr. Kent by Mr. Kachouroff.

Defendants offer Mr. Kent as a reach expert and social media expert. Plaintiff has no objection. Court finds Mr. Kent is so qualified.

3:54 p.m.      Cross examination of Mr. Kent by Mr. Beller.

4:23 p.m. – 4:25 p.m. Bench conference.

4:25 p.m.      Continued cross examination of Mr. Kent by Mr. Beller.

4:34 p.m. – 4:35 p.m. Bench conference.

4:35 p.m.      Continued cross examination of Mr. Kent by Mr. Beller.

4:55 p.m.      Redirect examination of Mr. Kent by Mr. Kachouroff.

4:55 p.m. – 4:59 p.m. Bench conference.

Court advises jury regarding admonitions of trial.

4:59 p.m.      Jury excused until June 13, 2025 at 9:00 a.m.

Court advises Defendants that to the extent that they determine that they would like to recall Mr. Lindell, they shall proffer the scope of the testimony.

**5:00 p.m.      Court in recess.**

Trial continued.
Total time in court:    6:40