IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 22-cv-01129-NYW-SBP | Date: June 13, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporters: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| ERIC COOMER, Ph.D., | Ashley Morgan |
| | Bradley Kloewer |
| | Charles Cain |
| | David Beller |
| Plaintiff, | |
| v. | |
| MICHAEL J. LINDELL, | Christopher Kachouroff |
| FRANKSPEECH LLC, and | Jennifer DeMaster |
| MY PILLOW, INC., | James Duane |
| Defendants. | |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 10**

**8:47 a.m.**     **Court in session.**

Appearances of counsel. Jury not present.

Parties and Court make a modification with respect to the jury verdict form.

Parties and Court remove loss of income and hospital expenses in the actual damages instruction.

**ORDERED:** Defendants' request to create a demonstrative during closing argument is DENIED.

**ORDERED:** Defendants' request to recall Mr. Lindell to the stand is DENIED.

| | |
|---|---|
| **8:55 a.m.** | **Court in recess.** |
| **9:10 a.m.** | **Court in session.** |

Jury present.

Defendants rest.

Plaintiff has no rebuttal evidence.

Plaintiff rests.

Evidence is closed.

**ORDERED:** Lunches shall be provided to jurors during their deliberations starting on June 13, 2025.

| | |
|---|---|
| 9:13 a.m. | Jury is excused. |
| 9:14 a.m. | Argument by Mr. Kachouroff regarding Defendants' Oral Motion Pursuant to Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law. |
| 9:18 a.m. | Response by Mr. Kloewer. |
| 9:43 a.m. | Reply by Mr. Kachouroff. |
| **9:52 a.m.** | **Court in recess.** |
| **10:29 a.m.** | **Court in session.** |

Jury not present.

Court's findings and conclusions.

**ORDERED:** Defendants' Oral Motion Pursuant to Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law is DENIED.

| | |
|---|---|
| 10:56 a.m. | Jury present. |
| 10:56 a.m. | Court reads Final Jury Instructions. |
| 11:52 a.m. | Plaintiff's closing argument by Mr. Cain. |
| 12:36 p.m. | Defendants' closing argument by Ms. DeMaster. |

| | |
|---|---|
| 1:36 p.m. | Plaintiff's rebuttal closing argument by Mr. Cain. |

Court further instructs the jury.

| | |
|---|---|
| 1:54 p.m. | Bailiff sworn. |
| 1:55 p.m. | Jury excused to begin deliberations. |
| **1:57 p.m.** | **Court in recess.** |
| 5:00 p.m. | Jury excused until June 16, 2025 at 7:00 a.m. to resume deliberations. |

Trial continued.
Total time in court:    4:18