Case No. 1:22-cv-01129-NYW-SBP   Document 369   filed 06/16/25   USDC Colorado
pg 1 of 4
Case No. 1:22-cv-01129-NYW-SBP   Document 308-2   filed 04/22/25   USDC Colorado
pg 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SBP

ERIC COOMER, Ph.D.,
    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
    Defendants

## PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff Eric Coomer, Ph.D. provides the following anticipated Trial Witness List.

| Witness/Deposition Testimony | Estimated Dates and Length of Testimony |
|---|---|
| Eric Coomer, Ph.D.<br>Dr. Coomer will testify both based as his experience as an election security expert and a fact witness. He will testify about the falsity of claims made against him, their inherent improbability, and the impact they have had on him. | June 3, 2025<br>Plaintiff: 6 hrs. 30 min.<br>Defendants: 3 hrs. |
| Joshua Merrit (via video)<br>Mr. Merritt (aka "Spyder") served on Lindell's "Red Team" during Lindell's Cyber Symposium and will testify about his observations of the event and the false data presented. | June 4, 2025<br>Plaintiff: 1 hr. 10 min.<br>Defendants: Unknown. |
| Tina Peters (via video)<br>Ms. Peters is the former County Clerk of Mesa County. She is a close ally of Mr. Lindell and is expected to testify about her role in publicly disseminating highly sensitive election data during Lindell's Cyber Symposium. | June 4, 2025<br>Plaintiff: 1 hr. 20 min.<br>Defendants: 1 hr. |

*Handwritten annotations: 6/3/25, 6/4/25, 6/6/25, 6/5/25*

1

| Witness/Deposition Testimony | Estimated Dates and Length of Testimony | |
|---|---|---|
| Matt Crane<br>Mr. Crane is the ED of the CO. Cty. Clerks Assoc. He will testify about Colorado election integrity issues, his experiences with Dr. Coomer and DVS, and the impact that false election fraud claims on election workers, including Dr. Coomer. | June 4, 2025<br>Plaintiff: 1 hr.<br>Defendants: Unknown. | 6/4/25 |
| Kurt Olsen (via video)<br>Mr. Olsen is an attorney for Donald Trump and Lindell. He is expected to testify about the lack of coordination of speakers, including Joe Oltmann, at Lindell's Cyber Symposium. | June 4, 2025<br>Plaintiff: 1 hr. 25 mins.<br>Defendants: 1 hr. | 6/6/25 |
| Harri Hursti (via video)<br>Mr. Hursti attended Lindell's Cyber Symposium on behalf of CNN and will testify that the election fraud claims made there constituted false disinformation and were harmful to US election security and election workers such as Dr. Coomer. | June 5, 2025<br>Plaintiff: 2 hrs.<br>Defendants: Unknown. | 6/5/25 |
| Joseph Oltmann<br>Mr. Oltmann is the original source of the false conspiracy theories about Dr. Coomer and DVS. He is expected to testify about some of the basis for these claims, but is currently in contempt of Court (Judge Martinez) for his refusal to reveal key "evidence." | June 5, 2025<br>Plaintiff: 3 hrs.<br>Defendants: 3 hrs. | 6/5/25<br>6/6/25 |
| Max McGuire (via video)<br>Mr. McGuire is Joe Oltmann's former co-host and will testify regarding their production of the relevant podcasts about Dr. Coomer and his belief that the claims about Dr. Coomer are unsupported. | June 5-6, 2025<br>Plaintiff: 1 hr. 50 min.<br>Defendants: 2 hrs. | 6/6/25 |
| Brannon Howse (via video)<br>Information regarding the Defendants' knowledge and intent. | June 6, 2025<br>Plaintiff: 55 min.<br>Defendants: 2 hrs. | 6/11/25 |
| Heidi Beedle<br>Ms. Beedle is a journalist who is alleged to have been on the "Antifa" call. She will testify about that topic, her knowledge of Joe Oltmann, and her coverage and experience with activist groups. | June 6, 2025<br>Plaintiff: 1 hr.<br>Defendants: Unknown. | 6/6/25 |
| Susan Klopman (via video)<br>Ms. Klopman is a representative of DVS. She will testify about Dr. Coomer's work history at Dominion and his import to the company. | June 6, 2025<br>Plaintiff: 30 mins.<br>Defendants: Unknown. | 6/4/25 |

2

| Witness/Deposition Testimony | Estimated Dates and Length of Testimony | |
|---|---|---|
| ~~Dr. Jared Finkell (transcript)~~<br>Dr. Finkell is a therapist who provided counseling to Dr. Coomer and prescribed related medications. He is expected to testify that Dr. Coomer suffered non-economic damages arising from the claims at issue in this dispute. | June 6, 2025<br>Plaintiff: 30 min.<br>Defendants: Unknown. | |
| Doug Bania<br>Mr. Bania is a reputational harm and damages expert who will testify as to the economic cost to repair Dr. Coomer's reputation. | June 9, 2025<br>Plaintiff: 2 hrs.<br>Defendants: Unknown. | 6/11/25 |
| David Fuller<br>Mr. Fuller is an economic damages expert who will testify about Dr. Coomer's lost income. | June 9, 2025<br>Plaintiff: 1 hr. 30 min.<br>Defendants: Unknown. | |
| Michael Lindell<br>Mr. Lindell is expected to deny all allegations against him and claim that Dr. Coomer and his lawyers are criminals. | June 9-10, 2025<br>Plaintiff: 4 hrs.<br>Defendants: 5 hrs. | 6/9/25<br>6/10/25<br>6/11/25 |
| Christopher Ruddy (via video)<br>Mr. Ruddy is the CEO of Newsmax. He is expected to testify that Lindell's claim that Dr. Coomer's settlement with Newsmax contained a term that prevented Lindell from appearing on that network is false. Lindell has stated this as a basis for his defamatory statements about Dr. Coomer. | June 10, 2025<br>Plaintiff: 32 mins.<br>Defendants: Unknown. | 6/10/25 |
| Dennis Montgomery (via video)<br>Mr. Montgomery is the source of false election data presented at the Cyber Symposium. His claims are part of the debunked Hammer/Scorecard election fraud allegation disseminated by Lindell and imputed to Dr. Coomer and DVS. | June 10, 2025<br>Plaintiff: 40 mins.<br>Defendants: 5 hr. | 6/11/25 |
| Alex Halderman<br>Mr. Halderman is an election security expert who will testify about the inherent implausibility of Lindell's claims. | June 10, 2025<br>Plaintiff: 2 hrs. 30 mins.<br>Defendants: Unknown. | 6/11/25<br>6/12/25 |
| Peter Kent | Date TBD<br>Plaintiff: 30 min.<br>Defendants: 2 hrs. | |
| Jerry Bremmer | Date TBD<br>Plaintiff: 30 min.<br>Defendants: 1 hr. | |

3

Respectfully submitted this 17th day of March 2025.

/s/ Charles J. Cain
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Cain & Skarnulis PLLC
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Ashley N. Morgan
amorgan@cstrial.com
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
David M. Beller, No. 35767
david@rklawpc.com
RechtKornfeld PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**