IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE NINA Y. WANG

Case No.  22-CV-1129                           Date: June 2, 2025

Case Title: *Eric Coomer v. Michael Lindell, et. al.*

_____Defendants_____     WITNESS LIST
(Plaintiff/Defendant)

| WITNESS/ DESCRIPTION OF TESTIMONY | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Eric Coomer/Testimony about alleged Reputational damages and pain and suffering Plaintiff alleges as a result of the alleged Defamatory statements at issue here. Plaintiff Is also expected to testify to his character And reputation. | June 3 (3 Hours) |
| Brannon Howse/Mr. Howse will testify that Frankspeech Was a platform that made no editorial decisions for Content on its platform and that neither Michael Lindell, Frankspeech, or My Pillow controlled him or his Show that played on that platform in any manner. | June 6 (2 Hours) |
| Michael J. Lindell/Mr. Lindell will deny all allegations Against him and his companies. He will testify that Frankspeech never produced any alleged defamatory Broadcasts, and how his statements had no legal connection To his role or position with My Pillow. He will discuss his State of mind, knowledge, and intent regarding his statements, Knowledge about the Plaintiff, concerns about election Integrity and voting machines, and his documentaries. | June 9 or 10 (5 Hours) |

| | |
|---|---|
| Joseph Oltmann/Mr. Oltmann is expected to Testify about the call he alleges he heard the Plaintiff on, his relationship with Mr. Lindell and Frankspeech and his knowledge/suits of & with the Plaintiff. | June 3 or 4 (3 Hours) |
| Kurt Olsen/Mr. Olsen is expected to testify About the Cyber Symposium, Mr. Lindell's knowledge And intent about alleged statements, including lack Of intent or knowledge about speakers, Mr. Lindell's Due diligence, and that the purpose of the Cyber Symposium Was to present evidence regarding the 2020 election As well as exploring issues that should be addressed further By government officials and cyber security experts Relating to elections. He will testify that there was No targeting of Eric Coomer by Mr. Lindell at the Symposium. | June 9 (2 hours) |
| Peter Kent / Peter Kent is a reach expert who can Testify about the effect of tweets or social media in this case From Lindell or Frankspeech and what the real effect was. He will testify in accordance with his expert report. | June 12 (2-3 Hours) 6/12/25 |
| (Deposition) Dennis Montgomery/Mr. Montgomery is Expected to testify about his career and government Experience and the information he provided to Mr. Lindell. His testimony will be via deposition. The Plaintiff has not stated When they plan to air Mr. Montgomery's deposition so this Estimate is contingent on when the Plaintiff plays that. Mr. Montgomery will go over his experience working with the federal government where he was engaged in cybersecurity acitivites on behalf of the U.S. government. He will testify that he does not know Plaintiff but is aware of Dominion Voting Systems. He will further testify about his expertise in computer vulnerabilities, Experience, and voting machines. | June 5 (5 Hours) |

***Defendants intend to cross-examine all witnesses called by Plaintiff and has designated deposition transcript portions for Susan Klopman and Dr. Jared Finkell.*