# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01129-NYW-SBP

ERIC COOMER, Ph.D.,
     Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
     Defendants

## THIRD AMENDED JOINT TRIAL EXHIBITS

| EX. | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 1 | | 119-page Report Ex. 2 to Plaintiff's Motion in Limine **(Confidential)** | | N | | | | |
| 2 | | Removed by stipulation | | | | | | |
| 3 | | Removed by stipulation | | | | | | |
| 4 | | Removed by stipulation | | | | | | |
| 5 | | Removed by stipulation | | | | | | |
| 6 | | Removed by stipulation | | | | | | |
| 7 | | Removed by stipulation | | | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 8 | | Removed by stipulation | | | | | | |
| 9A | | Coomer social media posts<br><br>Coomer Depo Ex 8<br><br>**(Confidential)** | | N | X | X | | 6/3-exclude p. 0021. P. 0052-redact 6/4/25 omit 21, 14, 56 redact 52 |
| 10 | Lindell | FRANKSPEECH -000057 | | Y | | | | |
| 11 | Lindell | Working Guest List for Cyber Symposium<br><br>LINDELL-000005 | | N | | | | |
| 12 | Lindell | Invitation spreadsheet for state governors to Cyber Symposium<br><br>LINDELL-000008 | | N | | | | |
| 13 | Lindell | Confirmed media attendees to Cyber Symposium<br><br>LINDELL-000011 | | Y | | | | |
| 14 | Lindell | Invitation spreadsheet for U.S. Senators to Cyber Symposium<br><br>LINDELL-000016 | | N | | | | |
| 15 | Lindell | Invitation spreadsheet for state representatives to Cyber Symposium<br><br>LINDELL-000017 | | N | X | X | | 6/9/25 |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **16** | Lindell | Invitation spreadsheet for U.S. Representatives to Cyber Symposium<br><br>LINDELL-000018 | | N | | | | |
| **17** | Lindell | Guest list for Cyber Symposium<br><br>LINDELL-000020 | | Y | X | X | | 6/9/25 Redact personal identifying info |
| **18** | | Transcript page<br>Ex. 47 to Oltmann Depo | | Y | | | | |
| **19** | Klopman | 06-08-10<br><br>Coomer Employee File<br><br>DOMINION0000 01-000071<br>**(Highly Confidential AEO)** | | Y | | | | |
| **20** | | 05-28-19<br>Democracy Suite Report<br><br>Coomer Depo Ex 13 | | N | | | | |
| **21** | | 11-13-19<br>Declaration of Dr. Eric D. Coomer<br><br>Coomer Depo Ex 14 | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| 22 | Oltmann | 02-16-20 screenshot of video; I'm not just talking about me, this isn't about me; Kristopher Jacks, Chair of Our Revolution Weld, Co | | N | X | X | | 6\|5\|25 |
| 23 | Lindell | 03-30-20 Photo of Lindell/Trump | | N | | | | |
| 24 | Lindell | 06-30-20 text string MYPILLOW-000723-000724 (**Confidential**) | | N | | | | |
| 25 | McGuire | 09-26-20 (alleged) Handwritten notes (20CV34319-JODisclosures-000205-000208); produced in Case No. 2020cv34319; *Coomer v. DJTFP et al* | | Y | X | X | | 6\|5\|25 |
| 26 | Oltmann | 09-26-20 screenshot of "eric dominion denver colorado" (20CV34319-JODisclosures-0199); produced in Case No. 2020cv34319; *Coomer v. DJTFP et al* | | Y | X | X | | 6\|5\|25 |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **27** | | 09-29-20 Declaration of J. Alex Halderman<br><br>Coomer Depo Ex 15 | | N | | | | |
| **28** | | 10-11-20 *Curling v Raffensperger*<br><br>Coomer Depo Ex 16 | | N | | | | |
| **29** | Oltmann | 11-10-20 email from Oltmann to Taylor Scott re Voter Fraud<br><br>OAN 000002-000004 | | Y | ✗ | ✗ | | 6/5/25 |
| **30** | | 11-11-20 Coomer resignation-DVS<br><br>DOMINION000027<br><br>**(Confidential)** | | Y | ✗ | ✗ | | 6/4/25 |
| **31** | Halderman | 11-12-20 Press Release: Joint Statement from Elections Infrastructure Government Coordinating Council & the Election Infrastructure Sector Coordinating Executive Committees | | N | ✗ | ✗ | | 6/12/25 |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 32 | McGuire | 11-13-20 Oltmann Affidavit<br><br>Powell 000206-000211; produced in Case No. 2020cv34319; *Coomer v. DJTFP et al* | | Y | X | X | | 6/5/25 |
| 33 | Finkell | 12-01-20 email string re referral from K2 Intelligence<br><br>FINKELL-00048-00053 **(Confidential)** | | Y | | | | |
| 34 | McGuire | 12-05-20 Parler social media post by Oltmann re Coomer's home | | N | X | X | | 6/3/25 |
| 35 | Finkell | 12-07-20 email between Finkell and Coomer re scheduling<br><br>FINKELL-00068-00069 **(Confidential)** | | Y | | | | |
| 36 | | 12-08-20 Denver Post Commentary<br><br>OAN001885-001887<br><br>Coomer Depo Ex 6 | | Y | X | X | | 6/3/25 |
| 37 | Finkell | 12-09-20 to 04-19-23 Finkell file<br><br>FINKELL-00001-00114 **(Confidential)** | | Y | X | X | | 6/4/25 redacted |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| 38 | McGuire | 12-12-20 Parler social media post by Oltmann | | Y | X | X | | 6/3/25 |
| 39 | Peters | 01-03-21 social media tweets between Tina Peters/Senator Pat Toome | | N | | | | |
| 40 | Olsen | Excerpt from 01-06-21 report that was produced by the U.S. Congress in Chapter 4, Section 10, pp. 393-39 | | N | | | | |
| 41 | Olsen | Excerpt from 01-06-21 report that was produced by the U.S. Congress in Chapter 7, Section 7.12, pp. 608-609 | | N | | | | |
| 42 | Lindell | 01-15-21 Photo Lindell @ White House | | N | | | | |
| 43 | Lindell | 01-15-21 Photo Lindell @ White House | | N | | | | |
| 44 | | Removed due to deduplication | | | | | | |
| 45 | | 01-17-21 text messages 001263-001264 Coomer Depo Ex 19 | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| 46 | | 01-22-21 Coomer Demand Letter (Newsmax)<br><br>NMX LIND 000079 – NMX LIND 000087 | | N | | | | |
| 47 | Howse | 01-29-21 email from Mary Fanning to Brannon Howse and Mike Lindell<br><br>DEFS-572 and 573 **(Confidential)** | | Y | | | | |
| 48 | Lindell | 02-02-21 email between Dennis Montgomery and Mike Lindell re SETEC<br><br>LINDELL-010994 **(Confidential)** | | Y | | | | |
| 49 | Olsen | 02-04-21 Clare Locke letter to Fanning re False Statement about Dominion | | N | ✗ | | ✗ | 6/6/25 |
| 50 | | Removed due to duplication | | | | | | |
| 51 | | 02-04-21 Pltf First Amended Complaint v Trump et al<br><br>Coomer Depo Ex 11 | | Y | | | | |
| 52 | | Removed due to duplication | | | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **53** | | 02-05-21 Coomer text string<br><br>EC 22cv01129 001259 – 001262<br><br>Coomer Depo Ex 17 | | Y | X | X | | 6/12/25 |
| **54** | Ruddy | 02-06-21 to 05-02-22 text messages between Chris Ruddy and Mike Lindell<br><br>LINDELL-011000-LINDELL 011023 (**Confidential**) | | Y | X | X | | 6/9/25 |
| **55** | Oltmann | 02-22-21 text message: Mr. Lindell, my activity friend Joe Oltmann … Dr. Chaps<br><br>(**Confidential**) | | Y | X | X | | 6/9/25 |
| **56** | Lindell | 02-25-21 email chain to Kim Rasmussen from M. Lindell, Subject: Fwd: Regarding Your Lawsuit<br><br>LINDELL 001293-001294 (**Confidential**) | | N | X | X | | 6/10/25 |
| **57** | Olsen | 02-25-21 Olsen engagement letter to Lindell<br><br>OLSEN 002506 | | N | X | X | | 6/6/25 |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 58 | Oltmann | 02-28-21 text message between Oltmann to Lindell | | Y | | | | |
| 59 | Oltmann | 03-10-21 email between Oltmann and Dawn (My Pillow) re Conservative Daily Podcast Revenue | | N | X | X | | 6/5/25 |
| 60 | McGuire | 03-10-21 email from Dawn Curtis, Subject "RE: Conservative Daily Podcast Revenue Share items and Lindell Schedule for Thursday" | | N | X | X | | 6/5/25 |
| 61 | Olsen | 03-11-21 Fanning email re Dominion letter to American Report OLSEN 000221 | | Y | X | X | | 6/6/25 |
| 62 | Lindell | 03-11-21 Master Consulting Services Agreement between Brannon S. Howse, RJ Daniel Johnson, Johnston Howse, LLC, and Michael Lindell and VOCL, LLC (unsigned) FRANKSPEECH 000009-000014 (**Confidential**) | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| 63 | Olsen | 03-27-21 email from Fanning to Olsen re Chobani (funded by Soros through Chobani's wife) is running Islamic terrorists from Canada (funded by the Canadian teachers pension fund) through the Chobani turnstile<br><br>OLSEN 000382-000383 | | N | | | | |
| 64 | Howse | 03-28-21 text message from Brannon Howse to Kurt Olsen re why Olsen brought into mix<br><br>CTRL 000001 | | N | | | | |
| 65 | | 03-30-21 text messages<br><br>001503-001504<br><br>Coomer Depo Ex 18 | | Y | | | | |
| 66 | Olsen | 04-06-21 email from Olsen to Fanning re Dominion/Smartmatic/Coomer threats<br><br>OLSEN 000380 | | Y | X | X | | 6/6/25 |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **67** | | 04-08-21 AP article re Dominion Work sues … <br><br> Coomer Depo Ex 9 | | Y | | | | |
| **68** | Oltmann | 04-08-21 email re Frank Influencer Demo <br><br> DEFS-000258 (**Confidential**) | | Y | | | | |
| **69** | Oltmann | 04-08-21 follow up email re Frank Influencer Demo <br><br> DEFS-000259 (**Confidential**) | | Y | | | | |
| **70** | Ruddy | 04-09-21 Confidential Settlement Agreement and Release between Coomer and Newsmax dated 04-09-21; Case No. 2020cv34319; *Coomer v. DJTFP et al* (**Redacted**) <br><br> NMX LIND 000088-000097 (**Confidential** <br><br> **AEO**) | | Y | | | | |
| **71** | Lindell | 04-09-21 Frank Influencer Demo <br><br> FRANKSPEECH-000054 (**Confidential**) | | Y | X | X | | 6/5/25 |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **72** | McGuire | 05-02-21 McGuire Telegram social media posts | | N | | | | |
| **73** | Coomer | 05-09-21 Newsweek Article re Lindell Urges Dominion Employee to Turn Himself In | | Y | ✗ | ✗ | | 6/3/25 |
| **74** | | Removed due to duplication | | | | | | |
| **75** | | 05-11-21 Coomer-DVS separation agreement<br><br>DOMINION0000 17-000026; EX 22cv01129 001244 – 001253<br><br>Coomer Depo Ex 5<br><br>**(Confidential)** | | Y | | | | |
| **76** | Oltmann | 05-20-21 text message from Joe to Mike<br><br>DEFS-000248 **(Confidential)** | | Y | | | | |
| **77** | Lindell | 06-01-21 email chain to Todd Carter from RJ Johnston, Subject, Re: More Rally Updates<br><br>HOWSE PROD. 0511-0519 | | Y | | | | |
| **78** | Howse | State of Delaware Entity Details Lindell-TV, LLC | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **79** | Howse | 07-04-21 text message between Brannon Howse and Kurt Olsen; possible copy of a text that was sent to Howse by a Jeffrey Nyquist<br><br>CTRL 000042 and 43 | | Y | | | | |
| **80** | Olsen | 07-20-21 expanded summary to Arpaio from Zullo re subject infiltration of Mike Lindell – threat<br><br>OLSEN 0002421-002434 | | N | | | | |
| **81** | Lindell | 07-28-21 to 05-09-22 text messages<br>MYPILLOW 002134-002139<br>**(Confidential)** | | Y | X | X | | 6/9/25 |
| **82** | Lindell | 08-02-21 email chain to Mike Lindell from Janet Lynn, Subject 3-D Model of Cyber Symposium Venue Layout<br><br>HOWSE PROD. 0015 | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 83 | Lindell | 08-02-21 email from Jerry Johnson to Mike Lindell re letter about Dennis Montgomery and Symposium<br><br>MYPILLOW-000758-000773<br><br>**(Confidential)** | | Y | X | X | | 6/9/25 |
| 84 | Olsen | 08-02-21 email from Phil Waldren re NDA agreement<br><br>OLSEN 000005-000006 | | Y | | | | |
| 85 | Merritt | 08-03-21 Software/Data Nondisclosure btw Lindell and Joshua Merritt | N | N | | | | |
| 86 | Lindell | 08-04-21 email chain to Janet Lynn from James Oaks, Subject, Re: Cyber Symposium Day 1 Program Agenda<br><br>HOWSE PROD. 0119-0122 | | Y | X | X | | 6/6/25 |
| 87 | Merritt | 08-2021 text string | N | N | | | | |
| 88 | Lindell | 08-09-21 thru 04-28-22 text messages with Tina Peters<br><br>LINDELL-001419-001424<br><br>**(Confidential)** | | N | X | X | | 6/9/25 |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| 89 | Lindell | 08-10-21 screenshot of Lindell at Cyber Symposium | | Y | | | | |
| 90 | Hursti | 08-10-21 screenshots of Symposium materials<br><br>HH 001295 CTRL-001329 CTRL | | Y | | | | |
| 91 | Lindell | 08-10-21 to 08-12-21 Cyber Symposium Program Agenda<br><br>LINDELL-000023-000025<br><br>(**Confidential**) | | Y | X | X | | 6/6/25 |
| 92 | Lindell | 08-10-21 to 08-12-21 Website data for Cyber Symposium<br><br>DEFS-000684<br><br>(**Confidential**) | | Y | X | X | | 6/11/25 |
| 93 | Lindell | Lindell Cyber Symposium Poster<br><br>HH 000024 CTRL<br><br>(**Confidential AEO**) | | Y | X | X | | 6/3/25 |
| 94 | Lindell | 08-11-21 screenshot of Cyber Symposium My Pillow ad | | Y | | | | |
| 95 | Coomer | 08-11-21 @KyleClark Twitter post re Oltmann | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 96 | Lindell | 08-11-21 screenshot of Peters at Cyber Symposium | | N | X | X | | 6/9/25 |
| 97 | Lindell | 08-12-21 screenshot of My Pillow Flash Sale Ad | | N | X | X | | 6/9/25 |
| 98 | Montgomery | 08-12-21 text messages between Mike Lindell and Mary Fanning during Symposium; P; Case No. 2:33-mc-000005; USDC-MD Florida<br><br>DEF035556.000094-000095 | | Y | X | X | | 6/9/25 |
| 99 | Lindell | 08-13-21 Cyber Symposium Expenses | | Y | | | | |
| 100 | Oltmann | 08-14-21 text message from Joe to Mike<br><br>DEFS-000244 (**Confidential**) | | Y | | | | |
| 101 | Olsen | 08-17-21 email from Kirk Weibe to Kurt Olsen re Symposium fallout<br><br>OLSEN 000016-000018 | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 102 | | 08-24-21 NY Times Magazine article<br><br>OAN001894-001904<br><br>Coomer Depo Ex 7 | | Y | | | | |
| 103 | Lindell | 08-28-21 Terms of Use for Frankspeech | | N | | | | |
| 104 | | 09-17-21 defamatory statements spreadsheet<br><br>000356-000385<br><br>Coomer Depo Ex 10 | | Y | | | | |
| 105 | | Removed due to duplication | | | | | | |
| 106 | Howse | 10-05-21 email between Olsen and Howse and Lindell re Halderman report segments<br><br>Howse Prod. 0685 to 0688 | | Y | | | | |
| 107 | Howse | 10-05-21 text message chain between Olsen and Howse<br><br>CTRL 000097 and 98 | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **108** | Howse | 12-23-21 text message from Mike Lindell re Clay Clark lawsuit<br><br>DEFS 000224 (**Confidential**) | | Y | | | | |
| **109** | Lindell | 09-02-22 Frankspeech website re My Pillow Flash Sale | | Y | | | | |
| **110** | Oltmann | 02-28-22 text messages from unsaved number purported to be Joey Camp; "You know I have the Zoom recorded don't you?" | N | N | | | | |
| **111** | McGuire | 03-07-22 screenshot; Conservative Daily; Oltmann, McGuire, Peters | | N | | | | |
| **112** | Coomer | 04-04-22 Jeremy Jojala Tweet | | N | X | X | | 6/3/25 |
| **113** | Coomer | 04-05-22 news article re MyPillow CEO headlines rally for Peters | | N | | | | |
| **114** | Coomer | 04-05-22 photo of Mike Lindell after service of Coomer complaint | | N | X | X | | 6/9/25 |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **115** | Lindell | 04-08-22 email from Lindell to Herring re Eric Coomer information<br><br>LINDELL-000790 (**Confidential**) | | N | | | | |
| **116** | | DA Report re: Election abnormalities (May 19, 2022)<br><br>Ex. 4 to Deposition of Tina Peters | | N | ✗ | ✗ | | 6/5/25 |
| **117** | Howse | 05-20-22 email chain between Brannon Howse and Kurt Olsen re adding lawsuit to Frankspeech website<br><br>Howse Prod. 0520 to 0523 | | N | ✗ | ✗ | | 6/11/25 |
| **118** | Lindell | 05-03-21 to 05-23-22 website analytics re FrankSpeech<br><br>FRANKSPEECH-000058 | | N | ✗ | ✗ | | 6/11/25 |
| **119** | | Removed due to duplication | | | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **120** | | 06-08-22 Email<br><br>EC 22cv01129 001254-001255<br><br>Coomer Depo Ex 20 | | Y | | | | |
| **121** | | 06-17-22 Pltf First Amended Complaint<br><br>Coomer Depo Ex 2 | | Y | | | | |
| **122** | | 06-24-22 Original Complaint v Byrne et al<br><br>Coomer Depo Ex 12 | | Y | | | | |
| **123** | Oltmann | 07-12-22 text message from Joe<br><br>DEFS-000250-000252 **(Confidential)** | | Y | | | | |
| **124** | | Plaintiff's FRCP 26(a)(1) Initial Disclosures | | Y | | | | |
| **125** | Oltmann | 08-31-22 text message between Oltmann and Lindell<br><br>DEFS-000255 **(Confidential)** | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **126** | Lindell | 09-05-22 PiDoxa Customer Service Agreement with FrankSpeech, LLC<br><br>FRANKSPEECH 000001-000008 (**Confidential**) | | N | X | X | | 6/5/25 |
| **127** | Lindell | 09-06-22 Graphs re My Pillow ads on Fox News since 2017 | | N | | | | |
| **128** | Lindell | 09-28-22 Frankspeech responses to plaintiff's requests for admissions | | Y | | | | |
| **129** | Howse | 12-16-22 excerpt from Joe Oltmann depo transcript, p. 209-211; *Coomer v Lindell et al*<br><br>(**Confidential**) | | Y | | | | |
| **130** | Howse | 12-16-22 excerpt from Joe Oltmann depo transcript, p. 294; *Coomer v Lindell et al*<br><br>(**Confidential**) | | Y | | | | |
| **131** | Lindell | 01-06-23 Frankspeech LLC P&L 2021<br><br>FRANKSPEECH-000017 | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **132** | Lindell | 01-06-23 Frankspeech LLC P&L 2022<br><br>FRANKSPEECH-000018 | | N | | | | |
| **133** | Lindell | 01-06-23 Frankspeech supplemental answers to plaintiff's first set of interrogatories | | Y | | | | |
| **134** | Lindell | 01-13-23 print out of My Pillow, Inc. Bill Payments for CD Solutions, Inc. (05-2021 through 12-2022) | | N | ✕ | ✕ | | 6\|5\|25 |
| **135** | | 01-25-23 Pls Resp to FrankSpeech First St of Interrogatories | | Y | | | | |
| **136** | | 01-25-23 Pls Resp to Lindell First St of Interrogatories<br><br>Coomer Depo Ex. 1<br><br>(**Confidential**) | | Y | | | | |
| **137** | | 01-25-23 Pls Resp to Lindell First St of Request for Production of Documents | | Y | | | | |
| **138** | | 01-25-23 Pls Resp to My Pillow First St of Interrogatories | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **139** | | 01-25-23 Pls Resp to My Pillow First St of Request for Production of Documents | | Y | | | | |
| **140** | | 1.25.23 Pls Resp to FrankSpeech First St of Request for Production of Documents | | Y | | | | |
| **141** | Lindell | 03-02-23 Lindell TV link to frankspeech.com | | Y | | | | |
| **142** | Lindell | 03-02-23 screenshot from frankspeech.com | | Y | | | | |
| **143** | | 03-03-23Pl's Resp to Lindell 2nd Set of Interrogatories | | Y | | | | |
| **144** | Olsen | 03-09-23 excerpt from Mike Lindell as corp rep of Frankspeech depo transcript, p. 215-220; *Coomer v Lindell et al* **(Confidential)** | | Y | | | | |
| **145** | | 05-05-23 Pltf Expert Disclosures | | Y | | | | |
| **146** | | Jerry Bremer Depo and Trial Testimony | | Y | | | | |
| **147** | | Jerry Bremer Rebuttal Report | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 148 | | Jerry Bremer Resume | | Y | | | | |
| 149 | | 06-05-23 Peter Kent Report | | Y | | | | |
| 150 | | Peter Kent Resume | | Y | | | | |
| 151 | Olsen | 06-08-23 letter from atty Christopher Kachouroff to atty Charlie Cain re Kurt Olsen subpoena production and response to subpoena | | N | | | | |
| 152 | | 06-12-23 Pl's Resp to FrankSpeech 2nd Set of Interrogatories | | Y | | | | |
| 153 | | 06-12-23 Pl's Resp to FrankSpeech 2nd Set of Requests for Production of Documents | | Y | | | | |
| 154 | | 06-12-23 Pl's Resp to FrankSpeech 3rd Set of Requests for Production of Documents | | Y | | | | |
| 155 | | 06-12-23 Pl's Resp to Lindell 2nd Set of Request for Production of Documents | | Y | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **156** | | 6.12.23 Pl's Resp to Lindell 3rd Set of Interrogatories | | Y | | | | |
| **157** | | Plaintiff's FRCP 26(a)(1) Amended Disclosures | | Y | | | | |
| **158** | | Plaintiff's Supplemental Expert Disclosures | | Y | | | | |
| **159** | Oltmann | 03-12-25 Jovan HuttonPulitzer X social media post | | N | | | | |
| **160** | McGuire | Clip 1 - Conservative Daily (Nov. 5, 2020) | Y | N | X | X | | 6/5/25 |
| **161** | McGuire | Clip 2 – Conservative Daily (Nov. 9, 2020) | Y | N | X | X | | 6/5/25 |
| **162** | McGuire | Clip 3– Conservative Daily (Nov. 9, 2020) | Y | N | X | X | | 6/5/25 |
| **163** | McGuire | Clip 4– Conservative Daily (Nov. 9, 2020) | Y | N | | | | |
| **164** | McGuire | Clip 5– Conservative Daily (Nov. 9, 2020) | Y | N | X | X | | 6/5/25 |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **165** | McGuire | Clip 6– Conservative Daily (Nov. 9, 2020) | Y | N | X | X | | 6/5/25 |
| **166** | McGuire | Clip 7– Conservative Daily (Nov. 11, 2020) | Y | N | | | | |
| **167** | McGuire | Clip 12– Conservative Daily (Nov. 12, 2020) | Y | N | X | X | | 6/5/25 |
| **168** | Oltmann | Clip 8 – Oltmann on Peter Boyles Show (Nov. 15, 2020) | Y | N | | | | |
| **169** | McGuire | Clip 8– Conservative Daily (Nov. 30, 2020) | Y | N | X | X | | 6/5/25 |
| **170** | McGuire | Clip 9 – Conservative Daily (Dec. 3, 2020) | Y | N | X | X | | 6/5/25 |
| **171** | McGuire | Clip 10– Conservative Daily (Dec. 14, 2020) | Y | N | X | X | | 6/5/25 |
| **172** | Ruddy | AV CLIP: 02-02-21 segment from Newsmax website (Feb. 2, 2021) | Y | N | | | | |
| **173** | Ruddy | AV CLIP: Newsmax anchor walks off camera (Feb. 3, 2021) | Y | N | X | X | | 6/9/25 |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **174** | Lindell | Lindell Absolute Proof Clip (Feb. 5, 2021) | Y | N | ✗ | ✗ | | 6/3/25 |
| **175** | Oltmann | Clip 1 – Conservative Daily (Mar. 11, 2021) | Y | N | | | | |
| **176** | Lindell | 03-30-21 AV Lindell Metaxas Interview re Social Platform (Mar. 30, 2021) | Y | N | | | | |
| **177** | Lindell | Clip 1 – Oltmann on FrankSpeech (May 3, 2021) | Y | N | | | | |
| **178** | Lindell | Clip 2– Oltmann on FrankSpeech (May 3, 2021) | Y | N | ✗ | ✗ | | 6/3/25 |
| **179** | Lindell | Clip 4– Oltmann on FrankSpeech (May 3, 2021) | Y | N | | | | |
| **180** | Lindell | Clip 5– Oltmann on FrankSpeech (May 3, 2021) | Y | N | | | | |
| **181** | Lindell | Clip 6– Oltmann on FrankSpeech (May 3, 2021) | Y | N | | | | |
| **182** | Lindell | Clip 7– Oltmann on FrankSpeech (May 3, 2021) | Y | N | | | | |
| **183** | Lindell | Clip 8– Oltmann on FrankSpeech (May 3, 2021) | Y | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **184** | Lindell | Clip 11 – Newsmax Retraction (May 8, 2021) | Y | N | X | X | | 6/3/25 |
| **185** | Oltmann | Clip 3 – Lindell on FrankSpeech (May 9, 2021) | Y | N | X | X | | 6/3/25 |
| **186** | Lindell | 06-24-21 PatriotTakes Twitter video of Lindell (June 24, 2021) | Y | N | | | | |
| **187** | Lindell | 06-30-21 AV Cyber Symposium announcement (June 30, 2024) | Y | N | X | X | | 6/3/25 |
| **188** | Lindell | Clip 13 – MyPillow commercial for Cyber Symposium (July 4, 2021) | Y | N | X | X | | 6/9/25 |
| **189** | Lindell | 07-17-21 AV Cyber Symposium announcement (July 17, 2021) | Y | N | | | | |
| **190** | Lindell | Clip 15 – Pre-Symposium CNN Report (Aug. 6, 2021) | Y | N | X | X | | 6/9/25 |
| **191** | Peters | Clip 7 - Oltmann at Cyber Symposium (Aug. 11, 2021) | Y | N | X | X | | 6/5/25 |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| 192 | Peters | Clip 8 – Oltmann and Clements at Cyber Symposium (Aug. 11, 2021) | Y | N | X | X | | 6/3/25 |
| 193 | Oltmann | Clip 4 – Clements at Cyber Symposium (Aug. 12, 2021) | Y | N | X | X | | 6/3/25 |
| 194 | MyPillow | Clip 17 – Lindell promoting promo code "Audit" at Symposium (Aug. 12, 2021) | Y | N | X | X | | 6/9/25 |
| 195 | Lindell/ Oltmann | 08-12-21 AV Cyber Symposium Joe Oltmann re China (Aug. 12, 2021) | Y | N | | | | |
| 196 | MyPillow | Clip 16 – Post-Symposium CNN Report (Aug. 13, 2021) | Y | N | | | | |
| 197 | Lindell | Cyber Symposium clip of Lindell with Olsen (Aug. 18, 2021) | Y | N | X | X | | 6/6/25 |
| 198 | McGuire | Clip 11 – Oltmann deposition footage (Sept. 8, 2021) | Y | N | | | | |
| 199 | | 09-21-21 Salida Body Cam Footage | Y | N | | | | |
| 200 | MyPillow | Clip 19 – Lindell at Colorado Capitol (Apr. 5, 2022) | Y | N | X | X | | 6/3/25 |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **201** | Lindell | 04-05-22 AV Lindell service (Apr. 5, 2022) | Y | N | | | | |
| **202** | Lindell | Clip 21 – Lindell on FrankSpeech re: Coomer (Apr. 6, 2022) | Y | N | ✕ | ✕ | | 6/3/25 |
| **203** | Lindell | Clip 23 – Lindell on Bannon's War Room (Apr. 7, 2022) | Y | N | ✕ | ✕ | | 6/3/25 |
| **204** | Lindell | Clip 24 – Lindell promoting MyPillow on RSBN (Apr. 9, 2022) | Y | N | | | | |
| **205** | McGuire | Clip 14 – The Max McGuire Show (May 3, 2022) | Y | N | | | | |
| **206** | McGuire | Clip 15– The Max McGuire Show (May 3, 2022) | Y | N | | | | |
| **207** | MyPillow | Clip 25 – Lindell promoting MyPillow on RSBN (May 6, 2022) | Y | N | | | | |
| **208** | MyPillow | Clip 26 – Conservative Daily (May 23, 2022) | Y | N | ✕ | ✕ | | 6/3/25 |
| **209** | Oltmann | Clip 6 – Conservative Daily (July 13, 2022) | Y | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|----|---------|-------------|------|------|---------|----------|---------|----------------|
| **210** | Howse | Clip 1 – Lindell at Moment of Truth Summit (Aug. 22, 2022) | Y | N | | | | |
| **211** | Howse | Clip 2 – Lindell at Moment of Truth Summit (Aug. 22, 2022) | Y | N | | | | |
| **212** | Peters | Clip 10 – Peters on FrankSpeech re: Coomer (Sept. 7, 2022) | Y | N | X | X | | 6/3/25 |
| **213** | Lindell | Conservative Daily-Lawsuit vs Lindell (Sept. 15, 2022) | Y | N | | | | |
| **214** | Oltmann | Conservative Daily (Sept. 15, 2022) -Dennis Montgomery | Y | N | | | | |
| **215** | Lindell | Clip 27 – Lindell on Pakman Show (Oct. 11, 2022) | Y | N | | | | |
| **216** | Oltmann | Clip 11 – Conservative Daily (Nov. 11, 2022) | Y | N | X | X | | 6/6/25 |
| **217** | Oltmann | Clip 7 – Conservative Daily (Dec. 3, 2022) | Y | N | | | | |
| **218** | Howse | Clip 3 – Lindell on FrankSpeech (Mar. 10, 2023) | Y | N | X | X | | 6/6/25 |
| **219** | Howse | Clip 4 – Lindell on FrankSpeech (Mar. 10, 2023) | Y | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **220** | Howse | Clip 5 – Lindell on FrankSpeech (Mar. 10, 2023) | Y | N | | | | |
| **221** | Howse | Clip 6 – Lindell on FrankSpeech (Mar. 10, 2023) | Y | N | | | | |
| **222** | Howse | Clip 7 – Lindell on FrankSpeech (Mar. 10, 2023) | Y | N | | | | |
| **223** | Olsen | Clip 1 – Lindell on FrankSpeech (Mar. 10, 2023) | Y | N | | | | |
| **224** | Lindell | Lindell Report (Mar. 10, 2023) | Y | N | X | X | | 6/3/25 |
| **225** | Oltmann | Conservative Daily Clip (Dec. 6, 2024) | Y | N | | | | |
| **226** | Oltmann | Conservative Daily Clip (Jan. 1, 2025) | Y | N | | | | |
| **227** | Lindell | 11-21-23 Lindell Answer to Pltf Follow Up Interrogatory | | Y | | | | |
| **228** | Lindell | 11-21-23 Lindell Responses to Pltf Second Requests for Admission | | Y | | | | |
| **229A** | Lindell | Absolute Proof (video) | Y | N | X | X | | 6/11/25 clip as ruled on by the court |
| **230** | Lindell | Scientific Proof (video) | Y | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 231A | Lindell | Absolute Interference (video) | Y | N | X | X | | 6/11/25 clip as ruled on by the court |
| 232 | Lindell | Frankspeech homepage from Wayback Machine | | N | | | | |
| 233 | Lindell | Lindell and Trump Photo | | | | | | |
| 234 | Coomer | 11-23-20 Harassment letter to Coomer | | | | | | |
| 235 | Lindell | 05-07-21 Spirit of the Wolf Twitter post | | | X | X | | 6/3/25 |
| 236 | Lindell | 05-09-21 AT52020 Twitter post | | | X | X | | 6/3/25 |
| 237 | Coomer | 08-24-21 text message threat | | | X | X | | 6/3/25 |
| 238 | Lindell | 04-06-22 Oltmann Telegram post | | | | | | |
| 239 | Lindell | 08-21-22 Moment of Truth Summit MyPillow advertisement | | | | | | |
| 240 | Lindell | 08-16-23 Lindell at Election Crime Bureau Summit | | | | | | |
| 241 | Lindell | March for Trump Bus with MyPillow logo | | | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 242 | Lindell | 08-03-21 email re States Counted Attendees<br><br>MYPILLOW-000818<br><br>(**Confidential**) | | | | | | |
| 243 | Lindell | 08-08-21 email re Cyber Symposium Program Agenda<br><br>MYPILLOW-000874-000875<br><br>(**Confidential**) | | | | | | |
| 244 | Lindell | 08-03-21 email re Cyber Symposium Invitation<br><br>MYPILLOW-000922-000923<br><br>(**Confidential**) | | | X | X | | 6/9/25 |
| 245 | Lindell | 08-02-21 email re Cyber Symposium Invitation<br><br>MYPILLOW-001013<br><br>(**Confidential**) | | | | | | |
| 246 | Lindell | 08-02-21 email re Monday's game plan<br><br>MYPILLOW-001169<br><br>(**Confidential**) | | | | | | |
| 247A | Lindell | Kill Chain: The Cyber War on America's Elections<br><br>(HBO 2019) | Y | N | X | X | | 6/11/25 clip as ruled on by the court |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| **248** | Lindell | Jimmy Kimmel Live Interview of Mike Lindell (April 2021) | Y | N | | | | |
| **249** | Lindell/ Coomer | Video Compilation officials questioning elections from 2010 and on via news and public outlets | Y | N | ✗ | | ✗ | 6/11/25 |
| **250** | Lindell | LINDELL-011000 – LINDELL-011023 (Ex. 170 to Deposition of Christopher Ruddy) | | N | | | | |
| **251** | Lindell | Pl. Ex. 78 to Frankspeech 30b6 depo - Screenshot | | N | | | | |
| **252** | Montgomery/ Lindell | Pl. Ex. 174 to Dep. of Dennis Montgomery | | N | | | | |
| **253** | Halderman | Nov. 18, 2020 - DHS Email | | N | | | | |
| **254** | Coomer | Removed due to deuplication | | | | | | |
| **255** | Coomer | Gateway Pundit Articles re: Plaintiff 11.16.2020 & 12.27.2020 | | N | | | | |
| **256** | Coomer | Twitter Posts - Nov & Dec 2020 re Plaintiff | | N | | | | |

| EX | Witness | Description | Auth | Stip | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|
| 257 | Halderman/ Coomer | CBS News Clip Aug. 2016 | Y | N | | | | |
| 258 | Halderman/ Coomer | Social Media Posts following 2024 Election | | N | | | | |
| 259 | Lindell | My Pillow Tweets (Twitter) from 2020 | | N | | | | |
| 260 | Lindell | Lindell Tweets re: 2020 Election (sample) | | N | | | | |
| 261 | Lindell | Webpage depicting results of searches https://mikelindell legaldefensefund.com/ | | | X | X | | 6/9/25 |
| 262 | Lindell | LindellTV Social Media post https://x.com/halo98059/status/1928849354632090100?s=46&t=9dcrhJnPrYa6GONtGaay8w | | | X | X | | 6/3/25 |
| 263 | coomer | Tweets | | | X | X | | 6/4/25 |
| 264 | coomer | Tweets | | | X | X | | 6/4/25 |
| 265 | peters | sentence order | X | | X | X | | 6/5/25 |
| 266 | Oltmann | Declaration of Auontai Anderson | | | X | X | | 6/6/25 |
| 267 | Oltmann | Declaration of Johnathan Tiegen | | | X | X | | 6/6/25 |
| 268 | Lindell | Post on Twitter 6/4/25 | | | X | X | | 6/9/25 |
| 269 | Halderman | Twitter post 7/22 | | | X | | X | 6/12/25 |
| 270 | Halderman | Exhibit 1-Q 24-mc-51057-DML-DRG | | | X | | X | 6/12/25 |

Respectfully submitted this __ day of June 2025.

_____/s/ Charles J Cain_____

Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Cain & Skarnulis PLLC
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Ashley N. Morgan
amorgan@cstrial.com
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
David M. Beller, No. 35767
david@rklawpc.com
RechtKornfeld PC
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900

**ATTORNEYS FOR PLAINTIFF**

_____/s/ *Christopher I Kachouroff_____

Christopher I. Kachouroff
chris@mck-lawyers.com
Robert J. Cynkar
rcynkar@mck-lawyers.com
McSweeny, Cynkar & Kachouroff PLLC
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
703-621-3300

_____/s/* Jennifer T. DeMaster_____

Jennifer T. DeMaster
361 Falls Road, Suite 610
Grafton, Wisconsin 53024
414-235-7488

**ATTORNEYS FOR DEFENDANTS**

*Signed with permission