# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# **JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 22-cv-01129-NYW-SBP | Date: June 16, 2025 |
| Courtroom Deputy: Bernique Abiakam | Court Reporters: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| ERIC COOMER, Ph.D., | Ashley Morgan |
| | Bradley Kloewer |
| | Charles Cain |
| | David Beller |
| Plaintiff, | |
| v. | |
| MICHAEL J. LINDELL, | Christopher Kachouroff |
| FRANKSPEECH LLC, and | Jennifer DeMaster |
| MY PILLOW, INC., | James Duane |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 11**

7:10 a.m.     Jury present to resume their deliberations.

**ORDERED: Lunches shall be provided to jurors during their deliberations.**

**10:05 a.m.     Court in session.**

Jury not present. Appearances of counsel and parties.

Discussion regarding a note from the Jury – marked as Jury Question 1.

Statements by Counsel.

The Court states its proposed response.

No objections by Counsel.

Response to Question 1 tendered to the Jury.

**10:12 a.m.**      **Court in recess.**

**12:33 p.m.**      **Court in session.**

Discussion regarding a note from the Jury – marked as Jury Questions 2 and 3.

The Court states its proposed response.

Statement by Plaintiff's Counsel.

Statement by Defendants' Counsel.

Remarks by the Court.

Discussion regarding a note from the Jury – marked as Jury Question 4.

The Court states its proposed response.

Statement by Plaintiff's Counsel.

No objection by Defendants' Counsel.

Responses to Jury Questions 2, 3 and 4 tendered to the Jury.

**12:46 p.m.**      **Court in recess.**

**4:08 p.m.**      **Court in session.**

Discussion regarding a note from the Jury – marked as Jury Questions 5 and 6.

The Court states its proposed response.  No objections by Counsel.

Responses to Jury Questions 5 and 6 tendered to the Jury.

**4:10 p.m.**      **Court in recess.**

**4:20 p.m.**      **Court in session.**

The Jury has reached a verdict.

**4:21 p.m.**      Jury present.

4:22 p.m.      Court reads Verdict Forms.

**ORDERED:**   **Verdicts are received.**

**ORDERED:**   **Judgment shall enter in favor of Plaintiff Eric Coomer against Defendant Michael J. Lindell as to Count I, and in favor of Defendant Michael J. Lindell against Plaintiff Eric Coomer as to Counts II and III.**

**Judgment shall enter in favor Plaintiff Eric Coomer against Defendant Frankspeech LLC, as to Counts I and II and with respect to exemplary damages, and in favor of Defendant Frankspeech LLC against Plaintiff Eric Coomer as to Count III.**

**Judgment shall enter in favor of Defendant My Pillow, Inc. against Plaintiff Eric Coomer as to Counts I, II and III.**

**Plaintiff Eric Coomer is AWARDED costs pursuant to Fed. R. Civ. P. 54(d). The Parties shall meet and confer regarding their costs before the filing of a bill of costs, if any, pursuant to D.C.COLO.LCivR 54.1.**

Counsel declines the polling of the Jury.

Court's concluding remarks to the jury.

4:30 p.m.      Jury excused.

**ORDERED:**   **Defendants' Renewed Oral Motion Pursuant to Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law is DENIED, as specified.**

**ORDERED:**   **Defendants' Oral Motion Pursuant to Fed. R. Civ. P. 59 for a new trial is DENIED without prejudice, as specified.**

**Counsel shall file any post-trial motions in writing, as specified.**

**4:31 p.m.**      **Court in recess.**

Trial concluded.
Total time in court: 33 minutes.

Clerk's Note:   Exhibits and depositions have been returned to counsel.

Case No. 1:22-cv-01129-NYW-SBP    Document 374    filed 06/16/25    USDC Colorado
pg 4 of 4