IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE NINA Y. WANG

Date: 06/16/25        Time: 9:30

____ We have reached a verdict.

✓ We have a question.

**NOTE FROM JURY**

1: ~~Will~~ Did exhibit 212 air on Frankspeech?

By: _____
Foreperson

**COURT'S RESPONSE TO NOTE FROM JURY**

The Court cannot respond to this question as to whether Ex. 212 aired on FrankSpeech because it is a question of fact that only the jury can determine based on its consideration of the admitted evidence applying the law as instructed by the Court.

By: _____
Nina Y. Wang
United States District Judge

22-cv-01129-NYW
Jury Question 1