IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE NINA Y. WANG

Date: 06/16/25                    Time: 12:00

____ We have reached a verdict.
 X  We have a question.

## NOTE FROM JURY

1: In accordance with instruction No. 41, does the civil conspiracy mentioned have to pertain to Dr. Coomer?

2: What is the definition of civil conspiracy?

By: _____
Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

1: In response to Question 1, the Court refers the Jury to Instruction No. 42.

2: In response to Question 2, the Court refers the Jury to Instruction No. 41.

By: _____
Nina Y. Wang
United States District Judge

22-cv-01129-NYW
Jury Question
2 & 3