IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE NINA Y. WANG

Date: 06/16/25                        Time: 12:12

_____ We have reached a verdict.

__X__ We have a question.

**NOTE FROM JURY**

1: Can the jury defer the damages awarded to the Plaintiff to the judge due to a lack of expertise/ evidence?

By: _____
      Foreperson

**COURT'S RESPONSE TO NOTE FROM JURY**

"No. The determination of the amount of damages, if any, is part of the jury's fact finding function. The Court refers the jury to instruction Nos. 45-51.

By: _____
Nina Y. Wang
United States District Judge

22-cv-c1129-NYW
JURY Question
4