IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE NINA Y. WANG

Date: 06/16/25     Time: 3:30

__X__ We have reached a verdict.
__X__ We have a question.

## NOTE FROM JURY

5: Can we get our phones

6: Can we get un extra copy of Frankspeech LLC verdict form phase?

By: _____
Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

5: You will receive your phones after the verdict is read.

6: Yes, we have provided a copy.

By: _____
Nina Y. Wang
United States District Judge

22-CV-01129-NYW
JURY Questions
5 + 6