IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 22-cv-01129-NYW-SBP

ERIC COOMER,

Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC, and
MY PILLOW, INC.,

Defendants.

**VERDICT FORM AS TO DEFENDANT MICHAEL J. LINDELL**

On the issue of Plaintiff Eric Coomer's claims against Defendant Michael J. Lindell, we the jury, upon our oaths, unanimously find the following:

**Claim 1: Defamation Per Se (Defendant Michael Lindell)**

1a.   Has Plaintiff proved, as set forth in Instruction No. 19, that Defendant Lindell defamed him by publishing at least one of the statements listed below? For each statement, mark "YES" if you find Plaintiff has proved a claim for defamation against Defendant Lindell as to that statement. Otherwise, mark "NO."

1b.   May 3, 2021 statement by Oltmann/Howse (Instruction No. 8, Paragraph No. 26).

___ YES      _X_ NO

1c.   May 9, 2021 statement by Lindell (Instruction No. 8, Paragraph No. 28).

_X_ YES      ___ NO

1d.   August 12, 2021 statement by Oltmann and Clements (Instruction No. 8, Paragraph No. 35).

___ YES      _X_ NO

Page 1 of 4

    1e.    August 12, 2021 statement by Clements (Instruction No. 8, Paragraph No. 36).

        ___ YES    X NO

    1f.    April 5, 2022 statement by Lindell (Instruction No. 8, Paragraph No. 39).

        ___ YES    X NO

    1g.    April 6, 2022 statement by Lindell (Instruction No. 8, Paragraph No. 40).

        X YES    ___ NO

    1h.    April 7, 2022 statements by Lindell (Instruction No. 8, Paragraph No. 41).

        ___ YES    X NO

    1i.    May 23, 2022 statement by Lindell (Instruction No. 8, Paragraph No. 42).

        ___ YES    X NO

    1j.    September 7, 2022 statement by Peters (Exhibit 212)

        ___ YES    X NO

    1k.    March 10, 2023 statement by Lindell (Instruction No. 8, Paragraph No. 43).

        ___ YES    X NO

**IF YOU ANSWERED "NO" TO EVERY QUESTION UNDER CLAIM 1, YOUR DELIBERATIONS FOR THIS VERDICT FORM ARE COMPLETE. PLEASE SIGN AND DATE THIS VERDICT FORM AND PROCEED TO ANY VERDICT FORMS YOU HAVE NOT YET COMPLETED.**

**IF YOU ANSWERED "YES" TO AT LEAST ONE QUESTION UNDER CLAIM 1, PLEASE COMPLETE THE REMAINDER OF THIS FORM.**

<u>**Claim 2: Intentional Infliction of Emotional Distress (Defendant Michael Lindell)**</u>

    2a.    Has Plaintiff proved, as set forth in Instruction No. 35, his claim for intentional infliction of emotional distress against Defendant Lindell?

        ___ YES    X NO

### Claim 3: Civil Conspiracy (Defendant Michael Lindell)

3a. Has Plaintiff proved, as set forth in Instruction No. 41, his claim for civil conspiracy against Defendant Michael Lindell?

___ YES          _X_ NO

### Damages – Defendant Michael Lindell

4a. What is the total amount of Plaintiff's damages, if any, for noneconomic losses or injuries that were caused by the conduct of Defendant Lindell?

ANSWER: $ 144,000

4b. What is the total amount of Plaintiff's damages, if any, for economic losses that were caused by the conduct of Defendant Lindell?

ANSWER: $ 296,500

4c. Do you find, beyond a reasonable doubt, that Defendant Lindell acted in a fraudulent, malicious, or willful and wanton manner in causing the Plaintiff's damages?

___ YES          _X_ NO

**IF YOUR ANSWER TO 4c is "YES," PLEASE PROCEED TO QUESTION 4d.**

**IF YOUR ANSWER TO 4c IS "NO," YOUR DELIBERATIONS FOR THIS VERDICT FORM ARE COMPLETE.  PLEASE SIGN AND DATE THIS VERDICT FORM AND PROCEED TO ANY VERDICT FORMS YOU HAVE NOT YET COMPLETED.**

4d. If you answered "Yes" to Question 4c, state the amount of punitive damages, if any, to be recovered against Defendant Lindell.

ANSWER: $ 0

Page 3 of 4

**PLEASE SIGN AND DATE THIS VERDICT FORM.**

**WHEN YOU COMPLETE AND SIGN ALL THREE VERDICT FORMS, PLEASE ALERT THE BAILIFF THAT YOU ARE READY TO RETURN TO THE COURTROOM.**

SO SAY WE ALL, this __16__ day of June, 2025.

6/16/25