**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Nina Y. Wang**

Civil Action No. 22-cv-01129-NYW-SBP

ERIC COOMER,

Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC, and
MY PILLOW, INC.,

Defendants.

---

### VERDICT FORM AS TO DEFENDANT FRANKSPEECH LLC

---

On the issue of Plaintiff Eric Coomer's claims against Defendant Frankspeech LLC, we the jury, upon our oaths, unanimously find the following:

### Claim 1: Defamation Per Se (Defendant Frankspeech LLC)

1a.    Has Plaintiff proved, as set forth in Instruction No. 20, that Defendant Frankspeech defamed him by publishing at least one of the statements listed below?  For each statement, mark "YES" if you find Plaintiff has proved a claim for defamation against Defendant Frankspeech as to that statement.  Otherwise, mark "NO."

1b.    May 3, 2021 statement by Oltmann/Howse (Instruction No. 8, Paragraph No. 26).

___ YES    _X_ NO

1c.    May 9, 2021 statement by Lindell (Instruction No. 8, Paragraph No. 28).

_X_ YES    ___ NO

1d.    August 12, 2021 statement by Oltmann and Clements (Instruction No. 8, Paragraph No. 35).

___ YES    _X_ NO

Page 1 of 4

1e.    August 12, 2021 statement by Clements (Instruction No. 8, Paragraph No. 36).

_X_ YES        ___ NO

1f.    April 5, 2022 statement by Lindell (Instruction No. 8, Paragraph No. 39).

___ YES        _X_ NO

1g.    April 6, 2022 statement by Lindell (Instruction No. 8, Paragraph No. 40).

_X_ YES        ___ NO

1h.    April 7, 2022 statements by Lindell (Instruction No. 8, Paragraph No. 41).

___ YES        _X_ NO

1i.    May 23, 2022 statement by Lindell (Instruction No. 8, Paragraph No. 42).

___ YES        _X_ NO

1j.    September 7, 2022 statement by Peters (Exhibit 212)

___ YES        _X_ NO

1k.    March 10, 2023 statement by Lindell (Instruction No. 8, Paragraph No. 43).

___ YES        _X_ NO

**IF YOU ANSWERED "NO" TO <u>EVERY</u> QUESTION UNDER CLAIM 1, YOUR DELIBERATIONS FOR THIS VERDICT FORM ARE COMPLETE.  PLEASE SIGN AND DATE THIS VERDICT FORM AND PROCEED TO ANY VERDICT FORMS YOU HAVE NOT YET COMPLETED.**

**IF YOU ANSWERED "YES" TO AT LEAST ONE QUESTION UNDER CLAIM 1, PLEASE COMPLETE THE REMAINDER OF THIS FORM.**

**<u>Claim 2: Intentional Infliction of Emotional Distress (Defendant Frankspeech LLC)</u>**

2a.    Has Plaintiff proved, as set forth in Instruction No. 36, his claim for intentional infliction of emotional distress against Defendant Frankspeech?



_X_ YES            █ NO

Page 2 of 4

**Claim 3: Civil Conspiracy (Defendant Frankspeech LLC)**

3a.    Has Plaintiff proved, as set forth in Instruction No. 41, his claim for civil conspiracy against Defendant Frankspeech?

___ YES          X  NO

**Damages – Defendant Frankspeech LLC**

4a.    What is the total amount of Plaintiff's damages, if any, for noneconomic losses or injuries that were caused by the conduct of Frankspeech?

ANSWER: $ 432, 000

4b.    What is the total amount of Plaintiff's damages, if any, for economic losses that were caused by the conduct of Defendant Frankspeech?

ANSWER: $ 1, 133, 500

4c.    Do you find, beyond a reasonable doubt, that Defendant Frankspeech acted in a fraudulent, malicious, or willful and wanton manner in causing the Plaintiff's damages?

X  YES          ___ NO

**IF YOUR ANSWER TO 4c is "YES," PLEASE PROCEED TO QUESTION 4d.**

**IF YOUR ANSWER TO 4c IS "NO," YOUR DELIBERATIONS FOR THIS VERDICT FORM ARE COMPLETE.  PLEASE SIGN AND DATE THIS VERDICT FORM AND PROCEED TO ANY VERDICT FORMS YOU HAVE NOT YET COMPLETED.**

4d.    If you answered "Yes" to Question 4c, state the amount of punitive damages, if any, to be recovered against Defendant Frankspeech.

ANSWER: $ 300, 000

Page 3 of 4

**PLEASE SIGN AND DATE THIS VERDICT FORM.**

**WHEN YOU COMPLETE AND SIGN ALL THREE VERDICT FORMS, PLEASE ALERT THE BAILIFF THAT YOU ARE READY TO RETURN TO THE COURTROOM.**

SO SAY WE ALL, this _____ day of June, 2025.