IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 22-cv-01129-NYW-SBP

ERIC COOMER,

Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC, and
MY PILLOW, INC.,

Defendants.

## VERDICT FORM AS TO DEFENDANT MY PILLOW, INC.

On the issue of Plaintiff Eric Coomer's claims against Defendant My Pillow, Inc., we the jury, upon our oaths, unanimously find the following:

### Claim 1: Defamation Per Se (Defendant My Pillow, Inc.)

1a.    Has Plaintiff proved, as set forth in Instruction No. 21, that Defendant My Pillow defamed him by publishing at least one of the statements listed below?  For each statement, mark "YES" if you find Plaintiff has proved a claim for defamation against Defendant My Pillow as to that statement.  Otherwise, mark "NO."

1b.   May 3, 2021 statement by Oltmann/Howse (Instruction No. 8, Paragraph No. 26).

___ YES     _X_ NO

1c.   May 9, 2021 statement by Lindell (Instruction No. 8, Paragraph No. 28).

___ YES     _X_ NO

1d.   August 12, 2021 statement by Oltmann and Clements (Instruction No. 8, Paragraph No. 35).

___ YES     _X_ NO

Page 1 of 4

    1e.    August 12, 2021 statement by Clements (Instruction No. 8, Paragraph No. 36).

        \_\_\_ YES    _X_ NO

    1f.    April 5, 2022 statement by Lindell (Instruction No. 8, Paragraph No. 39).

        \_\_\_ YES    _X_ NO

    1g.    April 6, 2022 statement by Lindell (Instruction No. 8, Paragraph No. 40).

        \_\_\_ YES    _X_ NO

    1h.    April 7, 2022 statements by Lindell (Instruction No. 8, Paragraph No. 41).

        \_\_\_ YES    _X_ NO

    1i.    May 23, 2022 statement by Lindell (Instruction No. 8, Paragraph No. 42).

        \_\_\_ YES    _X_ NO

    1j.    September 7, 2022 statement by Peters (Exhibit 212)

        \_\_\_ YES    _X_ NO

    1k.    March 10, 2023 statement by Lindell (Instruction No. 8, Paragraph No. 43).

        \_\_\_ YES    _X_ NO

**IF YOU ANSWERED "NO" TO EVERY QUESTION UNDER CLAIM 1, YOUR DELIBERATIONS FOR THIS VERDICT FORM ARE COMPLETE. PLEASE SIGN AND DATE THIS VERDICT FORM AND PROCEED TO ANY VERDICT FORMS YOU HAVE NOT YET COMPLETED.**

**IF YOU ANSWERED "YES" TO AT LEAST ONE QUESTION UNDER CLAIM 1, PLEASE COMPLETE THE REMAINDER OF THIS FORM.**

<u>**Claim 2: Intentional Infliction of Emotional Distress (Defendant My Pillow, Inc.)**</u>

    2a.    Has Plaintiff proved, as set forth in Instruction No. 37, his claim for intentional infliction of emotional distress against Defendant My Pillow?

        \_\_\_ YES    _X_ NO

### Claim 3: Civil Conspiracy (Defendant My Pillow, Inc.)

3a.　Has Plaintiff proved, as set forth in Instruction No. 41, his claim for civil conspiracy against Defendant My Pillow?

                    ___ YES           X  NO

### Damages – Defendant My Pillow, Inc.

4a.　What is the total amount of Plaintiff's damages, if any, for noneconomic losses or injuries that were caused by the conduct of My Pillow?

ANSWER: $_____

4b.　What is the total amount of Plaintiff's damages, if any, for economic losses that were caused by the conduct of Defendant My Pillow?

ANSWER: $_____

4c.　Do you find, beyond a reasonable doubt, that Defendant My Pillow acted in a fraudulent, malicious, or willful and wanton manner in causing the Plaintiff's damages?

                    ___ YES           X  NO

**IF YOUR ANSWER TO 4c is "YES," PLEASE PROCEED TO QUESTION 4d.**

**IF YOUR ANSWER TO 4c IS "NO," YOUR DELIBERATIONS FOR THIS VERDICT FORM ARE COMPLETE. PLEASE SIGN AND DATE THIS VERDICT FORM AND PROCEED TO ANY VERDICT FORMS YOU HAVE NOT YET COMPLETED.**

4d.　If you answered "Yes" to Question 4c, state the amount of punitive damages, if any, to be recovered against Defendant My Pillow.

ANSWER: $_____

**PLEASE SIGN AND DATE THIS VERDICT FORM.**

**WHEN YOU COMPLETE AND SIGN ALL THREE VERDICT FORMS, PLEASE ALERT THE BAILIFF THAT YOU ARE READY TO RETURN TO THE COURTROOM.**

SO SAY WE ALL, this __16__ day of June, 2025.