IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01129-NYW-SBP

ERIC COOMER, Ph.D.,

    Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC, and
MY PILLOW, INC.,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This matter was tried on June 2, 2025, through June 6, 2025, and June 9, 2025, through June 13, 2025, and June 16, 2025, before a duly sworn jury of eight, United States District Judge Nina Y. Wang presiding.  The trial proceeded to conclusion and the jury rendered its Verdict Forms.

Accordingly, it is **ORDERED** that final judgment is hereby entered in favor of Plaintiff, Eric Coomer, and against Defendant Michael J. Lindell as to Count One, and in favor of Defendant Michael J. Lindell and against Eric Coomer as to Counts Two and Three.  It is

**FURTHER ORDERED** that judgement shall enter in favor of Plaintiff Eric Coomer, and against Defendant Frankspeech LLC as to Counts One and Two and with

respect to exemplary damages, and in favor of Defendant Frankspeech LLC, and against Plaintiff Eric Coomer as to Count Three.  It is

**FURTHER ORDERED** that judgment shall enter in favor of Defendant My Pillow, Inc., and against the Plaintiff Eric Coomer as to Counts One, Two, and Three.  It is

**FURTHER ORDERED** that pre-judgment interest shall accrue on all compensatory damages at the rate of 9%, as set forth in Colo. Rev. Stat. § 13-21-101, from the date the action accrued.  It is

**FURTHER ORDERED** that post-judgment interest shall accrue at the current rate of 4.10%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.  It is

**FURTHER ORDERED** that Plaintiff Eric Coomer, shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 24th day of June 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ H.Guerra
     Deputy Clerk