# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01129-NYW-SBP

ERIC COOMER,

    Plaintiff,

v.

MICHAEL J. LINDELL,
FRANKSPEECH LLC, and
MY PILLOW, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Nina Y. Wang**

    Pursuant to 28 U.S.C. § 1871(b)(2), jurors required to attend more than ten days of actual service may be paid, at the discretion of the trial judge, an additional $10.00 per day for each day over ten days required to complete jury service.

    Accordingly, it is **ORDERED** that the Clerk of Court shall pay jurors in the above-captioned case an additional $10.00, for a total of $60.00 each, for their eleventh day of service, June 16, 2025.

DATED:  June 24, 2025