## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

ERIC COOMER,

        Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

        Defendants.

Case No. 1:22-cv-01129-NYW-SBP

### MOTION TO STAY EXECUTION OF SANCTIONS ORDER

This Court's sanctions order (ECF 383) requires defense counsel to pay a total payment of $6,000 on August 4, 2025, 28 days after the sanctions order was filed. Even though this Court made the order "absolute," it is not an immediately appealable order in the 10th Circuit as it is in other circuits. See *G.J.B. & Associates, Inc. v. Singleton*, 913 F.2d 824 (10th Cir.1990).

Respectfully, Defense counsel will be appealing that order and requests a stay of execution until the appeal is final. In the alternative, Defense counsel requests that the Court extend the timeline to pay the sanctions order until the Court rules with finality on all underlying motions or at least an additional 30 days to make payment. There is no prejudice to the Plaintiff or anyone else if the Court grants this motion.

Pursuant to Local Rule 7.1, the parties met and conferred through email communication on July 29, 2025. Plaintiff's counsel has no objection to the filing of this motion and does not take a position on it.

Page **1** of 2

Dated: July 28, 2025.

          Respectfully Submitted,

          **MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

          By */s/ Christopher I. Kachouroff*
          Christopher I. Kachouroff
          (VA Bar No. 44216)
          13649 Office Place, Suite 101
          Woodbridge, Virginia 22192
          Telephone: (703) 621-3300
          chris@mck-lawyers.com

          Jennifer T. DeMaster
          (WI Bar No. 1124201)
          361 Falls Rd, Suite 610
          Grafton, WI 53024
          Telephone: (414) 235-7488
          jennifer@demasterlaw.com

          **ATTORNEYS FOR DEFENDANTS**