# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

ERIC COOMER,

    Plaintiff,

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC, AND MY PILLOW, INC.,

    Defendants.

Case No. 1:22-cv-01129-NYW-SBP

## MOTION TO WITHDRAW AS COUNSEL

**TO: THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT**

Pursuant to D.C. Colo.L.Atty.R. 5(b), Jennifer T. DeMaster respectfully moves the Court for an Order granting her withdrawal as counsel of record for Defendants Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. in this action, stating as follows:

Ms. DeMaster seeks to withdraw as counsel of record for Defendants Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. in this action. Defendants will continue to be represented by its other, current counsel of record in this action.

Good cause exists for this motion. Ms. DeMaster is closing her practice to pursue another employment opportunity that requires her withdrawal from cases prior to December 15, 2025. The Defendants remaining counsel will continue to represent Defendants Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. in this matter and will continue to be responsible for complying with all Court orders and time limitations established by statutes and rules.

No party will be prejudiced by Ms. DeMaster's withdrawal from this matter because Defendants Michael J. Lindell, Frankspeech LLC, and My Pillow, Inc. will continue to be represented by its other, current counsel. Further, Ms. DeMaster's representation in this matter was limited to trial and post-trial motions, which have been completed.

Finally, this motion is not sought to delay the resolution of this dispute or for any other improper purpose.

WHEREFORE, Jennifer T. DeMaster respectfully moves the Court for an Order granting her withdrawal as counsel of record for Defendants Michael Lindell, Frankspeech LLC, and My Pillow, Inc. in this action.

Dated: December 5, 2025.

Respectfully submitted,

*/s/ Jennifer T. DeMaster*
Jennifer T. DeMaster
WI Bar No. 1124201
361 Falls Rd., Ste 610
Grafton, WI 53024
Telephone: (414) 235-7488
jennifer@demasterlaw.com

**CERTIFICATION PURSUANT TO THE HONORABLE COURT'S
DECEMBER 1, 2025 STANDING ORDER**

I, Jennfer T. DeMaster, certify that generative artificial intelligence was not used to draft this filing.

*/s/ Jennifer T. DeMaster*
Jennifer T. DeMaster