**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129

ERIC COOMER, PhD.,

    Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,

    Defendants

---

**PLAINTIFF'S REQUEST FOR STATUS CONFERENCE**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

    Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), by and through undersigned counsel,

files this Request for Status Conference and shows as follows:

**CERTIFICATE OF CONFERRAL**

    Counsel for Plaintiff attempted to confer with counsel for Defendants via email on

Friday, January 30, 2026 at 11:03 a.m. (mst) regarding the relief sought by this Request.

As of this filing, counsel for Defendants has not responded.

**BASIS FOR REQUEST**

    1.    On June 24, 2025, this Court entered a Final Judgment at the conclusion of

presentation of evidence and the jury's verdict.  [Doc. 381].

    2.    On January 23, 2026, the District Clerk issued a corrected Bill of Costs.

[Doc. 411].

1

3.     Two matters remain pending on the Court's docket prior to an appeal, if any, of the Court's final judgment.  They are:

    a.    Defendants Michael J. Lindell's and Frankspeech LLC's Rule 50(b) Renewed Motion for Judgment as a Matter of Law.  [Doc. 386] (July 14, 2025).  Response filed on July 28, 2025.  [Doc. 392].  No Reply filed; and

    b.    Plaintiff's Motion to Amend Final Judgment [Doc. 387] (July 22, 2025). Response filed on August 5, 2025.  [Doc. 404].  Reply filed on August 19, 2025.  [Doc. 405].

4.     Plaintiff respectfully requests a status conference to discuss the timing of final orders being issued in the case, whether the Court wishes additional input from the parties on the pending matters, and to address any related issues.

Respectfully submitted this 2nd day of February 2026.

Respectfully submitted,

_/s/ Charles J. Cain_
Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
Ashley N. Morgan, No. 61713
amorgan@cstrial.com
**Cain & Skarnulis PLLC**
P. O. Box 1064
Salida, Colorado 81201
and
303 Colorado Street, Suite 2850
Austin, Texas 78701
719-530-3011/512-477-5011 (Fax)

2

Thomas M. Rogers III, No. 28809
trey@rklawpc.com
David M. Beller, No. 35767
david@rklawpc.com
**RechtKornfeld PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**