## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

ERIC COOMER, PhD.,

      Plaintiff,

v.                                                    **Civil Action No. 1:22-cv-01129**


MICHAEL J. LINDELL, et al.,

      Defendants.

---

### MOTION FOR PROTECITVE ORDER TO RESTRICT PUBLIC ACCESS

Pursuant to D.C.COLO.LCivR 7.2(c), Mr. Kachouroff moves this Court to restrict public access to Exhibit D, his affidavit attached to his response to the Court's show cause order of March 25, 2026 .

1.      Although there is a strong presumption in favor of public access to judicial proceedings, a district court has discretion to allow a party to file documents under seal and withhold it from the public. *Mann v. Boatright*, 477 F.3d 1140, 1149 (Tenth Cir. 2007).

2.      A party seeking to file court records under seal must overcome a presumption, long supported by courts, that the public has a common-law right of access to judicial records. *Eugene S. v. Horizon Blue Cross Blue Shield of New Jersey*, 663 F.3d 1124, 1135 (10th Cir. 2011)

3.      The interest to be protected in Exhibit D is private health information and such interest outweighs public access to this document. *Id.*

**Page 1 of 2**

4.      The public has no justiciable interest in accessing this private health

information and it does not relate to any of the claims made against Defendants.

Dated: April 8, 2026.

Respectfully Submitted,

**McSweeney, Cynkar & Kachouroff, PLLC**

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff
(VA Bar No. 44216)
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com

### CERTIFICATION

Pursuant to this Court's standing order of December 1, 2025, the undersigned certifies that generative artificial intelligence was not used to draft this filing other than Westlaw. My use of Westlaw was solely for the purpose of legal research and downloading cases.

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff

**Page 2 of 2**