**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

ERIC COOMER, PhD.,

      Plaintiff,

v.                                                                    **Civil Action No. 1:22-cv-01129**


MICHAEL J. LINDELL, et al.,

      Defendants.

---

## NOTICE OF FILING PROPOSED ORDER

      On behalf of Defendants FrankSpeech and Lindell, the undersigned gives notice

of the attached proposed order.

      Dated: April 8, 2026.

                        Respectfully Submitted,

                        **MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

                        By */s/ Christopher I. Kachouroff*
                        Christopher I. Kachouroff
                        (VA Bar No. 44216)
                        13649 Office Place, Suite 101
                        Woodbridge, Virginia 22192
                        Telephone: (703) 621-3300
                        chris@mck-lawyers.com

**Page 1 of 2**

**CERTIFICATION**

Pursuant to this Court's standing order of December 1, 2025, the undersigned certifies that generative artificial intelligence was not used to draft this filing other than Westlaw. My use of Westlaw was solely for the purpose of legal research and downloading cases.

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff