## Wang Chambers

**From:** Chris Kachouroff <chris@mck-lawyers.com>
**Sent:** Friday, May 23, 2025 6:46 PM
**To:** Wang Chambers
**Cc:** Charlie Cain; Jen DeMaster
**Subject:** Additional items concerning show cause order
**Attachments:** IMG_5565.JPG; IMG_5561.JPG; IMG_5562.JPG; Screenshot 2025-05-23 at 6.40.38 PM.jpeg; IMG_5564.JPG; Screenshot 2025-05-23 at 6.40.15 PM.jpeg; Scan2025-05-01_121341.pdf

<mark>CAUTION - EXTERNAL:</mark>


Dear Judge Wang,

I am forwarding screenshots of our signal app along with a phone log to show how much we were in contact with each other on February 24 and 25 concerning the motion in limine. Unfortunately, my signal app is set to disappearing messages by default and I did not change that feature disabled until March 6, 2025 or you would have seen further communications between us other than simply phone calls. We do not have emails other than what has been provided already.

Mrs. DeMaster also located a draft with handwritten deletions on it. This is also attached to this email.

Sincerely,

Chris Kachouroff



--
--
**CHRISTOPHER I. KACHOUROFF, ESQ.**
Tel: 703.621.3300
Cell: 703.853.0160
Web: www.mck-lawyers.com



McSweeney Cynkar & Kachouroff, PLLC
TRIAL & APPELLATE LAWYERS


<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

1