



4:12   📞 28m   ••••••••••••   🟠 📶 🔋

All    Missed

**Christopher Kachouroff  (4)**
Signal Audio                          2/25/25   ⓘ

**Christopher Kachouroff**
↗ mobile                              2/25/25   ⓘ

**(303) 844-3433**
↗ Denver, CO                          2/25/25   ⓘ

**1 (866) 365-6381**
↗ unknown                             2/25/25   ⓘ

**Christopher Kachouroff**
mobile                                2/25/25   ⓘ

**Christopher Kachouroff**
Signal Audio                          2/25/25   ⓘ

**Christopher Kachouroff**
mobile                                2/25/25   ⓘ

**Christopher Kachouroff**
Signal Audio                          2/25/25   ⓘ

**Christopher Kachouroff**
↗ mobile                              2/25/25   ⓘ

**Christopher Kachouroff  (4)**
mobile                                2/25/25   ⓘ

**Mr.  Dan Eastman**
↗ home                                2/25/25   ⓘ

⭐ Favorites    🕐 Recents    👤 Contacts    ⚏ Keypad    Voicemail 220



6:40  📶 5G 🔋65

<  **Jennifer DeMaster** ⊚     📹   📞

**Tue, Feb 25**

📞 Outgoing voice call · 1:31 PM

📞 Outgoing voice call · 1:59 PM

📞 Incoming voice call · 2:39 PM

📞 **Missed voice call · 3:15 PM**

📞 **Missed voice call · 3:19 PM**

📞 Outgoing voice call · 3:28 PM

**Call Again**

**Wed, Feb 26**

📞 Outgoing voice call · 7:31 AM

**Call Again**

**Sat, Mar 1**

📞 Incoming voice call · 6:16 PM

**Call Back**

**Mon, Mar 3**

📹 Outgoing video call · 4:15 PM

📹 Outgoing video call · 6:23 PM

**Call Again**

⌄

\+   Message                    ▢  📷  🎤

6:40    5G 65

<  **Jennifer DeMaster** 🔲 📹 📞

**Wed, Feb 26**

**Sat, Mar 1**

📞 Incoming voice call · 6:16 PM

[Call Back]

**Mon, Mar 3**

📹 Outgoing video call · 4:15 PM
📹 Outgoing video call · 6:23 PM

[Call Again]

**Wed, Mar 5**

📞 Outgoing voice call · 3:04 PM
📞 Outgoing voice call · 4:57 PM

[Call Again]

**Thu, Mar 6**

📞 Outgoing voice call · 5:00 PM

[Call Again]

🚫 You disabled disappearing messages.

\+ Message 🏷️ 📷 🎤