**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 14, 2026**

_____

**Christopher M. Wolpert**
**Clerk of Court**

ERIC COOMER, Ph. D.,

    Plaintiff - Appellee,

v.

MICHAEL J. LINDELL;
FRANKSPEECH, LLC,

    Defendants - Appellants,

and

MY PILLOW, INC.,

    Defendant.

-----------------------------

CHRISTOPHER J. KACHOUROFF;
JENNIFER T. DEMASTER;
MCSWEENEY, CYNKAR &
KACHOUROFF, PLLC,

    Appellants.

No. 26-1136
(D.C. No. 1:22-CV-01129-NYW-SBP)
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court on the filing of an *Amended Notice of Appeal* (ECF

No. 11), as well as further review of the original notice of appeal and the district court

docket underlying this matter.

**Appellants**

It appears that two attorneys (Christopher I. Kachouroff[1] and Jennifer DeMaster), as well as the law firm of McSweeney, Cynkar & Kachouroff PLLC, wish to appeal from the district court's order imposing sanctions. (DC ECF No. 383.) In addition, it appears that Mr. Kachouroff and McSweeney, Cynkar & Kachouroff PLLC wish to appeal from the district court's order to show cause and its subsequent order related to that order to show cause. (DC ECF Nos. 413, 424.)

The court has added the three new appellants and directed its Clerk to modify the caption for this appeal to reflect this addition. This order uses the modified caption, which the parties should note.

**Entry of Appearance**

As an entity, McSweeney, Cynkar & Kachouroff PLLC may not appear pro se in this appeal. *Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006). On or before May 26, 2026, an attorney must enter an appearance on behalf of McSweeney, Cynkar &

---

[1] Mr. Kachouroff identifies himself in the *Amended Notice of Appeal*, as well as in other filings with this court, *see, e.g.,* Entry of Appearance, ECF No. 8, as Christopher **I.** Kouchouroff. However, the court's case management system—which is tied to Mr. Kachouroff's PACER account—identifies Mr. Kachouroff as Christopher **J.** Kachouroff. The court cannot unilaterally change Mr. Kachouroff's PACER account, and so the court's case management system will continue to identify Mr. Kachouroff as Christoper **J**. Kachouroff unless and until Mr. Kachouroff's PACER account is changed. *See, e.g.,* Docket Text for ECF No. 8 (indicating that the Entry of appearance was filed by Christopher **J.** Kachouroff); caption for this appeal (identifying Christopher **J.** Kachouroff as an appellant). The court directs Mr. Kachouroff to review his PACER account and ensure that the identifying information contained therein is accurate.

Kachouroff PLLC. If no entry of appearance is filed by May 26, 2026, the court may remove McSweeney, Cynkar & Kachouroff PLLC as an appellant in this matter.

### **Jurisdiction**

The parties shall specifically address—in their merits briefs—the court's jurisdiction to entertain any appeal of the sanctions orders brought by Mr. Kachouroff, Ms. DeMaster, and/or McSweeney, Cynkar & Kachouroff PLLC.

### **Briefing and Appendices**

Appellants' opening brief and appendix is due June 22, 2026. (ECF No. 15.) To the extent practicable, all appellants must file a single brief. *See* 10th Cir. R. 31.3(A). The court also has a strong preference for a single appendix that includes all material necessary for the court's consideration of all issues raised in this appeal. *See* 10th Cir. R. 30.1(C).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

3