**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01129-NYW-SBP

ERIC COOMER, Ph.D.,
        Plaintiff

v.

MICHAEL J. LINDELL, FRANKSPEECH LLC,
AND MY PILLOW, INC.,
        Defendants

---

**PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE
TO REGISTER JUDGMENT IN FOREIGN JURISDICTIONS**

---

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Plaintiff Eric Coomer, Ph.D. (Dr. Coomer), through counsel, files this *Unopposed* Motion

for Leave to Register Judgment in Foreign Jurisdictions, and in support shows the following:

**CERTIFICATE OF CONFERRAL**

The undersigned certifies that on August 13, 2026, counsel for Defendant Michael J.

Lindell indicated that the relief requested herein is unopposed.

**I.        FACTUAL BACKGROUND**

1.        This Court entered a Final Judgment in favor of Plaintiff and against Michael J.

Lindell and Frankspeech LLC (collectively, Defendants) on June 24, 2025.    (Doc. 381).

Subsequently thereto, Defendants filed a Rule 50(b) Renewed Motion for Judgment as a Matter

of Law (Doc. 396) and Dr. Coomer filed a Motion to Amend Final Judgment (Doc. 387).  Both

motions were denied by order entered on March 25, 2026 (Doc. 413), thereby rendering the

Court's Final Judgment as a final and appealable order.

1

2.     On April 23, 2026, Defendants filed a Notice of Appeal of the Court's Final Judgment to the Tenth Circuit Court of Appeals.  Defendants have filed their opening brief. Dr. Coomer was granted an extension of time in which to file his answer brief to August 21, 2026.

3.     As of this filing of this Motion, Defendants have not provided a bond or other security pursuant to Federal Rule Civil Procedure 62(b).

4.     The Final Judgment remains unsatisfied.

5.     Upon information and belief, Defendant Lindell owns assets in Texas and Minnesota either individually, through limited liability companies, or through a series of family trusts.  According to public reporting, Defendant Lindell was previously registered to vote in Texas.[1]  Further, Prior Lake 40 Acres, LLC is a Minnesota limited liability company managed by Defendant Lindell[2] which owns property in Lufkin, Texas,[3] valued at $600,000.

6.     Defendant Lindell is currently domiciled Minnesota.  According to publicly available information, Defendant Lindell is listed as a grantor or grantee of real property located in Carver County, Minnesota.[4]  Further, Defendant Lindell's limited liability company Prior Lake 40 Acres, LLC currently owns his primary residence located in Hennepin County, Minnesota.[5]  Defendant Lindell recently resigned as CEO of MyPillow to focus on his

---

[1] https://www.winonajournal.com/lindell-not-a-minnesota-registered-voter/

[2] **Exhibit 1**.

[3] **Exhibit 2**.

[4] **Exhibit 3**.

[5]  https://minnesotareformer.com/2026/07/06/records-show-mike-lindell-owes-48000-in-property-taxes-he-says-he-paid-up/

[6] https://thehill.com/homenews/campaign/6010558-mike-lindell-steps-down-mypillow-ceo/

campaign.[6]

7.      Upon information and belief, Defendant Lindell does not conduct business or own assets in Colorado.  On June 29, 2026, Dr. Coomer served post-judgment discovery on Defendant Lindell, with a follow up service date of July 6, 2026, regarding his ability to satisfy a judgment in this case.  Plaintiff has agreed to an extension to respond to the discovery until August 21, 2026.

## II.      LEGAL STANDARD

8.      "A judgment in an action for the recovery of money or property entered in any court of appeals, district court, bankruptcy court, . . . may be registered by filing a certified copy of the judgment in any other district . . . when the judgment has become final by appeal or expiration of the time for appeal or *when ordered by the court that entered the judgment for good cause shown*."  28 U.S. Code § 1963 (emphasis added).

9.      Given the publicly available information reviewed by Dr. Coomer, good cause exists to register this Court's Final Judgment in the District of Minnesota where Defendant Lindell works, resides, and owns real property.  Further, good cause exists to register the Final Judgment in the Eastern District of Texas, where Defendant Lindell owns real property.  A search of publicly available information has revealed that Defendant Lindell does not currently own or operate a business in Colorado or have any tangible assets within the state.

10.      Therefore, there remains a reasonable expectation of a writ of execution after appeal is unlikely to be returned in a manner that would satisfy the judgment against Defendants.

---

[6] https://thehill.com/homenews/campaign/6010558-mike-lindell-steps-down-mypillow-ceo/

### III.    CONCLUSION AND PRAYER

Accordingly, Plaintiff Eric Coomer, Ph.D. requests the Court grant leave and order the Clerk issue a Certificate of its Final Judgment for filing with the Clerk of the District of Minnesota and further issue a Certificate of Final Judgment for filing in the Eastern District of Texas.

Respectfully submitted this 13th day of August 2026.

*/s/ Charles J. Cain*

Charles J. Cain, No. 51020
ccain@cstrial.com
Bradley A. Kloewer, No. 50565
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
P. O. Box 1064
Salida, Colorado 81201
719-530-3011/512-477-5011 (Fax)

Ashley N. Morgan
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000/512-477-5011 (Fax)

Thomas J. Rogers III, No. 28809
trey@rklawpc.com
Mark Grueskin, No. 14621
mark@rklawpc.com
David M. Beller, No. 35767
david@rklawpc.com
**RECHTKORNFELD PC**
1600 Stout Street, Suite 1400
Denver, Colorado 80202
303-573-1900
**ATTORNEYS FOR PLAINTIFF**
